1                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
2

3    ****************************************************************

4    IN RE:  OIL SPILL BY THE
     OIL RIG *DEEPWATER HORIZON*
5    IN THE GULF OF MEXICO ON
     APRIL 20, 2010
6
                              CIVIL ACTION NO. 10-MDL-2179 "J"
7                             NEW ORLEANS, LOUISIANA
                              FRIDAY, JULY 15, 2011
8

9    THIS DOCUMENT RELATES TO
     ALL ACTIONS
10
     ****************************************************************
11
               TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS
12            HEARD BEFORE THE HONORABLE SALLY SHUSHAN
                  UNITED STATES MAGISTRATE JUDGE
13

14   APPEARANCES:

15

     FOR THE PLAINTIFFS'
16   LIAISON COUNSEL:          DOMENGEAUX WRIGHT ROY & EDWARDS
                               BY:  JAMES P. ROY, ESQUIRE
17                             P. O. BOX 3668
                               556 JEFFERSON STREET
18                             LAFAYETTE, LA  70502

19
                               HERMAN HERMAN KATZ & COTLAR
20                             BY:  STEPHEN J. HERMAN, ESQUIRE
                               820 O'KEEFE AVENUE
21                             NEW ORLEANS, LA  70113

22

23   FOR THE PLAINTIFFS:       IRPINO LAW FIRM
                               BY:  ANTHONY IRPINO, ESQUIRE
24                             ONE CANAL PLACE
                               365 CANAL STREET, SUITE 2990
25                             NEW ORLEANS, LA  70130

```
 1  APPEARANCES CONTINUED:

 2

 3                              LEVIN PAPANTONIO THOMAS MITCHELL
                                RAFFERTY & PROCTOR
 4                              BY:  BRIAN H. BARR, ESQUIRE
                                316 SOUTH BAYLEN STREET, SUITE 600
 5                              PENSACOLA, FL  32502

 6
                                CUNNINGHAM BOUNDS
 7                              BY:  ROBERT T. CUNNINGHAM, ESQUIRE
                                1601 DAUPHIN STREET
 8                              MOBILE, AL  36604

 9

10  FOR THE FEDERAL
    GOVERNMENT INTERESTS:       U.S. DEPARTMENT OF JUSTICE
11                              TORTS BRANCH, CIVIL DIVISION
                                BY:  R. MICHAEL UNDERHILL, ESQUIRE
12                                   SARAH HIMMELHOCH, ESQUIRE
                                450 GOLDEN GATE AVENUE
13                              7TH FLOOR, ROOM 5395
                                SAN FRANCISCO, CA  94102
14

15  FOR STATE INTERESTS:        ALABAMA ATTORNEY GENERAL'S OFFICE
                                BY:  COREY L. MAZE, ESQUIRE
16                                   OLIVIA MARTIN, ESQUIRE
                                500 DEXTER AVENUE
17                              MONTGOMERY, AL  36130

18
    FOR TRANSOCEAN HOLDINGS
19  LLC, TRANSOCEAN
    OFFSHORE DEEPWATER
20  DRILLING INC., AND
    TRANSOCEAN DEEPWATER
21  INC.:                       FRILOT
                                BY:  KERRY J. MILLER, ESQUIRE
22                              ENERGY CENTRE, 36TH FLOOR
                                1100 POYDRAS STREET
23                              NEW ORLEANS, LA  70163

24

25
```

```
 1  APPEARANCES CONTINUED:

 2

 3  FOR BP AMERICA INC.,
    BP AMERICA PRODUCTION
 4  COMPANY, BP COMPANY
    NORTH AMERICA INC.,
 5  BP CORPORATION NORTH
    AMERICA INC.,
 6  BP EXPLORATION &
    PRODUCTION INC.,
 7  BP HOLDINGS NORTH
    AMERICA LIMITED,
 8  BP PRODUCTS NORTH
    AMERICA INC.:            LISKOW & LEWIS
 9                           BY:  DON K. HAYCRAFT, ESQUIRE
                             ONE SHELL SQUARE
10                           701 POYDRAS STREET
                             SUITE 5000
11                           NEW ORLEANS, LA  70139

12

13                           KIRKLAND & ELLIS
                             BY:  J. ANDREW LANGAN, ESQUIRE
14                                MARK J. NOMELLINI, ESQUIRE
                                  RYAN S. BABIUCH, ESQUIRE
                                  PAUL D. COLLIER, ESQUIRE
15                           300 N. LASALLE
                             CHICAGO, IL  60654

16

17                           KIRKLAND & ELLIS
                             MARTIN R. BOLES, ESQUIRE
18                           333 SOUTH HOPE STREET, SUITE 2900
                             LOS ANGELES, CA  9007

19

20  FOR TRANSOCEAN HOLDINGS
    LLC, TRANSOCEAN
21  OFFSHORE DEEPWATER
    DRILLING INC., AND
22  TRANSOCEAN DEEPWATER
    INC.:                    FRILOT
23                           BY:  KERRY J. MILLER, ESQUIRE
                             ENERGY CENTRE, 36TH FLOOR
24                           1100 POYDRAS STREET
                             NEW ORLEANS, LA  70163

25
```

```
 1   APPEARANCES CONTINUED:

 2

 3   FOR CAMERON INTERNATIONAL
     CORPORATION:              STONE PIGMAN WALTHER WITTMANN
 4                             BY:  PHILLIP A. WITTMANN, ESQUIRE
                                    CARMELITE M. BERTAUT, ESQUIRE
 5                             546 CARONDELET STREET
                               NEW ORLEANS, LA 70130
 6

 7   FOR HALLIBURTON
     ENERGY SERVICES, INC.:    GODWIN RONQUILLO
 8                             BY:  JENNY L. MARTINEZ, ESQUIRE
                               1201 ELM STREET, SUITE 1700
 9                             DALLAS, TX  75270

10
                               GODWIN RONQUILLO
11                             BY:  R. ALAN YORK, ESQUIRE
                               1331 LAMAR, SUITE 1665
12                             HOUSTON, TX  77010

13

14   FOR ANADARKO
     PETROLEUM CORPORATION,
15   ANADARKO E&P COMPANY LP,
     MOEX USA CORPORATION,
16   AND MOEX OFFSHORE 2007
     LLC:                      KUCHLER POLK SCHELL
17                             WEINER & RICHESON
                               BY:  ROBERT E. GUIDRY, ESQUIRE
18                             1615 POYDRAS STREET, SUITE 1300
                               NEW ORLEANS, LA  70112
19

20                             BINGHAM MCCUTCHEN
                               BY:  WARREN A. FITCH, ESQUIRE
21                             2020 K STREET, NW
                               WASHINGTON, DC  20006
22

23                             PILLSBURY WINTHROP SHAW PITTMAN
                               BY:  EDWARD FLANDERS, ESQUIRE
24                             1540 BROADWAY
                               NEW YORK, NY  10036
25
```

```
 1   APPEARANCES CONTINUED:

 2


 3   FOR MOEX OFFSHORE
     2007 LLC:              CARVER DARDEN KORETZKY TESSIER
 4                          FINN BLOSSMAN & AREAUX
                            BY:  PHILLIP D. NIZIALEK, ESQUIRE
 5                          1100 POYDRAS STREET, SUITE 3100
                            NEW ORLEANS, LA  70163
 6


 7
     FOR M-I L.L.C.:        MORGAN LEWIS & BOCKIUS
 8                          BY:  JOHN C. FUNDERBURK, ESQUIRE
                            1000 LOUISIANA STREET, SUITE 4000
 9                          HOUSTON, TX  77002


10


11   FOR O'BRIEN'S RESPONSE
     MANAGEMENT, INC.,
12   SEACOR HOLDINGS, INC.,
     SEACOR OFFSHORE LLC,
13   SEACOR MARINE, LLC,
     SEACOR WORLDWIDE, INC.,
14   SEACOR MARINE, INC.,
     SEACOR MARINE
15   INTERNATIONAL, INC.,
     AND SIEMENS FINANCIAL,
16   INC.:                  WEIL GOTSHAL & MANGES
                            BY:  THEODORE E. TSEKERIDES, ESQUIRE
17                          767 FIFTH AVENUE
                            NEW YORK, NY  10153
18


19   FOR DRIL-QUIP,
     INC.:                  WARE JACKSON LEE & CHAMBERS
20                          BY:  WENDY W. BISHOP, ESQUIRE
                            2929 ALLEN PARKWAY, 42ND FLOOR
21                          HOUSTON, TX  77019


22


23   FOR WEATHERFORD U.S.,
     L.P.:                  JONES WALKER
24                          BY:  WILLIAM C. BALDWIN, ESQUIRE
                            PLACE ST. CHARLES
25                          201 ST. CHARLES AVENUE
                            NEW ORLEANS, LA 70170
```

```
 1  APPEARANCES CONTINUED:

 2


 3  FOR TRANSOCEAN
    EXCESS UNDERWRITERS:      PHELPS DUNBAR
 4                           BY:  EVANS M. MCLEOD, ESQUIRE
                             ONE
 5                           2304 19TH STREET, SUITE 300
                             GULFPORT, MS   39501
 6

 7  FOR DET NORSKE VERITAS:  COHEN GORMAN & PUTNAM
                             BY:  MARK COHEN, ESQUIRE
 8                                RICHARD L. GORMAN, ESQUIRE
                                  JEFFREY J. PUTNAM, ESQUIRE
 9                                RUTH A. COLVIN, ESQUIRE
                             1010 LAMAR STREET, SUITE 1000
10                           HOUSTON, TX   77002

11

12  FOR MDL 2185:            METHOFF LAW FIRM
                             BY:  WILLIAM STRADLEY, ESQUIRE
13                           3450 ONE ALLEN CENTER
                             500 DALLAS STREET
14                           HOUSTON, TX   77002

15


16  ALSO PRESENT:            DOUGLAS KRAUS, ESQUIRE
                             STEVEN ROBERTS, ESQUIRE
17                           WADE HAMMETT, ESQUIRE

18
                             JEFFREY GANAWAY, ESQUIRE
19                           ALAN MOORE, ESQUIRE
                             HEATHER KENNEALY, COAST GUARD
20

21  OFFICIAL COURT REPORTER:    CATHY PEPPER, CRR, RMR, CCR
                                CERTIFIED REALTIME REPORTER
22                              500 POYDRAS STREET, ROOM HB406
                                NEW ORLEANS, LA   70130
23                              (504) 589-7779
                                Cathy_Pepper@laed.uscourts.gov
24
    PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.   TRANSCRIPT
25  PRODUCED BY COMPUTER.
```

09:53AM

1                        **I N D E X**

2                                                           <u>PAGE</u>

3

4    DNV.................................................   11

5    PRESERVATION........................................   12

6    DRAFT EXTENSION TO THE DNV CONTRACT.................   12

7    PRESERVATION PROTOCOLS THAT ARE SUITABLE FOR THE      12

8    METALLIC ELEMENTS AND OTHER COMPONENTS OF THE BOP......

9    BP AND DNV DID NEGOTIATE A CONTRACT EXTENSION OF THE   13

10   PHASE II CONTRACT......................................

11   JEFF SEELY..........................................   18

12   ADDED BY AMENDED COMPLAINT SOME ADDITIONAL PARTIES.....   18

13   COMPLETION OF PHASE I WRITTEN DISCOVERY..............   19

14   HALLIBURTON'S MOTION FOR A PROTECTIVE ORDER..........   19

15   DISCOVERY SERVED ON ANADARKO ON JULY 1ST.............   20

16   PHASE I WRITTEN DISCOVERY IS OVER....................   20

17   SET A DATE BY WHICH, IF THE MEET AND CONFERS DO NOT    21

18   RESULT IN AGREEMENT, THAT ANY MOTIONS TO COMPEL CAN GO

19   AHEAD AND BE BROUGHT..................................

20   DEADLINE FOR ALL MOTIONS TO BE BROUGHT ON PHASE I      21

21   DISCOVERY............................................

22   SET A DEADLINE OF AUGUST 15TH, UNLESS THE SAFETY VALVE   22

23   NEEDS TO BE EXERCISED................................

24   EXECUTIVE OFFICE ISSUE, REQUEST FOR PRODUCTION OF      24

25   DOCUMENTS............................................

1   MOEX/BP SETTLEMENT AGREEMENT............................   25

2   TRANSOCEAN INTERNAL REPORT ISSUE........................   26

3   MOEX SETTLEMENT AGREEMENT...............................   26

4   TRANSOCEAN INTERNAL REPORT..............................   28

5   DAN FARR................................................   28

6   ROB TURLAK..............................................   28

7   INTERVIEW NOTES.........................................   28

8   INFORMATION ON HOW THE INTERNAL REPORT TEAM WAS         28

9   ORGANIZED...............................................

10  TEAM LEADERS, AMBROSE, FARR, AND BOUGHTON ARE NOW SET    30

11  FOR DEPOSITION..........................................

12  AMBROSE.................................................   30

13  INTERPLEADER............................................   31

14  DEPOSITION SCHEDULING...................................   32

15  LEO LINDNER.............................................   32

16  BRIAN MOREL.............................................   32

17  HAFLE...................................................   33

18  MR. DALY................................................   34

19  MR. LACY................................................   34

20  MR. THORSETH............................................   34

21  HEATHER POWELL..........................................   35

22  GORDON BIRRELL..........................................   35

23  ANDREW FRAZELLE.........................................   36

24  YANCEY KEPLINGER........................................   36

25  BUDDY TRAHAN............................................   36

1    ROB BEIRUTE............................................ 36

2    TONY BROCK............................................. 37

3    MR. WHEELER............................................ 37

4    MR. BROCK.............................................. 38

5    WE'RE GOING TO PASS THE FOUR M-I WITNESSES THAT WE     40

6    DON'T HAVE DATES FOR...................................

7    MR. VIDRINE............................................ 40

8    MR. OLDFATHER.......................................... 40

9    ORDER OF DEPOSITION.................................... 40

10   DR. RAVI............................................... 43

11   STEVE NEWMAN........................................... 43

12   ISSUE OF THE REQUESTED WITNESSES THAT CAMERON HAS MADE. 44

13   ADDITIONAL TIME ISSUE.................................. 44

14   MR. GAUDE.............................................. 45

15   CAMERON'S REQUEST FOR TRANSOCEAN WITNESSES............. 45

16   U.S. BRINGING UP MOTIONS THAT WOULD NARROW THE FOCUS   46

17   AND SCOPE OF THE TRIAL.................................

18   PHASE II............................................... 46

19   VARIOUS TRIAL PLAN PROPOSALS........................... 47

20   ALLOCATIONS OF FAULT TO THIRD PARTIES AND NONPARTIES... 47

21   SHORT FORM ISSUES...................................... 48

22   CAMERON MOTION TO COMPEL............................... 53

23   MIKE BYRD.............................................. 53

24   RULE 30(B)(6) DEPONENT, BP DEPONENT DESIGNEE, A FACT   53

25   WITNESS, AND I DON'T HAVE THAT PERSON'S NAME...........

1   MR. HERMAN:  I THINK IT'S KENNELLY.....................

2   KENNELLY..............................................   54

3   BOOTS & COOTS REPORT..................................   55

4   ANADARKO'S REQUEST FOR NEW SEARCH TERM CRITERIA........   55

5   PRELIMINARY WITNESS LIST FOR PHASE I..................   56

6   REMINDER, E-MAIL OFF..................................   57

7   MR. BYRD AND TOPICS 13 AND 23.........................   57

8   WHETHER OR NOT THE SUITABILITY OF THE BOP COMPLIED      57

9   WITH REGULATIONS......................................

10  PROPOSE TO YOU THAT BP GIVE MR. WILLIAMSON A WITNESS    57

11  WHO CAN TESTIFY WITH REGARD TO BOP REGULATORY

12  COMPLIANCE............................................

13  EXPERTS...............................................   64

14  TAKING THE AUGUST 5TH STATUS CONFERENCE OFF THE        69

15  CALENDAR..............................................

16  STEVEN NEWMAN DEPOSITION..............................   70

17  NEXT CONFERENCE IS FRIDAY, JULY 22, 2011, 9:30 A.M.....   71

18

19

20

21

22

23

24

25

1               **P-R-O-C-E-E-D-I-N-G-S**

2               FRIDAY, JULY 15, 2011

3               M O R N I N G   S E S S I O N

4               (COURT CALLED TO ORDER)

5

09:30AM    6

09:30AM    7          THE COURT:  Hello, everybody.

09:30AM    8          VOICES:  Good morning, Judge.

09:30AM    9          THE COURT:  Please have a seat.

09:30AM   10              Andrew.  Andrew Langan.  Hey, Andy?

09:30AM   11          MR. LANGAN:  Your Honor, I am here.

09:30AM   12          THE COURT:  We were hoping for the day off, Andy.

09:30AM   13          MR. LANGAN:  It feels like a day off, Your Honor, but

09:30AM   14   not quite.

09:30AM   15          THE COURT:  Well, none of us can envision running a

09:31AM   16   conference without you being involved; so, we were hoping if you

09:31AM   17   didn't make it, and we could just go home.

09:31AM   18          MR. LANGAN:  Well, you know what, there is a deal to be

09:31AM   19   done here.

09:31AM   20          THE COURT:  Let's see, we have other phone participants.

09:31AM   21   Good morning, other phone participants.  How are you doing?

09:31AM   22          MS. HIMMELHOCH:  Good morning, Your Honor.

09:31AM   23          VOICES:  Good morning, Judge.

09:31AM   24          THE COURT:  Happy Friday.

09:31AM   25              Let's see if we can accommodate the DNV people by

09:31AM 1    taking them first.

09:31AM 2              Mark, I hear that you're on the line, right?

09:31AM 3         MR. COHEN:  Yes, Your Honor.  Good morning.  How are

09:31AM 4    you?

09:31AM 5         THE COURT:  Good morning.  I'm fine, thank you.  How are

09:31AM 6    you today?

09:31AM 7         MR. COHEN:  We're fine here, Judge, and eager to get

09:31AM 8    going on the preservation.  They're working hard to get that

09:31AM 9    organized.

09:31AM 10        THE COURT:  Good.  Why don't you give the group a quick

09:32AM 11   update from your point of view, and then we'll talk about the

09:32AM 12   issues that we talked about yesterday.  Then, you've got your

09:32AM 13   draft extension to the DNV contract.

09:32AM 14        MR. COHEN:  Yes, Your Honor, of course, with pleasure.

09:32AM 15             Well, the long and the short of it is that the

09:32AM 16   Court and the technical working group members and DNV have been

09:32AM 17   meeting periodically, sometimes as a committee as a whole,

09:32AM 18   sometimes with fewer participants than that, in order to develop

09:32AM 19   preservation protocols that are suitable for the metallic

09:32AM 20   elements and other components of the BOP.

09:32AM 21             That work has gotten to the point that a

09:32AM 22   preservation protocol overall has been written and agreed, and a

09:32AM 23   Schedule A has been written and agreed, Schedule A dealing with

09:32AM 24   the lower marine riser package, the lower BOP section, that

09:33AM 25   metallic structure as a whole.  The concept -- and other metallic

09:33AM 1    components.  But the concept at work in the protocol is that the

09:33AM 2    LMRP/BOP structure inside the temporary enclosure up there at the

09:33AM 3    west dock would be preserved first so that when that work is

09:33AM 4    done, removal of the temporary enclosure can be accomplished.

09:33AM 5           Meanwhile, the other schedules, B, C, and D,

09:33AM 6    dealing with elastomerics and other issues of preservation, would

09:33AM 7    be written subject to the same process of committee review,

09:33AM 8    approval, etcetera.

09:33AM 9           So this is where we got to yesterday afternoon.  As

09:33AM 10   my notes reflect, Your Honor, that we have Schedule A agreed.  We

09:33AM 11   have the protocol agreed.

09:33AM 12          The group agreed, and the Court instructed DNV to

09:34AM 13   commence the work; although, there is a study ongoing now of how

09:34AM 14   much the work as a whole would cost, if the costing were

09:34AM 15   segregated from 1.7 million, approximately, rough first draft

09:34AM 16   estimate overall, if it were segregated into cost of repair --

09:34AM 17   preserving the metallic elements versus the other preservation

09:34AM 18   work, which principally is electronics and then other items.  DNV

09:34AM 19   hopes to have that split estimate later today.

09:34AM 20          Meanwhile, BP and DNV did negotiate a contract

09:34AM 21   extension of the Phase II contract that the Court had approved,

09:34AM 22   after the entire group had an opportunity to see it several

09:34AM 23   months ago.

09:34AM 24          That is a very simple extension.  Everybody has

09:34AM 25   been provided a copy, or was supposed to be provided a copy of

09:35AM 1    it, along with a form of order that we were hoping the Court

09:35AM 2    would see fit to enter.

09:35AM 3            The form of order did draw one comment from a party

09:35AM 4    that I will describe only as agnostic.  That comment was taken

09:35AM 5    into account, and we added a couple of extra lines concerning the

09:35AM 6    procedure to date in the preparation of the protocol.

09:35AM 7            That's where we stand, Your Honor.  If there is

09:35AM 8    anything I've left out, I apologize, and leave it to the Court.

09:35AM 9        THE COURT:  I think that's a good summary of where I

09:35AM 10   believe we are.

09:35AM 11           Does anybody have anything they want to address

09:35AM 12   before we go ahead and submit to Judge Barbier the order

09:35AM 13   regarding extension of the services contract of DNV?

09:35AM 14           Carmelite.

09:36AM 15       MR. BERTAUT:  Judge, the only thing -- and I'm not clear

09:36AM 16   on where we stand on that order because we are the agnostic,

09:36AM 17   Your Honor.

09:36AM 18       THE COURT:  No, there are two agnostics.

09:36AM 19       MR. BERTAUT:  There are two agnostics.  Now, I know

09:36AM 20   we're not alone.  Right.

09:36AM 21           The one thing I did want to comment on is I did not

09:36AM 22   appreciate yesterday that DNV was authorized to -- and I'm

09:36AM 23   quoting Mr. Cohen; I was writing kind of fast -- commence work as

09:36AM 24   to Schedule A.  In fact, I think the understanding is he is going

09:36AM 25   to stand down on that until BP and Anadarko, I think, have a

09:36AM 1    chance to weigh in on whether they are willing to pay for that

09:36AM 2    work.

09:36AM 3            I would urge the Court not to enter any order that

09:36AM 4    would appear to authorize any work that as yet there is no payor

09:36AM 5    committed to paying.

09:36AM 6        THE COURT:  Mark, correct me if I'm wrong, we discussed

09:36AM 7    that, and we thought that there were some other things that could

09:36AM 8    commence on Monday, while we wait to hear from Anadarko and BP

09:37AM 9    relative to the LMRP and BOP preservation; is that correct?

09:37AM 10       MR. COHEN:  Yes, Your Honor.  I can't understand why

09:37AM 11   Ms. Bertaut is confused; but, there has been a lot of back and

09:37AM 12   forth about this.

09:37AM 13           The position, as far as payment goes, is that DNV

09:37AM 14   has a contract with BP for services that related initially to

09:37AM 15   testing work, that was the Phase II work.  BP has extended that

09:37AM 16   and wrapped into that, at least until the 22nd of July, an

09:37AM 17   obligation to pay for whatever DNV is doing by way of

09:37AM 18   preservation.  So the payment side of things is taken care of

09:37AM 19   between DNV and BP for the preservation work that goes on.

09:38AM 20           With regard to the other point, that is, how much

09:38AM 21   preservation work will be happening, the Court was very clear

09:38AM 22   yesterday that the Court wanted us to try to do, effectively, as

09:38AM 23   little as we could for a while but not waste the time of getting

09:38AM 24   ready for Monday and Monday, pending BP and Anadarko's decision

09:38AM 25   about the LMRP and BOP structure and the other metallics and

09:38AM 1    whether they wanted to go forward and have all of that preserved.

09:38AM 2            So the work that's been going on to date on the

09:38AM 3    preservation side, aside from capturing electronic information

09:38AM 4    from the E prongs, for example, and doing other work at various

09:38AM 5    NASA facilities, the work that's been going on has been the

09:38AM 6    planning work for the preservation, basically coordinating

09:38AM 7    amongst the MDL interested parties and the TWG, or on its own

09:39AM 8    searching for information so that we could have the best

09:39AM 9    Schedule A and protocol that we could manage to create, in view

09:39AM 10   of the realities that surround this in terms of financial and

09:39AM 11   time limitations, etcetera.

09:39AM 12           So, yes, we're going forward working, but it's

09:39AM 13   still basically planning, coordinating; although, come Monday, we

09:39AM 14   hope to have either the official decision and know whether we are

09:39AM 15   or aren't going to do the metallics, or we'll be doing very

09:39AM 16   limited work, removing hoses, software, bits and pieces like

09:39AM 17   that, Your Honor.

09:39AM 18           THE COURT:  Okay.  Good, good, good.  Thank you.

09:39AM 19           Alan, do you have something?

09:39AM 20           MR. YORK:  Very quickly, Your Honor.  Alan York for

09:39AM 21   Halliburton.

09:39AM 22           I was not on the call yesterday afternoon, but I

09:39AM 23   did understand that there was a potential question as to whether

09:39AM 24   the Court had received a letter from Halliburton on Halliburton's

09:39AM 25   position.  I brought with me, and I'm happy to hand up, a copy of

09:39AM  1    the e-mail and the letter that we sent in.

09:39AM  2              THE COURT:  I had it.  Let me see how I can phrase this.

09:40AM  3    I have a problem with paper and keeping track of it.

09:40AM  4              I had read Halliburton's letter and refreshed my

09:40AM  5    recollection earlier in the day; but, then, by the time of the

09:40AM  6    conference, the paper vanished.  I have it once again.

09:40AM  7              MR. YORK:  I think there is not an attorney in this room

09:40AM  8    that cannot relate to that situation, Your Honor.

09:40AM  9              THE COURT:  Well, for me, it's a real disability, but

09:40AM 10    that's something else.

09:40AM 11              Okay.  So, no, Alan, I have it.  That's why I said

09:40AM 12    I know I have at least two agnostics, and that would be

09:40AM 13    Halliburton and Cameron.

09:40AM 14              So, Mark, we're going to go ahead and get the draft

09:40AM 15    order extending the contract to Judge Barbier, and I expect that

09:40AM 16    it will be entered today or Monday, as far as docketing.

09:40AM 17              MR. COHEN:  Thank you, Your Honor.  I'd note that I did

09:41AM 18    send the updated version this morning, and respectfully suggest

09:41AM 19    that that is the appropriate form to send to the Judge.

09:41AM 20              THE COURT:  Right, we'll try to make sure that that's

09:41AM 21    the one he signs.

09:41AM 22              Okay.  Thank you very much.

09:41AM 23              MR. COHEN:  Thank you, Judge.  May we be excused?

09:41AM 24              THE COURT:  You certainly may be.

09:41AM 25              MR. COHEN:  Thank you.

09:41AM  1          THE COURT:  Do we have Jeff Seely on the phone?

09:41AM  2          MS. KENNEALY:  Judge, this is Heather Kennealy.  I'm

09:41AM  3   sorry, did you ask if I was here?

09:41AM  4          THE COURT:  No, Heather, I didn't.  I think that you

09:41AM  5   can, if you so desire, like to drop off, right?  I think we

09:41AM  6   finished with BOP preservation issues.  So, Heather, if you want

09:41AM  7   to drop off, you're welcome to.  If you want to listen to the

09:41AM  8   rest of this, I don't know why, but feel free.

09:41AM  9          MS. KENNEALY:  Thank you, Your Honor.  I probably will

09:41AM 10   stay on for a little bit longer, but thank you.

09:41AM 11          THE COURT:  Good, good, good.

09:41AM 12              Let's talk about the issue that Jeff had raised.

09:41AM 13   It doesn't appear he's on the phone.

09:42AM 14          MR. HAYCRAFT:  In his absence, I can report on Tuesday

09:42AM 15   or Wednesday, I circulated, at long last, a proposed order that

09:42AM 16   has fairly complicated and hard to understand language; however,

09:42AM 17   I hope it accomplishes the mission that Jeff wishes us to

09:42AM 18   accomplish.

09:42AM 19              The basic goal is that his case is in federal

09:42AM 20   court.  He's added by an amended complaint some additional

09:42AM 21   parties.  He has a concern that if the case some day gets

09:42AM 22   remanded by Judge Barbier, that those parties he added wouldn't

09:42AM 23   go back to state court with the case.

09:42AM 24              Whether or not that's procedurally correct or not,

09:42AM 25   we wanted to paper over that potential issue.  Jeff Seely drafted

09:42AM 1   it.  I wasn't able to simplify it.  I don't claim authorship, but

09:42AM 2   I do believe that it's an appropriate order to enter.

09:43AM 3            The parties have had a chance to look at it.  I had

09:43AM 4   a question from David Beck, basically, just asking me to try to

09:43AM 5   interpret what the bottom line of it was.  I told them I don't

09:43AM 6   think there is any objection, and I would propose that at this

09:43AM 7   point I provide it to the Court, to Your Honor and to Kat and

09:43AM 8   Judge Barbier.  If Judge Barbier balks at it, maybe we'll go back

09:43AM 9   to the drawing board with Mr. Seely.  It is an unusual form of

09:43AM 10  order, I'll say that.

09:43AM 11           THE COURT:  Oh, but it does what Mr. Seely wants it to

09:43AM 12  do, and there is no opposition by any party to our conferences;

09:43AM 13  so, whether we understand it or not, I'll recommend entering it.

