UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the Oil Rig DEEPWATER HORIZON in the GULF OF MEXICO on APRIL 20, 2010 | * * * * * * | MDL  2:10-MD-02179 |
| | * | SECTION "J" |
| | * | JUDGE CARL J. BARBIER |
| RELATED TO | * | |
| | * | MAG. 1 |
| This Document Relates to:  2:11-cv-01051 GUY J. ADAMS, ET AL. | * * | |
| | * | CIVIL JURY CASE |
| | * | |

## NOTICE OF APPEARANCE

NOW INTO COURT, come attorneys Thomas G. Buck, John C Henry, David B. Parnell, Jr., and Brett W. Tweedel, of the law firm of Blue Williams, L.L.P., who file this Notice of Appearance as counsel on behalf of JMN Specialties, Inc.  It is respectfully requested that all future pleadings, documents, and correspondence be served upon them in connection with this action.

In accordance with Paragraph No. 12 of the Court's Pre-Trial Order No. 1, the undersigned counsel is currently a member in good standing and admitted to practice in the United States District Court for the Eastern District of Louisiana.  No person has instituted disciplinary suspension procedures against the undersigned.

1435099.184636

Respectfully submitted:

BLUE WILLIAMS, L.L.P.

*/s/ Thomas G. Buck*

_____
| | |
|---|---|
| THOMAS G. BUCK  T.A. | (14107) |
| tbuck@bluewilliams.com | |
| JOHN C. HENRY | (18948) |
| jhenry@bluewilliams.com | |
| DAVID B. PARNELL, JR. | (27031) |
| dparnell@bluewilliams.com | |
| BRETT W. TWEEDEL | (30100) |
| btweedel@bluewilliams.com | |

3421 North Causeway Boulevard, Suite 900
Metairie, LA  70002
Telephone (504) 831-4091
Facsimile (504) 837-1182
Attorneys for:  JMN Specialties, Inc.

## CERTIFICATE OF SERVICE

I do hereby certify that above and foregoing Notice of Appearance has been served on all counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2179, on this 20th day of July, 2011.

*s/ Thomas G. Buck*
_____
THOMAS G. BUCK

Doc. 1435099.184636