UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * * * * | MDL NO. 2179<br><br>CAUSE NO. CA-10-8888<br><br>SECTION:  J<br><br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the Motion of the Claimants / Plaintiffs to Dismiss with Prejudice Pursuant to *Rule 41(a)(2)*:

**IT IS HEREBY ORDERED** that all claims of the following Claimants / Plaintiffs are dismissed with Prejudice.

| | **Document No.** | **Cause No.** | **Plaintiff/Claimant** |
|---|---|---|---|
| 1. | 42734 | CA-10-8888 | Dilip Bhakta/Azalea Motel |
| 2. | 32700 | CA-10-8888 | Dipak Patel/Ambe Subs, Inc. |
| 3. | 40877 | CA-10-8888 | Vikas Patel/Cajun Hotel, LLC |
| 4. | 40886 | CA-10-8888 | Denny Robertson/Sunkist Country Club, Inc. |
| 5. | 112 | CA-10-8888 | Wes Campbell/Tru-Turn, Inc. |
| 6. | 47419 | CA-10-8888 | Michael Simmons/Plumb Happy Plumbing Company |
| 7. | 32679 | CA-10-8888 | Dipak Patel/Vidhi Enterprises, Inc. |
| 8. | 25019 | CA-10-8888 | Fred Lemon/Bayou Marine, Incorporated |

| | | | |
|---|---|---|---|
| 9. | 53459 | CA-10-8888 | James R. McElroy/James R. McElroy, Inc. d/b/a McElroys on the Bayou |
| 10. | 32676 | CA-10-8888 | Girish Patel/Mehendi, LLC d/b/a Baymont |
| 11. | 24779 | CA-10-8888 | Nicholas Capuano/JNL Corp. d/b/a Nick's Chevron |
| 12. | 40868 | CA-10-8888 | Vijay Patel/Extended Stay Inn & Suites |
| 13. | 40891 | CA-10-8888 | Shardulsinh Sayania/Mihir Enterprises, LLC d/b/a Studio 6 |
| 14. | 40862 | CA-10-8888 | Sanjay Patel/Essar, Inc. |
| 15. | 40850 | CA-10-8888 | Pravin B. Patel/Shreeji, Inc. of Slidell d/b/a Super 8 |

New Orleans, Louisiana this 19th day of July, 2011.

_____
United States District Judge