UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL, 20, 2010 | CIVIL ACTION |
| | MDL 2179 |
| Member Case: 10-1864 | SECTION: J(2) |

### ORDER

Because the Court finds that the facts underlying the Complaint in this case are sufficiently unrelated to the MDL proceedings, and in light of the fact that the parties in this case have consented to proceed before Magistrate Judge Wilkinson,

**IT IS ORDERED** that Sevin v. BP America, Inc. (10-1864), is hereby **SEVERED** from MDL 2179.

New Orleans, Louisiana this 20th day of July, 2011.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE