# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| Tracy Kleppinger, et al ) | |
| ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 10-md-2179 (relates to 2:10-03168) |
| Transocean Offshore Deepwater Drilling, Inc., et al ) | J (1) |
| ) | |
| *Defendant* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Art Catering, Inc.
through its registered agent
Brenda J. Hingle
132 Jarrell Road
Belle Chasse, LA 70037

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: R. Todd Elias
Gordon, Elias & Seely, L.L.P.
1811 Bering Drive, Suite 300
Houston, Texas 77057

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Stephanie Kall
Deputy clerk's signature

Date: Mar 16 2011

260314.1

Civil Action No. 10-md-2179 (relates to 2:10-03168)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))* Served to: Art Catering Inc - Tina Moya, Secretary to Brenda Hingle

This summons for *(name of individual and title, if any)* Art Catering Inc was received by me on *(date)* 6-24-11.

☒ I personally served the summons on the individual at *(place)* 132 Farrell Rd, Belle Chasse, La 70037   7-6-11   on *(date)* 12:30 p.m.  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tina Moya, Secretary, who is designated by law to accept service of process on behalf of *(name of organization)* Art Catering Inc. Reg Agent Brenda J Hingle on *(date)* 7-6-11 @ 12:30 pm

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 7/6/11

Server's signature

Heather Smith
*Printed name and title*

SWORN TO AND SUBSCRIBED BEFORE ME
THE 6th DAY OF July, 2011

P.O. Box 231131 N.O. La 70183
*Server's address*

OFFICIAL SEAL
KIM J. LORD
NOTARY PUBLIC NO. 59521
STATE OF LOUISIANA
PARISH OF JEFFERSON
My Commission is for Life

Additional information regarding attempted service, etc: