# APPENDIX A

Himmelhoch, Letter to Magistrate Judge Shushan (7/15/2011)

**Himmelhoch, Sarah (ENRD)**

| | |
|---|---|
| **From:** | Himmelhoch, Sarah (ENRD) |
| **Sent:** | Friday, July 15, 2011 11:46 AM |
| **To:** | Langan, Andrew; 'Robert Gasaway'; 'Mark Nomellini' |
| **Cc:** | 'Cynthia A Vide'; 'Deepwater'; 'Henry, Camille (CIV) (CHenry@civ.usdoj.gov)'; 'Josh Hebert'; Nasberg, Lisa (ENRD); 'Steve Salaj' |
| **Subject:** | Deepwater Horizon:  Discovery of Executive Office of White House Custodians |

Rob –

In furtherance of our effort to avoid making the court rule on the question of EOP custodians, I write with the following offer:

The United States would consent to a limited search of the emails of Drs. Miller and Moran in return for an agreement not to seek any further discovery of any other custodians or information directly from the Executive Office of the President.  The specific search terms are identified below, but the general proposition is that the United States would search emails dated between April 20, 2010 and September 19, 2010 in the email box of these two custodians.  The United States would search Dr. Miller for information related to quantification efforts and the emails of Dr. Moran for information related to source control efforts, a reflection of their respective roles in the response activities.

PROPOSED SEARCH

The United States would conduct the following search for emails dated between April 20, 2010 and September 19, 2010 in the email boxes of Jerry Miller, Ph.D. and Kathryn Moran, Ph.D.:

("MC252" OR "Deepwater Horizon" OR "Deep Water Horizon" OR "DWH" OR "Macondo" OR "Mississippi Canyon Block 252" OR "Transocean" OR "BP" OR "GOM" OR "Gulf of Mexico" OR ("Gulf" AND "Spill"))

On documents responsive to those search terms, we will conduct the following additional searches on the emails of Dr. Jerry Miller:

("plume" OR "response" OR "spinner" OR "flow" OR "flowmeter" OR "low\-resolution" OR "high resolution" OR "veloci%" OR "BOPD%" OR "BPD%" OR "bbl%" OR "flow%" OR "mbd%" OR "wcd%" OR "worst case discharge" OR "leak%" OR "kink" OR "restrict%" OR "NEAR((gal%,min%),2)" OR "NEAR((gal%,day),2)" OR "emanate%" OR "orifice" OR "FEA" OR ("Admiral" AND ("Allen" OR "Landry")) OR "ASTM" OR "AVIRIS" OR "barrel%" OR "Bonn Agreement" OR "collect%" OR "flare%" OR "flow" OR "flow rate" OR "flowrate" OR "FRTG" OR "FRTT" OR "mass balance" OR "McNutt" OR "MMCFD" OR "NOAA" OR "nodal" OR "oceanic" OR "oil rate" OR "oil on water" OR "outflow" OR "reservoir" OR "riser" OR "RITT" OR "ROV" OR "sheen" OR "skim%" OR "spill" OR "velocity" OR "volume" OR "stbpd" OR "particle" OR "image" OR "GOR" OR "spinner" OR "top hat" OR "Q4000" OR "CDP" OR "riser" OR "helix" OR "FPSO" OR "Toisa Pisces" OR "recover%" OR "relief" OR "contain%" OR "collect%" OR "capture" OR "amount" OR "water column" OR "dispersed oil" OR "oil budget" OR "evaporate" OR "emulsify" OR "tar ball" OR "two\-phase flow" OR "stock tank barrel" OR "hydrate" OR "ICS 209" OR "sedimentation" OR "multi\-phase" OR "multiphase" OR "calculate%" OR "non\-hydrocarbon" OR "non\-oil" OR ("remote%" AND "operat%" AND "vehicle"))

("corexit" OR "9500*" OR "9527*" OR "dispersant") AND ("permit*" OR "limit*" OR "control" OR "decision" OR "quantit*" OR "subsea" OR "surface" "volume" OR "amount" OR "appl*" OR "deci*" OR "brat*" OR "direct*" OR "analy*" OR "identi*" OR "addendum" OR "use" OR "respons*" OR "alternative"

OR "determin*" OR "guideline" OR "metric*" OR "fate" OR "dispersed oil" OR "harm" OR "effect*" OR "predict*" OR "injur*" OR "toxic" OR "SMART")

"NEAR((chemical,discharge,properties),20)" OR "NEAR((chemical,oil,properties),20)" OR "NEAR((chemical,substance,properties),20)" OR "NEAR((chemical,MC252,properties),20)" OR "NEAR((chemical,wellhead,properties),20)" OR "NEAR((chemical,multiphase,properties),20)" OR "NEAR((chemical,multi\-phase,properties),20)" OR "NEAR((chemical,multi phase,properties),20)" OR "NEAR((chemical,property,properties),20)" OR "NEAR((chemical,viscosity,properties),20)" OR "NEAR((chemical,bubble,properties),20)" OR "NEAR((chemical,temperature,properties),20)" OR "NEAR((chemical,Celsius,properties),20)" OR "NEAR((chemical,Fahrenheit,properties),20)" OR "NEAR((chemical,flash,properties),20)" OR "NEAR((chemical,methane,properties),20)" OR "NEAR((chemical,gas,properties),20)" OR "NEAR((physical,discharge,properties),20)" OR "NEAR((physical,oil,properties),20)" OR "NEAR((physical,substance,properties),20)" OR "NEAR((physical,MC252,properties),20)" OR "NEAR((physical,wellhead,properties),20)" OR "NEAR((physical,multiphase,properties),20)" OR "NEAR((physical,multi\-phase,properties),20)" OR "NEAR((physical,multi phase,properties),20)" OR "NEAR((physical,property,properties),20)" OR "NEAR((physical,viscosity,properties),20)" OR "NEAR((physical,bubble,properties),20)" OR "NEAR((physical,temperature,properties),20)" OR "NEAR((physical,Celsius,properties),20)" OR "NEAR((physical,Fahrenheit,properties),20)" OR "NEAR((physical,flash,properties),20)" OR "NEAR((physical,methane,properties),20)" OR "NEAR((physical,gas,properties),20)" OR "NEAR((analysis,discharge,properties),20)" OR "NEAR((analysis,oil,properties),20)" OR "NEAR((analysis,substance,properties),20)" OR "NEAR((analysis,MC252,properties),20)" OR "NEAR((analysis,wellhead,properties),20)" OR "NEAR((analysis,multiphase,properties),20)" OR "NEAR((analysis,multi\-phase,properties),20)" OR "NEAR((analysis,multi phase,properties),20)" OR "NEAR((analysis,property,properties),20)" OR "NEAR((analysis,viscosity,properties),20)" OR "NEAR((analysis,bubble,properties),20)" OR "NEAR((analysis,temperature,properties),20)" OR "NEAR((analysis,Celsius,properties),20)" OR "NEAR((analysis,Fahrenheit,properties),20)" OR "NEAR((analysis,flash,properties),20)" OR "NEAR((analysis,methane,properties),20)" OR "NEAR((analysis,gas,properties),20)"

On documents responsive to those search terms, we will conduct the following additional searches on the emails of Dr. Kathryn Moran:

(("blowout" AND "preventer") OR "BOP" OR "trigger" OR "activate" OR "fire" OR "actuate" OR "position" OR "analysis") AND ("Deepwater" OR "DWH" OR "MC252" OR "Macondo" OR "Mississippi Canyon Block 252")

