UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig                    MDL NO. 2179
    "Deepwater Horizon" in the Gulf
    of Mexico, on April 20, 2010                SECTION J

Applies to: *11-1195*                              JUDGE BARBIER
                                                     MAGISTRATE JUDGE SHUSHAN

## ORDER

**[Regarding Motion of Dudley Foussell, et al to Amend (Rec. doc. 3112)]**

On June 30, 2011, the plaintiffs, Darnell Alexander, et al, in 11-cv-1195 filed a motion for leave to file second amended complaint and to add additional individual plaintiffs.  The motion was noticed for submission on July 20, 2011.  No opposition was submitted and there were no requests for additional time to oppose the motion.  The motion is unopposed, and it has merit.

IT IS ORDERED that the motion of the plaintiffs, Dudley Foussell, et al, in 11-cv-1195 for leave to file second amended complaint (Rec. doc. 3112) is GRANTED.

New Orleans, Louisiana, this 20th day of July, 2011.

                                           SALLY SHUSHAN
                                           United States Magistrate Judge