UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### ORDER

**[Regarding BP's Request for Discovery from Executive Office of President]**

BP requests limited document discovery from four employees assigned to the Executive Office of the President ("EOP"). Rec. doc. 3372. The request is opposed by the United States. Rec. doc. 3374.

BP has not made a sufficient demonstration of need for the documents. The U.S. will produce communications concerning source control and quantification between agencies and the EOP. If the agencies' documents demonstrate a need for discovery from the EOP, BP may re-urge its request.

IT IS ORDERED that BP's request of July 15, 2011 for documents from the EOP (Rec. doc. 3372) is DENIED.

New Orleans, Louisiana, this 20th day of July, 2011.

                                                **Sally Shushan**
                                            **United States Magistrate Judge**