UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | JUDGE BARBIER |
| This Document Relates to: | * | |
| 11-274 and 11-275 | * | MAGISTRATE NO. 1 |
| | * | MAGISTRATE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \*

**ANADARKO'S EX PARTE MOTION TO SUPPORT THE BP PARTIES'
MOTION FOR JUDGMENT ON THE PLEADINGS IN THE INSURANCE ACTIONS**

**NOW INTO COURT**, come Anadarko E&P Company, LP, and Anadarko Petroleum Corporation (collectively, "Anadarko"), and respectfully file this Ex Parte Motion to Support the BP Parties' Motion for Judgment on the Pleadings in the Insurance Actions (Rec. Doc. 3211), as well as the accompanying memorandum in support (Rec. Doc. 3211-1).

**WHEREFORE**, Anadarko prays that this Honorable Court permit it to support the BP Parties' Motion and the arguments made in support thereof and relief requested therein.

Respectfully submitted,

**KUCHLER POLK SCHELL
WEINER & RICHESON, LLC**

*s/* Robert E. Guidry
Deborah D. Kuchler, T.A.
Monique M. Weiner
Robert E. Guidry
1615 Poydras Street, Suite 1300
New Orleans, Louisiana  70112
Telephone:  (504) 592-0691
Telecopier:  (504) 592-0696
Email:  dkuchler@kuchlerpolk.com
          mweiner@kuchlerpolk.com
          rguidry@kuchlerpolk.com

       AND

       John D. Shugrue
       Yisroel I. Hiller
       Reed Smith LLP
       10 South Wacker Drive
       Chicago, IL  60606
       Telephone:  (312) 207-1000
       Email:  jshugrue@reedsmith.com
               yhiller@reedsmith.com

**COUNSEL FOR ANADARKO PETROLEUM CORPORATION AND ANADARKO E&P COMPANY L.P.**

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing Motion to Support the BP Parties' Motion for Judgment on the Pleadings in the Insurance Actions to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on July 20, 2011.

       *s/* Robert E. Guidry
       Robert E. Guidry