## Exhibit "A"

| | | |
|---|---|---|
| 258196 Nguyen Vo (258196) | Abbeville | LA |
| 258200 Thanh Vo (258200) | Abbeville | LA |
| 259685 Katie Pham (259685) | Shreveport | LA |
| 260492 Phan Cao (260492) | Gretna | LA |
| 260632 Bay Tran (260632) | Harvey | LA |
| 261507 Su Pham (261507) | New Orleans | LA |
| 264739 Ut Vo (264739) | Baton Rouge | LA |
| 264782 Vicki Ly (264782) | Thibodaux | LA |
| 266902 Huy Le (266902) | Abbeville | LA |
| 267230 Hoai Nguyen (267230) | Youngsville | LA |