

Re: MDL 2179 Order re Fleytas Motion for Protective Order .pdf - Adobe Acrobat Standard
**GUY WOMACK**   to: Marie_Firmin, guy.womack, citkin          07/20/2011 01:07 PM

History:                This message has been forwarded.

Marie,

In the Judge's Order on the Motion for Protective Order, it says Transocean may question Ms. Fleytas about maintenance and cure issues.  It is our position that Ms. Fleytas is invoking her 5th Amendment right to all questions.  Obviously, we expect Transocean to ask all questions they anticipate asking.  However, Ms. Fleytas will be invoking her 5th Amendment right to all questions asked of her.

From reading the Judge's Order, I believe we are all of the same page. However, I wanted to bring this to the Court's attention, so as to allow for the depositions to run as smoothly as possible.

Very respectfully,
Guy

Guy L. Womack
GUY WOMACK & ASSOCIATES, P.C.
402 Main Street
Sixth Floor
Houston, Texas 77002
713.224.8815
713.224.8812 fax

www.GuyWomack.com


------ Original Message ------
Received: Tue, 19 Jul 2011 12:32:39 PM CDT
From: Marie_Firmin@laed.uscourts.gov
To: guy.womack@usa.net,        citkin@arnolditkin.com
Subject: MDL 2179 Order re Fleytas Motion for Protective Order.pdf - Adobe Acrobat Standard

> The attached order will be docketed shortly.
>
> Thank you.
>
> Marie Poche' Firmin
> Judicial Assistant to Magistrate Judge Sally Shushan
> 504-589-7621
>
>


> ---------------------------------------------
>           Attachment: MDL 2179 Order re Fleytas Motion for Protective
Order.pdf -
Adobe Acrobat Standard.pdf
>           MIME Type: application/octet-stream
> ---------------------------------------------