UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | * * * * | MDL NO.: 2179<br>SECTION: J |
| THIS DOCUMENT RELATES TO: | * * | JUDGE BARBIER |
| Case No.: 2:10-cv-08888; 2:10-cv-02771 | * * | MAG. JUDGE SUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

### MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, comes Plaintiff, J. Harris & Son Trucking Service, LLC, [Rec. Doc. 64966], and on suggesting to the Court that all matters and claims filed by Plaintiff against any party, including but not limited to all British Petroleum entities, all Trans Ocean entities, and all other Defendants listed on Attachment "A" to the Gulf Coast Claims Facility Release and Covenant Not to Sue signed by John E. Harris, Sr., on behalf of Plaintiff, J. Harris & Son Trucking Service, LLC, in this controversy have all been amicably settled and fully compromised, and moves that same be dismissed with full prejudice and with each party bearing their owns costs.

Respectfully Submitted,

**COLVIN LAW FIRM**
A Professional Law Company

_/s/ David L. Colvin_

DAVID L. COLVIN, La. Bar #4353, Trial Attorney
230 Huey P. Long Avenue
Gretna, LA 70053
Telephone: (504) 367-9001
Facsimile: (504) 367-0650
Email: davec@dcolvinlaw.com
Attorneys for Plaintiff, J. Harris & Son Trucking Service, LLC

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Dismiss with Prejudice has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United State District Court for the Eastern District of Louisiana by using CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this _20th_ day of July, 2011.

David L. Colvin