UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | * * * * | MDL NO.: 2179<br><br>SECTION: J |
| THIS DOCUMENT RELATES TO: | * * | JUDGE BARBIER |
| Case No.: 2:10-cv-08888; 2:10-cv-02771 | * * | MAG. JUDGE SUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

CONSIDERING THE FOREGOING MOTION TO DISMISS WITH PREJUDICE;

IT IS ORDERED that the Motion to Dismiss with Prejudice is GRANTED and all matters and claims filed by Plaintiff, J. Harris & Son Trucking Service, LLC, against any party, including but not limited to all British Petroleum entities, all Trans Ocean entities, and all other Defendants listed on Attachment "A" to the Gulf Coast Claims Facility Release and Covenant Not to Sue signed by John E. Harris, Sr., on behalf of Plaintiff, J. Harris & Son Trucking Service, LLC, be dismissed with full prejudice and with each party bearing their own costs.

NEW ORLEANS, LOUISIANA, this _____ day of July, 2011.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE