<pre>
 1                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF LOUISIANA
 2

 3      *****************************************************************

 4      IN RE:  OIL SPILL BY THE
        OIL RIG DEEPWATER HORIZON
 5      IN THE GULF OF MEXICO ON
        APRIL 20, 2010
 6
                                     CIVIL ACTION NO. 10-MDL-2179 "J"
 7                                   NEW ORLEANS, LOUISIANA
09:23AM                              FRIDAY, JUNE 24, 2011, 9:30 A.M.
 8

 9      THIS DOCUMENT RELATES TO
        ALL ACTIONS
10

11      *****************************************************************

12            TRANSCRIPT OF DISCOVERY STATUS CONFERENCE PROCEEDINGS
                 HEARD BEFORE THE HONORABLE SALLY SHUSHAN
13                    UNITED STATES MAGISTRATE JUDGE

14
        APPEARANCES:
15

16      FOR THE PLAINTIFFS'
        LIAISON COUNSEL:          DOMENGEAUX WRIGHT ROY & EDWARDS
17                                BY:  JAMES P. ROY, ESQUIRE
                                  P. O. BOX 3668
18                                556 JEFFERSON STREET
                                  LAFAYETTE, LA  70502
19

20                                HERMAN HERMAN KATZ & COTLAR
                                  BY:  STEPHEN J. HERMAN, ESQUIRE
21                                820 O'KEEFE AVENUE
                                  NEW ORLEANS, LA  70113
22

23                                LEWIS, KULLMAN , STERBCOW & ABRAMSON
                                  BY:  PAUL M. STERBCOW, ESQUIRE
24                                PAN AMERICAN LIFE BUILDING
                                  601 POYDRAS STREET, SUITE 2615
25                                NEW ORLEANS, LA  70130
</pre>

```
 1  APPEARANCES CONTINUED:

 2

 3                              IRPINO LAW FIRM
                                BY:  ANTHONY IRPINO, ESQUIRE
 4                              ONE CANAL PLACE
                                365 CANAL STREET, SUITE 2990
 5                              NEW ORLEANS, LA  70130

 6

 7  FOR THE FEDERAL
    GOVERNMENT INTERESTS:      U.S. DEPARTMENT OF JUSTICE
 8                              TORTS BRANCH, CIVIL DIVISION
                                BY:  R. MICHAEL UNDERHILL, ESQUIRE
 9                                   SARAH HIMMELHOCH, ESQUIRE
                                450 GOLDEN GATE AVENUE
10                              7TH FLOOR, ROOM 5395
                                SAN FRANCISCO, CA  94102
11

12

13  FOR THE UNITED STATES
    OF AMERICA:                ENVIRONMENTAL ENFORCEMENT SECTION
14                              U.S. DEPARTMENT OF JUSTICE
                                BY:  STEVEN O'ROURKE, ESQUIRE
15                              P.O. BOX 7611
                                WASHINGTON, DC  20044
16

17

18  FOR STATE INTERESTS:       ALABAMA ATTORNEY GENERAL'S OFFICE
                                BY:  COREY L. MAZE, ESQUIRE
19                              500 DEXTER AVENUE
                                MONTGOMERY, AL  36130
20

21

22  FOR THE STATE OF
    LOUISIANA:                 KANNER & WHITELEY
23                              BY:  ALLAN KANNER, ESQUIRE
                                701 CAMP STREET
24                              NEW ORLEANS, LA  70130

25
```

```
 1   APPEARANCES CONTINUED:

 2


 3   FOR TRANSOCEAN HOLDINGS
     LLC, TRANSOCEAN
 4   OFFSHORE DEEPWATER
     DRILLING INC., AND
 5   TRANSOCEAN DEEPWATER
     INC.:                      FRILOT
 6                              BY:  KERRY J. MILLER, ESQUIRE
                                ENERGY CENTRE, 36TH FLOOR
 7                              1100 POYDRAS STREET
                                NEW ORLEANS, LA  70163
 8

 9                              GOFORTH LEWIS
                                BY:  DANIEL O. GOFORTH, ESQUIRE
10                              4900 WOODWAY, SUITE 750
                                HOUSTON, TX 77056
11


12

13   FOR BP AMERICA INC.,
     BP AMERICA PRODUCTION
14   COMPANY, BP COMPANY
     NORTH AMERICA INC.,
15   BP CORPORATION NORTH
     AMERICA INC.,
16   BP EXPLORATION &
     PRODUCTION INC.,
17   BP HOLDINGS NORTH
     AMERICA LIMITED,
18   BP PRODUCTS NORTH
     AMERICA INC.:
19                              KIRKLAND & ELLIS
                                BY:  J. ANDREW LANGAN, ESQUIRE
20                                   RYAN S. BABIUCH, ESQUIRE
                                300 N. LASALLE
21                              CHICAGO, IL 60654

22                              KIRKLAND & ELLIS
23                              BY:  ROBERT R. GASAWAY, ESQUIRE
                                655 FIFTEENTH STREET, N.W.
24                              WASHINGTON, DC  20005

25
```

```
 1   APPEARANCES CONTINUED:

 2


 3   FOR CAMERON INTERNATIONAL
     CORPORATION:              STONE PIGMAN WALTHER WITTMANN
 4                             BY:  PHILLIP A. WITTMANN, ESQUIRE
                                    RENEE SIEGEN, ESQUIRE
 5                             546 CARONDELET STREET
                               NEW ORLEANS, LA 70130
 6


 7


 8   FOR HALLIBURTON
     ENERGY SERVICES, INC.:    GODWIN RONQUILLO
 9                             BY:  R. ALAN YORK, ESQUIRE
                                    MISTY HATAWAY-CONÉ, ESQUIRE
10                                  CAROLYN RAINES, ESQUIRE
                               1331 LAMAR, SUITE 1665
11                             HOUSTON, TX  77010

12


13   FOR ANADARKO
     PETROLEUM CORPORATION,
14   ANADARKO E&P COMPANY LP,
     MOEX USA CORPORATION,
15   AND MOEX OFFSHORE 2007
     LLC:                      BINGHAM MCCUTCHEN
16                             BY:  WARREN A. FITCH, ESQUIRE
                               2020 K STREET, NW
17                             WASHINGTON, DC  20006

18
                               PILLSBURY WINTHROP SHAW PITTMAN
19                             BY:  JOHN F. PRITCHARD, ESQUIRE
                                    EDWARD FLANDERS, ESQUIRE
20                             1540 BROADWAY
                               NEW YORK, NY  10036
21


22


23   FOR M-I L.L.C.:           MORGAN, LEWIS & BOCKIUS
                               BY:  JAMES B. TARTER, ESQUIRE
24                             1000 LOUISIANA STREET, SUITE 4000
                               HOUSTON, TX  77002
25
```

```
 1  APPEARANCES CONTINUED:

 2

 3  FOR MARINE SPILL
    RESPONSE CORPORATION:      BLANK ROME
 4                             BY:  ALAN M. WEIGEL, ESQUIRE
                               THE CHRYSLER BUILDING
 5                             405 LEXINGTON AVENUE
                               NEW YORK, NY  10174
 6

 7

 8  FOR O'BRIEN'S RESPONSE
    MANAGEMENT, INC.,
 9  SEACOR HOLDINGS, INC.,
    SEACOR OFFSHORE LLC,
10  SEACOR MARINE, LLC,
    SEACOR WORLDWIDE, INC.,
11  SEACOR MARINE, INC.,
    SEACOR MARINE
12  INTERNATIONAL, INC.,
    AND SIEMENS FINANCIAL,
13  INC.:                      WEIL GOTSHAL & MANGES
                               BY:  THEODORE E. TSEKERIDES, ESQUIRE
14                             767 FIFTH AVENUE
                               NEW YORK, NY  10153
15

16

17  FOR AIRBORNE SUPPORT
    INTERNATIONAL, INC.:           LABORDE & NEUNER
18                                 BY:  BEN L. MAYEAUX, ESQUIRE
                                       FRANCIS X. NEUNER, JR., ESQUIRE
19                                     JED M. MESTAYER, ESQUIRE
                                   ONE PETROLEUM CENTER
20                                 1001 W. PINHOOK RD., SUITE 200
                                   LAFAYETTE, LA 70505
21

22

23  FOR NALCO CO.:             LATHAM & WATKINS
                               BY:  MARY ROSE ALEXANDER, ESQUIRE
24                             233 SOUTH WACKER DRIVE, SUITE 5800
                               CHICAGO, IL  60606
25
```

```
 1   APPEARANCES CONTINUED:

 2


 3   FOR WEATHERFORD U.S.,
     L.P.:                    JONES WALKER
 4                            BY:  WILLIAM C. BALDWIN, ESQUIRE
                              PLACE ST. CHARLES
 5                            201 ST. CHARLES AVENUE
                              NEW ORLEANS, LA 70170
 6


 7


 8   FOR DET NORSKE VERITAS:  COHEN GORMAN & PUTNAM
                              BY:  MARK COHEN, ESQUIRE
 9                            1010 LAMAR STREET, SUITE 1000
                              HOUSTON, TX  77002
10


11


12   MODERN GROUP GP-SUB,
     INC., MODERN GROUP LTD.,
13   TIGER RENTALS LTD.:GALLOWAY, JOHNSON, TOMPKINS,
                              BURR & SMITH
14                            BY:  JOHN E. GALLOWAY, ESQUIRE
                              ONE SHELL SQUARE
15                            701 POYDRAS STREET, 40TH FLOOR
                              NEW ORLEANS, LA 70139
16


17


18   FOR MDL 2185:            METHOFF LAW FIRM
                              BY:  WILLIAM STRADLEY, ESQUIRE
19                            3450 ONE ALLEN CENTER
                              500 DALLAS STREET
20                            HOUSTON, TX  77002

21


22   ALSO PRESENT:            CAPTAIN SUZANNE ENGLEBERT
                              HEATHER KENNEALY
23                            GARY KENNEY

24
                              STEVEN ROBERTS, ESQUIRE
25                            EMILY DEMPSEY, ESQUIRE
                              HARIKLIA "CARRIE" KARIS, ESQUIRE
```

1    APPEARANCES CONTINUED:

2

3                              LEANN MOSES, ESQUIRE
                             JEREMY RUSH, ESQUIRE
4                              WADE HAMMENT, ESQUIRE

5

                              RICHARD GORMAN, ESQUIRE
6                              DREW GILBERT, ESQUIRE
                             DAVID ROSENFIELD, ESQUIRE
7

8                              ANDY GRESSEN, ESQUIRE
                             BEN GOODHEW, ESQUIRE
9                              BILL NED, ESQUIRE

10

11   OFFICIAL COURT REPORTER:     CATHY PEPPER, CRR, RMR, CCR
                                CERTIFIED REALTIME REPORTER
12                                500 POYDRAS STREET, ROOM HB406
                                NEW ORLEANS, LA  70130
13                                (504) 589-7779
                                Cathy_Pepper@laed.uscourts.gov
14

15   PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.   TRANSCRIPT
     PRODUCED BY COMPUTER.

16

17

18

19

20

21

22

23

24

25

1                              **I N D E X**

2

3    AGENDA ITEMS                                        PAGE

4

5    BOP PRESERVATION ISSUES.................................   9

6    DISCOVERY ISSUES FOR THE UNITED STATES.................  37

7    DNV PHASE II TESTING...................................  43

8    JUNE AND JULY DEPOSITIONS..............................  44

9    REQUESTS FOR ADDITIONAL TIME...........................  69

10   NUMBER OF INTERROGATORIES PER GROUPING.................  70

11   ALLOCATION OF TIME.....................................  70

12   BP/MOEX SETTLEMENT.....................................  75

13   CEMENT TESTING.........................................  77

14   REDACTION OF BOARD MINUTES.............................  77

15   TRANSOCEAN'S INTERNAL REPORT...........................  83

16   AUTHENTICITY OF DOCUMENTS..............................  89

17   PSC AGENDA.............................................  96

18   PSC'S RESPONSES TO BP'S REQUEST FOR ADMISSIONS......... 118

19   SHORT FORM CLAIMANTS................................... 124

20   PRODUCTION ON THE STATES' DOCUMENTS................... 125

21   EXPERT REPORTS........................................ 126

22   PREPARE PHASE I FOR TRIAL............................. 134

23   POST JULY 31ST DEPOSITION............................. 137

24

25

1                **P-R-O-C-E-E-D-I-N-G-S**

09:23AM  2            FRIDAY, JUNE 24, 2011

09:23AM  3        M O R N I N G   S E S S I O N

09:23AM  4            (COURT CALLED TO ORDER)

09:23AM  5

09:23AM  6

09:34AM  7        THE COURT:  Good morning, phone people.  Can you hear me

09:34AM  8    okay?

09:34AM  9        MR. COHEN:  Loud and clear, Judge, from Houston.

09:34AM  10        THE COURT:  Okay.  I think we got to work on turning up

09:34AM  11    the sound on that.

09:34AM  12            Mark, I believe that was you on the line; was it

09:34AM  13    not?

09:34AM  14        MR. COHEN:  Yes, good morning, Judge.  That's even

09:34AM  15    louder now.  It was a little faded the first time.

09:34AM  16        THE COURT:  Yes.  I couldn't hear you either.

09:34AM  17            Gentlemen on the phone, before you speak, would you

09:35AM  18    state your name for the purpose of the record?  Or you will drive

09:35AM  19    our court reporter crazy, and she's on the edge anyway.  So we

09:35AM  20    would appreciate that.

09:35AM  21            Okay.  I'm looking at the people on the phone, and

09:35AM  22    there is a lot of you.  There is more of you than there are in

09:35AM  23    the courtroom, which is the way we like it.  So that's good.

09:35AM  24            We thought we would go ahead and take the BOP

09:35AM  25    preservation issues up first, because most of the people who are

09:35AM 1    participating by phone are participating for that issue.

09:35AM 2         So I guess what I want to start with, Mark -- and

09:35AM 3    that's Mark Cohen for purposes of the court reporter -- is I

09:36AM 4    received from you yesterday a letter that I hope everybody has

09:36AM 5    seen relative to what you believe the major issues are that we

09:36AM 6    need to tackle yesterday.  I guess what we want to talk about

09:36AM 7    first is the fact that you are under, or DNV is under a

09:36AM 8    contractual obligation commencing today at 3:00 p.m. to

09:36AM 9    disassemble the air conditioning system from the temporary

09:36AM 10   building and return it, as well as commence disassembly of the

09:36AM 11   temporary enclosure in which the BOP is housed.

09:36AM 12        Then to complicate matters further, as I understand

09:37AM 13   it -- and this is not a potshot at the Coast Guard, although it

09:37AM 14   probably will sound like one -- the Coast Guard has said, if

09:37AM 15   you're going to continue preservation work using the temporary

09:37AM 16   enclosure, we're going to make you reinstall the air conditioning

09:37AM 17   system.

09:37AM 18        Do I have that right?

09:37AM 19      MR. COHEN:  Your Honor, this is Mark Cohen.

09:37AM 20        Yes, that is the basic schedule.  The contractual

09:37AM 21   obligation to remove the HVA system is found in the contract

09:37AM 22   between BOEMRE and DNV.  The Court is aware of the preservation

09:37AM 23   issues generally, and I understand from DNV-Michoud, who are on

09:37AM 24   the call as well, the technical people, that on account of safety

09:37AM 25   and health issues, it's not going to be possible to perform

09:37AM 1    preservation work to the extent it's required inside the

09:38AM 2    temporary enclosure if the HVAC is removed.

09:38AM 3            The reason this comes up is really to try to reduce

09:38AM 4    the cost overall to someone, the United States presumably, of

09:38AM 5    this work, this preservation work, because to take the HVAC out

09:38AM 6    and return it will add some delay and about $30,000 additional

09:38AM 7    expense; whereas, if the United States could extend the contract

09:38AM 8    and place the BOEMRE contract for the HVAC now for 30 more days,

09:38AM 9    the entire matter might be dealt with nicely and that money

09:38AM 10   saved.  End of message.

09:38AM 11           THE COURT:  Yes, end of message.

09:38AM 12           And so now, I guess, O'Rourke, do you want to

09:39AM 13   comment on that?  Are you the right person?

09:39AM 14           CAPTAIN ENGLEBERT:  Your Honor, this is

09:39AM 15   Captain Englebert.

09:39AM 16           THE COURT:  Hey, Captain, how are you doing?

09:39AM 17           CAPTAIN ENGLEBERT:  Good morning, Your Honor.

09:39AM 18           The statement that I read in the DNV letter and

09:39AM 19   what I just heard from Mr. Cohen is not accurate.  The

09:39AM 20   Coast Guard and NASA safety have not required air conditioning

09:39AM 21   for preservation.  What has happened in the last week and a half

09:39AM 22   is BP has agreed to extend their lease in two locations on the

09:39AM 23   base.  Both of those locations are inside.  They've agreed to

09:39AM 24   extend their lease until the end of July.

09:39AM 25           That only leaves the blowout preventer body and the

09:39AM 1    lower marine riser package body on the west tier.

09:39AM 2         Without air conditioning in a temporary enclosed

09:40AM 3    building, the workers that would be doing that particular

09:40AM 4    prevention would likely be under work hour restrictions, just

09:40AM 5    like you would any time you're in a hot environment.  But can

09:40AM 6    they do the work without the air conditioner in the temporary

09:40AM 7    enclosure?  Yes.

09:40AM 8         THE COURT:  You would not prohibit that work because of

09:40AM 9    health or safety reasons?

09:40AM 10        CAPTAIN ENGLEBERT:  Correct, Your Honor.  We would do

09:40AM 11   the safety mandate work hours and break our combinations based on

09:40AM 12   heat and humidity, like we normally would, and so they will be a

09:40AM 13   little bit restricted in the rest periods, but other than that,

09:40AM 14   we can do it.

09:40AM 15        We can -- also, there are fans.  We can bring in

09:40AM 16   portable air conditioners.  So the government is not requiring

09:40AM 17   air conditioned temporary enclosures.

09:41AM 18        THE COURT:  Got you.

09:41AM 19        Now, I guess my next question is to Gary Kenney.

09:41AM 20   Do you believe that the restrictions, Gary, that would be placed

09:41AM 21   on your group would make it feasible to go ahead and do any

09:41AM 22   preservation work that we need to do in the time constraints that

09:41AM 23   you've got?

09:41AM 24        MR. KENNEY:  Yes.  Obviously, there is a factor in that

09:41AM 25   regard, Judge, but we would have to amend our working schedule

09:41AM  1    and probably be working early in the morning, breaking, picking
09:41AM  2    up again in the evening, but we could develop a work schedule
09:41AM  3    around it if we did not have the air conditioning available.
09:41AM  4            THE COURT:  All right.  Now, my next question is what
09:41AM  5    would it cost to extend the air conditioning contract for the
09:41AM  6    period of time, Gary, that you all are anticipating you need to
09:42AM  7    do any preservation that we decide on?  Does anybody have --
09:42AM  8            MR. KENNEY:  Judge, it would be $30,000 per month,
09:42AM  9    though roughly, I think, we're talking about, assuming we
09:42AM 10    complete preservation within an eight-week period of time, it
09:42AM 11    will be a total of around $60,000.
09:42AM 12            THE COURT:  You anticipate eight weeks, Gary?
09:42AM 13            MR. KENNEY:  On the outside, Judge.
09:42AM 14            THE COURT:  So we're looking at $60,000 to air condition
09:42AM 15    it, and how much longer would the schedule be if we go the full
09:42AM 16    preservation route if we don't have air conditioning, Gary?
09:42AM 17            MR. KENNEY:  I'm sorry, Judge, I didn't get all of that.
09:42AM 18    I apologize.
09:42AM 19            THE COURT:  How much longer would the schedule extend if
09:42AM 20    you had to work under the shortened work hours because no air
09:43AM 21    conditioning is provided?
09:43AM 22            MR. KENNEY:  I think within the eight-week time frame,
09:43AM 23    and that it would be feasible.
09:43AM 24            THE COURT:  Would portable air conditioning units and
09:43AM 25    fans be sufficient for your purposes?

09:43AM 1        MR. KENNEY:  Yes, we would make the right arrangements
09:43AM 2    to have cool rooms, take breaks, etcetera.  That could all be
09:43AM 3    scheduled into an eight-week time frame.
09:43AM 4        THE COURT:  The only people who really are going to be
09:43AM 5    seriously affected by this is DNV.  Does anybody have an issue
09:43AM 6    with taking the air conditioning units out as scheduled and then
09:43AM 7    having shortened or abbreviated hours for any preservation that
09:43AM 8    we agree to?
09:44AM 9        Does that solve the problem, Gary?
09:44AM 10       MR. COHEN:  This is Mark Cohen.  Yes, Judge, this was
09:44AM 11   simply a contractual issue that was potentially adding additional
09:44AM 12   expense, and in view of the Captain's clarifications on all of
09:44AM 13   this, and the answers we've had, that's perfect.  I presume the
09:44AM 14   AC system will start to come out quite properly.
09:44AM 15       THE COURT:  Good.  Thank you, Captain, for the
09:44AM 16   clarification.  We appreciate it.
09:44AM 17       Now, let's talk about the temporary enclosure.  As
09:44AM 18   I understand it, DNV now has to start disassembling the building
09:44AM 19   in which the BOP is housed.
09:44AM 20       MR. COHEN:  Your Honor, this is Cohen again.
09:44AM 21       DNV is under a continuing contractual obligation to
09:45AM 22   have the building removed, but BOEMRE have not literally
09:45AM 23   instructed DNV to start that process.  I believe, fairly put,
09:45AM 24   they are holding on that pending the completion of the
09:45AM 25   preservation work.

09:45AM 1      There is an outer limit that the contracting

09:45AM 2  officer has under the BOEMRE/DNV contract, but we wouldn't bump

09:45AM 3  into that until the end of August, and I don't think that's a

09:45AM 4  real issue.  So the building itself does not have to come down

09:45AM 5  right now.

09:45AM 6      The real issue is finishing preservation so that

09:45AM 7  the building can come down as quickly as possible due to the

09:45AM 8  storm season, and if the building, the temporary enclosure could

09:45AM 9  be removed even before preservation is finished, I'm sure DNV

09:45AM 10  will want to start that process.

09:45AM 11      THE COURT:  Okay.  Good.  So that's not as pressing an

09:46AM 12  issue as was the air conditioning, and I think we've got that

09:46AM 13  straight.

09:46AM 14      MR. COHEN:  Yes, ma'am.  Thank you.

09:46AM 15      THE COURT:  Now, the next issue that you raise, Mark, is

09:46AM 16  the issue of putting together a protocol for what needs to be

09:46AM 17  done relative to preservation, and we have quite a diversity of

09:46AM 18  opinion.  I assume you've looked at all of the submissions,

09:46AM 19  right?

09:46AM 20      MR. COHEN:  Yes, Your Honor.  I have -- Cohen again.

09:46AM 21      I have read them, yes.

09:46AM 22      THE COURT:  Quite a diversity of opinion from we don't

09:46AM 23  care to preserve it, let us inspect it, possible further testing.

09:46AM 24  So it's the entire expanse.  I don't think that that's going to

09:46AM 25  be probably resolved today; although, I do think we should have a

09:47AM 1   discussion on it, and, Mark, if you want to lead that off, I'm

09:47AM 2   happy to let you start.

09:47AM 3        MR. COHEN: Well, Your Honor, thank you. Yes, DNV is,

09:47AM 4   of course, ready, willing, and most likely able to handle

09:47AM 5   preservation work should they be instructed to do it. It depends

09:47AM 6   on what will be preserved and who will be performing the work.

09:47AM 7   We don't have any, quote, unquote, entitlements.

09:47AM 8        I think BP has said that to the extent there is

09:47AM 9   preservation work to be performed and the Court is content to

09:47AM 10   have DNV continue to do that work, they would be content to

09:47AM 11   continue to pay us under the existing contract. If I've

09:47AM 12   overstated that, I'm positive Rob will speak up on that, but I

09:47AM 13   think I've got that right.

09:47AM 14        Really, the question is what needs to be done, and

09:48AM 15   I suppose the first thing that needs to be done -- and here I

09:48AM 16   lack some basic experience in this group -- I think what needs to

09:48AM 17   be done is a preservation protocol needs to be created, and

09:48AM 18   probably the kickoff on that ought to be the United States

09:48AM 19   Government, to the extent they care about any of it being

09:48AM 20   preserved, such as the pods, and perhaps the Transocean and BP

09:48AM 21   people, and they can weigh in toward the end.

09:48AM 22      THE COURT: Well, I have looked carefully at the

09:48AM 23   submissions, and the US, who is the current custodian, seems to

09:48AM 24   think that there is a middle ground that could be reached, which

09:48AM 25   is that they want to keep the pods and all of the associated

09:48AM 1   equipment, which sounds like it's fairly easy to move to one of

09:48AM 2   the spaces that's climate controlled and preserve it in one of

09:49AM 3   those facilities.  Then the drill pipe and a 45-foot section of

09:49AM 4   riser pipe would also be preserved.

09:49AM 5          Then the United States has no objection to the

09:49AM 6   remainder of the BOP being returned to Transocean but thinks that

09:49AM 7   the remainder needs to be preserved pursuant the Court's current

09:49AM 8   order.

09:49AM 9          I guess what I would like to understand is why the

09:49AM 10  remainder needs to be preserved, and if you would like to comment

09:49AM 11  on that, I'm just unclear as to why this five-story piece of

09:49AM 12  metal at this point, after all of the work that's been done on

09:50AM 13  it, needs to be preserved.  I do certainly understand why the

09:50AM 14  pods need to be preserved, but could somebody from the US

09:50AM 15  enlighten me on that issue?

09:50AM 16         MR. UNDERHILL:  Your Honor, this is Mike Underhill.

09:50AM 17         Your Honor, I didn't hear part of what you said.

09:50AM 18         THE COURT:  I'm sorry.

09:50AM 19         MR. UNDERHILL:  I heard you say you understood why the

09:50AM 20  pods.  I didn't get the other part of what you wanted clarified.

09:50AM 21         THE COURT:  As I understood the United States' position,

09:50AM 22  it is okay with returning the structure of the BOP to Transocean,

09:50AM 23  but it wants Transocean to preserve it.

09:50AM 24         What I would like, Mike, is just clarification on,

09:50AM 25  at this point, after all the testing that's been done and all of

09:50AM 1   the photographing and all the videotaping, why we need to

09:50AM 2   continue to preserve the five-story metal structure.

09:51AM 3        MR. UNDERHILL:  I think the answer is just one out of

09:51AM 4   prudence and caution, Your Honor.  This BOP has been tested

09:51AM 5   probably more than most anything I've ever seen, and hopefully

09:51AM 6   we've gotten it all.  I only say that out of prudence and

09:51AM 7   caution.

09:51AM 8        After all that we've done, after all the parties

09:51AM 9   have done, after all the money that's been spent on the testing,

09:51AM 10  I would hate down the road to have somebody say, oops, we need to

09:51AM 11  go look at this, and have the response be, well, oops, it's been

09:51AM 12  sent to the smelter, and it's now part of a toaster being sold in

09:51AM 13  Walmart.  I can't give you a specific reason as to how we're

09:51AM 14  going to use it or need it, when we're going to need it.  It's

09:51AM 15  simply out of prudence.  I think Transocean, in fact, has kindly

09:51AM 16  made the offer to keep it.

09:51AM 17       THE COURT:  Yes.

09:51AM 18       MR. UNDERHILL:  I don't understand that they were intent

09:51AM 19  to turn it into toasters.  With that offer, I think it's a

09:52AM 20  reasonable compromise to have them do it.  I understand BP to

09:52AM 21  want everything to be preserved.  Frankly, we've told the Court

09:52AM 22  what we think needs to be preserved.  We're more than happy to

09:52AM 23  have other parties', you know, thoughts and considerations in

09:52AM 24  there also, but out of prudence again, that's the reason.  That's

09:52AM 25  the best I can give you.

09:52AM 1          THE COURT:  Okay.  Fair enough.  What Transocean says is

09:52AM 2   that they have the expertise necessary to transport it, will be

09:52AM 3   willing to assume the cost associated with it, but they do not

09:52AM 4   believe that it is necessary to preserve it for a long-term

09:52AM 5   storage.

09:52AM 6          I guess my question to Transocean is, long-term

09:52AM 7   storage, give me an idea what that means.  More than a year?

09:52AM 8   More than six months?

09:52AM 9          MR. ROBERTS:  Judge, Steve Roberts.

09:53AM 10         Good morning, Mr. Underhill.

09:53AM 11         I think what Mr. Underhill -- it's actually

09:53AM 12  afternoon to him.

09:53AM 13         I think what he suggested and some others have

09:53AM 14  suggested is through Phase I of the trial.  I assume that's what

09:53AM 15  we're talking about in the context of reasonable period.

09:53AM 16         THE COURT:  Good.  So, as you see it, Steve, how would

09:53AM 17  this work?  What would you, meaning Transocean, do with the

09:53AM 18  five-story structure?  You come pick it up, you take it to your

09:53AM 19  facility in south Louisiana, and you would take the necessary

09:53AM 20  steps, publish a protocol to preserve it probably for about a

09:53AM 21  year; is that right?

09:53AM 22         MR. ROBERTS:  Preserving it to me does not mean putting

09:53AM 23  it inside an air conditioned facility.  It means placing it in a

09:53AM 24  secure location like we would do with all equipment that we have

09:53AM 25  handled in all cases.

09:53AM 1          THE COURT:  Okay.  Speak up a little bit so I can make

09:53AM 2     sure my phone people can hear you.

09:53AM 3          MR. ROBERTS:  We will place it in a location in a yard

09:54AM 4     and make sure that it's in a secured facility such that it cannot

09:54AM 5     be accidentally or intentionally tampered with.

09:54AM 6          THE COURT:  Okay.  Gary Kenney, let me ask you this,

09:54AM 7     then, you had spoken about capping certain parts of it that are

09:54AM 8     open.  We had discussed the fact that Cameron had a recommended

09:54AM 9     procedure for greasing and oiling something, like, every

09:54AM 10    six months.  Do you recall that?

09:54AM 11         MR. KENNEY:  Yes, Judge, I do.

09:54AM 12         THE COURT:  I guess, Steve, under your protocol, would

09:54AM 13    that kind of thing be done?

09:54AM 14         MR. ROBERTS:  Steve Roberts again.

09:55AM 15          We can certainly work with him on the protocol and

09:55AM 16    come up with something, as long as people aren't expecting us to

09:55AM 17    build a structure and keep it in pristine condition and things of

09:55AM 18    that sort.  It is a piece of steel.

09:55AM 19         THE COURT:  Yes, exactly.  No, as I understood it --

09:55AM 20    Gary, remind me about our discussion.  As I understand it, it was

09:55AM 21    okay to store it outside as long as this capping and greasing

09:55AM 22    protocol was followed.  Is that your recollection?

09:55AM 23         MR. KENNEY:  Yes, Judge, assuming we're now talking

09:55AM 24    about the BOP stack itself, the lower section of the BOP and the

09:55AM 25    lower marine riser package, the two large units, each of which

09:55AM 1    are about 30 feet tall.  Through the process of our testing and

09:56AM 2    investigations, we've opened those up.  We've removed the ram

09:56AM 3    bonnets.  We currently have them presently covered with plywood

09:56AM 4    as a short-term measure before anything would go on on the

09:56AM 5    long-term preservation.

09:56AM 6              In regards to the control pods that had just been

09:56AM 7    talked about, we are currently making provisions to move those to

09:56AM 8    an air-conditioned facility on the NASA base.  It is inside the

09:56AM 9    levee and protected from potential floodwaters in the event of a

09:56AM 10   storm.  So the only two pieces that would still be on the dock

09:56AM 11   are the two large pieces, the lower BOP and the LMRP, and to go

09:56AM 12   back to it, those are primarily metal surfaces we're concerned

09:56AM 13   about and some hydraulic systems.

09:56AM 14             THE COURT:  Okay.

09:56AM 15             CAPTAIN ENGLEBERT:  Your Honor, not to confuse this,

09:56AM 16   this is the Captain Englebert again, that is -- the inside

09:57AM 17   storage is only through July 31st.  It's only through July 31st.

09:57AM 18             THE COURT:  Then, Captain, I'm sorry, can that time

09:57AM 19   period be extended or are you kicked out by then?

09:57AM 20             CAPTAIN ENGLEBERT:  Your Honor, BP has only agreed to

09:57AM 21   extend that for DNV's contract for preservation.  The government

09:57AM 22   has no inside storage, with exception of the temporary enclosure.

09:57AM 23             To get back to what you were discussing, I believe

09:57AM 24   you were really just discussing, as Mr. Kenney said, the body of

09:57AM 25   the blowout preventer and the body of the LMRP.  There is 650

09:57AM 1   different pieces.  These two pieces are the largest, and they are

09:57AM 2   mainly metal with a wellbore that has to be protected.  There

09:58AM 3   is -- the rest of them are metal.  The government's intention was

09:58AM 4   to store them outside in a protected mode, store them in a secure

09:58AM 5   location as well.  That was our intention.

09:58AM 6            THE COURT:  So, Captain, have you got a location where

09:58AM 7   you can store it, and we're talking about approximately a year?

09:58AM 8            CAPTAIN ENGLEBERT:  Yes, ma'am.  I have a location.

09:58AM 9   It's funded through the end of the fiscal year.

09:58AM 10           THE COURT:  Which is September of this year or September

09:58AM 11  of next year?

09:58AM 12           CAPTAIN ENGLEBERT:  September of this year, ma'am.

09:58AM 13           THE COURT:  So you don't know what would happen beyond

09:58AM 14  September?

09:58AM 15           CAPTAIN ENGLEBERT:  No, Your Honor.

09:58AM 16           THE COURT:  Okay.  Now, let me ask you this one,

09:58AM 17  Captain:  If Transocean were to pick up the two big pieces and

09:58AM 18  comply with the Cameron protocol for sealing and lubricating,

09:59AM 19  etcetera, would the government have a problem with it being the

09:59AM 20  custodian for the next year?

09:59AM 21           CAPTAIN ENGLEBERT:  On Transocean property?

09:59AM 22           THE COURT:  Yes.  On Transocean property, in a secure

09:59AM 23  place under a guarded situation.

09:59AM 24           CAPTAIN ENGLEBERT:  [Inaudible due to screeching audio

09:59AM 25  feedback sound] because the Coast Guard, who is the custodian,

09:59AM 1 would not able to support that just because I don't have the
09:59AM 2 ability to support possible locations of custodians.
09:59AM 3          THE COURT:  Right.  So if you can only guarantee
09:59AM 4 provision of a site through this coming September, what would you
10:00AM 5 propose, other than putting it in a safe environment under
10:00AM 6 Transocean and in the Court's supervision?
10:00AM 7          CAPTAIN ENGLEBERT:  Well, if the parties or Your Honor
10:00AM 8 wish to keep it in government control, then I would propose that
10:00AM 9 either the parties be allowed to pay the rent, which NASA can
10:00AM 10 take outside people to rent with government custodianship.
10:00AM 11 That's what I would propose is an ideal solution.
10:00AM 12          THE COURT:  Do we have an idea of what the rental of the
10:00AM 13 open field is?
10:00AM 14          CAPTAIN ENGLEBERT:  Yes, ma'am.  I got quotes
10:00AM 15 depending -- and this kind of depends on what the preservation
10:00AM 16 protocols are for some of the equipment.  Just for the blowout
10:01AM 17 preventer and the lower marine riser package, that area, to
10:01AM 18 secure that area, which is 11,000 square feet, is $7,500 a month.
10:01AM 19          THE COURT:  Got you.
10:01AM 20          CAPTAIN ENGLEBERT:  Then I have some other costs, but
10:01AM 21 that depends on what the protocol is, whether or not the parties
10:01AM 22 and the Judge wants inside storage or if they are acceptable to
10:01AM 23 the preservation in outside storage, because I do have provisions
10:01AM 24 for both of those things.
10:01AM 25          THE COURT:  Right.  It is my impression -- and anybody

10:01AM  1    who wants to comment, chime in -- that the only indoor

10:01AM  2    preservation anyone's looking for is for the pod and associated

10:01AM  3    equipment.  Do I have that wrong, guys?

10:01AM  4            Nobody is expressing opposition to that, so I

10:01AM  5    believe that's correct, is that we would just want to preserve

10:01AM  6    the pods and associated equipment indoors in a climate-controlled

10:02AM  7    environment, Captain.

10:02AM  8            MR. COHEN:  Your Honor, this is Mark Cohen.  These are

10:02AM  9    small items, very small, but there were discussions in the last

10:02AM 10    few days in the technical exchange conference between Cameron and

10:02AM 11    DNV to which BP joined concerning the possibility of also

10:02AM 12    long-term storing small items like the portable electronic

10:02AM 13    testing units and other bits and pieces, but essentially, very,

10:02AM 14    very small items compared with the pod.

10:02AM 15            THE COURT:  Right.  So, for instance, the computers that

10:02AM 16    were used to download the data I kind of had lumped in with

10:02AM 17    associated equipment.

10:02AM 18            MR. COHEN:  Yes, Judge, thank you.

10:02AM 19            THE COURT:  So when I say "associated equipment," that

10:02AM 20    would be included, and I had jokingly said we could put it all in

10:03AM 21    my office.

10:03AM 22            CAPTAIN ENGLEBERT:  Your Honor, could I clarify?

10:03AM 23            THE COURT:  Sure, please do.

10:03AM 24            CAPTAIN ENGLEBERT:  Just so you know the dimensions of

10:03AM 25    all of this equipment that you're speaking of, the pods are

10:03AM 1   18 feet tall, they are six feet wide and four feet -- five feet,

10:03AM 2   excuse me, five feet long.  They do not fit in a container.  So

10:03AM 3   the only solution -- elegant solution that I've found and the

10:03AM 4   most cost effective solution that I have found for the pods for

10:03AM 5   an indoor location is a building that we have been using here in

10:03AM 6   Michoud protecting.  It is very secure.

10:03AM 7           I asked NASA if they would be willing to rent that

10:03AM 8   to a long-term party.  They are questionable, but I think

10:03AM 9   negotiable.  That monthly rent is $2,800 for monthly rent on that

10:03AM 10  building.

10:03AM 11          Those pods, if the preservation is to happen

10:04AM 12  inside, you cannot put them in an air-conditioned container.  The

10:04AM 13  government has purchased air-conditioned containers for some of

10:04AM 14  the smaller evidence items.  They have also built an evidence

10:04AM 15  yard for this case that's well monitored.

10:04AM 16          Depending on what the preservation is for the

10:04AM 17  bonnets, if the Court asks us to keep the bonnets and the bonnets

10:04AM 18  need to go inside as well, they may or may not fit in 411, it

10:04AM 19  will be tight, but if they are preserved, mostly steel with some

10:04AM 20  bore elements that need to be well oiled, they could be put in

10:04AM 21  the outdoor storage location that the government made.  That rent

10:04AM 22  is $300 a month.

10:04AM 23          THE COURT:  Now that I can afford.

10:04AM 24          CAPTAIN ENGLEBERT:  I'm trying, Judge.

10:04AM 25          THE COURT:  Okay.

10:04AM   1          MS. KENNEALY:  This the Heather Kennealy.  I just wanted
10:05AM   2   to clarify --
10:05AM   3          THE COURT:  Good morning.
10:05AM   4          MS. KENNEALY.  Good morning, Judge.
10:05AM   5          I just want to make sure to clarify just so
10:05AM   6   everyone knows, the Coast Guard, we, like Captain Englebert said,
10:05AM   7   we have funding through the end of the fiscal year, but after
10:05AM   8   that, there is no funding for preservation of the BOP from a
10:05AM   9   government standpoint.  You know, our administrative hearing is
10:05AM  10   done, our investigation is finalized, so I just wanted to make
10:05AM  11   sure that was on the record, Your Honor.
10:05AM  12          THE COURT:  Yes, and I understand that.  We all know
10:05AM  13   what's going on with the government fiscally, and so that's why I
10:05AM  14   thought we could explore the possibility of taking the two big
10:05AM  15   pieces and letting Transocean maintain custody of that, because
10:05AM  16   that's an expense item that it's willing to bear, but only if
10:05AM  17   it's stored presumably in their facility, because they don't want
10:05AM  18   to pay the rent either.
10:05AM  19          Is that correct, Mr. Roberts?
10:06AM  20          MR. ROBERTS:  Yes, ma'am.
10:06AM  21          THE COURT:  That's correct.
10:06AM  22          So I guess what I'm going to ask the United States
10:06AM  23   to consider is whether or not -- and you don't have to answer
10:06AM  24   now -- but whether or not we can put into place some kind of
10:06AM  25   protocol that would allow Transocean to take what I'm going to

10:06AM  1   call *the two big pieces*, and maintain custody over them, which

10:06AM  2   would cut expenses for the parties.  Then we could take the

10:06AM  3   bonnets and the pods and keep them at Michoud under the

10:06AM  4   government's custody for the next year or so.

10:06AM  5           MR. GASAWAY:  Your Honor, this is Rob Gasaway.

10:06AM  6           Could I ask that we explore a parallel alternative

10:06AM  7   at the same time, perhaps, among the parties?

10:06AM  8           THE COURT:  Sure.  Absolutely.

10:07AM  9           MR. GASAWAY:  That would be the following:  Is going

10:07AM 10   back to Mr. Underhill's precautionary reason for keeping it.  I

10:07AM 11   do think, as you saw in our submission, that there is a

10:07AM 12   precautionary reason for keeping it where it is within the

10:07AM 13   government custody.  I've heard Ms. Kennealy and

10:07AM 14   Captain Englebert in terms of the funding challenges, but my

10:07AM 15   thought would be -- and we would have to explore this among the

10:07AM 16   parties -- is just that if we're talking about outside storage

10:07AM 17   for these two big pieces, that that is going to be an affordable

10:07AM 18   rate.  There is an evidence yard that BP is well familiar with

10:07AM 19   there, and I think if we're talking about that, we may, in fact,

10:07AM 20   find it's more economical just to put them within that evidence

10:07AM 21   yard, keep all of the pieces of evidence at the same place, move

10:07AM 22   them a shorter distance as opposed to, you know, moving these two

10:07AM 23   large pieces a long way into somebody else's custody.

10:07AM 24           So I just suggest that maybe the parties meet and

10:08AM 25   confer on both those possibilities and report back as to what we

10:08AM  1    find.

10:08AM  2         THE COURT:  Yes.  Rob, my only cautionary note is time

10:08AM  3    is short, but now that we've taken care of the air conditioning

10:08AM  4    problem, I guess it's not as breakneck as I thought it was, but

10:08AM  5    let's try to tackle that.

10:08AM  6         Then the other thing I would like to do -- and I

10:08AM  7    think I have a conference on this next week; it's on my agenda --

10:08AM  8    is get Cameron, DNV, and anybody else who wants to participate to

10:08AM  9    work out a preservation protocol.  Obviously the United States

10:08AM 10    will be included, because I know you've got a real interest in

10:08AM 11    how things are going to be preserved.

10:08AM 12         That will be our next thing to work on.  I think

10:08AM 13    that conference is on Tuesday, but we'll get to that on the

10:09AM 14    protocol, I'm sorry, on the agenda.

10:09AM 15         MR. COHEN:  Judge, Cohen here.

10:09AM 16         You did set that and I have not yet sent a note to

10:09AM 17    the United States, but --

10:09AM 18         THE COURT:  Yes, I'm going to announce that.

10:09AM 19         MR. COHEN:  -- thinking it was to be Tuesday, dial in at

10:09AM 20    8:30.

10:09AM 21         THE COURT:  Yes, I'm going to give you that in just a

10:09AM 22    minute.  When we finish with the preservation issue, I'm going to

10:09AM 23    announce that for everybody on today's call, if you want to

10:09AM 24    participate next week, feel free, but I would like Cameron

10:09AM 25    especially to think about the preservation issue of the parts

10:09AM 1  that we are talking about storing outside and see if we can't

10:09AM 2  come up with a draft recommendation for DNV to follow before

10:09AM 3  these parts are moved.  Okay?

10:09AM 4          So then last, but not least, on this issue is the

10:10AM 5  PSC's desire to inspect the BOP, and I'm assuming, Steve, that

10:10AM 6  you're talking about the two big pieces?

10:10AM 7          MR. HERMAN:  Yes.

10:10AM 8          THE COURT:  Before they are moved into the field; is

10:10AM 9  that right?

10:10AM 10          MR. HERMAN:  Yes.

10:10AM 11          THE COURT:  Gary, now that we are not in such a rush to

10:10AM 12  take the temporary building down, Steve of the PSC had suggested

10:10AM 13  on or before July 31st, I assume you would like any inspection by

10:10AM 14  experts to be somewhat earlier than that date?

10:10AM 15          MR. KENNEY:  Yes, Judge, that is correct.

10:10AM 16          THE COURT:  Do you want to give us a proposed date that

10:10AM 17  you would like to see it done by?

10:10AM 18          MR. COHEN:  Judge, this is Cohen.

10:11AM 19          If I could just interject.  We haven't literally

10:11AM 20  talked about this particular issue on the DNV side, and I don't

10:11AM 21  want to load up the team with too many obligations because they

10:11AM 22  have their 30(b)(6) depositions and preparation coming up, but

10:11AM 23  the ideal would be that if there are DNV people who could manage

10:11AM 24  this inspection or attend, to the extent it's required, if it's

10:11AM 25  required -- I mean, the Captain may not need us -- then next week

10:11AM  1  would be ideal because, again, the sooner the better to remove

10:11AM  2  the temporary enclosure.

10:11AM  3       THE COURT:  Okay.  What I think we should do -- Steve,

10:11AM  4  go ahead and speak.  I'm sorry.  I didn't mean to cut you off.

10:11AM  5       MR. HERMAN:  Well, my understanding is that

10:11AM  6  unfortunately, our expert, who already has a security clearance,

10:11AM  7  I understand, the problem is that he's tied up apparently all

10:11AM  8  next week, and we were hoping to try to do it the week after

10:11AM  9  next, if that's possible.

10:11AM 10       THE COURT:  Well, let's talk about whether that person,

10:12AM 11  who I assume shall remain nameless.

10:12AM 12       MR. HERMAN:  I can probably tell you.

10:12AM 13       THE COURT:  No, I'm kidding.  If he's got a clearance,

10:12AM 14  he will be known.  Whether anyone else's expert wants to go out

10:12AM 15  and look at the big pieces prior to issuance of expert reports

10:12AM 16  because I would like to coordinate that date, if at all possible,

10:12AM 17  so that the Captain and DNV only have to do it once.  I don't

10:12AM 18  want serial experts coming out.

10:12AM 19       So I would like for anyone else that wants their

10:12AM 20  expert to take one last view at this while it's inside to declare

10:12AM 21  themselves, contact Steve, and see if you can't coordinate a date

10:12AM 22  for week after next for your last call experts come in and take a

10:13AM 23  look at the pieces.

10:13AM 24       MS. KENNEALY:  Judge, this is Heather Kennealy again.

10:13AM 25       I just want to clarify for the record, if this

10:13AM 1   would just be a visual inspection, they're just there to look at

10:13AM 2   the BOP?

10:13AM 3           THE COURT:  Yes.

10:13AM 4           MR. HERMAN:  Yes.

10:13AM 5           THE COURT:  This is visual only.  It will not be hands

10:13AM 6   on.  It will not be invasive in any way, but if the experts want

10:13AM 7   one last look, it seems to me I'll give it to them.  I don't want

10:13AM 8   to burden you, Heather, with five different experts coming on

10:13AM 9   five different days.  I want to coordinate it so that if they

10:13AM 10  want to come in, we'll schedule it at their convenience and at

10:13AM 11  your convenience and let it happen.

10:13AM 12          MS. KENNEALY:  Thank you, Your Honor.

10:13AM 13          MR. KENNEY:  Judge, this is Gary Kenney.

10:13AM 14              If I could, we have the Fourth of July weekend.

10:13AM 15  Could it be in -- obviously the 5th and 6th are a pretty busy

10:14AM 16  period of time for DNV, so if we could make that the 7th or after

10:14AM 17  July 7th, that would be ideal.

10:14AM 18          THE COURT:  That's fine, Gary, because you'll be back in

10:14AM 19  during your demob, right?

10:14AM 20          MR. KENNEY:  That is correct, Judge.

10:14AM 21          MR. FITCH:  Judge, Tony Fitch.

10:14AM 22              Is the following week also a possibility?

10:14AM 23          CAPTAIN ENGLEBERT:  Judge, I appreciate you trying to

10:14AM 24  get it so that there is only one visit.  It is very difficult and

10:14AM 25  I have to clear everybody through this base.  Nobody has a

10:14AM 1    standing clearance.  The gentleman from the PSC was incorrect.

10:14AM 2    There is no such thing as clearance.  I'm removing all access

10:14AM 3    because it's much easier for us to enforce, as you can imagine,

10:14AM 4    and the NASA base requires three working days, three working days

10:14AM 5    to vet everyone.

10:14AM 6             THE COURT:  That's fine, Captain, I have no problem with

10:14AM 7    that.  We will make sure that all the experts are clear

10:15AM 8    sufficiently in time, gentlemen, to make sure that there is no

10:15AM 9    hitch the day of the inspection, okay?

10:15AM 10            CAPTAIN ENGLEBERT:  Yes, Your Honor.  I would ask that

10:15AM 11   the only person that can ask NASA at this point for clearance is

10:15AM 12   myself.

10:15AM 13            THE COURT:  Lucky you.

10:15AM 14            CAPTAIN ENGLEBERT:  Yes, Your Honor.  It's been that way

10:15AM 15   for the entire time.

10:15AM 16            THE COURT:  Well, what I'm going to ask is that

10:15AM 17   anyone -- and we've got two people standing and I know they are

10:15AM 18   standing -- anyone who has an expert who is going to want to

10:15AM 19   participate in this last look is to contact Steve to coordinate

10:15AM 20   those schedules.  Then once, Steve, you know who those people

10:15AM 21   are, if you will contact the Captain and give them all the

10:15AM 22   necessary information for clearances on the date you guys have

10:16AM 23   selected.

10:16AM 24            Captain, if that date is not good for you, say so,

10:16AM 25   but hopefully it will work out so that their schedules and yours

10:16AM  1    will coordinate and it will be one last look.

10:16AM  2                Now, I've got two people who want to discuss this.

10:16AM  3    Go ahead.

10:16AM  4          MR. FITCH:  Tony Fitch, Judge, for Anadarko.

10:16AM  5                I wanted to ask Steve only if the following week is

10:16AM  6    also a possibility.

10:16AM  7          MR. HERMAN:  It is.  I'll check with the experts.

10:16AM  8          MR. FITCH:  The other matter is how this would affect

10:16AM  9    the possibility of Judge Barbier doing an inspection viewing.

10:16AM 10          UNIDENTIFIED SPEAKER ON THE PHONE:  Could you repeat

10:16AM 11    that, please?

10:16AM 12          THE COURT:  Yes, he wanted to know how this would affect

10:16AM 13    Judge Barbier doing an inspection.

10:16AM 14                My answer to that is Judge Barbier hasn't told me

10:16AM 15    how he feels about it, but I'm going to tell him that if he wants

10:16AM 16    to see it before it is moved out to the field, this is his

10:17AM 17    timeline, and if he wants to see it after its moved out to the

10:17AM 18    field, it will be there for approximately a year.

10:17AM 19                Okay, Phil.

10:17AM 20          MR. WITTMANN:  Yes, Your Honor, Phil Wittmann for

10:17AM 21    Cameron.

10:17AM 22          THE COURT:  Speak up.

10:17AM 23          MR. WITTMANN:  Can you hear me?

10:17AM 24          THE COURT:  Yes.

10:17AM 25          MR. WITTMANN:  I don't think Cameron would have any

10:17AM 1   problem, with respect to assisting in the preservation, making

10:17AM 2   the recommendation, but -- but, I think we want a stipulation

10:17AM 3   from the government that they will not seek to impose any

10:17AM 4   liability on Cameron if it all goes south and we won't be accused

10:17AM 5   of any spoliation problem should that result.

10:17AM 6         THE COURT:  Captain, did you hear Phil?  I don't think

10:17AM 7   it's a problem; in other words, Cameron is going to make its best

10:17AM 8   recommendation for a protocol for preservation, and DNV is going

10:17AM 9   to probably require the same thing.  They are going to comply

10:18AM 10  with that protocol, and you're going to have input into it if you

10:18AM 11  want anything additional, but neither Cameron nor DNV would be

10:18AM 12  held responsible if something goes wrong.

10:18AM 13        MR. WITTMANN:  That sums it up right, Judge.

10:18AM 14        THE COURT:  I think that's a reasonable request, as long

10:18AM 15  as the protocol meets with the government's approval if, let's

10:18AM 16  just say, the next hurricane hits and the bonnet blows away or

10:18AM 17  something, whatever, you would agree that neither of those

10:18AM 18  parties would be held responsible under those circumstances.

10:18AM 19        MR. O'ROURKE:  This is Steve O'Rourke, Your Honor.

10:18AM 20        Assuming you entered those protocols as an order or

10:18AM 21  Judge Barbier entered them as an order, then of course

10:18AM 22  we would look at them.

10:18AM 23        THE COURT:  Okay.  Well, let's expect that that would be

10:18AM 24  entered as an order.

10:18AM 25        CAPTAIN ENGLEBERT:  Your Honor, this is

10:19AM 1   Captain Englebert.

10:19AM 2            I have one very strong concern.  If we allow the

10:19AM 3   parties to view the evidence as it is today and we allowed them

10:19AM 4   to go through the 15th of July, as was mentioned, I am now very

10:19AM 5   concerned about the timeline, and, obviously, I'm very actively

10:19AM 6   concerned about the preservation of the body of the blowout

10:19AM 7   preventer and the body of the lower marine riser package so that

10:19AM 8   I can ask DNV to coordinate taking down the temporary structure.

10:19AM 9            So if the parties do not need DNV to be here and

10:19AM 10  they want to visit before the 8th of July, I would be able to

10:19AM 11  support that type of visit as long as they give me three working

10:19AM 12  days to do so.  If the parties believe that DNV needs to be here,

10:20AM 13  then you heard Mr. Kenney say or Dr. Kenney say that the 7th and

10:20AM 14  the 8th was the soonest that he was available.  The longer that

10:20AM 15  this discussion stretches out, the more concern there is as we

10:20AM 16  move into August.

10:20AM 17       THE COURT:  Right.  I understand that.  I'm concerned

10:20AM 18  about it as well.

10:20AM 19            Mark, were you trying to speak?

10:20AM 20       MR. COHEN:  Yes, very briefly, Judge.  I didn't mean to

10:20AM 21  suggest that the lead investigator needed to be present for DNV

10:20AM 22  or that any DNV personnel need to be present if it's visual only.

10:20AM 23  I don't see why DNV has to be present at all.  But if somebody

10:20AM 24  needs to be there, we do have the assistant deputy project

10:20AM 25  manager, Mr. Nidd, who has been at the location almost

10:20AM   1   perpetually for the last few months, and perhaps he would be

10:20AM   2   persuaded to do whatever DNV had to do, if they had to do

10:21AM   3   anything at all, which I think is doubtful for a visual.

10:21AM   4           THE COURT:  Okay.  So I guess the message is from the

10:21AM   5   Captain that the sooner the better, guys, because we're going to

10:21AM   6   develop this preservation protocol ASAP, and the Captain wants

10:21AM   7   the protocol implemented so she can go ahead and take down the

10:21AM   8   temporary structure and move the preserved items to the field.

10:21AM   9           Do I have that right, Captain?

10:21AM  10           CAPTAIN ENGLEBERT:  Your Honor, until the very last

10:21AM  11   part -- [inaudible due to screeching audio feedback sound].

10:21AM  12           THE COURT:  I'm sorry, Captain.

10:21AM  13           CAPTAIN ENGLEBERT:  -- might be something that BP

10:21AM  14   suggested as a parallel.

10:21AM  15           THE COURT:  Right, right.

10:21AM  16           CAPTAIN ENGLEBERT:  I believe that they are going to see

10:21AM  17   that that idea is class prohibitive, so I don't want to put

10:21AM  18   anybody's hopes up.

10:21AM  19           THE COURT:  Well, the point being that you want to take

10:21AM  20   the temporary structure down, and before doing that, you want to

10:22AM  21   make sure that the preservation protocol has been implemented?

10:22AM  22           CAPTAIN ENGLEBERT:  Exactly, Your Honor.

10:22AM  23           THE COURT:  Okay.  So everybody understands that the

10:22AM  24   sooner the better, if you want an expert to look at it, bring

10:22AM  25   them in.

10:22AM 1          Okay.  Is there anything else on the preservation

10:22AM 2  of the BOP that we need to speak about today?

10:22AM 3          MS. KENNEALY:  Your Honor, this is Heather Kennealy.

10:22AM 4          If I can just put in -- I'm sorry, I have the phone

10:22AM 5  on mute, but the only thing I ask -- and this is just to make

10:22AM 6  sure everyone is clear -- that the parties who want to do the

10:22AM 7  visual, they coordinate amongst themselves one date and then send

10:22AM 8  their names, like, together, one name to Captain Englebert, if

10:22AM 9  they could cc me on that, that would be appreciated so we are all

10:22AM 10 on the same page of when that is going to happen.

10:22AM 11         THE COURT:  Absolutely.  We will make sure that that is

10:22AM 12 part of what we undertake to accomplish.

10:22AM 13         Now, we're going to have a further conference on

10:23AM 14 Tuesday, the 28th.  Of course, my notes don't say what time.

10:23AM 15         THE CLERK:  8:30.

10:23AM 16         THE COURT:  8:30 a.m. everybody get your pens and paper

10:23AM 17 out.  Dial-in information is as follows:  Dial in 888-684-8852,

10:23AM 18 access code 6331546, and then your security code is 62811.

10:23AM 19         Did everybody get that or do you want me to repeat?

10:23AM 20         All right.  Okay.  Phone participants that are here

10:23AM 21 only for the preservation issue, you are free to go.  I

10:24AM 22 appreciate your participation very much.

10:24AM 23         MS. HIMMELHOCH:  Your Honor, this is Sarah Himmelhoch.

10:24AM 24         May I be presumptuous for a moment and ask whether

10:24AM 25 you plan to address any discovery issues for the United States?

10:24AM 1    I have a plane I hope to catch home.

10:24AM 2             THE COURT:  Well, Sarah, I don't agree that you should

10:24AM 3    be able to go home, so I'm going to put you at the end of the

10:24AM 4    schedule.

10:24AM 5             Let me see where you are on my list.

10:24AM 6             THE CLERK:  15.

10:24AM 7             THE COURT:  Number 15.  Let me see, Sarah.

10:24AM 8             All right.  Sarah, I need an update.

10:24AM 9             MS. HIMMELHOCH:  Well, we have served formal responses

10:24AM 10   now to all of the discovery requests that we have been given.

10:24AM 11   We're implementing the first term as identified in the formal

10:25AM 12   responses, so our productions are about to get bigger each week

10:25AM 13   as we finally have the responses to the search terms.

10:25AM 14            We are committed as much as humanly possible to

10:25AM 15   complete all event-related productions by July 31st and hopefully

10:25AM 16   before then.  We've already done a significant amount of

10:25AM 17   event-related production and source control and quantification

10:25AM 18   production to be completed by August 31st.  These are

10:25AM 19   aspirational, and we have -- we're going to do everything we can

10:25AM 20   to meet them, but we are not convinced we are going to be a

10:25AM 21   hundred percent compliant, but these are the dates we're working

10:25AM 22   towards.

10:25AM 23            We're not holding off on source control and

10:25AM 24   quantification information.  We're producing that simultaneously,

10:25AM 25   but to the extent we have to give priority, we're obviously

10:25AM 1   giving priority to event-related data.

10:25AM 2              We -- I believe BP remains concerned about the fact

10:25AM 3   that we are not agreeing to go to the White House to search for

10:26AM 4   communications; although, we are searching for communications

10:26AM 5   with the Executive Office to the President in each of the

10:26AM 6   agencies filed.  So I don't know that that's ripe for you to

10:26AM 7   consider yet, but that remains an open issue.

10:26AM 8              With the Anadarko and MOEX parties, I believe it

10:26AM 9   remains an open issue as to whether or not we need to begin post

10:26AM 10  incident discovery at this time, and as I said to you, our

10:26AM 11  position is we -- on both of those, it's simply a matter of we

10:26AM 12  cannot do it all.

10:26AM 13             We don't believe it's appropriate either to go to

10:26AM 14  the Executive Office of the President because there is relevant

10:26AM 15  communications that would have affected what was done during the

10:26AM 16  event and during the response will be found in the agency's

10:26AM 17  files, and the burden of going to the White House or the

10:26AM 18  Executive Office of the President is great, and the same thing

10:26AM 19  with respect to post incident information in that we just -- we

10:26AM 20  can't, we physically cannot process, gather, identify all of that

10:27AM 21  information at the same time we're doing event and source

10:27AM 22  control.

10:27AM 23             I don't believe there is anything ripe for you at

10:27AM 24  this point in time.  I think the parties are still talking, but

10:27AM 25  those are the open issues with respect to the United States

10:27AM 1   production.

10:27AM 2              I have good news on the sampling issue I kept

10:27AM 3   warning you would be bubbling up, and that is that we reached an

10:27AM 4   agreed-upon order which we have proposed to Judge Barbier.  It is

10:27AM 5   an unopposed motion, so I don't think there will be anything for

10:27AM 6   you to do on the sample preservation issue.

10:27AM 7              So I think it's all good news, with the slight

10:27AM 8   exception of those two issues that we're still working on with

10:27AM 9   the defendant.

10:27AM 10             THE COURT:  Great.  Thank you, Sarah.

10:27AM 11             Andy wants to comment real quickly on something you

10:27AM 12  said.

10:27AM 13             MR. LANGAN:  Yes, Your Honor.  Andy Langan for BP.

10:27AM 14             I appreciate Sarah laying out what are some open

10:27AM 15  issues.  I heard a little bit of argument in there about the

10:27AM 16  scope obligations that the United States has, and I just wanted

10:27AM 17  to make the point that the issue about searching the Executive

10:28AM 18  Office of the President is a very important issue for BP.  We

10:28AM 19  want to be heard on it, and what we will present, we believe

10:28AM 20  there is substantial reason to believe there is relevant and

10:28AM 21  responsive material that's important to the defense of the case

10:28AM 22  to us, and I just -- I didn't want to Sarah's argument to go

10:28AM 23  unrebutted.  We want to be heard on this in due course.

10:28AM 24             THE COURT:  It sounds like you better start working on

10:28AM 25  your letter to me.

10:28AM 1          MR. LANGAN:  Very good.  We're good at that.  And we
10:28AM 2  will.
10:28AM 3          MR. FITCH:  Judge, I'm Tony Fitch, representing
10:28AM 4  Anadarko.
10:28AM 5              We respectfully share in that concern, and we're
10:28AM 6  even more concerned about this, quote, aspirational, close quote,
10:28AM 7  for August 31 cap and containment or source control production.
10:28AM 8              The United States has been in the case from the
10:28AM 9  get-go and all of the defendants and others have been --
10:29AM 10         THE COURT:  You're doing what George Bush used to do.
10:29AM 11         MR. FITCH:  I apologize.  -- more than the patient about
10:29AM 12  the very slow production with respect to Phase I documents.  They
10:29AM 13  are aspirational.  They are hoping to get Phase I related
10:29AM 14  documents due to us at the end of Phase I expert discovery, and
10:29AM 15  the end of most of Phase I discovery.
10:29AM 16             No one has gone crazy about that, but this is a
10:29AM 17  problem, and we hope that the Court will admonish the government
10:29AM 18  that this problem of relation should not take place with respect
10:29AM 19  to the stuff that the government is even more than involved in,
10:29AM 20  the source control stuff.
10:29AM 21         MS. HIMMELHOCH:  This is Sarah Himmelhoch.
10:29AM 22             I will just respond quickly.  We have begun
10:29AM 23  production and we are working -- we have done a great deal of
10:29AM 24  staging so that we were ready to search for and produce when we
10:29AM 25  received the request, but there has been a period of negotiation

10:29AM  1   that happens after any extremely broad set of discovery requests,
10:30AM  2   and I, you know, we prioritize that which could get out the door
10:30AM  3   right away.  We've made massive productions already.  We're
10:30AM  4   making additional productions on a weekly basis.  As I said,
10:30AM  5   we're going to work as fast as we can with the resources that
10:30AM  6   Congress has given us to make these productions.
10:30AM  7            What I'll say to you is I'm not sure we could do it
10:30AM  8   faster even if you ordered us to do it.  But if Anadarko has
10:30AM  9   particular things that they wish to talk to us about, we've had a
10:30AM 10   good track record of working issues out, and we will continue to
10:30AM 11   work on that and narrow the issues we have to present to you.
10:30AM 12            But search control documents are coming out now,
10:30AM 13   too.  We've already produced the secretary's e-mails, we've
10:30AM 14   produced a great deal of information from one of the national
10:30AM 15   laboratories.  The remaining information is being privilege
10:30AM 16   reviewed right now and should be out the door in a relatively
10:30AM 17   near time frame.
10:30AM 18            So it's not as though the flow rate and source
10:31AM 19   control documents are not coming, it's just that I'm not going to
10:31AM 20   tell you I'm done until I'm fairly confident I'm done, and I
10:31AM 21   don't think I'm going to be able to say I'm completely done until
10:31AM 22   after we've made sure we're completely done on the event-related
10:31AM 23   data.
10:31AM 24            THE COURT:  All right.  Thank you.
10:31AM 25            What time is your plane?

10:31AM  1          MS. HIMMELHOCH:  It's in 20 minutes.  So I greatly

10:31AM  2     appreciate you putting me at the front of the line.  I am

10:31AM  3     grateful.

10:31AM  4          THE COURT:  Go run for the plane and we'll presumably

10:31AM  5     talk to you next conference.

10:31AM  6               Tony, if you have anything in particular you want

10:31AM  7     to talk to Sarah about as far as priority, why don't you give her

10:31AM  8     a call?

10:31AM  9          MR. FITCH:  I certainly understand that, Judge.

10:31AM 10          THE COURT:  Thank you.

10:31AM 11          MS. HIMMELHOCH:  Thank you, Your Honor.

10:31AM 12          THE COURT:  Bye-bye.

10:31AM 13               Just by way of update, we have completed the DNV

10:32AM 14     Phase II testing as of this past Wednesday.  All results from the

10:32AM 15     testing and through the completion of the testing have been

10:32AM 16     turned over to KPMG.  We think it's going to come out by today.

10:32AM 17     If there is a problem, somebody call it to our attention, but we

10:32AM 18     think we're on schedule and it's going fine.

10:32AM 19               Copies of the CDs downloaded from the four SEMS

10:32AM 20     will be marked *highly confidential*, and they will be distributed

10:32AM 21     by KPMG.  Everybody please note that those are highly

10:32AM 22     confidential and are to be maintained that way.  I wanted to

10:32AM 23     particularly thank the people who participated in our morning

10:33AM 24     conferences to get the testing done.  It was really quite helpful

10:33AM 25     to have everybody cooperatively work to get it done, and I know

10:33AM 1   appreciate it.

10:33AM 2              Last, but not least, is David Baay on the phone?

10:33AM 3        MR. ROBERTS:  I don't know if David is on the phone, but

10:33AM 4   he's with my office.

10:33AM 5        THE COURT:  We will skip David's report.  I think the

10:33AM 6   information that he had from the Phase I testing, he was

10:33AM 7   distributing it and it appeared to be on target as well.

10:33AM 8              All right.

10:34AM 9        MR. MILLER:  I think it was done at the end of last

10:34AM 10  week.

10:34AM 11       THE COURT:  Kerry reports that he thinks all of that was

10:34AM 12  distributed last week, so that's the update report on that.

10:34AM 13             On Cameron's objections to the United States

10:34AM 14  withholding some of the information that DNV is the custodian of,

10:34AM 15  we're going to look at that and get a ruling out hopefully pretty

10:34AM 16  shortly.  I guess that also relates to DNV's 30(b)(6) deposition,

10:34AM 17  which is coming up shortly as well.

10:34AM 18             June and July depositions.  Let's see.  Let's start

10:34AM 19  going through our witnesses.  We've got Mark Alberty,

10:34AM 20  A-L-B-E-R-T-Y.

10:34AM 21       MR. LANGAN:  Andy Langan for BP, Your Honor.

10:34AM 22             I have information about him, and if you want me to

10:35AM 23  run some other -- through some others.

10:35AM 24       THE COURT:  I think I'm just going to stay in order so I

10:35AM 25  don't get confused, if you don't mind.

10:35AM 1          MR. LANGAN:  Very good.

10:35AM 2              July 25th and 26th can be marked down for

10:35AM 3   Mr. Alberty as tentative.  He also has availability in early

10:35AM 4   August, but I know we're trying to stick with the July 31st date.

10:35AM 5   So 25, 26 of July.

10:35AM 6          THE COURT:  Great.

10:35AM 7          MR. LANGAN:  In New Orleans, I believe.

10:35AM 8          THE COURT:  That's great.

10:35AM 9              Stay up.  I think you're going to be a recurring

10:35AM 10  issue on our -- next up was Chevron?

10:35AM 11         MR. LANGAN:  Yes.  Your Honor, we have connected with

10:35AM 12  Chevron's corporate law department.  We've had a productive

10:35AM 13  conversation.  My understanding is that they intend to cooperate

10:35AM 14  in this endeavor and they are working on the dates.  Also in

10:35AM 15  trying to -- we sent them a draft subpoena, I think, that we're

10:35AM 16  working with them on.  They are talking about August.  We're

10:35AM 17  trying to push a little on that, but I don't have a date or a

10:35AM 18  witness, but it sounds like they are going to cooperate.

10:36AM 19         THE COURT:  Good.  It sounds like good progress.  If

10:36AM 20  there has to be an August date, does everybody believe that

10:36AM 21  Chevron is necessary to expert reports?  We have them on before

10:36AM 22  July 31st, so presumably someone thinks Chevron is necessary.

10:36AM 23         MR. HERMAN:  Steve Herman for the PFC.

10:36AM 24              I think our expert reports are up first, and I

10:36AM 25  don't think we're going to need the Chevron depo for our expert

10:36AM 1    reports.

10:36AM 2         THE COURT:  Does anybody else think that Chevron is

10:36AM 3    necessary to expert reports?  Phase I expert reports?

10:36AM 4         MR. LANGAN:  Your Honor, Andy Langan.  I think it may

10:36AM 5    be, but since our expert reports are not due until later in the

10:36AM 6    schedule, I talked to some of my colleagues and we felt like an

10:36AM 7    early August dep won't present a huge problem for us.

10:36AM 8         THE COURT:  Well, if that's the case, we would be

10:36AM 9    willing to consider August, especially if the PSC doesn't need

10:37AM 10   it.

10:37AM 11        Okay.  You're still up, Andy.  Mike Daly.

10:37AM 12        MR. LANGAN:  Yes, Your Honor.  I don't have a date for

10:37AM 13   Mr. Daly, but we have spoken to his counsel.  One thing I do want

10:37AM 14   to note, I don't know if I left the Court with the impression

10:37AM 15   that he's in New Orleans.  He's actually in UK.

10:37AM 16        Now, with that in mind -- with that in mind, our

10:37AM 17   first goal is to try to get him slotted in around the time

10:37AM 18   Mr. Inglis is going to be deposed.  So there is -- to try to

10:37AM 19   leverage some efficiencies there in that week of July 18th.  So

10:37AM 20   that's our aspirational goal.

10:37AM 21        THE COURT:  Mr. Sterbcow is giving you a funny-looking

10:37AM 22   face.

10:37AM 23        MR. STERBCOW:  I missed the name.

10:37AM 24        THE COURT:  The face doesn't get on the transcript,

10:37AM 25   Paul, so...

| | | |
|---|---|---|
| 10:37AM | 1 | I think that makes sense, Andy. |
| 10:37AM | 2 | MR. LANGAN:  We're trying to. |
| 10:37AM | 3 | THE COURT:  Good.  So we'll carry him over to next week. |
| 10:38AM | 4 | MR. HERMAN:  Who is the witness? |
| 10:38AM | 5 | MR. LANGAN:  Mike Daly. |
| 10:38AM | 6 | THE COURT:  Mike Daly, D-A-L-Y. |
| 10:38AM | 7 | Andy, I think you're down for a minute. |
| 10:38AM | 8 | MR. LANGAN:  You don't want to hear about Trent Fleece? |
| 10:38AM | 9 | THE COURT:  All right.  Trent Fleece. |
| 10:38AM | 10 | MR. LANGAN:  July 20th. |
| 10:38AM | 11 | THE COURT:  Trent Fleece. |
| 10:38AM | 12 | MR. LANGAN:  F-L-E-E-C-E. |
| 10:38AM | 13 | THE COURT:  F-L-E-E-C-E is July 20th.  That's not going |
| 10:38AM | 14 | to be a busy day. |
| 10:38AM | 15 | MR. LANGAN:  Your Honor, while I'm up, I just wanted to |
| 10:38AM | 16 | note, and I think this has been pointed out before, Mr. Harrell, |
| 10:38AM | 17 | the next one on the list, is really July 12th, not July 11th. |
| 10:38AM | 18 | That was discussed, and I think Mr. Miller agrees |
| 10:38AM | 19 | it's a one-day -- probably a five-day dep, I believe, on |
| 10:38AM | 20 | July 12th. |
| 10:38AM | 21 | THE COURT:  Okay. |
| 10:38AM | 22 | MR. LANGAN:  The order just has a typo, that's all. |
| 10:38AM | 23 | THE COURT:  Next up was the DNV 30(b)(6) deposition. |
| 10:39AM | 24 | We've got it scheduled.  We want to confirm that everybody thinks |
| 10:39AM | 25 | that the witness' fees are reasonable and no one has a problem |

10:39AM 1 with that.  We have been told that each witness will charge

10:39AM 2 $3,300 per day.

10:39AM 3          Sounds like we have no objections, so, Mark, I'm

10:39AM 4 confirming that to you.

10:39AM 5      MR. COHEN:  Thank you, Judge, and that's approximate.

10:39AM 6 As with Mr. McKay, if the actual expense comes in lower, of

10:39AM 7 course, that's all it will be, and thank you for everybody's

10:39AM 8 attention and cooperation on this.

10:39AM 9      THE COURT:  Now, Mark, the next thing I want to talk

10:39AM 10 about is your letter raises the issue of being able to call in at

10:39AM 11 a time when a DNV witness is instructed not to answer.  Rather

10:40AM 12 than doing that, I anticipate that my ruling on production of

10:40AM 13 documents will also cover testimony.  So hopefully --

10:40AM 14      MR. COHEN:  Your Honor, that's fine, and I really only

10:40AM 15 raise that to expedite the process and, of course, to protect my

10:40AM 16 client from having to return for a third day, but if the Court is

10:40AM 17 confident that the ruling will sort it out, I'm content, of

10:40AM 18 course, and wish to be excused.

10:40AM 19      THE COURT:  Well, I'm not confident -- I'm never

10:40AM 20 confident, but I'm hopeful that my ruling on document production

10:40AM 21 with an expedited date to appeal to Judge Barbier will take care

10:40AM 22 of most of that.

10:40AM 23      MR. COHEN:  Yes, Your Honor.  So with that in mind, in

10:41AM 24 the unlikely event that someone were, I guess it would only be

10:41AM 25 the United States since the United States directed a DNV --

10:41AM 1    [inaudible due to unidentified speaker on the phone talking over

10:41AM 2    Mr. Cohen] to answer a question during the testimony--

10:41AM 3            THE COURT:  Hold on.  Hold on, Mark.  Is somebody on the

10:41AM 4    line that's having a separate conversation?

10:41AM 5                 Thank you for concluding your separate

10:41AM 6    conversation.

10:41AM 7                 Okay.  Mark, go ahead and repeat what you just

10:41AM 8    said.

10:41AM 9            MR. COHEN:  Yes, Your Honor.  Simply by way of

10:41AM 10   deposition mechanics, following the Court's ruling and the period

10:41AM 11   for appeal, in the unlikely event that some -- that the

10:41AM 12   United States were to instruct the DNV witness not to answer one

10:41AM 13   or more questions at the deposition, of course, we would promptly

10:41AM 14   seek the Court's relief for reasons stated in the letter.

10:41AM 15           THE COURT:  I'm not suggesting that I won't be available

10:41AM 16   for such a thing.  What I am suggesting is hopefully we will

10:42AM 17   reduce or entirely pretermit the need to call me, is all I'm

10:42AM 18   suggesting.

10:42AM 19           MR. COHEN:  Yes, Your Honor, and I appreciate that

10:42AM 20   that's all the Court can say at this time, so long as the Court

10:42AM 21   is aware that it's possible we might call.

10:42AM 22           THE COURT:  Right.  Right.

10:42AM 23           MR. COHEN:  That concludes our business on this point.

10:42AM 24           THE COURT:  Right.  If I'm not in the office, I guess

10:42AM 25   you'll just muddle along, right?

10:42AM  1          MR. COHEN:  Yes, Your Honor.

10:42AM  2          THE COURT:  Okay.  Phil, have you got something to say?

10:42AM  3  Please speak up so the phone people can hear you.

10:42AM  4          MR. WITTMANN:  Yes, Your Honor.  I wanted to speak to

10:42AM  5  your order yesterday regarding the additional 30(b)(6) topics in

10:42AM  6  the deposition of BP.

10:42AM  7          THE COURT:  The deposition of DNV?

10:42AM  8          MR. WITTMANN:  No, not the DNV, the deposition topics of

10:42AM  9  BP.

10:42AM 10          THE COURT:  Oh, I'm sorry.

10:42AM 11          MR. WITTMANN:  We're talking about 30(b)(6), I thought I

10:42AM 12  would raise it up.  I could wait until later.

10:42AM 13          THE COURT:  No, go ahead and raise it, Phil.  What is

10:42AM 14  it?

10:43AM 15          MR. WITTMANN:  Your Honor, your order left out the

10:43AM 16  identification of the wells drilled with the BOPs we were dealing

10:43AM 17  with.  I thought that BP frankly had agreed to that topic.  I

10:43AM 18  don't know if anyone from BP can address on it the line, but that

10:43AM 19  was left out of your order.  I think we agreed with BP that we

10:43AM 20  could go into the number of wells drilled using those BOPs.

10:43AM 21          THE COURT:  I don't have the order in front of me, Phil.

10:43AM 22  If you would be so kind as to talk to opposing counsel that you

10:43AM 23  were dealing with on those topics and see what you believe was

10:43AM 24  left out, and then just if you all will report to me about what

10:43AM 25  the problem is, I'll be glad to look at it.

10:43AM 1          MR. WITTMANN:  I'll be happy to talk to Mr. Duffy.

10:43AM 2          MR. LANGAN:  That would be great, Your Honor.  Mr. Duffy

10:43AM 3   couldn't be here or on the phone.  He sends his regrets.  But I'm

10:43AM 4   sure he'll be happy to talk with Mr. Wittmann.

10:43AM 5          THE COURT:  Tell him I send him my regrets.

10:43AM 6          MR. LANGAN:  Very good.  Thank you, Your Honor.

10:43AM 7          THE COURT:  Phil, just talk to Tim and see if we've

10:43AM 8   dropped something.  If we have, we'll be glad to look at it.

10:44AM 9          MR. WITTMANN:  Thank you, Judge.

10:44AM 10         THE COURT:  Thank you.  I appreciate it.

10:44AM 11             The parties appear to have agreed that Mr. Ishii,

10:44AM 12  I-S-H-I-I, will not be deposed with regard to the alter ego or

10:44AM 13  veil piercing issue, which I appreciate you working out, and then

10:44AM 14  what I wanted to get was an update on the Japanese translation,

10:44AM 15  just to make sure we're in gear and ready to produce

10:44AM 16  translations.

10:44AM 17         MR. O'ROURKE:  Your Honor, this is Steve O'Rourke.

10:44AM 18             We have our translating contractor trying to

10:44AM 19  compile whatever has been finished.  I can't promise that we have

10:44AM 20  gone through that many of the documents.  I think about 300 have

10:44AM 21  been translated, which is not a high percentage of the MOEX

10:45AM 22  documents.

10:45AM 23         THE COURT:  I'm sorry, it is a high percentage or it

10:45AM 24  isn't, Steve?

10:45AM 25         MR. O'ROURKE:  I believe it's not a high percentage.

10:45AM 1   Some of it is being done by machine translation, but the better

10:45AM 2   job is getting done by human translation.  I think we have about

10:45AM 3   300.  We're willing to share them, we're just trying to get them

10:45AM 4   organized and get them off to everybody by next Monday, like you

10:45AM 5   told us to do.

10:45AM 6          THE COURT:  Okay.

10:45AM 7          MR. PRITCHARD:  This is John Pritchard for MOEX.

10:45AM 8            If you have translations already -- and we're

10:45AM 9   talking about that large a number of them -- I would appreciate

10:45AM 10  it very greatly if we could get copies of what you have already

10:45AM 11  translated today so that we could get to, you know, making an

10:45AM 12  assessment of whether we have any problems with their accuracy

10:45AM 13  and working those out with you.

10:45AM 14         MR. O'ROURKE:  Well, I can't commit to that because I

10:45AM 15  don't know the status of how the collecting of those is going,

10:45AM 16  but I can say if it's not difficult, then we're willing to do it.

10:46AM 17         THE COURT:  Steve, I hate to ask you, but could you

10:46AM 18  speak up when you speak?  We're having a difficult time hearing

10:46AM 19  you.

10:46AM 20         MR. O'ROURKE:  Sorry, Judge.  This is Steve O'Rourke.

10:46AM 21          What I said was I can't commit to giving the papers

10:46AM 22  over today because I don't personally know the status of how it's

10:46AM 23  going collecting them, but I said if it turns out that it's not a

10:46AM 24  big problem, then we'll do it, but since you gave us a Monday

10:46AM 25  deadline, you know how it goes.

10:46AM  1          THE COURT:  Right.  I do know how it goes.  If we

10:46AM  2  possibly can get what has been done out, that will be very

10:46AM  3  helpful to MOEX.  I'm not going to order you to, but you know

10:46AM  4  these rolling productions are always helpful.

10:46AM  5          MR. O'ROURKE:  I will see what we can do.

10:46AM  6          THE COURT:  Great.  Thank you.

10:46AM  7          MR. O'ROURKE:  Thank you.

10:46AM  8          MR. PRITCHARD:  Thank you.

10:46AM  9          THE COURT:  I don't even want to take this one up.

10:46AM 10  Cal Jassal, J-A-S-S-A-L.  Let me tell you my reaction, guys, and

10:46AM 11  then you all can pounce on me.  My reaction is that the area of

10:47AM 12  inquiry -- which is area Number 1; is it not?

10:47AM 13              It doesn't really matter.

10:47AM 14          MR. HERMAN:  Yes, Your Honor.

10:47AM 15          THE COURT:  It doesn't really matter.

10:47AM 16              -- is based on risk assessment documents; is that

10:47AM 17  correct?

10:47AM 18          MR. HERMAN:  To a large extent, it's the documents and

10:47AM 19  how they either were or weren't applied with respect to the

10:47AM 20  *Deepwater Horizon*.

10:47AM 21          THE COURT:  Okay.  Now, here is my thought, guys:  We

10:47AM 22  don't have any issue relative to authenticity.  The documents are

10:47AM 23  what the documents are.  He is not the only deponent, as I

10:47AM 24  understand it, for topic Number 1.  You've got another guy coming

10:47AM 25  up as well.

10:47AM 1          MR. LANGAN:  Your Honor, Andy Langan for BP.

10:47AM 2               I would need to confirm that fact.

10:48AM 3          THE COURT:  I thought this morning -- look, we have

10:48AM 4  somebody who wants to talk about it.

10:48AM 5          MR. LANGAN:  We can check.  We could check.

10:48AM 6          THE COURT:  I saw that this morning in my multiple

10:48AM 7  mounds of paper.  I'm not sure I could put my hands on it, but

10:48AM 8  here's my thought, guys:  First of all, we've got a finite set of

10:48AM 9  risk assessments over which there is no contest.  I believe we

10:48AM 10 have two designees as to this topic.  If I'm correct, then

10:48AM 11 one day for Mr. Jassal and one day for this other guy should be

10:48AM 12 more than sufficient.

10:48AM 13              I'm inclined to say if I'm wrong and there is not a

10:48AM 14 second designee, I still would tend to believe that one day

10:48AM 15 should be sufficient because the documents say what they say, and

10:49AM 16 the man will either say, I didn't disseminate it and here is why,

10:49AM 17 or I did disseminate it and here is why.  I just can't see that

10:49AM 18 it's going to be a two-day deposition.

10:49AM 19         MR. LANGAN:  Your Honor, you remember my partner,

10:49AM 20 Kerry Karis.

10:49AM 21         THE COURT:  I do very well.  Good morning.

10:49AM 22         MS. KARIS:  Good morning, Your Honor, Carrie Karis.

10:49AM 23              I believe, and I will confirm this, that there are

10:49AM 24 actually two separate components on two very similar topics.  So

10:49AM 25 with respect to topic one, I do believe Mr. Jassal will be our

10:49AM 1    only witness on that topic.  Previously we had designated

10:49AM 2    Mr. Sprague, and as a result of some additional information, we

10:49AM 3    designated Mr. Jassal in lieu of Mr. Sprague.

10:49AM 4                Topic Number 18 --

10:49AM 5                THE COURT:  Which is what?

10:49AM 6                MS. KARIS:  Which concerns risk assessment with respect

10:49AM 7    to Macondo and certain risk registering related decisions made

10:49AM 8    with respect to risk assessment tools at the Macondo is a

10:50AM 9    different deponent, Mr. Cowie, who is scheduled to be deposed

10:50AM 10   next week.

10:50AM 11               THE COURT:  How do you we spell Cowie?

10:50AM 12               MS. KARIS:  C-O-W-I-E.  He is one of the London

10:50AM 13   depositions.

10:50AM 14               THE COURT:  So he is risk assessment specific to the

10:50AM 15   Macondo well versus Mr. Jassal, who is risk assessment for

10:50AM 16   drilling exploration and production of the Macondo well, right?

10:50AM 17               MS. KARIS:  The first one appears to be focused more on

10:50AM 18   risk assessment with respect to drilling completions in the

10:50AM 19   Gulf of Mexico.  The second one, at least as best we can tell,

10:50AM 20   appears to be focused on Macondo rather than Gulf of Mexico in

10:50AM 21   particular.

10:50AM 22               The one point that I would like to add that touches

10:50AM 23   on what Your Honor previously identified is there has been

10:50AM 24   numerous witnesses questioned about these exact same documents

10:50AM 25   and what they know with respect to these topics, and so I

10:51AM 1    couldn't concur more that one day should be more than enough,

10:51AM 2    unless we turn it into an exercise of asking people to read into

10:51AM 3    the record documents for which I suspect there will be absolutely

10:51AM 4    no issue on authenticity.  So given --

10:51AM 5         THE COURT:  Well, I know you all gave me a lot of stuff

10:51AM 6    on this, and I've read it all, but everybody is going to

10:51AM 7    stipulate to the authenticity of these documents and presumably,

10:51AM 8    the admissibility; although, I'm not going to go there because I

10:51AM 9    think BP is going to reserve its rights on that, so we've got

10:51AM 10   these documents presumably so big, right?  We go through them,

10:51AM 11   and you ask your questions.  You don't need to read anything into

10:51AM 12   the record.  The documents are what the documents are.  He is

10:51AM 13   going to agree that that's what the document says.  Just ask him

10:52AM 14   your questions about did you publish this?  Did you not publish

10:52AM 15   this?  Why did you not publish it?  How can that be more than a

10:52AM 16   day?  I've read how it is you think it could be more than a day.

10:52AM 17        MR. HERMAN:  Steve Herman for the PSC, and I'll give it

10:52AM 18   a shot, but with the disclaimer that Mr. Watts could probably

10:52AM 19   explain this much better than I can.

10:52AM 20        THE COURT:  Yes, I've read Mr. Watts' e-mail.

10:52AM 21        MR. HERMAN:  But my superficial understanding is that

10:52AM 22   there are a number of different types of risk assessments that

10:52AM 23   could have been performed or that were performed by BP at

10:52AM 24   different locations at different times, some of which before --

10:52AM 25   occurred before BP went through this, changed -- Mr. Hayward

10:52AM 1    talked about where they tried to incorporated the OMS, some of

10:52AM 2    which were incorporated after.

10:52AM 3            Then with respect to the Gulf of Mexico itself, you

10:53AM 4    have apparently some changes that got applied to vessels that

10:53AM 5    were, or operations that were BP owned, like a stationary

10:53AM 6    platform, for example, versus where they had a rig that was

10:53AM 7    chartered, such as with the *Deepwater Horizon*.

10:53AM 8            So it's not necessarily, to my understanding, a

10:53AM 9    situation where they have a stack of documents that is the MAR,

10:53AM 10   the whatever it is, the -- you know, I don't know all the names

10:53AM 11   of them, whatever they are in the notice -- for the Macondo and

10:53AM 12   they could just stipulate that that's true.

10:53AM 13           I think the importance of the inquiry is, you have

10:53AM 14   all of those ways at your disposal to do different types of risk

10:53AM 15   assessments.  We have references to different types of documents,

10:53AM 16   in some cases we have exemplars of these documents, what does

10:53AM 17   this mean, what are these types of risk assessments, to what

10:54AM 18   extent were they done with respect to Macondo, but more

10:54AM 19   importantly, for all of the things that weren't done with respect

10:54AM 20   to Macondo, what could have been done and what we'll argue is

10:54AM 21   what should have been done.

10:54AM 22           My understanding is, the reason why we thought we

10:54AM 23   would only need one day for this but now we need two is that we

10:54AM 24   thought that Baxter was, to a large extent, the guy.  It turned

10:54AM 25   out, when we went to take Mr. Baxter's deposition in London, that

10:54AM 1   apparently he wasn't the guy, at least with respect to the

10:54AM 2   Gulf of Mexico or with respect to Macondo or both, and a lot of

10:54AM 3   that type of inquiry that we expected to do with Mr. Baxter, we,

10:54AM 4   A, didn't have the documents because they weren't part of his

10:54AM 5   custodial files, and/or B, he just said, I don't know, I don't

10:54AM 6   know, I wasn't involved in that.  So that's my best argument.

10:54AM 7           THE COURT:  Okay.  Now, how about we do this, how about

10:54AM 8   we go with one day, and I'm going to reallocate time to give the

10:55AM 9   PSC more time?

10:55AM 10          MR. HERMAN:  Thank you, Your Honor.

10:55AM 11          THE COURT:  How do you like that?

10:55AM 12          MR. HERMAN:  It sounds good, Your Honor.

10:55AM 13          THE COURT:  That's what we're going to do.

10:55AM 14          MS. KARIS:  That works.

10:55AM 15          THE COURT:  All right.  Moving right along.

10:55AM 16              Who needs a break?

10:55AM 17              Why don't we take a 10-minute break?  Phone

10:55AM 18  participants, same with you.  We'll be back in about five minutes

10:55AM 19  after the hour.

11:07AM 20          (WHEREUPON, at this point in the proceedings, a brief

11:08AM 21  recess was taken.)

11:08AM 22          THE COURT:  Andy, you're up again.

11:08AM 23          MR. LANGAN:  Andy Langan for BP, Your Honor.

11:08AM 24          THE COURT:  We've got Curtis Jackson.

11:08AM 25          MR. LANGAN:  Confirmed.

11:08AM  1           THE COURT:  Confirmed.  July 21, confirmed.

11:08AM  2           MR. LANGAN:  Right.

11:08AM  3           THE COURT:  So let's take a look.  Yes, we'll take

11:08AM  4  the -- thank you very much.

11:08AM  5           All right.  John Mogford.  We have had a continuing

11:08AM  6  discussion with regard to his fee, and I guess I need to hear

11:08AM  7  from the PSC as to whether they've made a decision on

11:09AM  8  Mr. Mogford.

11:09AM  9           MR. ROY:  Your Honor, Jim Roy for the PSC.

11:09AM 10           Mr. Sterbcow, who cochairs our depo committee,

11:09AM 11  informs me we are deposing him.  With Mogford, Thierens and

11:09AM 12  Jackson, our issue is a discrete -- we need the date, but we

11:09AM 13  also --

11:09AM 14           THE COURT:  We've got a date.  The date is June --

11:09AM 15           MR. LANGAN:  The issue is compensation.

11:09AM 16           THE COURT:  Yes, this is an issue of compensation.  He's

11:09AM 17  down for June 28th and 29th, but we carried over from last week

11:09AM 18  the issue of whether or not the PSC agrees that his fee was

11:09AM 19  acceptable.

11:09AM 20           MR. STERBCOW:  Right, Your Honor, unfortunately, I

11:09AM 21  wasn't here last week.  I wasn't back yet; however, we didn't

11:09AM 22  request him.  We obviously want him.  We're going to pay a fee,

11:09AM 23  so what I wanted to do was talk to Halliburton and Transocean to

11:10AM 24  see about a fee-splitting arrangement, but, you know, we're in

11:10AM 25  the same boat as we are with what's his name out of Houston.

11:10AM 1   We're going to have to deal with it one way or the other if we

11:10AM 2   want a deposition.

11:10AM 3            THE COURT:  Right.  So all systems go.  You'll talk to

11:10AM 4   Halliburton.

11:10AM 5            MR. STERBCOW:  We'll talk to them, because our problem

11:10AM 6   is that his deposition is set for next week, but the lawyer is in

11:10AM 7   London there looking through documents getting ready.  We can't

11:10AM 8   put the brakes on it now.

11:10AM 9            THE COURT:  Okay.  Fine.  That's all we needed to hear.

11:10AM 10           MR. LANGAN:  Andy Langan for BP.

11:10AM 11               In fairness to Mr. Sterbcow, I will tell you my

11:10AM 12  working assumption was that the defendants on the one hand would

11:10AM 13  pay 50 percent of his deposition time and the plaintiffs on the

11:10AM 14  other hand would pay 50 percent.  We have a little fund --

11:10AM 15           MR. FITCH:  Anadarko agrees with that.

11:10AM 16           MR. LANGAN:  We have a little fund that addresses these

11:10AM 17  kinds of things.

11:10AM 18           THE COURT:  It's like a petty cash fund.

11:10AM 19           MR. LANGAN:  Correct, we do.

11:10AM 20           MR. ROY:  Is this fund on the books or off the books?

11:10AM 21           MR. LANGAN:  Most definitely on the books and

11:10AM 22  transparent.  I'm not going to give Mr. Roy any more details.

11:11AM 23           MR. STERBCOW:  We have a fund, too, which is part of my

11:11AM 24  house mortgage.  But that's okay, too.

11:11AM 25           THE COURT:  Is it the first or second house mortgage?

11:11AM 1          Isn't it on the calendar?  Let's look.  It should

11:11AM 2     be on the calendar for next week.

11:11AM 3               THE CLERK:  The 28th and the 29th.

11:11AM 4               THE COURT:  The 28th and the 29th.

11:11AM 5               MR. STERBCOW:  It's a go.

11:11AM 6               THE COURT:  It should be down.  We just wanted to make

11:11AM 7     sure we were okay on the fee arrangement.

11:11AM 8               MR. ROY:  Your Honor, just FYI for the record, we've

11:11AM 9     talked to Andy.  The PSC has made a request to get the Mogford

11:11AM 10    termination agreement that we understand does exist prior to his

11:11AM 11    deposition.

11:11AM 12              THE COURT:  Well, we'd better get cracking.

11:11AM 13              MR. LANGAN:  Your Honor, Andy Langan for BP.

11:11AM 14         Just to give you a little bit of background,

11:11AM 15    obviously Mr. Mogford, we have been talking about scheduling him

11:11AM 16    I really think since February, March.  Yesterday -- and I have a

11:11AM 17    great deal of respect for the PSC and Mr. Roy, so I hope they

11:12AM 18    don't take this personally.  I got, I think, two or three e-mails

11:12AM 19    from them saying, we need this immediately.  The Mogford

11:12AM 20    termination agreement was one, they asked about Curtis Jackson

11:12AM 21    and they asked about a third witness as well, saying they have to

11:12AM 22    have them right now, let us know your position or we're going to

11:12AM 23    go to the judge.

11:12AM 24         With all due respect, why is this suddenly today's

11:12AM 25    emergency?

11:12AM 1      MR. ROY:  Because it just occurred to them.

11:12AM 2      MR. LANGAN:  Okay.  Well, we have to be fair to my

11:12AM 3 client, and we haven't heard about why it's relevant.  These

11:12AM 4 things take a little time to run to ground, and we have other

11:12AM 5 things to do.  So I don't know that it's appropriate for us to be

11:12AM 6 asked to immediately produce stuff when they could have asked us

11:12AM 7 six weeks ago or eight weeks ago.

11:12AM 8      THE COURT:  My comment was start thinking about it

11:12AM 9 immediately, Andy.  Start thinking about it.  If you have a

11:12AM 10 problem with production, let them know and then let's go ahead

11:12AM 11 and get it resolved prior to Mr. Mogford's deposition next week.

11:13AM 12     MR. LANGAN:  Okay.  Very good.

11:13AM 13     MR. ROY:  Exactly, Judge.  It ought to be part of the

11:13AM 14 custodial file no matter what, but regardless, what teed it up is

11:13AM 15 in connection with three separate names because we've also, on an

11:13AM 16 expedited basis, asked Andy to provide us with Thierens' and

11:13AM 17 Curtis Jackson's termination agreements.  So why didn't we ask

11:13AM 18 for Thierens' termination agreement prior to Thierens' deposition

11:13AM 19 in London?  That would have been a reasonable thing.

11:13AM 20          Well, at Thierens, Kerry complained we didn't ask

11:13AM 21 ahead of time for that, and our response was, that's because BP

11:13AM 22 told us in his 30(b)(6) notice that he was still employed by BP.

11:13AM 23 I'm sure it was an innocent error, but that's what it said.  We

11:13AM 24 didn't know until the day of the deposition that he had retired

11:13AM 25 three months earlier.  So we now want to see Thierens' separation

11:13AM 1    agreement, which we believe we're entitled to see what kind of

11:13AM 2    sweeteners were in it, other inducements and clauses, etcetera,

11:13AM 3    etcetera.

11:14AM 4            As for Jackson, it's relevant because we believe he

11:14AM 5    probably had similar compensation and provisions to boot.  So

11:14AM 6    we've made that request too.  Just on the record, we believe

11:14AM 7    we're entitled to it.  If there is a problem, we believe he will

11:14AM 8    advise us timely.

11:14AM 9         THE COURT:  Fair enough.  We'll take that up when and if

11:14AM 10   we need to.

11:14AM 11           All right.  We're going to pass on Dr. Ravi,

11:14AM 12   because Don Godwin is still vacationing in London.

11:14AM 13        MR. YORK:  Your Honor, this is Alan York, who is

11:14AM 14   chuckling over the telephone because the use of word "vacation"

11:14AM 15   and "London" in the same sentence makes me laugh now.

11:14AM 16        THE COURT:  Alan, I just saw your e-mail.  I was hoping

11:14AM 17   one of the benefits of people being in London was that I wouldn't

11:14AM 18   be receiving e-mails from you, but thanks anyway.

11:15AM 19           Okay.  Yes, give Don my best and tell him what I

11:15AM 20   said.

11:15AM 21        MR. YORK:  I will.  Thank you, Judge.

11:15AM 22        THE COURT:  Okay.  We're going to ask the PSC and

11:15AM 23   Transocean whether they've heard from western Siberia on

11:15AM 24   Eddy Redd.

11:15AM 25        MR. STERBCOW:  The PSC has not, Your Honor.

11:15AM 1        MR. MILLER:  That's why I brought these two gentlemen.

11:15AM 2        THE COURT:  We're going to continue to cover him every

11:15AM 3  week, but Mike O'Keefe looked up where the Eurasia Drilling

11:15AM 4  Company is located, and indeed it's western Siberia.

11:15AM 5        MR. MILLER:  It's lovely in the summer.

11:15AM 6        THE COURT:  Exactly.  By the way, it might be near the

11:15AM 7  Caspian Sea, Paul, if you want to go.

11:15AM 8        MR. STERBCOW:  Judge, you told me I can't go.

11:15AM 9        MR. LANGAN:  Your Honor, as long as he promises to stay

11:15AM 10  there when he goes.

11:16AM 11        MR. IRPINO:  We're going to have to redact his face.

11:16AM 12        THE COURT:  All right.  Let's see.  We're going to

11:16AM 13  confirm, and let's take a look to see if we have Tommy Roth

11:16AM 14  confirmed on the calendar for July 25th and 26th.

11:16AM 15        MR. YORK:  Your Honor, this is Alan York for

11:16AM 16  Halliburton.

11:16AM 17        We provided an e-mail, I believe, to the Court and

11:16AM 18  counsel saying that we have made contact with his personal

11:16AM 19  counsel, and that those dates are, in fact, good.

11:16AM 20        THE COURT:  Right.  Alan, I was just looking at the

11:16AM 21  calendar.  We need to take the tentative designation off.

11:16AM 22        MR. STERBCOW:  25 and 26.

11:16AM 23        THE COURT:  25 and 26 is firm.  Confirmed.

11:16AM 24        MR. STERBCOW:  Your Honor, Paul Sterbcow, is he a

11:16AM 25  Fifth Amendment witness?

11:16AM 1          THE COURT:  I don't know.  We've got him down for two

11:16AM 2     days, so the noticing party needs to get a copy of my order to

11:16AM 3     his counsel and instruct him that he is to comply with the order.

11:17AM 4     Five working days' notice if the Fifth Amendment is going to be

11:17AM 5     invoked.  So I don't know the answer, Paul, but we'll find out.

11:17AM 6              All right.  Let's see.  Here is where I got the

11:17AM 7     impression relative to topic Number 1, John Sprague.  He is

11:17AM 8     confirmed, but --

11:17AM 9          MR. LANGAN:  He's not doing topic 1, Your Honor.

11:17AM 10         THE COURT:  He's not doing topic 1?

11:17AM 11         MS. KARIS:  He's been deposed twice already.

11:17AM 12         THE COURT:  Right.  Exactly.  So that's clarified for

11:17AM 13    us.

11:17AM 14         MR. ROBERTS:  Judge, as Kerry notes, you pulled him off

11:17AM 15    the topics.

11:17AM 16         MS. KARIS:  You replaced him with Jassal.

11:17AM 17         THE COURT:  Yes, but he was replaced with Cal Jassal.

11:17AM 18    So we should be covered on that.

11:17AM 19             Now, Andy, let's talk about Barbara Yilmaz,

11:18AM 20    Y-I-L-M-A-Z.

11:18AM 21         MR. LANGAN:  Yes.  So I guess we have a threshold issue

11:18AM 22    about duration.

11:18AM 23         THE COURT:  We do, but what I thought we would start

11:18AM 24    with, everybody seems to want her, Andy.  I mean, we've got

11:18AM 25    Transocean, Anadarko, Halliburton, PSC, and Cameron wanted her

11:18AM 1    for --

11:18AM 2              MR. YORK:  Judge, this is Alan York.  I'm sorry, I can't

11:18AM 3    hear you.

11:18AM 4              THE COURT:  Well, you're going to like what I'm saying.

11:18AM 5              MR. LANGAN:  We can hear you.

11:18AM 6              THE COURT:  We can hear you, Alan, and that's all that

11:18AM 7    matters.

11:18AM 8                   What I'm saying is everybody wants this witness,

11:18AM 9    everybody except BP wants this witness for two days.

11:18AM 10             MR. LANGAN:  Your Honor, we understand, and with that in

11:18AM 11   mind, we're reasonable about reading tea leaves I hear,

11:19AM 12   July 26th, 27th.

11:19AM 13             THE COURT:  Okay.  Let's all look at the calendar.  She

11:19AM 14   was scheduled for July 20th, and she is now available for two on

11:19AM 15   26th -- 25, 26 --

11:19AM 16             MR. LANGAN:  26th, 27th.

11:19AM 17             THE COURT:  Oh, we can do that, can't we?

11:19AM 18                  Okay.  Let's put her --

11:19AM 19             MR. ROBERTS:  Just a second, Your Honor.

11:19AM 20             THE COURT:  Hold on, hold on, don't mark anything yet.

11:19AM 21                  Yes, Mr. Roberts.

11:19AM 22                  She was scheduled for July 20th.

11:19AM 23             MR. ROBERTS:  The only problem was the temporal

11:19AM 24   relationship to Andy English so we could have people both go to

11:19AM 25   London and come back here.  That will work out.

11:19AM 1        THE COURT:  So we're going to take her off July 20th and
11:19AM 2   we're going to put her down for July 26th, 27th, and your read of
11:20AM 3   the tea leaves was excellent.
11:20AM 4        MR. LANGAN:  That's what being here every Friday will
11:20AM 5   do, Your Honor.
11:20AM 6        MR. MILLER:  Andy, that's in New Orleans, correct?
11:20AM 7        MR. LANGAN:  Yes.
11:20AM 8        THE COURT:  John Wright, that's going to be a PSC
11:20AM 9   report.
11:20AM 10       MR. STERBCOW:  Your Honor, Paul Sterbcow.
11:20AM 11          We have been in contact with Mr. Wright's counsel.
11:20AM 12  He was going to file a Motion to Quash the --
11:20AM 13       THE COURT:  I've got it.
11:20AM 14       MR. STERBCOW:  Okay.  Well, since that, we've spoken to
11:20AM 15  him, told him the dates are not the issue.  We could work with
11:20AM 16  him.  There is no reason to go forward with a motion.
11:20AM 17          We, however, in the interim, have looked at the
11:20AM 18  issue and feel like maybe we should brief this to you and short
11:21AM 19  circuit some of this, only because we think the report's
11:21AM 20  admissible.  We may not need to do anything.
11:21AM 21       THE COURT:  Well, that's where I was, what, three weeks
11:21AM 22  ago.
11:21AM 23       MR. STERBCOW:  I know.  I'm back.
11:21AM 24       THE COURT:  You're back.
11:21AM 25          That's where I was three weeks ago, guys.  It seems

11:21AM  1    to me that we should seriously look at that.

11:21AM  2              MR. STERBCOW:  Right.  That's what we're going to do.

11:21AM  3              THE COURT:  And not fool with Fifth.

11:21AM  4              MR. STERBCOW:  What we would like to do is have the

11:21AM  5    lawyer dealing with that with the PSC, work with them on a date

11:21AM  6    that everybody can agree to, but in the meantime, we will brief

11:21AM  7    this for the Court, set it for hearing, and, Judge, you can

11:21AM  8    decide.  We think it's clearly an exception to the hearsay rule

11:21AM  9    and it comes in.

11:21AM 10              THE COURT:  What is the date of this gentleman's

11:21AM 11    deposition?

11:21AM 12              MR. STERBCOW:  Well, right now there is none because of

11:21AM 13    the Motion to Quash.  It was, I think, the 13th and 14th.

11:21AM 14              MR. LANGAN:  14th and 15th.

11:21AM 15              MR. STERBCOW:  14th and 15th.

11:21AM 16              THE COURT:  Well, don't set it for hearing just yet.

11:22AM 17    Get me your letter brief.

11:22AM 18              Then, Andy, we'll give you sufficient time to

11:22AM 19    respond, but let's go ahead and bring that up, because that seems

11:22AM 20    to me to be the way to go rather than continue to fool around

11:22AM 21    with counsel.

11:22AM 22              MR. STERBCOW:  Correct.  And the associated expense.

11:22AM 23              THE COURT:  That's it.

11:22AM 24              MR. STERBCOW:  That's it.

11:22AM 25              MR. LANGAN:  Your Honor, Andy Langan for BP.

11:22AM 1          On this, I think you'll recall that I think we told
11:22AM 2   Mr. Cunningham and the PSC some time ago that the foundation and
11:22AM 3   the authenticity wouldn't be an issue.
11:22AM 4          THE COURT:  Yes.
11:22AM 5          MR. LANGAN:  Now they said, well, what about
11:22AM 6   admissibility?  I think Your Honor at the time said that's up to
11:22AM 7   Judge Barbier.  So I'm not sure what path we're going down on.
11:22AM 8          THE COURT:  Why don't we let her brief it to
11:22AM 9   Judge Barbier so that you all don't have to go the next step.
11:22AM 10  He's the finder of fact.  He's going to make admissibility
11:22AM 11  determinations.  We will send it directly to Judge Barbier.  If
11:22AM 12  you want to cc me on it, please feel free because I'll speak to
11:23AM 13  him about what the issue is and the Motion to Quash and all that
11:23AM 14  stuff.  I will not comment on the merits of the motion, but I
11:23AM 15  will comment on why this is coming to him and how it got here.
11:23AM 16         MR. LANGAN:  Very good, Your Honor.
11:23AM 17         MR. STERBCOW:  So letter versus motion, notice of
11:23AM 18  hearing?
11:23AM 19         THE COURT:  Do it like you usually do it for me, except
11:23AM 20  send it to Judge Barbier with a cc to me and then I'll explain.
11:23AM 21         MR. STERBCOW:  Will do.
11:23AM 22         THE COURT:  All right.  We have issued this morning a
11:23AM 23  ruling on the requests for additional time that were outstanding,
11:23AM 24  so I don't think we're going to have our usual auction.  Our
11:23AM 25  auction has not been working.  I would like to revive it for

11:24AM 1    Phase II, however, and I would like you to put your generosity

11:24AM 2    hats on, but that's all done.

11:24AM 3            MR. MILLER:  It's truly a silent auction.

11:24AM 4            THE COURT:  Exactly.  I like that.  We'll continue with

11:24AM 5    our silent auctions, which is us just getting our orders out.

11:24AM 6            Have we resolved the issue of the number of

11:24AM 7    interrogatories per grouping?

11:24AM 8            MR. LANGAN:  Your Honor, it's Andy Langan for BP.

11:24AM 9            THE COURT:  Go ahead, Andy.

11:24AM 10           MR. LANGAN:  I'm not aware any further conversations.  I

11:24AM 11   thought it was fairly clear Your Honor was saying one affiliated

11:24AM 12   group of companies gets the 50 and BP doesn't get to look at this

11:24AM 13   five or six entities and say we each get 50, and that was going

11:24AM 14   to go for Anadarko and for Transocean and for everybody.  I'm not

11:24AM 15   aware of anybody pushing back on that, but I'm happy to hear from

11:25AM 16   others.

11:25AM 17           THE COURT:  Does anybody else think that's still an

11:25AM 18   issue?

11:25AM 19           MR. MILLER:  No, I thought it was 50 per group, per

11:25AM 20   company.

11:25AM 21           THE COURT:  I thought so, too, but I thought that was

11:25AM 22   going to be a subject of continuing debate.  I hope it's not.

11:25AM 23           Allocation of time generally.  Last week or the

11:25AM 24   week before, somebody tell me which it was, I guess it doesn't

11:25AM 25   really matter, we came out with a new revised allocation of time

11:25AM 1    which did not suit the groups' fancy, which is fine with me.  I

11:25AM 2    don't care.  But I thought the issue at that point was an issue

11:25AM 3    of how do we trade time when our witness is being deposed?  It

11:25AM 4    has sort of morphed into everybody wants to redo the allocation

11:25AM 5    of time.  So I get a proposal from Transocean and Anadarko to

11:25AM 6    which BP and MOEX are opposed, then I get a BP proposal, and then

11:26AM 7    I get a MOEX proposal.

11:26AM 8            So I guess the question is, ladies and gentlemen,

11:26AM 9    do I need to look at this again?  I thought you all were going to

11:26AM 10   try to, as a group, work together to see if you could get it

11:26AM 11   done, or shouldn't I just stick with what I've already done and

11:26AM 12   allocate as necessary on individual depositions, except for Andy,

11:26AM 13   I know you want more time across the board.

11:26AM 14           MR. LANGAN:  We do, Your Honor, for the reasons that

11:26AM 15   we've said, and I think you've witnessed in terms of our stake as

11:26AM 16   the target defendant of everybody, and so we've made our position

11:26AM 17   clear in writing and we feel very strongly about it; although,

11:26AM 18   let me say, we appreciate the step in the right direction that

11:27AM 19   your June 16th order was.  We do.  We think another step is

11:27AM 20   necessary, and --

11:27AM 21           THE COURT:  More, he wants more.

11:27AM 22           MR. LANGAN:  I mean, when we originally laid out the

11:27AM 23   allocation, I don't know if it was as clear then as it is now

11:27AM 24   that it's really everybody else taking shots at BP at every

11:27AM 25   deposition.  That's what's going on here.

11:27AM 1          MS. KARIS:  Your Honor, Carrie Karis.  If I could just

11:27AM 2    add one additional comment to that.  What has become clear is to

11:27AM 3    the extent any party other than BP has time left over, everyone

11:27AM 4    is willing to cede their time to all other parties.  No one, as

11:27AM 5    you can imagine, no one is willing to cede any remaining time to

11:27AM 6    BP.

11:27AM 7          THE COURT:  I think one time you got a little time.  I'm

11:27AM 8    not sure.

11:27AM 9          MR. LANGAN:  That's correct.

11:27AM 10          MS. KARIS:  That was Weatherford.

11:27AM 11          MR. LANGAN:  A few minutes here and there from

11:27AM 12    Weatherford.  That's right.

11:27AM 13          MS. KARIS:  So one of the issues with respect to the

11:27AM 14    time allocation, it's not only the time that the Court has

11:27AM 15    allocated, the parties amongst themselves, again, except for BP,

11:28AM 16    ends up getting whatever time is remaining from all defendants

11:28AM 17    and the PSC ceding to each other, that is, across the V and

11:28AM 18    within each party.  So that adds to the issue of the fairness to

11:28AM 19    BP with respect to not only being the target, if you will, with

11:28AM 20    respect to all these depositions, but also the fact that we're

11:28AM 21    the ones that have the most difficult time getting any additional

11:28AM 22    time to the extent we need it.

11:28AM 23          MR. FITCH:  Judge, Tony Fitch for Anadarko.  I could

11:28AM 24    answer your very first question, yes, we do think that you need

11:28AM 25    to revisit the issue for the reasons that we stated in the

11:28AM 1    submission that we made to you, and like Andy, I will forebear

11:28AM 2    from regurgitating, reiterating that.

11:28AM 3           I do observe that the proposal we made does

11:28AM 4    increase everybody's time, including BP's, and BP is moving into

11:28AM 5    a different position, where there won't be so many of its

11:29AM 6    witnesses being deposed, and Transocean is going to bear the

11:29AM 7    brunt of that in the coming months.  So it's really going to be

11:29AM 8    BP and Anadarko and the others who are doing the examination and

11:29AM 9    trading time among themselves as well, so we do have a slightly

11:29AM 10   different situation.  So I think that Carrie's comments are not

11:29AM 11   fully applicable to the situation that we have before us.

11:29AM 12          The fact remains that, finally, the trend that I

11:29AM 13   mentioned to you earlier -- the trend that I mentioned to you in

11:29AM 14   my e-mail submission earlier this week where the two subject

11:29AM 15   parties have done essentially no examination, MOEX does -- we

11:29AM 16   weren't there, you didn't contact us, which it has to do.  We

11:29AM 17   understand that.  It takes three minutes or four minutes.  There

11:29AM 18   is extra time to be allocated.  In the proposal we did, he does

11:29AM 19   serve, I think, a lot of different interests.

11:29AM 20          THE COURT:  Okay.  Well, we'll take a look at all of the

11:29AM 21   proposals and see if we think that adjustments need to be made.

11:30AM 22   We'll get that out.

11:30AM 23          Go ahead, Kerry, I'm sorry.

11:30AM 24          MR. MILLER:  Just to clarify a point that someone made.

11:30AM 25   The requests that I made jointly with Anadarko only relate to

11:30AM 1    Phase I June and July in New Orleans.  It doesn't relate to

11:30AM 2    anything in London.  Certainly I understand Andy's point when we

11:30AM 3    get to Phase II, that's going to be a different situation.

11:30AM 4          THE COURT:  Fair enough.  I like the clarification.

11:30AM 5    Thank you.

11:30AM 6          MR. ROBERTS:  Judge, can I say --

11:30AM 7          THE COURT:  Give him the mic back.

11:30AM 8          MR. ROBERTS:  On behalf of Transocean, I'm attending

11:30AM 9    most of these depositions, and I just disagree with Kerry,

11:30AM 10   respectfully, that they are the only target.  You've only seen

11:30AM 11   the BP depositions.  We are defending everybody -- most recently

11:30AM 12   the PSC spent a day harassing James Kent (spelled phonetically).

11:30AM 13   It's not like I'm having fun on behalf of Transocean.  So

11:30AM 14   whatever the -- whatever the -- and by the way, BP doesn't seem

11:30AM 15   to like Transocean either.

11:30AM 16         THE COURT:  Really?

11:30AM 17         MR. ROBERTS:  I've noticed that.  It's taken a while for

11:31AM 18   that to sink in, but that seems to be the case.

11:31AM 19         MR. LANGAN:  We'll stipulate to that, Your Honor.

11:31AM 20         MR. ROBERTS:  Then you don't need to harass us anymore.

11:31AM 21   Your time is ceded.

11:31AM 22              But whatever happens, I don't want the Court to

11:31AM 23   take away more time.  We've lost some.  We have a case to defend,

11:31AM 24   and it's not like we're not a target party as well.

11:31AM 25         THE COURT:  No.  I'm with you, guys, and it's a real

11:31AM 1    struggle, and don't forget, although I don't want to encourage

11:31AM 2    that on a witness-by-witness basis, we are trying to accommodate

11:31AM 3    the parties' requests for additional time.  I don't want to be

11:31AM 4    overwhelmed with the next 40 people that need to be deposed a

11:31AM 5    request for each and every one of them to be reallocated, but on

11:31AM 6    a witness-by-witness basis, I'm hoping that we're accommodating

11:31AM 7    you.

11:31AM 8              Phil, what do you have?

11:31AM 9         MR. WITTMANN:  For Cameron, Your Honor, Phil Wittmann.

11:31AM 10             We have not made a separate proposal.  I just

11:32AM 11   wanted to go on the record and say that we don't want to lose any

11:32AM 12   time from the order you previously entered, and we're content

11:32AM 13   with staying with that.

11:32AM 14        THE COURT:  Okay.  Great.  Thank you, Phil.  I

11:32AM 15   appreciate it.

11:32AM 16             Let's see.  Where are we?

11:32AM 17        THE CLERK:  Number 7.

11:32AM 18        THE COURT:  Number 7, BP/MOEX settlement.

11:32AM 19             Any progress on that?

11:32AM 20        MR. HERMAN:  Steve Herman for the plaintiffs.

11:32AM 21             Right now we don't need the Court's intervention.

11:32AM 22   Hopefully we never will.  If we do, we'll let you know.

11:32AM 23             The other two related issues that we haven't had as

11:32AM 24   much progress with, and I guess we're still in the first stage

11:32AM 25   with BP, is we've also asked since this whole issue came up and

11:33AM 1    then they announced the Weatherford settlements, we've asked for

11:33AM 2    that, and I don't know if we're going to try to reach the same

11:33AM 3    type of agreement or something else with Weatherford, and then

11:33AM 4    there is also the issue of the status of indemnity agreements and

11:33AM 5    the extent to which they've been acknowledged, etcetera,

11:33AM 6    particularly with the Clean-Up Responder Defendants, which is not

11:33AM 7    only of interest to us and, I guess, the other defendants, but we

11:33AM 8    think might be of interest to the Court in determining some of

11:33AM 9    the trial plan issues.  So I guess we'll just keep working with

11:33AM 10   BP on it.

11:33AM 11           MR. LANGAN:  Your Honor, Andy Langan for BP.

11:33AM 12           With respect to Weatherford, I acknowledge that the

11:33AM 13   PSC has made that request.  I would not be surprised if, after

11:33AM 14   talking to Weatherford, we propose a similar process as being

11:33AM 15   implemented about MOEX for some kind of a review, private review

11:33AM 16   or whatever you want to call it, that we would invite the PSC and

11:33AM 17   Transocean and Anadarko if they want to see it.

11:33AM 18           So we're working towards that, but I can't promise

11:33AM 19   that because we have to get certain Weatherford things.  I know

11:34AM 20   there is a meet and confer process going on about the details of

11:34AM 21   our other indemnity obligations to clean-up responders, and I

11:34AM 22   think that's being handled.  I don't think there's any impasse on

11:34AM 23   that yet.  So I agree with Mr. Herman on that as well.

11:34AM 24           THE COURT:  Okay.  We'll just keep it as an agenda item.

11:34AM 25   I'm not trying to stick my nose in where it doesn't belong, I can

11:34AM 1   assure you.

11:34AM 2           MR. LANGAN:  You're also welcome to interject yourself,

11:34AM 3   Your Honor.  It's not necessary.  If you have other things to do,

11:34AM 4   I understand.

11:34AM 5           THE COURT:  Exactly, and I'm not interested.  If you all

11:34AM 6   don't want me, I'm not interested.

11:34AM 7           Okay.  Cement testing.  We're going to have a

11:34AM 8   telephone conference on Monday at 10 o'clock.

11:34AM 9           MR. LANGAN:  I believe BP is going to file papers today,

11:34AM 10  Your Honor.

11:34AM 11          THE COURT:  Yes, noon today we're supposed to get papers

11:34AM 12  on that issue.

11:34AM 13          Let me give everybody the dial-in information in

11:34AM 14  case you don't have it.  That is 888-684-8852, access 6331546,

11:35AM 15  security code 62711.

11:35AM 16          All right.  Okay.  PSC, let's talk about anything

11:35AM 17  we need to discuss with regard to redaction of board minutes, or

11:35AM 18  do you just want to take that up?

11:35AM 19          MR. STERBCOW:  Really it's the Court's pleasure,

11:35AM 20  Your Honor.  My understanding, and I didn't realize this, I found

11:35AM 21  out that you're going to submit a letter on this on Tuesday.

11:35AM 22          MR. LANGAN:  Yes, Your Honor.  BP will set forth our

11:35AM 23  position in a letter on Tuesday.  I believe Mr. Herman said maybe

11:35AM 24  by Thursday they would respond, I think, and so maybe it will be

11:35AM 25  ripe next Friday.  I don't know.

11:36AM  1          MR. STERBCOW:  The problem we face now is that the

11:36AM  2     redactions that brought this to the fore pertain to board minute

11:36AM  3     meetings and instant messaging documents for Castell and

11:36AM  4     Kellingray whose depositions have been taken, and there is

11:36AM  5     another redaction that we found that I got an e-mail on

11:36AM  6     Mr. Mogford, whose deposition is next week, board minutes where

11:36AM  7     there are statements made, here, here -- and we don't have to go

11:36AM  8     through it if you don't want.  I have it all here.  I know you

11:36AM  9     don't want to see it.  I understand.  Then all of a sudden, in

11:36AM 10     the middle, there is a black box that says, "Redacted," and it

11:36AM 11     doesn't make any sense on its face.  It's starting to cause us

11:36AM 12     proof problems because we can't get into it when there is a

11:36AM 13     witness sitting in front of us, important witnesses.  That's the

11:36AM 14     issue.

11:36AM 15          THE COURT:  Okay.  Good.  We'll take it up as promptly

11:36AM 16     as we can.

11:36AM 17          MR. YORK:  Judge, this is Alan York for Halliburton.

11:36AM 18          THE COURT:  Yes, Alan.

11:36AM 19          MR. YORK:  I've been instructed to add the following:

11:37AM 20     If we are going to start redacting based on our opponents'

11:37AM 21     assessment of relevance, we'd like to know.  There are some

11:37AM 22     things I'm sure we would like to start redacting as well.

11:37AM 23          THE COURT:  Andy is going to talk to that?  It looked

11:37AM 24     like you wanted to.

11:37AM 25          MR. LANGAN:  Well, it's just this, I can tell you this,

11:37AM 1    this is just not a BP issue.  I agree with that.  I believe there

11:37AM 2    are documents Halliburton has already produced, I could be wrong,

11:37AM 3    that have redactions that appear to be for relevance, and I know

11:37AM 4    other defendants have as well.  The PSC, naturally, is raising

11:37AM 5    this about BP, but it's not just a BP issue, Your Honor, I assure

11:37AM 6    you.

11:37AM 7         THE COURT:  Alan, do you want to comment?  Have you all

11:37AM 8    redacted based on relevance?

11:37AM 9         MR. YORK:  Your Honor, let me start off by saying I am

11:37AM 10   again pleased to say that I have very little knowledge of the

11:37AM 11   documents.  That's why I said I was instructed to make the point.

11:37AM 12   My understanding is, and I don't want to be held to this, my

11:37AM 13   understanding is that we have not been redacting based on

11:38AM 14   relevance.  I can confirm that with our document team, but I

11:38AM 15   don't believe we have been doing redactions based on relevance.

11:38AM 16        MS. RAINES:  Your Honor, this is Carolyn Raines.  I also

11:38AM 17   represent Halliburton.  That's correct.

11:38AM 18        THE COURT:  Alan, you allegedly have not redacted based

11:38AM 19   on relevance.  So now you're smarter than you were 30 seconds

11:38AM 20   ago.

11:38AM 21        MR. YORK:  Your Honor, I'll take every bit of help that

11:38AM 22   I could get.

11:38AM 23        THE COURT:  Mr. Roy.

11:38AM 24        MR. ROY:  Yes, Your Honor, Jim Roy.

11:38AM 25             First, nothing in the PTO permits this.  I think

11:38AM  1    that's a fair reading of it, at least from our standpoint.  But

11:38AM  2    more importantly, let's cut to the chase.  A real Pandora's box

11:38AM  3    gets opened here if every time somebody trying to judge beauty in

11:38AM  4    the eye of themselves as the beholder starts deleting stuff,

11:38AM  5    redacting stuff, we're going to have problems.

11:38AM  6              Maybe a simpler way to deal with this is to simply

11:39AM  7    have a party that really feels something is just so hot, so

11:39AM  8    incendiary and so irrelevant, rather than try to break decades of

11:39AM  9    court practice and tradition and oust the jurisprudence by

11:39AM 10    redacting it and drawing a line in the sand, maybe a better way

11:39AM 11    to do it is to actually have a conference with the opposing

11:39AM 12    counsel that's challenging it and just assume there is a

11:39AM 13    challenge and let them see, without taking a copy, and if it's

11:39AM 14    still an issue, then bring it up.

11:39AM 15              We probably aren't going to contest, you know, some

11:39AM 16    things if it's just absolutely irrelevant, but it's the fact that

11:39AM 17    it is a document we want, and we're entitled to see the document.

11:39AM 18    We may very well thereafter agree that portions of it are so

11:39AM 19    highly confidential as to be cut off.

11:39AM 20              THE COURT:  Incendiary.

11:40AM 21         MR. ROY:  But to outright say we don't get to see ever

11:40AM 22    is absolutely not the law and it's just not right.

11:40AM 23         MR. LANGAN:  Your Honor, Andy Langan for BP.

11:40AM 24              I didn't know we were going to argue this today,

11:40AM 25    and our argument will be in our letter, but a couple of points I

11:40AM  1    need to make.  In the case of BP, the percentage of documents

11:40AM  2    involved in any kind of privileged redaction will be minuscule.

11:40AM  3    We understand that generally speaking it's not to be done, but

11:40AM  4    when it comes to the board of directors' level when our company

11:40AM  5    is dealing with investments around the world, sensitive

11:40AM  6    discussions with other governments, on and on and on, it's

11:40AM  7    extremely important that we have the ability to do this.  There

11:40AM  8    is precedence for it.  We already know in this case that leaks to

11:40AM  9    the media have happened.  We know that's happened.  So we want to

11:40AM 10    be heard on this.  It's a small slice, but it's extremely

11:40AM 11    important and there's precedence for it.

11:40AM 12            THE COURT:  Okay.

11:40AM 13            MS. KARIS:  Your Honor, one last point, if I may, on

11:40AM 14    this relevance issue with response to Mr. Kellingray to be clear.

11:41AM 15    Mr. Kellingray's documents were not redacted on relevance.  To

11:41AM 16    the extent there were redactions, they were on privilege.  I made

11:41AM 17    that clear during the deposition.  We have not been withholding

11:41AM 18    documents on relevance.

11:41AM 19            MR. FITCH:  And, Tony Fitch, Anadarko, Judge.

11:41AM 20               I think the discussion should not be in terms of

11:41AM 21    relevance.  Surely we understand that the documents that are

11:41AM 22    relevant or may lead to the discovery of evidence, or portions

11:41AM 23    thereof, should be produced, but the requirement, and I think in

11:41AM 24    this court, like every other court, is to produce responsive

11:41AM 25    information.  I do suggest to the Court, and to Mr. Roy, that it

11:41AM 1  is standard practice, unless I'm very mistaken about this

11:41AM 2  particular court, especially with board minutes, that have to

11:41AM 3  have large portions or small portions of board minutes that

11:41AM 4  clearly, in the attorney's good faith, don't have anything to do

11:41AM 5  with the case.

11:41AM 6          If the Board is deciding whether to pay somebody X

11:42AM 7  or Y who has nothing to do with the case, that is not responsive

11:42AM 8  information.  Corporations do have, and I've been on both sides

11:42AM 9  of this issue, and I've had lots of cases where I've been a

11:42AM 10 plaintiff and have not complained about that because you have

11:42AM 11 some faith in the attorneys trying to keep it narrow, but to

11:42AM 12 protect the corporate interests as well.  The proposal to meet

11:42AM 13 and confer before that, I think, just will spiral into huge

11:42AM 14 amounts of time.  I'm afraid, Jim, that that doesn't work.

11:42AM 15         THE COURT:  Okay.  Thank you.

11:42AM 16         MR. LANGAN:  Last point, Your Honor.  I don't know what

11:42AM 17 the facts are, but I would invite Halliburton to look at this

11:42AM 18 document, HAL 0047939, that Bates number, and see if it is the

11:42AM 19 case that that's not a relevance redaction.  I think there are

11:43AM 20 other examples as well.  We're happy to be told we're wrong, but

11:43AM 21 I'm just saying, this is not just a BP issue.

11:43AM 22         THE COURT:  Got it.

11:43AM 23         MS RAINES:  We'll look at it.  It's my understanding

11:43AM 24 we've only redacted for privilege.

11:43AM 25         THE COURT:  Okay.  All right.

11:43AM 1          MR. LANGAN:  May I ask one more question?  Has

11:43AM 2    Halliburton produced any board minutes in this case?

11:43AM 3          MS RAINES:  I'll have to go back and check.

11:43AM 4          MR. LANGAN:  Has Transocean produced any board minutes?

11:43AM 5          THE COURT:  I don't know the answer.

11:43AM 6          MR. LANGAN:  I mean, because when the shoe is on the

11:43AM 7    other foot, we'll have to see.  But we've certainly requested

11:43AM 8    them and think they ought to be produced.

11:43AM 9          MR. ROY:  Will you show yours if they show theirs?

11:43AM 10         MR. LANGAN:  Where relevant, yes.

11:43AM 11         THE COURT:  Okay.  So now we've got Transocean's

11:43AM 12   internal report issue.  We've got the release of the internal

11:44AM 13   investigative report, and BP and Halliburton raise some issues

11:44AM 14   that, I think, we need to discuss.

11:44AM 15             First up is production of documents related to the

11:44AM 16   Transocean investigation.

11:44AM 17         MR. MILLER:  Yes, I think the report on that,

11:44AM 18   Your Honor, is many of the documents that are cited in the

11:44AM 19   internal report have already been produced.  Some of them have

11:44AM 20   been produced by Halliburton and BP.  I think the tally on the

11:44AM 21   number of underlying Transocean documents that have been produced

11:44AM 22   that are referenced or reviews for the internal report now

11:44AM 23   numbers 200,000.  Those would be kind of the technical documents

11:44AM 24   from Transocean, BP, Halliburton.

11:44AM 25             Additionally, Your Honor, Bill Ambrose is on the

11:44AM 1    deposition schedule for July.  He is the corporate representative

11:44AM 2    of Transocean on the internal report.  Part of his custodial

11:45AM 3    file, in fact, a big chunk of his custodial file, which I'm told

11:45AM 4    will be produced in time, will include many thousands of e-mails

11:45AM 5    that pertain to the internal report.

11:45AM 6              So we think we're complying with the document

11:45AM 7    production that goes into it.  Mr. Ambrose is the appropriate

11:45AM 8    designated corporate representative for the internal report.

11:45AM 9    Mr. Boughton, who is also on the deposition schedule, I think the

11:45AM 10   parties are familiar with him, he was a BOP guy, he was also a

11:45AM 11   member of the internal report team and his custodial file will

11:45AM 12   also produce a lot of information.

11:45AM 13             THE COURT:  So do you believe that will be covered, or

11:45AM 14   are you going to identify the documents that went into the

11:45AM 15   investigative review and report so that everybody is assured that

11:45AM 16   they've got everything that the investigative team reviewed?

11:45AM 17             MR. MILLER:  I can check on that, but I think generally

11:46AM 18   we can probably identify Bates ranges that went into the report,

11:46AM 19   Number 1, and Number 2, I'll have to check with respect to

11:46AM 20   whether that segregation can be done on Ambrose's and Boughton's

11:46AM 21   custodial file, but I will check and let the Court know next

11:46AM 22   Friday.

11:46AM 23             THE COURT:  Okay.

11:46AM 24             Carrie.

11:46AM 25             MS. KARIS:  Your Honor, Carrie Karis for BP.

11:46AM 1          Just to be clear, we are not only seeking the

11:46AM 2   documents that are referenced in the report, we are seeking all

11:46AM 3   documents that arose from the investigation, similar to what has

11:46AM 4   been requested of BP and we have produced.

11:46AM 5          The one challenge --

11:46AM 6          THE COURT:  Let's stop there.

11:46AM 7          Kerry, you understood that?

11:46AM 8          MR. MILLER:  Yes, I did, and that really gets into more

11:46AM 9   of the custodial files of Ambrose and Boughton.

11:46AM 10         MS. KARIS:  The one challenge with waiting until we get

11:46AM 11  those documents before Mr. Ambrose's deposition is, as the Court

11:46AM 12  is well aware, June and July are filled with lots of TO

11:46AM 13  depositions, not only of Mr. Ambrose, but of other relevant

11:47AM 14  witnesses, and there are lots of documents, I suspect, that we

11:47AM 15  will want to use with some of these other witnesses.  Therefore,

11:47AM 16  to get the documents just prior, within the Court's order, for

11:47AM 17  Mr. Ambrose does not afford us the opportunity to use those

11:47AM 18  documents with all the other witnesses, similar, of course, to

11:47AM 19  what has happened with respect to the BP witnesses.  So that

11:47AM 20  would be the one challenge with waiting to get, one of the

11:47AM 21  challenges, I should say, with waiting to get those documents

11:47AM 22  prior to Mr. Ambrose's deposition.

11:47AM 23         THE COURT:  Here would be my thought, Carrie and Kerry:

11:47AM 24  One, if you can identify those documents that have already been

11:47AM 25  produced because they were produced by other parties, and then,

11:47AM  1   two, can we do a rolling production so that you can get started

11:47AM  2   now producing those documents that were indeed put together by

11:48AM  3   Transocean for the investigation, even prior to the custodial

11:48AM  4   file production?

11:48AM  5        MR. MILLER:  I'll check on both and report back to the

11:48AM  6   Court.  Some of the depositions that precede Mr. Ambrose,

11:48AM  7   Transocean employees, those were crewmembers, and those are not

11:48AM  8   the kind of folks that are going to be involved in the internal

11:48AM  9   report and implicated in Mr. Ambrose's documents likely.

11:48AM 10        THE COURT:  Let's see what we can do, even with the

11:48AM 11   custodial files, perhaps on a rolling production so that we can

11:48AM 12   give everybody a head start on reviewing documents.

11:48AM 13        MR. MILLER:  I got my assignment down.

11:48AM 14        THE COURT:  All right.

11:48AM 15        MR. YORK:  Your Honor, this Alan York for Halliburton.

11:48AM 16        I heard most of what was said.  I just -- the

11:48AM 17   notice that we sent to the Court and to counsel was honestly

11:48AM 18   something given the fact that we have so many deadlines coming

11:49AM 19   up, we just wanted to kind of put our position on record for the

11:49AM 20   Court and for counsel.

11:49AM 21        We haven't had time to completely go through the

11:49AM 22   Transocean report, but obviously, with the limitation issues that

11:49AM 23   are going to be foremost in a lot of parties' minds on this, we

11:49AM 24   do think that there is going to be -- there are potentially some

11:49AM 25   issues in terms of getting additional depositions arising out of

11:49AM  1    this report.  We just want to put our position on record.

11:49AM  2         THE COURT:  Yes, I noted that, and that's my next topic

11:49AM  3    for discussion.

11:49AM  4         Go ahead, Andy.

11:49AM  5         MR. LANGAN:  Just this, in the case of Mr. Bly and our

11:49AM  6    internal investigation team, I think fairly early on we provided

11:49AM  7    an interrogatory type answer of who was involved, who wrote the

11:49AM  8    report, what areas did they handle.  Couldn't we get that from

11:49AM  9    Transocean --

11:49AM 10         THE COURT:  Yes, I think you can.

11:49AM 11         MR. LANGAN:  -- at the front end to make sure that we

11:49AM 12    get them deposed, or at least make a decision?

11:49AM 13         THE COURT:  Yes, I think that's right, guys.  Could we

11:49AM 14    go ahead and identify the people who were involved in preparation

11:50AM 15    of the report, what their role was, you know, brief summary of

11:50AM 16    what their role was?  They may have already been scheduled for

11:50AM 17    all we know.

11:50AM 18         MR. LANGAN:  I said maybe there is an org chart of their

11:50AM 19    team.  That sometimes exists.

11:50AM 20         MR. MILLER:  I'll check into it.  I can represent to the

11:50AM 21    Court and to counsel that Mr. Ambrose was the lead, was the head

11:50AM 22    of the internal report team.

11:50AM 23         MR. LANGAN:  That's a good start.

11:50AM 24         THE COURT:  That's a start.  That's good.  So let's see

11:50AM 25    if we can get that done, identification of who was involved and a

11:50AM 1    summary of --

11:50AM 2        MR. ROBERTS:  Judge, we just have one other item as long

11:50AM 3    as we're on reports, and BP's position is valid, that is, we're

11:50AM 4    coming up against crunch time, could we get some indication when

11:50AM 5    Halliburton intends to issue its internal report so we would have

11:50AM 6    the same lead time with witnesses coming up?

11:50AM 7        THE COURT:  Alan, did you hear that?

11:50AM 8        MR. YORK:  I did hear that, and to my understanding, at

11:51AM 9    this point -- and I'm happy to check on this -- but to my

11:51AM 10   knowledge, there is no report set for -- forthcoming.

11:51AM 11       THE COURT:  It sounds like there is not going to be an

11:51AM 12   internal report.

11:51AM 13       MR. ROBERTS:  That's probably wise.

11:51AM 14       MR. YORK:  Now, Steve, you're starting to make me feel

11:51AM 15   like you were saying BP was making you feel.

11:51AM 16       MR. ROBERTS:  Sorry, Alan.

11:51AM 17       MR. LANGAN:  Last process point, Your Honor.  I know

11:51AM 18   that some time ago, probably in May, we probably have an order

11:51AM 19   that said if you want more time with a July witness, you better

11:51AM 20   tell us.  That date has come and gone.  We have a changed

11:51AM 21   circumstance here.  Mr. Ambrose has now been identified as the

11:51AM 22   leader.  I hereby request more time for BP with Mr. Ambrose in

11:51AM 23   light of this changed circumstance.

11:51AM 24       THE COURT:  Kerry, would you put that on your list to

11:51AM 25   see if he's available the day before or the day after, and we'll

11:52AM 1    take that up.

11:52AM 2            MR. MILLER:  He's already down for two, and the request

11:52AM 3    would be a third day either before or after he's --

11:52AM 4            THE COURT:  I didn't realize he was down for two.

11:52AM 5            MR. LANGAN:  I really had the more time thing in mind.

11:52AM 6            THE COURT:  Oh, I'm sorry.  I thought you meant we had

11:52AM 7    him down for one day, and we needed him for two.

11:52AM 8            MR. LANGAN:  No, in terms of the allocation, I would

11:52AM 9    just like to get our oar in the water for more time, because the

11:52AM 10   report is sort of an anti-BP kind of report.

11:52AM 11           THE COURT:  Yes, I've looked at it.

11:52AM 12           MR. MILLER:  It was called *an advocacy piece*.  I wonder

11:52AM 13   why Mr. Langan hasn't requested Mr. Roberts' deposition on that.

11:52AM 14           MR. LANGAN:  Is it too late for that?

11:52AM 15           MR. ROBERTS:  I have to go.

11:52AM 16           THE COURT:  He's going to make sure he's outside of the

11:52AM 17   subpoena range of the Eastern District.

11:52AM 18               Next up we have the stipulation, the proposed

11:52AM 19   stipulation with regard to authenticity of documents.

11:52AM 20               Come on up, Mr. Herman.  You seem to want to

11:52AM 21   comment.

11:52AM 22           MR. HERMAN:  Steve Herman for the PSC.

11:53AM 23               I talked to Mr. Fitch a little before the

11:53AM 24   conference.  I think our big issue is with the timing because if

11:53AM 25   we wait until January, we could find out at the last minute that

11:53AM 1   there are all kinds of documents to which authenticity is

11:53AM 2   challenged.

11:53AM 3           What I suggested, and Mr. Fitch, I guess, subject

11:53AM 4   to disagreeing later, tentatively agreed is to some extent it

11:53AM 5   seems that all parties are kind of relying on the master set of

11:53AM 6   deposition exhibits as at least a starting place for the exhibit

11:53AM 7   list.  It seems to me that as those documents come forward and

11:53AM 8   are used in a deposition, they are on the table, everybody has

11:53AM 9   knowledge of them, and it seems to me that that should trigger,

11:53AM 10  at least for those documents, maybe a two-week window where if

11:53AM 11  either the producing party or some other party wants to challenge

11:53AM 12  authenticity, he, she or it should do it within, maybe, two weeks

11:53AM 13  of when it's used as a deposition exhibit, or something of that

11:54AM 14  nature.

11:54AM 15          That was my suggestion.  Maybe there is other

11:54AM 16  changes that others might want to propose.

11:54AM 17          THE COURT:  Okay.

11:54AM 18          Andy.

11:54AM 19      MR. YORK:  Your Honor, this is Alan York for

11:54AM 20  Halliburton.

11:54AM 21          THE COURT:  Okay, Alan.

11:54AM 22      MR. YORK:  Steve, I understand your point.  My only

11:54AM 23  concern is this:  I think that everyone probably, if you took a

11:54AM 24  poll, would agree that we are sort of deadlined to death right

11:54AM 25  now, and trying to keep track of all of them, especially

11:54AM  1    deadlines that move on a rolling basis such as that, I think, is

11:54AM  2    quite a challenge.

11:54AM  3              So while I understand the PSC's concern about a

11:54AM  4    January cutoff date, it seems to me that it might make more sense

11:54AM  5    to have a single cutoff date for challenges to authenticity so

11:54AM  6    that we don't have to try to meet a rolling deadline based on

11:54AM  7    every deposition that's going on every week and trying to

11:54AM  8    calculate two weeks out from there.

11:54AM  9              THE COURT:  All right.

11:54AM 10              Andy.

11:54AM 11         MR. LANGAN:  Your Honor, first of all, I think

11:54AM 12    Mr. York's got a very good point, but I have a more fundamental

11:55AM 13    issue.

11:55AM 14         MR. YORK:  Thank you, Andy.

11:55AM 15         MR. LANGAN:  Yes.

11:55AM 16              That is this:  We would like to come at the

11:55AM 17    authenticity challenge and issue from a slightly different

11:55AM 18    perspective, as the one that's produced by far the most documents

11:55AM 19    in the case.

11:55AM 20         THE COURT:  Really?

11:55AM 21         MR. LANGAN:  Yes.  Over three million pages now and

11:55AM 22    counting.

11:55AM 23         THE COURT:  Wow.

11:55AM 24         MR. FITCH:  He's probably not going to bend his elbow

11:55AM 25    (indicating).

11:55AM 1          MR. LANGAN:  The facts are what they are.

11:55AM 2              So I respect Mr. Herman, it's easy to stand up and

11:55AM 3     say when he's produced very few documents to say everything ought

11:55AM 4     to be authenticate and let's just move on.  It doesn't work that

11:55AM 5     well for us.

11:55AM 6              I would like to have the Court consider a more

11:55AM 7     traditional model.  There is going to be a deadline for putting

11:55AM 8     together an exhibit list.  Maybe we'll start with the deposition

11:55AM 9     exhibit list.  I think the parties should put together an exhibit

11:55AM 10    list and then I guarantee you we will deal in good faith with

11:55AM 11    issues about authenticity, foundation and admissibility of the

11:56AM 12    universe of documents that people are really going to use at

11:56AM 13    trial.

11:56AM 14             I would submit that's a much more conventional way

11:56AM 15    of approaching this than a stipulation that says that it is

11:56AM 16    presumed that every single thing we produce, whether it's marked

11:56AM 17    at a deposition, is authentic.

11:56AM 18             We have a real problem with that.  There are

11:56AM 19    documents being used at depositions that are not Bates numbered

11:56AM 20    out of our files that are being used with BP witnesses, so there

11:56AM 21    are going to be authenticity stuff.  There are documents that we

11:56AM 22    produced from our files that are like analysts' reports and

11:56AM 23    third-party reports that we're not the author of.  There is going

11:56AM 24    to be authenticity issues with that.

11:56AM 25             So we are resistant to the idea of agreeing that

11:56AM 1    everything we produce is presumed authentic, and it's not our

11:56AM 2    problem to say it's not.  We have a fundamental issue with that,

11:56AM 3    and we don't want to go that way.

11:56AM 4        THE COURT:  Can we start, Andy, with those documents

11:56AM 5    that have been produced and used as exhibits to the deposition,

11:56AM 6    and not do it now, but give you a date by which discovery, fact

11:57AM 7    discovery is over, take a look at those exhibits and declare

11:57AM 8    yourself?

11:57AM 9        MR. LANGAN:  That is a much more manageable process and

11:57AM 10   a much more -- I think a much more attractive process for us, to

11:57AM 11   start with a smaller universe.  Then everybody would be working

11:57AM 12   from this.  I guess there is, like, thousands of them, but at

11:57AM 13   least it's not millions.  7,000.

11:57AM 14       THE COURT:  It's only 7,000.

11:57AM 15       MR. LANGAN:  So we would be much more interested in a

11:57AM 16   process like that, Your Honor, yes.

11:57AM 17       THE COURT:  Steve, do you think we could start there and

11:57AM 18   do a stipulation that is limited to those documents that have

11:57AM 19   been used as exhibits during the course of fact discovery?  Or

11:57AM 20   perhaps then later a second deadline used during the course of

11:57AM 21   expert discovery, declare yourself if you think it's not

11:57AM 22   authentic, and then move from there?

11:58AM 23       MR. HERMAN:  Steve Herman for the PSC.

11:58AM 24           I think that makes sense.  I apologize.  I was

11:58AM 25   coming from the presumption that everybody had already kind of

11:58AM 1    agreed that the presumption would be that if you produced
11:58AM 2    something, it was authentic.  It sounds like BP doesn't agree
11:58AM 3    with that, so you have to go to --
11:58AM 4         THE COURT:  It sounds like it's not that it doesn't
11:58AM 5    agree with it, it's just that three million documents later, it's
11:58AM 6    hard to agree.
11:58AM 7              Is that a fair statement, Andy?
11:58AM 8         MR. LANGAN:  That is a primary concern of ours, yes.
11:58AM 9    Then again, we all know the traditional role is the party
11:58AM 10   offering the document has the burden to show and all that, so I
11:58AM 11   don't want to suddenly flip that and say it's our burden to say
11:58AM 12   it's not, I mean, when you're talking about that volume.
11:58AM 13        THE COURT:  So what we'll do is we'll revise the order
11:58AM 14   to reflect a couple of different dates, one for fact witness
11:58AM 15   exhibits, one for expert exhibits that we use in the course of
11:58AM 16   the expert depositions.
11:58AM 17             Does everybody agree to Halliburton's -- I think it
11:59AM 18   was Halliburton's.  Who was it?
11:59AM 19        MR. LANGAN:  About confidentiality.
11:59AM 20        THE COURT:  Halliburton's addition with regard to
11:59AM 21   confidentiality?  That's noncontroversial, correct?
11:59AM 22        MR. LANGAN:  That is noncontroversial.  Your Honor, I
11:59AM 23   would ask, give us sufficient time.  This is a big job, so yes.
11:59AM 24   Even 7,000 documents is a big job.
11:59AM 25        THE COURT:  We'll give you time.

11:59AM 1          MR. LANGAN:  Thank you.

11:59AM 2          THE COURT:  I think Steve is right; January really is

11:59AM 3   too late.

11:59AM 4          MR. LANGAN:  All right.

11:59AM 5          MR. HERMAN:  It makes sense to kind of do it maybe on a

11:59AM 6   rolling basis, 1 to 2,000 maybe due, you know, one date and then

11:59AM 7   a month later -- I think there is a few thousand missing.  I

11:59AM 8   think they started on Monday at 6,000, 7,000 to avoid having an

11:59AM 9   overlap, so I don't think is there 7,000 exhibits.  But anyway.

11:59AM 10         THE COURT:  Okay.  PSC raised a bunch of items for us.

11:59AM 11  I think we've taken care of the issue of the Fifth Amendment.

12:00PM 12         Does anybody want to add anything to that?

12:00PM 13         MR. STERBCOW:  I do need to just let you know something,

12:00PM 14  Judge.  I don't want to add anything or argue about it, but it's

12:00PM 15  become clear to us that we have to go through a certain procedure

12:00PM 16  to invoke the adverse inference, so I wanted to alert the Court

12:00PM 17  that we're going to begin -- the case law reads that we have to

12:00PM 18  specifically compel answers that were not given and then have --

12:00PM 19  you have to present to the Court in the form of a controversy,

12:00PM 20  and then the Court is supposed to go through and look and say,

12:00PM 21  well, that's -- that can be an adverse inference, that can't.

12:00PM 22  That's what the Fifth Circuit tells us.  I mean, I've got it

12:00PM 23  briefed internally.

12:00PM 24         THE COURT:  Brief it externally.

12:00PM 25         MR. STERBCOW:  Okay.  What we propose is we start

12:00PM 1   rolling these, I mean, it's not a long brief, and maybe we can

12:00PM 2   take one up every Friday, or whatever it is.  It's not going to

12:00PM 3   be that many.

12:00PM 4          THE COURT:  We look forward to that.

12:00PM 5          MR. STERBCOW:  I knew that.  That's why I said that.

12:00PM 6              The only other issue is, but you handled it in your

12:00PM 7   order, there is clearly no blanket privilege on your name, your

12:01PM 8   educational background, your medical records, and we experienced

12:01PM 9   that last week.  I mean, that's -- the law does not support

12:01PM 10  somebody coming in like Ms. Willis and saying, I'm not answering

12:01PM 11  anything about anything.  The Fifth Circuit is very clear about

12:01PM 12  that.  So we may have to go back -- I don't know how we're going

12:01PM 13  to deal with it to the extent it becomes necessary when we have

12:01PM 14  to go back and revisit all of that.

12:01PM 15         THE COURT:  I'll look forward to that, too.

12:01PM 16         MR. LANGAN:  I'm sure you do.

12:01PM 17         THE COURT:  Don't sit down yet.  We have other things we

12:01PM 18  want to cover because this is all PSC agenda.

12:01PM 19         MR. LANGAN:  On 5A, I notice that Mr. Arnold and

12:01PM 20  Mr. Itkin may have sent you a letter this morning.

12:01PM 21         THE COURT:  This morning?  Yes, I had it filed in the

12:01PM 22  record.

12:01PM 23         MR. MILLER:  It just hit the E file.

12:01PM 24         THE COURT:  I had it filed in the record.  So if anybody

12:01PM 25  wants to comment.

12:01PM  1          MR. LANGAN:  Is that a brand-new letter or was that the

12:01PM  2  old letter?

12:01PM  3          THE COURT:  No, it's a brand-new letter replying to my

12:01PM  4  order to please --

12:01PM  5          MR. LANGAN:  I would just love to see it.  I haven't had

12:01PM  6  a chance.

12:01PM  7          THE COURT:  -- explain the circumstances.  If anybody

12:01PM  8  wants to comment on the letter, please feel free.

12:02PM  9              I don't mean now, I mean in, like --

12:02PM 10          MR. MILLER:  So we're not going to talk about that issue

12:02PM 11  beyond your earlier reference to make sure that the noticing

12:02PM 12  party sends a letter to the personal counsel and --

12:02PM 13          THE COURT:  I want to avoid having this occur again.  So

12:02PM 14  looking forward prospectively, Alan e-mailed me, he's gotten

12:02PM 15  notice out to the Arnold & Itkin firm.

12:02PM 16              Who else, Alan?

12:02PM 17          MR. MILLER:  We've got a bunch of them coming up in July

12:02PM 18  from that firm, too.

12:02PM 19          THE COURT:  So Alan got notice out already to them that

12:02PM 20  my order says five working days' notice if you're going to invoke

12:02PM 21  the Fifth Amendment.  Alan got two letters out this morning,

12:02PM 22  which is the e-mail to which I referred.  So yes, that's

12:02PM 23  underway.

12:02PM 24          MR. STERBCOW:  Okay.  Great.

12:02PM 25          MR. MILLER:  Your Honor, for the ones, just to put it

12:02PM 1  the agenda maybe for next week if this issue continues to swirl

12:02PM 2  around us, the Arnold & Itkin clients that are set for deposition

12:03PM 3  in July, as you recall, are crewmember clients.

12:03PM 4       THE COURT:  I do.

12:03PM 5       MR. MILLER:  Those would be the kind of folks we were

12:03PM 6  deposing separately on the maintenance and cure issue the two

12:03PM 7  hours after the underlying deposition occurs.  So we have that

12:03PM 8  issue to deal with too with those.

12:03PM 9            Danny, he was here, ready to go on Monday, and he

12:03PM 10 got blindsided by the Fifth Amendment with respect to that aspect

12:03PM 11 of the depo.

12:03PM 12      THE COURT:  They invoked the Fifth Amendment with regard

12:03PM 13 to that aspect?

12:03PM 14      MR. MILLER:  Yes.

12:03PM 15      MR. STERBCOW:  Everything.

12:03PM 16      THE COURT:  Well, then I think you better get the

12:03PM 17 letters out to all of those counsel saying that you intend to,

12:03PM 18 regardless of the general questioning, take the deposition

12:03PM 19 regarding maintenance and cure, and if they intend to separately

12:03PM 20 invoke the Fifth Amendment as to that questioning, they are also

12:03PM 21 to let you know.  Then I guess you better brief me on whether or

12:04PM 22 not -- Paul, have you got an issue?

12:04PM 23      MR. STERBCOW:  No, I'm just sitting here laughing.  It

12:04PM 24 sounds like a failure to cooperate in an investigation of the

12:04PM 25 maintenance and cure claim, but far be it from me to comment on

12:04PM  1    that.

12:04PM  2              MR. GOFORTH:  Your Honor, Danny Goforth for Transocean.

12:04PM  3              I think that's exactly what it is.  But we have had

12:04PM  4    one of the deponents of last week was a Transocean employee,

12:04PM  5    Cathleenia Willis.

12:04PM  6              THE COURT:  I remember.

12:04PM  7              MR. GOFORTH:  She, in fact, took the Fifth Amendment

12:04PM  8    with regard to all damage questions, including personal injuries.

12:04PM  9              THE COURT:  Danny, what I'm going to suggest to you is

12:04PM 10    that you all get a separate letter out to those employees telling

12:04PM 11    them what your position is with regard to your line of

12:04PM 12    questioning to which I have allowed two extra hours, and let them

12:05PM 13    know that your position is this is a maintenance and cure inquiry

12:05PM 14    and that you don't think it's appropriate to invoke the Fifth.

12:05PM 15    If they disagree, they better let us know.

12:05PM 16              MR. STERBCOW:  Right.

12:05PM 17              THE COURT:  Were you listening or not?

12:05PM 18              MR. GOFORTH:  Well, I'm partially listening.  I need to

12:05PM 19    correct myself.  Cathleenia Willis was actually an employee of

12:05PM 20    Sperry Sun, a Halliburton employee.

12:05PM 21              THE COURT:  Yes, if you expect it's going to happen, I

12:05PM 22    would recommend you get that separate letter out, and we will

12:05PM 23    bring it up for consideration prior to, not after the deposition.

12:05PM 24    I want to avoid depositions and wasting people's time.

12:05PM 25              MR. STERBCOW:  If we have to renotice because of this,

12:05PM  1    maybe we renotice them for the courthouse and we take them here.

12:05PM  2    I have enough to do.

12:05PM  3            THE COURT:  Let's move right along.

12:06PM  4            MR. STERBCOW:  I can tell you what we've eliminated.

12:06PM  5    Number 5 is off.  3 is off.

12:06PM  6            We have to reraise the issue of taking Mr. Brock's

12:06PM  7    deposition, and frankly, I don't remember where we were on that.

12:06PM  8    We talked about it at one time because of the production of his

12:06PM  9    conversation with Mr. Weatherbee, and then we talked about the

12:06PM 10    authenticity versus the admissibility of that conversation, and I

12:06PM 11    don't think it really went anywhere after that, but since that

12:06PM 12    conversation, we've learned a lot about the Bly investigation in

12:06PM 13    the London depositions.

12:06PM 14            In fact, as we speak, I got an e-mail, this fellow

12:06PM 15    Hog Amerson (spelled phonetically), who is a third-party

12:06PM 16    contractor brought in to participate in the investigation,

12:06PM 17    apparently is testifying in London that that there was extremely

12:06PM 18    heavy lawyer involvement.  They reviewed all of his submissions,

12:06PM 19    told him he couldn't make certain statements, removed opinions

12:06PM 20    and conclusions.  I think it's imperative if Mr. Bly doesn't want

12:07PM 21    to come back and explain this, then Mr. Brock, who was the

12:07PM 22    number two guy, should certainly be compelled to give a

12:07PM 23    deposition.

12:07PM 24            THE COURT:  Well, I guess we better bring this up by

12:07PM 25    letter.  Do you want Bly again?

12:07PM  1          MR. STERBCOW:  The answer to that is absolutely.  Now,

12:07PM  2    having said that, if we depose Mr. Brock, I mean, he's

12:07PM  3    number two.  I have no reason to think he doesn't know everything

12:07PM  4    that Mr. Bly knows and he's been here and we have been through

12:07PM  5    all that, and I get it, Judge.

12:07PM  6          THE COURT:  We've got him down for post July 31

12:07PM  7    requested by PSC with no objection.

12:07PM  8          MR. STERBCOW:  Well, okay.  If he -- if he gives us

12:07PM  9    information that directly impacts Phase I facts and facts that

12:08PM 10    our experts say, gee, I wish I could have had those or should

12:08PM 11    have had those, then we're going to have to seek some relief on

12:08PM 12    that, a supplemental report.  I mean, I don't know what relief it

12:08PM 13    will take the form of.

12:08PM 14              This is information that has just come out, Judge.

12:08PM 15    It's not like we've had these documents for a month.  We didn't

12:08PM 16    have any of this information.  Truth be known, Mr. Bly was asked

12:08PM 17    some questions about this, he answered them the way -- however he

12:08PM 18    did, he answered them, but he did not lead us to believe in his

12:08PM 19    deposition answers.  A lot of this information we've discovered

12:08PM 20    since.

12:08PM 21          THE COURT:  Let's do this, Andy, I am correct that he's

12:08PM 22    down for post July 31?

12:08PM 23          MR. LANGAN:  He's on your list, yes.

12:08PM 24          THE COURT:  Without objection?

12:08PM 25          MR. LANGAN:  There is some history here, but that's what

12:08PM 1    this says, that's right.

12:08PM 2         THE COURT:  No, no, it's not etched in stone.  We

12:08PM 3    believe it's without objection, but if there is objection, I'm

12:08PM 4    willing to hear you.

12:08PM 5         MR. LANGAN:  We would like to regroup and maybe think

12:08PM 6    about that.

12:08PM 7         THE COURT:  Also think about whether we can get him here

12:09PM 8    prior to July 31, because if we can, then I don't have to face

12:09PM 9    what they're getting ready to tell me, which is they need an

12:09PM 10   extension of their expert report deadline, which I'm not going to

12:09PM 11   give them.

12:09PM 12        MR. STERBCOW:  We don't want to do that obviously,

12:09PM 13   Judge.  We're not going there.

12:09PM 14        THE COURT:  You see where this is headed?

12:09PM 15        MR. LANGAN:  I do.

12:09PM 16        THE COURT:  So if you would just put that on your

12:09PM 17   multiple list of things to do, to see if there is any way we can

12:09PM 18   get him in before July 30th.

12:09PM 19        MR. LANGAN:  It might be tough.

12:09PM 20        THE COURT:  It might be tough.  Paul may have to work on

12:09PM 21   a Saturday.

12:09PM 22        MR. STERBCOW:  That's been happening a lot lately,

12:09PM 23   actually.

12:09PM 24        I think the only other issue that we raised, it

12:09PM 25   involved redactions, documented privileges, and in terms of the

12:09PM 1  BP witness deposition testimony, Judge, I had totally forgotten,

12:09PM 2  you were at Mr. Thierens' deposition, weren't you?

12:09PM 3          THE COURT:  I was at several depositions.

12:10PM 4          MR. STERBCOW:  The fact of the matter is there was an

12:10PM 5  issue that came up and there was a motion.  What provoked me to

12:10PM 6  put this on the schedule today is that there was an oral motion

12:10PM 7  in that deposition to strike an entire direct examination of

12:10PM 8  Mr. Thierens, and I don't want that to linger and to come up at

12:10PM 9  some point in time and have to cause us problems where we learn

12:10PM 10 we relied on some testimony, even if it's BP direct testimony,

12:10PM 11 well, it's been stricken, you can't use it, or you can't use

12:10PM 12 parts of my testimony when I came back and asked him about

12:10PM 13 questions.  You know, we have concerns that some of these

12:10PM 14 witnesses, and this has nothing -- I'm not pointing fingers at

12:10PM 15 anybody.

12:10PM 16         THE COURT:  Except maybe over here.

12:10PM 17         MR. STERBCOW:  Well, maybe.  No, and I'm really not, but

12:10PM 18 there's clearly been with some witnesses, and I'm not -- it may

12:10PM 19 be with Transocean witnesses and Halliburton witnesses, too,

12:10PM 20 where we ask a series of questions, and the questions can't be

12:10PM 21 answered for various reasons, and then the lawyer representing

12:11PM 22 the party asks questions, and all of a sudden, the light bulb has

12:11PM 23 gone off.

12:11PM 24         Now, there is nothing that you can do about that

12:11PM 25 sitting here.  My concern, though, is that I don't want to be

12:11PM 1   caught on the back end if another party, in this case, the

12:11PM 2   United States, moves to strike 45 minutes worth of testimony that

12:11PM 3   we may want to use, I don't want to have that bite us in terms of

12:11PM 4   what we can do and can't do down the road.

12:11PM 5          THE COURT:  Well, I've got a couple of comments.

12:11PM 6   Comment number one, and I'm not going to say which witnesses, but

12:11PM 7   some witnesses were much better and much more forthcoming than

12:11PM 8   others.  I sat in on several.  Remember, I was shuttling between

12:11PM 9   rooms.  It was apparent to me that some witnesses were struggling

12:11PM 10  to answer questions on cross-examination that I thought perhaps

12:11PM 11  were easier than the witness thought they were, and I understand

12:12PM 12  what a high pressure situation it is for these witnesses.

12:12PM 13         But to the extent that any defendant can prepare

12:12PM 14  their witnesses to understand what, for instance, the word

12:12PM 15  *serious* means in common usage, that would be appreciated.  That

12:12PM 16  would move the depositions along so that questions can be asked

12:12PM 17  and answered, yes and no, and then if you want to explain the

12:12PM 18  answer, that's helpful as well.  Beyond that, I really can't

12:12PM 19  comment on the depositions that are still to take place.

12:12PM 20         I would ask that you consult with the United States

12:12PM 21  and the states and see if you can't reach agreement on moving to

12:12PM 22  strike testimony.  I think that's not helpful.

12:13PM 23         MR. STERBCOW:  Right.

12:13PM 24         THE COURT:  See if, one, maybe they can withdraw that

12:13PM 25  motion on that witness, and two, everybody gets to reserve their

12:13PM  1    rights to object later on.  So let's not move to strike the

12:13PM  2    future.

12:13PM  3                MR. STERBCOW:  Fair enough.

12:13PM  4                THE COURT:  Don't you think?

12:13PM  5                MR. STERBCOW:  That would help us.

12:13PM  6                THE COURT:  I think it would help everybody.

12:13PM  7                MR. STERBCOW:  Thank you, Judge.

12:13PM  8                MS. KARIS:  Very quickly, without obviously going into

12:13PM  9    the merits of anyone's testimony --

12:13PM 10                THE COURT:  No, and that's why I said, I mean, I sat in

12:13PM 11    on several.

12:13PM 12                MS. KARIS:  Carrie Karis for BP.

12:13PM 13                Understood.  Without going into the merits of

12:13PM 14    anyone's testimony, obviously the witness' ability to respond to

12:13PM 15    certain questions is certainly, in part, based on the questions

12:13PM 16    asked the witness.  With respect to the motion that was made at

12:13PM 17    Mr. Thierens' deposition by Mr. Underhill, at the appropriate

12:13PM 18    time, we'll invite the Court to look at the nature of the

12:14PM 19    questions that were asked of him, including hundreds, literally,

12:14PM 20    hundreds of questions about documents that the witness has never

12:14PM 21    seen before, topics that the witness makes very clear they have

12:14PM 22    never been involved in, and, in fact, interestingly enough, in

12:14PM 23    that very deposition, one of the lawyers, who shall remain

12:14PM 24    nameless, told the witness, I will give you the foundation from

12:14PM 25    which you can testify.

12:14PM 1          I am not aware of any court that allows you to

12:14PM 2  provide a witness with foundation after the witness has told you,

12:14PM 3  I do not know what this document is about, I've never seen it, I

12:14PM 4  don't know what context this person was writing this, I don't

12:14PM 5  know what they were asked to do and what they were responding to.

12:14PM 6          So while I hear Mr. Underhill's -- well, I heard, I

12:14PM 7  should say, Mr. Underhill's request to strike as I sat at that

12:15PM 8  deposition, we'll address at the appropriate time the

12:15PM 9  appropriateness of the questions asked.

12:15PM 10         THE COURT:  We're going to talk to Mike and see if

12:15PM 11 perhaps we can get that withdrawn.  I would hope that we'll

12:15PM 12 reserve those kinds of motions until prior to trial.

12:15PM 13         MR. MAZE:  Your Honor, the attorney who shall remain

12:15PM 14 nameless would like to speak just for a second.  This is

12:15PM 15 Corey Maze, State of Alabama.

12:15PM 16         Can you hear me?  I'm sorry.

12:15PM 17         THE COURT:  Yes, we can hear you fine, Corey.

12:15PM 18         MR. MAZE:  First of all, I don't have a problem

12:15PM 19 withdrawing the states out of the objection if the United States

12:15PM 20 agrees with that as well for the reasons that Paul said.

12:15PM 21         As far as making an objection about me saying the

12:15PM 22 word *foundation*, just to make the record clear, Ms. Karis and I

12:15PM 23 and Mr. Cunningham went out in the hallway, discussed it, I came

12:15PM 24 back in, withdrew that question, reasked it.  There's actually

12:15PM 25 nothing on the record in which that was done.  It wasn't done

12:16PM 1    again, so I don't think that needs to be a topic that is raised

12:16PM 2    again later.

12:16PM 3              The final point is, is with regard to reading

12:16PM 4    documents to a witness to ask them to refresh their recollection,

12:16PM 5    in that case, Mr. Thierens was simply saying, I don't remember

12:16PM 6    any of these things that happened, and we were asking him when

12:16PM 7    Kevin Lacy remembered exactly the same thing, could he remember

12:16PM 8    it now that Kevin Lacy, who he worked with for all those years,

12:16PM 9    did the same thing, and he still said he didn't remember it.

12:16PM 10             With regard to whether or not an attorney can read

12:16PM 11   something to a witness, I would ask BP to look at their very next

12:16PM 12   questioning of a witness, which was David Cameron on Monday, and

12:16PM 13   Mr. Haycraft was reading books written by authors that the

12:16PM 14   witness had never heard of word for word and asking if he agreed

12:16PM 15   with it.  So it's common practice.

12:16PM 16             So I wanted to make that clear for the record, but

12:16PM 17   I have no problem withdrawing the State's objection if the

12:16PM 18   United States agrees as well.

12:16PM 19             THE COURT:  Okay.  Good enough.

12:16PM 20             MR. UNDERHILL:  Your Honor, Mike Underhill is on the

12:16PM 21   line.  Can I address it?

12:16PM 22             THE COURT:  You certainly may, Mr. Underhill.

12:17PM 23             MR. UNDERHILL:  The PSC chose the right guy, my friend

12:17PM 24   Paul, to make the request because if it had been others, I would

12:17PM 25   have probably kept my hot headedness.  I'll be glad to withdraw

12:17PM  1    it.  I would note that the motion was joined by, I lost track,

12:17PM  2    about five or six others parties fairly rapidly in succession.

12:17PM  3         Here is my perspective, Your Honor, if it's going

12:17PM  4    to make especially Paul's and the PSC's life easier and others,

12:17PM  5    I'll be glad to withdraw it.

12:17PM  6         But I would make this observation, that the motion

12:17PM  7    was made, quite frankly, out of a level of deep frustration.  I

12:17PM  8    don't say this lightly, but we have had not one, not two, not

12:17PM  9    three, not 10, not 20, we've had many instances of the BP

12:17PM 10    witnesses where what we've seen, and I think you may have

12:17PM 11    observed some of it with some witnesses more than others,

12:17PM 12    Your Honor, where the light -- they've been prepped, for the

12:17PM 13    record, so far as I know is Mr. Castell this week, Mr. Castell

12:18PM 14    was prepped for eight to 10 days.  He wasn't necessarily the

12:18PM 15    amnesiac variety of some that we've seen, but we've seen a lot of

12:18PM 16    amnesia in cross-examination, and then an amnesia reversal pill

12:18PM 17    when it comes to direct.  That's where that frustration comes

12:18PM 18    from.

12:18PM 19         I'll withdraw the motion because I think I've

12:18PM 20    spoken with other counsel, and I'll say this candidly, we've come

12:18PM 21    to the decision that if that's the way the witnesses are going to

12:18PM 22    be prepared and if that's the way they will testify through

12:18PM 23    deposition or video, however, then we trust that the trier of

12:18PM 24    fact will be able to see him or herself, or themselves if there

12:18PM 25    is a jury, what's doing on.  I will trust the trier of fact to

12:18PM 1   make that decision on an open record.  So I'll withdraw the

12:18PM 2   motion based upon that.

12:18PM 3           THE COURT:  Good.  Thanks, Mike.  I appreciate it.

12:18PM 4   That's helpful, and Paul looks very pleased.  You'll be glad to

12:18PM 5   know your friend Paul looks pleased.

12:19PM 6           So, Carrie, I think that takes care of that.

12:19PM 7           MS. KARIS:  It does.  We obviously do not concur with

12:19PM 8   Mr. Underhill's questions, in fact, for Mr. Thierens.  As I

12:19PM 9   pointed out at the deposition, and I will state again, I would

12:19PM 10  point to the examinations conducted by certain parties in this

12:19PM 11  room about topics that the witness was involved in and his

12:19PM 12  responsiveness with respect to those.  But leaving that for a

12:19PM 13  different date, we don't agree with Mr. Underhill's

12:19PM 14  characterization, and we will let the trier of fact decide

12:19PM 15  whether the questions posed to the witnesses are appropriate.

12:19PM 16          THE COURT:  Thank God I'm not the trier of fact.  Maybe

12:19PM 17  Judge Barbier is listening.  No, it's afternoon.

12:19PM 18          THE CLERK:  Did you hear about the motion to consent?

12:19PM 19          THE COURT:  No, Judge Barbier has gone to lunch.  I hope

12:19PM 20  he is listening so he heard that.

12:19PM 21          MR. HERMAN:  Steve Herman for the PSC real quickly.

12:19PM 22          The only other issue that I think we wanted to

12:19PM 23  raise was that there is a deposition that's been discussed at

12:19PM 24  length of Mr. Inglis that is going to, as of now, occur in

12:20PM 25  London.  I think that's been discussed.  The two potential

12:20PM 1    changes in circumstances, which we would just like to raise with

12:20PM 2    the Court, are, one, we have offered to pay for Mr. Inglis and/or

12:20PM 3    his own counsel, if necessary, to come to the US to sit for the

12:20PM 4    deposition here because we just think it would be -- even that

12:20PM 5    would save money compared to having everybody, including the team

12:20PM 6    of ours, go all the way back to London.

12:20PM 7            THE COURT:  Although I might volunteer.

12:20PM 8            MR. HERMAN:  Well, that might make it worthwhile.

12:20PM 9                 In any event, even with the offer of payment, that

12:20PM 10   might change the circumstances.

12:20PM 11                The other thing is that we noticed that apparently

12:20PM 12   the company that Mr. Inglis works for has an office in Houston,

12:20PM 13   so it might doubly make sense that we could maybe even do it in

12:20PM 14   Houston, which would be much preferable than going back to

12:21PM 15   England.  So I would just throw that out, our offer to pay for

12:21PM 16   it, etcetera.

12:21PM 17                The other thing that Mr. Sterbcow, Mr. Underhill's

12:21PM 18   close friend, wanted me to raise is apparently Mr. Inglis'

12:21PM 19   deposition was supposed to occur much earlier, and presumably BP

12:21PM 20   was diligently working on getting his custodial file ready, and

12:21PM 21   since we've had a few issues, particularly if it's going to

12:21PM 22   continue to be in London, it seems that maybe they could produce

12:21PM 23   his custodial file a little bit earlier, particularly if we have

12:21PM 24   to get back -- ready to go back to London.

12:21PM 25            MR. LANGAN:  Andy Langan for BP.

12:21PM 1           Mr. Herman wasn't here last week when we covered

12:21PM 2  all of this.  Do I need to cover it again about why it has to be

12:21PM 3  in London?

12:21PM 4           THE COURT:  No, you don't.  Just explain to him that the

12:21PM 5  kind and generous offer is not possible.

12:21PM 6           MR. LANGAN:  Correct.  Again, he's appearing voluntarily

12:21PM 7  and not invoking his Hague Convention rights.  We ought not lose

12:21PM 8  sight of that.

12:21PM 9           THE COURT:  Let's not lose sight of the request for the

12:22PM 10 custodial file.

12:22PM 11          MR. LANGAN:  Your Honor, there is history here, too.

12:22PM 12 You know that unlike any other party in the case, we have been

12:22PM 13 complying with a 14-day requirement.  Nobody else has.  14 days

12:22PM 14 is enough.  We have enough to do without laboring on yet another

12:22PM 15 requirement beyond what everybody else has to do.  It's just not

12:22PM 16 fair.  So we'll do the best we can, but I can't commit to do more

12:22PM 17 than we are already doing, which is more than anyone else.

12:22PM 18          THE COURT:  The heat is almost off.

12:22PM 19          MR. LANGAN:  Look at that calendar.  Just because some

12:22PM 20 TO hands are going to be deposed, the heat is not off us.

12:22PM 21          THE COURT:  Would you do what you can to accommodate the

12:22PM 22 PSC so that they can prepare to go back since Mr. Inglis isn't

12:22PM 23 coming our way?  Whatever you can do.

12:22PM 24          MR. LANGAN:  I think I mentioned last week, and we

12:22PM 25 checked with his personal counsel, he has international travel,

12:22PM 1   not to the US, but I think to the Middle East both before and

12:22PM 2   after the week of July 18th.

12:22PM 3          THE COURT:  No, I remember you told us.

12:23PM 4             All right.  Let's see.

12:23PM 5          MR. ROY:  Judge, may I address the Court, Your Honor?

12:23PM 6          THE COURT:  Mr. Roy.

12:23PM 7          MR. ROY:  Jim Roy.

12:23PM 8             While Andy was talking about a 14-day issue, it

12:23PM 9   brings up another 14-day issue.  Andy alluded to it, but I'm not

12:23PM 10  sure it's clear on the record.  Maybe it's clear to everybody but

12:23PM 11  me.  But so I'm clear, we had some exchanges of e-mails during

12:23PM 12  the week, and Andy has very graciously circulated what we would

12:23PM 13  call *a proposed consensus e-mail* to the other liaison counsel.  I

12:23PM 14  have not seen responses from everyone, but I want to get it out

12:23PM 15  here.

12:23PM 16            It is the understanding and agreement, Andy,

12:23PM 17  between this -- at least BP and the PSC that the 14-day period

12:23PM 18  within which a party must designate confidentiality portions of a

12:24PM 19  deposition starts on the day of receipt of the final certified

12:24PM 20  electronic transcript via e-mail from the court reporter.  In

12:24PM 21  this case, that's typically been taking place, in a two-day

12:24PM 22  deposition, within 24 to 36 hours you get the second day.  That's

12:24PM 23  when the 14 days would start for designation of confidentiality

12:24PM 24  portions.  That's when the 14 days would start.  If somebody

12:24PM 25  needs extensions, as Andy has asked for, we have been flexible

12:24PM  1    and understanding, but if anybody has a different understanding,

12:24PM  2    we want to get it on the table today so that we're all operating

12:24PM  3    under the same rule book.

12:24PM  4         The bottom line is there was some confusion and

12:24PM  5    some suggested maybe it's somehow got something to do with the

12:24PM  6    errata sheet that was discussed in court last week.  In reading

12:24PM  7    the record, it's still not absolutely clear, so this is the

12:25PM  8    proposal from BP and the PSC.  If that is unacceptable or the

12:25PM  9    Court is uncomfortable with it, let us know; otherwise, we'll

12:25PM 10    know what the rules are.

12:25PM 11         THE COURT:  Not at all.  I think one is apples and one

12:25PM 12    is oranges.

12:25PM 13         MR. LANGAN:  That's what we said last week, Your Honor.

12:25PM 14    I agree with Mr. Roy.  I think our -- I have a couple of comments

12:25PM 15    to make, in addition to my agreement.  Our primary goal was to

12:25PM 16    avoid ambiguity, and so delivery of the transcript by the court

12:25PM 17    reporter electronically is a fair reading of Pretrial Order 13.

12:25PM 18    Having said that, what we're experiencing is a very quick court

12:25PM 19    reporter right now.  They are moving.

12:25PM 20         THE COURT:  Everybody is very happy.

12:25PM 21         MR. LANGAN:  There is good news and bad news.  The good

12:25PM 22    news is people are getting their transcripts.  The bad news is it

12:25PM 23    puts enormous pressure on us to keep up with the designations of

12:25PM 24    confidentiality, which we take seriously.

12:26PM 25         So I was glad to hear Mr. Roy say that they will

12:26PM  1    continue to be as flexible as they have been in the past on

12:26PM  2    extensions, because frankly we're going to need them.  I would

12:26PM  3    like the Court and the parties to entertain the idea of if we're

12:26PM  4    going to start the clock that soon, could it be more than

12:26PM  5    14 days?  Because it puts a lot of pressure on us to keep up with

12:26PM  6    that plus the errata.  It's hard.  And so --

12:26PM  7              THE COURT:  Let's see what Mr. Roy has to say.

12:26PM  8              MR. ROY:  Right.  Your Honor, we don't think that's

12:26PM  9    appropriate, and here is why:  On a case-by-case basis, they have

12:26PM 10    asked, we have reviewed, we've dealt with it, and there has been

12:26PM 11    no complaints.

12:26PM 12              There actually have been de facto four and

12:26PM 13    five-week extensions because the previous court reporter was

12:26PM 14    having tremendous delays, and yet everybody has rough transcripts

12:26PM 15    that ought to be adequate to be starting the process of what's

12:26PM 16    confidential and what's not, despite quality issues, etcetera,

12:27PM 17    etcetera.  So there are, in effect, huge delays, and the fact

12:27PM 18    that the current court reporter is turning a transcript in 24 to

12:27PM 19    36 hours is more than offset, we would submit, by the last

12:27PM 20    six months where we've had, well, a different set.

12:27PM 21              That being said, we think the 14-day rule is

12:27PM 22    appropriate and should not change.  On a case by case, we deal

12:27PM 23    with it.

12:27PM 24              The second point is -- the second point,

12:27PM 25    Your Honor, is that with the last deposition being the end of

12:27PM 1    July, plaintiffs already are in the trick bag having to turn

12:27PM 2    reports for August 15th.  I mean, there may -- we will alert the

12:27PM 3    Court now that as we get into July, the turn of transcripts and

12:27PM 4    the use and whatnot, wide dissemination of our teams and whatnot

12:28PM 5    becomes more and more critical.  Now grant it, that can still be

12:28PM 6    done with a PTO 13 confidentiality form, but maybe it isn't the

12:28PM 7    same.

12:28PM 8            But for the other reason, we still think the

12:28PM 9    14 days is adequate.

12:28PM 10           MR. LANGAN:  Andy Langan for BP.

12:28PM 11           I'm not sure I understand the connection between

12:28PM 12   confidentiality designations and the timing of expert reports.

12:28PM 13   Presumably their experts are all going to get access.

12:28PM 14           THE COURT:  So they're all under the umbrella.

12:28PM 15           MR. LANGAN:  So anyway, just a placeholder, Your Honor,

12:28PM 16   I hear Mr. Roy, pretrial order 13 says what it says.  I think as

12:28PM 17   time goes on and we keep asking for extensions, and they are

12:28PM 18   going to hopefully graciously answer them, and maybe it would be

12:28PM 19   easier to extend the time, but I hear what Mr. Roy is saying.

12:28PM 20           Can I talk about read and sign and errata for a

12:28PM 21   second?

12:28PM 22           THE COURT:  Sure, why not.

12:28PM 23           MR. LANGAN:  We talked about it last week and we landed

12:28PM 24   on 30 days, and that's in Your Honor's order.  That's exactly

12:28PM 25   what the Federal Rules say, so I mean that's not an extension at

12:28PM  1    all.  I'm hoping --

12:28PM  2                THE COURT:  You want more?

12:28PM  3                MR. LANGAN:  Right.

12:29PM  4                THE COURT:  More.

12:29PM  5                MR. LANGAN:  How about 45 days instead of 30?  You know,

12:29PM  6    it would help us a lot.

12:29PM  7                THE COURT:  On the errata sheet.

12:29PM  8                We had a problem with it across the board, didn't

12:29PM  9    we, last week?

12:29PM 10                MR. LANGAN:  I think it had to do with experts again.

12:29PM 11                THE COURT:  The dates run into each other.  How about we

12:29PM 12    go for, can you all live with 45 days on the errata?

12:29PM 13                MR. HERMAN:  Yes, Your Honor, if it doesn't effect

12:29PM 14    confidentiality.

12:29PM 15                THE COURT:  45 days, sold to lowest bidder.

12:29PM 16                MR. LANGAN:  Terrific.  So that in general.

12:29PM 17                Then, also, I have a colleague of mine that's

12:29PM 18    specifically asked until June 29th, instead of today, for

12:29PM 19    Neil Crammond, who was deposed 30 days ago or so for BP.

12:29PM 20                THE COURT:  No objection.

12:29PM 21                MR. ROY:  No objection.

12:29PM 22                MR. LANGAN:  Thank you.

12:29PM 23                MS RAINES:  Your Honor, is that 45 days from the

12:29PM 24    electronic receipt versus when we get the actual printout from

12:29PM 25    the --

12:29PM 1          THE COURT:  Electronic receipt of the final certified

12:30PM 2 transcript.

12:30PM 3          MR. LANGAN:  Not from the receipt of the errata form

12:30PM 4 from the reporter?

12:30PM 5          THE COURT:  That doesn't come with the final transcript?

12:30PM 6          MS. RAINES:  That's what's confusing.  It comes

12:30PM 7 electronically, but then you also get it in the mail.  The court

12:30PM 8 reporter says it 30 days from when you get it in the mail.  So

12:30PM 9 there is this few days --

12:30PM 10          THE COURT:  You get the errata sheet when you get the

12:30PM 11 final transcript.  Can you live with 45 days from the electronic

12:30PM 12 receipt?

12:30PM 13          MR. LANGAN:  I think we will probably make that work,

12:30PM 14 Your Honor.  If there's a problem, we'll come back to you and

12:30PM 15 counsel, okay?

12:30PM 16          THE COURT:  Counsel will work with you.

12:30PM 17          MR. LANGAN:  Thank you.

12:30PM 18          MR. ROY:  Just for clarification, Your Honor, when you

12:30PM 19 say *from electronic receipt*, that's from electronic receipt of

12:30PM 20 the final deposition transcript?

12:30PM 21          THE COURT:  That's what I thought I said.  Let me try it

12:30PM 22 again.

12:30PM 23          MR. ROY:  Distinguishing from receipt of the errata

12:30PM 24 sheet.

12:30PM 25          THE COURT:  Well, the errata sheet comes with the final

12:30PM 1    electronic transcript.

12:30PM 2              MR. ROY:  It may or may not.

12:30PM 3              THE COURT:  I think it does.  But even if it doesn't,

12:31PM 4    xerox a standard errata sheet.

12:31PM 5              MR. LANGAN:  We never thought of that.

12:31PM 6              THE COURT:  Okay.  Guys, I have looked at the PSC's

12:31PM 7    responses to BP's request for admissions.

12:31PM 8                   Mr. Herman, if you want to be heard, I'll be happy

12:31PM 9    to hear you, but I've looked at it.

12:31PM 10             MR. HERMAN:  Are there any specific issues, concerns,

12:31PM 11   questions, problems?

12:31PM 12             THE COURT:  Well, I'm going to get a ruling out, but if

12:31PM 13   you would like to tell me anything, I'm happy to hear from you.

12:31PM 14             MR. HERMAN:  I'm not sure what the motion is.

12:31PM 15             THE COURT:  The motion is if you didn't admit or deny

12:31PM 16   specifically, and what they want from you is to admit or deny

12:31PM 17   rather than say, for instance, we will stipulate to this if the

12:32PM 18   United States stipulates to this.  They think that's improper.

12:32PM 19             MR. HERMAN:  Well, I think there is really three issues.

12:32PM 20   Some of these are in our objections and responses.

12:32PM 21                  But the first is an issue of authority.  What

12:32PM 22   authority does the PSC have to formally bind every plaintiff or

12:32PM 23   every claimant in litigation -- in limitation, excuse me, and I

12:32PM 24   think I stated something in our preface, but I also --

12:32PM 25             THE COURT:  You did.

12:32PM 1        MR. HERMAN:  -- and noticed that in PTO 8, which

12:32PM 2   appoints the PSC, specifically says in miscellaneous that we are

12:32PM 3   to "negotiate and enter into stipulations with defendants

12:32PM 4   regarding this litigation.  All stipulations entered into by the

12:32PM 5   PSC, except for strictly administrative details, such as

12:32PM 6   scheduling, must be submitted for Court approval and will not be

12:32PM 7   binding until the Court has ratified the stipulation."

12:32PM 8        So that seems to be further support for the notion

12:33PM 9   that we can't bind litigants out there whom we don't represent in

12:33PM 10  a direct attorney-client situation.

12:33PM 11        The second thing is that to the extent it is

12:33PM 12  representation or putative representation, whatever you want to

12:33PM 13  call it, we're responding for 130,000 people.  I think you said

12:33PM 14  it was unduly burdensome to go figure out what those 130,000

12:33PM 15  people would agree to, stipulate to.  I think it's fair to ask us

12:33PM 16  as a PSC to enter into stipulations for the purposes of this

12:33PM 17  trial, and that would presumably be binding upon Court approval.

12:33PM 18        THE COURT:  Let me ask you this, though:  I hear what

12:33PM 19  you're saying and I think it's a good point.  Why is your

12:33PM 20  stipulation dependent on the United States, or any other party,

12:33PM 21  agreeing to what the PSC's position is?

12:34PM 22        MR. HERMAN:  Well, that's my next point, which is that

12:34PM 23  requests for admissions are, in my experience, usually one of two

12:34PM 24  things:  We want you to admit that we either did or didn't do

12:34PM 25  something, or we want you to admit that you did or didn't do

12:34PM 1    something.

12:34PM 2              Their admissions -- many of their requests for

12:34PM 3    admissions really ask us to admit to things that are disputed, or

12:34PM 4    at least potentially disputed, by third parties like Transocean

12:34PM 5    or the United States or Cameron, and so as a practical matter,

12:34PM 6    what if we did admit to it, is that an admitted fact or not?

12:34PM 7              Certainly we wouldn't admit that the US approved

12:34PM 8    something through MMS that the US itself is disputing.  Why would

12:34PM 9    we admit to it if the US were disputing it?  Not only that, what

12:34PM 10   difference would it make because if the US is disputing it, even

12:34PM 11   if we, quote, unquote, admit to it, I don't think it resolves the

12:34PM 12   factual dispute.  It's still a factual dispute.

12:35PM 13             I mean, we can phrase this however the Court wants,

12:35PM 14   but we think that we did it in an appropriate way, in effect,

12:35PM 15   when we say we would stipulate to something, in effect, at least

12:35PM 16   for the purposes of the February 2012 trial, they've got an

12:35PM 17   admission.  I mean, we could fight about the words.  We're just

12:35PM 18   trying to be respectful of the people for whom we are responding.

12:35PM 19             THE COURT:  I guess what we need to figure out, Steve,

12:35PM 20   is it will be the PSC's position that, blank.  Maybe we can

12:35PM 21   approach it that way.  At trial it will be the PSC's position

12:35PM 22   that, and then whatever the question is.  As I understand it, you

12:35PM 23   basically are agreeing that that will be your position.  That is

12:35PM 24   what, as I understand it, BP is looking for.

12:35PM 25             MR. HERMAN:  I think we've done that in good faith.  I

12:35PM  1    mean, we've basically looked at them, where we said we disagree

12:36PM  2    with this, we've denied, and that's frankly been in few

12:36PM  3    instances, and in the other circumstances, we either said that we

12:36PM  4    would stipulate to that or we said that -- I mean I guess our

12:36PM  5    real answer is, well, you should really be directing this to

12:36PM  6    Transocean, but if Transocean is agreeable to it, then we're

12:36PM  7    agreeable to it, too.  Or you should really be addressing this to

12:36PM  8    the United States, but if the United States agrees, then we

12:36PM  9    agree, too.  I don't know what's unreasonable about that

12:36PM 10    position.

12:36PM 11              THE COURT:  My only thought is that they want a direct

12:36PM 12    response from the PSC as to what your position will be at trial.

12:36PM 13    Not dependent on what the United States or Transocean or any

12:36PM 14    other parties.  So, for instance, Cameron, you know, you qualify

12:36PM 15    a couple of the answers by saying we'll stipulate to this if

12:36PM 16    Cameron stipulates to it.  Well, they don't want it dependent on

12:36PM 17    Cameron.  You all will take this position presumably at trial.

12:36PM 18              MR. HERMAN:  Well, I think that what we would say for

12:37PM 19    all of those answers is that it's premature to make us do that

12:37PM 20    right now.  Our expert reports aren't due until August 15th.

12:37PM 21    Fact discovery is still going on.

12:37PM 22              I mean, one of the questions is, how long did the

12:37PM 23    Transocean people have to press the EDS?  I mean, we could tell

12:37PM 24    you what we think it is right now, but it seems premature to make

12:37PM 25    us do that, and if Transocean is going to take the position that

12:37PM 1    they had 14 minutes, we're probably going to take that position,

12:37PM 2    too.

12:37PM 3            So our position is to some extent dependent on the

12:37PM 4    evidence that either is discovered, confirmed or comes to bear

12:37PM 5    within the next, you know, whatever it is, six weeks, and when we

12:37PM 6    serve our expert reports, I think that people will get a lot

12:37PM 7    better idea where we stand.

12:37PM 8            Certainly after Transocean files their expert

12:37PM 9    reports on the 15th, we didn't even have Transocean's internal

12:37PM 10   report when we answered these admissions, and then when all of

12:38PM 11   the parties filed their expert reports on October 15th, then

12:38PM 12   we'll know pretty much everyone's position.  So maybe we can do

12:38PM 13   what they want, but I think the deadline for that should maybe be

12:38PM 14   November 15th or November 1st or something after we know

12:38PM 15   definitively what all the facts are and what all the contentions

12:38PM 16   of the parties are.

12:38PM 17           THE COURT:  Okay.  Fair enough.

12:38PM 18           MR. FITCH:  Judge, Tony Fitch, Anadarko.

12:38PM 19           We have one other area of concern.  We have

12:38PM 20   requests for admissions simply asking the PSC, and it is the PSC

12:38PM 21   that's going to be the trial lawyer for the plaintiffs at this

12:38PM 22   trial, whether or not they have evidence on X issue, Y issue or Z

12:38PM 23   issue.

12:38PM 24           I do respectfully suggest that at some point in

12:38PM 25   time, I'm sympathetic to that, we have a right to have that

12:38PM 1    answered yes or no and not --

12:38PM 2            THE COURT:  Steve agrees with that.

12:38PM 3            MR. FITCH:  -- not an answer that says, we have

12:38PM 4    insufficient information to answer yes or no.  We get a yes or no

12:39PM 5    at some point, I respectfully suggest.

12:39PM 6            THE COURT:  Yes, I agree.

12:39PM 7            MR. HERMAN:  Well, to some extent I agree with him.  I

12:39PM 8    think that that admission is improper because you're not asking

12:39PM 9    somebody to admit to a fact that is in dispute in the case.

12:39PM 10   You're asking somebody to admit as to whether a lawyer, in

12:39PM 11   effect, characterizes evidence in a certain way.  It's really in

12:39PM 12   the nature of a contention interrogatory.

12:39PM 13           What they are really saying is tell us what

12:39PM 14   evidence, if any, you have on this issue, and to the extent we've

12:39PM 15   answered those types of contention interrogatories, we have; to

12:39PM 16   the extent our expert reports are going to do it, the expert

12:39PM 17   reports will do it; to the extent we need to supplement or amend,

12:39PM 18   fine.

12:39PM 19           But admit that you have no evidence is not

12:39PM 20   admitting to a fact in question.  It's asking a lawyer to

12:39PM 21   characterize evidence that's equally available to all parties.

12:39PM 22   It's not something that really would be admissible at trial.  If

12:39PM 23   they say admit to this fact, that's one thing.  That's what BP

12:40PM 24   and the other parties do, but admit to what evidence you have or

12:40PM 25   don't have or how you characterize it, I don't think that's a

12:40PM 1    valid request for admission.

12:40PM 2              I mean, I think we have tried it.  We continue to

12:40PM 3    try to answer those in good faith or treat them like contention

12:40PM 4    interrogatories or whatever, but I don't think that's a proper

12:40PM 5    request for admission.

12:40PM 6              MR. FITCH:  Judge, Tony Fitch, Anadarko.

12:40PM 7              Given the two positions that Steve has set out,

12:40PM 8    I've got to respectfully suggest that he's trying to have his

12:40PM 9    cake and eat it, too.  We're almost all verging on what does his

12:40PM 10   mean.  There's got to be a resolution here where we get some yes

12:40PM 11   or no answers.

12:40PM 12             THE COURT:  Yes, we're going to work on it.

12:40PM 13             MR. LANGAN:  Maybe you don't need hear from me.

12:40PM 14             THE COURT:  Come on up, Andy.

12:40PM 15             MR. LANGAN:  Just real quick.  Andy Langan for BP.

12:40PM 16             Mr. Duffy has spelled out our position well.  I

12:40PM 17   think the PSC can answer.  They are going to be at trial.  They

12:40PM 18   have clients that should answer, and their answer should not be

12:40PM 19   dependent on what Cameron might think about something.  It ought

12:40PM 20   to be what the PSC thinks.  They can do better than what they

12:41PM 21   did, and they ought to be directed to.  Thank you.

12:41PM 22             THE COURT:  All right.  Thank you, Andy.

12:41PM 23             Do we have anything we need to cover with regard to

12:41PM 24   the ongoing issue of the short form claimants?

12:41PM 25             Steve, anything that you want to report?  If not,

12:41PM 1   we'll just pass it.

12:41PM 2          MR. LANGAN:  The ball is in our court.  We have a

12:41PM 3   position, and I promised Steve by Monday we would get back to

12:41PM 4   Steve and Your Honor, since I think he's set on your position on

12:41PM 5   this, by Monday and hopefully try to move this ball along.  Thank

12:41PM 6   you.

12:41PM 7          THE COURT:  You're welcome.

12:41PM 8              Let's see how much more we have?

12:41PM 9              Does anybody need a break?

12:41PM 10         MR. MILLER:  We're almost done, Your Honor.

12:42PM 11         THE COURT:  Corey, are you on the line?

12:42PM 12         MR. KANNER:  Corey had to jump off.  He asked me, if

12:42PM 13  there was anything you needed, to respond.

12:42PM 14             Allan Kanner, sorry.

12:42PM 15         THE COURT:  Hi, Allan.  Anything to report relative to

12:42PM 16  production on the states' documents, particularly the

12:42PM 17  Attorney General's offices?

12:42PM 18         MR. KANNER:  We had, I think, on Monday sent out -- we

12:42PM 19  responded to defendants.  I think our position, both of our

12:42PM 20  positions is that we think it's inappropriate.  You're looking at

12:42PM 21  Attorney General documents and we both conducted reviews and have

12:42PM 22  not found anything in the Attorney General's Office that wouldn't

12:43PM 23  otherwise be privileged.

12:43PM 24         THE COURT:  Well, let me ask Andy, Allan, because where

12:43PM 25  I recall we left off, there was going to be a proposal for date

12:43PM 1    ranges and custodians and --

12:43PM 2         MR. LANGAN:  That's correct, Your Honor, and we're

12:43PM 3    continuing to work with Mr. Kanner's colleagues and Mr. Maze's

12:43PM 4    colleagues, and I think we've either made or about to make a

12:43PM 5    proposal about custodian search terms and date ranges to move

12:43PM 6    this ball forward, including the Office of the Attorney General,

12:43PM 7    and I think these compromised discussions continue, and perhaps

12:43PM 8    we should report in a week.

12:43PM 9         THE COURT:  We'll carry it over.

12:43PM 10        MR. KANNER:  Thank you, Your Honor.

12:43PM 11        THE COURT:  Thanks, Allan.  I appreciate it.

12:43PM 12             Now, Don Haycraft has suggested that we need to

12:43PM 13   tackle the issue of who is going to be producing expert reports

12:43PM 14   when, because he's worried that the burden of proof may be

12:44PM 15   different for some parties.  So what he's proposed we do is

12:44PM 16   everybody circulate when they think they will be producing expert

12:44PM 17   reports with regard to an issue.  You don't need to identify who

12:44PM 18   the expert is.  You don't need to identify anything other than

12:44PM 19   we're going to produce an expert report on X date with regard to

12:44PM 20   X issue.

12:44PM 21             Is Don on the phone?

12:44PM 22        MR. FITCH:  He's in a deposition.

12:44PM 23        THE COURT:  Well, then I guess he's not on the phone.

12:44PM 24             Do we have problems with understanding who's got

12:44PM 25   the burden and when expert reports are going to be produced?

12:44PM 1        MR. MILLER:  I didn't think so, Your Honor.  I thought

12:44PM 2   it was fairly clear, at least from my client's standpoint,

12:45PM 3   petitioner's limitation to produce all reports September 12th,

12:45PM 4   reports on unseaworthiness as well as the reports supporting

12:45PM 5   their 14(c) tenders.

12:45PM 6        MR. ROY:  Your Honor, I'm not aware of problems, but I

12:45PM 7   am aware --

12:45PM 8        THE COURT:  It's not a problem.  I misstated it.

12:45PM 9        MR. ROY:  We were going to call the Court's attention to

12:45PM 10  a timing issue, and this is a propitious time to do it.  We will

12:45PM 11  throw it out there.

12:45PM 12       Under the current schedule, August 15th, plaintiff

12:45PM 13  is required to produce all liability experts for Phase I, and

12:45PM 14  September 15th, Transocean produces its own experts, and every

12:45PM 15  other defendant gets to produce theirs on October 15th.

12:45PM 16       Especially in light of the close proximity of the

12:45PM 17  termination of this first phase of fact discovery coming so close

12:46PM 18  to our expert reports being due, this is what we would propose to

12:46PM 19  all parties and the Court to slightly modify that, but only in

12:46PM 20  this respect:

12:46PM 21       The whole idea of why we had to file our expert

12:46PM 22  reports on August 15th was because, as Transocean pointed out,

12:46PM 23  typically, the claimants in limitation, such as the people we are

12:46PM 24  coordinating for and the businesses we're coordinating for, need

12:46PM 25  to put on the case of unseaworthiness, privity, etcetera, and

| | |
|---|---|
| 12:46PM 1 | those expert reports can and should be produced on August 15th. |
| 12:46PM 2 | However, we would suggest that all of the rest of |
| 12:46PM 3 | our Phase I experts, things like process safety, and so forth, |
| 12:47PM 4 | that are applicable to defendants other than Transocean be |
| 12:47PM 5 | produced on September 15th at the same time Transocean is going |
| 12:47PM 6 | to be producing its expert reports dealing with those other |
| 12:47PM 7 | defendants, as well as defending the expert report that we |
| 12:47PM 8 | produced against it. |
| 12:47PM 9 | To do otherwise unfairly gives every other |
| 12:47PM 10 | defendant other than Transocean a full 60 days to respond to the |
| 12:47PM 11 | expert reports, and combined with the close proximity of the |
| 12:47PM 12 | depositions, we just think it's not fair.  Didn't catch it early |
| 12:47PM 13 | on.  Weren't aware of what the deadline would be early on.  It |
| 12:47PM 14 | all comes together now.  We suggest it's a no harm, no foul |
| 12:47PM 15 | proposed change that -- |
| 12:47PM 16 | THE COURT:  Guess who's standing behind you? |
| 12:47PM 17 | MR. ROY:  I can't imagine.  Can I reach back and touch |
| 12:48PM 18 | him? |
| 12:48PM 19 | THE COURT:  Let's hear from Andy. |
| 12:48PM 20 | MR. LANGAN:  Harm and foul. |
| 12:48PM 21 | MR. ROY:  Then part two, we need to talk about the |
| 12:48PM 22 | deadlines for Phase II experts. |
| 12:48PM 23 | MR. LANGAN:  Different subject.  But this has been in an |
| 12:48PM 24 | order, I think, for many, many, many months.  So there is no |
| 12:48PM 25 | surprise here at all.  I do object to this.  I mean, the schedule |

12:48PM 1   has been what the schedule has been for a long, long time.  We've

12:48PM 2   relied on it.  We knew we would have 60 days from the PSC coming

12:48PM 3   forward with its reports and then the shipowner would go next.

12:48PM 4   That was a very deliberate thing that we thought we negotiated

12:48PM 5   and agreed on.  So we definitely object to a change like this.

12:48PM 6           MR. YORK:  Your Honor, this is Alan York for

12:48PM 7   Halliburton.

12:48PM 8               I mean, I think that we would object to a change in

12:48PM 9   that schedule at this point, also.

12:48PM 10          MR. LANGAN:  Unless we're going to move the trial date.

12:49PM 11          THE COURT:  Can you read the tea leaves?

12:49PM 12          MR. LANGAN:  But that's my point.  That's my point.

12:49PM 13  Mr. Roy is asking for one little change that helps him, and what

12:49PM 14  I'm talking about is that has a cascading effect on a very tight

12:49PM 15  schedule.

12:49PM 16          THE COURT:  The tea leaves are that the trial date will

12:49PM 17  not change.

12:49PM 18          MR. LANGAN:  Fair enough.  So nor can this.  That is my

12:49PM 19  point.

12:49PM 20          MR. WITTMANN:  Cameron agrees with counsel's position,

12:49PM 21  Your Honor.

12:49PM 22          THE COURT:  Thank you.

12:49PM 23              Kerry, do you want to pipe in?

12:49PM 24          MR. MILLER:  I do.  Kerry Miller on behalf of

12:49PM 25  Transocean.

12:49PM  1          I think Mr. Roy's proposal actually makes sense.

12:49PM  2  That way each side in this three-sided triangle has 30 days to

12:49PM  3  respond to the issues with respect to the burdens as they are

12:49PM  4  going to be presented in the trial.

12:49PM  5          MR. FITCH:  Fitch; Anadarko.  We would like to think

12:49PM  6  about it for a couple of days.

12:49PM  7          THE COURT:  Well, I tell you what, Jim --

12:49PM  8          MR. FITCH:  I do have one other question, Judge.

12:49PM  9          THE COURT:  Yes.

12:50PM 10          MR. FITCH:  I like the way Jim summarized the current

12:50PM 11  arrangement because some of my colleagues -- I won't call them

12:50PM 12  anal -- diligent, diligent, are concerned about whether the cross

12:50PM 13  claims, the existence of cross claims has any effect on these

12:50PM 14  deadlines.  I think the answer to that question is no.  But I am

12:50PM 15  being badgered to find --

12:50PM 16          THE COURT:  That is probably what Don's concern is as

12:50PM 17  well.

12:50PM 18          MR. FITCH:  That's right.

12:50PM 19          THE COURT:  So maybe what we should do, since Mr. Roy

12:50PM 20  volunteered, is have him put together a one-pager as to what he

12:50PM 21  thinks the schedule currently is, followed by his proposal to

12:50PM 22  modify the current schedule, and if he would be so kind as to

12:50PM 23  include a statement about when reports of people who are cross

12:51PM 24  claimants would be due, everybody can chew on that, and let's

12:51PM 25  have this be a continuing item for next week.

12:51PM  1          MR. ROY:  Will do.

12:51PM  2          MR. HERMAN:  Steve Herman for the plaintiffs.

12:51PM  3              My colleague, Mr. Roy, raised the issue of Phase II

12:51PM  4  deadlines.  Didn't sound like Your Honor wanted to address it

12:51PM  5  today.  But the one issue is now that we're actually in the

12:51PM  6  process of preparing our Phase I experts, it's become obvious

12:51PM  7  that some of those same experts will likely be experts in

12:51PM  8  Phase II as well, and I think I know the answer to this, but I

12:51PM  9  just want to clarify for the record that we're only expected to

12:51PM 10  submit their opinions as to the Phase I issues in August, and it

12:51PM 11  will be a later deadline if those same experts also have separate

12:51PM 12  opinions about the Phase II issues.

12:51PM 13          THE COURT:  I believe that is correct, and if anybody

12:51PM 14  disagrees with that, why don't you let us know for next week's

12:51PM 15  conference.  But I think that's right, Steve.

12:51PM 16          MR. HERMAN:  Thank you.

12:52PM 17          THE COURT:  Okay.  Fact discovery for Phase I, responses

12:52PM 18  to interrogatories, document production, all of that is to be

12:52PM 19  complete by Friday, July 1st.  Does anybody disagree?  Not the

12:52PM 20  rolling production, but otherwise, everything else should be

12:52PM 21  done, request for production of documents, interrogatories.

12:52PM 22          THE CLERK:  United States says they are not going to do

12:52PM 23  Phase I until July 21st.

12:52PM 24          THE COURT:  Yes, the United States is an exception to

12:52PM 25  that rule.

12:52PM 1        MR. LANGAN:  We're in discussions with Transocean

12:52PM 2    following Your Honor's ruling that we do get discovery from them

12:53PM 3    after all about when they're actually going to do it.  I think

12:53PM 4    we've agreed for some initial deadlines, some of which slop over

12:53PM 5    past July 1 for reasons which I think that Your Honor will

12:53PM 6    understand, and we're working well with them on that, but that's

12:53PM 7    another thing that's going to spill over.

12:53PM 8        THE COURT:  Okay.  Let's talk about another issue on

12:53PM 9    expert discovery, which is it seems to me that in planning the

12:53PM 10   next phase, we need to know, "we" being myself and Mike, what

12:53PM 11   we're looking at as far as how many experts, whether it's

12:53PM 12   feasible to multitrack their depositions, we need to start

12:53PM 13   talking about time allotment for each of these people, will some

12:54PM 14   of these experts require more time than others?

12:54PM 15       So what I'm going to ask you all to do is

12:54PM 16   in camera, just coming to me, why don't you tell me, not

12:54PM 17   necessarily now names, but we have an expert in blank and we have

12:54PM 18   another expert in blank, and what your thoughts are as to whether

12:54PM 19   you can multitrack, how much time you think is going to be needed

12:54PM 20   for each of these people, whether it will vary by witness.  If

12:54PM 21   you could get me a little something on that by next Thursday,

12:54PM 22   maybe we can start talking about experts and scheduling and all

12:54PM 23   that good stuff.

12:54PM 24       MR. LANGAN:  Your Honor, Andy Langan.

12:55PM 25       I believe there was a prior order of Your Honor --

12:55PM 1          THE COURT:  Did I?

12:55PM 2          MR. LANGAN:  -- that said *in camera* by the 1st of July,

12:55PM 3   each party was going to give to you alone expert areas, maybe

12:55PM 4   even a name and stuff like -- there's an existing order.

12:55PM 5          THE COURT:  We covered that?

12:55PM 6          MR. LANGAN:  I think so.

12:55PM 7          THE COURT:  Good.

12:55PM 8          MR. YORK:  Yes, this is a Alan York.

12:55PM 9              That's right.  It's a preliminary *in camera* list,

12:55PM 10  Andy, that's due by July 1st.  Let me say preliminary,

12:55PM 11  nonbinding.

12:55PM 12         THE COURT:  We thought about it and forgot it promptly.

12:55PM 13         MR. LANGAN:  I know it's something our team is focused

12:55PM 14  on.  It's a big job.  It kind of meets what you just talked

12:55PM 15  about.

12:55PM 16         THE COURT:  We really are concerned that we get the

12:55PM 17  expert discovery off to the races.

12:55PM 18         MR. HERMAN:  Phase I.

12:55PM 19         THE COURT:  Phase I.  Any time anybody wants me to say

12:55PM 20  Phase I.

12:55PM 21         MR. LANGAN:  I want to say it was three weeks ago, four

12:55PM 22  weeks ago, perhaps, in a working group order.

12:55PM 23         THE COURT:  We're not going to go back and look, though.

12:55PM 24  But we promptly forgot about it.

12:56PM 25         MR. FITCH:  So, Judge, Tony Fitch.

12:56PM  1                    Do you want the original --

12:56PM  2            THE COURT:  No, let's comply with my earlier order.

12:56PM  3            MR. LANGAN:  I can find it before we leave, if you'd

12:56PM  4    like.

12:56PM  5            MR. ROY:  Comply when?

12:56PM  6            MR. FITCH:  July 1st.

12:56PM  7            THE COURT:  Whatever the earlier order said, which I

12:56PM  8    don't recall.

12:56PM  9            Here is our next one.  We are getting ready to

12:56PM 10    prepare Phase I for trial.  We want to start thinking about how

12:56PM 11    it's going to be presented.  There is a lot of things that the

12:56PM 12    parties can compartmentalize or break down into component parts

12:56PM 13    for presentation.

12:56PM 14            Oh, you got it, Andy?

12:56PM 15            MR. LANGAN:  I do.  It's the May 23rd order.

12:56PM 16            THE COURT:  May 23rd, Rec Doc --

12:56PM 17            MR. LANGAN:  2508 and page 8 and 9.

12:57PM 18            THE COURT:  Thank you, Andy.

12:57PM 19            What I thought, and I know you've got lots of time

12:57PM 20    to do this, but could we put together a small working group to

12:57PM 21    talk about component parts of Phase I, whether it's presentation

12:57PM 22    of evidence, whether it's stipulations, but how we think we're

12:57PM 23    going to tackle the Phase I trial, and whether you all think

12:57PM 24    that's a worthwhile thing to start working on?

12:57PM 25            I see Mr. Roy looking at me, so maybe I'll ask him

12:57PM 1   what he thinks.

12:57PM 2         MR. ROY:  Your Honor, I think it's an excellent idea.  I

12:57PM 3   would suggest that, you know, each, whether it's inside, whether

12:58PM 4   it's a parties as a group, whatever, we do need a small work

12:58PM 5   group.

12:58PM 6         For example, the PSC has made the decision to use

12:58PM 7   the latest evolution of Trial Director as its presentation and

12:58PM 8   management software of both deposition and exhibits that will

12:58PM 9   actually be used at trial.  It may or may not be the same thing

12:58PM 10  as the other side.  A lot people do use Trial Director, but

12:58PM 11  regardless, we'll have our own courtroom presenter, our own tech,

12:58PM 12  etcetera.

12:58PM 13        It may be a perfect opportunity, if we're talking

12:58PM 14  joint exhibits, if it's going to start with the sequencing of

12:58PM 15  deposition exhibits, if nothing else, to be consistent with trial

12:58PM 16  exhibits in the first instance, that discussion ought to start

12:58PM 17  taking place now and to the extent a common database can be

12:59PM 18  presented, and then ultimately the compatibility of the

12:59PM 19  independent databases and ultimately the presentation to the

12:59PM 20  Court.

12:59PM 21        I know the Court likes to have a paperless trial in

12:59PM 22  a regular case.  I imagine in this it would really want that.  So

12:59PM 23  we applaud the idea and will cooperate however.

12:59PM 24        THE COURT:  Yes.  Jim, it goes a little bit further.

12:59PM 25  So, for instance, you all know what you need to present by way

01:59PM 1    of, for instance, the permit from MMS to drill.  That sounds like

12:59PM 2    an uncontested fact.  Do you really need to cover that in trial?

12:59PM 3    Or do you want to start working on your stipulations of what

12:59PM 4    components need to be proved and whether they are really

12:59PM 5    contested or not, a bigger picture issue, but I like the

01:00PM 6    compatibility issue as well.

01:00PM 7              Just thinking about how we're going to get going on

01:00PM 8    presenting Phase I to the Court, both technologically and as a

01:00PM 9    matter of presentation of evidence, what do we need to do and how

01:00PM 10   do we want to proceed through it, and aren't there an awful lot

01:00PM 11   of things that we can just stipulate to, and there will not need

01:00PM 12   to be a presentation of evidence.  Because Barbier can read

01:00PM 13   stipulations and go from there.  So that's the kind of thing that

01:00PM 14   I thought maybe the work group would like to start working on.

01:00PM 15             Do y'all want to nominate the people?  Why don't

01:00PM 16   you think about it and think about who your nominee will be, and

01:00PM 17   how you all propose to do it.  You could do, I don't know, a

01:00PM 18   meeting after the meeting.

01:00PM 19        MR. ROY:  For the PSC, it's going to be Steve, Paul and

01:00PM 20   Jim.

01:00PM 21        THE COURT:  Three people?

01:00PM 22        MR. ROY:  It's got to be.

01:01PM 23        THE COURT:  I said a small work group.  You've already

01:01PM 24   got a three-member group.

01:01PM 25        MR. FITCH:  Judge, I guess I agree with it in a way that

01:01PM 1    this is so important to all these clients, that probably each
01:01PM 2    party needs to -- probably needs to be basically the same working
01:01PM 3    group.  Believe it or not, all of us do manage to talk with each
01:01PM 4    other reasonably civilly and reasonably productively as these
01:01PM 5    weeks go by.  So it should maybe be just another task so that I'm
01:01PM 6    not complaining to you that I don't want to do this or I'm not
01:01PM 7    screaming at somebody that if I had been there, if Carrie had
01:01PM 8    there, we would have done it differently and blah, blah, blah.
01:01PM 9         THE COURT:  Okay.  Why don't you all think about how you
01:01PM 10   want to handle that.  We'll continue that discussion next week.
01:01PM 11   I'm not going to involve myself in the work group, I can assure
01:01PM 12   you.
01:01PM 13        Okay, guys.  Post July 31st deposition.  We've
01:02PM 14   given you two lists.  One list is the list of people that we need
01:02PM 15   to schedule, without objection, without objection, and I'm hoping
01:02PM 16   that we've got some dates.
01:02PM 17        Does anybody want to volunteer dates on these
01:02PM 18   witnesses?
01:02PM 19        MR. FITCH:  Well, Anadarko being A, I have very few.
01:02PM 20   Judge, there were two witnesses from Anadarko that have been
01:02PM 21   requested, I think, by the PSC.  There is a Dawn Patton or
01:02PM 22   Peyton.
01:02PM 23        THE COURT:  Spell Peyton.
01:02PM 24        MR. FITCH:  I can't find on it the list here.
01:03PM 25        THE COURT:  I don't see him on the nonobjected to list.

01:03PM 1          MR. YORK:  He's number 26, Your Honor.

01:03PM 2          THE COURT:  Oh, thank you, thank you, Alan.

01:03PM 3               Oh, Dawn, I was looking for Don.

01:03PM 4          MR. FITCH:  September 8th is available.

01:03PM 5          THE COURT:  September 8th.

01:03PM 6               Who is going to manage our ELMO for us?

01:03PM 7          MR. FITCH:  Then we have a -- is September 8th okay?

01:03PM 8          MR. STERBCOW:  September 8th.  I don't even have a

01:03PM 9  September calendar.

01:03PM 10         THE COURT:  We have a September calendar, and

01:03PM 11 September 8th looks good.

01:03PM 12         MR. FITCH:  The only other one that I think Anadarko is

01:04PM 13 responsible for is Mr. Strife, S-T-R-I-F-E.

01:04PM 14         THE COURT:  That's number 34 on our list.

01:04PM 15         MR. FITCH:  He's a retiree, but he'll cooperate with us

01:04PM 16 fully.  What's best for him is October 5.

01:04PM 17         THE COURT:  October 5.  I think we have an October

01:04PM 18 sheet.

01:04PM 19         MR. MILLER:  Mike, I have one.

01:04PM 20         THE COURT:  Come on back up, kiddo, because I think

01:04PM 21 you've got some others that you are responsible for, and I just

01:04PM 22 want to put it on your hit parade.

01:04PM 23         MR. FITCH:  Okay.

01:04PM 24         THE COURT:  On the list that we circulated this morning,

01:04PM 25 Number 1 is Gordon Birrell, B-I-R-R-E-L-L.

01:05PM 1          MR. FITCH:  That's one that we had requested.

01:05PM 2          THE COURT:  Oh, I'm sorry.  I'm looking at the wrong

01:05PM 3    list.

01:05PM 4          Okay.  So then you're done.  Thank you.

01:05PM 5          Does anybody else have dates?

01:05PM 6          MR. LANGAN:  Your Honor, Andy Langan.

01:05PM 7          I don't have dates yet, although we are working on

01:05PM 8    it.

01:05PM 9          May I ask a question or two?

01:05PM 10         THE COURT:  Sure.

01:05PM 11         MR. LANGAN:  I have lost track here, but Anadarko

01:05PM 12   requested Mr. Neil Shaw provisionally as a placeholder until it

01:05PM 13   can determine whether facilities designs includes drilling rig,

01:05PM 14   and I'm just wondering, do we really need Mr. Shaw or has

01:05PM 15   Anadarko figured that out?

01:05PM 16         THE COURT:  I don't know.  Let's figure that out.

01:05PM 17         MR. FITCH:  Anadarko has not figured that out.  If BP he

01:05PM 18   wants to give us that information, we can get this resolved.

01:05PM 19         THE COURT:  Okay.  We'll put a question mark then.

01:05PM 20         MR. LANGAN:  Can Mr. Fitch send me a note posing the

01:05PM 21   exact question and I'll try to run it to ground?  That's a lot

01:05PM 22   easier than trying to depose Mr. Shaw about it.

01:06PM 23         MR. FITCH:  I am glad to help with your memory.

01:06PM 24         THE COURT:  For next week, guys, I would very much

01:06PM 25   appreciate everybody rounding up dates for the 39 unopposed

01:06PM  1    deponents on the list that we circulated this morning so that we

01:06PM  2    can get them booked and on the calendar.  Then we have a list of

01:06PM  3    12 witnesses who are objected to, and do you all want meet and

01:06PM  4    confer time or do you want us just to rule?

01:06PM  5              MR. LANGAN:  I think it's time for rulings, personally.

01:06PM  6              THE COURT:  Fine.

01:06PM  7              MR. WITTMANN:  We would like to be heard on that,

01:06PM  8    Your Honor, next week.

01:06PM  9              THE COURT:  No, we're not going for next week.  You want

01:06PM 10    to get me a letter, I'll be glad to look at a letter, but we've

01:06PM 11    got to get this done.

01:06PM 12              MR. WITTMANN:  Well, you've got a letter, I think, from

01:06PM 13    us on the three of the contested by BP.

01:06PM 14              THE COURT:  If I've got a letter on an objection that

01:07PM 15    you have lodged, I will take it up, Phil, and I will rule on it.

01:07PM 16              MR. WITTMANN:  You don't want to hear oral argument on

01:07PM 17    that?

01:07PM 18              THE COURT:  I do not want to hear oral argument, thank

01:07PM 19    you.

01:07PM 20              MR. YORK:  Your Honor, this is Alan York for

01:07PM 21    Halliburton.

01:07PM 22              You have our written objections, and we'll stand on

01:07PM 23    those.

01:07PM 24              THE COURT:  We've got a stack of written objections, and

01:07PM 25    so I just want to make sure that you all don't want to meet and

01:07PM 1    confer again.

01:07PM 2              But I'll take it up, Phil, on the written

01:07PM 3    objections.

01:07PM 4              MR. WITTMANN:  Thank you, Judge.

01:07PM 5              THE COURT:  No problem.  So we'll go ahead and get those

01:07PM 6    out as soon as possible.

01:07PM 7              But for next week, please, please, please, come

01:07PM 8    back in with dates for the 39 unopposed, no objection witnesses.

01:07PM 9              I think, unless other people have something they

01:07PM 10   want to bring up.

01:07PM 11             Phil, you've got something you want to talk about?

01:07PM 12             MR. WITTMANN:  Yes, Your Honor.  We, Cameron had filed a

01:08PM 13   objection to the government's position with respect to production

01:08PM 14   of DNV documents, and there has been extensive e-mail

01:08PM 15   correspondence on that.  We would like to be heard on that, if we

01:08PM 16   could do that.

01:08PM 17             THE COURT:  No oral argument.  Phil, I just cannot have

01:08PM 18   oral argument on everything.  I just don't have the time.  I can

01:08PM 19   barely print out the e-mails.

01:08PM 20             MR. WITTMANN:  We got one response late yesterday

01:08PM 21   evening.

01:08PM 22             THE COURT:  If you want to respond in writing, that will

01:08PM 23   be fine.

01:08PM 24             MR. WITTMANN:  We'll do that quickly.  Maybe get a

01:08PM 25   response to you, say, by Monday.

01:08PM 1          THE COURT:  That will be fine.  No problem.

01:08PM 2          MR. WITTMANN:  Maybe Tuesday.

01:08PM 3          THE COURT:  How about Tuesday, 10:00 a.m.?

01:08PM 4          THE CLERK:  This is on the DNV documents?

01:08PM 5          MR. WITTMANN:  Yes, Tuesday, 10:00 a.m.  Thank you,

01:08PM 6  Judge.

01:08PM 7          THE COURT:  I'll be glad to read it.  My printer is

01:08PM 8  slowing down rapidly, but I will read it and consider it fully.

01:08PM 9          MR. WITTMANN:  We'll get it to you.

01:08PM 10         THE COURT:  Great.  Thank you, Phil.

01:08PM 11             Who else has things?

01:08PM 12             Andrew?

01:08PM 13         MR. LANGAN:  Nothing.  Thank you for all your time,

01:09PM 14  Your Honor.  I think as far as we're concerned, we're good.  I

01:09PM 15  might even catch my plane.

01:09PM 16         THE COURT:  Why don't you go ahead and run for it?

01:09PM 17         MR. MILLER:  Quickly, Your Honor, just to calm some

01:09PM 18  anxiety.  Yesterday I sent an e-mail concerning Transocean

01:09PM 19  employee Bundle A plaintiffs in the indicator issue, which is not

01:09PM 20  on today's agenda.  I didn't ask for it really to be on today's

01:09PM 21  agenda.  I think all my e-mail suggested was we do have a meet

01:09PM 22  and confer.  So I'm going to send a follow-up e-mail that

01:09PM 23  suggests we do a phone conference at some point next week and get

01:09PM 24  it on next Friday's agenda, which is, I think, with Don Haycraft.

01:09PM 25         THE COURT:  That's right.  I responded, I think, to

01:09PM 1    everybody saying next week is fine.

01:09PM 2            MR. MILLER:  Yes, I think that's fair, but in the

01:09PM 3    interim, I'm going to try and schedule a meet and confer for the

01:09PM 4    early part of next week to get the process moving.

01:09PM 5            THE COURT:  Now, what you all want to do is say

01:09PM 6    good-bye, Andy, because he's out the door.

01:09PM 7            MR. LANGAN:  I'm not leaving until you leave,

01:09PM 8    Your Honor.

01:09PM 9            THE COURT:  I'm leaving, Andy.  I'm leaving.

01:10PM 10              Thanks, everybody.  Have a good one.

01:10PM 11           VOICES:  Thank you.

        12           (WHEREUPON, at 1:10 p.m. the proceedings were

        13    concluded.)

        14                          *   *   *

        15

        16                   REPORTER'S CERTIFICATE

        17

        18        I, Cathy Pepper, Certified Realtime Reporter, Registered
              Merit Reporter, Certified Court Reporter of the State of
        19    Louisiana, Official Court Reporter for the United States District
              Court, Eastern District of Louisiana, do hereby certify that the
        20    foregoing is a true and correct transcript, to the best of my
              ability and understanding, from the record of the proceedings in
              the above-entitled and numbered matter.

        21

        22

                                        s/Cathy Pepper
        23                              Cathy Pepper, CRR, RMR, CCR
                                        Certified Realtime Reporter
        24                              Official Court Reporter
                                        United States District Court
        25                              Cathy_Pepper@laed.uscourts.gov

**$**

**$2,800** [1] - 25:9
**$3,300** [1] - 48:2
**$30,000** [2] - 11:6, 13:8
**$300** [1] - 25:22
**$60,000** [2] - 13:11, 13:14
**$7,500** [1] - 23:18

**0**

**0047939** [1] - 82:18

**1**

**1** [9] - 53:12, 53:24, 65:7, 65:9, 65:10, 84:19, 95:6, 132:5, 138:25
**10** [3] - 77:8, 108:9, 108:14
**10-MDL-2179** [1] - 1:6
**10-minute** [1] - 58:17
**1000** [2] - 4:24, 6:9
**1001** [1] - 5:20
**10036** [1] - 4:20
**1010** [1] - 6:9
**10153** [1] - 5:14
**10174** [1] - 5:5
**10:00** [2] - 142:3, 142:5
**11,000** [1] - 23:18
**1100** [1] - 3:7
**118** [1] - 8:18
**11th** [1] - 47:17
**12** [1] - 140:3
**124** [1] - 8:19
**125** [1] - 8:20
**126** [1] - 8:21
**12th** [3] - 47:17, 47:20, 127:3
**13** [3] - 113:17, 115:6, 115:16
**130,000** [2] - 119:13, 119:14
**1331** [1] - 4:10
**134** [1] - 8:22
**137** [1] - 8:23
**13th** [1] - 68:13
**14** [6] - 111:13, 112:23, 112:24, 114:5, 115:9, 122:1
**14(c** [1] - 127:5
**14-day** [5] - 111:13, 112:8, 112:9,

112:17, 114:21
**14th** [3] - 68:13, 68:14, 68:15
**15** [2] - 38:6, 38:7
**1540** [1] - 4:20
**15th** [14] - 35:4, 68:14, 68:15, 115:2, 121:20, 122:9, 122:11, 122:14, 127:12, 127:14, 127:15, 127:22, 128:1, 128:5
**1665** [1] - 4:10
**16th** [1] - 71:19
**18** [2] - 25:1, 55:4
**18th** [2] - 46:19, 112:2
**1:10** [1] - 143:12
**1st** [5] - 122:14, 131:19, 133:2, 133:10, 134:6

**2**

**2** [1] - 84:19
**2,000** [1] - 95:6
**20** [3] - 1:5, 43:1, 108:9
**200** [1] - 5:20
**200,000** [1] - 83:23
**20005** [1] - 3:24
**20006** [1] - 4:17
**20044** [1] - 2:15
**201** [1] - 6:5
**2010** [1] - 1:5
**2011** [2] - 1:7, 9:2
**2012** [1] - 120:16
**2020** [1] - 4:16
**20th** [5] - 47:10, 47:13, 66:14, 66:22, 67:1
**21** [1] - 59:1
**2185** [1] - 6:18
**21st** [1] - 131:23
**233** [1] - 5:24
**23rd** [2] - 134:15, 134:16
**24** [4] - 1:7, 9:2, 112:22, 114:18
**25** [4] - 45:5, 64:22, 64:23, 66:15
**2508** [1] - 134:17
**25th** [2] - 45:2, 64:14
**26** [5] - 45:5, 64:22, 64:23, 66:15, 138:1
**2615** [1] - 1:24
**26th** [6] - 45:2, 64:14, 66:12, 66:15, 66:16, 67:2
**27th** [3] - 66:12, 66:16,

67:2
**28th** [4] - 37:14, 59:17, 61:3, 61:4
**2990** [1] - 2:4
**29th** [4] - 59:17, 61:3, 61:4, 116:18

**3**

**3** [1] - 100:5
**30** [8] - 11:8, 21:1, 79:19, 115:24, 116:5, 116:19, 117:8, 130:2
**30(b)(6** [6] - 29:22, 44:16, 47:23, 50:5, 50:11, 62:22
**300** [3] - 3:20, 51:20, 52:3
**30th** [1] - 102:18
**31** [4] - 41:7, 101:6, 101:22, 102:8
**31st** [8] - 21:17, 29:13, 38:15, 38:18, 45:4, 45:22, 137:13
**31ST** [1] - 8:23
**34** [1] - 138:14
**3450** [1] - 6:19
**36** [2] - 112:22, 114:19
**36130** [1] - 2:19
**365** [1] - 2:4
**3668** [1] - 1:17
**36TH** [1] - 3:6
**37** [1] - 8:6
**39** [2] - 139:25, 141:8
**3:00** [1] - 10:8

**4**

**40** [1] - 75:4
**4000** [1] - 4:24
**405** [1] - 5:5
**40TH** [1] - 6:15
**411** [1] - 25:18
**43** [1] - 8:7
**44** [1] - 8:8
**45** [6] - 104:2, 116:5, 116:12, 116:15, 116:23, 117:11
**45-foot** [1] - 17:3
**450** [1] - 2:9
**4900** [1] - 3:10

**5**

**5** [3] - 100:5, 138:16, 138:17
**50** [5] - 60:13, 60:14,

70:12, 70:13, 70:19
**500** [3] - 2:19, 6:19, 7:12
**504** [1] - 7:13
**5395** [1] - 2:10
**546** [1] - 4:5
**556** [1] - 1:18
**5800** [1] - 5:24
**589-7779** [1] - 7:13
**5A** [1] - 96:19
**5th** [1] - 31:15

**6**

**6,000** [1] - 95:8
**60** [2] - 128:10, 129:2
**601** [1] - 1:24
**60606** [1] - 5:24
**60654** [1] - 3:21
**62711** [1] - 77:15
**62811** [1] - 37:18
**6331546** [2] - 37:18, 77:14
**650** [1] - 21:25
**655** [1] - 3:23
**69** [1] - 8:9
**6th** [1] - 31:15

**7**

**7** [2] - 75:17, 75:18
**7,000** [5] - 93:13, 93:14, 94:24, 95:8, 95:9
**70** [2] - 8:10, 8:11
**701** [2] - 2:23, 6:15
**70113** [1] - 1:21
**70130** [5] - 1:25, 2:5, 2:24, 4:5, 7:12
**70139** [1] - 6:15
**70163** [1] - 3:7
**70170** [1] - 6:5
**70502** [1] - 1:18
**70505** [1] - 5:20
**75** [1] - 8:12
**750** [1] - 3:10
**7611** [1] - 2:15
**767** [1] - 5:14
**77** [2] - 8:13, 8:14
**77002** [3] - 4:24, 6:9, 6:20
**77010** [1] - 4:11
**77056** [1] - 3:10
**7th** [3] - 31:16, 31:17, 35:13
**7TH** [1] - 2:10

**8**

**8** [2] - 119:1, 134:17
**820** [1] - 1:21
**83** [1] - 8:15
**888-684-8852** [2] - 37:17, 77:14
**89** [1] - 8:16
**8:30** [3] - 28:20, 37:15, 37:16
**8th** [7] - 35:10, 35:14, 138:4, 138:5, 138:7, 138:8, 138:11

**9**

**9** [2] - 8:5, 134:17
**94102** [1] - 2:10
**96** [1] - 8:17
**9:30** [1] - 1:7

**A**

**A-L-B-E-R-T-Y** [1] - 44:20
**A.M** [1] - 1:7
**a.m** [3] - 37:16, 142:3, 142:5
**abbreviated** [1] - 14:7
**ability** [4] - 23:2, 81:7, 105:14, 143:20
**able** [7] - 16:4, 23:1, 35:10, 38:3, 42:21, 48:10, 108:24
**above-entitled** [1] - 143:20
**ABRAMSON** [1] - 1:23
**absolutely** [7] - 27:8, 37:11, 56:3, 80:16, 80:22, 101:1, 113:7
**AC** [1] - 14:14
**acceptable** [2] - 23:22, 59:19
**access** [4] - 32:2, 37:18, 77:14, 115:13
**accidentally** [1] - 20:5
**accommodate** [2] - 75:2, 111:21
**accommodating** [1] - 75:6
**accomplish** [1] - 37:12
**account** [1] - 10:24
**accuracy** [1] - 52:12
**accurate** [1] - 11:19
**accused** [1] - 34:4
**acknowledge** [1] - 76:12

**acknowledged** [1] - 76:5
**ACTION** [1] - 1:6
**ACTIONS** [1] - 1:9
**actively** [1] - 35:5
**actual** [2] - 48:6, 116:24
**add** [6] - 11:6, 55:22, 72:2, 78:19, 95:12, 95:14
**adding** [1] - 14:11
**addition** [2] - 94:20, 113:15
**ADDITIONAL** [1] - 8:9
**additional** [11] - 11:6, 14:11, 34:11, 42:4, 50:5, 55:2, 69:23, 72:2, 72:21, 75:3, 86:25
**additionally** [1] - 83:25
**address** [6] - 37:25, 50:18, 106:8, 107:21, 112:5, 131:4
**addresses** [1] - 60:16
**addressing** [1] - 121:7
**adds** [1] - 72:18
**adequate** [2] - 114:15, 115:9
**adjustments** [1] - 73:21
**administrative** [2] - 26:9, 119:5
**admissibility** [5] - 56:8, 69:6, 69:10, 92:11, 100:10
**admissible** [2] - 67:20, 123:22
**admission** [4] - 120:17, 123:8, 124:1, 124:5
**admissions** [6] - 118:7, 119:23, 120:2, 120:3, 122:10, 122:20
**ADMISSIONS........** [1] - 8:18
**admit** [14] - 118:15, 118:16, 119:24, 119:25, 120:3, 120:6, 120:7, 120:9, 120:11, 123:9, 123:10, 123:19, 123:23, 123:24
**admitted** [1] - 120:6
**admitting** [1] - 123:20
**admonish** [1] - 41:17
**adverse** [2] - 95:16, 95:21
**advise** [1] - 63:8

**advocacy** [1] - 89:12
**affect** [2] - 33:8, 33:12
**affected** [2] - 14:5, 39:15
**affiliated** [1] - 70:11
**afford** [2] - 25:23, 85:17
**affordable** [1] - 27:17
**afraid** [1] - 82:14
**afternoon** [2] - 19:12, 109:17
**agencies** [1] - 39:6
**agency's** [1] - 39:16
**agenda** [8] - 28:7, 28:14, 76:24, 96:18, 98:1, 142:20, 142:21, 142:24
**AGENDA** [1] - 8:3
**AGENDA..................**
**.........................** [1] - 8:17
**ago** [10] - 62:7, 67:22, 67:25, 69:2, 79:20, 88:18, 116:19, 133:21, 133:22
**agree** [20] - 14:8, 34:17, 38:2, 56:13, 68:6, 76:23, 79:1, 80:18, 90:24, 94:2, 94:5, 94:6, 94:17, 109:13, 113:14, 119:15, 121:9, 123:6, 123:7, 136:25
**agreeable** [2] - 121:6, 121:7
**agreed** [12] - 11:22, 11:23, 21:20, 40:4, 50:17, 50:19, 51:11, 90:4, 94:1, 107:14, 129:5, 132:4
**agreed-upon** [1] - 40:4
**agreeing** [4] - 39:3, 92:25, 119:21, 120:23
**agreement** [8] - 61:10, 61:20, 62:18, 63:1, 76:3, 104:21, 112:16, 113:15
**agreements** [2] - 62:17, 76:4
**agrees** [8] - 47:18, 59:18, 60:15, 106:20, 107:18, 121:8, 123:2, 129:20
**ahead** [16] - 9:24, 12:21, 30:4, 33:3, 36:7, 49:7, 50:13, 62:10, 62:21, 68:19, 70:9, 73:23, 87:4,

87:14, 141:5, 142:16
**air** [20] - 10:9, 10:16, 11:20, 12:2, 12:6, 12:16, 12:17, 13:3, 13:5, 13:14, 13:16, 13:20, 13:24, 14:6, 15:12, 19:23, 21:8, 25:12, 25:13, 28:3
**air-conditioned** [3] - 21:8, 25:12, 25:13
**AIRBORNE** [1] - 5:17
**AL** [1] - 2:19
**Alabama** [1] - 106:15
**ALABAMA** [1] - 2:18
**ALAN** [2] - 4:9, 5:4
**Alan** [23] - 63:13, 63:16, 64:15, 64:20, 66:2, 66:6, 78:17, 78:18, 79:7, 79:18, 86:15, 88:7, 88:16, 90:19, 90:21, 97:14, 97:16, 97:19, 97:21, 129:6, 133:8, 138:2, 140:20
**Alberty** [2] - 44:19, 45:3
**alert** [2] - 95:16, 115:2
**ALEXANDER** [1] - 5:23
**ALL** [1] - 1:9
**ALLAN** [1] - 2:23
**Allan** [4] - 125:14, 125:15, 125:24, 126:11
**allegedly** [1] - 79:18
**ALLEN** [1] - 6:19
**allocate** [1] - 71:12
**allocated** [2] - 72:15, 73:18
**ALLOCATION** [1] - 8:11
**allocation** [6] - 70:23, 70:25, 71:4, 71:23, 72:14, 89:8
**allotment** [1] - 132:13
**allow** [2] - 26:25, 35:2
**allowed** [3] - 23:9, 35:3, 99:12
**allows** [1] - 106:1
**alluded** [1] - 112:9
**almost** [4] - 35:25, 111:18, 124:9, 125:10
**alone** [1] - 133:3
**ALSO** [1] - 6:22
**alter** [1] - 51:12
**alternative** [1] - 27:6
**ambiguity** [1] - 113:16
**Ambrose** [9] - 83:25, 84:7, 85:9, 85:13,

85:17, 86:6, 87:21, 88:21, 88:22
**Ambrose's** [4] - 84:20, 85:11, 85:22, 86:9
**amend** [2] - 12:25, 123:17
**Amendment** [8] - 64:25, 65:4, 95:11, 97:21, 98:10, 98:12, 98:20, 99:7
**AMERICA** [7] - 2:13, 3:13, 3:13, 3:14, 3:15, 3:17, 3:18
**AMERICAN** [1] - 1:24
**Amerson** [1] - 100:15
**amnesia** [2] - 108:16
**amnesiac** [1] - 108:15
**amount** [1] - 38:16
**amounts** [1] - 82:14
**Anadarko** [22] - 33:4, 39:8, 41:4, 42:8, 60:15, 65:25, 70:14, 71:5, 72:23, 73:8, 73:25, 76:17, 81:19, 122:18, 124:6, 130:5, 137:19, 137:20, 138:12, 139:11, 139:15, 139:17
**ANADARKO** [2] - 4:13, 4:14
**anal** [1] - 130:12
**analysts'** [1] - 92:22
**AND** [2] - 3:4, 4:15, 5:12, 8:8
**Andrew** [1] - 142:12
**ANDREW** [1] - 3:19
**ANDY** [1] - 7:8
**Andy** [54] - 40:11, 40:13, 44:21, 46:4, 46:11, 47:1, 47:7, 54:1, 58:22, 58:23, 60:10, 61:9, 61:13, 62:9, 62:16, 65:19, 65:24, 66:24, 67:6, 68:18, 68:25, 70:8, 70:9, 71:12, 73:1, 76:11, 78:23, 80:23, 87:4, 90:18, 91:10, 91:14, 93:4, 94:7, 101:21, 110:25, 112:8, 112:9, 112:12, 112:16, 112:25, 115:10, 124:14, 124:15, 124:22, 125:24, 128:19, 132:24, 133:10, 134:14, 134:18, 139:6, 143:6, 143:9

**Andy's** [1] - 74:2
**announce** [2] - 28:18, 28:23
**announced** [1] - 76:1
**answer** [23] - 18:3, 26:23, 33:14, 48:11, 49:2, 49:12, 65:5, 72:24, 83:5, 87:7, 101:1, 104:10, 104:18, 115:18, 121:5, 123:3, 123:4, 124:3, 124:17, 124:18, 130:14, 131:8
**answered** [7] - 101:17, 101:18, 103:21, 104:17, 122:10, 123:1, 123:15
**answering** [1] - 96:10
**answers** [6] - 14:13, 95:18, 101:19, 121:15, 121:19, 124:11
**ANTHONY** [1] - 2:3
**anti** [1] - 89:10
**anti-BP** [1] - 89:10
**anticipate** [2] - 13:12, 48:12
**anticipating** [1] - 13:6
**anxiety** [1] - 142:18
**anyway** [4] - 9:19, 63:18, 95:9, 115:15
**apologize** [3] - 13:18, 41:11, 93:24
**apparent** [1] - 104:9
**appeal** [2] - 48:21, 49:11
**appear** [2] - 51:11, 79:3
**APPEARANCES** [7] - 1:14, 2:1, 3:1, 4:1, 5:1, 6:1, 7:1
**appeared** [1] - 44:7
**appearing** [1] - 111:6
**applaud** [1] - 135:23
**apples** [1] - 113:11
**applicable** [2] - 73:11, 128:4
**applied** [2] - 53:19, 57:4
**appoints** [1] - 119:2
**appreciate** [16] - 9:20, 14:16, 31:23, 37:22, 40:14, 43:2, 44:1, 49:19, 51:10, 51:13, 52:9, 71:18, 75:15, 109:3, 126:11, 139:25
**appreciated** [2] - 37:9,

104:15
**approach** [1] - 120:21
**approaching** [1] -
92:15
**appropriate** [10] -
39:13, 62:5, 84:7,
99:14, 105:17,
106:8, 109:15,
114:9, 114:22,
120:14
**appropriateness** [1] -
106:9
**approval** [3] - 34:15,
119:6, 119:17
**approved** [1] - 120:7
**approximate** [1] - 48:5
**APRIL** [1] - 1:5
**area** [5] - 23:17, 23:18,
53:11, 53:12, 122:19
**areas** [2] - 87:8, 133:3
**argue** [3] - 57:20,
80:24, 95:14
**argument** [8] - 40:15,
40:22, 58:6, 80:25,
140:16, 140:18,
141:17, 141:18
**arising** [1] - 86:25
**Arnold** [3] - 96:19,
97:15, 98:2
**arose** [1] - 85:3
**arrangement** [3] -
59:24, 61:7, 130:11
**arrangements** [1] -
14:1
**ASAP** [1] - 36:6
**aspect** [2] - 98:10,
98:13
**aspirational** [4] -
38:19, 41:6, 41:13,
46:20
**assessment** [8] -
52:12, 53:16, 55:6,
55:8, 55:14, 55:15,
55:18, 78:21
**assessments** [4] -
54:9, 56:22, 57:15,
57:17
**assignment** [1] -
86:13
**assistant** [1] - 35:24
**assisting** [1] - 34:1
**associated** [7] -
16:25, 19:3, 24:2,
24:6, 24:17, 24:19,
68:22
**assume** [6] - 15:18,
19:3, 19:14, 29:13,
30:11, 80:12
**assuming** [4] - 13:9,
20:23, 29:5, 34:20

**assumption** [1] -
60:12
**assure** [3] - 77:1,
79:5, 137:11
**assured** [1] - 84:15
**attend** [1] - 29:24
**attending** [1] - 74:8
**attention** [3] - 43:17,
48:8, 127:9
**Attorney** [4] - 125:17,
125:21, 125:22,
126:6
**ATTORNEY** [1] - 2:18
**attorney** [3] - 106:13,
107:10, 119:10
**attorney's** [1] - 82:4
**attorney-client** [1] -
119:10
**attorneys** [1] - 82:11
**attractive** [1] - 93:10
**auction** [3] - 69:24,
69:25, 70:3
**auctions** [1] - 70:5
**audio** [2] - 22:24,
36:11
**August** [15] - 15:3,
35:16, 38:18, 41:7,
45:4, 45:16, 45:20,
46:7, 46:9, 115:2,
121:20, 127:12,
127:22, 128:1,
131:10
**authentic** [4] - 92:17,
93:1, 93:22, 94:2
**authenticate** [1] - 92:4
**authenticity** [13] -
53:22, 56:4, 56:7,
69:3, 89:19, 90:1,
90:12, 91:5, 91:17,
92:11, 92:21, 92:24,
100:10
**AUTHENTICITY** [1] -
8:16
**author** [1] - 92:23
**authority** [2] - 118:21,
118:22
**authors** [1] - 107:13
**availability** [1] - 45:3
**available** [7] - 13:3,
35:14, 49:15, 66:14,
88:25, 123:21, 138:4
**AVENUE** [6] - 1:21,
2:9, 2:19, 5:5, 5:14,
6:5
**avoid** [4] - 95:8, 97:13,
99:24, 113:16
**aware** [9] - 10:22,
49:21, 70:10, 70:15,
85:12, 106:1, 127:6,
127:7, 128:13

**awful** [1] - 136:10

**B**

**B-I-R-R-E-L-L** [1] -
138:25
**Baay** [1] - 44:2
**BABIUCH** [1] - 3:20
**background** [2] -
61:14, 96:8
**bad** [2] - 113:21,
113:22
**badgered** [1] - 130:15
**bag** [1] - 115:1
**BALDWIN** [1] - 6:4
**ball** [3] - 125:2, 125:5,
126:6
**Barbara** [1] - 65:19
**Barbier** [13] - 33:9,
33:13, 33:14, 34:21,
40:4, 48:21, 69:7,
69:9, 69:11, 69:20,
109:17, 109:19,
136:12
**barely** [1] - 141:19
**base** [4] - 11:23, 21:8,
31:25, 32:4
**based** [12] - 12:11,
53:16, 78:20, 79:8,
79:13, 79:15, 79:18,
91:6, 105:15, 109:2
**basic** [2] - 10:20,
16:16
**basis** [7] - 42:4, 62:16,
75:2, 75:6, 91:1,
95:6, 114:9
**Bates** [3] - 82:18,
84:18, 92:19
**Baxter** [2] - 57:24,
58:3
**Baxter's** [1] - 57:25
**bear** [3] - 26:16, 73:6,
122:4
**beauty** [1] - 80:3
**become** [3] - 72:2,
95:15, 131:6
**becomes** [2] - 96:13,
115:5
**BEFORE** [1] - 1:12
**begin** [2] - 39:9, 95:17
**begun** [1] - 41:22
**behalf** [3] - 74:8,
74:13, 129:24
**behind** [1] - 128:16
**beholder** [1] - 80:4
**belong** [1] - 76:25
**BEN** [2] - 5:18, 7:8
**bend** [1] - 91:24
**benefits** [1] - 63:17

**best** [8] - 18:25, 34:7,
55:19, 58:6, 63:19,
111:16, 138:16,
143:19
**better** [16] - 30:1, 36:5,
36:24, 40:24, 52:1,
56:19, 61:12, 80:10,
88:19, 98:16, 98:21,
99:15, 100:24,
104:7, 122:7, 124:20
**between** [5] - 10:22,
24:10, 104:8,
112:17, 115:11
**beyond** [4] - 22:13,
97:11, 104:18,
111:15
**bidder** [1] - 116:15
**big** [13] - 22:17, 26:14,
27:1, 27:17, 29:6,
30:15, 52:24, 56:10,
84:3, 89:24, 94:23,
94:24, 133:14
**bigger** [2] - 38:12,
136:5
**BILL** [1] - 7:9
**Bill** [1] - 83:25
**bind** [2] - 118:22,
119:9
**binding** [2] - 119:7,
119:17
**BINGHAM** [1] - 4:15
**Birrell** [1] - 138:25
**bit** [7] - 12:13, 20:1,
40:15, 61:14, 79:21,
110:23, 135:24
**bite** [1] - 104:3
**bits** [1] - 24:13
**black** [1] - 78:10
**blah** [3] - 137:8
**blank** [3] - 120:20,
132:17, 132:18
**BLANK** [1] - 5:3
**blanket** [1] - 96:7
**blindsided** [1] - 98:10
**blowout** [4] - 11:25,
21:25, 23:16, 35:6
**blows** [1] - 34:16
**Bly** [6] - 87:5, 100:12,
100:20, 100:25,
101:4, 101:16
**Board** [1] - 82:6
**board** [10] - 71:13,
77:17, 78:2, 78:6,
81:4, 82:2, 82:3,
83:2, 83:4, 116:8
**BOARD** [1] - 8:14
**boat** [1] - 59:25
**BOCKIUS** [1] - 4:23
**body** [6] - 11:25, 12:1,
21:24, 21:25, 35:6,

35:7
**BOEMRE** [3] - 10:22,
11:8, 14:22
**BOEMRE/DNV** [1] -
15:2
**bonnet** [1] - 34:16
**bonnets** [5] - 21:3,
25:17, 27:3
**book** [1] - 113:3
**booked** [1] - 140:2
**books** [4] - 60:20,
60:21, 107:13
**boot** [1] - 63:5
**BOP** [15] - 8:5, 9:24,
10:11, 14:19, 17:6,
17:22, 18:4, 20:24,
21:11, 26:8, 29:5,
31:2, 37:2, 84:10
**BOPs** [2] - 50:16,
50:20
**bore** [1] - 25:20
**bottom** [1] - 113:4
**Boughton** [2] - 84:9,
85:9
**Boughton's** [1] -
84:20
**BOX** [2] - 1:17, 2:15
**box** [2] - 78:10, 80:2
**BP** [87] - 3:13, 3:13,
3:14, 3:15, 3:16,
3:17, 3:18, 11:22,
16:8, 16:20, 18:20,
21:20, 24:11, 27:18,
36:13, 39:2, 40:13,
40:18, 44:21, 50:6,
50:9, 50:17, 50:18,
50:19, 54:1, 56:9,
56:23, 56:25, 57:5,
58:23, 60:10, 61:13,
62:21, 62:22, 66:9,
68:25, 70:8, 70:12,
71:6, 71:24, 72:3,
72:6, 72:15, 72:19,
73:4, 73:8, 74:11,
74:14, 75:25, 76:10,
76:11, 77:9, 77:22,
79:1, 79:5, 80:23,
81:1, 82:21, 83:13,
83:20, 83:24, 84:25,
85:4, 85:19, 88:15,
88:22, 89:10, 92:20,
94:2, 103:1, 103:10,
105:12, 107:11,
108:9, 110:19,
110:25, 112:17,
113:8, 115:10,
116:19, 120:24,
123:23, 124:15,
139:17, 140:13
**BP'S** [1] - 8:18

**BP's** [3] - 73:4, 88:3, 118:7
**BP/MOEX** [2] - 8:12, 75:18
**brakes** [1] - 60:8
**BRANCH** [1] - 2:8
**brand** [2] - 97:1, 97:3
**brand-new** [2] - 97:1, 97:3
**break** [6] - 12:11, 58:16, 58:17, 80:8, 125:9, 134:12
**breaking** [1] - 13:1
**breakneck** [1] - 28:4
**breaks** [1] - 14:2
**brief** [9] - 58:20, 67:18, 68:6, 68:17, 69:8, 87:15, 95:24, 96:1, 98:21
**briefed** [1] - 95:23
**briefly** [1] - 35:20
**bring** [7] - 12:15, 36:24, 68:19, 80:14, 99:23, 100:24, 141:10
**brings** [1] - 112:9
**broad** [1] - 42:1
**BROADWAY** [1] - 4:20
**Brock** [2] - 100:21, 101:2
**Brock's** [1] - 100:6
**brought** [3] - 64:1, 78:2, 100:16
**brunt** [1] - 73:7
**bubbling** [1] - 40:3
**build** [1] - 20:17
**building** [10] - 10:10, 12:3, 14:18, 14:22, 15:4, 15:7, 15:8, 25:5, 25:10, 29:12
**BUILDING** [2] - 1:24, 5:4
**built** [1] - 25:14
**bulb** [1] - 103:22
**bump** [1] - 15:2
**bunch** [2] - 95:10, 97:17
**Bundle** [1] - 142:19
**burden** [6] - 31:8, 39:17, 94:10, 94:11, 126:14, 126:25
**burdens** [1] - 130:3
**burdensome** [1] - 119:14
**BURR** [1] - 6:13
**Bush** [1] - 41:10
**business** [1] - 49:23
**businesses** [1] - 127:24
**busy** [2] - 31:15, 47:14

**BY** [28] - 1:4, 1:17, 1:20, 1:23, 2:3, 2:8, 2:14, 2:18, 2:23, 3:6, 3:9, 3:19, 3:23, 4:4, 4:9, 4:16, 4:19, 4:23, 5:4, 5:13, 5:18, 5:23, 6:4, 6:8, 6:14, 6:18, 7:14, 7:15
**Captain's** [1] - 14:12
**bye** [3] - 43:12, 143:6
**bye-bye** [1] - 43:12

# C

**C-O-W-I-E** [1] - 55:12
**CA** [1] - 2:10
**cake** [1] - 124:9
**Cal** [2] - 53:10, 65:17
**calculate** [1] - 91:8
**calendar** [9] - 61:1, 61:2, 64:14, 64:21, 66:13, 111:19, 138:9, 138:10, 140:2
**CALLED** [1] - 9:4
**calm** [1] - 142:17
**camera** [3] - 132:16, 133:2, 133:9
**Cameron** [20] - 20:8, 22:18, 24:10, 28:8, 28:24, 33:21, 33:25, 34:4, 34:7, 34:11, 65:25, 75:9, 107:12, 120:5, 121:14, 121:16, 121:17, 124:19, 129:20, 141:12
**CAMERON** [1] - 4:3
**Cameron's** [1] - 44:13
**CAMP** [1] - 2:23
**CANAL** [2] - 2:4, 2:4
**candidly** [1] - 108:20
**cannot** [5] - 20:4, 25:12, 39:12, 39:20, 141:17
**cap** [1] - 41:7
**capping** [2] - 20:7, 20:21
**captain** [1] - 34:6
**CAPTAIN** [25] - 6:22, 11:14, 11:17, 12:10, 21:15, 21:20, 22:8, 22:12, 22:15, 22:21, 22:24, 23:7, 23:14, 23:20, 24:22, 24:24, 25:24, 31:23, 32:10, 32:14, 34:25, 36:10, 36:13, 36:16, 36:22
**Captain** [2] - 11:15, 11:16, 14:15, 21:16, 21:18, 22:6, 22:17,

24:7, 26:6, 27:14, 29:25, 30:17, 32:6, 32:21, 32:24, 35:1, 36:5, 36:6, 36:9, 36:12, 37:8
**Captain's** [1] - 14:12
**care** [7] - 15:23, 16:19, 28:3, 48:21, 71:2, 95:11, 109:6
**carefully** [1] - 16:22
**CAROLYN** [1] - 4:10
**Carolyn** [1] - 79:16
**CARONDELET** [1] - 4:5
**Carrie** [8] - 54:22, 72:1, 84:24, 84:25, 85:23, 105:12, 109:6, 137:7
**CARRIE** [1] - 6:25
**Carrie's** [1] - 73:10
**carried** [1] - 59:17
**carry** [2] - 47:3, 126:9
**cascading** [1] - 129:14
**case** [27] - 25:15, 40:21, 41:8, 46:8, 74:18, 74:23, 77:14, 81:1, 81:8, 82:5, 82:7, 82:19, 83:2, 87:5, 91:19, 95:17, 104:1, 107:5, 111:12, 112:21, 114:9, 114:22, 123:9, 127:25, 135:22
**case-by-case** [1] - 114:9
**cases** [3] - 19:25, 57:16, 82:9
**cash** [1] - 60:18
**Caspian** [1] - 64:7
**Castell** [3] - 78:3, 108:13
**catch** [3] - 38:1, 128:12, 142:15
**Cathleenia** [2] - 99:5, 99:19
**CATHY** [1] - 7:11
**Cathy** [2] - 143:17, 143:23
**cathy_Pepper@laed. uscourts.gov** [1] - 7:13
**Cathy_Pepper@laed .uscourts.gov** [1] - 143:25
**caught** [1] - 104:1
**caution** [2] - 18:4, 18:7
**cautionary** [1] - 28:2

**cc** [3] - 37:9, 69:12, 69:20
**CCR** [2] - 7:11, 143:23
**CDs** [1] - 43:19
**cede** [2] - 72:4, 72:5
**ceded** [1] - 74:21
**ceding** [1] - 72:17
**cement** [1] - 77:7
**CEMENT** [1] - 8:13
**CENTER** [2] - 5:19, 6:19
**CENTRE** [1] - 3:6
**certain** [8] - 20:7, 55:7, 76:19, 95:15, 100:19, 105:15, 109:10, 123:11
**certainly** [10] - 17:13, 20:15, 43:9, 74:2, 83:7, 100:22, 105:15, 107:22, 120:7, 122:8
**CERTIFICATE** [1] - 143:16
**certified** [2] - 112:19, 117:1
**Certified** [3] - 143:17, 143:18, 143:23
**CERTIFIED** [1] - 7:11
**certify** [1] - 143:19
**challenge** [7] - 80:13, 85:5, 85:10, 85:20, 90:11, 91:2, 91:17
**challenged** [1] - 90:2
**challenges** [3] - 27:14, 85:21, 91:5
**challenging** [1] - 80:12
**chance** [1] - 97:6
**change** [7] - 110:10, 114:22, 128:15, 129:5, 129:8, 129:13, 129:17
**changed** [2] - 56:25, 88:20, 88:23
**changes** [3] - 57:4, 90:16, 110:1
**characterization** [1] - 109:14
**characterize** [2] - 123:21, 123:25
**characterizes** [1] - 123:11
**charge** [1] - 48:1
**CHARLES** [2] - 6:4, 6:5
**chart** [1] - 87:18
**chartered** [1] - 57:7
**chase** [1] - 80:2
**check** [10] - 33:7, 54:5, 83:3, 84:17,

84:19, 84:21, 86:5, 87:20, 88:9
**checked** [1] - 111:25
**Chevron** [5] - 45:10, 45:21, 45:22, 45:25, 46:2
**Chevron's** [1] - 45:12
**chew** [1] - 130:24
**CHICAGO** [2] - 3:21, 5:24
**chime** [1] - 24:1
**chose** [1] - 107:23
**CHRYSLER** [1] - 5:4
**chuckling** [1] - 63:14
**chunk** [1] - 84:3
**circuit** [1] - 67:19
**Circuit** [2] - 95:22, 96:11
**circulate** [1] - 126:16
**circulated** [3] - 112:12, 138:24, 140:1
**circumstance** [2] - 88:21, 88:23
**circumstances** [5] - 34:18, 97:7, 110:1, 110:10, 121:3
**cited** [1] - 83:18
**CIVIL** [2] - 1:6, 2:8
**civilly** [1] - 137:4
**claim** [1] - 98:25
**claimant** [1] - 118:23
**claimants** [3] - 124:24, 127:23, 130:24
**CLAIMANTS............. .................. [1] - 8:19
**claims** [1] - 130:13
**clarification** [4] - 14:16, 17:24, 74:4, 117:18
**clarifications** [1] - 14:12
**clarified** [2] - 17:20, 65:12
**clarify** [6] - 24:22, 26:2, 26:5, 30:25, 73:24, 131:9
**class** [1] - 36:17
**clauses** [1] - 63:2
**Clean** [1] - 76:6
**clean** [1] - 76:21
**Clean-Up** [1] - 76:6
**clean-up** [1] - 76:21
**clear** [21] - 9:9, 31:25, 32:7, 37:6, 70:11, 71:17, 71:23, 72:2, 81:14, 81:17, 85:1, 95:15, 96:11,

105:21, 106:22,
107:16, 112:10,
112:11, 113:7, 127:2
**clearance** [5] - 30:6,
30:13, 32:1, 32:2,
32:11
**clearances** [1] - 32:22
**clearly** [4] - 68:8, 82:4,
96:7, 103:18
**CLERK** [7] - 37:15,
38:6, 61:3, 75:17,
109:18, 131:22,
142:4
**client** [3] - 48:16, 62:3,
119:10
**client's** [1] - 127:2
**clients** [4] - 98:2, 98:3,
124:18, 137:1
**climate** [2] - 17:2, 24:6
**climate-controlled** [1]
- 24:6
**clock** [1] - 114:4
**close** [5] - 41:6,
110:18, 127:16,
127:17, 128:11
**CO** [1] - 5:23
**Coast** [5] - 10:13,
10:14, 11:20, 22:25,
26:6
**cochairs** [1] - 59:10
**code** [3] - 37:18, 77:15
**Cohen** [10] - 10:3,
10:19, 11:19, 14:10,
14:20, 15:20, 24:8,
28:15, 29:18, 49:2
**COHEN** [23] - 6:8, 6:8,
9:9, 9:14, 10:19,
14:10, 14:20, 15:14,
15:20, 16:3, 24:8,
24:18, 28:15, 28:19,
29:18, 35:20, 48:5,
48:14, 48:23, 49:9,
49:19, 49:23, 50:1
**colleague** [2] -
116:17, 131:3
**colleagues** [4] - 46:6,
126:3, 126:4, 130:11
**collecting** [2] - 52:15,
52:23
**combinations** [1] -
12:11
**combined** [1] - 128:11
**coming** [20] - 23:4,
29:22, 30:18, 31:8,
42:12, 42:19, 44:17,
53:24, 69:15, 73:7,
86:18, 88:4, 88:6,
93:25, 96:10, 97:17,
111:23, 127:17,
129:2, 132:16

**commence** [1] - 10:10
**commencing** [1] -
10:8
**comment** [15] - 11:13,
17:10, 24:1, 40:11,
62:8, 69:14, 69:15,
72:2, 79:7, 89:21,
96:25, 97:8, 98:25,
104:6, 104:19
**comments** [3] - 73:10,
104:5, 113:14
**commit** [3] - 52:14,
52:21, 111:16
**committed** [1] - 38:14
**committee** [1] - 59:10
**common** [3] - 104:15,
107:15, 135:17
**communications** [3] -
39:4, 39:15
**companies** [1] - 70:12
**Company** [1] - 64:4
**company** [3] - 70:20,
81:4, 110:12
**COMPANY** [3] - 3:14,
4:14
**compared** [2] - 24:14,
110:5
**compartmentalize** [1]
- 134:12
**compatibility** [2] -
135:18, 136:6
**compel** [1] - 95:18
**compelled** [1] -
100:22
**compensation** [3] -
59:15, 59:16, 63:5
**compile** [1] - 51:19
**complained** [2] -
62:20, 82:10
**complaining** [1] -
137:6
**complaints** [1] -
114:11
**complete** [3] - 13:10,
38:15, 131:19
**completed** [2] - 38:18,
43:13
**completely** [3] -
42:21, 42:22, 86:21
**completion** [2] -
14:24, 43:15
**completions** [1] -
55:18
**compliant** [1] - 38:21
**complicate** [1] - 10:12
**comply** [5] - 22:18,
34:9, 65:3, 134:2,
134:5
**complying** [2] - 84:6,
111:13

**component** [2] -
134:12, 134:21
**components** [2] -
54:24, 136:4
**compromise** [1] -
18:20
**compromised** [1] -
126:7
**COMPUTER** [1] - 7:15
**computers** [1] - 24:15
**concern** [9] - 35:2,
35:15, 41:5, 90:23,
91:3, 94:8, 103:25,
122:19, 130:16
**concerned** [9] - 21:12,
35:5, 35:6, 35:17,
39:2, 41:6, 130:12,
133:16, 142:14
**concerning** [2] -
24:11, 142:18
**concerns** [3] - 55:6,
103:13, 118:10
**concluded** [1] -
143:13
**concludes** [1] - 49:23
**concluding** [1] - 49:5
**conclusions** [1] -
100:20
**concur** [2] - 56:1,
109:7
**condition** [2] - 13:14,
20:17
**conditioned** [5] -
12:17, 19:23, 21:8,
25:12, 25:13
**conditioner** [1] - 12:6
**conditioners** [1] -
12:16
**conditioning** [12] -
10:9, 10:16, 11:20,
12:2, 13:3, 13:5,
13:16, 13:21, 13:24,
14:6, 15:12, 28:3
**conducted** [2] -
109:10, 125:21
**confer** [7] - 27:25,
76:20, 82:13, 140:4,
141:1, 142:22, 143:3
**CONFERENCE** [1] -
1:12
**conference** [10] -
24:10, 28:7, 28:13,
37:13, 43:5, 77:8,
80:11, 89:24,
131:15, 142:23
**conferences** [1] -
43:24
**confident** [4] - 42:20,
48:17, 48:19, 48:20
**confidential** [4] -

43:20, 43:22, 80:19,
114:16
**confidentiality** [8] -
94:19, 94:21,
112:18, 112:23,
113:24, 115:6,
115:12, 116:14
**confirm** [5] - 47:24,
54:2, 54:23, 64:13,
79:14
**confirmed** [7] - 58:25,
59:1, 64:14, 64:23,
65:8, 122:4
**confirming** [1] - 48:4
**confuse** [1] - 21:15
**confused** [1] - 44:25
**confusing** [1] - 117:6
**confusion** [1] - 113:4
**Congress** [1] - 42:6
**connected** [1] - 45:11
**connection** [2] -
62:15, 115:11
**consensus** [1] -
112:13
**consent** [1] - 109:18
**consider** [5] - 26:23,
39:7, 46:9, 92:6,
142:8
**consideration** [1] -
99:23
**considerations** [1] -
18:23
**consistent** [1] -
135:15
**constraints** [1] - 12:22
**consult** [1] - 104:20
**contact** [6] - 30:21,
32:19, 32:21, 64:18,
67:11, 73:16
**container** [2] - 25:2,
25:12
**containers** [1] - 25:13
**containment** [1] - 41:7
**content** [4] - 16:9,
16:10, 48:17, 75:12
**contention** [3] -
123:12, 123:15,
124:3
**contentions** [1] -
122:15
**contest** [2] - 54:9,
80:15
**contested** [2] - 136:5,
140:13
**context** [2] - 19:15,
106:4
**continue** [13] - 10:15,
16:10, 16:11, 18:2,
42:10, 64:2, 68:20,
70:4, 110:22, 114:1,

124:2, 126:7, 137:10
**CONTINUED** [6] - 2:1,
3:1, 4:1, 5:1, 6:1, 7:1
**continues** [1] - 98:1
**continuing** [5] - 14:21,
59:5, 70:22, 126:3,
130:25
**contract** [7] - 10:21,
11:7, 11:8, 13:5,
15:2, 16:11, 21:21
**contracting** [1] - 15:1
**contractor** [2] - 51:18,
100:16
**contractual** [4] - 10:8,
10:20, 14:11, 14:21
**control** [7] - 21:6,
23:8, 38:17, 38:23,
39:22, 41:7, 41:20,
42:12, 42:19
**controlled** [2] - 17:2,
24:6
**controversy** [1] -
95:19
**convenience** [2] -
31:10, 31:11
**Convention** [1] -
111:7
**conventional** [1] -
92:14
**conversation** [6] -
45:13, 49:4, 49:6,
100:9, 100:10,
100:12
**conversations** [1] -
70:10
**convinced** [1] - 38:20
**CONÉ** [1] - 4:9
**cool** [1] - 14:2
**cooperate** [5] - 45:13,
45:18, 98:24,
135:23, 138:15
**cooperation** [1] - 48:8
**cooperatively** [1] -
43:25
**coordinate** [7] - 30:16,
30:21, 31:9, 32:19,
33:1, 35:8, 37:7
**coordinating** [2] -
127:24
**copies** [2] - 43:19,
52:10
**copy** [2] - 65:2, 80:13
**Corey** [4] - 106:15,
106:17, 125:11,
125:12
**COREY** [1] - 2:18
**corporate** [4] - 45:12,
82:12, 84:1, 84:8
**CORPORATION** [5] -
3:15, 4:3, 4:13, 4:14,

5:3
**corporations** [1] - 82:8
**correct** [20] - 12:10, 24:5, 26:19, 26:21, 29:15, 31:20, 53:17, 54:10, 60:19, 67:6, 68:22, 72:9, 79:17, 94:21, 99:19, 101:21, 111:6, 126:2, 131:13, 143:19
**correspondence** [1] - 141:15
**cost** [4] - 11:4, 13:5, 19:3, 25:4
**costs** [1] - 23:20
**COTLAR** [1] - 1:20
**counsel** [19] - 46:13, 50:22, 64:18, 64:19, 65:3, 67:11, 68:21, 80:12, 86:17, 86:20, 87:21, 97:12, 98:17, 108:20, 110:3, 111:25, 112:13, 117:15, 117:16
**COUNSEL** [1] - 1:16
**counsel's** [1] - 129:20
**counting** [1] - 91:22
**couple** [6] - 80:25, 94:14, 104:5, 113:14, 121:15, 130:6
**course** [12] - 16:4, 34:21, 37:14, 40:23, 48:7, 48:15, 48:18, 49:13, 85:18, 93:19, 93:20, 94:15
**court** [15] - 9:19, 10:3, 80:9, 81:24, 82:2, 106:1, 112:20, 113:6, 113:16, 113:18, 114:13, 114:18, 117:7, 125:2
**Court** [44] - 10:22, 16:9, 18:21, 25:17, 41:17, 46:14, 48:16, 49:20, 64:17, 68:7, 72:14, 74:22, 76:8, 81:25, 84:21, 85:11, 86:6, 86:17, 86:20, 87:21, 92:6, 95:16, 95:19, 95:20, 105:18, 110:2, 112:5, 113:9, 114:3, 115:3, 119:6, 119:7, 119:17, 120:13, 127:19, 135:20, 135:21, 136:8, 143:18, 143:18,

143:19, 143:24, 143:24
**COURT** [389] - 1:1, 7:11, 9:4, 9:7, 9:10, 9:16, 11:11, 11:16, 12:8, 12:18, 13:4, 13:12, 13:14, 13:19, 13:24, 14:4, 14:15, 15:11, 15:15, 15:22, 16:22, 17:18, 17:21, 18:17, 19:1, 19:16, 20:1, 20:6, 20:12, 20:19, 21:14, 21:18, 22:6, 22:10, 22:13, 22:16, 22:22, 23:3, 23:12, 23:19, 23:25, 24:15, 24:19, 24:23, 25:23, 25:25, 26:3, 26:12, 26:21, 27:8, 28:2, 28:18, 28:21, 29:8, 29:11, 29:16, 30:3, 30:10, 30:13, 31:3, 31:5, 31:18, 32:6, 32:13, 32:16, 33:12, 33:22, 33:24, 34:6, 34:14, 34:23, 35:17, 36:4, 36:12, 36:15, 36:19, 36:23, 37:11, 37:16, 38:2, 38:7, 40:10, 40:24, 41:10, 42:24, 43:4, 43:10, 43:12, 44:5, 44:11, 44:24, 45:6, 45:8, 45:19, 46:2, 46:8, 46:21, 46:24, 47:3, 47:6, 47:9, 47:11, 47:13, 47:21, 47:23, 48:9, 48:19, 49:3, 49:15, 49:22, 49:24, 50:2, 50:7, 50:10, 50:13, 50:21, 51:5, 51:7, 51:10, 51:23, 52:6, 52:17, 53:1, 53:6, 53:9, 53:15, 53:21, 54:3, 54:6, 54:21, 55:5, 55:11, 55:14, 56:5, 56:20, 58:7, 58:11, 58:13, 58:15, 58:22, 58:24, 59:1, 59:3, 59:14, 59:16, 60:3, 60:9, 60:18, 60:25, 61:4, 61:6, 61:12, 62:8, 63:9, 63:16, 63:22, 64:2, 64:6, 64:12, 64:20, 64:23, 65:1, 65:10, 65:12, 65:17, 65:23, 66:4, 66:6, 66:13, 66:17, 66:20, 67:1, 67:8, 67:13, 67:21, 67:24,

68:3, 68:10, 68:16, 68:23, 69:4, 69:8, 69:19, 69:22, 70:4, 70:9, 70:17, 70:21, 71:21, 72:7, 73:20, 74:4, 74:7, 74:16, 74:25, 75:14, 75:18, 76:24, 77:5, 77:11, 78:15, 78:18, 78:23, 79:7, 79:18, 79:23, 80:20, 81:12, 82:15, 82:22, 82:25, 83:5, 83:11, 84:13, 84:23, 85:6, 85:23, 86:10, 86:14, 87:2, 87:10, 87:13, 87:24, 88:7, 88:11, 88:24, 89:4, 89:6, 89:11, 89:16, 90:17, 90:21, 91:9, 91:20, 91:23, 93:4, 93:14, 93:17, 94:4, 94:13, 94:20, 94:25, 95:2, 95:10, 95:24, 96:4, 96:15, 96:17, 96:21, 96:24, 97:3, 97:7, 97:13, 97:19, 98:4, 98:12, 98:16, 99:6, 99:9, 99:17, 99:21, 100:3, 100:24, 101:6, 101:21, 101:24, 102:2, 102:7, 102:14, 102:16, 102:20, 103:3, 103:16, 104:5, 104:24, 105:4, 105:6, 105:10, 106:10, 106:17, 107:19, 107:22, 109:3, 109:16, 109:19, 110:7, 111:4, 111:9, 111:18, 111:21, 112:3, 112:6, 113:11, 113:20, 114:7, 115:14, 115:22, 116:2, 116:4, 116:7, 116:11, 116:15, 116:20, 117:1, 117:5, 117:10, 117:16, 117:21, 117:25, 118:3, 118:6, 118:12, 118:15, 118:25, 119:18, 120:19, 121:11, 122:17, 123:2, 123:6, 124:12, 124:14, 124:22, 125:7, 125:11, 125:15,

125:24, 126:9, 126:11, 126:23, 127:8, 128:16, 128:19, 129:11, 129:16, 129:22, 130:7, 130:9, 130:16, 130:19, 131:13, 131:17, 131:24, 132:8, 133:1, 133:5, 133:7, 133:12, 133:16, 133:19, 133:23, 134:2, 134:7, 134:16, 134:18, 135:24, 136:21, 136:23, 137:9, 137:23, 137:25, 138:2, 138:5, 138:10, 138:14, 138:17, 138:20, 138:24, 139:2, 139:10, 139:16, 139:19, 139:24, 140:6, 140:9, 140:14, 140:18, 140:24, 141:5, 141:17, 141:22, 142:1, 142:3, 142:7, 142:10, 142:16, 142:25, 143:5, 143:9
**Court's** [8] - 17:7, 23:6, 49:10, 49:14, 75:21, 77:19, 85:16, 127:9
**courthouse** [1] - 100:1
**courtroom** [2] - 9:23, 135:11
**cover** [6] - 48:13, 64:2, 96:18, 111:2, 124:23, 136:2
**covered** [5] - 21:3, 65:18, 84:13, 111:1, 133:5
**Cowie** [2] - 55:9, 55:11
**cracking** [1] - 61:12
**Crammond** [1] - 116:19
**crazy** [2] - 9:19, 41:16
**created** [1] - 16:17
**crewmember** [1] - 98:3
**crewmembers** [1] - 86:7
**critical** [1] - 115:5
**cross** [5] - 104:10, 108:16, 130:12, 130:13, 130:23
**cross-examination** [2]

- 104:10, 108:16
**CRR** [2] - 7:11, 143:23
**crunch** [1] - 88:4
**Cunningham** [2] - 69:2, 106:23
**cure** [4] - 98:6, 98:19, 98:25, 99:13
**current** [6] - 16:23, 17:7, 114:18, 127:12, 130:10, 130:22
**Curtis** [3] - 58:24, 61:20, 62:17
**custodial** [12] - 58:5, 62:14, 84:2, 84:3, 84:11, 84:21, 85:9, 86:3, 86:11, 110:20, 110:23, 111:10
**custodian** [5] - 16:23, 22:20, 22:25, 44:14, 126:5
**custodians** [2] - 23:2, 126:1
**custodianship** [1] - 23:10
**custody** [5] - 26:15, 27:1, 27:4, 27:13, 27:23
**cut** [4] - 27:2, 30:4, 80:2, 80:19
**cutoff** [2] - 91:4, 91:5

**D**

**D-A-L-Y** [1] - 47:6
**DALLAS** [1] - 6:19
**Daly** [4] - 46:11, 46:13, 47:5, 47:6
**damage** [1] - 99:8
**DANIEL** [1] - 3:9
**Danny** [3] - 98:9, 99:2, 99:9
**data** [3] - 24:16, 39:1, 42:23
**database** [1] - 135:17
**databases** [1] - 135:19
**date** [28] - 29:14, 29:16, 30:16, 30:21, 32:22, 32:24, 37:7, 45:4, 45:17, 45:20, 46:12, 48:21, 59:12, 59:14, 68:5, 68:10, 88:20, 91:4, 91:5, 93:6, 95:6, 109:13, 125:25, 126:5, 126:19, 129:10, 129:16
**dates** [12] - 38:21, 45:14, 64:19, 67:15,

94:14, 116:11, 137:16, 137:17, 139:5, 139:7, 139:25, 141:8
**David** [3] - 44:2, 44:3, 107:12
**DAVID** [1] - 7:6
**David's** [1] - 44:5
**Dawn** [2] - 137:21, 138:3
**days** [27] - 11:8, 24:10, 31:9, 32:4, 35:12, 65:2, 66:9, 108:14, 111:13, 112:23, 112:24, 114:5, 115:9, 115:24, 116:5, 116:12, 116:15, 116:19, 116:23, 117:8, 117:9, 117:11, 128:10, 129:2, 130:2, 130:6
**days'** [2] - 65:4, 97:20
**DC** [3] - 2:15, 3:24, 4:17
**de** [1] - 114:12
**deadline** [8] - 52:25, 91:6, 92:7, 93:20, 102:10, 122:13, 128:13, 131:11
**deadlined** [1] - 90:24
**deadlines** [6] - 86:18, 91:1, 128:22, 130:14, 131:4, 132:4
**deal** [9] - 41:23, 42:14, 60:1, 61:17, 80:6, 92:10, 96:13, 98:8, 114:22
**dealing** [5] - 50:16, 50:23, 68:5, 81:5, 128:6
**dealt** [2] - 11:9, 114:10
**death** [1] - 90:24
**debate** [1] - 70:22
**decades** [1] - 80:8
**decide** [3] - 13:7, 68:8, 109:14
**deciding** [1] - 82:6
**decision** [5] - 59:7, 87:12, 108:21, 109:1, 135:6
**decisions** [1] - 55:7
**declare** [3] - 30:20, 93:7, 93:21
**deep** [1] - 108:7
**DEEPWATER** [3] - 1:4, 3:4, 3:5
**Deepwater** [2] - 53:20, 57:7
**defend** [1] - 74:23

**defendant** [5] - 40:9, 71:16, 104:13, 127:15, 128:10
**Defendants** [1] - 76:6
**defendants** [9] - 41:9, 60:12, 72:16, 76:7, 79:4, 119:3, 125:19, 128:4, 128:7
**defending** [2] - 74:11, 128:7
**defense** [1] - 40:21
**definitely** [2] - 60:21, 129:5
**definitively** [1] - 122:15
**delay** [1] - 11:6
**delays** [2] - 114:14, 114:17
**deleting** [1] - 80:4
**deliberate** [1] - 129:4
**delivery** [1] - 113:16
**demob** [1] - 31:19
**DEMPSEY** [1] - 6:25
**denied** [1] - 121:2
**deny** [2] - 118:15, 118:16
**dep** [2] - 46:7, 47:19
**DEPARTMENT** [2] - 2:7, 2:14
**department** [1] - 45:12
**dependent** [5] - 119:20, 121:13, 121:16, 122:3, 124:19
**depo** [3] - 45:25, 59:10, 98:11
**deponent** [2] - 53:23, 55:9
**deponents** [2] - 99:4, 140:1
**depose** [2] - 101:2, 139:22
**deposed** [10] - 46:18, 51:12, 55:9, 65:11, 71:3, 73:6, 75:4, 87:12, 111:20, 116:19
**deposing** [2] - 59:11, 98:6
**deposition** [58] - 44:16, 47:23, 49:10, 49:13, 50:6, 50:7, 50:8, 54:18, 57:25, 60:2, 60:6, 60:13, 61:11, 62:11, 62:18, 62:24, 68:11, 71:25, 78:6, 81:17, 84:1, 84:9, 85:11, 85:22, 89:13, 90:6, 90:8, 90:13, 91:7, 92:8,

92:17, 93:5, 98:2, 98:7, 98:18, 99:23, 100:7, 100:23, 101:19, 103:1, 103:2, 103:7, 105:17, 105:23, 106:8, 108:23, 109:9, 109:23, 110:4, 110:19, 112:19, 112:22, 114:25, 117:20, 126:22, 135:8, 135:15, 137:13
**DEPOSITION**............. ................. [1] - 8:23
**depositions** [20] - 29:22, 44:18, 55:13, 71:12, 72:20, 74:9, 74:11, 78:4, 85:13, 86:6, 86:25, 92:19, 94:16, 99:24, 100:13, 103:3, 104:16, 104:19, 128:12, 132:12
**DEPOSITIONS**.......... ................. [1] - 8:8
**deputy** [1] - 35:24
**designate** [1] - 112:18
**designated** [3] - 55:1, 55:3, 84:8
**designation** [2] - 64:21, 112:23
**designations** [2] - 113:23, 115:12
**designee** [1] - 54:14
**designees** [1] - 54:10
**designs** [1] - 139:13
**desire** [1] - 29:5
**despite** [1] - 114:16
**DET** [1] - 6:8
**details** [3] - 60:22, 76:20, 119:5
**determinations** [1] - 69:11
**determine** [1] - 139:13
**determining** [1] - 76:8
**develop** [2] - 13:2, 36:6
**DEXTER** [1] - 2:19
**dial** [4] - 28:19, 37:17, 77:13
**dial-in** [2] - 37:17, 77:13
**difference** [1] - 120:10
**different** [20] - 22:1, 31:8, 31:9, 55:9, 56:22, 56:24, 57:14, 57:15, 73:5, 73:10, 73:19, 74:3, 91:17, 94:14, 109:13,

113:1, 114:20, 126:15, 128:23
**differently** [1] - 137:8
**difficult** [4] - 31:24, 52:16, 52:18, 72:21
**diligent** [2] - 130:12
**diligently** [1] - 110:20
**dimensions** [1] - 24:24
**direct** [5] - 103:7, 103:10, 108:17, 119:10, 121:11
**directed** [2] - 48:25, 124:21
**directing** [1] - 121:5
**direction** [1] - 71:18
**directly** [2] - 69:11, 101:9
**Director** [2] - 135:7, 135:10
**directors'** [1] - 81:4
**disagree** [4] - 74:9, 99:15, 121:1, 131:19
**disagreeing** [1] - 90:4
**disagrees** [1] - 131:14
**disassemble** [1] - 10:9
**disassembling** [1] - 14:18
**disassembly** [1] - 10:10
**disclaimer** [1] - 56:18
**discovered** [2] - 101:19, 122:4
**discovery** [17] - 37:25, 38:10, 39:10, 41:14, 41:15, 42:1, 81:22, 93:6, 93:7, 93:19, 93:21, 121:21, 127:17, 131:17, 132:2, 132:9, 133:17
**DISCOVERY** [2] - 1:12, 8:6
**discrete** [1] - 59:12
**discuss** [3] - 33:2, 77:17, 83:14
**discussed** [6] - 20:8, 47:18, 106:23, 109:23, 109:25, 113:6
**discussing** [2] - 21:23, 21:24
**discussion** [8] - 16:1, 20:20, 35:15, 59:6, 81:20, 87:3, 135:16, 137:10
**discussions** [4] - 24:9, 81:6, 126:7, 132:1
**disposal** [1] - 57:14

**dispute** [3] - 120:12, 123:9
**disputed** [2] - 120:3, 120:4
**disputing** [3] - 120:8, 120:9, 120:10
**disseminate** [2] - 54:16, 54:17
**dissemination** [1] - 115:4
**distance** [1] - 27:22
**distinguishing** [1] - 117:23
**distributed** [2] - 43:20, 44:12
**distributing** [1] - 44:7
**District** [4] - 89:17, 143:18, 143:19, 143:24
**DISTRICT** [2] - 1:1, 1:1
**diversity** [2] - 15:17, 15:22
**DIVISION** [1] - 2:8
**DNV** [38] - 8:7, 10:7, 10:22, 10:23, 11:18, 14:5, 14:18, 14:21, 14:23, 15:9, 16:3, 16:10, 24:11, 28:8, 29:2, 29:20, 29:23, 30:17, 31:16, 34:8, 34:11, 35:8, 35:9, 35:12, 35:21, 35:22, 35:23, 36:2, 43:13, 44:14, 47:23, 48:11, 48:25, 49:12, 50:7, 50:8, 141:14, 142:4
**DNV's** [2] - 21:21, 44:16
**DNV-Michoud** [1] - 10:23
**Doc** [1] - 134:16
**dock** [1] - 21:10
**document** [10] - 48:20, 56:13, 79:14, 80:17, 82:18, 84:6, 94:10, 106:3, 131:18
**DOCUMENT** [1] - 1:9
**documented** [1] - 102:25
**documents** [67] - 41:12, 41:14, 42:12, 42:19, 48:13, 51:20, 51:22, 53:16, 53:18, 53:22, 53:23, 54:15, 55:24, 56:3, 56:7, 56:10, 56:12, 57:9, 57:15, 57:16, 58:4, 60:7, 78:3, 79:2, 79:11, 81:1, 81:15, 81:18, 81:21, 83:15,

83:18, 83:21, 83:23, 84:14, 85:2, 85:3, 85:11, 85:14, 85:16, 85:18, 85:21, 85:24, 86:2, 86:9, 86:12, 89:19, 90:1, 90:7, 90:10, 91:18, 92:3, 92:12, 92:19, 92:21, 93:4, 93:18, 94:5, 94:24, 101:15, 105:20, 107:4, 125:16, 125:21, 131:21, 141:14, 142:4

**DOCUMENTS............ .......** [1] - 8:20

**DOCUMENTS............ .................** [1] - 8:16

**DOMENGEAUX** [1] - 1:16

**Don** [6] - 63:12, 63:19, 126:12, 126:21, 138:3, 142:24

**Don's** [1] - 130:16

**done** [44] - 15:17, 16:14, 16:15, 16:17, 17:12, 17:25, 18:8, 18:9, 20:13, 26:10, 29:17, 38:16, 39:15, 41:23, 42:20, 42:21, 42:22, 43:24, 43:25, 44:9, 52:1, 52:2, 53:2, 57:18, 57:19, 57:20, 57:21, 70:2, 71:11, 73:15, 81:3, 84:20, 87:25, 106:25, 115:6, 120:25, 125:10, 131:21, 137:8, 139:4, 140:11

**door** [3] - 42:2, 42:16, 143:6

**doubly** [1] - 110:13

**doubtful** [1] - 36:3

**down** [24] - 15:4, 15:7, 18:10, 29:12, 35:8, 36:7, 36:20, 45:2, 47:7, 59:17, 61:6, 65:1, 67:2, 69:7, 86:13, 89:2, 89:4, 89:7, 96:17, 101:6, 101:22, 104:4, 134:12, 142:8

**download** [1] - 24:16

**downloaded** [1] - 43:19

**Dr** [2] - 35:13, 63:11

**draft** [2] - 29:2, 45:15

**drawing** [1] - 80:10

**DREW** [1] - 7:6

**drill** [2] - 17:3, 136:1

**drilled** [2] - 50:16, 50:20

**Drilling** [1] - 64:3

**drilling** [3] - 55:16, 55:18, 139:13

**DRILLING** [1] - 3:4

**drive** [1] - 9:18

**DRIVE** [1] - 5:24

**dropped** [1] - 51:8

**due** [13] - 15:7, 22:24, 36:11, 40:23, 41:14, 46:5, 49:1, 61:24, 95:6, 121:20, 127:18, 130:24, 133:10

**Duffy** [3] - 51:1, 51:2, 124:16

**duration** [1] - 65:22

**during** [8] - 31:19, 35:19, 39:16, 49:2, 81:17, 93:19, 93:20, 112:11

## E

**E&P** [1] - 4:14

**e-mail** [13] - 56:20, 63:16, 64:17, 73:14, 78:5, 97:22, 100:14, 112:13, 112:20, 141:14, 142:18, 142:21, 142:22

**e-mailed** [1] - 97:14

**e-mails** [6] - 42:13, 61:18, 63:18, 84:4, 112:11, 141:19

**early** [7] - 13:1, 45:3, 46:7, 87:6, 128:12, 128:13, 143:4

**easier** [5] - 32:3, 104:11, 108:4, 115:19, 139:22

**East** [1] - 112:1

**Eastern** [2] - 89:17, 143:19

**EASTERN** [1] - 1:1

**easy** [2] - 17:1, 92:2

**eat** [1] - 124:9

**economical** [1] - 27:20

**Eddy** [1] - 63:24

**edge** [1] - 9:19

**EDS** [1] - 121:23

**educational** [1] - 96:8

**EDWARD** [1] - 4:19

**EDWARDS** [1] - 1:16

**effect** [7] - 114:17, 116:13, 120:14,

120:15, 123:11, 129:14, 130:13

**effective** [1] - 25:4

**efficiencies** [1] - 46:19

**ego** [1] - 51:12

**eight** [6] - 13:10, 13:12, 13:22, 14:3, 62:7, 108:14

**eight-week** [3] - 13:10, 13:22, 14:3

**either** [13] - 9:16, 23:9, 26:18, 39:13, 53:19, 54:16, 74:15, 89:3, 90:11, 119:24, 121:3, 122:4, 126:4

**elbow** [1] - 91:24

**electronic** [8] - 24:12, 112:20, 116:24, 117:1, 117:11, 117:19, 118:1

**electronically** [2] - 113:17, 117:7

**elegant** [1] - 25:3

**elements** [1] - 25:20

**eliminated** [1] - 100:4

**ELLIS** [2] - 3:19, 3:22

**ELMO** [1] - 138:6

**emergency** [1] - 61:25

**EMILY** [1] - 6:25

**employed** [1] - 62:22

**employee** [4] - 99:4, 99:19, 99:20, 142:19

**employees** [2] - 86:7, 99:10

**enclosed** [1] - 12:2

**enclosure** [8] - 10:11, 10:16, 11:2, 12:7, 14:17, 15:8, 21:22, 30:2

**enclosures** [1] - 12:17

**encourage** [1] - 75:1

**end** [14] - 11:10, 11:11, 11:24, 15:3, 16:21, 22:9, 26:7, 38:3, 41:14, 41:15, 44:9, 87:11, 104:1, 114:25

**endeavor** [1] - 45:14

**ends** [1] - 72:16

**ENERGY** [2] - 3:6, 4:8

**enforce** [1] - 32:3

**ENFORCEMENT** [1] - 2:13

**England** [1] - 110:15

**ENGLEBERT** [25] - 6:22, 11:14, 11:17, 12:10, 21:15, 21:20, 22:8, 22:12, 22:15, 22:21, 22:24, 23:7,

23:14, 23:20, 24:22, 24:24, 25:24, 31:23, 32:10, 32:14, 34:25, 36:10, 36:13, 36:16, 36:22

**Englebert** [6] - 11:15, 21:16, 26:6, 27:14, 35:1, 37:8

**English** [1] - 66:24

**enlighten** [1] - 17:15

**enormous** [1] - 113:23

**enter** [2] - 119:3, 119:16

**entered** [5] - 34:20, 34:21, 34:24, 75:12, 119:4

**entertain** [1] - 114:3

**entire** [4] - 11:9, 15:24, 32:15, 103:7

**entirely** [1] - 49:17

**entities** [1] - 70:13

**entitled** [4] - 63:1, 63:7, 80:17, 143:20

**entitlements** [1] - 16:7

**environment** [3] - 12:5, 23:5, 24:7

**ENVIRONMENTAL** [1] - 2:13

**equally** [1] - 123:21

**equipment** [8] - 17:1, 19:24, 23:16, 24:3, 24:6, 24:17, 24:19, 24:25

**errata** [10] - 113:6, 114:6, 115:20, 116:7, 116:12, 117:3, 117:10, 117:23, 117:25, 118:4

**error** [1] - 62:23

**especially** [6] - 28:25, 46:9, 82:2, 90:25, 108:4, 127:16

**ESQUIRE** [45] - 1:17, 1:20, 1:23, 2:3, 2:8, 2:9, 2:14, 2:18, 2:23, 3:6, 3:9, 3:19, 3:20, 3:23, 4:4, 4:4, 4:9, 4:9, 4:10, 4:16, 4:19, 4:19, 4:23, 5:4, 5:13, 5:18, 5:18, 5:19, 5:23, 6:4, 6:8, 6:14, 6:18, 6:24, 6:25, 6:25, 7:3, 7:3, 7:4, 7:5, 7:6, 7:6, 7:8, 7:8, 7:9

**essentially** [2] - 24:13, 73:15

**etcetera** [10] - 14:2, 22:19, 63:2, 63:3,

76:5, 110:16, 114:16, 114:17, 127:25, 135:12

**etched** [1] - 102:2

**Eurasia** [1] - 64:3

**evening** [3] - 13:2, 141:21

**event** [10] - 21:9, 38:15, 38:17, 39:1, 39:16, 39:21, 42:22, 48:24, 49:11, 110:9

**event-related** [4] - 38:15, 38:17, 39:1, 42:22

**evidence** [17] - 25:14, 27:18, 27:20, 27:21, 35:3, 81:22, 122:4, 122:22, 123:11, 123:14, 123:19, 123:21, 123:24, 134:22, 136:9, 136:12

**evolution** [1] - 135:7

**exact** [2] - 55:24, 139:21

**exactly** [10] - 20:19, 36:22, 62:13, 64:6, 65:12, 70:4, 77:5, 99:3, 107:7, 115:24

**examination** [5] - 73:8, 73:15, 103:7, 104:10, 108:16

**examinations** [1] - 109:10

**example** [2] - 57:6, 135:6

**examples** [1] - 82:20

**excellent** [2] - 67:3, 135:2

**except** [6] - 66:9, 69:19, 71:12, 72:15, 103:16, 119:5

**exception** [4] - 21:22, 40:8, 68:8, 131:24

**exchange** [1] - 24:10

**exchanges** [1] - 112:11

**excuse** [2] - 25:2, 118:23

**excused** [1] - 48:18

**Executive** [4] - 39:5, 39:14, 39:18, 40:17

**exemplars** [1] - 57:16

**exercise** [1] - 56:2

**exhibit** [5] - 90:6, 90:13, 92:8, 92:9

**exhibits** [11] - 90:6, 93:5, 93:7, 93:19, 94:15, 95:9, 135:8, 135:14, 135:15,

135:16
**exist** [1] - 61:10
**existence** [1] - 130:13
**existing** [2] - 16:11, 133:4
**exists** [1] - 87:19
**expanse** [1] - 15:24
**expect** [2] - 34:23, 99:21
**expected** [2] - 58:3, 131:9
**expecting** [1] - 20:16
**expedite** [1] - 48:15
**expedited** [2] - 48:21, 62:16
**expense** [5] - 11:7, 14:12, 26:16, 48:6, 68:22
**expenses** [1] - 27:2
**experience** [2] - 16:16, 119:23
**experienced** [1] - 96:8
**experiencing** [1] - 113:18
**expert** [40] - 30:6, 30:14, 30:15, 30:20, 32:18, 36:24, 41:14, 45:21, 45:24, 45:25, 46:3, 46:5, 93:21, 94:15, 94:16, 102:10, 115:12, 121:20, 122:6, 122:8, 122:11, 123:16, 126:13, 126:16, 126:18, 126:19, 126:25, 127:18, 127:21, 128:1, 128:6, 128:7, 128:11, 132:9, 132:17, 132:18, 133:3, 133:17
**EXPERT** [1] - 8:21
**expertise** [1] - 19:2
**experts** [21] - 29:14, 30:18, 30:22, 31:6, 31:8, 32:7, 33:7, 101:10, 115:13, 116:10, 127:13, 127:14, 128:3, 128:22, 131:6, 131:7, 131:11, 132:11, 132:14, 132:22
**explain** [6] - 56:19, 69:20, 97:7, 100:21, 104:17, 111:4
**EXPLORATION** [1] - 3:16
**exploration** [1] - 55:16
**explore** [3] - 26:14,

27:6, 27:15
**expressing** [1] - 24:4
**extend** [7] - 11:7, 11:22, 11:24, 13:5, 13:19, 21:21, 115:19
**extended** [1] - 21:19
**extension** [2] - 102:10, 115:25
**extensions** [4] - 112:25, 114:2, 114:13, 115:17
**extensive** [1] - 141:14
**extent** [22] - 11:1, 16:8, 16:19, 29:24, 38:25, 53:18, 57:18, 57:24, 72:3, 72:22, 76:5, 81:16, 90:4, 96:13, 104:13, 119:11, 122:3, 123:7, 123:14, 123:16, 123:17, 135:17
**externally** [1] - 95:24
**extra** [2] - 73:18, 99:12
**extremely** [4] - 42:1, 81:7, 81:10, 100:17
**eye** [1] - 80:4

# F

**F-L-E-E-C-E** [1] - 47:12
**face** [6] - 46:22, 46:24, 64:11, 78:1, 78:11, 102:8
**facilities** [2] - 17:3, 139:13
**facility** [5] - 19:19, 19:23, 20:4, 21:8, 26:17
**fact** [34] - 10:7, 18:15, 20:8, 27:19, 39:2, 54:2, 64:19, 69:10, 72:20, 73:12, 80:16, 84:3, 86:18, 93:6, 93:19, 94:14, 99:7, 100:14, 103:4, 105:22, 108:24, 108:25, 109:8, 109:14, 109:16, 114:17, 120:6, 121:21, 123:9, 123:20, 123:23, 127:17, 131:17, 136:2
**facto** [1] - 114:12
**factor** [1] - 12:24
**facts** [5] - 82:17, 92:1, 101:9, 122:15

**factual** [2] - 120:12
**faded** [1] - 9:15
**failure** [1] - 98:24
**fair** [14] - 19:1, 62:2, 63:9, 74:4, 80:1, 94:7, 105:3, 111:16, 113:17, 119:15, 122:17, 128:12, 129:18, 143:2
**fairly** [7] - 14:23, 17:1, 42:20, 70:11, 87:6, 108:2, 127:2
**fairness** [2] - 60:11, 72:18
**faith** [5] - 82:4, 82:11, 92:10, 120:25, 124:3
**familiar** [2] - 27:18, 84:10
**fancy** [1] - 71:1
**fans** [2] - 12:15, 13:25
**far** [7] - 43:7, 91:18, 98:25, 106:21, 108:13, 132:11, 142:14
**fast** [1] - 42:5
**faster** [1] - 42:8
**feasible** [3] - 12:21, 13:23, 132:12
**February** [2] - 61:16, 120:16
**Federal** [1] - 115:25
**FEDERAL** [1] - 2:7
**fee** [5] - 59:6, 59:18, 59:22, 59:24, 61:7
**fee-splitting** [1] - 59:24
**feedback** [2] - 22:25, 36:11
**fees** [1] - 47:25
**feet** [7] - 21:1, 23:18, 25:1, 25:2
**fellow** [1] - 100:14
**felt** [1] - 46:6
**few** [9] - 24:10, 36:1, 72:11, 92:3, 95:7, 110:21, 117:9, 121:2, 137:19
**field** [5] - 23:13, 29:8, 33:16, 33:18, 36:8
**FIFTEENTH** [1] - 3:23
**FIFTH** [1] - 5:14
**Fifth** [12] - 64:25, 65:4, 68:3, 95:11, 95:22, 96:11, 97:21, 98:10, 98:12, 98:20, 99:7, 99:14
**fight** [1] - 120:17
**figure** [3] - 119:14, 120:19, 139:16
**figured** [2] - 139:15,

139:17
**file** [13] - 62:14, 67:12, 77:9, 84:3, 84:11, 84:21, 86:4, 96:23, 110:20, 110:23, 111:10, 127:21
**filed** [5] - 39:6, 96:21, 96:24, 122:11, 141:12
**files** [7] - 39:17, 58:5, 85:9, 86:11, 92:20, 92:22, 122:8
**filled** [1] - 85:12
**final** [7] - 107:3, 112:19, 117:1, 117:5, 117:11, 117:20, 117:25
**finalized** [1] - 26:10
**finally** [2] - 38:13, 73:12
**FINANCIAL** [1] - 5:12
**finder** [1] - 69:10
**fine** [12] - 31:18, 32:6, 43:18, 48:14, 60:9, 71:1, 106:17, 123:18, 140:6, 141:23, 142:1, 143:1
**fingers** [1] - 103:14
**finish** [1] - 28:22
**finished** [2] - 15:9, 51:19
**finishing** [1] - 15:6
**finite** [1] - 54:8
**firm** [3] - 64:23, 97:15, 97:18
**FIRM** [2] - 2:3, 6:18
**first** [19] - 9:15, 9:25, 10:7, 16:15, 38:11, 45:24, 46:17, 54:8, 55:17, 60:25, 72:24, 75:24, 79:25, 83:15, 91:11, 106:18, 118:21, 127:17, 135:16
**fiscal** [2] - 22:9, 26:7
**fiscally** [1] - 26:13
**fit** [2] - 25:2, 25:18
**FITCH** [32] - 4:16, 31:21, 33:4, 33:8, 41:3, 41:11, 43:9, 60:15, 72:23, 81:19, 91:24, 122:18, 123:3, 124:6, 126:22, 130:5, 130:8, 130:10, 130:18, 133:25, 134:6, 136:25, 137:19, 137:24, 138:4, 138:7, 138:12, 138:15,

138:23, 139:1, 139:17, 139:23
**Fitch** [12] - 31:21, 33:4, 41:3, 72:23, 81:19, 89:23, 90:3, 122:18, 124:6, 130:5, 133:25, 139:20
**five** [14] - 17:11, 18:2, 19:18, 25:1, 25:2, 31:8, 31:9, 47:19, 58:18, 65:4, 70:13, 97:20, 108:2, 114:13
**five-day** [1] - 47:19
**five-story** [3] - 17:11, 18:2, 19:18
**five-week** [1] - 114:13
**FLANDERS** [1] - 4:19
**Fleece** [3] - 47:8, 47:9, 47:11
**FLEECE** [1] - 47:13
**flexible** [2] - 112:25, 114:1
**flip** [1] - 94:11
**floodwaters** [1] - 21:9
**FLOOR** [2] - 2:10, 3:6, 6:15
**flow** [1] - 42:18
**focused** [3] - 55:17, 55:20, 133:13
**folks** [2] - 86:8, 98:5
**follow** [2] - 29:2, 142:22
**follow-up** [1] - 142:22
**followed** [2] - 20:22, 130:21
**following** [6] - 27:9, 31:22, 33:5, 33:5, 49:10, 78:19, 132:2
**follows** [1] - 37:17
**fool** [2] - 68:3, 68:20
**foot** [1] - 83:7
**FOR** [22] - 1:16, 2:7, 2:13, 2:18, 2:22, 3:3, 3:13, 4:3, 4:8, 4:13, 4:23, 5:3, 5:8, 5:17, 5:23, 6:3, 6:8, 6:18, 8:6, 8:9, 8:18, 8:22
**fore** [1] - 78:2
**forebear** [1] - 73:1
**foregoing** [1] - 143:19
**foremost** [1] - 86:23
**forget** [1] - 75:1
**forgot** [2] - 133:12, 133:24
**forgotten** [1] - 103:1
**form** [5] - 95:19, 101:13, 115:6, 117:3, 124:24
**FORM** [1] - 8:19

formal [2] - 38:9, 38:11
formally [1] - 118:22
forth [2] - 77:22, 128:3
forthcoming [2] - 88:10, 104:7
forward [7] - 67:16, 90:7, 96:4, 96:15, 97:14, 126:6, 129:3
foul [2] - 128:14, 128:20
foundation [5] - 69:2, 92:11, 105:24, 106:2, 106:22
four [5] - 25:1, 43:19, 73:17, 114:12, 133:21
Fourth [1] - 31:14
frame [3] - 13:22, 14:3, 42:17
FRANCIS [1] - 5:18
FRANCISCO [1] - 2:10
frankly [6] - 18:21, 50:17, 100:7, 108:7, 114:2, 121:2
free [4] - 28:24, 37:21, 69:12, 97:8
FRIDAY [2] - 1:7, 9:2
Friday [5] - 67:4, 77:25, 84:22, 96:2, 131:19
Friday's [1] - 142:24
friend [3] - 107:23, 109:5, 110:18
FRILOT [1] - 3:5
front [4] - 43:2, 50:21, 78:13, 87:11
frustration [2] - 108:7, 108:17
full [2] - 13:15, 128:10
fully [3] - 73:11, 138:16, 142:8
fun [1] - 74:13
fund [5] - 60:14, 60:16, 60:18, 60:20, 60:23
fundamental [2] - 91:12, 93:2
funded [1] - 22:9
funding [3] - 26:7, 26:8, 27:14
funny [1] - 46:21
funny-looking [1] - 46:21
future [1] - 105:2
FYI [1] - 61:8

# G

GALLOWAY [2] - 6:13, 6:14
Gary [1] - 12:19, 12:20, 13:6, 13:12, 13:16, 14:9, 20:6, 20:20, 29:11, 31:13, 31:18
GARY [1] - 6:23
GASAWAY [3] - 3:23, 27:5, 27:9
Gasaway [1] - 27:5
GATE [1] - 2:9
gather [1] - 39:20
gear [1] - 51:15
gee [1] - 101:10
General [2] - 125:21, 126:6
general [2] - 98:18, 116:16
GENERAL'S [1] - 2:18
General's [2] - 125:17, 125:22
generally [4] - 10:23, 70:23, 81:3, 84:17
generosity [1] - 70:1
generous [1] - 111:5
gentleman [1] - 32:1
gentleman's [1] - 68:10
gentlemen [4] - 9:17, 32:8, 64:1, 71:8
George [1] - 41:10
get-go [1] - 41:9
GILBERT [1] - 7:6
given [7] - 38:10, 42:6, 56:4, 86:18, 95:18, 124:7, 137:14
glad [9] - 50:25, 51:8, 107:25, 108:5, 109:4, 113:25, 139:23, 140:10, 142:7
goal [3] - 46:17, 46:20, 113:15
God [1] - 109:16
Godwin [1] - 63:12
GODWIN [1] - 4:8
Goforth [1] - 99:2
GOFORTH [5] - 3:9, 3:9, 99:2, 99:7, 99:18
GOLDEN [1] - 2:9
good-bye [1] - 143:6
GOODHEW [1] - 7:8
Gordon [1] - 138:25
GORMAN [2] - 6:8, 7:5
GOTSHAL [1] - 5:13

government [13] - 12:16, 21:21, 22:19, 23:8, 23:10, 25:13, 25:21, 26:9, 26:13, 27:13, 34:3, 41:17, 41:19
GOVERNMENT [1] - 2:7
Government [1] - 16:19
government's [4] - 22:3, 27:4, 34:15, 141:13
governments [1] - 81:6
GP [1] - 6:12
GP-SUB [1] - 6:12
graciously [2] - 112:12, 115:18
grant [1] - 115:5
grateful [1] - 43:3
greasing [2] - 20:9, 20:21
great [12] - 39:18, 40:10, 41:23, 42:14, 45:6, 45:8, 51:2, 53:6, 61:17, 75:14, 97:24, 142:10
greatly [2] - 43:1, 52:10
GRESSEN [1] - 7:8
ground [3] - 16:24, 62:4, 139:21
group [12] - 12:21, 16:16, 70:12, 70:19, 71:10, 133:22, 134:20, 135:4, 135:5, 136:14, 136:23, 136:24, 137:3, 137:11
GROUP [2] - 6:12, 6:12
grouping [1] - 70:7
GROUPING............... [1] - 8:10
groups' [1] - 71:1
guarantee [2] - 23:3, 92:10
Guard [5] - 10:13, 10:14, 11:20, 22:25, 26:6
guarded [1] - 22:23
guess [29] - 10:2, 10:6, 11:12, 12:19, 17:9, 19:6, 20:12, 26:22, 28:4, 36:4, 44:16, 48:24, 49:24, 59:6, 65:21, 70:24, 71:8, 75:24, 76:7, 76:9, 90:3, 93:12,

98:21, 100:24, 120:19, 121:4, 126:23, 128:16, 136:25
Gulf [4] - 55:19, 55:20, 57:3, 58:2
GULF [1] - 1:5
guy [7] - 53:24, 54:11, 57:24, 58:1, 84:10, 100:22, 107:23
guys [12] - 24:3, 32:22, 36:5, 53:10, 53:21, 54:8, 67:25, 74:25, 87:13, 118:6, 137:13, 139:24

# H

Hague [1] - 111:7
HAL [1] - 82:18
half [1] - 11:21
Halliburton [19] - 59:23, 60:4, 64:16, 65:25, 78:17, 79:2, 79:17, 82:17, 83:2, 83:13, 83:20, 83:24, 86:15, 88:5, 90:20, 99:20, 103:19, 129:7, 140:21
HALLIBURTON [1] - 4:8
Halliburton's [3] - 94:17, 94:18, 94:20
hallway [1] - 106:23
HAMMENT [1] - 7:4
hand [2] - 60:12, 60:14
handle [3] - 16:4, 87:8, 137:10
handled [3] - 19:25, 76:22, 96:6
hands [3] - 31:5, 54:7, 111:20
happy [10] - 16:2, 18:22, 51:1, 51:4, 70:15, 82:20, 88:9, 113:20, 118:8, 118:13
harass [1] - 74:20
harassing [1] - 74:12
hard [2] - 94:6, 114:6
HARIKLIA [1] - 6:25
harm [2] - 128:14, 128:20
Harrell [1] - 47:16
HATAWAY [1] - 4:9
HATAWAY-CONÉ [1] - 4:9
hate [2] - 18:10, 52:17

hats [1] - 70:2
Haycraft [3] - 107:13, 126:12, 142:24
Hayward [1] - 56:25
HB406 [1] - 7:12
head [2] - 86:12, 87:21
headed [1] - 102:14
headedness [1] - 107:25
health [2] - 10:25, 12:9
hear [32] - 9:7, 9:16, 17:17, 20:2, 33:23, 34:6, 47:8, 50:3, 59:6, 60:9, 66:3, 66:5, 66:6, 66:11, 70:15, 88:7, 88:8, 102:4, 106:6, 106:16, 106:17, 109:18, 113:25, 115:16, 115:19, 118:9, 118:13, 119:18, 124:13, 128:19, 140:16, 140:18
heard [17] - 11:19, 17:19, 27:13, 35:13, 40:15, 40:19, 40:23, 62:3, 63:23, 81:10, 86:16, 106:6, 107:14, 109:20, 118:8, 140:7, 141:15
HEARD [1] - 1:12
hearing [5] - 26:9, 52:18, 68:7, 68:16, 69:18
hearsay [1] - 68:8
heat [2] - 12:12, 111:18, 111:20
HEATHER [1] - 6:22
Heather [4] - 26:1, 30:24, 31:8, 37:3
heavy [1] - 100:18
held [3] - 34:12, 34:18, 79:12
help [5] - 79:21, 105:5, 105:6, 116:6, 139:23
helpful [6] - 43:24, 53:3, 53:4, 104:18, 104:22, 109:4
helps [1] - 129:13
hereby [2] - 88:22, 143:19
Herman [13] - 45:23, 56:17, 75:20, 76:23, 77:23, 89:20, 89:22, 92:2, 93:23, 109:21, 111:1, 118:8, 131:2
HERMAN [35] - 1:20, 1:20, 29:7, 29:10,

30:5, 30:12, 31:4, 33:7, 45:23, 47:4, 53:14, 53:18, 56:17, 56:21, 58:10, 58:12, 75:20, 89:22, 93:23, 95:5, 109:21, 110:8, 116:13, 118:10, 118:14, 118:19, 119:1, 119:22, 120:25, 121:18, 123:7, 131:2, 131:16, 133:18
**herself** [1] - 108:24
**hi** [1] - 125:15
**high** [4] - 51:21, 51:23, 51:25, 104:12
**highly** [3] - 43:20, 43:21, 80:19
**Himmelhoch** [2] - 37:23, 41:21
**HIMMELHOCH** [6] - 2:9, 37:23, 38:9, 41:21, 43:1, 43:11
**history** [2] - 101:25, 111:11
**hit** [2] - 96:23, 138:22
**hitch** [1] - 32:9
**hits** [1] - 34:16
**Hog** [1] - 100:15
**hold** [4] - 49:3, 66:20
**holding** [2] - 14:24, 38:23
**HOLDINGS** [3] - 3:3, 3:17, 5:9
**home** [2] - 38:1, 38:3
**honestly** [1] - 86:17
**Honor** [135] - 10:19, 11:14, 11:17, 12:10, 14:20, 15:20, 16:3, 17:16, 17:17, 18:4, 21:15, 21:20, 22:15, 23:7, 24:8, 24:22, 26:11, 27:5, 31:12, 32:10, 32:14, 33:20, 34:19, 34:25, 36:10, 36:22, 37:3, 37:23, 40:13, 43:11, 44:21, 45:11, 46:4, 46:12, 47:15, 48:14, 48:23, 49:9, 49:19, 50:1, 50:4, 50:15, 51:2, 51:6, 51:17, 53:14, 54:1, 54:19, 54:22, 55:23, 58:10, 58:12, 58:23, 59:9, 59:20, 61:8, 61:13, 63:13, 63:25, 64:9, 64:15, 64:24, 65:9, 66:10, 66:19, 67:5, 67:10, 68:25, 69:6, 69:16,

70:8, 70:11, 71:14, 72:1, 74:19, 75:9, 76:11, 77:3, 77:10, 77:20, 77:22, 79:5, 79:9, 79:16, 79:21, 79:24, 80:23, 81:13, 82:16, 83:18, 83:25, 84:25, 86:15, 88:17, 90:19, 91:11, 93:16, 94:22, 97:25, 99:2, 106:13, 107:20, 108:3, 108:12, 111:11, 112:5, 113:13, 114:8, 114:25, 115:15, 116:13, 116:23, 117:14, 117:18, 125:4, 125:10, 126:2, 126:10, 127:1, 127:6, 129:6, 129:21, 131:4, 132:5, 132:24, 132:25, 135:2, 138:1, 139:6, 140:8, 140:20, 141:12, 142:14, 142:17, 143:8
**Honor's** [2] - 115:24, 132:2
**HONORABLE** [1] - 1:12
**hope** [7] - 10:4, 38:1, 41:17, 61:17, 70:22, 106:11, 109:19
**hopeful** [1] - 48:20
**hopefully** [9] - 18:5, 32:25, 38:15, 44:15, 48:13, 49:16, 75:22, 115:18, 125:5
**hopes** [1] - 36:18
**hoping** [6] - 30:8, 41:13, 63:16, 75:6, 116:1, 137:15
**Horizon** [2] - 53:20, 57:7
**HORIZON** [1] - 1:4
**hot** [3] - 12:5, 80:7, 107:25
**hour** [2] - 12:4, 58:19
**hours** [7] - 12:11, 13:20, 14:7, 98:7, 99:12, 112:22, 114:19
**House** [2] - 39:3, 39:17
**house** [2] - 60:24, 60:25
**housed** [2] - 10:11, 14:19
**Houston** [4] - 9:9,

59:25, 110:12, 110:14
**HOUSTON** [5] - 3:10, 4:11, 4:24, 6:9, 6:20
**huge** [3] - 46:7, 82:13, 114:17
**human** [1] - 52:2
**humanly** [1] - 38:14
**humidity** [1] - 12:12
**hundred** [1] - 38:21
**hundreds** [2] - 105:19, 105:20
**hurricane** [1] - 34:16
**HVA** [1] - 10:21
**HVAC** [3] - 11:2, 11:5, 11:8
**hydraulic** [1] - 21:13

**I**

**idea** [9] - 19:7, 23:12, 36:17, 92:25, 114:3, 122:7, 127:21, 135:2, 135:23
**ideal** [4] - 23:11, 29:23, 30:1, 31:17
**identification** [2] - 50:16, 87:25
**identified** [3] - 38:11, 55:23, 88:21
**identify** [7] - 39:20, 84:14, 84:18, 85:24, 87:14, 126:17, 126:18
**II** [8] - 8:7, 43:14, 70:1, 74:3, 128:22, 131:3, 131:8, 131:12
**IL** [2] - 3:21, 5:24
**imagine** [4] - 32:3, 72:5, 128:17, 135:22
**immediately** [3] - 61:19, 62:6, 62:9
**impacts** [1] - 101:9
**impasse** [1] - 76:22
**imperative** [1] - 100:20
**implemented** [3] - 36:7, 36:21, 76:15
**implementing** [1] - 38:11
**implicated** [1] - 86:9
**importance** [1] - 57:13
**important** [6] - 40:18, 40:21, 78:13, 81:7, 81:11, 137:1
**importantly** [2] - 57:19, 80:2
**impose** [1] - 34:3
**impression** [3] -

23:25, 46:14, 65:7
**improper** [2] - 118:18, 123:8
**IN** [2] - 1:4, 1:5
**inappropriate** [1] - 125:20
**inaudible** [3] - 22:24, 36:11, 49:1
**INC** [16] - 3:4, 3:5, 3:13, 3:14, 3:15, 3:16, 3:18, 4:8, 5:8, 5:9, 5:10, 5:11, 5:12, 5:13, 5:17, 6:12
**incendiary** [2] - 80:8, 80:20
**incident** [2] - 39:10, 39:19
**inclined** [1] - 54:13
**include** [2] - 84:4, 130:23
**included** [2] - 24:20, 28:10
**includes** [1] - 139:13
**including** [5] - 73:4, 99:8, 105:19, 110:5, 126:6
**incorporated** [2] - 57:1, 57:2
**incorrect** [1] - 32:1
**increase** [1] - 73:4
**indeed** [2] - 64:4, 86:2
**indemnity** [2] - 76:4, 76:21
**independent** [1] - 135:19
**indicating)** [1] - 91:25
**indication** [1] - 88:4
**indicator** [1] - 142:19
**individual** [1] - 71:12
**indoor** [2] - 24:1, 25:5
**indoors** [1] - 24:6
**inducements** [1] - 63:2
**inference** [2] - 95:16, 95:21
**information** [21] - 32:22, 37:17, 38:24, 39:19, 39:21, 42:14, 42:15, 44:6, 44:14, 44:22, 55:2, 77:13, 81:25, 82:8, 84:12, 101:9, 101:14, 101:16, 101:19, 123:4, 139:18
**informs** [1] - 59:11
**Inglis** [5] - 46:18, 109:24, 110:2, 110:12, 111:22
**Inglis'** [1] - 110:18
**initial** [1] - 132:4

**injuries** [1] - 99:8
**innocent** [1] - 62:23
**input** [1] - 34:10
**inquiry** [4] - 53:12, 57:13, 58:3, 99:13
**inside** [11] - 11:1, 11:23, 19:23, 21:8, 21:16, 21:22, 23:22, 25:12, 25:18, 30:20, 135:3
**inspect** [2] - 15:23, 29:5
**inspection** [6] - 29:13, 29:24, 31:1, 32:9, 33:9, 33:13
**instance** [7] - 24:15, 104:14, 118:17, 121:14, 135:16, 135:25, 136:1
**instances** [2] - 108:9, 121:3
**instant** [1] - 78:3
**instead** [2] - 116:5, 116:18
**instruct** [2] - 49:12, 65:3
**instructed** [5] - 14:23, 16:5, 48:11, 78:19, 79:11
**insufficient** [1] - 123:4
**intend** [3] - 45:13, 98:17, 98:19
**intends** [1] - 88:5
**intent** [1] - 18:18
**intention** [2] - 22:3, 22:5
**intentionally** [1] - 20:5
**interest** [3] - 28:10, 76:7, 76:8
**interested** [3] - 77:5, 77:6, 93:15
**interestingly** [1] - 105:22
**INTERESTS** [2] - 2:7, 2:18
**interests** [2] - 73:19, 82:12
**interim** [2] - 67:17, 143:3
**interject** [2] - 29:19, 77:2
**INTERNAL** [1] - 8:15
**internal** [14] - 83:12, 83:19, 83:22, 84:2, 84:5, 84:8, 84:11, 86:8, 87:6, 87:22, 88:5, 88:12, 122:9
**internally** [1] - 95:23
**international** [1] - 111:25

**INTERNATIONAL** [3] -
4:3, 5:12, 5:17
**interrogatories** [5] -
70:7, 123:15, 124:4,
131:18, 131:21
**INTERROGATORIES**
[1] - 8:10
**interrogatory** [2] -
87:7, 123:12
**intervention** [1] -
75:21
**invasive** [1] - 31:6
**investigation** [8] -
26:10, 83:16, 85:3,
86:3, 87:6, 98:24,
100:12, 100:16
**investigations** [1] -
21:2
**investigative** [3] -
83:13, 84:15, 84:16
**investigator** [1] -
35:21
**investments** [1] - 81:5
**invite** [3] - 76:16,
82:17, 105:18
**invoke** [4] - 95:16,
97:20, 98:20, 99:14
**invoked** [2] - 65:5,
98:12
**invoking** [1] - 111:7
**involve** [1] - 137:11
**involved** [10] - 41:19,
58:6, 81:2, 86:8,
87:7, 87:14, 87:25,
102:25, 105:22,
109:11
**involvement** [1] -
100:18
**IRPINO** [3] - 2:3, 2:3,
64:11
**irrelevant** [2] - 80:8,
80:16
**Ishii** [1] - 51:11
**ISHII** [1] - 51:12
**issuance** [1] - 30:15
**issue** [85] - 10:1, 14:5,
14:11, 15:4, 15:6,
15:12, 15:15, 15:16,
17:15, 28:22, 28:25,
29:4, 29:20, 37:21,
39:7, 39:9, 40:2,
40:6, 40:17, 40:18,
45:10, 48:10, 51:13,
53:22, 56:4, 59:12,
59:15, 59:16, 59:18,
65:21, 67:15, 67:18,
69:3, 69:13, 70:6,
70:18, 71:2, 72:18,
72:25, 75:25, 76:4,
77:12, 78:14, 79:1,

79:5, 80:14, 81:14,
82:9, 82:21, 83:12,
88:5, 89:24, 91:13,
91:17, 93:2, 95:11,
96:6, 97:10, 98:1,
98:6, 98:8, 98:22,
100:6, 102:24,
103:5, 109:22,
112:8, 112:9,
118:21, 122:22,
122:23, 123:14,
124:24, 126:13,
126:17, 126:20,
127:10, 131:3,
131:5, 132:8, 136:5,
136:6, 142:19
**issued** [1] - 69:22
**ISSUES** [1] - 8:6
**issues** [25] - 9:25,
10:5, 10:23, 10:25,
37:25, 39:25, 40:8,
40:15, 42:10, 42:11,
72:13, 75:23, 76:9,
83:13, 86:22, 86:25,
92:11, 92:24,
110:21, 114:16,
118:10, 118:19,
130:3, 131:10,
131:12
**ISSUES....................
..........** [1] - 8:5
**item** [4] - 26:16, 76:24,
88:2, 130:25
**ITEMS** [1] - 8:3
**items** [6] - 24:9, 24:12,
24:14, 25:14, 36:8,
95:10
**Itkin** [3] - 96:20, 97:15,
98:2
**itself** [4] - 15:4, 20:24,
57:3, 120:8

**J**

**J-A-S-S-A-L** [1] -
53:10
**Jackson** [4] - 58:24,
59:12, 61:20, 63:4
**Jackson's** [1] - 62:17
**James** [1] - 74:12
**JAMES** [2] - 1:17, 4:23
**January** [3] - 89:25,
91:4, 95:2
**Japanese** [1] - 51:14
**Jassal** [7] - 53:10,
54:11, 54:25, 55:3,
55:15, 65:16, 65:17
**JED** [1] - 5:19
**JEFFERSON** [1] -

1:18
**JEREMY** [1] - 7:3
**Jim** [8] - 59:9, 79:24,
82:14, 112:7, 130:7,
130:10, 135:24,
136:20
**job** [4] - 52:2, 94:23,
94:24, 133:14
**JOHN** [2] - 4:19, 6:14
**John** [4] - 52:7, 59:5,
65:7, 67:8
**JOHNSON** [1] - 6:13
**joined** [2] - 24:11,
108:1
**joint** [1] - 135:14
**jointly** [1] - 73:25
**jokingly** [1] - 24:20
**JONES** [1] - 6:3
**JR** [1] - 5:18
**JUDGE** [1] - 1:13
**judge** [15] - 13:8, 19:9,
28:15, 29:18, 31:21,
41:3, 61:23, 64:8,
72:23, 74:6, 78:17,
80:3, 112:5, 122:18,
124:6
**Judge** [55] - 9:9, 9:14,
12:25, 13:13, 13:17,
14:10, 20:11, 20:23,
23:22, 24:18, 25:24,
26:4, 29:15, 30:24,
31:13, 31:20, 31:23,
33:4, 33:9, 33:13,
33:14, 34:13, 34:21,
35:20, 40:4, 43:9,
48:5, 48:21, 51:9,
52:20, 62:13, 63:21,
65:14, 66:2, 68:7,
69:7, 69:9, 69:11,
69:20, 81:19, 88:2,
95:14, 101:5,
101:14, 102:13,
103:1, 105:7,
109:17, 109:19,
130:8, 133:25,
136:25, 137:20,
141:4, 142:6
**JULY** [2] - 8:8, 8:23
**July** [47] - 11:24,
21:17, 29:13, 31:14,
31:17, 35:4, 35:10,
38:15, 44:18, 45:2,
45:4, 45:5, 45:22,
46:19, 47:10, 47:13,
47:17, 47:20, 59:1,
64:14, 66:12, 66:14,
66:22, 67:1, 67:2,
74:1, 84:1, 85:12,
88:19, 97:17, 98:3,
101:6, 101:22,

1:18
102:8, 102:18,
112:2, 115:1, 115:3,
131:19, 131:23,
132:5, 133:2,
133:10, 134:6,
137:13
**jump** [1] - 125:12
**JUNE** [3] - 1:7, 8:8,
9:2
**June** [7] - 44:18,
59:14, 59:17, 71:19,
74:1, 85:12, 116:18
**jurisprudence** [1] -
80:9
**jury** [1] - 108:25
**JUSTICE** [2] - 2:7,
2:14

**K**

**KANNER** [5] - 2:22,
2:23, 125:12,
125:18, 126:10
**Kanner** [1] - 125:14
**Kanner's** [1] - 126:3
**KARIS** [17] - 6:25,
54:22, 55:6, 55:12,
55:17, 58:14, 65:11,
65:16, 72:1, 72:10,
72:13, 81:13, 84:25,
85:10, 105:8,
105:12, 109:7
**Karis** [6] - 54:20,
54:22, 72:1, 84:25,
105:12, 106:22
**KATZ** [1] - 1:20
**keep** [14] - 16:25,
18:16, 20:17, 23:8,
25:17, 27:3, 27:21,
76:9, 76:24, 82:11,
90:25, 113:23,
114:5, 115:17
**keeping** [2] - 27:10,
27:12
**Kellingray** [2] - 78:4,
81:14
**Kellingray's** [1] -
81:15
**KENNEALY** [6] - 6:22,
26:1, 26:4, 30:24,
31:12, 37:3
**Kennealy** [4] - 26:1,
27:13, 30:24, 37:3
**Kenney** [6] - 12:19,
20:6, 21:24, 31:13,
35:13
**KENNEY** [12] - 6:23,
12:24, 13:8, 13:13,
13:17, 13:22, 14:1,

20:11, 20:23, 29:15,
31:13, 31:20
**Kent** [1] - 74:12
**kept** [2] - 40:2, 107:25
**KERRY** [1] - 3:6
**Kerry** [11] - 44:11,
54:20, 62:20, 65:14,
73:23, 74:9, 85:7,
85:23, 88:24,
129:23, 129:24
**Kevin** [2] - 107:7,
107:8
**kicked** [1] - 21:19
**kickoff** [1] - 16:18
**kidding** [1] - 30:13
**kiddo** [1] - 138:20
**kind** [20] - 20:13,
23:15, 24:16, 26:24,
50:22, 63:1, 76:15,
81:2, 83:23, 86:8,
86:19, 89:10, 90:5,
93:25, 95:5, 98:5,
111:5, 130:22,
133:14, 136:13
**kindly** [1] - 18:15
**kinds** [3] - 60:17, 90:1,
106:12
**KIRKLAND** [2] - 3:19,
3:22
**knowledge** [3] -
79:10, 88:10, 90:9
**known** [2] - 30:14,
101:16
**knows** [2] - 26:6,
101:4
**KPMG** [2] - 43:16,
43:21
**KULLMAN** [1] - 1:23

**L**

**L.L.C** [1] - 4:23
**L.P** [1] - 6:3
**LA** [11] - 1:18, 1:21,
1:25, 2:5, 2:24, 3:7,
4:5, 5:20, 6:5, 6:15,
7:12
**laboratories** [1] -
42:15
**LABORDE** [1] - 5:17
**laboring** [1] - 111:14
**lack** [1] - 16:16
**Lacy** [2] - 107:7, 107:8
**ladies** [1] - 71:8
**LAFAYETTE** [2] -
1:18, 5:20
**laid** [1] - 71:22
**LAMAR** [2] - 4:10, 6:9
**landed** [1] - 115:23

**Langan** [17] - 40:13, 44:21, 46:4, 54:1, 58:23, 60:10, 61:13, 68:25, 70:8, 76:11, 80:23, 89:13, 110:25, 115:10, 124:15, 132:24, 139:6

**LANGAN** [133] - 3:19, 40:13, 41:1, 44:21, 45:1, 45:7, 45:11, 46:4, 46:12, 47:2, 47:5, 47:8, 47:10, 47:12, 47:15, 47:22, 51:2, 51:6, 54:1, 54:5, 54:19, 58:23, 58:25, 59:2, 59:15, 60:10, 60:16, 60:19, 60:21, 61:13, 62:2, 62:12, 64:9, 65:9, 65:21, 66:5, 66:10, 66:16, 67:4, 67:7, 68:14, 68:25, 69:5, 69:16, 70:8, 70:10, 71:14, 71:22, 72:9, 72:11, 74:19, 76:11, 77:2, 77:9, 77:22, 78:25, 80:23, 82:16, 83:1, 83:4, 83:6, 83:10, 87:5, 87:11, 87:18, 87:23, 88:17, 89:5, 89:8, 89:14, 91:11, 91:15, 91:21, 92:1, 93:9, 93:15, 94:8, 94:19, 94:22, 95:1, 95:4, 96:16, 96:19, 97:1, 97:5, 101:23, 101:25, 102:5, 102:15, 102:19, 110:25, 111:6, 111:11, 111:19, 111:24, 113:13, 113:21, 115:10, 115:15, 115:23, 116:3, 116:5, 116:10, 116:16, 116:22, 117:3, 117:13, 117:17, 118:5, 124:13, 124:15, 125:2, 126:2, 128:20, 128:23, 129:10, 129:12, 129:18, 132:1, 132:24, 133:2, 133:6, 133:13, 133:21, 134:3, 134:15, 134:17, 139:6, 139:11, 139:20, 140:5, 142:13, 143:7

**large** [7] - 20:25, 21:11, 27:23, 52:9, 53:18, 57:24, 82:3

**largest** [1] - 22:1

**LASALLE** [1] - 3:20

**last** [30] - 11:21, 24:9, 29:4, 30:20, 30:22, 31:7, 32:19, 33:1, 36:1, 36:10, 44:2, 44:9, 44:12, 59:17, 59:21, 70:23, 81:13, 82:16, 88:17, 89:25, 96:9, 99:4, 111:1, 111:24, 113:6, 113:13, 114:19, 114:25, 115:23, 116:9

**late** [3] - 89:14, 95:3, 141:20

**lately** [1] - 102:22

**latest** [1] - 135:7

**LATHAM** [1] - 5:23

**laugh** [1] - 63:15

**laughing** [1] - 98:23

**LAW** [2] - 2:3, 6:18

**law** [4] - 45:12, 80:22, 95:17, 96:9

**lawyer** [7] - 60:6, 68:5, 100:18, 103:21, 122:21, 123:10, 123:20

**lawyers** [1] - 105:23

**laying** [1] - 40:14

**lead** [6] - 16:1, 35:21, 81:22, 87:21, 88:6, 101:18

**leader** [1] - 88:22

**leaks** [1] - 81:8

**LEANN** [1] - 7:3

**learn** [1] - 103:9

**learned** [1] - 100:12

**lease** [2] - 11:22, 11:24

**least** [13] - 29:4, 44:2, 55:19, 58:1, 80:1, 87:12, 90:6, 90:10, 93:13, 112:17, 120:4, 120:15, 127:2

**leave** [2] - 134:3, 143:7

**leaves** [5] - 11:25, 66:11, 67:3, 129:11, 129:16

**leaving** [4] - 109:12, 143:7, 143:9

**left** [6] - 46:14, 50:15, 50:19, 50:24, 72:3, 125:25

**length** [1] - 109:24

**letter** [23] - 10:4,

11:18, 40:25, 48:10, 49:14, 68:17, 69:17, 77:21, 77:23, 80:25, 96:20, 97:1, 97:2, 97:3, 97:8, 97:12, 99:10, 99:22, 100:25, 140:10, 140:12, 140:14

**letters** [2] - 97:21, 98:17

**letting** [1] - 26:15

**levee** [1] - 21:9

**level** [2] - 81:4, 108:7

**leverage** [1] - 46:19

**LEWIS** [3] - 1:23, 3:9, 4:23

**LEXINGTON** [1] - 5:5

**liability** [2] - 34:4, 127:13

**liaison** [1] - 112:13

**LIAISON** [1] - 1:16

**lieu** [1] - 55:3

**LIFE** [1] - 1:24

**life** [1] - 108:4

**light** [4] - 88:23, 103:22, 108:12, 127:16

**lightly** [1] - 108:8

**likely** [4] - 12:4, 16:4, 86:9, 131:7

**limit** [1] - 15:1

**limitation** [4] - 86:22, 118:23, 127:3, 127:23

**LIMITED** [1] - 3:17

**limited** [1] - 93:18

**line** [9] - 9:12, 43:2, 49:4, 50:18, 80:10, 99:11, 107:21, 113:4, 125:11

**linger** [1] - 103:8

**list** [19] - 38:5, 47:17, 88:24, 90:7, 92:8, 92:9, 92:10, 101:23, 102:17, 133:9, 137:14, 137:24, 137:25, 138:14, 138:24, 139:3, 140:1, 140:2

**listening** [4] - 99:17, 99:18, 109:17, 109:20

**lists** [1] - 137:14

**literally** [3] - 14:22, 29:19, 105:19

**litigants** [1] - 119:9

**litigation** [2] - 118:23, 119:4

**live** [2] - 116:12, 117:11

**LLC** [4] - 3:3, 4:15, 5:9, 5:10

**LMRP** [2] - 21:11, 21:25

**load** [1] - 29:21

**located** [1] - 64:4

**location** [8] - 19:24, 20:3, 22:5, 22:6, 22:8, 25:5, 25:21, 35:25

**locations** [4] - 11:22, 11:23, 23:2, 56:24

**lodged** [1] - 140:15

**London** [16] - 55:12, 57:25, 60:7, 62:19, 63:12, 63:15, 63:17, 66:25, 74:2, 100:13, 100:17, 109:25, 110:6, 110:22, 110:24, 111:3

**long-term** [5] - 19:4, 19:6, 21:5, 24:12, 25:8

**look** [32] - 18:11, 30:15, 30:23, 31:1, 31:7, 32:19, 33:1, 34:22, 36:24, 44:15, 50:25, 51:8, 54:3, 59:3, 61:1, 64:13, 66:13, 68:1, 70:12, 71:9, 73:20, 82:17, 82:23, 93:7, 95:20, 96:4, 96:15, 105:18, 107:11, 111:19, 133:23, 140:10

**looked** [9] - 15:18, 16:22, 64:3, 67:17, 78:23, 89:11, 118:6, 118:9, 121:1

**looking** [9] - 9:21, 13:14, 24:2, 46:21, 60:7, 64:20, 97:14, 120:24, 125:20, 132:11, 134:25, 138:3, 139:2

**looks** [3] - 109:4, 109:5, 138:11

**lose** [3] - 75:11, 111:7, 111:9

**lost** [3] - 74:23, 108:1, 139:11

**loud** [1] - 9:9

**louder** [1] - 9:15

**LOUISIANA** [4] - 1:1, 1:7, 2:22, 4:24

**Louisiana** [3] - 19:19, 143:18, 143:19

**love** [1] - 97:5

**lovely** [1] - 64:5

**lower** [7] - 12:1, 20:24,

20:25, 21:11, 23:17, 35:7, 48:6

**lowest** [1] - 116:15

**LP** [1] - 4:14

**LTD** [2] - 6:12, 6:13

**lubricating** [1] - 22:18

**lucky** [1] - 32:13

**lumped** [1] - 24:16

**lunch** [1] - 109:19

## M

**ma'am** [5] - 15:14, 22:8, 22:12, 23:14, 26:20

**machine** [1] - 52:1

**Macondo** [9] - 55:7, 55:8, 55:15, 55:16, 55:20, 57:11, 57:18, 57:20, 58:2

**MAGISTRATE** [1] - 1:13

**mail** [15] - 56:20, 63:16, 64:17, 73:14, 78:5, 97:22, 100:14, 112:13, 112:20, 117:7, 117:8, 141:14, 142:18, 142:21, 142:22

**mailed** [1] - 97:14

**mails** [6] - 42:13, 61:18, 63:18, 84:4, 112:11, 141:19

**maintain** [2] - 26:15, 27:1

**maintained** [1] - 43:22

**maintenance** [4] - 98:6, 98:19, 98:25, 99:13

**major** [1] - 10:5

**man** [1] - 54:16

**manage** [3] - 29:23, 137:3, 138:6

**manageable** [1] - 93:9

**MANAGEMENT** [1] - 5:8

**management** [1] - 135:8

**manager** [1] - 35:25

**mandate** [1] - 12:11

**MANGES** [1] - 5:13

**MAR** [1] - 57:9

**March** [1] - 61:16

**marine** [4] - 12:1, 20:25, 23:17, 35:7

**MARINE** [4] - 5:3, 5:10, 5:11, 5:11

**Mark** [11] - 10:2, 10:3, 10:19, 14:10, 15:15,

16:1, 24:8, 44:19, 48:3, 48:9, 49:3
**MARK** [1] - 6:8
**mark** [5] - 9:12, 35:19, 49:7, 66:20, 139:19
**marked** [3] - 43:20, 45:2, 92:16
**MARY** [1] - 5:23
**massive** [1] - 42:3
**master** [1] - 90:5
**material** [1] - 40:21
**matter** [11] - 11:9, 33:8, 39:11, 53:13, 53:15, 62:14, 70:25, 103:4, 120:5, 136:9, 143:20
**matters** [2] - 10:12, 66:7
**MAYEAUX** [1] - 5:18
**Maze** [1] - 106:15
**MAZE** [3] - 2:18, 106:13, 106:18
**maze's** [1] - 126:3
**MCCUTCHEN** [1] - 4:15
**McKay** [1] - 48:6
**MDL** [1] - 6:18
**mean** [29] - 19:22, 29:25, 30:4, 35:20, 57:17, 65:24, 71:22, 83:6, 94:12, 95:22, 96:1, 96:9, 97:9, 101:2, 101:12, 105:10, 115:2, 115:25, 120:13, 120:17, 121:1, 121:4, 121:22, 121:23, 124:2, 124:10, 128:25, 129:8
**meaning** [1] - 19:17
**means** [3] - 19:7, 19:23, 104:15
**meant** [1] - 89:6
**meantime** [1] - 68:6
**measure** [1] - 21:4
**MECHANICAL** [1] - 7:14
**mechanics** [1] - 49:10
**media** [1] - 81:9
**medical** [1] - 96:8
**meet** [9] - 27:24, 38:20, 76:20, 82:12, 91:6, 140:3, 140:25, 142:21, 143:3
**meeting** [2] - 136:18
**meetings** [1] - 78:3
**meets** [2] - 34:15, 133:14
**member** [2] - 84:11,

136:24
**memory** [1] - 139:23
**mentioned** [4] - 35:4, 73:13, 111:24
**Merit** [1] - 143:18
**merits** [3] - 69:14, 105:9, 105:13
**message** [3] - 11:10, 11:11, 36:4
**messaging** [1] - 78:3
**MESTAYER** [1] - 5:19
**metal** [5] - 17:12, 18:2, 21:12, 22:2, 22:3
**METHOFF** [1] - 6:18
**MEXICO** [1] - 1:5
**Mexico** [4] - 55:19, 55:20, 57:3, 58:2
**MI** [1] - 4:23
**mic** [1] - 74:7
**MICHAEL** [1] - 2:8
**Michoud** [3] - 10:23, 25:6, 27:3
**Middle** [1] - 112:1
**middle** [2] - 16:24, 78:10
**might** [15] - 11:9, 36:13, 49:21, 64:6, 76:8, 90:16, 91:4, 102:19, 102:20, 110:7, 110:8, 110:10, 110:13, 124:19, 142:15
**Mike** [11] - 17:16, 17:24, 46:11, 47:5, 47:6, 64:3, 106:10, 107:20, 109:3, 132:10, 138:19
**MILLER** [28] - 3:6, 44:9, 64:1, 64:5, 67:6, 70:3, 70:19, 73:24, 83:17, 84:17, 85:8, 86:5, 86:13, 87:20, 89:2, 89:12, 96:23, 97:10, 97:17, 97:25, 98:5, 98:14, 125:10, 127:1, 129:24, 138:19, 142:17, 143:2
**Miller** [2] - 47:18, 129:24
**million** [2] - 91:21, 94:5
**millions** [1] - 93:13
**mind** [6] - 44:25, 46:16, 48:23, 66:11, 82:5
**minds** [1] - 86:23
**mine** [1] - 116:17
**minuscule** [1] - 81:2
**minute** [4] - 28:22,

47:7, 78:2, 89:25
**minutes** [13] - 43:1, 58:18, 72:11, 73:17, 77:17, 78:6, 82:2, 82:3, 83:2, 83:4, 104:2, 122:1
**MINUTES..................
.........** [1] - 8:14
**miscellaneous** [1] - 119:2
**missed** [1] - 46:23
**missing** [1] - 95:7
**misstated** [1] - 127:8
**mistaken** [1] - 82:1
**MISTY** [1] - 4:9
**MMS** [2] - 120:8, 136:1
**mode** [1] - 22:4
**model** [1] - 92:7
**MODERN** [2] - 6:12, 6:12
**modify** [2] - 127:19, 130:22
**MOEX** [10] - 4:14, 4:15, 39:8, 51:21, 52:7, 53:3, 71:6, 71:7, 73:15, 76:15
**Mogford** [7] - 59:5, 59:8, 59:11, 61:9, 61:15, 61:19, 78:6
**Mogford's** [1] - 62:11
**moment** [1] - 37:24
**Monday** [10] - 52:4, 52:24, 77:8, 95:8, 98:9, 107:12, 125:3, 125:5, 125:18, 141:25
**money** [3] - 11:9, 18:9, 110:5
**monitored** [1] - 25:15
**MONTGOMERY** [1] - 2:19
**month** [5] - 13:8, 23:18, 25:22, 95:7, 101:15
**monthly** [2] - 25:9
**months** [7] - 19:8, 20:10, 36:1, 62:25, 73:7, 114:20, 128:24
**MORGAN** [1] - 4:23
**morning** [18] - 9:7, 9:14, 11:17, 13:1, 19:10, 26:3, 26:4, 43:23, 54:3, 54:6, 54:21, 54:22, 69:22, 96:20, 96:21, 97:21, 138:24, 140:1
**morphed** [1] - 71:4
**mortgage** [2] - 60:24, 60:25
**MOSES** [1] - 7:3

**most** [12] - 9:25, 16:4, 18:5, 25:4, 41:15, 48:22, 60:21, 72:21, 74:9, 74:11, 86:16, 91:18
**mostly** [1] - 25:19
**Motion** [3] - 67:12, 68:13, 69:13
**motion** [15] - 40:5, 67:16, 69:14, 69:17, 103:5, 103:6, 104:25, 105:16, 108:1, 108:6, 108:19, 109:2, 109:18, 118:14, 118:15
**motions** [1] - 106:12
**mounds** [1] - 54:7
**move** [14] - 17:1, 21:7, 27:21, 35:16, 36:8, 91:1, 92:4, 93:22, 100:3, 104:16, 105:1, 125:5, 126:5, 129:10
**moved** [4] - 29:3, 29:8, 33:16, 33:17
**moves** [1] - 104:2
**moving** [6] - 27:22, 58:15, 73:4, 104:21, 113:19, 143:4
**MR** [403] - 9:9, 9:14, 10:19, 12:24, 13:8, 13:13, 13:17, 13:22, 14:1, 14:10, 14:20, 15:14, 15:20, 16:3, 17:16, 17:19, 18:3, 18:18, 19:9, 19:22, 20:3, 20:11, 20:14, 20:23, 24:8, 24:18, 26:20, 27:5, 27:9, 28:15, 28:19, 29:7, 29:10, 29:15, 29:18, 30:5, 30:12, 31:4, 31:13, 31:20, 31:21, 33:4, 33:7, 33:8, 33:20, 33:23, 33:25, 34:13, 34:19, 35:20, 40:13, 41:1, 41:3, 41:11, 43:9, 44:3, 44:9, 44:21, 45:1, 45:7, 45:11, 45:23, 46:4, 46:12, 46:23, 47:2, 47:4, 47:5, 47:8, 47:10, 47:12, 47:15, 47:22, 48:5, 48:14, 48:23, 49:9, 49:19, 49:23, 50:1, 50:4, 50:8, 50:11, 50:15, 51:1, 51:2, 51:6, 51:9, 51:17,

51:25, 52:7, 52:14, 52:20, 53:5, 53:7, 53:8, 53:14, 53:18, 54:1, 54:5, 54:19, 56:17, 56:21, 58:10, 58:12, 58:23, 58:25, 59:2, 59:9, 59:15, 59:20, 60:5, 60:10, 60:15, 60:16, 60:19, 60:20, 60:21, 60:23, 61:5, 61:8, 61:13, 62:1, 62:2, 62:12, 62:13, 63:13, 63:21, 63:25, 64:1, 64:5, 64:8, 64:9, 64:11, 64:15, 64:22, 64:24, 65:9, 65:14, 65:21, 66:2, 66:5, 66:10, 66:16, 66:19, 66:23, 67:4, 67:6, 67:7, 67:10, 67:14, 67:23, 68:2, 68:4, 68:12, 68:14, 68:15, 68:22, 68:24, 68:25, 69:5, 69:16, 69:17, 69:21, 70:3, 70:8, 70:10, 70:19, 71:14, 71:22, 72:9, 72:11, 72:23, 73:24, 74:6, 74:8, 74:17, 74:19, 74:20, 75:9, 75:20, 76:11, 77:2, 77:9, 77:19, 77:22, 78:1, 78:17, 78:19, 78:25, 79:9, 79:21, 79:24, 80:21, 80:23, 81:19, 82:16, 83:1, 83:4, 83:6, 83:9, 83:10, 83:17, 84:17, 85:8, 86:5, 86:13, 86:15, 87:5, 87:11, 87:18, 87:20, 87:23, 88:2, 88:8, 88:13, 88:14, 88:16, 88:17, 89:2, 89:5, 89:8, 89:12, 89:14, 89:15, 89:22, 90:19, 90:22, 91:11, 91:14, 91:15, 91:21, 91:24, 92:1, 93:9, 93:15, 93:23, 94:8, 94:19, 94:22, 95:1, 95:4, 95:5, 95:13, 95:25, 96:5, 96:16, 96:19, 96:23, 97:1, 97:5, 97:10, 97:17, 97:24, 97:25, 98:5, 98:14, 98:15, 98:23, 99:2, 99:7, 99:16, 99:18, 99:25, 100:4, 101:1, 101:8, 101:23, 101:25, 102:5,

102:12, 102:15, 102:19, 102:22, 103:4, 103:17, 104:23, 105:3, 105:5, 105:7, 106:13, 106:18, 107:20, 107:23, 109:21, 110:8, 110:25, 111:6, 111:11, 111:19, 111:24, 112:5, 112:7, 113:13, 113:21, 114:8, 115:10, 115:15, 115:23, 116:3, 116:5, 116:10, 116:13, 116:16, 116:21, 116:22, 117:3, 117:13, 117:17, 117:18, 117:23, 118:2, 118:5, 118:10, 118:14, 118:19, 119:1, 119:22, 120:25, 121:18, 122:18, 123:3, 123:7, 124:6, 124:13, 124:15, 125:2, 125:10, 125:12, 125:18, 126:2, 126:10, 126:22, 127:1, 127:6, 127:9, 128:17, 128:20, 128:21, 128:23, 129:6, 129:10, 129:12, 129:18, 129:20, 129:24, 130:5, 130:8, 130:10, 130:18, 131:1, 131:2, 131:16, 132:1, 132:24, 133:2, 133:6, 133:8, 133:13, 133:18, 133:21, 133:25, 134:3, 134:5, 134:6, 134:15, 134:17, 135:2, 136:19, 136:22, 136:25, 137:19, 137:24, 138:1, 138:4, 138:7, 138:8, 138:12, 138:15, 138:19, 138:23, 139:1, 139:6, 139:11, 139:17, 139:20, 139:23, 140:5, 140:7, 140:12, 140:16, 140:20, 141:4, 141:12,

141:20, 141:24, 142:2, 142:5, 142:9, 142:13, 142:17, 143:2, 143:7
**MS** [31] - 26:1, 26:4, 30:24, 31:12, 37:3, 37:23, 38:9, 41:21, 43:1, 43:11, 54:22, 55:6, 55:12, 55:17, 58:14, 65:11, 65:16, 72:1, 72:10, 72:13, 79:16, 81:13, 82:23, 83:3, 84:25, 85:10, 105:8, 105:12, 109:7, 116:23, 117:6
**muddle** [1] - 49:25
**multiple** [2] - 54:6, 102:17
**multitrack** [2] - 132:12, 132:19
**must** [2] - 112:18, 119:6
**mute** [1] - 37:5

# N

**N.W** [1] - 3:23
**NALCO** [1] - 5:23
**name** [6] - 9:18, 37:8, 46:23, 59:25, 96:7, 133:4
**nameless** [3] - 30:11, 105:24, 106:14
**names** [4] - 37:8, 57:10, 62:15, 132:17
**narrow** [2] - 42:11, 82:11
**NASA** [6] - 11:20, 21:8, 23:9, 25:7, 32:4, 32:11
**national** [1] - 42:14
**naturally** [1] - 79:4
**nature** [3] - 90:14, 105:18, 123:12
**near** [2] - 42:17, 64:6
**necessarily** [1] - 57:8, 108:14, 132:17
**necessary** [12] - 19:2, 19:4, 19:19, 32:22, 45:21, 45:22, 46:3, 71:12, 71:20, 77:3, 96:13, 110:3
**NED** [1] - 7:9
**need** [64] - 10:6, 12:22, 13:6, 17:14, 18:1, 18:10, 18:14, 25:18, 25:20, 29:25, 35:9, 35:22, 37:2, 38:8, 39:9, 45:25,

46:9, 49:17, 54:2, 56:11, 57:23, 59:6, 59:12, 61:19, 63:10, 64:21, 67:20, 71:9, 72:22, 72:24, 73:21, 74:20, 75:4, 75:21, 77:17, 81:1, 83:14, 95:13, 99:18, 102:9, 111:2, 114:2, 120:19, 123:17, 124:13, 124:23, 125:9, 126:12, 126:17, 126:18, 127:24, 128:21, 132:10, 132:12, 135:4, 135:25, 136:2, 136:4, 136:9, 136:11, 137:14, 139:14
**needed** [5] - 35:21, 60:9, 89:7, 125:13, 132:19
**needs** [17] - 15:16, 16:14, 16:15, 16:16, 16:17, 17:7, 17:10, 17:13, 18:22, 35:12, 35:24, 58:16, 65:2, 107:1, 112:25, 137:2
**negotiable** [1] - 25:9
**negotiate** [1] - 119:3
**negotiated** [1] - 129:4
**negotiation** [1] - 41:25
**Neil** [2] - 116:19, 139:12
**NEUNER** [2] - 5:17, 5:18
**never** [7] - 48:19, 75:22, 105:20, 105:22, 106:3, 107:14, 118:5
**New** [4] - 45:7, 46:15, 67:6, 74:1
**NEW** [13] - 1:7, 1:21, 1:25, 2:5, 2:24, 3:7, 4:5, 4:20, 5:5, 5:14, 6:5, 6:15, 7:12
**new** [3] - 70:25, 97:1, 97:3
**news** [6] - 40:2, 40:7, 113:21, 113:22
**next** [51] - 12:19, 13:4, 15:15, 22:11, 22:20, 27:4, 28:7, 28:12, 28:24, 29:25, 30:8, 30:9, 30:22, 34:16, 43:5, 45:10, 47:3, 47:17, 47:23, 48:9, 52:4, 55:10, 60:6, 61:2, 62:11, 69:9, 75:4, 77:25, 78:6,

84:21, 87:2, 89:18, 98:1, 107:11, 119:22, 122:5, 129:3, 130:25, 131:14, 132:10, 132:21, 134:9, 137:10, 139:24, 140:8, 140:9, 141:7, 142:23, 142:24, 143:1, 143:4
**nicely** [1] - 11:9
**Nidd** [1] - 35:25
**NO** [1] - 1:6
**nobody** [3] - 24:4, 31:25, 111:13
**nominate** [1] - 136:15
**nominee** [1] - 136:16
**nonbinding** [1] - 133:11
**noncontroversial** [2] - 94:21, 94:22
**none** [1] - 68:12
**nonobjected** [1] - 137:25
**noon** [1] - 77:11
**normally** [1] - 12:12
**NORSKE** [1] - 6:8
**NORTH** [4] - 3:14, 3:15, 3:17, 3:18
**nose** [1] - 76:25
**note** [7] - 28:2, 28:16, 43:21, 46:14, 47:16, 108:1, 139:20
**noted** [1] - 87:2
**notes** [2] - 37:14, 65:14
**nothing** [7] - 79:25, 82:7, 103:14, 103:24, 106:25, 135:15, 142:13
**notice** [9] - 57:11, 62:22, 65:4, 69:17, 86:17, 96:19, 97:15, 97:19, 97:20
**noticed** [3] - 74:17, 110:11, 119:1
**noticing** [2] - 65:2, 97:11
**notion** [1] - 119:8
**November** [2] - 122:14
**NUMBER** [1] - 8:10
**Number** [11] - 38:7, 53:12, 53:24, 55:4, 65:7, 75:17, 75:18, 84:19, 100:5, 138:25
**number** [1] - 50:20, 52:9, 56:22, 70:6, 82:18, 83:21, 100:22, 101:3, 104:6, 138:1, 138:14

**numbered** [2] - 92:19, 143:20
**numbers** [1] - 83:23
**numerous** [1] - 55:24
**NW** [1] - 4:16
**NY** [3] - 4:20, 5:5, 5:14

# O

**O'BRIEN'S** [1] - 5:8
**o'clock** [1] - 77:8
**O'Keefe** [1] - 64:3
**O'KEEFE** [1] - 1:21
**O'Rourke** [4] - 11:12, 34:19, 51:17, 52:20
**O'ROURKE** [8] - 2:14, 34:19, 51:17, 51:25, 52:14, 52:20, 53:5, 53:7
**oar** [1] - 89:9
**object** [4] - 105:1, 128:25, 129:5, 129:8
**objected** [1] - 140:3
**objection** [15] - 17:5, 101:7, 101:24, 102:3, 106:19, 106:21, 107:17, 116:20, 116:21, 137:15, 140:14, 141:8, 141:13
**objections** [6] - 44:13, 48:3, 118:20, 140:22, 140:24, 141:3
**obligation** [3] - 10:8, 10:21, 14:21
**obligations** [3] - 29:21, 40:16, 76:21
**observation** [1] - 108:6
**observe** [1] - 73:3
**observed** [1] - 108:11
**obvious** [1] - 131:6
**obviously** [12] - 12:24, 28:9, 31:15, 35:5, 38:25, 59:22, 61:15, 86:22, 102:12, 105:8, 105:14, 109:7
**occur** [3] - 97:13, 109:24, 110:19
**occurred** [2] - 56:25, 62:1
**occurs** [1] - 98:7
**October** [5] - 122:11, 127:15, 138:16, 138:17
**OF** [11] - 1:1, 1:5, 1:12, 2:7, 2:13, 2:14, 2:22, 8:10, 8:11,

8:14, 8:16
**offer** [5] - 18:16, 18:19, 110:9, 110:15, 111:5
**offered** [1] - 110:2
**offering** [1] - 94:10
**office** [4] - 24:21, 44:4, 49:24, 110:12
**Office** [6] - 39:5, 39:14, 39:18, 40:18, 125:22, 126:6
**OFFICE** [1] - 2:18
**officer** [1] - 15:2
**offices** [1] - 125:17
**Official** [2] - 143:18, 143:24
**OFFICIAL** [1] - 7:11
**offset** [1] - 114:19
**OFFSHORE** [3] - 3:4, 4:15, 5:9
**OIL** [2] - 1:4, 1:4
**oiled** [1] - 25:20
**oiling** [1] - 20:9
**old** [1] - 97:2
**OMS** [1] - 57:1
**ON** [3] - 1:5, 8:20, 33:10
**once** [2] - 30:17, 32:20
**ONE** [4] - 2:4, 5:19, 6:14, 6:19
**one** [80] - 10:14, 17:1, 17:2, 18:3, 22:16, 30:20, 31:7, 31:24, 33:1, 35:2, 37:7, 37:8, 41:16, 42:14, 46:13, 47:17, 47:19, 47:25, 49:12, 53:9, 54:11, 54:14, 54:25, 55:12, 55:17, 55:19, 55:22, 56:1, 57:23, 58:8, 60:1, 60:12, 61:20, 63:17, 70:11, 72:2, 72:4, 72:5, 72:7, 72:13, 75:5, 81:13, 83:1, 85:5, 85:10, 85:20, 85:24, 88:2, 89:7, 91:18, 94:14, 94:15, 95:6, 96:2, 99:4, 100:8, 104:6, 104:24, 105:23, 108:8, 110:2, 113:11, 119:23, 121:22, 122:19, 123:23, 129:13, 130:8, 130:20, 131:5, 134:9, 137:14, 138:12, 138:19, 139:1, 141:20, 143:10

**one-day** [1] - 47:19
**one-pager** [1] - 130:20
**ones** [2] - 72:21, 97:25
**ongoing** [1] - 124:24
**oops** [2] - 18:10, 18:11
**open** [7] - 20:8, 23:13, 39:7, 39:9, 39:25, 40:14, 109:1
**opened** [2] - 21:2, 80:3
**operating** [1] - 113:2
**operations** [1] - 57:5
**opinion** [2] - 15:18, 15:22
**opinions** [3] - 100:19, 131:10, 131:12
**opponents'** [1] - 78:20
**opportunity** [2] - 85:17, 135:13
**opposed** [2] - 27:22, 71:6
**opposing** [2] - 50:22, 80:11
**opposition** [1] - 24:4
**oral** [5] - 103:6, 140:16, 140:18, 141:17, 141:18
**oranges** [1] - 113:12
**order** [31] - 17:8, 34:20, 34:21, 34:24, 40:4, 44:24, 47:22, 50:5, 50:15, 50:19, 50:21, 53:3, 65:2, 65:3, 71:19, 75:12, 85:16, 88:18, 94:13, 96:7, 97:4, 97:20, 115:16, 115:24, 128:24, 132:25, 133:4, 133:22, 134:2, 134:7, 134:15
**Order** [1] - 113:17
**ORDER** [1] - 9:4
**ordered** [1] - 42:8
**orders** [1] - 70:5
**org** [1] - 87:18
**organized** [1] - 52:4
**original** [1] - 134:1
**originally** [1] - 71:22
**ORLEANS** [10] - 1:7, 1:21, 1:25, 2:5, 2:24, 3:7, 4:5, 6:5, 6:15, 7:12
**Orleans** [4] - 45:7, 46:15, 67:6, 74:1
**otherwise** [4] - 113:9, 125:23, 128:9, 131:20
**ought** [9] - 16:18, 62:13, 83:8, 92:3,

111:7, 114:15, 124:19, 124:21, 135:16
**oust** [1] - 80:9
**outdoor** [1] - 25:21
**outer** [1] - 15:1
**outright** [1] - 80:21
**outside** [8] - 13:13, 20:21, 22:4, 23:10, 23:23, 27:16, 29:1, 89:16
**outstanding** [1] - 69:23
**overall** [1] - 11:4
**overlap** [1] - 95:9
**overstated** [3] - 16:12
**overwhelmed** [1] - 75:4
**own** [4] - 110:3, 127:14, 135:11
**owned** [1] - 57:5

## P

**p.m** [2] - 10:8, 143:12
**P.O** [1] - 2:15
**package** [4] - 12:1, 20:25, 23:17, 35:7
**PAGE** [1] - 8:3
**page** [2] - 37:10, 134:17
**pager** [1] - 130:20
**pages** [1] - 91:21
**PAN** [1] - 1:24
**Pandora's** [1] - 80:2
**paper** [2] - 37:16, 54:7
**paperless** [1] - 135:21
**papers** [3] - 52:21, 77:9, 77:11
**parade** [1] - 138:22
**parallel** [2] - 27:6, 36:14
**part** [12] - 17:17, 17:20, 18:12, 36:11, 37:12, 58:4, 60:23, 62:13, 84:2, 105:15, 128:21, 143:4
**partially** [1] - 99:18
**participants** [2] - 37:20, 58:18
**participate** [4] - 28:8, 28:24, 32:19, 100:16
**participated** [1] - 43:23
**participating** [2] - 10:1
**participation** [1] - 37:22
**particular** [6] - 12:3,

29:20, 42:9, 43:6, 55:21, 82:2
**particularly** [5] - 43:23, 76:6, 110:21, 110:23, 125:16
**parties** [26] - 18:8, 23:7, 23:9, 23:21, 27:2, 27:7, 27:16, 27:24, 34:18, 35:3, 35:9, 35:12, 37:6, 39:8, 39:24, 51:11, 72:4, 72:15, 73:15, 84:10, 85:25, 90:5, 92:9, 108:2, 109:10, 114:3, 120:4, 121:14, 122:11, 122:16, 123:21, 123:24, 126:15, 127:19, 134:12, 135:4
**parties'** [3] - 18:23, 75:3, 86:23
**partner** [1] - 54:19
**parts** [6] - 20:7, 28:25, 29:3, 103:12, 134:12, 134:21
**party** [19] - 25:8, 65:2, 72:3, 72:18, 74:24, 80:7, 90:11, 92:23, 94:9, 97:12, 100:15, 103:22, 104:1, 111:12, 112:18, 119:20, 133:3, 137:2
**pass** [2] - 63:11, 125:1
**past** [3] - 43:14, 114:1, 132:5
**path** [1] - 69:7
**patient** [1] - 41:11
**Patton** [1] - 137:21
**PAUL** [1] - 1:23
**Paul** [12] - 46:25, 64:7, 64:24, 65:5, 67:10, 98:22, 102:20, 106:20, 107:24, 109:4, 109:5, 136:19
**Paul's** [1] - 108:4
**pay** [9] - 16:11, 23:9, 26:18, 59:22, 60:13, 60:14, 82:6, 110:2, 110:15
**payment** [1] - 110:9
**pending** [1] - 14:24
**pens** [1] - 37:16
**people** [36] - 9:7, 9:21, 9:25, 10:24, 14:4, 16:21, 20:2, 20:16, 23:10, 29:23, 32:17, 32:20, 33:2, 43:23, 50:3, 56:2, 63:17, 66:24, 75:4, 87:14,

92:12, 113:22, 119:13, 119:15, 120:18, 121:23, 122:6, 127:23, 130:23, 132:13, 132:20, 135:10, 136:15, 136:21, 137:14, 141:9
**people's** [1] - 99:24
**Pepper** [3] - 143:17, 143:22, 143:23
**PEPPER** [1] - 7:11
**per** [5] - 13:8, 48:2, 70:7, 70:19
**PER** [1] - 8:10
**percent** [2] - 38:21, 60:13, 60:14
**percentage** [4] - 51:21, 51:23, 51:25, 81:1
**perfect** [2] - 14:13, 135:13
**perform** [1] - 10:25
**performed** [3] - 16:9, 56:23
**performing** [1] - 16:6
**perhaps** [9] - 16:20, 27:7, 36:1, 86:11, 93:20, 104:10, 106:11, 126:7, 133:22
**period** [8] - 13:6, 13:10, 19:15, 21:19, 31:16, 41:25, 49:10, 112:17
**periods** [1] - 12:13
**permit** [1] - 136:1
**permits** [1] - 79:25
**perpetually** [1] - 36:1
**person** [4] - 11:13, 30:10, 32:11, 106:4
**personal** [4] - 64:18, 97:12, 99:8, 111:25
**personally** [3] - 52:22, 61:18, 140:5
**personnel** [1] - 35:22
**perspective** [2] - 91:18, 108:3
**persuaded** [1] - 36:2
**pertain** [2] - 78:2, 84:5
**petitioner's** [1] - 127:3
**PETROLEUM** [2] - 4:13, 5:19
**petty** [1] - 60:18
**Peyton** [2] - 137:22, 137:23
**PFC** [1] - 45:23
**phase** [2] - 127:17, 132:10
**Phase** [29] - 19:14,

41:12, 41:13, 41:14, 41:15, 43:14, 44:6, 46:3, 70:1, 74:1, 74:3, 101:9, 127:13, 128:3, 128:22, 131:3, 131:6, 131:8, 131:10, 131:12, 131:17, 131:23, 133:18, 133:19, 133:20, 134:10, 134:21, 134:23, 136:8

**PHASE** [2] - 8:7, 8:22

**Phil** [15] - 33:19, 33:20, 34:6, 50:2, 50:13, 50:21, 51:7, 75:8, 75:9, 75:14, 140:15, 141:2, 141:11, 141:17, 142:10

**PHILLIP** [1] - 4:4

**PHONE** [1] - 33:10

**phone** [16] - 9:7, 9:17, 9:21, 10:1, 20:2, 37:4, 37:20, 44:2, 44:3, 49:1, 50:3, 51:3, 58:17, 126:21, 126:23, 142:23

**phonetically** [1] - 100:15

**phonetically)** [1] - 74:12

**photographing** [1] - 18:1

**phrase** [1] - 120:13

**physically** [1] - 39:20

**pick** [2] - 19:18, 22:17

**picking** [1] - 13:1

**picture** [1] - 136:5

**piece** [3] - 17:11, 20:18, 89:12

**pieces** [14] - 21:10, 21:11, 22:1, 22:17, 24:13, 26:15, 27:1, 27:17, 27:21, 27:23, 29:6, 30:15, 30:23

**piercing** [1] - 51:13

**PIGMAN** [1] - 4:3

**pill** [1] - 108:16

**PILLSBURY** [1] - 4:18

**PINHOOK** [1] - 5:20

**pipe** [3] - 17:3, 17:4, 129:23

**PITTMAN** [1] - 4:18

**place** [10] - 11:8, 20:3, 22:23, 26:24, 27:21, 41:18, 90:6, 104:19, 112:21, 135:17

**PLACE** [2] - 2:4, 6:4

**placed** [1] - 12:20

**placeholder** [2] - 115:15, 139:12

**placing** [1] - 19:23

**plaintiff** [3] - 82:10, 118:22, 127:12

**plaintiffs** [6] - 60:13, 75:20, 115:1, 122:21, 131:2, 142:19

**PLAINTIFFS'** [1] - 1:16

**plan** [2] - 37:25, 76:9

**plane** [4] - 38:1, 42:25, 43:4, 142:15

**planning** [1] - 132:9

**platform** [1] - 57:6

**pleased** [2] - 79:10, 109:4, 109:5

**pleasure** [1] - 77:19

**plus** [1] - 114:6

**plywood** [1] - 21:3

**pod** [2] - 24:2, 24:14

**pods** [10] - 16:20, 16:25, 17:14, 17:20, 21:6, 24:6, 24:25, 25:4, 25:11, 27:3

**point** [33] - 17:12, 17:25, 32:11, 36:19, 39:24, 40:17, 49:23, 55:22, 58:20, 71:2, 73:24, 74:2, 79:11, 81:13, 82:16, 88:9, 88:17, 90:22, 91:12, 103:9, 107:3, 109:10, 114:24, 119:19, 119:22, 122:24, 123:5, 129:9, 129:12, 129:19, 142:23

**pointed** [2] - 47:16, 109:9, 127:22

**pointing** [1] - 103:14

**points** [1] - 80:25

**poll** [1] - 90:24

**portable** [3] - 12:16, 13:24, 24:12

**portions** [6] - 80:18, 81:22, 82:3, 112:18, 112:24

**posed** [1] - 109:15

**posing** [1] - 139:20

**position** [28] - 17:21, 39:11, 61:22, 71:16, 73:5, 77:23, 86:19, 87:1, 88:3, 99:11, 99:13, 119:21, 120:20, 120:21, 120:23, 121:10, 121:12, 121:17, 121:25, 122:1,

122:3, 122:12, 124:16, 125:3, 125:4, 125:19, 129:20, 141:13

**positions** [2] - 124:7, 125:20

**positive** [1] - 16:12

**possibilities** [1] - 27:25

**possibility** [5] - 24:11, 26:14, 31:22, 33:6, 33:9

**possible** [10] - 10:25, 15:7, 15:23, 23:2, 30:9, 30:16, 38:14, 49:21, 111:5, 141:6

**possibly** [1] - 53:2

**POST** [1] - 8:23

**post** [5] - 39:9, 39:19, 101:6, 101:22, 137:13

**potential** [2] - 21:9, 109:25

**potentially** [3] - 14:11, 86:24, 120:4

**potshot** [1] - 10:13

**pounce** [1] - 53:11

**POYDRAS** [4] - 1:24, 3:7, 6:15, 7:12

**practical** [1] - 120:5

**practice** [3] - 80:9, 82:1, 107:15

**precautionary** [2] - 27:10, 27:12

**precede** [1] - 86:6

**precedence** [2] - 81:8, 81:11

**preface** [1] - 118:24

**preferable** [1] - 110:14

**preliminary** [2] - 133:9, 133:10

**premature** [2] - 121:19, 121:24

**preparation** [2] - 29:22, 87:14

**prepare** [3] - 104:13, 111:22, 134:10

**PREPARE** [1] - 8:22

**prepared** [1] - 108:22

**preparing** [1] - 131:6

**prepped** [2] - 108:12, 108:14

**present** [8] - 35:21, 35:22, 35:23, 40:19, 42:11, 46:7, 95:19, 135:25

**PRESENT** [1] - 6:22

**presentation** [6] - 134:13, 134:21, 135:7, 135:19,

136:9, 136:12

**presented** [3] - 130:4, 134:11, 135:18

**presenter** [1] - 135:11

**presenting** [1] - 136:8

**presently** [1] - 21:3

**PRESERVATION** [1] - 8:5

**preservation** [37] - 9:25, 10:15, 10:22, 11:1, 11:5, 11:21, 12:22, 13:7, 13:10, 13:16, 14:7, 14:25, 15:6, 15:9, 15:17, 16:5, 16:9, 16:17, 21:5, 21:21, 23:15, 23:23, 24:2, 25:11, 25:16, 26:8, 28:9, 28:22, 28:25, 34:1, 34:8, 35:6, 36:6, 36:21, 37:1, 37:21, 40:6

**preserve** [7] - 15:23, 17:2, 17:23, 18:2, 19:4, 19:20, 24:5

**preserved** [12] - 16:6, 16:20, 17:4, 17:7, 17:10, 17:13, 17:14, 18:21, 18:22, 25:19, 28:11, 36:8

**preserving** [1] - 19:22

**President** [4] - 39:5, 39:14, 39:18, 40:18

**press** [1] - 121:23

**pressing** [1] - 15:11

**pressure** [3] - 104:12, 113:23, 114:5

**presumably** [10] - 11:4, 26:17, 43:4, 45:22, 56:7, 56:10, 110:19, 115:13, 119:17, 121:17

**presume** [1] - 14:13

**presumed** [2] - 92:16, 93:1

**presumption** [2] - 93:25, 94:1

**presumptuous** [1] - 37:24

**pretermit** [1] - 49:17

**Pretrial** [1] - 113:17

**pretrial** [1] - 115:16

**pretty** [3] - 31:15, 44:15, 122:12

**preventer** [4] - 11:25, 21:25, 23:17, 35:7

**prevention** [1] - 12:4

**previous** [1] - 114:13

**previously** [2] - 55:1, 55:23, 75:12

**primarily** [1] - 21:12

**primary** [2] - 94:8, 113:15

**print** [1] - 141:19

**printer** [1] - 142:7

**printout** [1] - 116:24

**prioritize** [1] - 42:2

**priority** [3] - 38:25, 39:1, 43:7

**pristine** [1] - 20:17

**Pritchard** [1] - 52:7

**PRITCHARD** [7] - 4:19, 52:7, 53:8

**private** [1] - 76:15

**privilege** [4] - 42:15, 81:16, 82:24, 96:7

**privileged** [2] - 81:2, 125:23

**privileges** [1] - 102:25

**privity** [1] - 127:25

**problem** [29] - 14:9, 22:19, 28:4, 30:7, 32:6, 34:1, 34:5, 34:7, 41:17, 41:18, 43:17, 46:7, 47:25, 50:25, 52:24, 60:5, 62:10, 63:7, 66:23, 78:1, 92:18, 93:2, 106:18, 107:17, 116:8, 117:14, 127:8, 141:5, 142:1

**problems** [7] - 52:12, 78:12, 80:5, 103:9, 118:11, 126:24, 127:6

**procedure** [2] - 20:9, 95:15

**proceed** [1] - 136:10

**proceedings** [3] - 58:20, 143:12, 143:20

**PROCEEDINGS** [3] - 1:12, 7:14, 9:1

**process** [15] - 14:23, 15:10, 21:1, 39:20, 48:15, 76:14, 76:20, 88:17, 93:9, 93:10, 93:16, 114:15, 128:3, 131:6, 143:4

**produce** [12] - 41:24, 51:15, 62:6, 81:24, 84:12, 92:16, 93:1, 110:22, 126:19, 127:3, 127:13, 127:15

**produced** [23] - 42:13, 42:14, 79:2, 81:23, 83:2, 83:4, 83:8, 83:19, 83:20, 83:21, 84:4, 85:4, 85:25,

91:18, 92:3, 92:22,
93:5, 94:1, 126:25,
128:1, 128:5, 128:8
**PRODUCED** [1] - 7:15
**produces** [1] - 127:14
**producing** [6] - 38:24,
86:2, 90:11, 126:13,
126:16, 128:6
**PRODUCTION** [3] -
3:13, 3:16, 8:20
**production** [21] -
38:17, 38:18, 40:1,
41:7, 41:12, 41:23,
48:12, 48:20, 55:16,
62:10, 83:15, 84:7,
86:1, 86:4, 86:11,
100:8, 125:16,
131:18, 131:20,
131:21, 141:13
**productions** [6] -
38:12, 38:15, 42:3,
42:4, 42:6, 53:4
**productive** [1] - 45:12
**productively** [1] -
137:4
**PRODUCTS** [1] - 3:18
**progress** [3] - 45:19,
75:19, 75:24
**prohibit** [1] - 12:8
**prohibitive** [1] - 36:17
**project** [1] - 35:24
**promise** [2] - 51:19,
76:18
**promised** [1] - 125:3
**promises** [1] - 64:9
**promptly** [4] - 49:13,
78:15, 133:12,
133:24
**proof** [2] - 78:12,
126:14
**proper** [1] - 124:4
**properly** [1] - 14:14
**property** [2] - 22:21,
22:22
**propitious** [1] -
127:10
**proposal** [12] - 71:5,
71:6, 71:7, 73:3,
73:18, 75:10, 82:12,
113:8, 125:25,
126:5, 130:1, 130:21
**proposals** [1] - 73:21
**propose** [8] - 23:5,
23:8, 23:11, 76:14,
90:16, 95:25,
127:18, 136:17
**proposed** [6] - 29:16,
40:4, 89:18, 112:13,
126:15, 128:15
**prospectively** [1] -

97:14
**protect** [2] - 48:15,
82:12
**protected** [3] - 21:9,
22:2, 22:4
**protecting** [1] - 25:6
**protocol** [17] - 15:16,
16:17, 19:20, 20:12,
20:15, 20:22, 22:18,
23:21, 26:25, 28:9,
28:14, 34:8, 34:10,
34:15, 36:6, 36:7,
36:21
**protocols** [2] - 23:16,
34:20
**proved** [1] - 136:4
**provide** [2] - 62:16,
106:2
**provided** [3] - 13:21,
64:17, 87:6
**provision** [1] - 23:4
**provisionally** [1] -
139:12
**provisions** [3] - 21:7,
23:23, 63:5
**provoked** [1] - 103:5
**proximity** [2] - 127:16,
128:11
**prudence** [4] - 18:4,
18:6, 18:15, 18:24
**PSC** [46] - 8:17, 29:12,
32:1, 46:9, 56:17,
58:9, 59:7, 59:9,
59:18, 61:9, 61:17,
63:22, 63:25, 65:25,
67:8, 68:5, 69:2,
72:17, 74:12, 76:13,
76:16, 77:16, 79:4,
89:22, 93:23, 95:10,
96:18, 101:7,
107:23, 109:21,
111:22, 112:17,
113:8, 118:22,
119:2, 119:5,
119:16, 121:12,
122:20, 124:17,
124:20, 129:2,
135:6, 136:19,
137:21
**PSC's** [7] - 29:5, 91:3,
108:4, 118:6,
119:21, 120:20,
120:21
**PSC'S** [1] - 8:18
**PTO** [3] - 79:25, 115:6,
119:1
**publish** [4] - 19:20,
56:14, 56:15
**pulled** [1] - 65:14
**purchased** [1] - 25:13

**purpose** [1] - 9:18
**purposes** [4] - 10:3,
13:25, 119:16,
120:16
**pursuant** [1] - 17:7
**push** [1] - 45:17
**pushing** [1] - 70:15
**put** [27] - 14:23, 24:20,
25:12, 25:20, 26:24,
27:20, 36:17, 37:4,
38:3, 54:7, 60:8,
66:18, 67:2, 70:1,
86:2, 86:19, 87:1,
88:24, 92:9, 97:25,
102:16, 103:6,
127:25, 130:20,
134:20, 138:22,
139:19
**putative** [1] - 119:12
**PUTNAM** [1] - 6:8
**puts** [2] - 113:23,
114:5
**putting** [5] - 15:16,
19:22, 23:5, 43:2,
92:7

# Q

**qualify** [1] - 121:14
**quality** [1] - 114:16
**quantification** [2] -
38:17, 38:24
**Quash** [3] - 67:12,
68:13, 69:13
**questionable** [1] -
25:8
**questioned** [1] - 55:24
**questioning** [4] -
98:18, 98:20, 99:12,
107:12
**questions** [20] - 49:13,
56:11, 56:14, 99:8,
101:17, 103:13,
103:20, 103:22,
104:10, 104:16,
105:15, 105:19,
105:20, 106:9,
109:8, 109:15,
118:11, 121:22
**quick** [2] - 113:18,
124:15
**quickly** [7] - 15:7,
40:11, 41:22, 105:8,
109:21, 141:24,
142:17
**quite** [6] - 14:14,
15:17, 15:22, 43:24,
91:2, 108:7
**quote** [4] - 16:7, 41:6,

120:11
**quotes** [1] - 23:14

# R

**races** [1] - 133:17
**RAINES** [6] - 4:10,
79:16, 82:23, 83:3,
116:23, 117:6
**Raines** [1] - 79:16
**raise** [8] - 15:15,
48:15, 50:12, 50:13,
83:13, 109:23,
110:1, 110:18
**raised** [4] - 95:10,
102:24, 107:1, 131:3
**raises** [1] - 48:10
**raising** [1] - 79:4
**ram** [1] - 21:2
**range** [1] - 89:17
**ranges** [3] - 84:18,
126:1, 126:5
**rapidly** [2] - 108:2,
142:8
**rate** [2] - 27:18, 42:18
**rather** [5] - 48:11,
55:20, 68:20, 80:8,
118:17
**ratified** [1] - 119:7
**Ravi** [1] - 63:11
**RD** [1] - 5:20
**RE** [1] - 1:4
**reach** [3] - 76:2,
104:21, 128:17
**reached** [2] - 16:24,
40:3
**reaction** [2] - 53:10,
53:11
**read** [14] - 11:18,
15:21, 56:2, 56:6,
56:11, 56:16, 56:20,
67:2, 107:10,
115:20, 129:11,
136:12, 142:7, 142:8
**reading** [6] - 66:11,
80:1, 107:3, 107:13,
113:6, 113:17
**reads** [1] - 95:17
**ready** [9] - 16:4, 41:24,
51:15, 60:7, 98:9,
102:9, 110:20,
110:24, 134:9
**real** [10] - 15:4, 15:6,
28:10, 40:11, 74:25,
80:2, 92:18, 109:21,
121:5, 124:15
**realize** [2] - 77:20,
89:4
**reallocate** [1] - 58:8

**reallocated** [1] - 75:5
**really** [37] - 11:3, 14:4,
16:14, 21:24, 43:24,
47:17, 48:14, 53:13,
53:15, 61:16, 70:25,
71:24, 73:7, 74:16,
77:19, 80:7, 85:8,
89:5, 91:20, 92:12,
95:2, 100:11,
103:17, 104:18,
118:19, 120:3,
121:5, 121:7,
123:11, 123:13,
123:22, 133:16,
135:22, 136:2,
136:4, 139:14,
142:20
**REALTIME** [1] - 7:11
**Realtime** [2] - 143:17,
143:23
**reasked** [1] - 106:24
**reason** [10] - 11:3,
18:13, 18:24, 27:10,
27:12, 40:20, 57:22,
67:16, 101:3, 115:8
**reasonable** [6] -
18:20, 19:15, 34:14,
47:25, 62:19, 66:11
**reasonably** [2] - 137:4
**reasons** [7] - 12:9,
49:14, 71:14, 72:25,
103:21, 106:20,
132:5
**Rec** [1] - 134:16
**receipt** [8] - 112:19,
116:24, 117:1,
117:3, 117:12,
117:19, 117:23
**received** [2] - 10:4,
41:25
**receiving** [1] - 63:18
**recently** [1] - 74:11
**recess** [1] - 58:21
**recollection** [2] -
20:22, 107:4
**recommend** [1] -
99:22
**recommendation** [3] -
29:2, 34:2, 34:8
**recommended** [1] -
20:8
**record** [22] - 9:18,
26:11, 30:25, 42:10,
56:3, 56:12, 61:8,
63:6, 75:11, 86:19,
87:1, 96:22, 96:24,
106:22, 106:25,
107:16, 108:13,
109:1, 112:10,
113:7, 131:9, 143:20

**RECORDED** [1] - 7:14
**records** [1] - 96:8
**recurring** [1] - 45:9
**redact** [1] - 64:11
**Redacted** [1] - 78:10
**redacted** [4] - 79:8, 79:18, 81:15, 82:24
**redacting** [5] - 78:20, 78:22, 79:13, 80:5, 80:10
**REDACTION** [1] - 8:14
**redaction** [4] - 77:17, 78:5, 81:2, 82:19
**redactions** [5] - 78:2, 79:3, 79:15, 81:16, 102:25
**Redd** [1] - 63:24
**redo** [1] - 71:4
**reduce** [2] - 11:3, 49:17
**reference** [1] - 97:11
**referenced** [2] - 83:22, 85:2
**references** [1] - 57:15
**referred** [1] - 97:22
**reflect** [1] - 94:14
**refresh** [1] - 107:4
**regard** [14] - 12:25, 51:12, 59:6, 77:17, 89:19, 94:20, 98:12, 99:8, 99:11, 107:3, 107:10, 124:23, 126:17, 126:19
**regarding** [3] - 50:5, 98:19, 119:4
**regardless** [3] - 62:14, 98:18, 135:11
**regards** [1] - 21:6
**Registered** [1] - 143:17
**registering** [1] - 55:7
**regrets** [2] - 51:3, 51:5
**regroup** [1] - 102:5
**regular** [1] - 135:22
**regurgitating** [1] - 73:2
**reinstall** [1] - 10:16
**reiterating** [1] - 73:2
**relate** [2] - 73:25, 74:1
**related** [8] - 38:15, 38:17, 39:1, 41:13, 42:22, 55:7, 75:23, 83:15
**RELATES** [1] - 1:9
**relates** [1] - 44:16
**relation** [1] - 41:18
**relationship** [1] - 66:24
**relative** [5] - 10:5, 15:17, 53:22, 65:7,

125:15
**relatively** [1] - 42:16
**release** [1] - 83:12
**relevance** [11] - 78:21, 79:3, 79:8, 79:14, 79:15, 79:19, 81:14, 81:15, 81:18, 81:21, 82:19
**relevant** [7] - 39:14, 40:20, 62:3, 63:4, 81:22, 83:10, 85:13
**relied** [2] - 103:10, 129:2
**relief** [3] - 49:14, 101:11, 101:12
**relying** [1] - 90:5
**remain** [3] - 30:11, 105:23, 106:13
**remainder** [3] - 17:6, 17:7, 17:10
**remaining** [3] - 42:15, 72:5, 72:16
**remains** [4] - 39:2, 39:7, 39:9, 73:12
**remember** [8] - 54:19, 99:6, 100:7, 104:8, 107:5, 107:7, 107:9, 112:3
**remembered** [1] - 107:7
**remind** [1] - 20:20
**remove** [2] - 10:21, 30:1
**removed** [5] - 11:2, 14:22, 15:9, 21:2, 100:19
**removing** [1] - 32:2
**RENEE** [1] - 4:4
**renotice** [2] - 99:25, 100:1
**rent** [7] - 23:9, 23:10, 25:7, 25:9, 25:21, 26:18
**rental** [1] - 23:12
**RENTALS** [1] - 6:13
**repeat** [3] - 33:10, 37:19, 49:7
**replaced** [2] - 65:16, 65:17
**replying** [1] - 97:3
**report** [37] - 27:25, 44:5, 44:12, 50:24, 67:9, 83:12, 83:13, 83:17, 83:19, 83:22, 84:2, 84:5, 84:8, 84:11, 84:15, 84:18, 85:2, 86:5, 86:9, 86:22, 87:1, 87:8, 87:15, 87:22, 88:5, 88:10, 88:12, 89:10,

101:12, 102:10, 122:10, 124:25, 125:15, 126:8, 126:19, 128:7
**report's** [1] - 67:19
**REPORT**....................
...... [1] - 8:15
**Reporter** [6] - 143:17, 143:18, 143:18, 143:23, 143:24
**REPORTER** [2] - 7:11, 7:11
**reporter** [9] - 9:19, 10:3, 112:20, 113:17, 113:19, 114:13, 114:18, 117:4, 117:8
**REPORTER'S** [1] - 143:16
**reports** [32] - 30:15, 44:11, 45:21, 45:24, 46:1, 46:3, 46:5, 88:3, 92:22, 92:23, 115:2, 115:12, 121:20, 122:6, 122:9, 122:11, 123:16, 123:17, 126:13, 126:17, 126:25, 127:3, 127:4, 127:18, 127:22, 128:1, 128:6, 128:11, 129:3, 130:23
**REPORTS**................
........................ [1] -
8:21
**represent** [3] - 79:17, 87:20, 119:9
**representation** [2] -
119:12
**representative** [2] -
84:1, 84:8
**representing** [2] -
41:3, 103:21
**request** [16] - 34:14, 41:25, 59:22, 61:9, 63:6, 75:5, 76:13, 88:22, 89:2, 106:7, 107:24, 111:9, 118:7, 124:1, 124:5, 131:21
**REQUEST** [1] - 8:18
**requested** [7] - 83:7, 85:4, 89:13, 101:7, 137:21, 139:1, 139:12
**requests** [8] - 38:10, 42:1, 69:23, 73:25, 75:3, 119:23, 120:2, 122:20

**REQUESTS** [1] - 8:9
**require** [2] - 34:9, 132:14
**required** [5] - 11:1, 11:20, 29:24, 29:25, 127:13
**requirement** [3] -
81:23, 111:13, 111:15
**requires** [1] - 32:4
**requiring** [1] - 12:16
**reraise** [1] - 100:6
**reserve** [5] - 56:9, 104:25, 106:12
**resistant** [1] - 92:25
**resolution** [1] - 124:10
**resolved** [4] - 15:25, 62:11, 70:6, 139:18
**resolves** [1] - 120:11
**resources** [1] - 42:5
**respect** [31] - 34:1, 39:19, 39:25, 41:12, 41:18, 53:19, 54:25, 55:6, 55:8, 55:18, 55:25, 57:3, 57:18, 57:19, 58:1, 58:2, 61:17, 61:24, 72:13, 72:19, 72:20, 76:12, 84:19, 85:19, 92:2, 98:10, 105:16, 109:12, 127:20, 130:3, 141:13
**respectful** [1] - 120:18
**respectfully** [5] - 41:5, 74:10, 122:24, 123:5, 124:8
**respond** [8] - 41:22, 68:19, 77:24, 105:14, 125:13, 128:10, 130:3, 141:22
**responded** [2] -
125:19, 142:25
**Responder** [1] - 76:6
**responders** [1] - 76:21
**responding** [3] -
106:5, 119:13, 120:18
**RESPONSE** [2] - 5:3, 5:8
**response** [7] - 18:11, 39:16, 62:21, 81:14, 121:12, 141:20, 141:25
**RESPONSES** [1] -
8:18
**responses** [7] - 38:9, 38:12, 38:13, 112:14, 118:7, 118:20, 131:17

**responsible** [4] -
34:12, 34:18, 138:13, 138:21
**responsive** [4] -
40:21, 81:24, 82:7
**responsiveness** [1] -
109:12
**rest** [3] - 12:13, 22:3, 128:2
**restricted** [1] - 12:13
**restrictions** [2] - 12:4, 12:20
**result** [2] - 34:5, 55:2
**results** [1] - 43:14
**retired** [1] - 62:24
**retiree** [1] - 138:15
**return** [3] - 10:10, 11:6, 48:16
**returned** [1] - 17:6
**returning** [1] - 17:22
**reversal** [1] - 108:16
**review** [3] - 76:15, 84:15
**reviewed** [4] - 42:16, 84:16, 100:18, 114:10
**reviewing** [1] - 86:12
**reviews** [2] - 83:22, 125:21
**revise** [1] - 94:13
**revised** [1] - 70:25
**revisit** [2] - 72:25, 96:14
**revive** [1] - 69:25
**RICHARD** [1] - 7:5
**rig** [2] - 57:6, 139:13
**RIG** [1] - 1:4
**rights** [3] - 56:9, 105:1, 111:7
**ripe** [3] - 39:6, 39:23, 77:25
**riser** [5] - 12:1, 17:4, 20:25, 23:17, 35:7
**risk** [11] - 53:16, 54:9, 55:6, 55:7, 55:8, 55:14, 55:15, 55:18, 56:22, 57:14, 57:17
**RMR** [2] - 7:11, 143:23
**road** [2] - 18:10, 104:4
**Rob** [3] - 16:12, 27:5, 28:2
**ROBERT** [1] - 3:23
**Roberts** [4] - 19:9, 20:14, 26:19, 66:21
**ROBERTS** [18] - 6:24, 19:9, 19:22, 20:3, 20:14, 26:20, 44:3, 65:14, 66:19, 66:23, 74:6, 74:8, 74:17, 74:20, 88:2, 88:13,

88:16, 89:15
**Roberts'** [1] - 89:13
**role** [3] - 87:15, 87:16, 94:9
**rolling** [8] - 53:4, 86:1, 86:11, 91:1, 91:6, 95:6, 96:1, 131:20
**ROME** [1] - 5:3
**RONQUILLO** [1] - 4:8
**ROOM** [2] - 2:10, 7:12
**room** [1] - 109:11
**rooms** [2] - 14:2, 104:9
**ROSE** [1] - 5:23
**ROSENFIELD** [1] - 7:6
**Roth** [1] - 64:13
**rough** [1] - 114:14
**roughly** [1] - 13:9
**rounding** [1] - 139:25
**route** [1] - 13:16
**ROY** [26] - 1:16, 1:17, 59:9, 60:20, 61:8, 62:1, 62:13, 79:24, 80:21, 83:9, 112:5, 112:7, 114:8, 116:21, 117:18, 117:23, 118:2, 127:6, 127:9, 128:17, 128:21, 131:1, 134:5, 135:2, 136:19, 136:22
**Roy** [17] - 59:9, 60:22, 61:17, 79:23, 79:24, 81:25, 112:6, 112:7, 113:14, 113:25, 114:7, 115:16, 115:19, 129:13, 130:19, 131:3, 134:25
**Roy's** [1] - 130:1
**rule** [6] - 68:8, 113:3, 114:21, 131:25, 140:4, 140:15
**Rules** [1] - 115:25
**rules** [1] - 113:10
**ruling** [8] - 44:15, 48:12, 48:17, 48:20, 49:10, 69:23, 118:12, 132:2
**rulings** [1] - 140:5
**run** [6] - 43:4, 44:23, 62:4, 116:11, 139:21, 142:16
**RUSH** [1] - 7:3
**rush** [1] - 29:11
**RYAN** [1] - 3:20

## S

**S-T-R-I-F-E** [1] - 138:13
**s/Cathy** [1] - 143:22
**safe** [1] - 23:5
**safety** [5] - 10:24, 11:20, 12:9, 12:11, 128:3
**SALLY** [1] - 1:12
**sample** [1] - 40:6
**sampling** [1] - 40:2
**SAN** [1] - 2:10
**sand** [1] - 80:10
**Sarah** [8] - 37:23, 38:2, 38:7, 38:8, 40:10, 40:14, 41:21, 43:7
**SARAH** [1] - 2:9
**Sarah's** [1] - 40:22
**sat** [3] - 104:8, 105:10, 106:7
**Saturday** [1] - 102:21
**save** [1] - 110:5
**saved** [1] - 11:10
**saw** [3] - 27:11, 54:6, 63:16
**schedule** [21] - 10:20, 12:25, 13:2, 13:15, 13:19, 31:10, 38:4, 43:18, 46:6, 84:1, 84:9, 103:6, 127:12, 128:25, 129:1, 129:9, 129:15, 130:21, 130:22, 137:15, 143:3
**scheduled** [7] - 14:3, 14:6, 47:24, 55:9, 66:14, 66:22, 87:16
**schedules** [2] - 32:20, 32:25
**scheduling** [3] - 61:15, 119:6, 132:22
**scope** [1] - 40:16
**screaming** [1] - 137:7
**screeching** [2] - 22:24, 36:11
**Sea** [1] - 64:7
**SEACOR** [6] - 5:9, 5:9, 5:10, 5:10, 5:11, 5:11
**sealing** [1] - 22:18
**search** [5] - 38:13, 39:3, 41:24, 42:12, 126:5
**searching** [2] - 39:4, 40:17
**season** [1] - 15:8
**second** [11] - 54:14,

55:19, 60:25, 66:19, 93:20, 106:14, 112:22, 114:24, 115:21, 119:11
**seconds** [1] - 79:19
**secretary's** [1] - 42:13
**SECTION** [1] - 2:13
**section** [2] - 17:3, 20:24
**secure** [5] - 19:24, 22:4, 22:22, 23:18, 25:6
**secured** [1] - 20:4
**security** [3] - 30:6, 37:18, 77:15
**see** [46] - 19:16, 29:1, 29:17, 30:21, 33:16, 33:17, 35:23, 36:16, 38:5, 38:7, 44:18, 50:23, 51:7, 53:5, 54:17, 59:24, 62:25, 63:1, 64:12, 64:13, 65:6, 71:10, 73:21, 75:16, 76:17, 78:9, 80:13, 80:17, 80:21, 82:18, 83:7, 86:10, 87:24, 88:25, 97:5, 102:14, 102:17, 104:21, 104:24, 106:10, 108:24, 112:4, 114:7, 125:8, 134:25, 137:25
**seek** [3] - 34:3, 49:14, 101:11
**seeking** [2] - 85:1, 85:2
**seem** [2] - 74:14, 89:20
**segregation** [1] - 84:20
**selected** [1] - 32:23
**SEMS** [1] - 43:19
**send** [6] - 37:7, 51:5, 69:11, 69:20, 139:20, 142:22
**sends** [2] - 51:3, 97:12
**sense** [7] - 47:1, 78:11, 91:4, 93:24, 95:5, 110:13, 130:1
**sensitive** [1] - 81:5
**sent** [7] - 18:12, 28:16, 45:15, 86:17, 96:20, 125:18, 142:18
**sentence** [1] - 63:15
**separate** [8] - 49:4, 49:5, 54:24, 62:15, 75:10, 99:10, 99:22, 131:11
**separately** [2] - 98:6, 98:19

**separation** [1] - 62:25
**September** [15] - 22:10, 22:12, 22:14, 23:4, 127:3, 127:14, 128:5, 138:4, 138:5, 138:7, 138:8, 138:9, 138:10, 138:11
**sequencing** [1] - 135:14
**serial** [1] - 30:18
**series** [1] - 103:20
**serious** [1] - 104:15
**seriously** [3] - 14:5, 68:1, 113:24
**serve** [2] - 73:19, 122:6
**served** [1] - 38:9
**SERVICES** [1] - 4:8
**set** [13] - 28:16, 42:1, 54:8, 60:6, 68:7, 68:16, 77:22, 88:10, 90:5, 98:2, 114:20, 124:7, 125:4
**settlement** [1] - 75:18
**SETTLEMENT............
......................** [1] -
8:12
**settlements** [1] - 76:1
**several** [3] - 103:3, 104:8, 105:11
**shall** [3] - 30:11, 105:23, 106:13
**share** [2] - 41:5, 52:3
**Shaw** [3] - 139:12, 139:14, 139:22
**SHAW** [1] - 4:18
**sheet** [7] - 113:6, 116:7, 117:10, 117:24, 117:25, 118:4, 138:18
**SHELL** [1] - 6:14
**shipowner** [1] - 129:3
**shoe** [1] - 83:6
**short** [4] - 21:4, 28:3, 67:18, 124:24
**SHORT** [1] - 8:19
**short-term** [1] - 21:4
**shortened** [2] - 13:20, 14:7
**shorter** [1] - 27:22
**shortly** [2] - 44:16, 44:17
**shot** [1] - 56:18
**shots** [1] - 71:24
**show** [2] - 83:9, 94:10
**SHUSHAN** [1] - 1:12
**shuttling** [1] - 104:8
**Siberia** [2] - 63:23, 64:4
**side** [3] - 29:20, 130:2,

135:10
**sided** [1] - 130:2
**sides** [1] - 82:8
**SIEGEN** [1] - 4:4
**SIEMENS** [1] - 5:12
**sight** [2] - 111:8, 111:9
**sign** [1] - 115:20
**significant** [1] - 38:16
**silent** [2] - 70:3, 70:5
**similar** [5] - 54:24, 63:5, 76:14, 85:3, 85:18
**simpler** [1] - 80:6
**simply** [7] - 14:11, 18:15, 39:11, 49:9, 80:6, 107:5, 122:20
**simultaneously** [1] - 38:24
**single** [2] - 91:5, 92:16
**sink** [1] - 74:18
**sit** [2] - 96:17, 110:3
**site** [1] - 23:4
**sitting** [3] - 78:13, 98:23, 103:25
**situation** [7] - 22:23, 57:9, 73:10, 73:11, 74:3, 104:12, 119:10
**six** [8] - 19:8, 20:10, 25:1, 62:7, 70:13, 108:2, 114:20, 122:5
**skip** [1] - 44:5
**slice** [1] - 81:10
**slight** [1] - 40:7
**slightly** [3] - 73:9, 91:17, 127:19
**slop** [1] - 132:4
**slotted** [1] - 46:17
**slow** [1] - 41:12
**slowing** [1] - 142:8
**small** [9] - 24:9, 24:12, 24:14, 81:10, 82:3, 134:20, 135:4, 136:23
**smaller** [2] - 25:14, 93:11
**smarter** [1] - 79:19
**smelter** [1] - 18:12
**SMITH** [1] - 6:13
**so..** [1] - 46:25
**software** [1] - 135:8
**sold** [2] - 18:12, 116:15
**solution** [4] - 23:11, 25:3, 25:4
**solve** [1] - 14:9
**someone** [4] - 11:4, 45:22, 48:24, 73:24
**sometimes** [1] - 87:19
**somewhat** [1] - 29:14

**soon** [2] - 114:4, 141:6

**sooner** [3] - 30:1, 36:5, 36:24

**soonest** [1] - 35:14

**sorry** [17] - 13:17, 17:18, 21:18, 28:14, 30:4, 36:12, 37:4, 50:10, 51:23, 52:20, 66:2, 73:23, 88:16, 89:6, 106:16, 125:14, 139:2

**sort** [5] - 20:18, 48:17, 71:4, 89:10, 90:24

**sound** [4] - 9:11, 10:14, 22:25, 131:4

**sound]** [1] - 36:11

**sounds** [11] - 17:1, 40:24, 45:18, 45:19, 48:3, 58:12, 88:11, 94:2, 94:4, 98:24, 136:1

**source** [6] - 38:17, 38:23, 39:21, 41:7, 41:20, 42:18

**SOUTH** [1] - 5:24

**south** [2] - 19:19, 34:4

**spaces** [1] - 17:2

**speaker** [1] - 49:1

**SPEAKER** [1] - 33:10

**speaking** [2] - 24:25, 81:3

**specific** [3] - 18:13, 55:14, 118:10

**specifically** [4] - 95:18, 116:18, 118:16, 119:2

**spell** [2] - 55:11, 137:23

**spelled** [3] - 74:12, 100:15, 124:16

**spent** [2] - 18:9, 74:12

**Sperry** [1] - 99:20

**spill** [1] - 132:7

**SPILL** [2] - 1:4, 5:3

**spiral** [1] - 82:13

**splitting** [1] - 59:24

**spoken** [4] - 20:7, 46:13, 67:14, 108:20

**spoliation** [1] - 34:5

**Sprague** [3] - 55:2, 55:3, 65:7

**square** [1] - 23:18

**SQUARE** [1] - 6:14

**ST** [2] - 6:4, 6:5

**stack** [3] - 20:24, 57:9, 140:24

**stage** [1] - 75:24

**staging** [1] - 41:24

**stake** [1] - 71:15

**stand** [3] - 92:2, 122:7, 140:22

**standard** [2] - 82:1, 118:4

**standing** [4] - 32:1, 32:17, 32:18, 128:16

**standpoint** [3] - 26:9, 80:1, 127:2

**start** [33] - 10:2, 14:14, 14:18, 14:23, 15:10, 16:2, 40:24, 44:18, 62:8, 62:9, 65:23, 78:20, 78:22, 79:9, 86:12, 87:23, 87:24, 92:8, 93:4, 93:11, 93:17, 95:25, 112:23, 112:24, 114:4, 132:12, 132:22, 134:10, 134:24, 135:14, 135:16, 136:3, 136:14

**started** [2] - 86:1, 95:8

**starting** [4] - 78:11, 88:14, 90:6, 114:15

**starts** [2] - 80:4, 112:19

**State** [2] - 106:15, 143:18

**state** [2] - 9:18, 109:9

**STATE** [2] - 2:18, 2:22

**State's** [1] - 107:17

**statement** [3] - 11:18, 94:7, 130:23

**statements** [2] - 78:7, 100:19

**STATES** [3] - 1:1, 1:13, 2:13

**States** [29] - 11:4, 11:7, 16:18, 17:5, 26:22, 28:9, 28:17, 37:25, 39:25, 40:16, 41:8, 44:13, 48:25, 49:12, 104:2, 104:20, 106:19, 107:18, 118:18, 119:20, 120:5, 121:8, 121:13, 131:22, 131:24, 143:18, 143:24

**states** [2] - 104:21, 106:19

**States'** [1] - 17:21

**states'** [1] - 125:16

**STATES'** [1] - 8:20

**STATES................** [1] - 8:6

**stationary** [1] - 57:5

**STATUS** [1] - 1:12

**status** [3] - 52:15,

52:22, 76:4

**stay** [3] - 44:24, 45:9, 64:9

**staying** [1] - 75:13

**steel** [2] - 20:18, 25:19

**STENOGRAPHY** [1] - 7:14

**step** [3] - 69:9, 71:18, 71:19

**STEPHEN** [1] - 1:20

**steps** [1] - 19:20

**Sterbcow** [6] - 46:21, 59:10, 60:11, 64:24, 67:10, 110:17

**STERBCOW** [44] - 1:23, 1:23, 46:23, 59:20, 60:5, 60:23, 61:5, 63:25, 64:8, 64:22, 64:24, 67:10, 67:14, 67:23, 68:2, 68:4, 68:12, 68:15, 68:22, 68:24, 69:17, 69:21, 77:19, 78:1, 95:13, 95:25, 96:5, 97:24, 98:15, 98:23, 99:16, 99:25, 100:4, 101:1, 101:8, 102:12, 102:22, 103:4, 103:17, 104:23, 105:3, 105:5, 105:7, 138:8

**Steve** [35] - 19:9, 19:16, 20:12, 20:14, 29:5, 29:12, 30:3, 30:21, 32:19, 32:20, 33:5, 34:19, 45:23, 51:17, 51:24, 52:17, 52:20, 56:17, 75:20, 88:14, 89:22, 90:22, 93:17, 93:23, 95:2, 109:21, 120:19, 123:2, 124:7, 124:25, 125:3, 125:4, 131:2, 131:15, 136:19

**STEVEN** [2] - 2:14, 6:24

**stick** [3] - 45:4, 71:11, 76:25

**still** [17] - 21:10, 39:24, 40:8, 46:11, 54:14, 62:22, 63:12, 70:17, 75:24, 80:14, 104:19, 107:9, 113:7, 115:5, 115:8, 120:12, 121:21

**stipulate** [9] - 56:7, 57:12, 74:19, 118:17, 119:15, 120:15, 121:4,

121:15, 136:11

**stipulates** [2] - 118:18, 121:16

**stipulation** [7] - 34:2, 89:18, 89:19, 92:15, 93:18, 119:7, 119:20

**stipulations** [6] - 119:3, 119:4, 119:16, 134:22, 136:3, 136:13

**STONE** [1] - 4:3

**stone** [1] - 102:2

**stop** [1] - 85:6

**storage** [8] - 19:5, 19:7, 21:17, 21:22, 23:22, 23:23, 25:21, 27:16

**store** [4] - 20:21, 22:4, 22:7

**stored** [1] - 26:17

**storing** [2] - 24:12, 29:1

**storm** [2] - 15:8, 21:10

**story** [3] - 17:11, 18:2, 19:18

**STRADLEY** [1] - 6:18

**straight** [1] - 15:13

**STREET** [13] - 1:18, 1:24, 2:4, 2:23, 3:7, 3:23, 4:5, 4:16, 4:24, 6:9, 6:15, 6:19, 7:12

**stretches** [1] - 35:15

**stricken** [1] - 103:11

**strictly** [1] - 119:5

**strife** [1] - 138:13

**strike** [5] - 103:7, 104:2, 104:22, 105:1, 106:7

**strong** [1] - 35:2

**strongly** [1] - 71:17

**structure** [7] - 17:22, 18:2, 19:18, 20:17, 35:8, 36:8, 36:20

**struggle** [1] - 75:1

**struggling** [1] - 104:9

**stuff** [10] - 41:19, 41:20, 56:5, 62:6, 69:14, 80:4, 80:5, 92:21, 132:23, 133:4

**SUB** [1] - 6:12

**subject** [4] - 70:22, 73:14, 90:3, 128:23

**submission** [3] - 27:11, 73:1, 73:14

**submissions** [3] - 15:18, 16:23, 100:18

**submit** [4] - 77:21, 92:14, 114:19, 131:10

**submitted** [1] - 119:6

**subpoena** [2] - 45:15, 89:17

**substantial** [1] - 40:20

**succession** [1] - 108:2

**sudden** [2] - 78:9, 103:22

**suddenly** [2] - 61:24, 94:11

**sufficient** [5] - 13:25, 54:12, 54:15, 68:18, 94:23

**sufficiently** [1] - 32:8

**suggest** [10] - 27:24, 35:21, 81:25, 99:9, 122:24, 123:5, 124:8, 128:2, 128:14, 135:3

**suggested** [8] - 19:13, 19:14, 29:12, 36:14, 90:3, 113:5, 126:12, 142:21

**suggesting** [3] - 49:15, 49:16, 49:18

**suggestion** [1] - 90:15

**suggests** [1] - 142:23

**suit** [1] - 71:1

**SUITE** [8] - 1:24, 2:4, 3:10, 4:10, 4:24, 5:20, 5:24, 6:9

**summarized** [1] - 130:10

**summary** [2] - 87:15, 88:1

**summer** [1] - 64:5

**sums** [1] - 34:13

**Sun** [1] - 99:20

**superficial** [1] - 56:21

**supervision** [1] - 23:6

**supplement** [1] - 123:17

**supplemental** [1] - 101:12

**support** [5] - 23:1, 23:2, 35:11, 96:9, 119:8

**SUPPORT** [1] - 5:17

**supporting** [1] - 127:4

**suppose** [1] - 16:15

**supposed** [3] - 77:11, 95:20, 110:19

**surely** [1] - 81:21

**surfaces** [1] - 21:12

**surprise** [1] - 128:25

**surprised** [1] - 76:13

**suspect** [2] - 56:3, 85:14

**SUZANNE** [1] - 6:22

**sweeteners** [1] - 63:2

**swirl** [1] - 98:1

sympathetic [1] - 122:25
system [4] - 10:9, 10:17, 10:21, 14:14
systems [2] - 21:13, 60:3

## T

table [2] - 90:8, 113:2
tackle [4] - 10:6, 28:5, 126:13, 134:23
tall [2] - 21:1, 25:1
tally [1] - 83:20
tampered [1] - 20:5
target [5] - 44:7, 71:16, 72:19, 74:10, 74:24
TARTER [1] - 4:23
task [1] - 137:5
tea [4] - 66:11, 67:3, 129:11, 129:16
team [9] - 29:21, 79:14, 84:11, 84:16, 87:6, 87:19, 87:22, 110:5, 133:13
teams [1] - 115:4
tech [1] - 135:11
technical [3] - 10:24, 24:10, 83:23
technologically [1] - 136:8
teed [1] - 62:14
telephone [2] - 63:14, 77:8
temporal [1] - 66:23
temporary [15] - 10:9, 10:11, 10:15, 11:2, 12:2, 12:6, 12:17, 14:17, 15:8, 21:22, 29:12, 30:2, 35:8, 36:8, 36:20
tend [1] - 54:14
tenders [1] - 127:5
tentative [2] - 45:3, 64:21
tentatively [1] - 90:4
term [7] - 19:4, 19:6, 21:4, 21:5, 24:12, 25:8, 38:11
termination [5] - 61:10, 61:20, 62:17, 62:18, 127:17
terms [9] - 27:14, 38:13, 71:15, 81:20, 86:25, 89:8, 102:25, 104:3, 126:5
terrific [1] - 116:16
tested [1] - 18:4

testify [2] - 105:25, 108:22
testifying [1] - 100:17
testimony [10] - 48:13, 49:2, 103:1, 103:10, 103:12, 104:2, 104:22, 105:9, 105:14
testing [11] - 15:23, 17:25, 18:9, 21:1, 24:13, 43:14, 43:15, 43:24, 44:6, 77:7
TESTING....................
...............[1] - 8:7
TESTING....................
...................[1] - 8:13
THE [404] - 1:4, 1:5, 1:12, 1:16, 2:7, 2:13, 2:22, 5:4, 8:6, 8:20, 9:7, 9:10, 9:16, 11:11, 11:16, 12:8, 12:18, 13:4, 13:12, 13:14, 13:19, 13:24, 14:4, 14:15, 15:11, 15:15, 15:22, 16:22, 17:18, 17:21, 18:17, 19:1, 19:16, 20:1, 20:6, 20:12, 20:19, 21:14, 21:18, 22:6, 22:10, 22:13, 22:16, 22:22, 23:3, 23:12, 23:19, 23:25, 24:15, 24:19, 24:23, 25:23, 25:25, 26:3, 26:12, 26:21, 27:8, 28:2, 28:18, 28:21, 29:8, 29:11, 29:16, 30:3, 30:10, 30:13, 31:3, 31:5, 31:18, 32:6, 32:13, 32:16, 33:10, 33:12, 33:22, 33:24, 34:6, 34:14, 34:23, 35:17, 36:4, 36:12, 36:15, 36:19, 36:23, 37:11, 37:15, 37:16, 38:2, 38:6, 38:7, 40:10, 40:24, 41:10, 42:24, 43:4, 43:10, 43:12, 44:5, 44:11, 44:24, 45:6, 45:8, 45:19, 46:2, 46:8, 46:21, 46:24, 47:3, 47:6, 47:9, 47:11, 47:13, 47:21, 47:23, 48:9, 48:19, 49:3, 49:15, 49:22, 49:24, 50:2, 50:7, 50:10, 50:13, 50:21, 51:5, 51:7, 51:10, 51:23,

52:6, 52:17, 53:1, 53:6, 53:9, 53:15, 53:21, 54:3, 54:6, 54:21, 55:5, 55:11, 55:14, 56:5, 56:20, 58:7, 58:11, 58:13, 58:15, 58:22, 58:24, 59:1, 59:3, 59:14, 59:16, 60:3, 60:9, 60:18, 60:25, 61:3, 61:4, 61:6, 61:12, 62:8, 63:9, 63:16, 63:22, 64:2, 64:6, 64:12, 64:20, 64:23, 65:1, 65:10, 65:12, 65:17, 65:23, 66:4, 66:6, 66:13, 66:17, 66:20, 67:1, 67:8, 67:13, 67:21, 67:24, 68:3, 68:10, 68:16, 68:23, 69:4, 69:8, 69:19, 69:22, 70:4, 70:9, 70:17, 70:21, 71:21, 72:7, 73:20, 74:4, 74:7, 74:16, 74:25, 75:14, 75:17, 75:18, 76:24, 77:5, 77:11, 78:15, 78:18, 78:23, 79:7, 79:18, 79:23, 80:20, 81:12, 82:15, 82:22, 82:25, 83:5, 83:11, 84:13, 84:23, 85:6, 85:23, 86:10, 86:14, 87:2, 87:10, 87:13, 87:24, 88:7, 88:11, 88:24, 89:4, 89:6, 89:11, 89:16, 90:17, 90:21, 91:9, 91:20, 91:23, 93:4, 93:14, 93:17, 94:4, 94:13, 94:20, 94:25, 95:2, 95:10, 95:24, 96:4, 96:15, 96:17, 96:21, 96:24, 97:3, 97:7, 97:13, 97:19, 98:4, 98:12, 98:16, 99:6, 99:9, 99:17, 99:21, 100:3, 100:24, 101:6, 101:21, 101:24, 102:2, 102:7, 102:14, 102:16, 102:20, 103:3, 103:16, 104:5, 104:24, 105:4, 105:6, 105:10, 106:10, 106:17, 107:19, 107:22, 109:3, 109:16, 109:18, 109:19, 110:7, 111:4, 111:9,

111:18, 111:21, 112:3, 112:6, 113:11, 113:20, 114:7, 115:14, 115:22, 116:2, 116:4, 116:7, 116:11, 116:15, 116:20, 117:1, 117:5, 117:10, 117:16, 117:21, 117:25, 118:3, 118:6, 118:12, 118:15, 118:25, 119:18, 120:19, 121:11, 122:17, 123:2, 123:6, 124:12, 124:14, 124:22, 125:7, 125:11, 125:15, 125:24, 126:9, 126:11, 126:23, 127:8, 128:16, 128:19, 129:11, 129:16, 129:22, 130:7, 130:9, 130:16, 130:19, 131:13, 131:17, 131:22, 131:24, 132:8, 133:1, 133:5, 133:7, 133:12, 133:16, 133:19, 133:23, 134:2, 134:7, 134:16, 134:18, 135:24, 136:21, 136:23, 137:9, 137:23, 137:25, 138:2, 138:5, 138:10, 138:14, 138:17, 138:20, 138:24, 139:2, 139:10, 139:16, 139:19, 139:24, 140:6, 140:9, 140:14, 140:18, 140:24, 141:5, 141:17, 141:22, 142:1, 142:3, 142:4, 142:7, 142:10, 142:16, 142:25, 143:5, 143:9
theirs [2] - 83:9, 127:15
themselves [6] - 30:21, 37:7, 72:15, 73:9, 80:4, 108:24
THEODORE [1] - 5:13
thereafter [1] - 80:18
therefore [1] - 85:15
thereof [1] - 81:23
they've [7] - 11:23,

59:7, 63:23, 76:5, 84:16, 108:12, 120:16
Thierens [5] - 59:11, 62:20, 103:8, 107:5, 108:8
Thierens' [6] - 62:16, 62:18, 62:25, 103:2, 105:17
thinking [5] - 28:19, 62:8, 62:9, 134:10, 136:7
thinks [7] - 17:6, 44:11, 45:22, 47:24, 124:20, 130:21, 135:1
third [6] - 48:16, 61:21, 89:3, 92:23, 100:15, 120:4
third-party [2] - 92:23, 100:15
THIS [1] - 1:9
thoughts [2] - 18:23, 132:18
thousand [1] - 95:7
thousands [2] - 84:4, 93:12
three [18] - 32:4, 35:11, 61:18, 62:15, 62:25, 67:21, 67:25, 73:17, 91:21, 94:5, 108:9, 118:19, 130:2, 133:21, 136:21, 136:24, 140:13
three-member [1] - 136:24
three-sided [1] - 130:2
threshold [1] - 65:21
throw [2] - 110:15, 127:11
Thursday [2] - 77:24, 132:21
tied [1] - 30:7
tier [1] - 12:1
TIGER [1] - 6:13
tight [2] - 25:19, 129:14
Tim [1] - 51:7
TIME...........................
.[1] - 8:9
TIME...........................
..........[1] - 8:11
timeline [2] - 33:17, 35:5
timely [1] - 63:8
timing [3] - 89:24, 115:12, 127:10
TO [5] - 1:9, 8:18, 9:4, 85:12, 111:20

**toaster** [1] - 18:12
**toasters** [1] - 18:19
**today** [14] - 10:8, 15:25, 35:3, 37:2, 43:16, 52:11, 52:22, 77:9, 77:11, 80:24, 103:6, 113:2, 116:18, 131:5
**today's** [4] - 28:23, 61:24, 142:20
**together** [9] - 15:16, 37:8, 71:10, 86:2, 92:8, 92:9, 128:14, 130:20, 134:20
**Tommy** [1] - 64:13
**TOMPKINS** [1] - 6:13
**Tony** [9] - 31:21, 33:4, 41:3, 43:6, 72:23, 81:19, 122:18, 124:6, 133:25
**took** [2] - 90:23, 99:7
**tools** [1] - 55:8
**topic** [11] - 50:17, 53:24, 54:10, 54:25, 55:1, 55:4, 65:7, 65:9, 65:10, 87:2, 107:1
**topics** [8] - 50:5, 50:8, 50:23, 54:24, 55:25, 65:15, 105:21, 109:11
**TORTS** [1] - 2:8
**total** [1] - 13:11
**totally** [1] - 103:1
**touch** [1] - 128:17
**touches** [1] - 55:22
**tough** [2] - 102:19, 102:20
**toward** [1] - 16:21
**towards** [2] - 38:22, 76:18
**track** [4] - 42:10, 90:25, 108:1, 139:11
**trade** [1] - 71:3
**trading** [1] - 73:9
**tradition** [1] - 80:9
**traditional** [2] - 92:7, 94:9
**TRANSCRIPT** [2] - 1:12, 7:14
**transcript** [10] - 46:24, 112:20, 113:16, 114:18, 117:2, 117:5, 117:11, 117:20, 118:1, 143:19
**transcripts** [3] - 113:22, 114:14, 115:3
**translated** [2] - 51:21,

52:11
**translating** [1] - 51:18
**translation** [3] - 51:14, 52:1, 52:2
**translations** [2] - 51:16, 52:8
**TRANSOCEAN** [3] - 3:3, 3:3, 3:5
**Transocean** [51] - 16:20, 17:6, 17:22, 17:23, 18:15, 19:1, 19:6, 19:17, 22:17, 22:21, 22:22, 23:6, 26:15, 26:25, 59:23, 63:23, 65:25, 70:14, 71:5, 73:6, 74:8, 74:13, 74:15, 76:17, 83:4, 83:16, 83:21, 83:24, 84:2, 86:3, 86:7, 86:22, 87:9, 99:2, 99:4, 103:19, 120:4, 121:6, 121:13, 121:23, 121:25, 122:8, 127:14, 127:22, 128:4, 128:5, 128:10, 129:25, 132:1, 142:18
**Transocean's** [2] - 83:11, 122:9
**TRANSOCEAN'S** [1] - 8:15
**transparent** [1] - 60:22
**transport** [1] - 19:2
**travel** [1] - 111:25
**treat** [1] - 124:3
**tremendous** [1] - 114:14
**trend** [2] - 73:12, 73:13
**Trent** [3] - 47:8, 47:9, 47:11
**Trial** [2] - 135:7, 135:10
**trial** [22] - 19:14, 76:9, 92:13, 106:12, 119:17, 120:16, 120:21, 121:12, 121:17, 122:21, 122:22, 123:22, 124:17, 129:10, 129:16, 130:4, 134:10, 134:23, 135:9, 135:15, 135:21, 136:2
**TRIAL**........................
.....[1] - 8:22
**triangle** [1] - 130:2
**trick** [1] - 115:1

**tried** [2] - 57:1, 124:2
**trier** [4] - 108:23, 108:25, 109:14, 109:16
**trigger** [1] - 90:9
**true** [2] - 57:12, 143:19
**truly** [1] - 70:3
**trust** [2] - 108:23, 108:25
**truth** [1] - 101:16
**try** [14] - 11:3, 28:5, 30:8, 46:17, 46:18, 71:10, 76:2, 80:8, 91:6, 117:21, 124:3, 125:5, 139:21, 143:3
**trying** [18] - 25:24, 31:23, 35:19, 45:4, 45:15, 45:17, 47:2, 51:18, 52:3, 75:2, 76:25, 80:3, 82:11, 90:25, 91:7, 120:18, 124:8, 139:22
**TSEKERIDES** [1] - 5:13
**Tuesday** [8] - 28:13, 28:19, 37:14, 77:21, 77:23, 142:2, 142:3, 142:5
**turn** [4] - 18:19, 56:2, 115:1, 115:3
**turned** [2] - 43:16, 57:24
**turning** [2] - 9:10, 114:18
**turns** [1] - 52:23
**twice** [1] - 65:11
**two** [48] - 11:22, 20:25, 21:10, 21:11, 22:1, 22:17, 26:14, 27:1, 27:17, 27:22, 29:6, 32:17, 33:2, 40:8, 54:10, 54:18, 54:24, 57:23, 61:18, 64:1, 65:1, 66:9, 66:14, 73:14, 75:23, 86:1, 89:2, 89:4, 89:7, 90:10, 90:12, 91:8, 97:21, 98:6, 99:12, 100:22, 101:3, 104:25, 108:8, 109:25, 112:21, 119:23, 124:7, 128:21, 137:14, 137:20, 139:9
**two-day** [2] - 54:18, 112:21
**two-week** [1] - 90:10
**TX** [5] - 3:10, 4:11,

4:24, 6:9, 6:20
**type** [4] - 35:11, 58:3, 76:3, 87:7
**types** [5] - 56:22, 57:14, 57:15, 57:17, 123:15
**typically** [2] - 112:21, 127:23
**typo** [1] - 47:22

**U**

**U.S** [3] - 2:7, 2:14, 6:3
**UK** [1] - 46:15
**ultimately** [2] - 135:18, 135:19
**umbrella** [1] - 115:14
**unacceptable** [1] - 113:8
**unclear** [1] - 17:11
**uncomfortable** [1] - 113:9
**uncontested** [1] - 136:2
**under** [15] - 10:7, 12:4, 13:20, 14:21, 15:2, 16:11, 20:12, 22:23, 23:5, 27:3, 34:18, 113:3, 115:14, 127:12
**UNDERHILL** [7] - 2:8, 17:16, 17:19, 18:3, 18:18, 107:20, 107:23
**Underhill** [6] - 17:16, 19:10, 19:11, 105:17, 107:20, 107:22
**Underhill's** [6] - 27:10, 106:6, 106:7, 109:8, 109:13, 110:17
**underlying** [2] - 83:21, 98:7
**understood** [5] - 17:19, 17:21, 20:19, 85:7, 105:13
**undertake** [1] - 37:12
**underway** [1] - 97:23
**unduly** [1] - 119:14
**unfairly** [1] - 128:9
**unfortunately** [2] - 30:6, 59:20
**UNIDENTIFIED** [1] - 33:10
**unidentified** [1] - 49:1
**United** [30] - 11:4, 11:7, 16:18, 17:5, 17:21, 26:22, 28:9, 28:17, 37:25, 39:25,

40:16, 41:8, 44:13, 48:25, 49:12, 104:2, 104:20, 106:19, 107:18, 118:18, 119:20, 120:5, 121:8, 121:13, 131:22, 131:24, 143:18, 143:24
**UNITED** [4] - 1:1, 1:13, 2:13, 8:6
**units** [4] - 13:24, 14:6, 20:25, 24:13
**universe** [2] - 92:12, 93:11
**unless** [4] - 56:2, 82:1, 129:10, 141:9
**unlike** [1] - 111:12
**unlikely** [2] - 48:24, 49:11
**unopposed** [3] - 40:5, 139:25, 141:8
**unquote** [2] - 16:7, 120:11
**unreasonable** [1] - 121:9
**unrebutted** [1] - 40:23
**unseaworthiness** [2] - 127:4, 127:25
**Up** [1] - 76:6
**up** [66] - 9:10, 9:25, 11:3, 13:2, 16:12, 19:18, 20:1, 20:16, 21:2, 22:17, 29:2, 29:21, 29:22, 30:7, 33:22, 34:13, 36:18, 40:3, 44:17, 45:9, 45:10, 45:24, 46:11, 47:15, 47:23, 50:3, 50:12, 52:18, 53:9, 53:25, 58:22, 62:14, 63:9, 64:3, 68:19, 69:6, 72:16, 75:25, 76:21, 77:18, 78:15, 80:14, 83:15, 86:19, 88:4, 88:6, 89:1, 89:18, 89:20, 92:2, 96:2, 97:17, 99:23, 100:24, 103:5, 103:8, 112:9, 113:23, 114:5, 124:14, 138:20, 139:25, 140:15, 141:2, 141:10, 142:22
**update** [4] - 38:8, 43:13, 44:12, 51:14
**US** [8] - 16:23, 17:14, 110:3, 112:1, 120:7, 120:8, 120:9, 120:10
**USA** [1] - 4:14

usage [1] - 104:15
usual [1] - 69:24

## V

vacation [1] - 63:14
vacationing [1] - 63:12
valid [2] - 88:3, 124:1
variety [1] - 108:15
various [1] - 103:21
vary [1] - 132:20
veil [1] - 51:13
verging [1] - 124:9
VERITAS [1] - 6:8
versus [5] - 55:15, 57:6, 69:17, 100:10, 116:24
vessels [1] - 57:4
vet [1] - 32:5
via [1] - 112:20
video [1] - 108:23
videotaping [1] - 18:1
view [3] - 14:12, 30:20, 35:3
viewing [1] - 33:9
visit [3] - 31:24, 35:10, 35:11
visual [5] - 31:1, 31:5, 35:22, 36:3, 37:7
VOICES [1] - 143:11
volume [1] - 94:12
voluntarily [1] - 111:6
volunteer [2] - 110:7, 137:17
volunteered [1] - 130:20

## W

WACKER [1] - 5:24
WADE [1] - 7:4
wait [2] - 50:12, 89:25
waiting [3] - 85:10, 85:20, 85:21
WALKER [1] - 6:3
Walmart [1] - 18:13
WALTHER [1] - 4:3
wants [21] - 17:23, 23:22, 24:1, 28:8, 30:14, 30:19, 33:15, 33:17, 36:6, 40:11, 54:4, 66:8, 66:9, 71:4, 71:21, 90:11, 96:25, 97:8, 120:13, 133:19, 139:18
warning [1] - 40:3
WARREN [1] - 4:16

WASHINGTON [3] - 2:15, 3:24, 4:17
wasting [1] - 99:24
water [1] - 89:9
WATKINS [1] - 5:23
Watts [1] - 56:18
Watts' [1] - 56:20
ways [1] - 57:14
Weatherbee [1] - 100:9
WEATHERFORD [1] - 6:3
Weatherford [7] - 72:10, 72:12, 76:1, 76:3, 76:12, 76:14, 76:19
Wednesday [1] - 43:14
week [53] - 11:21, 13:10, 13:22, 14:3, 28:7, 28:24, 29:25, 30:8, 30:22, 31:22, 33:5, 38:12, 44:10, 44:12, 46:19, 47:3, 55:10, 59:17, 59:21, 60:6, 61:2, 62:11, 64:3, 70:23, 70:24, 73:14, 78:6, 90:10, 91:7, 96:9, 98:1, 99:4, 108:13, 111:1, 111:24, 112:2, 112:12, 113:6, 113:13, 114:13, 115:23, 116:9, 126:8, 130:25, 137:10, 139:24, 140:8, 140:9, 141:7, 142:23, 143:1, 143:4
week's [1] - 131:14
weekend [1] - 31:14
weekly [1] - 42:4
weeks [11] - 13:12, 62:7, 67:21, 67:25, 90:12, 91:8, 122:5, 133:21, 133:22, 137:5
WEIGEL [1] - 5:4
weigh [1] - 16:21
WEIL [1] - 5:13
welcome [1] - 77:2, 125:7
wellbore [1] - 22:2
wells [2] - 50:16, 50:20
west [1] - 12:1
western [2] - 63:23, 64:4
whatnot [1] - 115:4
whereas [1] - 11:7
WHEREUPON [2] -

58:20, 143:12
White [2] - 39:3, 39:17
WHITELEY [1] - 2:22
whole [2] - 75:25, 127:21
wide [2] - 25:1, 115:4
WILLIAM [2] - 6:4, 6:18
willing [10] - 16:4, 19:3, 25:7, 26:16, 46:9, 52:3, 52:16, 72:4, 72:5, 102:4
Willis [3] - 96:10, 99:5, 99:19
window [1] - 90:10
WINTHROP [1] - 4:18
wise [1] - 88:13
wish [4] - 23:8, 42:9, 48:18, 101:10
withdraw [1] - 104:24, 107:25, 108:5, 108:19, 109:1
withdrawing [2] - 106:19, 107:17
withdrawn [1] - 106:11
withdrew [1] - 106:24
withholding [2] - 44:14, 81:17
witness [33] - 45:18, 47:4, 48:1, 48:11, 49:12, 55:1, 61:21, 64:25, 66:8, 66:9, 71:3, 75:2, 75:6, 78:13, 88:19, 94:14, 103:1, 104:11, 104:25, 105:16, 105:20, 105:21, 105:24, 106:2, 107:4, 107:11, 107:12, 107:14, 109:11, 132:20
witness' [2] - 47:25, 105:14
witness-by-witness [2] - 75:2, 75:6
witnessed [1] - 71:15
witnesses [27] - 44:19, 55:24, 73:6, 78:13, 85:14, 85:15, 85:18, 85:19, 88:6, 92:20, 103:14, 103:18, 103:19, 104:6, 104:7, 104:9, 104:12, 104:14, 108:10, 108:11, 108:21, 109:15, 137:18, 137:20, 140:3, 141:8
WITTMANN [24] - 4:3,

4:4, 33:20, 33:23, 33:25, 34:13, 50:4, 50:8, 50:11, 50:15, 51:1, 51:9, 75:9, 129:20, 140:7, 140:12, 140:16, 141:4, 141:12, 141:20, 141:24, 142:2, 142:5, 142:9
Wittmann [3] - 33:20, 51:4, 75:9
wonder [1] - 89:12
wondering [1] - 139:14
WOODWAY [1] - 3:10
word [5] - 63:14, 104:14, 106:22, 107:14
words [2] - 34:7, 120:17
workers [1] - 12:3
works [2] - 58:14, 110:12
world [1] - 81:5
WORLDWIDE [1] - 5:10
worried [1] - 126:14
worth [1] - 104:2
worthwhile [2] - 110:8, 134:24
wow [1] - 91:23
Wright [1] - 67:8
WRIGHT [1] - 1:16
Wright's [1] - 67:11
writing [3] - 71:17, 106:4, 141:22
written [4] - 107:13, 140:22, 140:24, 141:2
wrote [1] - 87:7

## X

xerox [1] - 118:4

## Y

y'all [1] - 136:15
Y-I-L-M-A-Z [1] - 65:20
yard [4] - 20:3, 25:15, 27:18, 27:21
year [11] - 19:7, 19:21, 22:7, 22:9, 22:10, 22:11, 22:12, 22:20, 26:7, 27:4, 33:18
years [1] - 107:8
yesterday [6] - 10:4, 10:6, 50:5, 61:16, 141:20, 142:18

Yilmaz [1] - 65:19
York [9] - 63:13, 64:15, 66:2, 78:17, 86:15, 90:19, 129:6, 133:8, 140:20
YORK [22] - 4:9, 4:20, 5:5, 5:14, 63:13, 63:21, 64:15, 66:2, 78:17, 78:19, 79:9, 79:21, 86:15, 88:8, 88:14, 90:19, 90:22, 91:14, 129:6, 133:8, 138:1, 140:20
York's [1] - 91:12
yourself [3] - 77:2, 93:8, 93:21