# Exhibit A

**Memorandum**

To:     Liaison Counsel and Coordinating Counsel

From:  Magistrate Judge Shushan

Re:     Post July 31, 2011 Depositions for Phase One

Date:   May 27, 2011

Attached is the list of persons that have been requested for depositions after July 31, 2011 for **Phase One** of the February 2012 trial. It has grown to 47. Since it includes witnesses, we could not accommodate before July 31st.

By **Friday, June 3, 2011**, please report whether there are any additions or corrections to the list.

By **Friday, June 10, 2011**, please state any objections to deposing these persons from August 1, 2011 through about October 14, 2011. Thereafter the parties shall promptly meet-and-confer on the objections. If the parties are unable to resolve the objections, I will resolve them at or following the June 17th status conference.

Please begin contacting the persons identified on the list so that they may be scheduled for their depositions. The default time limit for these depositions will be 7.5 hours.