# Exhibit C

```
 1              UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF LOUISIANA

 3

     IN RE:  OIL SPILL BY     MDL NO. 2179
 4   THE OIL RIG
     "DEEPWATER HORIZON"      SECTION:  J
 5   IN THE GULF OF
     MEXICO, ON APRIL 20,     JUDGE BARBIER
 6   2010                     MAG. JUDGE SHUSHAN

 7

 8

 9




15

16

17                        VOLUME 1

18

19         Deposition of FEREIDOUN ABBASSIAN,

20   12017 Tall Oaks Street, Houston, Texas 77024,

21   taken in the Orleans Room, Pan-American Life

22   Center, 601 Poydras Street, New Orleans,

23   Louisiana 70130, on Tuesday, May 3, 2011.

24

25
```

1        A.       That was conclusively --
2        Q.       Established?
3        A.       -- established.  There's no
4    question that the flow came through the
5    wellbore and not on the backside.
6        Q.       Okay.
7        A.       Through the seal assembly.
8        Q.       Right.
9        A.       That has been established.  In
10   fact, the way -- one way we established that
11   was because had it come from the backside, it
12   would have been a totally different pressure
13   signal.  The hum (sic) would have looked
14   totally different.
15       Q.       Fair enough.  Now, back to the
16   Bly Report.  Did you review the findings of
17   your team before they were finalized and put
18   into the report?
19       A.       We were constantly reviewing --
20   you know, the writing took place over a
21   period of time, and, as you know, from
22   documents that -- because we were supplying
23   all the revisions and rewrites, and we were
24   sending them, we did not destroy any
25   documents, and as we were writing the report,

1  some of the theories specifically to do with
2  the performance of the BOP and that pressure
3  signal, our understanding kept changing.  So
4  we went through a number of revisions as the
5  theories were kind of firming up.
6              Recommendations that came out
7  were the recommendations that I was heavily
8  involved with.  I personally was involved
9  with every single recommendation.  It wasn't
10 something that came to me by my team.  What
11 do you think?
12      Q.    Sure.
13      A.    Those recommendations were
14 already formed in my head.
15      Q.    So I guess my next question:  It
16 would be fair to say that you agree with the
17 findings contained in Section 5D of the Bly
18 Report?
19      A.    Yes, I do.
20      Q.    Now, you testified earlier this
21 morning that -- you may remember when you
22 said when you joined the investigation team,
23 the BOP investigation was lagging behind.
24 What is that --
25      A.    So we had to source the team.

1  maintenance.  Tony Emmerson was looking after
2  testing, and also he was acting as my -- was,
3  when I was away, and that was my, essentially
4  right-hand man, put it that way, as a deputy
5  team leader.  Tim Allen was looking after BOP
6  system and its performance.  So anything he
7  was involved with, BOP rating and any tests
8  that we had to do to determine, for example,
9  the impact of flow rate on elastomeric parts,
10 so that was Tim Allen.  And let me recall
11 everybody.  And then -- Nik Politis was
12 looking after -- Nik Politis was reporting to
13 Tim Allen.  It was Ray Fleming who was
14 leading the control system performance, so
15 that is all the leaks, the performance of the
16 parts, everything was under -- so Tim was the
17 hardware, Tim Allen, and Ray Fleming was the
18 control maintenance testing.  Those are the
19 four individuals.
20      Q.    Did you ever determine as part
21 of your investigation who at BP would have
22 been tasked with ensuring that MMS
23 regulations are met at all times with respect
24 to the BOP?
25      MR. COLLIER:

```
 1              UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF LOUISIANA

 3
     IN RE:  OIL SPILL            MDL NO. 2179
 4   BY THE OIL RIG
     "DEEPWATER HORIZON"          SECTION:  J
 5   IN THE GULF OF
     MEXICO, ON                   JUDGE BARBIER
 6   APRIL 20, 2010               MAG. JUDGE SHUSHAN

 7

 8

 9
```

