Exhibit D

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2

 3   IN RE:  OIL SPILL         )     MDL NO. 2179
     BY THE OIL RIG            )
 4   "DEEPWATER HORIZON" IN    )     SECTION "J"
     THE GULF OF MEXICO, ON    )
 5   APRIL 20, 2010            )     JUDGE BARBIER
                               )     MAG. JUDGE SHUSHAN
 6
 7
 8
 9
10
11
12
13
14
15
16
17                  *****************
                         VOLUME 2
18                  *****************
19
20
21       Deposition of Henry Matthew Thierens, taken at
     Kirkland & Ellis International, 30 St. Mary Axe, 22nd
22   Floor, London EC3A 8AF, England, United Kingdom, on the
     10th of June, 2011.
23
24
25
```

**PURSUANT TO CONFIDENTIALITY ORDER**

1   Q.   Have you seen the videotape of the BOP stack
2  when they cut the trigger?
3       A.   I don't recall seeing that.
4       Q.   I -- you may have -- I think you mentioned
5  this yesterday, or it could have been this morning,
6  do -- do you recall having a conversation with someone
7  regarding the -- the BOP stack moving or shifting when
8  they cut the trigger pin?
9       A.   Yes.  I was informed by Tony Emmerson, and
10 Tony Emmerson was -- had the title of Source Control
11 Leader, I think it was, who advised me that he saw some
12 movement when that pin was cut.
13      Q.   Did he describe the movement?
14      A.   He just said it shook.
15      Q.   The whole stack shook?
16      A.   Yes.  And as I recall, also, I believe
17 Mr. Whitby told me the same thing.
18      Q.   Did anybody else mention that to you?
19      A.   Not that I can recall.
20      Q.   These activities -- well, let me ask this:
21 Were you involved specifically with the BOP at any time
22 before the rig sank?
23      A.   Not directly, no.
24      Q.   All right.  These activities that -- these ROV
25 activities that we've been discussing up to this point,

**PURSUANT TO CONFIDENTIALITY ORDER**