# Exhibit E

```
 1            UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
 2

 3    IN RE:  OIL SPILL        )    MDL NO. 2179
      by the OIL RIG,          )
 4    DEEPWATER HORIZON in      )    SECTION "J"
      the GULF OF MEXICO,       )
 5    April 20, 2010           )    JUDGE BARBIER
                                )
 6                              )    MAG. JUDGE
                                )    SHUSHAN
 7

 8

 9
                   * * * * * * * * * * * * * *
10                      VOLUME 1
                   * * * * * * * * * * * * * *
11

12

13

14

15

16

17

18

19         Deposition of MELVYN WHITBY, taken at
      Pan-American Building, 601 Poydras Street,
20    11th Floor, New Orleans, Louisiana, 70130, on
      July 18, 2011.
21

22

23

24

25
```

**PURSUANT TO CONFIDENTIALITY ORDER**

1    Q.    Okay.  But in any event, were

2    you watching the feed when the auto shear pin

3    was cut April 22nd?  I believe the records

4    show about 7:30 a.m.  Were you watching the

09:08    5    feed at that time?

6        A.    I was watching the feed at that

7    time.

8        Q.    Was there any appreciable

9    difference in flow after the auto shear pin

09:08    10    was cut?

11        A.    I was not watching the flow at

12    the surface.  Other people were tasked with

13    that responsibility.  I was focused on the --

14    on the actual shearing of the pin or the

09:08    15    cutting of the pin.

16        Q.    And did they get the pin cut?

17        A.    We cut approximately halfway

18    through the pin.

19        Q.    Then it gave way?

09:09    20        A.    Then it gave way.

21        Q.    Okay.  And did the auto shear

22    circuit fire, in your opinion, at that time?

23        A.    We saw -- we saw indications

24    that some kind of operation took place.

09:09    25        Q.    Okay.  By the way, would you be

**PURSUANT TO CONFIDENTIALITY ORDER**