UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Regarding Transocean's Motion to Examine and to Compel Production of Medical Records (Rec. doc. 3145)]**

At the request of the mover and petitioner in Limitation and defendant, Transocean Offshore Deepwater Drilling, Inc. ("Transocean"),

IT IS ORDERED that Transocean's motion to examine and to compel production of medical records (Rec. doc. 3145) is DISMISSED as MOOT.

New Orleans, Louisiana, this 21st day of July, 2011.

Sally Shushan
United States Magistrate Judge