UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE OIL SPILL BY THE OIL RIG
"DEEPWATER HORIZON" IN THE
GULF OF MEXICO ON APRIL, 20,
2010

Applies to: All Cases.

CIVIL ACTION

MDL 2179

SECTION: J(1)

**ORDER**

Before the Court is **Cameron International Corporation's Appeal from Magistrate Judge Shushan's Order Regarding Objections to Depositions (Rec. Doc. 3291)** and **BP's Response (Rec. Doc. 3385)**. Under Fed. R. Civ. Pro. 72(a), "The district judge in the case must consider timely objections [to the Magistrate Judge's pretrial orders] and modify or set aside any part of the order that is clearly erroneous or is contrary to law." After reviewing the submissions by the parties, the Court finds no part of Magistrate Judge Shushan's Order (Rec. Doc. 3090) to be clearly erroneous or contrary to law. Accordingly,

**IT IS ORDERED** that **Cameron International Corporation's Appeal from Magistrate Judge Shushan's Order Regarding Objections to Depositions (Rec. Doc. 3291)** is hereby **DENIED** and Magistrate Judge Shushan's Order (Rec. Doc. 3090) is hereby **AFFIRMED.**

New Orleans, Louisiana this 21st day of July, 2011.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE