UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig  MDL NO. 2179
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010  SECTION J

Applies to: *All Cases*  JUDGE BARBIER
MAGISTRATE JUDGE SHUSHAN

## ORDER

### [Regarding Don Vidrine]

The PSC requested the deposition of Don Vidrine. Counsel for Mr. Vidrine requests that he be excused from testifying by deposition for medical reasons. In support of the request, medical records were submitted for *in camera* review. These records are filed in the record under seal. Rec. doc. 3388. They were reviewed.

IT IS ORDERED that Don Vidrine is not required to appear for a deposition.

New Orleans, Louisiana, this 21st day of July, 2011.

Sally Shushan
**United States Magistrate Judge**