UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" <br><br> THIS DOCUMENT RELATES TO: <br><br> CASE NO.:2:10-cv-08888; 2:10-cv-02771 | MDL NO.: 2179 <br><br> SECTION: J <br><br> JUDGE BARBIER <br><br> MAG. JUDGE SHUSHAN |

## ORDER

Considering the above and foregoing Final Motion of Dismissal; with Prejudice,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all matters in this controversy filed by Ricardo Garcia, Doc. No.: 36688, against any party including, but not limited to, all British Petroleum entities, all Trans Ocean entities, and all other Defendants listed on the Attachment A to the Gulf Coast Claims Facility Release and Covenant Not To Sue, be and hereby dismissed in their entirety with full prejudice, each party to bear their own costs.

Signed in New Orleans, Louisiana this _____ day of _____, 2011.

_____
Honorable Carl J. Barbier
UNITED STATES DISTRICT JUDGE