- 3 -

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | MDL No. 2179 |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico, on April 20, 2010** | * | SECTION "J" |
| | * | JUDGE BARBIER |
| **This Document Relates to:** | * | |
| **11-274 and 11-275** | * | MAGISTRATE NO. 1 |
| | * | MAGISTRATE SHUSHAN |

* * * * * * * * * * * *

## ORDER

    **CONSIDERING** Anadarko Petroleum Corporation and Anadarko E&P Company LP (collectively "Anadarko") have moved this Honorable Court to permit it support to the BP Parties' Motion for Judgment on the Pleadings in the Insurance Actions (Rec. Doc. 3211), as well as the accompanying memorandum in support (Rec. Doc. 3211-1), advancing BP Parties' arguments;

    **IT IS HEREBY ORDERED** that Anadarko's Ex Parte Motion to Support the BP Parties' Motion for Judgment on the Pleadings in the Insurance Actions is hereby **GRANTED.**

New Orleans, Louisiana this 21st day of July, 2011.

_____
United States District Judge