

350 North St. Paul Street
Suite 2900
Dallas, TX 75201

214 932 3601 tel
www.ctlegalsolutions.com



Filed

June 24, 2011

Curtis J. Mase
Mase Lara Eversole, P.A.
2601 South Bayshore Drive,
Suite 800,
Miami, FL  33133

Re:  Carnival Corporation, etc., Pltf. vs. BP, et al. including M-I LLC a/k/a M-I Swaco, Dfts.

Case No.  2179

Dear Sir/Madam:

After checking our records and the records of the State of TX, it has been determined that C T Corporation System is not the agent for an entity by the name of M-I L.L.C.. Currently, the state lists Capitol Corporate Services, Inc. as the agent for this entity.

Accordingly, we are returning the documents received from you.

Very truly yours,


Sandra Galicia
Process Specialist

Log# 518732615

FedEx Tracking# 794909444748

cc:  Eastern District of Louisiana -United States District Court
     Clerk,
     500 Poydras Street, Room C-151,
     New Orleans, LA  70130

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL: 2179<br><br>SECTION: J |
| THIS DOCUMENT RELATES TO: | JUDGE BARBIER |
| Carnival's Answer and Claim in Limitation; and Third Party Claim | MAG. SHUSHAN |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF SUMMONS

To: M-I, LLC
a/k/a M-I SWACO
c/o Registered Agent:
CT Corporation System
350 North St. Paul Street
Dallas, TX 75201

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within **30** days from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the original waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have **30** days from the date this notice is sent (see the date below) to answer the complaint (or **90** days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: June 22, 2011.

        MASE LARA EVERSOLE, P.A.
        *Attorneys for Carnival Corporation*
        *d/b/a Carnival Cruise Lines*
        2601 South Bayshore Drive
        Suite 800
        Miami, Florida 33133
        Telephone: (305) 377-3770
        Facsimile:  (305) 377-0080

By:   */s/ Curtis J. Mase*
       CURTIS J. MASE
       Florida Bar No.: 478083
       cmase@mletrial.com

By:   */s/ Richard D. Lara*
       RICHARD . LARA
       Florida Bar No.: 987492
       rlara@mletrial.com

By:   /s/ John P. Salas
       JOHN PAUL SALAS
       Florida Bar No. 87593
       jsalas@mletrial.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of a Lawsuit and Request to Waive Service of Summons has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, on this 22th day of June, 2011.

/s/ *Curtis J. Mase*
CURTIS J. MASE
Florida Bar No.: 478083
cmase@mletrial.com

/s/ John P. Salas
JOHN PAUL SALAS
Florida Bar No.: 87593
jsalas@mletrial.com

18194/CP #131

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL: 2179<br><br>SECTION: J |
| THIS DOCUMENT RELATES TO: | JUDGE BARBIER |
| Carnival's Answer and Claim in Limitation; and Third Party Claim | MAG. SHUSHAN |

## WAIVER OF THE SERVICE OF SUMMONS

To: MASE LARA EVERSOLE, P.A.
*Attorneys for Carnival Corporation
d/b/a Carnival Cruise Lines*
2601 South Bayshore Drive
Suite 800
Miami, FL 33133

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning on signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that, I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within **30** days from **June 22, 2011**, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____, 2011.

By: _____
SIGNATURE
M-I, LLC
a/k/a M-I SWACO
c/o Registered Agent
CT Corporation System
350 North St. Paul Street
Dallas, TX 75201

_____
PRINT NAME

_____
_____
ADDRESS

_____
E-MAIL

_____
TELEPHONE NUMBER

18194/CP#132

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL: 2179<br><br>SECTION: J |
| THIS DOCUMENT RELATES TO: | JUDGE BARBIER |
| Carnival's Answer and Claim in Limitation; and Third Party Claim | MAG. SHUSHAN |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF SUMMONS

To: M-I, LLC
a/k/a M-I SWACO
c/o Registered Agent:
CT Corporation System
350 North St. Paul Street
Dallas, TX 75201

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within **30** days from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the original waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have **30** days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date:  June 22, 2011.

                      MASE LARA EVERSOLE, P.A.
                      *Attorneys for Carnival Corporation*
                      *d/b/a Carnival Cruise Lines*
                      2601 South Bayshore Drive
                      Suite 800
                      Miami, Florida 33133
                      Telephone:  (305) 377-3770
                      Facsimile:   (305) 377-0080

By:  */s/ Curtis J. Mase*
      CURTIS J. MASE
      Florida Bar No.: 478083
      cmase@mletrial.com

By:  */s/ Richard D. Lara*
      RICHARD . LARA
      Florida Bar No.: 987492
      rlara@mletrial.com

By:  /s/ John P. Salas
      JOHN PAUL SALAS
      Florida Bar No. 87593
      jsalas@mletrial.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of a Lawsuit and Request to Waive Service of Summons has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, on this 22th day of June, 2011.

                                                */s/ Curtis J. Mase*
                                                CURTIS J. MASE
                                                Florida Bar No.: 478083
                                                cmase@mletrial.com

                                                /s/ John P. Salas
                                                JOHN PAUL SALAS
                                                Florida Bar No.: 87593
                                                jsalas@mletrial.com

18194/CP #131

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL: 2179 <br><br> SECTION: J |
| THIS DOCUMENT RELATES TO: | JUDGE BARBIER |
| Carnival's Answer and Claim in Limitation; and Third Party Claim | MAG. SHUSHAN |

## WAIVER OF THE SERVICE OF SUMMONS

To:   MASE LARA EVERSOLE, P.A.
       *Attorneys for Carnival Corporation*
       *d/b/a Carnival Cruise Lines*
       2601 South Bayshore Drive
       Suite 800
       Miami, FL  33133

   I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning on signed copy of the form to you.

   I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

   I understand that, I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

   I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within **30 days** from **June 22, 2011**, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____, 2011.

By: _____
SIGNATURE
M-I, LLC
a/k/a M-I SWACO
c/o Registered Agent
CT Corporation System
350 North St. Paul Street
Dallas, TX  75201

_____
PRINT NAME

_____
_____
ADDRESS

_____
E-MAIL

_____
TELEPHONE NUMBER

18194/CP#132

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | | |
|---|---|---|
| Carnival Corporation, d/b/a Carnival Cruise Lines | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  MDL: 2179 Ref Case: 10-2771 |
| BP et al. | ) | J (1) |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  M-I, LLC
a/k/a M-I SWACO
Registered Agent:
CT Corporation System
350 N. St. Paul Street
Dallas, TX 75201
(Cross Defendants in Limitation and/or 3rd Party Defendants)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Curtis J. Mase, Esq.
John P. Salas, Esq.
Mase Lara Eversole, P.A.
Attorneys for Plaintiff
2601 South Bayshore Drive, Suite 800
Miami, Florida 33133

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: ___May 19 2011___

Deputy clerk's signature





TO:

M-I, LLC
a/k/a M-I SWACO
c/o Registered Agent:
CT Corporation System
350 North St. Paul Street
Dallas, TX 75201