IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF LOUISIANA

2011 MAY 20  AM 11: 22

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| In re: Oil Spill by the Oil Rig Deepwater Horizon@ in the Gulf of Mexico, on April 20, 2010 | * MDL No. 2179 <br> * <br> * SECTION: J <br> * |
| Applies to: Case of Plaintiff ~~1084317~~ <br> CA 10- 8888 <br> DOC No. 61483 | * JUDGE BARBIER <br> * <br> * MAGISTRATE JUDGE SHUSHAN <br> * <br> * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, hereby voluntary dismisses their claims **with prejudice** in the above-styled action.

Dated: 4/27/11

_____
Pamela V. Everidge

_____
Attorney for Plaintiff

2200 Bowman Circle
_____
Street Address

Pell City, Al 35125
_____
City, State and Zip Code

205-338-9819
_____
Telephone No.

___ Fee _____
___ Process _____
X  Dktd _____
___ CtRmDep _____
___ Doc. No. _____

22 W Bowman Cir
Pell City, Al 35125

Clerk's Office:
United States District Court – Eastern l
500 Poydras Street
Room C-151
New Orleans, LA 70130

PELL CITY A
MAY 17
USPS