IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig Deepwater Horizon@ in the Gulf of Mexico, on April 20, 2010 | * MDL No. 2179 <br> * <br> * SECTION: J <br> * |
| Applies to: Case of Plaintiff _____ <br> Court number: 77298 <br> Claimant number: 149518 | * JUDGE BARBIER <br> * <br> * MAGISTRATE JUDGE SHUSHAN <br> * |

### NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, hereby voluntary dismisses their claims **with prejudice** in the above-styled action.

Dated: 6-1-11

Janet N Copeland
Attorney for Plaintiff

1711 Mauvilla Dr.
Street Address

Demopolis Alabama
City, State and Zip Code

334-289-1587
Telephone No.

**MDL No. 2179 PLAINTIFFS' STEERING COMMITTEE**
600 Carondelet St.
Suite 802
New Orleans, LA 70130

May 4, 2011


77298
JANE COPELAND
1711 MAUVILLA DR.
DEMOPOLIS, AL 36732

This is to confirm that your short form joinder in regard to Transocean and the Deepwater Horizon Lawsuit has been received by the United States District Court for the Eastern District of Louisiana. Your Document Reference Number is:

**Court Number: 77298 - Claimant Number: 149518**

You will be notified in the future of any deadlines or other significant events.

For potential updates, or to get more information, please call toll-free 1-877-435-4067 or visit the Court's website, www.laed.uscourts.gov/OilSpill/OilSpill.htm, or the Plaintiffs' Steering Committee website, www.bpmdl2179.com.

Sincerely,

**MDL No. 2179 PLAINTIFFS' STEERING COMMITTEE**

Janet N. Copeland
1711 Mauvilla Drive
Demopolis, Alabama 36732

MONTGOMERY AL 361

Clerk's Office ( Short Form Joiner)
500 Poydras Street
New Orleans, La. 70130

70130+3367