**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**



| | |
|---|---|
| STEPHEN B. MURRAY, SR. | CIVIL ACTION NO. 11-cv-01476 |
| v. | SECTION:   "J" |
| JAMES R. DUGAN, II | DIVISION:   (1) |

## ANSWER OF STEPHEN B. MURRAY, SR. TO COUNTERCLAIM OF JAMES R. DUGAN, II

Now into court, through undersigned counsel, comes Petitioner Stephen B. Murray, Sr., who answers the counterclaim of James R. Dugan, II, as follows:

I.

This honorable Court has no jurisdiction over this cause of action, and Petitioner has moved to remand the case to Civil District Court for the Parish of Orleans;

II.

No answer is deemed necessary to the allegations of paragraph XXV and XXVI, as those paragraphs set forth merely the status of the parties;

III.

The allegations of paragraph XXVII are denied;

IV.

The allegations of paragraph XXVIII are denied;

V.

The allegations of paragraph XXIX are denied;

VI.

The allegations of paragraph of XXX are denied;

VII.

The allegations of paragraph XXXI are denied as incomplete, the agreement of May 1,

2006 – having been authored and drafted by Dugan – speak eloquently to its own terms;

## VIII.

The allegations of paragraph XXXII are denied as incomplete, the agreement of May 1, 2006 – having been authored and drafted by Dugan – speak eloquently to its own terms;

## IX.

The allegations of paragraph XXXIII are denied as incomplete, the agreement of May 1, 2006 – having been authored and drafted by Dugan – speak eloquently to its own terms;

## X.

Denied;

## XI.

Denied;

## XII.

Denied;

## XIII.

Denied;

## XIV.

Denied;

## XV.

Denied;

## XVI.

Denied;

## XVII.

Denied, as written;

XVIII.

Denied;

XIX.

Denied;

XX.

Denied;

XXI.

Denied;

XXII.

The allegations of paragraphs XLVI through LIX are denied as written and in their severe misrepresentations;

XXIII.

The allegations of paragraphs LX through LXXXIV are denied;

XXIV.

No answer is deemed necessary to the allegations of XC;

WHEREFORE, Defendant in counterclaim and Plaintiff in the main Demand, Stephen B. Murray, Sr. prays for the perfunctory dismissal of the counterclaim of James R. Dugan, II.

Respectfully Submitted,

**GEORGE F. RIESS, ESQ. (#11266)**
228 St. Charles Ave, Suite 1224
New Orleans, LA 70130
Telephone: (504) 568-1962
Facsimile: (504) 568-1965
E-mail: georgeriess@riess-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has been served on counsel for these proceedings by either placing a copy of same in the United States Mail, first class postage prepaid, by electronic mail, and/or by facsimile on this 20th day of July, 2011.

**GEORGE F. RIESS**