```
                                                              FILED
                                                         U.S. DISTRICT COURT
                                                       EASTERN DISTRICT OF LOUISIANA
```

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

2011 JUL 21  PM 2:23

LORETTA G. WHYTE
       CLERK

IN RE: OIL SPILL BY THE OIL RIG
DEEPWATER HORIZON IN THE GULF OF
MEXICO, ON APRIL 20, 2010                                 MDL No. 2179

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO−28)

On August 10, 2010, the Panel transferred 44 civil action(s) to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. See 731 F.Supp.2d 1352 (J.P.M.L. 2010). Since that time, 249 additional action(s) have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Carl J Barbier.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Barbier.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Eastern District of Louisiana for the reasons stated in the order of August 10, 2010, and, with the consent of that court, assigned to the Honorable Carl J Barbier.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jul 21, 2011

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

___Fee _____
___Process _____
_X_ Dktd _____
___CtRmDep _____
___Doc. No._____

IN RE: OIL SPILL BY THE OIL RIG
DEEPWATER HORIZON IN THE GULF OF
MEXICO, ON APRIL 20, 2010     MDL No. 2179

## SCHEDULE CTO-28 – TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION | EDLA SEC J/1 |
|------|------|---------|--------------|--------------|
| **FLORIDA NORTHERN** | | | | |
| FLN | 3 | 11-00320 | GOODWIN v. BP AMERICA PRODUCTION COMPANY | 11-1773 |
| **TEXAS SOUTHERN** | | | | |
| TXS | 4 | 11-02510 | Brown et al v. Anadarko EPCompany, LP et al | 11-1774 |