UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig          MDL NO. 2179
    "Deepwater Horizon" in the Gulf
    of Mexico, on April 20, 2010         SECTION J

Applies to: *All Cases*                  JUDGE BARBIER
                                         MAGISTRATE JUDGE SHUSHAN

# ORDER

[Requests for Examination Time for Deposition of Barbara Yilmez]

The underwriters for Transocean do not have examination time allocated to them. At the working group conference on July 25, 2011, they requested ninety minutes to examine Barbara Yilmez, a BP employee. Her deposition is set for Tuesday, July 26, and Wednesday, July 27. The examination time for her depositions shall be allocated as follows:

|              | June 16 Order[1] | Yilmez     |
|--------------|------------------|------------|
| Underwriters | 0 minutes        | 90 minutes |
| Plaintiffs   | 290 minutes      | 280 minutes|
| United States| 110 minutes      | 90 minutes |
| States       | 90 minutes       | 50 minutes |
| Halliburton  | 75 minutes       | 70 minutes |
| Transocean   | 75 minutes       | 70 minutes |
| BP           | 95 minutes       | 95 minutes |
| Cameron      | 75 minutes       | 70 minutes |
| Anadarko     | 45 minutes       | 40 minutes |
| MOEX         | 15 minutes       | 15 minutes |

---

[1] Rec. doc. 2775

| | | |
|---|---|---|
| Weatherford | 15 minutes | 15 minutes |
| M-I Swaco | 15 minutes | 15 minutes |
| Drill Quip | 0 minutes | 0 minutes |
| | _____ | _____ |
| | 900 minutes | 900 minutes |

New Orleans, Louisiana, this 22nd day of July, 2011.

**SALLY SHUSHAN**
**United States Magistrate Judge**