MINUTE ENTRY
SHUSHAN, M.J.
JULY 22, 2011

**MJSTAR: 01:30**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY THE                             CIVIL ACTION
OIL RIG "DEEPWATER HORIZON"
IN THE GULF OF MEXICO, ON APRIL 20, 2010            NUMBER: 10-MDL-2179

                                                    SECTION: "J" (1)

MAGISTRATE JUDGE SALLY SHUSHAN PRESIDING

FRIDAY, JULY 22, 2011 AT 9:30 A.M.

CASE MANAGER: Tanya Lee

COURT REPORTER: Cathy Pepper

    A discovery status conference was held this date before Magistrate Judge Sally Shushan.

PRESENT:   See attached sign-in sheets for attorneys who participated in person and via telephone.

Mark Nomollini
Denise Scoffield
Jeff Ganaway
Ed Flanders
Ted Tsekerides
Bill Stradley
Andy Dupree
George Crow
Patrick O'Keefe
Heather Kinneely
Sarah Himmelhoch