# CONFERENCE ATTENDANCE RECORD

DATE: 7-22-11            TIME: 9:30

CASE NAME: IN RE: DEEPWATER HORIZON, ET AL.

DOCKET NUMBER & SECTION: MDL 2179

DISCOVERY STATUS CONFERENCE

☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Tony Fitch | Anadarko |
| Robert E. Guidry | " |
| Kyle Moran | Underwriters at Lloyds |
| Steve Herman | Plaintiffs |
| Alan York | Halliburton |
| Jenny Martinez | Halliburton |
| Phil Nizialek | MOEX |
| J. B. Tarter | M-I |
| Rachel Chapman | Transocean |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| | |
| Kerry Miller | TO |
| John Funderburk | M-I |
| A. Brent | PSC |
| Mike Underhill | US |
| Don Haycraft | BP |
| Andy Langan | BP |
| Will Baldwin | WFT |
| Carmelite Bertaut | Cameron |
| Ryan Babiuch | BP |
| Allan Kanner | Louisiana |
| Corey Maze | Alabama |
| Dennis Barrow | Dril-Quip |
| Jim Roy | PSC |
| Chris Schnieder | IES |
| Frank Neuner | Anadarko |
| | |