UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | § § § § § | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER |
| This Document Relates to:<br><br>*Xuan V. Nguyen, et al. v. BP Exploration and Production, Inc., et al.*<br>EDLA No. 10-3170 | § § § § § § | MAG. JUDGE SHUSHAN |

### ORDER ON PLAINTIFFS' MOTION FOR LEAVE OF COURT TO VOLUNTARILY DISMISS CLAIMS WITHOUT PREJUDICE

Considering the foregoing Motion,

**IT IS HEREBY ORDERED** that Plaintiffs' NGUYEN VO, THANH VO, KATIE PHAM, PHAN CAO, BAY TRAN, SU PHAM, UT VO, VICKI LY, HUY LE, and HOAI NGUYEN'S Motion for Leave of Court to Voluntarily Dismiss Claims Without Prejudice is hereby in all things is GRANTED.

**IT IS FURTHER ORDERED THAT** that the claims of Plaintiffs' NGUYEN VO, THANH VO, KATIE PHAM, PHAN CAO, BAY TRAN, SU PHAM, UT VO, VICKI LY, HUY LE, and HOAI NGUYEN only, as listed on Exhibit "A" attached to said Motion are hereby dismissed without prejudice. This Order in no way affects the claims of the remaining Plaintiffs in this Civil Action.

New Orleans, Louisiana, this 22nd day of _____July_____, 2011.

_____
United States District Judge