UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG            "DEEPWATER HORIZON" in the            GULF OF MEXICO, on            APRIL 20, 2010 | * * * * * * * * | MDL NO. 2179  CAUSE NO. CA-10-8888  SECTION:  J   JUDGE BARBIER MAG. JUDGE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### CLAIMANTS' / PLAINTIFFS' RULE 41(a)(2) MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, Claimants / Plaintiffs, by and through undersigned counsel, and file their *Rule 41(a)(2) Motion to Dismiss with Prejudice*, and, in support thereof, would show the Court as follows:

1. Claimants / Plaintiffs filed their *Direct Filing Short Forms* on or before April 20, 2011. As stated in the *Direct Filing Short Form*, Claimants / Plaintiffs were asserting a claim in *Complaint* and *Petition of Triton Asset Leasing Gmbh, et al.*, No. 10-2771; adopted and incorporated the Master Answer [Rec. Doc. 244] to the *Complaint* and *Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join, and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in in MDL 2179 (10 md 2179).

2. As instructed by the Court, Claimants / Plaintiffs *Direct Filing Short Forms* were filed in CA No. 10-8888, by prior order of the Court [Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc.

982 in MDL 2179], the filing of the *Direct Filing Short Forms* in C.A. No. 10-8888 were deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179.

3. Since the filing of Claimants' / Plaintiffs' *Direct Filing Short Forms*, Claimants / Plaintiffs have settled their claims through the Gulf Coast Claims Facility and no counterclaims against these particular Claimants / Plaintiffs have been filed. As such, the following Claimants / Plaintiffs would respectfully request the Court, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, to dismiss all their claims in all collective actions set forth above in this cause :

| | **Document No.** | **Cause No.** | **Claimant/Plaintiff** |
|---|---|---|---|
| 1. | 32740 | CA-10-8888 | Kapila Petel/MDHK, Inc. d/b/a Subway 48194 |
| 2. | 25048 | CA-10-8888 | Prakash Mehta/Quality Food, Inc. (Subway #5896) |
| 3. | 32719 | CA-10-8888 | Kapila Patel/M & M Market |
| 4. | 32736 | CA-10-8888 | Kapila Patel/Sunny Tradings, Inc. d/b/a Martin Bluff Grocery |
| 5. | 32725 | CA-10-8888 | Kapila Patel/Shree Umiya, Inc. d/b/a Grand Bay Grocery |
| 6. | 32754 | CA-10-8888 | Kapila Patel/Friends, Inc. d/b/a Subway 5731 |
| 7. | 32747 | CA-10-8888 | Kapila Patel/Ram-Kishan, Inc. d/b/a Subway 13432 |
| 8. | 40874 | CA-10-8888 | Vikas Patel/KAM Hospitality Group, LLC d/b/a Best Western Motorsports Inn & Suites |
| 9. | 25061 | CA-10-8888 | Rakash Mehta/Active Corporation |
| 10. | 40857 | CA-10-8888 | Pravin C. Patel/Star Wine and Liquor |

WHEREFORE, all of the above listed Claimants / Plaintiffs request that their Motion to Dismiss with Prejudice be granted or terms that the Court considers proper together with any and all other relief in favor of the Claimants / Plaintiffs deemed appropriate by this Honorable Court.

Respectfully submitted, this the 22nd day of July, 2011.

               Claimants / Plaintiffs

         By: *s/ W. Corban Gunn*
             W. Corban Gunn (MSB No.101752)

Clyde H. Gunn, III, (MSB #5074)
Christopher C. Van Cleave, (MSB #10796)
W. Corban Gunn, (MSB #101752)
David N. Harris, Jr., (MSB #100790)
CORBAN, GUNN & VAN CLEAVE, PLLC
P.O. Drawer 1916
Biloxi, Mississippi 39533
Telephone:  (228) 432-7826
Facsimile:  (228) 456-0998
Corban@cgvclaw.com

## CERTIFICATE OF SERVICE

I, W. Corban Gunn, Esq., hereby certify that I have this day served via E-Mail, a true and correct copy of the above and foregoing Plaintiffs' *Motion to Dismiss* to All Counsel of Record.

This the 22nd day of July 2011.

         By: *s/ W. Corban Gunn*
             W. Corban Gunn (MSB No.101752)