UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | *  MDL NO. 2179 <br> * <br> *  CAUSE NO. CA-10-8888 <br> * <br> *  SECTION:  J <br> * <br> * <br> *  JUDGE BARBIER <br> *  MAG. JUDGE SHUSHAN |

* * * * * * * * * * * * * * * *

## ORDER

Considering the Motion of the Claimants / Plaintiffs to Dismiss with Prejudice Pursuant to *Rule 41(a)(2)*:

**IT IS HEREBY ORDERED** that all claims of the following Claimants / Plaintiffs are dismissed with Prejudice.

| | **Document No.** | **Cause No.** | **Plaintiff/Claimant** |
|---|---|---|---|
| 1. | 32740 | CA-10-8888 | Kapila Petel/MDHK, Inc. d/b/a Subway 48194 |
| 2. | 25048 | CA-10-8888 | Prakash Mehta/Quality Food, Inc. (Subway #5896) |
| 3. | 32719 | CA-10-8888 | Kapila Patel/M & M Market |
| 4. | 32736 | CA-10-8888 | Kapila Patel/Sunny Tradings, Inc. d/b/a Martin Bluff Grocery |
| 5. | 32725 | CA-10-8888 | Kapila Patel/Shree Umiya, Inc. d/b/a Grand Bay Grocery |
| 6. | 32754 | CA-10-8888 | Kapila Patel/Friends, Inc. d/b/a Subway 5731 |
| 7. | 32747 | CA-10-8888 | Kapila Patel/Ram-Kishan, Inc. d/b/a |

|     |       |           | Subway 13432 |
|-----|-------|-----------|--------------|
| 8.  | 40874 | CA-10-8888 | Vikas Patel/KAM Hospitality Group, LLC d/b/a Best Western Motorsports Inn & Suites |
| 9.  | 25061 | CA-10-8888 | Rakash Mehta/Active Corporation |
| 10. | 40857 | CA-10-8888 | Pravin C. Patel/Star Wine and Liquor |

New Orleans, Louisiana, this the ___ day of _____, 2011.

_____
UNITED STATES DISTRICT COURT JUDGE