UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | * | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN THE | * | |
| GULF OF MEXICO on APRIL 20, 2010 | * | |
| | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | |
| ALL CASES | * | JUDGE BARBIER |
| | * | |
| | * | MAG. JUDGE SHUSHAN |

**********************************

## ORDER

CONSIDERING Plaintiffs' Motion to Supervise *Ex Parte* Communications with Putative Class [Doc 912], Reply Brief [Doc 1021], and Supplement [Doc 1061], the Court's Order and Reasons [Doc 1098], Plaintiffs' Supplemental Memorandum [Doc 1318], and Plaintiffs' Supplemental Brief in Support of Supervision over the BP Interim Claims Process, together with the declarations and exhibits submitted therewith:

NOTICE is hereby given of the Court's intent to appoint _____ as a Special Master, pursuant to Rule 53 of the Federal Rules of Civil Procedure, to supervise the BP / GCCF claims process in order to: **(i)** assure compliance with OPA; **(ii)** ensure accurate and appropriate communication with claimants; **(iii)** make findings and/or recommendations regarding the satisfaction of OPA's presentment requirements; and **(iv)** make findings and/or recommendations regarding the scope and/or efficacy of releases.

IT IS ORDERED that any and all objections to the appointment of _____ as Special Master be filed on or before the ____ day of August, 2011.

SIGNED this ___ day of July, 2011, New Orleans, Louisiana.

                                                                                _____
                                                                                HON. CARL J. BARBIER
                                                                                U.S. DISTRICT JUDGE