## Exhibit "A"

| | | | |
|---|---|---|---|
| 254519 | Tony Dang (254519) | Biloxi | MS |
| 258104 | Phung Nguyen (258104 | Ocean Springs | MS |
| 259758 | Hao Nguyen (259758) | Saucier | MS |
| 262350 | Xuan Duong (262350) | Biloxi | MS |
| 265449 | Duy Nguyen (265449) | Gulfport | MS |
| 266683 | Phong Hoang (266683) | Gulfport | MS |