UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | § § § § § | MDL NO. 2179 SECTION: J JUDGE BARBIER |
| This Document Relates to: | § § | |
| *Dong Nguyen, et al. v.* *BP Exploration and Production, Inc., et al.* EDLA No. 10-3171 | § § § § | MAG. JUDGE SHUSHAN |

## ORDER ON PLAINTIFFS' MOTION FOR LEAVE OF COURT TO VOLUNTARILY DISMISS CLAIMS WITHOUT PREJUDICE

Considering the foregoing Motion,

**IT IS HEREBY ORDERED** that Plaintiffs' TONY DANG, PHUNG NGUYEN, HAO NGUYEN, XUAN DUONG, DUY NGUYEN and PHONG HOANG'S Motion for Leave of Court to Voluntarily Dismiss Claims Without Prejudice is hereby in all things is GRANTED.

**IT IS FURTHER ORDERED THAT** that the claims of Plaintiffs' TONY DANG, PHUNG NGUYEN, HAO NGUYEN, XUAN DUONG, DUY NGUYEN and PHONG HOANG only, as listed on Exhibit "A" attached to said Motion are hereby dismissed without prejudice. This Order in no way affects the claims of the remaining Plaintiffs in this Civil Action.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
HONORABLE CARL J. BARBIER