## Exhibit "A"

| | | |
|---|---|---|
| 255367 Thai Tran (255367) | Irvington | AL |
| 258117 Barbara Mai (258117) | Mobile | AL |
| 263756 Thai Tran (263756) | Mobile | AL |
| 264526 Hoang Thanh (264526) | Mobile | AL |
| 264625 Phuong Luu (264625) | Mobile | AL |
| 264900 Nam Dang (264900) | Theodore | AL |
| 265189 Xuan Dang (265189) | Bayou La Batre | AL |
| 267304 Hung Duong (267304) | Bayou La Batre | AL |
| 267313 Hong Le (267313) | Bayou La Batre | AL |
| 268121 Devan Phan (268121) | Bayou La Batre | AL |