UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | § § § § § | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER |
| This Document Relates to:<br><br>*Thu M. Le, et al. v.*<br>*BP PLC, et al*<br>EDLA No. 10-3172 | § § § § § | MAG. JUDGE SHUSHAN |

## ORDER ON PLAINTIFFS' MOTION FOR LEAVE OF COURT TO VOLUNTARILY DISMISS CLAIMS WITHOUT PREJUDICE

Considering the foregoing Motion,

**IT IS HEREBY ORDERED** that Plaintiffs' THAI TRAN, BARBARA MAI, THAI TRAN, HOANG THANH, PHUONG LUU, NAM DANG, XUAN DANG, HUNG DUONG, HONG LE, and DEVAN PHAN'S Motion for Leave of Court to Voluntarily Dismiss Claims Without Prejudice is hereby in all things is GRANTED.

**IT IS FURTHER ORDERED THAT** that the claims of Plaintiffs' THAI TRAN, BARBARA MAI, THAI TRAN, HOANG THANH, PHUONG LUU, NAM DANG, XUAN DANG, HUNG DUONG, HONG LE, and DEVAN PHAN only, as listed on Exhibit "A" attached to said Motion are hereby dismissed without prejudice. This Order in no way affects the claims of the remaining Plaintiffs in this Civil Action.

New Orleans, Louisiana, this ____ day of _____, 2011.

_____
HONORABLE CARL J. BARBIER