## Exhibit "A"

| | | |
|---|---|---|
| 254505 Han Vo (254505) | Pensacola | FL |
| 257688 Ca Nguyen (257688) | Pensacola | FL |
| 258560 Nga Ho (258560) | Pensacola | FL |
| 265139 Coc Van (265139) | Tampa | FL |