# Exhibit "A"

264899 Hao Phan (264899)  Atlanta  GA