## Exhibit "A"

| | | |
|---|---|---|
| 261762 Tony Nguyen (261762) | Port Arthur | TX |
| 264285 Tiffany Tran (264285) | Groves | TX |
| 268114 Hieu Vo (268114) | Groves | TX |
| 268482 Clive Doan (268482) | Corpus Christi | TX |