## Exhibit "A"

| | | |
|---|---|---|
| 257310 Anh Nguyen (257310) | Orlando | FL |
| 257315 My Tran (257315) | Viera | FL |
| 262492 Tung Pham (262492) | Orlando | FL |
| 262493 Trung Pham (262493) | Orlando | FL |
| 262658 Casandra Doan (262658) | Viera | FL |
| 262664 Khai Nguyen (262664) | Orlando | FL |
| 263228 My Bui (263228) | Viera | FL |
| 266385 Chi Huynh (266385) | Viera | FL |
| 266386 Hanh Lam (266386) | Vera | FL |
| 266388 Jenny Doan (266388) | Viera | FL |
| 269022 Trang Phan (269022) | Orlando | FL |
| 269124 Yen Quach (269124) | Viera | FL |
| 269130 Hai Doan (269130) | Viera | FL |
| 269132 Suong Nguyen (269132) | Orlando | FL |
| 273765 Vinh Mai (273765) | Sarasota | FL |
| 274923 Lang Tran (274923) | Orlando | FL |