## Exhibit "A"

| ID | Name | City | State |
|---|---|---|---|
| 257298 | Kim Duong (257298) | Bayou La Batre | AL |
| 257316 | Lucy Simon (257316) | Bayou La Batre | AL |
| 257317 | Tuyet Nguyen (257317) | Bayou La Batre | AL |
| 262491 | Jacklyn Phengsisomboun (262491) | Grand Bay | AL |
| 262632 | Hung Nguyen (262632) | Bayou La Batre | AL |
| 262659 | Roderick Simons (262659) | Bayou La Batre | AL |
| 263152 | Hen Lam (263152) | Bayou La Batre | AL |
| 266029 | Leha Tran (266029) | Bayou La Batre | AL |
| 266413 | Thang Lam (266413) | Grand Bay | AL |
| 269117 | Tri Duong (269117) | Bayou La Batre | AL |
| 269122 | Duong Doan (269122) | Bayou La Batre | AL |