## Exhibit "A"

| | | |
|---|---|---|
| 256969 Thanh Nguyen (256969) | Pascagoula | MS |
| 262462 John Campbell (262462) | Biloxi | MS |
| 262484 Hanh Le (262484) | Biloxi | MS |
| 262502 Duc Duong (262502) | Diberville | MS |
| 262505 Khanh Bui (262505) | Biloxi | MS |
| 262508 Minh Nguyen (262508) | Ocean Springs | MS |
| 262618 Trai Vo (262618) | Biloxi | MS |
| 262631 Nhat Duong (262631) | Biloxi | MS |
| 266159 Debra Tyler (266159) | Biloxi | MS |
| 266180 Hai Tran (266180) | Biloxi | MS |
| 278734 Trang Nguyen (278734) | Groves | TX |
| 278736 Han Le (278736) | Ocean Springs | MS |