## Exhibit "A"

| | | |
|---|---|---|
| 266362 Vinh Nguyne (266362) | Marrero | LA |
| 266363 Mark Nguyen (266363) | New Orleans | LA |
| 266364 Trung Nguyen (266364) | New Orleans | LA |
| 266365 Melissa Nguyen (266365) | Marrero | LA |
| 266366 Nhan Phan (266366) | New Orleans | LA |
| 266367 Linda Nguyen (266367) | Marrero | LA |
| 266373 Kim Nguyen (266373) | Avondale | LA |