## Exhibit "A"

| | | |
|---|---|---|
| 255559 Ngoc Nguyen (255559) | Corpus Christi | TX |
| 260281 Hai Vo (260281) | Groves | TX |
| 276768 Tommy Pham (276768) | Biloxi | MS |