# Exhibit "A"

288318 Het Tran (288318)  Pensacola  FL