## Exhibit "A"

| | | |
|---|---|---|
| 281241 Tham Nguyen (281241) | Ocean Springs | MS |
| 281246 Hoa Le (281246) | Bayou La Batre | AL |
| 281255 Hong Dang (281255) | Diberville | MS |
| 281256 Hai Dinh (281256) | Grand Bay | AL |
| 288261 Thanh Thi (288261) | Bayou La Batre | AL |
| 288312 Dung Huynh (288312) | Irvington | AL |