## Exhibit "A"

| | | |
|---|---|---|
| 280883 Wing Lam (280883) | Biloxi | MS |
| 281309 Van Le (281309) | Grand Bay | AL |
| 281509 Hoang Phan (281509) | Houma | LA |
| 288616 Hoa Nguyen (288616) | Harvey | LA |