## Exhibit "A"

| ID | Name | City | State |
|---|---|---|---|
| 279550 | Khuong Tran (279550) | Ocean Springs | MS |
| 280050 | Uyen Nguyen (280050) | Ocean Springs | MS |
| 281205 | Anh Le (281205) | Ocean Springs | MS |
| 281253 | Hang Nguyen (281253) | Bayou La Batre | AL |
| 281584 | Thien Tran (281584) | Gretna | LA |
| 281585 | Venessa Tran (281585) | Biloxi | MS |
| 284386 | Kathy Nguyen (284386) | Pass Christian | MS |
| 288300 | Elizabeth Vo (288300) | Biloxi | MS |
| 288322 | Anh Le (288322) | Ocean Springs | MS |