## Exhibit "A"

| | | |
|---|---|---|
| 282350 Allison Pham (282350) | Biloxi | MS |
| 283160 David Pham (283160) | Houston | TX |
| 283587 Hieu Pham (283587) | Houston | TX |
| 284144 Thomas Hoang (284144) | Cypress | TX |
| 287009 Long Pham (287009) | Houston | TX |
| 287228 Hanh Pham (287228) | Houston | TX |
| 287811 Mia Pham (287811) | Houston | TX |
| 288655 Andy Trinh (288655) | Pearland | TX |