UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SP-ILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | § § § § § | MDL NO. 2179<br>SECTION: J<br>JUDGE BARBIER |
| This Document Relates to: | § § | |
| SANG TRAN, et al v.<br>BP Exploration & Production, et al.<br>EDLA No. 10-4231 | § § § | MAG. JUDGE SHUSHAN |

## PLAINTIFFS' MOTION FOR LEAVE OF COURT
## TO VOLUNTARILY DISMISS CLAIMS WITHOUT PREJUDICE

NOW INTO COURT, through undersigned counsel, come Plaintiffs, THOA NGUYEN, KAVIN LE and NHUT LE only, who, pursuant to Pre-Trial Order No. 34 and the provisions of Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, hereby seek leave of Court to have their claims voluntarily dismissed without prejudice against all the Defendants named herein.

These Plaintiffs seek dismissals as they no longer desire to prosecute their claims.

This Motion only pertains to the claims asserted by this Plaintiffs identified above and in Exhibit "A" attached hereto, and does not relate to any claims asserted by any other Plaintiffs in this Civil Action.

WHEREFORE, Plaintiffs respectfully request that the Court grant this Motion for Leave of Court to Voluntarily Dismiss Claims Without Prejudice.

1

Respectfully submitted,

/s/ Mikal C. Watts
**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 25, 2011, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system and will be served on all counsel electronically via LexisNexis File & Serve.

/s/ Mikal C. Watts

**Mikal C. Watts**