## Exhibit "A"

| 281204 Thao Nguyen (281204) | Houston | TX |
| 290409 Kavin Le (290409) | Biloxi | MS |
| 292459 Nhut Le (292459) | Biloxi | MS |