## Exhibit "A"

| | | |
|---|---|---|
| 290733 Tuyet Nguyen (290733) | Houma | LA |
| 293634 Huyen Le (293634) | Breaux Bridge | LA |
| 294005 Tran Thuy (294005) | Breaux Bridge | LA |
| 294013 Thao Ha (294013) | Westwego | LA |
| 294365 Tim Nguyen (294365) | Houma | LA |
| 294414 Joseph Le (294414) | Marrero | LA |
| 294523 Duong Phan (294523) | Metairie | LA |
| 316099 Cuong Tran (316099) | Marrreo | LA |
| 316360 Minh Tran (316360) | Marrero | LA |
| 316877 Darlene McKendall (316877) | Metairie | LA |
| 317387 Allena Kim (317387) | Westwego | LA |
| 317880 Jonathan Tran (317880) | New Orleans | LA |
| 318149 Thanh Nguyen (318149) | Forth Worth | TX |
| 318228 Tri Le (318228) | Houma | LA |
| 318269 Thao Nguyen (318269) | Gretna | LA |
| 318305 Dung Nguyen (318305) | Marrero | LA |
| 318493 Hanh Nguyen (318493) | Marrero | LA |
| 318939 Thanh Tran (318939) | Marrero | LA |