## Exhibit "A"

| | | |
|---|---|---|
| 289170 Khanh Trinh (289170) | Brandon | FL |
| 289341 Van Nguyen (289341) | Palm Harbor | FL |
| 290029 Judy Lai (290029) | Gainesville | FL |
| 290992 Robert Doan (290992) | Gainesville | FL |
| 291485 Sice Van (291485) | Port Charlotte | FL |
| 292421 Thiet Do (292421) | Port Orange | FL |
| 317475 Vien Phan (317475) | Tallahassee | FL |
| 318142 Trung Nguyen (318142) | Ruskin | FL |