# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

IN RE:  OIL SPILL by the OIL RIG  §          MDL NO. 2179
       "DEEPWATER HORIZON"  §
       in the GULF OF MEXICO  §          SECTION:  J
       on APRIL 20, 2010  §
                  §          JUDGE BARBIER
**This Document Relates to:**  §
                  §
*KEIT NGO, et al. v.*  §          MAG. JUDGE SHUSHAN
*BP Exploration & Production, et al*  §
**EDLA No. 10-4233**  §

## ORDER ON PLAINTIFFS' MOTION FOR LEAVE OF COURT TO VOLUNTARILY DISMISS CLAIMS WITHOUT PREJUDICE

Considering the foregoing Motion,

**IT IS HEREBY ORDERED** that Plaintiffs KHANH TRINH, VAN NGUYEN, JUDY LAI, ROBERT DOAN, SICE VAN, THIET DO, VIEN PHAN, and TRUNG NGUYEN'S Motion for Leave of Court to Voluntarily Dismiss Claims Without Prejudice is hereby in all things is GRANTED.

**IT IS FURTHER ORDERED THAT** that the claims of Plaintiffs KHANH TRINH, VAN NGUYEN, JUDY LAI, ROBERT DOAN, SICE VAN, THIET DO, VIEN PHAN,  and TRUNG NGUYEN only, as listed on Exhibit "A" attached to said Motion are hereby dismissed without prejudice.  This Order in no way affects the claims of the remaining Plaintiffs in this Civil Action.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
HONORABLE CARL J. BARBIER