## Exhibit "A"

| | | |
|---|---|---|
| 288845 Son Do (288845) | Bayou La Batre | AL |
| 288890 Thanh Thai (288890) | Bayou La Batre | AL |
| 289023 Tan Pham (289023) | Bayou La Batre | AL |
| 289882 Hang Le (289882) | Mobile | AL |
| 290890 Thile Tran (290890) | Bayou La Batre | AL |
| 292574 Phan Thanh (292574) | Theodore | AL |
| 292575 Thomas Nguyen (292575) | Theodore | AL |
| 292604 Xuan Nguyen (292604) | Theodore | AL |