# Exhibit "A"

| 298079 Michael Woodruff (298079) Palacios | TX |