UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | § § § § § | MDL NO. 2179 SECTION: J |
| This Document Relates to: | § § | JUDGE BARBIER |
| BENNY ARISPE, et al. v. BP Exploration & Production, et al EDLA No. 10-4235 | § § § | MAG. JUDGE SHUSHAN |

### ORDER ON PLAINTIFF MICHAEL WOODRUFF'S MOTION FOR LEAVE OF COURT TO VOLUNTARILY DISMISS CLAIMS WITHOUT PREJUDICE

Considering the foregoing Motion,

**IT IS HEREBY ORDERED** that Plaintiff **MICHAEL WOODRUFF'S** Motion for Leave of Court to Voluntarily Dismiss Claims Without Prejudice is hereby in all things is GRANTED.

**IT IS FURTHER ORDERED THAT** that the claims of Plaintiff MICHAEL WOODRUFF only, as listed on Exhibit "A" attached to said Motion are hereby dismissed without prejudice. This Order in no way affects the claims of the remaining Plaintiffs in this Civil Action.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
HONORABLE CARL J. BARBIER