## Exhibit "A"

| 293792 | Joe Dang (293792) | San Leon | TX |
| 293793 | An Nguyen (293793) | San Leon | TX |