UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | * | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN THE | * | |
| GULF OF MEXICO on APRIL 20, 2010 | * | |
| | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | |
| ALL CASES | * | JUDGE BARBIER |
| | * | |
| | * | MAG. JUDGE SHUSHAN |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF IN SUPPORT OF SUPERVISION OVER THE BP INTERIM CLAIMS PROCESS**

     Plaintiffs, through undersigned counsel, respectfully move for leave to file a supplemental brief [Doc 3423] in further response to the Court's Order and Reasons of February 2, 2010,[FN] requesting the parties' respective positions regarding BP's compliance, or lack thereof, with the requirements of the Oil Pollution Act of 1990 ("OPA"), 33 U.S.C. § 2705(b). Plaintiffs respectfully submit that the past five months of experience with BP's Gulf Coast Claims Facility claims process has shed new and additional light on several of the issues in which the Court specifically expressed an interest in its February 2, 2011 Order [Doc 1098, at pp.14-15]. This supplemental briefing provides further support for abuses in the BP claims process which adversely affect plaintiffs and putative class members. Counsel for the BP Defendants has expressed an opposition to this Motion for Leave.

     This 25th day of July, 2011.

Respectfully submitted,

1

| | |
|---|---|
| /s/   Stephen J. Herman | /s/ James Parkerson Roy |
| **Stephen J. Herman**, La. Bar No. 23129 | **James Parkerson Roy**, La. Bar No. 11511 |
| **Herman Herman Katz & Cotlar LLP** | **Domengeaux Wright Roy & Edwards LLC** |
| 820 O'Keefe Avenue | 556 Jefferson Street, Suite 500 |
| New Orleans, Louisiana 70113 | Lafayette, Louisiana 70501 |
| Telephone: (504) 581-4892 | Telephone: (337) 233-3033 |
| Fax No. (504) 569-6024 | Fax No. (337) 233-2796 |
| E-Mail: sherman@hhkc.com | E-Mail: jimr@wrightroy.com |
| *Plaintiffs Liaison Counsel* | *Plaintiffs Liaison Counsel* |

## PLAINTIFFS' STEERING COMMITTEE

| | |
|---|---|
| Brian H. Barr | Robin L. Greenwald |
| LEVIN, PAPANTONIO, THOMAS, | WEITZ & LUXENBERG, PC |
| MITCHELL, ECHSNER & PROCTOR, PA | 700 Broadway |
| 316 South Baylen St., Suite 600 | New York, NY  10003 |
| Pensacola, FL 32502-5996 | Office:  (212) 558-5802 |
| Office:  (850) 435-7045 | Telefax: (212) 344-5461 |
| Telefax: (850) 436-6187 | E-Mail:  rgreenwald@weitzlux.com |
| E-Mail: bbarr@levinlaw.com | |
| | Rhon E. Jones |
| Jeffrey A. Breit | BEASLEY, ALLEN, CROW, METHVIN, |
| BREIT DRESCHER & IMPREVENTO | PORTIS & MILES, P. C. |
| 999 Waterside Drive, Suite 1000 | 218 Commerce St., P.O. Box 4160 |
| Norfolk, VA 23510 | Montgomery, AL 36104 |
| Office:  (757) 670-3888 | Office:  (334) 269-2343 |
| Telefax: (757) 670-3895 | Telefax: (334) 954-7555 |
| E-Mail: jbreit@bdbmail.com | E-Mail:  rhon.jones@beasleyallen.com |
| Elizabeth J. Cabraser | Matthew E. Lundy |
| LIEFF, CABRASER, HEIMANN & | LUNDY, LUNDY, SOILEAU & SOUTH, LLP |
| BERNSTEIN, LLP | 501 Broad Street |
| 275 Battery Street, 29th Floor | Lake Charles, LA  70601 |
| San Francisco, CA  94111-3339 | Office:  (337) 439-0707 |
| Office:  (415) 956-1000 | Telefax: (337) 439-1029 |
| Telefax: (415) 956-1008 | E-Mail:  mlundy@lundylawllp.com |
| E-Mail:  ecabraser@lchb.com | |
| | Michael C. Palmintier |
| Philip F. Cossich, Jr. | deGRAVELLES, PALMINTIER, |
| COSSICH, SUMICH, PARSIOLA & TAYLOR | HOLTHAUS & FRUGE' |
| 8397 Highway 23, Suite 100 | 618 Main Street |
| Belle Chasse, LA  70037 | Baton Rouge, LA  70801-1910 |
| Office:  (504) 394-9000 | Office:  (225) 344-3735 |
| Telefax: (504) 394-9110 | Telefax: (225) 344-0522 |
| E-Mail:pcossich@cossichlaw.com | E-Mail:  mpalmintier@dphf-law.com |

| | |
|---|---|
| Robert T. Cunningham<br>CUNNINGHAM BOUNDS, LLC<br>1601 Dauphin Street, P. O. Box 66705<br>Mobile, AL  36660<br>Office:  (251) 471-6191<br>Telefax: (251) 479-1031<br>E-Mail:  rtc@cunninghambounds.com<br><br>Alphonso Michael "Mike" Espy<br>MORGAN & MORGAN, P.A.<br>188 East Capitol Street, Suite 777<br>Jackson, MS 39201<br>Office: (601) 949-3388<br>Telefax: (601) 949-3399<br>E-Mail:  mike@mikespy.com<br><br>Calvin C. Fayard, Jr.<br>FAYARD & HONEYCUTT<br>519 Florida Avenue, SW<br>Denham Springs, LA  70726<br>Office:  (225) 664-4193<br>Telefax: (225) 664-6925<br>E-Mail:  calvinfayard@fayardlaw.com<br><br>Ervin A. Gonzalez<br>COLSON HICKS EIDSON<br>255 Alhambra Circle, Penthouse<br>Coral Gables, FL 33134<br>Office: (305) 476-7400<br>Telefax: (305) 476-7444<br>E-Mail:  ervin@colson.com | Paul M. Sterbcow<br>LEWIS, KULLMAN, STERBCOW & ABRAMSON<br>601 Poydras Street, Suite 2615<br>New Orleans, LA  70130<br>Office:  (504) 588-1500<br>Telefax:  (504) 588-1514<br>E-Mail:  sterbcow@lksalaw.com<br><br>Scott Summy<br>BARON & BUDD, P.C.<br>3102 Oak Lawn Avenue, Suite 1100<br>Dallas, TX  75219<br>Office:  (214) 521-3605<br>Telefax: (214) 599-1172<br>E-Mail:  ssummy@baronbudd.com<br><br>Mikal C. Watts<br>WATTS GUERRA CRAFT, LLP<br>Four Dominion Drive, Building 3, Suite 100<br>San Antonio, TX 78257<br>Office: (210) 447-0500<br>Telefax: (210) 447-0501<br>E-Mail:  mcwatts@wgclawfirm.com |

**SOREN E. GISLESON**
**JULIA A. LeMENSE**
**CLAY GARSIDE**
**K. LUAN TRAN**
**DARRIEL McCORVEY**
**KIM EVERS**
**AARON AHLQUIST**

*On Brief.*

3

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that the above and foregoing Brief will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and will be filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this <u>25th</u> day of <u>July</u>, <u>2011</u>.

/s/  James Parkerson Roy and Stephen J. Herman