UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | * | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN THE | * | |
| GULF OF MEXICO on APRIL 20, 2010 | * | |
| | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | |
| ALL CASES | * | JUDGE BARBIER |
| | * | |
| | * | MAG. JUDGE SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

CONSIDERING Plaintiffs' Motion for Leave to file Supplemental Brief in Support of Supervision Over the BP Interim Claims Process,

IT IS ORDERED that the Motion is GRANTED, and the Clerk's office is directed to accept for filing the Supplemental Brief in Support of Supervision Over the BP Interim Claims Process, Doc. 3423.

SIGNED this ___ day of July, 2011, New Orleans, Louisiana.

_____
HON. CARL J. BARBIER
U.S. DISTRICT JUDGE