UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : : : : | MDL NO. 2179 SECTION J |
| THIS DOCUMENT RELATES TO: | : : : : | JUDGE BARBIER MAGISTRATE JUDGE SHUSHAN |

..................................................................................................................................

**THIS DOCUMENT RELATES TO ALL CASES**

**ORDER**

WHEREFORE, on July 1, 2011, the Court entered its Order regarding cement testing [Docket No. 3123] to be conducted on behalf of the Joint Investigation convened by the United States Coast Guard and the Bureau of Ocean Energy Management, Regulation and Enforcement ("JIT");

WHEREFORE, as part of the cement testing that is underway, the JIT requested that it be provided certain procedures by Halliburton Energy Services, Inc. ("HESI") concerning the mixing and preparation of Tuned Spacer Materials to be utilized as part of the tests;

WHEREFORE, HESI provided to the JIT, by and through the JIT's counsel, the certain requested procedures concerning mixing and preparation of Tuned Spacer III ("Process for Mixing Tuned Spacer III");

CONSIDERING the discussion with various counsel during a telephone conference on July 11, 2011,

IT IS ORDERED that production of the Process for Mixing Tuned Spacer III by HESI shall not be construed as an endorsement by HESI of the JIT's use of the formula, methods or processes described therein. Further, said production by HESI shall not be construed as an admission by HESI regarding the relevance of the JIT's use of the formula, methods or processes set forth in the Process for Mixing Tuned Spacer III;

IT IS FURTHER ORDERED that HESI retains any and all rights to analyze, interpret, and, to the extent HESI deems appropriate, challenge or object to the results of the JIT's use of the formula, methods, and/or processes set forth in the Process for Mixing Tuned Spacer III, any components thereof, and any application(s) of the formula, methods and/or processes; and, conversely,

IT IS FURTHER ORDERED that all parties retain any and all rights to analyze, interpret, and, to the extent they deem appropriate, challenge HESI's formula, methods, and/or processes set forth in HESI's Process for Mixing Tuned Spacer III, any components thereof, and any application(s) by HESI of the said formula, methods and/or processes.

New Orleans, Louisiana this 25th day of July, 2011.

_____
United States District Judge