## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: OIL SPILL** by the OIL RIG "DEEPWATER HORIZON" In the GULF OF MEXICO on April 20, 2010 | * | **MDL NO. 2179** |
| | * | **SECTION: J** |
| | * | **JUDGE BARBIER** |
| **Applies to:** *All Cases* | * | **MAG. JUDGE SHUSHAN** |

## ORDER ON MOTION FOR EXPEDITED HEARING

Considering the foregoing Motion to Expedite Hearing on Motion for Protective Order and Leave to Serve Discovery:

**IT IS ORDERED** that the Motion is GRANTED and that Transocean's motion is hereby set for hearing on the ___ day of _____, at _____ o'clock a.m./p.m., 2011.

**SO ORDERED** this ____ day of _____, 2011.

_____
JUDGE