UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" In the GULF OF MEXICO on April 20, 2010 | * | MDL NO. 2179 |
| | * | SECTION: J |
| | * | JUDGE BARBIER |
| Applies to: *All Cases* | * | MAG. JUDGE SHUSHAN |

## ORDER

Transocean has made a Motion for a Protective Order pursuant to Rules 26(c) and 33 of the Federal Rules of Civil Procedure.

Having considered the Motion submitted, the Court is of the opinion that its intervention in this case is necessary for good cause shown. Therefore, it is hereby:

1. **ORDERED, ADJUDGED, and DECREED** that Transocean's Motion is

    **GRANTED**, and Transocean is not under compulsion to respond

    to BP's Second Interrogatories

    **DENIED**; and Transocean is under compulsion to respond to BP's

    Second Interrogatories.

2. **IT IS FURTHER ORDERED, ADJUDGED, and DECREED** that Transocean's request for leave to serve BP "clean-up" Interrogatories and Requests for Admissions is **GRANTED / DENIED**;

      3.     **IT IS FURTHER ORDERED, ADJUDGED, and DECREED** that all relief not expressly granted is denied.

Signed this \_\_\_\_\_ day of _____, 2011.

_____
UNITED STATES MAGISTRATE JUDGE SALLY SHUSHAN