IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION: J |
| This Document Relates to:<br>*Case No. 2:10-cv-04536-CJB-SS* | Judge Barbier<br>Mag. Judge Shushan |

### PROPOSED INTERVENOR SIERRA CLUB, INC.'S OBJECTIONS TO ORDER OF THE MAGISTRATE JUDGE DENYING SIERRA CLUB, INC.'S MOTION TO INTERVENE [REC. DOC. 3065]

COMES NOW Sierra Club, pursuant to Fed. R. Civ. P. 72(a) and 28 U.S.C. § 636 (b)(1)(A), and objects to and appeals from the Magistrate Judge's Order, entered June 28, 2011 [Rec. Doc. 3065], that denied Sierra Club intervention of right and permissive intervention under Fed. R. Civ. P. 24(a)(2), (b)(1)(B), and as grounds therefor shows as follows:

1)      On December 15, 2010 the United States of America commenced this action against Defendants BP Exploration & Production, *et. al.* arising out of the oil spill into the Gulf of Mexico that began on April 20, 2010. The United States' Complaint alleges *inter alia* that the spill was caused by the negligence, gross negligence, willful misconduct, and/or breach of federal safety and/or operating and/or construction regulations of Defendants BP. The United States asserts two claims for relief: 1) for the imposition of civil penalties under Clean Water Act ("CWA") § 311(b)(7), 33 U.S.C. § 1321(b)(7); and 2) for a declaratory judgment that Defendants are liable under Section 1002(a) of the Oil Pollution Act of 1990 ("OPA"), 33 U.S.C. § 2702(a), for the United States' recovery of costs and damages. The United States' Prayer for Relief also

seeks "injunctive relief as appropriate."

2) Sierra Club moved to intervene under Fed. R. Civ. P. 24 on February 7, 2011 [Rec. Doc. 1115]. As stated in the motion, Sierra Club should be granted intervention of right under Fed. R. Civ. P. 24(a)(2) because: (1) Sierra Club's motion to intervene is timely; (2) Sierra Club has direct, substantial and legally protected interests in this action; (3) the disposition of this action may, as a practical matter, impair or impede those interests; and (4) the present parties to the action do not adequately represent Sierra Club's interests. In the alternative, Sierra Club requested that it be granted permissive intervention pursuant to Fed. R. Civ. P. 24(b)(1)(B).

3) The Magistrate Judge denied Sierra Club's intervention on June 28, 2011 [Rec. Doc. 3065].

4) As set forth in the Memorandum in Support filed herewith, Sierra Club objects to the Magistrate's order and respectfully submits that the order was based on several errors, including but not limited to, finding that: 1) Sierra Club's interest in the litigation is too generalized and therefore Sierra Club does not have standing to intervene; 2) Sierra Club does not fall within the "zone of interest" protected by the Clean Water Act and Oil Pollution Act; and 3) Sierra Club failed to demonstrate that its interests are not adequately represented by the existing parties.

5) This objection to the Magistrate's order is based on Sierra Club's Complaint in Intervention [Rec. Doc. 1115-2]; Sierra Club's Motion to Intervene [Rec. Doc. 1115]; Sierra Club's Memorandum of Legal Authority in Support of Motion to Intervene (and attached exhibits) [Rec. Doc. 1115-1]; Sierra Club's Combined Reply to Oppositions to Sierra Club's Motion to Intervene (and attached exhibits) [Rec. Doc. 1621-2]; and all other materials properly of record.

**WHEREFORE**, Sierra Club respectfully requests that this Court enter an Order reversing the Magistrate's order denying Sierra Club's intervention into this action, and grant Sierra Club intervention of right pursuant to Rule 24(a)(2), or alternatively granting permissive intervention under Rule 24(b)(1)(B).

        Respectfully submitted,

        **s/ Eric E. Huber**
        Eric E. Huber
        La. Bar No. 23790
        Sierra Club
        1650 38th St. Ste. 102W
        Boulder, CO 80301
        Tel: (303) 449-5595
        Fax: (303) 449-6520
        eric.huber@sierraclub.org

        **s/ Devorah Ancel**
        Devorah Ancel
        Ca. Bar No. 261038
        Sierra Club
        85 Second Street, 2nd Floor
        San Francisco, CA 94105
        Tel: (415) 977-5721
        Fax: (415) 977-5793
        devorah.ancel@sierraclub.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing was served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and the foregoing was also electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 25th day of July, 2011.

I HEREBY CERTIFY that the above and foregoing was served on Defendant QBE Underwriting Ltd., Lloyds Syndicate 1036 via first class U.S. Mail, postage prepaid, on this 25th day of July, 2011, to George Gilly and Marty Mcleod at Phelps Dunbar LLP, Canal Place 365 Canal Street, Suite 2000 New Orleans, Louisiana 70130-6534.

**s/ Eric E. Huber**
Eric E. Huber