IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ) ) ) ) ) ) | MDL No. 2179  SECTION: J |
| This Document Relates to: *Case No. 2:10-cv-04536-CJB-SS* | ) ) ) ) ) | Judge Barbier  Mag. Judge Shushan |

### DECLARATION OF DEVIN MARTIN

My name is Devin Martin and I am of legal age and competent to give this declaration. All information herein is based on my own personal knowledge unless otherwise indicated. I give this declaration for use by Plaintiffs in the above-captioned matter.

1. I am currently a resident of Lafayette Parish. I reside at 319 Stewart St., Apt. A, Lafayette, LA 70571. I have lived in Louisiana since 2003.

2. I have been a member of the Sierra Club for approximately six years. I joined the Sierra Club in 2005.

3. As a member of the Sierra Club, I hold the position of Conservation Program Coordinator for the Delta Chapter. I have held this position for approximately one year and my responsibilities include, but are not limited to, recruiting new Club members and training current Club members on how to be effective community organizers. I teach members a variety of skills that help them to effectively frame important environmental issues to engage the public.



4. As a Sierra Club member, I have participated in organizing rallies and informal beach clean ups. I also help to recruit members for the coastal monitoring program, which works to monitor oil hitting the Gulf Coast. I also have been actively involved in raising awareness on coastal erosion issues in the Gulf.

5. I joined the Sierra Club because I admire and respect the work it undertakes to preserve and protect our environment.

6. I have lived the majority of my life near the Gulf of Mexico. I grew up hunting, fishing and swimming in the saltwater marshes of Louisiana's Barataria Bay and Grand Isle beach. I have actively participated in efforts to protect these natural resources for much of my adult life. For example, I currently work with the Youth Alliance of Louisiana Leaders to empower and educate young leaders about the significance of the Gulf's coastal erosion problems. In this capacity, I facilitate dialogue and coordinated action to develop and implement long term solutions to these problems. Barataria Bay and Grand Isle beach were both hit particularly hard by the oil spill. After the spill, I personally witnessed and photographed Grand Isle beach, which was completely covered in oil. I also took boat trips to the Barataria Bay marshes where I personally witnessed and documented the oil covering the marshes.

7. My ability to enjoy swimming, fishing and seafood has been deeply affected by the outcome of the oil spill. Prior to the spill, I would go swimming and fishing in the Gulf twice a month and I would consume seafood from the Gulf approximately once a week. I have not engaged in swimming since the oil spill disaster because the Grand Isle beach was covered in oil and was closed by government agencies for most of the

summer. The beach has now reopened, but I remain uncomfortable swimming in the water because I am concerned about the dispersant chemicals that remain in the water. I have not gone fishing since the spill because there is still oil in the water and I remain uncomfortable consuming Gulf seafood. I do not believe there has been adequate testing performed on Gulf seafood after the spill and I am concerned about the bioaccumulation of chemicals and toxins in Gulf seafood and the resulting impacts on human health from consuming tainted seafood.

8. Since the spill, I have personally organized rallies for the residents of Grand Isle to speak up about oil spill issues. I also helped to organize the Rally for Truth, which took place in front of the state capital in Baton Rouge. I am currently working with other activists and groups to organize a demonstration that will take place in New Orleans on April 20th, the one year anniversary of the oil spill disaster. The demonstration will have panels discussing the clean up efforts and there will also be panels addressing human exposure to the chemicals released from the oil spill and related human health concerns.

9. Currently, I am working with individuals living on Grand Isle to return a portion of the land to native forest habitat for migrating tropical birds. I am also involved in organizing a campaign to force the state's Department of Wildlife to address concerns of ciguatera toxins in Gulf seafood. Ciguatera has been linked to artificial reefs that have been colonized by coral. I plan to continue to organize and raise awareness of coastal erosion issues in the marshes and bays of the Gulf. These issues have been greatly exacerbated by the oil spill disaster.

10. I am concerned that the learning opportunity from this tragedy has been lost and that the long term cultural, environmental, and economic consequences will not be adequately addressed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21 day of January, 2011

DEVIN MARTIN
319 STEWART ST., APT. A
LAFAYETTE, LA 70571