IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ) ) ) ) ) ) | MDL No. 2179<br><br>SECTION: J |
| This Document Relates to:<br>*Case No. 2:10-cv-04536-CJB-SS* | ) ) ) ) ) | Judge Barbier<br>Mag. Judge Shushan |

## DECLARATION OF LINDA ST. MARTIN

My name is Linda St. Martin and I am of legal age and competent to give this declaration. All information herein is based on my own personal knowledge unless otherwise indicated. I give this declaration for use by Plaintiffs in the above-captioned matter.

1. I am currently a resident of Harrison County. I reside at 700 Tegarden Rd., Gulfport, Mississippi 39507. I have lived here for 21 years.

2. I became a member of the Sierra Club in January 2011, and have been active with the organization since 2007.

3. Since the BP oil spill disaster, I have been actively involved in organizing commercial fishing families, including members of the Vietnamese community, to address concerns over the impacts of the spill on fisheries and seafood safety. I also have assisted with health surveys and worked to raise awareness over the oil inundating the Mississippi Barrier Islands.

- 1 -

Exhibit E

4. I joined the Sierra Club because I believe the organization is the most effective at addressing the economic injustices associated with environmental issues.

5. I have a personal interest and connection with the Gulf of Mexico that arises from my lifelong relationship with it. Previously, I owned a shrimping boat and, as such, I am fully aware of the adverse consequences that this spill has brought upon the commercial fishing industry, which depends on a clean Gulf. I have been actively involved before and after the spill in organizing against offshore drilling. For example, before the spill, I was involved with the 12 Mile South Coalition, an organization dedicated to keeping oil and gas platforms at least 12 miles south of the barrier islands. Since the spill, I also have participated in many Safe Seafood meetings, which provide a forum for the public to ask questions and voice safety concerns. The meetings include panels comprised of individuals from BP, EPA, the Coast Guard and other agencies. I also have been actively following the Governor's Oil Spill Committee, which participates in the Natural Resource Damages Assessment and makes recommendations that affect commercial fishing interests. The committee is comprised of the Mississippi State EPA, Mississippi Department of Environmental Quality, the Mississippi Bureau of Marine Resources, mayors from coastal towns, and members of the state legislature. I have repeatedly expressed my concern that the committee has no representatives from the conservation, environmental, and commercial and Vietnamese fishing communities to weigh in on decisions that directly impact their interests.

6. Before the spill, I took boating trips to the Mississippi Barrier Islands several times a year and I would consume seafood almost everyday. However, my ability to

- 2 -

enjoy boating and the consumption of seafood in the Gulf has been deeply affected by the impacts of the oil spill. I have not engaged in either activity since the spill because there is still oil in the water and covering the Mississippi Barrier Islands. I stopped consuming Gulf seafood after the spill out of concern that there has not been adequate testing. I remain uncertain that the seafood is safe to consume.

7. Since the spill, I have personally attended many workshops, seminars and meetings with government health agencies, including meetings with the National Institute of Health and the National Institute of Environmental Health. In connection with these agencies, I have administered public health surveys to gather information about seafood consumption. I also have administered health surveys to spill response workers who have been exposed to chemical dispersants during and after the oil spill. In addition, I have hosted numerous visitors, journalists and documentary filmmakers who have been interested in the oil spill; these visits included coordinating Barrier Island flyovers and boat trips so that visitors could witness the oil damage.

8. I have ongoing concerns about my health and the well being of all Gulf citizens in connection with the oil spill. I want to see the Gulf fully restored and the responsible parties to take every necessary step to ensure a healthy and clean Gulf. I also believe that the spill's full economic impact on the Gulf's fishing, tourism and recreational industries has not been adequately addressed. For instance, the oyster industry, which is a significant component of Mississippi's economy, has been decimated by oil and dispersants and may never recover. Dispersants remain in the water, and oil continues to inundate the beaches, islands and marshes everyday. Without a clean Gulf, we have no future.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 25th day of January, 2011

*Linda St. Martin*

LINDA ST. MARTIN
700 TEGARDEN RD.
GULFPORT, MS 39507

- 4 -