IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 <br><br> SECTION: J |
| This Document Relates to: <br> *Case No. 2:10-cv-04536-CJB-SS* | Judge Barbier <br> Mag. Judge Shushan |

## DECLARATION OF COLLEEN MORGAN

My name is Colleen Morgan and I am of legal age and competent to give this declaration. All information herein is based on my own personal knowledge unless otherwise indicated. I give this declaration for use by Plaintiffs in the above-captioned matter.

1. I am currently a resident of Orleans Parish. I reside at 3043 Maurepas St., New Orleans, LA 70119. I have lived in Louisiana since June of 2007.

2. I have been a member of the Sierra Club for approximately one year.

3. As a member of the Sierra Club, I served as the Outings Chair for the New Orleans Group for approximately one year. As Outings Chair, my responsibilities included organizing and coordinating outings for members and identifying individuals to lead outings. I recently assumed the role of Chair of the New Orleans Group. In that role, I am responsible for representing the New Orleans Group in the media, leading executive committee meetings and delegating other organizing efforts to Group members.

- 1 -

Exhibit F

4. As a Sierra Club member and Outings Chair, I have organized monthly programs, including speaking events and discussions of local environmental issues. Additionally, I have organized hiking, cycling and canoeing outings.

5. I joined the Sierra Club because I am very dedicated to protecting the environment and natural resources. Sierra Club has been very supportive of all my endeavors and membership seemed like a natural extension of my ongoing efforts to protect the Gulf.

6. My personal interest in the Gulf of Mexico relates to a lifelong connection with the Gulf. I grew up in Texas and I have spent the majority of my life on or near the Gulf Coast. This connection to the Gulf cultivated my lifelong enjoyment of fishing and my interest in protecting the wetlands, both freshwater and saltwater. Attending college in New Orleans also deepened my connection to this region; these experiences helped to guide my interest in protecting this unique ecological community and its abundant seafood resources. My graduate studies at Yale University, where I studied environmental management with a focus on estuaries, forestry, rivers and wetlands, further enhanced my connection to the Gulf and complemented my longtime efforts to protect the Gulf. My life and work have been dedicated to raising awareness about coastal erosion issues along the Gulf Coast. I started Bayou Rebirth, a non-profit organization focused on community-based wetland restoration. Bayou Rebirth also works to educate the public about coastal erosion in the Mississippi Delta and its effects on local communities and economies.

7. Since the oil spill, I have organized volunteers to create hair booms for the

collecting hair and dog fur from salons and grooming facilities and adhering the material to nylon. I also have organized satellite nurseries around the city of New Orleans in order to engage the public and local communities in wetland restoration.

8. The oil spill disaster has significantly depleted my enjoyment of seafood consumption. Prior to the spill, seafood represented a large portion of my weekly diet; I consumed seafood approximately two to three times per week. At the height of the oil spill, seafood was very expensive and largely unavailable; most of what was available was coming from great distances. Although seafood availability in the Gulf has returned to pre-spill levels, I have lingering concerns about the safety of consuming it and, as a result, only consume seafood that is purchased through restaurants or grocery stores at a premium.

9. My organization, Bayou Rebirth, also was affected by the outcome of the oil spill disaster. Much of our work is focused on bringing the community to sensitive wetland habitats to engage in marsh grass planting restoration activities; however, much of these areas have been inundated by the oil spill. Since the oil spill, Bayou Rebirth has faced challenges renewing its insurance policy, presumably due to the heightened liability associated with individuals coming into contact with oil and dispersants at the organization's grass planting events. Insurance carriers have significantly increased the price of their policies or have denied coverage of these activities all together. These hurdles have made it more difficult, if not impossible, to continue to hold wetland restoration events.

10. I have ongoing concerns about the clean up efforts in the Gulf. When BP declared that the oil was gone the situation got worse. The oil is still on the marshes

01/27/2011  16:35  504--889-9217  FEDEX OFFICE 1508  PAGE  04

and wetlands, and the media has become less focused on the Gulf. Communities have been destroyed. Many people, such as commercial fishermen who have been particularly devastated by the effects of the oil spill, have not recovered from the disaster. Louisiana coastal wetlands were impacted by pollution prior to the spill and I worry that without a comprehensive recovery effort they may never recover fully from this disaster.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 26 day of January 2011

*/S/ Colleen Morgan*
COLLEEN MORGAN
3043 MAUREPAS ST.
NEW ORLEANS, LA 70119

-4-