IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION: J |
| This Document Relates to:<br>*Case No. 2:10-cv-04536-CJB-SS* | Judge Barbier<br>Mag. Judge Shushan |

## DECLARATION OF DEAN WILSON

My name is Dean Wilson and I am of legal age and competent to give this declaration. All information herein is based on my own personal knowledge unless otherwise indicated. I give this declaration for use by Plaintiffs in the above-captioned matter.

1. I am currently a resident of Iberville Parish. I reside at 32675 Gracie Ln., Unit D, Plaquemine, LA 70764. I have lived here for 24 years.

2. I have been a member of the Sierra Club for approximately 10 years.

3. As a member of Sierra Club, I have held the position of Chair of the Delta Chapter's Atchafalaya Committee since 2003. As Chair, my primary responsibilities include organizing and educating members and non-members about environmental issues in Atchafalaya Bay and working to protect the natural resources of the Atchafalaya Basin.

4. As a member of Sierra Club, I have participated in many organizing activities. One example of my organizing efforts includes my work on the Cypress Campaign,

Exhibit G

which seeks to halt illegal cypress logging operations in the Atchafalaya Basin and elsewhere in Louisiana. I have coordinated many educational forums for adults and school children and coordinated flyovers to monitor and report unauthorized logging activities.

5. I joined the Sierra Club because I believe that effective organizing is required to affect change on environmental issues. In my opinion, the Sierra Club is very successful at empowering and organizing individuals.

6. I have lived near the Gulf of Mexico for most of my life. Between 1987 and 2005, I was a commercial fisherman. Although I am no longer actively involved in commercial fishing, I am fully aware of the devastation that the oil spill disaster has caused this industry. I have had significant involvement, both before and after the spill, on environmental issues affecting the Atchafalaya Basin. Atchafalaya Basin is the largest swamp area in Louisiana and the only growing delta in Louisiana. The protection of Atchafalaya Basin's habitat is vital to the survival of the Gulf Coast's fragile ecosystems. I also have been actively involved in efforts to protect natural resources after the spill. For example, I have taken multiple boat trips to Barataria Bay, Queens Bess Island, and Cat Island to monitor the effects of the oil spill. I also have taken trips with the Attakapa Indians to monitor oil damages to their land and I have tested crabs and snails for spill related toxins in the Atchafalaya Basin. I also took flyover trips to view the effects of the oil spill damage on our coast from the air.

7. My ability to swim and consume seafood has been severely impacted by the oil spill. Prior to the spill, I would consume seafood once every two weeks. I have consumed limited quantities of Gulf seafood since the oil spill out of personal

concern for the safety of doing so. I do not believe that adequate testing has been undertaken. Historically, I would enjoy swimming at Grand Isle Beach approximately once a year. The Grand Isle beach area was hit particularly hard by the oil spill and at the high mark of this disaster was completely covered in oil. Oil is still washing ashore and I no longer swim in the polluted water there.

8. Since the spill, I have personally attended many meetings, events and gatherings focused on issues related to the oil spill disaster and clean up efforts. For example, I attended meetings in New Orleans sponsored by the Lake Pontchartrain Foundation.

9. I have ongoing concerns about the clean up efforts, the oil that continues to wash ashore, the long-term public health risks associated with contaminated seafood and exposure to dispersants, and the adverse effects of the spill on the culture of the Gulf of Mexico. I believe the Gulf's culture has been decimated by the oil spill disaster and I am not sure it will ever be fully restored.

10. Moving forward, I will continue to work with the Sierra Club and other organizations to promote and protect the natural resources of Atchafalaya Basin and the Gulf of Mexico. In connection with the Save Our Gulf organization, I will also continue my work as "water keeper" for the Atchafalaya Basin. As a water keeper, I will continue to test and monitor the effects of the oil spill on the natural resources until the Gulf is fully restored.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __1__ day of February, 2011

*[signature]*
DEAN WILSON
32675 GRACIE LN., UNIT D
PLAQUEMINE, LA 70764