## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION: J |
| This Document Relates to:<br>*Case No. 2:10-cv-04536-CJB-SS* | Judge Barbier<br>Mag. Judge Shushan |

### NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that Sierra Club, Inc.'s Objections to Order of the Magistrate Judge Denying Sierra Club, Inc.'s Motion to Intervene [Rec. Doc. 3065] is hereby set for submission on the 31st day of August, 2011, at 9:30 a.m., before the Honorable Carl Barbier, United States District Judge, United States District Court for the Eastern District of Louisiana, 500 Camp Street, New Orleans, Louisiana.

Respectfully submitted,

| | |
|---|---|
| **s/ Eric E. Huber** | **s/ Devorah Ancel** |
| Eric E. Huber | Devorah Ancel |
| La. Bar No. 23790 | Ca. Bar No. 261038 |
| Sierra Club | Sierra Club |
| 1650 38th St. Ste. 102W | 85 Second Street, 2nd Floor |
| Boulder, CO 80301 | San Francisco, CA 94105 |
| Tel: (303) 449-5595 | Tel: (415) 977-5721 |
| Fax: (303) 449-6520 | Fax: (415) 977-5793 |
| eric.huber@sierraclub.org | devorah.ancel@sierraclub.org |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing was served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and the foregoing was also electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 25th day of July, 2011.

I HEREBY CERTIFY that the above and foregoing was served on Defendant QBE Underwriting Ltd., Lloyds Syndicate 1036 via first class U.S. Mail, postage prepaid, on this 25th day of July, 2011, to George Gilly and Marty Mcleod at Phelps Dunbar LLP, Canal Place 365 Canal Street, Suite 2000 New Orleans, Louisiana 70130-6534.

**s/ Eric E. Huber**
Eric E. Huber