UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig                    MDL NO. 2179
    "Deepwater Horizon" in the Gulf
    of Mexico, on April 20, 2010                   SECTION J

Applies to: *All Cases*                            JUDGE BARBIER
                                                   MAGISTRATE JUDGE SHUSHAN

### ORDER

[Regarding Preservation of the BOP and Its Components -
Preservation Protocol and Schedules ]

On July 15, 2011, the Court approved the BOP Preservation Protocol and its Schedule "A," concerning preservation of metallic surfaces (Rec. Doc. No. 3334), and instructed DNV to commence execution of Schedule A while the remaining Schedules were prepared. DNV did so.

The Evidence Custodian, in consultation with DNV and a technical working group of the MDL, has agreed to the remaining BOP preservation procedures, which are found in Schedules B, C, and D to the Preservation Protocol. Schedules B, C, and D were circulated July 25, 2011 to the MDL 2179 Parties for review and approval, and there was no objection.

It is therefore, ORDERED that the Preservation Protocol, including its Schedules A, B, C, and D, attached as Exhibit "1," is approved by the Court and shall be executed by DNV on behalf of the Court.

THUS DONE AND SIGNED, for entry, this 26th day of July, 2011 at New Orleans, Louisiana.

_____
SALLY SHUSHAN
United States Magistrate Judge