

# DET NORSKE VERITAS

## Protocol for Preservation of the Disassembled Deepwater Horizon Blowout Preventer and Its Components

**United States District Court
Eastern District of Louisiana
MDL No. 2179**

Protocol Sections 1-4, and Schedules A-D
July 25th, 2011

EXHIBIT 1

DET NORSKE VERITAS
Multi-District Litigation – MDL 2179
Protocol for Preservation - Disassembled DEEPWATER HORIZON BOP
And Its Components



## TABLE OF CONTENTS

1   INTRODUCTION .................................................................................................................. 1

2   OBJECTIVES ........................................................................................................................ 1

3   SCOPE .................................................................................................................................... 2

   3.1   General ........................................................................................................................ 3
   3.2   Safety, Health, and Environmental ............................................................................. 3
   3.3   Evidence Control ........................................................................................................ 3
   3.4   Video and Photo Documentation ................................................................................ 3
   3.5   Preservation of the Metallic Surfaces of the BOP, LMRP and various
         components ................................................................................................................. 3
   3.6   Preservation of the Elastomeric Components ............................................................. 4
   3.7   Preservation of the Hydraulic Controls ...................................................................... 4
   3.8   Preservation of the Electronic Components ............................................................... 5

4   RECOVERY OF EVIDENCE DURING PRESERVATION ................................................ 5

SCHEDULE A ............................................................................................................................... 6

SCHEDULE B ............................................................................................................................... 8

SCHEDULE C ............................................................................................................................... 9

SCHEDULE D ............................................................................................................................. 10

DET NORSKE VERITAS
Multi-District Litigation – MDL 2179
Protocol for Preservation - Disassembled DEEPWATER HORIZON BOP
                And Its Components




# 1   INTRODUCTION

Following completion of the Phase 2 Forensic Examination and Testing of the Deepwater Horizon Blowout Preventer, the Evidence Custodian, Court and some MDL 2179 Parties desired to have the BOP[1] preserved for possible future reference. Although the BOP had been disassembled in part during the Phase 1 and 2 Forensic Examinations, none of these interests thought it desirable or advisable to reassemble the BOP before preservation.

The BOP is evidence in the MDL 2179 litigation and other matters, and the United States has custody of this evidence. Preservation planning is therefore proceeding with the direct participation of the United States and other interested parties in the MDL 2179, always under the direction and control of the United States District Court for the Eastern District of Louisiana, per the matter at Docket No. 2179.

As an extension of DNV's work under its Court-approved contract for the Phase 2 Forensic Examination, DNV is coordinating drafting of this Preservation Protocol.

This Preservation Protocol has been approved and is recommended by the Court appointed technical working group for BOP evidence preservation, including the United States Coast Guard's designated Evidence Custodian. This Preservation Protocol has been circulated to the MDL 2179 group, and to the Court, for approval and incorporation into a District Court Order regarding Preservation of the BOP.

To facilitate planning and expedite execution, preservation work is planned to occur in phases. Each Protocol schedule concerns preservation work on certain elements of the BOP or a set of preservation activities. Court approval of the Preservation Protocol is likewise being sought in phases, so that work under completed schedules may immediately commence. Court approval of the remaining schedules will be obtained which they are finished.

# 2   OBJECTIVES

As directed by the Court, DNV circulated to the Evidence Custodian and interested parties the following objective for the preservation procedures:

> In developing a series of preservation procedures, the purpose is
> not to return the BOP stack to a "fully functional condition."
> Rather, the objective is to try and maintain the condition of the
> BOP stack and its components, for a period of approximately one

---

[1] Reference to the "BOP" in this Protocol includes reference to the LMRP, lower section of the BOP, the control pods, and numerous smaller components already removed from the BOP system, including components and disassembled elements of same. The only exception is when the context makes its clear that the textual reference is deliberately limited to the lower BOP and LMRP elements of the system, the elements presently located inside the Temporary Enclosure at Michoud.

DET NORSKE VERITAS
Multi-District Litigation – MDL 2179
Protocol for Preservation - Disassembled DEEPWATER HORIZON BOP
         And Its Components




year, at a level as close as possible to when the forensic examinations were completed on June 22, 2011. The procedures then should strive to minimize, and ideally prevent, potential degradation of the metallic surfaces, the mechanical operating systems, the hydraulic systems and controls, and the electronic controls of the Blowout Preventer that could occur over a period of approximately one year. Further, the preservation procedures developed must take into account the current state of the BOP stack and, to the extent possible, minimize the need for reassembly of the various parts and systems removed during the forensic investigations.

