UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig          MDL NO. 2179
      "Deepwater Horizon" in the Gulf
      of Mexico, on April 20, 2010          SECTION J

Applies to: *All Cases*                   JUDGE BARBIER
                                          MAGISTRATE JUDGE SHUSHAN

## ORDER

**[Regarding Transocean's Motion for Protective Order (Rec. doc. 3448)]**

On July 25, 2011, Transocean filed a motion for an order relieving it from responding to BP's second set of interrogatories. In the alternative, it requests that if it is required to respond to BP's interrogatories, it be given leave to serve interrogatories and requests for admissions.

On May 5, 2011, Transocean filed a motion for an order protecting it from written discovery served by BP, Anadarko and MOEX.[1] It urged that it should not be required to respond to matters which were subject to an arbitration agreement. In the alternative and if it was required to respond to the discovery, it sought leave to file its own discovery beyond the April 29, 2011 deadline. Rec. doc. 2261. Transocean was ordered to respond to BP's discovery requests. The order provided that:

> Transocean's request to serve written discovery on BP is denied. The motion for a protective order and request to conduct discovery came well after the April 29, 2011 deadline. The request comes too late in the Phase I discovery process.

Rec. doc. 2963 at 4.

On July 1, 2011, BP served Transocean with a second set of interrogatories. Transocean contends that this written discovery is not timely. On July 19, 2011 and in response to Halliburton's motion for a protective order regarding BP's third request for admissions and third set of

---

[1] The motion referred to BP's first request for production of documents served on Transocean on March 11, 2011, and additional written discovery served by BP, Anadarko and MOEX on Transocean on April 29, 2011. Rec. doc. 2261 (Memorandum at 2).

interrogatories, the Court stated that the deadlines for service of interrogatories and requests for admissions for Phase One were not completely clear. The Court declined to find that the written discovery served by BP on Halliburton on July 1 was not timely. Rec. doc. 3365. After consideration of briefing from BP and Halliburton on the reasonableness of the discovery, Halliburton's motion for a protective order was granted.

In the context of the June 21, 2011 order denying Transocean's alternative request for leave to serve written discovery on BP, the discovery filed by BP on July 1, 2011 was not timely.

IT IS ORDERED that: (1) Transocean's motion for protective order (Rec. doc. 3448) is GRANTED; (2) its alternative request to serve written discovery on BP is DENIED; (3) its motion for expedited hearing (Rec. doc. 3447) is GRANTED; and (4) the deadline for an appeal from this order is **Thursday, August 4, 2011.**

New Orleans, Louisiana, this 26th day of July, 2011.

**Sally Shushan**
**United States Magistrate Judge**