**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In re: Oil Spill by the Oil Rig        **MDL NO. 2179**
      "Deepwater Horizon" in the Gulf
      of Mexico, on April 20, 2010        **SECTION J**

Applies to: *All Cases*        **JUDGE BARBIER**
       **MAGISTRATE JUDGE SHUSHAN**

## ORDER

### [Regarding the Motion of John Wright to Quash Subpoena]

The PSC served a deposition subpoena on John Wright issued by the United States District Court for the Southern District of Texas (Rec. doc. 3137 - Exhibit 1). Wright filed a motion to quash the subpoena in that court (Id. at Exhibit 2). Because of this Court's inherent authority as the transferee court for multidistrict litigation pursuant to 28 U.S.C §1407 (b), an order was issued notifying the parties that the motion would be decided by the undersigned (Rec. doc. 3137). Because of the District Judge's ruling on the admissibility of Wright's report, the PSC has notified the Court that it no longer sought Wright's testimony.

IT IS ORDERED that: (1) the motion of John Wright to quash the subpoena (Rec. doc. 3137 - Exhibit 2) is DISMISSED as MOOT; and (2) John Wright is not required to respond to the subpoena (Red. doc. 3137 - Exhibit 1).

New Orleans, Louisiana, this 26th day of July, 2011.

**SALLY SHUSHAN**
**United States Magistrate Judge**

**Clerk to Serve:**
Kurt Arbuckle
kurtarbuckle.com
2700 PostOak Blvd.
Suite 950
Houston, TX 77056-5778