UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig        MDL NO. 2179
  "Deepwater Horizon" in the Gulf
  of Mexico, on April 20, 2010        SECTION J

Applies to: *All Cases*        JUDGE BARBIER
                               MAGISTRATE JUDGE SHUSHAN

## ORDER

**[Regarding Halliburton' Motion for a Protective Order (Rec. doc. 3318)]**

Halliburton Energy Services, Inc. ("Halliburton"), seeks an order regarding BP's third request for admissions and third set of interrogatories. Rec. doc. 3318. On July 19, 2011, Halliburton's motion was denied as to the contention that BP's discovery was not timely. The parties were granted leave to supplement with letters addressing the reasonableness of the discovery. Rec. doc. 3365. BP submitted a letter dated July 22, 2011, and Halliburton submitted one dated July 25, 2011. They will be filed in the record. The Court reviewed the letters with their exhibits.

Halliburton is not required to respond to BP's third set of interrogatories and its third set of requests for admissions.

IT IS ORDERED that: (1) Halliburton's motion for a protective order (Rec. doc. 3318) is GRANTED as provided herein; and (2) the deadline for BP to file an appeal of this ruling is **Thursday, August 4, 2011.**

New Orleans, Louisiana, this 26th day of July, 2011.

---
**Sally Shushan**
**United States Magistrate Judge**