IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF LOUISIANA

U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED JUL 2 5 2011

LORETTA G. WHYTE
CLERK

In re: Oil Spill by the Oil Rig    * MDL No. 2179
Deepwater Horizon@ in the Gulf    *
of Mexico, on April 20, 2010    * SECTION: J
                                 *
Applies to:   Case of            * JUDGE BARBIER
              Plaintiff GCCF #   *
              01044655           * MAGISTRATE JUDGE SHUSHAN
                                 *
                                 *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, hereby voluntary dismisses their claims **with prejudice** in the above-styled action.

Dated: July 17, 2011

GREGREY J. MURCIT
Attorney for Plaintiff

61868  193rd ST.
Street Address

LITCHFIELD, MN  55355
City, State and Zip Code

612-940-1539
Telephone No.



Greg Murch
61868 193rd St
Litchfield, MN 55355

MINNEAPOLIS MN 554
20 JUL 2011 PM 7 T

Clerks Office
U.S. District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, Louisiana
                              70130

7013043387