**Exhibit A**
**Chart of Interrogatory Subparts**
**From BP's First and Second Set of Interrogatories**

| Number | Actual Count of Subparts & Topic (subparts divided by semi-colons) |
|---|---|
| Interrog. No. 1 | 1  Describe warnings HESI gave BP |
| Interrog. No. 2 | 2  Describe bases for any contention hydrocarbons went up annulus |
| Interrog. No. 3 | 3-7  Describe modeling/testing for cement job on April 19 & 20; cement slurry on April 19 & 20; well fluids; any earlier iteration of cement slurry; the cement job, slurry, well fluids, and earlier iterations of cement slurry for prior intervals of Macondo |
| Interrog. No. 4 | 8-12  Describe all communications re: modeling/testing for cement job on April 19 & 20; cement slurry on April 19 & 20; well fluids; any earlier iteration of cement slurry; the cement job, slurry, well fluids, and earlier iterations of cement slurry for prior intervals of Macondo |
| Interrog. No. 5 | 13-15  Describe reports re: properties of cement slurry (subparts b. & d. subsumed into a.; a. & c. are independent of primary question) |
| Interrog. No. 6 | 16-17  Whether HESI had all information needed for a successful cement job; and if not, what information was lacking |
| Interrog. No. 7 | 18-19  Did HESI believe it could achieve zonal isolation; if yes, explain reasons – if no, why did pouring go forward |
| Interrog. No. 8 | 20  Describe what caused the Incident |
| Interrog. No. 9 | 21  Describe basis for any contention that it is appropriate to condition the cement slurry before testing |
| Interrog. No. 10 | 22-24  Describe basis for any contention that HESI is not at fault; HESI's role in the cement job; details of any prior foamed cement job |
| Interrog. No. 11 | 25  Describe the bases for HESI's Jan. 11, 2011 statement about Presidential Commission |
| Interrog. No. 12 | 26  Describe qualifications of HESI personnel who worked on DWH |
| Interrog. No. 13 | 27-29  Describe HESI foamed cement jobs on other Gulf of Mexico deepwater wells since Jan. 1, 2005; whether similar in composition, modeling, testing; results of modeling/testing |
| Interrog. No. 14 | 30  Describe HESI cement jobs in Gulf of Mexico since Jan. 1, 2005, with any claim that cement failed to achieve zonal isolation |
| Interrog. No. 15 | 31  Describe any allegations of HESI mud loggers failing to properly monitor data |
| Interrog. No. 16 | 32  Describe HESI investigations of allegations that cement job failed to achieve zonal isolation |
| Interrog. No. 17 | 33  Describe HESI pumping a cement job despite modeling, including OptiCem, showing weaknesses |
| Interrog. No. 18 | 34 Describe HESI pumping a cement job despite operator's decisions contradicting HESI recommendations |
| Interrog. No. 19 | 35-38  Describe mud logger equipment; whether it was properly functioning on April 20; whether alarms were disabled; and why |
| Interrog. No. 20 | 39-41  Describe HESI protocols for well drilling operations including cementing, mud logging, temporary abandonment; explain why each applies to Macondo; explain whether met at Macondo |
| Interrog. No. 21 | 42-44  Describe HESI protocols for well drilling operations including |

Page 2

|  | cementing, mud logging, software, well completions; explain why each applies to Macondo; explain whether met at Macondo |
|---|---|
| Interrog. No. 22 | 45  Describe lost HESI data related to Macondo |
| Interrog. No. 23 | 46-47  Whether HESI changed any policies post Incident; if yes, describe and explain why |
| Interrog. No. 24 | 48-52  Describe mud logging equipment including whether system could record; what real-time data logger was watching; what alarms were set or deactivated & what types of alarms were set; whether alarm were triggered; whether triggered alarms were acknowledged |
| Interrog. No. 25 | 53  Identify conversations with Jesse Gagliano re: cement slurry |
| Interrog. No. 26 | 54-55  Describe well monitoring activities at HESI Real Time Operations Center, what data monitored, who monitored; and whether recorded |
| Interrog. No. 27 | 56  Identify expert witnesses and subject matter |
| Interrog. No. 28 | 57  Identify witnesses and subject matter |
| Interrog. No. 29 | 58  Identify persons with knowledge of HESI v. BP indemnification case |
| Interrog. No. 30 | 59  Identify all persons with knowledge of any other HESI claims related to the Incident |
| Interrog. No. 31 | 60  List economic and non-economic damages HESI claims from BP |