## Exhibit F – Examples of Overlapping Questions

| Already Answered | Third RFA |
|---|---|
| **First RFA No. 74:** Admit that Halliburton attended a morning meeting with BP on April 20, 2010, where Halliburton presented the results from the cement job on April 19-20, 2010. | **Third RFA No. 19:** Admit that on April 20, 2010, at the morning meeting, Halliburton presented details of the cement job pumped on the production interval of the Macondo Well. |
| | **Third RFA No. 213:** Admit that at least one Halliburton representative attended the morning meeting on the *Deepwater Horizon* on April 20th, 2010. |
| | **Third RFA No. 214:** Admit that Halliburton representatives attended the morning meeting on the *Deepwater Horizon* on April 20, 2010. |
| **First RFA No. 5:** Admit that Halliburton informed BP that the cement job was executed successfully after the job was completed on April 20, 2010.<br><br>**First RFA No. 75:** Admit that at a morning meeting with BP on April 20, 2010, Halliburton stated that the cement job on April 19-20, 2010 had been pumped successfully.<br><br>**First RFA No. 105:** Admit that on April 20, 2010 Halliburton told BP employees on the *Deepwater Horizon* that the cement job was successfully executed. | **Third RFA No. 20:** Admit that on April 20, 2010, at the morning meeting, Halliburton stated that the cement job on the production interval of the Macondo Well was pumped successfully. |
| **First RFA No. 6:** Admit that Halliburton confirmed to BP that there were full returns during the cement job completed on April 20, 2010.<br><br>**First RFA No. 76:** Admit that at a morning meeting with BP on April 20, 2010, Halliburton stated that the cement job on April 19-20, 2010 had been pumped with full returns. | **Third RFA No. 22:** Admit that on April 20, 2010, at the morning meeting, Halliburton stated that the cement job on the production interval of the Macondo Well was pumped with full returns. |