UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION J |
| Applies to: All Cases | JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

### ORDER

Before the Court is Plaintiffs' Motion for Leave to File Supplemental Brief in Support of Supervision Over the BP Interim Claims Process (Rec. Doc. 3445), which is opposed by the BP Defendants.

IT IS ORDERED that the Motion is GRANTED.  The Clerk of Court is directed to accept for filing the Supplemental Brief in Support of Supervision Over the BP Interim Claims Process (Rec. Doc. 3423).

IT IS FURTHER ORDERED that any opposition to Plaintiffs' Supplemental Brief shall be filed no later than **Monday, August 15th, 2011**, at which time the Court will take the matter under advisement without oral argument.  Should the Court find it requires oral argument, a separate order will issue to that effect.

New Orleans, Louisiana, this 26th day of July, 2011.

_____
United States District Judge