UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | * * * * | MDL No. 2179 |
| | | Member Case No. 11-01476 |
| | * | SECTION J – JUDGE CARL J. BARBIER |
| STEPHEN B. MURRAY, SR. | * * | DIVISION 1- MAGISTRATE JUDGE |
| VERSUS | * * | SALLY SHUSHAN |
| JAMES R. DUGAN, II, ESQ. | * * | JURY TRIAL REQUESTED |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## OBJECTION TO MAGISTRATE'S REPORT AND RECOMMENDATION

NOW INTO COURT, through undersigned counsel, comes James R. Dugan, II, who, pursuant to Federal Rule of Civil Procedure 72 and Local Rule 72.2, submits this Objection to the Magistrate's Report and Recommendation of July 13, 2011 [Doc. #3287]. The reasons supporting the objection are discussed more fully in the attached supporting memorandum. For the reasons discussed therein, Dugan respectfully requests that the Court not follow the Magistrate's Report and Recommendation.

RESPECTFULLY SUBMITTED:

/s/ Jacques F. Bezou
_____
JACQUES F. BEZOU (T.A.) (3037)
STACY R. PALOWSKY (25203)
THE BEZOU LAW FIRM
534 E. Boston Street
Covington, LA 70433
Telephone: (985) 892-2111
Facsimile: (985) 892-1413
Email: jbezou@bezou.com
Email: spalowsky@palowsky-law.com
*Attorneys for James R. Dugan, II*

- 2 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been served on the following counsel of record via electronic mail this 26th day of July, 2011:

    George F. Riess (11266)
    Law Offices of George F. Riess & Associates
    228 St. Charles Avenue, Suite 1224
    New Orleans, LA 70130
    Telephone: (504) 568-1962
    Facsimile: (504) 568-1965
    Email: georgeriess@riess-law.com
    *Counsel for Plaintiff*

/s/ Jacques F. Bezou
_____
JACQUES F. BEZOU