UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | * * * * | MDL No. 2179 |
| | * | Member Case No. 11-01476 |
| STEPHEN B. MURRAY, SR. | * * | SECTION J – JUDGE CARL J. BARBIER |
| VERSUS | * * * | DIVISION 1- MAGISTRATE JUDGE SALLY SHUSHAN |
| JAMES R. DUGAN, II, ESQ. | * * | JURY TRIAL REQUESTED |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF SUBMISSION

TO:   George Riess, Esquire
      Law Offices of George F. Riess & Associates
      228 St. Charles Avenue, Suite 1224
      New Orleans, Louisiana 70130
      Attorney for Stephen B. Murray, Sr.

NOW COMES, Mover, James R. Dugan II, through undersigned counsel, who hereby notifies Stephen B. Murray, Sr., through his counsel, that Mover's Opposition to Magistrate's Report and Recommendation and Memorandum in Support of Objection to Magistrate's Report and Recommendation will be submitted to Judge Carl J. Barbier on August 17, 2011 at 9:30 a.m., at the United States District Court for the Eastern District of Louisiana, 500 Camp Street, New Orleans, Louisiana.

- 1 -

RESPECTFULLY SUBMITTED:

/s/ Jacques F. Bezou

---

JACQUES F. BEZOU (3037)
STACY R. PALOWSKY (25203)
THE BEZOU LAW FIRM
534 E. Boston Street
Covington, LA 70433
Telephone: (985) 892-2111
Facsimile: (985) 892-1413
Email: jbezou@bezou.com
spalowsky@palowsky-law.com
*Attorneys for James R. Dugan II*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been served on the following counsel of record via electronic mail this 26th day of July, 2011:

George F. Riess (11266)
Law Offices of George F. Riess & Associates
228 St. Charles Avenue, Suite 1224
New Orleans, LA 70130
Telephone: (504) 568-1962
Facsimile: (504) 568-1965
Email: georgeriess@riess-law.com
*Counsel for Plaintiff*

/s/ Jacques F. Bezou

---

JACQUES F. BEZOU