UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG    * | MDL No. 2179 |
| "DEEPWATER HORIZON" in the * | |
| GULF OF MEXICO, on * | |
| APRIL 20, 2010 * | SECTION: J |
| * | |
| Case Relates to: * | |
| 2:10-CV-08888 * | |
| * | JUDGE BARBIER |
| * | MAGISTRATE SHUSHAN |

_____

# ORDER

Considering the Motion of the Claimant / Plaintiff to Dismiss without Prejudice Pursuant to Rule 41 (a)(2):

**IT IS HEREBY ORDERED** that all claims of the following Claimant / Plaintiff are dismissed without Prejudice.

| Document No. | Cause No. | Plaintiff/Claimant |
|---|---|---|
| 1. 57332 | CA-10-8888 | Hellmich Electric, Inc. |

New Orleans, Louisiana, this the ____ day of _____, 2011.

_____
UNITED STATES DISTRICT COURT JUDGE