```
 1                  UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF LOUISIANA
 2

 3   ******************************************************************

 4   IN RE:  OIL SPILL BY THE
     OIL RIG DEEPWATER HORIZON
 5   IN THE GULF OF MEXICO ON
     APRIL 20, 2010
 6
                            CIVIL ACTION NO. 10-MD-2179 "J"
 7                          NEW ORLEANS, LOUISIANA
                            FRIDAY, JULY 22, 2011, 9:30 A.M.
 8

 9   THIS DOCUMENT RELATES TO
     ALL ACTIONS
10

11   ******************************************************************

12         TRANSCRIPT OF DISCOVERY STATUS CONFERENCE PROCEEDINGS
              HEARD BEFORE THE HONORABLE SALLY SHUSHAN
13                 UNITED STATES MAGISTRATE JUDGE

14

15   APPEARANCES:

16

17   FOR THE PLAINTIFFS'
     LIAISON COUNSEL:            DOMENGEAUX WRIGHT ROY & EDWARDS
18                               BY:   JAMES P. ROY, ESQUIRE
                                 P. O. BOX 3668
19                               556 JEFFERSON STREET
                                 LAFAYETTE, LA   70502
20

21                               HERMAN HERMAN KATZ & COTLAR
                                 BY:   STEPHEN J. HERMAN, ESQUIRE
22                               820 O'KEEFE AVENUE
                                 NEW ORLEANS, LA   70113
23

24

25
```

09:23AM

```
 1   APPEARANCES CONTINUED:

 2

 3   FOR THE PLAINTIFFS:        BREIT DRESCHER IMPREVENTO & WALKER
                                BY:  JEFFREY A. BREIT, ESQUIRE
 4                              1000 DOMINION TOWER,
                                999 WATERSIDE DRIVE
 5                              NORFOLK, VA  23510

 6
                                LEVIN PAPANTONIO THOMAS MITCHELL
 7                              RAFFERTY & PROCTOR
                                BY:  BRIAN H. BARR, ESQUIRE
 8                              316 SOUTH BAYLEN STREET, SUITE 600
                                PENSACOLA, FL  32502
 9

10                              LEWIS, KULLMAN, STERBCOW & ABRAMSON
                                BY:  PAUL M. STERBCOW, ESQUIRE
11                              PAN AMERICAN LIFE BUILDING
                                601 POYDRAS STREET, SUITE 2615
12                              NEW ORLEANS, LA  70130

13
                                WILLIAMSON & RUSNAK
14                              BY:  JIMMY WILLIAMSON, ESQUIRE
                                4310 YOAKUM BOULEVARD
15                              HOUSTON, TX  77006

16

17   FOR THE FEDERAL
     GOVERNMENT INTERESTS:      U.S. DEPARTMENT OF JUSTICE
18                              TORTS BRANCH, CIVIL DIVISION
                                BY:  R. MICHAEL UNDERHILL, ESQUIRE
19                                   SARAH D. HIMMELHOCH, ESQUIRE
                                450 GOLDEN GATE AVENUE
20                              7TH FLOOR, ROOM 5395
                                SAN FRANCISCO, CA  94102
21

22   FOR STATE INTERESTS:       ALABAMA ATTORNEY GENERAL'S OFFICE
                                BY:  COREY L. MAZE, ESQUIRE
23                              500 DEXTER AVENUE
                                MONTGOMERY, AL  36130
24

25
```

```
 1  APPEARANCES CONTINUED:

 2

 3  FOR THE STATE OF
    LOUISIANA:                 KANNER & WHITELEY
 4                             BY:  ALLAN KANNER, ESQUIRE
                               701 CAMP STREET
 5                             NEW ORLEANS, LA  70130

 6
    FOR TRANSOCEAN HOLDINGS
 7  LLC, TRANSOCEAN
    OFFSHORE DEEPWATER
 8  DRILLING INC., AND
    TRANSOCEAN DEEPWATER
 9  INC.:                      FRILOT
                               BY:  KERRY J. MILLER, ESQUIRE
10                             ENERGY CENTRE, 36TH FLOOR
                               1100 POYDRAS STREET
11                             NEW ORLEANS, LA  70163

12
                               SUTHERLAND ASBILL & BRENNAN
13                             BY:  RACHEL G. CLINGMAN, ESQUIRE
                               1001 FANNIN STREET, SUITE 3700
14                             HOUSTON, TX  77002

15

16  FOR BP AMERICA INC.,
    BP AMERICA PRODUCTION
17  COMPANY, BP COMPANY
    NORTH AMERICA INC.,
18  BP CORPORATION NORTH
    AMERICA INC.,
19  BP EXPLORATION &
    PRODUCTION INC.,
20  BP HOLDINGS NORTH
    AMERICA LIMITED,
21  BP PRODUCTS NORTH
    AMERICA INC.:              LISKOW & LEWIS
22                             BY:  DON K. HAYCRAFT, ESQUIRE
                               ONE SHELL SQUARE
23                             701 POYDRAS STREET
                               SUITE 5000
24                             NEW ORLEANS, LA 70139

25
```

```
 1   APPEARANCES CONTINUED:

 2

 3                           KIRKLAND & ELLIS
                            BY:  J. ANDREW LANGAN, ESQUIRE
 4                               MARK J. NOMELLINI, ESQUIRE
                                 RYAN S. BABIUCH, ESQUIRE
 5                          300 N. LASALLE
                            CHICAGO, IL 60654
 6

 7   FOR CAMERON INTERNATIONAL
     CORPORATION:              STONE PIGMAN WALTHER WITTMANN
 8                            BY:  CARMELITE M. BERTAUT, ESQUIRE
                              546 CARONDELET STREET
 9                            NEW ORLEANS, LA 70130

10
     FOR HALLIBURTON
11   ENERGY SERVICES, INC.:   GODWIN RONQUILLO
                              BY:  JENNY L. MARTINEZ, ESQUIRE
12                            RENAISSANCE TOWER
                              1201 ELM STREET, SUITE 1700
13                            DALLAS, TX  75270

14
                              GODWIN RONQUILLO
15                            BY:  R. ALAN YORK, ESQUIRE
                              1331 LAMAR, SUITE 1665
16                            HOUSTON, TX  77010

17

18   FOR ANADARKO
     PETROLEUM CORPORATION,
19   ANADARKO E&P COMPANY LP:
                              KUCHLER POLK SCHELL
20                            WEINER & RICHESON
                              BY:  ROBERT E. GUIDRY, ESQUIRE
21                            1615 POYDRAS STREET, SUITE 1300
                              NEW ORLEANS, LA  70112
22

23                            BINGHAM MCCUTCHEN
                              BY:  WARREN A. FITCH, ESQUIRE
24                            2020 K STREET, NW
                              WASHINGTON, DC  20006
25
```

```
 1   APPEARANCES CONTINUED:

 2

 3   FOR MOEX OFFSHORE
     2007 LLC:                  CARVER DARDEN KORETZKY TESSIER
 4                              FINN BLOSSMAN & AREAUX
                                BY:  PHILLIP D. NIZIALEK, ESQUIRE
 5                              1100 POYDRAS STREET, SUITE 3100
                                NEW ORLEANS, LA  70163
 6

 7                              PILLSBURY WINTHROP SHAW PITTMAN
                                BY:  EDWARD FLANDERS, ESQUIRE
 8                              1540 BROADWAY
                                NEW YORK, NY  10036
 9

10   FOR M-I L.L.C.:            MORGAN, LEWIS & BOCKIUS
                                BY:  DENISE SCOFIELD, ESQUIRE
11                                   JOHN C. FUNDERBURK, ESQUIRE
                                     JAMES B. TARTER, ESQUIRE
12                              1000 LOUISIANA STREET, SUITE 4000
                                HOUSTON, TX  77002
13

14   FOR O'BRIEN'S RESPONSE
     MANAGEMENT, INC.,
15   SEACOR HOLDINGS, INC.,
     SEACOR OFFSHORE LLC,
16   SEACOR MARINE, LLC,
     SEACOR WORLDWIDE, INC.,
17   SEACOR MARINE, INC.,
     SEACOR MARINE
18   INTERNATIONAL, INC.,
     AND SIEMENS FINANCIAL,
19   INC.:                      WEIL GOTSHAL & MANGES
                                BY:  THEODORE E. TSEKERIDES, ESQUIRE
20                              767 FIFTH AVENUE
                                NEW YORK, NY  10153
21

22   FOR WEATHERFORD U.S.,
     L.P.:                      JONES WALKER
23                              BY:  WILLIAM C. BALDWIN, ESQUIRE
                                PLACE ST. CHARLES
24                              201 ST. CHARLES AVENUE
                                NEW ORLEANS, LA 70170
25
```

```
 1   APPEARANCES CONTINUED:

 2

 3   FOR DRIL-QUIP,
     INC.:                        WARE, JACKSON, LEE & CHAMBERS
 4                                BY:  C. DENNIS BARROW, JR., ESQUIRE
                                  2929 ALLEN PARKWAY, 42ND FLOOR
 5                                HOUSTON, TEXAS 77019

 6

 7   FOR TRANSOCEAN
     EXCESS UNDERWRITERS:         PHELPS DUNBAR
 8                                BY:  KYLE S. MORAN, ESQUIRE
                                  NORTHCOURT ONE
 9                                2304 19TH STREET, SUITE 300
                                  GULFPORT, MS  39501
10

11   FOR AIRBORNE SUPPORT
     INTERNATIONAL, INC.:         LABORDE & NEUNER
12                                BY:  FRANCIS X. NEUNER, JR., ESQUIRE
                                  ONE PETROLEUM CENTER
13                                1001 W. PINHOOK ROAD, SUITE 200
                                  LAFAYETTE, LA 70505
14

15   FOR DRC EMERGENCY
     SERVICES, LLC:               FLANAGAN PARTNERS
16                                BY:  ANDY J. DUPRE, ESQUIRE
                                  201 ST. CHARLES AVENUE, SUITE 2405
17                                NEW ORLEANS, LA  70170

18
     FOR NATIONAL RESPONSE
19   CORPORATION:                 MONTGOMERY BARNETT
                                  BY:  PATRICK E. O'KEEFE, ESQUIRE
20                                ENTERGY CENTRE
                                  1100 POYDRAS STREET, SUITE 3300
21                                NEW ORLEANS, LA  70163

22

23   FOR MDL 2185:                METHOFF LAW FIRM.
                                  BY:  WILLIAM STRADLEY, ESQUIRE
24                                3450 ONE ALLEN CENTER
                                  500 DALLAS STREET
25                                HOUSTON, TX  77002
```

09:53AM

```
1   APPEARANCES CONTINUED:

2

3   ALSO PRESENT:              HEATHER KENNEALY, COAST GUARD

4

5

6   OFFICIAL COURT REPORTER:      CATHY PEPPER, CRR, RMR, CCR
                                  CERTIFIED REALTIME REPORTER
7                                 500 POYDRAS STREET, ROOM HB406
                                  NEW ORLEANS, LA  70130
8                                 (504) 589-7779
                                  Cathy_Pepper@laed.uscourts.gov
9
    PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.   TRANSCRIPT
10  PRODUCED BY COMPUTER.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                                **I N D E X**

2

3       AGENDA ITEMS                                        PAGE

4

5       BOP PRESERVATION.......................................  14

6       BUILDING 411...........................................  14

7       EVIDENCE YARD..........................................  15

8       DOCK...................................................  15

9       REQUEST BY PSC TO RETAIN THE CAPPING STACK.............  15

10      COMPLETION OF PHASE I WRITTEN DISCOVERY................  19

11      UNITED STATES' PRODUCTION..............................  20

12      DEADLINE FOR RELATED DISCOVERY IS COMING UP ON        20

13      JULY 31ST..............................................

14      AUGUST 31ST DEADLINE...................................  21

15      PENDING REQUEST TO BP FOR AN EXTENSION OF TIME TO     21

16      COMPLETE THE PRIVILEGE LOGS............................

17      TRANSOCEAN WILL BE FILING A MOTION FOR PROTECTIVE     23

18      ORDER PERTAINING TO THE BP JULY 1 DISCOVERY............

19      PSC HAD A MOTION TO COMPEL AGAINST CAMERON.............  23

20      ADDITIONAL GOM CONTRACTS...............................  24

21      GULF OF MEXICO.........................................  24

22      CONTRACT ISSUES........................................  24

23      TWO CONTRACTS..........................................  25

24      NOBLE..................................................  25

25      PRIDE..................................................  25

1   MASTER SERVICES AGREEMENT WITH NOBLE...................  32

2   PRIDE *THUNDER HORSE* AGREEMENT..........................  33

3   COMPLETION OF PHASE I DISCOVERY........................  34

4   REDACTED DOCUMENTS.....................................  34

5   MOEX AGREEMENT.........................................  34

6   PRIVILEGE REDACTION....................................  34

7   MOEX SETTLEMENT AGREEMENT..............................  35

8   PHASE I DISCOVERY......................................  36

9   ANADARKO...............................................  36

10  ADDITIONAL SEARCH TERMS................................  36

11  SEARCH TERMS...........................................  36

12  WEATHERFORD SETTLEMENT AGREEMENT.......................  37

13  INTERPLEADER ACTION....................................  38

14  PHASE I FACT DEPOSITIONS WE STILL NEED TO CONFIRM......  39

15  TRANSOCEAN INTERNAL REPORT.............................  39

16  PRIVILEGED DOCUMENTS...................................  39

17  ON THE DOCUMENTS TRANSOCEAN SAYS IT WILL PRODUCE, WE    40

18  JUST WANT A DEADLINE...................................

19  ON THE PRODUCTION OF REVISED PRIVILEGE LOG, WE JUST     40

20  WANT A DEADLINE........................................

21  DEADLINE IS JULY 28TH..................................  40

22  SOME LIMITED NUMBER OF ADDITIONAL DEPONENTS FROM THEIR  41

23  INVESTIGATION TEAM.....................................

24  FOR ADDITIONAL DEPOSITIONS RELATING TO THEIR INTERNAL   41

25  INVESTIGATION..........................................

1    PRIVILEGE LOG AND THE ADDITIONAL PRODUCTIONS........... 41

2    INTERNAL REPORT AND WITNESSES AND TIMING............... 41

3    ADDITIONAL INTERNAL REPORT WITNESSES................... 42

4    MR. FARR.............................................. 42

5    MR. BOUGHTON.......................................... 42

6    DOCUMENT PRODUCTION OF BP............................. 43

7    BP PLC................................................ 43

8    PHASE I FACT DEPOSITION SCHEDULING.................... 44

9    TONY BROCK............................................ 44

10   JAY THORSETH.......................................... 45

11   DALY.................................................. 45

12   LACY.................................................. 45

13   ANDREW FRAZELLE....................................... 45

14   MR. FRAZELLE, GORDON BIRRELL, RICHARD MORRISON AND    46

15   JAY THORSETH..........................................

16   BUDDY TRAHAN.......................................... 48

17   MR. BEIRUTE........................................... 49

18   M-I................................................... 50

19   STEPHEN JOHNSON....................................... 50

20   MR. MAXIE, MR. MECHE AND MR. QUIBODEAUX............... 50

21   MR. TURLAK............................................ 50

22   DR. RAVI.............................................. 51

23   REQUEST FOR AN ADDITIONAL DEPONENT, MR. RICH MILLER.... 52

24   SCHLUMBERGER EMPLOYEES................................ 52

25   VICTOR EMANUEL........................................ 52

```
 1  RYAN O'TOOLE...........................................   52

 2  CASING DESIGN..........................................   53

 3  ANNULAR PRESSURE BUILDUP...............................   53

 4  GORDON BEIRUTE.........................................   54

 5  MR. NEWMAN.............................................   55

 6  MR. MCKAY..............................................   55

 7  MR. NEWMAN.............................................   55

 8  MR. VIDRINE............................................   56

 9  MR. MCKAY..............................................   58

10  BOOTS & COOTS REPORT...................................   58

11  WITHDRAWN YOUR REQUEST FOR MR. WRIGHT'S DEPOSITION.....   58

12  FLEYTAS AMENDED DEPOSITION NOTICE WITHIN THE             58

13  PARAMETERS SET WENT OUT THIS MORNING...................

14  30(B)(6) OF BP RELATIVE TO THE REGULATORY COMPLIANCE     59

15  ISSUE..................................................

16  HALLIBURTON'S REQUEST FOR RICH MILLER, VICTOR EMANUEL,   59

17  OR RYAN O'TOOLE........................................

18  TRANSOCEAN HAS REQUESTED ADDITIONAL TIME FOR THE         59

19  DEPOSITION OF ED GAUDE.................................

20  JONATHAN KEETON........................................   60

21  DAN FARR...............................................   60

22  TRANSOCEAN OBJECTIONS TO CAMERON'S REQUEST FOR           60

23  DEPOSITIONS............................................

24  REQUEST FOR ADDITIONAL WITNESSES OF CAMERON CONTINGENT   61

25  ON A RULING BY US THAT SOME OF THESE R&B FALCON OR ....
```

1    CURRENT TRANSOCEAN DEPOSITIONS CAN BE TAKEN............

2    PROPOSED AMENDMENTS TO THE SHORT FORM..................    61

3    NO FEEDBACK RELATIVE TO THE PRELIMINARY WITNESS LIST      62

4    FOR PHASE I...........................................

5    MR. MCKAY.............................................    63

6    BARBARA YILMEZ........................................    64

7    EXPERTS...............................................    66

8    THINK ABOUT ADDING SATURDAYS TO YOUR SCHEDULE.........    66

9    31 DEPOSITION DAYS....................................    66

10   82 EXPERTS............................................    67

11   SOME DAYS AFTER THE FIRST OF THE YEAR FOR THINGS LIKE     67

12   ILLNESS, FAMILY EMERGENCIES, ETCETERA.................

13   JANUARY 3RD THROUGH SATURDAY, JANUARY 7TH ............    67

14   PSC LAST WEEK ANNOUNCED THAT THEY DID NOT EXPECT TO DO    67

15   CROSS-EXAMINATION OF EXPERT WITNESSES.................

16   JULY SCHEDULE.........................................    71

17   POTENTIAL 5A THAT ARE DOWN HERE FOR TWO DAYS..........    71

18   BERTONE...............................................    71

19   FLEYTAS...............................................    72

20   BILL JOHNSON..........................................    72

21   SERIALE...............................................    72

22   MR. INGRAM............................................    72

23   MEINHART..............................................    72

24   MR. BERTONE WAS TAKING THE FIFTH......................    73

25   INGRAM................................................    73

