FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
2011 JUL 28 PM 3:25
LORETTA G. WHYTE
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig "Deepwater Horizon"** | * | **MDL No. 2179** |
| | * | Sect J |
| **THIS DOCUMENT RELATES TO:** | * | |
| **ROSELYN RENEE RICHARD, individually and on behalf of SKEETER'S SPORTS BAR, LLC** | * | **Case No. 2:2010-cv-08888** |
| **Claimant** | * | **Individual Case Document No. 74256** |

**EX PARTE MOTION TO WITHDRAW**

**NOW INTO COURT** comes the undersigned counsel, **BRANDY GONZALES SCURRIA** of the firm **BRANDY GONZALES LEGAL SERVICES, LLC**, and respectfully asks that this court allow her to withdraw as counsel for Roselyn Renee Richard, individually and on behalf of Skeeter's Sports Bar, LLC.

The undersigned filed a Short Form Joinder to preserve the claim of Roselyn Renee Richard, individually and on behalf of Skeeter's Sports Bar, LLC on April 19, 2011 (Document No. 74256). Ms. Richard has not responded to repeated requests to provide the necessary documents to represent her in this matter. On June 14, 2011, the undersigned sent a letter to Ms. Richard via certified mail, return receipt requested. The letter informed Ms. Richard that if she did not provide our office with the necessary documents by June 21, 2011, the undersigned would withdraw as counsel. The letter was delivered on June 16, 2011 and the signed return receipt was returned to our office. To date, the undersigned has not received the documents.

Therefore, BRANDY GONZALES SCURRIA, respectfully requests that she and her firm, BRANDY GONZALES LEGAL SERVICES, LLC, be allowed to formally withdraw from representing Ms. Richard and that the Clerk of Court be ordered to strike her name, Brandy

Fee
Process
X Dktd
CtRmDep
Doc. No.

Gonzales Scurria, and the name of her firm, Brandy Gonzales Legal Services, LLC, from the record as counsel for Claimant, Roselyn Renee Richard, individually and on behalf of Skeeter's Sports Bar, LLC.

**Dated: July 26, 2011**

***Respectfully Submitted,***

**Brandy Gonzales Legal Services, LLC**

Brandy Gonzales Scurria (Bar Roll #29879)
858 Camp Street
New Orleans, LA 70130
Telephone: (504) 814-0563
Facsimile: (504) 529-8941

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that I caused the foregoing document to be served by regular mail upon the following:

Roselyn Renee Richard,
individually and on behalf of
Skeeter's Sports Bar, LLC
119 Williams Street
Houma, LA 70363-7793

Brandy Gonzales Scurria