IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" | * * * | MDL No. 2179 <br> Sect J |
| THIS DOCUMENT RELATES TO: | * * | |
| ROSELYN RENEE RICHARD, individually and on behalf of SKEETER'S SPORTS BAR, LLC | * * * | Case No. 2:2010-cv-08888 |
| Claimant | * | Individual Case Document No. 74256 |

## PROPOSED ORDER

Considering the foregoing Ex Parte Motion to Withdraw as Counsel of Record filed in the above-captioned action [Ind. Case Doc. No. 74256], it is hereby **ORDERED** that the motion is **GRANTED**, and that Mover, **BRANDY GONZALES SCURRIA** of the firm **BRANDY GONZALES LEGAL SERVICES, LLC**, be and is hereby withdrawn from this proceeding as counsel for Claimant, Roselyn Renee Richard, individually and on behalf of Skeeter's Sports Bar, LLC. It is further **ORDERED** that the Clerk of Court shall strike the names of Mover, **BRANDY GONZALES SCURRIA**, and her firm, **BRANDY GONZALES LEGAL SERVICES, LLC**, from the record of this proceeding.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
**HONORABLE CARL J. BARBIER**

___Fee ___
___Process ___
_x_ Dktd ___
_✓_ CtRmDep ___
___Doc. No. ___

1