MINUTE ENTRY
SHUSHAN, M. J.
JULY 29, 2011
**MJSTAR:** 1:45

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | CIVIL ACTION<br><br>NO: 10-MDL-2179<br><br>SECTION: J/1 |

## STATUS CONFERENCE

FRIDAY, JULY 29, 2011 at 9:30 AM

COURT REPORTER: Cathy Pepper
COURTROOM DEPUTY: James Crull


A discovery status conference was held this date before Magistrate Judge Sally Shushan.

ATTENDANCE:

In person: See attached sign-in sheets.

By telephone: J. Andrew Langan
Theodore Tsekerides
Gary Kenney
Sarah Himmelhoch
Mark Nomellini
Allan Kanner
Mark Cohen
Richard Gorman
David Grassnik


Court adjourned 11:15 a.m.