## CONFERENCE ATTENDANCE RECORD

**DATE:** 7/29/11                    **TIME:** 9:30

**CASE NAME: IN RE: DEEPWATER HORIZON, ET AL.**

**DOCKET NUMBER & SECTION: MDL 2179**

**DISCOVERY STATUS       CONFERENCE**

☞ # PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| DON GODWIN | HALLIBURTON |
| Alan York | " |
| Jenny Martinez | " |
| Stefanie Major | " |
| Jeffrey Breit | PSC |
| Ky Kirby | Anadarko |
| Tony Fitch | v |
| Doug Kraus | La. |
| Steve Herman | Plaintiffs |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Kerry Miller | TO |
| Denise Scofield | MI |
| Mike Underhill | DOJ/US |
| Corey Maze | AL |
| Brian Barr | PSC |
| Phil Nizialek | MOEX |
| Carmelite Bertaut | Cameron |
| Phil Wittman | Cameron |
| Don Haycraft | BP |
| Ryan Babich | BP |
| Allen Pixton | BP |
| Rachel Clingman | TO |
| Jimmy Williamson | PSC |
| E. Martin McLeod | QBE/Excess Ursa |
| Will Baldwin | WFT |
| Anthony Irpino | PSC |
| Jim Roy | PSC |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Dan Gosforth | TO |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |