UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION J |
| Applies to:<br>*Case No. 10-4536-CJB-SS* | JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

### ORDER

IT IS ORDERED that Proposed Intervenor Sierra Club, Inc.'s Objections to Order of the Magistrate Judge Denying Sierra Club, Inc.'s Motion to Intervene (Rec. Doc. 3450) is hereby set for submission on **Wednesday, August 31, 2011**, without oral argument. Any opposition shall be filed no later than **Tuesday, August 23, 2011**.

New Orleans, Louisiana, this 28th day of July, 2011.

_____
United States District Judge