UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL No. 2179 SECTION: J |
| Case Relates to: 2:10-CV-08888 | * * * * | JUDGE BARBIER MAGISTRATE SHUSHAN |

## ORDER

Considering the Motion of the Claimant / Plaintiff to Dismiss without Prejudice Pursuant to Rule 41 (a)(2):

**IT IS HEREBY ORDERED** that all claims of the following Claimant / Plaintiff are dismissed without Prejudice.

| | **Document No.** | **Cause No.** | **Plaintiff/Claimant** |
|---|---|---|---|
| 1. | 57332 | CA-10-8888 | Hellmich Electric, Inc. |

New Orleans, Louisiana this 29th day of July, 2011.

_____
United States District Judge