UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CHAD BLANCHARD AND** | * | **CIVIL ACTION NO. 11-01542** |
| **CHARLIE'S RESTAURANT AND** | * | |
| **CATERING L.L.C.** | * | **SECTION :   J** |
| | * | |
| v. | * | **MAG.          I** |
| | * | |
| **BP AMERICA PRODUCTION CONPANY** | * | **Judge Carl J. Barbier** |
| **BP PRODUCTS NORTH AMERICA, INC.** | * | |
| **THE CHICORY L.L.C. AND** | * | **Magistrate Sally Shushan** |
| **CHICORY HOLDINGS L.L.C. D/B/A** | * | |
| **TKO CATERING** | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## MOTION FOR REMAND

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff Chad Blanchard d/b/a Charlie's Dining and Catering (hereinafter referred to collectively as "Plaintiff"), who urges this Court pursuant to 28 U.S.C. § 1447(c) to remand this matter to the 34th Judicial District Court for the Parish of St. Bernard, State of Louisiana, upon the grounds that there is no federal subject matter jurisdiction to support defendant's removal of this state court action to federal court, for the reasons set forth in the attached Memorandum in Support.

**WHEREFORE**, Plaintiff prays that this case be remanded to 34th Judicial District Court for the Parish of St. Bernard, State of Louisiana, for further proceedings, in accordance with the requirements of 28 U.S.C. § 1447(c).

Respectfully submitted,

   /s/ Bruce C. Betzer
Bruce C. Betzer, Bar No.: 26800
***The Law Office of Bruce C. Betzer***
**A Professional Limited Liability Company**
3129 Bore Street
Metairie, Louisiana 70001
Telephone: (504) 832-1984
Facsimile: (504) 304-9964
*Attorney for Plaintiffs, Chad Blanchard d/b/a Charlie's Dining and Catering*

## CERTIFICATE OF SERVICE

I hereby certify that on this  29th  day of   July  , 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to the following:

    Shannon S. Holtzman, T.A.

    Katherine S. Roth

    Wendy L. Bloom

    Christina L. Henk

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: N/A

   /s/ Bruce C. Betzer
Bruce C. Betzer