1117 647

PayKey # ZKRAUMD252
WBS # Z4-0059V-E:OILSPILLRESP

May 15th 2010
Invoice # 0515C
BP Oil Clean Up Catering

# Charlie's
## Restaurant & Catering
6129 East St Bernard Hwy  Violet, La  70092

FILED
JUN 03 2011
_____
CH. DEPUTY CLERK

## Dinner

**45 Grilled Chicken salads**
**gold fish, jello & soda pop**   @ $9.95 per order
                                  $447.75
                   Tax            +40.30
                   Delivery       +145.00
                                  _____
                                  $633.05

Please, if there is something we are serving to your staff, that does not satisfy them, let us know, we will not prepare that item again. There are certian items that I don't approve of preparing, unless it is done on location. So, we are working on improving our site for you.

Idea's are welcomed, please let us know what item your interested in trying. We will be glad to try and figure it in our menu. Our kitchen will be finished by May 12th. We will be introducing new menu items, as our last stock items are deminishing.

### Some suggestions already given:
Pancakes, 2 egg breakfast, Shrimp Fettucine, Award winning Gumbo
Cold Cereal with milk, Fresh Fruit, Chocolate pudding, Italian Lasagna,

## What is your suggestion?

But remember, we have to purchase our stock one week in advance, in order to assure we have enough meals for your staff and we don't run short...
*items may change based on availablilty, prices may change base on type of meal

Charlie's restaurant shall prepare, deliver and serve the agreed upon meals, to the location (Hopedale, Brenton Sound Marina) at the set time (breakfast 6am, lunch 12pm and dinner 5pm) until otherwise agreed upon. BP agrees to pay Charlie's every two weeks, by check or direct deposit. A guaranteed number of meals, is required two weeks in advance. The agreed 400 Breakfasts, 400 lunches and 400 dinners is that number. Totaling 1200 meals a day, guaranteed by BP. In order for Charlie's restaurant & catering to produce 1200 meals a day, Charlie's must purchase product to be stocked and ready at 6129 East St Bernard Hwy, Violet La 70092, so Charlie's is able to achieve each meal at its given time. If the actual number of meals is less than the guaranteed number, BP will still be charged for the guaranteed number. If for some reason, BP terminates our services before our stock is utilized, BP will be responsible for the remaining two weeks of schedu...

EXHIBIT
B

Sign and print, please.