# *TKO's Catering Standards*

1) All Caterers must submit the following information prior to being considered and/or approved for any rotations:

   i) Copy of your State of Louisiana and St. Bernard Parish business registration
   ii) Copy of your Workmen's Comp Insurance
   iii) Copy of your Liability Insurance
   iv) W-9 Form
   v) Current Address of Company
   vi) Current Business Phone numbers
   vii) List of all Owners of the corporate entity along with Mobile phone numbers
   viii) List of special menu items your restaurant or catering company is well known for.

   *[handwritten: jregr@tastebudsmgmt.com]*

2) Menu Submission: All caterers in a rotation must submit their complete 7 day menu with as much detail as possible for our review by Wednesday before your rotation begins. For instance if you begin on July 20th your menu is due to my email address: wpc82966@gmail.com by Wednesday July 14th.

3) All Caterers must have adequate staffing to ensure timely and efficient food preparation standards, food serving standards and maintain proper kitchen, cooking equipment and serving line cleanup standards.

4) All meals must be served on time, utilizing proper food quality and food safety standards.

5) All staff that will be entering the main Hopedale facility must have registered with the front gate and received a site badge and each vehicle must display on its review mirror a parking lot "A" permit. This permit will be distributed to you by TKO once you notify us of which vehicles and how many will be entering this site.

6) If on Hopedale site and your company will employ a UTV for deliveries on site or for moving inventory around all staff authorized to drive the UTV must attend a UTV training class here on site.

7) All caterers must maintain all insurances, registrations, keep current on all payments to preferred vendors as well as file the appropriate parish and state tax filings while employed under one of the rotations.

8) All caterers understand and agree that TKO will submit payment for their rotation in the amount of 25% of the balance owed, after all food and dry goods costs are deducted, on the 7th day following the end of the rotation. The balance of 75% will be issued 14 days after end of rotation.

1 | P a g e

**EXHIBIT C**

9) All caterers before beginning their rotations will be provided a Meal Count Form that details the amount of meals that will be guaranteed by BP during their rotation. These meal counts will be valid each day, however, BP and TKO reserves the right to change meal count guarantees with a 72 hour notice. This will help maintain full disclosure and eliminate any confusion over meal counts. All caterers understand that from day to day the actual meal counts will vary over and under but these variations are part of doing business in this environment. Any continuous arguing over the variations in food counts will result in termination from the rotation.

10) Delivery procedures are applicable to all parties with the exception of Camp Hope. These delivery procedures will be addressed in detail in a separate document. However, it must be acknowledged that any failure to comply with the delivery requirements is not acceptable and grounds for termination.

11) Should any caterers currently working a rotation determine that they cannot handle the rotation or is interested in finding a partner that is also in the rotation can decide to partner up. However, any caterers deciding to partner up will forfeit both their individual rotations and join together in one single rotation spot.

The above listed standards have been implemented and set in place to ensure that all caterers meet and/or exceed the requirements of BP/St. Bernard Parish and those working at the various sites whose food services needs we have been engaged to fulfill. By signing below you are acknowledging your understanding of these requirements and agree to the standards set in place. You are also acknowledging your full awareness that any violation of a single standard or multiple standards are grounds for termination and elimination from the rotation schedule.

Accepted by: _____[signature]_____  Dated: _____
*Print Name*

Accepted by: _____  Dated: _____
*Signature*

Accepted by: _____  Dated: _____
*Print Name*

Accepted by: _____  Dated: _____
*Signature*

Accepted by: _____  Dated: _____
*Print Name*

Accepted by: _____  Dated: _____
*Signature*

2 | Page