CLAIMANTS IN LIMITATION / TRANSOCEAN

|  | Claimant | TRANSOCEAN 10-2771 / 10-8888 Docket Doc ID # |
|---|---|---|
| 1 | 208 Bourbon, LLC, dba La-Bayou (Economic Loss - Restaurant) | 65549 |
| 2 | 307 Chartres, LLC dba Fleur-de-Lis (Economic Loss - Restaurant) | 65586 |
| 3 | 407 Bourbon, LLC dba Big Easy of Bourbon (Economic Loss - Restaurant) | 65333 |
| 4 | 409 Decatur, LLC dba Big Easy of Conti (Economic Loss - Restaurant) | 65361 |
| 5 | 426 Bourbon, LLC, dba Pier 424 (Economic Loss - Restaurant) | 65613 |
| 6 | 441 Royal, LLC dba Royal House (Economic Loss - Restaurant) | 65660 |
| 7 | 501-A Bourbon LLC, dba Big Easy of St. Louis (Economic Loss - Restaurant) | 65423 |
| 8 | 501-B Bourbon, dba Cajun Cabin (Economic Loss - Restaurant) | 65673 |
| 9 | 541 Decatur, LLC dba Riverfront Restaurant (Economic Loss - Restaurant) | 65721 |
| 10 | 617 Decatur, LLC dba Big Easy of Wilinson (Economic Loss - Restaurant) | 65448 |
| 11 | 5131 Lapalco, LLC dba Boudreaux's Roadhouse (Economic Loss - Restaurant) | 67642 |
| 12 | E.S. & A., Inc. d/b/a Daiquiris Paradise (Economic Loss - Restaurant) | 65270 |
| 13 | Canal Management Group, Inc. dba Big Easy of Canal (Economic Loss - Restaurant) | 65390 |
| 14 | Pierre Maspero's LLC dba Original Pierre Maspero's (Economic Loss - Restaurant) | 65638 |
| 15 | Chartres House, LLC dba Chartres House Café (Economic Loss - Restaurant) | 65799 |
| 16 | Trattoria Paesano, Inc. dba Dauquiri Paradise Island (Economic Loss - Restaurant) | 65494 |
| 17 | Harry R. Jukes, Jr. (Deepwater Employee - Economic Loss) | 61373 |
| 18 | Jaslove, Julie (Casino Employees) | 54917 |
| 19 | Maginnis, Lauren (Casino Employee) | 54932 |
| 20 | Alexander, Carl (Casino Employees) | 54939 |

5320739_1.XLS

**EXHIBIT A**

CLAIMANTS IN LIMITATION / TRANSOCEAN

|    | Claimant | TRANSOCEAN 10-2771 / 10-8888 Docket Doc ID # |
|----|----------|-----------------------------------------------|
| 21 | Keppen, Stephen (Casino Employees) | 58982 |
| 22 | Bonnet, Stephanie (Casino Employees) | 58976 |
| 23 | Bensel, Billy (Casino Employees) | 54920 |
| 24 | Nguyen, Phuoc (Casino Employees) | 58956 |
| 25 | Pena, Natalie (Casino Employees) | 58970 |
| 26 | Tran, Mike (Casino Employees) | 58965 |
| 27 | KAKIT NG (Casino Employees) | 59031 |
| 28 | Lebreton, Jean (Casino Employees) | 63241 |
| 29 | Flick, Richard (Casino Employees) | 54936 |
| 30 | Giardina, Charlotte (Casino Employees) | 54923 |
| 31 | Serpas, Steven (Casino Employees) | 54926 |
| 32 | Wilcox, Michael (Casino Employees) | 54929 |
| 33 | Sids Seafood (Restaurant - Economic Loss) | 54910 |
| 34 | BM Perry, II, LTD. And Bradley Perry (Restaurant - Economic Loss) | 56268 |
| 35 | Impastato's Restaurant and Joseph Impastato (Restaurant - Economic Loss) | 56210 |
| 36 | Gilligan's Seafood (Restaurant - Economic Loss) | 54895 |
| 37 | Crawford Realtors and Brokers and Stephen Crawford (Property Owner/Rental Business) | 54566 |
| 38 | Davis, Harry (Property Owner/Rental Business) | 63121 |
| 39 | Earl Gros Rentals Inc. and EJ's Getaway (Property Owner/Rental Business) | 54559 |
| 40 | Rodrigue Investments and Cary Rodrigue (Property Owner/Rental Business) | 78961 / 54542 |
| 41 | MI Casita, LLC and Henry Morel (Property Owner/Rental Business) | 54563 |

CLAIMANTS IN LIMITATION / TRANSOCEAN

|    | Claimant | TRANSOCEAN 10-2771 / 10-8888 Docket Doc ID # |
|----|----------|---------------------------------------------|
| 42 | Reel World, LLC and Craig Rodrigue (Property Owner/Rental Business) | 54553 |
| 43 | Stafford, Lynwood (Property Owner/Rental Business) | 54549 |
| 44 | Sprouts Landscaping, INC. and Wanda Tiblier (Marina, Bait - Economic Loss) | 55073 |
| 45 | Destin Watersports (Marina, Bait - Economic Loss) | 55071 |
| 46 | Harbor Watersports (Marina, Bait - Economic Loss) | 55070 |
| 47 | Bait Inc (Marina, Bait - Economic Loss) | 55076 |
| 48 | Bayou Bienvenue Marina d/b/a Dixon Bros (Marina, Bait - Economic Loss) | 55075 |
| 49 | Health Food Hut (Marina, Bait - Economic Loss) | 54987 |
| 50 | Frilot, Larry (Real Estate Owners Not Specifically Rentals) | 55035 |
| 51 | Gaubert, Greg (Real Estate Owners Not Specifically Rentals) | 55040 |
| 52 | Leferve, Eugene (Real Estate Owners Not Specifically Rentals) | 55030 |
| 53 | Tiblier, Sidney (Real Estate Owners Not Specifically Rentals) | 55043 |
| 54 | Alvarado, Sergio (Contractor - Economic Loss) | 54971 |
| 55 | Nuworx Contractors and John Herrin (Contractor - Economic Loss) | 54964 |
| 56 | Serrano, Victor (Contractor - Economic Loss) | 54967 |
| 57 | Milonas, Arthur (Contractor - Economic Loss) | 56224 |
| 58 | Heymann, Matthew (Deepwater Diver Contractor - Economic Loss) | 54976 |
| 59 | Abdel, Aiman (Post Explosion Injury) | 63071 |
| 60 | Lopez, Rafael (Post Explosion Injury) | 55020 |
| 61 | HWY 190 Skaters, LLC and Bradley Perry (Retail - Economic Loss) | 58206 |
| 62 | Paradise Distribution, LTD and Bradley Perry (Retail - Economic Loss) | 58198 |

CLAIMANTS IN LIMITATION / TRANSOCEAN

|    | Claimant | TRANSOCEAN 10-2771 / 10-8888 Docket Doc ID # |
|----|----------|----------------------------------------------|
| 63 | Robin, Terry (Oyster Fisherman) | 53066 |
| 64 | Rummel Alumni Association (Non-Profit - Economic Loss) | 56640 |
| 65 | Perry, Bradley (Rental/Vacation Property - Economic Loss) | 58212 |
|    | Naquin, Benjamin* | 54913 |
|    | Polizzi, Kristine* | 54999 |
|    | Polizzi, Rony* | 55004 |
|    | Rose Manor Hotel, LL* | 69965 |
|    | Cooper, David* | 70260 |
|    | Damaris, Leo* | 54995 |
|    | * Identified as claimant in the master answer but did not file an individual claim. | |