UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) | MDL. NO. 2179 |
| This Document relates to: | ) ) | SECTION: J |
| 2:10-CA-10-8888 | ) ) | JUDGE BARBIER MAG. JUDGE SHUSHAN |

## ORDER

Considering the Motion of the Claimants/Plaintiffs to Dismiss with Prejudice Pursuant to *Rule 41(a)(2)*:

**IT IS HEREBY ORDERED** that all claims of the following Claimants/Plaintiffs are dismissed with Prejudice.

| | Document No. | Cause No. | Plaintiff/Claimant |
|---|---|---|---|
| 1. | 47928 | CA-10-8888 | John Tuman Allen, III |
| 2. | 48529 | CA-10-8888 | James & Nina Schofield |
| 3. | 48257 | CA-10-8888 | Patrick & Karon Greenwell |
| 4. | 53105 | CA-10-8888 | Kimberly Skelton Baggett |
| 5. | 53179 | CA-10-8888 | Escapes!, Inc. |
| 6. | 54631 | CA-10-8888 | Thomas D. Williams |
| 7. | 49820 | CA-10-8888 | David Forrest Daniell |

New Orleans, Louisiana, this the ___ day of _____, 2011.

_____
UNITED STATES DISTRICT COURT JUDGE

1