UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MASTER DOCKET NO. 10-MD-2179 |
| | * | SECTION "J" |
| THIS DOCUMENT RELATES TO NO. 11-878 | * * | JUDGE CARL BARBIER |
| | * | MAG. JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * *

### AFFIDAVIT VERIFYING SERVICE

STATE OF LOUISIANA

PARISH OF JEFFERSON

BEFORE ME, the undersigned Notary Public, duly qualified in and for the aforesaid State and Parish, came and appeared:

THOMAS B. CALVERT

who, being duly sworn, did depose and state that:

1. I, Thomas B. Calvert ("Affiant") am a person of the full age of majority, competent to testify to the matters contained herein, and willing to execute this affidavit based on personal knowledge and experience;

2. I am counsel of record for the plaintiffs, Mary T. Slavich, Sam D. Slavich, Anthony J. Slavich, Jr. and A.J.S., Inc., in the above captioned matter;

3. On April 20, 2011, I served the Summons and a copy of the Petition (the "Petition) to Defendant, Anadarko Petroleum Corporation, through its Agent for Service of

Process, CT Corporation System, 5616 Corporate Boulevard, #400B, Baton Rouge, LA 70808 by Certified Mail, Return Receipt Requested No. 7009 2820 0000 6974 8035.

4. A copy of the said Return Receipt is attached hereto as Exhibit "1".

_____
Thomas B. Calvert (Bar #14129)

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 1ST DAY OF
AUGUST 2011

_____
PATRICK C. GRACE (Bar #16944)
NOTARY PUBLIC
Commission for Life

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Anadarko Petroleum Corporation
Through it Agent for Service of Process
CT Corporation System
5615 Corporate Blvd., #400B
Baton Rouge, LA 70808

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  C. Fenton Rutledge — ☑ Agent  ☐ Addressee

B. Received by (Printed Name): C. Fenton Rutledge
C. Date of Delivery: 4·22·11

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

Express Courier
APR 2 0 REC'D

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7009 2820 0000 6974 8035

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.68 |
| Certified Fee | 2.85 |
| Return Receipt Fee (Endorsement Required) | 2.30 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.83 |

Postmark Here — METAIRIE LA 70... APR 15 2011

Sent To: Anadarko Petroleum Corp.
Street, Apt. No. or PO Box No: Through its Agent, CT Corporation
City, State, ZIP+4: 5615 Corporate Blvd., #400B
Baton Rouge, LA 70808

PS Form 3800, August 2006   See Reverse for Instructions

7009 2820 0000 6974 8035



PLAINTIFF'S EXHIBIT 1

## THOMAS B. CALVERT
A PROFESSIONAL LAW CORPORATION

3900 NORTH CAUSEWAY BOULEVARD, SUITE 1045

METAIRIE, LOUISIANA 70002

tom@calvertaplc.com

April 19, 2011

*Certified Mail-Return Receipt Requested*
*7009 2820 0000 6974 8035*

TELEPHONE: (504) 830-7610

FACSIMILE: (504) 830-7611

Anadarko Petroleum Corp.
Through its Agent for Service of Process
C T Corporation System
5615 Corporate Boulevard
Suite 400B
Baton Rouge, LA 70808

RE: Mary T. Slavich, Sam D. Slavich, Anthony J. Slavich, Jr., and A.J.S., Inc.
vs
BP, PLC, BP America, Inc., BP Corporation North America, Inc., BP Company North America, Inc., BP Products North America, Inc., Anadarko Petroleum Corp., Moex Offshore 2007 LLC, Transocean, Ltd., Transocean Offshore Deepwater Drilling, Inc., Transocean Deepwater, Inc., Halliburton Energy Services, Inc., Cameron International Corporation f/k/a Cooper-Cameron Corporation and M-I, LLC
USDC #11-878 "J" (1)

Dear Sir:

Please be advised that I am the attorney for the plaintiffs, Mary T. Slavich, Sam D. Slavich, Anthony J. Slavich, Jr. and A.J.S., Inc. Enclosed is a Summons and certified copy of the Complaint and Amended Complaint filed with and issued by the United States District Court for the Eastern District of Louisiana. The mailing of the Summons and Complaints represent service pursuant to the Federal Rules of Civil Procedure. Your immediate attention to this matter is advised.

If you have any questions concerning this matter, you or your legal representatives should not hesitate to contact the undersigned.

Sincerely,

Thomas B. Calvert

TBC:cln
Enclosure