UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MASTER DOCKET NO. 10-MD-2179 |
| | * | SECTION "J" |
| THIS DOCUMENT RELATES TO NO. 11-878 | * * | JUDGE CARL BARBIER |
| | * * | MAG. JUDGE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### AFFIDAVIT VERIFYING SERVICE

STATE OF LOUISIANA

PARISH OF JEFFERSON

BEFORE ME, the undersigned Notary Public, duly qualified in and for the aforesaid State and Parish, came and appeared:

THOMAS B. CALVERT

who, being duly sworn, did depose and state that:

1. I, Thomas B. Calvert ("Affiant") am a person of the full age of majority, competent to testify to the matters contained herein, and willing to execute this affidavit based on personal knowledge and experience;

2. I am counsel of record for the plaintiffs, Mary T. Slavich, Sam D. Slavich, Anthony J. Slavich, Jr. and A.J.S., Inc., in the above captioned matter;

3. On April 20, 2011, I served the Summons and a copy of the Petition (the "Petition") to Defendant, BP Corporation North America, Inc., through its Agent for Service of

Process, The Prentice-Hall Corporation System, Inc., 320 Somerulos Street, Baton Rouge, LA 70802 by Certified Mail, Return Receipt Requested No. 7 009 2820 0000 6974 8004.

4. A copy of the said Return Receipt is attached hereto as Exhibit "1".

_____
Thomas B. Calvert (Bar #14129)

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 1st DAY OF
AUGUST, 2011.

_____
PATRICK C. GRACE (Bar #16944)
NOTARY PUBLIC
Commission for Life

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): _[illegible]_   C. Date of Delivery: 4/20 |
| 1. Article Addressed to:<br>BP Corporation North America, Inc.<br>Through its Agent for Service of Process<br>The Prentice-Hall Corporation System, Inc.<br>320 Somerulos Street<br>Baton Rouge, LA  70802-6129 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7009 2820 0000 6974 8004 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

| Postage | $ 1.18 |
|---|---|
| Certified Fee | 2.85 |
| Return Receipt Fee (Endorsement Required) | 2.30 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.83 |

Sent To: BP Corporation North America INC
Street, Apt. No; or PO Box No.: Through its Agent
The Prentice-Hall Corporatoin
City, State, ZIP+4: 320 Somerulos Street
Baton Rouge, LA 70802

PS Form 3800, August 2006   See Reverse for Instructions

7009 2820 0000 6974 8004



PLAINTIFF'S EXHIBIT 1

# Thomas B. Calvert
A PROFESSIONAL LAW CORPORATION

3900 NORTH CAUSEWAY BOULEVARD, SUITE 1045

METAIRIE, LOUISIANA 70002

April 19, 2011

tim@calvertaplc.com

TELEPHONE: (504) 830-7610     *Certified Mail-Return Receipt Requested*     FACSIMILE: (504) 830-7611

7009 2820 0000 6974 8004

BP Corporation North America, Inc.
Through its Agent for Service of Process
The Prentice-Hall Corporation System, Inc.
320 Somerulos Street
Baton Rouge, LA 70802-6129

RE: Mary T. Slavich, Sam D. Slavich, Anthony J. Slavich, Jr., and A.J.S., Inc.
vs
BP, PLC, BP America, Inc., BP Corporation North America, Inc., BP Company North America, Inc., BP Products North America, Inc., Anadarko Petroleum Corp., Moex Offshore 2007 LLC, Transocean, Ltd., Transocean Offshore Deepwater Drilling, Inc., Transocean Deepwater, Inc., Halliburton Energy Services, Inc., Cameron International Corporation f/k/a Cooper-Cameron Corporation and M-I, LLC
USDC #11-878 "J" (1)

Dear Sir:

Please be advised that I am the attorney for the plaintiffs, Mary T. Slavich, Sam D. Slavich, Anthony J. Slavich, Jr. and A.J.S., Inc. Enclosed is a Summons and certified copy of the Complaint and Amended Complaint filed with and issued by the United States District Court for the Eastern District of Louisiana. The mailing of the Summons and Complaints represent service pursuant to the Federal Rules of Civil Procedure. Your immediate attention to this matter is advised.

If you have any questions concerning this matter, you or your legal representatives should not hesitate to contact the undersigned.

Sincerely,

Thomas B. Calvert

TBC:cln
Enclosure