UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: Oil Spill by the Oil Rig | * | |
| "Deepwater Horizon" in the | * | MASTER DOCKET |
| Gulf of Mexico, on | * | NO. 10-MD-2179 |
| April 20, 2010 | * | |
| | * | SECTION "J" |
| THIS DOCUMENT RELATES TO | * | |
| NO. 11-878 | * | JUDGE CARL BARBIER |
| | * | |
| | * | MAG. JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * *

AFFIDAVIT VERIFYING SERVICE

STATE OF LOUISIANA

PARISH OF JEFFERSON

BEFORE ME, the undersigned Notary Public, duly qualified in and for the aforesaid State

and Parish, came and appeared:

THOMAS B. CALVERT

who, being duly sworn, did depose and state that:

1.  I, Thomas B. Calvert ("Affiant") am a person of the full age of majority, competent

to testify to the matters contained herein, and willing to execute this affidavit based

on personal knowledge and experience;

2.  I am counsel of record for the plaintiffs, Mary T. Slavich, Sam D. Slavich, Anthony

J. Slavich, Jr. and A.J.S., Inc., in the above captioned matter;

3.  On April 22, 2011, I served the Summons and a copy of the Petition (the "Petition")

to Defendant, Transocean Deepwater, Inc., c/o Capital Services, Inc., 615 S. Dupont

Highway, Dover, Delaware 19901 by Certified Mail, Return Receipt Requested No.

7009 2820 0000 6974 8073.

4.      A copy of the said Return Receipt is attached hereto as Exhibit "1".

Thomas B. Calvert (Bar #14129)

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 1st DAY OF
AUGUST, 2011.

PATRICK C. GRACE (Bar #16944)
NOTARY PUBLIC
Commission for Life

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Mary E Fink*  ☐ Agent  ☐ Addressee<br>B. Received by *(Printed Name)*  C. Date of Delivery<br>*Mary Fink*  4/22/11 |
| 1. Article Addressed to:<br><br>Transocean Deepwater, Inc.<br>c/o Capital Servics, Inc.<br>615 S. Dupont Highway<br>Dover, Delaware 19901 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*  ☐ Yes |
| 2. Article Number<br>*(Transfer from service label)* | 7009 2820 0000 6974 8073 |
| PS Form 3811, February 2004 | Domestic Return Receipt | 102595-02-M-1540 |

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.68 |
| Certified Fee | 2.85 |
| Return Receipt Fee (Endorsement Required) | 2.30 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.83 |

Postmark Here   APR 19 2011

7009 2820 0000 6974 8073

Sent To
Transocean Deepwater, Inc.
Street, Apt. No.; Capital Services, Inc.
or PO Box No.  615 S. Dupont Highway
City, State, ZIP+4  Dover, Delaware 19901

PS Form 3800, August 2006   See Reverse for Instructions

**PLAINTIFF'S EXHIBIT**
**1**

THOMAS B. CALVERT

A PROFESSIONAL LAW CORPORATION

3900 NORTH CAUSEWAY BOULEVARD, SUITE 1045

METAIRIE, LOUISIANA 70002

tom@calvertaplc.com

April 19, 2011

*Certified Mail-Return Receipt Requested*

*7009 2820 0000 6974 8073*

TELEPHONE: (504) 830-7610                                                    FACSIMILE: (504) 830-7611

Transocean Deepwater, Inc.
C/o Capital Services, Inc.
615 S. Dupont Highway
Dover, Delaware 19901

RE:   Mary T. Slavich, Sam D. Slavich, Anthony J.
Slavich, Jr., and A.J.S., Inc.
vs
BP, PLC, BP America, Inc., BP Corporation
North America, Inc., BP Company North America,
Inc., BP Products North America, Inc., Anadarko
Petroleum Corp., Moex Offshore 2007 LLC,
Transocean, Ltd., Transocean Offshore Deepwater
Drilling, Inc., Transocean Deepwater, Inc.,
Halliburton Energy Services, Inc., Cameron
International Corporation f/k/a Cooper-Cameron
Corporation and M-I, LLC
USDC #11-878 "J" (1)

Dear Sir:

Please be advised that I am the attorney for the plaintiffs, Mary T. Slavich, Sam D. Slavich, Anthony J. Slavich, Jr. and A.J.S., Inc. Enclosed is a Summons and certified copy of the Complaint and Amended Complaint filed with and issued by the United States District Court for the Eastern District of Louisiana. The mailing of this Summons and Complaints represent service pursuant to the Federal Rules of Civil Procedure. Your immediate attention to this matter is advised.

If you have any questions concerning this matter, you or your legal representatives should not hesitate to contact the undersigned.

Sincerely,

Thomas B. Calvert

TBC:cln
Enclosure