UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MASTER DOCKET NO. 10-MD-2179 |
| | * | SECTION "J" |
| THIS DOCUMENT RELATES TO NO. 11-878 | * * | JUDGE CARL BARBIER |
| | * | MAG. JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * *

AFFIDAVIT VERIFYING SERVICE

STATE OF LOUISIANA

PARISH OF JEFFERSON

BEFORE ME, the undersigned Notary Public, duly qualified in and for the aforesaid State and Parish, came and appeared:

THOMAS B. CALVERT

who, being duly sworn, did depose and state that:

1. I, Thomas B. Calvert ("Affiant") am a person of the full age of majority, competent to testify to the matters contained herein, and willing to execute this affidavit based on personal knowledge and experience;

2. I am counsel of record for the plaintiffs, Mary T. Slavich, Sam D. Slavich, Anthony J. Slavich, Jr. and A.J.S., Inc., in the above captioned matter;

3. On April 25, 2011, I served the Summons and a copy of the Petition (the "Petition) to Defendant, Transocean, Ltd., 4 Greenway Plaza, Houston, TX 77046 by Certified

Page 1 of 2

Mail, Return Receipt Requested No. 7009 2820 0000 6974 8059.

4. A copy of the said Return Receipt is attached hereto as Exhibit "1".

_____
Thomas B. Calvert (Bar #14129)

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 1ST DAY OF
AUGUST, 2011.

_____
PATRICK C. GRACE (Bar #16944)
NOTARY PUBLIC
Commission for Life

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Transocean, Ltd.
   4 Greenway Plaza
   Houston, TX 77046

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)

   7009 2820 0000 6974 8059

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $1.68 |
| Certified Fee | 2.85 |
| Return Receipt Fee (Endorsement Required) | 2.30 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $6.83 |

Postmark Here: METAIRIE LA 70009 APR 19 2011 USPS

Sent To: Transocean, Ltd.
Street, Apt. No.; or PO Box No. 4 Greenway Plaza
City, State, ZIP+4 Houston, TX 77046

PS Form 3800, August 2006   See Reverse for Instructions

---

'S - Track & Confirm

**UNITED STATES POSTAL SERVICE**

# Track & Confirm

## Search Results

Label/Receipt Number: **7009 2820 0000 6974 8059**
Service(s): **Certified Mail™**
Status: **Delivered**

Your item was delivered at 2:42 pm on April 25, 2011 in HOUSTON, TX 77046.

### Track & Confirm

Enter Label/Receipt Number.

Detailed Results:
- **Delivered, April 25, 2011, 2:42 pm, HOUSTON, TX 77046**
- **Notice Left, April 21, 2011, 2:44 pm, HOUSTON, TX 77046**
- **Processed through Sort Facility, April 21, 2011, 4:30 am, HOUSTON, TX 77201**

Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.



PLAINTIFF'S EXHIBIT 1

# THOMAS B. CALVERT
A PROFESSIONAL LAW CORPORATION
3900 NORTH CAUSEWAY BOULEVARD, SUITE 1045
METAIRIE, LOUISIANA 70002
tom@calvertaplc.com

TELEPHONE: (504) 830-7610　　　　　　　　　　　　　　　　　　FACSIMILE: (504) 830-7611

April 19, 2011
*Certified Mail-Return Receipt Requested*
*7009 2820 0000 6974 8059*

Transocean Ltd.
4 Greenway Plaza
Houston, TX 77046

RE:　Mary T. Slavich, Sam D. Slavich, Anthony J.
Slavich, Jr., and A.J.S., Inc.
vs
BP, PLC, BP America, Inc., BP Corporation
North America, Inc., BP Company North America,
Inc., BP Products North America, Inc., Anadarko
Petroleum Corp., Moex Offshore 2007 LLC,
Transocean, Ltd., Transocean Offshore Deepwater
Drilling, Inc., Transocean Deepwater, Inc.,
Halliburton Energy Services, Inc., Cameron
International Corporation f/k/a Cooper-Cameron
Corporation and M-I, LLC
USDC #11-878 "J" (1)

Dear Sir:

　　Please be advised that I am the attorney for the plaintiffs, Mary T. Slavich, Sam D. Slavich, Anthony J. Slavich, Jr. and A.J.S., Inc. Enclosed is a Summons and certified copy of the Complaint and Amended Complaint filed with and issued by the United States District Court for the Eastern District of Louisiana. The mailing of the Summons and Complaints represent service pursuant to the Federal Rules of Civil Procedure. Your immediate attention to this matter is advised.

　　If you have any questions concerning this matter, you or your legal representatives should not hesitate to contact the undersigned.

　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　Thomas B. Calvert

TBC:cln
Enclosure