OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: __8/1/2011__

In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010

Case No. __MDL-2179__ Section ____

This document Relates to:
2:11-CV-00893

Dear Sir:

Please (issue) & (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) __- See attached list. -__
   (address) _____
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

"Signature" _David L. Cohen_ La. Bar No. 4353

Attorney for __Grand Isle, et al.__
Address __230 Huey P. Long Ave.__
__Gretna, LA 70053__
__(504) 367-9001__

Attachment to Request for Issuance/Re-Issuance of Summons

Please Re-Issue Summons on the Complaint to:

1. Transocean Holdings LLC
   Through The Corporation Trust Company
   Corporation Trust Center
   1209 Orange Street
   Wilmington, DE 19801

2. Transocean Ltd
   4 Greenway Plaza, Suite 700
   Houston, TX 77046

Please Issue Summons on the Complaint to:

1. Mitsui Oil Exploration Company, Ltd.
   Hibiya Central Bldg.
   2-9 Nishi-Shimbasi 1-chome
   Minato-ku, Tokyo 105-0003, Japan