AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | | |
|---|---|---|
| In re: OIL SPILL by the OIL RIG "DEEPWWATER HORIZON" in the GULF OF MEXICO on 4/20/2010 <br> *Plaintiff* <br> v.   11-893 <br> THIS DOCUMENT RELATES TO: 2:11-CV-00003 <br><br> *Defendant* | ) ) ) ) ) ) ) ) | Civil Action No.  MDL 2179 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Anadarko E&P Co., L.P.
through CT Corporation
5615 Corporate Blvd., Suite 400 B
Baton Rouge, LA  70808

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   David L. Colvin
230 Huey P. Long Avenue
Gretna, LA  70053

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: __Jul 12 2011__          _Loretta G. White_
                            *Deputy*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. MDL 2179

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Anadarko E&P Co., L.P.
was received by me on *(date)* 7-12-11.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Lynnette Baso @ CT , who is designated by law to accept service of process on behalf of *(name of organization)* Anadarko E+P Co, LP on *(date)* 7-18-11 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 7-18-11

*Server's signature*

Jeffery Brown
*Printed name and title*
BOMBET, CASHIO & ASSOCIATES
11200 North Harrell's Ferry Road
BATON ROUGE, LOUISIANA
(225) 275-0796 FAX (225) ___-____

*Server's address*

Additional information regarding attempted service, etc: