AO 440 (Rev 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| In re: OIL SPILL by the OIL RIG "DEEPWWATER HORIZON" in the GULF OF MEXICO on 4/20/2010<br>_Plaintiff_       11-893<br>v.<br>THIS DOCUMENT RELATES TO: ~~2-1-CV-00000~~<br>_Defendant_ | )<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.  MDL 2179

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  BP America, Inc.
through CT Corporation
5615 Corporate Blvd., Suite 400 B
Baton Rouge, LA  70808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   David L. Colvin
230 Huey P. Long Avenue
Gretna, LA  70053

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: ___Jul 12 2011___

Loretta G. White
Deputy

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  MDL 2179

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   BP America, Inc.

was received by me on *(date)*   7-15-11   .

❑ I personally served the summons on the individual at *(place)*

on *(date)*                    ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*                    , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Lynette Bass @ CT                   , who is

designated by law to accept service of process on behalf of *(name of organization)* BP America Inc

on *(date)* 7-18-11   ; or

❑ I returned the summons unexecuted because                                        ; or

❑ Other *(specify):*


My fees are $                    for travel and $                    for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   7-18-11

*Server's signature*

Jeffery Brown
*Printed name and title*

DOMBET, CASHIO & ASSOCIATES
1,239 North Kereds Ferry road
BATON ROUGE, LOUISIANA 70808
(225) 275-0796 FAX (225) 27...

*Server's address*

Additional information regarding attempted service, etc: