UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL No. 2179 SECTION J JUDGE BARBIER |
| THIS DOCUMENT RELATES: | | * * | MAG. JUDGE SHUSHAN |
| IN RE: TRITON ASSET LEASING GmbH Case No. 2:10-cv-02771-CJB-SS | | * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE A LIMITATION
SHORT FORM JOINDER BEYOND THE APRIL 20, 2011 DEADLINE**

NOW INTO COURT, through undersigned counsel, comes Joshua Johnson ("Movant") who files this Memorandum in Support of Motion for Leave To File a Limitation Short Form Joinder Beyond the April 20, 2011 Deadline as follows:

1. Movant contacted counsel after the Court-established deadline seeking assistance in filing claims for injuries and damages she incurred as a result of the Deepwater Horizon explosion and resulting oil spill.

2. Because Movant was unaware of the Court-established deadline, she did not timely file in the Transocean limitaiton proceeding.

3. No prejudice will result from the acceptance of the proposed Short Form Joinder, which is attached hereto as Exhibit 1 to the Motion For Leave to File a Limitation Short Form Joinder Beyond the April 20, 2011 Deadline. No action has been taken in the limitation proceeding which could cause prejudice to any other party to the proceeding.

4. Supplemental Admiralty Rule 14(f) gives the Court discretion to permit the late filing of claims in a limitation proceeding. Where no prejudice could be suffered by plaintiffs in the limitation proceeding, the acceptance of late filed claims should be allowed where equitable reasons are shown. *Texas Gulf Sulphur Co. v. Blue Stack Towing Co.*, 313 F.3d 359, 362 (5th Cir. 1963) ("so long as rights of the parties are not adversely affected, the court will freely grant permission to file late claims."); *In re Gladiator Marine, Inc.*, No. 98-2037, 1999 WL 378121 (E.D. La. June 7, 1999); *citing Golnoy Barge Co. v. M/T Shinoussa*, 980 F.2d 349, 351 (5th Cir. 1993).

5. Although a Motion for Default has been filed, the Limiting Parties have agreed to delay the entry of default, allowing some time for "the dust to settle." Limitation has not been determined, and there is no prejudice to the Limiting Parties or other Defendants.

For these reasons, Movant requests that the Court grant Movant leave to file the Short Form Joinder Attached as Exhibit 1 to the Motion for Leave to File a Limitation Short Form Joinder beyond the April 20, 2011 Deadline and that the Court deems said Short Form Joinder as timely filed.

August 1, 2011                                       Respectfully submitted:
                                                     ***LEGER & SHAW***

                                                     /s/ Walter J. Leger III
                                                     Walter J. Leger, Jr., Bar No. 8278
                                                     Franklin G. Shaw, Bar No. 1594
                                                     Walter J. Leger III, Bar No. 28656
                                                     600 Carondelet Street, 9th Floor
                                                     New Orleans, LA 70130
                                                     Telephone: (504) 588-9043
                                                     Facsimile: (504) 588-9980
                                                     Email: wleger3@legershaw.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 1, 2011, I electronically filed the foregoing document with the Clerk of Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF System, and provided notice by and through LexisNexis to all counsel of record.

                                                     /s/ Walter J. Leger III
                                                     WALTER J. LEGER III