# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL by the OIL RIG | * | MDL No. 2179 |
| | "DEEPWATER HORIZON" in the | * | |
| | GULF OF MEXICO, on | * | SECTION J |
| | APRIL 20, 2010 | * | |
| | | * | JUDGE BARBIER |
| THIS DOCUMENT RELATES: | | * | MAG. JUDGE SHUSHAN |
| | | * | |
| IN RE: TRITON ASSET LEASING GmbH | | * | |
| Case No. 2:10-cv-02771-CJB-SS | | * | |
| | | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF SUBMISSION

TO: Counsel

PLEASE TAKE NOTICE that subject to Pre-trial Orders Nos. 11 and 25, in which the Court stated that it will set the date of all hearings on motions in this case, the Motion for Leave to File a Limitation Short Form Joinder Beyond the April 20, 2011 Deadline is tentatively noticed for submission on August 12, 2011 at 8:30am.

August 1, 2011

*LEGER & SHAW*

/s/ Walter J. Leger III
Walter J. Leger, Jr. Bar No. 8278
Franklin G. Shaw, Bar No. 1594
Walter J. Leger III, Bar No. 28656

600 Carondelet Street, 9th Floor
New Orleans, LA 70130
Telephone: (504) 588-9043
Facsimile: (504) 588-9980
Email: wleger3@legershaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2011, I electronically filed the foregoing document with the Clerk of Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF System, and provided notice by and through LexisNexis to all counsel of record.

/s/ Walter J. Leger III
Walter J. Leger III

2

3