OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date:  August 1, 2011

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  OIL SPILL by the OIL RIG            MDL NO. 2179
"DEEPWATER HORIZON" in the
GULF OF MEXICO, on April 20, 2010            SECTION:   J

JUDGE BARBIER

MAGISTRATE JUDGE SHUSHAN

THIS DOCUMENT RELATES TO:
2:10-cv-03168

Dear Sir or Ma'am:

Please issue summons on Plaintiffs' Sixth Amended Complaint to the following:

1.   BP, PLC
     28100 Torch Parkway
     Warrenville, IL  60555-3938

Respectfully submitted,

**GORDON, ELIAS & SEELY, L.L.P.**

/s/ *R. Todd Elias*
R. Todd Elias
Federal:              21551
Texas Bar No.:        00787427
Jeff Seely
Texas Bar No.:        24033172
1811 Bering Drive, Suite 300
Houston, Texas  77057
Telephone:         713-668-9999
Facsimile:         713-668-1980

## **CERTIFICATE OF SERVICE**

  I certify that the above and foregoing Amended Complaint will be served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in Accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 217, on this 2nd day of August, 2011.


            /s/*R. Todd Elias*_____
            R. Todd Elias