UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § | MDL NO. 10-2179 SECTION: "J" |
| This Document Relates To: | § § § | JUDGE BARBIER |
| In Re:  The Complaint and Petition of Triton Asset Leasing GmbH, et al Civil Action No. 10-2771 | § § § § | MAG. JUDGE SHUSHAN |

**MOTION OF DISMISSAL WITH FULL PREJUDICE**

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff Pearl, Inc. d/b/a Indian Ridge Shrimp Company [Rec. Doc. 3120] and on suggesting to the Court that the Plaintiff hereby desires to dismiss all claims filed against any party including but not limited to all BP entities, all Trans Ocean entities, Triton Asset Leasing GMBH, Halliburton Energy Services, Inc., Cameron International Corporation, and all other Defendants in this controversy. Plaintiff has been fully apprised of its legal rights as well as the consequences of requesting a final dismissal pursuant to the Federal Rules of Civil Procedure and now moves to dismiss its claims with full prejudice, each party bearing their own costs.

Dated: August 2, 2011.

Respectfully submitted:

**LEAKE & ANDERSSON, LLP**

BY:   /s/ Edward T. Hayes
Edward T. Hayes, T.A. (#25700)
W. Paul Andersson (#2474)
Dean M. Arruebarrena (#24283)
Stanton E. Shuler (#19152)
J. Roumain Peters (#21810)
Louis P. Bonnaffons (#21488)
Jeffrey M. Burg (#25993)
1100 Poydras Street, Suite 1700
New Orleans, LA 70163-1701
Telephone: (504) 585-7500
Facsimile: (504) 585-7775
Email: ehayes@leakeandersson.com
pandersson@leakeandersson.com
darruebarrena@leakeandersson.com
sshuler@leakeandersson.com
rpeters@leakeandersson.com
lbonnaffons@leakeandersson.com
jburg@leakeandersson.com

-AND-

Patrick M. Wartelle, Esq. (#14484)
600 Jefferson Street, Suite 603
Lafayette, LA 70501
Telephone: (337) 354-2427
Email: pwartelle@leakeandersson.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and provided notice by and through Lexis Nexis to all counsel of record.

          /s/ Edward T. Hayes