UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

U. S. DISTRICT COURT
Eastern District of Louisiana

FILED AUG - 2 2011 *CK*

LORETTA G. WHYTE
Clerk

VELMA JEAN RICHARDS, Plaintiff,

Notice of Motion

Submission

Civil Action No.

11- 1096, J (1)

BRITISH PETROLEUM-BP, et al.,

CAMERON INTERNATIONAL, et al.,

HALLIBURTON, et al.,

GULF COAST CLAIMS FACILITY, et al.,

TRANSOCEAN, et al., Defendants.

July 29, 2011.

CLAIMS THEFT OF INTELLECTUAL

PROPERTY.

NATURE OF SUIT-

___ Fee _____
___ Process _____
_X_ Dktd _____
_X_ CtRmDep _____
___ Doc. No. _____

TENDERED FOR FILING

COPYRIGHT#1603581571.

AUG - 2 2011

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Page 1 of 6

Patent Pending#61408961.

INDIVIDUAL WITH DISABILITIES

EDUCATION ACT(IDEA)

NOTICE OF MOTION SUBMISSION and

ORAL ARGUMENT DATE.

Motion, asking the court permission

to supplement claim, adding

document- Certificate of

Registration#VAu 1-069-851, seal of

The United States Copyright Office

1870. Title of Work: oil retrieving

system,

Year of Completion: 2010,

Author: velma jean richards,

Copyright Claimant: velma jean

richards,

Rights and Permissions,

Certification,

Copyright Service Request#:

1-603581571.

This is all in the Library of Congress.

see copy.

Plaintiff, further ask the court to

take note: Notice of Service to

defendant- Gulf Coast Claim Facility,

et al. The United States Marshals

Service reported, upon service of the

summon at there address that

defendant-

is a DBA : Garden City Group.

The Economic Espionage Act (EAA) of

1996 (18 U.S.C. sec. 1831)

prohibiting theft of valued

proprietary information for the benefit of a foreign government and "theft of trade secrets"(18 U. S .C. sec. 1832) which more generally includes offenses involving the conversion of a trade secret for economic benefit, whether foreign or domestic, a company or a individual " footnote 5: Pub. L. no. 104- 294, 110 stat. 3488". The act also authorized the Attorney General to enforce civil action (18 U. S. C. sec. 1834) and ensure forfeiture of property used in the offense. see United Kingdom- Cambridge Journals Q & A # 1 - 21 in Plaintiffs' Claim against Defendants. see also copies

from U.S. Department of Justice,

United States Marshals Service.

Plaintiff, states to the court that

their are issues with defendant

British Petroleum- BP, et al., summon

service.

Will keep court abreast.

Plaintiff request Motion Submission,

to set Oral Argument Date for

August 17, 2011 before

J- Judge Carl J. Barbier.

By telephone appearance, previously

a motion to this court.

Wherefore, I respectfully request that

the court grant the within motion.

Certificate by plaintiff, that copies

have been served on all counsel of

record- U. S Mail.

Thank you,

*Velma Jean Richards*

"Copyright" 2011- VELMA JEAN

RICHARDS, Litigant

305 WEST 72nd. STREET

APT. 11C

845- 337- 9254

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VAu 1-069-851**

**Effective date of registration:**

May 31, 2011

---

## Title
**Title of Work:** oil retrieving system

## Completion/Publication
**Year of Completion:** 2010

## Author
- **Author:** velma jean richards
- **Author Created:** text
- **Work made for hire:** No
- **Citizen of:** United States   **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** velma jean richards
305west 72nd street apt.11c, new york, NY, 10023

## Rights and Permissions
**Name:** velma jean richards
**Email:** v.rich@att.blackberry.net   **Telephone:** 845-337-9254
**Address:** 305west 72nd street apt.11c
new york, NY 10023

## Certification
**Name:** velma jean richards
**Date:** May 2, 2011

# U.S. Department of Justice
## United States Marshals Service

PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal"*

COPY

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Velma Jean Richards | 11-1096, J (1) |
| DEFENDANT | TYPE OF PROCESS |
| Gulf Coast Claim Facility, et al., | claim and summon |

