**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * * | **MDL NO.: 2179** |
| | * | **SECTION J** |
| **This document relates to:** | * * | |
| | * | **JUDGE BARBIER** |
| **IN RE: TRITON ASSET LEASING GmbH, Case # 2:10-cv-02771-CJB-SS** | * * * | **MAG. JUDGE SHUSHAN** |

**MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE A LIMITATION SHORT FORM JOINDER BEYOND THE APRIL 20, 2011 DEADLINE**

NOW INTO COURT, through undersigned counsel, comes Blackhawk Flight Foundation, Inc. (Movant) who files this Memorandum in Support of Motion For Leave to File a Limitation Short Form Joinder Beyond the April 20, 2011 Deadline as follows:

1. Movant contacted counsel after the Court-established deadline seeking assistance in filing a claim for losses incurred as a result of the Deepwater Horizon explosion and resulting oil spill.

2. Because Movant was unaware of the Court-established deadline, it did not timely file in the Transocean limitation proceeding.

3. No prejudice will result from the acceptance of the proposed Short Form Joinder, which is attached as Exhibit 1 to the Motion For Leave to File a Limitation Short Form Joinder Beyond the April 20, 2011 Deadline. No action has been taken in the limitation proceeding which could cause prejudice to any other party to the proceeding.

4. Supplemental Admiralty Rule 14(f) gives the Court discretion to permit the late filing of claims in a limitation proceeding. Where no prejudice could be suffered by plaintiffs in the limitation proceeding, the acceptance of the late filed claims should be allowed where equitable reasons are shown. *Texas Gulf Sulphur Co. v. Blue Stack Towing Co.*, 313 F.3d 359, 362 (5th Cir. 1963) ("so long as rights of the parties are not adversely affected, the court will freely grant permission to file late claims."); *In re: Gladiator Marine, Inc.*, No. 98-2037, 1999 WL 378121 (E.D. La. June 7, 1999); *citing Golnoy Barge Co., v. M/T Shinoussa,* 980 F.2d 349, 351 (5th Cir. 1993).

5. Although a Motion for Default has been filed, ruling on that motion has been deferred. See Minute Entry Doc. No 2209. Limitation has not been determined, and there is no prejudice to the Limiting Parties or other Defendants.

For these reasons, Movant requests 1) that the Court grant Movant leave to file the Short Form Joinder attached as Exhibit 1 to the Motion for Leave to File a Limitation Short Form Joinder Beyond the April 20, 2011 Deadline and 2) that the Court deems said Short Form Joinder as timely filed.

Respectfully submitted,

*/s/ Lynn E. Swanson*
**GLADSTONE N. JONES, III (# 22221)**
**LYNN E. SWANSON (#22650)**

**EBERHARD D. GARRISON (# 22058)**
**KEVIN E. HUDDELL (# 26930)**
**H.S. BARTLETT III (# 26795)**
**EMMA ELIZABETH ANTIN DASCHBACH (#27358)**
**JACQUELINE A. STUMP (# 31981)**
Jones, Swanson, Huddell & Garrison, L.L.C.
Pan-American Life Center
601 Poydras Street, Suite 2655
New Orleans, Louisiana 70130
Telephone: (504) 523-2500
Facsimile: (504) 523-2508

and

**JAMES R. SWANSON (# 18455)**
**JOSEPH C. PEIFFER (# 26459)**
**LANCE C. McCARDLE (# 29970)**
**JASON W. BURGE (# 30420)**
**ALYSSON L. MILLS (# 32904)**
Fishman Haygood Phelps Walmsley Willis
& Swanson, L.L.P.
201 St. Charles Avenue, 46th Floor
New Orleans, Louisiana 70170-4600
Telephone: (504) 586-5252
Facsimile: (504) 586-5250

and

**JAMES M. GARNER (# 19589)**
**TIMOTHY B. FRANCIS (# 14973)**
**JOSHUA S. FORCE (# 21975)**
**SHARONDA R. WILLIAMS (# 28809)**
Sher Garner Cahill Richter Klein & Hilbert, L.L.C.
909 Poydras Street, 28th Floor
New Orleans, Louisiana 70112-1033
Telephone: (504) 299-2100
Facsimile: (504) 299-2300

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of August, 2011, I filed the foregoing pleading via Lexis/Nexis File & Serve and through this Court's CM/ECF Filing System with the Clerk of

Court of the United States District Courthouse for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, thereby effecting service on all counsel of record.

*/s/ Lynn E. Swanson*