UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | * | |
| **"Deepwater Horizon" in the Gulf** | * | **MDL NO.: 2179** |
| **of Mexico, on April 20, 2010** | * | |
| | * | |
| | * | **SECTION J** |
| **This document relates to:** | * | |
| | * | |
| | * | **JUDGE BARBIER** |
| **IN RE: TRITON ASSET LEASING** | | |
| **GmbH, Case # 2:10-cv-02771-CJB-SS** | * | **MAG. JUDGE SHUSHAN** |
| | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE OF SUBMISSION

TO:  Counsel

PLEASE TAKE NOTICE that the Motion for Leave to File A Limitation Short Form Joinder Beyond the April 20, 2011 Deadline has been filed. In accordance with Pre-Trial Order 15, the date for hearing has been tentatively set for August 17, 2011, at 9:30 a.m.

    Respectfully submitted,

    */s/ Lynn E. Swanson*
    **GLADSTONE N. JONES, III (# 22221)**
    **LYNN E. SWANSON (#22650)**
    **EBERHARD D. GARRISON (# 22058)**
    **KEVIN E. HUDDELL (# 26930)**
    **H.S. BARTLETT III (# 26795)**

1

**EMMA ELIZABETH ANTIN DASCHBACH (#27358)**
**JACQUELINE A. STUMP (# 31981)**
Jones, Swanson, Huddell & Garrison, L.L.C.
Pan-American Life Center
601 Poydras Street, Suite 2655
New Orleans, Louisiana 70130
Telephone: (504) 523-2500
Facsimile: (504) 523-2508

and

**JAMES R. SWANSON (# 18455)**
**JOSEPH C. PEIFFER (# 26459)**
**LANCE C. McCARDLE (# 29970)**
**JASON W. BURGE (# 30420)**
**ALYSSON L. MILLS (# 32904)**
Fishman Haygood Phelps Walmsley Willis
    & Swanson, L.L.P.
201 St. Charles Avenue, 46th Floor
New Orleans, Louisiana 70170-4600
Telephone: (504) 586-5252
Facsimile: (504) 586-5250

and

**JAMES M. GARNER (# 19589)**
**TIMOTHY B. FRANCIS (# 14973)**
**JOSHUA S. FORCE (# 21975)**
**SHARONDA R. WILLIAMS (# 28809)**
Sher Garner Cahill Richter Klein & Hilbert, L.L.C.
909 Poydras Street, 28th Floor
New Orleans, Louisiana 70112-1033
Telephone: (504) 299-2100
Facsimile: (504) 299-2300

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of August, 2011, I electronically filed the foregoing pleading via Lexis/Nexis File & Serve and through this Court's CM/ECF Filing System with the Clerk of Court of the United States District Courthouse for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, thereby effecting service on all counsel of record.

/s/ Lynn E. Swanson