IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" | * * * | MDL No. 2179<br>Sect J |
| THIS DOCUMENT RELATES TO: | * * | |
| ROSELYN RENEE RICHARD, individually and on behalf of SKEETER'S SPORTS BAR, LLC | * * * | Case No. 2:2010-cv-08888 |
| Claimant | * | Individual Case Document No. 74256 |

## PROPOSED ORDER

Considering the foregoing Ex Parte Motion to Withdraw as Counsel of Record filed in the above-captioned action [Ind. Case Doc. No. 74256], it is hereby **ORDERED** that the motion is **GRANTED**, and that Mover, **BRANDY GONZALES SCURRIA** of the firm **BRANDY GONZALES LEGAL SERVICES, LLC**, be and is hereby withdrawn from this proceeding as counsel for Claimant, Roselyn Renee Richard, individually and on behalf of Skeeter's Sports Bar, LLC. It is further **ORDERED** that the Clerk of Court shall strike the names of Mover, **BRANDY GONZALES SCURRIA**, and her firm, **BRANDY GONZALES LEGAL SERVICES, LLC**, from the record of this proceeding.

New Orleans, Louisiana this 2nd day of August, 2011.

_____
United States District Judge

```
__Fee ____
__Process____
x _Dktd ____
_/CtRmDep____
__Doc. No.____
```

1