UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | Civil Action  MDL No. 2179 |
| Applies to: 11-cv-1542 | * * * | SECTION: J  JUDGE CARL J. BARBIER |

## ORDER

**IT IS ORDERED** that member case, *Blanchard, et al. v. BP America Production Co., et al.,* 2:11-cv-1542, is hereby **REASSIGNED AND REFERRED** to United States Magistrate Judge Joseph C. Wilkinson, Jr. (Division 2) for the purpose of pretrial case management, including issuing a scheduling order, overseeing discovery, and any other preliminary matters.

Parties are directed to use Magistrate Judge Wilkinson's information in the caption of future pleadings.

New Orleans, Louisiana this 2nd day of August, 2011.

_____
UNITED STATES DISTRICT JUDGE