MINUTE ENTRY
WILKINSON, M.J.
AUGUST 2, 2011

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | CIVIL ACTION<br><br>MDL 2179 |
| Member Case: <u>Art Catering, Inc. v. Gorney et al.</u>; 11-1136 | SECTION "J" (2) |

Pursuant to my previous order, Record Doc. No. 3228, a followup status conference was conducted in this case on this date. Participating via telephone were: Stephen Bruno, representing plaintiff; Philip Sims, representing defendant.

Defense counsel has filed a waiver of formal service on behalf of defendant Jimmy M. Podaras pursuant to Fed. R. Civ. P. 4(d), Record Doc. No. 3219, and will be representing all defendants. **IT IS ORDERED** that an answer or responsive motion on behalf of defendants Podaras and Gorney must be filed no later than **September 6, 2011**.

All parties have <u>not</u> consented to proceed before a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c). A jury trial has been demanded. Accordingly, I will enter a separate scheduling order setting additional deadlines and pretrial conference and trial dates on Judge Barbier's calendar.

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

MJSTAR:  0 : 10