UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig** | **MDL NO. 2179** |
|     **"Deepwater Horizon" in the Gulf** | |
|     **of Mexico, on April 20, 2010** | **SECTION J** |
| **Applies to:** *All Cases* | **JUDGE BARBIER** |
| | **MAGISTRATE JUDGE SHUSHAN** |

**ORDER**

**[Working Group[1] Conference on Friday, July 29, 2011]**

This order reflects the action taken by the Working Group Conference on Friday, July 29, 2011.

**1.**    **Preservation of BOP.**

The Court reported on the status of the preservation of the BOP. The lease on NASA Michoud Building 411 will be continued for the storage of the electronic parts. The parties who requested storage of the electronic parts will be required to bear the cost of storage. The "evidence yard" and the dock will be used for the storage of the remaining BOP parts. The PSC, the U.S. and BP agreed that the capping stack should be preserved to permit its forensic examination.

**2.**    **Completion of Phase One Written Discovery.[2]**

The U.S. reported on the status of its discovery responses. It has completed production from all centralized files responsive to the written discovery. Sara Himmelhoch believes the production for approximately 25 more custodians at Department of Interior and NOAA's production should be completed by August 5, 2011. The Coast Guard believes it has completed all of its event related

---

[1] The discovery "Working Group" shall be comprised of: one or two representatives of the PSC; one representative from each of the defendants; and coordinating counsel for the United States and coordinating counsel for the States. (Rec. Doc. 1099).

[2] Written discovery refers to interrogatories, requests for production (RFPs) and requests for admissions (RFAs).

production with a small exception. The U.S. is going to make the August 31st deadline for source control and quantification discovery that has been served to date (with the exception of privileged logging and some new searches).

The PSC and Cameron have reached a tentative agreement on Camerons' motion to compel.

The PSC reported that it will not challenge most of the redactions of documents by BP. The PSC may have a few identification issues and will put those together in a letter.

Anadarko is working on narrowing its list of search terms for BP.

3. **PSC's Request for BP's GOM Drilling Contracts.**

BP produced the Thunder Horse rig contract between BP and Pride on July 27th. The ten-day appeal time is suspended pending the PSC's review of the contract and its request to revisit the issue with the undersigned.

4. **Settlements**.

The MOEX and Weatherford settlements have been produced.

5. **Interpleader Actions.**

Transocean reported that Transocean, BP, MOEX and Anadarko reached an agreement in principle and that agreement is in the hands of the underwriters. No assistance is needed from the court at this time.

6. **Transocean Internal Report**.

Transocean's revised privilege log and documents were timely produced.

7. **Phase One Fact Depositions**.

    1.    Thorseth, Jay (London)(one day)    September 20

The PSC contends that Thorseth is a fact witness for Phase One and Phase Two and will

require 2 days. Andy Langan will report to the Court by Monday, August 8th on whether Thorseth has Phase Two information.

    2.    <u>Birrell, Gordon</u>    September 14

The PSC reported that Birrell is a fact witness for Phase One and Two. Andy Langan is going to report to the Court by Monday, August 8th on whether Birrell has Phase Two information.

    3.    <u>Lacy, Stewart</u> (London)(one day)    September 23 **(tentative)**

The date for Lacy's deposition remains tentative.

    4.    <u>Powell, Heather</u>    October 20 (tentative)

This will be kept on the agenda pending confirmation of the deposition. Ms. Powell is expecting a child and cannot travel. Her baby is due prior to October 20.

    5.    <u>Frazelle, Andrew</u>    September 28 **(tentative)**

The PSC reported that Frazelle is a fact witness for Phase One and Two and will require two days. Andy Langan is going to report to the Court by Monday, August 8th on whether Frazelle has Phase Two information.

    6.    <u>Trahan, Buddy</u>    September 28 and 29 **(tentative)**

BP is working on confirmation.

    7.    <u>Beirute, Rob</u>    August 29 **(tentative)**

BP is working on confirmation. Anadarko has requested a two-day deposition. Lori Mince represents the witness and discussion was deferred pending discussion with her.

