## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | CIVIL ACTION NO. 2:10-MDL-02179 SECTION "J" |
| This Document Relates to: Azeemuddin Ahmed Document Number: 52444 | * * * * | JUDGE BARBIER MAGISTRATE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR CLAIMANT Azeemuddin Ahmed

Now into Court, come counsel of record Martins I. Imudia, Martins I Imudia & Associates, Terrence J. Lestelle, Andrea S. Lestelle, Jeffery B. Struckhoff and Richard M. Morgain, Lestelle & Lestelle, A Professional Law Corporation, who hereby request that they be permitted to withdraw as counsel of record for client Azeemuddin Ahmed in this action in accordance with LR 83.2.11. Client's current address is 218 East Gatehouse Drive, Apt. F, Metairie, LA 70001 and client's current telephone number is (504)723-7606.

Client has received a letter notifying him of deadlines and pending court appearances in the above-entitled action.

Respectfully Submitted,

_s/ Martins I. Imudia_____
Martins I. Imudia-24809
Martins I. Imudia & Associates, APLC
1100 Poydras Street, Suite 2900
New Orleans, Louisiana 70163
Telephone: (504) 885-0015
and

                                            Terrence J. Lestelle-8540
                                            Andrea S. Lestelle-8539
                                            Jeffrey B. Struckhoff-30173
                                            Richard M. Morgain-32603
                                            Lestelle & Lestelle, APLC
                                            3421 N. Causeway Boulevard,
                                            Suite 602
                                            Metairie, Louisiana 70002
                                            Telephone: 504-828-1224
                                            **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

     I hereby certify that on this _3rd_ day of __August____2011, a copy of the foregoing has been served upon client by certified mail and counsel of record in this action by electronic service through the Court's CM/ECF.

                                            _s/ Martins I. Imudia_____
                                            Martins I. Imudia