UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * | CIVIL ACTION NO. 2:10-MDL-02179 |
| | * | SECTION "J" |
| This Document Relates to: Michelet Dore Document Number: 52547 | * * | JUDGE BARBIER |
| | * * | MAGISTRATE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR CLAIMANT Michelet Dore

Now into Court, come counsel of record Martins I. Imudia, Martins I Imudia & Associates, Terrence J. Lestelle, Andrea S. Lestelle, Jeffery B. Struckhoff and Richard M. Morgain, Lestelle & Lestelle, A Professional Law Corporation, who hereby request that they be permitted to withdraw as counsel of record for client Michelet Dore in this action in accordance with LR 83.2.11.  Client's current address is 3601 Aspen Drive, Harvey, LA 70058 and client's current telephone number is (504)606-2793.

Client has received a letter notifying him of deadlines and pending court appearances in the above-entitled action.

Respectfully Submitted,

_s/ Martins I. Imudia_____
Martins I. Imudia-24809
Martins I. Imudia & Associates, APLC
1100 Poydras Street, Suite 2900
New Orleans, Louisiana  70163
Telephone:  (504) 885-0015
         and
Terrence J. Lestelle-8540
Andrea S. Lestelle-8539

                    Jeffrey B. Struckhoff-30173
                    Richard M. Morgain-32603
                    Lestelle & Lestelle, APLC
                    3421 N. Causeway Boulevard,
                    Suite 602
                    Metairie, Louisiana 70002
                    Telephone: 504-828-1224
                    **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on this  3rd  day of   August    2011, a copy of the foregoing has been served upon client by certified mail and counsel of record in this action by electronic service through the Court's CM/ECF.

                     s/ Martins I. Imudia
                    Martins I. Imudia