## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * CIVIL ACTION <br> * NO. 2:10-MDL-02179 <br> * <br> * SECTION "J" |
| This Document Relates to: Sahra Haji Hussein <br> Document Number: 52701 | * <br> * JUDGE BARBIER <br> * <br> * MAGISTRATE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion to Withdraw as Counsel of Record for Claimant Sahra Haji Hussein;

**IT IS ORDERED** that Martins I. Imudia, Martins I Imudia & Associates, Terrence J. Lestelle, Andrea S. Lestelle, Jeffery B. Struckhoff, and Richard M. Morgain, Lestelle & Lestelle, A Professional Law Corporation, are hereby withdrawn as counsel of record for Claimant Sahra Haji Hussein.

New Orleans, Louisiana, this __3rd__ day of __August__, 2011.

_____
**U.S. DISTRICT COURT JUDGE**