UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | *<br>*<br>* | CIVIL ACTION<br>NO. 2:10-MDL-02179 |
| | * | SECTION "J" |
| This Document Relates to: Abdul Hussein<br>Document Number: 52718 | * | |
| | * | JUDGE BARBIER |
| | * | |
| | * | MAGISTRATE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR CLAIMANT Abdul Hussein

Now into Court, come counsel of record Martins I. Imudia, Martins I Imudia & Associates, Terrence J. Lestelle, Andrea S. Lestelle, Jeffery B. Struckhoff and Richard M. Morgain, Lestelle & Lestelle, A Professional Law Corporation, who hereby request that they be permitted to withdraw as counsel of record for client Abdul Hussein in this action in accordance with LR 83.2.11. Client's current address is 3900 South I-10 Service Road, Apt. 110, Metairie, LA 70001 and client's current telephone number is (504)617-3676.

Client has received a letter notifying him of deadlines and pending court appearances in the above-entitled action.

Respectfully Submitted,

_s/ Martins I. Imudia_____
Martins I. Imudia-24809
Martins I. Imudia & Associates, APLC
1100 Poydras Street, Suite 2900
New Orleans, Louisiana  70163
Telephone:  (504) 885-0015
and

        Terrence J. Lestelle-8540
        Andrea S. Lestelle-8539
        Jeffrey B. Struckhoff-30173
        Richard M. Morgain-32603
        Lestelle & Lestelle, APLC
        3421 N. Causeway Boulevard, Suite 602
        Metairie, Louisiana 70002
        Telephone: 504-828-1224
        **ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I hereby certify that on this  3rd  day of   August   2011, a copy of the foregoing has been served upon client by certified mail and counsel of record in this action by electronic service through the Court's CM/ECF.

         s/ Martins I. Imudia
        Martins I. Imudia