UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | CIVIL ACTION<br><br>MDL 2179 |
| Member Case: <u>Art Catering, Inc. v. Gorney et al.</u>; 11-1136 | SECTION "J" (2) |

## SCHEDULING O R D E R

A Preliminary Pre-Trial conference was held on August 2, 2011 by telephone before Magistrate Judge Wilkinson.

        PRESENT:  Stephen Bruno, representing plaintiff
                           Philip Sims, representing defendants

Pleadings have not yet been completed.  A deadline by which defendants must file their answers and/or responsive motions has been separately set.  Jurisdiction and venue are established.

All pre-trial motions, including motions in limine regarding the admissibility of expert testimony, shall be filed and served in sufficient time to permit hearing thereon no later than **September 5, 2012**.  **Judge Barbier and Magistrate Judge Wilkinson adhere to Local Rule 78.1 regarding oral argument on motions.**  All other motions in limine shall be filed by **October 15, 2012**, and responses thereto shall be filed by **October 17, 2012**.  **Motions filed in violation of this order shall be deemed waived and not considered unless good cause is shown.**

**Counsel are advised that Judge Barbier is receptive to requests for oral argument.  Hearing dates for Section J may be found at www.laed.uscourts.gov.**

Rule 26(a)(1) disclosures must be exchanged by **October 6, 2011**.

Depositions for trial use shall be taken and all discovery shall be completed not later than **August 27, 2012**.

Amendments to pleadings, third-party actions, cross- claims and counter-claims shall be filed no later than **October 6, 2011**.

Counsel adding new parties subsequent to mailing of this Notice shall serve on each new party a copy of this Minute Entry.

Pleadings responsive thereto, when required, shall be filed within the applicable delays therefor.

C. A. NO: 11-1136

Written reports of experts, as defined by Federal Rule of Civil Procedure 26(a)(2)(B), who may be witnesses for plaintiff shall be obtained and delivered to counsel for defendant as soon as possible, but in no event later than **June 27, 2012**.

Written reports of experts, as defined by Federal Rule of Civil Procedure 26(a)(2)(B), who may be witnesses for defendant shall be obtained and delivered to counsel for plaintiff as soon as possible, but in no event later than **July 27, 2012**.

Counsel for the parties shall file in the record and serve upon their opponents a list of all witnesses who may or will be called to testify on trial, and all exhibits that may or will be used, not later than **July 27, 2012**.

The Court will not permit any witness, expert or fact, to testify or exhibits to be used unless there has been compliance with this Order as it pertains to the witness.

**THE COURT ENCOURAGES THE PARTIES TO DISCUSS POSSIBLE SETTLEMENT AT AN EARLY DATE. IF ANY PARTY WISHES TO SCHEDULE A SETTLEMENT CONFERENCE WITH EITHER THE DISTRICT JUDGE OR THE ASSIGNED MAGISTRATE JUDGE, COUNSEL SHOULD CONTACT CHAMBERS DIRECTLY.**

This case does not involve extensive documentary evidence.

A final pre-trial conference will be held before the District Judge on **September 27, 2012 at 2:30 p.m.** Counsel will be prepared in accordance with the final Pre-Trial Notice attached.

Trial will commence on **OCTOBER 22, 2012 AT 8:30 A.M.** before the District Judge with a jury. Attorneys are instructed to report for trial not later than 30 minutes prior to this time. Trial is estimated to last **three (3)** day(s).

Deadline or cut-off dates fixed herein may only be extended by the Court upon timely application and upon a showing of good cause. Continuances will not normally be granted. If, however, a continuance is granted, deadlines and cut off dates will be automatically extended.

Dated at New Orleans, LA, on this ____3rd____ day of August, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**