UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG * <br> "DEEPWATER HORIZON" IN THE * <br> GULF OF MEXICO, ON APRIL 20, 2010 * <br> * <br> This Document Relates to: Marie J. Bontemps* <br> Document Number: 48374 * <br> * <br> * <br> * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | CIVIL ACTION <br> NO. 2:10-MDL-02179 <br><br> SECTION "J" <br><br> JUDGE BARBIER <br><br> MAGISTRATE SHUSHAN |

## ORDER

Considering the foregoing Motion to Withdraw as Counsel of Record for Claimant Marie J. Bontemps;

**IT IS ORDERED** that Martins I. Imudia, Martins I Imudia & Associates, Terrence J. Lestelle, Andrea S. Lestelle, Jeffery B. Struckhoff, and Richard M. Morgain, Lestelle & Lestelle, A Professional Law Corporation, are hereby withdrawn as counsel of record for Claimant Marie J. Bontemps.

New Orleans, Louisiana, this   3rd   day of   August  , 2011.

_____
**U.S. DISTRICT COURT JUDGE**