## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | CIVIL ACTION NO. 2:10-MDL-02179 SECTION "J" |
| This Document Relates to: Spriel Jean-Pierre Document Number: 48760 | * * * | JUDGE BARBIER MAGISTRATE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR CLAIMANT Spriel Jean-Pierre

Now into Court, come counsel of record Martins I. Imudia, Martins I Imudia & Associates, Terrence J. Lestelle, Andrea S. Lestelle, Jeffery B. Struckhoff and Richard M. Morgain, Lestelle & Lestelle, A Professional Law Corporation, who hereby request that they be permitted to withdraw as counsel of record for client Spriel Jean-Pierre in this action in accordance with LR 83.2.11.  Client's current address is 1844 Bradford Place, Harvey, LA 70058 and client's current telephone number is (504)391-2505.

Client has received a letter notifying him of deadlines and pending court appearances in the above-entitled action.

Respectfully Submitted,

_s/ Martins I. Imudia_____
Martins I. Imudia-24809
Martins I. Imudia & Associates, APLC
1100 Poydras Street, Suite 2900
New Orleans, Louisiana  70163
Telephone:  (504) 885-0015
        and
Terrence J. Lestelle-8540
Andrea S. Lestelle-8539

Jeffrey B. Struckhoff-30173  
Richard M. Morgain-32603  
Lestelle & Lestelle, APLC  
3421 N. Causeway Boulevard, Suite 602  
Metairie, Louisiana 70002  
Telephone: 504-828-1224  
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on this  3rd  day of   August   2011, a copy of the foregoing has been served upon client and counsel of record in this action by electronic service through the Court's CM/ECF.

       s/ Martins I. Imudia  
       Martins I. Imudia