UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | CIVIL ACTION NO. 2:10-MDL-02179 SECTION "J" |
| This Document Relates to: Jean W. Louissaint Document Number: 52786 | * * * * | JUDGE BARBIER MAGISTRATE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR CLAIMANT Jean W. Louissaint

Now into Court, come counsel of record Martins I. Imudia, Martins I Imudia & Associates, Terrence J. Lestelle, Andrea S. Lestelle, Jeffery B. Struckhoff and Richard M. Morgain, Lestelle & Lestelle, A Professional Law Corporation, who hereby request that they be permitted to withdraw as counsel of record for client Jean W. Louissaint in this action in accordance with LR 83.2.11.  Client's current address is 600 Deerfield Road, Apt. 604, Gretna, LA 70056 and client's current telephone number is (504)373-1054.

Client has received a letter notifying him of deadlines and pending court appearances in the above-entitled action.

                                                Respectfully Submitted,

                                            _s/ Martins I. Imudia_____
                                            Martins I. Imudia-24809
                                            Martins I. Imudia & Associates, APLC
                                            1100 Poydras Street, Suite 2900
                                            New Orleans, Louisiana  70163
                                            Telephone:  (504) 885-0015
                                                     and

                                        Terrence J. Lestelle-8540
                                        Andrea S. Lestelle-8539
                                        Jeffrey B. Struckhoff-30173
                                        Richard M. Morgain-32603
                                        Lestelle & Lestelle, APLC
                                        3421 N. Causeway Boulevard,
                                        Suite 602
                                        Metairie, Louisiana 70002
                                        Telephone: 504-828-1224
                                        **ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this  _3rd_  day of  __August__ 2011, a copy of the foregoing has been served upon client and counsel of record in this action by electronic service through the Court's CM/ECF.

                                         s/ Martins I. Imudia_____
                                        Martins I. Imudia