UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

[Regarding Allocation of Deposition Time]

The Court allocates deposition examination time as follows:

1. **Miller, Rich**

   This will be a one-day deposition with the following allocations:

   | | |
   |---|---|
   | Plaintiffs | 75 minutes |
   | U.S. | 45 minutes |
   | States | 15 minutes |
   | Halliburton | 210 minutes |
   | Transocean | 30 minutes |
   | BP | 30 minutes |
   | Cameron | 30 minutes |
   | Anadarko | 15 minutes |
   | MOEX | 0 minutes |
   | Weatherford | 0 minutes |
   | M-I Swaco | 0 minutes |
   | Drill Quip | <u>0 minutes</u> |
   | **Total** | **450 minutes** |

2. **Gaud, Ed**

This will be a one-day deposition. Transocean seeks an additional 75 minutes. The following parties have ceded times as follows: The PSC 20 minutes; the States 10 minutes; MOEX 5 minutes; and the U.S. 10 minutes.

| | |
|---|---|
| Plaintiffs | 120 minutes |
| U.S. | 45 minutes |
| States | 30 minutes |
| Halliburton | 30 minutes |
| Transocean | 152 minutes |
| BP | 30 minutes |
| Cameron | 30 minutes |
| Anadarko | 10 minutes |
| MOEX | 3 minutes |
| Weatherford | 0 minutes |
| M-I Swaco | 0 minutes |
| Drill Quip | <u>0 minutes</u> |
| **Total** | **450 minutes** |

3. and 4.    **Keaton, Jonathan** and **Farr, Dan**

BP seeks an additional 155 minutes (a total of 250 minutes) for these two-day witnesses. The PSC has ceded 25 minutes for each and Anadarko 10 minutes for each. The time allocations will be as follows:

| | |
|---|---|
| Plaintiffs | 255 minutes |

| | |
|---|---|
| U.S. | 90 minutes |
| States | 45 minutes |
| Halliburton | 75 minutes |
| Transocean | 75 minutes |
| BP | 250 minutes |
| Cameron | 65 minutes |
| Anadarko | 30 minutes |
| MOEX | 5 minutes |
| Weatherford | 5 minutes |
| M-I Swaco | 5 minutes |
| Drill Quip | <u>0 minutes</u> |
| **Total** | **900 minutes** |

5. **BP's Designated Witnesses from Transocean's Investigation Group**

The undersigned has ruled that BP will get 3.5 hours for each of these witnesses. The allocations will be the same as for Rich Miller with the allocations for Halliburton and BP switched.

**Any appeal of this order must be filed no later than noon on Monday, August 8, 2011.**

New Orleans, Louisiana, this 3rd day of August, 2011.

　　　　　　　　　　　　　　　　　　　　**SALLY SHUSHAN**
　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**