## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * | CIVIL ACTION NO. 2:10-MDL-02179 |
| | * | SECTION "J" |
| This Document Relates to: Pierre C. Noel Document Number: 49159 | * | JUDGE BARBIER |
| | * * | MAGISTRATE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR CLAIMANT Pierre C. Noel

Now into Court, come counsel of record Martins I. Imudia, Martins I Imudia & Associates, Terrence J. Lestelle, Andrea S. Lestelle, Jeffery B. Struckhoff and Richard M. Morgain, Lestelle & Lestelle, A Professional Law Corporation, who hereby request that they be permitted to withdraw as counsel of record for client Pierre C. Noel in this action in accordance with LR 83.2.11.  Client's current address is 664 Grovewood Drive, Gretna, LA 70056 and client's current telephone number is (504)473-6091.

Client has received a letter notifying him of deadlines and pending court appearances in the above-entitled action.

Respectfully Submitted,

_s/ Martins I. Imudia_____
Martins I. Imudia-24809
Martins I. Imudia & Associates, APLC
1100 Poydras Street, Suite 2900
New Orleans, Louisiana  70163
Telephone:  (504) 885-0015
        and
Terrence J. Lestelle-8540
Andrea S. Lestelle-8539

        Jeffrey B. Struckhoff-30173
        Richard M. Morgain-32603
        Lestelle & Lestelle, APLC
        3421 N. Causeway Boulevard,
        Suite 602
        Metairie, Louisiana 70002
        Telephone: 504-828-1224
        **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

     I hereby certify that on this  3rd  day of   August  2011, a copy of the foregoing has been served upon client and counsel of record in this action by electronic service through the Court's CM/ECF.

        s/ Martins I. Imudia
        Martins I. Imudia