UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § | MDL NO. 10-2179 SECTION: "J" |
| This Document Relates To: | | § § | |
| In Re: | The Complaint and Petition of Triton Asset Leasing GmbH, et al Civil Action No. 10-2771 | § § § § § | JUDGE BARBIER MAG. JUDGE SHUSHAN |

## ORDER

Considering the above and foregoing Motion of Dismissal with Prejudice;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that all matters in this controversy filed by Plaintiff, Pearl Inc. d/b/a Indian Ridge Shrimp Company [Rec. Doc. 273, Ex. A, No. 22] against any party including but not limited to all BP entities, all Trans Ocean entities, Triton Asset Leasing GMBH, Halliburton Energy Services, Inc., Cameron International Corporation, and all other Defendants in this controversy, be and hereby dismissed in their entirety with full prejudice, each party to bear their own costs.

New Orleans, Louisiana this 3rd day of August, 2011.

_____
United States District Judge