UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | CIVIL ACTION NO. 2:10-MDL-02179 SECTION "J" |
| This Document Relates to: Marie S. Prophete Document Number: 55122 | * * * | JUDGE BARBIER MAGISTRATE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, comes Plaintiff MARIE S. PROPHETE (# 55122) who, pursuant to Rule 41(a)(1)(A), voluntarily dismisses her claims with prejudice in the captioned lawsuit *In Re: Oil Spill By The Oil Rig "Deepwater Horizon" In The Gulf Of Mexico, On April 20, 2010,* each party to bear its own costs. This Notice of Voluntary Dismissal does not affect the claims or rights of any other Plaintiff in the above styled consolidated litigation.

Respectfully Submitted,

 s/ Martins I. Imudia
Martins I. Imudia
Martins I. Imudia & Associates, APLC
1100 Poydras Street, Suite 2900
New Orleans, Louisiana  70163
Telephone:  (504) 885-0015
   and
Terrence J. Lestelle-8540
Andrea S. Lestelle-8539
Jeffrey B. Struckhoff-30173
Richard M. Morgain-32603
Lestelle & Lestelle, APLC
3421 N. Causeway Boulevard, Suite 602
Metairie, Louisiana 70002
Telephone: 504-828-1224
**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

     I hereby certify that on this  3rd  day of   August   2011, a copy of the foregoing has been served upon all counsel of record in this action by electronic service through the Court's CM/ECF.

                              _s/ Martins I. Imudia_____
                              Martins I. Imudia