1                        UNITED STATES DISTRICT COURT
                        EASTERN DISTRICT OF LOUISIANA
2

3    ********************************************************************

4    IN RE:  OIL SPILL BY THE
     OIL RIG *DEEPWATER HORIZON*
5    IN THE GULF OF MEXICO ON
     APRIL 20, 2010
6
                                    CIVIL ACTION NO. 10-MD-2179 "J"
7                                   NEW ORLEANS, LOUISIANA
09:23AM                             FRIDAY, JULY 29, 2011, 9:30 A.M.
8

9    THIS DOCUMENT RELATES TO
     ALL ACTIONS
10

11   ********************************************************************

12        TRANSCRIPT OF DISCOVERY STATUS CONFERENCE PROCEEDINGS
            HEARD BEFORE THE HONORABLE SALLY SHUSHAN
13                 UNITED STATES MAGISTRATE JUDGE

14

15   APPEARANCES:

16
     FOR THE PLAINTIFFS'
17   LIAISON COUNSEL:          DOMENGEAUX WRIGHT ROY & EDWARDS
                               BY:  JAMES P. ROY, ESQUIRE
18                             P. O. BOX 3668
                               556 JEFFERSON STREET
19                             LAFAYETTE, LA  70502

20
                               HERMAN HERMAN KATZ & COTLAR
21                             BY:  STEPHEN J. HERMAN, ESQUIRE
                               820 O'KEEFE AVENUE
22                             NEW ORLEANS, LA  70113

23
     FOR THE PLAINTIFFS:       BREIT DRESCHER IMPREVENTO & WALKER
24                             BY:  JEFFREY A. BREIT, ESQUIRE
                               1000 DOMINION TOWER
25                             999 WATERSIDE DRIVE
                               NORFOLK, VA  23510

```
 1   APPEARANCES CONTINUED:

 2

 3                                 LEVIN PAPANTONIO THOMAS MITCHELL
                                   RAFFERTY & PROCTOR
 4                                 BY:  BRIAN H. BARR, ESQUIRE
                                   316 SOUTH BAYLEN STREET, SUITE 600
 5                                 PENSACOLA, FL  32502

 6

 7                                 WILLIAMSON & RUSNAK
                                   BY:  JIMMY WILLIAMSON, ESQUIRE
                                   4310 YOAKUM BOULEVARD
 8                                 HOUSTON, TX  77006

 9

10                                 IRPINO LAW FIRM
                                   BY:  ANTHONY IRPINO, ESQUIRE
                                   ONE CANAL PLACE
11                                 365 CANAL STREET, SUITE 2990
                                   NEW ORLEANS LA  70130

12

13   FOR THE FEDERAL
     GOVERNMENT INTERESTS:         U.S. DEPARTMENT OF JUSTICE
14                                 TORTS BRANCH, CIVIL DIVISION
                                   BY:  R. MICHAEL UNDERHILL, ESQUIRE
15                                      SARAH D. HIMMELHOCH, ESQUIRE
                                   450 GOLDEN GATE AVENUE
16                                 7TH FLOOR, ROOM 5395
                                   SAN FRANCISCO, CA  94102

17

18   FOR STATE INTERESTS:         ALABAMA ATTORNEY GENERAL'S OFFICE
                                   BY:  COREY L. MAZE, ESQUIRE
19                                 500 DEXTER AVENUE
                                   MONTGOMERY, AL  36130

20

21   FOR THE STATE OF
     LOUISIANA:                    KANNER & WHITELEY
22                                 BY:  ALLAN KANNER, ESQUIRE
                                   701 CAMP STREET
23                                 NEW ORLEANS, LA  70130

24

25
```

```
 1   APPEARANCES CONTINUED:

 2

 3   FOR TRANSOCEAN HOLDINGS
     LLC, TRANSOCEAN
 4   OFFSHORE DEEPWATER
     DRILLING INC., AND
 5   TRANSOCEAN DEEPWATER
     INC.:                   FRILOT
 6                           BY:  KERRY J. MILLER, ESQUIRE
                             ENERGY CENTRE, 36TH FLOOR
 7                           1100 POYDRAS STREET
                             NEW ORLEANS, LA  70163
 8

 9                           SUTHERLAND ASBILL & BRENNAN
                             BY:   STEVEN L. ROBERTS, ESQUIRE
10                                 RACHEL G. CLINGMAN, ESQUIRE
                             1001 FANNIN STREET, SUITE 3700
11                           HOUSTON, TX  77002

12

                             GOFORTH LEWIS
13                           BY:  DANIEL O. GOFORTH, ESQUIRE
                             4900 WOODWAY, SUITE 750
14                           HOUSTON, TX 77056

15

16   FOR BP AMERICA INC.,
     BP AMERICA PRODUCTION
17   COMPANY, BP COMPANY
     NORTH AMERICA INC.,
18   BP CORPORATION NORTH
     AMERICA INC.,
19   BP EXPLORATION &
     PRODUCTION INC.,
20   BP HOLDINGS NORTH
     AMERICA LIMITED,
21   BP PRODUCTS NORTH
     AMERICA INC.:           LISKOW & LEWIS
22                           BY:  DON K. HAYCRAFT, ESQUIRE
                             ONE SHELL SQUARE
23                           701 POYDRAS STREET
                             SUITE 5000
24                           NEW ORLEANS, LA 70139

25
```

```
 1   APPEARANCES CONTINUED:

 2

 3                          KIRKLAND & ELLIS
                           BY:  J. ANDREW LANGAN, ESQUIRE
 4                              MARK J. NOMELLINI, ESQUIRE
                               RYAN S. BABIUCH, ESQUIRE
 5                              R. ALLAN PIXTON, ESQUIRE
                           300 N. LASALLE
 6                         CHICAGO, IL 60654

 7

 8   FOR CAMERON INTERNATIONAL
     CORPORATION:              STONE PIGMAN WALTHER WITTMANN
 9                         BY:  PHILLIP A. WITTMANN, ESQUIRE
                               CARMELITE M. BERTAUT, ESQUIRE
10                         546 CARONDELET STREET
                           NEW ORLEANS, LA 70130
11

12   FOR HALLIBURTON
     ENERGY SERVICES, INC.:  GODWIN RONQUILLO
13                         BY:  DONALD E. GODWIN, ESQUIRE
                               JENNY L. MARTINEZ, ESQUIRE
14                             STEFANIE K. MAJOR, ESQUIRE
                           RENAISSANCE TOWER
15                         1201 ELM STREET, SUITE 1700
                           DALLAS, TX  75270
16

17                         GODWIN RONQUILLO
                           BY:  R. ALAN YORK, ESQUIRE
18                         1331 LAMAR, SUITE 1665
                           HOUSTON, TX  77010
19

20   FOR ANADARKO
     PETROLEUM CORPORATION,
21   ANADARKO E&P
     COMPANY LP:            BINGHAM MCCUTCHEN
22                         BY:  WARREN A. FITCH, ESQUIRE
                               KY E. KIRBY, ESQUIRE
23                         2020 K STREET, NW
                           WASHINGTON, DC  20006
24

25
```

```
 1   APPEARANCES CONTINUED:

 2

 3   FOR MOEX OFFSHORE
     2007 LLC:               CARVER DARDEN KORETZKY TESSIER
 4                           FINN BLOSSMAN & AREAUX
                             BY:  PHILLIP D. NIZIALEK, ESQUIRE
 5                           1100 POYDRAS STREET, SUITE 3100
                             NEW ORLEANS, LA  70163
 6

 7   FOR M-I L.L.C.:         MORGAN, LEWIS & BOCKIUS
                             BY:  DENISE SCOFIELD, ESQUIRE
 8                           1000 LOUISIANA STREET, SUITE 4000
                             HOUSTON, TX  77002
 9

10   FOR O'BRIEN'S RESPONSE
     MANAGEMENT, INC.,
11   SEACOR HOLDINGS, INC.,
     SEACOR OFFSHORE LLC,
12   SEACOR MARINE, LLC,
     SEACOR WORLDWIDE, INC.,
13   SEACOR MARINE, INC.,
     SEACOR MARINE
14   INTERNATIONAL, INC.,
     AND SIEMENS FINANCIAL,
15   INC.:                   WEIL GOTSHAL & MANGES
                             BY:  THEODORE E. TSEKERIDES, ESQUIRE
16                           767 FIFTH AVENUE
                             NEW YORK, NY  10153
17

18   FOR WEATHERFORD U.S.,
     L.P.:                   JONES WALKER
19                           BY:  WILLIAM C. BALDWIN, ESQUIRE
                             PLACE ST. CHARLES
20                           201 ST. CHARLES AVENUE
                             NEW ORLEANS, LA 70170
21

22   FOR TRANSOCEAN
     EXCESS UNDERWRITERS:     PHELPS DUNBAR
23                           BY:  EVANS M. MCLEOD, ESQUIRE
                             CANAL PLACE
24                           365 CANAL STREET, SUITE 2000
                             NEW ORLEANS, LA  70130
25
```

09:53AM

```
 1   APPEARANCES CONTINUED:

 2


 3   FOR DET NORSKE VERITAS: COHEN GORMAN & PUTNAM
                            BY:  MARK COHEN, ESQUIRE
 4                               RICHARD L. GORMAN, ESQUIRE
                            1010 LAMAR STREET, SUITE 1000
 5                          HOUSTON, TX  77002

 6


 7   ALSO PRESENT:          GARY KENNEY
                            DOUGLAS KRAUS, ESQUIRE
 8


 9


10   OFFICIAL COURT REPORTER:     CATHY PEPPER, CRR, RMR, CCR
                                  CERTIFIED REALTIME REPORTER
11                                500 POYDRAS STREET, ROOM HB406
                                  NEW ORLEANS, LA  70130
12                                (504) 589-7779
                                  Cathy_Pepper@laed.uscourts.gov
13
     PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
14   PRODUCED BY COMPUTER.

15

16

17

18

19

20

21

22

23

24

25
```

1                          **I N D E X**

2

3    AGENDA ITEMS                                        PAGE

4

5    PRESERVATION OF THE BOP.................................  10

6    EPROM CHIPS............................................  11

7    TEMPORARY ENCLOSURE....................................  12

8    LMRP..................................................  12

9    CONTRACT..............................................  14

10   LAPTOPS AND THE PETU'S................................  15

11   EXTENSION RELEASE OF THE BUILDINGS....................  15

12   WHETHER CAPPING STACK CAN AND WILL BE MOVED TO THE    15

13   EVIDENCE YARD.........................................

14   TRANSFER OF THE CUSTODIAL OBLIGATION FROM THE         17

15   UNITED STATES TO THE COURT............................

16   COMPLETION OF PHASE I WRITTEN DISCOVERY...............  18

17   REVISED DISMISSAL FORM, SHORT FORM....................  22

18   MOTION TO COMPEL BY THE PSC AND CAMERON...............  24

19   ISSUE OF PSC AND BP REDACTION.........................  24

20   ADDITIONAL SEARCH TERMS THAT HAVE BEEN REQUESTED BY   25

21   ANADARKO..............................................

22   PSC'S REQUEST FOR BP'S GULF OF MEXICO DRILLING        27

23   CONTRACT ISSUE........................................

24   SETTLEMENTS...........................................  30

25   INTERPLEADER ACTIONS..................................  31

1    REVISED PRIVILEGED LOG................................   32

2    SCHEDULING...........................................   33

3    MR. THORSETH.........................................   33

4    MR. FRAZELLE.........................................   35

5    MR. BIRRELL..........................................   35

6    MR. MORRISON.........................................   35

7    ROB TURLAK...........................................   35

8    STEWART LACY.........................................   38

9    BUDDY TRAHAN.........................................   38

10   DR. BEIRUTE..........................................   40

11   STEVE JOHNSON........................................   41

12   JOHN QUIBODEAUX......................................   41

13   GREG MECHE...........................................   41

14   DOYLE MAXIE..........................................   41

15   MR. TURLAK...........................................   42

16   DR. RAVI.............................................   43

17   HEATHER POWELL.......................................   44

18   THE SCOPE OF TOPIC NUMBER 7 FOR BP'S 30(B)(6)        44

19   DEPOSITION...........................................

20   MR. MILLER'S REQUESTED DEPOSITION....................   45

21   MR. VICTOR EMANUEL...................................   46

22   MR. O'TOOLE..........................................   46

23   HAVE MR. VIDRINE RESPOND TO WRITTEN INTERROGATORIES....   49

24   IDENTIFYING APPROPRIATE WITNESSES FOR BOP REGULATORY   50

25   COMPLIANCE...........................................

1   MR. EMERSON........................................... 51

2   RICHARD MORRISON...................................... 51

3   LAMAR MCKAY........................................... 51

4   REQUESTS FOR ADDITIONAL TIME.......................... 57

5   TRANSOCEAN STILL HAS OUTSTANDING REQUEST FOR ED GAUDE.. 57

6   BP HAS SENT IN A REQUEST FOR ADDITIONAL TIME FOR        57

7   JONATHAN KEETON......................................

8   DAN FARR.............................................. 58

9   TRANSOCEAN'S OUTSTANDING OBJECTIONS TO THE REQUEST BY   62

10  CAMERON FOR 11 DEPOSITIONS...........................

11  BP'S REQUEST FOR DEPOSITIONS OF TRANSOCEAN'S            62

12  INVESTIGATION GROUP..................................

13  MR. PERRIN............................................ 66

14  PRELIMINARY WITNESS LIST.............................. 66

15  IN-HOUSE PHASE I EXPERTS.............................. 73

16  THE PARTIES HAVE AGREED THAT IN-HOUSE EXPERTS WILL      74

17  PREPARE THE DISCLOSURES REQUIRED PURSUANT TO

18  RULE 26(A)(2)(B) AND (C), AND THOSE WILL BE PROVIDED

19  AT THE TIME ALL OTHER EXPERT REPORTS ARE TO BE

20  DISCLOSED............................................

21  IN CAMERA DISCLOSURES................................. 76

22  NO STATUS CONFERENCE NEXT WEEK, AUGUST 5, 2011........ 77

23  INDISPENSABLE PARTY................................... 79

24  LIAISON COUNSEL....................................... 81

25

**P-R-O-C-E-E-D-I-N-G-S**

FRIDAY, JULY 29, 2011

M O R N I N G   S E S S I O N

(COURT CALLED TO ORDER)

THE DEPUTY CLERK:  All rise.

THE COURT:  Good morning, everybody.

Can the phone participants hear us?

VOICES:  Yes, Your Honor.

THE COURT:  How are you doing?

MS. HIMMELHOCH:  Good.  And you?

THE COURT:  Fine, thank you.  All is well.

I want everybody to notice that Mr. O'Keefe is absent without leave, which has not made this week any easier.

How are you?

MS. KIRBY:  Good morning, Judge.  I'm fine.

THE COURT:  Welcome back, Ky.  Phone participants, Ky is in the courtroom.

(Applause.)

THE COURT:  It looks like she's happy to be here, but we all know better.

All right.  Let's see.  There is a couple of things I wanted to start with, and I guess the first is with Mark Cohen on preservation of the BOP.  Mark, thank you for the update on

09:34AM  1    the BOP issues, except it came in at 9:22, so I haven't read it.

09:34AM  2        MR. COHEN:  Guilty as charged, Your Honor.  Good

09:34AM  3    morning.

09:34AM  4        THE COURT:  I have it, however, so let's do this:  Why

09:34AM  5    don't you lead us through your update, and then we can talk about

09:35AM  6    any specifics that you don't cover.

09:35AM  7        MR. COHEN:  That would be excellent, Judge.  And, in

09:35AM  8    fact, with your permission, I would like to cede the lead, the

09:35AM  9    walk-through on the various issues to Gary Kenny, who can give us

09:35AM  10   firsthand updates.

09:35AM  11       THE COURT:  Good.

09:35AM  12            Good morning, Gary.  How are you?

09:35AM  13       MR. KENNY:  Good morning, Judge.  I'll take on for

09:35AM  14   Mr. Cohen there.  If you have the preservation protocol in front

09:35AM  15   of you, if you can go to Issue Number 1 in regards to the EPROM

09:35AM  16   chips, just to confirm that that data was indeed transferred to

09:35AM  17   KPMG last week as noted and is now up on the KPMG website as

09:35AM  18   requested.

09:35AM  19       THE COURT:  Great.  And so --

09:35AM  20       MR. KENNY:  So --

09:35AM  21       THE COURT:  Go ahead.  I'm sorry, Gary.

09:35AM  22       MR. KENNY:  I'm sorry, Judge.  So we can mark that as

09:36AM  23   *complete* and close that particular item.

09:36AM  24       THE COURT:  Anybody who has not gone to the site and

09:36AM  25   wants that information, it is there.

09:36AM 1          Okay.  Go ahead, Gary.

09:36AM 2          MR. KENNY:  If we go to page 2, Issue Number 3, the

09:36AM 3   temporary enclosure, I'll give you a little update on that in the

09:36AM 4   schedule.  We currently have the electricians scheduled to arrive

09:36AM 5   onsite on Monday, 8 August, and start taking down the electrical

09:36AM 6   fixtures and taking the various electrical connections out.  We

09:36AM 7   need to do that prior to the disassembly.  Right now, I think

09:36AM 8   we're projecting about three days to do that, and then we'll

09:36AM 9   start the process and the major disassembly following on from

09:36AM 10  there.

09:36AM 11         THE COURT:  Great.

09:36AM 12         MR. KENNY:  Okay?

09:36AM 13         THE COURT:  Yes, absolutely.  Now, you say pending the

09:36AM 14  preservation of the BOP, LMRP, is that the next item?  Yes, it

09:37AM 15  certainly is.  Go ahead.

09:37AM 16         MR. KENNY:  Yes, Issue Number 4 is on pages 4 and 5.

09:37AM 17  I'll first give you just a short update as to what is going on at

09:37AM 18  the site and then we'll cover the protocol.  With respect to

09:37AM 19  schedule A and the work that's been going on, we have now

09:37AM 20  completed -- Mr. Cohen has a couple very pretty pictures of what

09:37AM 21  we're going to submit to Ripley's as the world's largest shower

09:37AM 22  curtains that we've devised and built around both the BOP and the

09:37AM 23  LMRP.  We've completed the power cleaning of the external

09:37AM 24  surfaces on the LMR -- or on the BOP, I'm sorry, the lower BOP.

09:37AM 25  And we're in the process now of disconnecting and draining and

09:37AM  1    clearing the hoses, the hydraulic hoses on the BOP as we talk.

09:37AM  2             We expect to have all of that work done today, the

09:38AM  3    clearing the hoses and everything, and we should be then in a

09:38AM  4    position to start spraying the external surfaces and the internal

09:38AM  5    wellbore of the BOP Monday, and the LMRP will follow shortly

09:38AM  6    thereafter.

09:38AM  7             THE COURT:  Right.

09:38AM  8             MR. KENNY:  So that's where we stand in regards to

09:38AM  9    schedule A.

09:38AM 10             With regard to schedules B, C and D, DNV met with

09:38AM 11    the technical innervation protocol, technical working group

09:38AM 12    members.  We had a very good conversation.  From that

09:38AM 13    conversation, we put together, then, schedules B, C and D,

09:38AM 14    updated those schedules and provided those to the Court.  We

09:38AM 15    informed the Court and the parties that the preservation

09:38AM 16    protocol, I've had discussions, and the technical working group

09:38AM 17    members are comfortable and agree with what is provided in

09:38AM 18    schedules B, C and D now as the way forward for preserving those

09:39AM 19    parts of the BOP.

09:39AM 20             THE COURT:  Great.

09:39AM 21             MR. COHEN:  Your Honor, this is Mark Cohen.  At this

09:39AM 22    juncture, it might be appropriate for me to ask you if the Court

09:39AM 23    could note that it formally approves schedules B, C and D so that

09:39AM 24    work can continue once the schedule A work is finished.

09:39AM 25             THE COURT:  Okay.  I do note that, Mark, and please

09:39AM 1   remind me, but I thought I had signed that order.

09:39AM 2   MR. COHEN:  You may have, Judge.  I have not checked the

09:39AM 3   docket, and if you have already, my apologies.

09:39AM 4   THE COURT:  I'll check it.  I'll check it, Mark.  I'll

09:39AM 5   put that down on my to do.

09:39AM 6   Gary, go ahead.

09:39AM 7   MR. KENNY:  With that, Judge, we go on to Issue Number

09:39AM 8   5, which is the contract.

09:39AM 9   Mark, can I re-cede my lead back to you?

09:39AM 10  MR. COHEN:  The contract.  The contract has been

09:39AM 11  extended to the end of August, Your Honor.  And there is an order

09:40AM 12  being drafted to cover that issue, approval of the contract, and

09:40AM 13  various others issues of concern to DNV, BP and perhaps some of

09:40AM 14  the other parties, and that will be presented to the Court in due

09:40AM 15  course.

09:40AM 16  THE COURT:  Good.  You circulated it to the parties, and

09:40AM 17  I'm just waiting on any objections; is that right?

09:40AM 18  MR. COHEN:  Your Honor, we have circulated the contract

09:40AM 19  extension in its executed form.  The draft order has not yet

09:40AM 20  been -- has not yet achieved the position where it should be

09:40AM 21  circulated, so it has not been yet, but it will be circulated to

09:40AM 22  everyone for their opportunity to comment before the Judge is

09:40AM 23  asked to approve it.

09:40AM 24  THE COURT:  Good.  Thank you.

09:40AM 25  MR. KENNY:  If we, from there, move to Issue Number 7,

09:40AM 1   which is page 6, and that is the laptops and the PETU's.  They

09:41AM 2   formed -- their preservation forms a part of schedule D.  That

09:41AM 3   particular approach has been approved.  We discussed it and it's

09:41AM 4   approved.  Right now in our discussions with the team leads on

09:41AM 5   the site and that is that we'll probably be starting that work

09:41AM 6   either August -- the week of August 8th or the week of

09:41AM 7   August 15th, Judge.

09:41AM 8           THE COURT:  Okay.  Good.

09:41AM 9           MR. KENNY:  Okay.  The last open issue is Issue Number 9

09:41AM 10  on page 7.  That is the extension release of the buildings.

09:41AM 11          And, Mark, again I'll return the lead over to you

09:41AM 12  and let you take the lead on that.

09:41AM 13          MR. COHEN:  My apologies, Your Honor.

09:41AM 14          THE COURT:  No problem.

09:41AM 15          MR. COHEN:  Really, this is not Gary or DNV's -- it's

09:41AM 16  not DNV's issue.

09:41AM 17          THE COURT:  Okay.

09:42AM 18          MR. KENNY:  So I'll cede the lead somewhere, Judge.

09:42AM 19          THE COURT:  We'll take a look at Issue Number 9, and so

09:42AM 20  everybody understands what this is, this is working out the lease

09:42AM 21  with NASA for the evidence yard and the dock, both of which end

09:42AM 22  on September 30th, and we are also exploring whether the capping

09:42AM 23  stack can and will be moved to the evidence yard.

09:42AM 24          I think we've reached agreement, and, Jimmy, you

09:42AM 25  can tell us, that we have agreed that the capping stack will be

09:42AM 1   moved to the evidence yard.  We just haven't figured out how to

09:42AM 2   do it.

09:42AM 3           MR. UNDERHILL:  Can I make your life easier, Your Honor?

09:42AM 4           THE COURT:  Please do.

09:42AM 5           MR. UNDERHILL:  You won't object?

09:42AM 6           THE COURT:  Not at all.

09:42AM 7           MR. UNDERHILL:  We do need the capping stack and all the

09:42AM 8   appurtenances moved to the yard.  There is the choke, the kill

09:43AM 9   and there is some other stuff that I can't name.  The part where

09:43AM 10  I want to make your life easier is that -- and Andy, I think, is

09:43AM 11  on phone; he can disagree if he wants but I think we're on the

09:43AM 12  same page on this one -- is that it doesn't need to preserve or

09:43AM 13  at least insofar as wrapped up in this DNV process.  Some

09:43AM 14  parties, perhaps BP, perhaps others, will want to test it

09:43AM 15  further.  It doesn't seem to make sense to shrink wrap it and do

09:43AM 16  all of this other stuff and then to tear it apart.

09:43AM 17          Finally, we understand in terms of long-term, the

09:43AM 18  oil spill consortium may eventually want to put this in their

09:43AM 19  inventory for a future response.  So I mean, we'll cross that

09:43AM 20  bridge when we come to it.  I don't think we'd have a problem,

09:43AM 21  the government, that is, after whatever tests need to be done.

09:43AM 22  So immediate purposes, I think, other than moving it into the

09:43AM 23  evidence yard, Your Honor, it's off your plate.

09:43AM 24          THE COURT:  And, Jimmy --

09:43AM 25          MR. LANGAN:  Your Honor, Andy Langan for BP.

09:43AM 1          I find myself agreeing with Mr. Underhill on this,

09:43AM 2    and I think the state of play is we are going to be in touch with

09:43AM 3    one of his colleagues at the department, Mr. Cernich, very

09:44AM 4    shortly about some ideas we have about next steps for the capping

09:44AM 5    stack, but I think he's stated the things accurately from our

09:44AM 6    point of view as well.

09:44AM 7          THE COURT:  Okay.  So I can rely on you to hire the

09:44AM 8    crane; is that right, Andy?

09:44AM 9          MR. LANGAN:  Rely on me to do what?

09:44AM 10          THE COURT:  Hire the crane.

09:44AM 11          MR. LANGAN:   Perhaps.

09:44AM 12          THE COURT:  Okay.  We all agree, then, on what we're

09:44AM 13    going to do relative to the capping stack and all appurtenances.

09:44AM 14          Mark, is there anything else you want to cover?

09:44AM 15    The only other thing we had outstanding that I recall that we

09:44AM 16    wanted to talk about was transfer of the custodial obligation

09:44AM 17    from the United States to the Court, and we still have that on

09:45AM 18    the horizon to deal with.  I just want to mention that because

09:45AM 19    we've just got to keep our eye on that ball as well.

09:45AM 20          MR. COHEN:  Yes, Your Honor, that, I think was one of

09:45AM 21    the issues that was intended to be included in this blanket order

09:45AM 22    to try to wrap up the preservation issues and DNV's participation

09:45AM 23    in the process.  So if the Court can be patient a little longer,

09:45AM 24    we should be able to address that as well, at least give the

09:45AM 25    Court a first approximation of what we thought was going to

09:45AM  1    happen.

09:45AM  2            THE COURT:  Perfect.

09:45AM  3            All right.  Does anybody have anything else that

09:45AM  4    they want to discuss relative to this issue?  If not, we'll thank

09:45AM  5    Gary and Mark and let them go about their day.

09:45AM  6            All right.  Gary and Mark, thank you very much.

09:45AM  7            MR. COHEN:  Thank you, Judge.

09:45AM  8            MR. KENNY:  Thank you, Judge.

09:45AM  9            THE COURT:  Have a great day.

09:45AM 10            Okay.  Let's see.  We keep talking about this, but

09:46AM 11    it doesn't seem to happen, which is some issues relative to

09:46AM 12    completion of Phase I written discovery.  I know we got a report

09:46AM 13    from Sarah last week about some outstanding issues.

09:46AM 14            Sarah, are you on the phone?

09:46AM 15            MS. HIMMELHOCH:  I am, Your Honor.

09:46AM 16            THE COURT:  How are you today?

09:46AM 17            MS. HIMMELHOCH:  I'm good.  How are you?

09:46AM 18            THE COURT:  Very well, thank you.

09:46AM 19            Do you want to give us an update from your point of

09:46AM 20    view?

09:46AM 21            MS. HIMMELHOCH:  Absolutely.  This Saturday is our

09:46AM 22    deadline for completing the event-related discovery.  I would

09:46AM 23    like to say we're perfect, but we're not, but we're pretty darn

09:46AM 24    close.  We've crossed the 1.5 million page mark and I expect by

09:46AM 25    the end of this week, going to be very close to two million pages

09:46AM 1   worth of production.

09:46AM 2             THE COURT:  You sound like Andy Langan.

09:46AM 3             MS. HIMMELHOCH:  We're not at Andy's number yet, but

09:47AM 4   we're certainly creeping up on Transocean, and we'll hit BP's

09:47AM 5   number before we're done.

09:47AM 6             We have essentially three agencies involved in the

09:47AM 7   event-related production, NOAH, Coast Guard, and DOI.  We can say

09:47AM 8   that we have completed production from all centralized files

09:47AM 9   responsive to the event-related discovery.

09:47AM 10            Where we're not quite meeting the mark is on the

09:47AM 11  completion of the searches of those custodians who we believe

09:47AM 12  might have supplemental information related to the event-related

09:47AM 13  issues.  We have completed the production of the custodial files

09:47AM 14  of those witnesses who have been deposed, and we have

09:47AM 15  approximately 25 more custodians at DOI who we think fall into

09:47AM 16  the event-related category.  We believe the production of those

09:47AM 17  records will be completed by the end of next week.

09:47AM 18            NOAH's production, we've given priority again to

09:48AM 19  those who are likely to have pre-event information.  It's a

09:48AM 20  limited number.  We hope to have those done in the next week.

09:48AM 21            The Coast Guard believes it has completed all of

09:48AM 22  its event-related production, with the small exception that there

09:48AM 23  may be some post-event documents that discuss pre-event issues in

09:48AM 24  the consolidated archives to which the Coast Guard won't have

09:48AM 25  access until August 22nd.  We will, of course, prioritize the

09:48AM 1  search for those when the Coast Guard's archive becomes available

09:48AM 2  and get those out the door as quickly as possible.

09:48AM 3  So for event-related data, we're, as I said, not

09:48AM 4  perfect, but we're as close as we possibly could be, and I have

09:48AM 5  to say there are over a hundred very tired federal employees and

09:48AM 6  contractors who have been working very hard to get us here.

09:48AM 7  On source control and quantification data, we've

09:48AM 8  also started disgorging that.  We expect this week to get out to

09:49AM 9  the parties the Sandia National Laboratories' nonprivileged

09:49AM 10  documents, we expect to get out in this week as well a bigger

09:49AM 11  chunk of the oil spill commission records, and we will keep

09:49AM 12  moving the source control and quantification data forward as we

09:49AM 13  work on our cleanup of the event-related discovery.

09:49AM 14  And with the exception of privileged logging and

09:49AM 15  some new searches that we may have to do in response to the meet

09:49AM 16  and confer letters that we have been exchanging with Anadarko and

09:49AM 17  BP and the Coast Guard issue, I've already referred, I think

09:49AM 18  we're going to make the August 31st date for the source control

09:49AM 19  and quantification discovery that's been served to date.

09:49AM 20  THE COURT:  Very, very good report.  Thank you, Sarah.

09:49AM 21  Does anybody have any questions on that issue?

09:49AM 22  MR. LANGAN:  Your Honor, it's Andy Langan for BP.

09:49AM 23  We appreciate Sarah's report, and we certainly

09:50AM 24  don't have a dispute at this point, but I did want to mention

09:50AM 25  that we have -- I've brought to Sarah's attention the fact that

09:50AM 1    with respect to production of the government's ESI, we're not

09:50AM 2    sure it's in compliance with Pretrial Order 16 and sort of the

09:50AM 3    metadata fields that are necessary there, and maybe she's going

09:50AM 4    to tell us why we're wrong, but we do think there is an issue

09:50AM 5    there about whether or not the way it's been done is in

09:50AM 6    compliance with what everybody else has to do.  So that may be an

09:50AM 7    issue we may need your guidance on at some point, but it's not

09:50AM 8    ripe yet.

09:50AM 9           The other thing I wanted to mention, this is not

09:50AM 10   really a written discovery issue, but I don't want it lost

09:50AM 11   either, is Sarah is very kindly working on identifying dates for

09:50AM 12   additional government 30(b)(6) witnesses event related that still

09:50AM 13   have not been scheduled going back some time.  But she's working

09:50AM 14   on that for us as well.

09:50AM 15          MS. HIMMELHOCH:  Yes, Your Honor, this is Sarah.  If I

09:50AM 16   could just respond very quickly.

09:50AM 17          THE COURT:  Sure.

09:50AM 18          MS. HIMMELHOCH:  With respect to the metadata issues, we

09:51AM 19   will certainly get back to Andy on the details of that.  I think

09:51AM 20   the large majority of that concern arises from documents that did

09:51AM 21   not have the metadata fields identified because they were -- they

09:51AM 22   were documents produced to other parties in a particular format

09:51AM 23   that did not allow us to generate that metadata.  But we will

09:51AM 24   work with BP and hopefully make that an issue that does not arise

09:51AM 25   to you.  If we are not in conformance with PTO 16 and it is

09:51AM  1   physically possible for us to be so, we will.

09:51AM  2          With respect to the event-related data, I do expect

09:51AM  3   to get back to BP early next week with the dates on the 30(b)(6)

09:51AM  4   witnesses.

09:51AM  5          THE COURT:  Okay.  And relative to the 30(b)(6)

09:51AM  6   witnesses, I'm noticing, guys, that we've got some significant

09:51AM  7   time in September that we could start using, if at all possible.

