OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: August 1, 2011

                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

IN RE:    OIL SPILL by the OIL RIG                MDL NO. 2179
"DEEPWATER HORIZON" in the
GULF OF MEXICO, on April 20, 2010        SECTION:   J

                                                        JUDGE BARBIER

                                                        MAGISTRATE JUDGE SHUSHAN

**THIS DOCUMENT RELATES TO:**
**2:10-cv-03168**

Dear Sir or Ma'am:

    Please issue summons on Plaintiffs' Sixth Amended Complaint to the following:

1.     BP PLC
        28100 Torch Parkway
        Warrenville, IL 60555-3938

                                        Respectfully submitted,

                                        **GORDON, ELIAS & SEELY, L.L.P.**

                                        /s/*R. Todd Elias*_____
                                        R. Todd Elias
                                        Federal:           21551
                                        Texas Bar No.:    00787427
                                        Jeff Seely
                                        Texas Bar No.:    24033172
                                        1811 Bering Drive, Suite 300
                                        Houston, Texas 77057
                                        Telephone:      713-668-9999
                                        Facsimile:       713-668-1980

**CERTIFICATE OF SERVICE**

      I certify that the above and foregoing Amended Complaint will be served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in Accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 217, on this 5th day of August, 2011.

      /s/*R. Todd Elias*
      R. Todd Elias