**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG § | | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the § | | |
| GULF OF MEXICO, on § | | SECTION: J |
| APRIL 20, 2010 § | | |
| § | | |
| § | | JUDGE BARBIER |
| This Document Relates to: § | | MAG. JUDGE SHUSHAN |
| § | | |
| SDTX C.A. No. 4:10 – CV – 01852 § | | |

**MOTION TO DISMISS WITH PREJUDICE**

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, **DENNIS DEWAYNE MARTINEZ,** who upon suggesting to the Court that all matters and claims filed by Plaintiff against any party including but not limited to **TRANSOCEAN LTD., TRANSOCEAN OFFSHORE DEEPWATER DRILLING, L.L.C., CAMERON INTERNATIONAL CORPORATION A/K/A CAMERON SYSTEMS CORPORATION, HALLIBURTON ENERGY SERVICES, INC., BP EXPLORATION & PRODUCTION, INC., BP PLC.** and **M-I L.L.C.,** have all been amicably settled and fully compromised, and move that same be dismissed, with full prejudice, each party bears their own costs.

Respectfully submitted,

THE BUZBEE LAW FIRM

　　*/s/ Anthony G. Buzbee*
Anthony G. Buzbee
State Bar No. 24001820
JPMorgan Chase Tower
600 Travis, Suite. 7300
Houston, Texas 77002
Telephone: (713) 223-5393
Facsimile: (713) 223-5909
www.txattorneys.com

**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

  **I HEREBY CERTIFY** that on this **5th day of August, 2011**, the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system, and provided notice by and through Lexis-Nexis to all counsel of record.

                _____/s/ Anthony G. Buzbee_____
                **ANTHONY G. BUZBEE**