UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § § § § § | MDL NO. 2179<br><br>SECTION: J<br><br><br>JUDGE BARBIER |
| This Document Relates to: | | MAG. JUDGE SHUSHAN |
| SDTX C.A. No. 4:10 – CV – 01852 | | |

### ORDER

Considering the above and foregoing Motion to Dismiss With Prejudice;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that all matters in this controversy filed by **SAMUEL WADE PIGG** against any party including but not limited to **TRANSOCEAN LTD., TRANSOCEAN OFFSHORE DEEPWATER DRILLING, L.L.C., CAMERON INTERNATIONAL CORPORATION A/K/A CAMERON SYSTEMS CORPORATION, HALLIBURTON ENERGY SERVICES, INC., BP EXPLORATION & PRODUCTION, INC., BP PLC.** and **M-I L.L.C.,**. be and the same are hereby dismissed and discontinued, with full prejudice, each party to bear their own costs.

**SIGNED IN NEW ORLEANS, LOUISIANA**, this _____ day of _____, 2011.

_____
**HONORABLE CARL J. BARBIER**
**UNITED STATES DISTRICT COURT JUDGE**