UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § § § § § § | MDL NO. 2179<br><br>SECTION: J<br><br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
| This Document Relates to:<br><br>SDTX C.A. No. 4:10 – CV – 01852 | | |

## MOTION TO DISMISS WITH PREJUDICE

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, **MICAH JOSEPH SANDELL,** who upon suggesting to the Court that all matters and claims filed by Plaintiff against any party including but not limited to **TRANSOCEAN LTD., TRANSOCEAN OFFSHORE DEEPWATER DRILLING, L.L.C., CAMERON INTERNATIONAL CORPORATION A/K/A CAMERON SYSTEMS CORPORATION, HALLIBURTON ENERGY SERVICES, INC., BP EXPLORATION & PRODUCTION, INC., BP PLC.** and **M-I L.L.C.,** have all been amicably settled and fully compromised, and move that same be dismissed, with full prejudice, each party bears their own costs.

Respectfully submitted,

THE BUZBEE LAW FIRM

　　　*/s/ Anthony G. Buzbee*
Anthony G. Buzbee
State Bar No. 24001820
JPMorgan Chase Tower
600 Travis, Suite 7300
Houston, Texas 77002
Telephone: (713) 223-5393
Facsimile: (713) 223-5909
www.txattorneys.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that on this **5th day of August, 2011**, the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system, and provided notice by and through Lexis-Nexis to all counsel of record.

                                     */s/ Anthony G. Buzbee*
                                     **ANTHONY G. BUZBEE**