```
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130
```

Date: August 8, 2011

Kurt Badeaux, et al
vs.
BP, PLC, et al

Case No. 11-1114

Dear Sir:
Please (issue) summons on the (complaint) to the following:

1. (name) BP, PLC
(address) 28100 Torch Parkway, Warrenville, IL 60555
2. (name) BP Products North America, Inc.
(address) 320 Somerulos Street, Baton Rouge, LA 70802
3. (name) BP America, Inc.
(address) 5615 Corporate Blvd, Suite 400B, Baton Rouge, LA 70808
4. (name) Cameron International Corporation f/k/a Cooper Cameron Corporation
(address) 5615 Corporate Blvd, Suite 400B, Baton Rouge, LA 70808
5. (name) Halliburton Energy Services, Inc.,
(address) 5615 Corporate Blvd, Suite 400B, Baton Rouge, LA 70808

Very truly yours,
/s/Salvadore Christina, Jr.
"Signature"
Attorney for David Brown et al
Address P.O. Drawer H, Reserve, LA 70084