OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date:  August 8, 2011

 Leon Blouin, et al
vs.
 BP, PLC, et al

Case No.  11-314

Dear Sir:
Please (issue) summons on the (complaint) to the following:

1. (name)  BP, PLC
(address)  28100 Torch Parkway, Warrenville, IL 60555
2. (name)  BP Products North America, Inc.
(address)  320 Somerulos Street, Baton Rouge, LA 70802
3. (name)  BP America, Inc.
(address)  5615 Corporate Blvd, Suite 400B, Baton Rouge, LA
          70808
4. (name)  Cameron International Corporation f/k/a Cooper Cameron
          Corporation
(address)  5615 Corporate Blvd, Suite 400B, Baton Rouge, LA
          70808
5. (name)  Halliburton Energy Services, Inc.,
(address)  5615 Corporate Blvd, Suite 400B, Baton Rouge, LA
          70808

                              Very truly yours,
                               /s/Salvadore Christina, Jr.
                              "Signature"
                              Attorney for  David Brown et
                              al
                              Address P.O. Drawer H,
                              Reserve, LA 70084