# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

300 North LaSalle Street
Chicago, Illinois  60654

J. Andrew Langan, P.C.
To Call Writer Directly:
(312) 862-2064
alangan@kirkland.com

(312) 862-2000

www.kirkland.com

Facsimile:
(312) 862-2200

July 27, 2011

**Via E-mail**

The Honorable Sally Shushan
United States Magistrate Judge
United States District Court for the Eastern
District of Louisiana
500 Poydras Street, Room B345
New Orleans, Louisiana 70130

        **RE:   MDL 2179 -** *In re: Deepwater Horizon* **– BP's Objection to Halliburton's Request to Depose Rich Miller**

Dear Judge Shushan:

    Halliburton's untimely request for the deposition of Rich Miller should be denied.  The Parties in this proceeding have deposed hundreds of witnesses already including more than 76 BP witnesses and there must be an end to Phase 1 discovery.  Mr. Miller had only limited involvement in the casing design for the Macondo well and is a technical expert who runs calculations based on software modeling program supplied by a Halliburton subsidiary.  Additionally, Mr. Miller's limited involvement in the Macondo casing design process has been known since the earliest stages in this litigation as Mr. Miller was involved in one of the emails that Congress and the press focused on during the early stages of the incident last summer.  That email string is attached here.  *See* Deposition Exhibit 126.  I note that the email was first introduced during depositions attended by Halliburton's counsel on February 11, 2011.

    Halliburton cannot claim now that the "importance of his deposition has been recently been made evident" because they have been questioning BP's witnesses on this precise topic as early as April 21, 2011.  On April 21, 2011 Halliburton's counsel asked Gregg Walz, BP's drilling engineering team leader, a series of questions about annular pressure buildup ("APB") and the effects APB could have on casing design.  *See* G. Walz April 22, 2011 Dep. Tr. at 679-81 (excerpt attached).  Then, a month later on May 20, 2011, Halliburton's counsel asked Richard Lynch, BP's Vice President for Global Wells, a series of questions precisely on this topic:

## KIRKLAND & ELLIS LLP

The Honorable Sally Shushan
July 27, 2011
Page 2

```
 1        Q.    How many times have you read the
 2   Bly Report?
 3        A.    I don't recall.
 4        Q.    Okay.  Now, the inset of figure
 5   one here on page 54 identifies certain
 6   sands; correct?
 7        A.    Yes.  The yellow with the
 8   dimpled box in it is sands, I believe.
 9        Q.    And the blue one at 14.1 pounds
10   per gallon, that sand is represented in
11   blue because it's brine; correct?
12        A.    As stated in the diagram, yes.
13        Q.    Right above that there is
14   something that says top of cement at
15   17,260 feet; correct?
16        A.    I see that, yes.
17        Q.    All right.  If that top of
18   cement were to extend up into the shoe,
19   that's identified above it as 17,168 feet,
20   you would essentially -- the top of --
21   where the top of the cement covered that
22   shoe higher up -- you see that?
23        A.    I see that.
24        Q.    Would that cause concern from
25   the perspective of annular pressure
```

## KIRKLAND & ELLIS LLP

The Honorable Sally Shushan
July 27, 2011
Page 3

```
 1   buildup?
 2       A.   It could depending on the
 3   scenarios.
 4       Q.   And that may actually
 5   mitigate -- or that may actually cancel out
 6   one of the mitigations you designed in to
 7   counter annular pressure buildup; correct?
 8       A.   I did not design any of this.
 9       Q.   I said you, generally, just from
10   a general perspective.  Is that correct?
11       A.   It is possible, yes.
```

R. Lynch May 20, 2011 Dep. Tr. at 635-636. Halliburton's questioning about the specific hydrocarbon bearing zones and the Macondo well design continues for ten more pages as well. *See* R. Lynch May 20, 2011 Dep. Tr. at pages 638-648 (excerpt attached).

There is no new evidence that makes Mr. Miller's deposition necessary now. Specifically, Halliburton has been alleging a higher hydrocarbon zone in the wellbore for months and raised the specific issue of the higher hydrocarbon zone, casing design and APB issues with Mr. Lynch in May, 2011.[1] Given Mr. Miller's limited involvement in the Macondo casing design process and the fact that Halliburton has been raising these issues since the earliest stages in the litigation, there is no need for Halliburton to take the deposition of yet another BP witness.

Thank you for the Court's consideration of this issue.

Sincerely,

*[signature]*

J. Andrew Langan, P.C.

---

[1] Along the same lines, Halliburton's untimely request for the two deposition of two Schlumberger wireline engineers (Ryan O'Toole and Victor Emanuel) should be denied as well. Schlumberger's wireline analysis related to the zones in the final hole section of the well was available early in these proceedings. Halliburton has been alleging the existence of the higher hydrocarbon zone for months and could have pursued the Schlumberger witnesses early in these proceedings, but chose not to.

## KIRKLAND & ELLIS LLP

The Honorable Sally Shushan
July 27, 2011
Page 4


cc:    Plaintiffs Liaison Counsel
        Defense Liaison Counsel
        Mike Underhill, Esq.
        Hon. Attorney General Luther Strange
        Cory Maze
        Donald E. Godwin
        James P. Roy
        Stephen J. Herman
        Mike O'Keefe
        Robert Cunningham