```
1            UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF LOUISIANA
2
   IN RE:  OIL SPILL       MDL NO. 2179
3  BY THE OIL RIG
   "DEEPWATER HORIZON"     SECTION:  J
4  IN THE GULF OF
   MEXICO, ON APRIL        JUDGE BARBIER
5  20, 2010                MAG. JUDGE SHUSHAN

6

7
```

13

14

15
            Volume 2 of 2 of the Videotaped
16  Deposition of **GREGORY STEPHEN WALZ**, 20742
    Castle Bend Drive, Katy, Texas, taken in
17  the Pan American Life Center, Pontchartrain
    Room, 11th Floor, 601 Poydras Street, New
18  Orleans, Louisiana 70130, on Friday, April
    22, 2011.
19
    **APPEARANCES**:
20
    ON BEHALF OF THE PLAINTIFFS
21  STEERING COMMITTEE

22

23  DEGRAVELLES, PALMINTIER, HOLTHAUS & FRUGE'
    By:  John W. deGravelles, Esquire
24  618 Main Street
    Baton Rouge, LA 70801-1910
25

**GAUDET KAISER, L.L.C.**
Board-Certified Court Reporters

1  THE VIDEOGRAPHER:
2  One hour and 25 minutes.
3  MR. GODWIN:
4  Okay.
5  MR. LANCASTER:
6  Thank you.
7  MR. GODWIN:
8  And let me know when I've
9  used up -- I've got 1:53, so tell me when
10 I've used up -- that means I've got 28
11 minutes left.  Let me know when I have used
12 up 15, 15 from right now.  Maybe I'll be
13 done.
14 BY MR. GODWIN:
15     Q.   Okay.  Let's look at tab number
16 30.  Fifteen minutes.
17          It's been marked as Exhibit
18 1807.
19          (Exhibit 1807 was marked
20 for identification.)
21 BY MR. GODWIN:
22     Q.   1807.  I'm just referring to the
23 e-mail there on the bottom part of the
24 exhibit from Richard Miller to Brian Morel
25 with a copy to Mark Hafle.  You see that,

Board-Certified Court Reporters

```
 1   sir?
 2        A.    Yes, sir.
 3        Q.    And have you seen a copy of this
 4   e-mail prior to today or prior to just now?
 5        A.    Yeah, in earlier testimony.
 6        Q.    Look, if you will, please, in
 7   the third full paragraph, which is what I
 8   am addressing, where it says, "The well
 9   capped model predicts an incremental 2350
10   psi APB in that annulus."
11             And it goes on to say -- here's
12   the sentence I'm focusing on:  "To keep the
13   seven-inch from collapsing, the pressure
14   inside the seven-inch at 17,157 feet TVD
15   needs to be 4800 psi or greater."
16             Did I read that correctly?
17        A.    Yes, sir.
18        Q.    It appears that even prior to
19   the incident that there was concern that
20   the casing at some point might have an
21   issue with collapsing based on this e-mail,
22   does it not?
23        MR. LANCASTER:
24                  Object to the form.
25        THE WITNESS:
```

1           Well, this is just running
2  the checks that -- for the production loads
3  scenarios associated with the well and as
4  far as annular pressure buildup.
5  BY MR. GODWIN:
6       Q.   But it talks about there, to
7  keep the seven-inch from collapsing.  In
8  other words, there was consideration being
9  given on April 15 that we need to be aware
10 that there's a chance that the casing could
11 collapse at some level according to this
12 e-mail.  Doesn't it say that?
13      A.   Yes, sir.  We checked that for
14 every well.
15      Q.   Thank you, sir.  And, of course,
16 you had a concern as well.  You said after
17 the incident that you thought that one of
18 the scenarios was that the casing had
19 collapsed, did you not?
20      A.   Yes, but it has nothing to do
21 this.
22      Q.   Thank you, sir.  Thank you.
23           Now, let's look at -- let's look
24 at tab number 35 in the materials.  It's
25 been marked as Exhibit 1808.