```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2

 3    IN RE:  OIL SPILL      MDL NO. 2179
      BY THE OIL RIG
 4    "DEEPWATER HORIZON"    SECTION:  J
      IN THE GULF OF
 5    MEXICO ON APRIL 20,    JUDGE BARBIER
      2010                   MAG. JUDGE SHUSHAN
 6

 7
```



**Volume II**

        Deposition of **RICHARD D. LYNCH, JR.**,
taken in the Pan American Life Center,
Bayou Room, 11th Floor, 601 Poydras Street,
New Orleans, Louisiana 70130, on Friday,
May 20, 2011.


**APPEARANCES**:

        BREIT, DRESCHER, IMPREVENTO &
            WALKER, PC
        (By:  Jeffrey Breit, Esquire)
        1000 Dominion Tower
        999 Waterside Drive
        Norfolk, VA  23510
            (Attorneys for MDL 2185
             Securities plaintiffs
             Subclass)

                **GAUDET KAISER, L.L.C.**
              Board-Certified Court Reporters

1  you said it was April 25th; is that
2  correct?
3       A.   April 23rd.
4       Q.   April 23rd and the time of that
5  communication with Mr. Corser, where he
6  asked you for data about the static kill,
7  did you have any other communication with
8  Mr. Corser?
9       A.   I believe we possibly said hi to
10 each other in the parking lot once or twice
11 during the course, but that was it.
12      Q.   Okay.  Any substantive
13 discussion whatsoever about what you were
14 doing?
15      A.   No.
16      Q.   How about with Mr. Bly?
17      A.   No.
18      Q.   How about with anybody else
19 associated with the Bly investigation?
20      A.   None.
21      Q.   Okay.  So have you, at any time,
22 ever heard that BP discovered post-incident
23 a hydrocarbon bearing sand that it did not
24 know about pre-incident?
25      MR. GODFREY:

```
 1              Objection as to form.
 2         THE WITNESS:
 3              Nope.
 4   EXAMINATION BY MR. HILL:
 5         Q.   I'm going the hand you two
 6   documents, sir.  One has been marked as
 7   Exhibit 2361.  The other has been marked as
 8   Exhibit 2362.
 9              (Whereupon, the documents
10   referred to was marked as Exhibit No. 2361
11   and Exhibit No. 2362, respectively, for
12   identification.)
13         MR. HILL:
14              I don't have these in the tabs,
15   so I'm going to hand these out.
16   EXAMINATION BY MR. HILL:
17         Q.   Now, sir, I'd like you to look
18   at the one that's been marked as
19   Exhibit 2362, first of all.
20         A.   Okay.
21         Q.   I'd like you specifically to
22   open to page 9.
23         A.   Page 9?  Okay.
24         Q.   Now, the exhibit that we're
25   referring is entitled, Macondo M-252 Cement
```

1  Analysis, BP Investigation Team, with a
2  date on it of 24 June, 2010; correct?
3       A.    I see that.
4       Q.    And on page 9, when you open
5  that up, there is a chart; is that correct?
6       A.    Yes, there's a chart.
7       Q.    All right.  Right above the
8  chart it says:  The 13.51 PPG sand was the
9  shallowest hydrocarbon sand provided to the
10 drilling engineering team prior to the
11 cement job.  The 14.1 PPG sand at 17,451
12 feet was identified post-well operations.
13           Did I read take correctly?
14      A.    You did read that correctly.
15      Q.    And when you look down at the
16 chart, the name of the sand that starts at
17 17,451 feet is M57B; is that correct?
18      A.    That is what's indicated, yes.
19      Q.    And it has a pore pressure of
20 roughly 14.15 PPG; correct?
21      A.    Yes.
22      Q.    Now, I'd like you to look back
23 at the Bly Report, page 54, and I'm
24 going -- we're going to do something of a
25 comparison.

1     A.    Well, just a question before we
2  go there, I do -- just probably need to
3  indicate that it does say: Identified as a
4  hydrocarbon -- as hydrocarbon June 2010,
5  not a measured pressure.
6           So I'm not sure how they had
7  that floor pressure determined on this
8  document.  But I'll just point that out as
9  fact.
10    Q.    Thank you, sir.
11          Would you please look at page 54
12 of the Bly Report?
13    A.    54 Bly --
14    Q.    54.
15    A.    Yep.  Got it.
16    Q.    And you can see the brine sand
17 there, 14.1 PPR, starts at 17,684 feet;
18 correct?
19    A.    I see that.
20    Q.    And what you don't see depicted
21 above that is this sand that we looked at
22 on this document, M57B; do you?
23    A.    I don't see that.
24    Q.    In fact, there is no sand there
25 that starts at 17,451 feet; is there?

1  A.  I don't see that labelled, no.
2  Q.  Okay.  Do you have an
3  understanding of -- for purposes of well
4  design, when -- how much the MMS requires
5  you to cement over a hydrocarbon bearing
6  zone?
7       Do you know what the minimum
8  amount of cement coverage is?
9  A.  Currently, I'm not sure.
10 Q.  Have you ever heard that the MMS
11 requires you to cement at least 500 feet
12 above the shallowest hydrocarbon zone?
13 A.  I've heard that in my past, yes.
14 Q.  Okay.  On this document, if
15 there were a sand at -- that starts at
16 17,451 feet, and you were to cement
17 500 feet above it, that would be
18 basically -- you can do the math, if you
19 want -- but that would basically puts the
20 top of cement at 16,951 feet; correct?
21 A.  That would be correct math.
22 Q.  Okay.  And that's basically
23 217 feet above that shoe that, in this
24 diagram, is located at 17,168 feet;
25 correct?

