

**Fw: Deposition of Dr. Robert Beirute**
**Mike O'Keefe**   to: Marie Firmin                                                      08/08/2011 10:58 AM

Marie:  We need to put the email in the record.  We don't need to put the two attachments in the records.  One of them, a June 27 letter, is already in the record. Mike
----- Forwarded by Mike O'Keefe/LAED/05/USCOURTS on 08/08/2011 10:57 AM -----

| | |
|---|---|
| From: | "Fitch, Warren Anthony" <Tony.Fitch@bingham.com> |
| To: | "Sally Shushan" <Sally_Shushan@laed.uscourts.gov> |
| Cc: | "'jimr@wrightroy.com'" <jimr@wrightroy.com>, "'SHERMAN@hhkc.com'" <SHERMAN@hhkc.com>, "'Mike.Underhill@usdoj.gov'" <Mike.Underhill@usdoj.gov>, "'CMaze@ago.state.al.us'" <CMaze@ago.state.al.us>, "'DWH Defense Liaison Counsel'" <liaison2179@liskow.com>, "'DWH Defense Steering Committee'" <Dsc2179@liskow.com>, "'DWH USA'" <deepwater.horizon@usdoj.gov>, "Mike O'Keefe" <Mike_OKeefe@laed.uscourts.gov> |
| Date: | 07/28/2011 02:58 PM |
| Subject: | Deposition of Dr. Robert Beirute |

Judge --

   I'm submitting this request for a two-day deposition of Dr. Robert M. Beirute on behalf of Leigh Ann and Ky, who will be present at tomorrow's Conference to answer any questions that you may have.  Don and Allan have authorized me to state that Halliburton joins in this request.
   As the Court will recall, Anadarko and Halliburton requested and the Court ordered the deposition of Dr. Robert M. Beirute individually, as well as the 30(b)(6) deposition of Beirute Consulting. The subject of the expected testimony was presented to the Court in Anadarko's letter of June 27, 2011, which is attached. In last Friday's working group conference, the deposition was tentatively set for Monday August 29, and the question of whether the deposition should be set down for one or two days was left open at my request for further consideration. We write now to request the Court to set the deposition for two days.

   Leigh Ann is currently in discussions with counsel for Dr. Beirute, Lori Mince, as to the delineation of the 30(b)(6) topics and corollary document requests. The current draft of the Notice is attached. We have included Ms. Mince on this correspondence to keep her in the loop.
   Dr. Beirute was identified during the June 20, 2011 deposition of Daryl Kellingray, BP's Global Cementing Specialist, as a "cementing specialist of global renown" who was retained by the BP GoM SPU to provide cementing guidance and related services between 2007 and 2009. Mr. Kellingray identified Dr. Beirute as BP's prime cementing consultant during that time period.
   In the Spring of 2009, BP asked Dr. Beirute to review BP's "cementing practices on [its] current wells and [to prepare] a Cementing Best Practices document." Dr. Beirute was also tasked with holding a "series of workshops for [BP GoM's] engineers to educate them on cementing basics and go over the issues he believes contributed to some of [BP GoM's] recent cementing problems."  It appears that these workshops and Dr. Beirute's related work addressed or were expected to address such issues as cement testing protocols, cement plugs, foam cement systems and drilling fluid management.  As you know, all of these issues are of critical importance in this case.
   During this time, Greg Walz also asked Dr. Beirute to review and revise BP's Cementing ETP 10-60 (BP-HZN-2179 MDL 00365714) and Dr. Beirute appears to have sent Mr. Walz his findings and recommendations. (BP-HZN-179MDL00365712)
   During the summer of 2009, BP appears to have consulted Beirute for input on the design of the Macondo project. For example, on July 20, 2009, Brian Morel wrote an e-mail to Beirute asking for Beirute's review and recommendations for a slurry and for the best practice for cementing the long string for the Macondo. (BP-HZN-2179MDL 00206902)  Two days later, Morel requested a meeting with Beirute, Hafle and himself. (BP-HZN-2179 MDL 00206947). As you also know, Morel, Hafle and Gagliano have all asserted the 5th Amendment and therefore Dr. Beirute appears to be the only source of information for this potentially important circumstance.
   Dr. Beirute's work for BP during 2009 was incorporated into a document titled "Gulf of Mexico

SPU/Recommended Practice for Cement Design and Operations in DW GoM." (Deposition Exhibit 790) This rather detailed document provides instruction to BP engineers regarding the process of cementing and the required testing protocol needed for successful cement jobs in Gulf of Mexico deepwater.

In sum, Dr. Beirute's recommendations to BP regarding cementing issues in the GoM generally and with respect to Macondo specifically not only make him a crucial fact witness on the crucial cementing issues but also now appear to require more than one day to explore fully. Consequently, we respectfully request that the Court schedule the deposition for two days.

**Warren Anthony Fitch**
*Partner*
T 202.373.6695
F 202.373.6001
tony.fitch@bingham.com

**B I N G H A M**
Bingham McCutchen LLP
2020 K Street NW
Washington, DC 20006-1806

The information in this transmittal (including attachments, if any) is privileged and confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

Confidentiality Notice: The information in this e-mail (including attachments, if any) is considered confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this e-mail is prohibited except by or on behalf of the intended recipient. If you have received this email in error, please notify me immediately by reply email, delete this email, and do not disclose its contents to anyone.

Bingham McCutchen LLP Circular 230 Notice: To ensure compliance with IRS requirements, we inform you that any U.S. federal tax advice contained in this communication is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of avoiding any federal tax penalties. Any legal advice expressed in this message is being delivered to you solely for your use in connection with the matters addressed herein and may not be relied upon by any other person or entity or used for any other purpose without our prior written consent.

Document.pdf   NOD Dr. Robert M. Beirute.docx