UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL: 2179<br><br>SECTION: J |
| THIS DOCUMENT RELATES TO:<br>Carnival's Answer, Claim in Limitation;<br>Cross claim and/or Third Party Claim | JUDGE BARBIER<br><br>MAG. SHUSHAN |
| 2: 10-cv-02771 | |

### FIRST MOTION FOR EXTENSION OF TIME TO PLEAD

Carnival Corporation hereby files this unopposed motion to extend the deadline an additional twenty –one (21) days within which to obtain information necessary to file response in opposition to M-I LLC's Motion to Dismiss Carnival Corporation's Cross Claim and/or Third Party Complaint.

WHEREFORE, Cross Claimant in Limitation/Third Party Plaintiff, Carnival Corporation, prays that the Court grant an additional twenty-one (21) days, until and through August 30, 2011 within which to file a response to M-I, LLC's motion to dismiss Carnival Corporation's Cross-Claim and/or Third Party Complaint.

Respectfully submitted,

MASE LARA EVERSOLE, P.A.
*Attorneys for Carnival Corporation*
*d/b/a Carnival Cruise Lines*
2601 South Ba yshore Drive
Suite 800
Miami, Florida  33133
Telephone:  (305) 377-3770
Facsimile:   (305) 377-0080

                By:   /s/ John P. Salas
                           CURTIS J. MASE
                           Florida Bar No.: 478083
                           JOHN PAUL SALAS
                           Florida Bar No.: 87593
                           jsalas@mletrial.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion for Extension of Time to Plead has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 8th day of August, 2011.

                           /s/ John P. Salas
                           JOHN P. SALAS

## RULE LR7.8 CERTIFICATE

I do hereby certify that there has been no previous Extension of Time to Plead and the opposing party has not filed an objection to the extension of time into the record.

                           /s/ John P. Salas
                           JOHN P. SALAS