# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL: 2179 |
| | SECTION: J |
| THIS DOCUMENT RELATES TO: Carnival's Answer, Claim in Limitation; Cross claim and/or Third Party Claim | JUDGE BARBIER |
| 2: 10-cv-02771 | MAG. SHUSHAN |

## STIPULATED O R D E R

Considering the above and foregoing,

IT IS ORDERED that the Cross Claimant in Limitation/Third Party Plaintiff, Carnival Corporation, be allowed an additional twenty-one (21) days until and through August 30, 2011 within which to file a response in opposition to M-I, LLC's Motion to Dismiss Carnival Corporation's Cross Claim and/or Third Party Complaint.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
The Honorable Judge Carl Barbier
Eastern District of Louisiana

## RULE LR7.8 CERTIFICATE

I do hereby certify that there has been no previous Extension of Time to Plead and the opposing party has not filed an objection to the extension of time into the record.

/s/ John P. Salas
JOHN P. SALAS