

August 5, 2011

Re:     MDL No. 2179
        In Re: Oil Spill by the Oil Rig "Deepwater Horizon"
        In the Gulf of Mexico on April 20, 2010

Honorable Sally Shushan
Magistrate Judge
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room B-345
New Orleans, Louisiana 70130

Dear Judge Shushan:

        I am writing concerning the Court's Order of August 3, 2011, that reduces Cameron's time for the depositions of Mr. Farr (one of the leads in Transocean's internal investigation) and the witnesses from Transocean's Investigation Group. Testimony from each of these witnesses will address the facts and conclusions stated in the June 2011 Macondo Well Incident Transocean Investigation Report ("Report"). As noted on the first page of the Executive Summary of the Report, it focuses on three "critical questions," the second being, "Why did the blowout preventer (BOP) not stop the flow of reservoir fluids?" Accordingly, substantial portions of the Report discuss the performance of the BOP, and 9 of the 17 Appendices to the Report address the BOP, and cover the following issues:

        Appendix G. Hydraulic Analysis of Macondo #252 Well Prior to Incident of April 20, 2010 (discussing the activation of the BOP);
        Appendix H. BOP Modifications;
        Appendix I. BOP Maintenance History;
        Appendix J. BOP Testing;
        Appendix K. BOP Leaks;
        Appendix L. Drill Pipe in the BOP;
        Appendix M. Structural Analysis of the Macondo #252 Work String (discussing the placement of drill pipe in the BOP);

David J. Beck
dbeck@brsfirm.com

One Houston Center
1221 McKinney Street, Suite 4500 ~ Houston, Texas 77010
Telephone 713.951.3700 ~ Facsimile 713.951.3720
www.brsfirm.com

383.00206/484452.v1

Honorable Sally Shushan
August 5, 2011
Page 2

Appendix N. AMF (a function of the BOP) Testing; and
Appendix O. Analysis of Solenoid 103 (a BOP component part).

In light of the foregoing, Cameron respectfully requests that it receive its full allotted time for these depositions.  Because the Report's emphasis on the BOP may not have been apparent to the Court, we wanted to bring this issue to your attention as quickly as possible.

Thank you for your consideration.

Sincerely yours,

David J. Beck

DJB/rct

383.00206/484452.v1