UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | MDL No. 2179 |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico on April 20, 2010** | * | SECTION "J" |
| | * | JUDGE BARBIER |
| **This Document Relates to:** | * | |
| **Case No. 10-2771** | * | MAGISTRATE NO. 1 |
| | * | MAGISTRATE SHUSHAN |
| | * | |
| | * | ORAL ARGUMENT REQUESTED |
| | * | |

* * * * * * * * * * * * * * * * * *

**SPECIAL APPEARANCE BY MITSUI OIL EXPLORATION CO., LTD AND MOTION TO DISMISS CROSS-CLAIMS OF CAMERON INTERNATIONAL CORPORATION**

**NOW INTO COURT,** by special limited appearance, comes Mitsui Oil Exploration Co., Ltd. ("MOECO"), and with full reservation of rights, without waiving formal service of process with respect to any Complaint, Counterclaim, Cross-Claim, or any other pleading asserting a claim against MOECO in this MDL, and without waiving personal jurisdiction or any other defense in this MDL, moves this Honorable Court to dismiss Cameron International Corporation's ("Cameron") Cross-Claims in the following matters for failure to state a claim upon which relief can be granted and/or for lack of personal jurisdiction, for the reasons more fully explained in the accompanying Memorandum in Support:

1. Answer of Cross-Defendant Cameron to Cross-Claims of Anadarko Defendants, together with Counterclaims and Cross-Claims (applicable to *In re: The Complaint and Petition of Triton Asset Leasing GmBH., et. al*., Docket No. 10-2771) [Rec. Doc. 2867]; and

2. Answer of Cross-Defendant Cameron to Cross-Claims of MOEX Offshore 2007 LLC, together with Counterclaims and Cross-Claims (applicable to *In re: The*

- 2 -

*Complaint and Petition of Triton Asset Leasing GmBH., et. al.*, Docket No. 10-2771) [Rec. Doc. 2868].

**WHEREFORE**, MOECO prays that this Court dismiss all cross-claims asserted against it by Cameron International Corporation under Federal Rules of Civil Procedure 12(b)(2) and/or 12(b)(6) for failure to state a claim upon which relief can be granted and/or for lack of personal jurisdiction.

DATED:  Aug. 8, 2011

*s/ William T. Finn*
William T. Finn (La. Bar. No. 1359)
CARVER, DARDEN, KORETZKY, TESSIER,
FINN, BLOSSMAN & AREAUX, LLC
1100 Poydras Street, Suite 3100
New Orleans, LA 70163
Telephone: (504) 585-3800
Fax: (504) 585-3801

**ATTORNEYS FOR**
**MITSUI OIL EXPLORATION CO., LTD.**

- 3 -

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing Motion to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on Aug. 8, 2011.

*s/ William T. Finn*

4821-6771-0986, v. 2