UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | * * * * * | MDL No. 2179<br><br>SECTION "J"<br>JUDGE BARBIER |
| THIS DOCUMENT RELATES TO NO. 10-2771 | * * * * | MAGISTRATE NO. 1<br>MAGISTRATE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the Motion of Defendant Mitsui Oil Exploration Co., Ltd. To Dismiss Cross-Claims Of Cameron International Corporation:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Motion is GRANTED, and that the Cross-Claims by Cameron International Corporation against Mitsui Oil Exploration Co., Ltd. set forth in Rec. Doc. #2867 and Rec. Doc. #2868 be and the same are hereby dismissed with prejudice.

New Orleans, Louisiana, this _____ day of _____, 2011.

                                                        UNITED STATES DISTRICT JUDGE

4830-4897-3578, v. 2