UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | * * * * * | MDL No. 2179  SECTION "J"  JUDGE BARBIER |
| THIS DOCUMENT RELATES TO NO. 10-2771 | * * * * | MAGISTRATE NO. 1  MAGISTRATE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \*

## REQUEST FOR ORAL ARGUMENT

Defendant Mitsui Oil Exploration Company, Ltd. respectfully requests oral argument before Judge Carl J. Barbier on its Motion To Dismiss Cross-Claims Of Cameron International Corporation. Defendant Mitsui Oil Exploration Company, Ltd. believes that oral argument may assist the Court in evaluating the legal and factual issues raised by the Motion.

DATED: Aug. 8, 2011

                                       *s/ William T. Finn*
William T. Finn (La. Bar. No. 1359)
CARVER, DARDEN, KORETZKY, TESSIER,
FINN, BLOSSMAN & AREAUX, LLC
1100 Poydras Street, Suite 3100
New Orleans, LA 70163
Telephone: (504) 585-3800
Fax: (504) 585-3801
**ATTORNEYS FOR
MITSUI OIL EXPLORATION CO., LTD.**

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on August 8, 2011.

                *s/ William T. Finn*

4827-6395-7514, v. 2