UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | * * * * * | MDL No. 2179  SECTION "J"  JUDGE BARBIER |
| **THIS DOCUMENT RELATES TO NO. 10-2771** | * * * * | MAGISTRATE NO. 1  MAGISTRATE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering Defendant Mitsui Oil Exploration Company, Ltd.'s Request for Oral Argument:

**IT IS HEREBY ORDERED** that the Court will hear oral argument on Defendant Mitsui Oil Exploration Company, Ltd.'s Motion To Dismiss Cross-Claims Of Cameron International Corporation on the 28th day of September, 2011 at 9:30 a.m.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
**UNITED STATES DISTRICT JUDGE**

4834-3511-1690, v. 1