

**Fw: Phase One Deposition Witness Request**
Mike O'Keefe  to: Marie Firmin                                                    08/08/2011 11:45 AM

email for the record.
----- Forwarded by Mike O'Keefe/LAED/05/USCOURTS on 08/08/2011 11:45 AM -----

| | |
|---|---|
| From: | "Fitch, Warren Anthony" <Tony.Fitch@bingham.com> |
| To: | "Sally Shushan" <Sally_Shushan@laed.uscourts.gov> |
| Cc: | "'jimr@wrightroy.com'" <jimr@wrightroy.com>, "'SHERMAN@hhkc.com'" <SHERMAN@hhkc.com>, "'Mike.Underhill@usdoj.gov'" <Mike.Underhill@usdoj.gov>, "'CMaze@ago.state.al.us'" <CMaze@ago.state.al.us>, "'DWH Defense Liaison Counsel'" <liaison2179@liskow.com>, "'DWH Defense Steering Committee'" <Dsc2179@liskow.com>, "'DWH USA'" <deepwater.horizon@usdoj.gov>, "'Mike O'Keefe'" <Mike_OKeefe@laed.uscourts.gov> |
| Date: | 08/05/2011 04:38 PM |
| Subject: | Phase One Deposition Witness Request |

Dear Judge Shushan --

        Pursuant to Paragraph 7 of your Order of July 26, 2011 (Document 3457), I am writing to submit Anadarko's request for one additional Phase One deposition witness related to Process Safety. I have previously raised the possibility of requesting this witness but then tabled the tentative request because we hoped that other witnesses would provide the information that we and other parties have been seeking. However, that has not happened and we have therefore reluctantly concluded for the reasons set out below that we need a one-day deposition of Mr. Neil Shaw. In addition, we received some additional information only last week about Mr. Shaw in the course of the deposition of Ms. Barbara Yilmaz on July 26-27.

        The parties have been attempting to get testimony from the person in BP's GoM management with ultimate authority for implementation of the process safety mandates coming from London. Testimony indicates that Mr. Shaw headed the GoM SPU not only through late 2009 but also for a substantial period prior to 2009 and was ultimately responsible for making sure that BP's process safety measures were being implemented in the period when the Macondo well was being designed and the drilling plan was being formed. The head of BP's Process Safety organization at that same time, John Mogford, interacted with Shaw about process safety planning in the GoM and about specific process safety incidents and concerns specific to the GoM, including an incident involving a contractor-owned MODU (akin to the DWH). Shaw -- whom Mogford indentified as the person at BP accountable for taking the lessons learned from that incident and implementing them in the GoM -- was criticized by Mogford in writing for not getting "at the deeper-rooted behavioral and organizational issues" with process safety in the GoM.

        Ms. Yilmaz confirmed at her recent deposition that as "the SPU leader" Shaw was ultimately responsible for the implementation of Process Safety measures in the GoM SPU. The prior testimony of Kevin Lacy and Doug Suttles, although not a model of precision, seems to support this conclusion. (In light of the clarification as to Mr. Shaw's position, we have decided not to request the depositions of two other individuals, Donnie Carter and Steve Ruehle, who have been mentioned in recent depositions as having Process Safety responsibilities but who also seem not to have the level of responsibilities and therefore the potential range of knowledge of Mr. Shaw.)

        Kevin Lacy, the Vice President for Drilling and Completions, appears to have reported directly to Mr. Shaw. Lacy was the executive who made signficant efforts to shore up Process Safety in the GoM SPU but the fate of those efforts, the reasons for those outcomes, and the circumstances of Mr. Lacy's termination by BP remain unclear despite attempts to obtain pertinent information from Ms. Yilmaz last week as well as from others previously.

        It also appears that Mr. Shaw was involved in discussions with Transocean regarding the joint

implementation of a "Safety Improvement Plan" (which seems not to have come to fruition for some reason because we have not seen it in BP's or TO's document production), that he received and addressed incident investigation reports as well as non-compliance notices from MMS, and that he participated in deliberations regarding BP policies with respect to MODU operations that Lacy has testified included Process Safety issues.

  In sum, in light of the information (and lack thereof) adduced in recent depositions through the end of last week, we believe that Mr. Shaw has become an indispensable witness for filling in a number of informational gaps about, and potentially obtaining a complete picture of, the Process Safety regimen in the BP's GoM SPU that will be a central focus of the Phase One trial.  As always, thank you for your consideration of this request.

Respectfully submitted,

**Warren Anthony Fitch**
*Partner*
T 202.373.6695
F 202.373.6001
tony.fitch@bingham.com

**B I N G H A M**
Bingham McCutchen LLP
2020 K Street NW
Washington, DC 20006-1806

The information in this transmittal (including attachments, if any) is privileged and confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

Confidentiality Notice: The information in this e-mail (including attachments, if any) is considered confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this e-mail is prohibited except by or on behalf of the intended recipient. If you have received this email in error, please notify me immediately by reply email, delete this email, and do not disclose its contents to anyone.

Bingham McCutchen LLP Circular 230 Notice: To ensure compliance with IRS requirements, we inform you that any U.S. federal tax advice contained in this communication is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of avoiding any federal tax penalties. Any legal advice expressed in this message is being delivered to you solely for your use in connection with the matters addressed herein and may not be relied upon by any other person or entity or used for any other purpose without our prior written consent.