

# JONES WALKER

Glenn G. Goodier
*Not admitted in Alabama*
Direct Dial 504-582-8174
Direct Fax 504-582-8010
ggoodier@joneswalker.com

August 8, 2011

The Honorable Sally Shushan
Magistrate Judge
U.S. District Court for the
Eastern District of Louisiana
500 Poydras Street
Room B345
New Orleans, LA 70130

      Re:    In re: Oil Spill by the Oil Rig "Deepwater Horizon"
               in the Gulf of Mexico, on April 20, 2010 MDL No. 2179
               Time Allocation for Depositions of Transocean Internal Investigation Witnesses
               Our File: 122018-39

Dear Magistrate Judge Shushan:

      This letter is in regards to Your Honor's Order Regarding Time Allocation of Deposition Time, Rec. Doc. 3545, dated August 3, 2011. Under the Order, the Court reduced Weatherford's time for Dan Farr's deposition to 5 minutes. Additionally, the Court reduced Weatherford's time for all of BP's designated witnesses from Transocean's Investigation Group to 0 minutes. Pursuant to Your Honor's instructions, parties were to appeal this Order by noon on August 8, 2011. Please let this letter serve as an appeal and objection by Weatherford to the August 3, 2011 Order regarding time allocation for depositions.

      Weatherford submits that it should be entitled to 15 minutes for the depositions of Rich Miller and 15 minutes for each deposition of those BP-designated witnesses from Transocean's Investigation Group. The Transocean Internal Report discusses Weatherford's float collar in detail and provides four conclusions regarding the conversion of the float collar on Macondo. The Report also discusses post-incident testing of the float equipment; and these conclusions and testing directly relate to Weatherford's alleged role in this case. Moreover, Weatherford remains a third-party defendant to Transocean's claims in this litigation. Accordingly, Weatherford submits that it must be afforded the right to question the Transocean witnesses who participated

{N2339058.1}    JONES, WALKER, WAECHTER, POITEVENT, CARRÈRE & DENÈGRE L.L.P.

201 ST. CHARLES AVENUE • NEW ORLEANS, LOUISIANA 70170-5100 • 504-582-8000 • FAX 504-582-8583 • E-MAIL info@joneswalker.com • www.joneswalker.com
    ALABAMA    ARIZONA    DISTRICT OF COLUMBIA    FLORIDA    LOUISIANA    TEXAS

Honorable Sally Shushan
August 8, 2011
Page 2

in preparing the Internal Report and who developed the testing and/or conclusions regarding Weatherford's float equipment.

     As Your Honor is aware, Weatherford has ceded time to other parties freely for witnesses we know would have no relevance to Weatherford's defense and will continue to do so. However, Weatherford submits that the Transocean Internal Report witnesses have information relevant to Weatherford's defense. As noted previously, Weatherford's settlement with BP should not serve as a basis to reduce its time for depositions in this case. Weatherford remains a defendant. Weatherford's settlement with BP does not resolve all of Weatherford's potential liability and Weatherford remains obligated to defend itself against all claims. Weatherford must be afforded sufficient time to examine those witnesses we feel have relevance to Weatherford's defense.

Respectfully submitted,

Glenn G. Goodier

GGG/dms

{N2339058.1}