UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico on April 20, 2010** | * | **SECTION "J"** |
| | * | **JUDGE BARBIER** |
| | * | |
| | * | **MAGISTRATE NO. 1** |
| **THIS DOCUMENT RELATES TO:** | * | **MAGISTRATE SHUSHAN** |
| No. 10-2771, 10-04536 and all cases | * | |
| in which Cameron International | * | |
| is named as a Defendant | * | |
| | * | |
| * * * * * * * * * * * * | | |

**MOTION OF MOEX OFFSHORE 2007 LLC TO DISMISS
CROSS-CLAIMS AND COUNTERCLAIMS OF CAMERON
INTERNATIONAL CORPORATION FOR FAILURE
TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**

**NOW INTO COURT** comes Cross-Defendant and Counter-Defendant MOEX Offshore 2007 LLC, and pursuant to Federal Rule of Civil Procedure 12(b)(6) moves this Honorable Court To Dismiss Cameron International Corporation's Cross-Claims and/or Counterclaims in the following matters for failure to state a claim upon which relief can be granted, as more fully explained in the accompanying Memorandum in Support:

1. Answer of Third-Party Defendant Cameron International Corporation to Third-Party Complaint, Together with Counterclaim and Cross-Claims (applicable to Docket No. 10-04536, *United States v. BP Exploration and Production Inc., et. al*.) [Rec. Doc. 2872];

2. Answer of Cross-Defendant Cameron International Corporation to BP's Cross-Claim, Together with Counterclaim and Cross-Claims (purportedly

applicable to "all cases in which Cameron International is named Defendant") [Rec. Doc. 2865];

3. Answer of Cross-Defendant Cameron to Cross-Claims of Anadarko Defendants, together with Counterclaims and Cross-Claims (applicable to *In re: The Complaint and Petition of Triton Asset Leasing GmBH., et. al.*, Docket No. 10-2771) [Rec. Doc. 2867]; and

4. Answer of Cross-Defendant Cameron to Cross-Claims of MOEX Offshore 2007, LLC, together with Counterclaims and Cross-Claims (applicable to *In re: The Complaint and Petition of Triton Asset Leasing GmBH., et. al.*, Docket No. 10-2771) [Rec. Doc. 2868].

**WHEREFORE**, Cross-Defendant and Counter-Defendant MOEX Offshore 2007 LLC prays that this Court dismiss All Cross-Claims And/Or Counterclaims asserted against it by Cameron International Corporation for failure to state a claim upon which relief can be granted.

DATED:  August 8, 2011            */s/ Philip D. Nizialek*
                                   Philip D. Nizialek (La. Bar No. 24180)
                                   M. Hampton Carver (La. Bar No. 3947)
                                   CARVER, DARDEN, KORETZKY, TESSIER,
                                   FINN, BLOSSMAN & AREAUX, LLC
                                   1100 Poydras Street, Suite 3100
                                   New Orleans, LA 70163
                                   Telephone: (504) 585-3800
                                   Fax: (504) 585-3801

                                   **ATTORNEYS FOR
                                   MOEX OFFSHORE 2007 LLC**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on August 8, 2011.

/s/ *Philip D. Nizialek*

4822-5367-7066, v. 2