UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico on April 20, 2010** | * | **SECTION "J"** |
| | * | **JUDGE BARBIER** |
| | * | |
| | * | **MAGISTRATE NO. 1** |
| **THIS DOCUMENT RELATES TO:** | * | **MAGISTRATE SHUSHAN** |
| No. 10-2771, 10-04536 and all cases | * | |
| in which Cameron International | * | |
| is named as a Defendant | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM IN SUPPORT MOTION OF MOEX OFFSHORE 2007 LLC TO DISMISS COUNTERCLAIMS AND CROSS-CLAIMS OF CAMERON INTERNATIONAL CORPORATION FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**

**MAY IT PLEASE THE COURT:**

Cross-Defendant and Counter-Defendant MOEX Offshore 2007 LLC ("MOEX Offshore"), by and through its undersigned counsel, respectfully submits this Memorandum in Support of its Motion to Dismiss Cross-Claims of Cameron International Corporation ("Cameron") for Failure to State a Claim Upon Which Relief can be Granted.  For the following reasons, MOEX Offshore's Motion should be granted pursuant to Federal Rule of Civil Procedure 12(b)(6).

As noted in MOEX Offshore's Motion, on June 20, 2011, Cameron filed four duplicative sets of Cross-Claims  and/or Counterclaims against MOEX Offshore, namely: (1) Answer of Third-Party Defendant Cameron International Corporation to Third-Party Complaint, Together with Counterclaim and Cross-Claims (applicable to Docket No. 10-04536, *United States v. BP*

*Exploration and Production Inc., et. al.*) [Rec. Doc. 2872]; (2) Answer of Cross-Defendant Cameron International Corporation to BP's Cross-Claim, Together with Counterclaim and Cross-Claims (purportedly applicable to "all cases in which Cameron International is named Defendant") [Rec. Doc. 2865]; (3) Answer of Cross-Defendant Cameron to Cross-Claims of Anadarko Defendants, Together with Counterclaims and Cross-Claims (applicable to *In re: The Complaint and Petition of Triton Asset Leasing GmBH., et. al.*, Docket No. 10-2771) [Rec. Doc. 2867], and; (4) Answer of Cross-Defendant Cameron to Cross-Claims of MOEX Offshore 2007, LLC, Together with Counterclaims and Cross-Claims (applicable to *In re: The Complaint and Petition of Triton Asset Leasing GmBH., et. al.*, Docket No. 10-2771) [Rec. Doc. 2868]. In each of these Cross-Claims and Counterclaims, Cameron asserts the same two causes of against MOEX Offshore: (1) for contribution under the Oil Pollution Act, 33 U.S.C. § 2709, and (2) for contribution under the General Maritime Law.

Cameron's Cross-Claims and Counterclaims against MOEX Offshore in the above pleadings filed on June 20, 2011 are also identical to Cameron's Cross-Claims against MOEX Offshore filed on May 20, 2011. On May 20, 2011, Defendant Cameron filed its Master Answer Of Rule 14(C) Defendant Cameron International Corporation To Tendered Claims, Together With Cross-Claims (applicable to *In re: The Complaint and Petition of Triton Asset Leasing GmBH., et. al.*, Docket No. 10-2771) [Rec. Doc. 2472]. MOEX Offshore has already responded to these Cross-Claims by way of a Motion to Dismiss pursuant to Federal Rules of Civil Procedure 12(b)(6) [Rec. Doc. 2955]. In the interest of preserving judicial resources, and pursuant to Federal Rule of Civil Procedure 10(c), MOEX Offshore expressly incorporates and adopts as if set forth in full herein all arguments in the Motion of MOEX Offshore 2007 LLC to Dismiss Cross-Claims of Cameron International Corporation for Failure to State a Claim Upon

Relief can be Granted [Rec. Doc. 2955] and the Memorandum in Law in Support thereof. [Rec. Doc. 2955-1]. The incorporated documents are attached hereto for the Court's convenience as Exhibit "A".

WHEREFORE, Defendant, MOEX Offshore 2007 LLC prays that the Court dismiss all Cross-Claims and/or Counter-Claims asserted against it by Cameron for failure to state a claim upon which relief can be granted.

DATED:  August 8, 2011                  */s/ Philip D. Nizialek*
                                        Philip D. Nizialek (La. Bar No. 24180)
                                        M. Hampton Carver (La. Bar No. 3947)
                                        CARVER, DARDEN, KORETZKY, TESSIER,
                                        FINN, BLOSSMAN & AREAUX, LLC
                                        1100 Poydras Street, Suite 3100
                                        New Orleans, LA 70163
                                        Telephone: (504) 585-3800
                                        Fax: (504) 585-3801

                                        **ATTORNEYS FOR
                                        MOEX OFFSHORE 2007   LLC**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on August 8, 2011.

                                                                                                      /s/ *Philip D. Nizialek*

4840-8357-3258, v. 3