# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico on April 20, 2010** | * | **SECTION "J"** |
| | * | **JUDGE BARBIER** |
| | * | |
| | * | **MAGISTRATE NO. 1** |
| **THIS DOCUMENT RELATES TO:** | * | **MAGISTRATE SHUSHAN** |
| **No. 10-2771, 10-04536 and all cases** | * | |
| **in which Cameron International** | * | |
| **is named as a Defendant** | * | |
| | * | |
| *   *   *   *   *   *   *   *   *   *   *   * | * | |

## ORDER

Considering the Motion of Defendant MOEX Offshore 2007 LLC To Dismiss Cross-Claims Of Cameron International Corporation For Failure To State A Claim Upon Which Relief Can Be Granted:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Motion is GRANTED, and that the Cross-Claims by Cameron International Corporation against MOEX Offshore 2007 LLC set forth in Rec. Doc. No. 2878, Rec. Doc. No. 2865, Rec. Doc. No. 2867 and Rec. Doc. No. 2868 be and the same are hereby dismissed with prejudice.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE

4813-1277-7994, v. 1