UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | * * * * | MDL No. 2179 SECTION "J" JUDGE BARBIER |
| | * * | MAGISTRATE NO. 1 |
| **THIS DOCUMENT RELATES TO:** No. 10-2771, 10-04536 and all cases in which Cameron International is named as a Defendant | * * * * * | MAGISTRATE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering Defendant MOEX Offshore 2007 LLC's Request for Oral Argument:

**IT IS HEREBY ORDERED** that the Court will hear oral argument on Defendant MOEX Offshore 2007 LLC's Motion To Dismiss Cross-Claims Of Cameron International Corporation For Failure To State A Claim Upon Which Relief Can Be Granted on the 28th day of September, 2011 at 9:30 a.m.

New Orleans, Louisiana, this _____ day of _____, 2011.

**UNITED STATES DISTRICT JUDGE**

4844-6709-1210, v. 1