UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | * * * * * | MDL No. 2179<br><br>SECTION "J"<br>JUDGE BARBIER |
| THIS DOCUMENT RELATES TO:<br>NO. 10-2771 | * * * * | MAGISTRATE NO. 1<br>MAGISTRATE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering Defendant MOEX USA Corporation's Request for Oral Argument:

**IT IS HEREBY ORDERED** that the Court will hear oral argument on Defendant MOEX USA Corporation's Motion To Dismiss the Cross-Claims Of Cameron International Corporation For Failure To State A Claim Upon Which Relief Can Be Granted on the 28th day of September, 2011 at 9:30 a.m.

New Orleans, Louisiana, this _____ day of _____, 2011.

                                                **UNITED STATES DISTRICT JUDGE**

4835-7658-8042, v. 1