UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | * * * * * | MDL No. 2179<br><br>SECTION "J"<br>JUDGE BARBIER |
| THIS DOCUMENT RELATES TO:<br>NO. 10-2771 | * * * * | MAGISTRATE NO. 1<br>MAGISTRATE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \*

**MOTION OF MOEX USA CORPORATION TO DISMISS CROSS-CLAIMS OF CAMERON INTERNATIONAL CORPORATION FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**

**NOW INTO COURT** comes Cross-Defendant MOEX USA Corporation ("MOEX USA"), and pursuant to Federal Rule of Civil Procedure 12(b)(6) moves this Honorable Court To Dismiss Cameron International Corporation's Cross-Claims in the following matters for failure to state a claim upon which relief can be granted, for the reasons more fully explained in the accompanying Memorandum in Support:

1. Answer of Cross-Defendant Cameron to Cross-Claims of Anadarko Defendants, Together with Counterclaims and Cross-Claims (applicable to *In re: The Complaint and Petition of Triton Asset Leasing GmBH., et. al.*, Docket No. 10-2771) [Rec. Doc. 2867]; and

2. Answer of Cross-Defendant Cameron to Cross-Claims of MOEX Offshore 2007 LLC, together with Counterclaims and Cross-Claims (applicable to *In*

*re: The Complaint and Petition of Triton Asset Leasing GmBH., et. al*., Docket No. 10-2771) [Rec. Doc. 2868].

**WHEREFORE**, Cross-Defendant and Counter-Defendant MOEX USA Corporation prays that this Court dismiss all Cross-Claims and Counterclaims asserted against it by Cameron International Corporation for failure to state a claim upon which relief can be granted.

DATED:  August 8, 2011                                  */s/ Robert S. Stassi*
                                                                         Robert S. Stassi (La. Bar No. 25259)
                                                                         CARVER, DARDEN, KORETZKY, TESSIER,
                                                                         FINN, BLOSSMAN & AREAUX, LLC
                                                                         1100 Poydras Street, Suite 3100
                                                                         New Orleans, LA 70163
                                                                         Telephone: (504) 585-3800
                                                                         Fax: (504) 585-3801

**ATTORNEYS FOR
MOEX USA CORPORATION**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on August 8, 2011.

                                                                         /s/ *Robert S. Stassi*

4810-4545-5370, v.  2