UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | * * * * * | MDL No. 2179<br><br>SECTION "J"<br>JUDGE BARBIER |
| THIS DOCUMENT RELATES TO NO. 10-2771 | * * * | MAGISTRATE NO. 1<br>MAGISTRATE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \*

MEMORANDUM IN SUPPORT MOTION OF MOEX USA CORPORATION TO DISMISS CROSS-CLAIMS OF CAMERON INTERNATIONAL CORPORATION FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED

**MAY IT PLEASE THE COURT:**

Cross-Defendant MOEX USA Corporation ("MOEX USA"), by and through its undersigned counsel, respectfully submits this Memorandum in Support of its Motion to Dismiss Cross-Claims of Cameron International Corporation ("Cameron") for failure to state a claim upon which relief can be granted. For the following reasons, MOEX USA's Motion should be granted pursuant to Federal Rule of Civil Procedure 12(b)(6).

As noted in MOEX USA's Motion, on June 20, 2011, Cameron filed two duplicative sets of Cross-Claims and/or Counterclaims against MOEX USA, namely: (1) Answer of Cross-Defendant Cameron to Cross-Claims of Anadarko Defendants, Together with Counterclaims and Cross-Claims (applicable to *In re: The Complaint and Petition of Triton Asset Leasing GmBH., et. al.*, Docket No. 10-2771) [Rec. Doc. 2867], and; (2) Answer of Cross-Defendant Cameron to Cross-Claims of MOEX Offshore 2007, LLC, Together with Counterclaims and Cross-Claims (applicable to *In re: The Complaint and Petition of Triton Asset Leasing GmBH.,*

*et. al.*, Docket No. 10-2771) [Rec. Doc. 2868]. In each of these Cross-Claims and Counterclaims, Cameron asserts the same two causes of against MOEX Offshore: (1) for contribution under the Oil Pollution Act, 33 U.S.C. § 2709, and (2) for contribution under the General Maritime Law. In each of the referenced pleadings, Cameron fails to assert any viable causes of action against MOEX USA, although Cameron purports to assert contribution Cross-Claims under the General Maritime Law against all cross-defendants, including, presumably, MOEX USA.

To the extent the referenced pleadings assert any cross-claims against MOEX USA (which MOEX USA does not concede), they are identical to those Cross-Claims asserted by Cameron against MOEX USA filed on May 20, 2011.  On May 20, 2011, Defendant Cameron filed its Master Answer Of Rule 14(C) Defendant Cameron International Corporation To Tendered Claims, Together With Cross-Claims (applicable to *In re: The Complaint and Petition of Triton Asset Leasing GmBH., et. al., Docket No. 10-2771*) [Rec. Doc. 2472].  MOEX USA has already responded to these Cross-Claims by way of a Motion to Dismiss pursuant to Federal Rules of Civil Procedure 12(b)(6) [Rec. Doc. 2946].  In the interest of preserving judicial resources, and pursuant to Federal Rule of Civil Procedure 10(c), MOEX USA expressly incorporates and adopts as if set forth in full herein all arguments in the Motion of MOEX USA Corporation to Dismiss Cross-Claims of Cameron International Corporation for Failure to State a Claim Upon Relief can be Granted [Rec. Doc. 2946] and the Memorandum in Law in Support thereof.  [Rec. Doc. 2946-1]. The incorporated documents are attached hereto for the Court's convenience as Exhibit "A".

WHEREFORE, Defendant, MOEX USA Corporation prays that this Court dismiss all Cross-Claims asserted by Cameron against MOEX USA Corporation, including those set forth in

the pleading at Rec. Doc. 2867 and Rec. Doc. 2868, for failure to state a claim upon which relief can be granted.

DATED:  August 8, 2011                                   /s/ Robert S. Stassi
Robert S. Stassi (La. Bar No. 25259)
CARVER, DARDEN, KORETZKY, TESSIER,
FINN, BLOSSMAN & AREAUX, LLC
1100 Poydras Street, Suite 3100
New Orleans, LA 70163
Telephone: (504) 585-3800
Fax: (504) 585-3801
**ATTORNEYS FOR
MOEX USA CORPORATION**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on August 8, 2011.

                                                _____/s/ Robert S. Stassi_____

4850-7244-5962, v.  2