UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico on April 20, 2010 | * | SECTION "J" |
| | * | JUDGE BARBIER |
| | * | |
| THIS DOCUMENT RELATES TO: | * | MAGISTRATE NO. 1 |
| NO. 10-2771 | * | MAGISTRATE SHUSHAN |
| | * | |
| | * | |
| * * * * * * * * * * * * | | |

## NOTICE OF SUBMISSION

TO:   Counsel

**PLEASE TAKE NOTICE** that subject to Pre-trial Order Nos. 11 and 25, in which the Court directed that the Court will set the date of all hearings on Motions in this case, the Motion of Defendant MOEX USA Corporation To Dismiss the Cross-Claims Of Cameron International Corporation For Failure To State A Claim Upon Which Relief Can Be Granted is tentatively noticed for submission to Judge Carl J. Barbier on September 28, 2011 at 9:30 a.m.

DATED:  August 8, 2011         */s/ Robert S. Stassi*
                               Robert S. Stassi (La. Bar No. 25259)
                               CARVER, DARDEN, KORETZKY, TESSIER,
                               FINN, BLOSSMAN & AREAUX, LLC
                               1100 Poydras Street, Suite 3100
                               New Orleans, LA 70163
                               Telephone: (504) 585-3800
                               Fax: (504) 585-3801
                               **ATTORNEYS FOR MOEX USA CORPORATION**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on August 8, 2011.

                                                                          _____/s/ *Robert S. Stassi*_____

4833-2473-3194, v. 1