# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | * * * * * | **MDL No. 2179** <br><br> **SECTION "J"** <br> **JUDGE BARBIER** |
| **THIS DOCUMENT RELATES TO:** <br> **NO. 10-2771** | * * * * | **MAGISTRATE NO. 1** <br> **MAGISTRATE SHUSHAN** |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the Motion of Defendant MOEX USA Corporation To Dismiss the Cross-Claims Of Cameron International Corporation For Failure To State A Claim Upon Which Relief Can Be Granted:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Motion is GRANTED and that the Cross-Claims by Cameron International Corporation against MOEX USA Corporation set forth in Rec. Doc. No. 2867 and Rec. Doc. No. 2868 be and the same are hereby dismissed with prejudice.

New Orleans, Louisiana, this _____ day of _____, 2011.

                                                                             UNITED STATES DISTRICT JUDGE

4845-9967-0538, v. 1