UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL NO. 2179<br><br>SECTION: J |
| This Document Relates to: EDLA C.A. No. 10-3184 | § § § | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
| ~~SDTX C.A. No. 4:10—CV—02354~~ | § § | |

### ORDER

Considering the above and foregoing Motion to Dismiss With Prejudice;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that all matters in this controversy filed by BRAD JONES against any party including but not limited to **TRANSOCEAN LTD., TRANSOCEAN OFFSHORE DEEPWATER DRILLING, L.L.C., CAMERON INTERNATIONAL CORPORATION A/K/A CAMERON SYSTEMS CORPORATION, HALLIBURTON ENERGY SERVICES, INC., BP EXPLORATION & PRODUCTION, INC., BP PLC. and M-I L.L.C.,**. be and the same are hereby dismissed and discontinued, with full prejudice, each party to bear their own costs.

New Orleans, Louisiana this 8th day of August, 2011.

_____
United States District Judge