UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
|     "Deepwater Horizon" in the Gulf | * | |
|     of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| | * | JUDGE BARBIER |
| This Document Applies to: | * | |
| *All Cases* | * | MAG. JUDGE SHUSHAN |
| | * | |

## ORDER

On October 8, 2010, the Court issued Pretrial Order No. 8 (R.D. 506), appointing the Plaintiffs' Steering Committee ("PSC") and Plaintiff Executive Committee. Said appointments were for a term of one year from the date of that Order.

Accordingly, the Court at this time invites requests for appointment or reappointment. Any such request shall be filed not later than September 9, 2011. Requests for reappointment should be accompanied by a statement (not more than four pages) describing the nature and scope of the applicant's work on behalf of the PSC, including the time and resources expended during the prior term. The requests and accompanying statements should be made *in camera*, via correspondence with the Court.

New Orleans, Louisiana this 8th day of August, 2011.

_____
UNITED STATES DISTRICT JUDGE