UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * MDL NO. 2179<br>*<br>* CAUSE NO. CA-10-8888<br>*<br>* SECTION:  J<br>*<br>*<br>* JUDGE BARBIER<br>* MAG. JUDGE SHUSHAN |

* * * * * * * * * * * * * * *

## ORDER

Considering the Motion of the Claimants / Plaintiffs to Dismiss with Prejudice Pursuant to *Rule 41(a)(2)*:

**IT IS HEREBY ORDERED** that all claims of the following Claimants / Plaintiffs are dismissed with Prejudice.

| | **Document No.** | **Cause No.** | **Plaintiff/Claimant** |
|---|---|---|---|
| 1. | 42765 | CA-10-8888 | Maya Sutaria/Shreesharda Tallahassee, Inc. d/b/a Subway 2118 |
| 2. | 42795 | CA-10-8888 | Chetan Patel/CTS Hospitality, Inc. d/b/a Humble Executive Suites |
| 3. | 32673 | CA-10-8888 | Girish Patel/Laxmi Parbhu, Inc. d/b/a LaQuinta |
| 4. | 27999 | CA-10-8888 | Sanjay Kakadia/Srinathji, LLC |
| 5. | 40806 | CA-10-8888 | Ramanlal Patel/Moti Corporation d/b/a Coden Grocery |
| 6. | 25004 | CA-10-8888 | Ajit Kher/Ocean Springs Motels, Inc. d/b/a Days Inn |
| 7. | 25010 | CA-10-8888 | Ajit Kher/Magnolia Properties of the Coast, |

|  |  |  |  |
|---|---|---|---|
|  |  |  | LLC |
| 8. | 42741 | CA-10-8888 | John Korn/John Korn Builders, LLC |
| 9. | 25086 | CA-10-8888 | Aman Patel/Jalaram Trading, LLC d/b/a Comfort Inn & Suites |
| 10. | 52297 | CA-10-8888 | Suresh Desai |
| 11. | 52291 | CA-10-8888 | Varsha Desai |

New Orleans, Louisiana, this the ___ day of _____, 2011.

_____
UNITED STATES DISTRICT COURT JUDGE