Case 2:10-md-02179-CJB-SS Document 1000-4 Filed 03/16/11 Page 1 of 2
Case 2:10-md-02179-CJB-DPC Document 3643 Filed 08/09/11 Page 1 of 2

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| Tracy Kleppinger, et al | ) |
| *Plaintiff* | ) ) ) |
| v. | ) Civil Action No. 10-md-2179 (relates to 2:10-03168) |
| Transocean Offshore Deepwater Drilling, Inc., et al | ) ) J (1) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BP Exploration & Production Inc.
through its registered agent
C T Corporation System
5615 Corporate Blvd., Suite 400B
Baton Rouge, LA 70808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: R. Todd Elias
Gordon, Elias & Seely, L.L.P.
1811 Bering Drive, Suite 300
Houston, Texas 77057

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: Mar 16 2011

Civil Action No. 10-md-2179 (relates to 2:10-03168)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **BP EXPLORATION + PRODUCTION INC. C/O REGISTERED AGENT CT CORPORATION SYSTEM**
was received by me on *(date)* **JULY 28, 2011**

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **LYNETTE BASS @ CT CORP. SYSTEM**, who is designated by law to accept service of process on behalf of *(name of organization)* **BP EXPLORATION + PRODUCTION INC** on *(date)* **7/29/2011 @ 12:25 PM** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**

I declare under penalty of perjury that this information is true.

Date: **7/29/2011**

*William Humble*
*Server's signature*

**WILLIAM HUMBLE - PRIVATE PROCESS SERVER**
*Printed name and title*

**1113 S. RANGE AVE. STE 110, #126
DENHAM SPRINGS, LA 70726**
*Server's address*

Additional information regarding attempted service, etc: