# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | | |
|---|---|---|
| Tracy Kleppinger, et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 10-md-2179 (relates to 2:10-03168) |
| Transocean Offshore Deepwater Drilling, Inc., et al | ) | J (1) |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MOEX Offshore 2007, L.L.C.
through its registered agent
Naoki Ishii
9 Greenway Plaza, Suite 1220
Houston, Texas 77046

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   R. Todd Elias
Gordon, Elias & Seely, L.L.P.
1811 Bering Drive, Suite 300
Houston, Texas 77057

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Loretta G. Whyte
Name of Clerk of Court

Deputy Clerk's signature

Date: ___Mar 17 2011___

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

**AFFIDAVIT ATTACHED**

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                *Server's signature*

                              _____
                              *Printed name and title*

                              _____
                                *Server's address*

Additional information regarding attempted service, etc:

<u>**CAUSE NO. 10-MD-2179**</u>

| | |
|---|---|
| TRACY KLEPPINGER, ET AL, **PLAINTIFF** | § § § § § § § § § |
| VS. | IN THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT |
| TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., ET AL, **DEFENDANT** | ~~JEFFERSON COUNTY, LA~~ |

<u>**AFFIDAVIT OF SERVICE**</u>

**BEFORE ME**, the undersigned authority, on this day appeared, **ERIC MANUEL JIMENEZ**, personally before me and stated under oath as follows:

My name is **ERIC MANUEL JIMENEZ**. I am over the age of eighteen (18), I am not a party to this case, and have no interest in its outcome. I am a private process server authorized by and through the Supreme Court of Texas, am in all ways competent to make this affidavit, and this affidavit is based on personal knowledge. The facts stated herein are true and correct.

**ON Wednesday, July 27, 2011 AT 03:11 PM** - SUMMONS IN A CIVIL ACTION, PLAINTIFFS' SIXTH AMENDED COMPLAINT WITH JURY DEMAND **CAME TO HAND.**

ON Thursday, July 28, 2011 AT 12:00 PM - THE ABOVE NAMED DOCUMENTS WERE DELIVERED TO: MOEX OFFSHORE 2007, LLC, C/O REGISTERED AGENT NAOKI ISHII BY DELIVERING TO JEANNINE MARCHETTE AUTHORIZED TO ACCEPT SERVICE, 9 GREENWAY PLAZA, STE 1220, HOUSTON, TX, 77046 BY **PERSONAL SERVICE.**

**FURTHER AFFIANT SAYETH NOT.**

_____
ERIC MANUEL JIMENEZ, Affiant
(ID #SCH 2021)

Before me personally appeared the above-named affiant, who, being first duly sworn, stated upon oath that the above-stated facts are true and correct and within his or her personal knowledge, and subscribed the same on this 28th day of July, 2011.

_____
Notary Public In And for the State of Texas

WANDA WOOTEN
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
MARCH 12, 2013

DocID: 201069-6