## MDL 2179 Transfer Order and Conditional Transfer Order Status

| Order Number | Date Issued | Number of Cases Included | Status of Order | Notes |
| --- | --- | --- | --- | --- |
| 1 | 8/24/10 | 26 cases conditionally transferred | Became final on 9/8/10 | Includes cases from N. Cal., S. Fla., N. Ga., S. Ga., E. Ky., W. Ky, , M. La., W. La, E. Tenn., M. Tenn., and E. Va. |
| 2 | 8/31/10 | 45 cases conditionally transferred | Order became final as to 44 cases on September 14, 2010.  Order final as to 1 case on 11/30/2010. | Includes cases from M. Fla., N. Fla., S. Fla., E. Tex., S. Tex., and E. Va. |
| 3 | 9/2/10 | 33 cases conditionally transferred | Order became final as to 31 cases on September 16, 2010.  Order became final as to 2 cases on 11/30/2010. | Includes cases from S. Tex. |
| 4 | 9/8/10 | 38 cases conditionally transferred | Became final on 9/22/2010 | Includes cases from M. Ala., S. Ala., S. Miss., D. S.C., and E. Tex. |
| 5 | 10/27/10 | 58 cases conditionally transferred | Order became final as to 51 cases on November 4, 2010.  Order final as to remaining seven cases by February 8, | Includes cases from M. Ala., S. Ala., Del., N. Fla., S. Fla., S. Ind., W. La., S. Miss., S. Tex., W. Tex. and E. Va. |

K&E 19072169.1

|   |   |   | 2011. |   |
|---|---|---|---|---|
| 6 | 11/10/10 | 4 cases conditionally transferred | Order became final as to three cases on November 17, 2010. Order became final as to one case on February 7, 2011. | Includes cases from N. Fla., S. Fla. and S. Tex. |
| 7 | 11/30/10 | 7 cases conditionally transferred | One case voluntarily dismissed before CTO became final and therefore not transferred. Order became final as to four cases on December 8, 2010. Order became final as to two cases on February 7, 2011. | Includes cases from N. Fla., W. La., N. Miss. and S. Tex. |
| 8 | 12/21/10 | 1 case conditionally transferred | Order became final on 2/7/11 | S.D. Ala. |
| 9 | 1/20/11 | 4 cases conditionally transferred | Order became final as to three cases on January 27, 2011. Order became final as to fourth case on 4/18/11. | S.D. Tex. |
| 10 | 1/31/11 | 1 case conditionally transferred | Order became final on 2/6/11. | S.D. Tex. |

K&E 19072169.1

| 11 | 2/2/11 | 1 case conditionally transferred | Order became final on 2/9/11. | S.D. Tex. |
|---|---|---|---|---|
| 12 | 2/15/11 | 1 case conditionally transferred. | Order became final on 2/23/11 | S.D. Tex. |
| 13 | 3/1/11 | 2 cases conditionally transferred. | Order became final on 3/1/11 | N.D. Ala. and S.D. Tex. |
| 14 | 3/24/11 | 1 case conditionally transferred | Order became final on 4/1/11 | C.D. Cal. |
| 15 | 4/4/11 | 2 cases conditionally transferred | One objection filed staying the order as to that case; order became final as to remaining case on 4/12/11. | S.D. Ala., D. Del. |
| 16 | 4/21/11 | 2 cases conditionally transferred | One objection filed staying the order as to that case; order became final as to remaining case on 4/29/11. Order denying objection and transferring remaining case issued 8/9/11 | M.D. Fla., S.D. Tex. |
| 17 | 4/26/11 | 4 cases conditionally transferred | Order became final on 5/4/11. | S.D. Fla., S.D. Tex., W.D. Tex. |
| 18 | 5/10/11 | 3 cases conditionally transferred | One objection filed staying the order as to that case; order | S.D. Tex. |

3

K&E 19072169.1

|    |         |                                     | became final as to remaining cases on 5/18/11. Order denying objection and transferring case issued 8/9/11. |                              |
|----|---------|-------------------------------------|------------------------------------------------------------------------------------------------------------|------------------------------|
| 19 | 5/13/11 | 1 case conditionally transferred    | Order became final on 5/23/11.                                                                             | S.D. Ala.                    |
| 20 | 5/13/11 | 1 case conditionally transferred    | Order became final on 5/23/11.                                                                             | S.D. Ala.                    |
| 21 | 5/16/11 | 3 cases conditionally transferred   | Order become final on 5/24/11.                                                                             | M.D. La., W.D. La.           |
| 22 | 5/23/11 | 3 cases conditionally transferred   | One objection filed staying the order as to that case; order became final as to remaining cases on 6/1/11. Order denying objection and transferring remaining case issued 8/9/11 | S.D. Ala., M.D. La., S.D. Tex. |
| 23 | 6/1/11  | 9 cases conditionally transferred   | Nine objections filed staying the order as to all 9 cases.                                                 | S.D. Ala., Del.              |
| 24 | 6/14/11 | 3 cases conditionally transferred   | Order became final on 6/22/11                                                                              | N.D. Fla., W.D. La.          |
| 25 | 6/20/11 | 2 cases conditionally               | Two objections filed staying the order as to both                                                          | N.D Fla., S.D. Tex.          |

4

|    |         | transferred | cases |     |
|----|---------|-------------|-------|-----|
|    |         | transferred | cases |     |
| 26 | 6/28/11 | 1 case conditionally transferred | Order became final on 7/6/11 | S.D. Ala. |
| 27 | 6/30/11 | 2 cases conditionally transferred | Two objections filed staying the order as to both cases | E.D. Ky, S.D. Fla. |
| 28 | 7/13/11 | 2 case conditionally transferred | Order became final on 7/21/11 | N.D. Fla., S.D. Tex. |
| 29 | 7/15/11 | 1 case conditionally transferred | Objection filed staying the order | M.D. Fla. |
| 30 | 7/26/11 | 2 cases conditionally transferred | One objection filed, order final as to the other action on 8/3/11 | S.D. Ala., N. D. Fla. |
| 31 | 8/5/11  | 1 case conditionally transferred | Order to become final on 8/13/11 if no objection | S.D. Fla. |

5