**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

JUN 30 PM 2:24 SOUTHERN DIST. S/TX

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Velma Jean Richards | 11-1096-J (1) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Transocean, et al., | Claim and Summon |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Transocean, et al.,

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
**AT** Transocean - #4 Greenway Plaza - Houston, TX. 77046

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Velma Jean Richards
305 West 72nd Street Apt. 11C
New York, NY, 10023
Velma Jean Richards 6/23/11

| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

phone # 713-232-7500

| Signature of Attorney or other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Velma Jean Richards | ☒ PLAINTIFF ☐ DEFENDANT | 845-337-9254 | 6-23-11 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 34 | No. 29 | Vita Jones | 6/27/11 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

| Address (complete only if different than shown above) | Date of Service | Time | am |
|---|---|---|---|
| TRANSOCEAN INC. | 7/11/11 | 1:15 | pm |
| 4 GREENWAY PLAZA, SUITE 700 HOUSTON, TX 77046 | Signature of U.S. Marshal or Deputy Pat Lopez | | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 9.00 | | $8 | 16.00 | | | |

REMARKS:
7/8/11 - Service via Certified Mail 7008 0150 0003 3156 5730
7/11/11 - Served via Certified Mail; signed for by Todd Cobena.

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

Doc. No. JD15 11-1096-J

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:   11- 1096

```
Il..ll..lll....l.il.lll..llil
TRANSOCEAN INC.
4 GREENWAY PLAZA, SUITE 700
HOUSTON, TX 77046
```

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by ( *Printed Name* )        Date of Delivery
   Todd Cobern

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*           ☐ Yes

2. Article Number
   *(Transfer from service label)*      7008 0150 0003 3156 5730

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540