# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Velma Jean Richards | 11-1096-J (1) |
| DEFENDANT | TYPE OF PROCESS |
| Cameron International et al, | claim and summon |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Cameron International, et al., zip 77027

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1333 West Loop South-Suite 1700-Houston, TX

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Velma Jean Richards
305 West 72nd Street Apt 11C
New York, NY 10023
Velma Jean Richards 6/23/11

- Number of process to be served with this Form - 285
- Number of parties to be served in this case
- Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service):
Fold

phone # 713-513-3300

Signature of Attorney or other Originator requesting service on behalf of: Velma Jean Richards
☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 845-337-9254
DATE: 6-23-11

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 34 | District to Serve No. 29 | Signature of Authorized USMS Deputy or Clerk  Vita Jones | Date 6/27/11 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 7/12/11
Time: 1:52 pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 8.00 | | $8 | 16.00 | | | |

REMARKS:
7/8/11 - Service via certified mail 7008 0150 0003 3156 5723
7/12/11 - Service via certified mail; signed for by V. Tobias

___ Fee
___ Process
x Dktd

PRIOR EDITIONS MAY BE USED
**1. CLERK OF THE COURT**
FORM USM-285 (Rev. 12/15/80)
Doc. No.
JDIS 11-1096-J

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. ③, ⊘34 | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  V Tobias  C. Date of Delivery 7/12/11 |
| 1. Article Addressed to:  11-1096<br><br>CAMERON INTERNATIONAL CORP.<br>1333 WEST LOOP SOUTH, SUITE 1700<br>HOUSTON, TX 77027 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7008 0150 0003 3156 5723 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540