# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: Velma Jean Richards | COURT CASE NUMBER: 11-1096-J (1) |
| DEFENDANT: Halliburton, et al., | TYPE OF PROCESS: Claim and Summon |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
→ Halliburton, et al.,

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
AT 10200 Bellaire Blvd, Houston, TX. 77032

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Velma Jean Richards
305 West 72nd Street Apt. 11C
New York, NY. 10023

Velma Jean Richards 6-23-11

- Number of process to be served with this Form - 285
- Number of parties to be served in this case
- Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

phone # 281-575-3000

Signature of Attorney or other Originator requesting service on behalf of:
Velma Jean Richards
☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 845-337-9254
DATE: 6-23-11

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process: 1 | District of Origin No. 34 | District to Serve No. 79 | Signature of Authorized USMS Deputy or Clerk: Vita Jones | Date: 6/27/11 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 7/9/11    Time: 3:27 pm
Signature of U.S. Marshal or Deputy: Pat Lopez

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 8.00 | | $8 | 16.00 | | |

REMARKS:
7/8/11 - Service via Certified Mail - 7008 0150 0003 3156 5747
7/9/11 - Served via Certified Mail; signed for by Percy Harrell

_____ Fee
_____ Process
X    Dktd

**PRIOR EDITIONS MAY BE USED**    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)

JDIS 11-1096-J

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>Percy L. Harrell   7-9-11 |
| 1. Article Addressed to:  11-1096<br><br>HALLIBURTON<br>10200 BELLAIRE BLVD.<br>HOUSTON, TX 77072 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>   ☒ Certified Mail   ☐ Express Mail<br>   ☐ Registered       ☐ Return Receipt for Merchandise<br>   ☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>   (Transfer from service label) | 7008 0150 0003 3156 5747 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540