UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010<br><br>**This Document Relates to:**<br>**2:10-cv-02454, 2:10-cv-01768** | ) MDL NO. 2179<br>)<br>) SECTION: J<br>)<br>) JUDGE BARBIER<br>) MAG. JUDGE SHUSHAN<br>)<br>)<br>) **NOTICE OF NON-OPPOSITION**<br>)<br>) |

## NOTICE OF NON-OPPOSITION

The Center for Biological Diversity (the "Center"), plaintiff in *Center for Biological Diversity v. BP America, et al.*, 2:10-cv-02454 and 2:10-cv-01768, respectfully submits this Notice of Non-Opposition. The Center previously filed a Motion for Clarification of Order Dismissing the D1 Bundle Master Complaint and supporting Memorandum on July 11, 2011. Doc. No. 3255. There has been no opposition filed against that Motion. As such, the Center respectfully requests that the Court enter an order consistent with the relief requested in that Motion.

DATED this 9th day of August, 2011.

Respectfully submitted,            s/Charles M. Tebbutt
                                   Charles M. Tebbutt
                                   Daniel C. Snyder
                                   Law Offices of Charles M. Tebbutt, P.C.
                                   451 Blair Blvd.
                                   Eugene, OR 97402
                                   Ph: 541-344-3505
                                   E-mail: charlie.tebbuttlaw@gmail.com

NOTICE OF NON-OPPOSITION                                                              1

**CERTIFICATE OF SERVICE**

     I hereby certify that on August 9, 2011, I electronically served the foregoing on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF System, which will send notification of such filing in accordance with the procedures established in MDL 2179.

                                                           s/ Charles M. Tebbutt
                                                           Charles M. Tebbutt
                                                           Law Offices of Charles M. Tebbutt, P.C.