UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Regarding the Deposition of Dr. Robert Beirute and Robert M. Beirute Consulting, LLC]**

Anadarko has, after consultation with counsel for Dr. Robert Beirute and Robert M. Beirute Consulting, LLC ("Beirute Consulting"), noticed the deposition of Dr. Beirute individually and of Beirute Consulting to take place on August 29, 2011. The issue has arisen as to whether Dr. Beirute and Beirute Consulting may be deposed at a later stage of the litigation as fact witnesses regarding post-incident control and containment issues. They may not. If any party desires to question Dr. Beirute and Beirute Consulting as fact witnesses, the opportunity will be at their depositions currently scheduled for August 29, 2011.[1] The combined deposition of Dr. Beirute and Beirute Consulting shall last no longer than 10 hours over two days (currently August 29th and 30th).

BP has notified the Court and the parties that Dr. Beirute has been retained as a litigation consultant and he shall not be questioned during his or Beirute Consulting's deposition regarding his consultancy. If BP designates Dr. Beirute as a testifying expert, he may be deposed in that capacity during the expert deposition period.

New Orleans, Louisiana, this 9th day of August, 2011.

SALLY SHUSHAN
United States Magistrate Judge

---

[1] The Rule 30(b)(6) notice will have to be revised to include post-event issues.