# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | * CIVIL ACTION |
| "DEEPWATER HORIZON" IN THE | * NO. 2:10-MDL-02179 |
| GULF OF MEXICO, ON APRIL 20, 2010 | * |
| | * SECTION "J" |
| This Document Relates to: 10-8888 | * |
| | * JUDGE BARBIER |
| | * |
| | * MAGISTRATE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion to Withdraw as Counsel of Record for

Claimant Azeemuddin Ahmed (52444);
Claimant Marie D. Azor (60834);
Claimant Marie J. Bontemps (48374);
Claimant Roblin Bontemps (48621);
Claimant Muracin Brivil (52499);
Claimant Wesner Derosier (52538);
Claimant Michelet Dore (52547);
Claimant Abdul Hussein (52718);
Claimant Sahra Haji Hussein (52701);

Claimant Spriel Jean-Pierre (48760);
Claimant Beloni Laurent (48880);
Claimant Jean W. Louissaint (52786);
Claimant Lyonel Miclis (53072);
Claimant Pierre C. Noel (49159);
Claimant Ali Raza (52907);
Claimant James P. Theriot (52996);
and
Claimant Caramy Vilcin (53090).

**IT IS ORDERED** that Martins I. Imudia, Martins I Imudia & Associates, Terrence J. Lestelle, Andrea S. Lestelle, Jeffery B. Struckhoff, and Richard M. Morgain, Lestelle & Lestelle, A Professional Law Corporation, are hereby withdrawn as counsel of record for

Claimant Azeemuddin Ahmed;
Claimant Marie D. Azor;
Claimant Marie J. Bontemps;
Claimant Roblin Bontemps;
Claimant Muracin Brivil;
Claimant Wesner Derosier;
Claimant Michelet Dore;
Claimant Abdul Hussein;
Claimant Sahra Haji Hussein;

Claimant Spriel Jean-Pierre;
Claimant Beloni Laurent;
Claimant Jean W. Louissaint;
Claimant Lyonel Miclis;
Claimant Pierre C. Noel;
Claimant Ali Raza;
Claimant James P. Theriot; and
Claimant Caramy Vilcin.

New Orleans, Louisiana this 9th day of August, 2011.

_____
United States District Judge