UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 SECTION: J |
| | * | JUDGE BARBIER |
| This Document Applies to: 10-cv-2771 | * * * | MAG. JUDGE SHUSHAN |

## ORDER

Before the Court is Carnival Corporation's First Motion for Extension of Time to Plead (Rec. Doc. 3611) requesting an additional twenty-one (21) days to file an opposition to M-I LLC's Motion to Dismiss Carnival Corporation's Cross Claim and/or Third Party Complaint (Rec. Doc. 2814).

Pretrial Order No. 15 (Rec. Doc. 676) automatically continues all pending and future motions. Until the Court specifically sets a submission or hearing date for a motion, no responses are due. The Court has not set a submission or hearing date for M-I LLC's Motion.

Consequently,

Carnival Corporation's First Motion for Extension of Time to Plead (Rec. Doc. 3611) is **DENIED AS MOOT**.

New Orleans, Louisiana, this 10th day of August, 2011.

_____
UNITED STATES DISTRICT JUDGE