# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

300 North LaSalle Street
Chicago, Illinois 60654

Mark J. Nomellini
To Call Writer Directly:
(312) 862-2410
mark.nomellini@kirkland.com

(312) 862-2000

www.kirkland.com

Facsimile:
(312) 862-2200

August 10, 2011

*Via email to: Sally_Shushan@laed.uscourts.gov*

Hon. Sally Shushan
United States Magistrate Judge
United States District Court for the Eastern District of Louisiana
500 Poydras Street, B-345
New Orleans, Louisiana 70130

      Re:    Oil Spill by the Oil Rig "Deepwater Horizon," MDL No. 2179

Dear Judge Shushan:

      I write to update Your Honor on the PSC's request for BP's non-Macondo drilling contracts for the Gulf of Mexico.

      The Court addressed the PSC's request in an Order following the Working Group Conference on Friday, July 22, 2011. The Court ordered BP to produce the master services agreement between Noble and BP, and asked BP to locate the Thunder Horse contract between BP and Pride and then confer with the PSC. BP produced the Noble master services agreement on the evening of July 22, and produced the Thunder Horse contract on July 27.

      In addition, BP has now also produced all non-Macondo drilling contracts requested by the PSC for the Gulf of Mexico for the period 2005 to present. These are contracts with Pride for the Ascension, the Clarion, Thunder Horse, Mad Dog and Holstein. The bates range for this production is BP-HZN-2179MDL03286343-3287797 and BP-HZN-2179MDL03288575-3289402). Following BP's reasonable investigation, we have not located any Gulf of Mexico drilling contracts with parties other than Pride and Transocean for the period from 2005 to present. (We understand that the PSC has asked Transocean for non-Macondo Gulf of Mexico drilling contracts between BP and Transocean.)

Hong Kong    London    Los Angeles    Munich    New York    Palo Alto    San Francisco    Shanghai    Washington, D.C.

## KIRKLAND & ELLIS LLP

Hon. Sally Shushan
United States Magistrate Judge
August 10, 2011

Page 2

    During the conference before Your Honor on July 29, the PSC also requested that BP produce bridging documents for the Pride contract. BP is looking into that request, and will inform the PSC of its position.

    Thus, with the possible exception of the bridging documents raised on July 29 (which BP is investigating), BP believes that the issues before the Court with respect to the PSC's requests for non-Macondo drilling contracts have now been resolved by BP's productions.

    We appreciate the Court's attention to this matter.

Sincerely,

*Mark Nomellini*

Mark J. Nomellini

Cc:    Anthony Irpino
        Liaison Counsel