UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig                               MDL NO. 2179
      "Deepwater Horizon" in the Gulf
      of Mexico, on April 20, 2010                 SECTION J

Applies to: *All Cases*                                       JUDGE BARBIER
                                                             MAGISTRATE JUDGE SHUSHAN

## ORDER

**[Regarding Request by Transocean for Clarification of Expert Schedule (Rec. doc. 3667)]**

Transocean requests clarification concerning the Order regarding revised schedule for Phase One Expert Testimony (Rec. doc. 3126). The order provides the following dates for reports of experts.

08-26-2011    Expert Reports served by Limitation action parties with burden of proof on negligence and unseaworthiness as well as by the United States and the States.

09-23-2011    Expert Reports from Vessel Owner/Petitioner in Limitation.

10-17-2011    All February 2012 Trial Defendants, 14(c) Defendants, and/or Third-Party Defendants to serve expert reports.

11-07-2011    Rebuttal Expert Reports for the February 2012 Trial.

Transocean contends that as a petitioner in limitation it should be viewed as a defendant for purposes of the submission of expert reports. In re Rainbow Marine Contractors, Inc., 2010 WL 1729184 (E.D.La.) (Knowles, M.J.).[1] The Rainbow decision follows the well established procedure in a limitation proceeding that the claimant is the plaintiff and the petitioner in limitation is the defendant for the purpose of submitting reports of experts.

The revised schedule (Rec. doc. 3126) and the original schedule (Rec. doc. 569) follow this

---

[1] On April 27, 2010, District Judge Africk adopted Magistrate Judge Knowles' Report and Recommendation. CA 09-4516-Rec. doc. 48.

procedure in requiring that the PSC, the U.S. and the States go first with the submission of expert reports. Transocean follows with all of its reports on September 23, 2011. Neither the revised schedule nor the original schedule provided that Transocean would submit only reports that demonstrate that it comes within the statutory limitation conditions. The remaining parties submit their reports on October 17, 2011. All parties are permitted to submit rebuttal reports on November 7, 2011. This is consistent with the four part order of proof in the proposed trial plan.[2]

The deadline for Transocean to submit all reports of its experts (except rebuttal reports) is September 23, 2011.

New Orleans, Louisiana, this 10th day of August, 2011.

**Sally Shushan**
**United States Magistrate Judge**

---

[2] Further, it is difficult if not impossible to segregate limitation defense evidence from other evidence Transocean intends to submit in support of its claims against other parties.