UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MASTER DOCKET NO. 10-MD-2179 |
| | * | SECTION "J" |
| THIS DOCUMENT RELATES TO NO. 11-878 | * * * | JUDGE CARL BARBIER |
| | * | MAG. JUDGE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT VERIFYING SERVICE

STATE OF LOUISIANA

PARISH OF JEFFERSON

BEFORE ME, the undersigned Notary Public, duly qualified in and for the aforesaid State and Parish, came and appeared:

THOMAS B. CALVERT

who, being duly sworn, did depose and state that:

1. I, Thomas B. Calvert ("Affiant") am a person of the full age of majority, competent to testify to the matters contained herein, and willing to execute this affidavit based on personal knowledge and experience;

2. I am counsel of record for the plaintiffs, Mary T. Slavich, Sam D. Slavich, Anthony J. Slavich, Jr. and A.J.S., Inc., in the above captioned matter;

3. On August 5, 2011, I served the Summons and a copy of the Complaint (the "Complaint") to Defendant, Moex Offshore 2007 LLC, thru its Agent, Naoki

Ishii, 9 Greenway Plaza, #1220, Houston, TX 77046 by Certified Mail, Return Receipt Requested No. 7009 1060 0001 1591 9643.

4. A copy of the said Return Receipt is attached hereto as Exhibit "1".

_____
Thomas B. Calvert (Bar #14129)

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 10 DAY OF
AUGUST, 2011.

_____
PATRICK C. GRACE (Bar #16944)
NOTARY PUBLIC
Commission for Life

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Moex Offshore 2007 LLC
    Through Its Agent,
    Naoki Greenway Plaza
    Suite 1220
    Houston, TX 77046

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7010 1060 0001 1591 9643

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE
HOUSTON TX 77046

| | | |
|---|---|---|
| Postage | $ | $1.68 |
| Certified Fee | | $2.85 |
| Return Receipt Fee (Endorsement Required) | | $2.30 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.83 |

Postmark Here   06   08/02/2011

Sent To: Moex Offshore 2007 LLC
Street, Apt. No.; or PO Box No.: Through Its Agent, Naoki Ishii
City, State, ZIP+4: Greenway Plaza, #1220
Houston TX 77046

Article Number: 7010 1060 0001 1591 9643

PS Form 3800, August 2006   See Reverse for Instructions

**PLAINTIFF'S EXHIBIT 1**

**THOMAS B. CALVERT**
A PROFESSIONAL LAW CORPORATION
3900 NORTH CAUSEWAY BOULEVARD, SUITE 1045
METAIRIE, LOUISIANA 70002
tom@calvertaplc.com

TELEPHONE: (504) 830-7610                                                                                       FACSIMILE: (504) 830-7611

August 1, 2011
*Certified Mail-Return Receipt Requested*
*7010 1060 0001 1591 9643*

Moex Offshore 2007 LLC
Through its Agent,
Naoki Ishii
9 Greenway Plaza
Suite 1220
Houston, TX 77046

RE:   Mary T. Slavich, Sam D. Slavich, Anthony J. Slavich, Jr., and A.J.S., Inc.
vs
BP, PLC, BP America, Inc., BP Corporation North America, Inc., BP Company North America, Inc., BP Products North America, Inc., Anadarko Petroleum Corp., Moex Offshore 2007 LLC, Transocean, Ltd., Transocean Offshore Deepwater Drilling, Inc., Transocean Deepwater, Inc., Halliburton Energy Services, Inc., Cameron International Corporation f/k/a Cooper-Cameron Corporation and M-I, LLC
USDC #11-878 "J" (1)

Dear Mr. Ishii:

Please be advised that I am the attorney for the plaintiffs, Mary T. Slavich, Sam D. Slavich, Anthony J. Slavich, Jr. and A.J.S., Inc. Enclosed is a Summons and certified copy of the Complaint and Amended Complaint filed with and issued by the United States District Court for the Eastern District of Louisiana. The mailing of the Summons and Complaints represent service pursuant to the Federal Rules of Civil Procedure. Your immediate attention to this matter is advised.

If you have any questions concerning this matter, you or your legal representatives should not hesitate to contact the undersigned.

Sincerely,

Thomas B. Calvert

TBC:cln
Enclosure