OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 CAMP STREET
NEW ORLEANS, LOUISIANA   70130

U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   AUG - 9 2011
LORETTA G. WHYTE
CLERK

Date: __8-9-2011__

In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010

Case No. __10md2179__ Section "J"(1)

Reference: 11-941, 11-942, 11-943, 11-944

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (_____ amended complaint) (third party complaint) (other: _____) to the following:

1. (name) __BP Exploration & Production, Inc.__
   (address) __through C.T. Corporation System 5615 Corporate Blvd, Ste 400, Baton Rouge, LA 70808__

2. (name) __Gulf Coast Claims Facility__
   (address) _____

3. (name) _____
   (address) _____

4. (name) _____
   (address) _____

Very truly yours,

_____
"Signature"

Attorney for __Plaintiffs__

Address __650 Poydras Street, Ste. 1400__

___ Fee _____
___ Process __B/dB Sms__
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____