UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE. OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO ON APRIL 20, 2010** | * | **CIVIL ACTION NO. 10-2179** |
| | * | **JUDGE BARBIER** |
| **VERSUS** | | |
| | * | |
| **THIS DOCUMENT RELATES TO:** | | **MAGISTRATE JUDGE SHUSHAN** |
| **11-1806** | * | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**RELEVANT DOCUMENTS AS REQUIRED BY THE CLERK'S DIRECTIVE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Pursuant to the Clerk's Directive, the removing party, Donald Vidrine, hereby provides the following:

The defendant already attached to the Notice of Removal copies of all pleadings filed by any party in state court, and hereby attaches as Exhibit 1, all copies of returns on service of process on all defendants that have been filed in state court.

**WHEREFORE**, Donald Vidrine  prays that the above documents referred to herein be deemed sufficient to satisfy the Clerk's Directive.

Respectfully submitted:

BY:     S/ Arthur A. Lemann IV
        Arthur A. Lemann III (#8296)
        Arthur A. Lemann IV (#23189)
        Arthur A. Lemann III & Assoc., Inc.
        643 Magazine Street, Suite 300
        New Orleans, Louisiana 70130
        Phone: (504) 522-8104

-2-

Robert N. Habans, Jr. (06395)
Habans & Carriere
10843 N. Oak Hills Parkway
Baton Rouge, LA 70810
(225) 757-0225 [office]
(985) 707-6401 [cell]
(225) 757-0398 [fax]
bobhab@bellsouth.net
**_Attorneys for Donald Vidrine_**

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2011, a copy of the above and foregoing Relevant Documents As Required By The Clerk's Directive has been filed electronically with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who have registered to receive electronic service, and that all other counsel of record have been served by e-mail, by facsimile, and/or by depositing same in the United States Mail.

I further certify that the foregoing Relevant Documents As Required By The Clerk's Directive was served on Plaintiffs, Tim Terrell as Class Representative, by mailing a copy of the Notice to counsel of record, Byard "Peck" Edwards, Jr., of Byard "Peck" Edwards & Associates, L.L.C., at 902 C.M. Fagan Drive, Suite G, Hammond, LA 70403, and Max Folkenflik, at 1500 Broadway, 21st Floor, New York, New York 10036.

/s/Arthur A. Lemann IV