## CITATION

**TIM TERRELL**

Versus

**PB PLC**




Case: **00058682**
Division: B
25th Judicial District Court
Parish of Plaquemines
State of Louisiana

To: DONALD VIDRINE
    104 PIERRET DRIVE
    LAFAYETTE, LOUISIANA 70503-5802

YOU ARE HEREBY SUMMONED to comply with the demand contained in the Petition of which a true and correct copy (exclusive of exhibits) accompanies this Citation, or make an appearance either by filing a pleading, or otherwise, in the 25th Judicial District Court in and for the Parish of Plaquemines, State of Louisiana, within fifteen (15) days after the service hereof, under the penalty of default.

WITNESS MY OFFICIAL HAND AND SEAL OF OFFICE, at Belle Chasse, Louisiana, on this Thursday, June 30, 2011.

Req. By:
BYARD "PECK" EDWARDS, JR
ATTY FOR PLTF
(985) 902-7514

_____
Deputy Clerk of Court for
Dorothy M. Lundin, Clerk of Court
P.O. Box 40
Belle Chasse, LA 70037

*RECEIVED JUL -6 2011 Lafayette Parish Sheriff Office*

### Service Information

Received on the **6** day of **July**, 20**11** and on the **11** day of **July**, 20**11** served the above named party as follows:

**Personal Service** on the party herein named **DONALD VIDRINE**

**Domiciliary Service** on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

Returned:
Parish of _____ this _____ day of _____, 20 _____

Service     $ 20.00
Mileage     $ 15.00       By: _____ 10322
Total       $ 35.00            Deputy Sheriff

**FILED JUL 18 2011**

EXHIBIT 1

[ RETURN COPY ]

# CITATION



**TIM TERRELL**

Versus

**PB PLC**

Case: **00058682**
Division: **B**
25th Judicial District Court
Parish of Plaquemines
State of Louisiana

To:  BP AMERICA, INC
    THROUGH THEIR AGENT FOR SERVICE OF PROCESS:
    C T CORPORATION SYSTEM
    5615 CORPORATE BLVD, STE 400B
    BATON ROUGE, LA 70808

YOU ARE HEREBY SUMMONED to comply with the demand contained in the Petition of which a true and correct copy (exclusive of exhibits) accompanies this Citation, or make an appearance either by filing a pleading, or otherwise, in the 25th Judicial District Court in and for the Parish of Plaquemines, State of Louisiana, within fifteen (15) days after the service hereof, under the penalty of default.

WITNESS MY OFFICIAL HAND AND SEAL OF OFFICE, at Belle Chasse, Louisiana, on this Thursday, June 30, 2011.

Req. By:
BYARD "PECK" EDWARDS, JR
ATTY FOR PLTF
(985) 902-7514

Deputy Clerk of Court for
Dorothy M. Lundin, Clerk of Court
P.O. Box 40
Belle Chasse, LA  70037

---

### Service Information

Received on the _____ day of _____, 20_____ and on the _____ day of _____, 20_____ served the above named party as follows:

**Personal Service** on the party herein named _____
**Domiciliary Service** on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

Returned:
Parish of _____ this _____ day of _____, 20_____

Service     $_____
Mileage     $_____
Total       $_____

By: _____
   Deputy Sheriff

JUL 08 2011

I made service on the named party through the
CT Corporation
by tendering a copy of this document to
☑ LISA UTTECH   ☐ LYNETTE BASS   ☐ JULIE CHISM
              ☐ RODERICK THOMAS
E. Cummins
Deputy Sheriff,

**FILED**
JUL 12 2011

[ RETURN COPY ]