UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig       MDL NO. 2179
       "Deepwater Horizon" in the Gulf
       of Mexico, on April 20, 2010    SECTION J

Applies to: *All Cases*                JUDGE BARBIER
                                       MAGISTRATE JUDGE SHUSHAN

## ORDER

### [Regarding Revised Allocation for Dan Farr]

On August 3, 2011, an order was issued allocating examination time for the depositions of Rich Miller, Ed Gaude, Jonathan Keaton and Dan Farr (Rec. doc. 3545). After the issuance of the order, Weatherford (Rec. doc. 3625) and Cameron (Rec. doc. 3617) objected to the allocation for Dan Farr. They requested that they be allocated the time provided in the order regarding the second revised allocation of examination time for remaining Phase One Fact Witness Depositions (Rec. doc. 3079). In that order Cameron has 75 minutes and Weatherford has 15 minutes. This process began with BP's request for an additional 155 minutes (a total of 250 minutes) for Farr's two day deposition.

**Farr, Dan**

The time allocation will be as follows:

| | |
|---|---|
| Plaintiffs | 255 minutes |
| U.S. | 90 minutes |
| States | 40 minutes |
| Halliburton | 75 minutes |
| Transocean | 75 minutes |
| BP | 240 minutes |

| | |
|---|---|
| Cameron | 75 minutes |
| Anadarko | 30 minutes |
| MOEX | 5 minutes |
| Weatherford | 15 minutes |
| M-I Swaco | 5 minutes |
| Drill Quip | <u>0 minutes</u> |
| **Total** | **905 minutes** |

**Any appeal of this order must be filed no later than 5:00 p.m. on Wednesday, August 10, 2011.**

New Orleans, Louisiana, this 10th day of August, 2011.

_____
**SALLY SHUSHAN**
**United States Magistrate Judge**

Q:\Deep Water Horizon\Order re revised allocation for Dan Farr.wpd