UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig               MDL NO. 2179
       "Deepwater Horizon" in the Gulf
       of Mexico, on April 20, 2010          SECTION J

Applies to: *All Cases*                       JUDGE BARBIER
                                              MAGISTRATE JUDGE SHUSHAN

ORDER

[Regarding Revised Deposition Time Allocation for Gaude]

The Court allocates deposition examination time as follows:[1]

**Gaude, Ed**

This will be a one-day deposition. Transocean requests an additional 75 minutes and BP requests an additional 42 minutes. The earlier order allocating time (rec. doc. 3545) is hereby amended as follows:

|            | Standard Allocation | Reductions/ Additions | Revised Allocation |
|------------|---------------------|-----------------------|--------------------|
| PSC        | 145 minutes         | minus 25              | 120 minutes        |
| U.S.       | 55 minutes          | minus 15              | 40 minutes         |
| States     | 45 minutes          | minus 25              | 20 minutes         |
| Halliburton| 37 minutes          | minus 12              | 25 minutes         |
| Transocean | 37 minutes          | plus 74               | 111 minutes        |
| BP         | 48 minutes          | plus 41               | 89 minutes         |
| Cameron    | 37 minutes          | no change             | 37 minutes         |
| Anadarko   | 22 minutes          | minus 17              | 5 minutes          |

---

[1] This is a modification of the Court's earlier order entered on August 3, 2011 (rec. doc. 3545).

| | | | |
|---|---|---|---|
| MOEX | 8 minutes | minus 5 | 3 minutes |
| Weatherford | 8 minutes | minus 8 | 0 minutes |
| M-I Swaco | 8 minutes | minus 8 | 0 minutes |
| Drill Quip | <u>0 minutes</u> | no change | <u>0 minutes</u> |
| **Total** | **450 minutes** | | **450 minutes** |

**Any appeal of this order must be filed no later than noon on Wednesday, August 17, 2011.**

New Orleans, Louisiana, this 10th day of August, 2011.

                                                          _____
                                                          **SALLY SHUSHAN**
                                                          **United States Magistrate Judge**