UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig          MDL NO. 2179
    "Deepwater Horizon" in the Gulf
    of Mexico, on April 20, 2010         SECTION J

Applies to: *All Cases*                  JUDGE BARBIER
                                         MAGISTRATE JUDGE SHUSHAN

**ORDER**

**[Regarding Depositions of Phase One Experts]**

At the request of the Court, the parties made *in camera* submissions regarding their Phase One Experts, including in-house experts.[1] These submissions included responses to questions raised by the Court. For the guidance of the parties some of the questions and other issues are resolved in this order. As with all orders of this nature, the parties may seek modification of its provisions for good cause shown. The procedures apply to retained Phase One Experts and those in-house Phase One Experts, who are not deposed prior to November 14, 2011.

1.  The depositions of Phase One Experts will begin on November 14, 2011 and conclude on December 23, 2011. All depositions of Phase One Experts will be scheduled during this period. Tuesday, January 3, through Tuesday, January 10, 2012 will be reserved for depositions that are scheduled but must be rescheduled and there are no available dates from November 14 through December 23, 2011 to accommodate them ("the overflow week").

2.  No depositions will be scheduled on November 23 and 25, the day before and the day after Thanksgiving. Depositions may be scheduled on the following Saturdays: November 12, December 3, December 10, and December 17.

---

[1] Because counsel for MOEX was recently retained, it was given until August 15 to make its *in camera* submissions.

3. All Phase One Experts will be scheduled for no more than two days.

4. The schedule is divided into six weeks plus the overflow week.

   Week One       November 14-19

   Week Two       November 21-22

   Week Three     November 28-December 3

   Week Four      December 5-10

   Week Five      December 12-17

   Week Six       December 19-23

   Overflow Week  January 3-10

5. The Court and parties shall <u>attempt</u> to schedule the depositions as follows.

   Week One            Experts for the PSC

   Weeks One and Two   Experts for the U.S. and the States

   Week Three          Transocean Experts

   Weeks Four-Six      Experts for the remaining parties.[2]

6. To the extent possible there shall be only one deposition per subject matter per day. For example, two cement experts should not be set on the same day. Because of the number of experts in the "Drilling" category (more than thirty retained experts), it will not be possible to schedule only one Drilling expert per day.

---

[2] Some parties urged that BP should follow Transocean. BP argued that the depositions of its experts should come last. If there was a BP expert who was purely defensive, BP's position has merit. It is unlikely that there is such an expert. More importantly, with only three weeks to schedule depositions for BP, Halliburton, Cameron, Anadarko, MOEX, Weatherford, M-I and Dril-Quip, it is impossible to push all BP depositions forward into Week Four or back into Week Six.

7. The parties shall attempt to agree on a lead examiner for a deposition with one attorney taking the lead on questioning for several parties. If this is not possible, the following illustrates the sequence of examination.

| PSC Experts | U.S. and States Experts | Transocean Experts |
|---|---|---|
| U.S. and the States | PSC | PSC |
| Transocean | Transocean | U.S. and the States |
| Halliburton | Halliburton | Halliburton |
| Cameron | Cameron | Cameron |
| Anadarko | Anadarko | Anadarko |
| MOEX | MOEX | MOEX |
| Weatherford | Weatherford | Weatherford |
| M-I | M-I | M-I |
| Drill Quip | Drill Quip | Drill Quip |
| BP | BP | BP |
| PSC | U.S. and the States | Transocean |

8. Although no. 7 provides that the party submitting an expert will be permitted to question the expert last, the Court may reconsider this issue. If so, the party submitting the expert would not be permitted to ask any questions at all.

9. The issue of the allocation of the time for examination will be deferred. As the reports of the experts are received and the depositions are scheduled, the parties shall make requests for the allocation of time. The Court will respond to these requests.

10. The reports of experts for the PSC, the U.S. and the States are due on Friday, August 26, 2011. These parties have notified the Court *in camera* of some progress in the scheduling of these depositions. It is requested that these parties update the Court on the scheduling of these depositions. The goal will be to announce the schedule for these experts before the close of business on August 30 (the last day before the start of the Labor Day break).

11. The deadline for the reports of the experts for Transocean is Friday, September 23. It is anticipated that a schedule for the depositions of Transocean's experts will be announced by Tuesday, September 27.

New Orleans, Louisiana, this 10th day of August, 2011.

**Sally Shushan**
**United States Magistrate Judge**