

**Fw: Deposition of Dr. Beirute and Beirute Consulting**
**Mike O'Keefe**   to: Marie Firmin                                                      08/11/2011 08:33 AM

Marie:  Please file Andy's email in the record.  Mike
----- Forwarded by Mike O'Keefe/LAED/05/USCOURTS on 08/11/2011 08:33 AM -----

| | |
|---|---|
| From: | "Andrew Langan" <alangan@kirkland.com> |
| To: | "Leigh Ann Schell" <lschell@kuchlerpolk.com>, Sally_Shushan@laed.uscourts.gov |
| Cc: | "andrew.langan@kirkland.com" <andrew.langan@kirkland.com>, "dbeck@brsfirm.com" <dbeck@brsfirm.com>, "dgodwin@godwinronquillo.com" <dgodwin@godwinronquillo.com>, "dkhaycraft@liskow.com" <dkhaycraft@liskow.com>, "Deb Kuchler" <dkuchler@kuchlerpolk.com>, "jimr@wrighttroy.com" <jimr@wrighttroy.com>, "kmiller@frilot.com" <kmiller@frilot.com>, "Kirby, Ky E." <Ky.Kirby@bingham.com>, "Centralized Mailbox" <liaison2179@liskow.com>, "Mince Loretta" <lmince@fishmanhaygood.com>, "michael.lyle@weil.com" <michael.lyle@weil.com>, "Mike.Underhill@usdoj.gov" <Mike.Underhill@usdoj.gov>, "Mike_OKeefe@laed.uscourts.gov" <Mike_OKeefe@laed.uscourts.gov>, "mwood@oag.state.tx.us" <mwood@oag.state.tx.us>, "pwittman@stonepigman.com" <pwittman@stonepigman.com>, "Robert Guidry" <rguidry@kuchlerpolk.com>, "RTambling@ago.state.al.us" <RTambling@ago.state.al.us>, "russell.kent@myfloridalegal.com" <russell.kent@myfloridalegal.com>, "sally_shushan@laed.uscourts.gov" <sally_shushan@laed.uscourts.gov>, "sherman@hhkc.com" <sherman@hhkc.com>, "TerrellM@ag.state.la.us" <TerrellM@ag.state.la.us>, "Fitch, Warren Anthony" <Tony.Fitch@bingham.com> |
| Date: | 08/08/2011 08:08 PM |
| Subject: | Re: Deposition of Dr. Beirute and Beirute Consulting |

Dear Judge Shushan:

BP  objects to Anadarko reserving the right to seek a second deposition of Dr. Beirute and Beirute Consulting on control and containment issues.  As you are aware, Anadarko indicated to the Court that it sought the deposition of Dr. Beirute and Beirute Consulting based on (1) Dr. Beirute's pre-incident training materials; (2) his involvement with Macondo (which would include post-incident control and containment issues); and (3) his post-incident involvement in the peer review of CSI's work.  BP notified the Court that Dr. Beirute was retained as a litigation consultant and objected to questioning related to his consultancy.  Based on the parties' positions, the Court allowed a (presumptively one-day) deposition of Dr. Beirute on his pre-incident consulting work for BP.  BP understands that the Court has rejected Anadarko's request for a deposition of Dr. Beirute on his post-incident work.  Anadarko did not object to the Court's order but is now trying to "backdoor" a second fact deposition on post-incident control and containment issues.

BP has long maintained and it has been the practice in this litigation per PTO 17 that fact witnesses are deposed one time.  That practice is in place to reduce repetitive questioning and to encourage efficient examination.  Anadarko's proposal would subject Dr. Beirute to potentially six days of deposition: two days on his pre-incident fact knowledge; two days on his post-incident fact knowledge; and two days if BP designates him as a testifying expert.  If Anadarko wants to ask Dr. Beirute post-incident fact questions at his deposition, it should seek clarification with the Court.  BP has no objection to Anadarko questioning Dr. Beirute on his post-incident fact knowledge.  If Anadarko needs additional time to examine Dr. Beirute, it should determine whether the Court can assist it by rearranging the time allocations.  There should be no reason that a contractor with no pre-incident involvement with the Macondo well and that was not involved in the BP's post-incident investigation other than participating in a peer review should now be forced to sit for two days of deposition.

Respectfully submitted.

