

**Fw: MDL 2179 - report on BP deponents A Frazelle , R Morrison, G Birrell and J Thorseth**
**Mike O'Keefe**   to: Marie Firmin                                                                08/11/2011 08:39 AM

Marie:  Please file Andy's email of August 8 into the record.  Mike
----- Forwarded by Mike O'Keefe/LAED/05/USCOURTS on 08/11/2011 08:38 AM -----

| | |
|---|---|
| From: | "Andrew Langan" <alangan@kirkland.com> |
| To: | Sally_Shushan@laed.uscourts.gov |
| Cc: | mike_o'keefe@laed.uscourts.gov, James Roy <JIMR@wrightroy.com>, "Herman, S" <sherman@hhkc.com>, jimmy@jimmywilliamson.com, "Brian Barr" <BBarr@levinlaw.com>, "michael underhill" <Mike.Underhill@usdoj.gov>, "Corey Maze" <CMaze@ago.state.al.us>, liaison2179@liskow.com |
| Date: | 08/08/2011 08:08 PM |
| Subject: | MDL 2179 - report on BP deponents A Frazelle, R Morrison, G Birrell and J Thorseth |

Dear Judge Shushan:

As a follow-up to the July 29 conference and  Your Honor's August 2 Working Group Order at pages 2-4 (Doc 3525), I am writing to report on what we have learned about the following BP deponents in light of the PSC's suggestion that each be a 2 day deposition.

Based upon our experience in the depositions thus far, in particular given the repetitive, irrelevant, and sometimes harassing questions being asked by some of the parties in some of depositions, we believe that all four of the requested depositions can be completed in less than 2 days.  For the reasons set forth below, however, we will agree that 3 of the 4 depositions may last up to two days --  Richard Morrison, Gordon Birrell, and Andy Frazelle.  We urge the deposition of Jay Thorseth to remain at one day.   In particular:

**Richard Morrison:**  his deposition is tentatively set for October 18.  BP agrees Mr. Morrison has Phase 2 related  information and does not object to a 2 day deposition.  We will take steps to schedule the deposition for 2 days, hopefully using October 18 as one of the days.

**Andy Frazelle:**  Mr Frazelle had Phase 2 responsibilities, although his Phase 1 role (incident) was very minimal.  Nonetheless,  BP agrees that this deposition may warrant extra time for another reason -- this note will advise the Court and parties that Mr Frazelle will be the BP Rule 30(b)(6) designee on "regulatory compliance in selecting the BOP and its component parts," as so identified in the Court's July 18, 2011 Order.    Given this designation, BP agrees that  2 days makes sense.  We have spoken to Mr Frazelle and his counsel, and  September 26 and 27 in NOLA work for this deposition (September 28, the original date, runs into Rosh Hashana).

**Gordon Birrell:**  BP does not object to a 2 day deposition for Mr. Birrell has he did have responsibilities relevant to Phase 2 issues. We will seek a date hopefully adjacent to September 14.

**Jay Thorseth:**  Mr. Thorseth had very few responsibilities related to Phase 2 issues.   He had a limited role on relief wells but his roles does not warrant extending to a second day.   As adding a day to the week of September 19 for the 3 London depositions will result in scheduling havoc and staffing issues for many parties, we urge that his deposition remain at one day, September 20.

Respectfully submitted,


Andy Langan


**J. Andrew Langan, P.C.| Kirkland & Ellis LLP**
300 NORTH LASALLE STREET
CHICAGO, IL 60654-3406
(312) 862-2064 **DIRECT** | (312) 862-2200 **FAX**
andrew.langan@kirkland.com
************************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
************************************************************