# BECNEL LAW FIRM, L.L. C.

| | | |
|---|---|---|
| DANIEL E. BECNEL, JR.* | 106 WEST SEVENTH STREET | LAPLACE OFFICE |
| DANIEL E. BECNEL, III | P. O. DRAWER H | 425 W. AIRLINE HWY |
| DARRYL J. BECNEL | RESERVE, LA 70084 | SUITE B |
| MATTHEW B. MORELAND | (985)-536-1186 | LAPLACE, LA 70068 |
| KEVIN P. KLIBERT | FAX NO. 536-6445 | (985) 651-6101 |
| SALVADORE CHRISTINA, JR. | WWW.BECNELLAW.COM | FAX NO. 651-6104 |
| WILLIAM A. PERCY, III | | |
| C. DEVON BECNEL | | |
| CHANCE WHITE | | |
| TONI BECNEL | | |
| KRISTIE HOLM | | |
| MARISHA FRAAZA | | |
| JENNIFER CROSE | | |
| *ALSO ADMITTED IN COLORADO | | |

December 14, 2010

Elzie Campbell
P.O. Box 925
West Van Lear, KY 41268

Re:   *Medtronic Sprint Fidelis Lead Litigation Proposed Settlement*

Dear Mr. Campbell:

This letter is to serve as a confirmation of your conversation yesterday with Deonne DuBarry with our office that you did not want to participate in the settlement. I must advise you that the District Judge dismissed this case and the Appellate Court upheld the dismissal. Therefore by choosing not to participate, you will be able to make a recovery in this case. Judge Kyle will be adopting the Judgment to Dismiss in all cases that are pending after the settlement is closed.

In addition, our firm and that of Eric Conn, we file a Motion with the Court to withdraw as your legal counsel and we will close your file. No further action will be taken on your behalf. **IF THIS IS NOT** your understanding of the conversation or you change your mind and wish to participate, you **MUST** return your forms, signed and notarized, and contact us to inform us of your decision immediately.

If you have any questions or wish to discuss any part of the settlement, please contact us at 1.800.800.1919; 1.985.536.1186 or via email at schristina@becnellaw.com

Sincerely,

*Salvadore Christina, Jr.*
Salvadore Christina, Jr.

CC:   Eric Conn

1

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re:<br>MEDTRONIC, INC.,<br>SPRINT FIDELIS LEADS PRODUCTS<br>LIABILITY LITIGATION | Multidistrict Litigation<br>No. 08-1905 (RHK/JSM)<br><br>MOTION TO WITHDRAW |

THIS DOCUMENT RELATES TO:

ELZIE CAMPBELL
 CASE NO.:  08-966

## MOTION TO WITHDRAW AS COUNSEL

The Becnel Law Firm, L.L.C., through Daniel E. Becnel, Jr., respectfully file this motion to withdraw as counsel of record for Plaintiff, Elzie Campbell. This Motion is made on the grounds that the Becnel Law Firm and the Plaintiff do not agree on how to proceed with the prosecution of this matter moving forward.

WHEREFORE the Becnel Law Firm, L.L.C., requests this Court to enter an Order allowing them to withdraw as counsel for the above-named Plaintiffs.

Dated: January 3, 2011

BY: /S/ Daniel E. Becnel, Jr.
Daniel E. Becnel, Jr.
Becnel Law Firm, L.L.C.
P.O. Drawer H
Reserve, LA 70084
Telephone:   985.536.1186
Facsimile:    985.536.6445
Dbecnel@becnellaw.com

Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

     I hereby certify that on January 3, 2011 a true copy of the foregoing was filed electronically. Notice of this filing was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

     I hereby certify that the on January 3, 2011, a true copy of the foregoing pleading was sent to Plaintiff, Elzie Campbell at her last know address P.O. Box 925, West Can Lear, KY 41268.

                                    /S/ Daniel E. Becnel, Jr.
                                    Daniel E. Becnel, Jr.

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In Re:                                   **Multidistrict Litigation**
**MEDTRONIC, INC.,**                **No. 08-1905 (RHK/JSM)**
**SPRINT FIDELIS LEADS PRODUCTS**
**LIABILITY LITIGATION**         **PROPOSED ORDER**

**THIS DOCUMENT RELATES TO:**

ELZIE CAMPBELL
CASE NO.: 08-966

---

       Plaintiff counsel's the Becnel Law Firm, through Daniel E. Becnel, Jr., moved for leave to withdraw as counsel of record for the above listed Plaintiff. The Becnel Law Firm, L.L.C. has set forth appropriate grounds for the withdrawal.

       Therefore the Becnel Law Firm's, L.L.C. Motion to Withdraw is hereby GRANTED allowing the withdrawal of the Becnel Law Firm, as attorneys for the above named Plaintiff.

Dated this _____ day of _____, 2011

_____
UNTIED STATES DISTRICT COURT JUDGE