AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 11-1114 "J"(1)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Haliburton Energy Services
was received by me on *(date)* 8-9-11 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Lynette Bass / CT Corp , who is designated by law to accept service of process on behalf of *(name of organization)* Haliburton Energy Services on *(date)* 8-10-11 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 8-10-11

*Server's signature*

Salvadore Christina Jr   Attorney
*Printed name and title*

P.O. Drawer H Reserve La 70084
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 11-1114 "J"(1)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **BP America, Inc**
was received by me on *(date)* **8-9-11**.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Lynette Bass / CT Corp**, who is
designated by law to accept service of process on behalf of *(name of organization)* **BP America, Inc**
on *(date)* **8-10-11** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **8-10-11**

*Salvadore C[signature]*
*Server's signature*

**Salvadore Christina, Jr    Attorney**
*Printed name and title*

**P.O. Drawer H  Reserve, La  70084**
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 11-1114 "J"(1)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **BP Products North America, Inc.**
was received by me on *(date)* **8-9-11**.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Paula Glaser / Prentice Hall**, who is
designated by law to accept service of process on behalf of *(name of organization)* **BP Products
North America Inc** on *(date)* **8-10-11** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **8-10-11**

*Salvadore C[signature]*
*Server's signature*

**Salvadore Christina Jr    Attorney**
*Printed name and title*

**P.O. Drawer H Reserve La 70084**
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 11-1114 "J"(1)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Cameron International Corp
was received by me on *(date)* 8-9-11 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Lynette Buss / CT Corp , who is designated by law to accept service of process on behalf of *(name of organization)* Cameron International Corp. on *(date)* 8-10-11 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 8-10-11

*Salvadore Christina Jr*
Server's signature

Salvadore Christina, Jr
Printed name and title

P.O. Drawer H Reserve, La 70084
Server's address

Additional information regarding attempted service, etc: