AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 11-1114 "J"(1)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Haliburton Energy Services
was received by me on *(date)* 8-9-11.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Lynette Bass / CT Corp , who is
designated by law to accept service of process on behalf of *(name of organization)* Haliburton Energy Services on *(date)* 8-10-11 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 8-10-11

*Server's signature*

Salvadore Christina Jr    Attorney
*Printed name and title*

P.O. Drawer H   Reserve La 70084
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 11-1114 "J"(1)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* BP America, Inc
was received by me on *(date)* 8-9-11.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Lynette Bass / CT corp, who is designated by law to accept service of process on behalf of *(name of organization)* BP America, Inc on *(date)* 8-10-11 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 8-10-11

_Salvadore C_____
Server's signature

Salvadore Christina, Jr   Attorney
Printed name and title

P.O. Drawer H Reserve La 70084
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 11-1114 "J"(1)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* BP Products North America, Inc.
was received by me on *(date)* 8-9-11 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Paula Glaser / Prentice Hall , who is
designated by law to accept service of process on behalf of *(name of organization)* BP Products
North America Inc on *(date)* 8-10-11 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 8-10-11

*Salvadore C_____*
*Server's signature*

Salvadore Christina Jr    Attorney
*Printed name and title*

P.O. Drawer H Reserve La 70084
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 11-1114 "J"(1)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Cameron International Corp__
was received by me on *(date)* __8-9-11__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Lynette Buss / CT Corp__, who is
designated by law to accept service of process on behalf of *(name of organization)* __Cameron International Corp.__ on *(date)* __8-10-11__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __8-10-11__

__[signature]__
*Server's signature*

__Salvadore Christina, Jr__
*Printed name and title*

__P.O. Drawer H Reserve, La 70084__
*Server's address*

Additional information regarding attempted service, etc: