UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Regarding the Depositions of Morrison, Frazelle, Birrell and Thorseth]**

The depositions of Richard Morrison, Andy Frazelle, and Gordon Birrell will be scheduled for two days. The deposition of Jay Thorseth in London will be a one day deposition. The witnesses shall be examined on both Phase One and Phase Two issues. Any requests for additional examination time shall be submitted as promptly as possible.

New Orleans, Louisiana, this 11th day of August, 2011.

Sally Shushan
United States Magistrate Judge