UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

**ORDER**

[Regarding Revised Allocation for Depositions of Rich Miller
and Transocean's Investigation Group]

Transocean was required to make certain members of its Investigation Group available for depositions. The Court ruled that BP would have 3.5 hours of examination for each of these witnesses. The Court allocated the time for the one day deposition of Rich Miller and the members of the Investigation Group. Rec. doc. 3545. Weatherford did not receive any examination time. It objected and requested its regular allocation of 15 minutes. Rec. doc. 3625.

Weatherford's examination time will be restored to 15 minutes. The examination time for the U.S. will be reduced by 5 minutes. The examination time for BP will be reduced by 10 minutes. Instead of 3.5 hours of examination time, BP will have 3 hours and 20 minutes (200 minutes). For Miller, Halliburton's examination time will be reduced by 10 minutes.

The depositions of Miller and the Investigation Group will be one day depositions. The examination time will be allocated as follows:

| **Miller, Rich** | | **Investigation Group** |
|---|---|---|
| Plaintiffs | 75 minutes | 75 minutes |
| U.S. | 40 minutes | 40 minutes |
| States | 15 minutes | 15 minutes |

| | | |
|---|---|---|
| Halliburton | 200 minutes | 30 minutes |
| Transocean | 30 minutes | 30 minutes |
| BP | 30 minutes | 200 minutes |
| Cameron | 30 minutes | 30 minutes |
| Anadarko | 15 minutes | 15 minutes |
| MOEX | 0 minutes | 0 minutes |
| Weatherford | 15 minutes | 15 minutes |
| M-I Swaco | 0 minutes | 0 minutes |
| Drill Quip | <u>0 minutes</u> | <u>0 minutes</u> |
| **Total** | **450 minutes** | **450 minutes** |

**Any appeal of this order must be filed no later than noon on Wednesday, August 17, 2011.**

New Orleans, Louisiana, this 11th day of August, 2011.

**SALLY SHUSHAN**
**United States Magistrate Judge**