UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig            MDL NO. 2179
     "Deepwater Horizon" in the Gulf
     of Mexico, on April 20, 2010        SECTION J

Applies to: *All Cases*                    JUDGE BARBIER
                                                                                        MAGISTRATE JUDGE SHUSHAN

## ORDER

**[Regarding Appointment of a Master for Supervision of Custody of the BOP]**

Pursuant to the provisions of Rule 53(a)(1)(C), the Court is considering appointment of a Master to supervise and coordinate the duties of the Court as custodian of the blowout preventer ("BOP") when custody is transferred on October 1, 2011. This order provides the requisite notice required by Rule 53(b)(1) of the Court's consideration of this issue. Any party may suggest candidates for the appointment and such suggestions must be received by the undersigned no later than 5:00 p.m. on Thursday, August 25, 2011.

More specifically, the Master will be requested to perform the following illustrative duties:

<u>Periodic Monitoring and Inspection</u>

- Regular (e.g. weekly) visual inspection of the external metallic surfaces of the lower section of the BOP, LMRP, Flex Joint, Riser section and other equipment stored exposed to the elements to assess the state of the preservative coatings.

- Regular (e.g. weekly) inspection of the state of the air-conditioning systems during periods of elevated temperatures and humidity as well as the evidence stored in condition controlled climates.

- Regular (e.g. weekly) inspection of the state of the Pod Storage Vats and secondary containment for potential leaks or conditions that could lead to leaks (e.g. areas of surface

corrosion). Inspection of the secondary containment for rainwater and the need to regularly drain the secondary containment of any rainwater.

Ad-hoc or Call-out Situations

- Inspect and if necessary secure evidence or take measures to protect the evidence in the event a severe storm is predicted.

- Following the passage of a severe storm inspect the state of the evidence.

    - Determine if there is a need to take any corrective actions.

    - Determine if it is likely power will remain off and whether there is a need to bring in temporary power for the air conditioning or to move the evidence within the NASA facility to a site that will provide a condition controlled climate.

- Inspect the secondary containment following periods of rain and make provisions to drain or otherwise clear the secondary containment of rainwater.

New Orleans, Louisiana, this 11th day of August, 2011.

                                             **SALLY SHUSHAN**
                                             **United States Magistrate Judge**