UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | Civil Action |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | MDL No. 2179 |
| | * | |
| Applies to: | * | SECTION: J |
| B4 Bundle | * | |
| | * | JUDGE CARL J. BARBIER |

## ORDER

[Regarding Bundle B4 Claims Against Emergency Responder Defendants]

**IT IS ORDERED** that oral argument scheduled for August 24th, 2011 at 9:30 a.m., relative to the Joint Motion to Dismiss (Rec. Doc. 2707), is **CANCELLED.** The Court will advise at a later date if oral arguments are necessary.

New Orleans, Louisiana, August 11th, 2011.

_____
UNITED STATES DISTRICT JUDGE