UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010<br><br>APPLIES TO: 11-274 c/w 11-275 | MDL No. 2179<br><br>SECTION J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

**RANGER INSURANCE LIMITED'S MOTION FOR LEAVE TO EXCEED PAGE LIMIT FOR MEMORANDUM IN RESPONSE TO BP PARTIES' MOTION FOR JUDGMENT ON THE PLEADINGS IN THE INSURANCE ACTIONS**
**[This Response Relates to the Motion at Docket No. 3211]**

RANGER INSURANCE LIMITED respectfully requests leave to exceed the page limit for the attached Memorandum in Response to BP Parties' Motion for Judgment on the Pleadings in the Insurance Actions.  The BP PARTIES do not appose this motion.

The Response Memorandum exceeds the 25-page limit as set forth in LR7.7 of the Local Rules of the United States District Court for the Eastern District of Louisiana.  The Response is 30 pages, excluding Table of Contents, Authorities and signature pages.  The length of the pleading is necessary so that RANGER INSURANCE LIMITED may fully address the issues raised by BP PARTIES in their Motion for Judgment on the Pleadings in the Insurance Actions.

Accordingly, RANGER INSURANCE LIMITED seeks leave to exceed the page limit for the attached Response Memorandum.

**Dated: August 11, 2011.**

| | |
|---|---|
| Michael J. Maloney | Robin M. Ziek |
| Maloney★Martin, L.L.P. | Robin M. Ziek, Attorney at Law |
| The Clocktower Building | The Clocktower Building |
| 3401 Allen Parkway, Suite 100 | 3401 Allen Parkway, Suite 100 |
| Houston, Texas  77019 | Houston, Texas  77019 |
| (713) 759-1600 – telephone | (713) 222-8030 – telephone |
| (713) 759-6930 – facsimile | (713) 759-6930 – facsimile |
| E-mail: mjmaloney@maloneymartinllp.com | E-mail: rziek@sbcglobal.net |

Dwayne R. Day
Dwayne Day, P.C.
The Clocktower Building
3401 Allen Parkway, Suite 100
Houston, Texas  77019
(713) 284-1618 – telephone
(713) 759-6930 – facsimile
E-mail: dday@ddaylaw.com

*Counsel for Ranger Insurance Limited*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have caused the foregoing Motion for Leave to Exceed Page Limit for Memorandum in Response to BP Parties' Motion for Judgment on the Pleadings in the Insurance Action to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on August 11, 2011.

    /s/ MICHAEL J. MALONEY
Michael J. Maloney / Robin M. Ziek / Dwayne Day

Ranger v. BP, et al
Order Granting Leave

Page 1 of 1