UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010<br><br>This Document applies to: 11-cv-274 c/w  11-cv-275 | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

## ORDER

Having considered the Motions, Supporting Memorandum and Affidavit of Steven L. Roberts, the: (1) Motion to Convert BP's Motion for Judgment on the Pleadings to a Motion for Summary Judgment and (2) Motion for Continuance or Denial as Premature filed by Transocean Offshore Deepwater Drilling Inc., Transocean Holdings LLC, Transocean Deepwater Inc. and Triton Asset Leasing GmbH (collectively "Transocean") and, being satisfied of good cause shown, it is hereby:

**ORDERED, ADJUDGED AND DECREED THAT:**

(1)  Transocean's Motion to Convert BP's Motion for Judgment on the Pleadings to a Motion for Summary Judgment is GRANTED;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED THAT:**

(2)  Transocean's Motion for Continuance is GRANTED *or*

BP's Motion for Judgment on the Pleadings is DENIED AS PREMATURE.

New Orleans, Louisiana, this _____ day of September, 2011.

_____
THE HONORABLE CARL J. BARBIER
UNITED STATES DISTRICT JUDGE