UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010<br><br>This Document applies to: 11-cv-274 c/w<br>                                   11-cv-275 | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

**TRANSOCEAN'S UNOPPOSED MOTION FOR LEAVE
TO EXCEED THE PAGE LIMIT FOR THE
MEMORANDUM SUPPORTING ITS RESPONSE TO
BP'S MOTION FOR JUDGMENT ON THE PLEADINGS**

TO THE HONORABLE JUDGE BARBIER:

COME NOW Transocean Offshore Deepwater Drilling Inc., Transocean Holdings LLC, Transocean Deepwater Inc. and Triton Asset Leasing GmbH (collectively "Transocean") and respectfully seek the Court's leave to exceed Local Civil Rule 7.7's page limits for briefs in opposition in the case of its Memorandum Supporting Transocean's Response in Opposition to BP's Motion for Judgment on the Pleadings. Transocean puts forth three reasons for granting its motion for leave.

First, BP's own Motion exceeded the page limits set forth in the Local Rules. BP sought leave of Court to exceed these limits, and the Court granted BP's Motion for Leave.[1] This attests to the Court's and parties' recognition of the complexity of the issues involved. Transocean, like BP, seeks only to present the fullness of its argument.

---

[1] *See* **Dkt. No. 3210, at 1** (BP Parties' Motion for Leave to Enlarge Page Limit for Memorandum in Support of Motion for Judgment on the Pleadings).

Second, BP's Motion has the potential to decide whether BP is entitled to deplete hundreds of millions of dollars of Transocean's insurance. BP's Motion acknowledges that, if granted, it would completely dispose of Transocean's insurers' complaints.[2] Transocean—whose own complaint in intervention is loosely modeled upon its insurers'—must therefore put its full argument forward to respond forcefully to BP's Motion, which, if granted, will seriously and adversely affect Transocean's legal positions in the insurance actions.

Finally, counsel for BP has confirmed that BP will not oppose the granting of the instant motion.

For these reasons, Transocean respectfully moves this Court for leave to exceed the applicable page limits in its Response to BP's Motion for Judgment on the Pleadings.

Respectfully submitted,

By: /s/ Steven L. Roberts
Steven L. Roberts (Texas, No. 17019300)
Rachel Giesber Clingman (Texas, No. 00784125)
Kent C. Sullivan (Texas, No. 19487300)
Teri L. Donaldson (Florida, No. 784310)
Sutherland Asbill & Brennan LLP
1001 Fannin Street, Suite 3700
Houston, Texas 77002
Telephone: (713) 470-6100
Facsimile: (713) 654-1301
Email: steven.roberts@sutherland.com,
rachel.clingman@sutherland.com,
kent.sullivan@sutherland.com,
teri.donaldson@sutherland.com

By: /s/ Kerry J. Miller
Kerry J. Miller (Louisiana, No. 24562)
Frilot, L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163
Telephone: (504) 599-8169
Facsimile: (504) 599-8154
Email: kmiller@frilot.com

-and-

By: /s/ Edwin G. Preis, Jr.
Edwin G. Preis, Jr. (Louisiana, No. 10703)
Edward F. Kohnke, IV (Louisiana, No. 07824)
Preis & Roy PLC
102 Versailles Boulevard, Suite 400
Lafayette, Louisiana 70501
Telephone: (337) 237-6062
Facsimile: (337) 237-9129

-and-

---

[2] **Dkt. No. 3211-1, at 3 n.3.**

2

601 Poydras Street, Suite 1700
New Orleans, Louisiana 70130
Telephone: (504) 581-6062
Facsimile: (504) 522-9129
Email: egp@preisroy.com, efk@preisroy.com

Of Counsel:
John M. Elsley (Texas, No. 0591950)
Royston, Rayzor, Vickery & Williams LLP
711 Louisiana Street, Suite 500
Houston, Texas 77002
Telephone: (713) 224-8380
Facsimile: (713) 225-9945
Email: john.elsley@roystonlaw.com

Daniel O. Goforth (Texas, No. 08064000)
Goforth Geren Easterling LLP
4900 Woodway, Suite 750
Houston, Texas 77056
Telephone: (713) 650-0022
Facsimile: (713) 650-1669
Email: dangoforth@goforthlaw.com

Brad D. Brian (California, No. 79001)
Allen M. Katz (California, No. 054933)
Munger Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071
Telephone: (213) 683-9100
Facsimile: (213) 683-5180, (213) 683-4018
Email: brad.brian@mto.com, allen.katz@mto.com

*Counsel for Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc. and Transocean Deepwater Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 11th day of August, 2011, I electronically transmitted a PDF version of this document to the Clerk of Court, using the CM/ECF System, for filing and LexisNexis File & Serve, in accordance with Pretrial Order No. 12, which will send a notice of electronic filing to all counsel of record.

/s/ Kerry J. Miller