UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010<br><br>This Document applies to: 11-cv-274 c/w<br>                                   11-cv-275 | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

## ORDER

Having considered its Unopposed Motion for Leave to Exceed the Page Limit for the Memorandum Supporting Its Response to BP's Motion for Judgment on the Pleadings filed by Transocean Offshore Deepwater Drilling Inc., Transocean Holdings LLC, Transocean Deepwater Inc. and Triton Asset Leasing GmbH (collectively "Transocean") and, being satisfied of good cause shown, it is hereby:

**ORDERED, ADJUDGED AND DECREED THAT:**

(1) Transocean's Unopposed Motion for Leave to Exceed the Page Limit for the Memorandum Supporting Its Response to BP's Motion for Judgment on the Pleadings is **GRANTED**.

New Orleans, Louisiana, this _____ day of August, 2011.

_____
THE HONORABLE CARL J. BARBIER
UNITED STATES DISTRICT JUDGE