UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010<br><br>This Document applies to: 11-cv-274 c/w<br>11-cv-275 | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

## DECLARATION OF KERRY J. MILLER

I, Kerry J. Miller, hereby attest and declare:

(1)     I am a partner at Frilot LLC and counsel of record for Transocean in the above-numbered actions. I am a member of good standing of the State Bar of Louisiana.

(2)     Exhibit A to this declaration is a true and correct copy of excerpts from the Deposition of Mr. Tony Hayward, former CEO of BP.

(3)     This declaration was executed on this 11th day of August 2011 in New Orleans, Louisiana.

(4)     Under penalty of perjury under the laws of the United States of America, the foregoing is true and correct.

_____
Kerry J. Miller