

# Office of the Attorney General
## Washington, D.C. 20530

July 20, 2011

Mr. Kenneth Feinberg
The Gulf Coast Claims Facility
Feinberg Rozen, LLP
The Willard Office Building
1455 Pennsylvania Avenue, NW, Suite 390
Washington, DC 20004-1008

Dear Mr. Feinberg:

    As we discussed at our July 7th meeting regarding the status of your work, I recently traveled to Alabama and heard from individuals and business owners whose lives and livelihoods continue to be severely affected by the Deepwater Horizon oil spill, and who have turned to the Gulf Coast Claims Facility (GCCF) in order to avoid years-long litigation. I note the GCCF's progress in the face of nearly one million claims filed and appreciate your efforts. The GCCF's work continues to be critical, and we will continue to hold it to the highest standards of efficiency, consistency, and customer service.

    At our meeting, we discussed concerns that I heard in the Gulf regarding the transparency of the process. This letter will confirm your conversation with Associate Attorney General Tom Perrelli, in which you agreed, as we discussed at our meeting, to an independent audit of the GCCF. We recognize, however, that the GCCF is continuing to get thousands of claims per week, and that resolving those claims quickly and fairly should be its highest priority. Consequently, we will work with you to identify an appropriate time to commence such an audit before the end of the year, in a manner that will not disrupt the timely processing of claims.

                                                Sincerely

                                                Eric H. Holder, Jr.
                                                Attorney General