*** EXHIBIT 2 ***



Everything Alabama

# Gulf Coast leaders welcome oil spill claims audit

Published: Thursday, July 21, 2011, 5:56 AM

 By **George Altman, Washington Bureau**



(Press-Register/Ryan Dezember)

U.S. Attorney General Eric Holder, pictured during a visit to Dauphin Island.

WASHINGTON — After meeting with U.S. Attorney General Eric Holder, **Ken Feinberg** has agreed to an independent audit of his **Gulf Coast Claims Facility**, which will take place before the end of the year, Feinberg and Holder said Wednesday.

Holder confirmed the audit agreement in a Wednesday letter addressed to Feinberg, adding that he will hold Feinberg's oil spill claims facility to "the highest standards of efficiency, consistency and customer service."

The attorney general expressed appreciation for the facility's "progress in the face of nearly one million claims filed." The letter added that quick resolution of oil spill claims must remain the top priority, notwithstanding the audit.

"Consequently, we will work with you to identify an appropriate time to commence such an audit before the end of the year, in a manner that will not disrupt the timely processing of claims," Holder wrote.

- **Read the letter from Attorney General Eric Holder**

In a written statement, Feinberg said he welcomes the attorney general's letter and thanked Holder "for his supportive words of encouragement."

"We will do what the attorney general requests — and it is something we have always considered we would do — regarding an independent audit that will begin this year, but not disrupt the timely processing of claims," the statement said.

Feinberg's group is tasked with compensating people and businesses who suffered economic losses because of the oil spill. But Gulf Coast residents and



elected officials have long voiced concerns about a claims process that they describe as too slow, inconsistent and opaque.

Rep. Jo Bonner, R-Mobile, last week added language to a funding bill for the Justice Department that called for the appointment of an auditor to review the Gulf Coast Claims Facility, or GCCF.



Ken Feinberg (AP Photo/Carolyn Kaster)

Bonner expressed gratitude for Holder's efforts and praised the audit announcement in a Wednesday statement. But he also called for the audit to be conducted without delay, adding that he hopes "we're not going to work overtime to make this convenient on Mr. Feinberg and the people at GCCF."

"Surely, Mr. Feinberg can multitask and work with an independent auditor to get this done before the end of the year," Bonner's statement said. "The people of the Gulf Coast have waited a long time for answers to reasonable questions about the operations and methodologies of the GCCF, and they deserve answers."

Holder met with Bonner, Alabama Attorney General Luther Strange and fishermen impacted by the spill during a late-June trip to south Alabama.

During public statements in Orange Beach, Holder said he'd heard their concerns about the claims facility and expressed similar worries about its "pace and transparency." He vowed to have a "detailed conversation" with Feinberg.

"My voice has not been as loud as maybe it should have been," Holder said in June. "There are issues here, legitimate issues, that have to be discussed. Things have to be done better."

Holder's Wednesday letter recounts a July 7, closed-door meeting with Feinberg, in which they "discussed concerns that I heard in the Gulf regarding the transparency of the process."

Strange welcomed the news that "someone other than BP and Kenneth Feinberg will finally be able to peer into the inner-workings of the GCCF," in a written statement issued Wednesday afternoon.

"For far too long, the GCCF has hidden behind a veil of secrecy when denying compensation to victims of the **Gulf oil spill**," Strange's statement said. "I applaud this outcome due to the efforts of Attorney General Holder and Alabama's own local and congressional leaders, who have refused to back down after constant rejection."

Few details about how the audit will be conducted, who will do it or how it will be funded emerged Wednesday.

Feinberg said in a telephone interview that he wasn't sure whether the audit will be paid from the $20 billion fund BP PLC has already set aside for spill costs or other money from the company.

"I can tell you right now — it won't be the taxpayers," Feinberg said.

© 2011 al.com. All rights reserved.