

August 11, 2011

Re: MDL No. 2179
In Re: Oil Spill by the Oil Rig "Deepwater Horizon"
In the Gulf of Mexico on April 20, 2010

Honorable Sally Shushan
Magistrate Judge
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room B-345
New Orleans, Louisiana 70130

Dear Judge Shushan:

At 8:26 pm on Friday, August 5, the last day to request Phase I depositions, BP requested depositions of an additional 18 witnesses. BP's after-hours email included a request to depose Richard Coronado, a Cameron Drilling Controls Engineer. If BP's request is granted, the number of Cameron employees deposed at BP's sole request will be six. That is, BP will have been permitted to depose a total of six Cameron witnesses against Cameron's limited ability to request just one BP witness.

BP claims that it needs Mr. Coronado's deposition to "provide testimony as to how the electronics and software in the BOP's AMF / Deadman system function." However, BP has made no showing as to why it will be unable to address those issues with Ed Gaude, Cameron's Engineering Manager for Drilling Controls and the person to whom Mr. Coronado reports. BP requested Mr. Gaude's deposition, and that deposition is scheduled for September 19.

Indeed, last week, in seeking additional time for that deposition, BP stated to the Court that "Mr. Gaude has unique knowledge regarding the control system that Cameron developed and designed to operate the *Deepwater Horizon* BOP, including knowledge regarding the operation of the solenoid valves and batteries that are used with the AMF/Deadman system." (See Aug. 8, 2011 email from D. Haycraft to the Court.)

David J. Beck
dbeck@brsfirm.com

One Houston Center
1221 McKinney Street, Suite 4500 ~ Houston, Texas 77010
Telephone 713.951.3700 ~ Facsimile 713.951.3720
www.brsfirm.com

383.00206/484764.v1

Honorable Sally Shushan
August 11, 2011
Page 2

    Under these circumstances, and in light of BP's prior arguments that parties should not be permitted to take depositions where "testimony is likely duplicative or of limited value" (see June 23, 2011 email from A. Langan to the Court), Cameron requests that the Court deny BP's request to depose Mr. Coronado at this time. At a minimum, the Court should defer consideration of this issue until after the deposition of Mr. Gaude.

    Thank you for your consideration.

                                      Sincerely yours,

                                      David J. Beck

DJB/rct

383.00206/484764.v1