MINUTE ENTRY
SHUSHAN, M.J.
AUGUST 12, 2011

**MJSTAR:      01:22**

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY THE                                   CIVIL ACTION
OIL RIG "DEEPWATER HORIZON"
IN THE GULF OF MEXICO, ON APRIL 20, 2010          NUMBER: 10-MDL-2179

                                                         SECTION: "J" (1)

### MAGISTRATE JUDGE SALLY SHUSHAN PRESIDING

FRIDAY, AUGUST 12, 2011 AT 9:30 A.M.

CASE MANAGER: Tanya Lee

COURT REPORTER: Cathy Pepper

A discovery status conference was held this date before Magistrate Judge Sally Shushan.

PRESENT:      See attached sign-in sheets for attorneys who participated in person and via telephone.