## CONFERENCE ATTENDANCE RECORD

DATE: 8-12-11                    TIME: 9:30

CASE NAME: IN RE: DEEPWATER HORIZON, ET AL.

DOCKET NUMBER & SECTION: MDL 2179

(DISCOVERY STATUS CONFERENCE)

 PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Douglas Kraus | Louisiana |
| David Beck | Cameron |
| Carmelite Bertaut | Cameron |
| Ky Kerby | Anadarko |
| Deb Kuchler | Anadarko |
| Don Godwin | Halliburton |
| Alan York | Halliburton |
| Jenny Martinez | Halliburton |
| Stefanie Major | Halliburton |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Denise Scofield | MI |
| Hugh Tanner | MI |
| JB Tata | MI |
| Jeff Breit | PSC |
| Mike Lemoine | WKT |
| Brian Barr | PSC |
| Ryan Babcock | BP |
| Tara Kelley | BP |
| Frank Mango | BP |
| Andy Langan | BP |
| Don Haycraft | BP |
| Ted Tsekerds | Seacor, O'Brien & NRC |
| Chip Brooks | O'Brien & NRC |
| Skip Mutlen | Dynamic |
| Steve Herman | Plaintiffs |
| Luther Strange | Alabama |
| Henry Dart | St of LA |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Ed Flanders | MOEX |
| Steve O'Rourke | USA |
| Ros Gastury | BP |
| Jim Roy | PSC-Co-Liaison |
| Bill Stradley | MDL 2185 Individual Investors |
| Corey Maze | Alabama |
| Luther Strange | Alabama |
| Jimmy Williamson | PSC |
| Chris Kaul | MDL 2185-Derivative |
| Jackie Brettner | MOEX |
| Rachel Clingman | TO |
| Kerry Miller | TO |
| Don Godwin | TO |
| Anthony Irpino | PSC |

Mark Nomollini
Sarah Himmelhoch
Tony Fitch
Mark Cohen
Jeremy Rush
Darren Beffa
David Dubay
Alan Weigel