UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG<br>    "DEEPWATER HORIZON" in the<br>    GULF OF MEXICO, on<br>    APRIL 20, 2010<br><br>RICK HAI NGUYEN,<br><br>       Plaintiff,<br><br>vs.<br><br>BP AMERICA PRODUCTION CO.,<br><br>       Defendant<br><br>THIS DOCUMENT RELATES TO:<br>VESSELS OF OPPORTUNITY PROGRAM<br>("VOO) CONTRACT CASES | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER |

**DEFENDANT BP AMERICA PRODUCTION COMPANY, INC.'S
ANSWER TO RICK HAI NGUYEN'S DIRECT FILING SHORT FORM
(DOCUMENT NO. 97880)**

Defendant BP America Production Company, Inc. ("BP"), by its undersigned counsel, submits the following Answer and Defenses to the allegations made regarding the Vessels of Opportunity Program ("VoO") by Rick Hai Nguyen ("Plaintiff") in the Direct Filing Short Form that Mr. Nguyen submitted to MDL 2179 (Doc. No. 97880). This Answer is made pursuant to the Case Management Order Regarding Limited Discovery and Mediation in Connection with Vessels of Opportunity Program Contract Matters entered by Judge Barbier in MDL 2179 on

July 8, 2011 (Doc. No. 3207) (the "MDL 2179 VoO CMO"), and shall pertain only in the proceedings set forth in the MDL 2179 VoO CMO.

1. Mr. Nguyen alleges that he is a self-employed vessel owner residing in Boothville, Louisiana.

**ANSWER 1:** BP lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 1 and therefore denies them.

2. Mr. Nguyen alleges that he "is the owner of a vessel (LA 2238-CA) which is the subject of a Master Vessel Charter Agreement (HOU 0364) entered into between [Mr. Nguyen] and BP under the Vessel of Opportunity Program for oil spill clean-up."

**ANSWER 2:** BP admits that it entered into Master Vessel Charter Agreement numbered HOU 0364 with Plaintiff. BP lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 2 and therefore denies them.

3. Mr. Nguyen alleges that he "received a notice of termination of 11-26-10 and has had final decontamination."

**ANSWER 3:** BP admits that Plaintiff received final decontamination and has also received notice of termination. BP denies the remaining allegations in this paragraph.

4. Mr. Nguyen alleges that "BP owes payment for hire and crew pay from initial activation to termination and/or vessel decontamination, whichever is later."

**ANSWER 4:** BP denies the allegations contained in paragraph 4.

## AFFIRMATIVE DEFENSES

HAVING ANSWERED the Plaintiff's complaint, BP sets forth the following defenses without assuming the burden of proof where such burden is otherwise on the Plaintiff.

## FIRST AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, because the Complaint fails to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, by the doctrines of waiver and consent.

## THIRD AFFIRMATIVE DEFENSE

Plaintiff has suffered no damages as a result of the matters alleged in the Complaint against BP.

## FOURTH AFFIRMATIVE DEFENSE

Plaintiff's claims are subject to any credit for any payments, if any, received from BP.

## FIFTH AFFIRMATIVE DEFENSE

Granting the relief sought by Plaintiff would unjustly enrich Plaintiff.

## RESERVATION OF DEFENSES

BP respectfully reserves the right to assert additional defenses, objections and claims as discovery progresses or when it otherwise becomes appropriate during the course of this action. BP hereby denies all allegations contained in the Complaint which were not expressly admitted.

Dated: August 12, 2011

Respectfully submitted,

/s/ Don K. Haycraft
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Andrew B. Bloomer, P.C.
Catherine L. Fitzpatrick
Elizabeth A. Larsen
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Robert R. Gasaway
Jeffrey B. Clark
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, D.C.  20005-5793
Telephone:  (202) 879-5000
Facsimile:  (202) 879-5200

Robert C. "Mike" Brock
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone: (202) 662-5985

Attorneys for BP

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 12th day of August, 2011.

                                                    /s/ Don K. Haycraft
                                                      Don K. Haycraft