UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 : : : : : : | MDL NO. 2179 |
| HOI VAN NGUYEN, : : Plaintiff, : : vs. : : | SECTION: J |
| BP AMERICA PRODUCTION CO., : : Defendant : : | JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: : VESSELS OF OPPORTUNITY PROGRAM : ("VOO) CONTRACT CASES : | |

## DEFENDANT BP AMERICA PRODUCTION COMPANY, INC.'S ANSWER TO HOI VAN NGUYEN'S DIRECT FILING SHORT FORM (DOCUMENT NO. 63576)

Defendant BP America Production Company, Inc. ("BP"), by its undersigned counsel, submits the following Answer and Defenses to the allegations made regarding the Vessels of Opportunity Program ("VoO") by Hoi Van Nguyen ("Plaintiff") in the Direct Filing Short Form that Mr. Nguyen submitted to MDL 2179 (Doc. No. 63576).  This Answer is made pursuant to the Case Management Order Regarding Limited Discovery and Mediation in Connection with Vessels of Opportunity Program Contract Matters entered by Judge Barbier in MDL 2179 on July 8, 2011 (Doc. No. 3207) (the "MDL 2179 VoO CMO"), and shall pertain only in the proceedings set forth in the MDL 2179 VoO CMO.

1. Mr. Nguyen alleges that he is a self-employed vessel owner and captain residing in Biloxi, Mississippi.

**ANSWER 1:** BP lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 1 and therefore denies them.

2. Mr. Nguyen alleges that "[his vessel] My Angel II participated in the VOO program for nearly two months."

**ANSWER 2:** BP admits that Mr. Nguyen participated in the VOO program. BP denies the remaining allegations in this paragraph.

## AFFIRMATIVE DEFENSES

HAVING ANSWERED the Plaintiff's Direct Filing Short Form, BP sets forth the following defenses without assuming the burden of proof where such burden is otherwise on the Plaintiff.

### FIRST AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, because the Direct Filing Short Form fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, by the doctrines of waiver and consent.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff has suffered no damages as a result of the matters alleged in the Direct Filing Short Form against BP.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff's claims are subject to any credit for any payments, if any, received from BP.

### FIFTH AFFIRMATIVE DEFENSE

Granting the relief sought by Plaintiff would unjustly enrich Plaintiff.

## **RESERVATION OF DEFENSES**

BP respectfully reserves the right to assert additional defenses, objections and claims as discovery progresses or when it otherwise becomes appropriate during the course of this action. BP hereby denies all allegations contained in the Direct Filing Short Form which were not expressly admitted.

Dated: August 12, 2011

    Respectfully submitted,
    /s/ Don K. Haycraft
    Don K. Haycraft (Bar #14361)
    R. Keith Jarrett (Bar #16984)
    LISKOW & LEWIS
    701 Poydras Street, Suite 5000
    New Orleans, Louisiana 70139-5099
    Telephone: (504) 581-7979
    Facsimile: (504) 556-4108

    Richard C. Godfrey, P.C.
    J. Andrew Langan, P.C.
    Andrew B. Bloomer, P.C.
    Catherine L. Fitzpatrick
    Elizabeth A. Larsen
    Kirkland & Ellis LLP
    300 North LaSalle Street
    Chicago, IL 60654
    Telephone: (312) 862-2000
    Facsimile: (312) 862-2200

    Robert R. Gasaway
    Jeffrey B. Clark
    Kirkland & Ellis LLP
    655 Fifteenth Street, N.W.
    Washington, D.C.  20005-5793
    Telephone:  (202) 879-5000
    Facsimile:  (202) 879-5200

    Robert C. "Mike" Brock
    Covington & Burling LLP
    1201 Pennsylvania Avenue, NW
    Washington, DC 20004-2401
    Telephone: (202) 662-5985

    Attorneys for BP

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 12th day of August, 2011.

/s/ Don K. Haycraft
Don K. Haycraft