**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | * | MDL No. 2179 |
|     "DEEPWATER HORIZON" in the | * | |
|     GULF OF MEXICO, on | * | |
|     APRIL 20, 2010 | * | SECTION: J |
| | * | |
| | * | |
| Case Relates to: | * | |
| 2:10-CV-08888 | * | |
| | * | JUDGE BARBIER |
| | * | MAGISTRATE SHUSHAN |
| | * | |

_____

### CLAIMANTS' / PLAINITFFS' RULE 41(a)(2)
### MOTION TO DISMISS WITHOUT PREJUDICE

NOW INTO COURT, Plaintiffs / Claimants, by and through the undersigned counsel, file their *Rule 41 (a)(2) Motion to Dismiss without Prejudice*, and, in support thereof, would show the Court as follows:

1.  Claimants / Plaintiffs filed their *Direct Filing Short Forms* on or before April 20, 2011. As stated in the *Direct Filing Short Forms*, Claimants / Plaintiffs were asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopted and incorporated the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join, and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in the MDL 2179 (10 md 2179).

2.  As instructed by the Court, Claimants' / Plaintiffs' *Direct Filing Short Forms* were

filed in CA No. 10-8888, by prior order of the Court [Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc.982 in MDL 2179], the filing of the *Direct Filing Short Forms* in C.A. No. 10-8888 was deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179.

3.  Since the filing of Plaintiffs' *Direct Filing Short Forms*, Plaintiffs' have reached an agreement with and settled their claims through the Gulf Coast Claims Facility and no counterclaim against these particular Plaintiffs / Claimants have been filed. Plaintiffs / Claimants will not re-file any claim and/or action that will be dismissed as a result of this motion. As such, the following Plaintiffs / Claimants would respectfully request the Court pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, to dismiss all their claims in all collective actions set forth above in this cause:

| Document No. | Cause No. | Plaintiff/Claimant |
|---|---|---|
| 1.  54210 | CA-10-8888 | Dr. Williams R. O'Neal, Sr., DMD, PC |
| 2.  54141 | CA-10-8888 | The Fuss, LLC |

WHEREFORE, the above listed Plaintiffs / Claimants request that their *Motion to Dismiss without Prejudice* be granted on terms that the court considers proper together with any and all other relief in favor of the Plaintiffs / Claimants deemed appropriate by this Honorable Court.

Respectfully submitted, this the 15th day of August, 2011.

Claimants / Plaintiffs

s/John E. Tomlinson
John E. Tomlinson
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, AL 36104
(334) 269-2343

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing Plaintiffs' Motion to Dismiss has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No.12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

This the 15th day of August, 2011.

s/John E. Tomlinson
OF COUNSEL