UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL No. 2179 SECTION: J |
| Case Relates to: 2:10-CV-08888 | * * * * | JUDGE BARBIER MAGISTRATE SHUSHAN |

## ORDER

Considering the Motion of the Claimant / Plaintiff to Dismiss without Prejudice Pursuant to Rule 41 (a)(2):

**IT IS HEREBY ORDERED** that all claims of the following Claimant / Plaintiff are dismissed without Prejudice.

| Document No. | Cause No. | Plaintiff/Claimant |
|---|---|---|
| 1.  55171 | CA-10-8888 | Cape Concrete, LLC |

New Orleans, Louisiana, this the ____ day of _____, 2011.

_____
UNITED STATES DISTRICT COURT JUDGE