MINUTE ENTRY
BARBIER, J.
Aug. 12, 2011
JS-10: 50 minutes.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : : : : : | MDL NO. 2179  SECTION: J   JUDGE BARBIER MAG. JUDGE SHUSHAN |

| COURTROOM DEPUTY: | COURT REPORTER: |
|---|---|
| EILEEN STENSRUD | CATHY PEPPER |

**FRIDAY, AUGUST 12, 2011 8:30 A.M.**
**JUDGE CARL J. BARBIER PRESIDING**

### STATUS CONFERENCE

Plaintiffs' Liaison Counsel, Defense Liaison Counsel, and Government Coordinating Counsel introduced themselves to the Court. The matters listed below were discussed:

The Court briefly mentioned recently issued Orders.

BP Counsel Andy Langan reported on the status of recent conditional transfer orders and number of active cases within the MDL.

BP Counsel Andy Langan reported on the status of cases before various state courts.

BP Counsel Andy Langan and Bill Stradley, counsel for individual investors, reported on the status of MDL 2185 before Judge Ellison in the Southern District of Texas.

1

**BP Counsel Don Haycraft provided an update on the continued progress of written and deposition discovery.**

**BP Counsel Rob Gasaway reported that the testing of the blowout preventer was completed on June 21, 2011, and that the testing data is in the hands of the parties. Also discussed was storage of the blowout preventer.**

**Department of Justice Attorney Steven O'Rourke reported on the status of the testing of the cement and possible testing on certain rocks or cement discovered after the explosion.**

**BP Counsel Andy Langan and Plaintiff Counsel Steve Herman presented a joint report on the Vessels of Opportunity cases. The Court issued a Case Management Order on July 8, 2011. A mediator will be selected to mediate six pilot cases.**

**BP Counsel Andy Langan reported on the status of insurance coverage cases. The Court proposed moving oral argument on motions for judgment on the pleadings from Sept. 14, 2011 to Sept. 16, 2011, the next Status Conference.**

**The Court reported on the status of creating a process for pro se litigants to dismiss or amend Short Form Joinders. In light of a recent Fifth Circuit ruling, the process had to be altered. Plaintiffs' Counsel Steve Herman also reported on the status of creating forms to authorize the release of medical and employment information for personal injury claimants.**

**Plaintiffs' Counsel Steve Herman and BP Counsel Andy Langan reported on discussions between PSC and BP Counsel regarding presentment of claims under OPA, related motions to dismiss, and the development of a claims database.**

**The Court reminded parties of the public website for MDL 2179, www.laed.uscourts.gov/OilSpill/OilSpill.htm**

**The Court reminded parties of Pretrial Order 15, which automatically continues all motions (including motions that have been noticed by counsel for submission), until the Court specifically sets a motion for submission or hearing. Until the Court sets such a date, no responses are due to any motions.**

**Transocean Counsel Kerry Miller reported on the ongoing process to create a database of all claims filed in the Limitation Proceeding, including claims filed after April 20, 2011.**

**The Court will soon issue an Order regarding the Trial Plan for the Limitation Trial, which will begin on February 27, 2012. The Trial Plan will largely adopt the Trial Plan proposed by Anadarko.  Trial will be segregated into three phases: Phase 1, focusing on events leading up to and including the explosion on April 20, 2010; Phase 2, focusing on source control and oil discharge quantification issues; and Phase 3, remaining liability issues (dispersants, cleanup, etc.).**

**The next status conference will be held on SEPTEMBER 16, 2011 at 9:30 a.m.**

**The Court thanked counsel for their continued cooperation, both with each other and the Court.**

**Court adjourned at 9:20 a.m.**

**ATTORNEYS: See attached list.**