# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–August 12, 2011

# PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| John Tomlinson | 334-451-0896 | PSC |
| Julie Jochum | 504-522-3450 | PSC |
| Erika Heyder | 919-801-1959 | RBC |
| Phil Cossich | 504 481-4348 | PSC |
| Patrica Montoya | 305-476-7400 | PSC |
| M. Kyle & Assoc. | 9856416800 | Pl. |
| Sabrina Canfield | 504 940 7294 | media |
| David Coffey | 727-7328 | Plaintiffs |
| Corey Maze | | Alabama/State |
| Luther Strange | | Alabama/State |
| Frank Gavillo | 985-249-6080 | TLS |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–August 12, 2011

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Mutt Chuck | 228.863.6000 | Pl. |
| E Cain | 415.956/000 | PSC |
| Sam Rosamond | 504-568-1933 | |
| SANDRA JELKS | 225-928-5153 | Plaintiffs |
| M. Jo Kunzman | 504-523-3931 | |
| Travis Barton | 512-495-6041 | Cameron |
| Frank Petosa | 954/318-0268 | PSC |
| Julia Lemons | 212 558-5537 | PSC |
| Robin Greenwald | 212 558-5502 | PSC |
| Jimmy Williamson | (713) 223-3330 | PSC |
| Carla Langlois | 504 762-2466 | Jeff Parish |
| Sam Body | 504-569-0235 | DRC |
| Andy Riper | | " |
| Moira Nabl | 525-8000 | |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–August 12, 2011

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Phil Wittmann | 581-3200 | Cameron |
| Mike Brock | | BP |
| Andy Langan | | BP |
| Don Hogarth | | BP |
| David Beck | | Cameron |
| Don Godwin | | Halliburton |
| Deb Kuchler | | Anadarko |
| Ky Kirby | | " |
| Jim Dragna | | " |
| Steve Herman | | PSC |
| Jim Roy | | " |
| Jenny Martinez | | Halliburton |
| Alan York | | " " |
| Corey Maze | | Alabama/States |
| Luther Strange | | " " |
| Ted Tsekerides | | Seaca, O'Brien & NRC |
| Steve O'Rourke | | USA |
| Rachel Clingman | | TD |
| Jim Roy | | PSC |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–August 12, 2011

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Rob Gasaway | (202) 879-5175 | BP |
| Emma Jucos | (646) 644-8094 | BP |
| John Andry | 525-5535 | BP |
| Chris Boutwell | (334) 201-4805 | PSC |
| Mike Espy | 601 613-1617 | PSC |
| Richard Chappuis | 337 232-9700 | AXIS |
| Kevin Oufnac | 504 648 0180 | Plaintiff |
| George Gill | 504-584-9289 | TD UWRS |
| Dai Aran | 504 361 656 | Plaintiff |
| Bill Straadley | 713 654 1122 | Plaintiff |
| Kaia Stotell | 713 890 5105 | MI LLC |
| Paul Sterbcow | 504 588 1500 | PSC |
| Mikal Watts | 210-315-4477 | PSC |
| Blayne Honeycutt | 225-664-0304 | PSC |
| Douglas Kraus | 504 228-8687 | Louisiana |
| Laurin Jacobsen | 504 595-6491 | Delacroix |
| Philip Brooks Jr. | 535-7648 | OBriens/NRC |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–August 12, 2011

# PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Don Godwin | (214) 939-4400 | Halliburton |
| Alan York | " | " |
| Jenny Martinez | " | " |
| Stefanie Major | " | " |
| Allen Johnson Jr | (504) 669-8829 | Bloomberg News |
| Dan Goforth | 713 650 0022 | Transocean |
| Matt Leal | 337-439-0707 | PSC |
| Jayne Cohry | 212 784 6402 | TI |
| Edwin Preis | 337-237-6062 | Transocean |
| J. Espino | 214-521-3605 | ABC |
| Frank Manago | 281-366-3159 | BP |
| Ryan Babcock | 312 862 7003 | BP |
| Becky Mowbray | 504-826-3417 | Times Picayune |
| Mike Lemoine | 337 593 7624 | Weatherford |
| Mekel Alvarez | 599-3225 | TIS |
| Stephen Murray Sr | 525-8100 | TIS |
| Hugh Lamor | 713-890-5780 | M-I |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–August 12, 2011

# PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Ted Tseledy | 212-310-8218 | Seaca, O'Pnuis - NRC |
| Jeff Breit | 757-615-8882 | PSC |
| Rhon Jones | 3344518301 | PSC |
| Mitchell Breit | 212 7846422 | PT |
| Skip Vhutter | 561-0400 | Dynamic |
| Scott Summy | 214-384-1913 | PSC |
| Tara Kelly | 713-205-1883 | BP |
| Ellen Moskowitz | 212/333-3710 | BP |
| ROBERT CUNNINGHAM | 2514716191 | PSC |
| Carmelite Bertart | 5045930898 | Cameron |
| Larry York | 512 4956075 | Cameron |
| Ryan Beasley | 5042203944 | TO |
| Brian Barr | 8505722164 | PSC |
| Milton Stafford | 904-694-1754 | Lexis/Nexis |
| Dennis Reiw | 713-622-7271 | |
| Allan Gunner | 504 524 5777 | State of Louisiana |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–August 12, 2011

# PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Michael Palmintier | 335 8300 | PSC |
| Gerald Meunier | 522-2304 | PSC |
| J.B. Tarter | 713-890-5000 | M-F |
| Martin [illegible] | 504 584-9212 | TO Excess [illegible] |
| Tony Fletcher | 361-887 0500 | PSE |
| Rene Rocha | 305-989-8688 | PSC |
| Tom Appleny | 713-740-652 | TO |
| William W Dills | 713-292-4034 | PSL |
| Ben [illegible] | 337-237-x000 | Airborne Support |
| [illegible] | 743-834-1130 | PSC |
| [illegible] | 713 334 4000 | [illegible] |