UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) | MDL No. 2179<br><br>SECTION J |
| This Document relates to: | ) ) | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
| 2:10-cv-10-8888-CJB-SS | ) | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
PURSUANT TO RULE 41(A)(2) AND PERTAINING ONLY TO THE CLAIMS
OF SUN TIME PROPERTIES, LLC**

Now into Court through undersigned counsel comes Sun Time Properties, LLC (hereinafter "Claimant"), averring that:

1. On April 19, 2011, Claimant filed a *Direct Filing Short Form Joinder*, asserting a claim in *Complaint and Petition of Triton Asset Leasing Gmbh, et al*, No. 10-2771; adopting and incorporating the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al*, No. 10-2771; and/or intervening into, joining and otherwise adopting the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10-md-2179).

2. As instructed by the Court through Pre-Trial Order No. 24 [Rec. Doc. 982], Claimant's *Direct Filing Short Form Joinder* was filed in case number CA 10-8888 [2:10-cv-08888-CJB-SS] [Rec. Doc. 75487] and was deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179.

3. No opposing party has served either answer or motion for summary judgment upon or pertaining to Claimant in these proceedings.

4. Voluntary dismissals with prejudice are permitted without leave of court by Pre-Trial Order Number 34 [Rec. Doc. 1918 in MDL 2179] and Claimant respectfully requests the Court, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, dismiss all Claimant's claims in all collective actions set forth above in this cause.

5. Pursuant to agreement with the "Gulf Coast Claims Facility" Claimant does hereby voluntarily dismiss with prejudice and withdraw from all heretofore stated claims, interventions, joinders in and/or adoptions of described Master Complaint against any and all defendants in these proceedings.

Respectfully Submitted, this 15th day of August, 2011.

The Godfrey Firm PLC
2500 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163
Phone: 504-585-7538
Fax: 504-585-7535

By: _____
Anna A. Rainer
LA Bar Roll No. 31531