UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig<br>    "Deepwater Horizon" in the Gulf<br>    of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

### [Working Group[1] Conference on Friday, August 12, 2011]

This order reflects the action taken by the Working Group Conference on Friday, August 12, 2011.

**1.   Preservation of BOP.**

Mark Cohen reported that the preservation work should be completed by August 19, 2011.

The Court will review the responses received to the June 17, 2011 order (Rec. doc. 2847) and subsequent communications to determine the parties that will be required to share the costs for the preservation of the BOP's various parts.

An order was issued regarding the appointment of a master for supervision of the custody of the BOP (Rec. doc. 3702) once the Court takes custody on October 1, 2011.  If the parties are aware of any candidates for the position, they should notify the Court.

BP reported on a proposal for a laser scan of the capping stack.

---

[1] The discovery "Working Group" shall be comprised of: one or two representatives of the PSC; one representative from each of the defendants; and coordinating counsel for the United States and coordinating counsel for the States.  (Rec. Doc. 1099).

2. **Completion of Phase One Written Discovery.**[2]

The U.S. reported on discovery exchanged with Anadarko and BP. As to Anadarko, the request for production issues were resolved. There may be a need for the Court to resolve issues regarding the response of the U.S. to Anadarko's requests for admission. For Anadarko's responses to the discovery served by the U.S., the U.S. was given until September 15, 2011 to file a motion to compel. The U.S. continues to meet and confer with BP on discovery issues. The U.S. and BP were given until September 15, 2011 for motions to compel.

The U.S. requested an extension to complete privilege logs to September 15, 2011 for documents dated before April 20, 2010 and to October 15, 2010 for documents dated after April 20, 2010. The Court urged the U.S. to prepare privilege logs on a rolling basis because September 15 and October 15, 2011 are very late in the schedule.

The August 15, 2011 deadline for all parties to file motions to compel was extended to August 22, 2011. The parties have been encouraged to resolve discovery disputes by agreement. If a party defaults on such an agreement, the other party may file a motion to compel compliance with the agreement after August 22, 2011 provided it is filed promptly after the default.

The August 22, 2011 deadline does not apply to motions regarding the resolution of objections to the admissibility of documents during Phase One of the trial.

3. **PSC's Request for BP's GOM Drilling Contracts.**

BP reported that some of the bridging documents for the GOM drilling contracts were produced. BP is determining whether there are others. If there are others, it will advise the PSC on

---

[2] Written discovery refers to interrogatories, requests for production (RFPs) and requests for admissions (RFAs).

its position on the remaining bridging documents.

**4.     Interpleader Actions.**

Transocean reported that the parties continue to negotiate an agreement on the procedure for the interpleader action. It is hoped that the parties will reach agreement by Friday, August 19, 2011.

**5.     Phase One Fact Depositions**.

Chevron 30(b)(6)                August 17 and 18

Anadarko requested that BP produce the documents it received from Chevron so they could be reviewed in sufficient time to prepare for the deposition. BP reported that it was in the process of producing the documents.

Walsh, Bob                      August 24 (tentative)

Walsh is part of Transocean's investigation group. BP and Transocean are working to confirm the date.

Tiano, Robert                   August 25 (tentative)

Tiano is part of Transocean's investigation group. BP and Transocean are working to confirm the date.

Roller, Perrin                  August 25 (tentative)

Roller is part of Transocean's investigation group. BP and Transocean are working to confirm the date.

Beirute, Rob                    August 29 and 30

The deposition is confirmed. This will be a 10-hour deposition regarding facts. The notice of deposition will be revised to include Phase Two.

SMIT Salvage 30(b)(6) Houston     September 14

The deposition was requested by Transocean. SMIT was involved between April 20 and 22 in the efforts to keep the Deepwater Horizon from sinking. SMIT's documents have been produced by Transocean. It will identify these documents by Bates ranges. Doug Martin has been designated by SMIT to testify as its representative.

Birrell, Gordon                September 14 and 15

BP confirmed the deposition.

