Case 2:10-md-02179-CJB-DPC   Document 3731   Filed 08/15/11   Page 1 of 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by "Deepwater Horizon" Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982 (Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771) | CIVIL ACTION NO. 2179 |
| | SECTION J |
| DIRECT FILING SHORT FORM FILED BY SALT, LLC | JUDGE CARL BARBIER |

************************************************************

## MOTION TO DISMISS WITHOUT PREJUDICE

ON MOTION of Salt, LLC and upon suggesting to this Honorable Court that on or about November 17, 2010, plaintiff filed a claim with the Gulf Coast Claims Facility (GCCF) and was assigned Claimant No. 1179197, and upon further suggesting that Salt, LLC received and accepted interim and final payments and signed all necessary releases with GCCF, and

Upon further suggesting that appearer herein thus desires to dismiss the subject Short Form Joinder without prejudice and with each party to pay its respective costs. The request to dismiss without prejudice is based on the fact that Salt, LLC has settled and compromised in a proceeding other than one administered by a court of law and with many potential unknown issues not yet resolved by this Honorable Court. Furthermore, the short-form joinder was filed because of a monition date regarding the Limitation proceedings.

Fee _____
Process _____
x Dktd _____
CtRmDep _____
Doc. No. _____

RESPECTFULLY SUBMITTED:

DUVAL, FUNDERBURK, SUNDBERY, LOVELL & WATKINS

BY: _____
JAMES M. FUNDERBURK (#5785)
101 Wilson Avenue (70364)
P. O. Box 3017
Houma, LA 70361
Phone: (985) 876-6410
Fax: (985) 851-1490
Email: cathy@duvallawfirm.com
Attorneys for Salt, LLC