UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by "Deepwater Horizon" | * | CIVIL ACTION NO. 2179 |
| Authorized by Order of the Court, Civil | * | |
| Action No. 10 md 2179 Rec. Doc. 982 | * | |
| (Copies of said Order having also been | * | |
| filed in Civil Actions No. 10-8888 and | * | |
| 10-2771) | * | SECTION J |
| | * | |
| DIRECT FILING SHORT FORM FILED BY | * | JUDGE CARL BARBIER |
| SALT, LLC | * | |
| | * | |

**********************************************************

O R D E R

CONSIDERING the foregoing Motion:

LET the Short Form Joinder filed by Salt, LLC on or about March 30, 2011, be

dismissed without prejudice, all parties to bear their respective costs.

New Orleans, Louisiana, this _____ day of _____, 2011.


_____
UNITED STATES DISTRICT COURT JUDGE

Page 3

Fee _____
Process _____
X Dktd _____
CtRmDep _____
Doc. No. _____