UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE CARL J. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

### MOTION OF KENNETH R. FEINBERG AS CLAIMS ADMINISTRATOR OF THE GULF COAST CLAIMS FACILITY FOR LEAVE TO FILE BRIEF *AMICUS CURIAE* IN RESPONSE TO PLAINTIFFS' SUPPLEMENTAL BRIEF IN SUPPORT OF SUPERVISION OVER THE BP INTERIM CLAIMS PROCESS

Kenneth R. Feinberg, in his capacity as Claims Administrator of the Gulf Coast Claims Facility (the "GCCF"), respectfully requests leave to file the accompanying *amicus curiae* brief (the "Proposed Brief") in response to the Plaintiffs' Supplemental Brief In Support Of Supervision Over The BP Interim Claims Process.

Although neither Mr. Feinberg nor the GCCF is a party herein, as the Court is aware, BP delegated to Mr. Feinberg, acting through the GCCF, its responsibility under the Oil Pollution Act to establish a procedure for the consideration and payment of certain claims arising from the Deepwater Horizon oil spill. As the GCCF Claims Administrator, Mr. Feinberg created the procedures for the submission and receipt of those claims, as well as the methodologies for evaluating them and the pertinent release form. He is therefore is particularly well-equipped to address the issues raised in Plaintiffs' Supplemental Brief, and seeks leave to file the Proposed Brief in the hope that it will aid the Court in its administration of this multi-district litigation.

Mr. Feinberg as Claims Administrator of the GCCF sought and received from the Court leave to file a brief *amicus curiae* in response to the to Court's Order of February 2, 2011, which directed the parties to brief the question whether BP as the responsible party was complying with the mandates of the Oil Pollution Act of 1990 "in the processing of claims for 'interim, short-term damages,' or 'final damages,' methodologies for evaluation of claims, and the release forms required of claimants." Order and Reasons at 14-15 (Feb. 2, 2011). The reasons behind the Court's granting leave to Mr. Feinberg to file that brief *amicus curiae* apply equally to the Proposed Brief.

Respectfully submitted,

 /s/ David B. Pitofsky
David B. Pitofsky
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
(212) 813-8800

William F. Sheehan
GOODWIN PROCTER LLP
901 New York Avenue, NW
Washington, DC 20001-4432
(202) 346-4000

*Counsel for Amicus Curiae Kenneth R. Feinberg as Claims Administrator of the Gulf Coast Claims Facility*

August 15, 2011

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing document was electronically filed this $15^h$ day of April with the Clerk of the Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2179.

                                                      /s/ David B. Pitofsky_____