# APPENDIX D


# Gulf Coast Claims Facility
www.GulfCoastClaimsFacility.com

## Overall Program Statistics
*(Status Report as of August 12, 2011)*

| All Claimants | No. of Claimants |
|---|---|
| **Total All Claimants** *(This is a unique count that includes all Emergency Advance Payment Claimants)* | **527,551** |
| 1. Individual | 418,071 |
| 2. Business | 109,480 |
| *Claimants Represented by Counsel: 51,728* | |

| Claimant Review Status | No. of Claimants |
|---|---|
| **Interim and Final Claimants - Phase II** *(A Claimant can be in only one category below.)* | **322,160** |
| **Reviewed - Phase II Only** | **311,123** |
| 1. Final Payment Issued | 164,073 |
| a. Quick Payment | 121,222 |
| b. Full Review | 42,851 |
| 2. Final Release Accepted Pending Payment | 454 |
| 3. Final Offer Made | 18,454 |
| With Interim Payment (7,682 out of these 18,454 Final Offers) | |
| Final Offer Accepted (4,265 out of these 18,454 Final Offers) | |
| 4. Other Claim Determinations: | 128,142 |
| a. Determination Letters (No Loss) | 10,821 |
| b. Withdrawal Requested | 515 |
| c. Claimants Notified Additional Information Required | 19,104 |
| d. Claimant Denied | 97,702 |
| **Under Review** | **11,294** |
| 1. Phase II - Interim & Final | 11,037 |
| 2. Phase I - EAP Unresolved / Under Review (Claims Subject to Liens, Audit Holds, etc.) | 257 |
| **EAP Claimants Resolved** *(Many EAP Claimants have refiled a claim in Phase II - Interim and Final Stage)* | **447,543** |

| Paid Claimants | Paid Claimants | Total Amount Paid |
|---|---|---|
| **Total Unique Claimants** | **203,016** | **$ 4,939,838,790.01** |
| 1. Quick Pay / Full Review / Interim Payment | 187,114 | $ 2,356,465,901.94 |
| a. Individual | 136,864 | $ 936,004,250.53 |
| b. Business | 50,250 | $ 1,420,461,651.41 |
| 2. Emergency Advanced Payment (EAP) | 169,180 | $ 2,583,372,888.07 |
| a. Individual | 121,822 | $ 1,025,363,145.80 |
| b. Business | 47,358 | $ 1,558,009,742.27 |
| Separate Fund for Real Estate Brokers and Agents | | $ 54,434,574.75 |
| | **Total Paid:** | **$ 4,994,273,364.76** |

| Quick Final Payments | Claimants with Filed Claims | Reviewed Claimants | Paid Claimants | Amount Paid |
|---|---|---|---|---|
| **Total Quick Final Payments** | **123,914** | **122,283** | **121,222** | **$ 1,206,420,000.00** |
| 1. Individual | 93,123 | 91,953 | 91,162 | $ 455,830,000.00 |
| 2. Business | 30,791 | 30,330 | 30,060 | $ 750,590,000.00 |

| Interim Payments | Claimants with Filed Claims | Reviewed Claimants | Paid Claimants | Amount Paid |
|---|---|---|---|---|
| **Total Interim Payments** | **92,788** | **87,540** | **23,027** | **$ 283,159,892.51** |
| 1. Individual | 62,580 | 59,972 | 14,428 | $ 97,568,296.54 |
| 2. Business | 30,208 | 27,568 | 8,599 | $ 185,591,595.97 |

| Full Review Final Payments | Claimants with Filed Claims | Reviewed Claimants | Paid Claimants | Amount Paid |
|---|---|---|---|---|
| **Total Full Review Final Payments** | **126,778** | **122,241** | **42,865** | **$ 866,886,009.43** |
| 1. Individual | 98,743 | 95,695 | 31,274 | $ 382,605,953.99 |
| 2. Business | 28,035 | 26,546 | 11,591 | $ 484,280,055.44 |

| Full Review Final Payment Offers *(Inclusive of Offers with Release Accepted and Final Payment Issued)* | Offers Made | Amount Offered | Offers Accepted | Amount Accepted |
|---|---|---|---|---|
| **Total Final Offers** | **69,194** | **$ 1,451,604,929.76** | **45,966** | **$ 905,149,792.79** |
| 1. Final Offers: Individual | 46,844 | $ 517,654,132.23 | 34,329 | $ 396,384,163.26 |
| 2. Final Offers: Business | 22,350 | $ 933,950,797.53 | 11,637 | $ 508,765,629.53 |