UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | |
| | * | MDL No. 2179 |
| Applies to: *All Cases* | * | |
| | * | SECTION J |
| | * | |
| | * | JUDGE BARBIER |
| | * | |
| | * | MAGISTRATE SHUSHAN |

## ORDER

**CONSIDERING** the Motion of Kenneth R. Feinberg as Claims Administrator of the Gulf Coast Claims Facility for Leave to File Brief *Amicus Curiae* in Response to Plaintiffs' Supplemental Brief In Support Of Supervision Over The BP Interim Claims Process, and good cause having been shown,

**IT IS HEREBY ORDERED** that the Motion of Kenneth R. Feinberg as Claims Administrator of the Gulf Coast Claims Facility is **GRANTED**.

SIGNED in New Orleans, Louisiana, this __ day of _____, 2011.

　　　　　　　　　　　　　　　　　　　　　HON. CARL J. BARBIER,
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE