OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date:   August 15, 2011

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | MDL NO. 2179<br><br>SECTION:   J<br><br>**JUDGE BARBIER**<br><br>**MAGISTRATE JUDGE SHUSHAN** |
| **THIS DOCUMENT RELATES TO:**<br>**2:10-cv-03168** | |

Dear Sir or Ma'am:

Please issue summons on Plaintiffs' Sixth Amended Complaint to the following:

1.   BP p.l.c.
     Through its agent
     Corporation Service Company
     2711 Centerville Road
     Wilmington, DE  19808

                                    Respectfully submitted,

                                    **GORDON, ELIAS & SEELY, L.L.P.**


                                    /s/ *R. Todd Elias*
                                    R. Todd Elias
                                    Federal:              21551
                                    Texas Bar No.:        00787427
                                    Jeff Seely
                                    Texas Bar No.:        24033172
                                    1811 Bering Drive, Suite 300
                                    Houston, Texas  77057
                                    Telephone:            713-668-9999
                                    Facsimile:            713-668-1980

**CERTIFICATE OF SERVICE**

      I certify that the above and foregoing Amended Complaint will be served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in Accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 217, on this 15th day of August, 2011.

      /s/*R. Todd Elias*
      R. Todd Elias