```
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130
```

                          Date: _____08/15/11_____

                          _____Porto Aegean, Inc. & Porto Castelo, Inc._____


                                  vs.

                          _____BP, PLC et al_____

                          Case No. _11-937____  Section _J____

```
Dear Sir:

     Please (issue) (re-issue) summons on the (complaint) (amended

complaint) ( ___  amended complaint) (third party complaint)

(other : _____ ) to the following:
```

        1. (name) __SEE ATTACHED SCHEDULE_____
           (address) _____
        2. (name) _____
           (address) _____
        3. (name) _____
           (address) _____
        4. (name) _____
           (address) _____

                          Very truly yours,

                          _/s/ KEITH E. ANDREWS_____
                                "Signature"
                                    Porto Aegean, Inc. &
                          Attorney for  Porto Castelo, Inc.____

                          Address  Law Offices of Keith E. Andrews, LLC
                                   825 Baronne Street, New Orleans, LA 70113

**Schedule of Summons Requested**

1 BP, P.L.C.
North American Headquarters
28100 Torch Parkway
Warrenville, IL 60555-3938

2 BP America Production Company
through its registered agent
CT Corporation
5615 Corporate Blvd, Suite 400B
Baton Rouge, LA 70808

3 BP Exploration & Production, Inc.
through its registered agent
CT Corporation
5615 Corporate Blvd, Suite 400B
Baton Rouge, LA 70808

4 Transocean LTD
4 Greenway Plaza
Houston, TX 77046

5 Transocean Holdings, LLC
4 Greenway Plaza
Houston, TX 77046

6 Transocean Offshore Deepwater Drilling, Inc.
4 Greenway Plaza
Houston, TX 77046

7 Transocean Deepwater, Inc.
4 Greenway Plaza
Houston, TX 77046

8 Anadarko E&P Company LP
through its registered agent
CT Corporation
5615 Corporate Blvd, Suite 400B
Baton Rouge, LA 70808

9  Anadarko Petroleum Corporation
   through its registered agent
   CT Corporation
   5615 Corporate Blvd, Suite 400B
   Baton Rouge, LA 70808

10  MOEX Offshore 2007 LLC
    1209 Orange Street
    Wilmington, DE 19801

11  Cameron International Corporation f/k/a Cooper-Cameron Corporation
    through its registered agent
    CT Corporation
    5615 Corporate Blvd, Suite 400B
    Baton Rouge, LA 70808

12  Halliburton Energy Services, Inc.
    through its registered agent
    CT Corporation
    5615 Corporate Blvd, Suite 400B
    Baton Rouge, LA 70808