OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: _____08/15/11_____

____Mohawk Traveler Transportation, LLC_____

vs.

_____BP, PLC et al_____

Case No. __11-950____  Section __J____

Dear Sir:

  Please (<u>issue</u>) (re-issue) summons on the (<u>complaint</u>) (amended complaint) ( ___  amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name)  __SEE ATTACHED SCHEDULE_____
   (address) _____
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

  _/s/ KEITH E. ANDREWS_____
              "Signature"
                  Porto Aegean, Inc. &
Attorney for  Porto Castelo, Inc._____

Address   Law Offices of Keith E. Andrews, LLC
          825 Baronne Street, New Orleans, LA 70113

**Schedule of Summons Requested**

1. BP, P.L.C.
   North American Headquarters
   28100 Torch Parkway
   Warrenville, IL 60555-3938

2. BP America Production Company
   through its registered agent
   CT Corporation
   5615 Corporate Blvd, Suite 400B
   Baton Rouge, LA 70808

3. BP Exploration & Production, Inc.
   through its registered agent
   CT Corporation
   5615 Corporate Blvd, Suite 400B
   Baton Rouge, LA 70808

4. Transocean LTD
   4 Greenway Plaza
   Houston, TX 77046

5. Transocean Holdings, LLC
   4 Greenway Plaza
   Houston, TX 77046

6. Transocean Offshore Deepwater Drilling, Inc.
   4 Greenway Plaza
   Houston, TX 77046

7. Transocean Deepwater, Inc.
   4 Greenway Plaza
   Houston, TX 77046

8. Anadarko E&P Company LP
   through its registered agent
   CT Corporation
   5615 Corporate Blvd, Suite 400B
   Baton Rouge, LA 70808

9   Anadarko Petroleum Corporation
    through its registered agent
    CT Corporation
    5615 Corporate Blvd, Suite 400B
    Baton Rouge, LA 70808

10  MOEX Offshore 2007 LLC
    1209 Orange Street
    Wilmington, DE 19801

11  Cameron International Corporation f/k/a Cooper-Cameron Corporation
    through its registered agent
    CT Corporation
    5615 Corporate Blvd, Suite 400B
    Baton Rouge, LA 70808

12  Halliburton Energy Services, Inc.
    through its registered agent
    CT Corporation
    5615 Corporate Blvd, Suite 400B
    Baton Rouge, LA 70808