UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL No. 2179<br><br>SECTION: J |
| Case Relates to:<br>2:10-CV-08888 | * * * * | JUDGE BARBIER<br>MAGISTRATE SHUSHAN |

## ORDER

Considering the Motion of the Claimant / Plaintiff to Dismiss without Prejudice Pursuant to Rule 41 (a)(2):

**IT IS HEREBY ORDERED** that all claims of the following Claimant / Plaintiff are dismissed without Prejudice.

| | Document No. | Cause No. | Plaintiff/Claimant |
|---|---|---|---|
| 1. | 55171 | CA-10-8888 | Cape Concrete, LLC |

New Orleans, Louisiana this 15th day of August, 2011.

_____
UNITED STATES DISTRICT COURT JUDGE