AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | | |
|---|---|---|
| In re: OIL SPILL by the OIL RIG "DEEPWWATER HORIZON" in the GULF OF MEXICO on 4/20/2010 | ) ) | |
| *Plaintiff* | ) | |
| 11-893 | ) | |
| v. | ) | Civil Action No.  MDL 2179 |
| THIS DOCUMENT RELATES TO: ~~2:1 CV 00903~~ | ) ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Moex USA Corp.
through its agent
Naoki Ishii
9 Greenway Plaza, Suite 1220
Houston, TX  77046


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   David L. Colvin
230 Huey P. Long Avenue
Gretna, LA  70053



If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____Jul 12 2011_____

Loretta G. White
Deputy

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. MDL 2179

## PROOF OF SERVICE

### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for (name of individual and title, if any)   Moex USA Corp.

was received by me on (date)   7-15-11   .

☑ I personally served the summons on the individual at (place) 9 Greenway Plaza #1220 Houston, Tx. 77046
 ✱ See other   on (date) 7/25/2011   ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____
_____ , a person of suitable age and discretion who resides there,
on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____ , who is
designated by law to accept service of process on behalf of (name of organization) _____
_____ on (date) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other (specify):
Jeanmine Marchelte

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____ Sch 5257
Server's signature

Javier Nava
Printed name and title

405 Main St. 550   Houston, Texas 77002
Server's address

Additional information regarding attempted service, etc:

GREG J COX
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
JUNE 6, 2014

Subscribed and Sworn to before me on
this 25 day of July 20 11

Notary Public, State of Texas

Subscribed and Sworn to before me on
this _____ day of _____ 20 ____.

_____
Notary Public, State of Texas

GREG J COX
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
JUNE 6, 2014