AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Louisiana

| | |
|---|---|
| In re: OIL SPILL by the OIL RIG "DEEPWWATER HORIZON" in the GULF OF MEXICO on 4/20/2010 )<br>*Plaintiff* )<br> )<br>v. )<br> )<br> )<br>*Defendant* ) | Civil Action No. MDL 2179<br>J(1)<br>Ref: 11-893 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Transocean Ltd.
4 Greenway Plaza, Suite 700
Houston, TX 77046

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  David L. Colvin
230 Huey P. Long Avenue
Gretna, LA 70053

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

*Stephanie Hall*
Deputy clerk's signature

Date: __Aug 02 2011__

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. MDL 2179

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Transocean Ltd.
was received by me on *(date)* August 2, 2011.

☑ I personally served the summons on the individual at *(place)* Trans Ocean Limited 4 Greenway Plaza Houston Tx. 77046 on *(date)* 8-03-11 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: _____

*Server's signature*

Javier Nava    sch 5257
*Printed name and title*

405 Main Houston, Texas 77002
*Server's address*

Additional information regarding attempted service, etc:

GREG J COX
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
JUNE 6, 2014

Subscribed and Sworn to before me on this 3 day of Aug 20 11.

Notary Public, State of Texas

[Page is largely illegible — faded/reversed text. Notary stamp visible: GREG J COX, NOTARY PUBLIC, STATE OF TEXAS, MY COMMISSION EXPIRES JUNE 6, 2014. "Subscribed and Sworn to before me on this ___ day of ___, 20___. Notary Public, State of Texas"]