09:43AM 14           MR. HAYCRAFT:  Thank you.

09:43AM 15           THE COURT:  Okay.  Thank you.

09:43AM 16           Let's see.  Next up on my hit parade is the issue

09:43AM 17  of completion of Phase I written discovery.  We've had a flurry

09:44AM 18  of activity relative to that.

09:44AM 19           We do have the issue of Halliburton's motion for a

09:44AM 20  protective order.  Andy, I've read the response.  I'm not going

09:44AM 21  to hear oral argument on that today.  I'm going to have to look

09:44AM 22  at that a little more carefully before we consider that.

09:44AM 23           So I assume, Andy, you like that status, right?

09:44AM 24           MR. LANGAN:  Yes.  Mr. Haycraft's letter is -- you can

09:44AM 25  let us know if you need any more from us besides Mr. Haycraft's

09:44AM 1  letter, Your Honor.

09:44AM 2          THE COURT:  Okay.  Good.

09:44AM 3          MR. FITCH:  Judge --

09:44AM 4          THE COURT:  I read it, but very briefly.

09:44AM 5          Good morning.

09:44AM 6          MR. FITCH:  Good morning, Judge.  Tony Fitch for

09:44AM 7  Anadarko.

09:44AM 8          You'll recall that I noted this issue at last

09:44AM 9  week's conference, and it's the same issues that the two parties

09:45AM 10 have raised, applies to discovery served on Anadarko on July 1st.

09:45AM 11 I think there is no need to further paper the matter.

09:45AM 12         THE COURT:  We're going to have to just work our way

09:45AM 13 through that.

09:45AM 14         MR. YORK:  Judge, just we do think that there are a

09:45AM 15 couple of things in the response letter that are incorrect, so we

09:45AM 16 will probably, by the end of the day today, file a very, very

09:45AM 17 short, one-page reply.

09:45AM 18         THE COURT:  Good.  No problem.  Thank you.

09:45AM 19         Now, let's all agree that Phase I written discovery

09:45AM 20 is over.  That much we can agree to.  Service of it is over.

09:45AM 21 Response isn't over, but service of any Phase I written discovery

09:45AM 22 is done.

09:46AM 23         Other than that, we've gotten reports from

09:46AM 24 everybody on where we stand, and it looks to me like everybody is

09:46AM 25 meeting and conferring and hoping to avoid bringing motions to

09:46AM 1   compel.  However, do you all think it's a good idea to set a date

09:46AM 2   by which, if the meet and confers do not result in agreement,

09:46AM 3   that any motions to compel can go ahead and be brought, so we can

09:46AM 4   get those all cleaned up and ready?

09:46AM 5           That's not that I want to force you all to bring

09:46AM 6   motions to compel; but, I'm wondering if we just need to say,

09:46AM 7   okay, you've got this period of time to talk about it and see if

09:46AM 8   you can't resolve it.  You all have done remarkably well in that

09:46AM 9   regard, and I want to encourage that.

09:47AM 10          Does anybody have a comment on that idea?

09:47AM 11  All right.

09:47AM 12          MS. HIMMELHOCH:  Your Honor, this is Sarah Himmelhoch.

09:47AM 13          I believe we've done that with respect to the

09:47AM 14  United States' responses, in that we've agreed to extend the

09:47AM 15  deadline for motions to compel to August 15th for event and

09:47AM 16  September 15th for source control and quantification.  So if we

09:47AM 17  can serve as a model for anyone else, we think it actually makes

09:47AM 18  sense and have done it for ours.

09:47AM 19          THE COURT:  I guess the issue being does everybody think

09:47AM 20  that would be a good deadline for all motions to be brought on

09:47AM 21  Phase I discovery, that would be August 15th?  Is that a problem

09:47AM 22  for anyone?

09:47AM 23          MR. NOMELLINI:  Your Honor --

09:47AM 24          THE COURT:  Mark, you're in town.  Good morning.

09:48AM 25          MR. NOMELLINI:  Good to see you, Your Honor.

09:48AM  1  Mark Nomellini on behalf of BP.

09:48AM  2          Your Honor, I don't know of anything right now;

09:48AM  3  however, I will say we just received over a million pages from

09:48AM  4  Transocean that we're doing our very best to work through.

09:48AM  5          You know, it's hard for me to look into the next

09:48AM  6  couple of weeks and say there aren't going to be some new things

09:48AM  7  that come up.  Perhaps it's best to build in some kind of safety

09:48AM  8  valve, if there are, you know, unknown issues that a person

09:48AM  9  couldn't have known about at the time.

09:48AM 10          THE COURT:  Yes, I think that's fair.  We've worked that

09:48AM 11  way; so far, so good.

09:48AM 12          So why don't we set a deadline of August 15th,

09:48AM 13  unless the safety valve needs to be exercised.  So that gives you

09:48AM 14  approximately a month to continue meet and confer and see if you

09:48AM 15  can't get most of it resolved.

09:49AM 16          Okay.  Anything else that anybody wants to talk

09:49AM 17  about on written discovery?

09:49AM 18          Alan.

09:49AM 19          MR. YORK:  Your Honor, I may have missed the wording,

09:49AM 20  but just to seek clarification, is the August 15th date the date

09:49AM 21  to file the motions to compel or the deadline by which they must

09:49AM 22  be resolved?

09:49AM 23          Because, obviously, I'm not trying to touch on the

09:49AM 24  issue, but we had been operating under the language of PTO 27

09:49AM 25  saying that July 31st was the deadline to have it resolved.  So I

09:49AM  1   just want to get clarification on exactly what the August 15th

09:49AM  2   date is.

09:49AM  3          THE COURT:  Well, some parties have agreed to extend the

09:49AM  4   deadline for motions to compel.  I guess the question I'm asking

09:49AM  5   is does everybody want to extend that date, or do you want to

09:49AM  6   keep the current date?  I thought what everybody was saying was

09:49AM  7   that they wanted to extend the date.

09:49AM  8          MR. FITCH:  Judge, for Anadarko, I think August 15th

09:49AM  9   would be --

09:49AM 10          Tony Fitch for Anadarko.

09:49AM 11          -- would be the right date for filing motions to

09:50AM 12   compel.  As Mark and I were just chatting, and you know how often

09:50AM 13   BP and we see things the same way, these are complicated issues,

09:50AM 14   and people are working pretty hard on them, but there is a little

09:50AM 15   way to go.

09:50AM 16          THE COURT:  That is my inclination is to let everybody

09:50AM 17   try to resolve as much as they can with motions coming filed by

09:50AM 18   August 15th.

09:50AM 19          We're not going to do the usual motion practice.

09:50AM 20   We'll just keep going with our usual practice, which is give it

09:50AM 21   to us, reply, and we'll try to take it up as quickly as we can.

09:50AM 22   That probably, unless you all do a good job on meeting and

09:50AM 23   conferring, would jam us pretty good.  See what you all can do to

09:51AM 24   try to resolve as much as possible.

09:51AM 25          I think we've gotten pretty good updates from all

09:51AM 1    of the parties on what issues they are working on on Phase I, so

09:51AM 2    I don't think we need to cover that.

09:51AM 3              Sarah, you're on the line.  Do you want to tell us

09:51AM 4    where we stand on the executive office issue, the request for

09:51AM 5    production of documents?

09:51AM 6              MS. HIMMELHOCH:  Sure, Your Honor.  I'm a bit

09:51AM 7    embarrassed to say that I'm only in a position to offer BP our

09:51AM 8    compromise response today.  So what we'll be doing is

09:51AM 9    simultaneously submitting to you a letter responding to BP's

09:51AM 10   letter and making an offer of compromise to BP.  Then we can

09:51AM 11   notify you by e-mail once BP has had a chance to look at it and

09:52AM 12   decide whether or not -- I'm sorry?

09:52AM 13             THE COURT:  That is somebody on the phone that does not

09:52AM 14   have his phone on mute, and so we're hearing part of another

09:52AM 15   conversation.

09:52AM 16             MS. HIMMELHOCH:  I thought I was talking over someone in

09:52AM 17   the courtroom.

09:52AM 18             We can notify you early next week, once BP has

09:52AM 19   actually had a chance to look at what we're offering as a

09:52AM 20   compromise, as to whether it will be a ripe dispute.  We didn't

09:52AM 21   want to hold up filing our letter so that, one way or another, we

09:52AM 22   can resolve it on the 22nd, when we raise it at the next status

09:52AM 23   conference.

09:52AM 24             THE COURT:  Good.  Thank you, Sarah.  We'll take a look

09:52AM 25   at it when it comes in today.

09:52AM  1          MS. HIMMELHOCH:  Thank you.

09:52AM  2          THE COURT:  You're welcome.

09:52AM  3              Okay.  Next up is the MOEX/BP settlement agreement.

09:52AM  4  I've looked at everybody's submission on that.  A quick question.

09:53AM  5  I don't believe, and maybe this was another problem where I've

09:53AM  6  missed it, but I don't believe that I have Exhibits A and B to

09:53AM  7  the agreement.

09:53AM  8              One of the parties raised the issue that they had

09:53AM  9  not seen A or B, and so couldn't respond to that issue, and I

09:53AM  10  don't believe I've seen it either.

09:53AM  11         MR. HAYCRAFT:  I'm wondering if we could -- Martin Boles

09:53AM  12  would probably know the answer to that, and we have him on

09:53AM  13  standby.  If we could give him a heads-up, and perhaps he could

09:53AM  14  join in a couple of minutes.

09:53AM  15         THE COURT:  Sure, that would be fine.

09:53AM  16         MR. WITTMANN:  Your Honor, Phil Wittmann.

09:53AM  17         THE COURT:  Yes, Phil.

09:53AM  18         MR. WITTMANN:  Exhibits A and B were completely blacked

09:53AM  19  out on the copies.

09:53AM  20         THE COURT:  Well, what was given to me, Phil, does not

09:53AM  21  include A and B.  So my point is I can't comment on it because I

09:53AM  22  don't believe I have Exhibits A and B.  So we'll pass it for a

09:54AM  23  minute and see if we can get Martin to join us, and we'll talk

09:54AM  24  about it from there.

09:54AM  25              Let's see.  Kerry or Steve, do you all want to give

09:54AM  1   us an update on the Transocean internal report issue?

09:54AM  2          MR. BOLES:  Martin Boles, Kirkland and Ellis.

09:54AM  3          THE COURT:  Oh, Martin, that was fast.

09:54AM  4          We're coming back to Martin, so, Kerry, hold on for

09:54AM  5   a second.

09:54AM  6          Good morning, Martin, how are you?  Martin, can you

09:54AM  7   hear me?

09:54AM  8          MR. BOLES:  Yes, I can, Your Honor.

09:54AM  9          THE COURT:  Good.  Quick question for you.  I've

09:54AM 10   reviewed everybody's submission with regard to the MOEX

09:54AM 11   settlement agreement, and, as to the agreement itself, I think

09:55AM 12   I'm ready to rule.

09:55AM 13          I did not, I don't believe, get Exhibits A and B,

09:55AM 14   unredacted, so that I could make a ruling with regard to them.

09:55AM 15   Do you know what the issue there is?

09:55AM 16          MR. BOLES:  Your Honor, I had a little trouble hearing

09:55AM 17   you, but the question was about Exhibits A and B?

09:55AM 18          THE COURT:  That's right.  The copy of the unredacted

09:55AM 19   settlement agreement, at least my copy, does not have Exhibits A

09:55AM 20   and B.

09:55AM 21          MR. BOLES:  We could get those to you right away.  I'm

09:55AM 22   sorry about that.

09:55AM 23          THE COURT:  No problem.  Then, what I will do is I will

09:55AM 24   hold off on ruling until I see Exhibits A and B.  I can get a

09:55AM 25   ruling out pretty quickly, probably today, on what is going to be

09:56AM 1   redacted and not redacted.

09:56AM 2        MR. LANGAN:  Your Honor, it's Andy Langan.

09:56AM 3             Is it Exhibit B, as in boy?

09:56AM 4        THE COURT:  Yes, it's A and B, as in boy.

09:56AM 5        MR. LANGAN:  Thank you.

09:56AM 6        THE COURT:  I think there were only two exhibits to the

09:56AM 7   settlement agreement, correct me if I'm wrong, but I had

09:56AM 8   complaints that two exhibits, A and B, were entirely redacted.

09:56AM 9        MR. BOLES:  That's correct, Your Honor, but there were

09:56AM 10  two other exhibits, C and D.

09:56AM 11       THE COURT:  Did those contain redactions?

09:56AM 12       MR. BOLES:  No, Your Honor, I don't believe that they

09:56AM 13  were part of what was made available for the *in camera* review;

09:56AM 14  but, our position is that we are willing to provide those as --

09:56AM 15  and I'm speaking now for BP; I think MOEX has a different

09:56AM 16  position -- but, on the part of BP, we're willing to provide

09:56AM 17  Exhibits C and D, unredacted, as part of our -- what we're

09:56AM 18  offering to provide.

09:57AM 19       THE COURT:  Good.  Okay.  Well, maybe what we need to

09:57AM 20  do, then, is get all four exhibits to me.  If MOEX thinks C and D

09:57AM 21  should not be produced, then I'll look at all four exhibits for

09:57AM 22  whether or not I think they should be produced.  Okay?

09:57AM 23       MR. BOLES:  Very well, Your Honor.  We'll send those

09:57AM 24  exhibits in right now.

09:57AM 25       THE COURT:  Great.  Thank you.

09:57AM 1          Let's see.  Now, we'll come back to you, Kerry, on

09:57AM 2   the issue of Transocean internal report.

09:57AM 3          MR. MILLER:  Kerry Miller on behalf of Transocean.

09:58AM 4          I'm looking at paragraph six of your report last

09:58AM 5   week, just to cover the subissues that are in that paragraph.

09:58AM 6          First, deposition dates for Dan Farr, August 24

09:58AM 7   and 25.

09:58AM 8          THE COURT:  Hold on.

09:58AM 9          MR. MILLER:  I think those were open.  It's right before

09:58AM 10  our hiatus.

09:58AM 11         THE COURT:  So we're looking at Dan Farr, F-A-R-R,

09:58AM 12  August 24 and 25.

09:58AM 13         MR. MILLER:  So that was one issue.

09:58AM 14         The other issue in terms of depositions was

09:58AM 15  Rob Turlak.  Mr. Turlak, fortunately, I guess, for him, is on a

09:59AM 16  long vacation until July 25th, from what I understand.

09:59AM 17         We'll make him available for one day, but what I

09:59AM 18  would like to do is give you that day when he gets back from his

09:59AM 19  extended vacation.  It sounds nice.

09:59AM 20         THE COURT:  Yes, it does, doesn't it.

09:59AM 21         MR. MILLER:  Next issue in the subparagraph is interview

09:59AM 22  notes.  I think we got back with Don and Andy on those that were

09:59AM 23  part of the production, so I think that issue has been covered.

09:59AM 24         Then, in terms of information on how the internal

09:59AM 25  report team was organized, we filed an interrogatory response

09:59AM 1    yesterday.  That information was set forth.

09:59AM 2              MR. HAYCRAFT:  May I respond to that, Your Honor?

09:59AM 3              THE COURT:  Sure.

09:59AM 4              MR. HAYCRAFT:  Kerry is right.  They provided a

09:59AM 5    supplemental answer to Interrogatory Numbers 38 and 39, and those

09:59AM 6    answers were simply a listing of a very large number of people.

09:59AM 7    I didn't count, but it looked like at least 20 people -- I could

10:00AM 8    be wrong on the number, but it's a large number -- with no

10:00AM 9    description of their subject matter or their depth of their

10:00AM 10   involvement.

10:00AM 11             What we had asked for and what the Court had

10:00AM 12   ordered last week was, by Wednesday, for them to provide, if not

10:00AM 13   an org chart, then something along the lines of an org chart

10:00AM 14   because, otherwise, I would suppose Transocean would say either

10:00AM 15   you depose 20 or none, other than Mr. Farr and Mr. Turlak.

10:00AM 16             We can't tell among those 20 who maybe is

10:00AM 17   dispensable and who is not.  At this stage, though, our

10:00AM 18   inclination would be to depose, you know, a large number of them,

10:00AM 19   unless we can be persuaded that they didn't contribute

10:00AM 20   significantly.

10:00AM 21             MR. MILLER:  Just looking at it, I guess what we'll do

10:00AM 22   is do a one-line summary of what they did.

10:00AM 23             THE COURT:  Yes, at least as far as were they a team

10:00AM 24   leader and, if so, what team were they leading, that kind of

10:00AM 25   thing, so that the parties can hopefully pare down the list of

10:01AM 1   20 to a list of three or four.

10:01AM 2          MR. MILLER:  Again, you know, we would like to reiterate

10:01AM 3   that the team leaders, Ambrose, Farr and Boughton, are now set

10:01AM 4   for deposition.  But we'll look at that interrogatory response

10:01AM 5   and fill in a subject matter line for it.  Sorry about that.

10:01AM 6          THE COURT:  If you want to just do it by e-mail so that

10:01AM 7   we can speed it up a little bit, that would be fine.  If you want

10:01AM 8   to send it to me, that might speed things up, as well.

10:01AM 9          MR. HAYCRAFT:  We believe that that was the

10:01AM 10  responsibility to do by Wednesday, so we would ask that

10:01AM 11  Your Honor impose a fairly strict deadline on that.

10:01AM 12         THE COURT:  ASAP.

10:01AM 13         MR. MILLER:  Got it.  I see that Ambrose is up, I guess,

10:01AM 14  Tuesday, so.

10:01AM 15         MR. HAYCRAFT:  Isn't he Monday?

10:01AM 16         THE COURT:  Let's look.  We'll look at the official

10:01AM 17  calendar.

10:01AM 18         MR. HAYCRAFT:  Monday, Tuesday.

10:01AM 19         MR. MAZE:  Monday, Tuesday.

10:02AM 20         MR. HAYCRAFT:  Frankly, Your Honor, we would prefer not

10:02AM 21  to spend half an hour --

10:02AM 22         MR. MILLER:  I understand, Don.

10:02AM 23         MR. HAYCRAFT:  Thank you.

10:02AM 24         MR. MILLER:  I understand where he's going.  He would

10:02AM 25  like to have the information before Mr. Ambrose's deposition

10:02AM 1    starts.

10:02AM 2         THE COURT:  They've now got ESP.  They don't need to

10:02AM 3    actually talk each other.  Kerry knows what Don was getting ready

10:02AM 4    to say, and he's going to take care of the issue and provide the

10:02AM 5    information prior to the start of Monday's deposition.

10:02AM 6         MR. ROBERTS:  Steve is e-mailing it as we speak, from my

10:02AM 7    ESP with both of them.

10:02AM 8         MR. MILLER:  So Don can take the interrogatory response

10:02AM 9    out of his deposition outline over the weekend.

10:02AM 10        THE COURT:  That's right.  I think they have now synced

10:02AM 11   their BlackBerry, like a mind meld.

10:02AM 12        MR. HAYCRAFT:  Steve and I now tweet each other

10:02AM 13   regularly.

10:03AM 14        THE COURT:  You're following each other on Twitter.

10:03AM 15        MR. MILLER:  They are friends on Facebook, too.

10:03AM 16        MR. ROBERTS:  Skype me later today.

10:03AM 17        THE COURT:  Yes, they have got linked Skype accounts.

10:03AM 18         Kerry, do you want to give us any update on the

10:03AM 19   interpleader, if any?

10:03AM 20        MR. MILLER:  Yes.  Unfortunately, Your Honor, I don't

10:03AM 21   think we ended up being as close as we had hoped.  We got a draft

10:03AM 22   back yesterday from BP's coverage counsel, and I had a brief

10:03AM 23   discussion with Marty McLeod, who is in the back, about it.

10:03AM 24         My guess, Your Honor, is next Friday we're going to

10:03AM 25   have to submit some competing drafts to you.  We'll make one more

10:03AM 1    pass at a redline of this redline, but I think there are a couple

10:03AM 2    of critical points.  We may need some court involvement.  Maybe

10:03AM 3    we can do it as a subgroup after our regular session.

10:03AM 4            THE COURT:  That's fine.  We'll try to hammer it out.

10:03AM 5    Fair enough.

10:03AM 6                 Let's get to more deposition scheduling.

10:04AM 7                 We had a tentative date for Leo Lindner of

10:04AM 8    September 14 and 15.  Can we take tentative off?  That was a PSC

10:04AM 9    issue.  You all wanted to check to see if you needed him for

10:04AM 10   expert reports.

10:04AM 11               Mr. Cunningham is asleep.

10:04AM 12           MR. CUNNINGHAM:  Actually, I was looking at another

10:04AM 13   problem with discovery, but I don't know the answer at the

10:04AM 14   moment.

10:04AM 15           THE COURT:  Sterbcow wanted to check to see whether he

10:04AM 16   believed Mr. Lindner was necessary for expert report preparation,

10:04AM 17   so maybe you all could let us know.

10:05AM 18           MR. HERMAN:  Let's assume that he's not unless we're

10:05AM 19   advised otherwise by the end of the day.

10:05AM 20           THE COURT:  That's fine.  That's good.  So we'll keep

10:05AM 21   him tentative for the rest of the day.

10:05AM 22           MR. HERMAN:  Thank you.

10:05AM 23           THE COURT:  We have confirmed Brian Morel for July 21.

10:05AM 24   Let's see --

10:05AM 25           MR. MAZE:  Can we clarify Lindner on next week, for

10:05AM 1  July 18 and 19, is off?

10:05AM 2          MR. LANGAN:  Yes.

10:06AM 3          MR. BARR:  Judge, Brian Barr for the PSC.

10:06AM 4          On Lindner, your order actually says that M-I will

10:06AM 5  determine if the deposition could be rescheduled for July 18 and

10:06AM 6  19, so I think we were waiting for M-I Swaco on that.

10:06AM 7          MR. MILLER:  Yes, and they wrote to us and said it was

10:06AM 8  off for September.

10:06AM 9          THE COURT:  Yes, I think we were saying September 14 and

10:06AM 10 15, tentatively, if Sterbcow said we don't need him for expert

10:06AM 11 report preparation.

10:06AM 12         So we've confirmed Brian Morel for July 21.  So,

10:06AM 13 Corey, you can take the question mark off of him.

10:06AM 14         Now, on July 22, we don't have a question mark for

10:07AM 15 Hafle, so that's taken care of.

10:07AM 16         MR. MAZE:  He is 22 only, as a Fifth Amendment?

10:07AM 17         THE COURT:  That's correct.

10:07AM 18         MR. MAZE:  So he's off for 21, which we still have.

10:07AM 19         THE COURT:  Correct.

10:07AM 20         We've got Mike Daly.  I think this has been

10:07AM 21 resolved.  Mike Daly, Mr. Thorseth, and Mr. Lacy.

10:07AM 22         Andy, do you want to give us an update?  We've

10:07AM 23 taken care of this issue?

10:07AM 24         MR. LANGAN:  Yes, Your Honor.  Andy Langan for BP.

10:07AM 25         Thanks to everybody for working with us on this.

10:07AM 1 In terms of tentative dates that week of September 19th, can I
10:07AM 2 give a couple?
10:07AM 3          THE COURT:  Please.
10:07AM 4          MR. LANGAN:  Mr. Daly, possibly the 21st and 22nd.
10:07AM 5 Mr. Lacy, tentatively the 23rd.  Mr. Thorseth, the 20th of
10:07AM 6 September.
10:08AM 7          THE COURT:  Right.
10:08AM 8          MR. MAZE:  Can we do the names, again?
10:08AM 9          THE COURT:  Sure.  On the 21st, 22nd is Mike Daly,
10:08AM 10 D-A-L-Y.  On the 20th is Jay Thorseth, T-H-O-R-S-E-T-H.  On the
10:08AM 11 23rd is Stewart Lacy, L-A-C-Y.
10:08AM 12          MR. MAZE:  These are all tentative and all in London?
10:08AM 13          THE COURT:  These are still tentative; is that correct,
10:08AM 14 Andy?
10:08AM 15          MR. LANGAN:  They are, but I'm pretty confident that
10:08AM 16 that week we will get these three witnesses done.  I just want to
10:08AM 17 be a little -- there is a lot of moving parts here in terms of
10:08AM 18 which guy on which day, but what I've given you is what our
10:08AM 19 working hypothesis is.
10:08AM 20          THE COURT:  We will schedule all three for the week of
10:08AM 21 September 19th, regardless.
10:08AM 22          MR. LANGAN:  Correct.
10:08AM 23          THE COURT:  So that's good.  They are all in London.
10:08AM 24          MR. YORK:  Judge, may I just --
10:09AM 25               This is Alan York for Halliburton.

10:09AM  1          Andy, we really appreciate your spreading those out

10:09AM  2   to where it's only one per day.  We would just ask that if there

10:09AM  3   is any rearrangement, if we can try to keep that in mind, so we

10:09AM  4   can minimize the number of people that we have to send over to do

10:09AM  5   the depositions, that would be great.

10:09AM  6          THE COURT:  Andy, you heard that?

10:09AM  7          MR. LANGAN:  I did.

10:09AM  8          THE COURT:  Okay.  Good.

10:09AM  9          All right.  Next up was Heather Powell.  We have

10:09AM 10   her tentatively set for October 20th.  She's the lady who is

10:09AM 11   expecting a child.

10:09AM 12          I guess we'll just pass her week by week, right?

10:09AM 13          MR. LANGAN:  Your Honor, I don't know what other choice

10:09AM 14   we have.

10:09AM 15          THE COURT:  Okay.  We'll just keep her as permanently

10:09AM 16   tentative unless we hear to the contrary.

10:09AM 17          Next up is Gordon Birrell, B-I-R-R-E-L-L.  Andy?

10:10AM 18          MR. LANGAN:  Yes, Your Honor, Andy Langan for BP.

10:10AM 19          We can look -- and this would be a New Orleans

10:10AM 20   dep -- either September 14 or 15.

10:10AM 21          THE COURT:  Okay.  Let's take a look.  14, we only have

10:10AM 22   one person now, so do you want to go with the 14th?

10:10AM 23          MR. FITCH:  Anadarko requests the 14th, Your Honor.

10:10AM 24          THE COURT:  The 14th, Andy.

10:10AM 25          MR. MAZE:  B-O --

10:10AM 1          THE COURT:  I'm sorry.  It's B-I-R-R-E-L-L.

10:10AM 2     Gordon Birrell.

10:10AM 3          Andy, you're next up on Andrew Frazelle, F-R-A-Z --

10:10AM 4          MR. LANGAN:  Yes.  I hope to have more information about

10:10AM 5     him later today.  I don't have -- don't have it yet.

10:10AM 6          THE COURT:  No problem.

10:10AM 7          MR. LANGAN:  But we are working on that one, and I think

10:10AM 8     it may be one of the last ones on our list.

10:10AM 9          THE COURT:  It's F-R-A-Z-E-L-L-E.

10:10AM 10          Okay.  Then we've got Mr. Keplinger,

10:11AM 11     Yancey Keplinger.

10:11AM 12          MR. LANGAN:  Yes, Your Honor.  Our office has been in

10:11AM 13     touch with his personal counsel.  I believe we could look at

10:11AM 14     either September 8th or September 12th.

10:11AM 15          THE COURT:  Does the PSC have any druthers on that?

10:11AM 16          MR. BARR:  No, Your Honor.

10:11AM 17          THE COURT:  Why don't we go with the 12th, which has

10:11AM 18     nobody else that day.

10:11AM 19          Andy, anything on Buddy Trahan?

10:11AM 20          MR. LANGAN:  I don't know that we have a date for Trahan

10:11AM 21     yet.  I've checked my notes, and I know we're working that.

10:11AM 22          There are some other ones, like Mr. Wheeler, I

10:11AM 23     think we do, but I don't think we have Trahan yet.

10:11AM 24          THE COURT:  Fair enough.  What about Rob Beirute?

10:12AM 25          MR. LANGAN:  Again, I know it will be early August.  I

10:12AM  1    don't have an exact date yet.

10:12AM  2        THE COURT:  No problem.  Let me just quickly go through

10:12AM  3    and see.  I think that's everything you had, other than

10:12AM  4    Tony Brock.

10:12AM  5        MR. LANGAN:  Yes, and I can talk about Mr. Brock, but I

10:12AM  6    was also going to mention Mr. Wheeler.  I know your order says

10:12AM  7    the PSC, but I think we have been in touch with him, and I have a

10:12AM  8    few dates for Wheeler.

10:12AM  9        THE COURT:  Good.  Let's talk about it.

10:12AM 10        MR. LANGAN:  So August 11, 12, or 18, 19, or 25, 26.

10:12AM 11        THE COURT:  Boy, those are all good dates.  I'm going to

10:12AM 12    let Corey choose.

10:12AM 13        MR. MAZE:  11, 12.

10:12AM 14        THE COURT:  11, 12.  That's great.

10:12AM 15        MR. MAZE:  That was for Wheeler?

10:12AM 16        MR. LANGAN:  Yes.

10:12AM 17        THE COURT:  Yes, that is for Wyman, W-Y-M-A-N, Wheeler.

10:13AM 18        MR. FITCH:  Judge, Tony Fitch for Anadarko.

10:13AM 19          What were the other available dates?

10:13AM 20        MR. MAZE:  It's the Thursday and Friday, three weeks in

10:13AM 21    a row.  11, 12; 18, 19; and, 25, 26.

10:13AM 22        THE COURT:  Yes, it was 18, 19, and 25, 26.

10:13AM 23        MR. LANGAN:  So, I'm sorry, Your Honor, did you want me

10:13AM 24    to talk about Brock, or are we not there yet?