("oil" OR "hydrocarbons") AND within ("collect%" OR "cap%" OR "seal" OR "relief well" OR "recover%" OR "contain%") AND with ("approv%" OR "reject%" OR "deny" OR "allow" OR "grant" OR "submit%" OR "deci%" OR "consider%" OR "propose%" OR "identify%" OR "study" OR "inspect%" OR "evaluat%" OR "present%" OR "report" OR "ppt" OR "powerpoint") OR ("method" AND "post") OR ("method" AND "potential")

("hazard" OR "study" OR "session" OR "operability" OR "HAZID" OR "HAZOP" OR "red team" OR "Kill Well On" OR "peer review")

"blowout preventer on blowout preventer" OR "BOP on BOP" OR "top kill attempt"

"capping stack" AND ("install!" OR "shut" OR "close" OR "integrity" OR "testing")

"well" AND ("integrity" OR "test*" OR "monitor*" OR "analy%" or "study" or "evaluat%" OR "deci%" or "terminat%" or "prolong")


"NEAR((chemical,discharge,properties),20)" OR "NEAR((chemical,oil,properties),20)" OR
"NEAR((chemical,substance,properties),20)" OR "NEAR((chemical,MC252,properties),20)" OR
"NEAR((chemical,wellhead,properties),20)" OR "NEAR((chemical,multiphase,properties),20)" OR
"NEAR((chemical,multi\-phase,properties),20)" OR "NEAR((chemical,multi phase,properties),20)" OR
"NEAR((chemical,property,properties),20)" OR "NEAR((chemical,viscosity,properties),20)" OR
"NEAR((chemical,bubble,properties),20)" OR "NEAR((chemical,temperature,properties),20)" OR
"NEAR((chemical,Celsius,properties),20)" OR "NEAR((chemical,Fahrenheit,properties),20)" OR
"NEAR((chemical,flash,properties),20)" OR "NEAR((chemical,methane,properties),20)" OR
"NEAR((chemical,gas,properties),20)" OR "NEAR((physical,discharge,properties),20)" OR
"NEAR((physical,oil,properties),20)" OR "NEAR((physical,substance,properties),20)" OR
"NEAR((physical,MC252,properties),20)" OR "NEAR((physical,wellhead,properties),20)" OR
"NEAR((physical,multiphase,properties),20)" OR "NEAR((physical,multi\-phase,properties),20)" OR
"NEAR((physical,multi phase,properties),20)" OR "NEAR((physical,property,properties),20)" OR
"NEAR((physical,viscosity,properties),20)" OR "NEAR((physical,bubble,properties),20)" OR
"NEAR((physical,temperature,properties),20)" OR "NEAR((physical,Celsius,properties),20)" OR
"NEAR((physical,Fahrenheit,properties),20)" OR "NEAR((physical,flash,properties),20)" OR
"NEAR((physical,methane,properties),20)" OR "NEAR((physical,gas,properties),20)" OR
"NEAR((analysis,discharge,properties),20)" OR "NEAR((analysis,oil,properties),20)" OR
"NEAR((analysis,substance,properties),20)" OR "NEAR((analysis,MC252,properties),20)" OR
"NEAR((analysis,wellhead,properties),20)" OR "NEAR((analysis,multiphase,properties),20)" OR
"NEAR((analysis,multi\-phase,properties),20)" OR "NEAR((analysis,multi phase,properties),20)" OR
"NEAR((analysis,property,properties),20)" OR "NEAR((analysis,viscosity,properties),20)" OR
"NEAR((analysis,bubble,properties),20)" OR "NEAR((analysis,temperature,properties),20)" OR
"NEAR((analysis,Celsius,properties),20)" OR "NEAR((analysis,Fahrenheit,properties),20)" OR
"NEAR((analysis,flash,properties),20)" OR "NEAR((analysis,methane,properties),20)" OR
"NEAR((analysis,gas,properties),20)"

Sarah D. Himmelhoch
Senior Litigation Counsel for E-Discovery
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044-7611
202-514-0180 (phone)

# APPENDIX B

Himmelhoch, Letter to Magistrate Judge Shushan (7/15/2011)

| Request for Production | Agencies | Date Range | Search Terms |
|---|---|---|---|
| 2.  All documents referring or relating to any application for the MC252 Well filed by BP.<br><br>3.  All documents referring or relating to the Bureau of Ocean Energy Management's ("BOEM") evaluation, approval or disapproval of any submission for the MC252 Well filed by BP.<br><br>8.  Documents sufficient to identify any person at the BOEM who received, reviewed, analyzed, evaluated, approved or disapproved of BP's submissions to BOEM related or referring to the MC252 Well, Transocean's *Deepwater Horizon* rig or Oil Spill Response Planning in the Gulf of Mexico, including but not limited to organization charts.<br><br>20.  All documents referring or relating to the preparation, review or approval of Exploration Plans for the MC252 Well. | NOAA, BOEM | 4/20/2005-4/20/2010 | FOR NOAA:<br><br>("MC252" OR "Mississippi Canyon Block 252" OR "Macondo") AND "Appl*" AND ("MMS" OR "deepwater" OR "GOM" OR "Gulf of Mexico" OR "NEPA" OR "ESA" OR "SEIS" OR "EFH" OR "FONSI" OR "Explore" OR "drill" OR "review" OR "approv*" OR "disapprov*" OR ("explor*" AND "plan"))<br><br>FOR BOEM:<br><br>("N9349" OR "R4937" OR "608174116900" OR "608174116901"OR "Well 001 G32306 MC252" OR "MC252 Well #001" OR "MC252" OR "Mississippi Canyon Block 252" OR "Macondo") AND ("APD" OR "Appl*" OR ("Expl* AND Plan") OR "EP" OR "DOCD" or "Development Operations Coordination Document")) |
| 4.  All documents referring or relating to any health, safety or environment issues on board Transocean's *Deepwater Horizon* rig. | BOEM | 4/20/2005-4/20/2010 | ("Deepwater Horizon" OR "Deep water Horizon") AND ("Enforcement Action" OR "E-101" OR "E-102" OR "E-103" OR "E-104" OR "E-105" OR "E-106" OR "E-107" OR "E-108" OR "Incident" OR "NEPA" OR "OSHA" OR "Occupational Safety and Health" OR "Assessment" OR "Inspect*" OR "Health" OR "Safety" OR "Environ*") |
| 5.  All documents referring or relating to any inspection or audit of Transocean's *Deepwater Horizon* rig.<br><br>6.  All documents referring or relating to any inspection or audit of the blowout preventer utilized in Transocean's *Deepwater Horizon* | BOEM | 4/20/2005-4/20/2010 | ("Deepwater Horizon" OR "Deep water Horizon" OR "DWH") AND ("INC" OR "Incident of Non compliance" OR "Incident of Noncompliance" OR "Enforcement Action" OR "Audit" OR "Inspec*" OR "Infraction" or "Violation" or "Corrective Action" OR "American Bureau of Shipping" OR "ABS" OR "Blowout Preventer" OR "BOP" OR "Blind Shear" OR "Deadman Switch" OR "Solenoid" OR "Cameron" OR |