**VOLUME 2**

Deposition of **FEREIDOUN ABBASSIAN**, 12017 Tall Oaks Street, Houston, Texas 77024, taken in the Pan American Life Center, Orleans Room, 11th Floor, 601 Poydras Street, New Orleans, Louisiana 70130, reported on Wednesday, May 4th, 2011.

```
 1  what you mean by fully.  I assume you mean
 2  zero.
 3  EXAMINATION BY MR. BAAY:
 4       Q.    Well, Let me ask it differently.
 5  If the system does not disarm itself, the
 6  battery will continue to sustain a load.
 7       MR. COLLIER:
 8            Object to form.
 9       THE WITNESS:
10            There will be a load on the
11  battery.
12  EXAMINATION BY MR. BAAY:
13       Q.    Is it true that if Solenoid 103
14  on the yellow pod could not be energized,
15  then the system for the yellow pod would not
16  have disarmed, given what we just talked
17  about?
18       A.    No, it's not true what you said.
19       Q.    Why?
20       A.    Or may I say -- I don't have the
21  answer to this question, but somebody in my
22  team has the answer to this question, but I
23  cannot really rationalize it for you here
24  because I don't have the information in my
25  hand.
```

1    Q.   Do you not know enough about the
2 operation of the Programming Logic to answer
3 it?
4    A.   I had a team who -- I had a
5 control -- a team of control engineers who
6 know the details of operation of the parts.
7 That question should be put to them.
8    Q.   But just a few minutes ago, you
9 were very eloquently describing how the
10 system cycles.
11    A.   I don't know the answer to the
12 question that you just put to me.  Under
13 oath, I cannot really tell you what the
14 answer is.  Had I known the answer, I would
15 have rationalized it for you, but I just
16 don't have all the facts here.
17    Q.   So you don't know -- so there
18 were people on your team with more knowledge
19 about the operation of the control system, is
20 that true?
21    A.   I had a team of multidisciplined
22 experts, yes.
23    Q.   Who would those people be that
24 could answer the question that I just asked?
25    A.   Ray Fleming.

1      Q.     Anyone else?

2      A.     I just don't -- I think Ray
3  Fleming is sufficient.  He was the team
4  leader for the control.  He had sufficient
5  expertise within his team to be able to
6  answer that question.

7      Q.     And back to the --

8      A.     By the way, I'm more than happy
9  to get that answer for you during the break
10 if that -- I just don't have the answer, but
11 it's actually a good question.  I can get you
12 the answer, if you wish.

13     Q.     The question that started for
14 the batteries, did you or your team or
15 Mr. Fleming do any testing that investigated
16 whether or not there was a set of
17 circumstances where the system would not
18 disarm itself and run the battery below
19 sufficient voltage to function the AMF?