## 3   SCOPE

The scope of this preservation process is to undertake various activities described below that will prepare the BOP for storage for approximately one year. In view of fiscal and scheduling realities, the United States and other interested parties agree that the Preservation Protocol reflects appropriate, unavoidable compromises between achieving guaranteed, permanent preservation of the evidence and no preservation, the plan being to achieve a state of preservation that will last for approximately one year, and maintain the evidence in a condition reasonably accessible to the Court and MDL 2179 parties. Within these unavoidably imprecise limits, the Preservation Protocol is intended to achieve the following:

- To undertake activities that will stabilize and minimize degradation in or to the metallic surfaces of the well-bores of the BOP and LMRP, the ram cavities, the annulars and the exterior surfaces of the BOP stack,

- To undertake activities that will stabilize and minimize degradation of or deterioration in the elastomeric components of the BOP and LMRP,

- To undertake activities that will stabilize and minimize degradation in the hydraulic systems, controls or components of the BOP and LMRP,

- To undertake activities that will prevent the electronic components of the BOP from degrading or deteriorating,

- To identify, recover and inventory parts, components or other materials removed or recovered from the BOP, the LMRP, the Control Pods, and any sub-components of these units during the preservation work, and

- To photo-document and video record these activities.

DET NORSKE VERITAS
Multi-District Litigation – MDL 2179
Protocol for Preservation - Disassembled DEEPWATER HORIZON BOP
And Its Components




It is the United States' responsibility to identify the sites where the LMRP/BOP stack and other items will be stored while the evidence remains in United States custody, for the period of approximately one year from July 2011. To the extent special storage conditions are recommended or required, beyond storage in the open, with resultant exposure to ambient weather, these are stated.

## PRESERVATION PROTOCOL

### 3.1 General

DNV plans to complete the stabilization and preservation of the lower section of the BOP and LMRP that are located on test pans on NASA-Michoud's West Dock first. Following that work, the Temporary Enclosure will be disassembled and removed. Disassembly and removal are outside the scope of this Preservation Protocol, but preservation of the BOP and LMRP will occur first, so that the Temporary Enclosure may be removed.

### 3.2 Safety, Health, and Environmental

This Preservation Protocol will be conducted in accordance with all relevant health, safety and environmental laws and regulations of the federal government and the State of Louisiana, as well as any local requirements including the City of New Orleans, the United States Coast Guard and the NASA-Michoud facility.

All preservation procedures and practices must account for and comply with environmental requirements of NASA-Michoud. Storage of the BOP and LMRP on the West Dock of the NASA-Michoud facility necessitates planning to avoid a marine pollution incident. No procedure or practice may be adopted that might result in an oil pollution incident or other unacceptable environmental consequence.

### 3.3 Evidence Control

The evidence control procedures established and followed during the Joint Investigation Team (JIT) (Phase 1) testing and Phase 2 testing will be followed during the process of preservation.

### 3.4 Video and Photo Documentation

Video and photo documentation procedures established and followed during the JIT (Phase 1) and MDL (Phase 2) investigations and testing will be followed during the preservation process. DNV will deposit copies of the photo and video documentation of the preservation activities and work with the Primary Evidence Custodian on completion of the preservation process.

### 3.5 Preservation of the Metallic Surfaces of the BOP, LMRP and various components

Schedule A provides further detail of the activities associated with preserving the metallic surfaces of the LMRP, BOP, Flex Joint and other components, such as the faces of the ram

DET NORSKE VERITAS
Multi-District Litigation – MDL 2179
Protocol for Preservation - Disassembled DEEPWATER HORIZON BOP
And Its Components



bonnets, the rams themselves, sections of recovered drill pipe, etc. In general these activities take the following form:

- Power wash the metallic surfaces using a hot-water–detergent based material,

- Allow the surfaces to dry,

- Examine for cleanliness, re-clean if necessary,

- Apply a protective coating and allow to dry,
    - Individuals from Transocean, BP, and DNV evaluated seven coating products from three different vendors. The safety, health and environmental hazards of these products were reviewed and assessed by NASA's SHE group. Based on those evaluations a product entitled Coretec 391 was selected as being the preferred product to be used to coat the metallic surfaces.