```
 1  TAKING THE FIFTH.....................................  73

 2  DEFAULT OF THE FIRST DAY AS A FIFTH AMENDMENT.........  74

 3  MOTION FILED BY MIKAL WATTS ON BEHALF OF TEN          75

 4  VIETNAMESE FISHERMAN TO DISMISS THEIR CASES WITHOUT

 5  PREJUDICE...........................................

 6  PROPOSAL FOR AMENDMENTS AND DISMISSALS................  77

 7  TIGHTEN UP THE SYSTEM OF LIAISON AND COORDINATING      78

 8  COUNSEL GETTING ORDERS OUT TO THE REST OF THE GROUP....

 9  MOEX IS NOT IN AGREEMENT WITH BP TO RELEASE THE        79

10  SETTLEMENT AGREEMENT TODAY...........................

11  ORDER AND A SUPPLEMENTAL ORDER EARLIER THIS WEEK       79

12  PERTAINING TO ANDREA FLEYTAS' DEPOSITION AND THE

13  MOTION FOR PROTECTIVE ORDER THAT WAS FILED............

14  OTHER FIFTH AMENDMENT DEPOSITIONS.....................  80

15  ALL TRANSOCEAN CREW MEMBERS REPRESENTED BY MR. ARNOLD..  80

16  AFFIRMATIVE DEFENSE THEY'VE MADE IN THE MOST RECENT    81

17  FILING RELATIVE TO INDISPENSABLE PARTY AND LACK

18  THEREOF IN THE CAMERON CLAIM.........................

19  NEXT CONFERENCE IS FRIDAY, JULY 29, 2011, AT 9:30 A.M..  82

20

21

22

23

24

25
```

**P-R-O-C-E-E-D-I-N-G-S**

FRIDAY, JULY 22, 2011

M O R N I N G   S E S S I O N

(COURT CALLED TO ORDER)

THE DEPUTY CLERK:  All rise.

THE COURT:  Hello, gang.  Happy Friday.

Good morning, phone participants.  Can you hear us?

MS. HIMMELHOCH:  Yes, Your Honor.

THE COURT:  How are you doing?

All right.  Mr. Williamson, how are you today?

MR. WILLIAMSON:  Doing great, Judge.

THE COURT:  What time did you get home?

MR. WILLIAMSON:  Real early.  I was in at 8:30.

THE COURT:  I happened to see Mr. Williamson on his way

home last evening.  That would be an untruth.

Good morning, everybody.  Let's get rolling.

Let's talk about the BOP preservation.  Let's see,

I don't have Mark Cohen on the phone.  Is he with us today in the

courtroom?  He's snubbing us.

Okay, let me tell you what we've done by way of

update on the BOP.  We're going to continue a lease on

Building 411, which is where the electronic parts will be stored,

what everybody has generally referred to as the brain.  That's a

climate controlled building.  I think we've worked things out

09:37AM 1    there.

09:37AM 2              We have not gotten a price on the rental for the

09:37AM 3    building, but I think that that's being worked through now.

09:37AM 4    Those parties who have indicated that they wanted those parts

09:37AM 5    preserved will share the costs of the rental and other associated

09:37AM 6    expenses.

09:37AM 7              Then we've got some evidence that will be stored in

09:37AM 8    an evidence yard, which, as I understand it, is a gravel yard

09:37AM 9    with a chain-link fence around it.

09:38AM 10             Then, the large parts of the BOP are still on the

09:38AM 11   dock.  Those costs of preservation and rental will be borne by

09:38AM 12   BP.

09:38AM 13             We got the request by the PSC, which came in

09:38AM 14   yesterday, to retain the capping stack.  Let me ask a couple of

09:38AM 15   questions by way of clarification.

09:38AM 16             Do you intend to ask DNV to preserve the capping

09:38AM 17   stack the way the lower marine riser package is being preserved,

09:38AM 18   which is to pressure wash and then to coat so that it doesn't

09:38AM 19   corrode?

09:38AM 20        MR. WILLIAMSON:  No, Your Honor.  I don't think that's

09:38AM 21   going to be necessary for the capping stack.

09:39AM 22             Jimmy Williamson for the PSC, Your Honor.

09:39AM 23             No, Your Honor, I don't think that's necessary for

09:39AM 24   the capping stack.

09:39AM 25             The capping stack is presently -- it's a relatively

09:39AM 1  simple mechanical piece.

09:39AM 2          THE COURT:  Right.

09:39AM 3          MR. WILLIAMSON:  It's in the evidence yard that you

09:39AM 4  just -- the gravel evidence yard that you just referred to.  We

09:39AM 5  just want to make sure it stays there, or that's our preference.

09:39AM 6  We don't -- and that evidence yard, obviously, has other pieces

09:39AM 7  in it --

09:39AM 8          THE COURT:  That's right.

09:39AM 9          MR. WILLIAMSON:  -- riser pipe and other components, top

09:39AM 10 hat.

09:39AM 11         THE COURT:  I thought Heather Kennealy indicated that

09:39AM 12 that was stored somewhere else.

09:39AM 13             Please, Mr. Underhill.

09:39AM 14         MR. UNDERHILL:  I'll help you out.

09:39AM 15             Mike Underhill for the US.

09:39AM 16             Your Honor, the capping stack, we've considered it

09:39AM 17 separate from the BOP because it's not a part of the BOP.

09:39AM 18             We've had discussions with BP about wanting to do

09:39AM 19 further examinations of the capping stack for purposes of flow

09:39AM 20 rate analysis, which I suspect is why Jimmy would like it, too.

09:40AM 21         THE COURT:  Jimmy is not saying.

09:40AM 22         MR. WILLIAMSON:  No, Judge, that is -- we certainly

09:40AM 23 would join with the US on that.

09:40AM 24         MR. UNDERHILL:  So I think that the only -- neither Andy

09:40AM 25 or I are really in the technical loop on this.  So, my

09:40AM 1   understanding is it doesn't need to be in the air-conditioned

09:40AM 2   suite.  It can be outside, I think, in the evidence yard.  It may

09:40AM 3   require being moved.  I don't know if it's out on the dock or

09:40AM 4   what.

09:40AM 5          THE COURT:  It didn't sound, from Heather's e-mail, that

09:40AM 6   it was currently in the evidence yard.

09:40AM 7              Jimmy, I could be wrong.

09:40AM 8          MR. WILLIAMSON:  Yes, Your Honor.  On our --

09:40AM 9          MS. KENNEALY:  Judge Shushan, this is Heather Kennealy.

09:40AM 10             It's in the Coast Guard buoy yard, and that's not

09:40AM 11  the new evidence yard that is going to be used going forward.

09:40AM 12         THE COURT:  Thank you, Heather.  I didn't realize you

09:40AM 13  were on the phone, so, thank you.

09:40AM 14         MS.  KENNEALY:  That's okay, Your Honor.

09:40AM 15         THE COURT:  Thank you for clarifying that, because when

09:40AM 16  I read your e-mail yesterday afternoon, it looked like it wasn't

09:40AM 17  in the evidence yard, and that it would have to be moved, and you

09:41AM 18  projected that that would be a costly thing.

09:41AM 19         MR. UNDERHILL:  I don't know how costly it's going to

09:41AM 20  be.  I've never seen this piece of equipment, so I don't know if

09:41AM 21  it's a forklift or whether it's a crane.  I don't know.

09:41AM 22             The main thing I wanted to address with you, Judge,

09:41AM 23  that neither Andy or I know, and I suspect Heather doesn't

09:41AM 24  either, is we do want it preserved, but we also want to do, I

09:41AM 25  think, jointly, further examination.

09:41AM 1    So I'm not sure -- I would want to confer with the

09:41AM 2  technical people to say whether it makes sense to preserve and

09:41AM 3  examine or examine and preserve.  I just don't want to do it back

09:41AM 4  you-know-what-ward.

09:41AM 5    THE COURT:  It's on our joint radar screen.

09:41AM 6    Heather, your preference would be to move it to the

09:41AM 7  evidence yard, as I understood your e-mail.

09:41AM 8    MR. UNDERHILL:  I think that's a joint.  We all feel, I

09:41AM 9  think, the same way.

09:41AM 10    THE COURT:  So we'll have to work on that.  Just when I

09:41AM 11  thought I was done.

09:42AM 12    MR. WILLIAMSON:  Just for the Court's information, it's

09:42AM 13  two pieces.  They are hydro -- one piece is about four feet tall.

09:42AM 14  Call it four by four by four.  It's heavy.  It looks to me like

09:42AM 15  it's forkliftable, but that's totally an inexpert opinion.

09:42AM 16    The other piece is a double stack that's probably,

09:42AM 17  say, six by six by six.

09:42AM 18    So that just gives the Court a rough dimensional.

09:42AM 19    THE COURT:  Good, good, good.

09:42AM 20    MR. LANGAN:  Andy Langan for BP, Your Honor.

09:42AM 21    I concur with Mr. Underhill.  From BP's

09:42AM 22  perspective -- and maybe Mr. Williams, as well -- but the capping

09:42AM 23  stack has evidentiary value, should be preserved, and we may want

09:42AM 24  to make forensic examination of it and keep the Court informed

09:42AM 25  and work with the government on that.  So we're on the same page.

09:42AM 1          THE COURT:  Great.  No problem.

09:42AM 2          MR. LANGAN:  Thank you, Your Honor.

09:42AM 3          THE COURT:  Okay, good.  So we've added that to our

09:42AM 4    list.

09:42AM 5              Heather, do you have anything else you want to add?

09:42AM 6          MS. KENNEALY:  No, Your Honor.  Everything has been

09:42AM 7    accurate.

09:42AM 8          THE COURT:  Great.

09:43AM 9          MR. UNDERHILL:  Your Honor, also, you might want to wish

09:43AM 10   Heather bon voyage.  I think she's going on maternity leave in

09:43AM 11   about a week.

09:43AM 12         THE COURT:  Heather.

09:43AM 13         MS. KENNEALY:  Yes.  Bad timing on my part, but I will

09:43AM 14   be back.

09:43AM 15         THE COURT:  But will you be back in time?  No.

09:43AM 16             Good luck.  If we don't speak to you before then,

09:43AM 17   have a great maternity leave.

09:43AM 18         MS. KENNEALY:  Thank you, Your Honor.

09:43AM 19         MR. UNDERHILL:  Have a great labor.

09:43AM 20         THE COURT:  Best of luck.

09:43AM 21             Okay.  I think that takes care of update on BOP and

09:43AM 22   preservation issues.

09:43AM 23             On completion of Phase I written discovery, does

09:43AM 24   anybody have anything they want to report relative to that?

09:43AM 25         MS. HIMMELHOCH:  Your Honor, this is Sarah Himmelhoch.

09:43AM 1  I do have a couple of things I wanted to report on the

09:44AM 2  United States' production.

09:44AM 3          THE COURT:  Great.  Thank you, Sarah.  Go ahead.

09:44AM 4          MS. HIMMELHOCH:  Well, our deadline for that related

09:44AM 5  discovery is coming up on July 31st, and there are a lot of tired

09:44AM 6  federal employees right now.  We are doing our absolute best to

09:44AM 7  meet the deadline.

09:44AM 8          We've encountered one obstacle that we know we

09:44AM 9  won't be able to resolve before July 31st, which has to do with

09:44AM 10 access to an offline archive of MMS e-mails that cover the period

09:44AM 11 approximately pre-2008.  We have this archive that has captured

09:44AM 12 virtually every e-mail in and out of the system, but we

09:44AM 13 unfortunately don't own it.  We have to pay somebody to get

09:44AM 14 access to it.

09:44AM 15         We have been requesting cost estimates.  They have

09:44AM 16 been both elusive and, to extent we've gotten any, they've been

09:44AM 17 astronomical.  We continue to work on that.

09:45AM 18         We are going to produce the e-mails out of our

09:45AM 19 active system, and we will make that by July 31st; but, we have

09:45AM 20 that one chunk of the period between 2005 and 2008 for e-mails

09:45AM 21 that we will need to resolve with BP, so we're not going to be a

09:45AM 22 hundred percent perfect on that.  NOAA has run into some

09:45AM 23 technical difficulties.

09:45AM 24         So we're not going to be perfect on July 31st.

09:45AM 25 We're not going to have produced everything.  We will have

09:45AM  1   produced everything from the centralized files and as much as

09:45AM  2   humanly possible from the searches of the individual custodian

09:45AM  3   files that we negotiated with BP.  I think we'll be 98 percent

09:45AM  4   there, but there will be supplements that have to come after

09:45AM  5   that.

09:45AM  6            With respect to the August 31st deadline, we've

09:45AM  7   encountered a brief difficulty -- or a relatively significant

09:45AM  8   difficulty with the Coast Guard.  If you can imagine, they have

09:45AM  9   to set up an infrastructure to gather, search for, process and

09:46AM 10   produce the information generated in the response, which is a

09:46AM 11   massive undertaking.

09:46AM 12            As a result of some contracting difficulties, it

09:46AM 13   doesn't look like their system that will allow them to conduct

09:46AM 14   the searches of the centralized response files will be up and

09:46AM 15   running until late August.  So we don't think, with respect to

09:46AM 16   the Coast Guard's searches of its electronic and scanned records,

09:46AM 17   we're going to make the August 31st deadline; but, we're still

09:46AM 18   working on how much we'll be able to get out in that first couple

09:46AM 19   of weeks after the system gets up and running and where we'll go

09:46AM 20   from there.  But we are doing our very best to get as much as

09:46AM 21   humanly possible by our two deadlines.

09:46AM 22            I have a pending request to BP for an extension of

09:46AM 23   time to complete the privilege logs.  I've asked for 15 days from

09:46AM 24   the date of the completion of the entire production, rather than

09:46AM 25   15 days after each installment of production, simply so that I

09:47AM 1    can focus the resources on getting the nonprivileged information

09:47AM 2    out the door first and then turn to privilege logging.

09:47AM 3                    But, we're working away.  I would say we're

09:47AM 4    already -- well, I do know we're already -- we've almost come up

09:47AM 5    on half of what BP has produced.  We're at 1.5 million pages of

09:47AM 6    information.  We are -- there will be much, much more to come.

09:47AM 7                    So, given the short time frame, I'm really

09:47AM 8    impressed by the efforts of all the federal employees who have

09:47AM 9    been killing themselves to get this done.  We'll keep doing our

09:47AM 10   best, but we're not going to be as perfect as we hoped and meet

09:47AM 11   that July 31st date squarely on target.

09:47AM 12              THE COURT:  Great.  I appreciate the update.

09:47AM 13                    Does anybody want to comment on Sarah's update?

09:47AM 14                    Okay, Sarah, thank you.  I appreciate it.

09:47AM 15              MR. MILLER:  Your Honor, it's not necessarily on --

09:47AM 16              MS. HIMMELHOCH:  I'm sorry, I heard it's not

09:48AM 17   necessarily, but then I didn't hear.

09:48AM 18              THE COURT:  Hold on.  We're trying to turn on the hand

09:48AM 19   mic, and Kerry doesn't seem to be able to do that.

09:48AM 20              MR. MILLER:  Kerry Miller on behalf of Transocean.

09:48AM 21                    I'm very adept at this hand mic, after all of these

09:48AM 22   weeks, and I know there is a delay period.  So I was doing this

09:48AM 23   for Ms. Pepper.

09:48AM 24                    Not on Sarah's comment, but I want to give the

09:48AM 25   Court notice on completion of Phase I written discovery.

09:48AM  1          In light of the Court's ruling on Halliburton's

09:48AM  2     Motion For Protective Order, I just want to let the Court know,

09:48AM  3     Transocean will be filing a Motion For Protective Order

09:48AM  4     pertaining to the BP July 1 discovery, but I think it falls

09:48AM  5     within one of the caveats that you set forth in your ruling on

09:48AM  6     Halliburton.

09:48AM  7          So that's going to be coming today or on Monday.  I

09:48AM  8     just wanted to give the Court notice.  It's something we want to

09:48AM  9     go on record of filing because of some of the arbitration issues

09:49AM 10     and so on.

09:49AM 11          THE COURT:  Good enough.

09:49AM 12          Jimmy, you had indicated you wanted to say

09:49AM 13     something.

09:49AM 14          MR. WILLIAMSON:  Jimmy Williamson, Your Honor.

09:49AM 15     Jimmy Williamson for the PSC.

09:49AM 16          I wasn't speaking to the United States' production.

09:49AM 17          THE COURT:  But you wanted to talk about completion of

09:49AM 18     Phase I written discovery.

09:49AM 19          MR. WILLIAMSON:  Correct, Your Honor.

09:49AM 20          We had -- the PSC had a motion to compel against

09:49AM 21     Cameron.  Cameron's lawyers and I believe we have worked that

09:49AM 22     out.  Cameron had to check with their client to make sure that

09:49AM 23     some of the terms we agreed to are acceptable, and we have a

09:49AM 24     couple of details regarding ESI.

09:49AM 25          Having said that, we believe we have an agreement,

09:49AM 1    so Cameron and I wanted to make sure we announced that to the

09:49AM 2    Court --

09:49AM 3              THE COURT:  Terrific.

09:49AM 4              MR. WILLIAMSON:  -- this morning.  If we need your help,

09:49AM 5    we will request it.

09:49AM 6              THE COURT:  Much appreciated.  Thank you, Cameron.

09:49AM 7    Thank you, PSC.

09:49AM 8              MR. HERMAN:  Do you want to address the additional GOM

09:49AM 9    contracts now?

09:49AM 10             THE COURT:  I think I have that as a separate item.  Let

09:49AM 11   me see if I do.  Hold on a second.  Hold on.  Well, maybe I

09:50AM 12   don't.

09:50AM 13             MR. HAYCRAFT:  I think it, Judge, came up this week

09:50AM 14   after you issued your working group --

09:50AM 15             THE COURT:  Yes.  What I'm thinking of is my folder on

09:50AM 16   the GOM issue.

09:50AM 17             Steve, come on up.  I've got a folder here.  There

09:50AM 18   it is.

09:50AM 19             GOM.  You want to talk about Gulf of Mexico --

09:50AM 20             MR. HERMAN:  That's right.

09:50AM 21             THE COURT:  -- contract issues.

09:50AM 22             MR. HERMAN:  Yes, Your Honor.  I recall fairly

09:50AM 23   distinctly that BP came and made a motion to limit everything to

09:50AM 24   the Gulf of Mexico.

09:50AM 25             THE COURT:  Yes.

09:50AM 1        MR. HERMAN:  They won.  Abiding by their contours, we

09:50AM 2   think things within the Gulf of Mexico are relevant.

09:50AM 3               As we pointed out, it is relevant to a business

09:50AM 4   practice, we believe, of assuming risk; but, in addition to that,

09:50AM 5   we also believe that there might be relevant information about

09:50AM 6   the equipment that BP requires, for example, on BOP

09:51AM 7   configuration, whether they require them to place a certain

09:51AM 8   amount of blind shear rams or where they required them to place

09:51AM 9   it.

09:51AM 10              That would be relevant to the requirements to the

09:51AM 11  extent they were the same or different for the *Deepwater Horizon*.

09:51AM 12  We think that they are at least potentially relevant, if not

09:51AM 13  actually relevant.

09:51AM 14       THE COURT:  Now, here is my question to you, Steve.  You

09:51AM 15  want 10 years.  You want any contractors, which would presumably

09:51AM 16  encompass oil supply boats that come in and out, you know, that

09:51AM 17  kind of thing.

09:51AM 18       MR. HERMAN:  My understanding is, based on the meet and

09:51AM 19  confer process and the way that has kind of been focused, we're

09:51AM 20  really only talking about two contracts, one with Noble and one

09:51AM 21  with --

09:51AM 22       THE COURT:  And one with Pride.

09:51AM 23       MR. HERMAN:  Exactly.  So we're just talking about two

09:51AM 24  contracts.  We're not talking about --

09:51AM 25       THE COURT:  Well, two contractors and many rigs, right?

09:52AM 1          MR. HERMAN:  My understanding is it may only be two.

09:52AM 2          THE COURT:  Let's hear from Don because he seems to want

09:52AM 3   to comment on this.

09:52AM 4          MR. HAYCRAFT:  Yes, Your Honor, I do.

09:52AM 5             Mark Nomellini may be on the phone, as well, to

09:52AM 6   address this issue.

09:52AM 7          MR. NOMELLINI:  Yes, I am, Don and Your Honor.  Good

09:52AM 8   morning.

09:52AM 9          THE COURT:  Good morning, how are you?

09:52AM 10         MR. NOMELLINI:  Mark Nomellini on behalf of BP.

09:52AM 11            Your Honor, with respect to the Macondo contracts,

09:52AM 12  plaintiffs have the Macondo contracts that they sought.  My

09:52AM 13  understanding is that the issue here is the division of

09:52AM 14  responsibilities and liabilities with respect to the Macondo

09:52AM 15  contracts.

09:52AM 16            The onus on that is in the Macondo -- the

09:53AM 17  contractual evidence of that is in the Macondo contracts

09:53AM 18  themselves.  If there is anything specific about those contracts

09:53AM 19  or those relationships that they think is ambiguous, then we

09:53AM 20  would need to, you know, perhaps drill down on that further; but,

09:53AM 21  without those specifics, in the abstract, I would think that the

09:53AM 22  first place to look, if you wanted to find out about the

09:53AM 23  contractual division of responsibilities and liabilities, would

09:53AM 24  be the Macondo contracts, which they have.

09:53AM 25         MR. HAYCRAFT:  Mark, this is Don.  If I could add to

09:53AM 1    what you just said.

09:53AM 2            Judge Shushan and Steve Herman, we see the issue as

09:53AM 3    they are attempting to go behind the drilling contract between BP

09:53AM 4    and Transocean.  When you read their letter, they say, we need to

09:53AM 5    find out the business practices of BP in risk allocation.

09:53AM 6            As Your Honor knows from dealing with oilfield

09:54AM 7    cases during our entire careers, what happens, and this case is

09:54AM 8    no different than in every other case, which is an oil company

09:54AM 9    hires contractors and has drilling contracts with drilling

09:54AM 10   contractors and Master Service Agreements with service companies.

09:54AM 11           The plaintiffs have the drilling contract between

09:54AM 12   BP and Transocean, and there is a risk allocation provision.

09:54AM 13   There are duties that are allocated to Transocean as a drilling

09:54AM 14   contractor.

09:54AM 15           To go on a fishing expedition in mid to late July

09:54AM 16   for other contracts with other contractors, even if confined to

09:54AM 17   just Pride and just Noble, we believe it's wholly irrelevant

09:54AM 18   because what would they do with them, ask Pride and Noble to

09:54AM 19   produce a 30(b)(6) witness to explain the risk allocation, if it

09:54AM 20   is or isn't different than the one in the BP Transocean contract?

09:55AM 21   So I think that they are asking us to go down a rabbit trail that

09:55AM 22   is of minimal utility at this late stage of the game.

09:55AM 23           THE COURT:  Let me ask you this one, Don.  Are we

09:55AM 24   talking about two contracts, or are we talking about multiple

09:55AM 25   contracts for multiple rigs?

09:55AM  1         MR. HAYCRAFT:  My understanding --

09:55AM  2         MR. NOMELLINI:  Your Honor, it's Mark Nomellini.

09:55AM  3              It would be -- for Pride, it would be multiple

09:55AM  4    contracts.  There is not one GOM contract.  It would be rig-based

09:55AM  5    contracts.

09:55AM  6         MR. HAYCRAFT:  Just like this one.  This is a rig-based

09:55AM  7    contract with -- it's for this rig.

09:55AM  8         MR. NOMELLINI:  Yes.

09:55AM  9              The other thing that I would add, Your Honor, is,

09:55AM 10    you know, in terms of whether there is some kind of pattern here,

09:55AM 11    first of all, I think there would have to be some kind of

09:55AM 12    ambiguity for the pattern evidence to be relevant; but, it's

09:56AM 13    important to remember that the BP/Transocean contract was

09:56AM 14    actually negotiated by predecessors in interest to BP and

09:56AM 15    Transocean.  So, you know, even if that -- even if that kind of

09:56AM 16    evidence could hypothetically be relevant, it's not -- it's not

09:56AM 17    relevant here.

09:56AM 18         MR. HAYCRAFT:  Just for the Court's information, the

09:56AM 19    drilling contract in place on April 2010 is between Reading and

09:56AM 20    Bates Falcon and Vastar, both predecessor companies absorbed by

09:56AM 21    their successors, BP and Transocean.  That's the drilling

09:56AM 22    contract in this case.

09:56AM 23         THE COURT:  Then the drilling contract with Noble, one

09:56AM 24    contract, as I understand it, was negotiated by Noble and BP?

09:56AM 25         MR. HAYCRAFT:  Presumably.  As Mark said, they are a

09:56AM 1   rig-by-rig contract.  Just like --

09:56AM 2            THE COURT:  With Pride.

09:56AM 3            MR. HAYCRAFT:  -- if the PSC came to us and said, we

09:56AM 4   would like all the BP contracts with all the different Transocean

09:57AM 5   rigs in the Gulf of Mexico, we would probably make the same

09:57AM 6   argument.

09:57AM 7            Ironically enough, they haven't asked for that, as

09:57AM 8   far as I know, but that's beside the point.  The point is a

09:57AM 9   drilling contract is a drilling contract; and, unless ambiguous,

09:57AM 10  we don't need to try to figure out why is Transocean in charge of

09:57AM 11  well control and BP is not.  That's the terms of the contract.

09:57AM 12  Transocean is in charge of well control, not BP.

09:57AM 13           MR. HERMAN:  Three points, very quickly.

09:57AM 14           First of all, Your Honor may recall, very early on

09:57AM 15  there was a dispute in front of Judge Barbier about Transocean's

09:57AM 16  production, I think it was of ISM reports, and it was limited to

09:57AM 17  the Gulf of Mexico, and Transocean was forced to produce

09:57AM 18  everything in the Gulf of Mexico, not just the *Deepwater Horizon*.

09:57AM 19           BP has never, to my knowledge, objected to

09:57AM 20  deposition questioning or anything about practices in the

09:57AM 21  Gulf of Mexico.

09:57AM 22           Just to put meat on the bone, or some context,

09:57AM 23  it's, at least presumptively, if not actually, BP that's trying

09:58AM 24  to go beyond, or presumably will at trial go beyond the written

09:58AM 25  record because, for example, when they changed the blind shear

09:58AM 1    rams, that was done, we believe, at BP's direction.  Transocean

09:58AM 2    asked BP to assume the risk, and BP did.  Nevertheless, BP sent

09:58AM 3    us a request for admission to have the plaintiffs admit that it

09:58AM 4    was Transocean that changed the blind shear rams.

09:58AM 5           So, I think an ultimate question of fact for

09:58AM 6    Judge Barbier to decide is whether it was BP's call or

09:58AM 7    Transocean's call.  We think that, to the extent BP was directing

09:58AM 8    other rig owners and rig operators as to BOP configuration and

09:58AM 9    accepting liability for same, then that is relevant to the fact

09:58AM 10   that that's what happened in this case, and that's consistent

09:58AM 11   with their practices, as well as the contractual language.

09:58AM 12          MR. NOMELLINI:  Your Honor, Mark Nomellini.

09:58AM 13          Two quick points.  I think this discussion

09:58AM 14   illustrates very well why it's necessary to get down to

09:59AM 15   specifics.

09:59AM 16          If there is a specific provision of the contract,

09:59AM 17   you know, I don't know, hypothetically, you know, a blind shear

09:59AM 18   ram provision, that plaintiffs contend is, you know, ambiguous,

09:59AM 19   then I think we need to have discussions about that and meet and

09:59AM 20   confer about that.

09:59AM 21          But, as I'm hearing it right now, there is a

09:59AM 22   suggestion that, you know, parts or all of the contract might be

09:59AM 23   ambiguous, and, therefore, other contracts might be relevant.  I

09:59AM 24   just don't think that point is really mature yet.  I haven't

09:59AM 25   heard any specific provision that's allegedly ambiguous.  It