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Gulf Coast Claim Facility, et al.,

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

5451 Blazer Pkwy, Suite A, Dublin, OH 43017

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Velma Jean Richards
305 West 72nd Street Apt 11C
New York NY 10023
Velma Richards 6-23-11

Number of process to be served with this Form - 285: 
Number of parties to be served in this case: 
Check for service on U.S.A.: X

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

phone # 800-916-4893

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
Velma Jean Richards
TELEPHONE NUMBER: 845-337-9254
DATE: 6-23-11

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 34 | District to Serve No. 61 | Signature of Authorized USMS Deputy or Clerk  Vita Jones | Date 6/27/11 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
DAVID GANZ, ASST DIRECTOR

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):
GARDEN CITY GROUP DBA GULF COAST CLAIM FACILITY
5151 BLAZER PKWY SUITE A, DUBLIN, OH 43017
614-289-5400

Date of Service: 07/06/2011
Time: 1530 pm
Signature of U.S. Marshal or Deputy: DUSM S/OH

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45 | $11 | $8 | $64 | 0 | 0 | 0 |

**REMARKS:**
06/30/2011 Received in district for service
07/06/2011 Served
07/07/2011 Returned to district of origin, closed in JDIS

PRIOR EDITIONS MAY BE USED

**3. NOTICE OF SERVICE**

FORM USM-285

JDIS 11-1096J

AO 440 (Rev. 06/08) Civil Summons



# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Louisiana

2011 JUN 30 PM 12:01

COLUMBUS, OHIO

| | | |
|---|---|---|
| VELMA JEAN RICHARDS<br>Plaintiff<br>v.<br>BRITISH PETROLEUM, ET AL<br>Defendant | )<br>)<br>)<br>)<br>) | MDL 10-2179<br><br>Civil Action No.   11-1096, J (1) |

### Summons in a Civil Action

To: *(Defendant's name and address)*
Gulf Coast Claims Facility

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
Velma Jean Richards
305 West 72nd Street
New York, NY 10023

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date:  May 16 2011

Loretta G. Whyte
Name of clerk of court

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

➤ AO 440 (Rev. 04/08) Civil Summons (Page 2)



11-1096-J (1)

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on __07/06/2011__, by:

(1) personally delivering a copy of each to the individual at this place, __ASST. ___ DIRECTOR DAVID GANZ, GULF COAST CLAIM FACILITY__ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) _____

My fees are $ __0__ for travel and $ __64__ for services, for a total of $ __0.00__.

Date: __07/06/2011__

_____  DUSM S/OH
Server's signature

Mark H. Stroh
Deputy U.S. Marshal
Southern District of Ohio
85 Marconi Blvd., Room 460
Columbus, OH 43215

Server's address

Claim ID- 9015347
Claim Type- Final Payment Offer
Claim Status- Full Review Final Claim Under Review.
see attached hard copy.

Plaintiff alleges the Defendants Tacit Plans- are for the Historical and Systematic Theft of Intellectual Property Globally.

United Kingdom- Cambridge Journals.

1. Trade Marks and Brands.

2. International Journal of Cultural.
 Property.

3. The Export Licensing Rules in the United Kingdom and the Waverly Criteria.

4. The Native American Graves Protection and Repatriation Act.

5. Cultural Heritage or Cultural Property?

6. The UNIDROIT Draft Convention on the International Protection of Cultural Property.

7. The Trade in Cypriot Antiquities in London.

8. Snettisham Revisited.

9. Chronicles- September 1991- March 1992.
10. Scheduling Monuments: The Rose Theatre Case.

11. Guggenheim v. Lubell.

12. The God that Won.

13. Not a Question of Art: Regina v. Gibson Regina v. Sylveire.

14. Movables and Immovables as Viewed by the law.

15. Maois Claim Head.

16. Report 1: Canada's Proposed Archaeological Heritage Protection Act.

17. Report 2: New Treasure Trove Law in the Netherlands.

18. Report 3: The Native American Graves Protection and Repatriation Act.

19. Free Movement of 9ultural Goods and the European Community: Part 2.

20.Treasure Trove in the Netherlands: Article 13 of Book 5 of the New Dutch Civil Code.