    8.    <u>Johnson, Stephen</u>    September 27

    9.    <u>Maxie, Doyle</u>    October 12

    10.    <u>Meche, Gregory</u>    October 6

    11.    <u>Quibodeaux, John</u>           October 4

    12.    <u>Turlak, Rob</u>

Transocean is working on dates. BP requests two days.

    13.    <u>Oldfather, Daniel</u>

Deferred.

    14.    <u>Ravi, Dr. Kris</u>           September 14

It is agreed that Dr. Ravi will be a one day deposition.

    15.    <u>Miller, Rich</u>

Mr. Miller will be deposed for one day with Halliburton getting 3.5 hours (210 out of 450 minutes). The remaining allocations will be announced later.

    16. and 17.    <u>Emanuel, Victor</u>; <u>O'Toole, Ryan</u>

Emanuel and O'Toole are employed by Schlumberger. Halliburton requests the depositions. BP objects. Denise Scofield offered to coordinate the depositions with Schlumberger (to be held in late September). Ms. Scofield indicated she would speak with her client and let the undersigned know what Schlumberger's position is regarding these depositions.

    18.    <u>Newman, Steve</u>    Transocean    September 30

Steve Newman will be deposed for one day in Houston. BP may request a two-day deposition.

    19.    <u>Vidrine, Don</u>

The PSC will contact Vidrine's counsel about a deposition on written interrogatories. Mr. Miller will follow-up with his criminal attorney, Mr. Habans.

    20.    <u>BP Rule 30(b)(6)</u> - BOP Regulatory Compliance

BP is working on identifying appropriate witnesses.

21. <u>Morrison, Richard</u>                          **October 18?**

The PSC requests two days. Andy Langan is going to report to the Court by Monday, August 8th on whether Morrison has Phase Two information.

22. <u>McKay, Lamar</u>                          November 3 and 4 **(tentative)**

There was discussion about McKay and whether he should be one day or two days. The Court is to decide.

**8.     Requests for Additional Time**.

Transocean requested 150 minutes (an additional 75 minutes) total for the deposition of Ed Gaude on Monday, September 19, 2011. The PSC (20 minutes), the States (10 minutes), MOEX (5 minutes) and the U.S. (10 minutes) ceded a total of 45 minutes.

BP reported that it will seek a total of 250 minutes of time (155 extra) for Jonathan Keeton (August 17 and 18) and Dan Farr (August 24 and 25). Halliburton requests that no time be taken away from it for time re-allotment. The PSC will cede 25 minutes for each and Anadarko will cede 10 minutes for each.

**9.     Transocean's Objections to Cameron's Requests for Depositions.**

| Name | Employer | Requesting Party |
|---|---|---|
| 1. Clements, Jeremy | Current Transocean | Cameron |
| 2. Cotton, Al | R&B (TO) | Cameron |
| 3. Crichton, Steve | Current Transocean | Cameron |
| 4. Fry, Mike | Current Transocean | Cameron |
| 5. Gray, Todd | Current Transocean | Cameron |

5

| | | | |
|---|---|---|---|
| 6. | Kennedy, John | R&B (TO) | Cameron |
| 7. | McGrath, Scott | Current Transocean | Cameron |
| 8. | Rodger, Brad | Current Transocean | Cameron |
| 9. | Silverman, Peter | R&B (TO) | Cameron |
| 10. | Wetherell, Linda | R&B (TO) | Cameron |
| 11. | Wink, Kevin | R&B (TO) | Cameron |

Transocean provided Cameron and the Court (*in camera*) information on the eleven persons, including some information on the last known addresses of the former employees. Alex Roberts and David Baay were to and confer on the persons who are still employed by Transocean. Steve Roberts reported he, Mr. Beck and Mr. Wittmann are working through the process and hope to have something final to the Court this week.