09:52AM  8   Because everybody knows that as of October -- well, no, I guess

09:52AM  9   November, we start expert depositions.  But if we could target

09:52AM 10   late September, middle to late September, Sarah, that might be

09:52AM 11   helpful.

09:52AM 12          MS. HIMMELHOCH:  I read your mind early and that's the

09:52AM 13   instruction I gave to the client agencies and I will strive to

09:52AM 14   stay within that window.

09:52AM 15          THE COURT:  Thank you.  I appreciate it.

09:52AM 16          Okay.  Next up, it's not on the agenda, or at least

09:52AM 17   on my agenda for today, but I may have made a mistake, and I

09:52AM 18   guess this is for Steve to talk to me about.

09:52AM 19          Steve, I got a revised dismissal form, short form

09:52AM 20   this morning.  I thought it had been agreed to and I think we

09:52AM 21   forwarded everything on to Judge Barbier for signature yesterday.

09:52AM 22   Didn't we?

09:53AM 23          MR. HERMAN:  Steve Herman for the plaintiffs.

09:53AM 24          I don't know.  We had sent what I had hoped at that

09:53AM 25   point was the final around to everyone, I think, Monday, and I

09:53AM 1    think Your Honor said if I don't hear by noon, then that's it.

09:53AM 2         THE COURT:  And I didn't hear by noon, so I went ahead

09:53AM 3    and sent it over to Judge Barbier.

09:53AM 4         MR. HERMAN:  I don't know if it's been entered or not.

09:53AM 5    Wendy Bloom from Kirkland had made some changes that we didn't

09:53AM 6    really have an objection to, and she's now provided that to the

09:53AM 7    Court.  So I mean, I frankly think it's a little bit six of one,

09:53AM 8    half a dozen of the other.  We're happy to have the changes.  I

09:53AM 9    don't think they were that significant.  It's really up to BP, I

09:53AM 10   guess.  But if it's already been entered, I would say it's

09:53AM 11   probably okay unless BP has a strong objection.  If it hasn't

09:53AM 12   been entered yet, we might as well use the new one.

09:53AM 13        The only thing that I noticed in the new one was

09:53AM 14   that there is doc reference number noted, I don't know, I don't

09:53AM 15   remember seeing the order being entered, it seems like the

09:53AM 16   appropriate doc reference number in the form should be the

09:54AM 17   proposed order, we have been calling the *deeming order* that's

09:54AM 18   been amended a few times.  So I don't know if that doc reference

09:54AM 19   number is right, but other than that, I really didn't have a

09:54AM 20   problem with what Wendy submitted this morning.

09:54AM 21        THE COURT:  Okay.  So we'll try to figure out where we

09:54AM 22   stand on this.

09:54AM 23        MR. LANGAN:  Your Honor, it's Andy.

09:54AM 24        We appreciate that and we appreciate Steve's

09:54AM 25   cooperation.  Obviously, we would prefer this most recent

09:54AM 1    version.

09:54AM 2              THE COURT:  Andy, it's not a big deal.  If the other one

09:54AM 3    has been docketed, we'll go ahead and do an amended order and get

09:54AM 4    this docketed.  So it's not a big deal.  I've just got to

09:54AM 5    straighten it out.

09:54AM 6              Okay.  Let's see.  Let's get an update on the issue

09:54AM 7    of the Motion to Compel by the PSC and Cameron.

09:54AM 8              MR. WILLIAMSON:  Jimmy Williamson for the PSC.

09:54AM 9              Cameron and I reached a tentative agreement.  We're

09:55AM 10   in agreement on that.  We are working out ESI terms.  Both

09:55AM 11   Cameron and I think we'll be able to come to an agreement on

09:55AM 12   that, so our ESI tech talk people will get together.

09:55AM 13             THE COURT:  Wonderful report.  Thanks, Jimmy.

09:55AM 14             How do we stand on the issue of PSC and BP

09:55AM 15   redaction?  Have we taken that issue off the table?

09:55AM 16             MR. LANGAN:  Your Honor, Andy Langan for BP.

09:55AM 17             I understand that on Wednesday, as we talked about,

09:55AM 18   there was a session in which representatives of the PSC spent a

09:55AM 19   couple of hours reviewing the unredacted versions of the

09:55AM 20   documents, nonboard material documents that were subject to

09:55AM 21   relevance redactions, and I think they went through those, and I

09:55AM 22   think Steve and his team are going to get back to us about

09:55AM 23   further steps.  But that is underway, I believe, is the state of

09:55AM 24   play.

09:55AM 25             THE COURT:  Okay.  Good.

09:55AM 1          MR. HERMAN:  Steve Herman for the plaintiffs.

09:55AM 2                That's correct.  Most of the redactions of the

09:56AM 3    documents I don't think we're going to challenge.  We probably

09:56AM 4    have a few issues, and Anthony Irpino should be putting together

09:56AM 5    a letter.  And there he is.

09:56AM 6          THE COURT:  There he is.

09:56AM 7                Then I've got an update from Mark Nomellini

09:56AM 8    relative to the additional search terms that have been requested

09:56AM 9    by Anadarko, so I assume that's the current status?

09:56AM 10         MR. NOMELLINI:  Yes, Your Honor, we're working with

09:56AM 11   Anadarko to try to keep things as reasonable as possible so that

09:56AM 12   things can get done in as timely a manner as possible.

09:56AM 13         THE COURT:  Mark, so you know, Ky has stepped up to the

09:56AM 14   podium.  Let's see if she agrees with you.

09:56AM 15         MS. KIRBY:  Ky Kirby for Anadarko.

09:56AM 16               Yes, with all due respect, I read Mr. Nomellini's

09:56AM 17   report to you last night.  I do want the record to reflect our

09:56AM 18   position, which is it isn't like we just submitted search terms

09:57AM 19   and sat on the issue for months and months.  It was --

09:57AM 20         THE COURT:  For five months.  Five months, Ky.

09:57AM 21         MS. KIRBY:  It was only in June, Your Honor, late June

09:57AM 22   that we heard for the first time from BP that their earlier

09:57AM 23   statements to us that they would produce responsive documents to

09:57AM 24   certain of our requests was to be modified as if they were

09:57AM 25   yielded by search terms the PSC provided.  That was the first

09:57AM 1    time we heard that, was June 17th.  That's why there have been so

09:57AM 2    many meetings since.

09:57AM 3            Now, we did tell Mr. Nomellini last night, we are

09:57AM 4    absolutely happy to narrow this down so that we aren't talking

09:57AM 5    millions of documents.  That's what we're working on.

09:57AM 6            THE COURT:  Good.  Okay.  Thank you.

09:57AM 7            MS. HIMMELHOCH:  Your Honor, this is Sarah Himmelhoch.

09:57AM 8            If I may, I just wanted to note for the record that

09:57AM 9    the United States and BP are talking about Mr. Nomellini's call

09:57AM 10   in that letter for others to speak now or forever hold their

09:58AM 11   peace and what that means with respect to source control and

09:58AM 12   quantification discovery.  So the United States thinks there may

09:58AM 13   be an issue with respect to us.  We're hoping to work it out.  We

09:58AM 14   have a call scheduled, we think, on Monday on that.

09:58AM 15           THE COURT:  Yes.  Guys, I do think Mark makes a good

09:58AM 16   point about if you've got any last calls, we've got to call and

09:58AM 17   end to Phase I and move onto Phase II; although, I guess the

09:58AM 18   quantification issue, we started on it, but I guess it is a

09:58AM 19   Phase II issue.  But I think, Mark, you make a good point on that

09:58AM 20   as last call, let's get our last pint in and move onto the next

09:58AM 21   issue.

09:58AM 22           Steve, do you want to comment?

09:58AM 23           MR. HERMAN:  Not on this, Your Honor.

09:58AM 24           Steve Herman for the plaintiffs.

09:58AM 25           Mr. Irpino reminded me, and I just wanted to note

09:58AM  1    one other thing for the record on the redactions.  It's our

09:58AM  2    understanding that even prior to us reviewing the documents at

09:59AM  3    Liskow & Lewis on Wednesday, BP had itself gone through and done

09:59AM  4    a second round and had decided to release or unredact a whole

09:59AM  5    bunch of documents that we didn't even review, and I just wanted

09:59AM  6    to, I guess, confirm that that's correct and that they'll be

09:59AM  7    producing those in due course.

09:59AM  8              MR. NOMELLINI:  This is Mark Nomellini.

09:59AM  9                  That is correct, Your Honor.

09:59AM 10                  If I may go back for a second on the search terms,

09:59AM 11    the search terms from the beginning did cover source control and

09:59AM 12    quantification.  The BP search terms did, so...and that's what --

09:59AM 13    that's what Sarah is going to be discussing on Monday, whether

09:59AM 14    there is anything else on the source control and quantification

09:59AM 15    front that they want to include.

09:59AM 16              THE COURT:  Good enough.

09:59AM 17                  All right.  Do we agree that we have resolved the

10:00AM 18    PSC's request for BP's Gulf of Mexico drilling contract issue?

10:00AM 19              MR. WILLIAMSON:  No.  That part I can answer, Judge.

10:00AM 20    Your Honor --

10:00AM 21                  Jimmy Williamson for the plaintiffs.

10:00AM 22                  Your Honor, this week BP did produce, I believe,

10:00AM 23    late Wednesday, or approximately on the middle of the week, they

10:00AM 24    produced the Noble contract.

10:00AM 25              THE COURT:  Yes.

10:00AM   1          MR. WILLIAMSON:  I had not seen as of this morning, I

10:00AM   2    just asked Steve, I had not seen the *Thunder Horse* contract yet,

10:00AM   3    which the Court ordered produced.  I'm sure they are going to

10:00AM   4    produce it.  I just haven't seen it yet.  Yes, that issue is

10:00AM   5    going to be revisited.  I think what we're going to request to do

10:00AM   6    is look at what they gave us on Noble, look at whatever they gave

10:00AM   7    us on *Thunder Horse* and articulate to you why we think that's

10:00AM   8    more.

10:00AM   9          Here is our dilemma:  We don't, with all due

10:01AM  10    respect to the Court, of course, we don't want the 10-day period

10:01AM  11    to expire on your order and -- while we're trying to convince you

10:01AM  12    of the merit of our position.  So if all parties agree that our

10:01AM  13    appellate deadline is not running to Judge Barbier, we're happy

10:01AM  14    to present this to you again next week.

10:01AM  15          THE COURT:  Let's agree that your deadline does not

10:01AM  16    start to run until you have had an opportunity to look at the

10:01AM  17    *Thunder Horse* contract.

10:01AM  18          MR. WILLIAMSON:  That's fair with us, Judge.  If it's

10:01AM  19    fair with BP, that will be fine.

10:01AM  20          MR. LANGAN:  Your Honor, it's Andy Langan for BP.

10:01AM  21          I think the *Thunder Horse* contract has been

10:01AM  22    produced, first of all.

10:01AM  23          THE COURT:  It was my understanding that it was coming

10:01AM  24    mid week, but --

10:01AM  25          MR. NOMELLINI:  Yes.  It's at 3241406, if anybody is

10:01AM 1    looking for it.  It was produced on Wednesday.

10:01AM 2            THE COURT:  3241406.

10:01AM 3            MR. LANGAN:  Your Honor, in terms of the process point

10:01AM 4    that Mr. Williamson is raising, I mean, I don't know that I have

10:02AM 5    a great objection to that.  I'm looking at your order of

10:02AM 6    July 26th, and it says, quote, "The request for all drilling

10:02AM 7    contracts was denied," period, close quote.  That sounds like a

10:02AM 8    ruling to me.

10:02AM 9            MR. WILLIAMSON:  Well, we agree.  We agree it's a

10:02AM 10   ruling.  We thought --

10:02AM 11           THE COURT:  It's a ruling you don't like, but --

10:02AM 12           MR. WILLIAMSON:  That's true.  That's true.  It's a

10:02AM 13   ruling that we think is kind of important.

10:02AM 14               Having said that, we thought the tenor of our

10:02AM 15   conversation before the Court was you get *Thunder Horse*, you get

10:02AM 16   Noble, if you can have a good reason, come back and visit with

10:02AM 17   us.

10:02AM 18           THE COURT:  I agree with that.

10:02AM 19           MR. WILLIAMSON:  So I want to make sure your order does

10:02AM 20   not put us in a bind.

10:02AM 21           THE COURT:  It doesn't, and we will agree that you all

10:02AM 22   know where to find the *Thunder Horse* contract.  Go back this

10:02AM 23   afternoon and take a look at it and your 10 days will run from

10:02AM 24   then.

10:02AM 25           MR. WILLIAMSON:  Fair enough, Judge.

10:02AM 1        THE COURT:  Okey dokey.

10:03AM 2             Okay.  Moving right along.  I think we have taken

10:03AM 3   care of the outstanding issues with respect to the settlements;

10:03AM 4   is that correct?

10:03AM 5        MR. LANGAN:  Your Honor, Andy Langan.

10:03AM 6             The Weatherford agreement has also been produced

10:03AM 7   pursuant to your order of earlier this week, so that's done.

10:03AM 8        THE COURT:  MOEX wanted time to think about things, and

10:03AM 9   I assume that's been resolved as well?

10:03AM 10        MR. LANGAN:  I can't speak for MOEX, but what I can tell

10:03AM 11   you is, is that last Friday, we produced the Weatherford -- I'm

10:03AM 12   sorry, the MOEX BP settlement agreement in the form that

10:03AM 13   Your Honor had ordered, so like we said we did, we produced it

10:03AM 14   last Friday.

10:03AM 15        THE COURT:  So as far as I'm concerned, that issue has

10:03AM 16   moved off my plate and may move onto Judge Barbier's plate.

10:03AM 17             Okay.  Good enough.  Thank you.

10:03AM 18        MS. KIRBY:  Your Honor, may I ask for clarification?

10:03AM 19             Ky Kirby for Anadarko.

10:03AM 20        THE COURT:  Come on up, Ky.

10:03AM 21        MS. KIRBY:  Andy, correct me if I'm wrong, but we have

10:03AM 22   not seen the MOEX settlement.  Are you saying that it's produced?

10:04AM 23        MR. LANGAN:  That's exactly what I'm saying.  It was

10:04AM 24   produced last Friday to everybody in the form -- in the form that

10:04AM 25   the Court said it should be produced.

10:04AM 1          MR. NOMELLINI:  Ky, this is Mark again.

10:04AM 2               3241693.

10:04AM 3          THE COURT:  Do you want to repeat that so everybody can

10:04AM 4     jot it down?

10:04AM 5          MR. NOMELLINI:  Sure, Your Honor.  It is 3241693.

10:04AM 6          THE COURT:  Okay.  Good enough.  So it's now on

10:04AM 7     Judge Barbier's desk, if anybody disagrees with me.

10:04AM 8          MS. KIRBY:  Thank you.

10:04AM 9          THE COURT:  It comes off my agenda.  That's good.

10:04AM 10         Okay.  Kerry, good morning.  How are you doing?

10:04AM 11    Would you like to give us a report on the interpleader actions?

10:04AM 12         MR. MILLER:  I sure will, Your Honor.  Kerry Miller on

10:04AM 13    behalf of Transocean.

10:04AM 14         Yesterday, it appears that Transocean, BP, MOEX and

10:04AM 15    Anadarko reached an agreement in principal on an agreement to

10:05AM 16    apply to the interpleader actions and to the funding of the

10:05AM 17    employee settlements.

10:05AM 18         That agreement is now in the hands of our

10:05AM 19    underwriter friends, and they promised to send us a red line back

10:05AM 20    midday on Monday, and we'll see what that says.  If we can work

10:05AM 21    through an agreement, great; if not, you know, this deals with a

10:05AM 22    small working group, we don't need the full assembly, and we'll

10:05AM 23    let you know.

10:05AM 24         THE COURT:  Good.

10:05AM 25         Good morning, Marty.  There is your friend from the

10:05AM 1   underwriter.

10:05AM 2        MR. MILLER:  Exactly.  There is our friend.

10:05AM 3        THE COURT:  The other guy is not a friend, right?

10:05AM 4        MR. MILLER:  That would be right.

10:05AM 5        THE COURT:  I take it, Kerry, that the revised

10:05AM 6   privileged log and the documents were produced.

10:05AM 7        MR. MILLER:  Yes, they were, last night.

10:05AM 8        THE COURT:  Thank you.

10:05AM 9        MR. LANGAN:  Your Honor, it's Andy Langan for BP.

10:06AM 10       We got the privileged log at 11:33 p.m.  Thank you

10:06AM 11  for that, the seventh supplemental log.  I'm not aware of an

10:06AM 12  additional production; although, I will readily admit I may have

10:06AM 13  missed that.  Can we hear about how that was produced?

10:06AM 14       THE COURT:  Sure.

10:06AM 15       MS. CLINGMAN:  Andy, Rachel Clingman.

10:06AM 16       I'm not completely sure how it was produced.  I

10:06AM 17  know it was on its way to an FTP site on Thursday, so I'll look

10:06AM 18  into it and get back to you.

10:06AM 19       MR. LANGAN:  I appreciate that.  Thank you, Counsel.

10:06AM 20       THE COURT:  Andy, I might mention that I got an e-mail

10:06AM 21  from you at 11:22 last night.

10:06AM 22       MS. CLINGMAN:  We got that also, Your Honor.

10:06AM 23       MR. LANGAN:  Your Honor, I will tell you that is late

10:06AM 24  for me.

10:06AM 25       THE COURT:  It's very late for me.  I think I had my

10:06AM 1    pajamas on for about six hours by then.

10:07AM 2              Let's see.  Let's get into scheduling.  Does

10:07AM 3    anybody want to talk about scheduling?

10:07AM 4              Good morning, Corey.  How are you?  You've got your

10:07AM 5    pen?

10:07AM 6         MR. MAZE:  I do.

10:07AM 7         THE COURT:  These first two don't include needing a pen.

10:07AM 8    We've got an issue of Mr. Thorseth, T-H-O-R-S-E-T-H, who is

10:07AM 9    scheduled September the 20th, and we are hearing from the PSC

10:07AM 10   that because he's going to be Phase I and Phase II, we're going

10:07AM 11   to require two days.

10:07AM 12             Who wants to go first on this issue?

10:07AM 13        MR. LANGAN:  Well, Your Honor, it's Andy Langan.  That's

10:07AM 14   what they say.  I don't know that we've agreed -- we certainly

10:07AM 15   haven't agreed to that, and that's going to cause us to go back

10:08AM 16   to the drawing board, I think, on the schedule for that week in

10:08AM 17   London.  So we can work on that, if that's Your Honor's

10:08AM 18   inclination.

10:08AM 19             I will tell you my own view is, is that your most

10:08AM 20   recent orders have made it pretty clear that presumptively they

10:08AM 21   should be one-day depositions for where we are right now, subject

10:08AM 22   to good cause shown.  I'm not sure Mr. Williamson's note the

10:08AM 23   other day that says, we, the PSC, believes they should be

10:08AM 24   two days really overcomes that presumption of one, frankly.

10:08AM 25        THE COURT:  I don't disagree, Andy, but I think it's

10:08AM 1    something that we're going to have to fairly quickly move through

10:08AM 2    so that we don't upset the remaining deposition scheduling.  If

10:08AM 3    we do need to increase the time from one day to two, we can do so

10:08AM 4    and give you a sufficient amount of time to work with the

10:08AM 5    witnesses.

10:08AM 6            Do you agree, Andy, that Mr. Thorseth does have

10:08AM 7    Phase II information?

10:09AM 8            MR. LANGAN:  You know, I really need to kick the tires

10:09AM 9    on that.  I think with Mr. Frazelle and Mr. Thorseth and others

10:09AM 10   that are on the list, I think we need to kick the tires a little

10:09AM 11   bit and see what Phase II information that they really have or

10:09AM 12   what their involvement really was.

10:09AM 13           THE COURT:  That will be fine.  Why don't we kick the

10:09AM 14   tires.  Since we don't have a conference next week, perhaps --

10:09AM 15   and listen, I know everybody wants to take time off next week,

10:09AM 16   and I'm in favor, since you have no depositions, but to the

10:09AM 17   extent that you can kick the tires next week and maybe the

10:09AM 18   following Monday get me something on those results, that would be

10:09AM 19   helpful so that during the week of September -- where are we?

10:09AM 20   No.

10:09AM 21           MR. MAZE:  September 20th currently in London.

10:09AM 22           THE COURT:  Let's look at August, Corey.

10:09AM 23           MR. LANGAN:  We'll do that, Your Honor.  If we -- if we,

10:10AM 24   after our due diligence, think okay for this witness, we agree,

10:10AM 25   then we'll say that, and if we disagree, we'll try to convince

10:10AM 1    Your Honor it ought to stay one day.

10:10AM 2         THE COURT:  Exactly.  You are right, there is a

10:10AM 3    presumptive limit of one day, and what we were thinking was

10:10AM 4    one day for cleanup Phase I depositions.  If these witnesses

10:10AM 5    indeed are Phase II, then we will have to reconsider, but I do

10:10AM 6    think we need more information on them.  So kicking the tires is

10:10AM 7    a good thing, and, look, let's just go through and make sure

10:10AM 8    we've got the list of the tires that need to be kicked.

10:10AM 9         MR. LANGAN:  It's definitely Mr. Frazelle, Mr. Thorseth,

10:10AM 10   and there was one other one, I think.

10:10AM 11        THE COURT:  Let me tell you.

10:10AM 12        MR. LANGAN:  Mr. Birrell, I guess.

10:10AM 13        THE COURT:  Birrell.

10:11AM 14        MR. BARR:  Also Mr. Morrison.

10:11AM 15            This is Brian Barr.

10:11AM 16        MR. LANGAN:  Mr. Morrison.

10:11AM 17        THE COURT:  Mr. Morrison, right.  And Rob Turlak.

10:11AM 18   That's a TO.

10:11AM 19        MR. BARR:  But he's not been scheduled just yet.

10:11AM 20        THE COURT:  So kick those tires, Andy, and let's regroup

10:11AM 21   on that.

10:11AM 22        MR. BARR:  Your Honor, Brian Barr for the PSC.

10:11AM 23        THE COURT:  Good morning, Brian.  How are you?

10:11AM 24        MR. BARR:  Good.

10:11AM 25            Not to beat a dead horse, but it was my

10:11AM 1  understanding that the presumption on the one-day deposition post

10:11AM 2  July 31 was for Phase I people only, and given that these people

10:11AM 3  were all highly involved with Phase II issues, that was the

10:11AM 4  reason for the request to make it two days.

10:11AM 5         Certainly don't want to time, like anybody else

10:11AM 6  around here, but if we're going to ask Phase I questions, and

10:11AM 7  then we can't come back later and ask Phase II questions, we got

10:11AM 8  to do it all in one deposition, then our position was the only

10:11AM 9  way we could go through Phase I and Phase II, given these guys'

10:12AM 10 involvement in Phase II, was in a two-day deposition.

10:12AM 11        THE COURT:  I'm with you.  Andy is very aware of the

10:12AM 12 fact that if they are Phase I, Phase II, he wants them taken at

10:12AM 13 the same time.

10:12AM 14        MR. BARR:  Our other concern, and this kind of factors

10:12AM 15 in as to when these depositions are scheduled, is we don't know

10:12AM 16 at this point, I mean, we're looking at documents we have, but

10:12AM 17 given the rolling production and the Phase II issues are going to

10:12AM 18 come up, then, in some productions down the road, it's going to

10:12AM 19 be hard to kick the tires around in a week to figure out all of

10:12AM 20 the involvement because we don't have all of the documents yet.

10:12AM 21 So for that reason, these may have to be pushed into October

10:12AM 22 later down the road so we can see everything that they were

10:12AM 23 involved in.

10:12AM 24        THE COURT:  Well, we need to pay attention especially to

10:12AM 25 those witnesses that are in London.  So, for instance,

10:13AM 1   Mr. Thorseth is set for September 30th, and I think there are

10:13AM 2   other witnesses that you guys want to catch while you are over

10:13AM 3   there, isn't there?

10:13AM 4         MR. BARR:  That would probably be correct.

10:13AM 5         THE COURT:  So we need to pay attention to that.

10:13AM 6         MR. BARR:  He's set for the 20th, and then I think there

10:13AM 7   are several others in London.

10:13AM 8         THE COURT:  There are several others.  So we're going to

10:13AM 9   have to give special attention, Brian, to those witnesses.

10:13AM 10        MR. UNDERHILL:  Mike Underhill, US.

10:13AM 11        Your Honor, on Thorseth and these others, Andy is

10:13AM 12  going to come up with his own evaluation.  We have, and Thorseth

10:13AM 13  is an important witness on Phase II.

10:13AM 14        All we're concerned about scheduling is that when

10:13AM 15  we do the deposition, whether it's September, October or

10:13AM 16  November, is that we have the relevant Phase II documents.

10:13AM 17  Otherwise, we're going in without the documents necessary to do

10:13AM 18  it.

10:13AM 19        Then somebody is going to come back and put

10:14AM 20  Your Honor in the tough position of saying, now do you get to go

10:14AM 21  back and do another day, which Andy is not going to want, so our

10:14AM 22  suggestion is to make sure whenever we do him and the others on

10:14AM 23  Phase II that are connected to Phase I that we have the

10:14AM 24  documents.

10:14AM 25        So if that means Thorseth, because he's a London

10:14AM 1    fellow, that goes with the other people because nobody wants to

10:14AM 2    go back across the pond for a third time --

10:14AM 3              THE COURT:  Not a third trip.

10:14AM 4              MR. UNDERHILL:  So if that's the way it's going to be,

10:14AM 5    then I think that we need to come to an accommodation with our BP

10:14AM 6    friends that all those relevant documents are produced

10:14AM 7    sufficiently ahead of time.  So I don't pretend to know how to do

10:14AM 8    that.  I'm stepping on Sarah's turf on the documents.

10:14AM 9              THE COURT:  And Mark's turf.

10:14AM 10             MR. UNDERHILL:  And Mark's.  So I just want to put that

10:14AM 11   on the Court's calendar that that's a real concern of ours that

10:14AM 12   we have a lot of discussion on our side and the PSC side of the

10:14AM 13   fence.

10:14AM 14             THE COURT:  All right.  Andy, we wanted to check in on

10:14AM 15   the tentative scheduling of Stewart Lacy for September 23rd.

10:15AM 16             MR. LANGAN:  I don't have any reason to believe that

10:15AM 17   won't work at this point.  I still think we ought to leave it

10:15AM 18   tentative because I don't have final word, but I believe

10:15AM 19   September 23rd is going to work.  But can we leave it tentative?

10:15AM 20             THE COURT:  Yes, we can, sure.  We're going to skip

10:15AM 21   Frazelle.

10:15AM 22             What about the tentative scheduling of Buddy Trahan

10:15AM 23   September 28th and 29th?

10:15AM 24             MR. LANGAN:  Yes, Your Honor, Mr. Lubel from Houston is

10:15AM 25   his personal counsel, and still wants to leave the dates

10:15AM  1   tentative.  Furthermore, Mr. Lubel is not available today, but I

10:15AM  2   understand that he is going to make a pitch at some point that it

10:15AM  3   ought to be a one-day deposition.  And so -- but I can't speak

10:15AM  4   for him and we don't necessarily agree with that at all.  But I

10:15AM  5   feel duty bound to bring that to the Court's attention in his

10:15AM  6   absence.

10:16AM  7            THE COURT:  Good.  Thank you.

10:16AM  8            MR. WILLIAMSON:  Jimmy Williamson for the plaintiffs.

10:16AM  9                 Your Honor, I talked with Mr. Lubel this week.

10:16AM 10   He's a Houston attorney.  Mr. Trahan has had three surgeries in

10:16AM 11   the last 30 days.  I want it to be a two-day deposition, too, but

10:16AM 12   I think Mr. Trahan may have a valid argument to limit it to

10:16AM 13   one-day, based not on facts, but on his physical condition.

10:16AM 14   That's what Mr. Lubel conveyed to me.  That's just for the

10:16AM 15   Court's and counsel's information.

10:16AM 16            THE COURT:  Well, let's think creatively.  If he's got a

10:16AM 17   situation, and the group believes that two days may be

10:16AM 18   necessary -- he's in Houston?

10:16AM 19            MR. WILLIAMSON:  Yes, Your Honor.  The witness and

10:16AM 20   counsel are both in Houston.

10:16AM 21            THE COURT:  Maybe what we can do is divide the days,

10:16AM 22   one day, skip a day, come back a day and do it in Houston.

10:16AM 23            MR. WILLIAMSON:  The plaintiffs are happy to do it in

10:16AM 24   Houston.  That will be fine, Your Honor.

10:16AM 25            THE COURT:  Just think creatively and we'll leave it

10:17AM 1    where it is.

10:17AM 2        MR. WILLIAMSON:  I don't speak for Mr. Lubel, but you

10:17AM 3    just might as well know that information.

10:17AM 4        THE COURT:  Good enough.

10:17AM 5        We heard that Lori Mince is representing

10:17AM 6    Dr. Beirute, and I thought we could go ahead and pass that issue

10:17AM 7    pending hearing from her.

10:17AM 8        Does anybody want to chime in on that issue before

10:17AM 9    we pass it?

10:17AM 10        MR. FITCH:  Only briefly, Your Honor.  Tony Fitch for

10:17AM 11    Anadarko.

10:17AM 12        Yes, that's her request because she's unavailable

10:17AM 13    today.  That's obviously fine with us.  I would note that it's my

10:17AM 14    understanding that the PSC, and Brian can confirm this, the PSC

10:17AM 15    joins in the view that that should be a two-day deposition given

10:17AM 16    the complexity of the issues that I laid out for you.

10:17AM 17        THE COURT:  Lori has a pretty good track record of

10:17AM 18    coming in and working pretty promptly to get things resolved, so

10:18AM 19    let's let her do that and see where we end up.

10:18AM 20        MR. FITCH:  We need to address that.

10:18AM 21        THE COURT:  Why don't you all let me know where you

10:18AM 22    stand with Lori next week so that we can get that resolved prior

10:18AM 23    to our next meeting.  He's coming up pretty quickly.

10:18AM 24        MR. FITCH:  Either prior to or no later than the 12th

10:18AM 25    because he is coming up in late that month.

10:18AM 1          THE COURT:  The 29th.  Yes.

10:18AM 2          MR. FITCH:  Thank you, Judge.

10:18AM 3          THE COURT:  Okay.  No problem.

10:18AM 4              Let's hear from M-I.  I think they are going to

10:18AM 5     have some word for us today.

10:18AM 6          MS. SCOFIELD:  Good morning.  Your Honor,

10:18AM 7     Denise Scofield for M-I.

10:18AM 8              I've got dates for Steve Johnson, September 27th.

10:18AM 9          THE COURT:  September 27th, Steve Johnson.

10:18AM 10         MS. SCOFIELD:  John Quibodeaux.

10:18AM 11         THE COURT:  John Quibodeaux, Q-U-I-B-O-D-E-A-U-X.

10:18AM 12         MS. SCOFIELD:  October 4th.

10:19AM 13         THE COURT:  October 4th.

10:19AM 14         MS. SCOFIELD:  Greg Meche.

10:19AM 15         THE COURT:  M-E-C-H-E.

10:19AM 16         MS. SCOFIELD:  October 6th.

10:19AM 17         THE COURT:  October 6th.

10:19AM 18         MS. SCOFIELD:  And Doyle Maxie.

10:19AM 19         THE COURT:  M-A-X-I-E.

10:19AM 20         MS. SCOFIELD:  October 12th.

10:19AM 21         THE COURT:  Now, why can't everybody else report as

10:19AM 22    easily as you have done?

10:19AM 23         MS. SCOFIELD:  Thank you, Your Honor.

10:19AM 24         THE COURT:  Thank you very much.  How many weeks in a

10:19AM 25    row has that taken us?

10:19AM 1          We were working on the dates for Mr. Turlak, but we

10:19AM 2   also have the BP request for a two-day deposition.

10:19AM 3          So, Kerry, have you got anything on a tentative

10:19AM 4   date for Mr. Turlak?

10:19AM 5          MR. MILLER:  Your Honor, I think it's slightly different

10:19AM 6   than that.  Don Haycraft initially requested Mr. Turlak as a

10:20AM 7   Phase I internal team member deposition.

10:20AM 8          Then I saw the other day Brian, I think, from the PSC

10:20AM 9   says he's a Phase II two-day deposition.  So I think that's the

10:20AM 10  way the issue with Mr. Turlak currently stands.  Maybe he's a

10:20AM 11  hybrid based upon Don Haycraft's representation to the Court, you

10:20AM 12  know, maybe he's a Phase II guy, so we've got to figure out where

10:20AM 13  he stands.  Of course, we only want to produce him once.

10:20AM 14         THE COURT:  Positively.  So why don't you kick the tires

10:20AM 15  like Andy is going to kick his.

10:20AM 16         MR. HAYCRAFT:  It sounds like it's a two-day deposition.

10:20AM 17  I mean, is there an issue about that?