**GAUDET KAISER, L.L.C.**
Board-Certified Court Reporters

1        A.    I believe that is correct.
2        Q.    I want to ask you as the
3   vice-president of global wells, if you
4   found out the top of cement is not where it
5   should have been, okay, but actually top of
6   cement should have been put over -- the top
7   of cement was over a shoe, such as we
8   talked about before, does that cause you to
9   question whether or not you have actually
10  selected the right casing design?
11       MR. GODFREY:
12            Objection as to form.
13       MR. HOFFMAN:
14            Objection to form.
15       THE WITNESS:
16            Certainly, I'd be looking at all
17  the requirements of the casing design and
18  the cement design as planned.  I would have
19  to have -- basically, make sure I
20  understood all of the information that we
21  have on the zones.
22            So, yes, I would -- I would --
23  if I was in that capacity, I would want to
24  understand those things.
25       Q.    Well, let's be more specific.

1  If you designed a long string and part of
2  the -- part of the -- some of the things
3  that you -- some of the engineering
4  assumptions that you used in designing that
5  long string was to account for mitigations,
6  to counter annular pressure buildup, one of
7  those mitigations would be having a shoe
8  that's not cemented across; correct?
9            So you don't trap it in the
10 annulus?
11      A.    That could be one of the
12 mitigations, yes.
13      Q.    And so if you -- had BP known
14 about this sand that's identified in this
15 Bly documentation, pre-incident, they
16 would've had to have cemented across that
17 shoe; correct?
18      MR. GODFREY:
19           Objection as to form.
20      THE WITNESS:
21           Possibly.
22 EXAMINATION BY MR. HILL:
23      Q.    Okay.  And if they did, doesn't
24 that call into question the use of the
25 casing design that was selected at Macondo?

```
 1          MR. GODFREY:
 2               Objection to form.
 3          THE WITNESS:
 4               I don't know.
 5     EXAMINATION BY MR. HILL:
 6          Q.   Does it invalidate it in your
 7     opinion as an engineer?
 8          MR. GODFREY:
 9               Objection as to form.
10          THE WITNESS:
11               I don't know.  I'd have to get
12     into the scenarios, so --
13     EXAMINATION BY MR. HILL:
14          Q.   Do you have an appreciation for
15     how petro physical reviews are done?
16          A.   Yes, I have an appreciation.
17          Q.   Do you have -- I mean, I'm just
18     trying to find out.  Is that something that
19     you guy do in your organization, as Global
20     Wells?
21          A.   We're not petro physicists, no.
22          Q.   Okay.  But you necessarily have
23     to know where the hydrocarbons zones are in
24     a well in order to effectively design the
25     well; correct?
```

1    A.    I would say that is correct.
2    Q.    In fact, the location of the
3  sands, it informs the type of casing you
4  use; correct?
5       MR. GODFREY:
6            Objection as to form.
7       THE WITNESS:
8            Say that again, please.
9  EXAMINATION BY MR. HILL:
10      Q.    The location of the hydrocarbon
11  bearing sands, that actually informs the
12  decision of what type of casing an engineer
13  ought to design to be used in the well;
14  correct?
15      MR. GODFREY:
16           Objection as to form.
17      THE WITNESS:
18           It can.
19  EXAMINATION BY MR. HILL:
20      Q.    In fact, it tells you where one
21  segment would stop and another section of
22  casing would start; correct?
23      MR. GODFREY:
24           Same objection.
25      THE WITNESS:

1              Again this, depending on the
2    scenarios.
3              So as I read this document, it's
4    not clear to me, the statement you made
5    earlier, this 14.15-pound per gallon sand
6    at 17,451.  I see nothing in here that
7    would indicate that it was a hydrocarbon
8    sand.  So I'm trying to understand all of
9    these comments a little bit more now.
10   EXAMINATION BY MR. HILL:
11        Q.   On that chart, on page 9, when
12   you looked to the far right, does it not
13   say identified as hydrocarbon June 2010?
14        A.   Which chart are we looking at,
15   now?
16        Q.   I'm looking at Exhibit 2362.
17        A.   Yes, I see that now.  Thank you.
18        Q.   Okay.
19        A.   I just wasn't clear in the
20   sentences above this paragraph.  I've not
21   seen the document before.  So sorry about
22   that.
23        Q.   I understand.  Let's -- you can
24   set those documents aside for the moment.
25             So let me ask you:  As the

**GAUDET KAISER, L.L.C.**
Board-Certified Court Reporters

Suggested line for Running Header
Case 2:10-md-02179-CJB-DPC   Document 3602-3   Filed 08/08/11   Page 12 of 12
648

1   vice-president of Global Wells, would you
2   expect your engineers to be informed about
3   hydrocarbon, about the location of all
4   hydrocarbon sands in the production
5   interval?
6          MR. GODFREY:
7                Objection as to form.
8          THE WITNESS:
9                Yes.  That and many other
10  things.
11  EXAMINATION BY MR. HILL:
12     Q.    Okay.  Let me ask -- stepping
13  back again, looking at things generally.
14  So your organization, going forward, my
15  understanding is that one of the things
16  that it is intended to do, as informed from
17  lessons learned from Macondo, is to
18  standardize, if you will, the
19  decision-making that goes into well design
20  planning; is that correct?
21     A.    In part, that is correct.
22     Q.    Okay.  Now, I understand there's
23  a variety of things.  I'm just trying to
24  find if there's some specific things
25  included in that list.