Andy Langan

**J. Andrew Langan, P.C.** | **Kirkland & Ellis LLP**
300 NORTH LASALLE STREET
CHICAGO, IL 60654-3406
(312) 862-2064 **DIRECT** | (312) 862-2200 **FAX**
andrew.langan@kirkland.com

| | | |
|---|---|---|
| "Leigh Ann Schell" <lschell@kuchlerpolk.com><br><br>08/05/2011 05:38 PM | To | "sally_shushan@laed.uscourts.gov" <sally_shushan@laed.uscourts.gov> |
| | cc | "Mike.Underhill@usdoj.gov" <Mike.Underhill@usdoj.gov>, "dbeck@brsfirm.com" <dbeck@brsfirm.com>, "Mince Loretta" <lmince@fishmanhaygood.com>, "Kirby, Ky E." <Ky.Kirby@bingham.com>, "Centralized Mailbox" <liaison2179@liskow.com>, "dgodwin@godwinronquillo.com" <dgodwin@godwinronquillo.com>, "dkhaycraft@liskow.com" <dkhaycraft@liskow.com>, "andrew.langan@kirkland.com" <andrew.langan@kirkland.com>, "Mike_OKeefe@laed.uscourts.gov" <Mike_OKeefe@laed.uscourts.gov>, "michael.lyle@weil.com" <michael.lyle@weil.com>, "kmiller@frilot.com" <kmiller@frilot.com>, "pwittman@stonepigman.com" <pwittman@stonepigman.com>, "RTambling@ago.state.al.us" <RTambling@ago.state.al.us>, "russell.kent@myfloridalegal.com" <russell.kent@myfloridalegal.com>, "mwood@oag.state.tx.us" <mwood@oag.state.tx.us>, "sherman@hhkc.com" <sherman@hhkc.com>, "jimr@wrighttroy.com" <jimr@wrighttroy.com>, "TerrellM@ag.state.la.us" <TerrellM@ag.state.la.us>, "Fitch, Warren Anthony" <Tony.Fitch@bingham.com>, "Deb Kuchler" <dkuchler@kuchlerpolk.com>, "Robert Guidry" <rguidry@kuchlerpolk.com> |
| | Subject | Deposition of Dr. Beirute and Beirute Consulting |

Dear Magistrate Shushan,

We have worked with Dr. Beirute's counsel, Lori Mince, during the past week to reach an agreement regarding the Notice of Deposition to be issued to Dr. Beirute and Beirute Consulting as well as the length of Dr. Beirute's deposition. The Notice is attached for review by the Court and other counsel. We will issue the deposition notice late in the day Monday unless we hear from the Court to the contrary.

Although the Court's order only calls for Dr. Beirute to be produced as a fact witness, at our request, Ms. Mince has also agreed to produce Beirute Consulting for a 30(b)(6) deposition. To that end, Ms. Mince has agreed to produce Beirute Consulting's documents in advance of the deposition and a corporate designee, Dr. Beirute. Ms. Mince has further agreed to produce Dr. Beirute for deposition on August 29 and/or 30, 2011. We currently have the deposition on the Court's calendar for August 30. We have previously advised the Court that we request that Dr. Beirute's deposition be a two-day deposition, and hereby re-urge that request such that the deposition be scheduled to begin on August 29 continuing on the 30th. Dr. Beirute does not object to a two day deposition.

Ms. Mince has agreed to produce documents for Dr. Beirute and Beirute Consulting on or before August 19, 2011. Once received, we will make the production available to all counsel.

As you might recall, BP advised that Dr. Beirute has been retained as a consulting expert for this litigation and that he might be called as a testifying expert. If Dr. Beirute is designated as a testifying expert, we reserve the right to seek his deposition in that capacity as well. We further reserve our rights to seek Dr. Beirute's deposition on control and containment issues. Dr. Beirute's counsel has advised that Dr. Beirute also reserves his rights, including the issue of whether he may be called upon to appear for two fact depositions in this case.

Thank you for your consideration and enjoy the weekend,

Leigh Ann

## Leigh Ann Schell

Kuchler Polk Schell
Weiner & Richeson, LLC
1615 Poydras Street, Suite 1300
New Orleans, LA 70112
Phone: (504) 592-0691
Direct: (504) 378-7259

Fax: (504) 592-0697

www.kuchlerpolk.com

lschell@kuchlerpolk.com

**New Orleans, LA · Houston, TX**

The contents of this e-mail and its attachments are intended solely for the addressee(s). In addition, this e-mail transmission may be confidential and it may be subject to privilege protecting communications between attorneys and their clients. If you are not the named addressee, or if this message has been addressed to you in error, you are directed not to read, disclose, reproduce, distribute, disseminate or otherwise use this transmission. Delivery of this message to any person other than the intended recipient(s) is not intended in any way to waive privilege or confidentiality. If you have received this transmission in error, please alert the sender by reply e-mail

[attachment "Beirute Notice.doc" deleted by Andrew Langan/Chicago/Kirkland-Ellis]

```
************************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
************************************************************
```