Thorseth, Jay (London)         September 20

The Court reported that Thorseth would be a one day deposition in London. The PSC urged that his deposition be two days because of his involvement with flow rate issues. The PSC is concerned that one day is not sufficient to cover Phase One, relief wells and flow rate. The U.S. supports the request for a two day deposition. It also requested two hours of examination time with Thorseth. A ruling will be issued.

Domanguet, Bryan               September 21

The U.S. will produce Domanguet as a Department of Interior ("DOI") Rule 30(b)(6) designee. It will notify the parties of the topics to be covered in his deposition.

Young, David                   September 22 (tentative)

Transocean will confirm.

Lacy, Stewart (London)(one day)   September 23 (tentative)

BP is working to confirm the deposition.

Frazelle, Andrew               September 26 and 27

BP confirmed the deposition. He will be a BP Rule 30(b)(6) designee on regulatory issues.

Trocquet, David                         September 27

The U.S. will produce Trocquet as a DOI Rule 30(b)(6) designee. It will notify the parties of the topics to be covered in his deposition.

Emerson, Tony                           September 28 (tentative)

In response to a prior order, Cameron selected Emerson as a BOP Phase One witness. BP proposed the tentative date and Cameron is working to confirm the deposition. The PSC contends this should be a two day deposition because of Emerson's involvement in Phase Two. It was requested to communicate its reasons for a two day deposition. In the meantime BP was asked to secure a second day for his deposition pending a ruling on the PSC's request for a two day deposition.

Trahan, Buddy Houston                   September 28 (tentative)

There are health issues with Trahan and he requests that the deposition be taken in Houston. BP will confirm the deposition for September 28 in Houston. If a second day is necessary, the parties may raise the issue with the Court. Transocean will produce the custodial file for Trahan within the deadline after the deposition is confirmed.

Newman, Steve                           September 30

BP requests a two day deposition for Newman. Transocean insists it be limited to one day. A ruling will be issued.

Sutton, Steve                           October 5

The U.S. will produce Sutton as a United States Coast Guard ("USCG") Rule 30(b)(6) designee. It will notify the parties of the topics to be covered in his deposition. The U.S. does not believe that Sutton, Hock and Odom are Phase Three witnesses. The U.S. will make a broad

custodial search to pick up any Phase Three documents for Sutton, Hock and Odom.

  Lt. Hock, Nathan      October 7

The U.S. will produce Hock as a USCG Rule 30(b)(6) designee. It will notify the parties of the topics to be covered in his deposition.

  Lt. Cmdr. Odom, Michael    October 11

The U.S. will produce Odom as a USCG Rule 30(b)(6) designee. It will notify the parties of the topics to be covered in his deposition.

  Morrison, Richard      October 18 and 19

BP confirmed the deposition. The responder defendants request an hour of examination time with Morrison.

  Powell, Heather      October 20 (tentative)

This will be kept on the agenda pending confirmation of the deposition. Ms. Powell is expecting a child and cannot travel. Her baby is due prior to October 20.

  Emanuel, Victor      October 26 (tentative)

Emanuel is employed by Schlumberger. M-I's counsel reported the tentative date. He is trying to secure an earlier date.

  McKay, Lamar      November 3 and 4

BP contends that Steve Newman's deposition should be two days in part because McKay is set for two days. Transocean resists making the link between Newman and McKay. Halliburton reports that if it can share 3.5 hours of examination time with the PSC for McKay, it does not object to a one day deposition for him. A ruling will be issued.

Ewen, Florence (Kuala Lumpur)

Ewen is part of Transocean's investigation group. It is working to secure dates.

Hart, Derek (Aberdeen)

Hart is part of Transocean's investigation group. It is working to secure dates.

Leach, Gary

Cameron and Transocean reported an agreement on the issue of objections to Cameron's request for depositions. Transocean agreed to produce Gary Leach for a deposition. A date has not been set. Cameron and Transocean reserve their rights on the issue pending the completion of Leach's deposition.

Captain McDonald, John

Captain McDonald is part of Transocean's investigation group. It is working on dates.

Miller, Rich

Mr. Miller will be deposed for one day. BP is working on dates.