10:13AM 25        THE COURT:  Hold on.

10:13AM 1        MR. LANGAN:  Sure.

10:13AM 2        THE COURT:  Tony was looking at the calendar for

10:13AM 3   Mr. Wheeler, and he's considering.  We're going to wait to see

10:13AM 4   what he's considering.

10:13AM 5        MR. FITCH:  Which I appreciate, Judge.

10:13AM 6            Your Honor, if it's all right with the PSC, either

10:13AM 7   of the next two weeks would be preferable for us.

10:13AM 8        THE COURT:  PSC, do you care?  Okay.

10:13AM 9        MR. YORK:  Your Honor, if we're going to weigh in, I

10:13AM 10  would request not the 18th and 19th, because that would overlap

10:13AM 11  with the Chevron depositions.

10:13AM 12       THE COURT:  Andy, so you can hear what we're doing, it's

10:13AM 13  been requested that we take Mr. Wheeler on the 25th and 26th.

10:14AM 14       MR. LANGAN:  Okay.

10:14AM 15       THE COURT:  So let's go ahead and put him down for those

10:14AM 16  two days, and that will take care of Mr. Wheeler.

10:14AM 17       MR. LANGAN:  So August 25, 26 for Mr. Wheeler?

10:14AM 18       THE COURT:  Right.  Right.

10:14AM 19       MR. LANGAN:  All right.  Thank you.

10:14AM 20       THE COURT:  You're welcome.  Thank you.

10:14AM 21           Then, you wanted to chat about Mr. Brock.

10:14AM 22       MR. LANGAN:  Yes.  Your Honor, since your direction last

10:14AM 23  Friday for, I guess, a short version of a video dep, we've spoken

10:14AM 24  to Mr. Brock.  August 31st is a day that he has set aside for

10:14AM 25  this.

10:14AM 1          THE COURT:  Good.

10:14AM 2          MR. ROY:  We're off.

10:14AM 3          THE COURT:  Oh, that's Labor Day break.

10:14AM 4          MR. LANGAN:  Doesn't it predate the start of it, the

10:14AM 5 official break, or am I wrong?

10:14AM 6          THE COURT:  No, it doesn't.  The Labor Day break starts

10:14AM 7 the 31st.

10:14AM 8          MR. LANGAN:  Well, since it will be London time, maybe

10:15AM 9 there is some way we can work around that.

10:15AM 10          THE COURT:  Andy, do you think there is any way he could

10:15AM 11 do it on the 30th, so everybody can go home?

10:15AM 12          MR. LANGAN:  So, I can work on that and see if the 30th

10:15AM 13 is a possibility.

10:15AM 14          THE COURT:  Let's see what he's looking like.  We'll put

10:15AM 15 him down tentatively for the 30th.  I hate to shorten everybody's

10:15AM 16 Labor Day break.  I'm going to go home and take a nap that

10:15AM 17 weekend.

10:15AM 18          MR. LANGAN:  Okay.

10:15AM 19          THE COURT:  All right.  Thank you.  Check into that for

10:15AM 20 us.  That would be great.

10:15AM 21          MR. LANGAN:  We will.

10:15AM 22          THE COURT:  Coming back around.  Let's see, next up

10:15AM 23 we've got M-I.  Where is M-I?

10:15AM 24          MR. YORK:  Actually, Your Honor, it's Halliburton.

10:15AM 25               Alan York for Halliburton.

10:15AM 1          Halliburton and M-I have been working together on

10:15AM 2     these because Halliburton was the requester.  We have been

10:15AM 3     circling the airport.  We about to bring it in for a landing.  I

10:16AM 4     think by next week we'll be able to tell you for sure whether --

10:16AM 5          THE COURT:  For all of those witnesses, right?

10:16AM 6          MR. YORK:  That's correct.

10:16AM 7          THE COURT:  So we're going to pass those four witnesses.

10:16AM 8     We stole your thunder.

10:16AM 9          MR. FUNDERBURK:  You did, but that's all right.  Alan

10:16AM 10    took care of it.  Thank you.

10:16AM 11         THE COURT:  So we're going to pass the four M-I

10:16AM 12    witnesses that we don't have dates for.

10:16AM 13         Any report on Mr. Vidrine?

10:16AM 14         MR. BARR:  Your Honor, Brian Barr for the PSC.

10:16AM 15         Mr. Sterbcow has been in touch with Mr. Vidrine's

10:16AM 16    lawyer.  He is going to send you some medical records to confirm

10:16AM 17    his inability to be deposed under seal next week.  Those will be

10:16AM 18    coming from Bob Habans.

10:16AM 19         THE COURT:  Okay.  Good.  Thank you very much.  We'll

10:16AM 20    put that on our list of things to review.

10:16AM 21         All right.  I assume I can continue to pass on

10:16AM 22    Mr. Oldfather for the time being?  Okay.  The answer was yes.

10:17AM 23         I guess, next up is the order of deposition.

10:17AM 24    Mr. Roberts, you are to be commended.  It looks to me like

10:17AM 25    everyone has signed on to your proposal.  Am I incorrect about

10:17AM  1  that?

10:17AM  2              MR. HAYCRAFT:  Yes, Your Honor.

10:17AM  3              THE COURT:  Of course, I am.

10:17AM  4              MR. HAYCRAFT:  Yes.  Don Haycraft for BP.

10:17AM  5              We have hesitation about accepting it.

10:17AM  6              THE COURT:  What's your hesitation?

10:17AM  7              MR. HAYCRAFT:  Our hesitation is the issue of

10:17AM  8  timekeeping and the issue of the up and down business with people

10:17AM  9  going 20 minutes, then sitting down, then coming back for ten, of

10:18AM 10  it being disruptive; furthermore, that it tends to prolong the

10:18AM 11  deposition because we end up changing the tape and having a break

10:18AM 12  and so forth.

10:18AM 13              What I would tell the Court is that we definitely

10:18AM 14  see merit in the proposal.  I think all of the defendants see

10:18AM 15  merit in the opportunity for some redirect or some clean-up work

10:18AM 16  after the other defendants have gone, but we would ask that

10:18AM 17  perhaps we get through next week and revisit it on Friday.

10:18AM 18              We can talk to our client about whether we can live

10:18AM 19  with it, or maybe we could do a practice run on one deposition to

10:18AM 20  see if our fears are unfounded or not.

10:18AM 21              THE COURT:  What do you think, Mr. Roberts, about a

10:18AM 22  practice run?

10:19AM 23              MR. ROBERTS:  I don't know, and I don't give a damn.

10:19AM 24              THE COURT:  Mr. Roberts has had enough.

10:19AM 25              MR. HAYCRAFT:  I move to strike.

10:19AM 1        THE COURT:  Well, let's see.  Who is next week?  For

10:19AM 2   goodness sake.

10:19AM 3        MR. ROBERTS:  Judge, as a tactical matter, most of them

10:19AM 4   are our witnesses.  You know, I gave it my best shot.  Everybody

10:19AM 5   is getting a little fatigued, and nobody has come up with great

10:19AM 6   ideas.

10:19AM 7            So, you know, let's just keep going as we are.

10:19AM 8   Then, if there is a big issue and the lawyers can't work it out,

10:19AM 9   we'll call you up.

10:19AM 10       THE COURT:  I think that's fine.  If you want to pick

10:19AM 11  one for a practice, to see if we can allay Mr. Haycraft's

10:19AM 12  concerns, that's fine by me.

10:19AM 13       MR. ROBERTS:  As it's a BP concern, let's pick a BP

10:19AM 14  witness.

10:19AM 15       THE COURT:  I think that's fair.  Let's pick one.  Who

10:19AM 16  have we got next week that you would like?

10:19AM 17       MR. HAYCRAFT:  How about Keith Daigle?

10:19AM 18       MR. ROBERTS:  Fine with me.

10:19AM 19       THE COURT:  Keith Daigle will be a practice run.  I'll

10:20AM 20  tell you what, I've got your proposal.  There has been no changes

10:20AM 21  to your proposal, as I understand it, other than Mr. Haycraft

10:20AM 22  saying he's concerned.

10:20AM 23           We will get that out to everybody, and then you all

10:20AM 24  will go ahead and use Mr. Daigle as your test case next week, and

10:20AM 25  you will report on Friday on how you did.

10:20AM 1          MR. HAYCRAFT:  That makes sense.  Thank you, Your Honor.

10:20AM 2          THE COURT:  You're welcome.

10:20AM 3              All right.  Let's look at a report from BP and

10:20AM 4    Halliburton on Dr. Ravi.

10:20AM 5          MR. LANGAN:  Your Honor, Andy Langan for BP.

10:20AM 6              Don has very kindly reached out to us.  We need to

10:21AM 7    sit down and have a conversation about the scope of the

10:21AM 8    deposition.

10:21AM 9              There was also started a conversation about when it

10:21AM 10   might be.  So, progress is being made, but I don't think

10:21AM 11   resolution.  That's not Mr. Godwin's fault; that's on us.

10:21AM 12         MR. YORK:  This is Alan York for Halliburton.

10:21AM 13             Andy is correct.  We have discussed potential

10:21AM 14   dates.  We've reached out to our client to confirm -- Dr. Ravi

10:21AM 15   travels internationally quite a bit.

10:21AM 16         THE COURT:  Right.

10:21AM 17         MR. YORK:  We're seeking available dates for him.

10:21AM 18             I think the last conversation between Mr. Godwin

10:21AM 19   and Ms. Harding was that we were going to go ahead and try to get

10:21AM 20   dates set.  Then, we've been talking about the proper scope of

10:21AM 21   the deposition.  So conversations are ongoing.

10:21AM 22         THE COURT:  Okay.  Good.

10:21AM 23             All right.  Then BP has requested the deposition of

10:21AM 24   Steve Newman.  I'm going to go ahead and allow that deposition,

10:21AM 25   so we're going to need to get dates for Mr. Newman.

10:22AM 1              All right.  Then we have the issue of the requested

10:22AM 2 witnesses that Cameron has made, that is, the 13 witnesses.  Any

10:22AM 3 update on that, guys?

10:22AM 4         MR. WITTMANN:  It's 11.

10:22AM 5         MR. MILLER:  Your Honor, what I have done --

10:22AM 6         THE COURT:  I'm sorry.  It's 11.  Thank you.

10:22AM 7         MR. MILLER:  -- is I've tried to put together a chart,

10:22AM 8 with these 11 witnesses in mind, supplementing the information

10:22AM 9 with their position and, to the extent these witness are no

10:22AM 10 longer employed, their last known address.  Of course, there are

10:22AM 11 some privacy concerns in terms of how we distribute that

10:22AM 12 information.

10:22AM 13              What I would like to do, maybe, is hand Your Honor

10:23AM 14 a copy of that chart.  Certainly, maybe *in camera*, it could be

10:23AM 15 shared with Cameron.

10:23AM 16         THE COURT:  Why don't we do that.

10:23AM 17         MR. MILLER:  I don't want to publicize for general

10:23AM 18 purposes the last known address of a number of these former

10:23AM 19 employees.

10:23AM 20         THE COURT:  Does anybody have an objection to that, that

10:23AM 21 they'll come to us and they'll go to Cameron, and I can review

10:23AM 22 who these people are and what their position at the time was?

10:23AM 23         MR. MILLER:  I'll hand Mike the chart either now or

10:23AM 24 after, during a break.

10:23AM 25              Your Honor, back on the additional time issue,

10:23AM 1   while we're talking about Transocean/Cameron issues, Mr. Gaude is

10:23AM 2   set for deposition in September.  We would like to go on record

10:23AM 3   as requesting additional time for him.  We would like to have two

10:23AM 4   and a half hours total, so if that can be reflected.

10:23AM 5           Then finally, Your Honor, in connection with

10:23AM 6   Cameron's request for Transocean witnesses, I will send to the

10:23AM 7   Court this afternoon or over the weekend our request for Cameron

10:24AM 8   people who appear to be in corresponding positions at Cameron.

10:24AM 9           THE COURT:  Okay.  Fair enough.

10:24AM 10          MR. WITTMANN:  While we're on that subject,

10:24AM 11  Your Honor --

10:24AM 12          Phil Wittmann for Cameron.

10:24AM 13          -- it's my understanding from a meeting that was

10:24AM 14  had by Mr. Roberts, Alex Roberts, and Mr. Baay, that the

10:24AM 15  witnesses, the TO witnesses who are still employed by Transocean

10:24AM 16  will be made available.  Is that correct, Kerry?

10:24AM 17          As the Court allows them, they will be made

10:24AM 18  available, if the Court will allow us to take them.

10:24AM 19          MR. ROBERTS:  Alex Roberts is a Cameron lawyer, and I

10:24AM 20  don't know anything about the conversation, but I'm sure we'll

10:24AM 21  work through whatever they agree to.

10:24AM 22          THE COURT:  Let Alex and David continue to work.  They

10:24AM 23  work well together.  We have been, you know, working on our

10:24AM 24  morning conferences.

10:24AM 25          So, Phil, the answer is, let's get an update from

10:24AM 1   them and then see how they are coming along.

10:24AM 2           MR. WITTMANN:  I was just reporting what was reported to

10:24AM 3   me, Judge.  That's all.

10:25AM 4           THE COURT:  Thank you.  Those are for the four

10:25AM 5   Transocean witnesses who are former R&B Falcon people.

10:25AM 6           MR. WITTMANN:  Who are still employed by TO.

10:25AM 7           THE COURT:  That's right.  Still employed.

10:25AM 8               Good.  Thank you for the update.

10:25AM 9               Let's see.  I haven't called on Mr. Underhill yet.

10:25AM 10  I'm not sure we want to, but --

10:25AM 11          MR. UNDERHILL:  Don't break a streak here, Judge.  I'm

10:25AM 12  good.

10:25AM 13          THE COURT:  Well, I don't know if you're the right

10:25AM 14  person, or whether it's Mr. O'Rourke or who, but we had discussed

10:25AM 15  briefly the US bringing up motions that would narrow the focus

10:25AM 16  and scope of the trial, Phase I trial.  Anything to update us?

10:26AM 17          MR. HAYCRAFT:  Phase II.

10:26AM 18          MR. UNDERHILL:  I think that should be Phase II,

10:26AM 19  Your Honor.

10:26AM 20          THE COURT:  Oh, is that Phase II?

10:26AM 21          MR. UNDERHILL:  Phase II.  We thought we had some time,

10:26AM 22  Your Honor.

10:26AM 23          THE COURT:  You do.

10:26AM 24          MR. UNDERHILL:  Thanks.  That's something we would like

10:26AM 25  to discuss with various parties, the PSC and BP in particular.

10:26AM 1          THE COURT:  Good.  Why don't we pass it for a couple of

10:26AM 2   weeks.  You have got plenty of time.

10:26AM 3               Steve, how are you?

10:26AM 4          MR. HERMAN:  Good morning, Your Honor.  Steve Herman for

10:26AM 5   the PSC.

10:26AM 6               Just very briefly, just wanted to put it on the

10:26AM 7   radar because it kind of dovetails with the issue we just

10:26AM 8   discussed.

10:26AM 9               As the Court is considering all of the various

10:26AM 10  trial plan proposals, etcetera, one of the suggestions that we

10:26AM 11  had made regarding the proposed trial plan order was that there

10:26AM 12  was a provision or repeated references to allocations of fault to

10:26AM 13  third parties and nonparties.

10:26AM 14              While we understand that as of right now the US is

10:27AM 15  arguably a party under the 14(c), in the event that their motion

10:27AM 16  to dismiss or other dispositive motions are granted, and they are

10:27AM 17  not a party at the time of this trial, at least on the defense

10:27AM 18  side, I think it would be our position that it would be

10:27AM 19  inappropriate, and we can provide some briefing, for the Court to

10:27AM 20  allocate fault, under General Maritime Law, at least, against

10:27AM 21  third parties or nonparties.

10:27AM 22              Whether fault is allocated to allege something on

10:27AM 23  behalf of the US or not might have some effect on the scope of

10:27AM 24  discovery that might be necessary, particularly as to Phase II.

10:27AM 25  So that's a lot of balls in the air, but I just wanted to raise

10:27AM 1  that.

10:27AM 2        THE COURT:  It is.  By the way, I liked your chart.

10:27AM 3        MR. HERMAN:  Thank you.

10:27AM 4        THE COURT:  That was very fancy.

10:27AM 5           Stay up because we're going to talk about short

10:27AM 6  form issues.

10:27AM 7        MR. HERMAN:  I received something from Andy this

10:28AM 8  morning.  It sounds -- I need to go back and look.  I can

10:28AM 9  probably agree to most of -- the one issue that we have, I don't

10:28AM 10 know how big of a deal it is, but I doubt we're going to --

10:28AM 11 either one of us is going to bend, so maybe Your Honor could just

10:28AM 12 make the call.

10:28AM 13       THE COURT:  Okay.

10:28AM 14       MR. HERMAN:  For Phase -- for Bundle A personal injury

10:28AM 15 claimants, I think we used physicians or other medical providers

10:28AM 16 who had rendered treatment after 2008, or 2008 and after.

10:28AM 17       THE COURT:  Okay.

10:28AM 18       MR. HERMAN:  We're thinking that that seems a little bit

10:28AM 19 over broad, at least initially, for B3 plaintiffs.  You know, it

10:28AM 20 might be, to a large extent, the same providers because I would

10:28AM 21 imagine people went back to their same general treating physician

10:28AM 22 or whatever in 2010; but, it seems to me that a good starting

10:28AM 23 place would be anybody that's rendered treatment from the time of

10:28AM 24 the explosion forward.  That would give the defendant some idea

10:28AM 25 of what injuries, if any, they've suffered since the spill.

10:28AM 1          Certainly, later, as we get into those damage

10:29AM 2     issues, I would imagine, if the cases are still ongoing, the

10:29AM 3     defendants would be entitled to more liberal discovery; but, it

10:29AM 4     seems to us, just for an initial default blanket providing of

10:29AM 5     authorizations, that for B3 plaintiffs 2010 is a better date than

10:29AM 6     2008.  2008 seems a little over broad.

10:29AM 7          That seems to be the one sticking point that we

10:29AM 8     can't agree on.

10:29AM 9          THE COURT:  Andy, do you want to comment on that?

10:29AM 10         MR. LANGAN:  Yes.  I heard Steve.  I guess what I'm

10:29AM 11    hearing him say is it's really a question of timing, because our

10:29AM 12    position would be that if somebody is making a claim for health

10:29AM 13    effects, prior medical conditions are going to be relevant to

10:29AM 14    that.  I guess what he's saying is he doesn't agree.  It's just a

10:29AM 15    question of when we might be entitled to such discovery.

10:29AM 16         I don't know that we're going to make a federal

10:29AM 17    case out of this form, as opposed to later on, as long as it's

10:30AM 18    really clear that we're entitled to that stuff later on, if

10:30AM 19    somebody really presses such a claim.  So maybe we can pick a

10:30AM 20    date in between or something.  I don't know.

10:30AM 21         THE COURT:  Yes.  I mean, if it's clear, for instance,

10:30AM 22    that you have the right for any of these plaintiffs that press

10:30AM 23    their claim to go back further, do you think that's a compromise

10:30AM 24    you can accept, or do you want to suggest an earlier date that

10:30AM 25    you can live with?

10:30AM   1          MR. LANGAN:  I think we could go either way.  I think we

10:30AM   2   could either -- as long as it's absolutely clear that we're not

10:30AM   3   waiving our right to get stuff earlier, we might be able to live

10:30AM   4   with what he's talking about, or maybe we just pick 2009 instead

10:30AM   5   of 2008.

10:30AM   6          MR. TSEKERIDES:  Your Honor, it's Ted Tsekerides for

10:30AM   7   Clean-Up Responders.

10:30AM   8              We share Mr. Langan's view.  If they are going to

10:31AM   9   be making claims for health effects, obviously, if they had

10:31AM  10   preexisting conditions or had been suffering from respiratory

10:31AM  11   illnesses beforehand, that's going to be relevant information,

10:31AM  12   and we want to make sure that's not lost.

10:31AM  13          THE COURT:  No, I agree with that.  It certainly is

10:31AM  14   relevant information, the issue being for this initial release.

10:31AM  15              The one problem is, Steve, that if you do it, then

10:31AM  16   you have got to go back again if they pursue their claims.  Is

10:31AM  17   that a problem for you logistically?

10:31AM  18          MR. HERMAN:  I don't think it will be.  I mean, the idea

10:31AM  19   behind all of this is case management in terms of doing the PPFs.

10:31AM  20              I mean, you know, we never said the defendants

10:31AM  21   weren't entitled to, assuming the cases are going to be tried, to

10:31AM  22   get depositions and all kinds of discovery things; but, I think

10:31AM  23   the thought is that that doesn't really move the ball

10:31AM  24   collectively forward.

10:31AM  25              A lot of these cases may or may not resolve before

10:31AM 1    they ever get to trial, and so why waste a lot of time, money and

10:31AM 2    effort on things that don't move the ball forward for everyone.

10:32AM 3             MR. TSEKERIDES:  Your Honor, if all we're talking about

10:32AM 4    is a date, I mean, how is it -- how is it a detriment or a burden

10:32AM 5    to the plaintiffs that they just put in 2008?

10:32AM 6             It would be up to us, you know, with whatever HIPAA

10:32AM 7    forms or whatever forms we're going to get for releases, to then

10:32AM 8    know that we have that available.  Then, we only have to go to

10:32AM 9    the physician or whoever it's going to be once.  So I don't

10:32AM 10   understand what the problem would be by the date being a little

10:32AM 11   bit sooner.

10:32AM 12            MR. HERMAN:  Well, I don't think we're talking about a

10:32AM 13   date to cut off the records.  What we're saying is for medical

10:32AM 14   providers.  If I went to a -- I don't even know what specialty I

10:32AM 15   should pull out of my hat -- a podiatrist in 2008, do I really

10:32AM 16   need to give you an authorization for those records based on a

10:32AM 17   claim for a post-spill exposure?  It seems a little over broad.

10:32AM 18            THE COURT:  Right.  What Ted is concerned about, I

10:32AM 19   assume, are things like dermatologists and pulmonary specialists,

10:32AM 20   if they had treatment for that kind of thing preceding the

10:33AM 21   incident.  Is that a fair statement, Ted?

10:33AM 22            MR. TSEKERIDES:  It is.

10:33AM 23            Look, you know, at this point we don't know what

10:33AM 24   type of injuries, necessarily, they are claiming, so we do have

10:33AM 25   to keep it somewhat broad because we don't know what we're going

10:33AM  1    to find out later.

10:33AM  2          THE COURT:  Well, if we reserve your right for any of

10:33AM  3    these claimants who pursue their claims to then seek -- and,

10:33AM  4    frankly, I mean, we might go back further than two years at that

10:33AM  5    point, and you request, Ted, that we do so, it seems to me these

10:33AM  6    are very relevant.  I don't see any kind of issue on allowing you

10:33AM  7    to then get a release for all of their records, perhaps three

10:33AM  8    years before the incident.

10:34AM  9          So why don't we go with Steve's proposal, which is

10:34AM 10    it will be from the date of the incident forward.  Then, if these

10:34AM 11    people do pursue the claims, we will go back and get releases

10:34AM 12    perhaps as far back as three years.

10:34AM 13          MR. HERMAN:  Okay.  That sounds fair.

10:34AM 14          THE COURT:  Can you guys live with that?

10:34AM 15          MR. LANGAN:  I think so, Your Honor.

10:34AM 16          MR. TSEKERIDES:  Yeah, I mean, recognizing that we might

10:34AM 17    come back, it sounds like we're all in agreement on that.

10:34AM 18          THE COURT:  Because it will be highly relevant in those

10:34AM 19    cases that are pursued.

10:34AM 20          MR. HERMAN:  That's good, Your Honor.

10:34AM 21          Otherwise, I think the rest of our issues, Andy, I

10:34AM 22    think they are just language issues.  I'll work on something over

10:34AM 23    the weekend and hopefully get something back to you Monday.

10:34AM 24          MR. LANGAN:  Terrific, Steve.  Thanks for your patience

10:34AM 25    on this.

10:34AM 1          THE COURT:  Okay.  That looks like it's done.

10:34AM 2          MR. HERMAN:  I'll just mention, Your Honor, while I'm

10:34AM 3    standing up here, that we spoke with Mr. Beck or e-mailed with

10:34AM 4    Mr. Beck, and, with the Court's permission, we think it might be

10:35AM 5    fruitful on the Cameron -- I'll call it a Motion to Compel but we

10:35AM 6    did it by letter and they responded and we replied -- maybe if

10:35AM 7    you gave us another week to try to work things out,

10:35AM 8    Mr. Williamson and Mr. Beck can maybe make some progress or maybe

10:35AM 9    complete progress.

10:35AM 10         THE COURT:  You know what, I like it when you all work

10:35AM 11   it out.  You're very good at doing that.  So you've got a week.

10:35AM 12   We'll get updated next week.

10:35AM 13            Let's see.  We had a little problem this week.  I

10:35AM 14   don't know, Andy, if you're the right person, maybe it's Mark,

10:35AM 15   maybe it's Don, on the Mike Byrd issue.

10:35AM 16         MR. HAYCRAFT:  Actually, we have Paul Collier on

10:35AM 17   standby.  We could e-mail and have him come onto the call.

10:35AM 18         THE COURT:  Okay.  That will be good.  We'll pass that

10:35AM 19   for the moment, unless he comes on as quickly.

10:35AM 20         MR. HAYCRAFT:  That was a miracle.

10:35AM 21         THE COURT:  It was.

10:36AM 22            Let's see.  On that same note -- and, Steve, I

10:36AM 23   assume this is why you're up -- you all had a Rule 30(b)(6)

10:36AM 24   deponent, BP deponent designee, who you all wanted to take as a

10:36AM 25   fact witness, and I don't have that person's name.

10:36AM  1          MR. HERMAN:  I think it's Kennelly.  I think he or

10:36AM  2    she -- I think it's a he -- is mostly relevant to Phase II.  We

10:36AM  3    just wanted to make sure that he either got put on the Phase II

10:36AM  4    list, if he wasn't already on it, or, in the alternative, that he

10:36AM  5    got shuffled to the post-July Phase I, with a custodial

10:36AM  6    production.  We brought that up just because one of the other

10:36AM  7    defendants had an issue about that last week, maybe it was

10:36AM  8    Cameron, with BP.

10:36AM  9          MR. LANGAN:  Your Honor, it's Andy Langan.

10:36AM 10               We're not agreeing to that.  If they want to press

10:36AM 11    that, I think we should each file letters about it.

10:37AM 12          THE COURT:  Okay.  Why don't we go ahead and, whenever

10:37AM 13    you all have time -- I know you've got lots of it -- get us

10:37AM 14    letters.  What's the last name?

10:37AM 15          MR. HERMAN:  I think it's Kennelly, with a K.

10:37AM 16          MR. LANGAN:  I would say -- it's probably pronounced

10:37AM 17    Kennelly.

10:37AM 18          THE COURT:  Kennelly, K-E-N-N-E-L-L-Y.

10:37AM 19               This is not a rush to the finish, but let's go

10:37AM 20    ahead and get those letters in, and we'll take it up.

10:37AM 21          MR. HERMAN:  I can also report from Mr. Sterbcow that

10:37AM 22    he's fine with doing Leo Lindner, whatever his name is, in

10:37AM 23    September.

10:37AM 24               I will deliver this message from Mr. Sterbcow.

10:37AM 25    While we were sitting here, I forwarded him BP's response to his

10:37AM 1    letter brief to Judge Barbier on the Boots & Coots report.  He

10:37AM 2    said, "If you're in court, tell Judge Shushan that we want to

10:37AM 3    take the deposition and cut through this nonsense."

10:37AM 4            THE COURT:  Okay.

10:38AM 5            MR. HERMAN:  I think that if the Court were to rule that

10:38AM 6    the Boots & Coots report is admissible, that would probably --

10:38AM 7            THE COURT:  I bet he'd back off his position.

10:38AM 8            MR. HERMAN:  -- be a sob for Mr. Sterbcow's

10:38AM 9    frustrations.

10:38AM 10           THE COURT:  Tell Mr. Sterbcow that that is in

10:38AM 11   Judge Barbier's capable hands.

10:38AM 12           MR. HERMAN:  I'll deliver that message.

10:38AM 13           THE COURT:  Thank you.

10:38AM 14           Corey, if you will, let's look back at Mr. Lindner,

10:38AM 15   because I think we can take the question mark off of him and can

10:38AM 16   confirm him for deposition.  There you go.

10:38AM 17           Let's see.  We spoke last week about Anadarko's

10:38AM 18   request for new search term criteria.  Any update on that?

10:39AM 19           MR. NOMELLINI:  Yes, Your Honor.  Mark Nomellini on

10:39AM 20   behalf of BP.

10:39AM 21           I can report that we are negotiating that, and,

10:39AM 22   given the timing, we are hoping to keep the new terms as

10:39AM 23   reasonable as possible.  We hope to work everything out in a meet

10:39AM 24   and confer.  If there is an issue, we will bring it to

10:39AM 25   Your Honor's attention.

10:39AM  1             THE COURT:  Okay.  Good.

10:39AM  2             MR. FITCH:  I'm sure the Court knows that Anadarko is,

10:39AM  3   if anything, reasonable.

10:39AM  4             THE COURT:  Well --

10:39AM  5             MR. FITCH:  I don't know why I invite in trouble.