| Request for Production | Agencies | Date Range | Search Terms |
|---|---|---|---|
| rig. | | | "Wellbore Valve" OR "Uncontrolled Flow" OR "Formation Kick" OR "Subsea Stack" OR "Control Pods" OR "Hydraulic Ram" OR "Transducer" OR "Annular" OR "Riser" OR "Drill string" OR "redundant" OR "Fail-Safe" OR "drilling fluid" OR "drilling mud" OR Cement" OR "Casing" OR "Drill Pipe" OR "Well Integrity" OR "Gate valve") |
| 7. All documents referring or relating to any certification of the blowout preventer utilized on Transocean's *Deepwater Horizon* rig. | BOEM | 4/20/2005-4/20/2010 | ("Deepwater Horizon" OR "Deep water Horizon" OR "DWH") AND (("BOP" OR "Blowout Preventer") AND "Certif*")) |
| 10. All documents relating or referring to BOEM guidelines, procedures, policies or practices for the evaluation of submissions related to deepwater wells in the Gulf of Mexico. | BOEM | 4/20/2000-4/20/2010 | ("DWOP" OR "Deepwater Operating Plan" OR "APD" OR ("Appl*" AND "Drill" OR "Modify" OR "By-Pass") OR "RPD" OR "APM" OR "ABP" OR OR "RBP" OR "NTL" OR "Notice to Lessees" OR "archaeo*" OR "archeo*" OR "biological opinion" OR "biological assessment" OR "Exploration Plan" OR OR "NMFS" OR "National Marine Fisheries Service" or "Environmental Review") AND ("Standard Operating Procedures" OR "Guideline" OR "Policies" OR "Policy" OR "SOP" OR "Proced*" OR "Evaluat*") |
| 11. All documents relating or referring to BOEM guidelines, procedures, policies, practices or evaluations related to well control and safety training programs of deepwater well operations in the Gulf of Mexico from January 1, 2008 up until April 20, 2010. | BOEM | 4/20/2000-4/20/2010 | ("Audit" OR "Offshore Incident Report*" OR "Accident Investigation" OR "Well control" OR "Safety Training" OR "Contain*" OR "Control" OR "Response Plan" OR "OSRP" OR "discharge" OR "Blowout" OR "Contingency" OR "Spill") AND ("Standard Operating Procedures" OR "Guideline*" OR "Policies" OR "Policy" OR "Certification" OR "Proced*" OR "Evaluat*") |
| 14. All district safety incident reports filed by each operator in the Gulf of Mexico with the BOEM. | BOEM | 4/20/2005-4/20/2010 | "OIR" OR "District Safety" OR "Incident Report" OR "Panel Report" OR "Panel Investigation" OR "INC" OR "Incident of Noncompliance" OR "Incident of Non-compliance" OR "2005 Report" OR "2006 Report" OR "2007 Report" or "2008 |

| Request for Production | Agencies | Date Range | Search Terms |
|---|---|---|---|
| | | | Report" OR "2009 Report" OR "2010 Report" |
| 15.  All safety and environmental management systems filed by each operator in the Gulf of Mexico with the BOEM. | BOEM | 4/20/2005-4/20/2010 | "SEMS" OR "Safety and Environmental Management System" OR (("Safety" OR "Environment*") AND "Manage*") |
| 16.  All documents constituting, referring or relating to BOEM safety index calculations and underlying data for each operator in the Gulf of Mexico.<br><br>18.  All documents identifying, reflecting or relating to recipients of, or candidates considered for, the BOEM Safety Award for Excellence in the Gulf of Mexico, and all underlying documents or data supporting or relating to those selections or considerations. | BOEM | 4/20/2005-4/20/2010 | ("SAFE" NEAR Awar*) OR "Safety Awards for Excellence" OR "National Safe Award" OR "Safety Index" OR ("Safety" NEAR ("Risk Analysis" OR "Worst Case" OR "Calculat*")) |
| 17.  All documents constituting, referring or relating to BOEM statistics tracked in the OCS Performance Measure Program and underlying data for each operator in the Gulf of Mexico. | BOEM | 4/20/2005-4/20/2010 | "APR" OR "Annual Performance Review" OR (("OCS" OR "GOM" OR "Gulf of Mexico") AND (("Perform*" OR "Measure") OR "Performance Measure* Data"))) |
| 19.  All BOEM documents or data constituting, reflecting or referring to annual production by operator, by well, and by total associated well depth, for operations in the Gulf of Mexico. | BOEM | 4/20/2005-4/20/2010 | ("GOM" OR "Gulf of Mexico") AND ("Notice of Production" OR "First Production" OR "Production Status" OR "OGAR Repor*" OR "Flow Rate" OR "*BOPD*" OR "*BPD*" OR "bbl*" OR "flow*" OR "*mbd*" OR "*wcd*" OR "worst case discharge" OR "leak*" OR  "gal*/min*" OR "gal*/day" OR "emanat*" OR "barrel*" OR "b/d" OR "bbl" OR "bbl/d" OR "Bopd" OR "Bpd" OR "collect*" OR "flare*" OR "flow" OR "flow rate" OR "flowrate" OR "mbd" OR "outflow" OR "spill" OR OR "volume" OR "stbpd" OR "well depth") |

| Request for Production | Agencies | Date Range | Search Terms |
|---|---|---|---|
| 21.  All documents referring or relating to the preparation, review or approval of BP's Oil Spill Response Plans for the Gulf of Mexico region, including but not limited to BP's Oil Spill Response Plan in effect at the time of the Incident. | BOEM, NOAA | 4/20/2005-4/20/2010 | FOR NOAA:<br><br>"response" AND "plan" AND ("GOM" OR "Gulf of Mexico" OR "BP" OR "British Petroleum")<br><br>FOR BOEM:<br><br>("O-414" OR "O-49" OR "O-415" OR "O-452" OR "O-459" OR "O-460" OR "O-428" OR "O-429" OR "O-14" OR "O-553" OR "Site Specific Seg#" 4879 HIPS" OR "Site Specific Seg # 11015" OR "Site Specific MP 255" OR "Site Specific DC 177" OR "site Specific DC 133" OR  "Site Specific MC 252" OR (("British Petroleum" OR "BP")) AND ("Respon* Plan" OR "Spill Response" OR "Contain*" OR "Cleanup" OR "Incident Command" OR "Contingency" OR "OSRP" OR "oil spill") |
| 22.  All documents referring or relating to reviews, studies or assessments required by the National Environmental Policy Act or by regulations or practices to implement that Act in connection with exploration of the MC252 Well. | BOEM, NOAA | 4/20/2005-4/20/2010 | FOR NOAA:<br><br>("review" OR "study" OR "assess*" OR "explor*") AND ("NEPA" OR "National Environmental Policy Act" OR "regulat*" OR "practice" OR "implement*") AND ("MC252" OR "Mississippi Canyon Block 252" OR "Macondo")<br><br>FOR BOEM:<br><br>("N9349" OR "R4937" OR "608174116900" OR "608174116901" OR "Well 001 G32306 MC252" OR "MC252" OR "Mississippi Canyon" OR "Macondo") AND ("NEPA" OR "Categorical Exclusion" OR "CATEX" OR "Environmental Assessment" OR "Environmental Impact |