20     A.     I can't recall the details, but
21 they did consider scenarios under which a
22 battery would -- there would be a remaining
23 load on the battery.  All those scenarios, as
24 I recall, pointed to sequence not being --
25 AMF sequence not being completed and the

```
 1          A.      Can I make a comment?
 2          Q.      Sure.
 3          A.      Most important thing is the
 4    follow-up sentence, that you need to continue
 5    reading that sentence, that:  "A short time
 6    later a leak on the ST lock hydraulic
 7    circuit, which was downstream of one of the
 8    BSR bonnet sequence valves was observed."
 9                  You would not have observed that
10    leak if the BSR circuit, closing circuit was
11    not pressurized.  This is hard evidence.
12          Q.      But, again, the answer to who --
13    my question was focused on identifying the
14    person who I can go to for BP and say, what
15    did you see and why do you think that is
16    consistent with an accumulator discharging?
17    You don't know who that person is?
18          A.      No.  Many people on my team may
19    have the names.  Tony Emmerson could be one
20    individual who would be able to tell you the
21    name of the individuals who actually observed
22    the ROV, but more importantly the leak.
23          Q.      Okay.  Your team concluded that
24    the blind shear rams were most likely
25    activated by the ROV cutting the autoshear
```

```
 1   30 seconds, 50 seconds, one minute.
 2        Q.    Right.
 3        A.    And what is important is not
 4   absolute velocity but exposure time, that is
 5   to say, average velocities as this motion
 6   takes place and when you compare the two
 7   motions, you will see that on average, you
 8   have got by far lower velocities due to a
 9   higher cross-sectional area to the flow for
10   the blind shear ram.
11        Q.    I see what you're saying.
12   You're not saying that the velocity is
13   necessarily going to be any different, you're
14   saying that the time at which that velocity
15   is high is different, depending on the
16   annular or the BSR?
17        A.    Yes, and the distribution, and
18   the distributional velocity during the
19   close -- during the 30 or 40 seconds of
20   closing time.
21        Q.    Okay.
22        A.    It's totally different profiles.
23        Q.    On Page 157, you have a graph
24   showing among other things Cameron shearing
25   pressure BOP at surface.  Do you see that?
```

```
 1        A.    That's right here.
 2        Q.    Do you know who on your team
 3   made those calculations?
 4        A.    Yes, I do.  Tim Allen was the
 5   name of the individual who did it.
 6        Q.    Did Mr. Allen make all the --
 7   well, there's also the calculation for BOP at
 8   seabed.  Did Mr. Allen make that calculation
 9   as well?
10        A.    Using Cameron spreadsheet.
11        Q.    Using Cameron EB702D?
12        A.    Oh, yes, this was based on
13   Cameron formulas, yes.
14        Q.    And was Mr. Allen aware of
15   EB702D before getting involved with the BP
16   investigation?
17        A.    I can't answer this question
18   because I don't know.
19        Q.    Do you know, or were you ever
20   involved in any discussions about whether or
21   not BP was aware of EB702D before April 20th,
22   2010.
23        A.    I don't recall.
24        Q.    This graph shows a horizontal
25   line, available hydraulic pressure with leak
```

```
 1         Q.    I didn't ask you about your
 2   assumptions.
 3         A.    So I cannot comment on the
 4   question.
 5         Q.    I asked you very directly, do
 6   you know whether it's standard practice --
 7         A.    I don't know the answer to this
 8   question.
 9         Q.    Okay, whether to run
10   nonshearable drill pipe strings?  You don't
11   know the answer to that question?
12         A.    I don't know whether this is a
13   standard practice.
14         Q.    Okay.  Now, turn to Page 157 of
15   the Bly report, please, which is Exhibit
16   No. 1.
17         A.    157.  (Complying.) Okay.
18         Q.    You were asked some questions
19   about this chart, weren't you?
20         A.    I was referring to this chart,
21   yes.
22         Q.    Okay.  Now, you have a line on
23   here, on this chart, this chart was part of
24   the report that you were responsible for?
25         A.    Yes, correct.
```

```
 1        Q.    It was done by someone under
 2   your control, I think you said Mr. Allen?
 3        A.    Yes, Tim Allen.
 4        Q.    And it actually has -- the line
 5   that says "the shearing pressure at BOP at
 6   the surface," do you see that line?  It's a
 7   dotted line, it goes up diagonally?
 8        A.    Yeah.
 9        Q.    And then below that it says:
10   "Cameron shearing pressure BOP at seabed,
11   5,000," I assume DW is water depth?
12        A.    Yes.
13        Q.    Can you tell me why the chart,
14   can you just explain this to me why the chart
15   would reflect, the BP chart in your BP report
16   would reflect that it takes less pressure to
17   shear at 5,000 feet than it does at sea
18   level?  Can you explain that to me?
19        A.    This is based on Cameron
20   shearing formula.
21        Q.    I don't know, I will -- trust
22   me, I will ask Cameron this question too.
23        A.    I think that's a good question
24   to Cameron.
25        Q.    I'll be happy to ask it to
```

```
 1   Cameron.  Today I haven't got Cameron, I've
 2   got you.
 3             Today, can you tell me why BP
 4   put in their report that it takes less
 5   pressure to shear a piece of drill pipe at
 6   5,000 feet water depth than it does at sea
 7   level?
 8        A.   I can't explain to you before
 9   having the formula in front of me.
10        Q.   So you can't explain Mr. Allen's
11   reasoning in preparing the chart this way?
12        A.   I have reviewed -- at the time
13   of writing this report, I've reviewed detail
14   calculations performed on this, I've reviewed
15   the formula provided in Cameron Engineering
16   bulletin and --
17        Q.   Sure you have.
18        A.   I satisfied myself that this --
19   the authenticity of this data.
20        Q.   Sure.  Sure, you have.  So go
21   ahead and explain it to me why that's an
22   authentic --
23        A.   You need to give me the bulletin
24   and then I explain it to you.
25        Q.   Okay.  I don't have that
```