- Examine and confirm all surfaces are properly coated, re-apply or touch-up as necessary.

DNV proposes to use this spray coating on all metallic components, including the ram pistons or operators that have been disassembled, the interior of the ram surfaces of the ram bonnets, etc.

### 3.6  Preservation of the Elastomeric Components

Schedule B provides further detail of the activities associated with preserving the elastomeric components of the BOP stack. In general, these activities take the following form:

- Remove remaining accessible elastomeric components from the BOP and LMRP,
    - It was agreed in a teleconference with BP, Transocean, DNV and the US Government that the hydraulic hoses will be disconnected from their operators and blown clean. The hoses will then be secured. They will not be removed.

- Clean the exterior surfaces using a hot-water – detergent solution,

- Allow to dry,

- Wrap or place in crates in a manner that prevents or minimizes the materials from having to be wrapped, bended, etc., and

- Storage requirements are yet to be agreed.

### 3.7  Preservation of the Hydraulic Controls

Schedule C to this document is yet to be developed.

Final – July 25, 2011

4

Case 2:10-md-02179-CJB-DPC   Document 3458-1   Filed 07/26/11   Page 7 of 13

DET NORSKE VERITAS
Multi-District Litigation – MDL 2179
Protocol for Preservation - Disassembled DEEPWATER HORIZON BOP
And Its Components



Issues to be agreed include flushing of these components and whether to fill same with a preservative fluid or leave same empty. Approaches will likely vary depending on the component.

### 3.8   Preservation of the Electronic Components

Schedule D to this document is yet to be developed.

Subsea Electronic Modules preservation is an issue that requires further study. It has not been determined whether they should be resealed and remounted to their respective Control Pods. Transocean has suggested that two storage vats should be filled with an ethylene-glycol based fluid (i.e. StackGuard) and the Pods then immersed in this fluid. This approach presents significant environmental challenges, because NASA-Michoud requires 100% secondary containment of fluids. This also presents a weight challenge, as the total weight when the vats are filled with fluid and the Pods are placed within same would be on the order of 70,000+ pounds (35+ tons). Alternatively, the electronics and Pods might be stored in a climate controlled environment, but this method too also presents challenges, including appropriate flushing techniques and determining whether solenoids and regulators mounted to the Pods should be left empty after flushing or filled with a preservative.

## 4   RECOVERY OF EVIDENCE DURING PRESERVATION

It is necessary to recover and inventory BOP evidence. This includes all materials, parts, and equipment removed from the BOP during the Forensic Analysis and testing, or removed or discovered during preservation. A few anticipated tasks or areas of concern include:

- Gas samples. The gas in the 12 accumulator bottles and 1 surge bottle must be sampled.

- Hydraulic hoses preserved. Necessary if the hydraulic hoses are removed.

- Break out torque record. To the extent realistically practicable, it is planned to record the break-out torques of connections or fittings that have not been opened previously during JIT or MDL forensic testing.

- Fluid samples. Fluid in hydraulic systems or controls not previously disturbed or examined during the JIT and MDL forensic work will be sampled.

As noted elsewhere, appropriate photographic and evidence control procedures established for the JIT and MDL forensic work will be followed.

DET NORSKE VERITAS
Multi-District Litigation – MDL 2179
Protocol for Preservation - Disassembled DEEPWATER HORIZON BOP
        And Its Components