09:59AM 1    might be that there is those arguments, but I think we need to

09:59AM 2    discuss them.

09:59AM 3              The second thing is with respect to the

09:59AM 4    Gulf of Mexico, you know, it's a big -- it's a big area.  I think

09:59AM 5    it has to be -- you know, we -- it has to be relevant to some

09:59AM 6    issue.  There are lots of wells in the Gulf of Mexico, and there

09:59AM 7    are lots of issues in this case.  So I think we would need to

09:59AM 8    have, you know, kind of a broader discussion about, you know, are

10:00AM 9    we talking about mud, cement, BOP, etcetera, etcetera, and how --

10:00AM 10   how we're going to draw the lines, because those lines would

10:00AM 11   apply not only to BP, but a number of other parties, as well.

10:00AM 12             But on the contracts issue, I think we really need

10:00AM 13   to get more specific if we're going to be talking about

10:00AM 14   ambiguities, because I haven't heard those specifics yet.

10:00AM 15             THE COURT:  Don.

10:00AM 16             MR. HAYCRAFT:  Perhaps we're belaboring this, and tell

10:00AM 17   us when we are.

10:00AM 18             THE COURT:  Okay.

10:00AM 19             MR. HAYCRAFT:  I see the nods.  I recognize those nods.

10:00AM 20             Blind shear rams, you know, my ears perk up because

10:00AM 21   that deals with the facts of the case.  What Steve may be

10:00AM 22   referring to is the conversion of a variable pipe ram to a test

10:00AM 23   ram.

10:00AM 24             There has been lots of paperwork produced on that

10:00AM 25   and lots of witnesses, both Transocean and BP, about why the ram

10:01AM 1   was converted to a test ram.  There -- Cameron has been

10:01AM 2   questioned about that.  So that's a red herring.

10:01AM 3        THE COURT:  Well, I guess what I'm hearing from Steve is

10:01AM 4   that this is more of a management issue and a control issue

10:01AM 5   rather than the blind shear ram.  It's a broader issue than that.

10:01AM 6        Since there is only one Noble contract, I'm going

10:01AM 7   to allow the PSC to look at that one contract, and that can be

10:01AM 8   your exemplar to see if you see anything that you think will be

10:01AM 9   helpful to you.

10:01AM 10       I am not going to order production of multiple

10:01AM 11  Pride contracts.  I just don't think on a rig-by-rig basis that

10:01AM 12  makes a lot of sense.

10:01AM 13       So, if BP would go ahead, you can designate it as

10:02AM 14  confidential or highly confidential, and why don't you produce

10:02AM 15  the one Noble contract to them, which presumably they will use in

10:02AM 16  formulation of their expert reports due in approximately a month.

10:02AM 17       MR. NOMELLINI:  Your Honor, we will do that.

10:02AM 18       Just to be clear, with respect to the Noble

10:02AM 19  contract, based on our inquiries to date, it does not appear that

10:02AM 20  there was a contract with Noble for a rig in the Gulf of Mexico.

10:02AM 21  It appears that there may be a Master Services Agreement with

10:02AM 22  Noble for various services, but that's what we have, and we'll

10:02AM 23  provide what we have.

10:02AM 24       THE COURT:  Right.  If it's a Master Services Agreement,

10:02AM 25  let's go ahead and get that out and -- take it from there, Steve.

10:02AM  1          MR. HERMAN:  Steve Herman for the plaintiffs.

10:02AM  2              Just briefly, what we were going to suggest, either

10:03AM  3  as an alternative or additionally, is apparently the

10:03AM  4  *Thunder Horse* rig in particular has come up in a number of

10:03AM  5  deposition testimony.  That is apparently a lease through Pride,

10:03AM  6  and perhaps the Pride *Thunder Horse* agreement would be an

10:03AM  7  appropriate exemplar because that has already come up in

10:03AM  8  deposition testimony.

10:03AM  9          THE COURT:  Mark.

10:03AM 10          MR. NOMELLINI:  Your Honor, I think your starting place

10:03AM 11  is a good starting place.  I don't know the answer to that

10:03AM 12  question.

10:03AM 13              I do know about the Noble Master Services

10:03AM 14  Agreement, and I think we can start with that and see where

10:03AM 15  that -- I would suggest that we start with that and see where

10:03AM 16  that takes us.

10:03AM 17          THE COURT:  If you'll check into the Pride

10:03AM 18  *Thunder Horse*, just to see what we've got there, we can discuss

10:03AM 19  that this week.

10:03AM 20          MR. NOMELLINI:  Sounds good, Your Honor.

10:03AM 21          THE COURT:  Thanks.

10:03AM 22          MR. HERMAN:  We seem to be winning to some extent; but,

10:04AM 23  just with respect to the *Thunder Horse* follow-up, ball in the air

10:04AM 24  potential for next week, we would just note that the Master

10:04AM 25  Service Agreement may not be very instructive because it's not

10:04AM 1   going to direct specific equipment on a specific rig.  So the

10:04AM 2   Pride *Thunder Horse* is going to be --

10:04AM 3         THE COURT:  Is really what you're looking for.

10:04AM 4         MR. HERMAN:  That's really what we're looking for,

10:04AM 5   Your Honor.

10:04AM 6               Two other things, brief things, with respect to the

10:04AM 7   completion of Phase I discovery.  Mr. Nomenelli did a very good

10:04AM 8   job --

10:04AM 9         THE COURT:  Nomellini.

10:04AM 10        MR. HERMAN:  -- Nome- -- I'm not even going to try.

10:04AM 11  Mark.  Mark did a great job two weeks ago keeping the balls in

10:04AM 12  the air on the redacted documents that Your Honor ordered them to

10:04AM 13  display to us, and he kept it in the air for another week last

10:04AM 14  week.  So, now, it's been two weeks, and the balls seem to be

10:04AM 15  falling, so maybe we can just move that along.

10:04AM 16        MR. LANGAN:  Are you talking about the MOEX agreement?

10:04AM 17        MR. HERMAN:  Well, the MOEX, I understand that they are

10:04AM 18  waiting for the appeals.

10:04AM 19        MR. LANGAN:  Oh, I'm sorry.  Are you talking about the

10:04AM 20  privilege redaction?

10:04AM 21        MR. NOMELLINI:  Your Honor, with respect to -- with

10:05AM 22  respect to the redaction issue, I would -- I would strenuously

10:05AM 23  disagree with that.  We offered -- and I hope Anthony Irpino is

10:05AM 24  there.  We offered next Tuesday at Don Haycraft's office as a day

10:05AM 25  for plaintiffs to review that.  I think Anthony indicated they

10:05AM 1   are not available on Tuesday, so he counter-suggested Wednesday.

10:05AM 2   Wednesday works for us.  So I'm not sure what balls being dropped

10:05AM 3   Mr. Herman is referring to.

10:05AM 4         MR. HERMAN:  I dropped the ball.

10:05AM 5         THE COURT:  You heard that, Mark?

10:05AM 6         MR. LANGAN:  What is your next issue, Mr. Herman?

10:05AM 7         THE COURT:  Thanks for the update, Mark.

10:05AM 8         MR. HERMAN:  On the MOEX settlement agreement --

10:05AM 9         MR. NOMELLINI:  You're welcome, Your Honor.  Hopefully,

10:05AM 10  he can learn my name for the next one.

10:05AM 11        THE COURT:  Nomellini.

10:05AM 12        MR. LANGAN:  On the MOEX settlement agreement, our plan

10:05AM 13  is to produce that today.

10:05AM 14        THE COURT:  Good, thank you.  Perfect.

10:06AM 15        MR. NIZIALEK:  Your Honor, if I may.  Phil Nizialek for

10:06AM 16  MOEX, Your Honor.

10:06AM 17        THE COURT:  Hi, Phil.  How are you?

10:06AM 18        MR. NIZIALEK:  I would just like to say that we're still

10:06AM 19  conferring on the MOEX settlement agreement.  We would prefer

10:06AM 20  that it be withheld until Your Honor's order, the appeal time

10:06AM 21  expires.  We're still conferring with BP on that, and I would

10:06AM 22  like a little more time to do that, consult with the New York

10:06AM 23  office.

10:06AM 24        THE COURT:  You certainly have the right to appeal.  I

10:06AM 25  take no offense.  So, if you decide to appeal, knock yourself

10:06AM 1    out.

10:06AM 2            MR. NIZIALEK:  Well, with respect to actually divulging

10:06AM 3    the agreement until after the time for appeal has passed --

10:06AM 4            THE COURT:  Correct.

10:06AM 5            MR. NIZIALEK:  -- rather than making it public today.

10:06AM 6    We prefer to wait for that time period, and we're consulting with

10:06AM 7    BP on that, just to make it clear.

10:06AM 8            THE COURT:  All right.  I see what you're saying.

10:06AM 9    Remember that it's not going to be made public --

10:06AM 10           MR. NIZIALEK:  I understand.  It's going to be divulged

10:06AM 11   to certain parties.  Right.

10:06AM 12           THE COURT:  Correct.

10:06AM 13           MR. NIZIALEK:  Thank you, Your Honor.

10:06AM 14           THE COURT:  You're welcome.

10:06AM 15           MR. NOMELLINI:  Your Honor, Mark Nomellini.

10:06AM 16           Just one more thing, circling back on Phase I

10:06AM 17   discovery, just wanted to report on our discussions with

10:06AM 18   Anadarko.

10:06AM 19           They did propose some additional search terms.  It

10:07AM 20   is going to take some time for us to process those, and we don't

10:07AM 21   know exactly how much time, but we hope to have a report for

10:07AM 22   Your Honor next week.

10:07AM 23           THE COURT:  Great.  Thank you, Mark.

10:07AM 24           MR. FITCH:  Judge, Tony Fitch for Anadarko.

10:07AM 25           Mark is correct.  My people are just very concerned

10:07AM 1   about the complexity of this particular group of discussions.

10:07AM 2   They are already sweating your August 15th deadline, and I just

10:07AM 3   wanted to note that we may be begging your indulgence again, even

10:07AM 4   after August 15th, which I apologize.

10:07AM 5         THE COURT:  Yes.  I mean, Tony, everybody is sweating

10:07AM 6   everything these days.

10:07AM 7         MR. FITCH:  Well, I think that's right.

10:07AM 8         THE COURT:  Let's talk about if anybody has anything

10:07AM 9   they want to report on the Weatherford settlement agreement.

10:07AM 10        Andy, would that be you?  Would that be Mark?

10:07AM 11        MR. LANGAN:  Your Honor, Andy Langan for BP.

10:07AM 12        Just to recount, I think, what the facts are, we

10:08AM 13  made it available for inspection.

10:08AM 14        THE COURT:  Right.

10:08AM 15        MR. LANGAN:  I think that occurred maybe nine or 10 days

10:08AM 16  ago.  So I guess the next step is -- what?  I'm not sure.  We've

10:08AM 17  complied with what Your Honor directed us to do.

10:08AM 18        THE COURT:  I don't know.  That's a very good question.

10:08AM 19        Hello, Alan.

10:08AM 20        MR. YORK:  Good morning, Judge.  Alan York for

10:08AM 21  Halliburton.

10:08AM 22        I don't know if this is sufficient to tee it up,

10:08AM 23  but I know the Court asked for briefing with regard to the

10:08AM 24  discoverability of settlement agreements.  I know that, at least

10:08AM 25  from Halliburton's standpoint, the letter brief that we filed was

10:08AM 1    broad enough to cover not only the MOEX settlement agreement, but

10:08AM 2    also the Weatherford settlement agreement.

10:08AM 3            So I don't know if that's sufficient to tee the

10:08AM 4    issue up, but that's our position.  We did take the opportunity

10:08AM 5    and appreciate the courtesy of being able to look at the redacted

10:08AM 6    versions, but that's our position is that we think the issue is

10:09AM 7    before the Court.

10:09AM 8            THE COURT:  You think it's up and ripe?

10:09AM 9            MR. YORK:  We believe so.

10:09AM 10           MR. MILLER:  Your Honor, Kerry.

10:09AM 11           I agree with Alan.  We looked at it, too, and filed

10:09AM 12   a letter, and we think that's the same thing.

10:09AM 13           I would note that Weatherford contains much fewer

10:09AM 14   redactions than MOEX; so, based upon your MOEX ruling, I suspect

10:09AM 15   it will be handled in a similar fashion.

10:09AM 16           THE COURT:  Why don't we do this.  Why don't we take a

10:09AM 17   look at the unredacted agreement, and we'll get out a ruling this

10:09AM 18   week.

10:09AM 19           Let's talk, Kerry, about the interpleader action.

10:09AM 20   Any update on that?

10:09AM 21           MR. MILLER:  Yes and no, Your Honor.

10:09AM 22           The update is we're continuing to work.  We had

10:09AM 23   hoped to have the issue before you today; but, I guess, in the

10:09AM 24   order of some good news, we would like to have another week and

10:10AM 25   pass sort of the same process until next Friday, Your Honor.

10:10AM 1            We have another call set up Monday morning, and we

10:10AM 2    ought to know pretty good after that call whether or not we have

10:10AM 3    an agreement or whether or not we need to involve the Court.

10:10AM 4            As I suggested last time, if we need Court

10:10AM 5    involvement, it may make sense to have a smaller group session,

10:10AM 6    if it's four or five folks involved in that.

10:10AM 7            THE COURT:  Great.  Thank you.

10:10AM 8            Let's go down our list of Phase I fact depositions

10:10AM 9    that we still need to confirm.

10:10AM 10           MR. LANGAN:  Your Honor, did you skip over the

10:10AM 11   Transocean internal report?  Can I just --

10:10AM 12           THE COURT:  I think that's later.

10:10AM 13           MR. LANGAN:  I'm sorry, it was certainly point six on

10:10AM 14   your last order, but --

10:10AM 15           THE COURT:  Maybe we dropped it.

10:10AM 16           THE CLERK:  We thought it was resolved.

10:10AM 17           MR. MILLER:  I did, too, Your Honor.

10:10AM 18           THE COURT:  You did not.

10:11AM 19           Transocean internal report.  It supplemented its

10:11AM 20   response to the interrogatories, provided information regarding

10:11AM 21   responsibilities with party who worked on the internal report.

10:11AM 22           What comes beyond that?

10:11AM 23           MR. LANGAN:  There's a couple things.  I sent the Court

10:11AM 24   an e-mail about the issue of privileged documents.

10:11AM 25           THE COURT:  Yes, you did.

10:11AM 1          MR. LANGAN:  It sort of relates to that.  That's why I
10:11AM 2   rise.  Maybe you want to deal with it later.
10:11AM 3          THE COURT:  No, no.  I think let's go ahead and hear
10:11AM 4   what you have to say.
10:11AM 5          MR. LANGAN:  It's just this.  We are meeting and
10:11AM 6   conferring.  There is no dispute per se that is ripe.
10:11AM 7          The only thing we sort of want Your Honor's
10:11AM 8   guidance and, perhaps, directive is this.  On the documents that
10:11AM 9   Transocean says that it will produce, we just want a deadline.
10:11AM 10         On the production of revised privilege log, we just
10:11AM 11  want a deadline because, again, I'm sure it's not intentional,
10:11AM 12  but there is a feeling here of running out the clock, okay.  We
10:12AM 13  don't want the clock run out on us by Transocean.
10:12AM 14         THE COURT:  Where would you get that feeling?
10:12AM 15         MR. LANGAN:  Well, you know, I mean, it took them a
10:12AM 16  year, 14 months to do their report, and right before the close of
10:12AM 17  fact discovery, you know.
10:12AM 18         THE COURT:  Look at this.  I've got it here.  I know I
10:12AM 19  added it last night.  So hold on.
10:12AM 20         I did add it.  Deadline is July 28th.
10:12AM 21         MR. LANGAN:  Great.  Thank you.
10:12AM 22         THE COURT:  You're very welcome.  I knew I had added it.
10:12AM 23  I couldn't find it.
10:12AM 24         MR. LANGAN:  Your Honor, just one other thing on this.
10:12AM 25  Now that we've had Mr. Ambrose's deposition, I think you can

10:12AM 1   expect to hear from us on some limited number of additional

10:13AM 2   deponents from their investigation team, now that the other

10:13AM 3   people have been identified, for additional depositions relating

10:13AM 4   to their internal investigation akin to the, I don't know, 10,

10:13AM 5   12, 14 people that were deposed from the BP IIT.

10:13AM 6          THE COURT:  We've got nothing but time to slot those

10:13AM 7   people in.

10:13AM 8          MR. LANGAN:  Luckily, August is pretty wide open.

10:13AM 9             Anyway, so I just wanted to give Your Honor a

10:13AM 10  heads-up that we'll be back with some targeted surgical list of

10:13AM 11  people relating to that.

10:13AM 12         THE COURT:  Good.  As soon as you get it out to us,

10:13AM 13  we'll start working.

10:13AM 14            Kerry, you've got something to say?

10:13AM 15         MR. MILLER:  Sure, Your Honor.

10:13AM 16            On the issue of the internal report and what was

10:13AM 17  set forth in your report last week, 38 and 39, we did provide

10:13AM 18  that information right after that conference.

10:13AM 19         THE COURT:  Yes, you did.  I read it.

10:13AM 20         MR. MILLER:  That's why it was resolved.

10:13AM 21         THE COURT:  Right.

10:13AM 22         MR. MILLER:  On the issue of the privilege log and the

10:13AM 23  additional productions, we'll get that done next week pursuant to

10:13AM 24  what you said.

10:13AM 25            But, on the issue of internal report and witnesses

10:13AM 1   and timing, I mean, the internal report was not linked to

10:14AM 2   litigation.  That was linked to the work that DNV was doing on

10:14AM 3   the critical piece of the BOP.  So I really do take some offense

10:14AM 4   at Andy's comments about that.

10:14AM 5            It was clearly set forth that the report was going

10:14AM 6   to be based upon the best available evidence, and it would not

10:14AM 7   have made any sense to issue a report and then a supplemental

10:14AM 8   report after the DNV report.  So Andy has had his say.  We wanted

10:14AM 9   to have ours, too, on that.

10:14AM 10           On the issue of the witnesses, as Your Honor has

10:14AM 11  tracked this issue in the last two or three weeks, we have

10:14AM 12  additional internal report witnesses.  I think we have been very

10:14AM 13  forthcoming.  Mr. Farr, who was a primary contributor, was on the

10:14AM 14  calendar.  Mr. Boughton took place the last couple of days.  So,

10:14AM 15  certainly, more than one witness has been put forward and been

10:14AM 16  deposed on internal report issues.  We'll see what BP's list has

10:14AM 17  and --

10:14AM 18           THE COURT:  Listen, I think the operative word that Andy

10:14AM 19  used was surgical.  Is that correct?

10:14AM 20           MR. LANGAN:  Correct.

10:14AM 21           THE COURT:  So let's take a look.

10:15AM 22           MR. LANGAN:  It may be radical surgery.

10:15AM 23           THE COURT:  Hopefully, it's just an appendectomy.

10:15AM 24              Hello, Mr. Roy.

10:15AM 25           MR. ROY:  Good morning, Your Honor.

10:15AM 1          Before you move totally out of Phase I discovery, I

10:15AM 2  wanted to raise one issue.  PSC, since Andy has raised the issue

10:15AM 3  of potentially the clock running out and surgery, we wanted to

10:15AM 4  raise a surgical comment before the clock runs out.

10:15AM 5          Background, in the document production of BP, in

10:15AM 6  virtually every single production, BP's transmittal letter has

10:15AM 7  said, this is being produced on behalf of the BP entities.  BP

10:15AM 8  entities is defined by a footnote in their cover letter as three

10:15AM 9  entities, including BP Exploration.  BP PLC has never been listed

10:15AM 10  as one of those entities in the cover sheets of the document

10:15AM 11  production.

10:15AM 12          So, obviously, one of our concerns is, our

10:16AM 13  discovery was propounded to all the BP entities, including

10:16AM 14  BP PLC.  With time running out, the clock advancing, we didn't

10:16AM 15  want to be confronted with something down the road where BP PLC

10:16AM 16  might, I'm not suggesting they would, but might come in and say,

10:16AM 17  well, you know, we don't have to produce anything, or we've got

10:16AM 18  other stuff we're going to use, you never asked for it, or at

10:16AM 19  least never filed a motion to compel.

10:16AM 20          We raised that issue with Tim Duffy.  We've had a

10:16AM 21  number of exchanges between Tim Duffy, with Kirkland, and

10:16AM 22  Steve Herman and myself.  I just want to make the record that

10:16AM 23  everybody has agreed from -- the lawyers for BP PLC, that all of

10:16AM 24  the BP entities' production has been essentially one production

10:16AM 25  from all BP entities with the same Bates numbers, etcetera,

10:16AM 1   etcetera, and BP PLC has not withheld any documents on the basis

10:16AM 2   that they are BP PLC documents.

10:17AM 3            So if I've misstated that, Andy or Tim, jump in

10:17AM 4   here.

10:17AM 5            MR. LANGAN:  It's Andy Langan for BP.

10:17AM 6            I don't disagree with what Mr. Roy has said.  I

10:17AM 7   want to mention that we have not withheld any documents because

10:17AM 8   they are a BP PLC document if they are otherwise responsive,

10:17AM 9   otherwise meet the custodian and all the written -- so, I mean,

10:17AM 10  we're not playing that game.

10:17AM 11           THE COURT:  Good.

10:17AM 12           MR. ROY:  We just didn't want to have to file a

10:17AM 13  prophylactic motion to compel.

10:17AM 14           THE COURT:  Fine.  We're on the record, so we all

10:17AM 15  understand that everything has been produced by all the BP

10:17AM 16  entities.  So that's great.

10:17AM 17           Let's start on our -- I keep saying it's a cleanup

10:17AM 18  list, but we keep adding to the cleanup list, so let's just drop

10:17AM 19  that term entirely, and talk about Phase I fact deposition

10:17AM 20  scheduling.

10:17AM 21           First up was a tentative date for Tony Brock on

10:17AM 22  August 30th.

10:18AM 23           MR. LANGAN:  Your Honor, Andy Langan for BP.

10:18AM 24           May I make my last pitch for August 31st, Labor Day

10:18AM 25  break or not, or have I been overruled on that?  I've been

10:18AM 1    requested to make that pitch.

10:18AM 2           THE COURT:  Yes, I think you've been overruled because

10:18AM 3    everybody is in desperate need of a break, don't you think?

10:18AM 4           MR. LANGAN:  I believe August 30th will work, against

10:18AM 5    that.

10:18AM 6           THE COURT:  Thank you, thank you.  That's most

10:18AM 7    appreciated.  I think everybody here should thank Andy on that.

10:18AM 8           MR. UNDERHILL:  Thank you, Andy.

10:18AM 9           MR. YORK:  You're getting applause from this side of the

10:18AM 10   table, Andy.

10:18AM 11          THE COURT:  We had tentative a date of September 20th

10:18AM 12   for Jay Thorseth.

10:18AM 13          MR. LANGAN:  Yes, Your Honor, for Thorseth and Daly --

10:18AM 14          THE COURT:  Daly and Lacy.

10:18AM 15          MR. LANGAN:  -- Thorseth and Daly are okay.  Lacy, I

10:18AM 16   believe, still should be considered tentative.

10:18AM 17          THE COURT:  Fair enough.

10:19AM 18           We were going to look for Andrew Frazelle,

10:19AM 19   F-R-A-Z-E-L-L-E.

10:19AM 20          MR. LANGAN:  Yes, Your Honor.  We can look at

10:19AM 21   September 28 or 29.  I guess that's a PSC choice.  September 28

10:19AM 22   or 29.

10:19AM 23          MR. WILLIAMSON:  That's fine with us, Judge.

10:19AM 24          MR. LANGAN:  Which one?  It's a one-day.

10:19AM 25          MR. WILLIAMSON:  28 is great.

10:19AM 1          THE COURT:  28.  Sold.

10:19AM 2          MR. WILLIAMSON:  Judge, I heard my counsel just telling

10:19AM 3    me that Mr. Sterbcow is going to address it.

10:19AM 4          MR. STERBCOW:  We may want to talk about this now while

10:19AM 5    we're doing the calendar.

10:19AM 6          THE COURT:  What do you want to talk about?

10:19AM 7          MR. STERBCOW:  Good morning, Your Honor, Paul Sterbcow.

10:19AM 8          There are three names, possibly four, including

10:19AM 9    Mr. Frazelle, Gordon Birrell, Richard Morrison and Jay Thorseth,

10:20AM 10   who is a London deposition.

10:20AM 11         We have discovered that these gentlemen have --

10:20AM 12   they are scheduled as one-day Phase I depositions.  They have

10:20AM 13   Phase II knowledge.  So the question becomes do we do the one-day

10:20AM 14   Phase I, get it out of the way, and then ask for them to come

10:20AM 15   back?

10:20AM 16         Thorseth would be a problem because he's London.

10:20AM 17         THE COURT:  Right.

10:20AM 18         MR. THORSETH:  Or do we make them Phase II and knock the

10:20AM 19   entire thing out now, so we don't have to deal with it?  That's

10:20AM 20   the question.

10:20AM 21         THE COURT:  Any comment, Andy?

10:20AM 22         MR. LANGAN:  Well, Your Honor --

10:20AM 23         Andy Langan for BP.

10:20AM 24         -- I think, going way back to January, it's always

10:20AM 25   been one shot for all purposes.  So I think it's kind of a --

10:20AM 1   with all due respect to Mr. Sterbcow, kind of a false assumption

10:20AM 2   here.

10:20AM 3           So, if they go ahead with Mr. Birrell, it's for all

10:20AM 4   issues.  The same with the others.

10:20AM 5           THE COURT:  Then the issue being does it extend beyond a

10:20AM 6   one-day deposition.

10:21AM 7           MR. LANGAN:  Well, I mean, we've talked about that.  You

10:21AM 8   know, I mean, you made your decision on that.  So --

10:21AM 9           THE COURT:  Not knowing, I don't think, that they were

10:21AM 10  Phase II.

10:21AM 11          So what I would like to do, Paul, is would you look

10:21AM 12  at those witnesses and tell me whether you think one day is still

10:21AM 13  doable; and, if not, hopefully not all of them need to be two

10:21AM 14  days, but let's see what you've got.

10:21AM 15          Let's make sure I've got it.  We've got Thorseth,

10:21AM 16  who is currently scheduled only for a day in London.  We've got

10:21AM 17  Frazelle, currently scheduled for the 28th of September.

10:21AM 18          We've got -- who else did you tell me?

10:21AM 19          MR. STERBCOW:  Richard Morrison.

10:21AM 20          THE COURT:  Oh, yes.  Morrison.

10:21AM 21          MR. STERBCOW:  Is he set at all?

10:21AM 22          MR. MAZE:  I don't see his name.

10:21AM 23          THE COURT:  I don't see Mr. Morrison.

10:21AM 24          MR. STERBCOW:  Gordon Birrell, I don't think he's set

10:22AM 25  either.  So those two may not be --

10:22AM 1    THE COURT:  September the 14th.

10:22AM 2    MR. STERBCOW:  So Morrison hasn't been set at all.

10:22AM 3    THE COURT:  No, he hasn't.  We're going to have to add

10:22AM 4 him to our wish list.

10:22AM 5    MR. STERBCOW:  We'll get back to you early next week?

10:22AM 6    THE COURT:  Please, on those three that are scheduled.

10:22AM 7    Why don't you tell us about who Mr. Morrison is.

10:22AM 8    MR. STERBCOW:  Do you want me to do it in a letter brief

10:22AM 9 to the Court?

10:22AM 10    THE COURT:  Just an e-mail.

10:22AM 11    MR. STERBCOW:  An e-mail is fine?

10:22AM 12    THE COURT:  An e-mail is fine.

10:22AM 13    MR. STERBCOW:  Will do.  Thank you, Judge.

10:22AM 14    THE COURT:  Great.  But we'll go ahead and put

10:22AM 15 Mr. Frazelle down for the 28th, pending further discussion.

10:22AM 16    MR. STERBCOW:  Okay, very good.

10:22AM 17    THE COURT:  Okay.  Buddy Trahan.

10:22AM 18    MR. LANGAN:  Your Honor, we have been in touch with his

10:22AM 19 personal injury counsel.  Don't have a date.  Apparently, late

10:22AM 20 September seems to be okay, so maybe we want to pick a date and

10:22AM 21 mark it tentative and at least advance the ball.

10:22AM 22    THE COURT:  Perfect.  Perfect.  Guys, do y'all want to

10:23AM 23 nominate a date?