21. Commission: Proposal for a Council Regulation (EEC) on the Export of Cultural Goods.


1. United States Department of Justice Office Programs Bureau of Justice Statistics. www.ojp.usdoj.gov/bjs/abstract/ipto2.htm
Intellectual Property Theft 2002 By Mark Motivans, Ph.D BJS Statistician This case received national media attention(see e.g.

2. Negligent Handling:
 -Negligent advice about Business Opportunities (for the Plaintiff).
 -Negligent handling of a corporate squeeze out/Intellectual Property (for the Plaintiff).
 -Citadel v. Teza Technologies October 2009.
 -Intentional spoliation of evidence.
 -U.S. District Court, District of Colorado: The Dutch and English Companies in suit alleging that companies wrongfully used Plaintiff's confidential information to obtain extremely valuable oil and gas development rights.
 -The negligent spoliation of evidence interferes with a criminal Defendants Constitutional rights.
3. Waverly Criteria:
 -It is so closely connected with our history and national life that its departure would be a misfortune?
 -It is of outstanding aesthetic importance?
 -It is of outstanding significance for the study of some particular branch of art, learning or history?
 -The worst Oil spill, in American History.
 -The inventor of Oil Retrieving System- patent pending # that contained the oil flow is a native Alabamian from the Gulf Coast area. My father took me fishing as a child to Pensacola, Fla. I have fun memories of those experience. This is somehow lost in translation of the Oil Disaster, to the American people in the Gulf by Defendants.

The American Government is the way, the ART, Plaintiff submitted to British Petroleum can be retained in the country.
Illicit Cultural Property.
 -Seventh Circuit Rules Terrorist Victims Attachment Request Against Iran Was Overbroad.
 -Illicit Cultural Property- Export Problems- spoilation, September 26, 2007.



Sent via BlackBerry by AT&T

Velma Jean Richards, Plaintiff,

v.

British Petroleum- BP, et al.,

Cameron International, et al.,

Transocean, et. al.,

Halliburton, et. al.,

Gulf Coast Claims Facility, et al., Defendants.

4. Court of Claims- Penalties for Cultural Heritage Resource Crimes.
 -Protecting American Indian Intellectual Property.
 The Relation between Intellectual Property Rights and Human Rights Law- Cultural Survival.
 -Cobell v. Salazar, US District Court.

Plaintiff alleges my family in America, Ancestry is prior to 1778- preponderance of the evidence (oral tradition, family surnames are Firth, Smith, Williams, and Richards). I will supply the Court with Ancestral file #.
An Example:
The singer Wayne Newton is a descendant of Pocahontas.

5. Illicit Cultural Property.
 -IDENTITY THEFT:
 -A search for legal protections of Intangible Indigenous Cultural Property.
 - Straight Stealing: Toward an Indigenous System.
 -Goarding a Reluctant Dinosaur:
Mutual Recognition agreement as a Policy.
 -Response to the Misappropriation of foreign Traditional knowledge in the United States alleges., i.e. Dutch and English.

6. United States District Court in the Eastern District State of Louisiana.

US law and the US Constitution.
 -Legal Protection of Cultural Property- International Bureau of Permanent Court Arbitration.
 -Art and Culture Law.
 -Guide to Art and Cultural Property Law.
 -Dead on Arrival? A comparison of the UNIDROIT Convention on Stolen or Illegally Exported Cultural objects and US Property Law; Brian Bengs. see attached hard copy.