Transocean identified the following Cameron employees for depositions in response to Cameron's request:

1. Jason Van Lue (manager aftermarket services)

2. Don King (VP operations support)

3. Russell Bourgeois

4. Sudhir Reddy (Project Management)

5. Lee Womble

6. John Mangam (Supervisor of Engineering)

7. Charlie Curtis (Product Manager)

8. William Duncan

9. Gary Chaisson (Operations)

**10.     BP's Request for Depositions of Transocean's Investigation Group.**

    1.  Captain John McDonald

    2.  Robert Tiano

    3.  Bob Walsh

    4.  Derek Hart (Aberdeen)

    5.  Ewen Florence (Kuala Lumpur)

    6.  Wesley Bell

    7.  Steve Myers (Angola)

    8.  Rodney Manning

    9.  Art Nordholm (Edmonton)

    10. Ryan McIntosh (Rio)

    11. Perrin Roller

    12. Rule 30(b)(6) deposition of WEST Engineering

BP requests five (5) hours of questioning for these witnesses. BP is to pick 4 of the 6 U.S. based witnesses. They will be done in one day with BP getting 3.5 hours (210 minutes out of 450) out of the total and the remaining allocations will be announced later. BP is to pick 2 overseas based witnesses with the overseas depositions to be done remotely (by conference call or video conference). The same time allocation will apply.

**11.     Preliminary Witness List for Phase One.**

The PSC reported that it submitted the Phase One preliminary witness list to the defendants and it needed further information from the defendants before proceeding. If Mr. Herman does not get input from the others by August 5, he will go with the list as is with no further changes.

**12.    Phase One Experts.**

Discussion deferred.

**13.    In-House Phase One Experts.**

The parties have agreed that each of the in-house experts will prepare the disclosures required by Rule 26(a)(2)(B) and (C), and those disclosures will be provided to all parties at the same time that a party is obligated to provide its expert report. The report is an abbreviated disclosure which provides the subject matter on which the witness is expected to present evidence, and a summary of the facts and opinions to which the witness is expected to testify.

All parties are to supplement the in-camera disclosures to the undersigned by designating the expert(s) and the area of expertise as per the designations previously discussed. Also, please indicate if these witnesses have previously been deposed.

**14.    Cameron Motion.**

Cameron reported that it may be required to file a motion concerning a Transocean defense asserting lack of an indispensable party.

**15.    Conference Schedule.**

| | |
|---|---|
| Friday, August 12, 2011 | After Judge Barbier's status conference - WGC followed by meeting of LCC. |
| Friday, August 19, 2011, at 9:30 a.m. | WGC followed by meeting of LCC. |
| Friday, August 26, 2011, at 9:30 a.m. | WGC followed by meeting of LCC. |
| Friday, September 9, 2011 at 9:30 a.m. | WGC followed by meeting of LCC. |
| Friday, September 16, 2011 | Judge Barbier's status conference ONLY. |
| Friday, September 23, 2011 | No conference set. |
| Friday, September 30, 2011 at 9:30 a.m. | WGC followed by meeting of LCC. |

| | |
|---|---|
| Friday, October 7, 2011 at 9:30 a.m. | WGC followed by meeting of LCC. |
| Friday, October 14, 2011 at 9:30 a.m. | WGC followed by meeting of LCC. |
| Friday, October 21, 2011 | After Judge Barbier's status conference - WGC followed by meeting of LCC. |
| Friday, October 28, 2011 at 9:30 a.m. | WGC followed by meeting of LCC. |
| Friday, November 4, 2011 at 9:30 a.m. | WGC followed by meeting of LCC. |
| Friday, November 11, 2011 | No conference set. |
| Friday, November 18, 2011 | After Judge Barbier's status conference - WGC followed by meeting of LCC. |
| Friday, November 25, 2011 | No conference set. |
| Friday, December 2, 2011 at 9:30 a.m. | WGC followed by meeting of LCC. |
| Friday, December 9, 2011 at 9:30 a.m. | WGC followed by meeting of LCC. |
| Friday, December 16, 2011 | After Judge Barbier's status conference - WGC followed by meeting of LCC. |
| Friday, December 23, 2011 | No conference set. |
| Friday, December 30, 2011 | No conference set. |
| Friday, January 6, 2012 at 9:30 a.m. | WGC followed by meeting of LCC. |
| Friday, January 13, 2012 at 9:30 a.m. | WGC followed by meeting of LCC. |
| Friday, January 20, 2012 | After Judge Barbier's status conference - WGC followed by meeting of LCC. |
| Friday, January 27, 2012 at 9:30 a.m. | WGC followed by meeting of LCC. |

New Orleans, Louisiana, this  2nd  day of August, 2011.

_____
**SALLY SHUSHAN**
**United States Magistrate Judge**