10:20AM 18         THE COURT:  I don't know.

10:20AM 19         MR. MILLER:  Initially, he was a Phase I internal team

10:21AM 20  one-day deposition.

10:21AM 21         THE COURT:  Right.

10:21AM 22         MR. MILLER:  I guess now what I'm hearing is, is the

10:21AM 23  parties at least, the other parties at least think he is both a

10:21AM 24  Phase I deponent and a Phase II deponent, although Brian's e-mail

10:21AM 25  focused on him as a Phase II deponent, whereas Don has always

10:21AM 1   focused on him as a Phase I deponent.  I guess if he's both --

10:21AM 2   THE COURT:  We should pick.

10:21AM 3   MR. MILLER:  Two days and he covers both topics at once.

10:21AM 4   THE COURT:  Exactly.

10:21AM 5   MR. MILLER:  I guess on the internal team issues,

10:21AM 6   Your Honor, if it segues into that.

10:21AM 7   THE COURT:  Tell you what, that's later on.  That's a

10:21AM 8   hairier discussion, if you don't mind.

10:21AM 9   MR. MILLER:  I don't mind at all.

10:21AM 10   THE COURT:  Okay.

10:21AM 11   MR. MILLER:  We want to -- Mr. Turlak does segue into

10:21AM 12   that, so we can bring him up later on.

10:21AM 13   THE COURT:  Okay.  Let's see.  Have we resolved, and I

10:22AM 14   think we have, Dr. Ravi?

10:22AM 15   MR. GODWIN:  Yes, Your Honor.

10:22AM 16   THE COURT:  Good morning.

10:22AM 17   MR. GODWIN:  Good morning, Judge.  Don Godwin for

10:22AM 18   Halliburton.

10:22AM 19   Andy and I have reached an agreement that Dr. Ravi

10:22AM 20   can and will be available for his depo in New Orleans on

10:22AM 21   September 14th for an eight-hour deposition, a one-day depo,

10:22AM 22   beginning at 8:30 in the morning.

10:22AM 23   I would like to thank the PSC, Andy, all the other

10:22AM 24   defense counsel for working with me in that regard to try to get

10:22AM 25   done in one day.  That helps Dr. Ravi and also allows everyone to

10:22AM 1    get his deposition.

10:22AM 2            THE COURT:  Perfect.  Thank you very much, everybody.

10:22AM 3    That's great.

10:22AM 4            Okay.  Halliburton --

10:22AM 5            I'm sorry, go ahead, Tony.

10:22AM 6        MR. FITCH:  Judge, you skipped over Heather Powell,

10:22AM 7    Number 6, and I raised that.  I believe, and I checked with Don

10:22AM 8    to confirm my memory, Heather Powell was the one who was

10:22AM 9    mentioned in our telephone conference yesterday afternoon, and

10:22AM 10   I'm not really addressing her, but I thought I should clarify

10:23AM 11   with you and with Andy and Don the process that you want for each

10:23AM 12   side to address the scope of the 30(b)(6) deposition.

10:23AM 13           I would suggest pursuant to what they suggested

10:23AM 14   yesterday that maybe they make their submission this Wednesday

10:23AM 15   and we make our submission Friday, but whatever works for them,

10:23AM 16   just so we know.

10:23AM 17       MR. LANGAN:  Your Honor, it's Andy Langan for BP.

10:23AM 18           That's fine.  Wednesday for our submission about

10:23AM 19   the scope of the topic and prior testimony, next Wednesday is

10:23AM 20   fine.  That's kind of what we were planning on anyway.

10:23AM 21       THE COURT:  Right.  Just so everybody knows what we're

10:23AM 22   talking about, there was an issue that arose yesterday with

10:23AM 23   regard to the scope of Topic Number 7 for BP's 30(b)(6)

10:23AM 24   deposition.

10:23AM 25           Mr. Nomellini, you will be glad to know that you no

10:23AM 1    longer have the hardest name in the litigation to pronounce.

10:23AM 2    Frank now does.  He takes the cake for that.

10:23AM 3                Tell me how I pronounce Frank's last name.

10:23AM 4            MR. HAYCRAFT:  Holozuviec.

10:24AM 5            THE COURT:  Holozuviec is now the worst name in the

10:24AM 6    litigation.

10:24AM 7                So, Mr. Nomellini, you're Number 2.

10:24AM 8            MR. FITCH:  This seems harsh coming from Creole country

10:24AM 9    here.

10:24AM 10           MS. HIMMELHOCH:  Your Honor, this is Sarah Himmelhoch.

10:24AM 11               I'm quite shocked because usually my name is the

10:24AM 12   worst.

10:24AM 13           THE COURT:  In the overall scheme of things, yours is

10:24AM 14   easy.

10:24AM 15           MS. HIMMELHOCH:  Oh, I'm thrilled.

10:24AM 16           THE COURT:  Good.  I'm so glad we could help you today.

10:24AM 17               So yes, Wednesday and Wednesday on the issue of the

10:24AM 18   scope of Topic 7 on the BP 30(b)(6).

10:24AM 19           MR. FITCH:  Wednesday and Friday I think you meant to

10:24AM 20   say.

10:24AM 21           THE COURT:  Wednesday and Friday.  Long week.

10:24AM 22           MR. FITCH:  Yes, indeed.

10:24AM 23           THE COURT:  Okay.  Here is what I think we're going to

10:24AM 24   do with Mr. Miller's requested deposition.  I would like

10:24AM 25   Mr. Miller to be deposed for one day with Halliburton getting

10:25AM 1    3.5 hours out of the total allotment.  We will announce the

10:25AM 2    remaining allocations later.  I haven't worked out the remaining

10:25AM 3    allocations, but out of the 450 minutes, Halliburton will get

10:25AM 4    210.

10:25AM 5            Andy, if you would find a time, please, for

10:25AM 6    Mr. Miller, that would be appreciated.

10:25AM 7            MR. LANGAN:  We'll work on that, Your Honor.

10:25AM 8            THE COURT:  Thank you.

10:25AM 9            MR. GODWIN:  Thank you, Your Honor.

10:25AM 10           THE COURT:  You're welcome.

10:25AM 11           Next up, Mr. Victor Emanuel, who is a Schlumberger

10:25AM 12   employee, and Halliburton was requesting the deposition.

10:25AM 13           MR. GODWIN:  Yes, Your Honor.

10:25AM 14           THE COURT:  Come on up.

10:25AM 15           MR. GODWIN:  Thank you, Judge.  Don Godwin for

10:25AM 16   Halliburton.

10:25AM 17           Judge, we would like the depositions of both

10:25AM 18   Victor Emanuel and also, the other one is Mr. O'Toole.  Both are

10:26AM 19   Schlumberger employees.

10:26AM 20           I would like to inform that Denise Scofield, who

10:26AM 21   was just up here, with M-I has told us recently, I think she told

10:26AM 22   Alan in the last day or two that her company, M-I, has an

10:26AM 23   affiliation with Schlumberger, and if she can make those

10:26AM 24   witnesses available and try to coordinate, in the event that

10:26AM 25   Your Honor allows us to take the depos.

10:26AM 1          I'm not going to argue why we need them other than

10:26AM 2    to say that both of their names appear on logs of Schlumberger

10:26AM 3    that were run immediately prior to, I'm talking about within a

10:26AM 4    day or two of, we believe, of the actual blowout showing that

10:26AM 5    they were there doing well logs, and we've got an interest in

10:26AM 6    whether or not BP fully informed Halliburton about a zone, a

10:26AM 7    hydrocarbon zone that was unprotected, we believe, at the time of

10:26AM 8    the blowout.

10:26AM 9          We really need these two depositions.  We think

10:26AM 10   they are one-day depositions, Your Honor, and we would

10:27AM 11   appreciate, one, you're allowing us to take them and, two, giving

10:27AM 12   us whatever amount of time you think is reasonable and fair.

10:27AM 13   We'll work with Denise, of course, in trying to schedule them, if

10:27AM 14   Your Honor says that we can take them, as well as coordinate with

10:27AM 15   Andy and others.

10:27AM 16          THE COURT:  Good enough.  Thank you, Don.

10:27AM 17          MS. SCOFIELD:  Your Honor, Denise Scofield for

10:27AM 18   Schlumberger in this case.

10:27AM 19          I have not yet talked with Schlumberger about their

10:27AM 20   position in regard to depositions.  Hugh and I will do that, but

10:27AM 21   at this point, I can't commit that we will come forward with

10:27AM 22   dates, but we certainly will be coordinating that process.

10:27AM 23          THE COURT:  That will be fine.  Why don't you check and

10:27AM 24   find out what Schlumberger's position is.  If they do not object,

10:27AM 25   why don't you target finding some dates from these witnesses mid

10:27AM 1    to late September.

10:27AM 2              MS. SCOFIELD:  We'll inquire.

10:27AM 3              MR. LANGAN:  Your Honor, it's Andy Langan.

10:27AM 4              On this, and if this is the way we're going to go,

10:27AM 5    we understand, but I just want to note, and the reason that we've

10:28AM 6    noted a mild objection to this really has to do with where we

10:28AM 7    are.  The fact that there were Schlumberger employees on the

10:28AM 8    *Deepwater Horizon* rig right before April 20th, that's been known

10:28AM 9    by everybody for well over a year.  I mean, everybody knew that

10:28AM 10   back in April of 2010.  I mean, it wasn't a big secret.  It

10:28AM 11   wasn't a big mystery.

10:28AM 12             Unlike the identity of the Transocean report people

10:28AM 13   that only came to light when Transocean supplemented their

10:28AM 14   interrogatory responses on July 15th, these people were known

10:28AM 15   long ago.  So from our point of view, it's like why are we doing

10:28AM 16   these people now?  It's so late in the game.

10:28AM 17             So I do think they are very distinguishable.  But

10:28AM 18   if we're going to go down the road of allowing these people to be

10:28AM 19   deposed, so be it.  We understand, but I did want to note that

10:28AM 20   it's coming up very late in the game.

10:28AM 21             THE COURT:  It is.

10:28AM 22             Let's hear from Denise as to Schlumberger's

10:28AM 23   position with regard to this.  If Schlumberger doesn't object,

10:29AM 24   I'm inclined to say fine.  If there is an objection of

10:29AM 25   Schlumberger, then we'll have to duke it out.

10:29AM 1      MS. SCOFIELD:  Your Honor, I'll advise that next Friday.

10:29AM 2      THE COURT:  Well, we don't have a hearing next Friday.

10:29AM 3      MS. SCOFIELD:  We don't have a hearing next Friday.  Why

10:29AM 4  don't I send you a letter and let you know.

10:29AM 5      THE COURT:  A letter or e-mail.  I'm fine with e-mail.

10:29AM 6  Whatever you want to do, but let us know, and we'll take that up.

10:29AM 7      MS. SCOFIELD:  That sounds great.  I want to make sure

10:29AM 8  that the record is clear that while Alan and I did have a

10:29AM 9  conversation, and certainly, I am the person to coordinate

10:29AM 10  through, along with Hugh Tanner, for Schlumberger, we simply feel

10:29AM 11  more comfortable if we contact Schlumberger before we --

10:29AM 12      THE COURT:  Not a problem.  We all have clients to deal

10:29AM 13  with.

10:29AM 14      MS. SCOFIELD:  Thank you.

10:29AM 15      MR. GODWIN:  Thank you, Judge.

10:29AM 16      THE COURT:  Okay, guys.

10:30AM 17      Do we have any report from the PSC on perhaps

10:30AM 18  having Mr. Vidrine respond to written interrogatories?

10:30AM 19      MR. BARR:  Your Honor, Brian Barr for the PSC.

10:30AM 20      I thought where we left that was Kerry.

10:30AM 21      MR. MILLER:  That's right.  You initially assigned it to

10:30AM 22  Paul Sterbcow, but since he's on vacation, he delegated it to me,

10:30AM 23  of all people.  I did place it, and I forgot until your report

10:30AM 24  came out.

10:30AM 25      So after your report came out, I think, on

10:30AM 1  Wednesday, I left a message with Mr. Habans, who is Mr. Vidrine's

10:30AM 2  criminal lawyer, and Mr. Habans has not called me back yet, but I

10:30AM 3  will follow up.  The message I left him was very detailed about

10:30AM 4  answering written questions because of your ruling confirming he

10:30AM 5  wasn't physically capable of testifying.  So I'll report back via

10:30AM 6  e-mail to the Court when I hear back from Mr. Habans.

10:30AM 7          THE COURT:  Very good.  Thank you.

10:31AM 8              Andy, would you give us, please, an update, if

10:31AM 9  you're the right one, or maybe it's Mark, on identifying the

10:31AM 10 appropriate witnesses for the BOP regulatory compliance?

10:31AM 11         MR. LANGAN:  Your Honor, I think it falls to me.  I can

10:31AM 12 assure you that we are working on this.  We have a couple of

10:31AM 13 candidates in mind.  I just don't have a name for you today.  It

10:31AM 14 may be linked in some small way to the following:  You will

10:31AM 15 recall, Your Honor, that Cameron has the ability to seek one

10:31AM 16 deposition of the three they asked for?

10:31AM 17         THE COURT:  Right.

10:31AM 18         MR. LANGAN:  So they haven't told us which one they

10:31AM 19 want.  When they do, it is possible that that person may wear the

10:31AM 20 additional hat of the regulatory thing.  I don't know that, but

10:31AM 21 you see what I'm saying, they are kind of linked.

10:31AM 22         THE COURT:  Yes, I do see what you're saying.

10:31AM 23         MR. LANGAN:  So maybe at some point, Carmelite or David

10:31AM 24 or somebody will tell us how they want to proceed on that.

10:31AM 25              But in the meantime, we're not sitting back.  We're

10:31AM  1   nonetheless investigating who candidates might be regardless.

10:32AM  2           THE COURT:  I knew you would tell me that.  So thank

10:32AM  3   you.

10:32AM  4               Phil, do you want to comment?

10:32AM  5           MR. WITTMANN:  Yes, Your Honor.  I think it will be

10:32AM  6   Mr. Emerson that we want to depose.

10:32AM  7           THE COURT:  Mr. Emerson.

10:32AM  8           MR. WITTMANN:  We'll confirm that on Monday.

10:32AM  9           THE COURT:  Why don't you do that, and let Andy know.

10:32AM 10           MR. WITTMANN:  Thank you, Judge.

10:32AM 11           THE COURT:  You're welcome.

10:32AM 12               Okay.  Next up, we had Richard Morrison, who was

10:32AM 13   tentatively scheduled for October 18th.  Any word, humming bird?

10:32AM 14   I don't know who --

10:32AM 15           MR. LANGAN:  Your Honor, I think -- only this, I think

10:32AM 16   we have the two-day, one-day issue, and he's part of that same

10:32AM 17   basket that we talked about about 15 minutes ago.

10:32AM 18           THE COURT:  So's part of kicking the tires, right?

10:32AM 19           MR. LANGAN:  Correct.

10:32AM 20           THE COURT:  Last, but not least, we've got Lamar McKay,

10:32AM 21   and there was some discussion about one or two days.  Have we

10:33AM 22   resolved that issue?

10:33AM 23           MR. LANGAN:  Your Honor, Andy Langan for BP.

10:33AM 24               I think the point I made a week ago, and I'll make

10:33AM 25   it again today, is I don't know why it should be treated any

10:33AM 1    differently than Mr. Newman.  If Mr. Newman is going to be one

10:33AM 2    day, so should Mr. McKay.  If Mr. Newman is going to be produced

10:33AM 3    for two days, then okay, we get that.

10:33AM 4            THE COURT:  Okay.  So the ball is in my court, right?

10:33AM 5            MR. LANGAN:  I think so.

10:33AM 6            MR. GODWIN:  Your Honor, we had him -- Don Godwin for

10:33AM 7    Halliburton.  We had him on the calendar for tentative November 3

10:33AM 8    and 4.

10:33AM 9            THE COURT:  3 and 4, that's right.

10:33AM 10           MR. GODWIN:  Now, our position, and we have been talking

10:33AM 11   about Mr. McKay for some time, Halliburton really needs to depose

10:33AM 12   him, and BP was able to obtain from the Court, understandably,

10:33AM 13   two days for the deposition of Mr. Tim Probert, who is in a

10:33AM 14   position somewhat similar to Mr. McKay.  So we feel that in order

10:33AM 15   to give us the time we need, that it needs to be a two-day depo,

10:34AM 16   and we would ask the Court to allow that, if you would, please.

10:34AM 17           THE COURT:  Okay.

10:34AM 18           MR. LANGAN:  Your Honor, it's Andy Langan again.

10:34AM 19           Again, I think he's more akin to Mr. Newman than he

10:34AM 20   is to Mr. Probert.  Also, I want to be very clear on this,

10:34AM 21   Mr. McKay had absolutely nothing to do, no role pre-April 20th.

10:34AM 22   None.

10:34AM 23           MR. GODWIN:  Well, and likewise, we don't need

10:34AM 24   Tim Probert then, either.

10:34AM 25           MR. LANGAN:  I don't recall hearing Mr. Godwin ever

10:34AM  1   saying Probert should be one day.  So the issue was never raised.

10:34AM  2   Maybe if it had been, there would have been a different result.

10:34AM  3   I don't think that's an apt analogy in the sense that it was

10:34AM  4   never raised.

10:34AM  5        MR. GODWIN:  Let me say this, Your Honor:  Up until

10:34AM  6   recently, it was always presumed that all of the depositions were

10:34AM  7   two days.  Very few prior to -- in the last few weeks, if you

10:34AM  8   will, have there been any one-day depositions, and the one-day

10:34AM  9   depositions came about realizing what are we going to do after

10:34AM 10   today going forward, and there had been very few one-day depos.

10:35AM 11   We didn't raise it because why were we going to try to ask for

10:35AM 12   something special for Tim Probert realizing that everybody needed

10:35AM 13   their time with the witness?

10:35AM 14        Now we're here and we don't want it to appear that

10:35AM 15   we've waived anything by not complaining then that he should have

10:35AM 16   gone for one day.  I mean, there comes a point where you just

10:35AM 17   don't keep asking for things just to be asking for it.  So we do

10:35AM 18   believe that Lamar McKay should go for two days, and we would ask

10:35AM 19   the Court to consider that request.

10:35AM 20        MR. LANGAN:  If the Court goes that way, then so be it

10:35AM 21   for Mr. Newman.  That's all.

10:35AM 22        MR. MILLER:  Your Honor, Mr. Newman is a separate issue.

10:35AM 23        THE COURT:  I was going to say you're giving

10:35AM 24   Steve Roberts another high blood pressure.

10:35AM 25        MR. MILLER:  You know, it's great to use him for

10:35AM 1   analogous purposes, but we don't have a dog in this fight.  We

10:35AM 2   didn't ask for Mr. McKay.  Mr. Newman is one day.  We made him

10:35AM 3   available and he ought to stay one day, and whatever happens with

10:35AM 4   Mr. McKay happens with Mr. McKay.  But from Transocean's

10:35AM 5   perspective, we don't have a dog in that fight, and we don't care

10:36AM 6   if Mr. McKay is one day or two days.

10:36AM 7          THE COURT:  All right.

10:36AM 8          MR. LANGAN:  Your Honor, how about this as a proposed

10:36AM 9   compromise:  I did pretty good with Dr. Ravi.  What if we did

10:36AM 10  McKay for one day and made sure Halliburton has several hours.

10:36AM 11  Maybe the PSC, too, at one point, but it's really Mr. Godwin's

10:36AM 12  issue.

10:36AM 13         THE COURT:  It is.  So you liked what I did with

10:36AM 14  Rich Miller --

10:36AM 15         MR. LANGAN:  Yes.

10:36AM 16         THE COURT:  -- by giving Halliburton a hunk of time,

10:36AM 17  right?

10:36AM 18         MR. GODWIN:  The same amount time.  Don Godwin for

10:36AM 19  Halliburton, Your Honor.

10:36AM 20            That if Your Honor is inclined to give Halliburton

10:36AM 21  the same amount of time for a one-day depo for Mr. McKay as we

10:36AM 22  received for Rich Miller, we would be fine going with one day.

10:36AM 23  Of course, we understand other people have a need to depose him

10:36AM 24  as well, but I make that as a suggestion in response to Andy's

10:36AM 25  comment.

10:36AM 1          THE COURT:  Let me hear from everybody as to whether or

10:36AM 2    not you have any objections to or compromise along those lines

10:36AM 3    where I give Halliburton three or three-and-a-half hours, and

10:37AM 4    everybody else can do clean up.

10:37AM 5          MR. KANNER:  Your Honor, this is Alan Kanner for

10:37AM 6    Louisiana.

10:37AM 7          We mentioned our concerns about Mr. McKay.  We're

10:37AM 8    going to need substantial time with him if this is going to be

10:37AM 9    our only opportunity for this witness for later phases of the

10:37AM 10   case.

10:37AM 11         THE COURT:  Okay.

10:37AM 12         MR. BARR:  Your Honor, Brian Barr for the PSC.

10:37AM 13         I believe we joined in Halliburton's request for

10:37AM 14   Mr. McKay's deposition.  We believe it should be two days.  He

10:37AM 15   testified in front of Congress.  He has spoken for this company.

10:37AM 16         THE COURT:  He has, except you've got his prior

10:37AM 17   testimony, and so that's not going to change.  Maybe what we can

10:37AM 18   do, Brian, excuse me, is you all work with Halliburton and

10:37AM 19   combine your efforts.  I'll try to give you a fair allocation on

10:37AM 20   it.

10:37AM 21         MR. BARR:  We're always happy to work with people.

10:37AM 22         THE COURT:  Especially Don Godwin.

10:37AM 23         MR. BARR:  Don is a joy.  So we'll get together with Don

10:38AM 24   and see if we can't work something out on that.

10:38AM 25         THE COURT:  It seems to me that you all will be aligned

10:38AM  1   with this witness, and you are probably going to want much of the

10:38AM  2   same.

10:38AM  3          MR. GODWIN:  It seems like on the last day of school,

10:38AM  4   Your Honor, everybody gets along.

10:38AM  5          THE COURT:  Don has mentioned to me that he feels like

10:38AM  6   today is the last day of school, and he's going to the Bahamas?

10:38AM  7          MR. GODWIN:  First time, Judge.  Looking forward to it.

10:38AM  8          THE COURT:  Bahamas for the week, so he feels like it's

10:38AM  9   the last day of school.  He's willing to give anybody everything.

10:38AM 10   So shop with him today.

10:38AM 11          MR. WILLIAMSON:  I will chime in, as the Court is making

10:38AM 12   its decision, whatever you decide is fine with us.  I suspect

10:38AM 13   this deposition is one of those technical depositions.  I don't

10:38AM 14   suspect this is a who, what, when, where deposition.  I suspect

10:38AM 15   this is a would you please look at this chart and explain X;

10:39AM 16   therefore, those questions and answers take a little longer.

10:39AM 17          THE COURT:  Don, you do agree that Mr. McKay's

10:39AM 18   deposition is going to be focused on technical issues?

10:39AM 19          MR. GODWIN:  A lot of it will, Your Honor.  A lot it

10:39AM 20   will.

10:39AM 21          MR. LANGAN:  You Honor, Andy Langan.

10:39AM 22              I don't think so.  The man had no operational

10:39AM 23   responsibility for the drilling operation at all.  I mean, he's a

10:39AM 24   big picture manager.

10:39AM 25          MR. GODWIN:  We got processes involved.  We got safety

10:39AM 1    involved.  We got technical things involved.  We got reporting
10:39AM 2    involved.  Oversight involved.  There is a lot of things that we
10:39AM 3    will need to be gone in with him, Your Honor.  This man was in
10:39AM 4    charge, we believe, of running BP North America, so, you know,
10:39AM 5    where does the buck stop?  We believe, certainly we'll work with
10:39AM 6    the PSC to divide up the time in a fair manner, but there are
10:39AM 7    several subjects that we want to cover with Mr. McKay, not just
10:40AM 8    technical.

10:40AM 9            THE COURT:  Okay.

10:40AM 10           Hey, Ky.

10:40AM 11       MS. KIRBY:  Judge, Ky Kirby for Anadarko.

10:40AM 12           We certainly could live with the allocation that
10:40AM 13   was worked out for Dr. Ravi.  I didn't want my silence to suggest
10:40AM 14   that we were okay with having part of that taken away for those
10:40AM 15   who think they want even more.

10:40AM 16       THE COURT:  Good enough.  Thank you.

10:40AM 17           All right.  Moving right along.  We've got requests
10:40AM 18   for additional time.  Transocean still has an outstanding request
10:40AM 19   for Ed Gaude who is September 19th.  We've had donations from the
10:40AM 20   PSC, the State, MOEX, and the United States.

10:40AM 21           Is anybody else feeling generous?

10:40AM 22           Okay.  So we'll go ahead and do a reallocation on
10:40AM 23   that.

10:40AM 24           BP has sent in a request for additional time for
10:41AM 25   Jonathan Keeton, which is coming up pretty soon, August 17 and

10:41AM 1   18, and Dan Farr, which is August 24 and 25.  Halliburton says

10:41AM 2   that's fine, but don't take any time away from us, so does

10:41AM 3   anybody else feel generous and want to cede time to BP?  I'm

10:41AM 4   looking particularly at the PSC.

10:41AM 5           MR. WILLIAMSON:  Judge, Jimmy Williamson.  In the

10:41AM 6   interest of -- I apologize, Jimmy Williamson for the plaintiffs.

10:41AM 7               We will cede BP 20 minutes.

10:41AM 8           THE COURT:  20 minutes for each of those witnesses.

10:41AM 9           MR. HAYCRAFT:  20 minutes out of four hours and

10:41AM 10  50 minutes?

10:41AM 11          THE COURT:  Do you want to go to 30?  Do I hear 30?

10:42AM 12          MR. WILLIAMSON:  25 minutes.

10:42AM 13          THE COURT:  25 minutes for each of those witnesses.

10:42AM 14          MR. HAYCRAFT:  Let me note a protest here.

10:42AM 15              This is Don Haycraft for BP.

10:42AM 16              I sat in two depositions of TO witnesses over the

10:42AM 17  last two weeks, and Mr. Williamson was in one of them.  The PSC

10:42AM 18  does not use all their time.  The PSC does not ask any

10:42AM 19  aggressive, adverse questions of TO.  For Mr. Williamson to cede

10:42AM 20  20 minutes of their --

10:42AM 21          THE COURT:  25.

10:42AM 22          MR. HAYCRAFT:  Well, he went up to 25, of their

10:42AM 23  four hours and 50 minutes for these two key witnesses, I think,

10:42AM 24  borders on the absurd.

10:42AM 25          MR. UNDERHILL:  How do you really feel, Don?

10:42AM 1          MR. HAYCRAFT:  Let me reiterate how I really feel.

10:42AM 2          MR. WILLIAMSON:  I'll accept that, since I was in one of

10:42AM 3    these depositions, I'll accept that as the not-so-kind insult it

10:43AM 4    was intended to be.

10:43AM 5          THE COURT:  You accept it graciously.

10:43AM 6          MR. WILLIAMSON:  I do, Judge, because Mr. Haycraft is a

10:43AM 7    great lawyer.

10:43AM 8          Having said that, it is true that sometimes -- by the

10:43AM 9    way, the Transocean witness that I deposed yesterday, he didn't

10:43AM 10   think I was all chummy with him, just for the record.

10:43AM 11         Having said that, everybody at these depositions

10:43AM 12   goes to the depositions and cedes time in the process.  The Court

10:43AM 13   probably doesn't see as much of that, where the states, the US,

10:43AM 14   the PSC, and the defendants sometimes will -- Anadarko has done

10:43AM 15   it for me; I've done it to other people -- where I've given them

10:43AM 16   time.  That process is a dynamic process that actually occurs in

10:43AM 17   the deposition.  So we can reevaluate if that's a big deal.

10:43AM 18         THE COURT:  Fine.

10:43AM 19         Don, don't worry.  I got you.  We've got you

10:43AM 20   covered.

10:43AM 21         MR. HAYCRAFT:  I had a specific reason in my request for

10:43AM 22   four hours and 10 minutes, and that specific reason stands.

10:44AM 23         THE COURT:  You don't want to share that reason with us?

10:44AM 24         MR. HAYCRAFT:  Well, it was in my e-mail.

10:44AM 25         THE COURT:  It was.

10:44AM 1          MR. HAYCRAFT:  So we believe four hours and 10 minutes

10:44AM 2     is, you know, being ceded 10 minutes here and 15 minutes there

10:44AM 3     just doesn't work.

10:44AM 4          THE COURT:  If I get time ceded, then my job looking at

10:44AM 5     everybody else is somewhat easier.  If I don't get time, I'm

10:44AM 6     going to do it anyway.  So it doesn't matter.

10:44AM 7          MR. HAYCRAFT:  Thank you, Your Honor.

10:44AM 8          MR. ROBERTS:  Judge, can Transocean say something?

10:44AM 9          THE COURT:  Steve, how are you?

10:44AM 10         MR. ROBERTS:  I'm very well.  Steve Roberts.

10:44AM 11             Every time BP seems to want additional time, the

10:44AM 12    argument is that the PSC is overly kind to us.  We, as a party,

10:44AM 13    Transocean has never had any more time given to us by the Court

10:44AM 14    without unusual circumstances expressed more than 75 minutes on

10:44AM 15    any witness, and we, too, have requested many times that we would

10:44AM 16    like more time, and I just think it's inappropriate for somebody

10:44AM 17    to get up there and say, Transocean is having a party, we're over

10:45AM 18    here having a good time, and that justifies BP getting four hours

10:45AM 19    and 10 minutes on anything, when we have all been restricted to

10:45AM 20    75 minutes.  I would have loved four hours and 10 minutes on

10:45AM 21    every BP witness.  You gave me 75.

10:45AM 22         THE COURT:  I did.

10:45AM 23         MR. HAYCRAFT:  I've just been -- this is Don Haycraft,

10:45AM 24    Your Honor, for BP.

10:45AM 25             Mr. Roberts and I get along very well.  I thank him

10:45AM 1   for that comment.

10:45AM 2           MR. GODWIN:  But.

10:45AM 3           MR. ROBERTS:  But.

10:45AM 4           MR. HAYCRAFT:  This is an extremely important issue for

10:45AM 5   BP.  Extremely important.  I do not state lightly that the PSC

10:45AM 6   and the Transocean witness sometimes play patty-cake with each

10:45AM 7   other.  The record will speak for itself.

10:45AM 8               I've submitted Adrian Rose's deposition to

10:45AM 9   Your Honor.  I believe I submitted Daun Winslow's deposition to

10:45AM 10  Your Honor.  I would be happy to submit the deposition of

10:45AM 11  Owen McWhorter to Your Honor, and then most recently,

10:46AM 12  Bill Sannon, the general manager for North American division for

10:46AM 13  Transocean.

10:46AM 14              I think Your Honor would find out until

10:46AM 15  Mr. Williamson in his rebuttal or redirect at the end of the day,

10:46AM 16  the initial lawyer who asked three hours of questions, didn't

10:46AM 17  introduce one document, didn't ask one hostile question or a

10:46AM 18  question designed to illicit any information.  The record will

10:46AM 19  speak for itself if it were ever put to that task.

10:46AM 20          THE COURT:  All softballs.

10:46AM 21          MR. FITCH:  Judge, Tony Fitch.

10:46AM 22              It won't help much, but Anadarko certainly will

10:46AM 23  yield 10 minutes on each of those two.  It's possible that at the

10:46AM 24  deposition, we could do more.  We just don't know with Transocean

10:46AM 25  depositions very far ahead of time what we do have.  I've done

10:46AM 1    45, and I've done three, so...but if it helps.

10:46AM 2              THE COURT:  Thank you.  I appreciate that.

10:46AM 3              Any other generous donation?

10:47AM 4              Okay.  All right.  Let's get an update on

10:47AM 5    Transocean's outstanding objections to the request by Cameron for

10:47AM 6    11 depositions.

10:47AM 7              Mr. Roberts, have we made any progress?

10:47AM 8          MR. ROBERTS:  Steve Roberts for Transocean.

10:47AM 9              Mr. Beck and Mr. Wittmann and I are working through

10:47AM 10   the process and hope to have something final to the Court next

10:47AM 11   week.

10:47AM 12             Is that correct, Mr. Wittmann?

10:47AM 13         MR. WITTMANN:  That's correct, Your Honor.

10:47AM 14         THE COURT:  Don't forget that we don't have a conference

10:47AM 15   next week, so if you work something out, or if you've not managed

10:47AM 16   to work something out, why don't you call it to my attention, and

10:47AM 17   we'll try to take it from there.

10:47AM 18         MR. ROBERTS:  Yes, Your Honor.

10:47AM 19         THE COURT:  Thank you.

10:47AM 20             Now, let's see, we've got BP's request for

10:48AM 21   depositions of Transocean's investigation group.  I've read

10:48AM 22   everything on that.  A very complicating factor in my mind is the

10:48AM 23   fact that we have a witness in Aberdeen, Kuala Lumpur, Angola,

10:48AM 24   Edmonton, and Rio.