Oldfather, Daniel

There was no change in Oldfather' status. His health does not permit a deposition.

O'Toole, Ryan

O'Toole is employed by Schlumberger. Halliburton agreed that it will not request O'Toole until after it deposes Victor Emanuel.

Turlak, Rob

On August 14, 2011, Transocean reported that it will produce Bob Turlak for two days and it is working on dates for the deposition.

Vidrine, Don

Transocean will prepare written questions for Vidrine and circulate them to the working group for review so that written questions can be submitted to Vidrine's counsel.

**6.      Requests by BP for Further Phase One Depositions**

This will be carried over to August 19, 2011.

**7.      Anadarko's Request for Neil Shaw.**

There is no opposition to the request except from BP.  A ruling will be issued.

**8.      Preliminary Witness List for Phase One.**

The PSC will distribute the list on Monday, August 15, 2011.  The parties were asked to check the list carefully for similar names and determine whether any of these are spelling errors.

**9.      In-House Phase One Experts**.

Transocean reported that it would submit information on in-house Phase One experts on Monday, August 15, 2011.

**10.     Phase Two Depositions.**

There was discussion concerning Phase Two fact depositions.  The responder defendants are concerned that: (a) Phase Two fact witnesses will have information on Phase Three; and (b) Phase Three documents will not be available before the Phase Two depositions are taken.  The U.S. reported that it had not begun any work on Phase Three documents because most of them are tied up in the USCG's repository of electronic and paper documents.  The USCG's system for searching the repository will not be running until August 22, 2011.

**11.     Search Terms for BP Documents**.

The parties have until Monday, August 22, 2011, to finalize the search terms for any further

Phase Two document searches.  BP will re-circulate the current list of search terms.

12. **Conference Schedule.**

| | |
|---|---|
| Friday, August 19, 2011, at 9:30 a.m. | WGC followed by meeting of LCC. |
| Friday, August 26, 2011, at 9:30 a.m. | WGC followed by meeting of LCC. |
| Friday, September 9, 2011 at 9:30 a.m. | WGC followed by meeting of LCC. |
| Friday, September 16, 2011 | Judge Barbier's status conference ONLY. |
| Friday, September 23, 2011 | No conference set. |
| Friday, September 30, 2011 at 9:30 a.m. | WGC followed by meeting of LCC. |
| Friday, October 7, 2011 at 9:30 a.m. | WGC followed by meeting of LCC. |
| Friday, October 14, 2011 at 9:30 a.m. | WGC followed by meeting of LCC. |
| Friday, October 21, 2011 | After Judge Barbier's status conference - WGC followed by meeting of LCC. |
| Friday, October 28, 2011 at 9:30 a.m. | WGC followed by meeting of LCC. |
| Friday, November 4, 2011 at 9:30 a.m. | WGC followed by meeting of LCC. |
| Friday, November 11, 2011 | No conference set. |
| Friday, November 18, 2011 | After Judge Barbier's status conference - WGC followed by meeting of LCC. |
| Friday, November 25, 2011 | No conference set. |
| Friday, December 2, 2011 at 9:30 a.m. | WGC followed by meeting of LCC. |
| Friday, December 9, 2011 at 9:30 a.m. | WGC followed by meeting of LCC. |
| Friday, December 16, 2011 | After Judge Barbier's status conference - WGC followed by meeting of LCC. |
| Friday, December 23, 2011 | No conference set. |
| Friday, December 30, 2011 | No conference set. |

| | |
|---|---|
| Friday, January 6, 2012 at 9:30 a.m. | WGC followed by meeting of LCC. |
| Friday, January 13, 2012 at 9:30 a.m. | WGC followed by meeting of LCC. |
| Friday, January 20, 2012 | After Judge Barbier's status conference - WGC followed by meeting of LCC. |
| Friday, January 27, 2012 at 9:30 a.m. | WGC followed by meeting of LCC. |

New Orleans, Louisiana, this 15th day of August, 2011.

                                                       **SALLY SHUSHAN**
                                                      **United States Magistrate Judge**