10:39AM  6             THE COURT:  PSC, any update on the preliminary witness

10:39AM  7   list for Phase I?

10:39AM  8             MR. HAYCRAFT:  Deer in the headlights look?

10:39AM  9             THE COURT:  He was talking to his buddy, Jim, and he

10:40AM 10   wasn't paying attention.

10:40AM 11             MR. HERMAN:  The reality is, Your Honor, in our defense,

10:40AM 12   although I am a deer in the headlights, is that we have put the

10:40AM 13   matrix together, and it was then provided to the defendants with

10:40AM 14   a follow-up.  We're, frankly, waiting for the defendants to fill

10:40AM 15   in the matrix so we can get it back to the Court.

10:40AM 16             THE COURT:  That was a good bounce back.

10:40AM 17             MR. HERMAN:  The best defense is a good offense.

10:40AM 18             THE COURT:  Absolutely.  Defendants, respond to poor old

10:40AM 19   Steve.

10:40AM 20                  Okay.  We'll just carry that over.

10:40AM 21             MR. HERMAN:  I'll send out another reminder later today

10:40AM 22   or over the weekend.  Tomorrow may be a no e-mail day.

10:40AM 23             THE COURT:  Let's look.  Is tomorrow an e-mail off,

10:40AM 24   guys?

10:40AM 25             MR. HERMAN:  So either today or Sunday, I'll get it back

10:40AM  1    out.

10:40AM  2              THE COURT:  Reminder, e-mail off.

10:40AM  3              Mike just mentioned somebody popped on.  Who was

10:40AM  4    that that popped on?  Who are we waiting for?

10:40AM  5              MR. HAYCRAFT:  Paul Collier.

10:41AM  6              THE COURT:  Paul, are you on the line?  Paul?

10:41AM  7              MR. COLLIER:  Correct, it's Paul Collier on the phone.

10:41AM  8              THE COURT:  It's like magic.

10:41AM  9              MR. COLLIER:  Your Honor, I apologize for not getting on

10:41AM  10   sooner.

10:41AM  11             THE COURT:  No problem, no problem.

10:41AM  12             Paul, we had brought up the issue of Mr. Byrd and

10:41AM  13   Topics 13 and 23.  I understand that you are the person we need

10:41AM  14   to talk to about that.

10:41AM  15             MR. COLLIER:  Okay.

10:41AM  16             THE COURT:  It seems to me that this was just a

10:41AM  17   miscommunication.  I can see how Mr. Williamson thinks that his

10:41AM  18   designation of Topics 13 and 23 might fairly encompass whether or

10:41AM  19   not the suitability of the BOP complied with regulations, and I

10:42AM  20   can see how BP didn't make that stretch.

10:42AM  21             What I would like to propose to you is that BP give

10:42AM  22   Mr. Williamson a witness who can testify with regard to BOP

10:42AM  23   regulatory compliance.  That would supplement Sections 13 and 23.

10:42AM  24             MR. COLLIER:  Yes, Your Honor.  I understand.  I think

10:42AM  25   you're correct.  That is correct that there was a difference in

10:42AM 1   interpretation with respect to that section.

10:42AM 2           THE COURT:  Right.  I just think it was an interpretive

10:42AM 3   thing.  So if that is something that you all can do, it would be

10:42AM 4   appreciated.

10:42AM 5           I assume that that can be easily a one-day

10:43AM 6   deposition, don't you all think?  Mr. Haycraft?

10:43AM 7           MR. HAYCRAFT:  Yes, indeed.

10:43AM 8           THE COURT:  Mr. Haycraft says yes.

10:43AM 9           MR. HAYCRAFT:  In fact, I was thinking of a two-hour

10:43AM 10  video deposition.

10:43AM 11          THE COURT:  Let's find out who the witness, who the

10:43AM 12  designee is, and let's work through it.  Okay.

10:43AM 13          MR. COLLIER:  Yes.  Thank you, Your Honor.  This is

10:43AM 14  Paul Collier.  We'll start working on that immediately.

10:43AM 15          THE COURT:  Great.  Thanks, Paul.

10:43AM 16          MR. COLLIER:  Thank you, Your Honor.

10:43AM 17          MR. WITTMANN:  Your Honor, Phil Wittmann for Cameron.

10:43AM 18          I understand from David Jones, who is participating

10:43AM 19  for Cameron, that they are still just reviewing the rough

10:43AM 20  transcript that came over.  There were a number of topics that

10:43AM 21  Mr. Byrd did not testify on.  They are concerned about that.

10:43AM 22          We would like to reserve -- just let the Court know

10:43AM 23  we would reserve the right to come back and move for additional

10:43AM 24  witnesses, if we need to.

10:43AM 25          THE COURT:  Andy, did you hear that?  Phil is so soft

10:43AM 1   spoken, I'm sure that you had trouble, right?

10:44AM 2        MR. LANGAN:  I did hear that.  I don't know if Paul is

10:44AM 3   still on the line, but we reserve our right to resist yet another

10:44AM 4   foray by Mr. Wittmann.

10:44AM 5        MR. WITTMANN:  We would expect no less, Your Honor.

10:44AM 6        THE COURT:  So everybody reserves.

10:44AM 7        MR. UNDERHILL:  Your Honor, I think Don, hopefully, was

10:44AM 8   speaking tongue in cheek when he said a two-hour dep.

10:44AM 9        MR. HAYCRAFT:  No.

10:44AM 10        MR. UNDERHILL:  He says no.

10:44AM 11        Just to add to Anadarko's, that Melinda Lawrence,

10:44AM 12   who took the deposition on behalf of the United States, had

10:44AM 13   similar concerns.  So, however the time is factored in, I would

10:44AM 14   like to make our mark in the sand and say that we need time to go

10:44AM 15   over the topics that the witness wasn't able to respond for us.

10:44AM 16        THE COURT:  Yes.  What we were specifically addressing

10:44AM 17   was Jimmy's problem with the regulatory compliance component of

10:44AM 18   the deposition.

10:44AM 19        MR. FITCH:  Judge, Tony Fitch for Anadarko.

10:44AM 20        Mike referred to Anadarko a moment ago.  I think he

10:44AM 21   was referring to Cameron.

10:44AM 22        I do hate to always be grousing at these matters,

10:45AM 23   but I want to observe, because there is an another important

10:45AM 24   30(b)(6) deposition coming up, that the preparation question has

10:45AM 25   arisen fairly often.  It arose in Cowie, it arose in Little, it

10:45AM 1   arose in spades over the last couple of days over Byrd.

10:45AM 2           There is a deposition coming up that was

10:45AM 3   rescheduled, which is now the 29th.  It's Mr. Sustala.  On Topic,

10:45AM 4   I think, 7, it's temporary abandonment issues, which are pretty

10:45AM 5   crucial issues in this case, the NPT, the displacement issues and

10:45AM 6   so on.

10:45AM 7           It's clear to me that one of the problems we've had

10:45AM 8   here is that the topics were, A, developed by committee, and, B,

10:45AM 9   developed pretty early in this case.  We've all become at least

10:45AM 10  slightly less unsophisticated as time has gone by.

10:45AM 11          I hope -- I do respectfully say this to BP, that we

10:45AM 12  don't have this problem with Sustala on the 29th, where, on those

10:46AM 13  crucial issues, and on some issues that have already come up in

10:46AM 14  other depositions, the various parties -- and this goes for TO,

10:46AM 15  and it goes for Anadarko, as well -- the parties really do have a

10:46AM 16  right to know at this stage of the case what a company knows and

10:46AM 17  what position it's taken on certain things, so that halfway

10:46AM 18  through the trial next April and so on, we don't suddenly have BP

10:46AM 19  or Anadarko or anybody else saying, well, in fact, our position

10:46AM 20  is such and such, and we just didn't know back then, Judge.

10:46AM 21          So I do ask that the parties pay attention to --

10:46AM 22          THE COURT:  Let me make sure I'm understanding what

10:46AM 23  you're telling me.

10:46AM 24          Ms. Pepper, it's Sustala, S-U-S-T-A-L-A.

10:46AM 25          What you're asking is that Mr. Sustala -- use him

10:47AM 1    as an example of what you're looking for, Tony.

10:47AM 2        MR. FITCH:  His topic is the background basis or bases,

10:47AM 3    the intent, preparation, drafting, submission and approval of

10:47AM 4    BP's application for permit to modify the temporary abandonment

10:47AM 5    procedure.  That's the issue of the four different versions of

10:47AM 6    the TA procedure and what was going to come in which order, when

10:47AM 7    it got modified.

10:47AM 8        Then, there was an application to MMS, and then

10:47AM 9    there was some diversion from that, including the deviations, if

10:47AM 10   any, between that procedure and the procedure described in the

10:47AM 11   four documents, the ops note, the April 12th e-mail, the

10:47AM 12   April 14th e-mail and so on.

10:47AM 13       I think that we may have -- that whoever wrote that

10:47AM 14   may have written it a little bit differently if it had been today

10:47AM 15   rather than six months ago.  That is meant, as I understand from

10:48AM 16   the PSC, that's meant as the opportunity to explore with BP what,

10:48AM 17   in its view, went wrong and went right on April 19th and

10:48AM 18   April 20th during the temporary abandonment procedures.

10:48AM 19       Those are issues, who said what to whom, how, what

10:48AM 20   was done with the NPT, what wasn't done, who thought what about

10:48AM 21   that, those are issues that we tried to explore in factual

10:48AM 22   depositions.  It's been inhibited, frankly, by the invocation by

10:48AM 23   a number of TO witnesses of the Fifth Amendment, but it is what

10:48AM 24   it is.

10:48AM 25       But there comes a time when a company needs to say

10:48AM 1    what it knows about what happened there.  When there have been

10:48AM 2    efforts with Mr. Cowie and Mr. Little and Mr. Byrd to explore

10:48AM 3    other issues, BOP yesterday, BP, in large respect, I respectfully

10:48AM 4    suggest -- in some respects, I respectfully suggest, hasn't

10:49AM 5    delivered.

10:49AM 6             So I'm hoping from here on in, my client and others

10:49AM 7    will -- we'll work on that.  That's all I can say now.

10:49AM 8             THE COURT:  What I'm hearing you say, Tony, and correct

10:49AM 9    me if I'm wrong, is that you would like to give all of the

10:49AM 10   companies whose 30(b)(6)'s are coming up the heads-up and tighten

10:49AM 11   up the designations; is that --

10:49AM 12            MR. FITCH:  That's what I'm saying.  I feel a little

10:49AM 13   pompous saying that, frankly, but the bottom line is -- and these

10:49AM 14   are hard issues.  They are complicated.  They are voluminous, is

10:49AM 15   what Don is going to say, and he's right.  They're hard issues.

10:49AM 16   He'll have a different view.  But it is a problem.  It has been a

10:49AM 17   problem.

10:49AM 18            THE COURT:  Oh, I'm with you.

10:49AM 19            MR. HAYCRAFT:  Your Honor, the parties have chosen a

10:49AM 20   path which includes dozens and dozens and dozens of fact witness

10:50AM 21   depositions, people who were there, people with present sense

10:50AM 22   impressions, people with personal knowledge.

10:50AM 23            Packed onto that, added to that, supplemented to

10:50AM 24   that, they have this very long and detailed 30(b)(6) notice of

10:50AM 25   each of the parties.  That, frankly, the 30(b)(6)'s are actually,

10:50AM 1   the way this case has worked out, happening here in July.

10:50AM 2            To say that a witness who's designated on a topic

10:50AM 3   of, for example, negative pressure testing, doesn't know second

10:50AM 4   by second what actually may have happened between people who

10:50AM 5   either are no longer with us or who are taking the Fifth or are

10:50AM 6   just giving their present -- their personal recollections and

10:50AM 7   interviews, which the Bly team then absorbed or the TO

10:50AM 8   investigation team absorbed, I think it's asking the impossible

10:50AM 9   of a company to provide the corporate answer on a factual

10:50AM 10  situation.

10:51AM 11           So I think there is an inherent problem, and I

10:51AM 12  think that the -- you know, we'll look at the complaints as they

10:51AM 13  come in about a particular 30(b)(6) witness.  Some of what

10:51AM 14  Mr. Fitch or Cameron or the PSC may say, maybe they are

10:51AM 15  justified, and we'll have to deal with that; but, I think that

10:51AM 16  there is an overarching foundational mismatch between what a

10:51AM 17  30(b)(6) witness can do and what taking all the fact witnesses

10:51AM 18  who are available to testify actually say happened.

10:51AM 19           That's just a comment.  I don't think we're --

10:51AM 20  obviously, we're not deciding anything today.  Tony is just

10:51AM 21  giving us a heads-up.

10:51AM 22           We prepare our witnesses as best we can, and we'll

10:51AM 23  defend them; and, to the extent we need to supplement, we will do

10:51AM 24  so.

10:51AM 25           THE COURT:  Thanks.

10:51AM 1          MR. FITCH:  The issue arises not only with the factual

10:51AM 2   issues that Don refers to, fair point, fair point, but with

10:51AM 3   related issues about what BP's procedures are, what its policies

10:52AM 4   are with respect to that.  The witnesses, in some instances, have

10:52AM 5   not been able to address even that kind of nonspecific factual

10:52AM 6   issue.

10:52AM 7          THE COURT:  My only comment on that would be that, guys,

10:52AM 8   if you see a 30(b)(6) witness coming up, and you definitely

10:52AM 9   believe that an area of questioning that is important to you is

10:52AM 10  encompassed within that area of testimony, shoot out an e-mail

10:52AM 11  saying, I believe this is coming up, and it's important.  Maybe

10:52AM 12  we can avoid what happened with regard to Topic Numbers 13 and

10:52AM 13  23.

10:52AM 14          I don't mean to create problems.  I don't want

10:52AM 15  arguments to come up that can be avoided.  On the other hand, if

10:53AM 16  we can avoid miscommunication, that would be helpful.

10:53AM 17          So if you've got something, Tony, that you see

10:53AM 18  coming down the pike, such as what -- for Mr. Sustala, why don't

10:53AM 19  you get out an e-mail to BP and let them know what your concern

10:53AM 20  is so that they can consider it in advance.

10:53AM 21          MR. FITCH:  Yes, ma'am.

10:53AM 22          THE COURT:  Okay.  All right.  I think that's it for me.

10:53AM 23          Is it not, Mike?  Oh, yes, I did want to talk about

10:53AM 24  experts.

10:53AM 25          We made some further progress this week relative to

10:53AM 1  looking at what you all are anticipating relative to experts.

10:53AM 2  I'm wondering if you all want to think about getting a small

10:54AM 3  group together to give each other a sneak peek of some kind

10:54AM 4  relative to areas of expertise?

10:54AM 5       Frankly, I haven't come up with an idea of how to

10:54AM 6  skin the cat as far as tracks for these experts.  I feel as

10:54AM 7  though Mike and I don't have the expertise that you guys have to

10:54AM 8  understand where some of these experts will fall.

10:54AM 9       So, for instance, cement experts, does that include

10:54AM 10 things like spacers, flow collar.  What's included?  Drilling, I

10:55AM 11 mean, that's a big area.  What would be encompassed in that area,

10:55AM 12 and what areas of expertise go into drilling?  We're just trying

10:55AM 13 to figure out how to organize the tracks so that it will be

10:55AM 14 efficient.

10:55AM 15      We can't wait until, it seems to me, October, when

10:55AM 16 everybody sees who everybody's experts are, to then get it

10:55AM 17 organized into tracks and get going.  So anybody who wants to

10:55AM 18 chime in on that and how we might approach it, I would be very

10:55AM 19 open to suggestion.

10:55AM 20      Alan.

10:55AM 21      MR. YORK:  Alan York for Halliburton.

10:56AM 22      Your Honor, I think that you've hit on, actually, I

10:56AM 23 think, a really good idea, which is -- because this actually came

10:56AM 24 up in an e-mail conversation between Steve and I yesterday.

10:56AM 25      THE COURT:  I saw that, and I didn't know what you all

10:56AM   1    were saying.

10:56AM   2            MR. HERMAN:  If it's any help, Your Honor, I didn't know

10:56AM   3    what Alan was saying either.

10:56AM   4            THE COURT:  Steve seemed to think that what you had to

10:56AM   5    say was cool.

10:56AM   6            MR. HERMAN:  Just being nice.

10:56AM   7            MR. YORK:  We did come back with a couple of additional

10:56AM   8    track areas that we thought would be helpful, in addition to the

10:56AM   9    ones that the Court noted last week.

10:56AM  10            I think it could be helpful, as a forward planning

10:56AM  11    process, without necessarily giving a peek under the tent at who

10:56AM  12    is doing what, to try to fill in some of the areas, like you

10:56AM  13    said, that would fall under those major track areas, to at least

10:56AM  14    give some definition to it.

10:56AM  15            THE COURT:  What if Mike and I compiled a list that

10:57AM  16    covered what we believe are all of the areas anybody has

10:57AM  17    designated, so that nobody will know who designated experts in

10:57AM  18    cement or drilling practices or maritime regulation?  That's

10:57AM  19    something that occurred to us.  That's the kind of thing that it

10:57AM  20    seems to me we should think about and work on.

10:57AM  21            Steve?

10:57AM  22            MR. HERMAN:  Yes, Your Honor.  What I think would be

10:57AM  23    helpful is if we just -- I mean, it seems to me that the Court's

10:57AM  24    idea of having the tracks, A, is a good one.  The main reason for

10:57AM  25    that was that you would have a situation where the same lawyers

10:57AM 1   essentially were dealing with the same experts, if you want to

10:58AM 2   have two people testifying on essentially the same thing on the

10:58AM 3   same day.

10:58AM 4          THE COURT:  Correct.

10:58AM 5          MR. HERMAN:  If you wanted to stagger those, for cement

10:58AM 6   or whatever, you're obviously going to have some overlap, and, if

10:58AM 7   you define it too narrowly, then it doesn't really become very

10:58AM 8   helpful either.

10:58AM 9          I would suggest, along the lines of what the Court

10:58AM 10  was saying, if you took -- I don't know, where are we, seven,

10:58AM 11  with what --

10:58AM 12         MR. YORK:  I think that's right.

10:58AM 13         MR. HERMAN:  I think if you take the Court's original

10:58AM 14  list, Alan's suggestion and the PSC's suggestion from yesterday,

10:58AM 15  you're either at seven or eight tracks.

10:58AM 16         It seems to me that if everyone -- if all the

10:58AM 17  parties could, by the next -- well, maybe even earlier, but

10:58AM 18  sometime within the next week, if not sooner, provide Your Honor

10:58AM 19  with this is how many experts we expect to have within each track

10:58AM 20  as these tracks have now been established, then the Court could

10:58AM 21  say, okay, now we know we have ten drilling, don't necessarily

10:58AM 22  know who the parties are -- or, we wouldn't know, but you

10:59AM 23  would -- we only have four cements, we have 17 process safety,

10:59AM 24  whatever it is.  I think that would be helpful for planning

10:59AM 25  purposes.

10:59AM 1        THE COURT:  I think that's a really good idea.  What

10:59AM 2  we'll do is we'll put that list of seven or eight together, and

10:59AM 3  we'll circulate it to all.  If you all would then respond

10:59AM 4  *in camera* to us, telling us which witnesses you believe go in

10:59AM 5  which tracks, because we are having trouble with that.

10:59AM 6        MR. HAYCRAFT:  I thought we just did that.

10:59AM 7        THE COURT:  Well, you did.  Yes, you did.

11:00AM 8        I guess what I'm going to have to do is speak to

11:00AM 9  each of you individually by e-mail.  How about that?  Okay?

11:00AM 10        We will circulate the tracks that are our original,

11:00AM 11  plus Halliburton's suggestion, plus PSC's suggestion, so we'll

11:00AM 12  know what the tracks are.

11:00AM 13        If anybody disagrees with those tracks, please let

11:00AM 14  us know right away.  Then, at least we'll have the tracks

11:00AM 15  established, and we can work from there.  Okay?

11:00AM 16        All right.  Now, let's throw the floor open.

11:00AM 17  Anything else anybody else wants to raise?

11:00AM 18        Alan?

11:00AM 19        MR. YORK:  Alan York for Halliburton.

11:00AM 20        Your Honor, I apologize in advance.  This is

11:00AM 21  probably a very bold suggestion, but I just wanted to raise a

11:00AM 22  possibility with the Court.  On July 29th, we will finish what

11:00AM 23  has been a very long and arduous five or so months of

11:01AM 24  depositions.

11:01AM 25        THE COURT:  Really?

11:01AM 1        MR. YORK:  The following week, in August, we only have

11:01AM 2   one deposition scheduled.  On the 12th, we have Judge Barbier's

11:01AM 3   status conference followed by yours.

11:01AM 4        I was just going to see if there might be any

11:01AM 5   interest by the Court and counsel of thinking about taking the

11:01AM 6   August 5th status conference off the calendar, as a possibility

11:01AM 7   to allow people, perhaps, to have a long weekend and decompress

11:01AM 8   after the deposition schedule.

11:01AM 9        As I say, a bold suggestion, but I just thought I

11:01AM 10  would raise the possibility.

11:01AM 11       THE COURT:  I think it's a marvelous suggestion.  Let's

11:01AM 12  see how Andy feels about it.

11:01AM 13       MR. LANGAN:  Your Honor, Mr. York is a gentleman.

11:01AM 14  Actually, that is a week I plan to take for vacation, so

11:01AM 15  August 5th being no status would work ideally for the Langan

11:01AM 16  family.

11:01AM 17       THE COURT:  That would be nice.  What is the Langan

11:01AM 18  family doing?

11:01AM 19       MR. LANGAN:  We're going back to Sea Island, Georgia, I

11:02AM 20  believe.

11:02AM 21       MR. HAYCRAFT:  I'm going to be on vacation, too.

11:02AM 22       THE COURT:  Mr. Haycraft is going to be on vacation.  So

11:02AM 23  guess what, does anybody object?

11:02AM 24       MR. YORK:  Pending your decision, I'll be on vacation.

11:02AM 25       THE COURT:  Does anybody object?  I certainly have no

11:02AM 1    objection.  Sold to the lowest bidder.

11:02AM 2              Who else has anything they want to talk about?

11:02AM 3         MR. MILLER:  I have a follow-up question, Your Honor, on

11:02AM 4    the issue of the Steven Newman deposition.  He is the CEO of

11:02AM 5    Transocean Limited, the corporate parent of the Transocean

11:02AM 6    limitation --

11:02AM 7         THE COURT:  Okay.

11:02AM 8         MR. MILLER:  -- his office and his headquarters is in

11:02AM 9    Geneva, Switzerland.

11:02AM 10             So, two issues.  Number one, since he's a

11:02AM 11   nonpriority deponent, I just want to get confirmation his

11:02AM 12   deposition is one day.  Number two, he has occasion to be in

11:02AM 13   Houston for business.  It may be that that could be the locale

11:03AM 14   for his deposition, as opposed to Geneva.

11:03AM 15        THE COURT:  I think Don Haycraft was counting on Geneva.

11:03AM 16        MR. HAYCRAFT:  On August 5th?

11:03AM 17        THE COURT:  No, that sounds fine.  That sounds fine.

11:03AM 18        MR. MILLER:  We've just got to run it through channels,

11:03AM 19   given his status.

11:03AM 20        THE COURT:  Absolutely.  Check it out, and it is

11:03AM 21   nonpriority.

11:03AM 22             Who else has something they want to talk about?  I

11:03AM 23   think we're setting a record.

11:03AM 24             All right.  Ladies and gentlemen, phone

11:03AM 25   participants.

11:03AM 1          Andy, how did you think it went by phone?

11:03AM 2          MR. LANGAN:  Very good, Your Honor.  Very good.  But I

11:03AM 3  won't make a habit of it.

11:03AM 4          THE COURT:  The point is, I think it goes faster when

11:03AM 5  you're not here.

11:03AM 6          MR. LANGAN:  Now, I strenuously object to that.

11:03AM 7          THE COURT:  The next conference is Friday, July 22,

11:03AM 8  2011, at 9:30 a.m.

11:03AM 9          Okay.  Everybody have a great weekend.

11:03AM 10         VOICES:  Thank you.  You, too, Your Honor.

11         (WHEREUPON, at 11:03 a.m., the proceedings were

12  concluded.)

13                        *   *   *

14

15                  REPORTER'S CERTIFICATE

16

17     I, Cathy Pepper, Certified Realtime Reporter, Registered
    Merit Reporter, Certified Court Reporter of the State of
18  Louisiana, Official Court Reporter for the United States District
    Court, Eastern District of Louisiana, do hereby certify that the
19  foregoing is a true and correct transcript, to the best of my
    ability and understanding, from the record of the proceedings in
    the above-entitled and numbered matter.

20

21                        s/Cathy Pepper
                       Cathy Pepper, CRR, RMR, CCR
22                     Certified Realtime Reporter
                       Official Court Reporter
23                     United States District Court
                       Cathy_Pepper@laed.uscourts.gov

24

25

**1**

**1.7** [1] - 13:15
**10-MDL-2179** [1] - 1:6
**1000** [2] - 5:8, 6:9
**10036** [1] - 4:24
**1010** [1] - 6:9
**10153** [1] - 5:17
**11** [8] - 7:4, 37:10, 37:13, 37:14, 37:21, 44:4, 44:6, 44:8
**1100** [3] - 2:22, 3:24, 5:5
**11:03** [1] - 71:11
**12** [7] - 7:5, 7:6, 7:7, 37:10, 37:13, 37:14, 37:21
**1201** [1] - 4:8
**12th** [4] - 36:14, 36:17, 61:11, 69:2
**13** [7] - 7:9, 10:7, 44:2, 57:13, 57:18, 57:23, 64:12
**1300** [1] - 4:18
**1331** [1] - 4:11
**14** [4] - 32:8, 33:9, 35:20, 35:21
**14(c** [1] - 47:15
**14th** [4] - 35:22, 35:23, 35:24, 61:12
**15** [5] - 1:7, 11:2, 32:8, 33:10, 35:20
**1540** [1] - 4:24
**15TH** [1] - 7:22
**15th** [8] - 21:15, 21:16, 21:21, 22:12, 22:20, 23:1, 23:8, 23:18
**1601** [1] - 2:7
**1615** [1] - 4:18
**1665** [1] - 4:11
**17** [1] - 67:23
**1700** [1] - 4:8
**18** [7] - 7:11, 7:12, 33:1, 33:5, 37:10, 37:21, 37:22
**18th** [1] - 38:10
**19** [7] - 7:13, 7:14, 33:1, 33:6, 37:10, 37:21, 37:22
**19th** [4] - 34:1, 34:21, 38:10, 61:17
**19TH** [1] - 6:5
**1st** [1] - 20:10
**1ST.............** [1] - 7:15

**2**

**20** [8] - 1:5, 7:15, 7:16,

**29:7, 29:15, 29:16, 30:1, 41:9
20006** [1] - 4:21
**2007** [2] - 4:16, 5:3
**2008** [7] - 48:16, 49:6, 50:5, 51:5, 51:15
**2009** [1] - 50:4
**201** [1] - 5:25
**2010** [3] - 1:5, 48:22, 49:5
**2011** [4] - 1:7, 10:17, 11:2, 71:8
**2020** [1] - 4:21
**20th** [4] - 34:5, 34:10, 35:10, 61:18
**21** [5] - 7:17, 7:20, 32:23, 33:12, 33:18
**2185** [1] - 6:12
**21st** [2] - 34:4, 34:9
**22** [5] - 7:22, 10:17, 33:14, 34:16, 71:7
**22nd** [4] - 15:16, 24:22, 34:4, 34:9
**23** [4] - 57:13, 57:18, 57:23, 64:13
**23.....................** [1] - 10:7
**2304** [1] - 6:5
**23rd** [2] - 34:5, 34:11
**24** [3] - 7:24, 28:6, 29:5
**25** [7] - 8:1, 28:7, 28:12, 37:10, 37:21, 37:22, 38:17
**25th** [2] - 28:16, 38:13
**26** [6] - 8:2, 8:3, 37:10, 37:21, 37:22, 38:17
**26th** [1] - 38:13
**27** [1] - 22:24
**28** [5] - 8:4, 8:5, 8:6, 8:7, 8:8
**2900** [1] - 3:18
**2929** [1] - 5:20
**2990** [1] - 1:24
**29th** [3] - 60:3, 60:12, 68:22

**3**

**30** [2] - 8:10, 8:12
**30(B)(6** [1] - 9:24
**30(b)(6** [6] - 53:23, 59:24, 62:24, 63:13, 63:17, 64:8
**30(b)(6)'s** [2] - 62:10, 62:25
**300** [2] - 3:15, 6:5
**30th** [3] - 39:11, 39:12, 39:15

**31** [1] - 8:13
**3100** [1] - 5:5
**316** [1] - 2:4
**31st** [3] - 22:25, 38:24, 39:7
**32** [3] - 8:14, 8:15, 8:16
**32502** [1] - 2:5
**33** [1] - 8:17
**333** [1] - 3:18
**34** [3] - 8:18, 8:19, 8:20
**3450** [1] - 6:13
**35** [2] - 8:21, 8:22
**36** [4] - 8:23, 8:24, 8:25, 9:1
**36130** [1] - 2:17
**365** [1] - 1:24
**36604** [1] - 2:8
**3668** [1] - 1:17
**36TH** [2] - 2:22, 3:23
**37** [2] - 9:2, 9:3
**38** [2] - 9:4, 29:5
**39** [1] - 29:5
**39501** [1] - 6:5