| Request for Production | Agencies | Date Range | Search Terms |
|---|---|---|---|
| | | | Statement" OR "EA" OR "EIS" OR "Record of Decision" OR "ROD" OR "Finding of No Significant Impact" OR "FONSI" OR "Notice of Intent" OR "NOI" OR "Notice of Availability" OR "Endangered Species" OR "ESA" OR "Marine Mammal" OR "MMPA" OR "Air Permit") |
| 23.  All documents referring or relating to the application and requirements of the Oil Pollution Act of 1990 or any other federal law, or any regulations or practices to implement that Act or any such law, in determining the adequacy of an oil spill response plan. | BOEM, NOAA | 4/20/2005-4/20/2010 | FOR NOAA:<br><br>("appl*" OR "require*" OR "oil spill response plan" OR "oil spill") AND ("OPA" OR "Oil Pollution Act" OR "regulat*") AND ("adeq*" OR "review" OR "recommend*" or "practice")<br><br>FOR BOEM:<br><br>(NTL 2006 G21 OR "NTL 2007 N04" OR "NTL 2007 G12" OR "NTL 2008 N05" OR "CTCAC" OR "STCZAC" OR "Oil Pollution Act" OR "OPA" OR "Energy Policy Act" OR "EPAct" OR "NEPA" OR "Environmental Policy Act" OR "Marine Mammals Protection Act" OR "MMPA" OR "Clean Water Act" OR "CERCLA" OR "enforce" OR "violat*") AND ("Clean up" OR "Discharge" OR "Well Control" OR "Blowout" OR "Oil Spill Response Plan" OR "*BOPD*" OR "*BPD*" OR "bbl*" OR "flow*" OR "*mbd*" OR "*wcd*" OR "worst case discharge"  OR "leak*" OR "gal*/min*" OR "gal*/day" OR "barrel*" OR "b/d" OR "bbl" OR "bbl/d" OR "Bopd" OR "Bpd" OR  "collect*" OR "flare*" OR "flow" OR "flow rate" OR "flowrate" OR "mass balance" OR "mbd" OR "oil rate" OR "oil on water" OR "outflow" OR "reservoir" OR "ROV" OR "sheen" OR "spill" OR "volume" OR "stbpd")) |

US' Second Response to BP's First Set of Requests for Production

| Request for Production | Agencies | Date Range | Search Terms |
|---|---|---|---|
| 24.  All documents that constitute, contain, describe or refer to any guideline, policy or practice for use in determining the adequacy of the conduct or actions of a Responsible Party in connection with the requirements of the Oil Pollution Act of 1990 related to the response to an incident for which that Act creates legal obligations. | BOEM | 4/20/2005-4/20/2010 | ("O-414" or "O-49" OR "O-415" OR "O-452" OR "O-459" OR "O-460" OR "O-428" OR "O-429" OR "O-14" OR "O-553" OR "Site Specific Seg# 4879 HIPS" OR "Site Specific Seg # 11015" OR "Site Specific MP 255" OR "Site Specific DC 177" OR "Site Specific DC 133" OR  "Site Specific MC 252" OR "Oil Pollution Act" OR "OPA" OR "Oil Spill Response Plan" OR "OSRP" OR "Area Contingency Plan" OR "NCP" OR "National Contingency Plan" OR "Clean Water Act" OR "CWA" OR "CERCLA") AND ("Responsible Party" OR "Cleanup" OR "Damages" OR "Liability" OR "Obligation" OR "Fine" OR "Restitution" OR "Payment" OR "Fee" OR "Penalty" OR "Damage Assessment" OR "spinner" OR "flowmeter" OR "velocimetry" OR "*BOPD*" OR "*BPD*" OR "bbl*" OR "flow*" OR "*mbd*" OR "*wcd*" OR "worst case discharge" OR "leak*" OR "kink" OR "gal*/min*" "gal*/day" OR "barrel*" OR "b/d" OR "bbl" OR "bbl/d" OR "Bopd" OR "Bpd" OR  "collect*" OR "flare*" OR "flow" OR "flow rate" OR "flowrate" OR "mass balance" OR "mbd" OR  "oil rate" OR "oil on water" OR "outflow" OR "plume" OR ("remote*" AND "operat*" AND "vehicle") OR "reservoir" OR "riser" OR "ROV" OR "sheen" OR "skim*" OR "spill" OR OR "velocity" OR "volume" OR "stbpd")) |
| 25.  All documents referring or relating to the preparation, review or approval of Area Contingency Plans for areas affected by the Incident that either were in effect on April 20, 2010, or that were prepared and implemented at any time after April 20, 2010. | BOEM, NOAA | 4/20/2005-4/20/2010 | FOR NOAA:<br><br>(("Texas" OR "Louisiana" OR "Mississippi" OR "Alabama" OR "Florida" OR St. Petersburg" OR "New Orleans" OR "Mobile" OR "Port Arthur" OR "Morgan City" OR "Corpus Christi" OR "Houston" OR "Galveston" OR "Gulf of Mexico" OR "GOM") AND ("ACP" OR "Area Contingency Plan" OR |

| Request for Production | Agencies | Date Range | Search Terms |
|---|---|---|---|
| | | | "One Gulf" OR "Contingency Plan" OR "Regional Plan" OR "Spill Plan" OR "Response Plan") AND ("prepar*" or "review" or "approv*")<br><br>FOR BOEM:<br><br>("CTCAC" OR "STCZAC" OR "Texas" OR "Louisiana" OR "Mississippi" OR "Alabama" OR "Florida" OR St. Petersburg" OR "New Orleans" OR "Mobile" OR "Port Arthur" OR "Morgan City" OR "Corpus Christi" OR "Houston" OR "Galveston" OR "Gulf of Mexico" OR "GOM") AND ("ACP" OR "Area Contingency Plan" OR "One Gulf") AND ("prepar*" or "review" or "approv*") |
| 26.  All documents referring or relating to the preparation for an oil spill response by the Area Committees in the areas affected by the Incident. | BOEM, NOAA | 4/20/2005-4/20/2010 | FOR NOAA:<br><br>("Area Committee*" OR "AC") AND "oil spill response" AND ("Gulf of Mexico" OR GOM" OR "Florida" OR "Alabama" OR "Mississippi" OR "Louisiana" OR "Texas" OR "New Orleans" OR "St. Petersburg")<br><br>FOR BOEM:<br><br>("CTCAC" OR "STCZAC" OR "Texas" OR "Louisiana" OR "Mississippi" OR "Alabama" OR "Florida" OR St. Petersburg" OR "New Orleans" OR "Mobile" OR "Port Arthur" OR "Morgan City" OR "Corpus Christi" OR "Houston" OR "Galveston" OR "Gulf of Mexico" OR "GOM") AND ("ACP" OR "Area Contingency Plan" OR "Area of Potential Affect" OR "Loss of Well Control" OR "Blowout" OR "Spill" OR "Emergency Response" OR "Cleanup" OR "Skimmers" OR |

| Request for Production | Agencies | Date Range | Search Terms |
|---|---|---|---|
| | | | "Command Center" OR "On Scene Commander" OR "Rescue" OR "Boom" OR "In Situ") |
| 27.  All documents relating or referring to the use of a long string, liner, or liner with a tie back production casing in deepwater wells in the Gulf of Mexico, including all owner, operator or contractor submissions, permit applications, responses to permit applications or other filings reflecting well design details, and all internal or external standards, procedures, policies, best practices, guidelines, directions, instructions, reports, summaries, or analyses. | BOEM | 4/20/2005-4/20/2010 | ("Well Design and Construction" OR "Well Design guidelines" OR "Casing Calculations" OR "Isolating Potential Flow Zones during Well Construction" OR "Permit" OR "Appl*" OR "standard" OR "procedure" OR "policies" OR "SOP" OR "practice" OR "guideline" OR "direction" OR "report" or "analy*") AND ("GOM" OR "Gulf of Mexico") AND ("Long String" OR "Liner" OR ("Tie Back" NEAR "Casing")) |
| 28.  All documents relating or referring to the use of a lock down sleeve in deepwater wells in the Gulf of Mexico, including all owner, operator or contractor submissions, permit applications, responses to permit applications or other filings reflecting well design details, and all internal or external standards, procedures, policies, best practices, guidelines, directions, instructions, reports, summaries, or analyses.