# SCHEDULE A

## PROCEDURES FOR PRESERVING THE METALLIC SURFACES

**The Lower Section of the BOP and the LMRP**

- Perform a thorough power wash of all external surfaces of the BOP and the LMRP using a hot-water – detergent solution.
    - As part of this process a Coretec additive will be used to assist with cleaning the surfaces and neutralizing salt deposits.
- Perform a thorough power wash of the well-bore and internal surfaces of the BOP and LMRP using a hot-water – detergent solution.
    - As part of this process a Coretec additive will be used to assist with cleaning the surfaces and neutralizing salt deposits
- Examine surfaces for cleanliness, re-clean if necessary.
- Allow to dry.
- Identify and remove all hoses from the BOP and LMRP that were cut as part of the ROV interventions and all associated ROV equipment or apparatus.  USCG to take this material into evidence.
    - Where possible crate any materials removed to protect them from the sun.
    - Examine any associated equipment (e.g. gauges, ROV connections, etc.) and take necessary precautions to preserve this equipment.
- Identify then remove the connections to shuttle valves or other operators of all other hoses on the BOP and LMRP and drain those hoses of all fluids.
    - Make provision to capture any fluids from hoses or connections that have not been previously disturbed.  If such fluids are captured, USCG to take the samples into evidence.
    - Make provision to record the break-out torques on connections not previously disturbed.
- Collect two (2) each samples of gases in stainless steel sample containers (e.g. 500mL to 1L containers) from each of the thirteen (13) accumulator bottles (12 accumulator bottles and 1 surge bottle) on the BOP and LMRP.
- Vent the thirteen (13) accumulators to approximately fifty (50) psig.
- Apply Coretec 391 (a water based preservative) to the internal and external metallic surfaces of the BOP and LMRP.

DET NORSKE VERITAS
Multi-District Litigation – MDL 2179
Protocol for Preservation - Disassembled DEEPWATER HORIZON BOP
        And Its Components



- o   Inspect and reapply or 'patch' if or as necessary.
- Identify suitable materials (e.g. aluminum, weather resistant plastic, etc.) that will not deteriorate over a period of one year for covering the ram cavity openings, the tops of the wellbores and any other opening on the BOP and LMRP, then fabricate those covers as well as identify a means or system for fastening those covers in place.
  - o   Once the coating has dried, place and fasten covers on all openings to the BOP and LMRP.
- Undertake a complete examination of all surfaces, controls, etc. Identify any openings and cap or seal those openings to prevent the ingress of rain, insects, birds, etc.

**Other Metallic Surfaces (e.g. Flex Joint, ram bonnets, operators, Drill-pipe sections, Riser etc.)**

It was agreed by the technical working group in a 13 July 2011 teleconference that the metallic surfaces of all parts or components of the BOP, drill pipe, the Flex Joint, ram bonnets, and ram blocks are to be treated as if they were to be stored exposed to the elements. Basically this means all such parts will be cleaned and coated using the Coretec 391 product as will be used to coat the BOP and LMRP metallic surfaces.

- Where certain components have been wrapped (e.g. the ram blocks), unwrap, expose and clean the metallic surfaces.
- Clean all metallic surfaces using a hot-water - detergent solution.
  - o   As part of this process a Coretec additive will be used to assist with cleaning the surfaces and neutralizing any salt deposits
  - o   Inspect and re-clean if necessary.
  - o   For the five ram bonnets that have been removed, evacuate the hydraulic fluids from the operating chambers and retract the operators and rods into the ram bonnets.
- Apply Coretec 391 to all exposed metallic surfaces (internal and external) and allow to-dry.
  - o   Inspect and re-apply if necessary.
- Determine the need to wrap or seal the ends of various components, such as sections of drill-pipe, ram blocks, and ram bonnets to protect against mechanical damage during handling and storage, rain, insects, birds, etc. from entering. Seal as necessary.

Date: July 25, 2011    7

DET NORSKE VERITAS
Multi-District Litigation – MDL 2179
Protocol for Preservation - Disassembled DEEPWATER HORIZON BOP
And Its Components



# SCHEDULE B

## PROCEDURES FOR PRESERVING

## THE ELASTOMERIC COMPONENTS

The general steps to be taken for preserving the elastomeric components are discussed below:

- Those elastomeric parts previously removed (e.g packers, donuts, elements) – clean surfaces if not previously cleaned and apply Coretec rubber/elastomeric preservative to the exterior surfaces. Crate and place in storage containers.

- Remove hoses from the BOP and LMRP that were either cut or mounted as part of the ROV interventions.
    - Clean and apply Coretec rubber/elastomeric preservative to the surfaces.
    - Crate and place in storage containers.

- Disconnect the lower connections of the hydraulic hoses fitted to the LMRP and BOP.
    - Drain the hoses of any fluids.
    - These hoses will be power cleaned as part of the process of power washing of the exterior surfaces of the BOP and LMRP. The exterior surfaces of the hoses will also be sprayed with Coretec 391 protective coatings as part of protecting the metallic surfaces of the LMRP and BOP.
    - Secure the hoses to prevent them from being blown or 'whipping' in the event of winds and storms.