10:23AM 24    MR. LANGAN:  Mr. Lance Lubel, I think, from Houston, may

10:23AM 25 be his lawyer.

10:23AM 1          THE COURT:  Is that a one or a two-day; do we know?

10:23AM 2          MR. TSEKERIDES:  I don't think Mr. Trahan -- my

10:23AM 3  information is --

10:23AM 4              Jimmy Williamson, Your Honor.

10:23AM 5              My information is Mr. Trahan does not intend to

10:23AM 6  take the Fifth.  He was on the rig, so I'm thinking it may be a

10:23AM 7  two-day deposition.

10:23AM 8          MR. LANGAN:  We would concur with that.

10:23AM 9          THE COURT:  So why don't we look at maybe the 28th,

10:23AM 10  29th?

10:23AM 11          MR. WILLIAMSON:  That would be great, Judge.

10:23AM 12          THE COURT:  That will be tentative subject to

10:23AM 13  confirmation.

10:23AM 14          MR. WILLIAMSON:  Right.  I guess -- I apologize.

10:23AM 15          THE COURT:  No.  That's okay.

10:23AM 16          MR. WILLIAMSON:  One of us needs to confirm with

10:23AM 17  Mr. Lubel that he's not taking the Fifth.  That's what both of us

10:23AM 18  believe right now.

10:23AM 19          MR. LANGAN:  Mr. Williamson is correct.  We were given

10:24AM 20  the same information.

10:24AM 21          THE COURT:  We were working on Mr. Beirute.

10:24AM 22          MR. LANGAN:  Yes, Your Honor.  I don't have dates.  I'm

10:24AM 23  now told late August, rather than early August.

10:24AM 24              By the way, I now understand he's a third-party

10:24AM 25  contractor associated with BP, not a BP employee.  Maybe the

10:24AM 1  thing to do is to pick a date in the latter part of August, mark

10:24AM 2  it tentative and --

10:24AM 3          THE COURT:  Good.  Let's take a look.

10:24AM 4               Guys, you all want to pick a date?

10:24AM 5          MR. LANGAN:  29?

10:24AM 6          MR. WILLIAMSON:  29 works.

10:24AM 7          THE COURT:  29, with a question mark.

10:24AM 8               Next up, let's talk to our friends from M-I.

10:24AM 9          MR. FUNDERBURK:  Yes, Your Honor.

10:24AM 10         THE COURT:  Come on up.  Good morning.

10:24AM 11         MR. FUNDERBURK:  Good morning.  John Funderburk for M-I.

10:25AM 12         THE COURT:  We've got Stephen Johnson.

10:25AM 13         MR. FUNDERBURK:  Correct.

10:25AM 14         THE COURT:  We've got Mr. Maxie, Mr. Meche and

10:25AM 15 Mr. Quibodeaux.

10:25AM 16         MR. FUNDERBURK:  Yes, Your Honor.  We have been speaking

10:25AM 17 with Halliburton, the requesting party, about getting some dates

10:25AM 18 that are good for the attorneys and for witnesses.  Hopefully,

10:25AM 19 we'll have an update for you next week.

10:25AM 20         THE COURT:  All right.  Thank you very much.

10:25AM 21         MR. FUNDERBURK:  Thank you.

10:25AM 22         THE COURT:  Kerry, do we have anything on Mr. Turlak?

10:25AM 23         MR. MILLER:  Your Honor, as I reported last week, he's

10:25AM 24 the lucky man on the extended vacation until Monday.

10:25AM 25         THE COURT:  That's right.  Sorry.

10:25AM 1         MR. MILLER:  We'll have something for you next Friday;

10:25AM 2  but, he probably will be available at the end of August,

10:25AM 3  beginning of September.  So we'll confirm with a particular date

10:26AM 4  next Friday.

10:26AM 5         THE COURT:  Good.

10:26AM 6           How are we doing on the discussions with regard to

10:26AM 7  Dr. Ravi?

10:26AM 8         MR. LANGAN:  I think we're doing okay.  Mr. York can

10:26AM 9  comment.

10:26AM 10         MR. YORK:  Thank you, Andy.  Alan York for Halliburton.

10:26AM 11          Your Honor, I think that we have tentative dates --

10:26AM 12         THE COURT:  Good.

10:26AM 13         MR. YORK:  -- and this is still subject to final

10:26AM 14  confirmation, but for September 14th and 15th; although, there is

10:26AM 15  a question as to whether this is a one-day or a two-day

10:26AM 16  deposition.

10:26AM 17         So, we understand it to be one day, based upon the

10:26AM 18  rulings of the Court.  So either of those days would work for the

10:26AM 19  dates that I have available.

10:26AM 20         THE COURT:  Andy, do you believe it's a two-day

10:26AM 21  deposition?

10:26AM 22         MR. LANGAN:  I'd have to go back and look at this one.

10:26AM 23  We asked for it some time ago, but I would like to talk to my

10:26AM 24  partner about this; but, I hear Mr. York.

10:26AM 25         THE COURT:  Let's put it down September 14, 15, with a

10:27AM 1   question mark.

10:27AM 2           MR. YORK:  Can we put it down as the 14th, and then we

10:27AM 3   know that other date is available?  Put it as a question --

10:27AM 4   because we are still confirming with Dr. Ravi that his schedule

10:27AM 5   hasn't changed, but we've been in contact with Ms. Harding this

10:27AM 6   morning.

10:27AM 7           THE COURT:  Good.

10:27AM 8           MR. YORK:  While I'm up, Your Honor, may I address?

10:27AM 9           THE COURT:  Please.

10:27AM 10          MR. YORK:  I hate to be a part of the problem rather

10:27AM 11  than the solution.  But we did send an e-mail this morning to the

10:27AM 12  Court with the request for an additional deponent, Mr. Rich

10:27AM 13  Miller.

10:27AM 14          THE COURT:  I have it.

10:27AM 15          MR. YORK:  In addition to him, there are two other

10:27AM 16  non-party witnesses that their testimony has -- and it really is

10:27AM 17  not we have been laying -- and this is a bad pun -- laying behind

10:27AM 18  the log, Your Honor, but these were logging people on the well

10:27AM 19  whose importance has become obvious based upon recent

10:27AM 20  depositions.

10:27AM 21          THE COURT:  Break it to me gently.

10:27AM 22          MR. YORK:  There are two Schlumberger employees, Victor

10:27AM 23  Emanuel --

10:28AM 24          THE COURT:  Victor Emanuel.

10:28AM 25          MR. YORK:  -- and Ryan O'Toole.

10:28AM 1          THE COURT:  Both are Schlumberger?

10:28AM 2          MR. YORK:  Both are Schlumberger.

10:28AM 3          We will certainly undertake to contact counsel for

10:28AM 4   Schlumberger to get available dates, to see if a subpoena is

10:28AM 5   necessary, and do all of the groundwork that's necessary --

10:28AM 6          THE COURT:  Good.

10:28AM 7          MR. YORK:  -- but we wanted to put the Court on notice

10:28AM 8   of the request as soon as possible, in addition, like I say, to

10:28AM 9   Mr. Miller, who we sent the e-mail on this morning.

10:28AM 10         THE COURT:  That was with regard to casing design.

10:28AM 11         MR. YORK:  And annular pressure buildup.

10:28AM 12         THE COURT:  Andy?

10:28AM 13         MR. LANGAN:  Andy Langan for BP, Your Honor.

10:28AM 14         We'll respond in due course about Mr. Miller, but I

10:28AM 15  just want to mention that Mr. Miller's existence and role was

10:28AM 16  well known months and months and months ago.  I think his name is

10:28AM 17  in the Bly report.  So this is coming very late in the game.

10:28AM 18         Again, not to cry over spilled milk, but we asked

10:28AM 19  for seven Halliburton witnesses.  We got turned down on five of

10:29AM 20  them.  So -- and here they are, on July 22nd, asking for yet

10:29AM 21  more, when we just got turned down on our request for some of

10:29AM 22  theirs.

10:29AM 23         So when we're thinking about this issue, if

10:29AM 24  Your Honor would keep that in mind, we would appreciate it.

10:29AM 25         THE COURT:  Good.

10:29AM 1          MR. YORK:  The only thing --

10:29AM 2              This is Alan York for Halliburton.

10:29AM 3              The only thing I will say in response, Your Honor,

10:29AM 4  is we freely put in our request for Mr. Miller that he was a part

10:29AM 5  of the original thousand person list, did not make it to the

10:29AM 6  priority list; but, based upon recent deposition testimony of

10:29AM 7  Ms. Skripnikova, which was July 7 and 8, it has become obvious

10:29AM 8  that his testimony is more pertinent than we thought it might be.

10:29AM 9  So that's the explanation.

10:29AM 10          THE COURT:  Thanks, Alan.

10:29AM 11          MR. FITCH:  Judge, Tony Fitch, Anadarko.

10:29AM 12              Shifting back to Mr. Gordon Beirute that we just

10:29AM 13  put tentatively on the 29th --

10:29AM 14          THE COURT:  Right.

10:29AM 15          MR. FITCH:  -- Paul and I just realized two things.

10:29AM 16  One, he may be more than a day, pushing two days, so we would

10:29AM 17  like a placeholder on that.

10:30AM 18              The second thing we realized is that our memory is

10:30AM 19  a little fuzzy right now on the details of him.  So, in good

10:30AM 20  faith, I don't want to make the two-day request just yet.  We'll

10:30AM 21  get back to you next Monday or Tuesday by e-mail.

10:30AM 22          THE COURT:  Andy, you heard that one, possible two-day.

10:30AM 23  We'll discuss it.  It's Beirute.

10:30AM 24          MR. LANGAN:  Your Honor, before we leave this subject, I

10:30AM 25  have one more point, if I might raise it.

10:30AM  1        THE COURT:  Sure.

10:30AM  2        MR. LANGAN:  This has to do with Mr. Newman.  I'm sure

10:30AM  3  Mr. Miller is going to work on the date.

10:30AM  4          My question was really this, and I read

10:30AM  5  Your Honor's order that said one-day deposition, okay.

10:30AM  6  All right.  We get that.

10:30AM  7          It causes me to think, however, why would Mr. McKay

10:30AM  8  be treated any differently than Mr. Newman?  Mr. McKay has been

10:30AM  9  set down for the 3rd and 4th of November.  Like Mr. Newman, very

10:31AM 10  little day-to-day involvement, probably no day-to-day involvement

10:31AM 11  pre-April 20th.  If Mr. Newman is going to be one day, I hereby

10:31AM 12  request that Mr. McKay be one day, and I think that is not an

10:31AM 13  unreasonable request.

10:31AM 14        THE COURT:  Okay.  We'll take a look at it.  Thank you,

10:31AM 15  Andy.

10:31AM 16          Speaking of Mr. Newman --

10:31AM 17        MR. MILLER:  Yes, September 30th in Houston.  He's going

10:31AM 18  to be in the states for other business then.

10:31AM 19        THE COURT:  Okay.

10:31AM 20        MR. YORK:  What date was that?

10:31AM 21        MR. MILLER:  It will be -- Rachel Clingman is with me,

10:31AM 22  and she's Steve's partner.  It will be at their office in

10:31AM 23  Houston.

10:31AM 24        THE COURT:  Okay.  Good.  So it will be at Steve

10:31AM 25  Roberts' office in Houston on September 30th.

10:31AM 1      MR. MILLER:  Your Honor, if I may, to go back a couple

10:31AM 2  of notches on the list, just to ask a follow-up question with

10:31AM 3  respect to Mr. Vidrine.

10:31AM 4      THE COURT:  Sure.

10:31AM 5      MR. MILLER:  I know you entered an order earlier this

10:31AM 6  week in connection with the deposition.  Only Your Honor is privy

10:32AM 7  to his condition, which we're all sympathetic to; but, based upon

10:32AM 8  Your Honor's review of the records, do you think it would be

10:32AM 9  possible for Mr. Vidrine to answer written deposition

10:32AM 10  questions --

10:32AM 11      THE COURT:  That may be.

10:32AM 12      MR. MILLER:  -- if we were able to provide a limited,

10:32AM 13  finite number of written deposition questions?

10:32AM 14      THE COURT:  That may well be.  We certainly can inquire.

10:32AM 15      Do you want us to ask first before you propound?

10:32AM 16  How do you want to handle that, Kerry?

10:32AM 17      MR. MILLER:  Maybe the answer you would get is it

10:32AM 18  depends.

10:32AM 19      THE COURT:  Right.

10:32AM 20      MR. MILLER:  So maybe what we will do is -- I don't know

10:32AM 21  if anybody has the same interest, but we can certainly take a

10:32AM 22  first attempt at a draft deposition upon written questions and

10:33AM 23  circulate it through this group.

10:33AM 24      MR. STERBCOW:  Your Honor, Paul Sterbcow.

10:33AM 25      I think the first step would be to call Bob Habans.

10:33AM 1  He's been very cooperative.

10:33AM 2          THE COURT:  He has been.  He's been very, very

10:33AM 3  cooperative.

10:33AM 4          MR. MILLER:  Well, I have no problem in doing so, Paul,

10:33AM 5  if you think that's the right step.

10:33AM 6          MR. STERBCOW:  Call him and just lay out in general

10:33AM 7  terms what you're thinking about, and I'll bet he's receptive to

10:33AM 8  it.

10:33AM 9          THE COURT:  Yes.  Explain to him we're not thinking

10:33AM 10 500 interrogatories.

10:33AM 11         MR. STERBCOW:  Right.

10:33AM 12         THE COURT:  We understand that we have got to be precise

10:33AM 13 about it.

10:33AM 14         MR. STERBCOW:  Right.  He gets it.  He gets the

10:33AM 15 importance of Vidrine.  He's balancing it the best he can.

10:33AM 16         THE COURT:  Great.  So we'll put that down to discuss.

10:33AM 17         MR. MILLER:  Do you want me to call him?

10:33AM 18         MR. STERBCOW:  Yes.

10:33AM 19         THE COURT:  Paul, are you going to call him?

10:33AM 20         MR. STERBCOW:  I won't be here next week, so if you want

10:33AM 21 to call him.

10:33AM 22         MR. MILLER:  No, I can call him.  I'll call him, if not

10:33AM 23 today, then early next week.

10:33AM 24         THE COURT:  He's been very, very responsive.

10:33AM 25         MR. MILLER:  Sounds good.  That's what we'll do, and

10:33AM 1   I'll report back next Friday.

10:33AM 2          THE COURT:  Mr. Sterbcow, while you're up -- oh, I'm

10:33AM 3   sorry, Alan.  Did you have something first?

10:33AM 4          MR. YORK:  Just very, very quickly.  In response to what

10:33AM 5   Andy said just a moment ago about Mr. McKay, I just didn't want

10:33AM 6   it to go past without, since we're the requesting party, saying

10:34AM 7   we do think it's a two-day deposition.

10:34AM 8          As the briefing on the issue pointed out, we

10:34AM 9   believe he's very similar to Tim Probert, who was one of

10:34AM 10  Halliburton's witnesses who was put up for two days.

10:34AM 11         THE COURT:  Thank you, Alan.

10:34AM 12         Mr. Sterbcow, Judge Barbier has granted the motion

10:34AM 13  for the introduction of the Boots & Coots report.  May I assume,

10:34AM 14  sir, that you have withdrawn your request for Mr. Wright's

10:34AM 15  deposition?

10:34AM 16         MR. STERBCOW:  Yes, you may, Your Honor.

10:34AM 17         THE COURT:  Thank you, sir.

10:34AM 18         MR. STERBCOW:  While I'm up, again, Judge --

10:34AM 19         THE COURT:  Yes.

10:34AM 20         MR. STERBCOW:  -- the Fleytas amended deposition notice

10:34AM 21  within the parameters set went out this morning.  The only thing

10:34AM 22  left is there's something about a notary having to be present in

10:34AM 23  California.  I'm not exactly sure what's going on with that, but

10:34AM 24  we'll flesh it out.  We'll figure it out.

10:34AM 25         THE COURT:  Here is what I think.  I think that counsel

10:34AM  1   for Ms. Fleytas needs to set up the teleconference facility and

10:35AM  2   any other requirements under California law to comply with her

10:35AM  3   deposition being compelled.

10:35AM  4         MR. STERBCOW:  I will let them know.

10:35AM  5         THE COURT:  Thank you so much.

10:35AM  6         We had the issue of the 30(b)(6) of BP relative to

10:35AM  7   the regulatory compliance issue.  Do we remember that, guys?

10:35AM  8         MR. LANGAN:  Your Honor, I do.  Mr. Collier is working

10:35AM  9   on that.  We have some leads, but we don't have a witness yet,

10:35AM 10   but we understand we need to run that to ground.

10:35AM 11         THE COURT:  Yes, no problem.

10:35AM 12         If anybody wants to say anything about

10:36AM 13   Halliburton's request for Rich Miller, Victor Emanuel, or

10:36AM 14   Ryan O'Toole, please let us know about that this week, and before

10:36AM 15   next Friday's conference.

10:36AM 16         Transocean has requested additional time for the

10:36AM 17   deposition of Ed Gaude, G-A-U-D-E, which is set for Monday,

10:36AM 18   September 19th.  They are looking for an additional 75 minutes.

10:36AM 19   Is anybody feeling generous?

10:36AM 20         MR. WILLIAMSON:  The PSC will be happy to give them

10:36AM 21   20 minutes of our time, Judge.

10:36AM 22         THE COURT:  Thank you.  20 minutes from PSC.

10:36AM 23         Any other generous individuals in the room?

10:36AM 24         MR. MAZE:  The states can give ten.

10:36AM 25         THE COURT:  The states have given 10.  That's 30.

10:37AM 1    MR. NIZIALEK:  Your Honor, Phil Nizialek from MOEX.

10:37AM 2      We can give up five of our ten minutes.

10:37AM 3    THE COURT:  Thank you so much.

10:37AM 4    MR. HAYCRAFT:  While we're in the allocation of extra

10:37AM 5 time for depositions coming up, BP -- we will send a letter to

10:37AM 6 this effect, but we will want extra time with Jonathan Keeton and

10:37AM 7 Dan Farr, which are currently scheduled for mid-August.

10:37AM 8    THE COURT:  An unspecified amount of time?

10:37AM 9    MR. HAYCRAFT:  Right.  I'll want to confer with my team;

10:37AM 10 but, since we're talking about extra time, I didn't want to let

10:37AM 11 that go unnoticed.

10:37AM 12    THE COURT:  So, Kerry, you have got an extra 35.  We'll

10:37AM 13 look at the allocation and get a ruling out on the remaining

10:37AM 14 time.  Okay?

10:37AM 15    MR. MILLER:  Great.

10:37AM 16    THE COURT:  If anybody else has a change of heart and

10:37AM 17 decides they want to be generous, please let us know.

10:37AM 18    MR. UNDERHILL:  We'll give ten, Your Honor.

10:37AM 19    THE COURT:  Who is we?

10:37AM 20    THE CLERK:  The United States.

10:37AM 21    THE COURT:  The United States, thank you.

10:37AM 22    MR. UNDERHILL:  I was holding out to the end.  I wanted

10:38AM 23 to see what the bidding was.

10:38AM 24    THE COURT:  Up to 45, Kerry.  Thank you, Mike.

10:38AM 25     Does anybody want to update me on the Transocean

10:38AM 1    objections to Cameron's request for depositions?  Anything to

10:38AM 2    report on that?

10:38AM 3              MR. MILLER:  Your Honor, I'll hand the mic to Carmelite

10:38AM 4    in a second.

10:38AM 5              In terms of an update, we provided the information

10:38AM 6    that we had last week to you and to Carmelite, and also set forth

10:38AM 7    our request for Cameron witnesses if, in fact, we do go forward

10:38AM 8    with these people on the issue of what was bought and what was

10:38AM 9    designed and who was involved back in 1998.

10:38AM 10             THE COURT:  Right.  Kerry, is your request for

10:38AM 11   additional witnesses of Cameron contingent on a ruling by us that

10:38AM 12   some of these R&B Falcon or current Transocean depositions can be

10:38AM 13   taken?

10:38AM 14             MR. MILLER:  Yes, it is.

10:38AM 15             THE COURT:  I wanted to make sure I understood.

10:38AM 16             MR. MILLER:  It's a tit for tat kind of thing.

10:39AM 17             THE COURT:  I'm with you.

10:39AM 18             MS. BERTAUT:  So glad Mr. Miller conceded that.

10:39AM 19             Judge, we are looking into the information that

10:39AM 20   Mr. Miller gave us this week, and we'll be back to report to

10:39AM 21   Your Honor on that.

10:39AM 22             THE COURT:  Good, good, good.  The tit for tat is nine

10:39AM 23   witnesses that Transocean wants to take.

10:39AM 24             Let's see, proposed amendments to the short form.

10:39AM 25   Steve, is there any update?  How are we coming?

10:39AM 1        MR. HERMAN:  Yes, Your Honor.  Steve Herman for the

10:39AM 2   plaintiffs.

10:39AM 3            Real quickly, I sent something to BP on Monday.  I

10:39AM 4   got a response from Andy that they are working on it, and we'll

10:39AM 5   hopefully have it resolved soon.

10:39AM 6        THE COURT:  Terrific.

10:39AM 7            While we're at it, I see that there is somebody

10:39AM 8   sitting next to you.  Who is that somebody?

10:39AM 9        MR. HERMAN:  That someone is Alexandra Rae Herman, who

10:39AM 10  is, as the Court may recall, responsible for the every other

10:40AM 11  Saturday no e-mail Saturday.

10:40AM 12       THE COURT:  That's exactly right.

10:40AM 13           Alexandra, if you come up with any other bright

10:40AM 14  ideas, which your father doesn't do very often, would you be so

10:40AM 15  kind as to pass that information on to us?

10:40AM 16       MISS ALEXANDRA HERMAN:  Okay.

10:40AM 17       THE COURT:  Great.  E-mails are accepted.  I know you're

10:40AM 18  not seeing your father very much right now, so if you want to

10:40AM 19  send an e-mail instead, that will be fine.

10:40AM 20       MISS ALEXANDRA HERMAN:  Okay.

10:40AM 21       THE COURT:  Okay.  Good.  Thank you.

10:40AM 22       MR. HERMAN:  Thank you much.

10:40AM 23       THE COURT:  All right.  Have any defendants responded to

10:40AM 24  poor Steve who reported last week he had gotten no feedback

10:40AM 25  relative to the preliminary witness list for Phase I?

10:40AM  1          MR. LANGAN:  Your Honor, Andy Langan for BP.

10:40AM  2              I haven't told Mr. Herman this, but we did look at

10:41AM  3   it, both recently and some time ago.  We have no -- it's fine.

10:41AM  4          THE COURT:  Oh, good.

10:41AM  5          MR. LANGAN:  For BP.  I don't know about others, but --

10:41AM  6          THE COURT:  All right.

10:41AM  7          MR. YORK:  Alan York for Halliburton, Your Honor.

10:41AM  8              I looked at it while I was in London, and I think

10:41AM  9   it was okay, but I don't remember anymore.  I still have my

10:41AM 10   notes.

10:41AM 11              I will look at them, Steve, I promise, this

10:41AM 12   weekend, and have an answer to you on Monday.

10:41AM 13          MR. HERMAN:  Thank you.

10:41AM 14          THE COURT:  Any other defendants that have not told

10:41AM 15   Steve A-okay or here are our comments, please try to get those to

10:41AM 16   him because he's been on the hot seat for weeks.

10:41AM 17          MR. KANNER:  May I ask a question, Your Honor?

10:41AM 18   Allan Kanner for Louisiana.

10:41AM 19              On the Mr. McKay issue, that's a witness who, maybe

10:41AM 20   at this phase of the litigation, has very little knowledge, but,

10:41AM 21   on later phases, issues of natural resource damages and what BP

10:41AM 22   is doing relative to his commitments to the State, a lot of what

10:42AM 23   Mr. Hayward said was look at the current management team.

10:42AM 24              So I would anticipate that if you want everything

10:42AM 25   done at once, it's going to be a much larger deposition.  If some

10:42AM 1   of those issues can wait down the road, I think it will be a

10:42AM 2   shorter deposition now.  I'm not arguing for one position or

10:42AM 3   another, just trying to give you the information.

10:42AM 4           THE COURT:  Okay, thank you.

10:42AM 5               Come on up.

10:42AM 6           MR. MORAN:  Your Honor, my name is Kyle Moran.  I

10:42AM 7   represent Underwriters, with George Gilly.

10:42AM 8               Before we leave depositions and possible

10:42AM 9   allocation, if we can seek the Court's clarification on an issue.

10:42AM 10              There is a deposition next week that Underwriters

10:42AM 11  feel they may need to participate in, but we -- is it the Court's

10:42AM 12  view that these are only Phase I depositions?  Discovery just

10:42AM 13  opened in the coverage litigation two weeks ago, so.

10:42AM 14          THE COURT:  Who, particularly, are you interested in?

10:42AM 15          MR. MORAN:  Barbara Yilmez on the 26th and 27th.

10:43AM 16          THE COURT:  Everybody wants a little piece of Barbara.

10:43AM 17          MR. MORAN:  We appreciate that Phase I is very

10:43AM 18  important.  We are not trying to interfere at all.  But, if the

10:43AM 19  Court's position is we will have an opportunity to depose her

10:43AM 20  under the coverage litigation --

10:43AM 21          MR. LANGAN:  No.

10:43AM 22          THE COURT:  It's BP's position that you will not have an

10:43AM 23  opportunity to participate in the future.

10:43AM 24              So what we should do, probably, is get a request

10:43AM 25  from you, e-mail is fine, letter is fine, telling us

10:43AM 1   approximately how much time you think you will need with her.

10:43AM 2             Do you have exhibits that you're going to want to

10:43AM 3   discuss with her?

10:43AM 4        MR. MORAN:  Your Honor, at this point we do not believe

10:43AM 5   we have any exhibits.  Discovery has just started in our cases.

10:43AM 6             George and I spoke this morning, and we would say

10:43AM 7   that we would request an hour and a half.  We understand it's a

10:44AM 8   two-day deposition.

10:44AM 9        THE COURT:  We have got nothing but time to give you.

10:44AM 10            Seriously, we'll consider the request and look at

10:44AM 11  our allocation of time currently and let you know what your

10:44AM 12  allocation will be.  We'll let you know -- when is she?

10:44AM 13       THE CLERK:  She's Tuesday.

10:44AM 14       THE COURT:  She's Tuesday.  So we'll try to let you know

10:44AM 15  this weekend; if not, first thing Monday.

10:44AM 16       MR. MORAN:  Thank you, Your Honor.

10:44AM 17       THE COURT:  You're welcome.

10:44AM 18       MR. LANGAN:  Andy Langan for BP, Your Honor.

10:44AM 19            Not to belabor the point, but, in an MDL like this,

10:44AM 20  I'm not sure how many commandments there are, maybe there is ten,

10:44AM 21  maybe there is eight, maybe there is six, but one of the first

10:44AM 22  commandments is one deposition per witness.

10:44AM 23            I appreciate counsel saying, well, we may want more

10:44AM 24  time; but, if we start down that road about subsequent

10:44AM 25  proceedings someday, I mean, there will be no end to it.  Not

10:44AM  1    just for Ms. Yilmez, but for all kinds of witnesses.

10:44AM  2         THE COURT:  Andy, I agree with you.  To the extent that

10:44AM  3    we can finish it, that is my goal.

10:45AM  4         MR. LANGAN:  With your good cause exception.

10:45AM  5    Your Honor, from the beginning, has said for good cause there can

10:45AM  6    be reopeners, but it would be a high burden.  I think that's

10:45AM  7    worked pretty well.

10:45AM  8         THE COURT:  I agree.

10:45AM  9         MR. LANGAN:  Thank you.

10:45AM 10         MR. MORAN:  Your Honor, just to note, again, this is the

10:45AM 11    first deposition that we will have participated in.  We're not on

10:45AM 12    the allocation list.  So we're not asking for extra time; we're

10:45AM 13    just asking for time.

10:45AM 14         THE COURT:  I know.  I've memorized the allocation list.

10:45AM 15    You're not on it.  You will be for this one.  So you'll see a

10:45AM 16    little entry saying Underwriters.  That will be you.

10:45AM 17         This is the bad news, guys.  We have asked you to

10:45AM 18    comment on experts.  You all have been really forthcoming, which

10:45AM 19    we appreciate; but, we're looking at a situation that looks

10:45AM 20    challenging.

10:46AM 21         I would like you to think about adding Saturdays to

10:46AM 22    your schedule.  There are four Saturdays during the period of

10:46AM 23    depositions for experts.  If we add Saturdays, that gives us 31

10:46AM 24    deposition days.

10:46AM 25         We're not going to tell you, you have to do it, but

10:46AM 1    let me tell you what the facts are.  The facts are that at this

10:46AM 2    point we know of 82 experts.  Some people have said that they may

10:46AM 3    add to that list, that they are still hedging their bets on that.

10:46AM 4            We thought that if we added Saturdays, that might

10:46AM 5    be of some assistance.  Then, we're going to have to have some