7. Illicit Cultural Property- April 11, 2011   -An Amicable End to Nazi- era spoliation claim.
 -In 2010 the Museum of Fine Arts contacted the successors of the Oppenheimers and a settlement was recently reached. Some museum do unilaterally do the right thing.
 -Plaintiff's Memorandum of law in Opposition to Defendants Motion to Dismiss.

-Claim of Theft of Intellectual Property.

The Proprietary Remedy, Constructive Trust and Tracing. They may be a trust of any property recognized by law.
    Tracing: Court leaves the door open for the recognition of property transferred back to claimant and impose a Constructive Trust.
 -Foskett v. McKeown (2001) AC 102.
 -Kong v. Reid (1994) 1AC 324 (1994) 1 NZLR 1 (PC).
 -Macmillian v. Bishopsgate Investment Trust plc (no. 3).
-Taylor v. Plumer (1815) 3M& 562
 -The court of appeals in " Re Diplock " (1981) 1 ch 465 saw " Sinclair v. Brougham " (1914) AC 398.
 -" Chase Manhattan Bank v. Israel- BrItish Bank (London) Ltd " (1981) ch 105 and Westdeutsche Landesbank Girozentrale v. Islington London Borough Council " (1996) AC 669- Theft or Fraud.
 -Shalson v. Russo (2003) EWHC 1637; (2005) ch 281 (Re Holidays Estates).
The Proprietary Remedy by Tracing - attribute inherent value in original Trust.

8. Coast Claims Facility(GCCF)
#1551644.
Claim- Theft of Intellectual Property by Defendants.
 -Patent Pending#61408961.
 -Century News 1A0D86511 NACHRICHTEN 1 CA15662P1018 1 Aktie Apr/ 03:07.

9. I KNOW WHY THE GAGED BIRD SINGS.
 Claim- Theft of Intellectual Property by Defendants.
 -Patent Pending#61408961.
 -GCCF- claim#1151644.

10. CALT: Ag  Law & Taxation case annotations.
-Huber et ux., v. New Jersey Department of Environment Protection no.10- 388 (U.S. Sup Ct. March 21,2011) (petition for writ of certiorari denied on Plaintiff's claim).
 -Allen Family Food Inc. v. Capital
Carbonic Corporation CA NIOC-10- 313 JRS CCLD (March 31,2011).
 -Gentile v. Rosette, C.A. 20213- VCN September 10, 2010.
 -Beard Research Inc. Kates, C.A. 1316- VCP (April 23, 2010.

11. Armory v. Delamirie (Eng.1722),
P. 100.
 -except the original owner.
 - " chain of thievery".
 -Holding: but rightful owner.
Measure of damages.
 -Burden is on Defendants and damages work as deterrent to wrongdoers.
 -true owner prevails
 -subjugation
 -Bailment
 -bear the risk, when buys from thief.
Solomon R. Guggenheim Found v. Lubell (p.165),  -67)Facts  -68)Holding
 - " Demand and Refuse "
 -Burden of possessor

-forces buyer to really check provenance.
-doctrine of laches as remedy.
Church of Cyprus v. Goldberg (p.166)
- Plaintiff show due diligence.
-statute of Limitation for thief (p.166).
- Repatriation Act.
-206 F. 3d 172 United States Court of Appeals, Second Circuit.
-case note: California adopts an actual Discovery accrual rule for claims to recover stolen art.

12. The Arbitration proceeding are typically brought in front of the National Arbitration Forum or the World Intellectual Property Organization. see email hard copy.
-Claim- Theft of Intellectual Property.
-GCCF claim#1151644.
-Patent Pending#61408961.

13. In Plaintiff claim of Theft of Intellectual Property. see ART PROPOSALS#1-#7.
-GCCF claim#1151644.
-Patent Pending#61408961.

14. Real Property Rights and Personal Property Rights.
-Civil Law Property
Intellectual Property/La Propriete Intellectuelle 15.
-325 F. 3d 1035 US.COURT OF
APPEALS.