10:48AM 25         MR. UNDERHILL:  Rio.  Rio.  I got Rio covered.

| | |
|---|---|
| 10:48AM 1 | THE COURT:  I would be glad to Special Master the Rio |
| 10:48AM 2 | deposition, but beyond that, I do think that's a problem.  BP has |
| 10:48AM 3 | requested five hours on each of these witnesses. |
| 10:48AM 4 | It seems to me, Andy, what I would like you to do |
| 10:48AM 5 | is pick four of the six US witnesses.  They will be done in |
| 10:48AM 6 | one day with BP getting 3.5 hours out of the total and the |
| 10:49AM 7 | remaining allocations will be announced later.  Can you live with |
| 10:49AM 8 | that? |
| 10:49AM 9 | MR. LANGAN:  Your Honor -- |
| 10:49AM 10 | MR. HERMAN:  Four of the six. |
| 10:49AM 11 | MR. LANGAN:  -- I think we need more.  But let me ask |
| 10:49AM 12 | this:  Let's take that as a given, that we proceed with four of |
| 10:49AM 13 | six US based witnesses for three-and-a-half hours as to each. |
| 10:49AM 14 | What if we did telephone depositions of some of the remaining |
| 10:49AM 15 | offshore people or video depositions or something so people don't |
| 10:49AM 16 | have to travel? |
| 10:49AM 17 | THE COURT:  That's a possibility.  We've explored that |
| 10:49AM 18 | before, i.e., Ms. Fleytas. |
| 10:49AM 19 | MR. LANGAN:  And Mr. Brock. |
| 10:49AM 20 | THE COURT:  That's right.  Mr. Brock. |
| 10:49AM 21 | MR. LANGAN:  But you're right about Andrea as well. |
| 10:49AM 22 | So again, I hear you, even though BP brought people |
| 10:49AM 23 | from Scotland and other places to London, I understand there are |
| 10:49AM 24 | logistical challenges here, but they can be managed. |
| 10:50AM 25 | THE COURT:  I think 12 is too many, Andy.  Why don't you |

10:50AM 1    pick four US and two overseas.  You'll get six of 12.

10:50AM 2            MR. LANGAN:  Okay.

10:50AM 3            MR. MILLER:  Your Honor --

10:50AM 4            MR. LANGAN:  Would the overseas one be remotely taken,

10:50AM 5    or what do you have in mind there, Your Honor?

10:50AM 6            THE COURT:  Yes, remote.  I just don't see at this

10:50AM 7    point, Andy, traveling.

10:50AM 8            MR. LANGAN:  Your Honor, we understand.  We stand by our

10:50AM 9    request and we accept your ruling.

10:50AM 10           THE COURT:  Thank you.

10:50AM 11           MR. MILLER:  We stand by our objection, Your Honor, but

10:50AM 12   another way that we looked at this to create some equality in the

10:50AM 13   whole process, and to pick up on something Mr. Godwin said

10:50AM 14   earlier, the predicate for BP's request was the situation with

10:50AM 15   Mr. Bly.  The situation with Mr. Bly was how the depositions got

10:50AM 16   started way back when.

10:50AM 17           Bly and his team were deposed early on because

10:50AM 18   there was not adequate time to get documents out.  So I think

10:51AM 19   everybody in this courtroom would tell you there was a lot of

10:51AM 20   wasted time with 17 Bly team depositions being taken without the

10:51AM 21   benefit of documents.

10:51AM 22           When documents were produced, there were attempts

10:51AM 23   to come back in and depose some of those folks again.  With

10:51AM 24   exception of the limited deposition of Mr. Brock, all of that was

10:51AM 25   denied.

10:51AM 1          In terms of the Transocean internal team, we came

10:51AM 2  forward with Mr. Ambrose.  BP had a ton of time with Mr. Ambrose.

10:51AM 3  He was, in effect, Mr. Bly.

10:51AM 4          And with respect to our equivalent to Mr. Brock,

10:51AM 5  we've come forward with Mr. Farr and Mr. Boughton, who is the BOP

10:51AM 6  guy.

10:51AM 7         THE COURT:  And Mr. Turlock.

10:51AM 8         MR. MILLER:  Was referred to him.

10:51AM 9          When you compare the total number of minutes

10:51AM 10  Transocean had available to it and then used with the Bly team

10:52AM 11  versus what BP has already done and has scheduled to do with our

10:52AM 12  team, I think BP is already ahead of the game, that is, already

10:52AM 13  is ahead of Transocean with respect to total number of minutes

10:52AM 14  before you even get into this next tranche of 12 or four or six

10:52AM 15  or whatever the number is.

10:52AM 16         So we would propose looking at it from a minutes

10:52AM 17  perspective, because they are way over the minutes that we used

10:52AM 18  with the Bly team.  Mind you, that was used shooting blind, not

10:52AM 19  real effectively, and even so, once you got below a certain

10:52AM 20  level, I think what folks will tell you is it was a waste of

10:52AM 21  time.  It was done to get some early depositions posted, and

10:52AM 22  there was no good use of that time.

10:52AM 23         I've talked to the PSC about it.  They don't have

10:52AM 24  any interest in getting down into the details of the folks who

10:52AM 25  were on the bottom level taking notes, doing those investigations

10:52AM 1    and so on and so forth.

10:52AM 2            I think Mr. Godwin has an interest in the cement

10:52AM 3    aspect of the report.  There is a cement head.  I think we're

10:52AM 4    going to work with Mr. Godwin and make sure he can take the

10:53AM 5    deposition of the head cement reporter.

10:53AM 6            THE COURT:  Is he on this list of 12?

10:53AM 7            MR. MILLER:  Yes, I think he is.

10:53AM 8            THE COURT:  Let's make sure, Andy, that of the ones you

10:53AM 9    choose, Mr. Godwin's cementer is one of them.

10:53AM 10           MR. MILLER:  I think that's Mr. Perrin.

10:53AM 11           THE COURT:  Perrin.

10:53AM 12           MR. HAYCRAFT:  Roland Perrin.

10:53AM 13           MR. LANGAN:  Your Honor, that's fine.  We'll work with

10:53AM 14   Mr. Godwin on that.

10:53AM 15           Do you need to hear from me in response to

10:53AM 16   Mr. Miller's comments or are we going with the program you've

10:53AM 17   outlined?

10:53AM 18           THE COURT:  We're going with the program.

10:53AM 19           MR. LANGAN:  Your Honor, we appreciate that.  Thank you,

10:53AM 20   Your Honor.

10:53AM 21           THE COURT:  You're welcome.

10:53AM 22           MR. HAYCRAFT:  Don Haycraft thanks you, too.

10:53AM 23           MR. GODWIN:  Thank you, Kerry.

10:53AM 24           THE COURT:  Okay.  Next up.  We got some responses,

10:53AM 25   Steve, to the preliminary witness list that you all have been

10:53AM 1   working on, but the responses I've seen are BP, Halliburton,

10:54AM 2   Anadarko.  Have you received any others?

10:54AM 3          MR. HERMAN:  I don't think so.

10:54AM 4          THE COURT:  I don't either.  We're going to draw a

10:54AM 5   deadline, people, because I can't seem to get you all to respond

10:54AM 6   to poor Steve.  If Steve does not get input from you by Friday of

10:54AM 7   next week, he's going to go with the list as is, and it will be

10:54AM 8   etched in stone at that point because we've got to move forward

10:54AM 9   from here.  So please, people, if you have any input at all, let

10:54AM 10  Steve know this week so he can start working on it the week

10:54AM 11  after.

10:54AM 12         Thank you, Steve.  I appreciate you working on

10:54AM 13  this, and I'm sorry you're getting such pitiful responses.

10:54AM 14         MR HERMAN:  I appreciate Jeff -- excuse me --

10:55AM 15  Steve Herman for the plaintiffs.

10:55AM 16         Just to raise one small point real quick.  I'm not

10:55AM 17  completely sure, on the GOM contracts, do you want us to come

10:55AM 18  back to you and tell you why we think we should get more, or if

10:55AM 19  we're going to appeal, do you want us to take 10 days and appeal

10:55AM 20  that to the Judge Barbier?  You said the 10-day period would

10:55AM 21  start from today, but --

10:55AM 22         THE COURT:  Why don't you come back to me next week

10:55AM 23  after you you've looked at the *Thunder Horse* contract and tell me

10:55AM 24  why you think you need more than the two.  You've got to

10:55AM 25  understand the Service Agreement.  That probably isn't what

10:55AM 1   you're looking for, but the *Thunder Horse* seems to me to be a

10:55AM 2   contract that you really are looking for, and it probably gives

10:55AM 3   you what you want.

10:55AM 4           MR. HERMAN:  Thank you, Your Honor.

10:55AM 5           MR. WILLIAMSON:  Jimmy Williamson for the plaintiffs.

10:55AM 6           To chime in, Your Honor, Mr. Sannon, the deposition

10:55AM 7   witness that Mr. Haycraft was so graciously referring to a while

10:56AM 8   ago, he's a Transocean manager, and he actually talked about the

10:56AM 9   fact, for example, that Transocean and BP, just to use one

10:56AM 10  example, have bridging documents on well control policies on the

10:56AM 11  other wells.

10:56AM 12          THE COURT:  Stop there, because you know I don't know

10:56AM 13  what a bridging agreement is.

10:56AM 14          MR. WILLIAMSON:  Sure.  If I may take a second.

10:56AM 15          THE COURT:  Walk me through it.

10:56AM 16          MR. WILLIAMSON:  It's directly relevant to what we're

10:56AM 17  talking about.  Transocean has a well control handbook and well

10:56AM 18  control policies.  They are written down.  There's all sorts of

10:56AM 19  circumstances to be covered -- fracking, choking, killing, BOP

10:56AM 20  usage, etcetera.

10:56AM 21          BP also has documents, Exhibit 93, Exhibit 215,

10:56AM 22  handbooks, manuals, guidelines, group practices, engineering

10:56AM 23  technical bulletins concerning their practices, right.

10:56AM 24          BP has a written policy in their guidelines and in

10:56AM 25  their mandatory requirements for BP employees that they will

10:57AM 1   enter into a bridging agreement in order to make sure that their

10:57AM 2   contractors will follow BP well control policy.

10:57AM 3           THE COURT:  But, Jimmy, I didn't understand you all were

10:57AM 4   asking for bridging agreements.

10:57AM 5           MR. WILLIAMSON:  Well, what we, I think, asked for was

10:57AM 6   the material -- that's true, Your Honor, we were trying to ask

10:57AM 7   for the arrangements that governed the relationship between BP

10:57AM 8   and its other contractors in the Gulf of Mexico.

10:57AM 9           I used the bridging document example -- by the way,

10:57AM 10  in this particular case on the Macondo/*Deepwater Horizon*, there

10:57AM 11  is no bridging agreement.  BP never got it, even though their own

10:57AM 12  protocols call for it.  Okay, there is not one.

10:57AM 13          There is a bridging agreement between Transocean

10:57AM 14  and BP on the *Horizon*, for example, for HSE issues.  But on well

10:57AM 15  control issues, which, of course, is the crux of the case, there

10:57AM 16  is no bridging agreement.  BP just didn't follow its own

10:58AM 17  policies.

10:58AM 18          MR. HAYCRAFT:  I want to be heard.

10:58AM 19          THE COURT:  I figured as much, Don.

10:58AM 20          MR. BREIT:  Silence means you agree.

10:58AM 21          MR. WILLIAMSON:  Having said that -- this is part of

10:58AM 22  that information I obtained when I was wasting my time deposing a

10:58AM 23  Transocean witness.

10:58AM 24          Having said that, Mr. Sannon, who was in charge of

10:58AM 25  the Gulf of Mexico for Transocean, said, yes, we have ongoing

10:58AM 1    right now other wells and other rigs where those bridging

10:58AM 2    documents do exist and are being done.  The example he cited was

10:58AM 3    a rig called the *DD3*.  I forget what DD stands for.  It's a

10:58AM 4    Transocean BP agreement.

10:58AM 5            The reason I stand to address this issue is because

10:58AM 6    that's the reason I brought it up earlier about our 10-day issue.

10:58AM 7    The issue of what BP does with it contractors in the

10:58AM 8    Gulf of Mexico, as I understand through Judge Barbier and you,

10:58AM 9    the Gulf of Mexico seems to be the region of most interest to the

10:59AM 10   Court and that the Court thought that was a logical division, so

10:59AM 11   we are talking about BP's relationships in the Gulf of Mexico

10:59AM 12   with Pride, with Noble, with Transocean, with whoever, and I'm

10:59AM 13   trying to show the Court how important it is to show how BP

10:59AM 14   conducts its well control control, if you'll excuse the

10:59AM 15   alliteration.

10:59AM 16           I rise to make that point to the Court in order to

10:59AM 17   support Steve in his comment about this issue involving these

10:59AM 18   other contracts.  That's the reason we don't want to let it die

10:59AM 19   because we consider the issue to be pretty central.

10:59AM 20       MR. NOMELLINI:  Your Honor, it's Mark Nomellini.  I

10:59AM 21   would like to just briefly address this.

10:59AM 22           I think we need to take baby steps here.  I got a

10:59AM 23   request from Mr. Irpino for 10 contracts, about 10 contracts.  We

10:59AM 24   produced eight of them.  Then we had a dispute remaining about

11:00AM 25   Noble and Pride contracts, and Your Honor has been addressing

11:00AM  1   that.

11:00AM  2          Now I'm hearing about bridging documents and

11:00AM  3   companies other than Pride and Noble, so I think we're getting

11:00AM  4   kind of afield from what I've ever heard about in terms of a

11:00AM  5   request from the PSC.  I really do think we need to go step by

11:00AM  6   step here, and Mr. Irpino and I have a great working

11:00AM  7   relationship, and we have to start from a request that gets made

11:00AM  8   before we start talking about all of these other topics.

11:00AM  9          THE COURT:  Okay.  I think Don Haycraft wants to chime

11:00AM 10   in.  He's been foaming at the mouth for a few minutes now.

11:00AM 11          MR. HAYCRAFT:  Yes, Your Honor.  Thank you.

11:00AM 12   Don Haycraft, BP.

11:00AM 13          I think Mark made my point more calmly than I

11:00AM 14   probably could, and that is that bridging documents is a horse of

11:00AM 15   a different color than drilling contracts with drilling

11:01AM 16   contractors in the Gulf of Mexico.

11:01AM 17          Just to set the record straight with

11:01AM 18   Mr. Williamson's question, in the BP drilling contract with

11:01AM 19   Transocean, Article 15 specifically places well control in

11:01AM 20   Transocean's hands.

11:01AM 21          So on the substantive point, I just wanted to

11:01AM 22   suggest that I think that his point about what contracts the PSC

11:01AM 23   needs to look at is a red herring to be discussing bridge

11:01AM 24   entitlements.

11:01AM 25          THE COURT:  Steve.

11:01AM 1          MR. HERMAN:  Just two quick points.  One is that the

11:01AM 2   bottom line relevance, as Your Honor recognized last week, is the

11:01AM 3   business practices and to the extent to which those business

11:01AM 4   practices with respect to what BP generally does in the Gulf are

11:01AM 5   either consistent or inconsistent with what happened at Macondo.

11:01AM 6          One point on that note is that one of the points

11:01AM 7   that BP made last week was this really wasn't a BP Transocean

11:01AM 8   agreement.  These are two other companies.  So one of the

11:02AM 9   arguments they might make is that this agreement is somehow

11:02AM 10  different, which makes it even more relevant that we find out

11:02AM 11  what BP's ordinary business practices are because that might

11:02AM 12  explain some of the miscommunication, etcetera.

11:02AM 13         The other point I would make is the request begins

11:02AM 14  with we would like all of the -- all of the contracts related to

11:02AM 15  the Gulf of Mexico.  My understanding, maybe Mr. Irpino can

11:02AM 16  address this better, is the reason why it got down to Pride and

11:02AM 17  Noble is because through meet and confers, it was represented to

11:02AM 18  us that the only contracts that exist other than Transocean was

11:02AM 19  Pride and Noble, so we accept that representation and come to the

11:02AM 20  Court and say, that's what we're really fighting over.

11:02AM 21         There is a whole bunch of other contracts, and we

11:02AM 22  would obviously like those, too.  We understand the Court's

11:02AM 23  ruling, and we will try to get you a better articulation based on

11:02AM 24  the *Thunder Horse* contract.

11:02AM 25         MR. NOMELLINI:  Your Honor, there was definitely no

11:02AM 1   representation made that the only other contracts were with Pride

11:03AM 2   and Noble.  The Pride and Noble names came from a letter from the

11:03AM 3   PSC as something that they were focused on.

11:03AM 4           THE COURT:  Got you.

11:03AM 5           Mark, do you want to pop that back down to me so I

11:03AM 6   can look at it again?  I'm sure I saw it once, but it's not

11:03AM 7   archived.

11:03AM 8           MR. NOMELLINI:  I'm sorry, Your Honor, could you repeat

11:03AM 9   that?

11:03AM 10          THE COURT:  Would you pop that down to me?  I just don't

11:03AM 11  have ready access to it.

11:03AM 12          MR. NOMELLINI:  Sure.  The request from the PSC?

11:03AM 13          THE COURT:  Yes.

11:03AM 14          MR. NOMELLINI:  Yes, I will do that, Your Honor.

11:03AM 15          THE COURT:  That's great.  Thank you.

11:03AM 16          MR. NOMELLINI:  You're welcome.

11:03AM 17          THE COURT:  Okay.  Let's talk about in-house Phase I

11:03AM 18  experts.

11:03AM 19          MR. ROBERTS:  Judge, I'm down here in the corner.

11:03AM 20  Steve Roberts for Transocean.

11:03AM 21          In connection with the contracts, I just want to

11:03AM 22  make the Court aware that as a declaratory judgment matter, we

11:03AM 23  will be requesting additional BP contracts outside of the Macondo

11:03AM 24  incident mainly because BP has taken the position that they don't

11:03AM 25  owe us indemnity and that indemnity is not owed on a gross

11:04AM 1   negligence level, and we have requested and will continue to

11:04AM 2   request in a declaratory judgment matter the other BP contracts

11:04AM 3   in connection with the indemnity issue.  So this seems to be

11:04AM 4   somewhat related to what you're discussing here, and I don't know

11:04AM 5   if we handle it separately or we deal with it --

11:04AM 6               THE COURT:  If you want to chime in at this point and

11:04AM 7   bring it to my attention, I'll be glad to look at it at the same

11:04AM 8   time.

11:04AM 9               MR. LANGAN:  Your Honor, it's Andy Langan.

11:04AM 10              I just say that whatever that is, it's not a

11:04AM 11  Phase I limitation action liability trial issue regardless.  So

11:04AM 12  we'll deal with that in due course, I guess.

11:04AM 13              MR. ROBERTS:  What I intend to do, Andy, is bring it to

11:04AM 14  the attention of the Court with both the DJ counsel and the MDL

11:04AM 15  counsel because I don't want any ruling on the MDL issue to

11:04AM 16  necessarily be case law for the DJ action.  They are both before

11:04AM 17  you, Judge.

11:05AM 18              THE COURT:  So let's talk about in-house experts.  I

11:05AM 19  think that the parties have reached agreement, and anybody who

11:05AM 20  disagrees, let me know.  The communications I have seen flying

11:05AM 21  back and forth indicate that the parties have agreed that

11:05AM 22  in-house experts will prepare the disclosures required pursuant

11:05AM 23  to Rule 26(a)(2)(B) and (C), and those will be provided at the

11:05AM 24  time all other expert reports are to be disclosed.

11:05AM 25              Does anybody disagree with that?  Does that make

11:05AM 1   sense?

11:05AM 2              Kerry, you look perplexed.

11:05AM 3         MR. MILLER:  Can you say it again?

11:05AM 4         THE COURT:  Okay.  Rule 26 addresses disclosure by

11:05AM 5   in-house experts who are not especially retained to testify in a

11:05AM 6   particular matter.  I believe the parties have agreed that each

11:06AM 7   of the in-house experts will prepare the disclosures required by

11:06AM 8   Rule 26(a)(2)(B) and (C), and those disclosures will be provided

11:06AM 9   to all parties at the same time that a party is obligated to

11:06AM 10  provide their expert report.

11:06AM 11             So Transocean goes first in disclosure.  Your

11:06AM 12  in-house people will prepare the Rule 26 disclosures, and those

11:06AM 13  will be produced at the time you produce all your other expert

11:06AM 14  reports.

11:06AM 15             Did that make sense?

11:06AM 16        MR. LANGAN:  Your Honor, it's Andy Langan for BP.

11:06AM 17             I think that is precisely what we discussed and

11:06AM 18  eventually reached an accord on, and I think you stated it

11:06AM 19  accurately.

11:06AM 20        THE COURT:  Steve?

11:06AM 21        MR. HERMAN:  This is Steve Herman.

11:06AM 22             I think that's right.  I apologize, I'm not

11:07AM 23  familiar with these numbers, but the bottom line agreement in my

11:07AM 24  mind is that they are going to give us disclosures that are --

11:07AM 25  that basically tell us what the opinions are and the facts that

11:07AM 1    are relied on, but it won't be what's normally contained in a

11:07AM 2    full blown what we consider to be Rule 26 report from an expert

11:07AM 3    that's retained outside of the company.

11:07AM 4         THE COURT:  Correct.  So the report is an abbreviated

11:07AM 5    disclosure which provides the subject matter on which the witness

11:07AM 6    is expected to present evidence, and a summary of the facts and

11:07AM 7    opinions to which the witness is expected to testify.

11:07AM 8         MR. HERMAN:  Yes, Your Honor.

11:07AM 9         THE COURT:  Okay.  What I would like, guys, is if you

11:07AM 10   all would supplement your in camera disclosures to me to tell me

11:07AM 11   who -- not necessarily who, but the in-house people you expect to

11:08AM 12   call, and the areas of expertise as per the areas we have

11:08AM 13   previously discussed, and indicate to me whether or not that

11:08AM 14   witness has been previously deposed because some people have

11:08AM 15   raised that issue with me.  We can put them into the super secret

11:08AM 16   listing of experts that the parties are going to be calling, and,

11:08AM 17   unfortunately, that's going to increase the number by whatever.

11:08AM 18   It's going to be a hill we need to climb.

11:08AM 19         So could you all maybe by the end of next week get

11:08AM 20   us that list?

11:08AM 21         MR. LANGAN:  Your Honor, it's Andy Langan for BP.

11:08AM 22         Yes, we understand.  You've mentioned this before,

11:08AM 23   I believe, and we plan to do exactly that.

11:09AM 24         THE COURT:  Great.  Because that will really help Mike

11:09AM 25   and me try to pull this together.

11:09AM  1          We have no status conference next week.

11:09AM  2          (Applause.)

11:09AM  3          THE COURT:  Does anybody have anything else they want to

11:09AM  4  talk about?  I would like to see liaison counsel in my office

11:09AM  5  after this, but anything else before we break up?

11:09AM  6          Phil?

11:09AM  7          MR. MILLER:  Your Honor, just a point of clarification

11:09AM  8  on the internal report depositions.  I just want to make sure I

11:09AM  9  understand what Your Honor expects.

11:09AM 10          For the domestic four that BP and Halliburton get

11:09AM 11  to pick, those would be one-day depositions, and the parties will

11:09AM 12  either agree to an allocation or Your Honor will enter an

11:09AM 13  allocation order with respect to that, correct?

11:10AM 14          THE COURT:  Correct.

11:10AM 15          BP gets 3.5 and if you want to try to agree with

11:10AM 16  the remaining allocation, great, or if you all would prefer for

11:10AM 17  me just to bite the bullet, I'll do it.

11:10AM 18          MR. MILLER:  So out of the four domestic one days, BP

11:10AM 19  gets three and a half, subject to them working with Halliburton,

11:10AM 20  I guess, on the one or two that Don is interested in, right?

11:10AM 21          THE COURT:  Correct.

11:10AM 22          MR. MILLER:  With respect to the two international ones,

11:10AM 23  are they subject to the Mike Brock rule, is that a 150-minute

11:10AM 24  deposition total?

11:10AM 25          THE COURT:  I don't think so, since BP wants extended

11:10AM 1    time with them.

11:10AM 2         MR. LANGAN:  Your Honor, I think that's apples and

11:10AM 3    oranges.

11:10AM 4         MR. MILLER:  I don't think so.  I thought that, you

11:10AM 5    know, folks wanted additional time with Mike Brock initially,

11:10AM 6    too, and he was limited to 150 minutes phone deposition.

11:10AM 7         MR. LANGAN:  Your Honor, it's Andy Langan for BP.

11:10AM 8              The reason it's apples and oranges is the whole

11:11AM 9    Brock thing arose because of a set of notes that the PSC was very

11:11AM 10   interested in about an interview with another guy or something.

11:11AM 11   That's how it all arose.

11:11AM 12             We're interested in a full-blown deposition with

11:11AM 13   Transocean's report team.  They are not at all the same.  These

11:11AM 14   telephone or overseas depositions should be a real deposition

11:11AM 15   just done in a different form.

11:11AM 16        THE COURT:  I think that's right.

11:11AM 17        MR. MILLER:  So those will be one-day, three-and-a-half

11:11AM 18   hour --

11:11AM 19        THE COURT:  One-day, three-and-a-half hour to BP

11:11AM 20   depositions.

11:11AM 21        MS. CLINGMAN:  Judge, as a matter of housekeeping.

11:11AM 22   Rachel Clingman for Transocean.

11:11AM 23             Everyone should be receiving a drive today with

11:11AM 24   about 600,000 documents from Transocean.  Those were apparently

11:11AM 25   shipped the day before yesterday.  I wanted to make sure we're

11:11AM 1  not getting behind in the page count.  Whoever said they were

11:11AM 2  catching up with us, we're ahead again.  Another 50,000

11:11AM 3  documents, pages are being shipped today, and apparently there is

11:11AM 4  some remaining QC, but we've made our production, and there will

11:12AM 5  be some custodial production as we get these witnesses

11:12AM 6  identified, but we're done with our production.

11:12AM 7          THE COURT:  I might add, every time I feel sorry for

11:12AM 8  myself, I remind myself that I don't have to receive that kind of

11:12AM 9  production and I'm grateful.

11:12AM 10         MS. CLINGMAN:  We're happy to add you in any time,

11:12AM 11  Your Honor.

11:12AM 12         THE COURT:  Please do not.

11:12AM 13         MR. WITTMANN:  Your Honor, Phil Wittmann.  Phil Wittmann

11:12AM 14  for Cameron.

11:12AM 15         We had ongoing discussions with Transocean about

11:12AM 16  identifying an indispensable party that they claimed we didn't

11:12AM 17  join.

11:12AM 18         THE COURT:  Yes, who is this?

11:12AM 19         MR. WITTMANN:  Who is the indispensable party?

11:12AM 20         THE COURT:  Yes, for goodness' sake.

11:12AM 21         MR. WITTMANN:  Could we get an answer to that question?

11:12AM 22         MR. ROBERTS:  We're going to join Jimmy Buffet.

11:12AM 23         THE COURT:  Wasting away in Magueritaville.

11:12AM 24         MR. ROBERTS:  I don't know and I don't care.

11:12AM 25         MR. WITTMANN:  We just need to know.  We can file a

11:13AM  1    motion, we can do whatever we need to do, but it seems to me the

11:13AM  2    simple solution would be for Transocean to tell us.

11:13AM  3         THE COURT:  I don't know what we're talking about.

11:13AM  4    Somebody tell me what we're talking about.  I heard it last time.

11:13AM  5         MR. WITTMANN:  In response to Cameron's cross claim,

11:13AM  6    Transocean claimed we failed to join an indispensable party as an

11:13AM  7    affirmative defense.  It seems to me we're entitled to know who

11:13AM  8    that is.

11:13AM  9         THE COURT:  I don't disagree.

11:13AM 10         MR. ROBERTS:  There are procedures to do that, aren't

11:13AM 11    there?

11:13AM 12         THE COURT:  There are.

11:13AM 13         MR. WITTMANN:  That's fine.  If we just get a

11:13AM 14    straight-up statement from Transocean, we want you to file a

11:13AM 15    motion, we'll file a motion.  We're good at that.

11:13AM 16         MR. ROBERTS:  The straight-up is do whatever you think

11:13AM 17    you need to do, Phil.  I told David I would talk to him next week

11:13AM 18    on this issue, but if you need to file a motion, file a motion.

11:13AM 19         MR. WITTMANN:  Well, if you're going to talk, I don't

11:13AM 20    want to undercut your attempt to resolve this.

11:13AM 21         THE COURT:  Let's let Steve and David talk next week.

11:13AM 22    If there is no resolution by the end of the week, Phil, why don't

11:13AM 23    you raise the issue with me.

11:13AM 24         MR. WITTMANN:  I will do that, Judge.

11:13AM 25         THE COURT:  Anything else?

11:13AM 1          Why don't we take a nice 10-minute break and would

11:14AM 2    liaison counsel come pay me a visit.

11:14AM 3          Thanks, phone visitors.

11:14AM 4          MS. HIMMELHOCH:  Thank you, ma'am.

5          (WHEREUPON, at 11:14 a.m., the proceedings were

6    concluded.)

7                              *   *   *

8

9                    REPORTER'S CERTIFICATE

10

11      I, Cathy Pepper, Certified Realtime Reporter, Registered

12    Merit Reporter, Certified Court Reporter of the State of

13    Louisiana, Official Court Reporter for the United States District

14    Court, Eastern District of Louisiana, do hereby certify that the

15    foregoing is a true and correct transcript, to the best of my

16    ability and understanding, from the record of the proceedings in

17    the above-entitled and numbered matter.