**4**

**40** [4] - 9:5, 9:7, 9:8, 9:9
**4000** [1] - 5:8
**42ND** [1] - 5:20
**43** [2] - 9:10, 9:11
**44** [2] - 9:12, 9:13
**45** [2] - 9:14, 9:15
**450** [1] - 2:12
**46** [2] - 9:16, 9:18
**47** [2] - 9:19, 9:20
**48** [1] - 9:21

**5**

**500** [3] - 2:16, 6:13, 6:22
**5000** [1] - 3:10
**504** [1] - 6:23
**53** [3] - 9:22, 9:23, 9:24
**5395** [1] - 2:13
**54** [1] - 10:2
**546** [1] - 4:5
**55** [2] - 10:3, 10:4
**556** [1] - 1:17
**56** [1] - 10:5
**57** [4] - 10:6, 10:7, 10:8, 10:10
**589-7779** [1] - 6:23
**5th** [3] - 69:6, 69:15,

**70:16
5TH** [1] - 10:14

**6**

**600** [1] - 2:4
**60654** [1] - 3:15
**64** [1] - 10:13
**69** [1] - 10:14

**7**

**7** [1] - 60:4
**70** [1] - 10:16
**701** [1] - 3:10
**70112** [1] - 4:18
**70113** [1] - 1:21
**70130** [3] - 1:25, 4:5, 6:22
**70139** [1] - 3:11
**70163** [3] - 2:23, 3:24, 5:5
**70170** [1] - 5:25
**70502** [1] - 1:18
**71** [1] - 10:17
**75270** [1] - 4:9
**767** [1] - 5:17
**77002** [3] - 5:9, 6:10, 6:14
**77010** [1] - 4:12
**77019** [1] - 5:21
**7TH** [1] - 2:13

**8**

**820** [1] - 1:20
**8th** [1] - 36:14

**9**

**9007** [1] - 3:18
**94102** [1] - 2:13
**9:30** [2] - 10:17, 71:8

**A**

**a.m** [2] - 71:8, 71:11
**A.M....** [1] - 10:17
**abandonment** [3] - 60:4, 61:4, 61:18
**ability** [1] - 71:19
**able** [5] - 19:1, 40:4, 50:3, 59:15, 64:5
**above-entitled** [1] - 71:19
**absence** [1] - 18:14

**absolutely** [3] - 50:2, 56:18, 70:20
**absorbed** [2] - 63:7, 63:8
**accept** [1] - 49:24
**accepting** [1] - 41:5
**accommodate** [1] - 11:25
**accomplish** [1] - 18:18
**accomplished** [1] - 13:4
**accomplishes** [1] - 18:17
**account** [1] - 14:5
**accounts** [1] - 31:17
**ACTION** [1] - 1:6
**ACTIONS** [1] - 1:9
**activity** [1] - 19:18
**add** [1] - 59:11
**ADDED** [1] - 7:12
**added** [4] - 14:5, 18:20, 18:22, 62:23
**addition** [1] - 66:8
**additional** [5] - 18:20, 44:25, 45:3, 58:23, 66:7
**ADDITIONAL** [2] - 7:12, 9:13
**address** [4] - 14:11, 44:10, 44:18, 64:5
**addressing** [1] - 59:16
**admissible** [1] - 55:6
**advance** [2] - 64:20, 68:20
**advised** [1] - 32:19
**afternoon** [3] - 13:9, 16:22, 45:7
**agnostic** [2] - 14:4, 14:16
**agnostics** [3] - 14:18, 14:19, 17:12
**ago** [3] - 13:23, 59:20, 61:15
**agree** [7] - 20:19, 20:20, 45:21, 48:9, 49:8, 49:14, 50:13
**agreed** [7] - 12:22, 12:23, 13:10, 13:11, 13:12, 21:14, 23:3
**agreeing** [1] - 54:10
**AGREEMENT** [1] - 7:18
**agreement** [8] - 21:2, 25:3, 25:7, 26:11, 26:19, 27:7, 52:17
**AGREEMENT...........
.............** [1] - 8:1
**AGREEMENT...........
.................** [1] - 8:3

2

**ahead** [9] - 14:12, 17:14, 21:3, 38:15, 42:24, 43:19, 43:24, 54:12, 54:20
**AHEAD** [1] - 7:19
**air** [1] - 47:25
**airport** [1] - 40:3
**AL** [2] - 2:8, 2:17
**ALABAMA** [1] - 2:15
**ALAN** [2] - 4:11, 6:19
**Alan** [13] - 16:19, 16:20, 17:11, 22:18, 34:25, 39:25, 40:9, 43:12, 65:20, 65:21, 66:3, 68:18, 68:19
**Alan's** [1] - 67:14
**Alex** [3] - 45:14, 45:19, 45:22
**ALL** [2] - 1:9, 7:20
**allay** [1] - 42:11
**allege** [1] - 47:22
**ALLEN** [2] - 5:20, 6:13
**allocate** [1] - 47:20
**allocated** [1] - 47:22
**ALLOCATIONS** [1] - 9:20
**allocations** [1] - 47:12
**allow** [3] - 43:24, 45:18, 69:7
**allowing** [1] - 52:6
**allows** [1] - 45:17
**alone** [1] - 14:20
**ALSO** [1] - 6:16
**alternative** [1] - 54:4
**Ambrose** [2] - 30:3, 30:13
**AMBROSE** [1] - 8:10
**Ambrose's** [1] - 30:25
**AMBROSE**................. [1] - 8:12
**amended** [1] - 18:20
**AMENDED** [1] - 7:12
**Amendment** [2] - 33:16, 61:23
**AMERICA** [6] - 3:3, 3:3, 3:4, 3:5, 3:7, 3:8
**Anadarko** [13] - 14:25, 15:8, 20:7, 20:10, 23:8, 23:10, 35:23, 37:18, 56:2, 59:19, 59:20, 60:15, 60:19
**ANADARKO** [3] - 4:14, 4:15, 7:15
**ANADARKO'S** [1] - 10:4
**Anadarko's** [3] - 15:24, 55:17, 59:11
**AND** [14] - 2:20, 3:21, 4:16, 5:15, 7:8, 7:9,

7:17, 7:19, 8:10, 9:17, 9:20, 9:25, 10:7
**Andrew** [3] - 11:10, 36:3
**ANDREW** [2] - 3:13, 8:23
**Andy** [28] - 11:10, 11:12, 19:20, 19:23, 27:2, 28:22, 33:22, 33:24, 34:14, 35:1, 35:6, 35:17, 35:18, 35:24, 36:3, 36:19, 38:12, 39:10, 43:5, 43:13, 48:7, 49:9, 52:21, 53:14, 54:9, 58:25, 69:12, 71:1
**ANGELES** [1] - 3:18
**answer** [6] - 25:12, 29:5, 32:13, 40:22, 42:25, 63:9
**answers** [1] - 29:6
**ANTHONY** [1] - 1:23
**anticipating** [1] - 65:1
**ANY** [1] - 7:18
**apologize** [3] - 14:8, 57:9, 68:20
**appear** [3] - 15:4, 18:13, 45:8
**APPEARANCES** [6] - 1:14, 2:1, 3:1, 4:1, 5:1, 6:1
**application** [2] - 61:4, 61:8
**applies** [1] - 20:10
**appreciate** [3] - 14:22, 35:1, 38:5
**appreciated** [1] - 58:4
**approach** [1] - 65:18
**appropriate** [2] - 17:19, 19:2
**approval** [2] - 13:8, 61:3
**approved** [1] - 13:21
**April** [5] - 60:18, 61:11, 61:12, 61:17, 61:18
**APRIL** [1] - 1:5
**arduous** [1] - 68:23
**ARE** [2] - 7:7, 8:10
**area** [4] - 64:9, 64:10, 65:11
**areas** [6] - 65:4, 65:12, 66:8, 66:12, 66:13, 66:16
**AREAUX** [1] - 5:4
**arguably** [1] - 47:15
**argument** [1] - 19:21
**arguments** [1] - 64:15
**arisen** [1] - 59:25

**arises** [1] - 64:1
**arose** [3] - 59:25, 60:1
**ASAP** [1] - 30:12
**aside** [2] - 16:3, 38:24
**asleep** [1] - 32:11
**assume** [6] - 19:23, 32:18, 40:21, 51:19, 53:23, 58:5
**assuming** [1] - 50:21
**attention** [3] - 55:25, 56:10, 60:21
**attorney** [1] - 17:7
**ATTORNEY** [1] - 2:15
**August** [17] - 21:15, 21:21, 22:12, 22:20, 23:1, 23:8, 23:18, 28:6, 28:12, 36:25, 37:10, 38:17, 38:24, 69:1, 69:6, 69:15, 70:16
**AUGUST** [2] - 7:22, 10:14
**authorization** [1] - 51:16
**authorizations** [1] - 49:5
**authorize** [1] - 15:4
**authorized** [1] - 14:22
**authorship** [1] - 19:1
**available** [8] - 27:13, 28:17, 37:19, 43:17, 45:16, 45:18, 51:8, 63:18
**AVENUE** [5] - 1:20, 2:12, 2:16, 5:17, 5:25
**avoid** [3] - 20:25, 64:12, 64:16
**avoided** [1] - 64:15

## B

**B-I-R-R-E-L-L** [2] - 35:17, 36:1
**B3** [2] - 48:19, 49:5
**Baay** [1] - 45:14
**BABIUCH** [1] - 3:14
**background** [1] - 61:2
**BALDWIN** [1] - 5:24
**balks** [1] - 19:8
**ball** [2] - 50:23, 51:2
**balls** [1] - 47:25
**Barbier** [6] - 14:12, 17:15, 18:22, 19:8, 55:1
**Barbier's** [2] - 55:11, 69:2
**Barr** [2] - 33:3, 40:14
**BARR** [4] - 2:4, 33:3,

36:16, 40:14
**based** [1] - 51:16
**bases** [1] - 61:2
**basic** [1] - 18:19
**basis** [1] - 61:2
**BAYLEN** [1] - 2:4
**BE** [3] - 7:19, 7:20, 7:23
**Beck** [4] - 19:4, 53:3, 53:4, 53:8
**become** [2] - 60:9, 67:7
**BEFORE** [1] - 1:12
**beforehand** [1] - 50:11
**behalf** [5] - 22:1, 28:3, 47:23, 55:20, 59:12
**behind** [1] - 50:19
**Beirute** [1] - 36:24
**BEIRUTE**................. ................................... [1] - 9:1
**bend** [1] - 48:11
**BERTAUT** [3] - 4:4, 14:15, 14:19
**Bertaut** [1] - 15:11
**best** [7] - 16:8, 22:4, 22:7, 42:4, 56:17, 63:22, 71:18
**bet** [1] - 55:7
**better** [1] - 49:5
**between** [7] - 15:19, 43:18, 49:20, 61:10, 63:4, 63:16, 65:24
**bidder** [1] - 70:1
**big** [3] - 42:8, 48:10, 65:11
**BINGHAM** [1] - 4:20
**Birrell** [2] - 35:17, 36:2
**BIRRELL**................. ................................... [1] - 8:22
**BISHOP** [1] - 5:20
**bit** [7] - 18:10, 24:6, 30:7, 43:15, 48:18, 51:11, 61:14
**bits** [1] - 16:16
**BlackBerry** [1] - 31:11
**blacked** [1] - 25:18
**blanket** [1] - 49:4
**BLOSSMAN** [1] - 5:4
**Bly** [1] - 63:7
**BO** [1] - 35:25
**board** [1] - 19:9
**Bob** [1] - 40:18
**BOCKIUS** [1] - 5:7
**bold** [2] - 68:21, 69:9
**Boles** [2] - 25:11, 26:2
**BOLES** [8] - 3:17,

26:2, 26:8, 26:16, 26:21, 27:9, 27:12, 27:23
**Boots** [2] - 55:1, 55:6
**BOOTS** [1] - 10:3
**BOP** [10] - 10:8, 10:11, 12:20, 12:24, 15:9, 15:25, 18:6, 57:19, 57:22, 62:3
**BOP.....** [1] - 7:8
**bottom** [2] - 19:5, 62:13
**BOUGHTON** [1] - 8:10
**Boughton** [1] - 30:3
**bounce** [1] - 56:16
**BOUNDS** [1] - 2:6
**BOX** [1] - 1:17
**boy** [3] - 27:3, 27:4, 37:11
**BP** [44] - 3:3, 3:3, 3:4, 3:5, 3:6, 3:7, 3:8, 7:9, 9:24, 10:10, 13:20, 14:25, 15:8, 15:14, 15:15, 15:19, 15:24, 22:1, 23:13, 24:7, 24:10, 24:11, 24:18, 27:15, 27:16, 33:24, 35:18, 41:4, 42:13, 43:3, 43:5, 43:23, 46:25, 53:24, 54:8, 55:20, 57:20, 57:21, 60:11, 60:18, 61:16, 62:3, 64:19
**BP's** [5] - 24:9, 31:22, 54:25, 61:4, 64:3
**BRANCH** [1] - 2:11
**break** [7] - 39:3, 39:5, 39:6, 39:16, 41:11, 44:24, 46:11
**BRIAN** [2] - 2:4, 8:16
**Brian** [4] - 32:23, 33:3, 33:12, 40:14
**brief** [2] - 31:22, 55:1
**briefing** [1] - 47:19
**briefly** [3] - 20:4, 46:15, 47:6
**bring** [3] - 21:5, 40:3, 55:24
**BRINGING** [1] - 9:16
**bringing** [2] - 20:25, 46:15
**broad** [4] - 48:19, 49:6, 51:17, 51:25
**BROADWAY** [1] - 4:24
**Brock** [5] - 37:4, 37:5, 37:24, 38:21, 38:24
**BROCK**................. ................................... [1] - 9:2
**BROCK**.................

3

....................... [1] - 9:4

**brought** [5] - 16:25, 21:3, 21:20, 54:6, 57:12

**BROUGHT** [1] - 7:20

**BROUGHT**................. .................. [1] - 7:19

**buddy** [1] - 56:9

**Buddy** [1] - 36:19

**BUDDY** [1] - 8:25

**build** [1] - 22:7

**Bundle** [1] - 48:14

**burden** [1] - 51:4

**business** [2] - 41:8, 70:13

**BY** [30] - 1:4, 1:16, 1:20, 1:23, 2:4, 2:7, 2:11, 2:15, 2:21, 3:9, 3:13, 3:23, 4:4, 4:8, 4:11, 4:17, 4:20, 4:23, 5:4, 5:8, 5:16, 5:20, 5:24, 6:4, 6:7, 6:12, 6:24, 6:25, 7:12, 7:17

**Byrd** [5] - 53:15, 57:12, 58:21, 60:1, 62:2

**BYRD** [1] - 10:7

**BYRD**...................... .................. [1] - 9:23

## C

**CA** [2] - 2:13, 3:18

**calendar** [3] - 30:17, 38:2, 69:6

**CALENDAR**............... ................................. [1] - 10:15

**CALLED** [1] - 11:4

**camera** [3] - 27:13, 44:14, 68:4

**CAMERON** [3] - 4:3, 9:12, 9:22

**Cameron** [14] - 17:13, 44:2, 44:15, 44:21, 45:7, 45:8, 45:12, 45:19, 53:5, 54:8, 58:17, 58:19, 59:21, 63:14

**CAMERON'S** [1] - 9:15

**Cameron's** [1] - 45:6

**CAN** [2] - 7:18, 10:11

**CANAL** [2] - 1:24, 1:24

**cannot** [1] - 17:8

**capable** [1] - 55:11

**capturing** [1] - 16:3

**care** [7] - 15:18, 31:4, 33:15, 33:23, 38:8, 38:16, 40:10

**carefully** [1] - 19:22

**Carmelite** [1] - 14:14

**CARMELITE** [1] - 4:4

**CARONDELET** [1] - 4:5

**carry** [1] - 56:20

**CARVER** [1] - 5:3

**case** [10] - 18:19, 18:21, 18:23, 42:24, 49:17, 50:19, 60:5, 60:9, 60:16, 63:1

**cases** [4] - 49:2, 50:21, 50:25, 52:19

**cat** [1] - 65:6

**CATHY** [1] - 6:21

**Cathy** [2] - 71:16, 71:21

**cathy_Pepper@laed. uscourts.gov** [1] - 6:23

**Cathy_Pepper@laed .uscourts.gov** [1] - 71:23

**CCR** [2] - 6:21, 71:21

**cement** [3] - 65:9, 66:18, 67:5

**cements** [1] - 67:23

**CENTER** [1] - 6:13

**CENTRE** [2] - 2:22, 3:23

**CEO** [1] - 70:4

**certain** [1] - 60:17

**certainly** [5] - 17:24, 44:14, 49:1, 50:13, 69:25

**CERTIFICATE** [1] - 71:15

**CERTIFIED** [1] - 6:21

**Certified** [3] - 71:16, 71:17, 71:22

**certify** [1] - 71:18

**CHAMBERS** [1] - 5:19

**chance** [4] - 15:1, 19:3, 24:11, 24:19

**changes** [1] - 42:20

**changing** [1] - 41:11

**channels** [1] - 70:18

**CHARLES** [2] - 5:24, 5:25

**chart** [6] - 29:13, 44:7, 44:14, 44:23, 48:2

**chat** [1] - 38:21

**chatting** [1] - 23:12

**check** [4] - 32:9, 32:15, 39:19, 70:20

**checked** [1] - 36:21

**cheek** [1] - 59:8

**Chevron** [1] - 38:11

**CHICAGO** [1] - 3:15

**child** [1] - 35:11

**chime** [1] - 65:18

**choice** [1] - 35:13

**choose** [1] - 37:12

**chosen** [1] - 62:19

**circling** [1] - 40:3

**circulate** [2] - 68:3, 68:10

**circulated** [1] - 18:15

**CIVIL** [2] - 1:6, 2:11

**claim** [5] - 19:1, 49:12, 49:19, 49:23, 51:17

**claimants** [1] - 48:15, 52:3

**claiming** [1] - 51:24

**claims** [4] - 50:9, 50:16, 52:3, 52:11

**clarification** [2] - 22:20, 23:1

**clarify** [1] - 32:25

**clean** [1] - 41:15

**Clean** [1] - 50:7

**clean-up** [1] - 41:15

**Clean-Up** [1] - 50:7

**cleaned** [1] - 21:4

**clear** [6] - 14:15, 15:21, 49:18, 49:21, 50:2, 60:7

**client** [3] - 41:18, 43:14, 62:6

**close** [1] - 31:21

**COAST** [1] - 6:19

**Cohen** [1] - 14:23

**COHEN** [9] - 6:7, 6:7, 12:3, 12:7, 12:14, 15:10, 17:17, 17:23, 17:25

**collar** [1] - 65:10

**collectively** [1] - 50:24

**Collier** [4] - 53:16, 57:5, 57:7, 58:14

**COLLIER** [7] - 3:14, 57:7, 57:9, 57:15, 57:24, 58:13, 58:16

**COLVIN** [1] - 6:9

**coming** [12] - 23:17, 26:4, 39:22, 40:18, 41:9, 46:1, 59:24, 60:2, 62:10, 64:8, 64:11, 64:18

**commence** [3] - 13:13, 14:23, 15:8

**commended** [1] - 40:24

**comment** [8] - 14:3, 14:4, 14:21, 21:10, 25:21, 49:9, 63:19,

64:7

**committed** [1] - 15:5

**committee** [3] - 12:17, 13:7, 60:8

**companies** [1] - 62:10

**COMPANY** [3] - 3:4, 4:15

**company** [3] - 60:16, 61:25, 63:9

**COMPEL** [1] - 7:18

**compel** [7] - 21:1, 21:3, 21:6, 21:15, 22:21, 23:4, 23:12

**Compel** [1] - 53:5

**COMPEL**................ ............. [1] - 9:22

**competing** [1] - 31:25

**compiled** [1] - 66:15

**COMPLAINT** [1] - 7:12

**complaint** [1] - 18:20

**complaints** [2] - 27:8, 63:12

**complete** [1] - 53:9

**completely** [1] - 25:18

**completion** [1] - 19:17

**COMPLETION** [1] - 7:13

**compliance** [2] - 57:23, 59:17

**COMPLIANCE**........... ............. [1] - 10:12

**complicated** [3] - 18:16, 23:13, 62:14

**complied** [1] - 57:19

**COMPLIED** [1] - 10:8

**component** [1] - 59:17

**COMPONENTS** [1] - 7:8

**components** [2] - 12:20, 13:1

**compromise** [4] - 24:8, 24:10, 24:20, 49:23

**COMPUTER** [1] - 6:25

**concept** [2] - 12:25, 13:1

**concern** [3] - 18:21, 42:13, 64:19

**concerned** [3] - 42:22, 51:18, 58:21

**concerning** [1] - 14:5

**concerns** [3] - 42:12, 44:11, 59:13

**concluded** [1] - 71:12

**conditions** [2] - 49:13, 50:10

**confer** [2] - 22:14, 55:24

**conference** [7] -

11:16, 17:6, 20:9, 24:23, 69:3, 69:6, 71:7

**CONFERENCE** [3] - 1:11, 10:14, 10:17

**conferences** [2] - 19:12, 45:24

**conferring** [2] - 20:25, 23:23

**CONFERS** [1] - 7:17

**confers** [1] - 21:2

**confident** [1] - 34:15

**confirm** [2] - 40:16, 43:14, 55:16

**confirmation** [1] - 70:11

**confirmed** [2] - 32:23, 33:12

**confused** [1] - 15:11

**connection** [1] - 45:5

**consider** [2] - 19:22, 64:20

**considering** [3] - 38:3, 38:4, 47:9

**contain** [1] - 27:11

**continue** [3] - 22:14, 40:21, 45:22

**CONTINUED** [5] - 2:1, 3:1, 4:1, 5:1, 6:1

**CONTRACT** [1] - 7:9

**contract** [6] - 12:13, 13:20, 13:21, 14:13, 15:14, 17:15

**CONTRACT**.............. .... [1] - 7:6

**CONTRACT**............... ..................... [1] - 7:10

**contrary** [1] - 35:16

**contribute** [1] - 29:19

**control** [1] - 21:16

**conversation** [6] - 24:15, 43:7, 43:9, 43:18, 45:20, 65:24

**conversations** [1] - 43:21

**cool** [1] - 66:5

**coordinating** [2] - 16:6, 16:13

**COOTS** [1] - 10:3

**Coots** [2] - 55:1, 55:6

**copies** [1] - 25:19

**copy** [6] - 13:25, 16:25, 26:18, 26:19, 44:14

**Corey** [3] - 33:13, 37:12, 55:14

**COREY** [1] - 2:15

**corporate** [1] - 63:9, 70:5

**CORPORATION** [4] - 3:5, 4:3, 4:14, 4:15
**correct** [18] - 15:6, 15:9, 18:24, 27:7, 27:9, 33:17, 33:19, 34:13, 34:22, 40:6, 43:13, 45:16, 57:7, 57:25, 62:8, 67:4, 71:18
**corresponding** [1] - 45:8
**cost** [2] - 13:14, 13:16
**costing** [1] - 13:14
**COTLAR** [1] - 1:19
**COUNSEL** [1] - 1:16
**counsel** [3] - 31:22, 36:13, 69:5
**count** [1] - 29:7
**counting** [1] - 70:15
**couple** [9] - 14:5, 20:15, 22:6, 25:14, 32:1, 34:2, 47:1, 60:1, 66:7
**course** [3] - 12:14, 41:3, 44:10
**COURT** [193] - 1:1, 6:21, 11:4, 11:7, 11:9, 11:12, 11:15, 11:20, 11:24, 12:5, 12:10, 14:9, 14:18, 15:6, 16:18, 17:2, 17:9, 17:20, 17:24, 18:1, 18:4, 18:11, 19:11, 19:15, 20:2, 20:4, 20:12, 20:18, 21:19, 21:24, 22:10, 23:3, 23:16, 24:13, 24:24, 25:2, 25:15, 25:17, 25:20, 26:3, 26:9, 26:18, 26:23, 27:4, 27:6, 27:11, 27:19, 27:25, 28:8, 28:11, 28:20, 29:3, 29:23, 30:6, 30:12, 30:16, 31:2, 31:10, 31:14, 31:17, 32:4, 32:15, 32:20, 32:23, 33:9, 33:17, 33:19, 34:3, 34:7, 34:9, 34:13, 34:20, 34:23, 35:6, 35:8, 35:15, 35:21, 35:24, 36:1, 36:6, 36:9, 36:15, 36:17, 36:24, 37:2, 37:9, 37:11, 37:14, 37:17, 37:22, 37:25, 38:2, 38:8, 38:12, 38:15, 38:18, 38:20, 39:1, 39:3, 39:6, 39:10, 39:14, 39:19,
39:22, 40:5, 40:7, 40:11, 40:19, 41:3, 41:6, 41:21, 41:24, 42:1, 42:10, 42:15, 42:19, 43:2, 43:16, 43:22, 44:6, 44:16, 44:20, 45:9, 45:22, 46:4, 46:7, 46:13, 46:20, 46:23, 47:1, 48:2, 48:4, 48:13, 48:17, 49:9, 49:21, 50:13, 51:18, 52:2, 52:14, 52:18, 53:1, 53:10, 53:18, 53:21, 54:12, 54:18, 55:4, 55:7, 55:10, 55:13, 56:1, 56:4, 56:6, 56:9, 56:16, 56:18, 56:23, 57:2, 57:6, 57:8, 57:11, 57:16, 58:2, 58:8, 58:11, 58:15, 58:25, 59:6, 59:16, 60:22, 62:8, 62:18, 63:25, 64:7, 64:22, 65:25, 66:4, 66:15, 67:4, 68:1, 68:7, 68:25, 69:11, 69:17, 69:22, 69:25, 70:7, 70:15, 70:17, 70:20, 71:4, 71:7
**Court** [31] - 12:16, 13:12, 13:21, 14:1, 14:8, 15:3, 15:21, 15:22, 16:24, 19:7, 29:11, 41:13, 45:7, 45:17, 45:18, 47:9, 47:19, 55:5, 56:2, 56:15, 58:22, 66:9, 67:9, 67:20, 68:22, 69:5, 71:17, 71:17, 71:18, 71:22, 71:23
**court** [4] - 18:20, 18:23, 32:2, 55:2
**Court's** [3] - 53:4, 66:23, 67:13
**courtroom** [1] - 24:17
**cover** [2] - 24:2, 28:5
**coverage** [1] - 31:22
**covered** [2] - 28:23, 66:16
**Cowie** [2] - 59:25, 62:2
**create** [2] - 16:9, 64:14
**criteria** [1] - 55:18
**CRITERIA.......** [1] - 10:4
**critical** [1] - 32:2
**CRR** [2] - 6:21, 71:21
**crucial** [2] - 60:5, 60:13

**CUNNINGHAM** [3] - 2:6, 2:7, 32:12
**Cunningham** [1] - 32:11
**current** [1] - 23:6
**custodial** [1] - 54:5
**cut** [2] - 51:13, 55:3

**D**

**D-A-L-Y** [1] - 34:10
**Daigle** [3] - 42:17, 42:19, 42:24
**DALLAS** [2] - 4:9, 6:13
**Daly** [4] - 33:20, 33:21, 34:4, 34:9
**DALY..........................
.........................** [1] - 8:18
**damage** [1] - 49:1
**damn** [1] - 41:23
**Dan** [2] - 28:6, 28:11
**DAN** [1] - 8:5
**DARDEN** [1] - 5:3
**DATE** [1] - 7:17
**date** [20] - 14:6, 16:2, 21:1, 22:20, 23:2, 23:5, 23:6, 23:7, 23:11, 32:7, 36:20, 37:1, 49:5, 49:20, 49:24, 51:4, 51:10, 51:13, 52:10
**DATES** [1] - 9:6
**dates** [10] - 28:6, 34:1, 37:8, 37:11, 37:19, 40:12, 43:14, 43:17, 43:20, 43:25
**DAUPHIN** [1] - 2:7
**David** [3] - 19:4, 45:22, 58:18
**days** [2] - 38:16, 60:1
**DC** [1] - 4:21
**deadline** [7] - 21:15, 21:20, 22:12, 22:21, 22:25, 23:4, 30:11
**DEADLINE** [2] - 7:20, 7:22
**deal** [3] - 11:18, 48:10, 63:15
**dealing** [3] - 12:23, 13:6, 67:1
**decide** [1] - 24:12
**deciding** [1] - 63:20
**decision** [3] - 15:24, 16:14, 69:24
**decompress** [1] - 69:7
**DEEPWATER** [5] - 1:4, 2:19, 2:20, 3:21, 3:22

**deer** [2] - 56:8, 56:12
**default** [1] - 49:4
**defend** [1] - 63:23
**defendant** [1] - 48:24
**defendants** [8] - 41:14, 41:16, 49:3, 50:20, 54:7, 56:13, 56:14, 56:18
**defense** [3] - 47:17, 56:11, 56:17
**define** [1] - 67:7
**definitely** [2] - 41:13, 64:8
**definition** [1] - 66:14
**deliver** [2] - 54:24, 55:12
**delivered** [1] - 62:5
**dep** [3] - 35:20, 38:23, 59:8
**DEPARTMENT** [1] - 2:10
**DEPONENT** [2] - 9:24
**deponent** [2] - 53:24, 70:11
**depose** [2] - 29:15, 29:18
**deposed** [1] - 40:17
**deposition** [28] - 28:6, 30:4, 30:25, 31:5, 31:9, 32:6, 33:5, 40:23, 41:11, 41:19, 43:8, 43:21, 43:23, 43:24, 45:2, 55:3, 55:16, 58:6, 58:10, 59:12, 59:18, 59:24, 60:2, 69:2, 69:8, 70:4, 70:12, 70:14
**DEPOSITION** [1] - 8:14
**DEPOSITION.............
.................** [1] - 10:16
**DEPOSITION.............
.................** [1] - 9:9
**DEPOSITION.............
.................** [1] - 8:11
**depositions** [8] - 28:14, 35:5, 38:11, 50:22, 60:14, 61:22, 62:21, 68:24
**depth** [1] - 29:9
**dermatologists** [1] - 51:19
**describe** [1] - 14:4
**described** [1] - 61:10
**description** [1] - 29:9
**designated** [3] - 63:2, 66:17
**designation** [1] -