29.  All documents relating or referring to the use of barriers in deepwater wells in the Gulf of Mexico, such as but not limited to surface cement plugs, including all owner, operator or contractor submissions, permit applications, responses to permit applications or other filings reflecting well design details, and all internal or external standards, procedures, policies, best | BOEM | 4/20/2005-4/20/2010 | ("DWOP" OR "Deepwater Operating Plan" OR "APD" OR ("Appl*" AND "drill" OR "modify" OR "by-pass") OR "RPD" OR "APM" OR "ABP" OR OR "RBP" OR "AST" OR "RST" OR "standard" OR "procedures" OR "policies" OR "SOP" OR "practice" OR "guideline" OR "direction" OR "instruct" OR "report" OR "analy*") AND ("Gulf of Mexico" OR "GOM") AND ("LDS" OR "Lock Down Sleeve" OR "Isolating Potential Flow Zones" OR "P&A" OR "Plug and Abandonment" OR "Surface Plug" OR "Barrier" OR ("Spacer" NEAR ("Drilling" OR "Mud" OR "Riser" OR "Negative" Or "Calculations")) OR "Surface Plugs" OR "Cement Plugs" OR "Cementing" OR "Capping" OR "Plugging" OR "Well Design" OR ("TA" OR "Temporary Abandonment" OR "abandon*") OR "Pressure Test" OR "Casing Test" OR "Negative Test" OR "Cement*" OR "Cap*" OR "Plug*" OR "Foam* Cement" OR "Centralize*" OR |

| Request for Production | Agencies | Date Range | Search Terms |
|---|---|---|---|
| practices, guidelines, directions, instructions, reports, summaries, or analyses.<br><br>30.  All documents relating or referring to the design and use of spacers for deepwater wells in the Gulf of Mexico, including all owner, operator or contractor submissions, permit applications, responses to permit applications or other filings reflecting well design details, and all internal or external standards, procedures, policies, best practices, guidelines, directions, instructions, reports, summaries, or analyses.<br><br>31.  All documents relating or referring to temporary abandonment procedures for deepwater wells in the Gulf of Mexico, including all owner, operator or contractor submissions, permit applications, responses to permit applications or other filings reflecting well design details, and all internal or external standards, procedures, policies, best practices, guidelines, directions, instructions, reports, summaries, or analyses.<br><br>32.  All documents relating or referring to positive or negative pressure tests for deepwater wells in the Gulf of Mexico, including all owner, operator or contractor submissions, permit applications, responses to permit applications or other filings reflecting well design details, and all internal or external standards, procedures, policies, best practices, guidelines, directions, instructions, reports, | | | "Centering" OR "CBL" OR "Casing Bond Log" OR "Cement Evaluation Tool" OR "Cement Evaluation Procedure" OR "Cement Evaluation Calculat*" OR "Cement Bond" OR "Permeable Zone" OR "Wellbore Annulus" OR "Isolation Scanner" OR "Pulse Echo" OR "Accoustic" OR "Sonic" OR ("Casing" AND "Design" OR "Program") OR "Tubular" "Gas Flow Potential" OR "Gas Flow Cement" OR "Absolute Open Flow" OR "Plastic Viscosity" OR "Turbulent Flow" OR "Unloading" OR "Open-hole" OR "GOR" OR "spinner" OR "flowmeter" OR "velocimetry" OR "*BOPD*" OR "*BPD*" OR "bbl*" OR "flow*" OR "*mbd*" OR "*wcd*" OR "worst case discharge" OR "leak*" OR "kink" OR "gal*/min*" OR "gal*/day" OR "barrel*" OR "b/d" OR "bbl" OR "bbl/d" OR "Bopd" OR "Bpd" OR  "collect*" OR "flow" OR "flow rate" OR "flowrate" OR "mass balance" OR "mbd" OR  "oil rate" OR "oil on water" OR "outflow" OR "plume" OR "spill" OR "velocity" OR "volume" OR "stbpd" OR "Drilling Flui*" OR "Drilling Mud" OR "Borehole" OR "Hydrostatic Pressure" PR "Formation Fluid" OR "Formation Damage" OR "Drill String" OR "Polymer" OR "Bentonite" OR "Water-Based Mud" OR "Viscosity" OR "Thixotropic" OR "Permeability" OR "Mud Filtrate" OR "Drilling Well Control Even*" OR "Deepwater Well Control Even*" OR "Well Control " OR "Blowout" OR "Wild Well" OR (("gusher" OR "BOP" OR "release" OR "leak") AND ("response" OR "contain" OR "OSRP" OR "seal*" OR<br>"cap*")) OR "blind shear" OR "deadman switch" OR "solenoid" or "Cameron" OR "hydraulic ram" OR "wellbore valve" OR "uncontrolled flow" OR "formation kick" OR |

| Request for Production | Agencies | Date Range | Search Terms |
|---|---|---|---|
| summaries, or analyses.<br><br>33.  All documents relating or referring to cementing procedures for deepwater wells, including the design, testing and execution of foamed cement, in the Gulf of Mexico, including all owner, operator or contractor submissions, permit applications, responses to permit applications or other filings reflecting well design details, and all internal or external standards, procedures, policies, best practices, guidelines, directions, instructions, reports, summaries, or analyses.<br><br>34.  All documents relating or referring to the use of centralizers in deepwater wells in the Gulf of Mexico, including all owner, operator or contractor submissions, permit applications, responses to permit applications or other filings reflecting well design details, and all internal or external standards, procedures, policies, best practices, guidelines, directions, instructions, reports, summaries, or analyses.<br><br>35.  All documents relating or referring to the use (or decision not to use) a cement evaluation tool, including a cement bond log, in deepwater wells in the Gulf of Mexico, including all owner, operator or contractor submissions, permit applications, responses to permit applications or other filings reflecting well design details, and all internal or external standards, procedures, policies, best practices, guidelines, directions, instructions, reports, | | | "subsea stack" OR "control pods" OR "transducer" OR "annular" OR "riser" OR "drill string" OR "drill pipe" OR "fail-safe" OR "gate valve" |

| Request for Production | Agencies | Date Range | Search Terms |
|---|---|---|---|
| summaries, or analyses.<br><br>36. All documents relating or referring to tubular or casing design for deepwater wells in the Gulf of Mexico, including all owner, operator or contractor submissions, permit applications, responses to permit applications or other filings reflecting well design details, and all internal or external standards, procedures, policies, best practices, guidelines, directions, instructions, reports, summaries, or analyses.<br><br>38. All documents relating or referring to drilling fluids in deepwater wells, on or offrig, in the Gulf of Mexico, including all owner, operator or contractor submissions, permit applications, responses to permit applications or other filings reflecting well design details, and all internal or external standards, procedures, policies, best practices, guidelines, directions, instructions, reports, summaries or analyses.<br><br>39. All documents relating or referring to responding to well control events for deepwater wells in the Gulf of Mexico, including all owner, operator or contractor submissions, permit applications, responses to permit applications or other filings reflecting well design details, and all internal or external standards, procedures, policies, best practices, guidelines, directions, instructions, reports, | | | |