DET NORSKE VERITAS
Multi-District Litigation – MDL 2179
Protocol for Preservation - Disassembled DEEPWATER HORIZON BOP
And Its Components



# SCHEDULE C

## PROCEDURES FOR PRESERVING
## THE HYDRAULIC CONTROLS

The following approach will be taken to prepare the hydraulic control systems on the BOP and LMRP:

- Identify and catalog the systems from the Rigid Conduit Manifold and the High Pressure Shear Control Panel.

- Identify if these systems have a low point that can be disconnected or opened at a low point within the system.
    - Open the system at these low points and drain of fluids,
    - Reconnect the systems.

- Identify those systems without a low point, catalog and tag that they could not be cleared of any fluids.

D<small>ET</small> N<small>ORSKE</small> V<small>ERITAS</small>
Multi-District Litigation – MDL 2179
Protocol for Preservation - Disassembled DEEPWATER HORIZON BOP
 And Its Components



# SCHEDULE D

## PROCEDURES FOR PRESERVING
## THE ELECTRONIC COMPONENTS

This Schedule outlines the approach to be taken to preserve the electronics or electrical control systems of the Deepwater Horizon Blowout Preventer.  For the purposes of this Schedule, the electronics are defined as including the following equipment and components:

- The Yellow and Blue Control Pods,
- The Subsea Electronic Modules to the Control Pods,
- Four Portable Electronic Test Units (PETU's),
- Four Panasonic Laptops, and
- Associated cables, transformers, etc.

Subsea Electronic Modules (SEMs)
- Remove the SEM housings and reinstall the AMF/Deadman cards in the Subsea Electronic Modules.
- Examine the seals between the SEM housing and the body of the SEMs.  Replace seals if necessary.
    - Note: Tansocean or Cameron to source and provide new seals.
- Remount the SEM housings to the body of the SEMs.  Tighten the fastening bolts to the OEM recommended torques.
- Purge the SEMs with dry nitrogen per Cameron Procedure X-200934-01.
- Test the seals following Cameron Procedure X-200934-02. If the seals fail, replace as necessary.
- Remount the SEMs to the Control Pods.
- Reconnect the e-connectors to the appropriate pie connectors.

Control Pods
- Fit blanks to the following solenoid placements:
    - Yellow – 103
    - Yellow – 3A
        - Note: Transocean or Cameron to source and provide blanks.
- Flush the hydraulic systems and components of the Control Pods using fresh hydraulic fluid.
    - Note: Transocean to provide required hydraulic fluid.
- Power wash the exterior surfaces of both Control Pods.
- Bleed the pre-charge on the 1-gallon accumulators to approximately 50 psig.
- Construct or purchase a secondary containment system capable of capturing and retaining 6,500 gallons of fluid.
    - Place the secondary containment in the newly constructed Evidence Yard within the NASA levee.

Date: July 25, 2011                                                                                                                              10

DET NORSKE VERITAS
Multi-District Litigation – MDL 2179
Protocol for Preservation - Disassembled DEEPWATER HORIZON BOP
    And Its Components



- Move the two Pod storage vats to the secondary containment.
- Fill the two Pod storage vats with fresh hydraulic fluid (ethylene glycol based material).
    - Note: Transocean to provide hydraulic fluid (approximately 11,000 gallons).
- Place the Pods into the storage vats, cover and strap down the top covers.
    - Note: NASA will require periodic monitoring of these storage arrangements.

PETUs and Laptops:
- PETUs
    - Place desiccant in large plastic bags, place the PETUs inside.
    - Place any associated cables in the bags with the PETUs, remove as much air as possible, then seal the plastic bag.
    - Store in a condition controlled environment away from sources of electricity, moisture, etc.
- Laptops
    - Assess the state of the batteries and charge to a level between 40-60%.
    - Remove the batteries from each laptop, place the batteries in a plastic bag along with desiccant, remove as much air as possible, then seal the bags.
    - Place desiccant in large plastic bags, place the laptops inside.
    - Place any associated cables in the bags with the laptops, remove as much air as possible then seal the plastic bag.
    - Place any associated cables, transformers, etc. in the bags with the laptops.
    - Remove as much air as possible and then seal the plastic bag.
    - Store batteries and laptops in a condition controlled environment away from sources of moisture, electricity or strong magnetic forces.

Date: July 25, 2011                                                                                                11