10:46AM 6    days after the first of the year for things like illness, family

10:47AM 7    emergencies, etcetera.  So we're thinking January 3rd, which is a

10:47AM 8    Tuesday, through Saturday, January 7th, we would keep open for

10:47AM 9    those kinds of rescheduling.

10:47AM 10           So, in any event, I wanted to get you guys thinking

10:47AM 11   on this challenge and how we might best approach it.

10:47AM 12           I was going to mention to you all that I believe

10:47AM 13   the PSC last week announced that they did not expect to do

10:47AM 14   cross-examination of expert witnesses, and I think that's

10:47AM 15   something we should consider.

10:47AM 16           Paul, do you have something to say on that?

10:47AM 17           MR. STERBCOW:  Yes, Your Honor.  We've conferred on

10:47AM 18   that.  Absent an expert report that just hits us just totally out

10:47AM 19   of left field and is written in hieroglyphics and we don't

10:47AM 20   understand it --

10:47AM 21           THE COURT:  Right.

10:47AM 22           MR. STERBCOW:  -- we do not intend to take expert

10:48AM 23   depositions in this case.  The PSC does not.

10:48AM 24           THE COURT:  Any of the 83 so far?

10:48AM 25           MR. STERBCOW:  Correct.  We have to have a body there to

10:48AM 1   be there, probably, but we will not notice or take five hours or

10:48AM 2   whatever it's going to be to sit and depose experts who are

10:48AM 3   essentially submitting direct examinations in Rule 26 reports.

10:48AM 4   We don't think -- it's just not necessary.

10:48AM 5        THE COURT:  As far as cross-examination, what is your

10:48AM 6   thought about why you would waive cross-examination on those

10:48AM 7   witnesses?

10:48AM 8        MR. STERBCOW:  The way we understand this is going to

10:48AM 9   happen is that expert reports will be submitted to Judge Barbier,

10:48AM 10  he will consider those as direct examination, and then those

10:48AM 11  experts will be put on the witness stand and be cross-examined at

10:48AM 12  trial.  We're fully prepared to rely on the direct by reading the

10:48AM 13  report and just conduct our cross at trial.

10:48AM 14       THE COURT:  Okay.  I think that's terrific.  If anyone

10:48AM 15  else can sign on to the PSC's way of doing things, that's one way

10:48AM 16  to skin this cat.

10:49AM 17            Kerry.

10:49AM 18       MR. MILLER:  I think the battery is dead on the hand

10:49AM 19  mic, so you've got some work this week.

10:49AM 20            That is good news, Your Honor, because what I was

10:49AM 21  going to say, and I still say it, is, you know, the Court made a

10:49AM 22  comment last week or week before that she really thought that

10:49AM 23  these depositions should be one-day depositions, as opposed to

10:49AM 24  two-day depositions.

10:49AM 25       THE COURT:  I do, but I'm saying that with the frank

10:49AM  1   admission that I don't understand even the designated areas of

10:49AM  2   expertise of some of these witnesses.

10:49AM  3          MR. MILLER:  A couple of comments.  I think some of

10:49AM  4   them, at least from the defense perspective, are going to be uber

10:49AM  5   technical and, even with the PSC not taking its five-hour slot of

10:49AM  6   time, are going to be time consuming depositions.  So, if a

10:49AM  7   normal deposition is 15 hours, and they are not going to ask any

10:49AM  8   questions, maybe 10 becomes a default, I don't know, something

10:50AM  9   like that.  Whether that's one day or a day and a half, you know,

10:50AM 10   we can work through those issues.

10:50AM 11          The other thing I would mention is maybe before we

10:50AM 12   commit to Saturday depositions in the fall, there is such a thing

10:50AM 13   as college football that takes place on those dates.  That would

10:50AM 14   include an LSU/Alabama game in November during that time frame,

10:50AM 15   Your Honor.

10:50AM 16          THE COURT:  So now what we have to do, Alexandra, I want

10:50AM 17   you to put together a schedule of those football games that you

10:50AM 18   believe -- and what I want you to do is survey the group and find

10:50AM 19   out which universities the attorneys are interested in as far as

10:50AM 20   football.  Then, put together a chart of the schedule of those

10:50AM 21   games.  Then, maybe what we can do is declare a football free

10:50AM 22   Saturday, in addition to an e-mail free Saturday.  Okay.  So get

10:51AM 23   to work.

10:51AM 24          MR. MAZE:  Can I go ahead and mark Auburn/LSU?

10:51AM 25          THE COURT:  You know the date.

10:51AM 1          MR. MAZE:  I do.

10:51AM 2          THE COURT:  What is the date?

10:51AM 3          MR. MAZE:  I believe it's October 22nd.  I believe it's

10:51AM 4    the last weekend of October.  It is.

10:51AM 5          THE COURT:  But I think you can mark that as e-mail and

10:51AM 6    LSU/Auburn free day.

10:51AM 7          MR. MILLER:  The point being -- and that's a very good

10:51AM 8    one, Your Honor -- is that we may want to take a look -- you

10:51AM 9    know, only you know the big list right now.

10:51AM 10         THE COURT:  That's right.

10:51AM 11         MR. MILLER:  We've all submitted to you *in camera* a

10:51AM 12   short list.  I've got to think that once the list is made public,

10:51AM 13   there is some duplication on that list.  There are some

10:51AM 14   depositions we're not going to need to take.

10:51AM 15              I mean, I think it makes sense to reserve that

10:51AM 16   first week in January; but, you've got to think that some of

10:51AM 17   these are duplicative, that some parties are going to move to

10:51AM 18   strike and the Court may grant, or they may be withdrawn as time

10:51AM 19   goes on.

10:51AM 20         THE COURT:  I'm hoping there will be some withdrawals.

10:52AM 21   Yes, we thought about that.

10:52AM 22         I just wanted to put it out there and have people start

10:52AM 23   thinking.  Please use your creative juices.

10:52AM 24         MR. MILLER:  You know, I know Andy doesn't care about

10:52AM 25   this topic because the Fighting Illini don't play football, last

10:52AM 1    time I checked.

10:52AM 2            MR. LANGAN:  I was going to say it's very interesting

10:52AM 3    the issues that bring Mr. Miller to the podium.

10:52AM 4            Your Honor, could I ask Mr. Maze to look at the

10:52AM 5    July schedule just for a second, for this purpose.

10:52AM 6            THE COURT:  Sure.

10:52AM 7            MR. LANGAN:  I believe there are some witnesses next

10:52AM 8    week that are potential 5A that are down here for two days.

10:52AM 9    Maybe, just to try to avoid any --

10:52AM 10           THE COURT:  I think that's right.

10:52AM 11           MR. LANGAN:  -- you know, confusion about what days

10:52AM 12   they're actually going.  I don't know.  It's really -- I don't

10:52AM 13   know if Paul or the PSC want to comment on this, but --

10:52AM 14           THE COURT:  We should probably contact their counsel and

10:52AM 15   say which of these days, and can we consolidate them, because

10:52AM 16   that's a tough week for you guys, anyway.

10:53AM 17           MR. LANGAN:  Right.  So I don't know what the best way

10:53AM 18   to proceed here, but I wanted to flag the issue.

10:53AM 19           THE COURT:  Thank you for pointing that out.  I meant to

10:53AM 20   put that on the agenda.

10:53AM 21           MR. STERBCOW:  That's already in the works with respect

10:53AM 22   to Bertone.  We're trying to figure out -- he's 27, 28.

10:53AM 23   Apparently, he's going to take the Fifth, from my understanding.

10:53AM 24           THE COURT:  Didn't we have someone else in that time?

10:53AM 25           MR. LANGAN:  Mr. Johnson.

10:53AM 1        MR. STERBCOW:  Fleytas is one day now.  That's only the

10:53AM 2    25th.

10:53AM 3        THE COURT:  Fleytas is one day.

10:53AM 4        MR. LANGAN:  Which day is that, just for the record?

10:53AM 5        MR. STERBCOW:  25th is Fleytas, so 26th is out.

10:53AM 6        MR. HAYCRAFT:  Bill Johnson.

10:53AM 7        THE COURT:  Bill Johnson.  We're going to want to

10:53AM 8    consolidate that.

10:53AM 9        MR. STERBCOW:  Seriale is a Fifth Amendment witness,

10:53AM 10   too.

10:53AM 11       THE CLERK:  Do they know which days they're going to be

10:53AM 12   taken?

10:53AM 13       THE COURT:  Have you looked at that, Paul, and spoken to

10:53AM 14   their counsel about which days they prefer?

10:53AM 15       MR. STERBCOW:  I think Seriale is Monday.

10:53AM 16       MR. BREIT:  We're planning on Monday.

10:53AM 17       MR. STERBCOW:  Right.  We have him on Monday.

10:53AM 18       THE COURT:  Would you confirm that with counsel, and

10:54AM 19   let's take Seriale off Tuesday.

10:54AM 20       MR. BREIT:  I think Bill Johnson is also Monday.

10:54AM 21       THE COURT:  You think Bill is also Monday?

10:54AM 22       MR. BREIT:  I think that's true.

10:54AM 23       MR. LANGAN:  I'm not sure about Mr. Ingram.

10:54AM 24       MR. MILLER:  Ingram and Meinhart are Kurt Arnold

10:54AM 25   clients.

10:54AM 1    MR. TSEKERIDES:  Your Honor, it's Ted Tsekerides.  Did I

10:54AM 2  just hear that Mr. Bertone was taking the Fifth?

10:54AM 3    THE COURT:  Yes, we received notice of that earlier this

10:54AM 4  week.  So he's going to be -- we don't know when he's going to

10:54AM 5  be.

10:54AM 6    Paul, you'll confirm for everybody whether it's

10:54AM 7  going to be the 27th or 28th?

10:54AM 8    MR. STERBCOW:  Ingram is Arnold's client?  Yes, he's

10:54AM 9  taking the Fifth, so we need to confirm --

10:54AM 10    THE COURT:  So Ingram also has notified us of invoking

10:55AM 11  the Fifth, so we'll have to confirm 27th or 28th for him.

10:55AM 12    MR. MILLER:  Really, all of Kurt Arnold's clients, I

10:55AM 13  think -- Paul, you may need to confirm -- I think they are all

10:55AM 14  going to take the Fifth --

10:55AM 15    MR. STERBCOW:  I think you're right.

10:55AM 16    MR. MILLER:  -- so you may need to consolidate.

10:55AM 17    THE COURT:  I think that's right.  I think Meinhart is

10:55AM 18  on that list, as well.  I'll have to go back and check the

10:55AM 19  e-mails, but I believe we received notice relative to all of

10:55AM 20  those clients.

10:55AM 21    MS. BERTAUT:  Judge --

10:55AM 22    THE COURT:  Hold on, Carmelite.

10:55AM 23    Are you okay now?  You'll confirm to everybody?

10:55AM 24    MR. STERBCOW:  Yes, I'm going to send an e-mail to

10:55AM 25  Arnold when we leave here today, and I'll call on Bertone and get

10:55AM 1    a date.

10:55AM 2              THE COURT:  Good.  Thank you.

10:55AM 3              MR. YORK:  There have been a couple of Kurt Arnold

10:55AM 4    clients, I think, that did testify, so I don't think that he's

10:55AM 5    just automatically declaring as to all of them.  I don't think,

10:55AM 6    Paul.

10:55AM 7              MR. STERBCOW:  I'll clear that up with him.

10:55AM 8              THE COURT:  I know I saw an e-mail this week, but I just

10:55AM 9    don't remember the names.

10:55AM 10             Yes, Carmelite.

10:55AM 11             MS. BERTAUT:  Judge, we had talked about using the

10:56AM 12   default of the first day as a Fifth Amendment.  I wonder if we

10:56AM 13   couldn't just presume that that's the way -- the reason I say

10:56AM 14   this, we've got so many moving parts about people we need to

10:56AM 15   tell, and short of an emergency with the witness --

10:56AM 16             THE COURT:  Right.  The only thing that I would say

10:56AM 17   about that is because all of these are Arnold & Itkin clients,

10:56AM 18   we're going to at least let him tell us what he would prefer.  I

10:56AM 19   mean, if he would rather just do one and then the next and the

10:56AM 20   next and the next, that's fine.

10:56AM 21             I hear you.  I mean, we're going to try to make it

10:56AM 22   easy for everybody.

10:56AM 23             MS. BERTAUT:  Right.  Okay, thank you.

10:56AM 24             THE COURT:  Thanks.

10:56AM 25             MR. LANGAN:  Your Honor, I'm not volunteering, but would

10:56AM 1  it make sense to have one person deal with Mr. Arnold on all of

10:56AM 2  these?

10:56AM 3        THE COURT:  Absolutely.  I think Mr. Sterbcow

10:56AM 4  volunteered.

10:56AM 5        MR. STERBCOW:  I did, unfortunately.

10:56AM 6        MR. LANGAN:  Thank you to the PSC and Paul for doing

10:57AM 7  that.  I appreciate it.

10:57AM 8        MR. MILLER:  We didn't.  Sterbcow did.

10:57AM 9        THE COURT:  That's right.  Paul, as soon as you know

10:57AM 10 anything, would you circulate to all?

10:57AM 11        MR. STERBCOW:  Will do.

10:57AM 12        THE COURT:  We had this week a motion filed by

10:57AM 13 Mikal Watts on behalf of ten Vietnamese fisherman to dismiss

10:57AM 14 their cases without prejudice.  I just wanted to raise that issue

10:57AM 15 and see whether we would be getting any opposition to that or

10:57AM 16 not.

10:57AM 17        MR. LANGAN:  Andy Langan for BP, Your Honor.

10:57AM 18        We've actually discussed this internally, and,

10:57AM 19 since we haven't answered, I'm not sure we have a basis to

10:57AM 20 object.  So, I mean, I guess --

10:57AM 21        THE COURT:  I think that the Judge's ruling on getting

10:57AM 22 leave of court --

10:57AM 23        MR. LANGAN:  Right.

10:57AM 24        THE COURT:  -- before a dismissal without prejudice

10:58AM 25 probably impacts that.

10:58AM   1          MR. LANGAN:  That's true.  That's true.  But I don't

10:58AM   2     know the -- I don't think you'll hear an objection from us on

10:58AM   3     that, on these.

10:58AM   4              So, in other words, there is no reason to believe

10:58AM   5     they are getting ready to refile in state court.  I don't think

10:58AM   6     it's -- I mean, I don't think that's what's going on here.  So if

10:58AM   7     this continues, and there is --

10:58AM   8          THE COURT:  Then we can face the situation.

10:58AM   9          MR. LANGAN:  Correct.

10:58AM  10          THE COURT:  Thank you, Andy.

10:58AM  11          MR. YORK:  Alan York for Halliburton.

10:58AM  12              Your Honor, I'll be honest, I haven't read the

10:58AM  13     motion, but --

10:58AM  14          THE COURT:  It just says, we move to dismiss these ten

10:58AM  15     claimants without prejudice.

10:58AM  16          MR. YORK:  I think our only response would be, having

10:58AM  17     sort of felt the brunt of what brought about this order the first

10:58AM  18     time, which was the dismissal and refiling again in the State of

10:58AM  19     Delaware, it does raise that same concern if there is not a

10:58AM  20     representation -- my understanding from Judge Barbier's order was

10:58AM  21     that for there to be a dismissal, there had to be some kind of

10:59AM  22     representation that the intent was not to refile.

10:59AM  23          THE COURT:  Well, there is a representation.  The motion

10:59AM  24     basically says that they do not any longer want to pursue their

10:59AM  25     claims.

10:59AM  1        MR. YORK:  If that's the situation, then I don't think

10:59AM  2   Halliburton would have any issue with that.

10:59AM  3        THE COURT:  Okay, good.  Steve.

10:59AM  4        MR. HERMAN:  That's fine, Your Honor.  We'll remind the

10:59AM  5   plaintiffs' attorneys, in compliance with PTO 34, when they move

10:59AM  6   to dismiss, if it's without prejudice, to make sure they put a

10:59AM  7   reason, for the Court's benefit and for opposing counsels'

10:59AM  8   benefit.

10:59AM  9        I just wanted to bring up one thing.  We mentioned

10:59AM 10   before this proposal for amendments and dismissals.  One of the

10:59AM 11   things that we had proposed, and I think Andy indicated that at

10:59AM 12   least BP, if not the defendants, were thinking about how to

10:59AM 13   respond to this, whether they were in agreement or not, is maybe

10:59AM 14   one way that we could accomplish the PTO 34 ends would be that

10:59AM 15   when you have a dismissal, particularly by a pro se that's going

11:00AM 16   to be deemed to be without prejudice, at least for now, maybe

11:00AM 17   there would be part of that stipulation of dismissal that they

11:00AM 18   would agree that if they were going to refile, they would have to

11:00AM 19   refile here in the Eastern District, subject to the direct filing

11:00AM 20   order of PTO 20.

11:00AM 21        THE COURT:  I like that.

11:00AM 22        MR. HERMAN:  So that seems to accomplish the PTO 34

11:00AM 23   problem, while still allowing people to dismiss without

11:00AM 24   prejudice.

11:00AM 25        THE COURT:  And what about represented clients, like in

11:00AM 1    this particular example?

11:00AM 2         MR. HERMAN:  Well, if they are going to use the same

11:00AM 3    form, then that's what the form says.  We can create a similar

11:00AM 4    rule for represented parties, you know, or they can decide to

11:00AM 5    dismiss their cases with prejudice.

11:00AM 6         THE COURT:  Exactly.  So I like that.  I think that's a

11:00AM 7    good resolution.

11:00AM 8              Last on my list, and then we'll see if anybody has

11:01AM 9    anything else, is that we do need to tighten up the system of

11:01AM 10   liaison and coordinating counsel getting orders out to the rest

11:01AM 11   of the group.

11:01AM 12             We issued an order under seal this week and were

11:01AM 13   flooded with calls saying, what does the order say, what does the

11:01AM 14   order say, what does the order say.  So the system is not broken,

11:01AM 15   it's bumpy.

11:01AM 16             So, if you all could please, when you get something

11:01AM 17   as coordinating or liaison counsel, just disseminate, so that

11:01AM 18   everybody doesn't get nervous and think that there has been a

11:01AM 19   ruling against them, and our office is not flooded with telephone

11:01AM 20   calls saying, what did the order say, that would be helpful.

11:01AM 21             Now, let's open up the floor to any other things

11:01AM 22   that anybody wants to talk about.

11:02AM 23        MR. NIZIALEK:  Your Honor, if I may.

11:02AM 24        THE COURT:  Come on up.

11:02AM 25        MR. NIZIALEK:  Phil Nizialek, for a moment, Your Honor.

11:02AM 1          Having now had an opportunity to confer with my

11:02AM 2 client, I wanted to clarify my statement earlier and make

11:02AM 3 abundantly clear that at this point in time MOEX is not in

11:02AM 4 agreement with BP to release the settlement agreement today.

11:02AM 5          That being said, I can confirm, also, that

11:02AM 6 discussions are ongoing as we speak to resolve the issues that

11:02AM 7 exist.

11:02AM 8          THE COURT:  Great.  I appreciate that, Phil.  Thank you.

11:02AM 9          MR. NIZIALEK:  Thank you, Your Honor.

11:02AM 10         THE COURT:  Anybody else?  Kerry?

11:02AM 11         MR. MILLER:  Briefly, just to make sure we're on the

11:02AM 12 same page, Your Honor entered an order and a supplemental order

11:02AM 13 earlier this week pertaining to Andrea Fleytas' deposition and

11:02AM 14 the Motion for Protective Order that was filed.

11:02AM 15         THE COURT:  I did.

11:02AM 16         MR. MILLER:  It's our understanding, based on

11:02AM 17 Your Honor's order, that we're going to take the following

11:02AM 18 approach on Monday.

11:02AM 19         We will go forward and ask the maintenance and cure

11:03AM 20 questions, to which we're likely to receive a Fifth Amendment

11:03AM 21 response.

11:03AM 22         After that occurs, we will follow up with a Motion

11:03AM 23 to Compel, which I think is consistent with Your Honor's order,

11:03AM 24 but I just want to make sure that it is, so that there is no

11:03AM 25 concern the Court would have about waiver.

11:03AM 1      That's the way I read your order, which would be

11:03AM 2  the proper way to go, and I think that's right.

11:03AM 3      THE COURT:  I agree with your interpretation of my

11:03AM 4  order.  I thought it was clear, but, if it wasn't, I apologize.

11:03AM 5      I had received an e-mail that I think you all saw

11:03AM 6  from Ms. Fleytas' criminal counsel asking me if he and I were on

11:03AM 7  the same page.  I did not want to not respond to that inquiry by

11:03AM 8  letting him think that we were on the same page.

11:03AM 9      I don't know if we're on the same page, but it

11:03AM 10  seems to me there is an inquiry that has to be made relative to

11:04AM 11  your line of questioning, and he's got to make that inquiry and

11:04AM 12  make a decision.  If you disagree with his decision, then we'll

11:04AM 13  have to take it up.

11:04AM 14      MR. MILLER:  I suspect, Your Honor, in addition to

11:04AM 15  Ms. Fleytas, the other Fifth Amendment depositions that we've

11:04AM 16  either scratched out or circled on the calendar next week --

11:04AM 17  these are all Transocean crew members represented by

11:04AM 18  Mr. Arnold --

11:04AM 19      THE COURT:  Right.

11:04AM 20      MR. MILLER:  -- I suspect they are also going to invoke

11:04AM 21  the Fifth Amendment with respect to the maintenance and cure

11:04AM 22  questions, too.

11:04AM 23      So the situation may apply to more than just

11:04AM 24  Ms. Fleytas; although, we have not had direct contact with the

11:04AM 25  criminal attorneys for these witnesses.

11:04AM  1      THE COURT:  Right.  None of those attorneys have

11:04AM  2  inquired as to whether I'm on the same page as they; but, if they

11:04AM  3  would inquire, I would give them a clarifying order consistent

11:04AM  4  with the order that we issued with regard to Ms. Fleytas.

11:04AM  5      MR. MILLER:  Well, I think I know what we need to do

11:04AM  6  next week and then follow up from there.

11:05AM  7      THE COURT:  Thank you.  I have a copy of that order with

11:05AM  8  me.

11:05AM  9          Come on up.

11:05AM 10      MS. BERTAUT:  Judge, it's really just --

11:05AM 11          Carmelite Bertaut for Cameron.

11:05AM 12          Judge, it's just more in the nature of coming

11:05AM 13  attractions.  We do have, and I understand there has been some

11:05AM 14  discussions, though I haven't been part of them, with the TO

11:05AM 15  folks, Houston-based TO folks, concerning an affirmative defense

11:05AM 16  that they've made in the most recent filing relative to

11:05AM 17  indispensable party and lack thereof in the Cameron claim.  So we

11:05AM 18  are continuing to talk, but we anticipate that a motion will be

11:05AM 19  filed in that regard.  I just wanted to let you know.

11:05AM 20      THE COURT:  We'll look forward to it.

11:05AM 21      MS. BERTAUT:  Thank you.

11:05AM 22      THE COURT:  Good.  Thank you.  I appreciate it.

11:05AM 23          Anybody else, phone participants or otherwise?  If

11:05AM 24  not, I would like to see liaison and coordinating counsel in my

11:05AM 25  office just for a brief visit.  If you all want to take a quick

11:05AM  1    break, and come on back around in, say, ten minutes, that would

11:05AM  2    be helpful.   Thank you.

11:05AM  3              THE COURT SECURITY OFFICER:  All rise.

4              [REPORTER'S NOTE] Next Conference is Friday, July 29,

5    2011, at 9:30 a.m.

6              (WHEREUPON, at 11:05 a.m., the proceedings were

7    concluded.)

8                              *    *    *

9

10                     REPORTER'S CERTIFICATE

11

12       I, Cathy Pepper, Certified Realtime Reporter, Registered

13    Merit Reporter, Certified Court Reporter of the State of

14    Louisiana, Official Court Reporter for the United States District

15    Court, Eastern District of Louisiana, do hereby certify that the

16    foregoing is a true and correct transcript, to the best of my

17    ability and understanding, from the record of the proceedings in

18    the above-entitled and numbered matter.

19

20

21                              *s/Cathy Pepper*

22                              Cathy Pepper, CRR, RMR, CCR
                                Certified Realtime Reporter
23                              Official Court Reporter
                                United States District Court
24                              Cathy_Pepper@laed.uscourts.gov

25

## 1

**1** [2] - 8:18, 23:4
**1.5** [1] - 22:5
**10** [5] - 25:15, 37:15, 41:4, 59:25, 69:8
**10-MD-2179** [1] - 1:6
**1000** [2] - 2:4, 5:12
**1001** [2] - 3:13, 6:13
**10036** [1] - 5:8
**10153** [1] - 5:20
**1100** [3] - 3:10, 5:5, 6:20
**11:05** [1] - 82:6
**12** [1] - 41:5
**1201** [1] - 4:12
**1300** [1] - 4:21
**1331** [1] - 4:15
**14** [5] - 8:5, 8:6, 40:16, 41:5, 51:25
**14th** [3] - 48:1, 51:14, 52:2
**15** [7] - 8:7, 8:8, 8:9, 21:23, 21:25, 51:25, 69:7
**1540** [1] - 5:8
**15th** [3] - 37:2, 37:4, 51:14
**1615** [1] - 4:21
**1665** [1] - 4:15
**1700** [1] - 4:12
**19** [1] - 8:10
**1998** [1] - 61:9
**19TH** [1] - 6:9
**19th** [1] - 59:18

## 2

**20** [6] - 1:5, 8:11, 8:12, 59:21, 59:22, 77:20
**200** [1] - 6:13
**20006** [1] - 4:24
**2005** [1] - 20:20
**2007** [1] - 5:3
**2008** [1] - 20:20
**201** [2] - 5:24, 6:16
**2010** [2] - 1:5, 28:19
**2011** [4] - 1:7, 13:19, 14:2, 82:5
**2020** [1] - 4:24
**20th** [2] - 45:11, 55:11
**21** [2] - 8:14, 8:15
**2185** [1] - 6:23
**22** [2] - 1:7, 14:2
**22nd** [2] - 53:20, 70:3
**23** [2] - 8:17, 8:19
**2304** [1] - 6:9
**23510** [1] - 2:5

## 24

**24** [3] - 8:20, 8:21, 8:22
**2405** [1] - 6:16
**25** [3] - 8:23, 8:24, 8:25
**25th** [2] - 72:2, 72:5
**26** [1] - 68:3
**2615** [1] - 2:11
**26th** [2] - 64:15, 72:5
**27** [1] - 71:22
**27th** [3] - 64:15, 73:7, 73:11
**28** [5] - 45:21, 45:25, 46:1, 71:22
**28th** [6] - 40:20, 47:17, 48:15, 49:9, 73:7, 73:11
**28TH**........................
........ [1] - 9:21
**29** [7] - 13:19, 45:21, 45:22, 50:5, 50:6, 50:7, 82:4
**2929** [1] - 6:4
**29th** [2] - 49:10, 54:13

## 3

**30** [1] - 59:25
**30(B)(6** [1] - 11:14
**30(b)(6** [2] - 27:19, 59:6
**300** [2] - 4:5, 6:9
**30th** [4] - 44:22, 45:4, 55:17, 55:25
**31** [2] - 12:9, 66:23
**3100** [1] - 5:5
**316** [1] - 2:8
**31ST** [1] - 8:14
**31st** [8] - 20:5, 20:9, 20:19, 20:24, 21:6, 21:17, 22:11, 44:24
**31ST**..........................
.................... [1] - 8:13
**32** [1] - 9:1
**32502** [1] - 2:8
**33** [1] - 9:2
**3300** [1] - 6:20
**34** [7] - 9:3, 9:4, 9:5, 9:6, 77:5, 77:14, 77:22
**3450** [1] - 6:24
**35** [2] - 9:7, 60:12
**36** [4] - 9:8, 9:9, 9:10, 9:11
**36130** [1] - 2:23
**3668** [1] - 1:18
**36TH** [1] - 3:10
**37** [1] - 9:12

## 3700

**3700** [1] - 3:13
**38** [2] - 9:13, 41:17
**39** [4] - 9:14, 9:15, 9:16, 41:17
**39501** [1] - 6:9
**3RD** [1] - 12:13
**3rd** [2] - 55:9, 67:7

## 4

**40** [3] - 9:17, 9:19, 9:21
**4000** [1] - 5:12
**41** [4] - 9:22, 9:24, 10:1, 10:2
**411** [1] - 14:23
**411**........................
................ [1] - 8:6