15. UNITED STATES DISTRICT, EASTERN DISTRICT LOUISIANA.
Velma Jean Richards, Plaintiff, v.  British Petroleum- BP, et al., Cameron International, et al., Transocean, et al., Halliburton, et al., Defendants.

Claim - Theft of Intellectual Property.
-GCCF- claim#1151644.
-Patent Pending#61408961.

16. Native American Issues- The Cultural Property and Archaeology Law.
-United States District Court.
-The Intersection between Native American Law and Intellectual Property- timely and informative piece.
-The Indian Arts and Craft Act (1935), Protection of Tribal names(i.e. Oil Containment -valve, Vinegar Solution, OIL RETRIEVING SYSTEM)  -Oil Containment-valve, was Plaintiff ART Proposal#2, to stop BP's, oil spill in the Gulf of Mexico, starting May 29, 2010.
- Vinegar Solution- a composition of matter is a Homogeneous mixture that eats microbes. It is yeast and acetobacter(acetic acid). It is anti- microbe. That's how it clean-up oil in the Gulf of Mexico.
-Plaintiff, Patent and Trade Marks, Brands- OIL RETRIEVING SYSTEM.
- Trade related Intellectual Property Rights- TRIPS.
-World Trade Organization- WTO.
- Intellectual Property Rights-
IPR's.

The Exercise of " Professional Judgment".
-United State District Court.
-Environment Tort- The changing face of Toxic Torts. see hard copy.
-Plaintiff alleges this is the
straight-out stealing of an American Intellectual Property.
17. LeBoeuf Lamb- appeared in New York Law Journal, Feb. 2, 2007. 5227 REV2 03-01- 2007.
The Chronicles of Higher Education- March 29, 2011.
-US District Court the Southern District of Florida. Supreme Court Filing no._____ In the Supreme Court of the United States.
Aisha Goodison, Petition  v.  Madonna et al, Respondents, on writ of certiorari. To the US Court of Appeals the Eleventh Circuit.
-Chronicles- The Great Wall
Of China. Plaintiff is hurt by this, and the hacking into her Blackberry.

18. Court of Claims- Penalties for Cultural Heritage Resource Crimes.
-Protecting American Indian Intellectual Property. The Relation between Intellectual Property Rights and Human Rights- Cultural Survival.
-Cobell  v.  Salazar, US District Court.

19. Piracy and Brand Awareness. In Depth from an Intellectual Property Law practitioners point of view.
- Penn State Law- course
descriptions- To study Civil Law and European Union Law, implies an approach, understanding.
Law- As the European Court of Justice said in the 1960's. European Union Law Constitution.

20. Common Law- In 1937, the new Federal Rules of Civil Procedure, combined law and equity.
-April 5, 2011 - New Jersey Federal District Court. Trial Practice/ABA Section of Litigation.
-April 13, 2011- US District Court Southern District of New York. Intellect. The New York Law Journal Decision Archive.
The lifting of Corporate veil (piercing corporate veil?) Disregard of Legal Entity Theory.

21.The Cultural Property of the Member States 3". This system in part...
-Protecting Cultural objects in a Internal Border. Free European Community: The European Community...
-ART and Cultural Property Law- United States.
-ART and Cultural Property Law - Europe.
-ART and Cultural Property Law- International.
-Organization related to Lost or Stolen ART or Cultural Property Law.
-The Protection of Cultural Heritage and International Commerce- Kurt Siehr. "
The acquisition of title to property by Theft is Forbidden ".

Additional Case Law for Claim of Theft of Intellectual Property:

Lugosi   v.   Universal Pictures(1979) 25 CAL.3d 813 Lugosi.

US. Constitution,

**From:** Velma Jean Richards
305 West 72nd Street
Apt 11C – New York City
NY 10023

# ReadyPost.
Utility Mailer

**To:** U.S. District Court District of Louisiana – Clerk – Pro Se Office
500 Poydras Street Rm C-15
New Orleans, LA 70130




U.S. POSTAGE
NEW YORK, NY
10023
JUL 30 '11
AMOUNT
$1.68
00022931-18