18

19

20                         *s/Cathy Pepper*

21                         Cathy Pepper, CRR, RMR, CCR
                          Certified Realtime Reporter
22                         Official Court Reporter
                          United States District Court
23                         Cathy_Pepper@laed.uscourts.gov

24

25

**1**

**1** [1] - 11:15
**1.5** [1] - 18:24
**10** [11] - 7:5, 29:23, 59:22, 60:1, 60:2, 60:19, 60:20, 61:23, 67:19, 70:23
**10-day** [3] - 28:10, 67:20, 70:6
**10-MD-2179** [1] - 1:6
**10-minute** [1] - 81:1
**1000** [3] - 1:24, 5:8, 6:4
**1001** [1] - 3:10
**1010** [1] - 6:4
**10153** [1] - 5:16
**11** [3] - 7:6, 9:10, 62:6
**1100** [2] - 3:7, 5:5
**11:14** [1] - 81:5
**11:22** [1] - 32:21
**11:33** [1] - 32:10
**12** [6] - 7:7, 7:8, 63:25, 64:1, 65:14, 66:6
**1201** [1] - 4:15
**12th** [2] - 40:24, 41:20
**1331** [1] - 4:18
**14** [1] - 7:9
**14th** [1] - 43:21
**15** [6] - 7:10, 7:11, 7:12, 51:17, 60:2, 71:19
**150** [1] - 78:6
**150-minute** [1] - 77:23
**15th** [2] - 15:7, 48:14
**16** [2] - 21:2, 21:25
**1665** [1] - 4:18
**17** [3] - 7:14, 57:25, 64:20
**1700** [1] - 4:15
**17th** [1] - 26:1
**18** [2] - 7:16, 58:1
**18th** [1] - 51:13
**19th** [1] - 57:19

**2**

**2** [2] - 12:2, 45:7
**20** [5] - 1:5, 58:7, 58:8, 58:9, 58:20
**2000** [1] - 5:24
**20006** [1] - 4:23
**2007** [1] - 5:3
**201** [1] - 5:20
**2010** [2] - 1:5, 48:10
**2011** [2] - 1:7, 10:2
**2011........** [1] - 9:22
**2020** [1] - 4:23

**20th** [5] - 33:9, 34:21, 37:6, 48:8, 52:21
**210** [1] - 46:4
**215** [1] - 68:21
**22** [1] - 7:17
**22nd** [1] - 19:25
**23510** [1] - 1:25
**23rd** [2] - 38:15, 38:19
**24** [3] - 7:18, 7:19, 58:1
**25** [7] - 7:20, 19:15, 58:1, 58:12, 58:13, 58:21, 58:22
**26** [3] - 75:4, 75:12, 76:2
**26(A)(2)(B** [1] - 9:18
**26(a)(2)(B** [2] - 74:23, 75:8
**26th** [1] - 29:6
**27** [1] - 7:22
**27th** [2] - 41:8, 41:9
**28th** [1] - 38:23
**29** [1] - 1:7, 10:2
**2990** [1] - 2:11
**29th** [2] - 38:23, 41:1

**3**

**3** [3] - 12:2, 52:7, 52:9
**3.5** [3] - 46:1, 63:6, 77:15
**30** [4] - 7:24, 39:11, 58:11
**30(b)(6** [5] - 21:12, 22:3, 22:5, 44:12, 44:23
**30(B)(6** [1] - 8:18
**30(b)(6)** [1] - 45:18
**300** [1] - 4:5
**30th** [2] - 15:22, 37:1
**31** [2] - 7:25, 36:2
**3100** [1] - 5:5
**316** [1] - 2:4
**31st** [1] - 20:18
**32** [1] - 8:1
**3241406** [2] - 28:25, 29:2
**3241693** [2] - 31:2, 31:5
**32502** [1] - 2:5
**33** [2] - 8:2, 8:3
**35** [4] - 8:4, 8:5, 8:6, 8:7
**36130** [1] - 2:19
**365** [2] - 2:11, 5:24
**3668** [1] - 1:18
**36TH** [1] - 3:6
**3700** [1] - 3:10
**38** [2] - 8:8, 8:9

**4**

**4** [4] - 12:16, 52:8, 52:9
**40** [1] - 8:10
**4000** [1] - 5:8
**41** [4] - 8:11, 8:12, 8:13, 8:14
**42** [1] - 8:15
**43** [1] - 8:16
**4310** [1] - 2:7
**44** [2] - 8:17, 8:18
**45** [2] - 8:20, 62:1
**450** [2] - 2:15, 46:3
**46** [2] - 8:21, 8:22
**49** [1] - 8:23
**4900** [1] - 3:13
**4th** [2] - 41:12, 41:13

**5**

**5** [3] - 9:22, 12:16, 14:8
**50** [3] - 8:24, 58:10, 58:23
**50,000** [1] - 79:2
**500** [2] - 2:19, 6:11
**5000** [1] - 3:23
**504** [1] - 6:12
**51** [3] - 9:1, 9:2, 9:3
**5395** [1] - 2:16
**546** [1] - 4:10
**556** [1] - 1:18
**57** [3] - 9:4, 9:5, 9:6
**58** [1] - 9:8
**589-7779** [1] - 6:12

**6**

**6** [2] - 15:1, 44:7
**600** [1] - 2:4
**600,000** [1] - 78:24
**60654** [1] - 4:6
**62** [2] - 9:9, 9:11
**66** [2] - 9:13, 9:14
**6th** [2] - 41:16, 41:17

**7**

**7** [5] - 8:18, 14:25, 15:10, 44:23, 45:18
**701** [2] - 2:22, 3:23
**70113** [1] - 1:22
**70130** [5] - 2:11, 2:23, 4:10, 5:24, 6:11
**70139** [1] - 3:24
**70163** [2] - 3:7, 5:5

**70170** [1] - 5:20
**70502** [1] - 1:19
**73** [1] - 9:15
**74** [1] - 9:16
**75** [3] - 60:14, 60:20, 60:21
**750** [1] - 3:13
**75270** [1] - 4:15
**76** [1] - 9:21
**767** [1] - 5:16
**77** [1] - 9:22
**77002** [3] - 3:11, 5:8, 6:5
**77006** [1] - 2:8
**77010** [1] - 4:18
**77056** [1] - 3:14
**79** [1] - 9:23
**7TH** [1] - 2:16

**8**

**8** [1] - 12:5
**81** [1] - 9:24
**820** [1] - 1:21
**8:30** [1] - 43:22
**8th** [1] - 15:6

**9**

**9** [2] - 15:9, 15:19
**93** [1] - 68:21
**94102** [1] - 2:16
**999** [1] - 1:25
**9:22** [1] - 11:1
**9:30** [1] - 1:7

**A**

**a.m** [1] - 81:5
**A.M** [1] - 1:7
**abbreviated** [1] - 76:4
**Aberdeen** [1] - 62:23
**ability** [2] - 50:15, 81:16
**able** [3] - 17:24, 24:11, 52:12
**above-entitled** [1] - 81:17
**absence** [1] - 39:6
**absent** [1] - 10:15
**absolutely** [4] - 12:13, 18:21, 26:4, 52:21
**absurd** [1] - 58:24
**accept** [5] - 59:2, 59:3, 59:5, 64:9, 72:19
**access** [2] - 19:25, 73:11

**accommodation** [1] - 38:5
**accord** [1] - 75:18
**accurately** [2] - 17:5, 75:19
**achieved** [1] - 14:20
**action** [2] - 74:11, 74:16
**ACTION** [1] - 1:6
**actions** [2] - 31:11, 31:16
**ACTIONS** [1] - 1:9
**ACTIONS.................
...............** [1] - 7:25
**actual** [1] - 47:4
**add** [2] - 79:7, 79:10
**additional** [7] - 21:12, 25:8, 32:12, 50:20, 57:18, 57:24, 60:11, 73:23, 78:5
**ADDITIONAL** [3] - 7:20, 9:4, 9:6
**address** [6] - 17:24, 40:20, 44:12, 70:5, 70:21, 72:16
**addresses** [1] - 75:4
**addressing** [2] - 44:10, 70:25
**adequate** [1] - 64:18
**admit** [1] - 32:12
**Adrian** [1] - 61:8
**adverse** [1] - 58:19
**advise** [1] - 49:1
**affiliation** [1] - 46:23
**afield** [1] - 71:4
**afternoon** [2] - 29:23, 44:9
**agencies** [2] - 19:6, 22:13
**AGENDA** [1] - 7:3
**agenda** [3] - 22:16, 22:17, 31:9
**aggressive** [1] - 58:19
**ago** [4] - 48:15, 51:17, 51:24, 68:8
**agree** [16] - 13:17, 17:12, 27:17, 28:12, 28:15, 29:9, 29:18, 29:21, 34:6, 34:24, 39:4, 56:17, 69:20, 77:12, 77:15
**agreed** [6] - 15:25, 22:20, 33:14, 33:15, 74:21, 75:6
**AGREED** [1] - 9:16
**agreeing** [1] - 17:1
**agreement** [21] - 15:24, 24:9, 24:10, 24:11, 30:6, 30:12, 31:15, 31:18, 31:21,

43:19, 68:13, 69:1, 69:11, 69:13, 69:16, 70:4, 72:8, 72:9, 74:19, 75:23
**Agreement** [1] - 67:25
**agreements** [1] - 69:4
**agrees** [1] - 25:14
**ahead** [14] - 11:21, 12:1, 12:15, 14:6, 23:2, 24:3, 38:7, 40:6, 44:5, 57:22, 61:25, 65:12, 65:13, 79:2
**akin** [1] - 52:19
**AL** [1] - 2:19
**ALABAMA** [1] - 2:18
**ALAN** [1] - 4:17
**Alan** [3] - 46:22, 49:8, 55:5
**aligned** [1] - 55:25
**ALL** [2] - 1:9, 9:19
**ALLAN** [2] - 2:22, 4:5
**alliteration** [1] - 70:15
**allocation** [5] - 55:19, 57:12, 77:12, 77:13, 77:16
**allocations** [3] - 46:2, 46:3, 63:7
**allotment** [1] - 46:1
**allow** [2] - 21:23, 52:16
**allowing** [2] - 47:11, 48:18
**allows** [1] - 43:25, 46:25
**ALSO** [1] - 6:7
**Ambrose** [2] - 65:2
**amended** [2] - 23:18, 24:3
**America** [1] - 57:4
**AMERICA** [6] - 3:16, 3:16, 3:17, 3:18, 3:20, 3:21
**American** [1] - 61:12
**amount** [4] - 34:4, 47:12, 54:18, 54:21
**Anadarko** [11] - 20:16, 25:9, 25:11, 25:15, 30:19, 31:15, 40:11, 57:11, 59:14, 61:22, 67:2
**ANADARKO** [2] - 4:20, 4:21
**ANADARKO..............
................................
** [1] - 7:21
**analogous** [1] - 54:1
**analogy** [1] - 53:3
**AND** [8] - 3:4, 5:14, 7:10, 7:12, 7:18,

7:19, 9:18
**Andrea** [1] - 63:21
**ANDREW** [1] - 4:3
**Andy** [45] - 16:10, 16:25, 17:8, 19:2, 20:22, 21:19, 23:23, 24:2, 24:16, 28:20, 30:5, 30:21, 32:9, 32:15, 32:20, 33:13, 33:25, 34:6, 35:20, 36:11, 37:11, 37:21, 38:14, 42:15, 43:19, 43:23, 44:11, 44:17, 46:5, 47:15, 48:3, 50:8, 51:9, 51:23, 52:18, 56:21, 63:4, 63:25, 64:7, 66:8, 74:9, 74:13, 75:16, 76:21, 78:7
**Andy's** [2] - 19:3, 54:24
**Angola** [1] - 62:23
**announce** [1] - 46:1
**announced** [1] - 63:7
**answer** [2] - 27:19, 79:21
**answering** [1] - 50:4
**answers** [1] - 56:16
**Anthony** [1] - 25:4
**ANTHONY** [1] - 2:10
**anyway** [2] - 44:20, 60:6
**apart** [1] - 16:16
**apologies** [2] - 14:3, 15:13
**apologize** [2] - 58:6, 75:22
**appeal** [2] - 67:19
**appear** [2] - 47:2, 53:14
**APPEARANCES** [6] - 1:15, 2:1, 3:1, 4:1, 5:1, 6:1
**appellate** [1] - 28:13
**applause** [2] - 10:20, 77:2
**apples** [2] - 78:2, 78:8
**apply** [1] - 31:16
**appreciate** [10] - 20:23, 22:15, 23:24, 32:19, 47:11, 62:2, 66:19, 67:12, 67:14
**appreciated** [1] - 46:6
**approach** [1] - 15:3
**appropriate** [3] - 13:22, 23:16, 50:10
**APPROPRIATE** [1] - 8:24
**approval** [1] - 14:12
**approve** [1] - 14:23

**approved** [2] - 15:3, 15:4
**approves** [1] - 13:23
**approximation** [1] - 17:25
**appurtenances** [2] - 16:8, 17:13
**April** [3] - 48:8, 48:10, 52:21
**APRIL** [1] - 1:5
**apt** [1] - 53:3
**archive** [1] - 20:1
**archived** [1] - 73:7
**archives** [1] - 19:24
**ARE** [1] - 9:19
**areas** [2] - 76:12
**AREAUX** [1] - 5:4
**argue** [1] - 47:1
**argument** [2] - 39:12, 60:12
**arguments** [1] - 72:9
**arise** [1] - 21:24
**arises** [1] - 21:20
**arose** [3] - 44:22, 78:9, 78:11
**arrangements** [1] - 69:7
**arrive** [1] - 12:4
**Article** [1] - 71:19
**articulate** [1] - 28:7
**articulation** [1] - 72:23
**ASBILL** [1] - 3:9
**aspect** [1] - 66:3
**assembly** [1] - 31:22
**assigned** [1] - 49:21
**assume** [2] - 25:9, 30:9
**assure** [1] - 50:12
**AT** [1] - 9:19
**attempt** [1] - 80:20
**attempts** [1] - 64:22
**attention** [8] - 20:25, 36:24, 37:5, 37:9, 39:5, 62:16, 74:7, 74:14
**attorney** [1] - 39:10
**ATTORNEY** [1] - 2:18
**AUGUST** [1] - 9:22
**August** [10] - 12:5, 14:11, 15:6, 15:7, 19:25, 20:18, 34:22, 57:25, 58:1
**available** [6] - 20:1, 39:1, 43:20, 46:24, 54:3, 65:10
**AVENUE** [5] - 1:21, 2:15, 2:19, 5:16, 5:20
**aware** [2] - 32:11,

36:11, 73:22

**B**

**BABIUCH** [1] - 4:4
**baby** [1] - 70:22
**Bahamas** [2] - 56:6, 56:8
**BALDWIN** [1] - 5:19
**ball** [2] - 17:19, 52:4
**Barbier** [5] - 22:21, 23:3, 28:13, 67:20, 70:8
**Barbier's** [2] - 30:16, 31:7
**Barr** [4] - 35:15, 35:22, 49:19, 55:12
**BARR** [12] - 2:4, 35:14, 35:19, 35:22, 35:24, 36:14, 37:4, 37:6, 49:19, 55:12, 55:21, 55:23
**based** [4] - 39:13, 42:11, 63:13, 72:23
**basket** [1] - 51:17
**BAYLEN** [1] - 2:4
**BE** [3] - 7:12, 9:18, 9:19
**beat** [1] - 35:25
**Beck** [1] - 62:9
**becomes** [1] - 20:1
**BEEN** [1] - 7:20
**BEFORE** [1] - 1:12
**beginning** [2] - 27:11, 43:22
**begins** [1] - 72:13
**behalf** [1] - 31:13
**behind** [1] - 79:1
**Beirute** [1] - 40:6
**BEIRUTE..................
....................... [1] -
** 8:10
**believes** [3] - 19:21, 33:23, 39:17
**below** [1] - 65:19
**benefit** [1] - 64:21
**BERTAUT** [1] - 4:9
**best** [1] - 81:15
**better** [3] - 10:22, 72:16, 72:23
**between** [2] - 69:7, 69:13
**beyond** [1] - 63:2
**big** [6] - 24:2, 24:4, 48:10, 48:11, 56:24, 59:17
**bigger** [1] - 20:10
**Bill** [1] - 61:12
**bind** [1] - 29:20

**BINGHAM** [1] - 4:21
**bird** [1] - 51:13
**Birrell** [2] - 35:12, 35:13
**BIRRELL...................
........................ [1] -
** 8:5
**bit** [2] - 23:7, 34:11
**bite** [1] - 77:17
**blanket** [1] - 17:21
**blind** [1] - 65:18
**blood** [1] - 53:24
**Bloom** [1] - 23:5
**BLOSSMAN** [1] - 5:4
**blown** [2] - 76:2, 78:12
**blowout** [2] - 47:4, 47:8
**Bly** [7] - 64:15, 64:17, 64:20, 65:3, 65:10, 65:18
**board** [1] - 33:16
**BOCKIUS** [1] - 5:7
**BOP** [13] - 8:24, 10:25, 11:1, 12:14, 12:22, 12:24, 13:1, 13:5, 13:19, 50:10, 65:5, 68:19
**BOP............................
.... [1] - 7:5
**borders** [1] - 58:24
**bottom** [3] - 65:25, 72:2, 75:23
**Boughton** [1] - 65:5
**BOULEVARD** [2] - 2:7
**bound** [1] - 39:5
**BOX** [1] - 1:18
**BP** [82] - 3:16, 3:16, 3:17, 3:18, 3:19, 3:20, 3:21, 7:19, 9:6, 14:13, 16:14, 16:25, 20:17, 20:22, 21:24, 22:3, 23:9, 23:11, 24:14, 24:16, 25:22, 26:9, 27:3, 27:12, 27:22, 28:19, 28:20, 30:12, 31:14, 32:9, 38:5, 42:2, 44:17, 45:18, 47:6, 51:23, 52:12, 57:4, 57:24, 58:3, 58:7, 58:15, 60:11, 60:18, 60:21, 60:24, 61:5, 63:2, 63:6, 63:22, 65:2, 65:11, 65:12, 67:1, 68:9, 68:21, 68:24, 68:25, 69:2, 69:7, 69:11, 69:14, 69:16, 70:4, 70:7, 70:13, 71:12, 71:18, 72:4, 72:7, 73:23, 73:24,

74:2, 75:16, 76:21, 77:10, 77:15, 77:18, 77:25, 78:7, 78:19
**BP'S** [3] - 7:22, 8:18, 9:11
**BP's** [7] - 19:4, 27:18, 44:23, 62:20, 64:14, 70:11, 72:11
**BRANCH** [1] - 2:14
**break** [2] - 77:5, 81:1
**BREIT** [3] - 1:23, 1:24, 69:20
**BRENNAN** [1] - 3:9
**Brian** [9] - 35:15, 35:22, 35:23, 37:9, 40:14, 42:8, 49:19, 55:12, 55:18
**BRIAN** [1] - 2:4
**Brian's** [1] - 42:24
**bridge** [2] - 16:20, 71:23
**bridging** [11] - 68:10, 68:13, 69:1, 69:4, 69:9, 69:11, 69:13, 69:16, 70:1, 71:2, 71:14
**briefly** [2] - 40:10, 70:21
**bring** [4] - 39:5, 43:12, 74:7, 74:13
**Brock** [7] - 63:19, 63:20, 64:24, 65:4, 77:23, 78:5, 78:9
**brought** [3] - 20:25, 63:22, 70:6
**buck** [1] - 57:5
**BUDDY** [1] - 8:9
**Buddy** [1] - 38:22
**Buffet** [1] - 79:22
**buildings** [1] - 15:10
**BUILDINGS**..............
..... [1] - 7:11
**built** [1] - 12:22
**bullet** [1] - 77:17
**bulletins** [1] - 68:23
**bunch** [2] - 27:5, 72:21
**business** [3] - 72:3, 72:11
**BY** [29] - 1:4, 1:17, 1:21, 1:24, 2:4, 2:7, 2:14, 2:18, 2:22, 3:6, 3:9, 3:13, 3:22, 4:3, 4:9, 4:13, 4:17, 4:22, 5:4, 5:7, 5:15, 5:19, 5:23, 6:3, 6:13, 6:14, 7:18, 7:20, 9:9

## C

**CA** [1] - 2:16
**cake** [2] - 45:2, 61:6
**calendar** [2] - 38:11, 52:7
**CALLED** [1] - 10:4
**calmly** [1] - 71:13
**CAMERA** [1] - 9:21
**camera** [1] - 76:10
**Cameron** [6] - 24:7, 24:9, 24:11, 50:15, 62:5, 79:14
**CAMERON** [2] - 4:8, 9:10
**Cameron's** [1] - 80:5
**CAMERON**...............
.. [1] - 7:18
**CAMP** [1] - 2:22
**CAN** [1] - 7:12
**CANAL** [4] - 2:10, 2:11, 5:23, 5:24
**candidates** [2] - 50:13, 51:1
**capable** [1] - 50:5
**capping** [5] - 15:22, 15:25, 16:7, 17:4, 17:13
**CAPPING** [1] - 7:12
**care** [3] - 30:3, 54:5, 79:24
**CARMELITE** [1] - 4:9
**Carmelite** [1] - 50:23
**CARONDELET** [1] - 4:10
**CARVER** [1] - 5:3
**case** [5] - 47:18, 55:10, 69:10, 69:15, 74:16
**catch** [1] - 37:2
**catching** [1] - 79:2
**category** [1] - 19:16
**Cathy** [2] - 81:11, 81:21
**CATHY** [1] - 6:10
**Cathy_Pepper@laed .uscourts.gov** [1] - 81:23
**cathy_Pepper@laed. uscourts.gov** [1] - 6:12
**CCR** [2] - 6:10, 81:21
**cede** [6] - 11:8, 14:9, 15:18, 58:3, 58:7, 58:19
**ceded** [2] - 60:2, 60:4
**cedes** [1] - 59:12
**cement** [3] - 66:2, 66:3, 66:5

**cementer** [1] - 66:9
**central** [1] - 70:19
**centralized** [1] - 19:8
**CENTRE** [1] - 3:6
**Cernich** [1] - 17:3
**certain** [2] - 25:24, 65:19
**certainly** [11] - 12:15, 19:4, 20:23, 21:19, 33:14, 36:5, 47:22, 49:9, 57:5, 57:12, 61:22
**CERTIFICATE** [1] - 81:9
**CERTIFIED** [1] - 6:10
**Certified** [3] - 81:11, 81:12, 81:21
**certify** [1] - 81:14
**challenge** [1] - 25:3
**challenges** [1] - 63:24
**change** [1] - 55:17
**changes** [2] - 23:5, 23:8
**charge** [1] - 57:4, 69:24
**charged** [1] - 11:2
**CHARLES** [2] - 5:19, 5:20
**chart** [1] - 56:15
**check** [4] - 14:4, 38:14, 47:23
**checked** [2] - 14:2, 44:7
**CHICAGO** [1] - 4:6
**chime** [5] - 40:8, 56:11, 68:6, 71:9, 74:6
**chips** [1] - 11:16
**CHIPS**........................
................... [1] - 7:6
**choke** [1] - 16:8
**choking** [1] - 68:19
**choose** [1] - 66:9
**chummy** [1] - 59:10
**chunk** [1] - 20:11
**circulated** [4] - 14:16, 14:18, 14:21
**circumstances** [2] - 60:14, 68:19
**cited** [1] - 70:2
**CIVIL** [2] - 1:6, 2:14
**claim** [1] - 80:5
**claimed** [2] - 79:16, 80:6
**clarification** [2] - 30:18, 77:7
**clarify** [1] - 44:10
**clean** [1] - 55:4
**cleaning** [1] - 12:23

**cleanup** [2] - 20:13, 35:4
**clear** [3] - 33:20, 49:8, 52:20
**clearing** [2] - 13:1, 13:3
**CLERK** [1] - 10:7
**client** [1] - 22:13
**clients** [1] - 49:12
**climb** [1] - 76:18
**CLINGMAN** [5] - 3:10, 32:15, 32:22, 78:21, 79:10
**Clingman** [2] - 32:15, 78:22
**close** [5] - 11:23, 18:24, 18:25, 20:4, 29:7
**Coast** [5] - 19:7, 19:21, 19:24, 20:1, 20:17
**Cohen** [4] - 10:24, 11:14, 12:20, 13:21
**COHEN** [12] - 6:3, 6:3, 11:2, 11:7, 13:21, 14:2, 14:10, 14:18, 15:13, 15:15, 17:20, 18:7
**colleagues** [1] - 17:3
**color** [1] - 71:15
**combine** [1] - 55:19
**comfortable** [2] - 13:17, 49:11
**coming** [7] - 28:23, 40:18, 40:23, 40:25, 45:8, 48:20, 57:25
**comment** [6] - 14:22, 26:22, 51:4, 54:25, 61:1, 70:17
**comments** [1] - 66:16
**commission** [1] - 20:11
**commit** [1] - 47:21
**communications** [1] - 74:20
**companies** [2] - 71:3, 72:8
**COMPANY** [3] - 3:17, 4:21
**company** [3] - 46:22, 55:15, 76:3
**compare** [1] - 65:9
**Compel** [1] - 24:7
**COMPEL** [1] - 7:18
**complaining** [1] - 53:15
**complete** [1] - 11:23
**completed** [6] - 12:20, 12:23, 19:8, 19:13, 19:17, 19:21

**completely** [2] - 32:16, 67:17
**completing** [1] - 18:22
**COMPLETION** [1] - 7:16
**completion** [2] - 18:12, 19:11
**complexity** [1] - 40:16
**compliance** [3] - 21:2, 21:6, 50:10
**COMPLIANCE**...........
.............................
. [1] - 8:25
**complicating** [1] - 62:22
**compromise** [2] - 54:9, 55:2
**COMPUTER** [1] - 6:14
**concern** [4] - 14:13, 21:20, 36:14, 38:11
**concerned** [2] - 30:15, 37:14
**concerning** [1] - 68:23
**concerns** [1] - 55:7
**concluded** [1] - 81:6
**condition** [1] - 39:13
**conducts** [1] - 70:14
**confer** [1] - 20:16
**conference** [4] - 34:14, 44:9, 62:14, 77:1
**CONFERENCE** [2] - 1:12, 9:22
**confers** [1] - 72:17
**confirm** [5] - 11:16, 27:6, 40:14, 44:8, 51:8
**confirming** [1] - 50:4
**conformance** [1] - 21:25
**Congress** [1] - 55:15
**connected** [1] - 37:23
**connection** [2] - 73:21, 74:3
**connections** [1] - 12:6
**consider** [3] - 53:19, 70:19, 76:2
**consistent** [1] - 72:5
**consolidated** [1] - 19:24
**consortium** [1] - 16:18
**contact** [1] - 49:11
**contained** [1] - 76:1
**continue** [2] - 13:24, 74:1
**CONTINUED** [5] - 2:1, 3:1, 4:1, 5:1, 6:1
**contract** [15] - 14:8, 14:10, 14:12, 14:18,

27:18, 27:24, 28:2, 28:17, 28:21, 29:22, 67:23, 68:2, 71:18, 72:24
**CONTRACT** [1] - 7:23
**CONTRACT**...............
............................
[1] - 7:9
**contractors** [5] - 20:6, 69:2, 69:8, 70:7, 71:16
**contracts** [15] - 29:7, 67:17, 70:18, 70:23, 70:25, 71:15, 71:22, 72:14, 72:18, 72:21, 73:1, 73:21, 73:23, 74:2
**control** [14] - 20:7, 20:12, 20:18, 26:11, 27:11, 27:14, 68:10, 68:17, 68:18, 69:2, 69:15, 70:14, 71:19
**conversation** [4] - 13:12, 13:13, 29:15, 49:9
**conveyed** [1] - 39:14
**convince** [2] - 28:11, 34:25
**cooperation** [1] - 23:25
**coordinate** [3] - 46:24, 47:14, 49:9
**coordinating** [1] - 47:22
**COREY** [1] - 2:18
**Corey** [2] - 33:4, 34:22
**corner** [1] - 73:19
**CORPORATION** [3] - 3:18, 4:8, 4:20
**correct** [14] - 25:2, 27:6, 27:9, 30:4, 30:21, 37:4, 51:19, 62:12, 62:13, 76:4, 77:13, 77:14, 77:21, 81:15
**COTLAR** [1] - 1:20
**COUNSEL** [1] - 1:17
**counsel** [7] - 38:25, 39:20, 43:24, 74:14, 74:15, 77:4, 81:2
**Counsel** [1] - 32:19
**counsel's** [1] - 39:15
**COUNSEL**................
......................... [1] - 9:24
**count** [1] - 79:1
**country** [1] - 45:8
**couple** [4] - 10:23, 12:20, 24:19, 50:12
**course** [9] - 14:15,

19:25, 27:7, 28:10, 42:13, 47:13, 54:23, 69:15, 74:12
**Court** [34] - 13:14, 13:15, 13:22, 14:14, 17:17, 17:23, 17:25, 23:7, 28:3, 28:10, 29:15, 30:25, 42:11, 50:6, 52:12, 52:16, 53:19, 53:20, 56:11, 59:23, 60:13, 62:10, 70:10, 70:13, 70:16, 72:20, 73:22, 74:14, 81:12, 81:13, 81:14, 81:22, 81:22
**COURT** [223] - 1:1, 6:10, 10:4, 10:8, 10:11, 10:13, 10:18, 10:21, 11:4, 11:11, 11:19, 11:21, 11:24, 12:11, 12:13, 13:7, 13:20, 13:25, 14:4, 14:16, 14:24, 15:8, 15:14, 15:17, 15:19, 16:4, 16:6, 16:24, 17:7, 17:10, 17:12, 18:2, 18:9, 18:16, 18:18, 19:2, 20:20, 21:17, 22:5, 22:15, 23:2, 23:21, 24:2, 24:13, 24:25, 25:6, 25:13, 25:20, 26:6, 26:15, 27:16, 27:25, 28:15, 28:23, 29:2, 29:11, 29:18, 29:21, 30:1, 30:8, 30:15, 30:20, 31:3, 31:6, 31:9, 31:24, 32:3, 32:5, 32:8, 32:14, 32:20, 32:25, 33:7, 33:25, 34:13, 34:22, 35:2, 35:11, 35:13, 35:17, 35:20, 35:23, 36:11, 36:24, 37:5, 37:8, 38:3, 38:9, 38:14, 38:20, 39:7, 39:16, 39:21, 39:25, 40:4, 40:17, 40:21, 41:1, 41:3, 41:9, 41:11, 41:13, 41:15, 41:17, 41:19, 41:21, 41:24, 42:14, 42:18, 42:21, 43:2, 43:4, 43:7, 43:10, 43:13, 43:16, 44:2, 44:21, 45:5, 45:13, 45:16, 45:21, 45:23, 46:8, 46:10, 46:14, 47:16, 47:23, 48:21, 49:2, 49:5, 49:12, 49:16, 50:7, 50:17, 50:22,

51:2, 51:7, 51:9, 51:11, 51:18, 51:20, 52:4, 52:9, 52:17, 53:23, 54:7, 54:13, 54:16, 55:1, 55:11, 55:16, 55:22, 55:25, 56:5, 56:8, 56:17, 57:9, 57:16, 58:8, 58:11, 58:13, 58:21, 59:5, 59:18, 59:23, 59:25, 60:4, 60:9, 60:22, 61:20, 62:2, 62:14, 62:19, 63:1, 63:17, 63:20, 63:25, 64:6, 64:10, 65:7, 66:6, 66:8, 66:11, 66:18, 66:21, 66:24, 67:4, 67:22, 68:12, 68:15, 69:3, 69:19, 71:9, 71:25, 73:4, 73:10, 73:13, 73:15, 73:17, 74:6, 74:18, 75:4, 75:20, 76:4, 76:9, 76:24, 77:3, 77:14, 77:21, 77:25, 78:16, 78:19, 79:7, 79:12, 79:18, 79:20, 79:23, 80:3, 80:9, 80:12, 80:21, 80:25
**court** [1] - 52:4
**Court's** [4] - 38:11, 39:5, 39:15, 72:22
**COURT**......................
....... [1] - 7:15
**courtroom** [2] - 10:19, 64:19
**cover** [6] - 11:6, 12:18, 14:12, 17:14, 27:11, 57:7
**covered** [3] - 59:20, 62:25, 68:19
**covers** [1] - 43:3
**crane** [2] - 17:8, 17:10
**create** [1] - 64:12
**creatively** [2] - 39:16, 39:25
**creeping** [1] - 19:4
**Creole** [1] - 45:8
**criminal** [1] - 50:2
**cross** [2] - 16:19, 80:5
**crossed** [1] - 18:24
**CRR** [2] - 6:10, 81:21
**crux** [1] - 69:15
**current** [1] - 25:9
**curtains** [1] - 12:22
**custodial** [3] - 17:16, 19:13, 79:5
**CUSTODIAL** [1] - 7:14
**custodians** [2] - 19:11, 19:15

**D**

**DALLAS** [1] - 4:15
**DAN** [1] - 9:8
**Dan** [1] - 58:1
**DANIEL** [1] - 3:13
**DARDEN** [1] - 5:3
**darn** [1] - 18:23
**data** [5] - 11:16, 20:3, 20:7, 20:12, 22:2
**date** [3] - 20:18, 20:19, 42:4
**dates** [7] - 21:11, 22:3, 38:25, 41:8, 42:1, 47:22, 47:25
**Daun** [1] - 61:9
**David** [3] - 50:23, 80:17, 80:21
**days** [18] - 12:8, 29:23, 33:11, 33:24, 36:4, 39:11, 39:17, 39:21, 43:3, 51:21, 52:3, 52:13, 53:7, 53:18, 54:6, 55:14, 56:13, 56:14, 56:18, 59:17, 61:8, 61:9, 61:10, 61:24, 63:2, 64:24, 66:5, 68:6, 77:24, 78:6, 78:12, 78:14
**DC** [1] - 4:23
**DD** [1] - 70:3
**DD3** [1] - 70:3
**dead** [1] - 35:25
**deadline** [4] - 18:22, 28:13, 28:15, 67:5
**deal** [7] - 17:18, 24:2, 24:4, 49:12, 59:17, 74:5, 74:12
**deals** [1] - 31:21
**decide** [1] - 56:12
**decided** [1] - 27:4
**decision** [1] - 56:12
**declaratory** [2] - 73:22, 74:2
**deeming** [1] - 23:17
**Deepwater** [1] - 48:8
**DEEPWATER** [3] - 1:4, 3:4, 3:5
**defendants** [1] - 59:14
**defense** [2] - 43:24, 80:7
**definitely** [2] - 35:9, 72:25
**delegated** [1] - 49:22
**denied** [2] - 29:7, 64:25
**DENISE** [1] - 5:7
**Denise** [5] - 41:7, 46:20, 47:13, 47:17, 48:22
**DEPARTMENT** [1] - 2:13
**department** [1] - 17:3

**depo** [4] - 43:20, 43:21, 52:15, 54:21
**deponent** [2] - 42:24, 42:25, 43:1
**depos** [2] - 46:25, 53:10
**depose** [4] - 51:6, 52:11, 54:23, 64:23
**deposed** [6] - 19:14, 45:25, 48:19, 59:9, 64:17, 76:14
**deposing** [1] - 69:22
**deposition** [38] - 34:2, 36:1, 36:8, 36:10, 37:15, 39:3, 39:11, 40:15, 42:2, 42:7, 42:9, 42:16, 42:20, 43:21, 44:1, 44:12, 44:24, 45:24, 46:12, 50:16, 52:13, 55:14, 56:13, 56:14, 56:18, 59:17, 61:8, 61:9, 61:10, 61:24, 63:2, 64:24, 66:5, 68:6, 77:24, 78:6, 78:12, 78:14
**DEPOSITION**............
....... [1] - 8:20
**DEPOSITION**............
.............................
[1] - 8:19
**depositions** [29] - 22:9, 33:21, 34:16, 35:4, 36:15, 46:17, 47:9, 47:10, 47:20, 53:6, 53:8, 53:9, 56:13, 58:16, 59:3, 59:11, 59:12, 61:25, 62:6, 62:21, 63:14, 63:15, 64:15, 64:20, 65:21, 77:8, 77:11, 78:14, 78:20
**DEPOSITIONS** [1] - 9:11
**DEPOSITIONS**............
................. [1] - 9:10
**DEPUTY** [1] - 10:7
**designed** [1] - 61:18
**desk** [1] - 31:7
**DET** [1] - 6:3
**detailed** [1] - 50:3
**details** [2] - 21:19, 65:24
**devised** [1] - 12:22
**DEXTER** [1] - 2:19
**die** [1] - 70:18
**different** [5] - 42:5, 53:2, 71:15, 72:10, 78:15
**differently** [1] - 52:1