57:18
**designations** [1] - 62:11
**DESIGNEE** [1] - 9:24
**designee** [2] - 53:24, 58:12
**desire** [1] - 18:5
**DET** [1] - 6:7
**detailed** [1] - 62:24
**determine** [1] - 33:5
**detriment** [1] - 51:4
**develop** [1] - 12:18
**developed** [2] - 60:8, 60:9
**deviations** [1] - 61:9
**DEXTER** [1] - 2:16
**DID** [1] - 7:9
**difference** [1] - 57:25
**different** [3] - 27:15, 61:5, 62:16
**differently** [1] - 61:14
**direction** [1] - 38:22
**disability** [1] - 17:9
**disagrees** [1] - 68:13
**discovery** [11] - 19:17, 20:10, 20:19, 20:21, 21:21, 22:17, 32:13, 47:24, 49:3, 49:15, 50:22
**DISCOVERY** [2] - 7:15, 7:16
**DISCOVERY.............
.** [1] - 7:13
**DISCOVERY.............
.................
** [1] - 7:21
**discuss** [1] - 46:25
**discussed** [4] - 15:6, 43:13, 46:14, 47:8
**discussion** [1] - 31:23
**dismiss** [1] - 47:16
**dispensable** [1] - 29:17
**displacement** [1] - 60:5
**dispositive** [1] - 47:16
**dispute** [1] - 24:20
**disruptive** [1] - 41:10
**distribute** [1] - 44:11
**District** [3] - 71:17, 71:18, 71:23
**DISTRICT** [2] - 1:1, 1:1
**diversion** [1] - 61:9
**DIVISION** [1] - 2:11
**DNV** [13] - 7:6, 7:9, 11:25, 12:13, 12:16, 13:12, 13:18, 13:20, 14:13, 14:22, 15:13, 15:17, 15:19

**DNV**..........................
......................... [1] -
7:4
**DO** [1] - 7:17
**dock** [1] - 13:3
**docketing** [1] - 17:16
**DOCUMENT** [1] - 1:9
**documents** [2] - 24:5,
61:11
**DOCUMENTS**............
.....................................
. [1] - 7:25
**DOMENGEAUX** [1] -
1:16
**Don** [11] - 28:22,
30:22, 31:3, 31:8,
41:4, 43:6, 53:15,
59:7, 62:15, 64:2,
70:15
**DON** [1] - 3:9
**DON'T** [2] - 9:6, 9:25
**done** [11] - 11:19,
13:4, 20:22, 21:8,
21:13, 21:18, 34:16,
44:5, 53:1, 61:20
**doubt** [1] - 48:10
**DOUGLAS** [1] - 6:16
**dovetails** [1] - 47:7
**down** [8] - 14:25,
29:25, 38:15, 39:15,
41:8, 41:9, 43:7,
64:18
**dozens** [3] - 62:20
**Dr** [2] - 43:4, 43:14
**DR** [1] - 9:10
**DRAFT** [1] - 7:6
**draft** [4] - 12:13,
13:15, 17:14, 31:21
**drafted** [1] - 18:25
**drafting** [1] - 61:3
**drafts** [1] - 31:25
**draw** [1] - 14:3
**drawing** [1] - 19:9
**DRIL** [1] - 5:19
**DRIL-QUIP** [1] - 5:19
**drilling** [4] - 65:10,
65:12, 66:18, 67:21
**DRILLING** [2] - 2:20,
3:21
**drop** [2] - 18:5, 18:7
**druthers** [1] - 36:15
**DUNBAR** [1] - 6:3
**during** [2] - 44:24,
61:18

---

### E

**E&P** [1] - 4:15
**e-mail** [13] - 17:1,

---

24:11, 30:6, 53:17,
56:22, 56:23, 57:2,
61:11, 61:12, 64:10,
64:19, 65:24, 68:9
**E-MAIL** [1] - 10:6
**e-mailed** [1] - 53:3
**e-mailing** [1] - 31:6
**eager** [1] - 12:7
**early** [3] - 24:18,
36:25, 60:9
**easily** [1] - 58:5
**EASTERN** [1] - 1:1
**Eastern** [1] - 71:18
**EDWARD** [1] - 4:23
**EDWARDS** [1] - 1:16
**effect** [1] - 47:23
**effectively** [1] - 15:22
**effects** [2] - 49:13,
50:9
**efficient** [1] - 65:14
**effort** [1] - 51:2
**efforts** [1] - 62:2
**eight** [2] - 67:15, 68:2
**either** [16] - 16:14,
25:10, 29:14, 35:20,
36:14, 38:6, 44:23,
48:11, 50:1, 50:2,
54:3, 56:25, 63:5,
66:3, 67:8, 67:15
**elastomerics** [1] -
13:6
**electronic** [1] - 16:3
**electronics** [1] - 13:18
**elements** [2] - 12:20,
13:17
**ELEMENTS** [1] - 7:8
**Ellis** [1] - 26:2
**ELLIS** [2] - 3:12, 3:17
**ELM** [1] - 4:8
**embarrassed** [1] -
24:7
**employed** [4] - 44:10,
45:15, 46:6, 46:7
**employees** [1] - 44:19
**enclosure** [2] - 13:2,
13:4
**encompass** [1] -
57:18
**encompassed** [2] -
64:10, 65:11
**encourage** [1] - 21:9
**end** [3] - 20:16, 32:19,
41:11
**ended** [1] - 31:21
**ENERGY** [3] - 2:22,
3:23, 4:7
**enter** [3] - 14:2, 15:3,
19:2
**entered** [1] - 17:16
**entering** [1] - 19:13

---

**entire** [1] - 13:22
**entirely** [1] - 27:8
**entitled** [5] - 49:3,
49:15, 49:18, 50:21,
71:19
**envision** [1] - 11:15
**ESP** [2] - 31:2, 31:7
**ESQUIRE** [40] - 1:16,
1:20, 1:23, 2:4, 2:7,
2:11, 2:12, 2:15,
2:16, 2:21, 3:9, 3:13,
3:13, 3:14, 3:14,
3:17, 3:23, 4:4, 4:4,
4:8, 4:11, 4:17, 4:20,
4:23, 5:4, 5:8, 5:16,
5:20, 5:24, 6:4, 6:7,
6:8, 6:8, 6:9, 6:12,
6:16, 6:16, 6:17,
6:18, 6:19
**essentially** [2] - 67:1,
67:2
**established** [2] -
67:20, 68:15
**estimate** [2] - 13:16,
13:19
**etcetera** [3] - 13:8,
16:11, 47:10
**EVANS** [1] - 6:4
**event** [2] - 21:15,
47:15
**exact** [1] - 37:1
**exactly** [1] - 23:1
**example** [3] - 16:4,
61:1, 63:3
**EXCESS** [1] - 6:3
**excused** [1] - 17:23
**executive** [1] - 24:4
**EXECUTIVE** [1] - 7:24
**exercised** [1] - 22:13
**EXERCISED**...............
..................... [1] -
7:23
**Exhibit** [1] - 27:3
**Exhibits** [7] - 25:6,
25:22, 26:13, 26:17,
26:19, 26:24, 27:17
**exhibits** [7] - 25:18,
27:6, 27:8, 27:10,
27:20, 27:21, 27:24
**expect** [3] - 17:15,
59:5, 67:19
**expecting** [1] - 35:11
**expert** [3] - 32:10,
32:16, 33:10
**expertise** [3] - 65:4,
65:7, 65:12
**experts** [9] - 64:24,
65:1, 65:6, 65:8,
65:9, 65:16, 66:17,
67:1, 67:19

---

**EXPERTS**................
................................. [1]
- 10:13
**EXPLORATION** [1] -
3:6
**explore** [3] - 61:16,
61:21, 62:2
**explosion** [1] - 48:24
**exposure** [1] - 51:17
**extend** [4] - 21:14,
23:3, 23:5, 23:7
**extended** [2] - 15:15,
28:19
**extending** [1] - 17:15
**extension** [4] - 12:13,
13:21, 13:24, 14:13
**EXTENSION** [2] - 7:6,
7:9
**extent** [3] - 44:9,
48:20, 63:23
**extra** [1] - 14:5

---

### F

**F-R-A-Z-E-L-L-E** [1] -
36:9
**Facebook** [1] - 31:15
**facilities** [1] - 16:5
**fact** [6] - 14:24, 53:25,
58:9, 60:19, 62:20,
63:17
**FACT** [1] - 9:24
**factored** [1] - 59:13
**factual** [4] - 61:21,
63:9, 64:1, 64:5
**fair** [9] - 22:10, 32:5,
36:24, 42:15, 45:9,
51:21, 52:13, 64:2
**fairly** [4] - 18:16,
30:11, 57:18, 59:25
**Falcon** [1] - 46:5
**fall** [2] - 65:8, 66:13
**family** [2] - 69:16,
69:18
**fancy** [1] - 48:4
**far** [6] - 15:13, 17:16,
22:11, 29:23, 52:12,
65:6
**FARR** [2] - 8:10, 28:11
**Farr** [4] - 28:6, 28:11,
29:15, 30:3
**FARR**..........................
........................... [1] -
8:5
**fast** [2] - 14:23, 26:3
**faster** [1] - 71:4
**fatigued** [1] - 42:5
**FAULT** [1] - 9:20
**fault** [4] - 43:11,

---

47:12, 47:20, 47:22
**fears** [1] - 41:20
**federal** [2] - 18:19,
49:16
**FEDERAL** [1] - 2:10
**few** [1] - 37:8
**fewer** [1] - 12:18
**FIFTH** [1] - 5:17
**Fifth** [3] - 33:16,
61:23, 63:5
**figure** [1] - 65:13
**file** [3] - 20:16, 22:21,
54:11
**filed** [2] - 23:17, 28:25
**filing** [2] - 23:11,
24:21
**fill** [3] - 30:5, 56:14,
66:12
**finally** [1] - 45:5
**FINANCIAL** [1] - 5:15
**financial** [1] - 16:10
**fine** [12] - 12:5, 12:7,
25:15, 30:7, 32:4,
32:20, 42:10, 42:12,
42:18, 54:22, 70:17
**finish** [2] - 54:19,
68:22
**finished** [1] - 18:6
**FINN** [1] - 5:4
**FIRM** [2] - 1:23, 6:12
**first** [4] - 12:1, 13:3,
13:15, 28:6
**fit** [1] - 14:2
**FITCH** [14] - 4:20,
20:3, 20:6, 23:8,
35:23, 37:18, 38:5,
56:2, 56:5, 59:19,
61:2, 62:12, 64:1,
64:21
**Fitch** [5] - 20:6, 23:10,
37:18, 59:19, 63:14
**five** [1] - 68:23
**FL** [1] - 2:5
**FLANDERS** [1] - 4:23
**FLOOR** [4] - 2:13,
2:22, 3:23, 5:20
**floor** [1] - 68:16
**flow** [1] - 65:10
**flurry** [1] - 19:17
**FOCUS** [1] - 9:16
**focus** [1] - 46:15
**follow** [2] - 56:14, 70:3
**follow-up** [2] - 56:14,
70:3
**followed** [1] - 69:3
**following** [2] - 31:14,
69:1
**FOR** [26] - 1:15, 1:23,
2:10, 2:15, 2:18, 3:3,
3:20, 4:3, 4:7, 4:14,

5:3, 5:7, 5:11, 5:19, 5:23, 6:3, 6:7, 6:12, 7:7, 7:14, 7:20, 7:24, 8:11, 9:15, 10:4, 10:5

**FOR**............................ ....... [1] - 9:6
**foray** [1] - 59:4
**force** [1] - 21:5
**foregoing** [1] - 71:18
**form** [6] - 14:1, 14:3, 17:19, 19:9, 48:6, 49:17
**FORM** [1] - 9:21
**former** [2] - 44:18, 46:5
**forms** [2] - 51:7
**forth** [3] - 15:12, 29:1, 41:12
**fortunately** [1] - 28:15
**forward** [7] - 16:1, 16:12, 48:24, 50:24, 51:2, 52:10, 66:10
**forwarded** [1] - 54:25
**foundational** [1] - 63:16
**FOUR** [1] - 9:5
**four** [9] - 27:20, 27:21, 30:1, 40:7, 40:11, 46:4, 61:5, 61:11, 67:23
**FRANCISCO** [1] - 2:13
**frankly** [7] - 30:20, 52:4, 56:14, 61:22, 62:13, 62:25, 65:5
**FRAZ** [1] - 36:3
**Frazelle** [1] - 36:3
**FRAZELLE**............... ......................... [1] - 8:23
**free** [1] - 18:8
**Friday** [7] - 11:24, 31:24, 37:20, 38:23, 41:17, 42:25, 71:7
**FRIDAY** [3] - 1:7, 10:17, 11:2
**friends** [1] - 31:15
**FRILOT** [2] - 2:21, 3:22
**fruitful** [1] - 53:5
**frustrations** [1] - 55:9
**FUNDERBURK** [2] - 5:8, 40:9
**furthermore** [1] - 41:10

## G

**GANAWAY** [1] - 6:18

**GATE** [1] - 2:12
**Gaude** [1] - 45:1
**GAUDE**...................... ......................... [1] - 9:14
**General** [1] - 47:20
**general** [2] - 44:17, 48:21
**GENERAL'S** [1] - 2:15
**Geneva** [3] - 70:9, 70:14, 70:15
**gentleman** [1] - 69:13
**gentlemen** [1] - 70:24
**Georgia** [1] - 69:19
**GIVE** [1] - 10:10
**given** [2] - 25:20, 34:18, 55:22, 70:19
**GO** [1] - 7:18
**goal** [1] - 18:19
**Godwin** [1] - 43:18
**GODWIN** [2] - 4:7, 4:10
**Godwin's** [1] - 43:11
**GOING** [1] - 9:5
**GOLDEN** [1] - 2:12
**goodness** [1] - 42:2
**Gordon** [2] - 35:17, 36:2
**GORDON** [1] - 8:22
**GORMAN** [2] - 6:7, 6:8
**GOTSHAL** [1] - 5:16
**GOVERNMENT** [1] - 2:10
**granted** [1] - 47:16
**great** [7] - 27:25, 35:5, 37:14, 39:20, 42:5, 58:15, 71:9
**group** [5] - 12:10, 12:16, 13:12, 13:22, 65:3
**grousing** [1] - 59:22
**GUARD** [1] - 6:19
**guess** [13] - 21:19, 23:4, 28:15, 29:21, 30:13, 31:24, 35:12, 38:23, 40:23, 49:10, 49:14, 68:8, 69:23
**GUIDRY** [1] - 4:17
**GULF** [1] - 1:5
**GULFPORT** [1] - 6:5
**guy** [1] - 34:18
**guys** [5] - 44:3, 52:14, 56:24, 64:7, 65:7

## H

**Habans** [1] - 40:18
**habit** [1] - 71:3
**Hafle** [1] - 33:15

**HAFLE**...................... ......................... [1] - 8:17
**half** [2] - 30:21, 45:4
**halfway** [1] - 60:17
**HALLIBURTON** [1] - 4:7
**Halliburton** [12] - 16:21, 16:24, 17:13, 34:25, 39:24, 39:25, 40:1, 40:2, 43:4, 43:12, 65:21, 68:19
**HALLIBURTON'S** [1] - 7:14
**Halliburton's** [4] - 16:24, 17:4, 19:19, 68:11
**hammer** [1] - 32:4
**HAMMETT** [1] - 6:17
**hand** [4] - 16:25, 44:13, 44:23, 64:15
**hands** [1] - 55:11
**happy** [2] - 11:24, 16:25
**hard** [6] - 12:8, 18:16, 22:5, 23:14, 62:14, 62:15
**Harding** [1] - 43:19
**HAS** [1] - 9:12
**hat** [1] - 51:15
**hate** [2] - 39:15, 59:22
**HAVE** [2] - 9:6, 9:25
**Haycraft** [6] - 41:4, 42:21, 58:6, 58:8, 69:22, 70:15
**HAYCRAFT** [25] - 3:9, 18:14, 19:14, 25:11, 29:2, 29:4, 30:9, 30:15, 30:18, 30:20, 30:23, 31:12, 41:2, 41:4, 41:7, 41:25, 42:17, 43:1, 46:17, 53:16, 53:20, 56:8, 57:5, 58:7, 58:9, 59:9, 62:19, 68:6, 69:21, 70:16
**Haycraft's** [3] - 19:24, 19:25, 42:11
**HB406** [1] - 6:22
**headlights** [2] - 56:8, 56:12
**headquarters** [1] - 70:8
**heads** [3] - 25:13, 62:10, 63:21
**heads-up** [3] - 25:13, 62:10, 63:21
**health** [2] - 49:12, 50:9
**hear** [8] - 12:2, 15:8,

19:21, 26:7, 35:16, 38:12, 58:25, 59:2
**HEARD** [1] - 1:12
**heard** [2] - 35:6, 49:10
**hearing** [4] - 24:14, 26:16, 49:11, 62:8
**Heather** [4] - 18:2, 18:4, 18:6, 35:9
**HEATHER** [2] - 6:19, 8:21
**hello** [1] - 11:7
**help** [1] - 66:2
**helpful** [6] - 64:16, 66:8, 66:10, 66:23, 67:8, 67:24
**hereby** [1] - 71:18
**HERMAN** [31] - 1:19, 1:20, 10:1, 32:18, 32:22, 47:4, 48:3, 48:7, 48:14, 48:18, 50:18, 51:12, 52:13, 52:20, 53:2, 54:1, 54:15, 54:21, 55:5, 55:8, 55:12, 56:11, 56:17, 56:21, 56:25, 66:2, 66:6, 66:22, 67:5, 67:13
**Herman** [1] - 47:4
**hesitation** [3] - 41:5, 41:6, 41:7
**hiatus** [1] - 28:10
**highly** [1] - 52:18
**Himmelhoch** [1] - 21:12
**HIMMELHOCH** [6] - 2:12, 11:22, 21:12, 24:6, 24:16, 25:1
**HIPAA** [1] - 49:2
**hit** [2] - 19:16, 65:22
**hold** [5] - 24:21, 26:4, 26:24, 28:8, 37:25
**HOLDINGS** [4] - 2:18, 3:7, 3:20, 5:12
**home** [3] - 11:17, 39:11, 39:16
**Honor** [83] - 11:11, 11:13, 11:22, 12:3, 12:14, 13:10, 14:7, 14:17, 15:10, 16:17, 16:20, 17:8, 17:17, 18:9, 19:7, 20:1, 21:12, 21:23, 21:25, 22:2, 22:19, 24:6, 25:16, 26:8, 26:16, 27:2, 27:9, 27:12, 27:23, 29:2, 30:11, 30:20, 31:20, 31:24, 33:24, 35:13, 35:18, 35:23, 36:12, 36:16, 37:23, 38:6, 38:9,

38:22, 39:24, 40:14, 41:2, 43:1, 43:5, 44:5, 44:13, 44:25, 45:5, 45:11, 46:19, 46:22, 47:4, 48:11, 50:6, 51:3, 52:15, 52:20, 53:2, 54:9, 55:19, 56:11, 57:9, 57:24, 58:13, 58:16, 58:17, 59:5, 59:7, 62:19, 65:22, 66:2, 66:22, 67:18, 68:20, 69:13, 70:3, 71:2, 71:10
**Honor's** [1] - 55:25
**HONORABLE** [1] - 1:12
**hope** [5] - 16:14, 18:17, 36:4, 55:23, 60:11
**HOPE** [1] - 3:18
**hoped** [1] - 31:21
**hopefully** [3] - 29:25, 52:23, 59:7
**hopes** [1] - 13:19
**hoping** [6] - 11:12, 11:16, 14:1, 20:25, 55:22, 62:6
**HORIZON** [1] - 1:4
**hoses** [1] - 16:16
**hour** [3] - 30:21, 58:9, 59:8
**hours** [1] - 45:4
**Houston** [1] - 70:13
**HOUSTON** [5] - 4:12, 5:9, 5:21, 6:10, 6:14
**HOW** [1] - 8:8
**hypothesis** [1] - 34:19

## I

**I**.................. [1] - 10:5
**idea** [8] - 21:1, 21:10, 48:24, 50:18, 65:5, 65:23, 66:24, 68:1
**ideally** [1] - 69:15
**ideas** [1] - 42:6
**IF** [1] - 7:17
**II** [10] - 7:10, 13:21, 15:15, 46:17, 46:18, 46:20, 46:21, 47:24, 54:2, 54:3
**II**............................... ............... [1] - 9:18
**IL** [1] - 3:15
**illnesses** [1] - 50:11
**imagine** [2] - 48:21, 49:2
**immediately** [1] -

58:14
**important** [3] - 59:23, 64:9, 64:11
**impose** [1] - 30:11
**impossible** [1] - 63:8
**impressions** [1] - 62:22
**IN** [3] - 1:4, 1:5, 7:18
**inability** [1] - 40:17
**inappropriate** [1] - 47:19
**INC** [17] - 2:20, 2:21, 3:3, 3:4, 3:5, 3:6, 3:8, 3:21, 3:22, 4:7, 5:11, 5:12, 5:13, 5:14, 5:15, 5:16, 5:19
**incident** [3] - 51:21, 52:8, 52:10
**inclination** [2] - 23:16, 29:18
**include** [2] - 25:21, 65:9
**included** [1] - 65:10
**includes** [1] - 62:20
**including** [1] - 61:9
**incorrect** [2] - 20:15, 40:25
**indeed** [1] - 58:7
**individually** [1] - 68:9
**information** [11] - 16:3, 16:8, 28:24, 29:1, 30:25, 31:5, 36:4, 44:8, 44:12, 50:11, 50:14
**INFORMATION** [1] - 8:8
**inherent** [1] - 63:11
**inhibited** [1] - 61:22
**initial** [2] - 49:4, 50:14
**injuries** [2] - 48:25, 51:24
**injury** [1] - 48:14
**inside** [1] - 13:2
**instance** [2] - 49:21, 65:9
**instances** [1] - 64:4
**instead** [1] - 50:4
**instructed** [1] - 13:12
**intent** [1] - 61:3
**interest** [1] - 69:5
**interested** [1] - 16:7
**INTERESTS** [2] - 2:10, 2:15
**INTERNAL** [3] - 8:2, 8:4, 8:8
**internal** [3] - 26:1, 28:2, 28:24
**INTERNATIONAL** [2] - 4:3, 5:15

**internationally** [1] - 43:15
**interpleader** [1] - 31:19
**INTERPLEADER.......
..................................
...** [1] - 8:13
**interpret** [1] - 19:5
**interpretation** [1] - 58:1
**interpretive** [1] - 58:2
**interrogatory** [3] - 28:25, 30:4, 31:8
**Interrogatory** [1] - 29:5
**INTERVIEW** [1] - 8:7
**interview** [1] - 28:21
**interviews** [1] - 63:7
**investigation** [1] - 63:8
**invite** [1] - 56:5
**invocation** [1] - 61:22
**involved** [1] - 11:16
**involvement** [2] - 29:10, 32:2
**IRPINO** [2] - 1:23, 1:23
**IS** [2] - 7:16, 10:17
**Island** [1] - 69:19
**ISSUE** [2] - 7:24, 9:12
**issue** [37] - 18:12, 18:25, 19:16, 19:19, 20:8, 21:19, 22:24, 24:4, 25:8, 25:9, 26:1, 26:15, 28:2, 28:13, 28:14, 28:21, 28:23, 31:4, 32:9, 33:23, 41:7, 41:8, 42:8, 44:1, 44:25, 47:7, 48:9, 50:14, 52:6, 53:15, 54:7, 55:24, 57:12, 61:5, 64:1, 64:6, 70:4
**ISSUE.....................
................** [1] - 8:2
**ISSUE.......................
..........** [1] - 9:13
**issues** [25] - 12:12, 13:6, 18:6, 20:9, 22:8, 23:13, 24:1, 45:1, 48:6, 49:2, 52:21, 52:22, 60:4, 60:5, 60:13, 61:19, 61:21, 62:3, 62:14, 62:15, 64:2, 64:3, 70:10
**ISSUES......................
.................** [1] - 9:21
**IT'S** [1] - 10:1
**items** [1] - 13:18
**itself** [1] - 26:11

## J

**JACKSON** [1] - 5:19
**jam** [1] - 23:23
**JAMES** [1] - 1:16
**Jay** [1] - 34:10
**Jeff** [4] - 18:1, 18:12, 18:17, 18:25
**JEFF** [1] - 7:11
**JEFFERSON** [1] - 1:17
**JEFFREY** [2] - 6:8, 6:18
**JENNY** [1] - 4:8
**Jim** [1] - 56:9
**Jimmy's** [1] - 59:17
**job** [1] - 23:22
**JOHN** [1] - 5:8
**join** [2] - 25:14, 25:23
**Jones** [1] - 52:18
**JONES** [1] - 5:23
**JUDGE** [1] - 1:12
**judge** [6] - 14:15, 20:3, 23:8, 33:3, 34:24, 59:19
**Judge** [23] - 11:8, 11:23, 12:7, 14:12, 17:15, 17:19, 17:23, 18:2, 18:22, 19:8, 20:6, 20:14, 37:18, 38:5, 42:3, 46:3, 46:11, 55:1, 55:2, 55:11, 60:20, 69:2
**JULY** [4] - 1:7, 7:15, 10:17, 11:2
**July** [13] - 15:16, 20:10, 22:25, 28:16, 32:23, 33:1, 33:5, 33:12, 33:14, 54:5, 63:1, 68:22, 71:7
**JUSTICE** [1] - 2:10
**justified** [1] - 63:15

## K

**K-E-N-N-E-L-L-Y** [1] - 54:18
**Kat** [1] - 19:7
**KATZ** [1] - 1:19
**keep** [8] - 23:6, 23:20, 32:20, 35:3, 35:15, 42:7, 51:25, 55:22
**keeping** [1] - 17:3
**Keith** [2] - 42:17, 42:19
**KENNEALY** [3] - 6:19, 18:2, 18:9
**Kennealy** [1] - 18:2

**Kennelly** [4] - 54:1, 54:15, 54:17, 54:18
**KENNELLY...............
.....** [1] - 10:1
**KENNELLY...............
..................................** [1] - 10:2
**Keplinger** [2] - 36:10, 36:11
**KEPLINGER...............
..................................** [1] - 8:24
**Kerry** [5] - 25:25, 26:4, 28:1, 28:3, 29:4, 31:3, 31:18, 45:16
**KERRY** [2] - 2:21, 3:23
**kind** [9] - 14:23, 22:7, 29:24, 47:7, 51:20, 52:6, 64:5, 65:3, 66:19
**kindly** [1] - 43:6
**kinds** [1] - 50:22
**Kirkland** [1] - 26:2
**KIRKLAND** [2] - 3:12, 3:17
**knowledge** [1] - 62:22
**known** [3] - 22:9, 44:10, 44:18
**knows** [4] - 31:3, 56:2, 60:16, 62:1
**KORETZKY** [1] - 5:3
**KRAUS** [1] - 6:16
**KUCHLER** [1] - 4:16

## L

**L-A-C-Y** [1] - 34:11
**L.L.C** [1] - 5:7
**L.P** [1] - 5:23
**LA** [11] - 1:18, 1:21, 1:25, 2:23, 3:11, 3:24, 4:5, 4:18, 5:5, 5:25, 6:22
**Labor** [3] - 39:3, 39:6, 39:16
**Lacy** [3] - 33:21, 34:5, 34:11
**LACY.......................
..................................** [1] - 8:19
**ladies** [1] - 70:24
**lady** [1] - 35:10
**LAFAYETTE** [1] - 1:18
**LAMAR** [2] - 4:11, 6:9
**landing** [1] - 40:3
**Langan** [8] - 11:10, 27:2, 33:24, 35:18, 43:5, 54:9, 69:15,