| Request for Production | Agencies | Date Range | Search Terms |
|---|---|---|---|
| summaries or analyses.<br><br>40.  All documents relating or referring to blowout preventers for deepwater wells in the Gulf of Mexico, including all owner, operator or contractor submissions, permit applications, responses to permit applications or other filings reflecting well design details, and all internal or external standards, procedures, policies, best practices, guidelines, directions, instructions, reports, summaries or analyses. | | | |
| 42.  All documents relating or referring to any inspection or audit of Transocean's rigs utilized in the Gulf of Mexico from 2008 through today.<br><br>43.  All documents relating or referring to any inspection, audit or certification of blowout preventers utilized on Transocean's rigs in the Gulf of Mexico created on or after January 1, 2008.<br><br>44.  All documents relating or referring to any citations, warnings, notices, Incidents of Noncompliance ("INCs"), admonishments or violations issued to Transocean related to its operations or training of personnel in the Gulf of Mexico created on or after January 1, 2008. | BOEM[1] | 4/20/2005-4/20/2010 | ("Transocean" OR "TOI" OR "TO Rig" OR "TO MODU" OR "TO Vessel" OR "Halliburton") AND ("Audit" OR "Inspection" OR "INC" OR "Incident of Non-compliance" OR "Incidence of noncompliance" OR "Enforcement Action" OR "Engineering Review" OR "Examination" OR "Classification" OR "Surve*" OR "Certificat*" OR "SEMS" OR "Safety Environmental Management System" OR "Admonis*" OR "Violation" OR "Finding" OR "Suspension" OR "Shutdown" OR "Warning" OR "Notice" OR "Corrective Action" OR "Citation" OR "Train*" OR "Educ*" OR "Penalt*" OR "Fine" OR "Disciplinary Action" OR "Terminat*" OR "Suspect" OR "Reprimand" OR "Puni*" OR "IG" OR "Liab*" OR "investigat*" OR "compl*" OR "violat*" OR "test*" OR "Blowout Preventer" OR "BOP" OR "blind shear" OR "deadman switch" OR "solenoid" OR "Cameron" OR |

[1] The Coast Guard has already done a reasonable search and produced non-privileged documents responsive to Requests for Production 42 & 44 & 45.

| Request for Production | Agencies | Date Range | Search Terms |
|---|---|---|---|
| 45.  All documents relating or referring to any citations, warnings, notices, INCs, admonishments or violations issued to Halliburton related to its operations or training of personnel in the Gulf of Mexico created on or after January 1, 2008. | | | "wellbore valve" OR "uncontrolled flow" OR "formation kick" OR "subsea stack" OR "control pods" OR "hydraulic ram" OR "transducer" OR "annular" OR "riser" OR "drill string" OR "fail-safe" OR "drilling fluid" OR "drilling mud" OR "cement" OR "casing" OR "drill pipe" OR "well integrity" OR "gate valve") |
| 47.  All documents exchanged between and communications between the United States and any member, committee, employee, staff member or other person working on behalf of the United States Congress referring or relating to the *Deepwater Horizon* Incident or the MC252 Well created on or after January 1, 2010.<br><br>48.  All documents exchanged between and communications between the United States and any person working in the Executive Office of the President of the United States relating to the *Deepwater Horizon* Incident or the MC252 Well created on or after January 1, 2010. | EPA, NOAA, BOEM, CG, Army Corps | 4/20/2010-1/31/2011 | ("*senate.gov" OR "*house.gov" OR ("house" AND "representatives") OR ("congress*" AND "Committ*") OR "*eop.gov" OR ("Executive Office" NEAR "President")) AND ("deepwater" OR "Deep water" OR "Macondo" OR "BP" OR "British Petroleum" OR "DWH" OR "MC252" OR "plume" OR ("clos*" and "fish*") OR "seafood" OR "Mississippi Canyon Block 252" OR "MOEX" OR "Transocean" OR "Anadarko" OR "Cameron" OR "Triton" OR "Halliburton" OR "Weatherford" OR "Drillquip" OR "GMBH" OR OR ("Gulf and "Tiger Team")) |
| 52.  All documents exchanged between and communications between the United States and any member of the media or press referring or relating to the *Deepwater Horizon* Incident or the MC252 Well created on or after April 20, 2010. | EPA, NOAA, BOEM, CG, DOE, Army Corps | 4/20/2010-1/31/2011 | ("Deepwater Horizon" OR "DWH" OR "Macondo" OR "Mississippi Canyon Block 252" OR "MC252" OR "Gulf oil" OR ("Gulf of Mexico" AND "spill") OR ("clos*" AND "fish*") OR "Anadarko" OR "Cameron" OR "Triton" OR "Halliburton" OR "Weatherford" OR "Drillquip" OR "GMBH" OR ("Gulf" and "Tiger Team")) AND ("*.tv.com" or "press" or "media" or "news" OR "NBC" OR "CBS" OR "ABC" OR "CNN" OR "New York Times" OR "Washington Post" OR "Wall Street Journal" OR "Associated Press" OR "Reuters" OR |

| Request for Production | Agencies | Date Range | Search Terms |
|---|---|---|---|
| | | | "TV" OR "newspaper" OR "blog" OR "reporter" OR "journalist" OR "website") |
| 54.  All documents exchanged between and communications between the United States and any other party in MDL No. 2179 referring or relating to the *Deepwater Horizon* Incident or the MC252 Well created on or after April 20, 2010. | EPA, NOAA, BOEM, USGS, CG | 4/20/2010-1/31/2011 | ("MOEX" OR "MOECO" OR "Mitsui" OR "Transocean" OR "BP" OR "British Petroleum" OR "Anadarko" or "Cameron" or "Triton" or "Halliburton" or "Weatherford" or "Drillquip" or "GMBH" OR "Swaco") AND ("MC252" OR "Macondo" OR "Mississippi Canyon Block 252" OR "Deepwater Horizon" OR "DWH") |
| 55.  All documents referring or relating to the "Macondo: The Gulf Oil Disaster – Chief Counsel's Report" from the National Commission on the BP Deepwater Horizon Oil Spill and Offshore Drilling released in 2011.<br><br>56.  All documents referring or relating to any report, presentation, conference, meeting or public statement from the National Commission on the BP Deepwater Horizon Oil Spill and Offshore Drilling, including the final report, "Deep Water: The Gulf Oil Disaster and the Future of Offshore Drilling," released on January 11, 2011. | EPA, NOAA, BOEM, USGS, CG | 4/20/2010-3/17/2011 | ("Macondo: The Gulf Oil*" OR "Chief Counsel" OR "national commission" OR "Presidential Commission" OR "Bartlit") AND ("Report" OR "Amount and Fate" OR "Fate of the Oil" OR "statement" OR "Presentation") AND ("Deepwater Horizon" OR "DWH" OR "MC252" OR "Mississippi Canyon Block 252") |
| 57.  All documents referring or relating to BP's "Deepwater Horizon: Accident Investigation Report" dated September 8, 2010. | NOAA, BOEM, USGS CG, Army Corps | 4/20/2010-1/31/2011 | ("Bly" OR "BP") AND ("Report" OR ("Accident" and "Investigat*")) AND ("2010" OR "2011") |
| 62.  All documents provided to and other communications sent or received by the United | EPA, NOAA, | 4/20/2010- | ("Chemical Safety Board" OR "Marine Board of Investigation" OR "Joint Investigation Team" OR "JIT" OR "MBI" OR |