**42** [3] - 10:3, 10:4, 10:5
**42ND** [1] - 6:4
**43** [2] - 10:6, 10:7
**4310** [1] - 2:14
**44** [2] - 10:8, 10:9
**45** [5] - 10:10, 10:11, 10:12, 10:13, 60:24
**450** [1] - 2:19
**46** [1] - 10:14
**48** [1] - 10:16
**49** [1] - 10:17
**4th** [1] - 55:9

## 5

**50** [4] - 10:18, 10:19, 10:20, 10:21
**500** [4] - 2:23, 6:24, 7:7, 57:10
**5000** [1] - 3:23
**504** [1] - 7:8
**51** [1] - 10:22
**52** [4] - 10:23, 10:24, 10:25, 11:1
**53** [2] - 11:2, 11:3
**5395** [1] - 2:20
**54** [1] - 11:4
**546** [1] - 4:8
**55** [3] - 11:5, 11:6, 11:7
**556** [1] - 1:19
**56** [1] - 11:8
**58** [4] - 11:9, 11:10, 11:11, 11:12
**589-7779** [1] - 7:8
**59** [3] - 11:14, 11:16, 11:18
**5A** [2] - 12:17, 71:8

## 6

**60** [3] - 11:20, 11:21, 11:22
**600** [1] - 2:8
**601** [1] - 2:11
**60654** [1] - 4:5
**61** [2] - 11:24, 12:2
**62** [1] - 12:3
**63** [1] - 12:5
**64** [1] - 12:6
**66** [3] - 12:7, 12:8, 12:9
**67** [4] - 12:10, 12:11, 12:13, 12:14

## 7

**7** [1] - 54:7
**701** [2] - 3:4, 3:23
**70112** [1] - 4:21
**70113** [1] - 1:22
**70130** [4] - 2:12, 3:5, 4:9, 7:7
**70139** [1] - 3:24
**70163** [3] - 3:11, 5:5, 6:21
**70170** [2] - 5:24, 6:17
**70502** [1] - 1:19
**70505** [1] - 6:13
**71** [3] - 12:16, 12:17, 12:18
**72** [5] - 12:19, 12:20, 12:21, 12:22, 12:23
**73** [3] - 12:24, 12:25, 13:1
**74** [1] - 13:2
**75** [2] - 13:3, 59:18
**75270** [1] - 4:13
**767** [1] - 5:20
**77** [1] - 13:6
**77002** [3] - 3:14, 5:12, 6:25
**77006** [1] - 2:15
**77010** [1] - 4:16
**77019** [1] - 6:5
**78** [1] - 13:7
**79** [2] - 13:9, 13:11
**7TH** [2] - 2:20, 12:13
**7th** [1] - 67:8

## 8

**8** [1] - 54:7
**80** [2] - 13:14, 13:15
**81** [1] - 13:16
**82** [3] - 12:10, 13:19,

**67**:2
**820** [1] - 1:22
**83** [1] - 67:24
**8:30** [1] - 14:14

## 9

**94102** [1] - 2:20
**98** [1] - 21:3
**999** [1] - 2:4
**9:30** [3] - 1:7, 13:19, 82:5

## A

**A-okay** [1] - 63:15
**a.m** [2] - 82:5, 82:6
**A.M** [1] - 1:7
**A.M.** [1] - 13:19
**abiding** [1] - 25:1
**ability** [1] - 82:17
**able** [5] - 20:9, 21:18, 22:19, 38:5, 56:12
**ABOUT** [1] - 12:8
**above-entitled** [1] - 82:18
**ABRAMSON** [1] - 2:10
**absent** [1] - 67:18
**absolute** [1] - 20:6
**absolutely** [1] - 75:3
**absorbed** [1] - 28:20
**abstract** [1] - 26:21
**abundantly** [1] - 79:3
**acceptable** [1] - 23:23
**accepted** [1] - 62:17
**accepting** [1] - 30:9
**access** [2] - 20:10, 20:14
**accomplish** [2] - 77:14, 77:22
**accurate** [1] - 19:7
**ACTION** [1] - 1:6
**action** [1] - 38:19
**ACTION**........................
............ [1] - 9:13
**ACTIONS** [1] - 1:9
**active** [1] - 20:19
**add** [7] - 19:5, 26:25, 28:9, 40:20, 48:3, 66:23, 67:3
**added** [4] - 19:3, 40:19, 40:22, 67:4
**adding** [2] - 44:18, 66:21
**ADDING** [1] - 12:8
**addition** [5] - 25:4, 52:15, 53:8, 69:22, 80:14

**ADDITIONAL** [9] - 8:20, 9:10, 9:22, 9:24, 10:1, 10:3, 10:23, 11:18, 11:24
**additional** [10] - 24:8, 36:19, 41:1, 41:3, 41:23, 42:12, 52:12, 59:16, 59:18, 61:11
**additionally** [1] - 33:3
**address** [5] - 17:22, 24:8, 26:6, 46:3, 52:8
**adept** [1] - 22:21
**admission** [2] - 30:3, 69:1
**admit** [1] - 30:3
**advance** [1] - 48:21
**advancing** [1] - 43:14
**AFFIRMATIVE** [1] - 13:16
**AFTER** [1] - 12:11
**afternoon** [1] - 17:16
**AGAINST** [1] - 8:19
**agenda** [1] - 71:20
**AGENDA** [1] - 8:3
**ago** [7] - 34:11, 37:16, 51:23, 53:16, 58:5, 63:3, 64:13
**agree** [5] - 38:11, 66:2, 66:8, 77:18, 80:3
**agreed** [2] - 23:23, 43:23
**AGREEMENT** [3] - 9:1, 13:9, 13:10
**agreement** [15] - 23:25, 33:6, 34:16, 35:8, 35:12, 35:19, 36:3, 37:9, 38:1, 38:2, 38:17, 39:3, 77:13, 79:4
**Agreement** [4] - 32:21, 32:24, 33:14, 33:25
**AGREEMENT............ ......... [1] - 9:12
**AGREEMENT............ ............ [1] - 9:2
**AGREEMENT............ ................ [1] - 9:7
**AGREEMENT............ ............................ [1] - 9:5
**agreements** [1] - 37:24
**Agreements** [1] - 27:10
**ahead** [7] - 20:3, 32:13, 32:25, 40:3, 47:3, 48:14, 69:24

**air** [4] - 17:1, 33:23, 34:12, 34:13
**air-conditioned** [1] - 17:1
**AIRBORNE** [1] - 6:11
**akin** [1] - 41:4
**AL** [1] - 2:23
**ALABAMA** [1] - 2:22
**ALAN** [1] - 4:15
**Alan** [10] - 37:19, 37:20, 38:11, 51:10, 54:2, 54:10, 58:3, 58:11, 63:7, 76:11
**Alexandra** [2] - 62:9, 62:13, 69:16
**ALEXANDRA** [1] - 62:16, 62:20
**ALL** [2] - 1:9, 13:15
**ALLAN** [1] - 3:4
**Allan** [1] - 63:18
**allegedly** [1] - 30:25
**ALLEN** [2] - 6:4, 6:24
**allocated** [1] - 27:13
**allocation** [10] - 27:5, 27:12, 27:19, 60:4, 60:13, 64:9, 65:11, 65:12, 66:12, 66:14
**allow** [2] - 21:13, 32:7
**allowing** [1] - 77:23
**almost** [1] - 22:4
**ALSO** [1] - 7:3
**alternative** [1] - 33:3
**ambiguities** [1] - 31:14
**ambiguity** [1] - 28:12
**ambiguous** [5] - 26:19, 29:9, 30:18, 30:23, 30:25
**Ambrose's** [1] - 40:25
**amended** [1] - 58:20
**AMENDED** [1] - 11:12
**Amendment** [5] - 72:9, 74:12, 79:20, 80:15, 80:21
**AMENDMENT** [1] - 13:14
**AMENDMENT......... [1] - 13:2
**AMENDMENTS** [2] - 12:2, 13:6
**amendments** [2] - 61:24, 77:10
**AMERICA** [6] - 3:16, 3:16, 3:17, 3:18, 3:20, 3:21
**AMERICAN** [1] - 2:11
**amount** [2] - 25:8, 60:8
**AN** [2] - 8:15, 10:23
**Anadarko** [3] - 36:18,

36:24, 54:11
**ANADARKO** [2] - 4:18, 4:19
**ANADARKO............. ................................. [1] - 9:9
**analysis** [1] - 16:20
**AND** [12] - 3:8, 5:18, 10:1, 10:2, 10:14, 10:20, 13:6, 13:7, 13:11, 13:12, 13:17
**ANDREA** [1] - 13:12
**Andrea** [1] - 79:13
**Andrew** [1] - 45:18
**ANDREW** [2] - 4:3, 10:13
**Andy** [31] - 16:24, 17:23, 18:20, 37:10, 37:11, 42:8, 42:18, 43:2, 44:3, 44:5, 44:23, 45:7, 45:8, 45:10, 46:21, 46:23, 51:10, 51:20, 53:12, 53:13, 54:22, 55:15, 58:5, 62:4, 63:1, 65:18, 66:2, 70:24, 75:17, 76:10, 77:11
**ANDY** [1] - 6:16
**Andy's** [1] - 42:4
**ANNOUNCED** [1] - 12:14
**announced** [2] - 24:1, 67:13
**ANNULAR** [1] - 11:3
**annular** [1] - 53:11
**answer** [4] - 33:11, 56:9, 56:17, 63:12
**answered** [1] - 75:19
**Anthony** [2] - 34:23, 34:25
**anticipate** [2] - 63:24, 81:18
**anyway** [2] - 41:9, 71:16
**apologize** [3] - 37:4, 49:14, 80:4
**appeal** [4] - 35:20, 35:24, 35:25, 36:3
**appeals** [1] - 34:18
**appear** [1] - 32:19
**APPEARANCES** [7] - 1:15, 2:1, 3:1, 4:1, 5:1, 6:1, 7:1
**appendectomy** [1] - 42:23
**applause** [1] - 45:9
**apply** [2] - 31:11, 80:23
**appreciate** [10] - 22:12, 22:14, 38:5,

53:24, 64:17, 65:23, 66:19, 75:7, 79:8, 81:22
**appreciated** [2] - 24:6, 45:7
**approach** [2] - 67:11, 79:18
**appropriate** [1] - 33:7
**April** [2] - 28:19, 55:11
**APRIL** [1] - 1:5
**arbitration** [1] - 23:9
**archive** [2] - 20:10, 20:11
**ARE** [1] - 12:17
**area** [1] - 31:4
**areas** [1] - 69:1
**AREAUX** [1] - 5:4
**arguing** [1] - 64:2
**argument** [1] - 29:6
**arguments** [1] - 31:1
**Arnold** [6] - 72:24, 73:25, 74:3, 74:17, 75:1, 80:18
**Arnold's** [2] - 73:8, 73:12
**ARNOLD.** [1] - 13:15
**AS** [1] - 13:2
**ASBILL** [1] - 3:12
**assistance** [1] - 67:5
**associated** [2] - 15:5, 49:25
**assume** [2] - 30:2, 58:13
**assuming** [1] - 25:4
**assumption** [1] - 47:1
**astronomical** [1] - 20:17
**AT** [1] - 13:19
**attempt** [1] - 56:22
**attempting** [1] - 27:3
**ATTORNEY** [1] - 2:22
**attorneys** [5] - 50:18, 69:19, 77:5, 80:25, 81:1
**attractions** [1] - 81:13
**Auburn/LSU** [1] - 69:24
**AUGUST** [1] - 8:14
**August** [14] - 21:6, 21:15, 21:17, 37:2, 37:4, 41:8, 44:22, 44:24, 45:4, 49:23, 50:1, 51:2, 60:7
**automatically** [1] - 74:5
**available** [7] - 35:1, 37:13, 42:6, 51:2, 51:19, 52:3, 53:4
**AVENUE** [6] - 1:22, 2:19, 2:23, 5:20,

5:24, 6:16
**avoid** [1] - 71:9

## B

**BABIUCH** [1] - 4:4
**background** [1] - 43:5
**bad** [3] - 19:13, 52:17, 66:17
**balancing** [1] - 57:15
**BALDWIN** [1] - 5:23
**ball** [3] - 33:23, 35:4, 48:21
**balls** [3] - 34:11, 34:14, 35:2
**Barbara** [2] - 64:15, 64:16
**BARBARA** [1] - 12:6
**Barbier** [4] - 29:15, 30:6, 58:12, 68:9
**Barbier's** [1] - 76:20
**BARNETT** [1] - 6:19
**BARR** [1] - 2:7
**BARROW** [1] - 6:4
**based** [12] - 25:18, 28:4, 28:6, 32:19, 38:14, 42:6, 51:17, 52:19, 54:6, 56:7, 79:16, 81:15
**basis** [3] - 32:11, 44:1, 75:19
**Bates** [2] - 28:20, 43:25
**battery** [1] - 68:18
**BAYLEN** [1] - 2:8
**BE** [2] - 8:17, 12:1
**become** [2] - 52:19, 54:7
**becomes** [2] - 46:13, 69:8
**BEFORE** [1] - 1:12
**begging** [1] - 37:3
**beginning** [2] - 51:3, 66:5
**BEHALF** [1] - 13:3
**behalf** [4] - 22:20, 26:10, 43:7, 75:13
**behind** [2] - 27:3, 52:17
**Beirute** [3] - 49:21, 54:12, 54:23
**BEIRUTE.................. ........................ [1] - 11:4
**BEIRUTE.................. ........................ [1] - 10:17
**belabor** [1] - 65:19
**belaboring** [1] - 31:16

**benefit** [2] - 77:7, 77:8
**BERTAUT** [7] - 4:8, 61:18, 73:21, 74:11, 74:23, 81:10, 81:21
**Bertaut** [1] - 81:11
**Bertone** [3] - 71:22, 73:2, 73:25
**BERTONE** [1] - 12:24
**BERTONE.................**
**............................**
[1] - 12:18
**beside** [1] - 29:8
**best** [9] - 19:20, 20:6, 21:20, 22:10, 42:6, 57:15, 67:11, 71:17, 82:16
**bet** [1] - 57:7
**bets** [1] - 67:3
**between** [5] - 20:20, 27:3, 27:11, 28:19, 43:21
**beyond** [4] - 29:24, 39:22, 47:5
**bidding** [1] - 60:23
**big** [3] - 31:4, 70:9
**BILL** [1] - 12:20
**bill** [2] - 72:6, 72:7
**Bill** [2] - 72:20, 72:21
**BINGHAM** [1] - 4:23
**Birrell** [3] - 46:9, 47:3, 47:24
**BIRRELL** [1] - 10:14
**blind** [6] - 25:8, 29:25, 30:4, 30:17, 31:20, 32:5
**BLOSSMAN** [1] - 5:4
**Bly** [1] - 53:17
**boats** [1] - 25:16
**Bob** [1] - 56:25
**BOCKIUS** [1] - 5:10
**body** [1] - 67:25
**bon** [1] - 19:10
**bone** [1] - 29:22
**BOOTS** [1] - 11:10
**Boots** [1] - 58:13
**BOP** [11] - 8:5, 14:18, 14:22, 15:10, 16:17, 19:21, 25:6, 30:8, 31:9, 42:3
**borne** [1] - 15:11
**bought** [1] - 61:8
**Boughton** [1] - 42:14
**BOUGHTON..............**
**............................** [1]
- 10:5
**BOULEVARD** [1] - 2:14
**BOX** [1] - 1:18
**BP** [77] - 3:16, 3:16,

3:17, 3:18, 3:19, 3:20, 3:21, 8:15, 8:18, 10:7, 11:14, 13:9, 15:12, 16:18, 18:20, 20:21, 21:3, 21:22, 22:5, 23:4, 24:23, 25:6, 26:10, 27:3, 27:5, 27:12, 27:20, 28:14, 28:21, 28:24, 29:4, 29:11, 29:12, 29:19, 29:23, 30:2, 30:7, 31:11, 31:25, 32:13, 35:21, 36:7, 37:11, 41:5, 43:5, 43:7, 43:9, 43:13, 43:14, 43:15, 43:23, 43:24, 43:25, 44:1, 44:2, 44:5, 44:8, 44:15, 44:23, 46:23, 49:25, 53:13, 59:6, 60:5, 62:3, 63:1, 63:5, 63:21, 65:18, 75:17, 77:12, 79:4
**BP's** [6] - 18:21, 30:1, 30:6, 42:16, 43:6, 64:22
**BP............................**
**............................**
[1] - 10:6
**BP/Transocean** [1] - 28:13
**brain** [1] - 14:24
**BRANCH** [1] - 2:18
**break** [4] - 44:25, 45:3, 52:21, 82:1
**BREIT** [5] - 2:3, 2:3, 72:16, 72:20, 72:22
**BRENNAN** [1] - 3:12
**BRIAN** [1] - 2:7
**brief** [5] - 21:7, 34:6, 37:25, 48:8, 81:25
**briefing** [2] - 37:23, 58:8
**briefly** [2] - 33:2, 79:11
**bright** [1] - 62:13
**bring** [2] - 71:3, 77:9
**broad** [1] - 38:1
**broader** [2] - 31:8, 32:5
**BROADWAY** [1] - 5:8
**Brock** [1] - 44:21
**BROCK..................**
**............................** [1] -
10:9
**broken** [1] - 78:14
**brought** [1] - 76:17
**brunt** [1] - 76:17
**BUDDY** [1] - 10:16
**Buddy** [1] - 48:17

**BUILDING** [2] - 2:11, 8:6
**Building** [1] - 14:23
**building** [2] - 14:25, 15:3
**buildup** [1] - 53:11
**BUILDUP..................**
**...........** [1] - 11:3
**bumpy** [1] - 78:15
**buoy** [1] - 17:10
**burden** [1] - 66:6
**business** [3] - 25:3, 27:5, 55:18
**BY** [36] - 1:4, 1:18, 1:21, 2:3, 2:7, 2:10, 2:14, 2:18, 2:22, 3:4, 3:9, 3:13, 3:22, 4:3, 4:8, 4:11, 4:15, 4:20, 4:23, 5:4, 5:7, 5:10, 5:19, 5:23, 6:4, 6:8, 6:12, 6:16, 6:19, 6:23, 7:9, 7:10, 8:9, 11:25, 13:3, 13:15

**C**

**CA** [1] - 2:20
**calendar** [3] - 42:14, 46:5, 80:16
**California** [2] - 58:23, 59:2
**CALLED** [1] - 14:4
**camera** [1] - 70:11
**Cameron** [9] - 23:21, 23:22, 24:1, 24:6, 32:1, 61:7, 61:11, 81:11, 81:17
**CAMERON** [3] - 4:7, 11:24, 13:18
**CAMERON'S** [1] - 11:22
**Cameron's** [2] - 23:21, 61:1
**CAMERON............** [1]
- 8:19
**CAMP** [1] - 3:4
**CAN** [1] - 12:1
**capping** [8] - 15:14, 15:16, 15:21, 15:24, 15:25, 16:16, 16:19, 18:22
**CAPPING** [1] - 8:9
**captured** [1] - 20:11
**care** [2] - 19:21, 70:24
**careers** [1] - 27:7
**CARMELITE** [1] - 4:8
**Carmelite** [5] - 61:3, 61:6, 73:22, 74:10, 81:11

**CARONDELET** [1] - 4:8
**CARVER** [1] - 5:3
**case** [7] - 27:7, 27:8, 28:22, 30:10, 31:7, 31:21, 67:23
**CASES** [1] - 13:4
**cases** [4] - 27:7, 65:5, 75:14, 78:5
**casing** [1] - 53:10
**CASING** [1] - 11:2
**cat** [1] - 68:16
**Cathy** [2] - 82:12, 82:22
**CATHY** [1] - 7:6
**Cathy_Pepper@laed .uscourts.gov** [1] -
82:24
**cathy_Pepper@laed. uscourts.gov** [1] -
7:8
**causes** [1] - 55:7
**caveats** [1] - 23:5
**CCR** [2] - 7:6, 82:22
**cement** [1] - 31:9
**CENTER** [2] - 6:12, 6:24
**centralized** [2] - 21:1, 21:14
**CENTRE** [2] - 3:10, 6:20
**certain** [2] - 25:7, 36:11
**certainly** [7] - 16:22, 35:24, 39:13, 42:15, 53:3, 56:14, 56:21
**CERTIFICATE** [1] - 82:10
**CERTIFIED** [1] - 7:6
**Certified** [3] - 82:12, 82:13, 82:22
**certify** [1] - 82:15
**chain** [1] - 15:9
**chain-link** [1] - 15:9
**challenge** [1] - 67:11
**challenging** [1] - 66:20
**CHAMBERS** [1] - 6:3
**change** [1] - 60:16
**changed** [3] - 29:25, 30:4, 52:5
**charge** [2] - 29:10, 29:12
**CHARLES** [3] - 5:23, 5:24, 6:16
**chart** [1] - 69:20
**check** [3] - 23:22, 33:17, 73:18
**checked** [1] - 71:1
**CHICAGO** [1] - 4:5

**choice** [1] - 45:21
**chunk** [1] - 20:20
**circled** [1] - 80:16
**circling** [1] - 36:16
**circulate** [2] - 56:23, 75:10
**CIVIL** [2] - 1:6, 2:18
**claim** [1] - 81:17
**CLAIM......................**
**...** [1] - 13:18
**claimants** [1] - 76:15
**claims** [1] - 76:25
**clarification** [2] -
15:15, 64:9
**clarify** [1] - 79:2
**clarifying** [2] - 17:15, 81:3
**cleanup** [2] - 44:17, 44:18
**clear** [5] - 32:18, 36:7, 74:7, 79:3, 80:4
**clearly** [1] - 42:5
**CLERK** [5] - 14:6, 39:16, 60:20, 65:13, 72:11
**client** [3] - 23:22, 73:8, 79:2
**clients** [6] - 72:25, 73:12, 73:20, 74:4, 74:17, 77:25
**climate** [1] - 14:25
**Clingman** [1] - 55:21
**CLINGMAN** [1] - 3:13
**clock** [5] - 40:12, 40:13, 43:3, 43:4, 43:14
**close** [1] - 40:16
**COAST** [1] - 7:3
**Coast** [3] - 17:10, 21:8, 21:16
**coat** [1] - 15:18
**Cohen** [1] - 14:19
**college** [1] - 69:13
**Collier** [1] - 59:8
**COMING** [1] - 8:12
**coming** [6] - 20:5, 23:7, 53:17, 60:5, 61:25, 81:12
**commandments** [2] -
65:20, 65:22
**comment** [9] - 22:13, 22:24, 26:3, 43:4, 46:21, 51:9, 66:18, 68:22, 71:13
**comments** [3] - 42:4, 63:15, 69:3
**commit** [1] - 69:12
**commitments** [1] -
63:22
**companies** [2] -

27:10, 28:20
**COMPANY** [3] - 3:17, 4:19
**company** [1] - 27:8
**COMPEL** [1] - 8:19
**compel** [3] - 23:20, 43:19, 44:13
**Compel** [1] - 79:23
**compelled** [1] - 59:3
**complete** [1] - 21:23
**COMPLETE** [1] - 8:16
**completion** [5] - 19:23, 21:24, 22:25, 23:17, 34:7
**COMPLETION** [2] - 8:10, 9:3
**complexity** [1] - 37:1
**COMPLIANCE** [1] - 11:14
**compliance** [2] - 59:7, 77:5
**complied** [1] - 37:17
**comply** [1] - 59:2
**components** [1] - 16:9
**COMPUTER** [1] - 7:10
**conceded** [1] - 61:18
**concern** [2] - 76:19, 79:25
**concerned** [1] - 36:25
**concerning** [1] - 81:15
**concerns** [1] - 43:12
**concluded** [1] - 82:7
**concur** [2] - 18:21, 49:8
**condition** [1] - 56:7
**conditioned** [1] - 17:1
**conduct** [2] - 21:13, 68:13
**confer** [5] - 18:1, 25:19, 30:20, 60:9, 79:1
**conference** [2] - 41:18, 59:15
**CONFERENCE** [2] - 1:12, 13:19
**Conference** [1] - 82:4
**conferred** [1] - 67:17
**conferring** [3] - 35:19, 35:21, 40:6
**confidential** [2] - 32:14
**configuration** [2] - 25:7, 30:8
**confined** [1] - 27:16
**confirm** [10] - 39:9, 49:16, 51:3, 72:18, 73:6, 73:9, 73:11, 73:13, 73:23, 79:5
**CONFIRM.....** [1] - 9:14

**confirmation** [2] - 49:13, 51:14
**confirming** [1] - 52:4
**confronted** [1] - 43:15
**confusion** [1] - 71:11
**connection** [1] - 56:6
**consider** [3] - 65:10, 67:15, 68:10
**considered** [2] - 16:16, 45:16
**consistent** [3] - 30:10, 79:23, 81:3
**consolidate** [3] - 71:15, 72:8, 73:16
**consult** [1] - 35:22
**consulting** [1] - 36:6
**consuming** [1] - 69:6
**contact** [4] - 52:5, 53:3, 71:14, 80:24
**contains** [1] - 38:13
**contend** [1] - 30:18
**context** [1] - 29:22
**contingent** [1] - 61:11
**CONTINGENT** [1] - 11:24
**continue** [2] - 14:22, 20:17
**CONTINUED** [6] - 2:1, 3:1, 4:1, 5:1, 6:1, 7:1
**continues** [1] - 76:7
**continuing** [2] - 38:22, 81:18
**contours** [1] - 25:1
**CONTRACT** [1] - 8:22
**contract** [22] - 24:21, 27:3, 27:11, 27:20, 28:4, 28:7, 28:13, 28:19, 28:22, 28:23, 28:24, 29:1, 29:9, 29:11, 30:16, 30:22, 32:6, 32:7, 32:15, 32:19, 32:20
**contracting** [1] - 21:12
**contractor** [2] - 27:14, 49:25
**contractors** [5] - 25:15, 25:25, 27:9, 27:10, 27:16
**contracts** [19] - 24:9, 25:20, 25:24, 26:11, 26:12, 26:15, 26:17, 26:18, 26:24, 27:9, 27:16, 27:24, 27:25, 28:4, 28:5, 29:4, 30:23, 31:12, 32:11
**CONTRACTS............** .................. [1] - 8:20
**CONTRACTS............** ............................ [1]

- 8:23
**contractual** [3] - 26:17, 26:23, 30:11
**contributor** [1] - 42:13
**control** [3] - 29:11, 29:12, 32:4
**controlled** [1] - 14:25
**conversion** [1] - 31:22
**converted** [1] - 32:1
**cooperative** [2] - 57:1, 57:3
**coordinating** [3] - 78:10, 78:17, 81:24
**COORDINATING** [1] - 13:7
**COOTS** [1] - 11:10
**Coots** [1] - 58:13
**copy** [1] - 81:7
**COREY** [1] - 2:22
**CORPORATION** [4] - 3:18, 4:7, 4:18, 6:19
**correct** [11] - 23:19, 36:4, 36:12, 36:25, 42:19, 42:20, 49:19, 50:13, 67:25, 76:9, 82:16
**corrode** [1] - 15:19
**cost** [1] - 20:15
**costly** [2] - 17:18, 17:19
**costs** [2] - 15:5, 15:11
**COTLAR** [1] - 1:21
**counsel** [12] - 46:2, 48:19, 53:3, 58:25, 65:23, 71:14, 72:14, 72:18, 78:10, 78:17, 80:6, 81:24
**COUNSEL** [2] - 1:17, 13:8
**counsels'** [1] - 77:7
**counter** [1] - 35:1
**counter-suggested** [1] - 35:1
**couple** [9] - 15:14, 20:1, 21:18, 23:24, 39:23, 42:14, 56:1, 69:3, 74:3
**course** [1] - 53:14
**court** [2] - 75:22, 76:5
**Court** [24] - 18:18, 18:24, 22:25, 23:2, 23:8, 24:2, 37:23, 38:7, 39:3, 39:4, 39:23, 48:9, 51:18, 52:12, 53:7, 62:10, 68:21, 70:18, 79:25, 82:13, 82:14, 82:15, 82:23, 82:23
**COURT** [242] - 1:1, 7:6, 14:4, 14:7,

14:10, 14:13, 14:15, 16:2, 16:8, 16:11, 16:21, 17:5, 17:12, 17:15, 18:5, 18:10, 18:19, 19:1, 19:3, 19:8, 19:12, 19:15, 19:20, 20:3, 22:12, 22:18, 23:11, 23:17, 24:3, 24:6, 24:10, 24:15, 24:21, 24:25, 25:14, 25:22, 25:25, 26:2, 26:9, 27:23, 28:23, 29:2, 31:15, 31:18, 32:3, 32:24, 33:9, 33:17, 33:21, 34:3, 34:9, 35:5, 35:7, 35:11, 35:14, 35:17, 35:24, 36:4, 36:8, 36:12, 36:14, 36:23, 37:5, 37:8, 37:14, 37:18, 38:8, 38:16, 39:7, 39:12, 39:15, 39:18, 39:25, 40:3, 40:14, 40:18, 40:22, 41:6, 41:12, 41:19, 41:21, 42:18, 42:21, 42:23, 44:11, 44:14, 45:2, 45:6, 45:11, 45:14, 45:17, 46:1, 46:6, 46:17, 46:21, 47:5, 47:9, 47:20, 47:23, 48:1, 48:3, 48:6, 48:10, 48:12, 48:14, 48:17, 48:22, 49:1, 49:9, 49:12, 49:15, 49:21, 50:3, 50:7, 50:10, 50:12, 50:14, 50:20, 50:22, 50:25, 51:5, 51:12, 51:20, 51:25, 52:7, 52:9, 52:14, 52:21, 52:24, 53:1, 53:6, 53:10, 53:12, 53:25, 54:10, 54:14, 54:22, 55:1, 55:14, 55:19, 55:24, 56:4, 56:11, 56:14, 56:19, 57:2, 57:9, 57:12, 57:16, 57:19, 57:24, 58:2, 58:11, 58:17, 58:19, 58:25, 59:5, 59:11, 59:22, 59:25, 60:3, 60:8, 60:12, 60:16, 60:19, 60:21, 60:24, 61:10, 61:15, 61:17, 61:22, 62:6, 62:12, 62:17, 62:21, 62:23, 63:4, 63:6, 63:14, 64:4, 64:14, 64:16, 64:22, 65:9, 65:14, 65:17, 66:2,

66:8, 66:14, 67:21, 67:24, 68:5, 68:14, 68:25, 69:16, 69:25, 70:2, 70:5, 70:10, 70:20, 71:6, 71:10, 71:14, 71:19, 71:24, 72:3, 72:7, 72:13, 72:18, 72:21, 73:3, 73:10, 73:17, 73:22, 74:2, 74:8, 74:16, 74:24, 75:3, 75:9, 75:12, 75:21, 75:24, 76:8, 76:10, 76:14, 76:23, 77:3, 77:21, 77:25, 78:6, 78:24, 79:8, 79:10, 79:15, 80:3, 80:19, 81:1, 81:7, 81:20, 81:22, 82:3
**Court's** [7] - 18:12, 23:1, 28:18, 64:9, 64:11, 64:19, 77:7
**courtesy** [1] - 38:5
**courtroom** [1] - 14:20
**cover** [4] - 20:10, 38:1, 43:8, 43:10
**coverage** [2] - 64:13, 64:20
**crane** [1] - 17:21
**create** [1] - 78:3
**creative** [1] - 70:23
**CREW** [1] - 13:15
**crew** [1] - 80:17
**criminal** [2] - 80:6, 80:25
**critical** [1] - 42:3
**cross** [5] - 67:14, 68:5, 68:6, 68:11, 68:13
**CROSS** [1] - 12:15
**cross-examination** [3] - 67:14, 68:5, 68:6
**CROSS-EXAMINATION** [1] - 12:15
**cross-examined** [1] - 68:11
**CRR** [2] - 7:6, 82:22
**cry** [1] - 53:18
**cure** [2] - 79:19, 80:21
**current** [2] - 61:12, 63:23
**CURRENT** [1] - 12:1
**custodian** [2] - 21:2, 44:9

# D

**DALLAS** [2] - 4:13,

6:24
**Daly** [3] - 45:13, 45:14, 45:15
**DALY**........................
...................... [1] - 10:11
**damages** [1] - 63:21
**DAN** [1] - 11:21
**Dan** [1] - 60:7
**DARDEN** [1] - 5:3
**date** [17] - 21:24, 22:11, 32:19, 44:21, 45:11, 48:19, 48:20, 48:23, 50:1, 50:4, 51:3, 52:3, 55:3, 55:20, 69:25, 70:2, 74:1
**dates** [6] - 49:22, 50:17, 51:11, 51:19, 53:4, 69:13
**DAY** [1] - 13:2
**day-to-day** [2] - 55:10
**DAYS** [1] - 12:11
**days** [16] - 21:23, 21:25, 37:6, 37:15, 42:14, 47:14, 51:18, 54:16, 58:10, 66:24, 67:6, 71:8, 71:11, 71:15, 72:11, 72:14
**DAYS**.......... [1] - 12:17
**DAYS**........................
............ [1] - 12:9
**DC** [1] - 4:24
**dead** [1] - 68:18
**DEADLINE** [2] - 8:12, 9:21
**deadline** [8] - 20:4, 20:7, 21:6, 21:17, 37:2, 40:9, 40:11, 40:20
**DEADLINE**...............
................. [2] - 8:14, 9:18
**DEADLINE**...............
.................... [1] - 9:20
**deadlines** [1] - 21:21
**deal** [3] - 40:2, 46:19, 75:1
**dealing** [1] - 27:6
**deals** [1] - 31:21
**decide** [3] - 60:6, 35:25, 78:4
**decides** [1] - 60:17
**decision** [2] - 47:8, 80:12
**declare** [1] - 69:21
**declaring** [1] - 74:5
**deemed** [1] - 77:16

**DEEPWATER** [3] - 1:4, 3:7, 3:8
**Deepwater** [2] - 25:11, 29:18
**default** [2] - 69:8, 74:12
**DEFAULT** [1] - 13:2
**defendants** [3] - 62:23, 63:14, 77:12
**DEFENSE** [1] - 13:16
**defense** [2] - 69:4, 81:15
**defined** [1] - 43:8
**Delaware** [1] - 76:19
**delay** [1] - 22:22
**DENISE** [1] - 5:10
**DENNIS** [1] - 6:4
**DEPARTMENT** [1] - 2:17
**deponent** [1] - 52:12
**DEPONENT** [1] - 10:23
**deponents** [1] - 41:2
**DEPONENTS** [1] - 9:22
**depose** [2] - 64:19, 68:2
**deposed** [2] - 41:5, 42:16
**deposition** [30] - 29:20, 33:5, 33:8, 40:25, 44:19, 46:10, 47:6, 49:7, 51:16, 51:21, 54:6, 55:5, 56:6, 56:9, 56:13, 56:22, 58:7, 58:15, 58:20, 59:3, 59:17, 63:25, 64:2, 64:10, 65:8, 65:22, 66:11, 66:24, 69:7, 79:13
**DEPOSITION** [5] - 10:8, 11:12, 11:19, 12:9, 13:12
**DEPOSITION**.... [1] - 11:11
**depositions** [18] - 39:8, 41:3, 46:12, 52:20, 60:5, 61:1, 61:12, 64:8, 64:12, 66:23, 67:23, 68:23, 68:24, 69:6, 69:12, 70:14, 80:15
**DEPOSITIONS** [3] - 9:14, 9:24, 12:1
**DEPOSITIONS**..........
................. [1] - 13:14
**DEPOSITIONS**..........
................. [1] - 11:23
**DEPUTY** [1] - 14:6

**design** [1] - 53:10
**DESIGN**.....................
...................... [1] - 11:2
**designate** [1] - 32:13
**designated** [1] - 69:1
**designed** [1] - 61:9
**desperate** [1] - 45:3
**details** [2] - 23:24, 54:19
**DEXTER** [1] - 2:23
**DID** [1] - 12:14
**different** [4] - 25:11, 27:8, 27:20, 29:4
**differently** [1] - 55:8
**difficulties** [2] - 20:23, 21:12
**difficulty** [2] - 21:7, 21:8
**dimensional** [1] - 18:18
**direct** [6] - 34:1, 68:3, 68:10, 68:12, 77:19, 80:24
**directed** [1] - 37:17
**directing** [1] - 30:7
**direction** [1] - 30:1
**directive** [1] - 40:8
**disagree** [3] - 34:23, 44:6, 80:12
**discoverability** [1] - 37:24
**discovered** [1] - 46:11
**DISCOVERY** [2] - 1:12, 8:12
**discovery** [12] - 19:23, 20:5, 22:25, 23:4, 23:18, 34:7, 36:17, 40:17, 43:1, 43:13, 64:12, 65:5
**DISCOVERY**..........
- 8:18
**DISCOVERY**...............
- . [1] - 8:10
**DISCOVERY**...............
......... [1] - 9:3
**DISCOVERY**...............
...................... [1] - 9:8
**discuss** [5] - 31:2, 33:18, 54:23, 57:16, 65:3
**discussed** [1] - 75:18
**discussion** [3] - 30:13, 31:8, 48:15
**discussions** [7] - 16:18, 30:19, 36:17, 37:1, 51:6, 79:6, 81:14
**dismiss** [5] - 75:13,

76:14, 77:6, 77:23, 78:5
**DISMISS** [1] - 13:4
**dismissal** [5] - 75:24, 76:18, 76:21, 77:15, 77:17
**dismissals** [1] - 77:10
**DISMISSALS**.............
................. [1] - 13:6
**display** [1] - 34:13
**dispute** [2] - 29:15, 40:6
**disseminate** [1] - 78:17
**distinctly** [1] - 24:23
**District** [4] - 77:19, 82:14, 82:15, 82:23
**DISTRICT** [2] - 1:1, 1:1
**DIVISION** [1] - 2:18
**division** [2] - 26:13, 26:23
**divulged** [1] - 36:10
**divulging** [1] - 36:2
**DNV** [3] - 15:16, 42:2, 42:8
**DO** [1] - 12:14
**doable** [1] - 47:13
**dock** [2] - 15:11, 17:3
**DOCK**........................
...................... [1] - 8:8
**document** [3] - 43:5, 43:10, 44:8
**DOCUMENT** [2] - 1:9, 10:6
**documents** [6] - 34:12, 39:24, 40:8, 44:1, 44:2, 44:7
**DOCUMENTS** [1] - 9:17
**DOCUMENTS**..............
...................... [1] - 9:16
**DOCUMENTS**............
...................... [1] - 9:4
**DOMENGEAUX** [1] - 1:17
**DOMINION** [1] - 2:4
**Don** [6] - 26:2, 26:7, 26:25, 27:23, 31:15, 34:24
**DON** [1] - 3:22
**done** [6] - 14:21, 18:11, 22:9, 30:1, 41:23, 63:25
**door** [1] - 22:2
**double** [1] - 18:16
**down** [15] - 26:20, 27:21, 30:14, 39:8,

43:15, 48:15, 51:25, 52:2, 53:19, 53:21, 55:9, 57:16, 64:1, 65:24, 71:8
**DOWN** [1] - 12:17
**DR** [1] - 10:22
**Dr** [2] - 51:7, 52:4
**draft** [1] - 56:22
**draw** [1] - 31:10
**DRC** [1] - 6:15
**DRESCHER** [1] - 2:3
**DRIL** [1] - 6:3
**DRIL-QUIP** [1] - 6:3
**drill** [1] - 26:20
**DRILLING** [1] - 3:8
**drilling** [10] - 27:3, 27:9, 27:11, 27:13, 28:19, 28:21, 28:23, 29:9
**DRIVE** [1] - 2:4
**drop** [1] - 44:18
**dropped** [3] - 35:2, 35:4, 39:15
**due** [3] - 32:16, 47:1, 53:14
**Duffy** [2] - 43:20, 43:21
**DUNBAR** [1] - 6:7
**duplication** [1] - 70:13
**duplicative** [1] - 70:17
**DUPRE** [1] - 6:16
**during** [3] - 27:7, 66:22, 69:14
**duties** [1] - 27:13

**E**

**E&P** [1] - 4:19
**e-mail** [19] - 17:5, 17:16, 18:7, 20:12, 39:24, 48:10, 48:11, 48:12, 52:11, 53:9, 54:21, 62:11, 62:19, 64:25, 69:22, 70:5, 73:24, 74:8, 80:5
**e-mails** [5] - 20:10, 20:18, 20:20, 62:17, 73:19
**EARLIER** [1] - 13:11
**early** [5] - 14:14, 29:14, 48:5, 49:23, 57:23
**ears** [1] - 31:20
**EASTERN** [1] - 1:1
**Eastern** [2] - 77:19, 82:15
**easy** [1] - 74:22
**ED** [1] - 11:19
**Ed** [1] - 59:17

EDWARD [1] - 5:7
EDWARDS [1] - 1:17
effect [1] - 60:6
efforts [1] - 22:8
eight [1] - 65:21
either [5] - 17:24,
33:2, 47:25, 51:18,
80:16
electronic [2] - 14:23,
21:16
ELLIS [1] - 4:3
ELM [1] - 4:12
elusive [1] - 20:16
EMANUEL [1] - 11:16
Emanuel [3] - 52:23,
52:24, 59:13
EMANUEL.................
........................ [1] -
10:25
emergencies [1] -
67:7
EMERGENCIES [1] -
12:12
emergency [1] - 74:15
EMERGENCY [1] -
6:15
employee [1] - 49:25
employees [3] - 20:6,
22:8, 52:22
EMPLOYEES............
..................... [1] -
10:24
encompass [1] -
25:16
encountered [2] -
20:8, 21:7
end [3] - 51:2, 60:22,
65:25
ends [1] - 77:14
ENERGY [2] - 3:10,
4:11
entered [2] - 56:5,
79:12
ENTERGY [1] - 6:20
entire [3] - 21:24,
27:7, 46:19
entirely [1] - 44:19
entities [7] - 43:7,
43:8, 43:9, 43:10,
43:13, 43:25, 44:16
entities' [1] - 43:24
entitled [1] - 82:18
entry [1] - 66:16
equipment [3] - 17:20,
25:6, 34:1
ESI [1] - 23:24
ESQUIRE [34] - 1:18,
1:21, 2:3, 2:7, 2:10,
2:14, 2:18, 2:19,
2:22, 3:4, 3:9, 3:13,

3:22, 4:3, 4:4, 4:4,
4:8, 4:11, 4:15, 4:20,
4:23, 5:4, 5:7, 5:10,
5:11, 5:11, 5:19,
5:23, 6:4, 6:8, 6:12,
6:16, 6:19, 6:23
essentially [2] - 43:24,
68:3
estimates [1] - 20:15
etcetera [5] - 31:9,
43:25, 44:1, 67:7
ETCETERA................
. [1] - 12:12
evening [1] - 14:16
event [1] - 67:10
EVIDENCE [1] - 8:7
evidence [14] - 15:7,
15:8, 16:3, 16:4,
16:6, 17:2, 17:6,
17:11, 17:17, 18:7,
26:17, 28:12, 28:16,
42:6
evidentiary [1] - 18:23
exactly [5] - 25:23,
36:21, 58:23, 62:12,
78:6
EXAMINATION [1] -
12:15
examination [6] -
17:25, 18:24, 67:14,
68:5, 68:6, 68:10
examinations [2] -
16:19, 68:3
examine [2] - 18:3
examined [1] - 68:11
example [3] - 25:6,
29:25, 78:1
exception [1] - 66:4
EXCESS [1] - 6:7
exchanges [1] - 43:21
exemplar [2] - 32:8,
33:7
exhibits [2] - 65:2,
65:5
exist [1] - 79:7
existence [1] - 53:15
expect [2] - 41:1,
67:13
EXPECT [1] - 12:14
expedition [1] - 27:15
expenses [1] - 15:6
EXPERT [1] - 12:15
expert [5] - 32:16,
67:14, 67:18, 67:22,
68:9
expertise [1] - 69:2
experts [5] - 66:18,
66:23, 67:2, 68:2,
68:11
EXPERTS.................

...................... [1] -
12:10
EXPERTS.................
...................... [1]
- 12:7
expires [1] - 35:21
explain [2] - 27:19,
57:9
explanation [1] - 54:9
EXPLORATION [1] -
3:19
Exploration [1] - 43:9
extend [1] - 47:5
extended [1] - 50:24
extension [1] - 21:22
EXTENSION [1] - 8:15
extent [5] - 20:16,
25:11, 30:7, 33:22,
66:2
extra [5] - 60:4, 60:6,
60:10, 60:12, 66:12

**F**

F-R-A-Z-E-L-L-E [1] -
45:19
face [1] - 76:8
facility [1] - 59:1
fact [6] - 30:5, 30:9,
39:8, 40:17, 44:19,
61:7
FACT [2] - 9:14, 10:8
facts [4] - 31:21,
37:12, 67:1
fair [1] - 45:17
fairly [1] - 24:22
faith [1] - 54:20
Falcon [2] - 28:20,
61:12
FALCON [1] - 11:25
fall [1] - 69:12
falling [1] - 34:15
falls [1] - 23:4
false [1] - 47:1
family [1] - 67:6
FAMILY [1] - 12:12
FANNIN [1] - 3:13
far [4] - 29:8, 67:24,
68:5, 69:19
Farr [2] - 42:13, 60:7
FARR........................
..................... [2] -
10:4, 11:21
fashion [1] - 38:15
father [2] - 62:14,
62:18
FEDERAL [1] - 2:17
federal [2] - 20:6, 22:8
FEEDBACK [1] - 12:3