**dilemma** [1] - 28:9
**diligence** [1] - 34:24
**directly** [1] - 68:16
**disagree** [5] - 16:11, 33:25, 34:25, 74:25, 80:9
**disagrees** [2] - 31:7, 74:20
**disassembly** [2] - 12:7, 12:9
**disclosed** [1] - 74:24
**DISCLOSED**............... ............................. [1] - 9:20
**disclosure** [3] - 75:4, 75:11, 76:5
**DISCLOSURES** [1] - 9:17
**disclosures** [6] - 74:22, 75:7, 75:8, 75:12, 75:24, 76:10
**DISCLOSURES**......... ..................... [1] - 9:21
**disconnecting** [1] - 12:25
**DISCOVERY** [1] - 1:12
**discovery** [7] - 18:12, 18:22, 19:9, 20:13, 20:19, 21:10, 26:12
**DISCOVERY**............. . [1] - 7:16
**discuss** [2] - 18:4, 19:23
**discussed** [3] - 15:3, 75:17, 76:13
**discussing** [3] - 27:13, 71:23, 74:4
**discussion** [3] - 38:12, 43:8, 51:21
**discussions** [3] - 13:16, 15:4, 79:15
**disgorging** [1] - 20:8
**dismissal** [1] - 22:19
**DISMISSAL** [1] - 7:17
**dispute** [2] - 20:24, 70:24
**distinguishable** [1] - 48:17
**District** [3] - 81:13, 81:14, 81:22
**DISTRICT** [2] - 1:1, 1:1
**divide** [2] - 39:21, 57:6
**DIVISION** [1] - 2:14
**division** [2] - 61:12, 70:10
**DJ** [2] - 74:14, 74:16
**DNV** [3] - 13:10, 14:13, 16:13
**DNV's** [3] - 15:15,

**doc** [3] - 23:14, 23:16, 23:18
**dock** [1] - 15:21
**docket** [1] - 14:3
**docketed** [2] - 24:3, 24:4
**DOCUMENT** [1] - 1:9
**document** [2] - 61:17, 69:9
**documents** [29] - 19:23, 20:10, 21:20, 21:22, 24:20, 25:3, 25:23, 26:5, 27:2, 27:5, 32:6, 36:16, 36:20, 37:16, 37:17, 37:24, 38:6, 38:8, 64:18, 64:21, 64:22, 68:10, 68:21, 70:2, 71:2, 71:14, 78:24, 79:3
**dog** [2] - 54:1, 54:5
**DOI** [2] - 19:7, 19:15
**dokey** [1] - 30:1
**DOMENGEAUX** [1] - 1:17
**domestic** [2] - 77:10, 77:18
**DOMINION** [1] - 1:24
**Don** [24] - 42:6, 42:11, 42:25, 43:17, 44:7, 44:11, 46:15, 47:16, 52:6, 54:18, 55:22, 55:23, 56:5, 56:17, 58:15, 58:25, 59:19, 60:23, 66:22, 69:19, 71:9, 71:12, 77:20
**DON** [1] - 3:22
**DONALD** [1] - 4:13
**donation** [1] - 62:3
**donations** [1] - 57:19
**done** [20] - 13:2, 16:21, 19:5, 19:20, 21:5, 25:12, 27:3, 30:7, 41:22, 43:25, 59:14, 59:15, 61:25, 62:1, 63:5, 65:11, 65:21, 70:2, 78:15, 79:6
**door** [1] - 20:2
**dOUGLAS** [1] - 6:7
**down** [13] - 12:5, 14:5, 26:4, 31:4, 36:18, 36:22, 48:18, 65:24, 68:18, 72:16, 73:5, 73:10, 73:19
**DOYLE** [1] - 8:14
**Doyle** [1] - 4:15
**dozen** [1] - 23:8
**DR** [2] - 8:10, 8:16

**Dr** [6] - 40:6, 43:14, 43:19, 43:25, 54:9, 57:13
**draft** [1] - 14:19
**drafted** [1] - 14:12
**draining** [1] - 12:25
**draw** [1] - 67:4
**drawing** [1] - 33:16
**DRESCHER** [1] - 1:23
**DRILLING** [2] - 3:4, 7:22
**drilling** [6] - 27:18, 29:6, 56:23, 71:15, 71:18
**drive** [1] - 78:23
**DRIVE** [1] - 1:25
**due** [6] - 14:14, 25:16, 27:7, 28:9, 34:24, 74:12
**duke** [1] - 48:25
**DUNBAR** [1] - 5:22
**during** [1] - 34:19
**duty** [1] - 39:5
**dynamic** [1] - 59:16

## E

**E&P** [1] - 4:21
**e-mail** [6] - 32:20, 42:24, 49:5, 50:6, 59:24
**early** [4] - 22:3, 22:12, 64:17, 65:21
**easier** [4] - 10:15, 16:3, 16:10, 60:5
**easily** [1] - 41:22
**Eastern** [1] - 81:14
**EASTERN** [1] - 1:1
**easy** [1] - 45:14
**Ed** [1] - 57:19
**ED** [1] - 9:5
**Edmonton** [1] - 62:24
**EDWARDS** [1] - 1:17
**effect** [1] - 65:3
**effectively** [1] - 65:19
**efforts** [1] - 55:19
**eight** [2] - 43:21, 70:24
**eight-hour** [1] - 43:21
**either** [7] - 15:6, 21:11, 40:24, 52:24, 67:4, 72:5, 77:12
**electrical** [2] - 12:5, 12:6
**electricians** [1] - 12:4
**ELLIS** [1] - 4:3
**ELM** [1] - 4:15
**Emanuel** [2] - 46:11, 46:18

**EMANUEL**................. ...................... [1] - 8:21
**Emerson** [2] - 51:6, 51:7
**EMERSON**................. ........................ [1] - 9:1
**employee** [2] - 31:17, 46:12
**employees** [4] - 20:5, 46:19, 48:7, 68:25
**enclosure** [1] - 12:3
**ENCLOSURE**........... ...................... [1] - 7:7
**end** [9] - 14:11, 15:21, 18:25, 19:17, 26:17, 40:19, 61:15, 76:19, 80:22
**ENERGY** [2] - 3:6, 4:12
**engineering** [1] - 68:22
**enter** [2] - 69:1, 77:12
**entered** [4] - 23:4, 23:10, 23:12, 23:15
**entitled** [2] - 80:7, 81:17
**entitlements** [1] - 71:24
**EPROM** [2] - 7:6, 11:15
**equality** [1] - 64:12
**equivalent** [1] - 65:4
**ESI** [3] - 21:1, 24:10, 24:12
**especially** [3] - 36:24, 55:22, 75:5
**ESQUIRE** [35] - 1:17, 1:21, 1:24, 2:4, 2:7, 2:10, 2:14, 2:15, 2:18, 2:22, 3:6, 3:9, 3:10, 3:13, 3:22, 4:3, 4:4, 4:4, 4:5, 4:9, 4:9, 4:13, 4:13, 4:14, 4:17, 4:22, 4:22, 5:4, 5:7, 5:15, 5:19, 5:23, 6:3, 6:4, 6:7
**essentially** [1] - 19:6
**etcetera** [2] - 68:20, 72:12
**etched** [1] - 67:8
**evaluation** [1] - 37:12
**EVANS** [1] - 5:23
**event** [14] - 18:22, 19:7, 19:9, 19:12, 19:16, 19:19, 19:22, 19:23, 20:3, 20:13, 21:12, 22:2, 46:24

**event-related** [9] - 18:22, 19:7, 19:9, 19:12, 19:16, 19:22, 20:3, 20:13, 22:2
**eventually** [2] - 16:18, 75:18
**EVIDENCE** [1] - 7:13
**evidence** [5] - 15:21, 15:23, 16:1, 16:23, 76:6
**exactly** [5] - 30:23, 32:2, 35:2, 43:4, 76:23
**example** [5] - 68:9, 68:10, 69:9, 69:14, 70:2
**excellent** [1] - 11:7
**except** [2] - 11:1, 55:16
**exception** [3] - 19:22, 20:14, 64:24
**EXCESS** [1] - 5:22
**exchanging** [1] - 20:16
**excuse** [3] - 55:18, 67:14, 70:14
**executed** [1] - 14:19
**Exhibit** [2] - 68:21
**exist** [2] - 70:2, 72:18
**expect** [6] - 13:2, 18:24, 20:8, 20:10, 22:2, 76:11
**expected** [2] - 76:6, 76:7
**expects** [1] - 77:9
**EXPERT** [1] - 9:19
**expert** [5] - 22:9, 74:24, 75:10, 75:13, 76:2
**expertise** [1] - 76:12
**experts** [6] - 73:18, 74:18, 74:22, 75:5, 75:7, 76:16
**EXPERTS** [1] - 9:16
**EXPERTS**................. ............ [1] - 9:15
**expire** [1] - 28:11
**explain** [2] - 56:15, 72:12
**EXPLORATION** [1] - 3:19
**explored** [1] - 63:17
**exploring** [1] - 15:22
**expressed** [1] - 60:14
**extended** [2] - 14:11, 77:25
**EXTENSION** [1] - 7:11
**extension** [2] - 14:19, 15:10
**extent** [2] - 34:17,

72:3
**external** [2] - 12:23, 13:4
**extremely** [2] - 61:4, 61:5
**eye** [1] - 17:19

# F

**fact** [6] - 11:8, 20:25, 36:12, 48:7, 62:23, 68:9
**factor** [1] - 62:22
**factors** [1] - 36:14
**facts** [3] - 39:13, 75:25, 76:6
**failed** [1] - 80:6
**fair** [6] - 28:18, 28:19, 29:25, 47:12, 55:19, 57:6
**fairly** [1] - 34:1
**fall** [1] - 19:15
**falls** [1] - 50:11
**familiar** [1] - 75:23
**FANNIN** [1] - 3:10
**far** [2] - 30:15, 61:25
**Farr** [2] - 58:1, 65:5
**FARR**.........................
...................... [1] -
9:8
**favor** [1] - 34:16
**federal** [1] - 20:5
**FEDERAL** [1] - 2:13
**fellow** [1] - 38:1
**fence** [1] - 38:13
**few** [6] - 23:18, 25:4, 53:7, 53:10, 71:10
**fields** [2] - 21:3, 21:21
**FIFTH** [1] - 5:16
**fight** [2] - 54:1, 54:5
**fighting** [1] - 72:20
**figure** [3] - 23:21, 36:19, 42:12
**figured** [2] - 16:1, 69:19
**file** [5] - 79:25, 80:14, 80:15, 80:18
**files** [2] - 19:8, 19:13
**final** [3] - 22:25, 38:18, 62:10
**finally** [1] - 16:17
**FINANCIAL** [1] - 5:14
**fine** [17] - 10:13, 10:17, 28:19, 34:13, 39:24, 40:13, 44:18, 44:20, 47:23, 48:24, 49:5, 54:22, 56:12, 58:2, 59:18, 66:13, 80:13

**finished** [1] - 13:24
**FINN** [1] - 5:4
**FIRM** [1] - 2:9
**first** [10] - 10:24, 12:17, 17:25, 25:22, 25:25, 28:22, 33:7, 33:12, 56:7, 75:11
**firsthand** [1] - 11:10
**Fitch** [2] - 40:10, 61:21
**FITCH** [10] - 4:22, 40:10, 40:20, 40:24, 41:2, 44:6, 45:8, 45:19, 45:22, 61:21
**five** [3] - 25:20, 63:3
**fixtures** [1] - 12:6
**FL** [1] - 2:5
**Fleytas** [1] - 63:18
**FLOOR** [2] - 2:16, 3:6
**flying** [1] - 74:20
**foaming** [1] - 71:10
**focused** [4] - 42:25, 43:1, 56:18, 73:3
**folks** [4] - 64:23, 65:20, 65:24, 78:5
**follow** [4] - 13:5, 50:3, 69:2, 69:16
**following** [3] - 12:9, 34:18, 50:14
**FOR** [25] - 1:16, 1:23, 2:13, 2:18, 2:21, 3:3, 3:16, 4:8, 4:12, 4:20, 5:3, 5:7, 5:10, 5:18, 5:22, 6:3, 7:22, 8:18, 8:24, 9:4, 9:5, 9:6, 9:10, 9:11
**foregoing** [1] - 81:15
**forever** [1] - 26:10
**forget** [2] - 62:14, 70:3
**forgot** [1] - 49:23
**FORM** [1] - 7:17
**form** [8] - 14:19, 22:19, 23:16, 30:12, 30:24, 78:15
**FORM**................... [1]
- 7:17
**formally** [1] - 13:23
**format** [1] - 21:22
**formed** [1] - 15:2
**forms** [1] - 15:2
**forth** [2] - 66:1, 74:21
**forward** [8] - 13:18, 20:12, 47:21, 53:10, 56:7, 65:2, 65:5, 67:8
**forwarded** [1] - 22:21
**four** [13] - 58:9, 58:23, 59:22, 60:1, 60:18, 60:20, 63:5, 63:10, 63:12, 64:1, 65:14,

77:10, 77:18
**fracking** [1] - 68:19
**FRANCISCO** [1] - 2:16
**Frank** [1] - 45:2
**Frank's** [1] - 45:3
**frankly** [2] - 23:7, 33:24
**Frazelle** [3] - 34:9, 35:9, 38:21
**FRAZELLE**...............
......................... [1] -
8:4
**FRIDAY** [2] - 1:7, 10:2
**Friday** [10] - 30:11, 30:14, 30:24, 44:15, 45:19, 45:21, 49:1, 49:2, 49:3, 67:6
**friend** [3] - 31:25, 32:2, 32:3
**friends** [2] - 31:19, 38:6
**FRILOT** [1] - 3:5
**FROM** [1] - 7:14
**front** [3] - 11:14, 27:15, 55:15
**FTP** [1] - 32:17
**full** [3] - 31:22, 76:2, 78:12
**full-blown** [1] - 78:12
**fully** [1] - 47:6
**funding** [1] - 31:16
**furthermore** [1] - 39:1
**future** [1] - 16:19

# G

**game** [3] - 48:16, 48:20, 65:12
**GARY** [1] - 6:7
**Gary** [8] - 11:9, 11:12, 11:21, 12:1, 14:6, 11:15, 18:5, 18:6
**GATE** [1] - 2:15
**Gaude** [1] - 57:19
**GAUDE.** [1] - 9:5
**general** [1] - 61:12
**GENERAL'S** [1] - 2:18
**generally** [1] - 72:4
**generate** [1] - 21:23
**generous** [3] - 57:21, 58:3, 62:3
**given** [8] - 19:18, 36:2, 36:9, 36:17, 40:15, 59:15, 60:13, 63:12
**glad** [4] - 44:25, 45:16, 63:1, 74:7
**GODWIN** [20] - 4:12, 4:13, 4:17, 43:15, 43:17, 46:9, 46:13,

46:15, 49:15, 52:6, 52:10, 52:23, 53:5, 54:18, 56:3, 56:7, 56:19, 56:25, 61:2, 66:23
**Godwin** [10] - 43:17, 46:15, 52:6, 52:25, 54:18, 55:22, 64:13, 66:2, 66:4, 66:14
**Godwin's** [2] - 54:11, 66:9
**GOFORTH** [2] - 3:12, 3:13
**GOLDEN** [1] - 2:15
**GOM** [1] - 67:17
**goodness'** [1] - 79:20
**GORMAN** [2] - 6:3, 6:4
**GOTSHAL** [1] - 5:15
**governed** [1] - 69:7
**government** [2] - 16:21, 21:12
**GOVERNMENT** [1] - 2:13
**government's** [1] - 21:1
**graciously** [2] - 59:5, 68:7
**grateful** [1] - 79:9
**great** [14] - 11:19, 12:11, 13:20, 18:9, 29:5, 31:21, 44:3, 49:7, 53:25, 59:7, 71:6, 73:15, 76:24, 77:16
**GREG** [1] - 8:13
**Greg** [1] - 41:14
**gross** [1] - 73:25
**group** [6] - 13:11, 13:16, 31:22, 39:17, 62:21, 68:22
**GROUP**.....................
............. [1] - 9:12
**Guard** [4] - 19:7, 19:21, 19:24, 20:17
**Guard's** [1] - 20:1
**guess** [13] - 10:24, 22:8, 22:18, 23:10, 26:17, 26:18, 27:6, 35:12, 42:22, 43:1, 43:5, 74:12, 77:20
**guidance** [1] - 21:7
**guidelines** [2] - 68:22, 68:24
**guilty** [1] - 11:2
**Gulf** [9] - 27:18, 69:8, 69:25, 70:8, 70:9, 70:11, 71:16, 72:4, 72:15
**GULF** [2] - 1:5, 7:22
**guy** [4] - 32:3, 42:12,

65:6, 78:10
**guys** [5] - 22:6, 26:15, 37:2, 49:16, 76:9
**guys'** [1] - 36:9

# H

**Habans** [3] - 50:1, 50:2, 50:6
**hairier** [1] - 43:8
**half** [6] - 23:8, 55:3, 63:13, 77:19, 78:17, 78:19
**HALLIBURTON** [1] - 4:12
**Halliburton** [19] - 43:18, 44:4, 45:25, 46:3, 46:12, 46:16, 47:6, 52:7, 52:11, 54:10, 54:16, 54:19, 54:20, 55:3, 55:18, 58:1, 67:1, 77:10, 77:19
**Halliburton's** [1] - 55:13
**handbook** [1] - 68:17
**handbooks** [1] - 68:22
**handle** [1] - 74:5
**hands** [2] - 31:18, 71:20
**happy** [8] - 10:21, 23:8, 26:4, 28:13, 39:23, 55:21, 61:10, 79:10
**hard** [2] - 20:6, 36:19
**hardest** [1] - 45:1
**harsh** [1] - 45:8
**HAS** [2] - 9:5, 9:6
**hat** [1] - 50:20
**HAVE** [3] - 7:20, 8:23, 9:16
**Haycraft** [8] - 42:6, 58:15, 59:6, 60:23, 66:22, 68:7, 71:9, 71:12
**HAYCRAFT** [17] - 3:22, 42:16, 45:4, 58:9, 58:14, 58:22, 59:1, 59:21, 59:24, 60:1, 60:7, 60:23, 61:4, 66:12, 66:22, 69:18, 71:11
**Haycraft's** [1] - 42:11
**HB406** [1] - 6:11
**head** [2] - 66:3, 66:5
**hear** [11] - 10:9, 23:1, 23:2, 32:13, 41:4, 48:22, 50:6, 55:1, 58:11, 63:22, 66:15

**HEARD** [1] - 1:12
**heard** [6] - 25:22, 26:1, 40:5, 69:18, 71:4, 80:4
**hearing** [7] - 33:9, 40:7, 42:22, 49:2, 49:3, 52:25, 71:2
**Heather** [2] - 44:6, 44:8
**HEATHER** [1] - 8:17
**help** [3] - 45:16, 61:22, 76:24
**helpful** [2] - 22:11, 34:19
**helps** [2] - 43:25, 62:1
**hereby** [1] - 81:14
**HERMAN** [14] - 1:20, 1:21, 22:23, 23:4, 25:1, 26:23, 63:10, 67:3, 67:14, 68:4, 72:1, 75:21, 76:8
**Herman** [5] - 22:23, 25:1, 26:24, 67:15, 75:21
**herring** [1] - 71:23
**high** [1] - 53:24
**highly** [1] - 36:3
**hill** [1] - 76:18
**Himmelhoch** [2] - 26:7, 45:10
**HIMMELHOCH** [13] - 2:15, 10:12, 18:15, 18:17, 18:21, 19:3, 21:15, 21:18, 22:12, 26:7, 45:10, 45:15, 81:4
**hire** [2] - 17:7, 17:10
**hit** [1] - 19:4
**hold** [1] - 26:10
**HOLDINGS** [3] - 3:3, 3:20, 5:11
**Holozuviec** [2] - 45:4, 45:5
**Honor** [116] - 10:10, 11:2, 13:21, 14:11, 14:18, 15:13, 16:3, 16:23, 16:25, 17:20, 18:15, 20:22, 21:15, 23:1, 23:23, 24:16, 25:10, 25:21, 26:7, 26:23, 27:9, 27:20, 27:22, 28:20, 29:3, 30:5, 30:13, 30:18, 31:5, 31:12, 32:9, 32:22, 32:23, 33:13, 34:23, 35:1, 35:22, 37:11, 37:20, 38:24, 39:9, 39:19, 39:24, 40:10, 41:6, 41:23, 42:5, 43:6, 43:15,

44:17, 45:10, 46:7, 46:9, 46:13, 46:25, 47:10, 47:14, 47:17, 48:3, 49:1, 49:19, 50:11, 50:15, 51:5, 51:15, 51:23, 52:6, 52:18, 53:5, 53:22, 54:8, 54:19, 54:20, 55:5, 55:12, 56:4, 56:19, 56:21, 57:3, 60:7, 60:24, 61:9, 61:10, 61:11, 61:14, 62:13, 62:18, 63:9, 64:3, 64:5, 64:8, 64:11, 66:13, 66:19, 66:20, 68:4, 68:6, 69:6, 70:20, 70:25, 71:11, 72:2, 72:25, 73:8, 73:14, 74:9, 75:16, 76:8, 76:21, 77:7, 77:9, 77:12, 78:2, 78:7, 79:11, 79:13
**Honor's** [1] - 33:17
**HONORABLE** [1] - 1:12
**hope** [2] - 19:20, 62:10
**hoped** [1] - 22:24
**hopefully** [1] - 21:24
**hoping** [1] - 26:13
**Horizon** [3] - 48:8, 69:10, 69:14
**horizon** [1] - 17:18
**HORIZON** [1] - 1:4
**horse** [2] - 35:25, 71:14
**Horse** [9] - 28:2, 28:7, 28:17, 28:21, 29:15, 29:22, 67:23, 68:1, 72:24
**hoses** [3] - 13:1, 13:3
**hostile** [1] - 47:3
**hour** [3] - 43:21, 78:18, 78:19
**hours** [15] - 24:19, 33:1, 46:1, 54:10, 55:3, 58:9, 58:23, 59:22, 60:1, 60:18, 60:20, 61:16, 63:3, 63:6, 63:13
**HOUSE** [2] - 9:15, 9:16
**house** [7] - 73:17, 74:18, 74:22, 75:5, 75:7, 75:12, 76:11
**housekeeping** [1] - 78:21
**Houston** [6] - 38:24, 39:10, 39:18, 39:20,

39:22, 39:24
**HOUSTON** [6] - 2:8, 3:11, 3:14, 4:18, 5:8, 6:5
**HSE** [1] - 69:14
**Hugh** [1] - 47:20, 49:10
**humming** [1] - 51:13
**hundred** [1] - 20:5
**hunk** [1] - 54:16
**hybrid** [1] - 42:11
**hydraulic** [1] - 13:1
**hydrocarbon** [1] - 47:7

**I**

**i.e** [1] - 63:18
**ideas** [1] - 17:4
**identified** [2] - 21:21, 79:6
**IDENTIFYING** [1] - 8:24
**identifying** [3] - 21:11, 50:9, 79:16
**identity** [1] - 48:12
**II** [19] - 26:17, 26:19, 33:10, 34:7, 34:11, 35:5, 36:3, 36:7, 36:9, 36:10, 36:12, 36:17, 37:13, 37:16, 37:23, 42:9, 42:12, 42:24, 42:25
**IL** [1] - 4:6
**illicit** [1] - 61:18
**immediate** [1] - 16:22
**immediately** [1] - 47:3
**important** [5] - 29:13, 37:13, 61:4, 61:5, 70:13
**IMPREVENTO** [1] - 1:23
**IN** [6] - 1:4, 1:5, 9:6, 9:15, 9:16, 9:21
**in-house** [7] - 73:17, 74:18, 74:22, 75:5, 75:7, 75:12, 76:11
**IN-HOUSE** [2] - 9:15, 9:16
**inappropriate** [1] - 60:16
**INC** [14] - 3:4, 3:5, 3:16, 3:17, 3:18, 3:19, 3:21, 4:12, 5:10, 5:11, 5:12, 5:13, 5:14, 5:15
**incident** [1] - 73:24
**inclination** [1] - 33:18
**inclined** [2] - 48:24,

54:20
**include** [2] - 27:15, 33:7
**included** [1] - 17:21
**inconsistent** [1] - 72:5
**increase** [2] - 34:3, 76:17
**indeed** [3] - 11:16, 35:5, 45:22
**indemnity** [3] - 73:25, 74:3
**indicate** [2] - 74:21, 76:13
**INDISPENSABLE** [1] - 9:23
**indispensable** [3] - 79:16, 79:19, 80:6
**inform** [1] - 46:20
**information** [10] - 11:25, 19:12, 19:19, 34:7, 34:11, 35:6, 39:15, 40:3, 61:18, 69:22
**informed** [2] - 13:15, 47:6
**initial** [1] - 61:16
**innervation** [1] - 13:11
**input** [2] - 67:6, 67:9
**inquire** [1] - 48:2
**insofar** [1] - 16:13
**instance** [1] - 36:25
**instruction** [1] - 22:13
**insult** [1] - 59:3
**intend** [1] - 74:13
**intended** [2] - 17:21, 59:4
**interest** [5] - 47:5, 58:6, 65:24, 66:2, 70:9
**interested** [3] - 77:20, 78:10, 78:12
**INTERESTS** [2] - 2:13, 2:18
**internal** [6] - 13:4, 42:7, 42:19, 43:5, 65:1, 77:8
**INTERNATIONAL** [2] - 4:8, 5:14
**international** [1] - 77:22
**interpleader** [2] - 31:11, 31:16
**INTERPLEADER** [1] - 7:25
**interrogatories** [1] - 49:18
**INTERROGATORIES** ... [1] - 8:23
**interrogatory** [1] - 48:14

**interview** [1] - 78:10
**introduce** [1] - 61:17
**inventory** [1] - 16:19
**investigating** [1] - 51:1
**investigation** [1] - 62:21
**INVESTIGATION** [1] - 9:12
**investigations** [1] - 65:25
**involved** [8] - 19:6, 36:3, 36:23, 56:25, 57:1, 57:2
**involvement** [3] - 34:12, 36:10, 36:20
**involving** [1] - 70:17
**IRPINO** [2] - 2:9, 2:10
**Irpino** [5] - 25:4, 26:25, 70:23, 71:6, 72:15
**issue** [46] - 14:12, 15:9, 15:16, 18:4, 20:17, 20:21, 21:4, 21:7, 21:10, 21:24, 24:6, 24:14, 24:15, 25:19, 26:13, 26:18, 26:19, 26:21, 27:18, 28:4, 30:15, 33:8, 33:12, 40:6, 40:8, 42:10, 42:17, 44:22, 45:17, 51:16, 51:22, 53:1, 53:22, 54:12, 61:4, 70:5, 70:6, 70:7, 70:17, 70:19, 74:3, 74:11, 74:15, 76:15, 80:18, 80:23
**ISSUE** [1] - 7:19
**Issue** [7] - 11:15, 12:2, 12:16, 14:7, 14:25, 15:9, 15:19
**ISSUE**......................
...............  [1] - 7:23
**issues** [19] - 11:1, 11:9, 14:13, 17:21, 17:22, 18:11, 18:13, 19:13, 19:23, 21:18, 25:4, 30:3, 36:3, 36:17, 40:16, 43:5, 56:18, 69:14, 69:15
**item** [2] - 11:23, 12:14
**ITEMS** [1] - 7:3
**itself** [3] - 27:3, 61:7, 61:19

**J**

**JAMES** [1] - 1:17
**Jeff** [1] - 67:14

**JEFFERSON** [1] - 1:18

**JEFFREY** [1] - 1:24

**JENNY** [1] - 4:13

**Jimmy** [11] - 15:24, 16:24, 24:8, 24:13, 27:21, 39:8, 58:5, 58:6, 68:5, 69:3, 79:22

**JIMMY** [1] - 2:7

**job** [1] - 60:4

**John** [2] - 41:10, 41:11

**JOHN** [1] - 8:12

**Johnson** [2] - 41:8, 41:9

**JOHNSON**................. ......................... [1] - 8:11

**join** [3] - 79:17, 79:22, 80:6

**joined** [1] - 55:13

**joins** [1] - 40:15

**Jonathan** [1] - 57:25

**JONATHAN** [1] - 9:7

**JONES** [1] - 5:18

**jot** [1] - 31:4

**joy** [1] - 55:23

**JUDGE** [1] - 1:13

**Judge** [33] - 10:17, 11:7, 11:13, 11:22, 14:2, 14:7, 14:22, 15:7, 15:18, 18:7, 18:8, 22:21, 23:3, 27:19, 28:13, 28:18, 29:25, 30:16, 31:7, 41:2, 43:17, 46:15, 49:15, 51:10, 56:7, 58:5, 59:6, 60:8, 67:20, 70:8, 74:17, 78:21, 80:24

**judge** [5] - 44:6, 46:17, 57:11, 61:21, 73:19

**judgment** [2] - 73:22, 74:2

**July** [3] - 29:6, 36:2, 48:14

**JULY** [2] - 1:7, 10:2

**juncture** [1] - 13:22

**June** [3] - 25:21, 26:1

**JUSTICE** [1] - 2:13

**justifies** [1] - 60:18

## K

**Kanner** [1] - 55:5

**KANNER** [3] - 2:21, 2:22, 55:5

**KATZ** [1] - 1:20

**keep** [5] - 17:19, 18:10, 20:11, 25:11, 53:17

**Keeton** [1] - 57:25

**KEETON**................. ...................... [1] - 9:7

**KENNEY** [1] - 6:7

**Kenny** [1] - 11:9

**KENNY** [12] - 11:13, 11:20, 11:22, 12:2, 12:12, 12:16, 13:8, 14:7, 14:25, 15:9, 15:18, 18:8

**KERRY** [1] - 3:6

**Kerry** [7] - 31:10, 31:12, 32:5, 42:3, 49:20, 66:23, 75:2

**key** [1] - 58:23

**kick** [8] - 34:8, 34:10, 34:13, 34:17, 35:20, 36:19, 42:14, 42:15

**kicked** [1] - 35:8

**kicking** [2] - 35:6, 51:18

**kill** [1] - 16:8

**killing** [1] - 68:19

**kind** [8] - 29:13, 36:14, 44:20, 50:21, 59:3, 60:12, 71:4, 79:8

**kindly** [1] - 21:11

**Kirby** [2] - 25:15, 30:19, 57:11

**KIRBY** [5] - 4:22, 10:17, 25:15, 25:21, 30:18, 30:21, 31:8, 57:11

**KIRKLAND** [1] - 4:3

**Kirkland** [1] - 23:5

**known** [2] - 48:8, 48:14

**knows** [2] - 22:8, 44:21

**KORETZKY** [1] - 5:3

**KPMG** [2] - 11:17

**KRAUS** [1] - 6:7

**Kuala** [1] - 62:23

**KY** [1] - 4:22

**Ky** [10] - 10:18, 25:13, 25:15, 25:20, 30:19, 30:20, 31:1, 57:10, 57:11

## L

**L.L.C** [1] - 5:7

**L.P.** [1] - 5:18

**LA** [11] - 1:19, 1:22, 2:11, 2:23, 3:7, 3:24, 4:10, 5:5, 5:20, 5:24, 6:11

**Laboratories'** [1] - 20:9

**Lacy** [1] - 38:13

**LACY**......................... ...................... [1] - 8:8

**LAFAYETTE** [1] - 1:19

**laid** [1] - 40:16

**Lamar** [2] - 51:20, 51:25

**LAMAR** [3] - 4:18, 6:4, 9:3

**LANGAN** [53] - 4:3, 16:25, 17:9, 17:11, 20:22, 23:23, 24:16, 28:20, 29:3, 30:5, 30:10, 30:23, 32:9, 32:19, 32:23, 33:13, 34:8, 34:23, 35:9, 35:12, 35:16, 38:16, 38:24, 44:17, 46:7, 48:3, 50:11, 50:18, 50:23, 51:15, 51:19, 51:23, 52:5, 52:18, 52:25, 53:20, 54:8, 54:15, 56:21, 63:9, 63:11, 63:19, 63:21, 64:2, 64:4, 64:8, 66:13, 66:19, 74:9, 75:16, 76:21, 78:2, 78:7

**Langan** [17] - 16:25, 19:2, 20:22, 24:16, 28:20, 30:5, 32:9, 33:13, 44:17, 48:3, 51:23, 52:18, 56:21, 74:9, 75:16, 76:21, 78:7