69:17
**LANGAN** [46] - 3:13, 11:11, 11:13, 11:18, 19:24, 27:2, 27:5, 33:2, 33:24, 34:4, 34:15, 34:22, 35:7, 35:13, 35:18, 36:4, 36:7, 36:12, 36:20, 36:25, 37:5, 37:10, 37:16, 37:23, 38:1, 38:14, 38:17, 38:19, 38:22, 39:4, 39:8, 39:12, 39:18, 39:21, 43:5, 49:10, 50:1, 52:15, 52:24, 54:9, 54:16, 59:2, 69:13, 69:19, 71:2, 71:6
**Langan's** [1] - 50:8
**language** [3] - 18:16, 22:24, 52:22
**large** [5] - 29:6, 29:8, 29:18, 48:20, 62:3
**LASALLE** [1] - 3:15
**last** [14] - 18:15, 20:8, 28:4, 29:12, 36:8, 38:22, 43:18, 44:10, 44:18, 54:7, 54:14, 55:17, 60:1, 66:9
**LAW** [1] - 1:23, 6:12
**Law** [1] - 47:20
**Lawrence** [1] - 59:11
**lawyer** [2] - 40:16, 45:19
**lawyers** [2] - 42:8, 66:25
**leader** [1] - 29:24
**LEADERS** [1] - 8:10
**leaders** [1] - 30:3
**leading** [1] - 29:24
**least** [11] - 15:16, 17:12, 26:19, 29:7, 29:23, 47:17, 47:20, 48:19, 60:9, 66:13, 68:14
**leave** [1] - 14:8
**LEE** [1] - 5:19
**left** [1] - 14:8
**Leo** [2] - 32:7, 54:22
**LEO** [1] - 8:15
**less** [2] - 59:5, 60:10
**letter** [12] - 16:24, 17:1, 17:4, 19:24, 20:1, 20:15, 24:9, 24:10, 24:21, 53:6, 55:1
**letters** [3] - 54:11, 54:14, 54:20
**LEVIN** [1] - 2:3
**LEWIS** [2] - 3:8, 5:7
**LIAISON** [1] - 1:16

**liberal** [1] - 49:3
**limitation** [1] - 70:6
**limitations** [1] - 16:11
**limited** [1] - 16:16
**Limited** [1] - 70:5
**LIMITED** [1] - 3:7
**Lindner** [6] - 32:7, 32:16, 32:25, 33:4, 54:22, 55:14
**LINDNER.................. ..................... [1] - 8:15
**line** [8] - 12:2, 19:5, 24:3, 29:22, 30:5, 57:6, 59:3, 62:13
**lines** [3] - 14:5, 29:13, 67:9
**linked** [1] - 31:17
**LISKOW** [1] - 3:8
**list** [9] - 29:25, 30:1, 36:8, 40:20, 54:4, 56:7, 66:15, 67:14, 68:2
**LIST** [1] - 10:5
**listen** [1] - 18:7
**listing** [1] - 29:6
**live** [4] - 41:18, 49:25, 50:3, 52:14
**LLC** [6] - 2:19, 3:20, 4:16, 5:3, 5:12, 5:13
**LMRP** [2] - 15:9, 15:25
**LMRP/BOP** [1] - 13:2
**locale** [1] - 70:13
**logistically** [1] - 50:17
**London** [3] - 34:12, 34:23, 39:8
**look** [20] - 19:3, 19:21, 22:5, 24:11, 24:19, 24:24, 27:21, 30:4, 30:16, 35:19, 35:21, 36:13, 43:3, 48:8, 51:23, 55:14, 56:8, 56:23, 63:12
**looked** [2] - 25:4, 29:7
**looking** [8] - 28:4, 28:11, 29:21, 32:12, 38:2, 39:14, 61:1, 65:1
**looks** [3] - 20:24, 40:24, 53:1
**LOS** [1] - 3:18
**lost** [1] - 50:12
**LOUISIANA** [3] - 1:1, 1:7, 5:8
**Louisiana** [2] - 71:17, 71:18
**lower** [2] - 12:24
**lowest** [1] - 70:1
**LP** [1] - 4:15

**M**

**M-I** [1] - 39:23
**ma'am** [1] - 64:21
**MADE** [1] - 9:12
**magic** [1] - 57:8
**MAGISTRATE** [1] - 1:12
**mail** [13] - 17:1, 24:11, 30:6, 53:17, 56:22, 56:23, 57:2, 61:11, 61:12, 64:10, 64:19, 65:24, 68:9
**MAIL** [1] - 10:6
**mailed** [1] - 53:3
**mailing** [1] - 31:6
**main** [1] - 66:24
**major** [1] - 66:13
**manage** [1] - 16:9
**management** [1] - 50:19
**MANAGEMENT** [1] - 5:11
**MANGES** [1] - 5:16
**marine** [1] - 12:24
**MARINE** [3] - 5:13, 5:14, 5:14
**Maritime** [1] - 47:20
**maritime** [1] - 66:18
**mark** [6] - 12:2, 15:6, 33:13, 33:14, 55:15, 59:19
**MARK** [2] - 3:13, 6:7
**Mark** [6] - 17:14, 21:24, 22:1, 23:12, 53:14, 55:19
**Martin** [7] - 25:11, 25:23, 26:2, 26:3, 26:4, 26:6
**MARTIN** [2] - 2:16, 3:17
**MARTINEZ** [1] - 4:8
**Marty** [1] - 31:23
**marvelous** [1] - 69:11
**matrix** [2] - 56:13, 56:15
**matter** [5] - 20:11, 29:9, 30:5, 42:3, 71:19
**matters** [1] - 59:22
**MAZE** [11] - 2:15, 30:19, 32:25, 33:16, 33:18, 34:8, 34:12, 35:25, 37:13, 37:15, 37:20
**MCCUTCHEN** [1] - 4:20
**McLeod** [1] - 31:23
**MCLEOD** [1] - 6:4

**MDL** [2] - 6:12, 16:7
**mean** [9] - 49:21, 50:18, 50:20, 51:4, 52:4, 52:16, 64:14, 65:11, 66:23
**meant** [2] - 61:15, 61:16
**meanwhile** [2] - 13:5, 13:20
**MECHANICAL** [1] - 6:24
**medical** [4] - 40:16, 48:15, 49:13, 51:13
**MEET** [1] - 7:17
**meet** [3] - 21:2, 22:14, 55:23
**meeting** [4] - 12:17, 20:25, 23:22, 45:13
**meld** [1] - 31:11
**Melinda** [1] - 59:11
**members** [1] - 12:16
**mention** [2] - 37:6, 53:2
**mentioned** [1] - 57:3
**merit** [2] - 41:14, 41:15
**Merit** [1] - 71:17
**message** [2] - 54:24, 55:12
**METALLIC** [1] - 7:8
**metallic** [2] - 12:19, 12:25, 13:17
**metallics** [2] - 15:25, 16:15
**METHOFF** [1] - 6:12
**MEXICO** [1] - 1:5
**MI** [7] - 5:7, 9:5, 33:4, 33:6, 39:23, 40:1, 40:11
**MICHAEL** [1] - 2:11
**might** [13] - 30:8, 43:10, 47:23, 47:24, 48:20, 49:15, 50:3, 52:4, 52:16, 53:4, 57:18, 65:18, 69:4
**Mike** [10] - 33:20, 33:21, 34:9, 44:23, 53:15, 57:3, 59:20, 64:23, 65:7, 66:15
**MIKE** [1] - 9:23
**Miller** [1] - 28:3
**MILLER** [22] - 2:21, 3:23, 28:3, 28:9, 28:13, 28:21, 29:21, 30:2, 30:13, 30:22, 30:24, 31:8, 31:15, 31:20, 33:7, 44:5, 44:7, 44:17, 44:23, 70:3, 70:8, 70:18
**million** [2] - 13:15,

22:3
**mind** [3] - 31:11, 35:3, 44:8
**minimize** [1] - 35:4
**minute** [1] - 25:23
**minutes** [2] - 25:14, 41:9
**miracle** [1] - 53:20
**miscommunication** [2] - 57:17, 64:16
**mismatch** [1] - 63:16
**missed** [2] - 22:19, 25:6
**mission** [1] - 18:17
**MITCHELL** [1] - 2:3
**MMS** [1] - 61:8
**MOBILE** [1] - 2:8
**model** [1] - 21:17
**modified** [1] - 61:7
**modify** [1] - 61:4
**MOEX** [7] - 4:15, 4:16, 5:3, 8:3, 26:10, 27:15, 27:20
**MOEX/BP** [2] - 8:1, 25:3
**moment** [3] - 32:14, 53:19, 59:20
**Monday** [9] - 15:8, 15:24, 16:13, 17:16, 30:15, 30:18, 30:19, 52:23
**Monday's** [1] - 31:5
**money** [1] - 51:1
**MONTGOMERY** [1] - 2:17
**month** [1] - 22:14
**months** [3] - 13:23, 61:15, 68:23
**MOORE** [1] - 6:19
**Morel** [2] - 32:23, 33:12
**MOREL.................... ..................... [1] - 8:16
**MORGAN** [1] - 5:7
**morning** [14] - 11:8, 11:21, 11:22, 11:23, 12:3, 12:5, 17:18, 20:5, 20:6, 21:24, 26:6, 45:24, 47:4, 48:8
**most** [2] - 22:15, 42:3, 48:9
**mostly** [1] - 54:2
**motion** [3] - 19:19, 23:19, 47:15
**Motion** [1] - 53:5
**MOTION** [2] - 7:14, 9:22
**motions** [11] - 20:25,

21:3, 21:6, 21:15, 21:20, 22:21, 23:4, 23:11, 23:17, 46:15, 47:16
**MOTIONS** [3] - 7:18, 7:20, 9:16
**move** [4] - 41:25, 50:23, 51:2, 58:23
**moving** [1] - 34:17
**MR** [227] - 8:18, 8:19, 8:20, 9:3, 9:4, 9:7, 9:8, 9:14, 10:1, 10:7, 10:10, 11:11, 11:13, 11:18, 12:3, 12:7, 12:14, 14:15, 14:19, 15:10, 16:20, 17:7, 17:17, 17:23, 17:25, 18:14, 19:14, 19:24, 20:3, 20:6, 20:14, 21:23, 21:25, 22:19, 23:8, 25:11, 25:16, 25:18, 26:2, 26:8, 26:16, 26:21, 27:2, 27:5, 27:9, 27:12, 27:23, 28:3, 28:9, 28:13, 28:21, 29:2, 29:4, 29:21, 30:2, 30:9, 30:13, 30:15, 30:18, 30:19, 30:20, 30:22, 30:23, 30:24, 31:6, 31:8, 31:12, 31:15, 31:16, 31:20, 32:12, 32:18, 32:22, 32:25, 33:2, 33:3, 33:7, 33:16, 33:18, 33:24, 34:4, 34:8, 34:12, 34:15, 34:22, 34:24, 35:7, 35:13, 35:18, 35:23, 35:25, 36:4, 36:7, 36:12, 36:16, 36:20, 36:25, 37:5, 37:10, 37:13, 37:15, 37:16, 37:18, 37:20, 37:23, 38:1, 38:5, 38:9, 38:14, 38:17, 38:19, 38:22, 39:2, 39:4, 39:8, 39:12, 39:18, 39:21, 39:24, 40:6, 40:9, 40:14, 41:2, 41:4, 41:7, 41:23, 41:25, 42:3, 42:13, 42:17, 42:18, 43:1, 43:5, 43:12, 43:17, 44:4, 44:5, 44:7, 44:17, 44:23, 45:10, 45:19, 46:2, 46:6, 46:11, 46:17, 46:18, 46:21, 46:24, 47:4, 48:3, 48:7, 48:14, 48:18, 49:10, 50:1, 50:6,

50:18, 51:3, 51:12, 51:22, 52:13, 52:15, 52:16, 52:20, 52:24, 53:2, 53:16, 53:20, 54:1, 54:9, 54:15, 54:16, 54:21, 55:5, 55:8, 55:12, 55:19, 56:2, 56:5, 56:8, 56:11, 56:17, 56:21, 56:25, 57:5, 57:7, 57:9, 57:15, 57:24, 58:7, 58:9, 58:13, 58:16, 58:17, 59:2, 59:5, 59:7, 59:9, 59:10, 59:19, 61:2, 62:12, 62:19, 64:1, 64:21, 65:21, 66:2, 66:6, 66:7, 66:22, 67:5, 67:12, 67:13, 68:6, 68:19, 69:1, 69:13, 69:19, 69:21, 69:24, 70:3, 70:8, 70:16, 70:18, 71:2, 71:6

**MS** [8] - 6:5, 11:22, 18:2, 18:9, 21:12, 24:6, 24:16, 25:1

**must** [1] - 22:21

**mute** [1] - 24:14

## N

**name** [3] - 53:25, 54:14, 54:22

**NAME**.......... [1] - 9:25

**names** [1] - 34:8

**nap** [1] - 39:16

**narrow** [1] - 46:15

**NARROW** [1] - 9:16

**narrowly** [1] - 67:7

**NASA** [1] - 16:5

**necessarily** [3] - 51:24, 66:11, 67:21

**necessary** [2] - 32:16, 47:24

**need** [16] - 19:25, 20:11, 21:6, 24:2, 27:19, 31:2, 32:2, 33:10, 43:6, 43:25, 48:8, 51:16, 57:13, 58:24, 59:14, 63:23

**needed** [1] - 32:9

**NEEDS** [1] - 7:23

**needs** [2] - 22:13, 61:25

**negative** [1] - 63:3

**negotiate** [1] - 13:20

**NEGOTIATE** [1] - 7:9

**negotiating** [1] - 55:21

**never** [1] - 50:20

**NEW** [14] - 1:7, 1:21, 1:25, 2:23, 3:11, 3:24, 4:5, 4:18, 4:24, 5:5, 5:17, 5:25, 6:22, 10:4

**New** [1] - 35:19

**new** [3] - 22:6, 55:18, 55:22

**NEWMAN** [1] - 10:16

**Newman** [3] - 43:24, 43:25, 70:4

**NEWMAN**.................. ......................... [1] - 9:11

**next** [25] - 19:16, 22:5, 24:18, 24:22, 25:3, 28:21, 31:24, 32:25, 35:9, 35:17, 36:3, 38:7, 39:22, 40:4, 40:17, 40:23, 41:17, 42:1, 42:16, 42:24, 53:12, 60:18, 67:17, 67:18, 71:7

**NEXT** [1] - 10:17

**nice** [3] - 28:19, 66:6, 69:17

**NIZIALEK** [1] - 5:4

**NO** [1] - 1:6

**nobody** [3] - 36:18, 42:5, 66:17

**NOMELLINI** [4] - 3:13, 21:23, 21:25, 55:19

**Nomellini** [2] - 22:1, 55:19

**none** [2] - 11:15, 29:15

**nonparties** [2] - 47:13, 47:21

**NONPARTIES..** [1] - 9:20

**nonpriority** [2] - 70:11, 70:21

**nonsense** [1] - 55:3

**nonspecific** [1] - 64:5

**NORSKE** [1] - 6:7

**NORTH** [4] - 3:4, 3:5, 3:7, 3:8

**NOT** [2] - 7:17, 10:8

**note** [3] - 17:17, 53:22, 61:11

**noted** [2] - 20:8, 66:9

**notes** [3] - 13:10, 28:22, 36:21

**NOTES**.................... .................. [1] - 8:7

**notice** [1] - 62:24

**notify** [2] - 24:11, 24:18

**NOW** [1] - 8:10

**NPT** [2] - 60:5, 61:20

**number** [10] - 29:6, 29:8, 29:18, 35:4, 44:18, 58:20, 61:23, 70:10, 70:12

**numbered** [1] - 71:19

**Numbers** [2] - 29:5, 64:12

**NW** [1] - 4:21

**NY** [2] - 4:24, 5:17

## O

**O'BRIEN'S** [1] - 5:11

**O'KEEFE** [1] - 1:20

**O'Rourke** [1] - 46:14

**object** [3] - 69:23, 69:25, 71:6

**objection** [3] - 19:6, 44:20, 70:1

**obligation** [1] - 15:17

**observe** [1] - 59:23

**obviously** [4] - 22:23, 50:9, 63:20, 67:6

**occasion** [1] - 70:12

**occurred** [1] - 66:19

**October** [2] - 35:10, 65:15

**OF** [14] - 1:1, 1:5, 1:11, 2:10, 7:8, 7:9, 7:13, 7:22, 7:24, 9:9, 9:12, 9:17, 9:20, 10:8

**OFF** [1] - 10:14

**OFF**.......................... ....... [1] - 10:6

**offense** [1] - 56:17

**offer** [2] - 24:7, 24:10

**offering** [2] - 24:19, 27:18

**office** [3] - 24:4, 36:12, 70:8

**OFFICE** [2] - 2:15, 7:24

**official** [3] - 16:14, 30:16, 39:5

**OFFICIAL** [1] - 6:21

**Official** [2] - 71:17, 71:22

**OFFSHORE** [5] - 2:19, 3:21, 4:16, 5:3, 5:12

**often** [2] - 23:12, 59:25

**OIL** [2] - 1:4, 1:4

**old** [1] - 56:18

**Oldfather** [1] - 40:22

**OLDFATHER**............. ......................... [1] - 9:8

**OLIVIA** [1] - 2:16

**ON** [5] - 1:5, 7:15, 7:20, 8:8

**once** [4] - 17:6, 24:11, 24:18, 51:9

**ONE** [4] - 1:24, 3:9, 6:4, 6:13

**one** [29] - 14:3, 14:21, 17:21, 20:17, 24:21, 25:8, 28:13, 28:17, 29:22, 31:25, 35:2, 35:22, 36:7, 36:8, 41:19, 42:11, 42:15, 47:10, 48:9, 48:11, 49:7, 50:15, 54:6, 58:5, 60:7, 66:24, 69:2, 70:10, 70:12

**one-day** [1] - 58:5

**one-line** [1] - 29:22

**one-page** [1] - 20:17

**ones** [3] - 36:8, 36:22, 66:9

**ongoing** [3] - 13:13, 43:21, 49:2

**open** [3] - 28:9, 65:19, 68:16

**operating** [1] - 22:24

**opportunity** [3] - 13:22, 41:15, 61:16

**opposed** [2] - 49:17, 70:14

**opposition** [1] - 19:12

**ops** [1] - 61:11

**OR** [1] - 10:8

**oral** [1] - 19:21

**order** [16] - 12:18, 14:1, 14:3, 14:12, 14:16, 15:3, 17:15, 18:15, 19:2, 19:10, 19:20, 33:4, 37:6, 40:23, 47:11, 61:6

**ORDER** [2] - 9:9, 11:4

**ORDER**............ [1] - 7:14

**ordered** [1] - 29:12

**org** [2] - 29:13

**organize** [1] - 65:13

**organized** [3] - 12:9, 28:25, 65:17

**ORGANIZED**............. ................................. - 8:9

**original** [2] - 67:13, 68:10

**ORLEANS** [11] - 1:7, 1:21, 1:25, 2:23, 3:11, 3:24, 4:5, 4:18, 5:5, 5:25, 6:22

**Orleans** [1] - 35:19

**OTHER** [1] - 7:8

**otherwise** [3] - 29:14, 32:19, 52:21

**outline** [1] - 31:9

**OVER**.................... [1] - 7:16

**overall** [2] - 12:22, 13:16

**overarching** [1] - 63:16

**overlap** [2] - 38:10, 67:6

**own** [1] - 16:7

## P

**package** [1] - 12:24

**packed** [1] - 62:23

**page** [1] - 20:17

**PAGE** [1] - 7:2

**pages** [1] - 22:3

**PAPANTONIO** [1] - 2:3

**paper** [4] - 17:3, 17:6, 18:25, 20:11

**parade** [1] - 19:16

**paragraph** [2] - 28:4, 28:5

**pare** [1] - 29:25

**parent** [1] - 70:5

**PARKWAY** [1] - 5:20

**part** [5] - 24:14, 27:13, 27:16, 27:17, 28:23

**participants** [4] - 11:20, 11:21, 12:18, 70:25

**participating** [1] - 58:18

**particular** [2] - 46:25, 63:13

**particularly** [1] - 47:24

**parties** [19] - 16:7, 18:21, 18:22, 19:3, 20:9, 23:3, 24:1, 25:8, 29:25, 46:25, 47:13, 47:21, 60:14, 60:15, 60:21, 62:19, 62:25, 67:17, 67:22

**PARTIES** [1] - 9:20

**PARTIES....** [1] - 7:12

**parts** [1] - 34:17

**party** [4] - 14:3, 19:12, 47:15, 47:17

**PASS** [1] - 9:5

**pass** [8] - 25:22, 32:1, 35:12, 40:7, 40:11, 40:21, 47:1, 53:18

**path** [1] - 62:20

**patience** [1] - 52:24

**PAUL** [1] - 3:14

**Paul** [9] - 53:16, 57:5,
57:6, 57:7, 57:12,
58:14, 58:15, 59:2
**pay** [3] - 15:1, 15:17,
60:21
**paying** [2] - 15:5,
56:10
**payment** [2] - 15:13,
15:18
**payor** [1] - 15:4
**peek** [2] - 65:3, 66:11
**pending** [2] - 15:24,
69:24
**PENSACOLA** [1] - 2:5
**people** [17] - 11:25,
23:14, 29:6, 29:7,
35:4, 41:8, 44:22,
45:8, 46:5, 48:21,
52:11, 62:21, 62:22,
63:4, 67:2, 69:7
**Pepper** [4] - 60:24,
71:16, 71:21, 71:21
**PEPPER** [1] - 6:21
**per** [1] - 35:2
**perhaps** [6] - 22:7,
25:13, 41:17, 52:7,
52:12, 69:7
**period** [1] - 21:7
**periodically** [1] -
12:17
**permanently** [1] -
35:15
**permission** [1] - 53:4
**permit** [1] - 61:4
**person** [5] - 22:8,
35:22, 46:14, 53:14,
57:13
**PERSON'S** [1] - 9:25
**person's** [1] - 53:25
**personal** [4] - 36:13,
48:14, 62:22, 63:6
**persuaded** [1] - 29:19
**PETROLEUM** [1] -
4:14
**Phase** [18] - 13:21,
15:15, 19:17, 20:19,
20:21, 21:21, 24:1,
46:16, 46:17, 46:18,
46:20, 46:21, 47:24,
48:14, 54:2, 54:3,
54:5, 56:7
**PHASE** [6] - 7:10,
7:13, 7:16, 7:20,
9:18, 10:5
**PHELPS** [1] - 6:3
**Phil** [7] - 25:16, 25:17,
25:20, 45:12, 45:25,
58:17, 58:25
**PHILLIP** [2] - 4:4, 5:4
**phone** [9] - 11:20,

11:21, 18:1, 18:13,
24:13, 24:14, 57:7,
70:24, 71:1
**phrase** [1] - 17:2
**physician** [2] - 48:21,
51:9
**physicians** [1] - 48:15
**pick** [5] - 42:10, 42:13,
42:15, 49:19, 50:4
**pieces** [1] - 16:16
**PIGMAN** [1] - 4:3
**pike** [1] - 64:18
**PILLSBURY** [1] - 4:23
**PITTMAN** [1] - 4:23
**PLACE** [2] - 1:24, 5:24
**place** [1] - 48:23
**PLAINTIFFS** [1] - 1:23
**plaintiffs** [4] - 48:19,
49:5, 49:22, 51:5
**PLAINTIFFS'** [1] -
1:15
**PLAN** [1] - 9:19
**plan** [3] - 47:10, 47:11,
69:14
**planning** [4] - 16:6,
16:13, 66:10, 67:24
**pleasure** [1] - 12:14
**plenty** [1] - 47:2
**plus** [2] - 68:11
**podiatrist** [1] - 51:15
**point** [11] - 12:11,
12:21, 15:20, 19:7,
25:21, 49:7, 51:23,
52:5, 64:2, 71:4
**points** [1] - 32:2
**pointless** [1] - 64:3
**POLK** [1] - 4:16
**pompous** [1] - 62:13
**poor** [1] - 56:18
**popped** [2] - 57:3,
57:4
**position** [12] - 15:13,
16:25, 24:7, 27:14,
27:16, 44:9, 44:22,
47:18, 49:12, 55:7,
60:17, 60:19
**positions** [1] - 45:8
**possibility** [4] - 39:13,
68:22, 69:6, 69:10
**possible** [2] - 23:24,
55:23
**possibly** [1] - 34:4
**post** [2] - 51:17, 54:5
**post-July** [1] - 54:5
**post-spill** [1] - 51:17
**potential** [2] - 16:23,
18:25, 43:13
**Powell** [1] - 35:9
**POWELL**...................
.....................[1] -

8:21
**POYDRAS** [6] - 2:22,
3:10, 3:24, 4:18, 5:5,
6:22
**PPFs** [1] - 50:19
**practice** [6] - 23:19,
23:20, 41:19, 41:22,
42:11, 42:19
**practices** [1] - 66:18
**preceding** [1] - 51:20
**predate** [1] - 39:4
**preexisting** [1] - 50:10
**prefer** [1] - 30:20
**preferable** [1] - 38:7
**preliminary** [1] - 56:6
**PRELIMINARY** [1] -
10:5
**preparation** [5] - 14:6,
32:16, 33:11, 59:24,
61:3
**prepare** [1] - 63:22
**PRESENT** [1] - 6:16
**present** [2] - 62:21,
63:6
**PRESERVATION** [1] -
7:7
**preservation** [12] -
12:8, 12:19, 12:22,
13:6, 13:17, 15:9,
15:18, 15:19, 15:21,
16:3, 16:6, 18:6
**PRESERVATION**.......
...............................
... [1] - 7:5
**preserved** [2] - 13:3,
16:1
**preserving** [1] - 13:17
**press** [2] - 49:22,
54:10
**presses** [1] - 49:19
**pressure** [1] - 63:3
**pretty** [7] - 23:14,
23:23, 23:25, 26:25,
34:15, 60:4, 60:9
**principally** [1] - 13:18
**privacy** [1] - 44:11
**problem** [19] - 17:3,
20:18, 21:21, 25:5,
26:23, 32:13, 36:6,
37:2, 50:15, 50:17,
51:10, 53:13, 57:11,
59:17, 60:12, 62:16,
62:17, 63:11
**problems** [2] - 60:7,
64:14
**procedurally** [1] -
18:24
**procedure** [5] - 14:6,
61:5, 61:6, 61:10
**procedures** [2] -

61:18, 64:3
**PROCEEDINGS** [3] -
1:11, 6:24, 11:1
**proceedings** [2] -
71:11, 71:19
**process** [3] - 13:7,
66:11, 67:23
**PROCTOR** [1] - 2:3
**produced** [2] - 27:21,
27:22
**PRODUCED** [1] - 6:25
**production** [3] - 24:5,
28:23, 54:6
**PRODUCTION** [3] -
3:3, 3:6, 7:24
**PRODUCTS** [1] - 3:8
**progress** [4] - 43:10,
53:8, 53:9, 64:25
**prolong** [1] - 41:10
**prongs** [1] - 16:4
**pronounced** [1] -
54:16
**proper** [1] - 43:20
**proposal** [5] - 40:25,
41:14, 42:20, 42:21,
52:9
**proposals** [1] - 47:10
**PROPOSALS**............
..............[1] - 9:19
**propose** [2] - 19:6,
57:21
**PROPOSE** [1] - 10:10
**proposed** [2] - 18:15,
47:11
**protective** [1] - 19:20
**PROTECTIVE** [1] -
7:14
**protocol** [5] - 12:22,
13:1, 13:11, 14:6,
16:9
**PROTOCOLS** [1] - 7:7
**protocols** [1] - 12:19
**provide** [9] - 19:7,
27:14, 27:16, 27:18,
29:12, 31:4, 47:19,
63:9, 67:18
**provided** [4] - 13:25,
29:4, 56:13
**providers** [3] - 48:15,
48:20, 51:14
**providing** [1] - 49:4
**provision** [1] - 47:12
**PSC** [12] - 32:8, 33:3,
36:15, 37:7, 38:6,
38:8, 40:14, 46:25,
47:5, 56:6, 61:16,
63:14
**PSC's** [2] - 67:14,
68:11
**PTO** [1] - 22:24

**publicize** [1] - 44:17
**pull** [1] - 51:15
**pulmonary** [1] - 51:19
**purposes** [2] - 44:18,
67:25
**pursue** [3] - 50:16,
52:3, 52:11
**pursued** [1] - 52:19
**put** [9] - 38:15, 39:14,
40:20, 44:7, 47:6,
51:5, 54:3, 56:12,
68:2
**PUTNAM** [2] - 6:7, 6:8

# Q

**quantification** [1] -
21:16
**questioning** [1] - 64:9
**quick** [3] - 12:10, 25:4,
26:9
**quickly** [5] - 16:20,
23:21, 26:25, 37:2,
53:19
**QUIP** [1] - 5:19
**quite** [2] - 11:14,
43:15
**quoting** [1] - 14:23

# R

**R&B** [1] - 46:5
**radar** [1] - 47:7
**RAFFERTY** [1] - 2:3
**raise** [5] - 24:22,
47:25, 68:17, 68:21,
69:10
**raised** [3] - 18:12,
20:10, 25:8
**rather** [1] - 61:15
**Ravi** [2] - 43:4, 43:14
**RAVI**..........................
..................... [1] -
9:10
**RE** [1] - 1:4
**reached** [2] - 43:6,
43:14
**read** [3] - 17:4, 19:20,
20:4
**ready** [4] - 15:24, 21:4,
26:12, 31:3
**real** [1] - 17:9
**realities** [1] - 16:10
**reality** [1] - 56:11
**really** [11] - 35:1,
49:11, 49:18, 49:19,
50:23, 51:15, 60:15,
65:23, 67:7, 68:1,