| Request for Production | Agencies | Date Range | Search Terms |
|---|---|---|---|
| States, the U.S. Congress, the Chemical Safety Board, the Marine Board of Investigation, the Incident Specific Preparedness Review, the National Commission on the Deepwater Horizon Oil Spill, or any other entity or proceeding related to the Incident or response to the Incident. | Army Corps | 1/31/2011 | "Incident Specific Preparedness Review" OR "National Commission") AND ("Deepwater Horizon" OR "Deep water Horizon" OR "MC252" OR "DWH" OR "Mississippi Canyon Block 252")<br><br>FOR DOI AND COAST GUARD:<br><br>("Chemical Safety Board" OR "Incident Specific Preparedness Review" OR "National Commission") AND ("Deepwater Horizon" OR "Deep water Horizon" OR "MC252" OR "DWH" OR "Mississippi Canyon Block 252") |
| 63.  All documents referring or relating to the United States' response to the explosion and fire on Transocean's *Deepwater Horizon* rig between the time of the explosion and the sinking of the *Deepwater Horizon* rig.<br><br>64.  All documents referring or relating to firefighting efforts in response to the explosion and fire on Transocean's *Deepwater Horizon* rig.<br><br>65.  All documents referring or relating to the rescue efforts and operations in response to the explosion and fire on Transocean's *Deepwater Horizon* rig. | CG | 4/20/2010-9/19/2010 | ("Deepwater Horizon" OR "Deep water Horizon" OR "Macondo" OR "DWH" OR "MC252" OR "Mississippi Canyon Block 252") AND ("Rescue" or "Search" or "SAR" or "Firefighting" or "Fire" OR "explo*" OR "Emergency") |
| 66.  All documents referring or relating to training for emergency maritime response, firefighting or disaster response related to oil rigs in the Gulf of Mexico. | CG | 4/20/2010-9/19/2010 | The Coast Guard is currently developing its search terms and will propose them as soon as practicable. |

| Request for Production | Agencies | Date Range | Search Terms |
|---|---|---|---|
| 67.  All documents referring or relating to the effort to actuate the *Deepwater Horizon* blowout preventer on or after April 20, 2010, including any analysis of the position of the *Deepwater Horizon* blowout preventer components. | NOAA, BOEM, USGS, CG, Army Corps | | (("blowout" AND "preventer") OR "BOP" OR "trigger" OR "activate" OR "fire" OR "actuate" OR "position" OR "analysis") AND ("Deepwater" OR "DWH" OR "MC252" OR "Macondo" OR "Mississippi Canyon Block 252") |
| 68.  All documents referring or relating to the decision to approve or reject any procedure considered or submitted as part of the effort to cap, seal or collect hydrocarbons from the MC252 Well.<br><br>69.  All documents referring or relating to any analysis, study, inspection or evaluation of a potential method to cap, seal or collect hydrocarbons from the MC252 Well, including any post-method analysis.<br><br>71.  All documents referring or relating to presentations or reports made by anyone from BP to the United States regarding potential methods to cap, seal, contain or collect hydrocarbons from the MC252 Well and the United States' response to such presentations or reports, including any post-method analysis.<br><br>72. All documents referring or relating to presentations or reports made by anyone from third parties to the United States regarding potential methods to cap, seal, contain or collect hydrocarbons from the MC252 Well and the United States' response to such | NOAA, BOEM, USGS, CG, Army Corps | 4/20/2010-9/19/2010 | ("Deepwater Horizon" OR "Deep water Horizon" OR "DWH" "MC252" OR "Macondo" OR "Mississippi Canyon Block 252" OR "BP" OR "Transocean" OR "Gulf of Mexico" OR "GOM" OR ("Gulf" AND "Spill") OR ("Gulf" and "Tiger Team")) AND ("oil" OR "hydrocarbons") AND ("collect*" OR "cap*" OR "seal" OR "relief well" OR "recover*" OR "contain*") AND ("approv*" OR "reject*" OR "deny" OR "allow" OR "grant" OR "submit*" OR "deci*" OR "consider*" OR "propose*" OR "identify*" OR ("method" AND "post" OR "potential") OR "study" OR "inspect*" OR "evaluat*" OR "present*" OR "report" OR "ppt" OR "powerpoint") |

| Request for Production | Agencies | Date Range | Search Terms |
|---|---|---|---|
| presentations or reports. | | | |
| 70. All documents referring or relating to participation in or review of any peer reviews, Kill Well On Paper sessions, Hazard Identification Studies, or Hazard and Operability Studies for a potential method to cap, seal or collect hydrocarbons from the MC252 Well. | NOAA, BOEM, USGS, CG, Army Corps | 4/20/2010-9/19/2010 | ("MC252" OR "Macondo" OR "Mississippi Canyon Block 252") AND ("hazard" OR "study" OR "session" OR "operability" OR "HAZID" OR "HAZOP" OR "red team" OR "Kill Well On" OR "peer review") |
| 73. All documents referring or relating to any communications between the United States and any employee or officer of BP on or after April 20, 2010 related to the MC252 well or the Response Activities.<br><br>78. All documents referring or relating to the efforts to contain, collect, or capture the flow of hydrocarbons from the MC252 Well.<br><br>79. All documents referring or relating to the amount of hydrocarbons collected, contained or captured from the MC252 Well.<br><br>80. All communications and documents, including underlying data, related to the flow rate or volume of oil or the oil budget for the MC252 Well following April 20, 2010, by or between individuals working for the United States.<br><br>81. All documents related to any efforts to determine the volume of oil spilled or the flow rate of oil spilled from the MC252 Well following April 20, 2010, including but not | NOAA, BOEM, USGS, EPA, CG, Army Corps | 4/20/2010-1/31/2011 | ("MC252" OR "Deepwater Horizon"OR "Deep Water Horizon" OR "DWH" OR "Macondo" OR "Mississippi Canyon Block 252" OR "Transocean" OR "BP" OR "GOM" OR "Gulf of Mexico" OR ("Gulf" AND "Spill")) AND ("plume" OR "response" OR "spinner" OR "flow*" OR "low-resolution" OR "low resolution" OR "high-resolution" OR "high resolution" OR "veloci*" OR "*BOPD*" OR "*BPD*" OR "bbl*" OR "flow*" OR "*mbd*" OR "*wcd*" OR "worst case discharge" OR "leak*" OR "kink" OR "restrict*" OR "gal*/min*" OR "gal*/day" OR "emanat*" OR "orifice" OR "FEA" OR ("Admiral" AND ("Allen" OR "Landry")) OR "ASTM" OR "AVIRIS" OR "barrel*" OR "b/d" OR "bbl" OR "bbl/d" OR "Bonn Agreement" OR "Bopd" OR "Bpd" OR "collect*" OR "flare*" OR "FRTG" OR "FRTT" OR "mass balance" OR "mbd" OR "McNutt" OR "MMCFD" OR "NOAA" OR "nodal" OR "oceanic" OR "oil rate" OR "oil on water" OR "outflow" OR ("remote*" AND "operat*" AND "vehicle") OR "reservoir" OR "riser" OR "RITT" OR "ROV" OR "sheen" OR "skim*" OR "spill" OR "volume" OR "stbpd" OR "particle" OR "image" OR "GOR" OR "top hat" OR "Q4000" OR "CDP" OR "helix" OR "FPSO" OR "Toisa |