feedback [1] - 62:24
feet [1] - 18:13
felt [1] - 76:17
fence [1] - 15:9
fewer [1] - 38:13
field [1] - 67:19
FIFTH [5] - 5:20, 13:2,
13:14
Fifth [12] - 49:6, 49:17,
71:23, 72:9, 73:2,
73:9, 73:11, 73:14,
74:12, 79:20, 80:15,
80:21
FIFTH.........................
...... [1] - 12:24
FIFTH.........................
.............. [1] - 13:1
Fighting [1] - 70:25
figure [3] - 29:10,
58:24, 71:22
file [1] - 44:12
FILED [1] - 13:3
filed [6] - 37:25, 38:11,
43:19, 75:12, 79:14,
81:19
FILED............ [1] -
13:13
files [3] - 21:1, 21:3,
21:14
filing [4] - 23:3, 23:9,
77:19, 81:16
FILING [2] - 8:17,
13:17
final [1] - 51:13
FINANCIAL [1] - 5:18
fine [10] - 44:14,
45:23, 48:11, 48:12,
62:19, 63:3, 64:25,
74:20, 77:4
finish [1] - 66:3
finite [1] - 56:13
FINN [1] - 5:4
FIRM [1] - 6:23
FIRST [2] - 12:11, 13:2
first [17] - 21:18, 22:2,
26:22, 28:11, 29:14,
44:21, 56:15, 56:22,
56:25, 58:3, 65:15,
65:21, 66:11, 67:6,
70:16, 74:12, 76:17
fisherman [1] - 75:13
FISHERMAN [1] - 13:4
fishing [1] - 27:15
Fitch [2] - 36:24,
54:11
FITCH [5] - 4:23,
36:24, 37:7, 54:11,
54:15
five [5] - 39:6, 53:19,
60:2, 68:1, 69:5

five-hour [1] - 69:5
FL [1] - 2:8
flag [1] - 71:18
FLANAGAN [1] - 6:15
FLANDERS [1] - 5:7
flesh [1] - 58:24
FLEYTAS [1] - 11:12
Fleytas [8] - 58:20,
59:1, 72:1, 72:3,
72:5, 80:15, 80:24,
81:4
Fleytas' [2] - 79:13,
80:6
FLEYTAS' [1] - 13:12
FLEYTAS..................
....................... [1]
- 12:19
flooded [2] - 78:13,
78:19
FLOOR [3] - 2:20,
3:10, 6:4
floor [1] - 78:21
flow [1] - 16:19
focus [1] - 22:1
focused [1] - 25:19
folder [2] - 24:15,
24:17
folks [3] - 39:6, 81:15
follow [4] - 33:23,
56:2, 79:22, 81:6
follow-up [2] - 33:23,
56:2
following [1] - 79:17
football [3] - 69:13,
69:17, 69:20, 69:21,
70:25
footnote [1] - 43:8
FOR [35] - 1:17, 2:3,
2:17, 2:22, 3:3, 3:6,
3:16, 4:7, 4:10, 4:18,
5:3, 5:10, 5:14, 5:22,
6:3, 6:7, 6:11, 6:15,
6:18, 6:23, 8:12,
8:15, 8:17, 9:24,
10:23, 11:11, 11:16,
11:18, 11:22, 11:24,
12:4, 12:11, 12:17,
13:6, 13:13
forced [1] - 29:17
foregoing [1] - 82:16
forensic [1] - 18:24
forklift [1] - 17:21
forkliftable [1] - 18:15
form [3] - 61:24, 78:3
FORM................ [1] -
12:2
formulation [1] -
32:16
forth [4] - 23:5, 41:17,
42:5, 61:6

**forthcoming** [2] - 42:13, 66:18
**forward** [5] - 17:11, 42:15, 61:7, 79:19, 81:20
**four** [7] - 18:13, 18:14, 39:6, 46:8, 66:22
**frame** [2] - 22:7, 69:14
**FRANCIS** [1] - 6:12
**FRANCISCO** [1] - 2:20
**frank** [1] - 68:25
**FRAZELLE** [1] - 10:14
**Frazelle** [4] - 45:18, 46:9, 47:17, 48:15
**FRAZELLE................. ....................** [1] - 10:13
**free** [3] - 69:21, 69:22, 70:6
**freely** [1] - 54:4
**FRIDAY** [3] - 1:7, 13:19, 14:2
**Friday** [6] - 14:7, 38:25, 51:1, 51:4, 58:1, 82:4
**Friday's** [1] - 59:15
**friends** [1] - 50:8
**FRILOT** [1] - 3:9
**FROM** [1] - 9:22
**front** [1] - 29:15
**fully** [1] - 68:12
**FUNDERBURK** [6] - 5:11, 50:9, 50:11, 50:13, 50:16, 50:21
**Funderburk** [1] - 50:11
**future** [1] - 64:23
**fuzzy** [1] - 54:19

# G

**game** [4] - 27:22, 44:10, 53:17, 69:14
**games** [2] - 69:17, 69:21
**gang** [1] - 14:7
**GATE** [1] - 2:19
**gather** [1] - 21:9
**Gaude** [1] - 59:17
**GAUDE** [1] - 59:17
**GAUDE.................... ..........** [1] - 11:19
**general** [1] - 57:6
**GENERAL'S** [1] - 2:22
**generally** [1] - 14:24
**generated** [1] - 21:10
**generous** [3] - 59:19, 59:23, 60:17
**gentlemen** [1] - 46:11

**gently** [1] - 52:21
**George** [2] - 64:7, 65:6
**GETTING** [1] - 13:8
**Gilly** [1] - 64:7
**given** [3] - 22:7, 49:19, 59:25
**glad** [1] - 61:18
**goal** [1] - 66:3
**GODWIN** [2] - 4:11, 4:14
**GOLDEN** [1] - 2:19
**GOM** [5] - 8:20, 24:8, 24:16, 24:19, 28:4
**Gordon** [3] - 46:9, 47:24, 54:12
**GORDON** [2] - 10:14, 11:4
**GOTSHAL** [1] - 5:19
**government** [1] - 18:25
**GOVERNMENT** [1] - 2:17
**grant** [1] - 70:18
**granted** [1] - 58:12
**gravel** [2] - 15:8, 16:4
**Great** [1] - 62:17
**great** [18] - 14:12, 19:1, 19:8, 19:17, 19:19, 20:3, 22:12, 34:11, 36:23, 39:7, 40:21, 44:16, 45:25, 48:14, 49:11, 57:16, 60:15, 79:8
**ground** [1] - 59:10
**groundwork** [1] - 53:5
**group** [6] - 24:14, 37:1, 39:5, 56:23, 69:18, 78:11
**GROUP...** [1] - 13:8
**GUARD** [1] - 7:3
**Guard** [2] - 17:10, 21:8
**Guard's** [1] - 21:16
**guess** [6] - 32:3, 37:16, 38:23, 45:21, 49:14, 75:20
**guidance** [1] - 40:8
**GUIDRY** [1] - 4:20
**GULF** [2] - 1:5, 8:21
**Gulf** [10] - 24:19, 24:24, 25:2, 29:5, 29:17, 29:18, 29:21, 31:4, 31:6, 32:20
**GULFPORT** [1] - 6:9
**guys** [6] - 48:22, 50:4, 59:7, 66:17, 67:10, 71:16

# H

**Habans** [1] - 56:25
**HAD** [1] - 8:19
**half** [3] - 22:5, 65:7, 69:9
**Halliburton** [9] - 23:6, 37:21, 50:17, 51:10, 53:19, 54:2, 63:7, 76:11, 77:2
**HALLIBURTON** [1] - 4:10
**HALLIBURTON'S** [1] - 11:16
**Halliburton's** [4] - 23:1, 37:25, 58:10, 59:13
**hand** [4] - 22:18, 22:21, 61:3, 68:18
**handle** [1] - 56:16
**handled** [1] - 38:15
**happy** [2] - 14:7, 59:20
**Harding** [1] - 52:5
**HAS** [1] - 11:18
**hat** [1] - 16:10
**hate** [1] - 52:10
**HAYCRAFT** [14] - 3:22, 24:13, 26:4, 26:25, 28:1, 28:6, 28:18, 28:25, 29:3, 31:16, 31:19, 60:4, 60:9, 72:6
**Haycraft's** [1] - 34:24
**Hayward** [1] - 63:23
**HB406** [1] - 7:7
**heads** [1] - 41:10
**heads-up** [1] - 41:10
**hear** [9] - 14:8, 22:17, 26:2, 40:3, 41:1, 51:24, 73:2, 74:21, 76:2
**heard** [6] - 22:16, 30:25, 31:14, 35:5, 46:2, 54:22
**HEARD** [1] - 1:12
**hearing** [2] - 30:21, 32:3
**heart** [1] - 60:16
**Heather** [8] - 16:11, 17:9, 17:12, 17:23, 18:6, 19:5, 19:10, 19:12
**HEATHER** [1] - 7:3
**Heather's** [1] - 17:5
**heavy** [1] - 18:14
**hedging** [1] - 67:3
**Hello** [1] - 37:19
**hello** [2] - 14:7, 42:24
**help** [2] - 16:14, 24:4

**helpful** [3] - 32:9, 78:20, 82:2
**HERE** [1] - 12:17
**hereby** [2] - 55:11, 82:15
**HERMAN** [27] - 1:21, 1:21, 24:8, 24:20, 24:22, 25:1, 25:18, 25:23, 26:1, 29:13, 33:1, 33:22, 34:4, 34:10, 34:17, 35:4, 35:8, 62:1, 62:9, 62:16, 62:20, 62:22, 63:13, 77:4, 77:22, 78:2
**Herman** [8] - 27:2, 33:1, 35:3, 35:6, 43:22, 62:1, 62:9, 63:2
**herring** [1] - 32:2
**hi** [1] - 35:17
**hieroglyphics** [1] - 67:19
**high** [1] - 66:6
**highly** [1] - 32:14
**Himmelhoch** [1] - 19:25
**HIMMELHOCH** [5] - 2:19, 14:9, 19:25, 20:4, 22:16
**hires** [1] - 27:9
**hits** [1] - 67:18
**hold** [5] - 22:18, 24:11, 40:19, 73:22
**holding** [1] - 60:22
**HOLDINGS** [3] - 3:6, 3:20, 5:15
**home** [2] - 14:13, 14:16
**honest** [1] - 76:12
**Honor** [101] - 14:9, 15:20, 15:22, 15:23, 16:16, 17:8, 17:14, 18:20, 19:2, 19:6, 19:9, 19:18, 19:25, 22:15, 23:14, 23:19, 24:22, 26:4, 26:7, 26:11, 27:6, 28:2, 28:9, 29:14, 30:12, 32:17, 33:10, 33:20, 34:5, 34:12, 34:21, 35:9, 35:15, 35:16, 36:13, 36:15, 36:22, 37:11, 37:17, 38:10, 38:21, 38:25, 39:10, 39:17, 40:24, 41:9, 41:15, 42:10, 42:25, 44:23, 45:13, 45:20, 46:7, 46:22, 48:18, 49:4, 49:22, 50:9,

50:16, 50:23, 51:11, 52:8, 52:18, 53:13, 53:24, 54:3, 54:24, 56:1, 56:6, 56:24, 58:16, 59:8, 60:1, 60:18, 61:3, 61:21, 62:1, 63:1, 63:7, 63:17, 64:6, 65:4, 65:16, 65:18, 66:5, 66:10, 67:17, 68:20, 69:15, 70:8, 71:4, 73:1, 74:25, 75:17, 76:12, 77:4, 78:23, 78:25, 79:9, 79:12, 80:14
**Honor's** [6] - 35:20, 40:7, 55:5, 56:8, 79:17, 79:23
**HONORABLE** [1] - 1:12
**hope** [2] - 34:23, 36:21
**hoped** [2] - 22:10, 38:23
**hopefully** [5] - 35:9, 42:23, 47:13, 50:18, 62:5
**hoping** [1] - 70:20
**Horizon** [2] - 25:11, 29:18
**HORIZON** [1] - 1:4
**HORSE** [1] - 9:2
**Horse** [5] - 33:4, 33:6, 33:18, 33:23, 34:2
**hot** [1] - 63:16
**hour** [2] - 65:7, 69:5
**hours** [2] - 68:1, 69:7
**HOUSTON** [6] - 2:15, 3:14, 4:16, 5:12, 6:5, 6:25
**Houston** [5] - 48:24, 55:17, 55:23, 55:25, 81:15
**Houston-based** [1] - 81:15
**humanly** [2] - 21:2, 21:21
**hundred** [1] - 20:22
**hydro** [1] - 18:13
**hypothetically** [2] - 28:16, 30:17

# I

**I................................. ..........** [1] - 12:4
**I................................. ....................** [1] - 10:18

**ideas** [1] - 62:14
**identified** [1] - 41:3
**II** [3] - 46:13, 46:18, 47:10
**IIT** [1] - 41:5
**IL** [1] - 4:5
**Illini** [1] - 70:25
**ILLNESS** [1] - 12:12
**illness** [1] - 67:6
**illustrates** [1] - 30:14
**imagine** [1] - 21:8
**impacts** [1] - 75:25
**importance** [2] - 52:19, 57:15
**important** [2] - 28:13, 64:18
**impressed** [1] - 22:8
**IMPREVENTO** [1] - 2:3
**IN** [5] - 1:4, 1:5, 13:9, 13:16, 13:18
**INC** [16] - 3:8, 3:9, 3:16, 3:17, 3:18, 3:19, 3:21, 4:11, 5:14, 5:15, 5:16, 5:17, 5:18, 5:19, 6:3, 6:11
**include** [1] - 69:14
**including** [3] - 43:9, 43:13, 46:8
**indicated** [5] - 15:4, 16:11, 23:12, 34:25, 77:11
**indispensable** [1] - 81:17
**INDISPENSABLE** [1] - 13:17
**individual** [1] - 21:2
**individuals** [1] - 59:23
**indulgence** [1] - 37:3
**inexpert** [1] - 18:15
**information** [15] - 18:12, 21:10, 22:1, 22:6, 25:5, 28:18, 39:20, 41:18, 49:3, 49:5, 49:20, 61:5, 61:19, 62:15, 64:3
**informed** [1] - 18:24
**infrastructure** [1] - 21:9
**Ingram** [4] - 72:23, 72:24, 73:8, 73:10
**INGRAM**......................
..........................[1] - 12:22
**INGRAM**......................
..........................[1] - 12:25
**injury** [1] - 48:19
**inquire** [2] - 56:14,

81:3
**inquired** [1] - 81:2
**inquiries** [1] - 32:19
**inquiry** [3] - 80:7, 80:10, 80:11
**inspection** [1] - 37:13
**installment** [1] - 21:25
**instead** [1] - 62:19
**instructive** [1] - 33:25
**intend** [3] - 15:16, 49:5, 67:22
**intent** [1] - 76:22
**intentional** [1] - 40:11
**interest** [2] - 28:14, 56:21
**interested** [2] - 64:14, 69:19
**interesting** [1] - 71:2
**INTERESTS** [2] - 2:17, 2:22
**interfere** [1] - 64:18
**internal** [9] - 39:11, 39:19, 39:21, 41:4, 41:16, 41:25, 42:1, 42:12, 42:16
**INTERNAL** [4] - 9:15, 9:24, 10:2, 10:3
**internally** [1] - 75:18
**INTERNATIONAL** [3] - 4:7, 5:18, 6:11
**interpleader** [1] - 38:19
**INTERPLEADER** [1] - 9:13
**interpretation** [1] - 80:3
**interrogatories** [2] - 39:20, 57:10
**introduction** [1] - 58:13
**investigation** [2] - 41:2, 41:4
**INVESTIGATION** [1] - 9:23
**INVESTIGATION**.......
...... [1] - 9:25
**invoke** [1] - 80:20
**invoking** [1] - 73:10
**involve** [1] - 39:3
**involved** [2] - 39:6, 61:9
**involvement** [3] - 39:5, 55:10
**ironically** [1] - 29:7
**Irpino** [1] - 34:23
**irrelevant** [1] - 27:17
**IS** [4] - 8:12, 9:21, 13:9, 13:19
**ISM** [1] - 29:16

**issue** [35] - 24:16, 26:6, 26:13, 27:2, 31:6, 31:12, 32:4, 32:5, 34:22, 35:6, 38:4, 38:6, 38:23, 39:24, 41:16, 41:22, 41:25, 42:7, 42:10, 42:11, 43:2, 43:20, 47:5, 53:23, 58:8, 59:6, 59:7, 61:8, 63:19, 64:9, 71:18, 75:14, 77:2
**ISSUE**........................
..........................[1] - 11:15
**issued** [2] - 24:14, 78:12, 81:4
**issues** [11] - 19:22, 23:9, 24:21, 31:7, 42:16, 47:4, 63:21, 64:1, 69:10, 71:3, 79:6
**ISSUES**.........................
..........................[1] - 8:22
**IT** [1] - 9:17
**item** [1] - 24:10
**ITEMS** [1] - 8:3
**Itkin** [1] - 74:17

## J

**JACKSON** [1] - 6:3
**JAMES** [2] - 1:18, 5:11
**January** [4] - 24:4, 67:7, 67:8, 70:16
**JANUARY** [2] - 12:13
**Jay** [2] - 45:12, 46:9
**JAY** [2] - 10:10, 10:15
**JEFFERSON** [1] - 1:19
**JEFFREY** [1] - 2:3
**JENNY** [1] - 4:11
**Jimmy** [8] - 15:22, 16:20, 16:21, 17:7, 23:12, 23:14, 23:15, 49:4
**JIMMY** [1] - 2:14
**job** [2] - 34:8, 34:11
**JOHN** [1] - 5:11
**John** [1] - 50:11
**Johnson** [5] - 50:12, 71:25, 72:6, 72:7, 72:20
**JOHNSON**.................
..........................[1] - 10:19
**JOHNSON**.................
..........................[1] - 12:20

**join** [1] - 16:23
**joint** [2] - 18:5, 18:8
**jointly** [1] - 17:25
**Jonathan** [1] - 60:6
**JONATHAN** [1] - 11:20
**JONES** [1] - 5:22
**JR** [2] - 6:4, 6:12
**JUDGE** [1] - 1:13
**judge** [6] - 36:24, 54:11, 73:21, 74:11, 81:10, 81:12
**Judge** [19] - 14:12, 16:22, 17:9, 17:22, 24:13, 27:2, 29:15, 30:6, 37:20, 45:23, 46:2, 48:13, 49:11, 58:12, 58:18, 59:21, 61:19, 68:9, 76:20
**Judge's** [1] - 75:21
**juices** [1] - 70:23
**JULY** [7] - 1:7, 8:13, 8:18, 9:21, 12:16, 13:19, 14:2
**July** [12] - 20:5, 20:9, 20:19, 20:24, 22:11, 23:4, 27:15, 40:20, 53:20, 54:7, 71:5, 82:4
**jump** [1] - 44:3
**JUST** [2] - 9:18, 9:19
**JUSTICE** [1] - 2:17

## K

**Kanner** [1] - 63:18
**KANNER** [3] - 3:3, 3:4, 63:17
**KATZ** [1] - 1:21
**keep** [6] - 18:24, 22:9, 44:17, 44:18, 53:24, 67:8
**keeping** [1] - 34:11
**Keeton** [1] - 60:6
**KEETON**.......................
..........................[1] - 11:20
**Kennealy** [2] - 16:11, 17:9
**KENNEALY** [6] - 7:3, 17:9, 17:14, 19:6, 19:13, 19:18
**kept** [1] - 34:13
**Kerry** [12] - 22:19, 22:20, 38:10, 38:19, 41:14, 50:22, 56:16, 60:12, 60:24, 61:10, 68:17, 79:10
**KERRY** [1] - 3:9

**killing** [1] - 22:9
**kind** [11] - 25:17, 25:19, 28:10, 28:11, 28:15, 31:8, 46:25, 47:1, 61:16, 62:15, 76:21
**kinds** [2] - 66:1, 67:9
**KIRKLAND** [1] - 4:3
**Kirkland** [1] - 43:21
**KIRKLAND** [1] - 4:3
**Kirkland** [1] - 43:21
**knock** [2] - 35:25, 46:18
**knowing** [1] - 47:9
**knowledge** [3] - 29:19, 46:13, 63:20
**known** [1] - 53:16
**knows** [1] - 27:6
**KORETZKY** [1] - 5:3
**KUCHLER** [1] - 4:19
**KULLMAN** [1] - 2:10
**Kurt** [3] - 72:24, 73:12, 74:3
**KYLE** [1] - 6:8
**Kyle** [1] - 64:6

## L

**L.L.C** [1] - 5:10
**L.P** [1] - 5:22
**LA** [14] - 1:19, 1:22, 2:12, 3:5, 3:11, 3:24, 4:9, 4:21, 5:5, 5:24, 6:13, 6:17, 6:21, 7:7
**Labor** [1] - 44:24
**labor** [1] - 19:19
**LABORDE** [1] - 6:11
**lack** [1] - 81:17
**LACK** [1] - 13:17
**Lacy** [2] - 45:14, 45:15
**LACY**...........................
..........................[1] - 10:12
**LAFAYETTE** [2] - 1:19, 6:13
**LAMAR** [1] - 4:15
**Lance** [1] - 48:24
**LANGAN** [60] - 4:3, 18:20, 19:2, 34:16, 34:19, 35:6, 35:12, 37:11, 37:15, 39:10, 39:13, 39:23, 40:1, 40:5, 40:15, 40:21, 40:24, 41:8, 42:20, 42:22, 44:5, 44:23, 45:4, 45:13, 45:15, 45:20, 45:24, 46:22, 47:7, 48:18, 48:24, 49:8, 49:19, 49:22, 50:5, 51:8, 51:22, 53:13, 54:24, 55:2,

59:8, 63:1, 63:5, 64:21, 65:18, 66:4, 66:9, 71:2, 71:7, 71:11, 71:17, 71:25, 72:4, 72:23, 74:25, 75:6, 75:17, 75:23, 76:1, 76:9

**Langan** [9] - 18:20, 37:11, 44:5, 44:23, 46:23, 53:13, 63:1, 65:18, 75:17

**language** [1] - 30:11

**large** [1] - 15:10

**larger** [1] - 63:25

**LASALLE** [1] - 4:5

**LAST** [1] - 12:14

**last** [17] - 14:16, 34:13, 39:4, 39:14, 40:19, 41:17, 42:11, 42:14, 44:24, 50:23, 61:6, 62:24, 67:13, 68:22, 70:4, 70:25, 78:8

**late** [6] - 21:15, 27:15, 27:22, 48:19, 49:23, 53:17

**latter** [1] - 50:1

**LAW** [1] - 6:23

**law** [1] - 59:2

**lawyer** [1] - 48:25

**lawyers** [2] - 23:21, 43:23

**lay** [1] - 57:6

**laying** [2] - 52:17

**leads** [1] - 59:9

**learn** [1] - 35:10

**lease** [2] - 14:22, 33:5

**least** [9] - 25:12, 29:23, 37:24, 43:19, 48:21, 69:4, 74:18, 77:12, 77:16

**leave** [6] - 19:10, 19:17, 54:24, 64:8, 73:25, 75:22

**LEE** [1] - 6:3

**left** [2] - 58:22, 67:19

**letter** [8] - 27:4, 37:25, 38:12, 43:6, 43:8, 48:8, 60:5, 64:25

**letting** [1] - 80:8

**LEVIN** [1] - 2:6

**LEWIS** [3] - 2:10, 3:21, 5:10

**liabilities** [2] - 26:14, 26:23

**liability** [1] - 30:9

**liaison** [3] - 78:10, 78:17, 81:24

**LIAISON** [2] - 1:17, 13:7

**LIFE** [1] - 2:11

**light** [1] - 23:1

**LIKE** [1] - 12:11

**likely** [1] - 79:20

**limit** [1] - 24:23

**LIMITED** [2] - 3:20, 9:22

**limited** [3] - 29:16, 41:1, 56:12

**line** [1] - 80:11

**lines** [2] - 31:10

**link** [1] - 15:9

**linked** [2] - 42:1, 42:2

**LISKOW** [1] - 3:21

**list** [20] - 19:4, 39:8, 41:10, 42:16, 44:18, 48:4, 54:5, 54:6, 56:2, 62:25, 66:12, 66:14, 67:3, 70:9, 70:12, 70:13, 73:18, 78:8

**LIST** [1] - 12:3

**listed** [1] - 43:9

**listen** [1] - 42:18

**litigation** [4] - 42:2, 63:20, 64:13, 64:20

**LLC** [5] - 3:7, 5:3, 5:15, 5:16, 6:15

**LOG** [2] - 9:19, 10:1

**log** [3] - 40:10, 41:22, 52:18

**logging** [2] - 22:2, 52:18

**logs** [1] - 21:23

**LOGS**......................... ... [1] - 8:16

**London** [4] - 46:10, 46:16, 47:16, 63:8

**look** [22] - 21:13, 26:22, 32:7, 38:5, 38:17, 40:18, 42:21, 45:18, 45:20, 47:11, 49:9, 50:3, 51:22, 55:14, 60:13, 63:2, 63:11, 63:23, 65:10, 70:8, 71:4, 81:20

**looked** [4] - 17:16, 38:11, 63:8, 72:13

**looking** [5] - 34:3, 34:4, 59:18, 61:19, 66:19

**looks** [2] - 18:14, 66:19

**loop** [1] - 16:25

**LOUISIANA** [4] - 1:1, 1:7, 3:3, 5:12

**Louisiana** [3] - 63:18, 82:14, 82:15

**lower** [1] - 15:17

**LP** [1] - 4:19

**LSU/Alabama** [1] - 69:14

**LSU/Auburn** [1] - 70:6

**Lubel** [2] - 48:24, 49:17

**luck** [2] - 19:16, 19:20

**luckily** [1] - 41:8

**lucky** [1] - 50:24

## M

**M-I** [2] - 50:8, 50:11

**M-I**.............................. ...................... [1] - 10:18

**Macondo** [26] - 26:11, 26:12, 26:14, 26:16, 26:17, 26:24

**MADE** [1] - 13:16

**MAGISTRATE** [1] - 1:13

**mail** [19] - 17:5, 17:16, 18:7, 20:12, 39:24, 48:10, 48:11, 48:12, 52:11, 53:9, 54:21, 62:11, 62:19, 64:25, 69:22, 70:5, 73:24, 74:8, 80:5

**mails** [5] - 20:10, 20:18, 20:20, 62:17, 73:19

**main** [1] - 17:22

**maintenance** [2] - 79:19, 80:21

**man** [1] - 50:24

**management** [2] - 32:4, 63:23

**MANAGEMENT** [1] - 5:14

**MANGES** [1] - 5:19

**marine** [1] - 15:17

**MARINE** [3] - 5:16, 5:17, 5:17

**MARK** [1] - 4:4

**mark** [11] - 26:25, 33:9, 34:11, 36:25, 48:21, 50:1, 50:7, 52:1, 69:24, 70:5

**Mark** [11] - 14:19, 26:5, 26:10, 28:2, 28:25, 30:12, 35:5, 35:7, 36:15, 36:23, 37:10

**MARTINEZ** [1] - 4:11

**massive** [1] - 21:11

**MASTER** [1] - 9:1

**Master** [5] - 27:10, 32:21, 32:24, 33:13, 33:24

**maternity** [2] - 19:10, 19:17

**matter** [1] - 82:18

**mature** [1] - 30:24

**MAXIE** [1] - 10:20

**Maxie** [1] - 50:14

**MAZE** [6] - 2:22, 47:22, 59:24, 69:24, 70:1, 70:3

**maze** [1] - 71:4

**MCCUTCHEN** [1] - 4:23

**McKay** [5] - 55:7, 55:8, 55:12, 58:5, 63:19

**MCKAY**...................... ...................... [3] - 11:6, 11:9, 12:5

**MDL** [2] - 6:23, 65:19

**mean** [12] - 37:5, 40:15, 42:1, 44:9, 47:7, 47:8, 65:25, 70:15, 74:19, 74:21, 75:20, 76:6

**meant** [1] - 71:19

**meat** [1] - 29:22

**MECHANICAL** [1] - 7:9

**mechanical** [1] - 16:1

**Meche** [1] - 50:14

**MECHE** [1] - 10:20

**meet** [5] - 20:7, 22:10, 25:18, 30:19, 44:9

**meeting** [1] - 40:5

**Meinhart** [2] - 72:24, 73:17

**MEINHART**............... ...................... [1] - 12:23

**MEMBERS** [1] - 13:15

**members** [1] - 80:17

**memorized** [1] - 66:14

**memory** [1] - 54:18

**mention** [4] - 44:7, 53:15, 67:12, 69:11

**mentioned** [1] - 77:9

**Merit** [1] - 82:13

**METHOFF** [1] - 6:23

**Mexico** [10] - 24:19, 24:24, 25:2, 29:5, 29:17, 29:18, 29:21, 31:4, 31:6, 32:20

**MEXICO** [1] - 1:5

**MEXICO**.................. ...................... [1] - 8:21

**MI** [1] - 5:10

**mic** [4] - 22:19, 22:21, 61:3, 68:19

**MICHAEL** [1] - 2:18

**mid** [2] - 27:15, 60:7

**mid-August** [1] - 60:7

**might** [11] - 19:9, 25:5, 30:22, 30:23, 31:1, 43:16, 54:8, 54:25, 67:4, 67:11

**Mikal** [1] - 75:13

**MIKAL** [1] - 13:3

**Mike** [2] - 16:15, 60:24

**milk** [1] - 53:18

**MILLER** [41] - 3:9, 11:16, 22:15, 22:20, 38:10, 38:21, 39:17, 41:15, 41:20, 41:22, 50:23, 51:1, 55:17, 55:21, 56:1, 56:5, 56:12, 56:17, 56:20, 57:4, 57:17, 57:22, 57:25, 60:15, 61:3, 61:14, 61:16, 68:18, 69:3, 70:7, 70:11, 70:24, 72:24, 73:12, 73:16, 75:8, 79:11, 79:16, 80:14, 80:20, 81:5

**Miller** [10] - 22:20, 52:13, 53:9, 53:14, 54:4, 55:3, 59:13, 61:18, 61:20, 71:3

**Miller's** [1] - 53:15

**MILLER...** [1] - 10:23

**million** [1] - 22:5

**mind** [1] - 53:24

**minimal** [1] - 27:22

**minutes** [5] - 59:18, 59:21, 59:22, 60:2, 82:1

**MISS** [2] - 62:16, 62:20

**misstated** [1] - 44:3

**MITCHELL** [1] - 2:6

**MMS** [1] - 20:10

**MOEX** [15] - 5:3, 9:5, 9:7, 13:9, 34:16, 34:17, 35:8, 35:12, 35:16, 35:19, 38:1, 38:14, 60:1, 79:3

**moment** [2] - 58:5, 78:25

**Monday** [14] - 23:7, 39:1, 50:24, 54:21, 59:17, 62:3, 63:12, 65:15, 72:15, 72:16, 72:17, 72:20, 72:21, 79:18

**MONTGOMERY** [2] - 2:23, 6:19

**month** [1] - 32:16

**months** [4] - 40:16, 53:16

**Moran** [1] - 64:6

**MORAN** [7] - 6:8, 64:6, 64:15, 64:17, 65:4, 65:16, 66:10
**MORGAN** [1] - 5:10
**morning** [16] - 14:8, 14:17, 24:4, 26:8, 26:9, 37:20, 39:1, 42:25, 46:7, 50:10, 50:11, 52:6, 52:11, 53:9, 58:21, 65:6
**MORNING...............** . [1] - 11:13
**Morrison** [6] - 46:9, 47:19, 47:20, 47:23, 48:2, 48:7
**MORRISON** [1] - 10:14
**MOST** [1] - 13:16
**most** [2] - 45:6, 81:16
**Motion** [4] - 23:2, 23:3, 79:14, 79:22
**MOTION** [4] - 8:17, 8:19, 13:3, 13:13
**motion** [9] - 23:20, 24:23, 43:19, 44:13, 58:12, 75:12, 76:13, 76:23, 81:18
**move** [6] - 18:6, 34:15, 43:1, 70:17, 76:14, 77:5
**moved** [2] - 17:3, 17:17
**moving** [1] - 74:14
**MR** [288] - 10:4, 10:5, 10:14, 10:17, 10:20, 10:21, 10:23, 11:5, 11:6, 11:7, 11:8, 11:9, 11:11, 12:5, 12:22, 12:24, 13:15, 14:12, 14:14, 15:20, 16:3, 16:9, 16:14, 16:22, 16:24, 17:8, 17:19, 18:8, 18:12, 18:20, 19:2, 19:9, 19:19, 22:15, 22:20, 23:14, 23:19, 24:4, 24:8, 24:13, 24:20, 24:22, 25:1, 25:18, 25:23, 26:1, 26:4, 26:7, 26:10, 26:25, 28:1, 28:2, 28:6, 28:8, 28:18, 28:25, 29:3, 29:13, 30:12, 31:16, 31:19, 32:17, 33:1, 33:10, 33:20, 33:22, 34:4, 34:10, 34:16, 34:17, 34:19, 34:21, 35:4, 35:6, 35:8, 35:9, 35:12, 35:15, 35:18, 36:2,

36:5, 36:10, 36:13, 36:15, 36:24, 37:7, 37:11, 37:15, 37:20, 38:9, 38:10, 38:21, 39:10, 39:13, 39:17, 39:23, 40:1, 40:5, 40:15, 40:21, 40:24, 41:8, 41:15, 41:20, 41:22, 42:20, 42:22, 42:25, 44:5, 44:12, 44:23, 45:4, 45:8, 45:9, 45:13, 45:15, 45:20, 45:23, 45:24, 45:25, 46:2, 46:4, 46:7, 46:18, 46:22, 47:7, 47:19, 47:21, 47:22, 47:24, 48:2, 48:5, 48:8, 48:11, 48:13, 48:16, 48:18, 48:24, 49:2, 49:8, 49:11, 49:14, 49:16, 49:19, 49:22, 50:5, 50:6, 50:9, 50:11, 50:13, 50:16, 50:21, 50:23, 51:1, 51:8, 51:10, 51:13, 51:22, 52:2, 52:8, 52:10, 52:15, 52:22, 52:25, 53:2, 53:7, 53:11, 53:13, 54:1, 54:11, 54:15, 54:24, 55:2, 55:17, 55:20, 55:21, 56:1, 56:5, 56:12, 56:17, 56:20, 56:24, 57:4, 57:6, 57:11, 57:14, 57:17, 57:18, 57:20, 57:22, 57:25, 58:4, 58:16, 58:18, 58:20, 59:4, 59:8, 59:20, 59:24, 60:1, 60:4, 60:9, 60:15, 60:18, 60:22, 61:3, 61:14, 61:16, 62:1, 62:9, 62:22, 63:1, 63:5, 63:7, 63:17, 64:6, 64:15, 64:17, 64:21, 65:4, 65:16, 65:18, 66:4, 66:9, 66:10, 67:17, 67:22, 67:25, 68:8, 68:18, 69:3, 69:24, 70:1, 70:3, 70:7, 70:11, 70:24, 71:2, 71:7, 71:11, 71:17, 71:21, 71:25, 72:1, 72:4, 72:5, 72:6, 72:9, 72:15, 72:16, 72:17, 72:20, 72:22, 72:23, 72:24, 73:1, 73:8, 73:12, 73:15, 73:16, 73:24, 74:3, 74:7,

74:25, 75:5, 75:6, 75:8, 75:11, 75:17, 75:23, 76:1, 76:9, 76:11, 76:16, 77:1, 77:4, 77:22, 78:2, 78:23, 78:25, 79:9, 79:11, 79:16, 80:14, 80:20, 81:5
**MS** [16] - 6:9, 14:9, 17:9, 17:14, 19:6, 19:13, 19:18, 19:25, 20:4, 22:16, 61:18, 73:21, 74:11, 74:23, 81:10, 81:21
**mud** [1] - 31:9
**multiple** [4] - 27:24, 27:25, 28:3, 32:10

## N

**name** [4] - 35:10, 47:22, 53:16, 64:6
**names** [2] - 46:8, 74:9
**NATIONAL** [1] - 6:18
**natural** [1] - 63:21
**nature** [1] - 81:12
**necessarily** [2] - 22:15, 22:17
**necessary** [6] - 15:21, 15:23, 30:14, 53:5, 68:4
**need** [25] - 17:1, 20:21, 24:4, 26:20, 27:4, 29:10, 30:19, 31:1, 31:7, 31:12, 39:3, 39:4, 39:9, 45:3, 47:13, 59:10, 64:11, 65:1, 70:14, 73:9, 73:13, 73:16, 74:14, 78:9, 81:5
**NEED** [1] - 9:14
**needs** [2] - 49:16, 59:1
**negotiated** [3] - 21:3, 28:14, 28:24
**nervous** [1] - 78:18
**NEUNER** [2] - 6:11, 6:12
**never** [5] - 17:20, 29:19, 43:9, 43:18, 43:19
**Nevertheless** [1] - 30:2
**NEW** [15] - 1:7, 1:22, 2:12, 3:5, 3:11, 3:24, 4:9, 4:21, 5:5, 5:8, 5:20, 5:24, 6:17, 6:21, 7:7
**New** [1] - 35:22
**new** [1] - 17:11

**Newman** [5] - 55:2, 55:8, 55:9, 55:11, 55:16
**NEWMAN...................** .......................... [2] - 11:5, 11:7
**news** [3] - 38:24, 66:17, 68:20
**Next** [1] - 82:4
**next** [26] - 33:24, 34:24, 35:6, 35:10, 36:22, 37:16, 38:25, 41:23, 48:5, 50:8, 50:19, 51:1, 51:4, 54:21, 57:20, 57:23, 58:1, 59:15, 62:8, 64:10, 71:7, 74:19, 74:20, 80:16, 81:6
**NEXT** [1] - 13:19
**night** [1] - 40:19
**nine** [2] - 37:15, 61:22
**NIZIALEK** [11] - 5:4, 35:15, 35:18, 36:2, 36:5, 36:10, 36:13, 60:1, 78:23, 78:25, 79:9
**Nizialek** [3] - 35:15, 60:1, 78:25
**NO** [2] - 1:6, 12:3
**NOAA** [1] - 20:22
**Noble** [11] - 25:20, 27:17, 27:18, 28:23, 28:24, 32:6, 32:15, 32:18, 32:20, 32:22, 33:13
**NOBLE...................** [1] - 9:1
**NOBLE...................** .......................... [1] - 8:24
**Nome** [1] - 34:10
**NOMELLINI** [12] - 4:4, 26:7, 26:10, 28:2, 28:8, 30:12, 32:17, 33:10, 33:20, 34:21, 35:9, 36:15
**Nomellini** [7] - 26:5, 26:10, 28:2, 30:12, 34:9, 35:11, 36:15
**Nomenelli** [1] - 34:7
**nominate** [1] - 48:23
**non** [1] - 52:16
**non-party** [1] - 52:16
**none** [1] - 81:1
**nonprivileged** [1] - 22:1
**NORFOLK** [1] - 2:5
**normal** [1] - 69:7
**NORTH** [4] - 3:17, 3:18, 3:20, 3:21

**NORTHCOURT** [1] - 6:8
**NOT** [2] - 12:14, 13:9
**notary** [1] - 58:22
**notches** [1] - 56:2
**NOTE** [1] - 82:4
**note** [4] - 33:24, 37:3, 38:13, 66:10
**notes** [1] - 63:10
**nothing** [2] - 41:6, 65:9
**notice** [7] - 22:25, 23:8, 53:7, 58:20, 68:1, 73:3, 73:19
**NOTICE** [1] - 11:12
**notified** [1] - 73:10
**November** [2] - 55:9, 69:14
**NUMBER** [1] - 9:22
**number** [5] - 31:11, 33:4, 41:1, 43:21, 56:13
**numbered** [1] - 82:18
**numbers** [1] - 43:25
**NW** [1] - 4:24
**NY** [2] - 5:8, 5:20

## O

**O'BRIEN'S** [1] - 5:14
**O'KEEFE** [2] - 1:22, 6:19
**O'Toole** [2] - 52:25, 59:14
**O'TOOLE...................** ..................... [1] - 11:17
**O'TOOLE...................** .......................... [1] - 11:1
**object** [1] - 75:20
**objected** [1] - 29:19
**objection** [1] - 76:2
**objections** [1] - 61:1
**OBJECTIONS** [1] - 11:22
**obstacle** [1] - 20:8
**obvious** [2] - 52:19, 54:7
**obviously** [2] - 16:6, 43:12
**occurred** [1] - 37:15
**occurs** [1] - 79:22
**October** [2] - 70:3, 70:4
**OF** [22] - 1:1, 1:5, 1:12, 2:17, 3:3, 8:10, 8:15, 8:21, 9:3, 9:19, 9:22, 10:6, 11:14,

11:19, 11:24, 11:25,
12:11, 12:15, 13:2,
13:3, 13:7, 13:8
**offense** [2] - 35:25,
42:3
**offered** [2] - 34:23,
34:24
**OFFICE** [1] - 2:22
**office** [6] - 34:24,
35:23, 55:22, 55:25,
78:19, 81:25
**OFFICER** [1] - 82:3
**OFFICIAL** [1] - 7:6
**Official** [2] - 82:14,
82:23
**offline** [1] - 20:10
**OFFSHORE** [3] - 3:7,
5:3, 5:15
**often** [1] - 62:14
**oil** [2] - 25:16, 27:8
**OIL** [2] - 1:4, 1:4
**oilfield** [1] - 27:6
**ON** [6] - 1:5, 8:12,
9:17, 9:19, 11:25,
13:3
**once** [2] - 63:25, 70:12
**ONE** [4] - 3:22, 6:8,
6:12, 6:24
**one** [57] - 18:13, 20:8,
20:20, 23:5, 25:20,
25:22, 27:20, 27:23,
28:4, 28:6, 28:23,
32:6, 32:7, 32:15,
35:10, 36:16, 40:24,
42:15, 43:2, 43:10,
43:12, 43:24, 45:24,
46:12, 46:13, 46:25,
47:6, 47:12, 49:1,
49:16, 51:15, 51:17,
51:22, 54:16, 54:22,
54:25, 55:5, 55:11,
55:12, 58:9, 64:2,
65:21, 65:22, 66:15,
68:15, 68:23, 69:9,
70:8, 72:1, 72:3,
74:19, 75:1, 77:9,
77:10, 77:14
**one-day** [7] - 45:24,
46:12, 46:13, 47:6,
51:15, 55:5, 68:23
**ongoing** [1] - 79:6
**onus** [1] - 26:16
**open** [3] - 41:8, 67:8,
78:21
**opened** [1] - 64:13
**operative** [1] - 42:18
**operators** [1] - 30:8
**opinion** [1] - 18:15
**opportunity** [4] - 38:4,
64:19, 64:23, 79:1

**opposed** [1] - 68:23
**opposing** [1] - 77:7
**opposition** [1] - 75:15
**OR** [2] - 11:17, 11:25
**order** [23] - 32:10,
35:20, 38:24, 39:14,
55:5, 56:5, 76:17,
76:20, 77:20, 78:12,
78:13, 78:14, 78:20,
79:12, 79:17, 79:23,
80:1, 80:4, 81:3,
81:4, 81:7
**Order** [3] - 23:2, 23:3,
79:14
**ORDER** [5] - 8:18,
13:11, 13:13, 14:4
**ordered** [1] - 34:12
**ORDERS** [1] - 13:8
**orders** [1] - 78:10
**original** [1] - 54:5
**ORLEANS** [13] - 1:7,
1:22, 2:12, 3:5, 3:11,
3:24, 4:9, 4:21, 5:5,
5:24, 6:17, 6:21, 7:7
**OTHER** [1] - 13:14
**otherwise** [3] - 44:8,
44:9, 81:23
**ought** [1] - 39:2
**OUT** [2] - 11:13, 13:8
**outside** [1] - 17:2
**overruled** [2] - 44:25,
45:2
**own** [1] - 20:13
**owners** [1] - 30:8

**P**

**package** [1] - 15:17
**page** [6] - 18:25,
79:12, 80:7, 80:8,
80:9, 81:2
**PAGE** [1] - 8:3
**pages** [1] - 22:5
**PAN** [1] - 2:11
**PAPANTONIO** [1] -
2:6
**paperwork** [1] - 31:24
**PARAMETERS** [1] -
11:13
**parameters** [1] - 58:21
**PARKWAY** [1] - 6:4
**part** [7] - 16:17, 19:13,
50:1, 52:10, 54:4,
77:17, 81:14
**participants** [2] - 14:8,
81:23
**participate** [2] - 64:11,
64:23
**participated** [1] -

66:11
**particular** [4] - 33:4,
37:1, 51:3, 78:1
**particularly** [2] -
64:14, 77:15
**parties** [5] - 15:4,
31:11, 36:11, 70:17,
78:4
**partner** [2] - 51:24,
55:22
**PARTNERS** [1] - 6:15
**parts** [5] - 14:23, 15:4,
15:10, 30:22, 74:14
**PARTY** [1] - 13:17
**party** [6] - 39:21,
49:24, 50:17, 52:16,
58:6, 81:17