**LAPTOPS** [1] - 7:10

**laptops** [1] - 15:1

**large** [1] - 21:20

**largest** [1] - 12:21

**LASALLE** [1] - 4:5

**last** [25] - 11:17, 15:9, 18:13, 25:17, 26:3, 26:16, 26:20, 30:11, 30:14, 30:24, 32:7, 32:21, 39:11, 45:3, 46:22, 51:20, 53:7, 56:3, 56:6, 56:9, 58:17, 72:2, 72:7, 80:4

**late** [10] - 22:10, 25:21, 27:23, 32:23, 32:25, 40:25, 48:1, 48:16, 48:20

**LAW** [1] - 2:9

**law** [1] - 74:16

**lawyer** [3] - 50:2, 59:7,

61:16

**lead** [6] - 11:5, 11:8, 14:9, 15:11, 15:12, 15:18

**leads** [1] - 15:4

**lease** [1] - 15:20

**least** [6] - 16:13, 17:24, 22:16, 42:23, 51:20

**leave** [5] - 10:15, 38:17, 38:19, 38:25, 39:25

**left** [3] - 49:20, 50:1, 50:3

**letter** [5] - 25:5, 26:10, 49:4, 49:5, 73:2

**letters** [1] - 20:16

**level** [3] - 65:20, 65:25, 74:1

**LEVIN** [1] - 2:3

**Lewis** [1] - 27:3

**LEWIS** [3] - 3:12, 3:21, 5:7

**liability** [1] - 74:11

**liaison** [2] - 77:4, 81:2

**LIAISON** [1] - 1:17, 9:24

**life** [2] - 16:3, 16:10

**light** [1] - 48:13

**lightly** [1] - 61:5

**likely** [1] - 19:19

**likewise** [1] - 52:23

**limit** [2] - 35:3, 39:12

**limitation** [1] - 74:11

**limited** [3] - 19:20, 64:24, 78:6

**LIMITED** [1] - 3:20

**line** [3] - 31:19, 72:2, 75:23

**lines** [1] - 55:2

**linked** [2] - 50:14, 50:21

**LISKOW** [1] - 3:21

**Liskow** [1] - 27:3

**list** [6] - 34:10, 35:8, 66:6, 66:25, 67:7, 76:20

**LIST**......................... ... [1] - 9:14

**listen** [1] - 34:15

**listing** [1] - 76:16

**litigation** [2] - 45:1, 45:6

**live** [2] - 57:12, 63:7

**LLC** [4] - 3:3, 5:3, 5:11, 5:12

**LMR** [1] - 12:24

**LMRP** [3] - 12:14, 12:23, 13:5

**LMRP**........................

......................... [1] - 7:8

**log** [3] - 32:6, 32:10, 32:11

**LOG**........................... ..... [1] - 8:1

**logging** [1] - 20:14

**logical** [1] - 70:10

**logistical** [1] - 63:24

**logs** [2] - 47:2, 47:5

**London** [6] - 33:17, 34:21, 36:25, 37:7, 37:25, 63:23

**long-term** [1] - 16:17

**look** [13] - 15:19, 28:6, 28:16, 29:23, 32:17, 34:22, 35:7, 56:15, 71:23, 73:6, 74:7, 75:2

**looked** [2] - 64:12, 67:23

**looking** [9] - 29:1, 29:5, 36:16, 56:7, 58:4, 60:4, 65:16, 68:1, 68:2

**looks** [1] - 10:21

**Lori** [3] - 40:5, 40:17, 40:22

**lost** [1] - 21:10

**LOUISIANA** [4] - 1:1, 1:7, 2:21, 5:8

**Louisiana** [3] - 55:6, 81:13, 81:14

**loved** [1] - 60:20

**lower** [1] - 12:24

**LP** [1] - 4:21

**Lubel** [5] - 38:24, 39:1, 39:9, 39:14, 40:2

**Lumpur** [1] - 62:23

## M

**M-A-X-I-E** [1] - 41:19

**M-E-C-H-E** [1] - 41:15

**M-I** [2] - 41:4, 41:7

**ma'am** [1] - 81:4

**Macondo** [2] - 72:5, 73:23

**Macondo/Deepwater** [1] - 69:10

**MAGISTRATE** [1] - 1:13

**Magueritaville** [1] - 79:23

**mail** [6] - 32:20, 42:24, 49:5, 50:6, 59:24

**major** [1] - 12:9

**MAJOR** [1] - 4:14

**majority** [1] - 21:20
**man** [2] - 56:22, 57:3
**managed** [2] - 62:15, 63:24
**MANAGEMENT** [1] - 5:10
**manager** [3] - 56:24, 61:12, 68:8
**mandatory** [1] - 68:25
**MANGES** [1] - 5:15
**manner** [2] - 25:12, 57:6
**manuals** [1] - 68:22
**MARINE** [3] - 5:12, 5:13, 5:13
**MARK** [2] - 4:4, 6:3
**Mark** [16] - 10:24, 13:21, 13:25, 14:4, 15:11, 18:5, 18:6, 25:7, 25:13, 26:15, 26:19, 27:8, 31:1, 50:9, 70:20, 71:13
**mark** [7] - 10:25, 11:22, 14:9, 17:14, 18:24, 19:10, 73:5
**Mark's** [2] - 38:9, 38:10
**MARTINEZ** [1] - 4:13
**Marty** [1] - 31:25
**Master** [1] - 63:1
**material** [2] - 24:20, 69:6
**matter** [7] - 60:6, 73:22, 74:2, 75:6, 76:5, 78:21, 81:17
**Maxie** [1] - 41:18
**MAXIE** ......................
...................... [1] -
8:14
**MAZE** [3] - 2:18, 33:6, 34:21
**MCCUTCHEN** [1] -
4:21
**McKay** [14] - 51:20, 52:2, 52:11, 52:14, 52:21, 53:18, 54:2, 54:4, 54:6, 54:10, 54:21, 55:7, 57:7
**McKay's** [2] - 55:14, 56:17
**MCKAY** ......................
...................... [1] -
9:3
**MCLEOD** [1] - 5:23
**McWhorter** [1] - 61:11
**MDL** [2] - 74:14, 74:15
**mean** [9] - 16:19, 23:7, 29:4, 36:16, 42:17, 48:9, 48:10, 53:16, 56:23

**means** [3] - 26:11, 37:25, 69:20
**meant** [1] - 45:19
**meantime** [1] - 50:25
**MECHANICAL** [1] -
6:13
**Meche** [1] - 41:14
**MECHE** ......................
...................... [1] -
8:13
**meet** [2] - 20:15, 72:17
**meeting** [1] - 19:10, 40:23
**meetings** [1] - 26:2
**member** [1] - 42:7
**members** [2] - 13:12, 13:17
**memory** [1] - 44:8
**mention** [4] - 17:18, 20:24, 21:9, 32:20
**mentioned** [4] - 44:9, 55:7, 56:5, 76:22
**merit** [1] - 28:12
**Merit** [1] - 81:12
**message** [2] - 50:1, 50:3
**met** [1] - 13:10
**metadata** [4] - 21:3, 21:18, 21:21, 21:23
**Mexico** [8] - 27:18, 69:8, 69:25, 70:8, 70:9, 70:11, 71:16, 72:15
**MEXICO** [2] - 1:5, 7:22
**MI** [3] - 5:7, 46:21, 46:22
**MICHAEL** [1] - 2:14
**mid** [2] - 28:24, 47:25
**midday** [1] - 31:20
**middle** [2] - 22:10, 27:23
**might** [10] - 13:22, 19:12, 22:10, 23:12, 32:20, 40:3, 51:1, 72:9, 72:11, 79:7
**Mike** [4] - 37:10, 76:24, 77:23, 78:5
**mild** [1] - 48:6
**MILLER** [26] - 3:6, 31:12, 32:2, 32:4, 32:7, 42:5, 42:19, 42:22, 43:3, 43:5, 43:9, 43:11, 49:21, 53:22, 53:25, 64:3, 64:11, 65:8, 66:7, 66:10, 75:3, 77:7, 77:18, 77:22, 78:4, 78:17
**Miller** [5] - 31:12, 45:25, 46:6, 54:14,

54:22
**MILLER'S** [1] - 8:20
**Miller's** [2] - 45:24, 66:16
**million** [2] - 18:24, 18:25
**millions** [1] - 26:5
**Mince** [1] - 40:5
**mind** [8] - 22:12, 43:8, 43:9, 50:13, 62:22, 64:5, 65:18, 75:24
**minutes** [25] - 46:3, 51:17, 58:7, 58:8, 58:9, 58:10, 58:12, 58:13, 58:20, 58:23, 59:22, 60:1, 60:2, 60:14, 60:19, 60:20, 61:23, 65:9, 65:13, 65:16, 65:17, 71:10, 78:6
**miscommunication**
- 72:12
**missed** [1] - 32:13
**mistake** [1] - 22:17
**MITCHELL** [1] - 2:3
**modified** [1] - 25:24
**MOEX** [7] - 5:3, 30:8, 30:10, 30:12, 30:22, 31:14, 57:20
**Monday** [8] - 12:5, 13:5, 22:25, 26:14, 27:13, 31:20, 34:18, 51:8
**MONTGOMERY** [1] -
2:19
**month** [1] - 40:25
**months** [4] - 25:19, 25:20
**MORGAN** [1] - 5:7
**morning** [16] - 10:8, 10:17, 11:3, 11:12, 11:13, 22:20, 23:20, 28:1, 31:10, 31:25, 33:4, 35:23, 41:6, 43:16, 43:17, 43:22
**Morrison** [4] - 35:14, 35:16, 35:17, 51:12
**MORRISON** ......................
...................... [1] -
9:2
**MORRISON** ......................
...................... [1]
- 8:6
**most** [5] - 23:25, 25:2, 33:19, 61:11, 70:9
**MOTION** [1] - 7:18
**Motion** [1] - 24:7
**motion** [5] - 80:1, 80:15, 80:18
**mouth** [1] - 71:10

**move** [6] - 14:25, 26:17, 26:20, 30:16, 34:1, 67:8
**MOVED** [1] - 7:12
**moved** [4] - 15:23, 16:1, 16:8, 30:16
**moving** [4] - 16:22, 20:12, 30:2, 57:17
**MR** [242] - 8:3, 8:4, 8:5, 8:6, 8:15, 8:20, 8:21, 8:22, 8:23, 9:1, 9:13, 11:2, 11:7, 11:13, 11:20, 11:22, 12:2, 12:12, 12:16, 13:8, 13:21, 14:2, 14:7, 14:10, 14:18, 14:25, 15:9, 15:13, 15:15, 15:18, 16:3, 16:5, 16:7, 16:25, 17:9, 17:11, 17:20, 18:7, 18:8, 20:22, 22:23, 23:4, 23:23, 24:8, 24:16, 25:1, 25:10, 26:23, 27:8, 27:19, 28:1, 28:18, 28:20, 28:25, 29:3, 29:9, 29:12, 29:19, 29:25, 30:5, 30:10, 30:23, 31:1, 31:5, 31:12, 32:2, 32:4, 32:7, 32:9, 32:19, 32:23, 33:6, 33:13, 34:8, 34:21, 34:23, 35:9, 35:12, 35:14, 35:16, 35:19, 35:22, 35:24, 36:14, 37:4, 37:6, 37:10, 38:4, 38:10, 38:16, 38:24, 39:8, 39:19, 39:23, 40:2, 40:10, 40:20, 40:24, 41:2, 42:5, 42:16, 42:19, 42:22, 43:3, 43:5, 43:9, 43:11, 43:15, 43:17, 44:6, 44:17, 45:4, 45:8, 45:19, 45:22, 46:7, 46:9, 46:13, 46:15, 48:3, 49:15, 49:19, 49:21, 50:11, 50:18, 50:23, 51:5, 51:8, 51:10, 51:15, 51:19, 51:23, 52:5, 52:6, 52:10, 52:18, 52:23, 52:25, 53:5, 53:20, 53:22, 53:25, 54:8, 54:15, 54:18, 55:5, 55:12, 55:21, 55:23, 56:3, 56:7, 56:11, 56:19, 56:21, 56:25, 58:5, 58:9,

58:12, 58:14, 58:22, 58:25, 59:1, 59:2, 59:6, 59:21, 59:24, 60:1, 60:7, 60:8, 60:10, 60:23, 61:2, 61:3, 61:4, 61:21, 62:8, 62:13, 62:18, 62:25, 63:9, 63:10, 63:11, 63:19, 63:21, 64:2, 64:3, 64:4, 64:8, 64:11, 65:8, 66:7, 66:10, 66:12, 66:13, 66:19, 66:22, 66:23, 67:3, 67:14, 68:4, 68:5, 68:14, 68:16, 69:5, 69:18, 69:20, 69:21, 70:20, 71:11, 72:1, 72:25, 73:8, 73:12, 73:14, 73:16, 73:19, 74:9, 74:13, 75:3, 75:16, 75:21, 76:8, 76:21, 77:7, 77:18, 77:22, 78:2, 78:4, 78:7, 78:17, 79:13, 79:19, 79:21, 79:22, 79:24, 79:25, 80:5, 80:10, 80:13, 80:16, 80:19, 80:24
**MS** [37] - 10:12, 10:17, 18:15, 18:17, 18:21, 19:3, 21:15, 21:18, 22:12, 25:15, 25:21, 26:7, 30:18, 30:21, 31:8, 32:15, 32:22, 41:6, 41:10, 41:12, 41:14, 41:16, 41:18, 41:20, 41:23, 45:10, 45:15, 47:17, 48:2, 49:1, 49:3, 49:7, 49:14, 57:11, 78:21, 79:10, 81:4
**mystery** [1] - 48:11

# N

**name** [6] - 16:9, 45:1, 45:3, 45:5, 45:11, 50:13
**names** [2] - 47:2, 73:2
**narrow** [1] - 26:4
**NASA** [1] - 15:21
**National** [1] - 20:9
**necessarily** [3] - 39:4, 74:16, 76:11
**necessary** [2] - 21:3, 37:17, 39:18
**need** [12] - 12:7, 16:7, 16:12, 16:21, 21:7, 31:22, 34:3, 34:8,

34:10, 35:6, 35:8, 36:24, 37:5, 38:5, 40:20, 47:1, 47:9, 52:15, 52:23, 54:23, 55:8, 57:3, 63:11, 66:15, 67:24, 70:22, 71:5, 76:18, 79:25, 80:1, 80:17, 80:18
**needed** [1] - 53:12
**needing** [1] - 33:7
**needs** [3] - 52:11, 52:15, 71:23
**negligence** [1] - 74:1
**never** [4] - 53:1, 53:4, 60:13, 69:11
**New** [1] - 43:20
**NEW** [12] - 1:7, 1:22, 2:11, 2:23, 3:7, 3:24, 4:10, 5:5, 5:16, 5:20, 5:24, 6:11
**new** [3] - 20:15, 23:12, 23:13
**Newman** [7] - 52:1, 52:2, 52:19, 53:21, 53:22, 54:2
**next** [29] - 12:14, 17:4, 19:17, 19:20, 22:3, 22:16, 26:20, 28:14, 34:14, 34:15, 34:17, 40:22, 40:23, 44:19, 46:11, 49:1, 49:2, 49:3, 51:12, 62:10, 62:15, 65:14, 66:24, 67:7, 67:22, 76:19, 77:1, 80:17, 80:21
**NEXT** [1] - 9:22
**nice** [1] - 81:1
**night** [4] - 25:17, 26:3, 32:7, 32:21
**NIZIALEK** [1] - 5:4
**NO** [2] - 1:6, 9:22
**NOAH** [1] - 19:7
**NOAH's** [1] - 19:18
**Noble** [10] - 27:24, 28:6, 29:16, 70:12, 70:25, 71:3, 72:17, 72:19, 73:2
**nobody** [1] - 38:1
**NOMELLINI** [12] - 4:4, 25:10, 27:8, 28:25, 31:1, 31:5, 70:20, 72:25, 73:8, 73:12, 73:14, 73:16
**Nomellini** [6] - 25:7, 26:3, 27:8, 44:25, 45:7, 70:20
**Nomellini's** [2] - 25:16, 26:9
**nonboard** [1] - 24:20
**none** [1] - 52:22

**nonetheless** [1] - 51:1
**nonprivileged** [1] - 20:9
**noon** [2] - 23:1, 23:2
**NORFOLK** [1] - 1:25
**normally** [1] - 76:1
**NORSKE** [1] - 6:3
**North** [2] - 57:4, 61:12
**NORTH** [4] - 3:17, 3:18, 3:20, 3:21
**not-so-kind** [1] - 59:3
**note** [10] - 13:23, 13:25, 26:8, 26:25, 33:22, 40:13, 48:5, 48:19, 58:14, 72:6
**noted** [3] - 11:17, 23:14, 48:6
**notes** [2] - 65:25, 78:9
**nothing** [1] - 52:21
**notice** [1] - 10:14
**noticed** [1] - 23:13
**noticing** [1] - 22:6
**November** [3] - 22:9, 37:16, 52:7
**NUMBER** [1] - 8:18
**Number** [10] - 11:15, 12:2, 12:16, 14:7, 14:25, 15:9, 15:19, 44:7, 44:23, 45:7
**number** [10] - 19:3, 19:5, 19:20, 23:14, 23:16, 23:19, 65:9, 65:13, 65:15, 76:17
**numbered** [1] - 81:17
**numbers** [1] - 75:23
**NW** [1] - 4:23
**NY** [1] - 5:16

# O

**O'BRIEN'S** [1] - 5:10
**O'KEEFE** [1] - 1:21
**O'Keefe** [1] - 10:14
**O'Toole** [1] - 46:18
**O'TOOLE** ...................................... [1] - 8:22
**object** [3] - 16:5, 47:24, 48:23
**objection** [6] - 23:6, 23:11, 29:5, 48:6, 48:24, 64:11
**OBJECTIONS** [1] - 9:9
**objections** [3] - 14:17, 55:2, 62:5
**obligated** [1] - 75:9
**OBLIGATION** [1] - 7:14
**obligation** [1] - 17:16

**obtain** [1] - 52:12
**obtained** [1] - 69:22
**obviously** [3] - 23:25, 40:13, 72:22
**occurs** [1] - 59:16
**October** [9] - 22:8, 36:21, 37:15, 41:12, 41:13, 41:16, 41:17, 41:20, 51:13
**OF** [13] - 1:1, 1:5, 1:12, 2:13, 2:21, 7:5, 7:11, 7:14, 7:16, 7:19, 7:22, 8:18, 9:11
**office** [1] - 77:4
**OFFICE** [1] - 2:18
**Official** [2] - 81:13, 81:22
**OFFICIAL** [1] - 6:10
**offshore** [1] - 63:15
**OFFSHORE** [3] - 3:4, 5:3, 5:11
**oil** [2] - 16:18, 20:11
**OIL** [2] - 1:4, 1:4
**okey** [1] - 30:1
**ON** [1] - 1:5
**once** [5] - 13:24, 42:13, 43:3, 65:19, 73:6
**one** [67] - 16:12, 17:3, 17:20, 23:7, 23:12, 23:13, 24:2, 27:1, 33:21, 33:24, 34:3, 35:1, 35:3, 35:4, 35:10, 36:1, 36:8, 39:3, 39:13, 39:22, 42:20, 43:21, 43:25, 44:8, 45:25, 46:18, 47:10, 47:11, 50:9, 50:15, 50:18, 51:16, 51:21, 52:1, 53:1, 53:8, 53:10, 53:16, 54:2, 54:3, 54:6, 54:10, 54:11, 54:21, 54:22, 56:13, 58:17, 59:2, 61:17, 63:6, 64:4, 66:9, 67:16, 68:9, 69:12, 72:1, 72:6, 72:8, 77:11, 77:18, 77:20, 78:17, 78:19
**ONE** [2] - 2:10, 3:22
**one-day** [15] - 33:21, 36:1, 39:3, 39:13, 42:20, 43:21, 47:10, 51:16, 53:8, 53:10, 54:21, 77:11, 78:17, 78:19
**ones** [2] - 66:8, 77:22
**ongoing** [2] - 69:25,

79:15
**onsite** [1] - 12:5
**open** [1] - 15:9
**operation** [1] - 56:23
**operational** [1] - 56:22
**opinions** [2] - 75:25, 76:7
**opportunity** [3] - 14:22, 28:16, 55:9
**oranges** [2] - 78:3, 78:8
**ORDER** [1] - 10:4
**order** [16] - 14:1, 14:11, 14:19, 17:21, 23:15, 23:17, 24:3, 28:11, 29:5, 29:19, 30:7, 52:14, 69:1, 70:16, 77:13
**Order** [1] - 21:2
**ordered** [2] - 28:3, 30:13
**orders** [1] - 33:20
**ordinary** [1] - 72:11
**Orleans** [1] - 43:20
**ORLEANS** [11] - 1:7, 1:22, 2:11, 2:23, 3:7, 3:24, 4:10, 5:5, 5:20, 5:24, 6:11
**OTHER** [1] - 9:19
**otherwise** [1] - 37:17
**ought** [4] - 35:1, 38:17, 39:3, 54:3
**outlined** [1] - 66:17
**outside** [2] - 73:23, 76:3
**OUTSTANDING** [2] - 9:5, 9:9
**outstanding** [5] - 17:15, 18:13, 30:3, 57:18, 62:5
**overall** [1] - 45:13
**overcomes** [1] - 33:24
**overly** [1] - 60:12
**overseas** [3] - 64:1, 64:4, 78:14
**oversight** [1] - 57:2
**owe** [1] - 73:25
**owed** [1] - 73:25
**Owen** [1] - 61:11
**own** [4] - 33:19, 37:12, 69:11, 69:16

# P

**p.m** [1] - 32:10
**PAGE** [1] - 7:3
**page** [6] - 12:2, 15:1, 15:10, 16:12, 18:24, 79:1

**pages** [3] - 12:16, 18:25, 79:3
**pajamas** [1] - 33:1
**PAPANTONIO** [1] - 2:3
**part** [9] - 15:2, 16:9, 27:19, 51:16, 51:18, 57:14, 69:21
**participants** [2] - 10:9, 10:18
**participation** [1] - 17:22
**particular** [5] - 11:23, 15:3, 21:22, 69:10, 75:6
**particularly** [1] - 58:4
**PARTIES** [1] - 9:16
**parties** [15] - 13:15, 14:14, 14:16, 16:14, 20:9, 21:22, 28:12, 42:23, 74:19, 74:21, 75:6, 75:9, 76:16, 77:11
**parts** [1] - 13:19
**party** [6] - 60:12, 60:17, 75:9, 79:16, 79:19, 80:6
**PARTY** ...................................... [1] - 9:23
**pass** [2] - 40:6, 40:9
**patient** [1] - 17:23
**patty** [1] - 61:6
**patty-cake** [1] - 61:6
**Paul** [1] - 49:22
**pay** [3] - 36:24, 37:5, 81:2
**peace** [1] - 26:11
**pen** [2] - 33:5, 33:7
**pending** [2] - 12:13, 40:7
**PENSACOLA** [1] - 2:5
**people** [20] - 24:12, 36:2, 38:1, 48:12, 48:14, 48:16, 48:18, 49:23, 54:23, 55:21, 59:15, 63:15, 63:22, 67:5, 67:9, 75:12, 76:11, 76:14
**Pepper** [3] - 81:11, 81:20, 81:21
**PEPPER** [1] - 6:10
**per** [1] - 76:12
**perfect** [4] - 18:2, 18:23, 20:4, 44:2
**perhaps** [6] - 14:13, 16:14, 17:11, 34:14, 49:17
**period** [3] - 28:10, 29:7, 67:20
**permission** [1] - 11:8

11

**perplexed** [1] - 75:2
**Perrin** [3] - 66:10,
66:11, 66:12
**PERRIN**.....................
..........................[1] -
9:13
**person** [2] - 49:9,
50:19
**personal** [1] - 38:25
**perspective** [2] - 54:5,
65:17
**PETROLEUM** [1] -
4:20
**PETU's** [1] - 15:1
**PETU'S**.....................
..........[1] - 7:10
**PHASE** [2] - 7:16, 9:15
**Phase** [34] - 18:12,
26:17, 26:19, 33:10,
34:7, 34:11, 35:4,
35:5, 36:2, 36:3,
36:6, 36:7, 36:9,
36:10, 36:12, 36:17,
37:13, 37:16, 37:23,
42:7, 42:9, 42:12,
42:19, 42:24, 42:25,
43:1, 73:17, 74:11
**phases** [1] - 55:9
**PHELPS** [1] - 5:22
**Phil** [6] - 51:4, 77:6,
79:13, 80:17, 80:22
**PHILLIP** [2] - 4:9, 5:4
**phone** [6] - 10:9,
10:18, 16:11, 18:14,
78:6, 81:3
**physical** [1] - 39:13
**physically** [2] - 22:1,
50:5
**pick** [5] - 43:2, 63:5,
64:1, 64:13, 77:11
**picture** [1] - 56:24
**pictures** [1] - 12:20
**PIGMAN** [1] - 4:8
**pint** [1] - 26:20
**pitch** [1] - 39:2
**pitiful** [1] - 67:13
**PIXTON** [1] - 4:5
**PLACE** [3] - 2:10,
5:19, 5:23
**place** [1] - 49:23
**places** [2] - 63:23,
71:19
**plaintiffs** [9] - 22:23,
25:1, 26:24, 27:21,
39:8, 39:23, 58:6,
67:15, 68:5
**PLAINTIFFS** [1] - 1:23
**PLAINTIFFS'** [1] -
1:16
**plan** [1] - 76:23

**planning** [1] - 44:20
**plate** [3] - 16:23, 30:16
**play** [3] - 17:2, 24:24,
61:6
**podium** [1] - 25:14
**point** [28] - 17:6,
18:19, 20:24, 21:7,
22:25, 26:16, 26:19,
29:3, 36:16, 38:17,
39:2, 47:21, 48:15,
50:23, 51:24, 53:16,
54:11, 64:7, 67:8,
67:16, 70:16, 71:13,
71:21, 71:22, 72:6,
72:13, 74:6, 77:7
**points** [2] - 72:1, 72:6
**policies** [3] - 68:10,
68:18, 69:17
**policy** [2] - 68:24, 69:2
**pond** [1] - 38:2
**poor** [1] - 67:6
**pop** [2] - 73:5, 73:10
**position** [12] - 13:4,
14:20, 25:18, 28:12,
36:8, 37:20, 47:20,
47:24, 48:23, 52:10,
52:14, 73:24
**positively** [1] - 42:14
**possibility** [1] - 63:17
**possible** [7] - 20:2,
22:1, 22:7, 25:11,
25:12, 50:19, 61:23
**possibly** [1] - 20:4
**post** [2] - 19:23, 36:1
**post-event** [1] - 19:23
**posted** [1] - 65:21
**Powell** [2] - 44:6, 44:8
**POWELL**....................
..........................[1] -
8:17
**power** [1] - 12:23
**POYDRAS** [4] - 3:7,
3:23, 5:5, 6:11
**practices** [5] - 68:22,
68:23, 72:3, 72:4,
72:11
**pre** [3] - 19:19, 19:23,
52:21
**pre-April** [1] - 52:21
**pre-event** [2] - 19:19,
19:23
**precisely** [1] - 75:17
**predicate** [1] - 64:14
**prefer** [2] - 23:25,
77:16
**preliminary** [1] - 66:25
**PRELIMINARY** [1] -
9:14
**prepare** [3] - 74:22,
75:7, 75:12

**PREPARE** [1] - 9:17
**PRESENT** [1] - 6:7
**present** [2] - 28:14,
76:6
**presented** [1] - 14:14
**preservation** [6] -
10:25, 11:14, 12:14,
13:15, 15:2, 17:22
**PRESERVATION** [1] -
7:5
**preserve** [1] - 16:12
**preserving** [1] - 13:18
**pressure** [1] - 53:24
**presumed** [1] - 53:6
**presumption** [2] -
33:24, 36:1
**presumptive** [1] - 35:3
**presumptively** [1] -
33:20
**pretend** [1] - 38:7
**Pretrial** [1] - 21:2
**pretty** [9] - 12:20,
18:23, 33:20, 40:17,
40:18, 40:23, 54:9,
57:25, 70:19
**previously** [2] - 76:13,
76:14
**Pride** [7] - 70:12,
70:25, 71:3, 72:16,
72:19, 73:1, 73:2
**principal** [1] - 31:15
**prioritize** [1] - 19:25
**priority** [1] - 19:18
**PRIVILEGED** [1] - 8:1
**privileged** [3] - 20:14,
32:6, 32:10
**Probert** [5] - 52:13,
52:20, 52:24, 53:1,
53:12
**problem** [6] - 15:14,
16:20, 23:20, 41:3,
49:12, 63:2
**procedures** [1] - 80:10
**proceed** [2] - 50:24,
63:12
**PROCEEDINGS** [3] -
1:12, 6:13, 10:1
**proceedings** [2] -
81:5, 81:16
**process** [12] - 12:9,
12:25, 16:13, 17:23,
29:3, 44:11, 47:22,
59:12, 59:16, 62:10,
64:13
**processes** [1] - 56:25
**PROCTOR** [1] - 3:11
**produce** [5] - 25:23,
27:22, 28:4, 42:13,
75:13
**PRODUCED** [1] - 6:14

**produced** [19] - 21:22,
27:24, 28:3, 28:22,
29:1, 30:6, 30:11,
30:13, 30:22, 30:24,
30:25, 32:6, 32:13,
32:16, 38:6, 52:2,
64:22, 70:24, 75:13
**producing** [1] - 27:7
**production** [14] - 19:1,
19:7, 19:8, 19:13,
19:16, 19:18, 19:22,
21:1, 32:12, 36:17,
79:4, 79:5, 79:6,
79:9
**PRODUCTION** [2] -
3:16, 3:19
**productions** [1] -
36:18
**PRODUCTS** [1] - 3:21
**program** [2] - 66:16,
66:18
**progress** [1] - 62:7
**projecting** [1] - 12:8
**promised** [1] - 31:19
**promptly** [1] - 40:18
**pronounce** [2] - 45:1,
45:3
**propose** [1] - 65:16
**proposed** [2] - 23:17,
54:8
**protest** [1] - 58:14
**protocol** [4] - 11:14,
12:18, 13:11, 13:16
**protocols** [1] - 69:12
**provide** [1] - 75:10
**PROVIDED** [1] - 9:18
**provided** [6] - 13:14,
13:17, 23:6, 25:25,
74:23, 75:8
**provides** [1] - 76:5
**PSC** [33] - 7:18, 7:19,
24:7, 24:8, 24:14,
24:18, 25:25, 33:9,
33:23, 35:22, 38:12,
40:14, 42:8, 43:23,
49:17, 49:19, 54:11,
55:12, 57:6, 57:20,
58:4, 58:17, 58:18,
59:14, 60:12, 61:5,
65:23, 71:5, 71:22,
73:3, 73:12, 78:9
**PSC's** [1] - 27:18
**PSC'S** [1] - 7:22
**PTO** [1] - 21:25
**pull** [1] - 76:25
**purposes** [2] - 16:22,
54:1
**PURSUANT** [1] - 9:17
**pursuant** [3] - 30:7,
44:13, 74:22

**pushed** [1] - 36:21
**put** [8] - 13:13, 14:5,
16:18, 19:20, 37:19,
38:10, 61:19, 76:15
**PUTNAM** [1] - 6:3
**putting** [1] - 25:4

## Q

**Q-U-I-B-O-D-E-A-U-X**
[1] - 41:11
**QC** [1] - 79:4
**quantification** [7] -
20:7, 20:12, 20:19,
26:12, 26:18, 27:12,
27:14
**questions** [7] - 20:21,
36:6, 36:7, 50:4,
56:16, 58:19, 61:16
**Quibodeaux** [2] -
41:10, 41:11
**QUIBODEAUX**..........
..........................[1]
- 8:12
**quick** [2] - 67:16, 72:1
**quickly** [4] - 20:2,
21:16, 34:1, 40:23
**quite** [2] - 19:10,
45:11
**quote** [2] - 29:6, 29:7

## R

**Rachel** [2] - 32:15,
78:22
**RACHEL** [1] - 3:10
**RAFFERTY** [1] - 2:3
**raise** [3] - 53:11,
67:16, 80:23
**raised** [4] - 44:7, 53:1,
53:4, 76:15
**raising** [1] - 29:4
**Ravi** [5] - 43:14, 43:19,
43:25, 54:9, 57:13
**RAVI**............................
..........................[1] -
8:16
**re** [1] - 14:9
**RE** [1] - 1:4
**re-cede** [1] - 14:9
**reached** [6] - 15:24,
24:9, 31:15, 43:19,
74:19, 75:18
**read** [4] - 11:1, 22:12,
25:16, 62:21
**readily** [1] - 32:12
**ready** [1] - 73:11
**real** [4] - 38:11, 65:19,