68:25
**REALTIME** [1] - 6:21
**Realtime** [2] - 71:16, 71:22
**rearrangement** [1] - 35:3
**reason** [1] - 66:24
**reasonable** [2] - 55:23, 56:3
**received** [3] - 16:24, 22:3, 48:7
**recognizing** [1] - 52:16
**recollection** [1] - 17:5
**recollections** [1] - 63:6
**recommend** [1] - 19:13
**record** [3] - 45:2, 70:23, 71:19
**RECORDED** [1] - 6:24
**records** [4] - 40:16, 51:13, 51:16, 52:7
**redacted** [3] - 27:1, 27:8
**redactions** [1] - 27:11
**redirect** [1] - 41:15
**redline** [2] - 32:1
**references** [1] - 47:12
**referred** [1] - 59:20
**referring** [1] - 59:21
**refers** [1] - 64:2
**reflect** [1] - 13:10
**reflected** [1] - 45:4
**refreshed** [1] - 17:4
**regard** [6] - 15:20, 21:9, 26:10, 26:14, 57:22, 64:12
**REGARD** [1] - 10:11
**regarding** [2] - 14:13, 47:11
**regardless** [1] - 34:21
**Registered** [1] - 71:16
**regular** [1] - 32:3
**regularly** [1] - 31:13
**regulation** [1] - 66:18
**regulations** [1] - 57:19
**REGULATIONS**.........
..........................[1]
- 10:9
**regulatory** [2] - 57:23, 59:17
**REGULATORY** [1] - 10:11
**reiterate** [1] - 30:2
**relate** [1] - 17:8
**related** [2] - 15:14, 64:3
**RELATES** [1] - 1:9

**relative** [5] - 15:9, 19:18, 64:25, 65:1, 65:4
**release** [2] - 50:14, 52:7
**releases** [2] - 51:7, 52:11
**relevant** [6] - 49:13, 50:11, 50:14, 52:6, 52:18, 54:2
**remanded** [1] - 18:22
**remarkably** [1] - 21:8
**reminder** [2] - 56:21, 57:2
**REMINDER** [1] - 10:6
**removal** [1] - 13:4
**removing** [1] - 16:16
**rendered** [2] - 48:16, 48:23
**repair** [1] - 13:16
**repeated** [1] - 47:12
**replied** [1] - 53:6
**reply** [2] - 20:17, 23:21
**report** [14] - 18:14, 26:1, 28:2, 28:4, 28:25, 32:16, 33:11, 40:13, 42:25, 43:3, 54:21, 55:1, 55:6, 55:21
**REPORT** [2] - 8:2, 8:8
**REPORT**....................
........ [1] - 8:4
**REPORT**....................
.............. [1] - 10:3
**reported** [1] - 46:2
**Reporter** [6] - 71:16, 71:17, 71:17, 71:22, 71:22
**REPORTER** [2] - 6:21, 6:21
**REPORTER'S** [1] - 71:15
**reporting** [1] - 46:2
**reports** [2] - 20:23, 32:10
**REQUEST** [3] - 7:24, 9:15, 10:4
**request** [6] - 24:4, 38:10, 45:6, 45:7, 52:5, 55:18
**requested** [3] - 38:13, 43:23, 44:1
**REQUESTED** [1] - 9:12
**requester** [1] - 40:2
**requesting** [1] - 45:3
**requests** [1] - 35:23
**rescheduled** [2] - 33:5, 60:3
**reserve** [2] - 52:2,

58:22, 58:23, 59:3
**reserves** [1] - 59:6
**resist** [1] - 59:3
**resolution** [1] - 43:11
**resolve** [5] - 21:8, 23:17, 23:24, 24:22, 50:25
**resolved** [4] - 22:15, 22:22, 22:25, 33:21
**respect** [4] - 21:13, 58:1, 62:3, 64:4
**respectfully** [4] - 17:18, 60:11, 62:3, 62:4
**respects** [1] - 62:4
**respiratory** [1] - 50:10
**respond** [5] - 25:9, 29:2, 56:18, 59:15, 68:3
**responded** [1] - 53:6
**Responders** [1] - 50:7
**responding** [1] - 24:9
**response** [8] - 19:20, 20:15, 20:21, 24:8, 28:25, 30:4, 31:8, 54:25
**RESPONSE** [1] - 5:11
**responses** [1] - 21:14
**responsibility** [1] - 30:10
**rest** [3] - 18:8, 32:21, 52:21
**RESULT** [1] - 7:18
**result** [1] - 21:2
**review** [4] - 13:7, 27:13, 40:20, 44:21
**reviewed** [1] - 26:10
**reviewing** [1] - 58:19
**revisit** [1] - 41:17
**RICHARD** [1] - 6:8
**RICHESON** [1] - 4:17
**RIG** [1] - 1:4
**ripe** [1] - 4:20
**riser** [1] - 12:24
**RMR** [2] - 6:21, 71:21
**ROB** [2] - 8:6, 9:1
**Rob** [2] - 28:15, 36:24
**ROBERT** [2] - 2:7, 4:17
**Roberts** [6] - 40:24, 41:21, 41:24, 45:14, 45:19
**ROBERTS** [8] - 6:16, 31:6, 31:16, 41:23, 42:3, 42:13, 42:18, 45:19
**RONQUILLO** [2] - 4:7, 4:10
**ROOM** [2] - 2:13, 6:22
**room** [1] - 17:7

**rough** [2] - 13:15, 58:19
**row** [1] - 37:21
**ROY** [3] - 1:16, 1:16, 39:2
**Rule** [1] - 53:23
**RULE** [1] - 9:24
**rule** [2] - 26:12, 55:5
**ruling** [2] - 26:14, 26:24, 26:25
**run** [4] - 41:19, 41:22, 42:19, 70:18
**running** [1] - 11:15
**rush** [1] - 54:19
**RUTH** [1] - 6:9
**RYAN** [1] - 3:14

**S**

**S-U-S-T-A-L-A** [1] - 60:24
**s/Cathy** [1] - 71:21
**safety** [3] - 22:7, 22:13, 67:23
**SAFETY** [1] - 7:22
**sake** [1] - 42:2
**SALLY** [1] - 1:12
**SAN** [1] - 2:13
**sand** [1] - 59:14
**Sarah** [3] - 21:12, 24:3, 24:24
**SARAH** [1] - 2:12
**saw** [1] - 65:25
**Schedule** [5] - 12:23, 13:10, 14:24, 16:9
**schedule** [2] - 34:20, 69:8
**scheduled** [1] - 69:2
**schedules** [1] - 13:5
**scheduling** [1] - 32:6
**SCHEDULING**...........
.....................[1] -
8:14
**SCHELL** [1] - 4:16
**scope** [4] - 43:7, 43:20, 46:16, 47:23
**SCOPE** [1] - 9:17
**Sea** [1] - 69:19
**SEACOR** [6] - 5:12, 5:12, 5:13, 5:13, 5:14, 5:14
**seal** [1] - 40:17
**SEARCH** [1] - 10:4
**search** [1] - 55:18
**searching** [1] - 16:8
**seat** [1] - 11:9
**second** [3] - 26:5, 63:3, 63:4
**section** [2] - 12:24,

58:1
**Sections** [1] - 57:23
**see** [41] - 11:20, 11:25, 13:22, 14:2, 17:2, 19:16, 21:7, 21:25, 22:14, 23:13, 23:23, 25:23, 25:25, 26:24, 28:1, 30:13, 32:9, 32:15, 32:24, 37:3, 38:3, 39:12, 39:14, 39:22, 41:14, 41:20, 42:1, 42:11, 46:1, 46:9, 52:6, 53:13, 53:22, 55:17, 57:17, 57:20, 64:8, 64:17, 69:4, 69:12
**seek** [2] - 22:20, 52:3
**seeking** [1] - 43:17
**Seely** [4] - 18:1, 18:25, 19:9, 19:11
**SEELY**.......................
.....................[1] -
7:11
**sees** [1] - 65:16
**segregated** [2] - 13:15, 13:16
**send** [8] - 17:18, 17:19, 27:23, 30:8, 35:4, 40:16, 45:6, 56:21
**sense** [3] - 21:18, 43:1, 62:21
**sent** [1] - 17:1
**September** [12] - 21:16, 32:8, 33:8, 33:9, 34:1, 34:6, 34:21, 35:20, 36:14, 45:2, 54:23
**serve** [1] - 21:17
**SERVED** [1] - 7:15
**served** [1] - 20:10
**service** [2] - 20:20, 20:21
**services** [2] - 14:13, 15:14
**SERVICES** [1] - 4:7
**session** [1] - 32:3
**set** [8] - 21:1, 22:12, 29:1, 30:3, 35:10, 38:24, 43:20, 45:2
**SET** [3] - 7:17, 7:22, 8:10
**setting** [1] - 70:23
**SETTLEMENT** [2] - 8:1, 8:3
**settlement** [4] - 25:3, 26:11, 26:19, 27:7
**seven** [3] - 67:10, 67:15, 68:2
**several** [1] - 13:22

**share** [1] - 50:8
**shared** [1] - 44:15
**SHAW** [1] - 4:23
**SHELL** [1] - 3:9
**shoot** [1] - 64:10
**SHORT** [1] - 9:21
**short** [4] - 12:15, 20:17, 38:23, 48:5
**shorten** [1] - 39:15
**shot** [1] - 42:4
**shuffled** [1] - 54:5
**SHUSHAN** [1] - 1:12
**Shushan** [1] - 55:2
**side** [3] - 15:18, 16:3, 47:18
**SIEMENS** [1] - 5:15
**signed** [1] - 40:25
**significantly** [1] - 29:20
**signs** [1] - 17:21
**similar** [1] - 59:13
**simple** [1] - 13:24
**simplify** [1] - 19:1
**simply** [1] - 29:6
**simultaneously** [1] - 24:9
**sit** [1] - 43:7
**sitting** [2] - 41:9, 54:25
**situation** [3] - 17:8, 63:10, 66:25
**six** [2] - 28:4, 61:15
**skin** [1] - 65:6
**Skype** [2] - 31:16, 31:17
**slightly** [1] - 60:10
**small** [1] - 65:2
**sneak** [1] - 65:3
**sob** [1] - 55:8
**soft** [1] - 58:25
**software** [1] - 16:16
**sold** [1] - 70:1
**SOME** [1] - 7:12
**someone** [1] - 24:16
**sometime** [1] - 67:18
**sometimes** [2] - 12:17, 12:18
**somewhat** [1] - 51:25
**sooner** [3] - 51:11, 57:10, 67:18
**sorry** [7] - 18:3, 24:12, 26:22, 30:5, 36:1, 37:23, 44:6
**sounds** [6] - 28:19, 48:8, 52:13, 52:17, 70:17
**source** [1] - 21:16
**SOUTH** [2] - 2:4, 3:18
**spacers** [1] - 65:10

**spades** [1] - 60:1
**speaking** [2] - 27:15, 59:8
**specialists** [1] - 51:19
**specialty** [1] - 51:14
**specifically** [1] - 59:16
**speed** [2] - 30:7, 30:8
**spend** [1] - 30:21
**SPILL** [1] - 1:4
**spill** [2] - 48:25, 51:17
**split** [1] - 13:19
**spoken** [2] - 38:23, 59:1
**spreading** [1] - 35:1
**SQUARE** [1] - 3:9
**ST** [2] - 5:24, 5:25
**stage** [2] - 29:17, 60:16
**stagger** [1] - 67:5
**stand** [5] - 14:7, 14:16, 14:25, 20:24, 24:4
**standby** [2] - 25:13, 53:17
**standing** [1] - 53:3
**start** [3] - 31:5, 39:4, 58:14
**started** [1] - 43:9
**starting** [1] - 48:22
**starts** [2] - 31:1, 39:6
**State** [1] - 71:17
**STATE** [1] - 2:15
**state** [1] - 18:23
**statement** [1] - 51:21
**STATES** [2] - 1:1, 1:12
**States** [3] - 59:12, 71:17, 71:23
**States'** [1] - 21:14
**STATUS** [2] - 1:11, 10:14
**status** [6] - 19:23, 24:22, 69:3, 69:6, 69:15, 70:19
**stay** [2] - 18:10, 48:5
**STENOGRAPHY** [1] - 6:24
**STEPHEN** [1] - 1:20
**Sterbcow** [6] - 32:15, 33:10, 40:15, 54:21, 54:24, 55:10
**Sterbcow's** [1] - 55:8
**STEVE** [1] - 9:11
**Steve** [14] - 25:25, 31:6, 31:12, 43:24, 47:3, 47:4, 49:10, 50:15, 52:24, 53:22, 56:19, 65:24, 66:4, 66:21
**Steve's** [1] - 52:9

**STEVEN** [2] - 6:16, 10:16
**Steven** [1] - 70:4
**Stewart** [1] - 34:11
**sticking** [1] - 49:7
**still** [9] - 16:13, 33:18, 34:13, 45:15, 46:6, 46:7, 49:2, 58:19, 59:3
**stole** [1] - 40:8
**STONE** [1] - 4:3
**STRADLEY** [1] - 6:12
**streak** [1] - 46:11
**STREET** [18] - 1:17, 1:24, 2:4, 2:7, 2:22, 3:10, 3:18, 3:24, 4:5, 4:8, 4:18, 4:21, 5:5, 5:8, 6:5, 6:9, 6:13, 6:22
**strenuously** [1] - 71:6
**stretch** [1] - 57:20
**strict** [1] - 30:11
**strike** [1] - 41:25
**structure** [2] - 12:25, 13:2, 15:25
**study** [1] - 13:13
**stuff** [2] - 49:18, 50:3
**subgroup** [1] - 32:3
**subissues** [1] - 28:5
**subject** [4] - 13:7, 29:9, 30:5, 45:10
**submission** [1] - 25:4, 26:10, 61:3
**submit** [2] - 14:12, 31:25
**submitting** [1] - 24:9
**subparagraph** [1] - 28:21
**suddenly** [1] - 60:18
**suffered** [1] - 48:25
**suffering** [1] - 50:10
**suggest** [5] - 17:18, 49:24, 62:4, 67:9
**suggestion** [8] - 65:19, 67:14, 68:11, 68:21, 69:9, 69:11
**suggestions** [1] - 47:10
**suitability** [1] - 57:19
**SUITABILITY** [1] - 10:8
**suitable** [1] - 12:19
**SUITABLE** [1] - 7:7
**SUITE** [11] - 1:24, 2:4, 3:10, 3:18, 4:8, 4:11, 4:18, 5:5, 5:8, 6:5, 6:9
**summary** [2] - 14:9, 29:22
**Sunday** [1] - 56:25

**supplement** [2] - 57:23, 63:23
**supplemental** [1] - 29:5
**supplemented** [1] - 62:23
**supplementing** [1] - 44:8
**suppose** [1] - 29:14
**supposed** [1] - 13:25
**surround** [1] - 16:10
**Sustala** [5] - 60:3, 60:12, 60:24, 60:25, 64:18
**Swaco** [1] - 33:6
**Switzerland** [1] - 70:9
**synced** [1] - 31:10

# T

**T-H-O-R-S-E-T-H** [1] - 34:10
**TA** [1] - 61:6
**tactical** [1] - 42:3
**TAKING** [1] - 10:14
**tape** [1] - 41:11
**TEAM** [2] - 8:8, 8:10
**team** [6] - 28:25, 29:23, 29:24, 30:3, 63:7, 63:8
**technical** [1] - 12:16
**Ted** [4] - 50:6, 51:18, 51:21, 52:5
**temporary** [5] - 13:2, 13:4, 60:4, 61:4, 61:18
**ten** [2] - 41:9, 67:21
**tends** [1] - 41:10
**tent** [1] - 66:11
**tentative** [7] - 32:7, 32:8, 32:21, 34:1, 34:12, 34:13, 35:16
**tentatively** [4] - 33:10, 34:5, 35:10, 39:15
**TERM** [1] - 10:4
**term** [1] - 55:18
**terms** [8] - 16:10, 28:14, 28:24, 34:1, 34:17, 44:11, 50:19, 55:22
**terrific** [1] - 52:24
**TESSIER** [1] - 5:3
**test** [1] - 42:24
**testify** [4] - 57:22, 58:21, 63:18
**TESTIFY** [1] - 10:11
**testifying** [1] - 67:2
**testimony** [1] - 64:10
**testing** [2] - 15:15,

63:3
**THAT** [7] - 7:7, 7:18, 9:5, 9:12, 9:16, 9:25, 10:10
**THE** [211] - 1:4, 1:5, 1:12, 1:15, 1:23, 2:10, 7:6, 7:7, 7:8, 7:9, 7:17, 7:22, 8:8, 9:5, 9:12, 9:16, 9:17, 10:8, 10:14, 11:7, 11:9, 11:12, 11:15, 11:20, 11:24, 12:5, 12:10, 14:9, 14:18, 15:6, 16:18, 17:2, 17:9, 17:20, 17:24, 18:1, 18:4, 18:11, 19:11, 19:15, 20:2, 20:4, 20:12, 20:18, 21:19, 21:24, 22:10, 23:3, 23:16, 24:13, 24:24, 25:2, 25:15, 25:17, 25:20, 26:3, 26:9, 26:18, 26:23, 27:4, 27:6, 27:11, 27:19, 27:25, 28:8, 28:11, 28:20, 29:3, 29:23, 30:6, 30:12, 30:16, 31:2, 31:10, 31:14, 31:17, 32:4, 32:15, 32:20, 32:23, 33:9, 33:17, 33:19, 34:3, 34:7, 34:9, 34:13, 34:20, 34:23, 35:6, 35:8, 35:15, 35:21, 35:24, 36:1, 36:6, 36:9, 36:15, 36:17, 36:24, 37:2, 37:9, 37:11, 37:14, 37:17, 37:22, 37:25, 38:2, 38:8, 38:12, 38:15, 38:18, 38:20, 39:1, 39:3, 39:6, 39:10, 39:14, 39:19, 39:22, 40:5, 40:7, 40:11, 40:19, 41:3, 41:6, 41:21, 41:24, 42:1, 42:10, 42:15, 42:19, 43:2, 43:16, 43:22, 44:6, 44:16, 44:20, 45:9, 45:22, 46:4, 46:7, 46:13, 46:20, 46:23, 47:1, 48:2, 48:4, 48:13, 48:17, 49:9, 49:21, 50:13, 51:18, 52:2, 52:14, 52:18, 53:1, 53:10, 53:18, 53:21, 54:12, 54:18, 55:4, 55:7, 55:10, 55:13, 56:1, 56:4, 56:6, 56:9, 56:16, 56:18,

56:23, 57:2, 57:6, 57:8, 57:11, 57:16, 58:2, 58:8, 58:11, 58:15, 58:25, 59:6, 59:16, 60:22, 62:8, 62:18, 63:25, 64:7, 64:22, 65:25, 66:4, 66:15, 67:4, 68:1, 68:7, 68:25, 69:11, 69:17, 69:22, 69:25, 70:7, 70:15, 70:17, 70:20, 71:4, 71:7

**THEODORE** [1] - 5:16

**they've** [2] - 31:2, 48:25

**THINK** [1] - 10:1

**thinking** [3] - 48:18, 58:9, 69:5

**thinks** [2] - 27:20, 57:17

**THIRD** [1] - 9:20

**third** [2] - 47:13, 47:21

**THIS** [1] - 1:9

**THOMAS** [1] - 2:3

**Thorseth** [3] - 33:21, 34:5, 34:10

**THORSETH**................
.............................. [1]
- 8:20

**three** [6] - 30:1, 34:16, 34:20, 37:20, 52:7, 52:12

**throw** [1] - 68:16

**thunder** [1] - 40:8

**Thursday** [1] - 37:20

**tighten** [1] - 62:10

**TIME** [1] - 9:13

**timekeeping** [1] - 41:8

**timing** [2] - 49:11, 55:22

**TO** [16] - 1:9, 7:6, 7:18, 7:20, 7:23, 9:5, 9:20, 9:22, 10:10, 10:11, 11:4, 45:15, 46:6, 60:14, 61:23, 63:7

**today** [14] - 12:6, 13:19, 17:16, 19:21, 20:16, 24:8, 24:25, 26:25, 31:16, 36:5, 56:21, 56:25, 61:14, 63:20

**together** [6] - 40:1, 44:7, 45:23, 56:13, 65:3, 68:2

**tomorrow** [2] - 56:22, 56:23

**tongue** [1] - 59:8

**TONY** [1] - 9:2

**Tony** [10] - 20:6, 23:10, 37:4, 37:18,

38:2, 59:19, 61:1, 62:8, 63:20, 64:17

**took** [3] - 40:10, 59:12, 67:10

**Topic** [2] - 60:3, 64:12

**topic** [2] - 61:2, 63:2

**Topics** [2] - 57:13, 57:18

**TOPICS** [1] - 10:7

**topics** [3] - 58:20, 59:15, 60:8

**TORTS** [1] - 2:11

**total** [1] - 45:4

**touch** [4] - 22:23, 36:13, 37:7, 40:15

**town** [1] - 21:24

**track** [4] - 17:3, 66:8, 66:13, 67:19

**tracks** [11] - 65:6, 65:13, 65:17, 66:24, 67:15, 67:20, 68:5, 68:10, 68:12, 68:13, 68:14

**Trahan** [3] - 36:19, 36:20, 36:23

**TRAHAN**..................
.............................. [1] -
8:25

**transcript** [2] - 58:20, 71:18

**TRANSCRIPT** [2] -
1:11, 6:24

**Transocean** [10] -
22:4, 26:1, 28:2, 28:3, 29:14, 45:6, 45:15, 46:5, 70:5

**TRANSOCEAN** [10] -
2:18, 2:19, 2:20, 3:20, 3:20, 3:22, 6:3, 8:2, 8:4, 9:15

**Transocean/
Cameron** [1] - 45:1

**travels** [1] - 43:15

**treating** [1] - 48:21

**treatment** [3] - 48:16, 48:23, 51:20

**TRIAL** [1] - 9:19

**trial** [7] - 46:16, 47:10, 47:11, 47:17, 51:1, 60:18

**TRIAL**..........................
.......... [1] - 9:17

**tried** [3] - 44:7, 50:21, 61:21

**trouble** [4] - 26:16, 56:5, 59:1, 68:5

**true** [2] - 71:18

**try** [11] - 15:22, 17:20, 19:4, 23:17, 23:21, 23:24, 32:4, 35:3,

43:19, 53:7, 66:12

**trying** [2] - 22:23, 65:12

**TSEKERIDES** [5] -
5:16, 50:6, 51:3, 51:22, 52:16

**Tsekerides** [1] - 50:6

**Tuesday** [4] - 18:14, 30:14, 30:18, 30:19

**Turlak** [3] - 28:15, 29:15

**TURLAK**....................
........................... [1] -
8:6

**tweet** [1] - 31:12

**TWG** [1] - 16:7

**Twitter** [1] - 31:14

**two** [14] - 14:18, 14:19, 17:12, 20:9, 27:6, 27:8, 27:10, 38:7, 38:16, 45:3, 52:4, 58:9, 59:8, 67:2, 70:10, 70:12

**two-hour** [2] - 58:9, 59:8

**TX** [6] - 4:9, 4:12, 5:9, 5:21, 6:10, 6:14

**type** [1] - 51:24

**U**

**U.S** [3] - 2:10, 5:23, 9:16

**under** [6] - 22:24, 40:17, 47:15, 47:20, 66:11, 66:13

**Underhill** [1] - 46:9

**UNDERHILL** [7] -
2:11, 46:11, 46:18, 46:21, 46:24, 59:7, 59:10

**UNDERWRITERS** [1] -
6:3

**unfortunately** [1] -
31:20

**unfounded** [1] - 41:20

**United** [4] - 21:14, 59:12, 71:17, 71:23

**UNITED** [2] - 1:1, 1:12

**unknown** [1] - 22:8

**UNLESS** [1] - 7:22

**unless** [6] - 22:13, 23:22, 29:19, 32:18, 35:16, 53:19

**unredacted** [3] -
26:14, 26:18, 27:17

**unsophisticated** [1] -
60:10

**unusual** [1] - 19:9

**UP** [1] - 9:16

**Up** [1] - 50:7

**up** [45] - 13:2, 16:25, 19:16, 21:4, 22:7, 23:21, 24:21, 25:3, 25:13, 30:7, 30:8, 30:13, 31:21, 35:9, 35:17, 36:3, 39:22, 40:23, 41:8, 41:11, 41:15, 42:5, 42:9, 46:15, 48:5, 51:6, 53:3, 53:23, 54:6, 54:20, 56:14, 57:12, 59:24, 60:2, 60:13, 62:10, 62:11, 63:21, 64:8, 64:11, 64:15, 65:5, 65:24, 70:3

**update** [10] - 12:11, 26:1, 31:18, 33:22, 44:3, 45:25, 46:8, 46:16, 55:18, 56:6

**updated** [2] - 17:18, 53:12

**updates** [1] - 23:25

**urge** [1] - 15:3

**US** [4] - 46:15, 47:14, 47:23

**USA** [1] - 4:15

**usual** [2] - 23:19, 23:20

**V**

**vacation** [4] - 28:16, 28:19, 69:14, 69:21, 69:22, 69:24

**VALVE** [1] - 7:22

**valve** [2] - 22:8, 22:13

**vanished** [1] - 17:6

**various** [4] - 16:4, 46:25, 47:9, 60:14

**VARIOUS** [1] - 9:19

**VERITAS** [1] - 6:7

**version** [2] - 17:18, 38:23

**versions** [1] - 61:5

**versus** [1] - 13:17

**video** [2] - 38:23, 58:10

**Vidrine** [1] - 40:13

**Vidrine's** [1] - 40:15

**VIDRINE**....................
.............................. [1] -
9:7

**view** [5] - 12:11, 16:9, 50:8, 61:17, 62:16

**VOICES** [2] - 11:8, 11:23, 71:10

**voluminous** [1] -

62:14

**W**

**WADE** [1] - 6:17

**wait** [3] - 15:8, 38:3, 65:15

**waiting** [3] - 33:6, 56:14, 57:4

**waiving** [1] - 50:3

**WALKER** [1] - 5:23

**WALTHER** [1] - 4:3

**wants** [4] - 19:11, 22:16, 65:17, 68:17

**WARE** [1] - 5:19

**WARREN** [1] - 4:20

**WAS** [1] - 8:8

**WASHINGTON** [1] -
4:21

**waste** [2] - 15:23, 51:1

**WE** [1] - 9:5

**WE'RE** [1] - 9:5

**WEATHERFORD** [1] -
5:23

**Wednesday** [3] -
18:15, 29:12, 30:10

**week** [26] - 24:18, 28:5, 29:12, 32:25, 34:1, 34:16, 34:20, 35:12, 40:4, 40:17, 41:17, 42:1, 42:16, 42:24, 53:7, 53:11, 53:12, 53:13, 54:7, 55:17, 64:25, 66:9, 67:18, 69:1, 69:14

**week's** [1] - 20:9

**weekend** [7] - 31:9, 39:17, 45:7, 52:23, 56:22, 69:7, 71:9

**weeks** [4] - 22:6, 37:20, 38:7, 47:2

**weigh** [2] - 15:1, 38:9

**WEIL** [1] - 5:16

**WEINER** [1] - 4:17

**welcome** [4] - 18:7, 25:2, 38:20, 43:2

**WENDY** [1] - 5:20

**west** [1] - 13:3

**wheeler** [6] - 36:22, 37:6, 38:3, 38:13, 38:16, 38:17

**Wheeler** [3] - 37:8, 37:15, 37:17

**WHEELER**....................
.............................. [1] -
9:3

**WHEREUPON** [1] -
71:11

**WHETHER** [1] - 10:8

**WHICH** [1] - 7:17
**WHO** [1] - 10:11
**whole** [3] - 12:17, 12:25, 13:14
**WILLIAM** [2] - 5:24, 6:12
**WILLIAMSON** [1] - 10:10
**Williamson** [3] - 53:8, 57:17, 57:22
**willing** [3] - 15:1, 27:14, 27:16
**WINTHROP** [1] - 4:23
**wishes** [1] - 18:17
**WITH** [2] - 10:9, 10:11
**witness** [12] - 42:14, 44:9, 53:25, 56:6, 57:22, 58:11, 59:15, 62:20, 63:2, 63:13, 63:17, 64:8
**WITNESS** [3] - 9:25, 10:5, 10:10
**WITNESSES** [2] - 9:5, 9:12
**witnesses** [18] - 34:16, 40:5, 40:7, 40:12, 42:4, 44:2, 44:8, 45:6, 45:15, 46:5, 58:24, 61:23, 63:17, 63:22, 64:4, 68:4
**WITNESSES............** [1] - 9:15
**Wittmann** [4] - 25:16, 45:12, 58:17, 59:4
**WITTMANN** [10] - 4:3, 4:4, 25:16, 25:18, 44:4, 45:10, 46:2, 46:6, 58:17, 59:5
**wondering** [3] - 21:6, 25:11, 65:2
**wording** [1] - 22:19
**WORLDWIDE** [1] - 5:13
**WOULD** [1] - 9:16
**wrapped** [1] - 15:16
**WRIGHT** [1] - 1:16
**writing** [1] - 14:23
**WRITTEN** [2] - 7:13, 7:16
**written** [8] - 12:22, 12:23, 13:7, 19:17, 20:19, 20:21, 22:17, 61:14
**wrote** [2] - 33:7, 61:13
**Wyman** [1] - 37:17
**WYMAN** [1] - 37:17

## Y

**YANCEY** [1] - 8:24
**Yancey** [1] - 36:11
**years** [3] - 52:4, 52:8, 52:12
**yesterday** [10] - 12:12, 13:9, 14:22, 15:22, 16:22, 29:1, 31:22, 62:3, 65:24, 67:14
**YORK** [19] - 4:11, 4:24, 5:17, 16:20, 17:7, 20:14, 22:19, 34:24, 38:9, 39:24, 40:6, 43:12, 43:17, 65:21, 66:7, 67:12, 68:19, 69:1, 69:24
**York** [7] - 16:20, 34:25, 39:25, 43:12, 65:21, 68:19, 69:13
**YOU** [1] - 10:10