| Request for Production | Agencies | Date Range | Search Terms |
|---|---|---|---|
| limited to calculations of volumes of oil spilled and the flow rate at which oil was spilled from the MC252 Well, by any agency of the United States, including the Flow Rate Technical Group.<br><br>82.  All communications, documents, and drafts related to the preparation and publication of the document entitled "Oil Budget Calculator, Deepwater Horizon, Technical Documentation," by the Federal Interagency Solutions Group, Oil Budget Calculator Science and Engineering Team.<br><br>83.  All documents referring or relating to the actual or potential impact of different flow rates on the effort to contain or collect hydrocarbons from the MC252 Well, including any decision to order additional or redundant collection capacity.<br><br>84.  All documents referring or relating to the actual or potential impact of flow rate on the effort to cap or seal the MC252 Well.<br><br>85.  All documents referring or relating to predictions, estimates or measurements of the amounts of oil or any other substance discharged from the wellhead of the MC252 Well. | | | Pisces" OR "recover*" OR "relief" OR "contain*" OR "capture" OR "amount" OR "water column" OR "dispersed oil" OR "oil budget" OR "evaporate" OR "emulsify" OR "tar ball" OR "two-phase flow" OR "stock tank barrel" OR "hydrate" OR "ICS 209" OR "and sedimentation" OR "multi-phase" OR "multiphase" OR "calculate*" OR "non-hydrocarbon" OR "non-oil") |
| 74.  All documents referring or relating to the decision whether or not to proceed with the blowout preventer on blowout preventer option | NOAA, BOEM, USGS, | 4/20/2010-9/19/2010 | "blowout preventer on blowout preventer" OR "BOP on BOP" OR "top kill attempt" |

| Request for Production | Agencies | Date Range | Search Terms |
|---|---|---|---|
| following the top kill attempt. | CG, Army Corps | | |
| 75.  All documents referring or relating to the decision whether or not to allow BP to install and/or shut the Capping Stack, including any analysis, studies, or testing protocol for the effect of the Capping Stack on the MC252 Well. | NOAA, BOEM, USGS, CG, Army Corps | 4/20/2010-9/19/2010 | ("DWH" OR "Deepwater Horizon" or "MC252" OR "BP" OR "Transocean" OR "TO" OR "GOM" OR ("Gulf" AND "spill") OR "Macondo" OR "Mississippi Canyon Block 252" OR "BP" OR "TO" OR "GOM" OR "Gulf of Mexico") AND "capping stack" AND ("install!" OR "shut" OR "close" OR "integrity" OR "testing") |
| 76.  All documents referring or relating to the monitoring, analysis, study, or evaluation of well integrity for the MC252 Well, including but not limited to documents regarding the decisions to terminate or prolong the well integrity testing on or after July 15, 2010. | NOAA, BOEM, USGS, CG, Army Corps | 4/20/2010-9/19/2010 | ("DWH" OR "Deepwater Horizon" or "MC252" OR "BP" OR "Transocean" OR "TO" OR "GOM" OR ("Gulf" AND "spill") OR "Macondo" OR "Mississippi Canyon Block 252" OR "BP" OR "TO" OR "GOM" OR "Gulf of Mexico") AND "well" AND ("integrity" OR "test*" OR "monitor*" OR "analy*" or "study" or "evaluat*" OR "deci*" OR "terminat*" or "prolong") |
| 86.  All documents referring or relating to the physical or chemical properties of oil or any other substance discharged from the wellhead of the MC252 Well. | NOAA, BOEM, USGS, CG, EPA, Army Corps | 4/20/2010-9/19/2010 | ("DWH" OR "Deepwater Horizon" or "MC252" OR "BP" OR "Transocean" OR "GOM" OR ("Gulf" AND "spill") OR "Macondo" OR "Mississippi Canyon Block 252") AND (("chemical" OR "physical" OR "analysis" OR "properties") NEAR20 ("discharge" OR "oil" OR "substance" OR MC252 or "wellhead" OR "multiphase" OR "multi-phase" OR "multi phase" OR "property" OR "viscosity" OR "bubble" OR "temperature" OR "Celsius" OR "Fahrenheit" OR "flash" OR "methane" OR "gas")) |
| 127.  All documents referring or relating to decisions to permit or to limit or to control the use of Corexit EC9527A and Corexit EC9500A, or to limit or control the quantities | NOAA, BOEM, USGS, CG, EPA, | 4/20/2010-9/19/2010 | ("DWH" OR "Deepwater Horizon" or "MC252" OR "BP" OR "Transocean" OR "GOM" OR ("Gulf" AND "spill") OR "Macondo" OR "Mississippi Canyon Block 252") AND |

| Request for Production | Agencies | Date Range | Search Terms |
|---|---|---|---|
| applied, in surface or subsea applications in the Response Activities.<br><br>128.  All documents referring or relating to efforts to identify alternative dispersants to Corexit EC9527A and Corexit EC9500A during the Response Activities or to any decision to permit the continued use of the Corexit products.<br><br>129.  All documents referring or relating to procedures or practices used in deciding when, where, how, and in what quantities to permit the use of Corexit EC9527A and Corexit EC9500 in surface or subsea applications in the Response Activities.<br><br>130.  All documents referring or relating to any decisions to deny the use of Corexit EC9527A and Corexit EC9500 in surface or subsea applications in the Response Activities.<br><br>131.  All documents referring or relating to the actual or possible consequences of daily or other specific pre-clearance or clearance requirements for the use of chemical dispersants in connection with the Response Activities (either in subsea or surface applications, or both) on the amount of oil or other discharged materials that reached the shoreline or surface.<br><br>132.  All documents referring or relating to the actual or possible consequences of decisions to | Army Corps | | ("corexit" OR "9500*" OR "9527*" OR "dispersant") AND ("permit*" OR "limit*" OR "control" OR "decision" OR "quantit*" OR "subsea" OR "surface" OR "volume" OR "amount" OR "appl*" OR "deci*" OR "brat*" OR "direct*" OR "analy*" OR "identi*" OR "addendum" OR "use" OR "respons*" OR "alternative" OR "determin*" OR "guideline" OR "metric*" OR "fate" OR "dispersed oil" OR "harm" OR "effect*" OR "predict*" OR "injur*" OR "toxic" OR "SMART") |

| Request for Production | Agencies | Date Range | Search Terms |
|---|---|---|---|
| approve or deny application of Corexit EC9527A and Corexit EC9500 on the surface or subsea in connection with the Response Activities.<br><br>133.  All documents referring or relating to the supply of, and logistics for procurement and deployment of Corexit EC9527A and Corexit EC9500A in connection with the Response Activities (either in subsea or surface applications, or both), including but not limited to such documents referring or relating to the sufficiency or insufficiency of the supply and commercial availability of those products or to the adequacy or inadequacy of the logistics for procurement and deployment of those products in connection with the Response Activities.<br><br>134.  All documents referring or relating to standards, guidelines, metrics, or to proposed standards, guidelines or metrics, to assess, measure or determine the effectiveness of the use of chemical dispersants or to measure the fate of dispersed oil in connection with the Response Activities.<br><br>135.  All documents referring or relating to standards, guidelines, metrics, or to proposed standards, guidelines or metrics, to assess, measure or determine possible or predicted counterproductive or harmful effects of the use of chemical dispersants in connection with the Response Activities. |  |  |  |

| Request for Production | Agencies | Date Range | Search Terms |
|---|---|---|---|
| 136.  All documents referring or relating to the effectiveness of, or benefits from, the use of chemical dispersants in connection with the Response Activities.<br><br>137.  Except to the extent requested by Request No. 126, all documents referring or relating to counterproductive or harmful effects of or attributed to the use of Corexit EC9527A and Corexit EC9500A in the Response Activities. |  |  |  |