**pass** [2] - 38:25, 62:15
**passed** [1] - 36:3
**past** [1] - 58:6
**PATRICK** [1] - 6:19
**pattern** [2] - 28:10,
28:12
**PAUL** [1] - 2:10
**paul** [1] - 57:19
**Paul** [13] - 46:7, 47:11,
54:15, 56:24, 57:4,
67:16, 71:13, 72:13,
73:6, 73:13, 74:6,
75:6, 75:9
**pay** [1] - 20:13
**pending** [2] - 21:22,
48:15
**PENDING** [1] - 8:15
**PENSACOLA** [1] - 2:8
**people** [12] - 18:2,
36:25, 41:3, 41:5,
41:7, 41:11, 52:18,
61:8, 67:2, 70:22,
74:14, 77:23
**PEPPER** [1] - 7:6
**Pepper** [4] - 22:23,
82:12, 82:21, 82:22
**per** [2] - 40:6, 65:22
**percent** [2] - 20:22,
21:3
**perfect** [6] - 20:22,
20:24, 22:10, 35:14,
48:22
**perhaps** [4] - 26:20,
31:16, 33:6, 40:8
**period** [5] - 20:10,
20:20, 22:22, 36:6,
66:22
**perk** [1] - 31:20
**person** [2] - 54:5, 75:1
**personal** [1] - 48:19
**perspective** [2] -
18:22, 69:4
**PERTAINING** [2] -

8:18, 13:12
**pertaining** [2] - 23:4,
79:13
**pertinent** [1] - 54:8
**PETROLEUM** [2] -
4:18, 6:12
**phase** [1] - 63:20
**Phase** [16] - 19:23,
22:25, 23:18, 34:7,
36:16, 39:8, 43:1,
44:19, 46:12, 46:13,
46:14, 46:18, 47:10,
62:25, 64:12, 64:17
**PHASE** [6] - 8:10, 9:3,
9:8, 9:14, 10:8, 12:4
**phases** [1] - 63:21
**PHELPS** [1] - 6:7
**Phil** [5] - 35:15, 35:17,
60:1, 78:25, 79:8
**PHILLIP** [1] - 5:4
**phone** [5] - 14:8,
14:19, 17:13, 26:5,
81:23
**pick** [3] - 48:20, 50:1,
50:4
**piece** [6] - 16:1, 17:20,
18:13, 18:16, 42:3,
64:16
**pieces** [2] - 16:6,
18:13
**PIGMAN** [1] - 4:7
**PILLSBURY** [1] - 5:7
**PINHOOK** [1] - 6:13
**pipe** [2] - 16:9, 31:22
**pitch** [2] - 44:24, 45:1
**PITTMAN** [1] - 5:7
**place** [8] - 25:7, 25:8,
26:22, 28:19, 33:10,
33:11, 42:14, 69:13
**PLACE** [1] - 5:23
**placeholder** [1] -
54:17
**PLAINTIFFS** [1] - 2:3
**plaintiffs** [7] - 26:12,
27:11, 30:3, 30:18,
33:1, 34:25, 62:2
**PLAINTIFFS'** [1] -
1:17
**plaintiffs'** [1] - 77:5
**plan** [1] - 35:12
**planning** [1] - 72:16
**play** [1] - 70:25
**playing** [1] - 44:10
**PLC** [7] - 43:9, 43:14,
43:15, 43:23, 44:1,
44:2, 44:8
**PLC**............................
..................... [1] -
10:7
**podium** [1] - 71:3

**point** [10] - 29:8,
30:24, 39:13, 54:25,
65:4, 65:19, 67:2,
70:7, 79:3
**pointed** [2] - 25:3,
58:8
**pointing** [1] - 71:19
**points** [2] - 29:13,
30:13
**POLK** [1] - 4:19
**poor** [1] - 62:24
**position** [5] - 38:4,
38:6, 64:2, 64:19,
64:22
**possible** [6] - 21:2,
21:21, 53:8, 54:22,
56:9, 64:8
**possibly** [1] - 46:8
**potential** [2] - 33:24,
71:8
**POTENTIAL** [1] -
12:17
**potentially** [2] - 25:12,
43:3
**POYDRAS** [7] - 2:11,
3:10, 3:23, 4:21, 5:5,
6:20, 7:7
**practice** [1] - 25:4
**practices** [2] - 27:5,
29:20, 30:11
**pre** [1] - 55:11
**pre-2008** [1] - 20:11
**pre-April** [1] - 55:11
**precise** [1] - 57:12
**predecessor** [1] -
28:20
**predecessors** [1] -
28:14
**prefer** [4] - 35:19,
36:6, 72:14, 74:18
**preference** [2] - 16:5,
18:6
**prejudice** [7] - 75:14,
75:24, 76:15, 77:6,
77:16, 77:24, 78:5
**PREJUDICE**..............
.................................
[1] - 13:5
**preliminary** [1] - 62:25
**PRELIMINARY** [1] -
12:3
**prepared** [1] - 68:12
**PRESENT** [1] - 7:3
**present** [1] - 58:22
**presently** [1] - 15:25
**preservation** [3] -
14:18, 15:11, 19:22
**PRESERVATION**.......
.................................
[1] - 8:5

**preserve** [3] - 15:16, 18:2, 18:3
**preserved** [4] - 15:5, 15:17, 17:24, 18:23
**PRESSURE** [1] - 11:3
**pressure** [2] - 15:18, 53:11
**presumably** [4] - 25:15, 28:25, 29:24, 32:15
**presume** [1] - 74:13
**presumptively** [1] - 29:23
**pretty** [3] - 39:2, 41:8, 66:7
**price** [1] - 15:2
**PRIDE** [1] - 9:2
**Pride** [10] - 25:22, 27:17, 27:18, 28:3, 29:2, 32:11, 33:5, 33:6, 33:17, 34:2
**PRIDE........................ ......................... [1] - 8:25
**primary** [1] - 42:13
**priority** [1] - 54:6
**PRIVILEGE** [4] - 8:16, 9:6, 9:19, 10:1
**privilege** [5] - 21:23, 22:2, 34:20, 40:10, 41:22
**PRIVILEGED** [1] - 9:16
**privileged** [1] - 39:24
**privy** [1] - 56:6
**pro** [1] - 77:15
**Probert** [1] - 58:9
**problem** [6] - 19:1, 46:16, 52:10, 57:4, 59:11, 77:23
**proceed** [1] - 71:18
**PROCEEDINGS** [3] - 1:12, 7:9, 14:1
**proceedings** [3] - 65:25, 82:6, 82:17
**process** [4] - 21:9, 25:19, 36:20, 38:25
**PROCTOR** [1] - 2:7
**produce** [8] - 20:18, 21:10, 27:19, 29:17, 32:14, 35:13, 40:9, 43:17
**PRODUCE** [1] - 9:17
**PRODUCED** [1] - 7:10
**produced** [6] - 20:25, 21:1, 22:5, 31:24, 43:7, 44:15
**PRODUCTION** [4] - 3:16, 3:19, 9:19, 10:6

**production** [12] - 20:2, 21:24, 21:25, 23:16, 29:16, 32:10, 40:10, 43:5, 43:6, 43:11, 43:24
**PRODUCTION........... .................... [1] - 8:11
**productions** [1] - 41:23
**PRODUCTIONS........ ..** [1] - 10:1
**PRODUCTS** [1] - 3:21
**projected** [1] - 17:18
**promise** [1] - 63:11
**proper** [1] - 80:2
**prophylactic** [1] - 44:13
**proposal** [1] - 77:10
**PROPOSAL** [1] - 13:6
**propose** [1] - 36:19
**PROPOSED** [1] - 12:2
**proposed** [2] - 61:24, 77:11
**propound** [1] - 56:15
**propounded** [1] - 43:13
**PROTECTIVE** [2] - 8:17, 13:13
**Protective** [3] - 23:2, 23:3, 79:14
**provide** [3] - 32:23, 41:17, 56:12
**provided** [2] - 39:20, 61:5
**provision** [4] - 27:12, 30:16, 30:18, 30:25
**PSC** [19] - 8:9, 8:19, 12:14, 15:13, 15:22, 23:15, 23:20, 24:7, 29:3, 32:7, 43:2, 45:21, 59:20, 59:22, 67:13, 67:23, 69:5, 71:13, 75:6
**PSC's** [1] - 68:15
**PTO** [4] - 77:5, 77:14, 77:20, 77:22
**public** [3] - 36:5, 36:9, 70:12
**pun** [1] - 52:17
**purpose** [1] - 71:5
**purposes** [2] - 16:19, 46:25
**pursuant** [1] - 41:23
**pursue** [1] - 76:24
**pushing** [1] - 54:16
**put** [17] - 29:22, 42:15, 48:14, 51:25, 52:2, 52:3, 53:7, 54:4, 54:13, 57:16, 58:10, 68:11, 69:17, 69:20,

70:22, 71:20, 77:6

## Q

**questioned** [1] - 32:2
**questioning** [2] - 29:20, 80:11
**questions** [7] - 15:15, 56:10, 56:13, 56:22, 69:8, 79:20, 80:22
**Quibodeaux** [1] - 50:15
**QUIBODEAUX.......... .....** [1] - 10:20
**quick** [2] - 30:13, 81:25
**quickly** [3] - 29:13, 58:4, 62:3
**QUIP** [1] - 6:3

## R

**R&B** [2] - 11:25, 61:12
**rabbit** [1] - 27:21
**RACHEL** [1] - 3:13
**Rachel** [1] - 55:21
**radar** [1] - 18:5
**radical** [1] - 42:22
**Rae** [1] - 62:9
**RAFFERTY** [1] - 2:7
**raise** [5] - 43:2, 43:4, 54:25, 75:14, 76:19
**raised** [2] - 43:2, 43:20
**ram** [6] - 30:18, 31:22, 31:23, 31:25, 32:1, 32:5
**rams** [4] - 25:8, 30:1, 30:4, 31:20
**rate** [1] - 16:20
**rather** [6] - 21:24, 32:5, 36:5, 49:23, 52:10, 74:19
**Ravi** [2] - 51:7, 52:4
**RAVI........................... ........................ [1] - 10:22
**RE** [1] - 1:4
**read** [6] - 17:16, 27:4, 41:19, 55:4, 76:12, 80:1
**reading** [1] - 68:12
**Reading** [1] - 28:19
**ready** [1] - 76:5
**real** [2] - 14:14, 62:3
**realize** [1] - 17:12
**realized** [2] - 54:15, 54:18

**really** [15] - 16:25, 22:7, 25:20, 30:24, 31:12, 34:3, 34:4, 42:3, 52:16, 55:4, 66:18, 68:22, 71:12, 73:12, 81:10
**Realtime** [2] - 82:12, 82:22
**REALTIME** [1] - 7:6
**reason** [3] - 74:13, 76:4, 77:7
**receive** [1] - 79:20
**received** [3] - 73:3, 73:19, 80:5
**RECENT** [1] - 13:16
**recent** [3] - 52:19, 54:6, 81:16
**recently** [1] - 63:3
**receptive** [1] - 57:7
**recognize** [1] - 31:19
**record** [8] - 23:9, 29:25, 43:22, 44:14, 72:4, 82:17
**RECORDED** [1] - 7:9
**records** [2] - 21:16, 56:8
**recount** [1] - 37:12
**red** [1] - 32:2
**redacted** [2] - 34:12, 38:5
**REDACTED** [1] - 9:4
**redaction** [2] - 34:20, 34:22
**REDACTION............ ...................... [1] - 9:6
**redactions** [1] - 38:14
**referred** [2] - 14:24, 16:4
**referring** [2] - 31:22, 35:3
**refile** [4] - 76:5, 76:22, 77:18, 77:19
**refiling** [1] - 76:18
**regard** [5] - 37:23, 51:6, 53:10, 81:4, 81:19
**regarding** [2] - 23:24, 39:20
**Registered** [1] - 82:12
**REGULATORY** [1] - 11:14
**regulatory** [1] - 59:7
**related** [1] - 20:4
**RELATED** [1] - 8:12
**relates** [1] - 40:1
**RELATES** [1] - 1:9
**relating** [2] - 41:3, 41:11
**RELATING** [1] - 9:24

**relationships** [1] - 26:19
**relative** [7] - 19:24, 59:6, 62:25, 63:22, 73:19, 80:10, 81:16
**RELATIVE** [3] - 11:14, 12:3, 13:17
**relatively** [2] - 15:25, 21:7
**RELEASE** [1] - 13:9
**release** [1] - 79:4
**relevant** [12] - 25:2, 25:3, 25:5, 25:10, 25:12, 25:13, 28:12, 28:16, 28:17, 30:9, 30:23, 31:5
**rely** [1] - 68:12
**remaining** [1] - 60:13
**remember** [5] - 28:13, 36:9, 59:7, 63:9, 74:9
**remind** [1] - 77:4
**RENAISSANCE** [1] - 4:12
**rental** [3] - 15:2, 15:5, 15:11
**reopeners** [1] - 66:6
**REPORT** [2] - 10:2, 10:3
**report** [26] - 19:24, 20:1, 36:17, 36:21, 37:9, 39:11, 39:19, 39:21, 40:16, 41:16, 41:17, 41:25, 42:1, 42:5, 42:7, 42:8, 42:12, 42:16, 53:17, 58:1, 58:13, 61:2, 61:20, 67:18, 68:13
**REPORT.................... ........ [1] - 9:15
**REPORT.................... .............. [1] - 11:10
**reported** [2] - 50:23, 62:24
**Reporter** [6] - 82:12, 82:13, 82:14, 82:22, 82:23
**REPORTER** [2] - 7:6, 7:6
**REPORTER'S** [2] - 82:4, 82:10
**reports** [4] - 29:16, 32:16, 68:3, 68:9
**represent** [1] - 64:7
**representation** [3] - 76:20, 76:22, 76:23
**represented** [3] - 77:25, 78:4, 80:17
**REPRESENTED** [1] - 13:15

**request** [19] - 15:13, 21:22, 24:5, 30:3, 52:12, 53:8, 53:21, 54:4, 54:20, 55:12, 55:13, 58:14, 59:13, 61:1, 61:7, 61:10, 64:24, 65:7, 65:10

**REQUEST** [7] - 8:9, 8:15, 10:23, 11:11, 11:16, 11:22, 11:24

**REQUESTED** [1] - 11:18

**requested** [2] - 45:1, 59:16

**requesting** [3] - 20:15, 50:17, 58:6

**require** [2] - 17:3, 25:7

**required** [1] - 25:8

**requirements** [2] - 25:10, 59:2

**requires** [1] - 25:6

**rescheduling** [1] - 67:9

**reserve** [1] - 70:15

**resolution** [1] - 78:7

**resolve** [3] - 20:9, 20:21, 79:6

**resolved** [3] - 39:16, 41:20, 62:5

**resource** [1] - 63:21

**resources** [1] - 22:1

**respect** [15] - 21:6, 21:15, 26:11, 26:14, 31:3, 32:18, 33:23, 34:6, 34:21, 34:22, 36:2, 47:1, 56:3, 71:21, 80:21

**respond** [3] - 53:14, 77:13, 80:7

**responded** [1] - 62:23

**RESPONSE** [2] - 5:14, 6:18

**response** [8] - 21:10, 21:14, 39:20, 54:3, 58:4, 62:4, 76:16, 79:21

**responsibilities** [3] - 26:14, 26:23, 39:21

**responsible** [1] - 62:10

**responsive** [2] - 44:8, 57:24

**rest** [1] - 78:10

**REST** [1] - 13:8

**result** [1] - 21:12

**retain** [1] - 15:14

**RETAIN** [1] - 8:9

**review** [2] - 34:25, 56:8

**revised** [1] - 40:10

**REVISED** [1] - 9:19

**Rich** [1] - 59:13

**rich** [1] - 52:12

**RICH** [2] - 10:23, 11:16

**Richard** [2] - 46:9, 47:19

**RICHARD** [1] - 10:14

**RICHESON** [1] - 4:20

**RIG** [1] - 1:4

**rig** [13] - 28:4, 28:6, 28:7, 29:1, 30:8, 32:11, 32:20, 33:4, 34:1, 49:6

**rig-based** [2] - 28:4, 28:6

**rig-by-rig** [2] - 29:1, 32:11

**rigs** [3] - 25:25, 27:25, 29:5

**ripe** [2] - 38:8, 40:6

**rise** [3] - 14:6, 40:2, 82:3

**riser** [2] - 15:17, 16:9

**risk** [5] - 25:4, 27:5, 27:12, 27:19, 30:2

**RMR** [2] - 7:6, 82:22

**ROAD** [1] - 6:13

**road** [3] - 43:15, 64:1, 65:24

**ROBERT** [1] - 4:20

**Roberts'** [1] - 55:25

**role** [1] - 53:15

**rolling** [1] - 14:17

**RONQUILLO** [2] - 4:11, 4:14

**ROOM** [2] - 2:20, 7:7

**room** [1] - 59:23

**rough** [1] - 18:18

**ROY** [4] - 1:17, 1:18, 42:25, 44:12

**Roy** [2] - 42:24, 44:6

**rule** [1] - 78:4

**Rule** [1] - 5:10

**ruling** [8] - 23:1, 23:5, 38:14, 38:17, 60:13, 61:11, 75:21, 78:19

**RULING** [1] - 11:25

**rulings** [1] - 51:18

**run** [3] - 20:22, 40:13, 50:19

**running** [5] - 21:15, 21:19, 40:12, 43:3, 43:14

**runs** [1] - 43:4

**RUSNAK** [1] - 2:13

**RYAN** [3] - 4:4, 11:1, 11:17

**Ryan** [2] - 52:25, 59:14

## S

**s/Cathy** [1] - 82:21

**SALLY** [1] - 1:12

**SAN** [1] - 2:20

**Sarah** [3] - 19:25, 20:3, 22:14

**SARAH** [1] - 2:19

**Sarah's** [2] - 22:13, 22:24

**Saturday** [6] - 62:11, 67:8, 69:12, 69:22

**SATURDAY** [1] - 12:13

**Saturdays** [4] - 66:21, 66:22, 66:23, 67:4

**SATURDAYS** [1] - 12:8

**saw** [2] - 74:8, 80:5

**SAYS** [1] - 9:17

**scanned** [1] - 21:16

**schedule** [5] - 52:4, 66:22, 69:17, 69:20, 71:5

**SCHEDULE.........** [1] - 12:8

**SCHEDULE.............**
**...........................** [1] - 12:16

**scheduled** [5] - 46:12, 47:16, 47:17, 48:6, 60:7

**scheduling** [1] - 44:20

**SCHEDULING...........**
**.........** [1] - 10:8

**SCHELL** [1] - 4:19

**Schlumberger** [4] - 52:22, 53:1, 53:2, 53:4

**SCHLUMBERGER** [1] - 10:24

**SCOFIELD** [1] - 5:10

**scratched** [1] - 80:16

**screen** [1] - 18:5

**se** [2] - 40:6, 77:15

**SEACOR** [6] - 5:15, 5:15, 5:16, 5:16, 5:17, 5:17

**seal** [1] - 78:12

**search** [2] - 21:9, 36:19

**SEARCH** [2] - 9:10, 9:11

**searches** [3] - 21:2, 21:14, 21:16

**seat** [1] - 63:16

**second** [5] - 24:11, 31:3, 54:18, 61:4, 71:5

**SECURITY** [1] - 82:3

**see** [23] - 14:15, 14:18, 24:11, 27:2, 31:19, 32:8, 33:14, 33:15, 33:18, 36:8, 42:16, 47:14, 47:22, 47:23, 53:4, 60:23, 61:24, 62:7, 66:15, 75:15, 78:8, 81:24

**seeing** [1] - 62:18

**seek** [1] - 64:9

**seem** [3] - 22:19, 33:22, 34:14

**send** [4] - 52:11, 60:5, 62:19, 73:24

**sense** [6] - 18:2, 32:12, 39:5, 42:7, 70:15, 75:1

**sent** [4] - 30:2, 39:23, 53:9, 62:3

**separate** [2] - 16:17, 24:10

**September** [12] - 45:11, 45:21, 47:17, 48:1, 48:20, 51:3, 51:14, 51:25, 55:17, 55:25, 59:18

**Seriale** [3] - 72:9, 72:15, 72:19

**SERIALE...................**
**........................** [1] - 12:21

**seriously** [1] - 65:10

**Service** [2] - 27:10, 33:25

**service** [1] - 27:10

**SERVICES** [3] - 4:11, 6:15, 9:1

**Services** [3] - 32:21, 32:24, 33:13

**services** [1] - 32:22

**session** [1] - 39:5

**SET** [1] - 11:13

**set** [13] - 21:9, 23:5, 39:1, 41:17, 42:5, 47:21, 47:24, 48:2, 55:9, 58:21, 59:1, 59:17, 61:6

**settlement** [8] - 35:8, 35:12, 35:19, 37:9, 37:24, 38:1, 38:2, 79:4

**SETTLEMENT** [3] - 9:7, 9:12, 13:10

**seven** [1] - 53:19

**share** [1] - 15:5

**SHAW** [1] - 5:7

**shear** [6] - 25:8, 29:25, 30:4, 30:17, 31:20, 32:5

**sheets** [1] - 43:10

**SHELL** [1] - 3:22

**shifting** [1] - 54:12

**SHORT** [1] - 12:2

**short** [4] - 22:7, 61:24, 70:12, 74:15

**shorter** [1] - 64:2

**shot** [1] - 46:25

**SHUSHAN** [1] - 1:12

**Shushan** [2] - 17:9, 27:2

**side** [1] - 45:9

**SIEMENS** [1] - 5:18

**sign** [1] - 68:15

**significant** [1] - 21:7

**similar** [3] - 38:15, 58:9, 78:3

**simple** [1] - 16:1

**simply** [1] - 21:25

**single** [1] - 43:6

**sit** [1] - 68:2

**sitting** [1] - 62:8

**situation** [4] - 66:19, 76:8, 77:1, 80:23

**six** [5] - 18:17, 39:13, 65:21

**skin** [1] - 68:16

**skip** [1] - 39:10

**Skripnikova** [1] - 54:7

**slot** [2] - 41:6, 69:5

**smaller** [1] - 39:5

**snubbing** [1] - 14:20

**sold** [1] - 46:1

**solution** [1] - 52:11

**SOME** [3] - 9:22, 11:25, 12:11

**someday** [1] - 65:25

**someone** [2] - 62:9, 71:24

**somewhere** [1] - 16:12

**soon** [4] - 41:12, 53:8, 62:5, 75:9

**sorry** [5] - 22:16, 34:19, 39:13, 50:25, 58:3

**sort** [4] - 38:25, 40:1, 40:7, 76:17

**sought** [1] - 26:12

**sound** [1] - 17:5

**sounds** [2] - 33:20, 57:25

**SOUTH** [1] - 2:8

**speaking** [3] - 23:16, 50:16, 55:16

**specific** [6] - 26:18, 30:16, 30:25, 31:13, 34:1

**specifics** [1] - 26:21,

30:15, 31:14
**SPILL** [1] - 1:4
**spilled** [1] - 53:18
**spoken** [1] - 72:13
**SQUARE** [1] - 3:22
**squarely** [1] - 22:11
**ST** [3] - 5:23, 5:24,
6:16
**stack** [9] - 15:14,
15:17, 15:21, 15:24,
15:25, 16:16, 16:19,
18:16, 18:23
**STACK**............. [1] -
8:9
**stage** [1] - 27:22
**stand** [1] - 68:11
**standpoint** [1] - 37:25
**start** [6] - 33:14,
33:15, 41:13, 44:17,
65:24, 70:22
**started** [1] - 65:5
**starting** [2] - 33:10,
33:11
**STATE** [2] - 2:22, 3:3
**State** [3] - 63:22,
76:18, 82:13
**state** [1] - 76:5
**statement** [1] - 79:2
**States** [4] - 60:20,
60:21, 82:14, 82:23
**STATES** [2] - 1:1, 1:13
**states** [3] - 55:18,
59:24, 59:25
**STATES'** [1] - 8:11
**States'** [2] - 20:2,
23:16
**STATUS** [1] - 1:12
**stays** [1] - 16:5
**STENOGRAPHY** [1] -
7:9
**step** [3] - 37:16, 56:25,
57:5
**STEPHEN** [2] - 1:21,
10:19
**Stephen** [1] - 50:12
**STERBCOW** [39] -
2:10, 2:10, 46:4,
46:7, 47:19, 47:21,
47:24, 48:2, 48:5,
48:8, 48:11, 48:13,
48:16, 56:24, 57:6,
57:11, 57:14, 57:18,
57:20, 58:16, 58:18,
58:20, 59:4, 67:17,
67:22, 67:25, 68:8,
71:21, 72:1, 72:5,
72:9, 72:15, 72:17,
73:8, 73:15, 73:24,
74:7, 75:5, 75:11
**Sterbcow** [8] - 46:3,

46:7, 47:1, 56:24,
58:2, 58:12, 75:3,
75:8
**Steve** [15] - 24:17,
25:14, 27:2, 31:21,
32:3, 32:25, 33:1,
43:22, 55:24, 61:25,
62:1, 62:24, 63:11,
63:15, 77:3
**Steve's** [1] - 55:22
**STILL** [1] - 9:14
**still** [13] - 15:10,
21:17, 35:18, 35:21,
39:9, 45:16, 47:12,
51:13, 52:4, 63:9,
67:3, 68:21, 77:23
**stipulation** [1] - 77:17
**STONE** [1] - 4:7
**stored** [3] - 14:23,
15:7, 16:12
**STRADLEY** [1] - 6:23
**STREET** [17] - 1:19,
2:8, 2:11, 3:4, 3:10,
3:13, 3:23, 4:8, 4:12,
4:21, 4:24, 5:5, 5:12,
6:9, 6:20, 6:24, 7:7
**strenuously** [1] -
34:22
**strike** [1] - 70:18
**stuff** [1] - 43:18
**subject** [4] - 49:12,
51:13, 54:24, 77:19
**submitted** [2] - 68:9,
70:11
**submitting** [1] - 68:3
**subpoena** [1] - 53:4
**subsequent** [1] -
65:24
**successors** [1] -
28:21
**sufficient** [2] - 37:22,
38:3
**suggest** [2] - 33:2,
33:15
**suggested** [2] - 35:1,
39:4
**suggesting** [1] - 43:16
**suggestion** [1] - 30:22
**suite** [1] - 17:2
**SUITE** [13] - 2:8, 2:11,
3:13, 3:23, 4:12,
4:15, 4:21, 5:5, 5:12,
6:9, 6:13, 6:16, 6:20
**SUPPLEMENTAL** [1] -
13:11
**supplemental** [2] -
42:7, 79:12
**supplemented** [1] -
39:19
**supplements** [1] -

21:4
**supply** [1] - 25:16
**SUPPORT** [1] - 6:11
**surgery** [2] - 42:22,
43:3
**surgical** [3] - 41:10,
42:19, 43:4
**survey** [1] - 69:18
**suspect** [5] - 16:20,
17:23, 38:14, 80:14,
80:20
**SUTHERLAND** [1] -
3:12
**sweating** [2] - 37:2,
37:5
**sympathetic** [1] - 56:7
**SYSTEM** [1] - 13:7
**system** [6] - 20:12,
20:19, 21:13, 21:19,
78:9, 78:14

---

## T

**table** [1] - 45:10
**TAKEN**........... [1] -
12:1
**TAKING** [2] - 12:24,
13:1
**tall** [1] - 18:13
**target** [1] - 22:11
**targeted** [1] - 41:10
**TARTER** [1] - 5:11
**tat** [2] - 61:16, 61:22
**team** [3] - 41:2, 60:9,
63:23
**TEAM**.......................
........... [1] - 9:23
**technical** [4] - 16:25,
18:2, 20:23, 69:5
**Ted** [1] - 73:1
**tee** [2] - 37:22, 38:3
**teleconference** [1] -
59:1
**telephone** [1] - 78:19
**TEN** [1] - 13:3
**ten** [7] - 59:24, 60:2,
60:18, 65:20, 75:13,
76:14, 82:1
**tentative** [7] - 44:21,
45:11, 45:16, 48:21,
49:12, 50:2, 51:11
**tentatively** [1] - 54:13
**term** [1] - 44:19
**terms** [6] - 23:23,
28:10, 29:11, 36:19,
57:7, 61:5
**TERMS**.......................
......... [1] - 9:10
**TERMS**......................

.................... [1] -
9:11
**terrific** [3] - 24:3, 62:6,
68:14
**TESSIER** [1] - 5:3
**test** [2] - 31:22, 32:1
**testify** [1] - 74:4
**testimony** [5] - 33:5,
33:8, 52:16, 54:6,
54:8
**TEXAS** [1] - 6:5
**THAT** [4] - 11:25,
12:14, 12:17, 13:13
**THE** [274] - 1:4, 1:5,
1:12, 1:17, 2:3, 2:17,
3:3, 8:9, 8:16, 8:18,
9:17, 9:19, 10:1,
11:12, 11:14, 11:18,
12:2, 12:3, 12:11,
12:24, 13:1, 13:2,
13:7, 13:8, 13:9,
13:12, 13:16, 13:18,
14:6, 14:7, 14:10,
14:13, 14:15, 16:2,
16:8, 16:11, 16:21,
17:5, 17:12, 17:15,
18:5, 18:10, 18:19,
19:1, 19:3, 19:8,
19:12, 19:15, 19:20,
20:3, 22:12, 22:18,
23:11, 23:17, 24:3,
24:6, 24:10, 24:15,
24:21, 24:25, 25:14,
25:22, 25:25, 26:2,
26:9, 27:23, 28:23,
29:2, 31:15, 31:18,
32:3, 32:24, 33:9,
33:17, 33:21, 34:3,
34:9, 35:5, 35:7,
35:11, 35:14, 35:17,
35:24, 36:4, 36:8,
36:12, 36:14, 36:23,
37:5, 37:8, 37:14,
37:18, 38:8, 38:16,
39:7, 39:12, 39:15,
39:16, 39:18, 39:25,
40:3, 40:14, 40:18,
40:22, 41:6, 41:12,
41:19, 41:21, 42:18,
42:21, 42:23, 44:11,
44:14, 45:2, 45:6,
45:11, 45:14, 45:17,
46:1, 46:6, 46:17,
46:21, 47:5, 47:9,
47:20, 47:23, 48:1,
48:3, 48:6, 48:10,
48:12, 48:14, 48:17,
48:22, 49:1, 49:9,
49:12, 49:15, 49:21,
50:3, 50:7, 50:10,

50:12, 50:14, 50:20,
50:22, 50:25, 51:5,
51:12, 51:20, 51:25,
52:7, 52:9, 52:14,
52:21, 52:24, 53:1,
53:6, 53:10, 53:12,
53:25, 54:10, 54:14,
54:22, 55:1, 55:14,
55:19, 55:24, 56:4,
56:11, 56:14, 56:19,
57:2, 57:9, 57:12,
57:16, 57:19, 57:24,
58:2, 58:11, 58:17,
58:19, 58:25, 59:5,
59:11, 59:22, 59:25,
60:3, 60:8, 60:12,
60:16, 60:19, 60:20,
60:21, 60:24, 61:10,
61:15, 61:17, 61:22,
62:6, 62:12, 62:17,
62:21, 62:23, 63:4,
63:6, 63:14, 64:4,
64:14, 64:16, 64:22,
65:9, 65:13, 65:14,
65:17, 66:2, 66:8,
66:14, 67:21, 67:24,
68:5, 68:14, 68:25,
69:16, 69:25, 70:2,
70:5, 70:10, 70:20,
71:6, 71:10, 71:14,
71:19, 71:24, 72:3,
72:7, 72:11, 72:13,
72:18, 72:21, 73:3,
73:10, 73:17, 73:22,
74:2, 74:8, 74:16,
74:24, 75:3, 75:9,
75:12, 75:21, 75:24,
76:8, 76:10, 76:14,
76:23, 77:3, 77:21,
77:25, 78:6, 78:24,
79:8, 79:10, 79:15,
80:3, 80:19, 81:1,
81:7, 81:20, 81:22,
82:3
**THEIR** [3] - 9:22, 9:24,
13:4
**theirs** [1] - 53:22
**themselves** [2] - 22:9,
26:18
**THEODORE** [1] - 5:19
**therefore** [1] - 30:23
**THEREOF** [1] - 13:18
**thereof** [1] - 81:17
**THESE** [1] - 11:25
**THEY** [1] - 12:14
**they've** [2] - 20:16,
81:16
**THEY'VE** [1] - 13:16
**THINGS** [1] - 12:11
**THINK** [1] - 12:8

**thinking** [9] - 24:15, 49:6, 53:23, 57:7, 57:9, 67:7, 67:10, 70:23, 77:12
**third** [1] - 49:24
**third-party** [1] - 49:24
**THIS** [3] - 1:9, 11:13, 13:11
**THOMAS** [1] - 2:6
**Thorseth** [6] - 45:12, 45:13, 45:15, 46:9, 46:16, 47:15
**THORSETH** [1] - 46:18
**THORSETH.............. ......................** [2] - 10:10, 10:15
**thousand** [1] - 54:5
**three** [5] - 29:13, 42:11, 43:8, 46:8, 48:6
**THROUGH** [1] - 12:13
**Thunder** [5] - 33:4, 33:6, 33:18, 33:23, 34:2
**THUNDER** [1] - 9:2
**TIGHTEN** [1] - 13:7
**tighten** [1] - 78:9
**Tim** [4] - 43:20, 43:21, 44:3, 58:9
**TIME** [2] - 8:15, 11:18
**timing** [2] - 19:13, 42:1
**TIMING.............** [1] - 10:2
**tired** [1] - 20:5
**tit** [2] - 61:16, 61:22
**TO** [22] - 1:9, 8:9, 8:15, 8:18, 8:19, 9:14, 9:24, 11:14, 11:22, 12:2, 12:3, 12:8, 12:14, 13:4, 13:8, 13:9, 13:12, 13:17, 14:4, 81:14, 81:15
**today** [9] - 14:11, 14:19, 23:7, 35:13, 36:5, 38:23, 57:23, 73:25, 79:4
**TODAY...................... ......** [1] - 13:10
**together** [2] - 69:17, 69:20
**Tony** [4] - 36:24, 37:5, 44:21, 54:11
**TONY** [1] - 10:9
**took** [2] - 40:15, 42:14
**top** [1] - 16:9
**topic** [1] - 70:25
**TORTS** [1] - 2:18
**totally** [3] - 18:15,

43:1, 67:18
**touch** [1] - 48:18
**tough** [1] - 71:16
**TOWER** [2] - 2:4, 4:12
**tracked** [1] - 42:11
**Trahan** [3] - 48:17, 49:2, 49:5
**TRAHAN.................... ......................** [1] - 10:16
**trail** [1] - 27:21
**transcript** [1] - 82:16
**TRANSCRIPT** [2] - 1:12, 7:9
**transmittal** [1] - 43:6
**Transocean** [11] - 22:20, 23:3, 27:4, 27:12, 27:13, 27:20, 28:15, 28:21, 29:4, 29:10, 29:12, 29:17, 30:1, 30:4, 31:25, 39:11, 39:19, 40:9, 40:13, 59:16, 60:25, 61:12, 61:23, 80:17
**TRANSOCEAN** [11] - 3:6, 3:7, 3:8, 6:7, 8:17, 9:15, 9:17, 11:18, 11:22, 12:1, 13:15
**Transocean's** [2] - 29:15, 30:7
**treated** [1] - 55:8
**trial** [3] - 29:24, 68:12, 68:13
**true** [4] - 72:22, 76:1, 82:16
**try** [6] - 29:10, 34:10, 63:15, 65:14, 71:9, 74:21
**trying** [5] - 22:18, 29:23, 64:3, 64:18, 71:22
**TSEKERIDES** [3] - 5:19, 49:2, 73:1
**Tsekerides** [1] - 73:1
**Tuesday** [7] - 34:24, 35:1, 54:21, 65:13, 65:14, 67:8, 72:19
**Turlak** [1] - 50:22
**TURLAK.................... ......................** [1] - 10:21
**turn** [2] - 22:2, 22:18
**turned** [2] - 53:19, 53:21
**TWO** [2] - 8:23, 12:17
**two** [30] - 18:13, 21:21, 25:20, 25:23, 25:25, 26:1, 27:24, 30:13, 34:6, 34:11,

34:14, 42:11, 47:13, 47:25, 49:1, 49:7, 51:15, 51:20, 52:15, 52:22, 54:15, 54:16, 54:20, 54:22, 58:7, 58:10, 64:13, 65:8, 68:24, 71:8
**two-day** [9] - 49:1, 49:7, 51:15, 51:20, 54:20, 54:22, 58:7, 65:8, 68:24
**TX** [6] - 2:15, 3:14, 4:13, 4:16, 5:12, 6:25

## U

**U.S** [2] - 2:17, 5:22
**uber** [1] - 69:4
**ultimate** [1] - 30:5
**under** [3] - 59:2, 64:20, 78:12
**Underhill** [3] - 16:13, 16:15, 18:21
**UNDERHILL** [10] - 2:18, 16:14, 16:24, 17:19, 18:8, 19:9, 19:19, 45:8, 60:18, 60:22
**understood** [2] - 18:7, 61:15
**undertake** [1] - 53:3
**undertaking** [1] - 21:11
**UNDERWRITERS** [1] - 6:7
**Underwriters** [3] - 64:7, 64:10, 66:16
**unfortunately** [2] - 20:13, 75:5
**United** [6] - 20:2, 23:16, 60:20, 60:21, 82:14, 82:23
**UNITED** [3] - 1:1, 1:13, 8:11
**universities** [1] - 69:19
**unless** [1] - 29:9
**unnoticed** [1] - 60:11
**unreasonable** [1] - 55:13
**unredacted** [1] - 38:17
**unspecified** [1] - 60:8
**untruth** [1] - 14:16
**up** [39] - 20:5, 21:9, 21:14, 21:19, 22:4, 24:13, 24:17, 31:20, 33:4, 33:7, 33:23, 37:22, 38:4, 38:8,

39:1, 41:10, 44:21, 50:8, 50:10, 52:8, 56:2, 58:2, 58:10, 58:18, 59:1, 60:2, 60:5, 60:24, 62:13, 64:5, 74:7, 77:9, 78:9, 78:21, 78:24, 79:22, 80:13, 81:6, 81:9
**UP** [2] - 8:12, 13:7
**update** [11] - 14:22, 19:21, 22:12, 22:13, 35:7, 38:20, 38:22, 50:19, 60:25, 61:5, 61:25
**US** [3] - 11:25, 16:15, 16:23
**utility** [1] - 27:22

## V

**VA** [1] - 2:5
**vacation** [1] - 50:24
**value** [1] - 18:23
**variable** [1] - 31:22
**various** [1] - 32:22
**Vastar** [1] - 28:20
**versions** [1] - 38:6
**Victor** [3] - 52:22, 52:24, 59:13
**VICTOR** [2] - 10:25, 11:16
**Vidrine** [3] - 56:3, 56:9, 57:15
**VIDRINE.................... ......................** [1] - 11:8
**Vietnamese** [1] - 75:13
**VIETNAMESE** [1] - 13:4
**view** [1] - 64:12
**virtually** [2] - 20:12, 43:6
**visit** [1] - 81:25
**volunteered** [1] - 75:4
**volunteering** [1] - 74:25
**voyage** [1] - 19:10

## W

**wait** [2] - 36:6, 64:1
**waiting** [1] - 34:18
**waive** [1] - 68:6
**waiver** [1] - 79:25
**WALKER** [2] - 2:3, 5:22

**WALTHER** [1] - 4:7
**WANT** [2] - 9:18, 9:20
**wants** [4] - 59:12, 61:23, 64:16, 78:22
**ward** [1] - 18:4
**WARE** [1] - 6:3
**WARREN** [1] - 4:23
**WAS** [2] - 12:24, 13:13
**wash** [1] - 15:18
**WASHINGTON** [1] - 4:24
**WATERSIDE** [1] - 2:4
**WATTS** [1] - 13:3
**Watts** [1] - 75:13
**WE** [3] - 9:14, 9:17, 9:19
**WEATHERFORD** [2] - 5:22, 9:12
**Weatherford** [3] - 37:9, 38:2, 38:13
**Wednesday** [2] - 35:1, 35:2
**WEEK** [2] - 12:14, 13:11
**week** [36] - 19:11, 24:13, 33:19, 33:24, 34:13, 34:14, 36:22, 38:18, 38:24, 41:17, 41:23, 48:5, 50:19, 50:23, 56:6, 57:20, 57:23, 59:14, 61:6, 61:20, 62:24, 64:10, 67:13, 68:19, 68:22, 70:16, 71:8, 71:16, 73:4, 74:8, 75:12, 78:12, 79:13, 80:16, 81:6
**weekend** [3] - 63:12, 65:15, 70:4
**weeks** [7] - 21:19, 22:22, 34:11, 34:14, 42:11, 63:16, 64:13
**WEIL** [1] - 5:19
**WEINER** [1] - 4:20
**welcome** [4] - 35:9, 36:14, 40:22, 65:17
**wells** [1] - 31:6
**WENT** [1] - 11:13
**WHEREUPON** [1] - 82:6
**WHITELEY** [1] - 3:3
**wholly** [1] - 27:17
**wide** [1] - 41:8
**WILL** [2] - 8:17, 9:17
**WILLIAM** [2] - 5:23, 6:23
**Williams** [1] - 18:22
**Williamson** [2] - 14:11, 14:15, 15:22, 23:14, 23:15, 49:4,

49:19
**WILLIAMSON** [21] -
2:13, 2:14, 14:12,
14:14, 15:20, 16:3,
16:9, 16:22, 17:8,
18:12, 23:14, 23:19,
24:4, 45:23, 45:25,
46:2, 49:11, 49:14,
49:16, 50:6, 59:20
**winning** [1] - 33:22
**WINTHROP** [1] - 5:7
**wish** [2] - 19:9, 48:4
**WITH** [2] - 9:1, 13:9
**withdrawals** [1] -
70:20
**withdrawn** [2] - 58:14,
70:18
**WITHDRAWN** [1] -
11:11
**withheld** [3] - 35:20,
44:1, 44:7
**WITHIN** [1] - 11:12
**WITHOUT** [1] - 13:4
**witness** [9] - 27:19,
42:15, 59:9, 62:25,
63:19, 65:22, 68:11,
72:9, 74:15
**WITNESS** [1] - 12:3
**witnesses** [18] -
31:25, 41:25, 42:10,
42:12, 47:12, 50:18,
52:16, 53:19, 58:10,
61:7, 61:11, 61:23,
66:1, 67:14, 68:7,
69:2, 71:7, 80:25
**WITNESSES** [2] -
10:2, 11:24
**WITNESSES**..............
... [1] - 12:15
**WITNESSES**..............
.... [1] - 10:3
**WITTMANN** [1] - 4:7
**won** [1] - 25:1
**wonder** [1] - 74:12
**word** [1] - 42:18
**words** [1] - 76:4
**works** [3] - 35:2, 50:6,
71:21
**WORLDWIDE** [1] -
5:16
**WRIGHT** [1] - 1:17
**Wright's** [1] - 58:14
**WRIGHT'S** [1] - 11:11
**written** [9] - 19:23,
22:25, 23:18, 29:24,
44:9, 56:9, 56:13,
56:22, 67:19
**WRITTEN** [1] - 8:10

## Y

**y'all** [1] - 48:22
**yard** [11] - 15:8, 16:3,
16:4, 16:6, 17:2,
17:6, 17:10, 17:11,
17:17, 18:7
**YARD**.........................
............... [1] - 8:7
**year** [2] - 40:16, 67:6
**YEAR** [1] - 12:11
**years** [1] - 25:15
**yesterday** [2] - 15:14,
17:16
**Yilmez** [2] - 64:15,
66:1
**YILMEZ**.....................
.................... [1] -
12:6
**YOAKUM** [1] - 2:14
**YORK** [25] - 4:15, 5:8,
5:20, 37:20, 38:9,
45:9, 51:10, 51:13,
52:2, 52:8, 52:10,
52:15, 52:22, 52:25,
53:2, 53:7, 53:11,
54:1, 55:20, 58:4,
63:7, 74:3, 76:11,
76:16, 77:1
**York** [8] - 35:22,
37:20, 51:8, 51:10,
51:24, 54:2, 63:7,
76:11
**you-know-what-**
**ward** [1] - 18:4
**YOUR** [2] - 11:11, 12:8
**yourself** [1] - 35:25