67:16, 78:14
**realizing** [2] - 53:9,
53:12
**reallocation** [1] -
57:22
**really** [21] - 15:15,
21:10, 23:6, 23:9,
23:19, 33:24, 34:8,
34:11, 34:12, 44:10,
47:9, 48:6, 52:11,
54:11, 58:25, 59:1,
68:2, 71:5, 72:7,
72:20, 76:24
**Realtime** [2] - 81:11,
81:21
**REALTIME** [1] - 6:10
**reason** [13] - 29:16,
36:4, 36:21, 38:16,
48:5, 59:21, 59:22,
59:23, 70:5, 70:6,
70:18, 72:16, 78:8
**reasonable** [2] -
25:11, 47:12
**rebuttal** [1] - 61:15
**receive** [1] - 79:8
**received** [2] - 54:22,
67:2
**receiving** [1] - 78:23
**recent** [2] - 23:25,
33:20
**recently** [3] - 46:21,
53:6, 61:11
**recognized** [1] - 72:2
**reconsider** [1] - 35:5
**record** [10] - 25:17,
26:8, 27:1, 40:17,
49:8, 59:10, 61:7,
61:18, 71:17, 81:16
**RECORDED** [1] - 6:13
**records** [2] - 19:17,
20:11
**red** [2] - 31:19, 71:23
**redaction** [1] - 24:15
**REDACTION**............
............ [1] - 7:19
**redactions** [3] - 24:21,
25:2, 27:1
**redirect** [1] - 61:15
**reevaluate** [1] - 59:1
**reference** [3] - 23:14,
23:16, 23:18
**referred** [2] - 20:17,
65:8
**referring** [1] - 68:7
**reflect** [1] - 25:17
**regard** [5] - 13:10,
43:24, 44:23, 47:20,
48:23
**regardless** [2] - 51:1,
74:11

**regards** [2] - 11:15,
13:8
**region** [1] - 70:9
**Registered** [1] - 81:11
**regroup** [1] - 35:20
**REGULATORY** [1] -
8:24
**regulatory** [2] - 50:10,
50:20
**reiterate** [1] - 59:1
**related** [3] - 18:22,
19:7, 19:9, 19:12,
19:16, 19:22, 20:3,
20:13, 21:12, 22:2,
72:14, 74:4
**RELATES** [1] - 1:9
**relationship** [2] - 69:7,
71:7
**relationships** [1] -
70:11
**relative** [5] - 17:13,
18:4, 18:11, 22:5,
25:8
**release** [2] - 15:10,
27:4
**RELEASE** [1] - 7:11
**relevance** [2] - 24:21,
72:2
**relevant** [4] - 37:16,
38:6, 68:16, 72:10
**relied** [1] - 76:1
**rely** [2] - 17:7, 17:9
**remaining** [8] - 34:2,
46:2, 63:7, 63:14,
70:24, 77:16, 79:4
**remember** [1] - 23:15
**remind** [2] - 14:1, 79:8
**reminded** [1] - 26:25
**remote** [1] - 64:6
**remotely** [1] - 64:4
**RENAISSANCE** [1] -
4:14
**repeat** [2] - 31:3, 73:8
**report** [18] - 18:12,
20:20, 20:23, 24:13,
25:17, 31:11, 41:21,
48:12, 49:17, 49:23,
49:25, 50:5, 66:3,
75:10, 76:2, 76:4,
77:8, 78:13
**REPORTER** [2] - 6:10,
6:10
**Reporter** [6] - 81:11,
81:12, 81:13, 81:21,
81:22
**reporter** [1] - 66:5
**REPORTER'S** [1] -
81:9
**reporting** [1] - 57:1
**REPORTS** [1] - 9:19

**reports** [2] - 74:24,
75:14
**representation** [3] -
42:11, 72:19, 73:1
**representatives** [1] -
24:18
**represented** [1] -
72:17
**representing** [1] -
40:5
**request** [21] - 27:18,
28:5, 29:6, 36:4,
40:12, 42:2, 53:19,
55:13, 57:18, 57:24,
59:21, 62:5, 62:20,
64:9, 64:14, 70:23,
71:5, 71:7, 72:13,
73:12, 74:2
**REQUEST** [5] - 7:22,
9:5, 9:6, 9:9, 9:11
**requested** [7] - 11:18,
25:8, 42:6, 45:24,
60:15, 63:3, 74:1
**REQUESTED** [2] -
7:20, 8:20
**requesting** [2] - 46:12,
73:23
**REQUESTS** [1] - 9:4
**requests** [2] - 25:24,
57:17
**require** [1] - 33:11
**REQUIRED** [1] - 9:17
**required** [2] - 74:22,
75:7
**requirements** [1] -
68:25
**resolution** [1] - 80:22
**resolve** [1] - 80:20
**resolved** [6] - 27:17,
30:9, 40:18, 40:22,
43:13, 51:22
**respect** [14] - 12:18,
21:1, 21:18, 22:2,
25:16, 26:11, 26:13,
28:10, 30:3, 65:4,
65:13, 72:4, 77:13,
77:22
**respond** [3] - 21:16,
49:18, 67:5
**RESPOND** [1] - 8:23
**response** [5] - 16:19,
20:15, 54:24, 66:15,
80:5
**RESPONSE** [1] - 5:10
**responses** [4] - 48:14,
66:24, 67:1, 67:13
**responsibility** [1] -
56:23
**responsive** [2] - 19:9,
25:23

**restricted** [1] - 60:19
**result** [1] - 53:2
**results** [1] - 34:18
**retained** [2] - 75:5,
76:3
**return** [1] - 15:11
**review** [1] - 27:5
**reviewing** [2] - 24:19,
27:2
**REVISED** [2] - 7:17,
8:1
**revised** [2] - 22:19,
32:5
**revisited** [1] - 28:5
**Rich** [2] - 54:14, 54:22
**Richard** [1] - 51:12
**RICHARD** [2] - 6:4, 9:2
**RIG** [1] - 1:4
**rig** [2] - 48:8, 70:3
**rigs** [1] - 70:1
**Rio** [5] - 62:24, 62:25,
63:1
**ripe** [1] - 21:8
**Ripley's** [1] - 12:21
**rise** [2] - 10:7, 70:16
**RMR** [2] - 6:10, 81:21
**road** [3] - 36:18,
36:22, 48:18
**ROB** [1] - 8:7
**Rob** [1] - 35:17
**Roberts** [6] - 53:24,
60:10, 60:25, 62:7,
62:8, 73:20
**ROBERTS** [12] - 3:9,
60:8, 60:10, 61:3,
62:8, 62:18, 73:19,
74:13, 79:22, 79:24,
80:10, 80:16
**Roland** [1] - 66:12
**role** [1] - 52:21
**rolling** [1] - 36:17
**RONQUILLO** [2] -
4:12, 4:17
**ROOM** [2] - 2:16, 6:11
**Rose's** [1] - 61:8
**round** [1] - 27:4
**row** [1] - 41:25
**ROY** [2] - 1:17, 1:17
**Rule** [5] - 74:23, 75:4,
75:8, 75:12, 76:2
**RULE** [1] - 9:18
**rule** [1] - 77:23
**ruling** [8] - 29:8,
29:10, 29:11, 29:13,
50:4, 64:9, 72:23,
74:15
**run** [3] - 28:16, 29:23,
47:3
**running** [2] - 28:13,

57:4
**RUSNAK** [1] - 2:6
**RYAN** [1] - 4:4

## S

**s/Cathy** [1] - 81:20
**safety** [1] - 56:25
**sake** [1] - 79:20
**SALLY** [1] - 1:12
**SAN** [1] - 2:16
**Sandia** [1] - 20:9
**Sannon** [3] - 61:12,
68:6, 69:24
**SARAH** [1] - 2:15
**Sarah** [9] - 18:13,
18:14, 20:20, 21:11,
21:15, 22:10, 26:7,
27:13, 45:10
**Sarah's** [3] - 20:23,
20:25, 38:8
**sat** [2] - 25:19, 58:16
**Saturday** [1] - 18:21
**saw** [2] - 42:8, 73:6
**schedule** [7] - 12:4,
12:19, 13:9, 13:24,
15:2, 33:16, 47:13
**scheduled** [8] - 12:4,
21:13, 26:14, 33:9,
35:19, 36:15, 51:13,
65:11
**schedules** [5] - 13:10,
13:13, 13:14, 13:18,
13:23
**scheduling** [6] - 33:2,
33:3, 34:2, 37:14,
38:15, 38:22
**SCHEDULING**..........
................................
. [1] - 8:2
**scheme** [1] - 45:13
**Schlumberger** [11] -
46:11, 46:19, 46:23,
47:2, 47:18, 47:19,
48:7, 48:23, 48:25,
49:10, 49:11
**Schlumberger's** [2] -
47:24, 48:22
**school** [3] - 56:3,
56:6, 56:9
**SCOFIELD** [15] - 5:7,
41:6, 41:10, 41:12,
41:14, 41:16, 41:18,
41:20, 41:23, 47:17,
48:2, 49:1, 49:3,
49:7, 49:14
**Scofield** [3] - 41:7,
46:20, 47:17
**SCOPE** [1] - 8:18

**scope** [4] - 44:12, 44:19, 44:23, 45:18
**Scotland** [1] - 63:23
**SEACOR** [6] - 5:11, 5:11, 5:12, 5:12, 5:13, 5:13
**SEARCH** [1] - 7:20
**search** [7] - 20:1, 25:8, 25:18, 25:25, 27:10, 27:11, 27:12
**searches** [2] - 19:11, 20:15
**second** [3] - 27:4, 27:10, 68:14
**secret** [2] - 48:10, 76:15
**see** [17] - 10:23, 18:10, 24:6, 25:14, 31:20, 33:2, 34:11, 36:22, 40:19, 43:13, 50:21, 50:22, 55:24, 59:13, 62:20, 64:6, 77:4
**seeing** [1] - 23:15
**seek** [1] - 50:15
**seem** [3] - 16:15, 18:11, 67:5
**segue** [1] - 43:11
**segues** [1] - 43:6
**send** [2] - 31:19, 49:4
**sense** [4] - 16:15, 53:3, 75:1, 75:15
**sent** [3] - 22:24, 23:3, 57:24
**SENT** [1] - 9:6
**separate** [1] - 53:22
**separately** [1] - 74:5
**September** [17] - 15:22, 22:7, 22:10, 33:9, 34:19, 34:21, 37:1, 37:15, 38:15, 38:19, 38:23, 41:8, 41:9, 43:21, 48:1, 57:19
**served** [1] - 20:19
**Service** [1] - 67:25
**SERVICES** [1] - 4:12
**session** [1] - 24:18
**set** [4] - 37:1, 37:6, 71:17, 78:9
**settlement** [2] - 30:12, 30:22
**settlements** [2] - 30:3, 31:17
**SETTLEMENTS.........**
**..................................**
**..** [1] - 7:24
**seventh** [1] - 32:11
**several** [4] - 37:7, 37:8, 54:10, 57:7
**share** [1] - 59:23

**SHELL** [1] - 3:22
**shipped** [2] - 78:25, 79:3
**shocked** [1] - 45:11
**shooting** [1] - 65:18
**shop** [1] - 56:10
**short** [2] - 12:17, 22:19
**SHORT** [1] - 7:17
**shortly** [2] - 13:5, 17:4
**show** [2] - 70:13
**shower** [1] - 12:21
**showing** [1] - 47:4
**shown** [1] - 33:22
**shrink** [1] - 16:15
**SHUSHAN** [1] - 1:12
**side** [3] - 38:12, 44:12
**SIEMENS** [1] - 5:14
**signature** [1] - 22:21
**signed** [1] - 14:1
**significant** [2] - 22:6, 23:9
**silence** [2] - 57:13, 69:20
**similar** [1] - 52:14
**simple** [1] - 80:2
**simply** [1] - 49:10
**site** [4] - 11:24, 12:18, 15:5, 32:17
**sitting** [1] - 50:25
**situation** [3] - 39:17, 64:14, 64:15
**six** [7] - 23:7, 33:1, 63:5, 63:10, 63:13, 64:1, 65:14
**skip** [2] - 38:20, 39:22
**skipped** [1] - 44:6
**slightly** [1] - 42:5
**small** [4] - 19:22, 31:22, 50:14, 67:16
**so's** [1] - 51:18
**so...and** [1] - 27:12
**so...but** [1] - 62:1
**softballs** [1] - 61:20
**solution** [1] - 80:2
**sometimes** [3] - 59:8, 59:14, 61:6
**somewhat** [3] - 52:14, 60:5, 74:4
**somewhere** [1] - 15:18
**soon** [1] - 57:25
**sorry** [8] - 11:21, 11:22, 12:24, 30:12, 44:5, 67:13, 73:8, 79:7
**sort** [1] - 21:2
**sorts** [1] - 68:18
**sound** [1] - 19:2

**sounds** [3] - 29:7, 42:16, 49:7
**source** [6] - 20:7, 20:12, 20:18, 26:11, 27:11, 27:14
**SOUTH** [1] - 2:4
**Special** [1] - 63:1
**special** [2] - 37:9, 53:12
**specific** [2] - 59:21, 59:22
**specifically** [1] - 71:19
**specifics** [1] - 11:6
**spent** [1] - 24:18
**SPILL** [1] - 1:4
**spill** [2] - 16:18, 20:11
**spoken** [1] - 55:15
**spraying** [1] - 13:4
**SQUARE** [1] - 3:22
**ST** [2] - 5:19, 5:20
**STACK** [1] - 7:12
**stack** [5] - 15:23, 15:25, 16:7, 17:5, 17:13
**stand** [7] - 13:8, 23:22, 24:14, 40:22, 64:8, 64:11, 70:5
**stands** [4] - 42:10, 42:13, 59:22, 70:3
**start** [11] - 10:24, 12:5, 12:9, 13:4, 22:7, 22:9, 28:16, 67:10, 67:21, 71:7, 71:8
**started** [3] - 20:8, 26:18, 64:16
**starting** [1] - 15:5
**State** [2] - 57:20, 81:12
**STATE** [2] - 2:18, 2:21
**state** [3] - 17:2, 24:23, 61:5
**statement** [1] - 80:14
**statements** [1] - 25:23
**states** [1] - 59:13
**STATES** [3] - 1:1, 1:13, 7:15
**States** [6] - 17:17, 26:9, 26:12, 57:20, 81:13, 81:22
**status** [2] - 25:9, 77:1
**STATUS** [2] - 1:12, 9:22
**stay** [3] - 22:14, 35:1, 54:3
**STEFANIE** [1] - 4:14
**STENOGRAPHY** [1] - 6:13
**step** [2] - 71:5, 71:6
**STEPHEN** [1] - 1:21
**stepped** [1] - 25:13

**stepping** [1] - 38:8
**steps** [3] - 17:4, 24:23, 70:22
**Sterbcow** [1] - 49:22
**steve** [1] - 75:20
**Steve** [25] - 22:18, 22:19, 22:23, 24:22, 25:1, 26:22, 26:24, 28:2, 41:8, 41:9, 53:24, 60:9, 60:10, 62:8, 66:25, 67:6, 67:10, 67:12, 67:15, 70:17, 71:25, 73:20, 75:21, 80:21
**STEVE** [1] - 8:11
**Steve's** [1] - 23:24
**STEVEN** [1] - 3:9
**Stewart** [1] - 38:15
**STEWART** [1] - 8:8
**still** [5] - 17:17, 21:12, 38:17, 38:25, 57:18
**STILL** [1] - 9:5
**STONE** [1] - 4:8
**stone** [1] - 67:8
**stop** [2] - 57:5, 68:12
**straight** [3] - 71:17, 80:14, 80:16
**straight-up** [2] - 80:14, 80:16
**straighten** [1] - 24:5
**STREET** [15] - 1:18, 2:4, 2:11, 2:22, 3:7, 3:10, 3:23, 4:10, 4:15, 4:23, 5:5, 5:8, 5:24, 6:4, 6:11
**strive** [1] - 22:13
**strong** [1] - 23:11
**stuff** [2] - 16:9, 16:16
**subject** [5] - 24:20, 33:21, 76:5, 77:19, 77:23
**subjects** [1] - 57:7
**submission** [3] - 44:14, 44:15, 44:18
**submit** [2] - 12:21, 61:10
**submitted** [4] - 23:20, 25:18, 61:8, 61:9
**substantial** [1] - 55:8
**substantive** [1] - 71:21
**sufficient** [1] - 34:4
**sufficiently** [1] - 38:7
**suggest** [3] - 44:13, 57:13, 71:22
**suggested** [1] - 44:13
**suggestion** [2] - 37:22, 54:24
**SUITE** [11] - 2:4, 2:11, 3:10, 3:13, 3:23,

**4:15, 4:18, 5:5, 5:8, 5:24, 6:4**
**summary** [1] - 76:6
**super** [1] - 76:15
**supplement** [1] - 76:10
**supplemental** [2] - 19:12, 32:11
**supplemented** [1] - 48:13
**support** [1] - 70:17
**surfaces** [2] - 12:24, 13:4
**surgeries** [1] - 39:10
**suspect** [3] - 56:12, 56:14
**SUTHERLAND** [1] - 3:9

**T**

**table** [1] - 24:15
**Tanner** [1] - 49:10
**target** [2] - 22:9, 47:25
**task** [1] - 61:19
**team** [12] - 15:4, 24:22, 42:7, 42:19, 43:5, 64:17, 64:20, 65:1, 65:10, 65:12, 65:18, 78:13
**tear** [1] - 16:16
**tech** [1] - 24:12
**technical** [8] - 13:11, 13:16, 56:13, 56:18, 57:1, 57:8, 68:23
**telephone** [3] - 44:9, 63:14, 78:14
**TEMPORARY** [1] - 7:7
**temporary** [1] - 12:3
**tenor** [1] - 29:14
**tentative** [8] - 24:9, 38:15, 38:18, 38:19, 38:22, 39:1, 42:3, 52:7
**tentatively** [1] - 51:13
**term** [1] - 16:17
**TERMS** [1] - 7:20
**terms** [11] - 16:17, 24:10, 25:8, 25:18, 25:25, 27:10, 27:11, 27:12, 29:3, 65:1, 71:4
**TESSIER** [1] - 5:3
**test** [1] - 16:14
**testified** [1] - 55:15
**testify** [2] - 75:5, 76:7
**testifying** [1] - 50:5
**testimony** [2] - 44:19, 55:17

**tests** [1] - 16:21
**THAT** [2] - 7:20, 9:16
**THE** [241] - 1:4, 1:5,
1:12, 1:16, 1:23,
2:13, 2:21, 7:5, 7:10,
7:11, 7:12, 7:14,
7:15, 7:18, 8:18, 9:9,
9:16, 9:17, 9:19,
10:7, 10:8, 10:11,
10:13, 10:18, 10:21,
11:4, 11:11, 11:19,
11:21, 11:24, 12:11,
12:13, 13:7, 13:20,
13:25, 14:4, 14:16,
14:24, 15:8, 15:14,
15:17, 15:19, 16:4,
16:6, 16:24, 17:7,
17:10, 17:12, 18:2,
18:9, 18:16, 18:18,
19:2, 20:20, 21:17,
22:5, 22:15, 23:2,
23:21, 24:2, 24:13,
24:25, 25:6, 25:13,
25:20, 26:6, 26:15,
27:16, 27:25, 28:15,
28:23, 29:2, 29:11,
29:18, 29:21, 30:1,
30:8, 30:15, 30:20,
31:3, 31:6, 31:9,
31:24, 32:3, 32:5,
32:8, 32:14, 32:20,
32:25, 33:7, 33:25,
34:13, 34:22, 35:2,
35:11, 35:13, 35:17,
35:20, 35:23, 36:11,
36:24, 37:5, 37:8,
38:3, 38:9, 38:14,
38:20, 39:7, 39:16,
39:21, 39:25, 40:4,
40:17, 40:21, 41:1,
41:3, 41:9, 41:11,
41:13, 41:15, 41:17,
41:19, 41:21, 41:24,
42:14, 42:18, 42:21,
43:2, 43:4, 43:7,
43:10, 43:13, 43:16,
44:2, 44:21, 45:5,
45:13, 45:16, 45:21,
45:23, 46:8, 46:10,
46:14, 47:16, 47:23,
48:21, 49:2, 49:5,
49:12, 49:16, 50:7,
50:17, 50:22, 51:2,
51:7, 51:9, 51:11,
51:18, 51:20, 52:4,
52:9, 52:17, 53:23,
54:7, 54:13, 54:16,
55:1, 55:11, 55:16,
55:22, 55:25, 56:5,
56:8, 56:17, 57:9,
57:16, 58:8, 58:11,

58:13, 58:21, 59:5,
59:18, 59:23, 59:25,
60:4, 60:9, 60:22,
61:20, 62:2, 62:14,
62:19, 63:1, 63:17,
63:20, 63:25, 64:6,
64:10, 65:7, 66:6,
66:8, 66:11, 66:18,
66:21, 66:24, 67:4,
67:22, 68:12, 68:15,
69:3, 69:19, 71:9,
71:25, 73:4, 73:10,
73:13, 73:15, 73:17,
74:6, 74:18, 75:4,
75:20, 76:4, 76:9,
76:24, 77:3, 77:14,
77:21, 77:25, 78:16,
78:19, 79:7, 79:12,
79:18, 79:20, 79:23,
80:3, 80:9, 80:12,
80:21, 80:25
**THEODORE** [1] - 5:15
**thereafter** [1] - 13:6
**therefore** [1] - 56:16
**thinking** [1] - 35:3
**thinks** [1] - 26:12
**third** [2] - 38:2, 38:3
**THIS** [1] - 1:9
**THOMAS** [1] - 2:3
**Thorseth** [8] - 33:8,
34:6, 34:9, 35:9,
37:1, 37:11, 37:12,
37:25
**THORSETH** [1] - 33:8
**THORSETH**...............
...................................[1]
- 8:3
**THOSE** [1] - 9:18
**three** [12] - 12:8, 19:6,
39:10, 50:16, 55:3,
61:16, 62:1, 63:13,
77:19, 78:17, 78:19
**three-and-a-half** [4] -
55:3, 63:13, 78:17,
78:19
**thrilled** [1] - 45:15
**Thunder** [9] - 28:2,
28:7, 28:17, 28:21,
29:15, 29:22, 67:23,
68:1, 72:24
**Thursday** [1] - 32:17
**Tim** [3] - 52:13, 52:24,
53:12
**TIME** [2] - 9:6, 9:19
**TIME**.............................
...................................[1] - 9:4
**timely** [1] - 25:12
**tired** [1] - 20:5
**tires** [10] - 34:8, 34:10,
34:14, 34:17, 35:6,

35:8, 35:20, 36:19,
42:14, 51:18
**TO** [12] - 1:9, 7:12,
7:15, 7:18, 8:23, 9:9,
9:17, 9:19, 10:4,
35:18, 58:16, 58:19
**today** [15] - 13:2,
18:16, 22:17, 39:1,
40:13, 41:5, 45:16,
50:13, 51:25, 53:10,
56:6, 56:10, 67:21,
78:23, 79:3
**together** [5] - 13:13,
24:12, 25:4, 55:23,
76:25
**ton** [1] - 65:2
**Tony** [3] - 40:10, 44:5,
61:21
**topic** [1] - 44:19
**TOPIC** [1] - 8:18
**Topic** [2] - 44:23,
45:18
**topics** [2] - 4:13, 71:8
**TORTS** [1] - 2:14
**total** [5] - 46:1, 63:6,
65:9, 65:13, 77:24
**touch** [1] - 17:2
**tough** [1] - 37:20
**TOWER** [2] - 1:24,
4:14
**track** [1] - 40:17
**Trahan** [3] - 38:22,
39:10, 39:12
**TRAHAN**.....................
...................................[1] -
8:9
**tranche** [1] - 65:14
**TRANSCRIPT** [2] -
1:12, 6:13
**transcript** [1] - 81:15
**transfer** [1] - 17:16
**TRANSFER** [1] - 7:14
**transferred** [1] - 11:16
**Transocean** [36] -
19:4, 31:13, 31:14,
48:12, 48:13, 57:18,
59:9, 60:8, 60:13,
60:17, 61:6, 61:13,
61:24, 62:8, 65:1,
65:10, 65:13, 68:8,
68:9, 68:17, 69:13,
69:23, 69:25, 70:4,
70:12, 71:19, 72:7,
72:18, 73:20, 75:11,
78:22, 78:24, 79:15,
80:2, 80:6, 80:14
**TRANSOCEAN** [5] -
3:3, 3:3, 3:5, 5:22,
9:5
**TRANSOCEAN'S** [2] -

9:9, 9:11
**Transocean's** [5] -
54:4, 62:5, 62:21,
71:20, 78:13
**travel** [1] - 63:16
**traveling** [1] - 64:7
**treated** [1] - 51:25
**trial** [1] - 74:11
**trip** [1] - 38:3
**true** [5] - 29:12, 59:8,
69:6, 81:15
**try** [12] - 17:22, 23:21,
25:11, 34:25, 43:24,
46:24, 53:11, 55:19,
62:17, 72:23, 76:25,
77:15
**trying** [4] - 28:11,
47:13, 69:6, 70:13
**TSEKERIDES** [1] -
5:15
**turf** [2] - 38:8, 38:9
**Turlak** [6] - 35:17,
42:1, 42:4, 42:6,
42:10, 43:11
**TURLAK**.......................
...................................[2] -
8:7, 8:15
**Turlock** [1] - 65:7
**two** [37] - 18:25, 33:7,
33:11, 33:24, 34:3,
36:4, 36:10, 39:11,
39:17, 40:15, 42:2,
42:9, 42:16, 43:3,
46:22, 47:4, 47:9,
47:11, 51:16, 51:21,
52:3, 52:13, 52:15,
53:7, 53:18, 54:6,
55:14, 58:16, 58:17,
58:23, 61:23, 64:1,
67:24, 72:1, 72:8,
77:20, 77:22
**two-day** [8] - 36:10,
39:11, 40:15, 42:2,
42:9, 42:16, 51:16,
52:15
**TX** [7] - 2:8, 3:11,
3:14, 4:15, 4:18, 5:8,
6:5

**U**

**U.S** [2] - 2:13, 5:18
**unavailable** [1] -
40:12
**undercut** [1] - 80:20
**Underhill** [2] - 17:1,
37:10
**UNDERHILL** [9] -
2:14, 16:3, 16:5,

16:7, 37:10, 38:4,
38:10, 58:25, 62:25
**understandably** [1] -
52:12
**underway** [1] - 24:23
**underwriter** [2] -
31:19, 32:1
**UNDERWRITERS** [1] -
5:22
**unfortunately** [1] -
76:17
**UNITED** [3] - 1:1, 1:13,
7:15
**United** [6] - 17:17,
26:9, 26:12, 57:20,
81:13, 81:22
**unless** [1] - 23:11
**unlike** [1] - 48:12
**unprotected** [1] - 47:7
**unredact** [1] - 27:4
**unredacted** [1] - 24:19
**unusual** [1] - 60:14
**up** [34] - 11:17, 16:13,
17:22, 19:4, 22:16,
23:9, 25:13, 30:20,
36:18, 37:12, 40:19,
40:23, 40:25, 43:12,
46:11, 46:14, 46:21,
48:20, 49:6, 50:3,
51:12, 53:5, 55:4,
57:6, 57:25, 58:22,
60:17, 64:13, 66:24,
70:6, 77:5, 79:2,
80:14, 80:16
**update** [9] - 10:25,
11:5, 12:3, 12:17,
18:19, 24:6, 25:7,
50:8, 62:4
**updated** [1] - 13:14
**updates** [1] - 11:10
**upset** [1] - 34:2
**US** [5] - 37:10, 59:13,
63:5, 63:13, 64:1
**usage** [1] - 68:20

**V**

**VA** [1] - 1:25
**vacation** [1] - 49:22
**valid** [1] - 39:12
**various** [3] - 11:9,
12:6, 14:13
**VERITAS** [1] - 6:3
**version** [1] - 24:1
**versions** [1] - 24:19
**versus** [1] - 65:11
**via** [1] - 50:5
**VICTOR** [1] - 8:21
**Victor** [2] - 46:11,

46:18
**video** [1] - 63:15
**Vidrine** [1] - 49:18
**VIDRINE** [1] - 8:23
**Vidrine's** [1] - 50:1
**view** [5] - 17:6, 18:20, 33:19, 40:15, 48:15
**visit** [2] - 29:16, 81:2
**visitors** [1] - 81:3
**VOICES** [1] - 10:10

# W

**waiting** [1] - 14:17
**waived** [1] - 53:15
**walk** [2] - 11:9, 68:15
**walk-through** [1] - 11:9
**WALKER** [2] - 1:23, 5:18
**WALTHER** [1] - 4:8
**wants** [9] - 11:25, 16:11, 33:12, 34:15, 36:12, 38:1, 38:25, 71:9, 77:25
**WARREN** [1] - 4:22
**WASHINGTON** [1] - 4:23
**waste** [1] - 65:20
**wasted** [1] - 64:20
**wasting** [2] - 69:22, 79:23
**WATERSIDE** [1] - 1:25
**wear** [1] - 50:19
**WEATHERFORD** [1] - 5:18
**Weatherford** [2] - 30:6, 30:11
**website** [1] - 11:17
**Wednesday** [12] - 24:17, 27:3, 27:23, 29:1, 44:14, 44:18, 44:19, 45:17, 45:19, 45:21, 50:1
**week** [40] - 10:15, 11:17, 15:6, 18:13, 18:25, 19:17, 19:20, 20:8, 20:10, 22:3, 27:22, 27:23, 28:14, 28:24, 30:7, 33:16, 34:14, 34:15, 34:17, 34:19, 36:19, 39:9, 40:22, 45:21, 51:24, 56:8, 62:11, 62:15, 67:7, 67:10, 67:22, 72:2, 72:7, 76:19, 77:1, 80:17, 80:21, 80:22
**WEEK** [1] - 9:22

**weeks** [3] - 41:24, 53:7, 58:17
**WEIL** [1] - 5:15
**welcome** [5] - 10:18, 46:10, 51:11, 66:21, 73:16
**wellbore** [1] - 13:5
**wells** [2] - 68:11, 70:1
**Wendy** [2] - 23:5, 23:20
**whereas** [1] - 42:25
**WHEREUPON** [1] - 81:5
**WHETHER** [1] - 7:12
**WHITELEY** [1] - 2:21
**whole** [4] - 27:4, 64:13, 72:21, 78:8
**WILL** [3] - 7:12, 9:16, 9:18
**WILLIAM** [1] - 5:19
**WILLIAMSON** [24] - 2:6, 2:7, 24:8, 27:19, 28:1, 28:18, 29:9, 29:12, 29:19, 29:25, 39:8, 39:19, 39:23, 40:2, 56:11, 58:5, 58:12, 59:2, 59:6, 68:5, 68:14, 68:16, 69:5, 69:21
**Williamson** [10] - 24:8, 27:21, 29:4, 39:8, 58:5, 58:6, 58:17, 58:19, 61:15, 68:5
**Williamson's** [2] - 33:22, 71:18
**willing** [1] - 56:9
**window** [1] - 22:14
**Winslow's** [1] - 61:9
**witness** [17] - 34:24, 37:13, 39:19, 53:13, 55:9, 56:1, 59:9, 60:15, 60:21, 61:6, 62:23, 66:25, 68:7, 69:23, 76:5, 76:7, 76:14
**WITNESS** [1] - 9:14
**witnesses** [20] - 19:14, 21:12, 22:4, 22:6, 34:5, 35:4, 36:25, 37:2, 37:9, 46:24, 47:25, 50:10, 58:8, 58:13, 58:16, 58:23, 63:3, 63:5, 63:13, 79:5
**WITNESSES** [1] - 8:24
**WITTMANN** [14] - 4:8, 4:9, 51:5, 51:8, 51:10, 62:13, 79:13, 79:19, 79:21, 79:25,

80:5, 80:13, 80:19, 80:24
**Wittmann** [4] - 62:9, 62:12, 79:13
**wonderful** [1] - 24:13
**WOODWAY** [1] - 3:13
**word** [3] - 38:18, 41:5, 51:13
**works** [1] - 44:15
**world's** [1] - 12:21
**WORLDWIDE** [1] - 5:12
**worry** [1] - 59:19
**worst** [2] - 45:5, 45:12
**worth** [1] - 19:1
**wrap** [2] - 16:15, 17:22
**wrapped** [1] - 16:13
**WRIGHT** [1] - 1:17
**written** [6] - 18:12, 21:10, 49:18, 50:4, 68:18, 68:24
**WRITTEN** [2] - 7:16, 8:23

# Y

**yard** [5] - 15:21, 15:23, 16:1, 16:8, 16:23
**YARD.............................
.................** [1] - 7:13
**year** [1] - 48:9
**yesterday** [7] - 22:21, 31:14, 44:9, 44:14, 44:22, 59:9, 78:25
**yield** [1] - 61:23
**yielded** [1] - 25:25
**YOAKUM** [1] - 2:7
**YORK** [2] - 4:17, 5:16

# Z

**zone** [2] - 47:6, 47:7