UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

[Regarding Deposition Issues Raised at August 12, 2011 Working Group Conference]

A.   Richard Morrison.

The request by the Responder Defendants for an hour of examination time will be deferred. The deposition is not set until October 18 and 19. **All parties requesting additional time shall make the request by September 12.**

B.   Jay Thorseth.

By **Wednesday, August 17, 2011**, the PSC shall submit its support for its request for a two day deposition. By **Thursday, August 18, 2011**, the U.S. may supplement the PSC's support. By **Tuesday, August 23, 2011**, BP may reply. A ruling will be made before the August 26, 2011 conference.

C.   Neil Shaw.

Anadarko's request for a one day deposition of Neil Shaw is granted. BP shall secure dates for his deposition.

D.   Tony Emerson.

This is tentatively set as a one day deposition on September 28, 2011. By **Wednesday, August 17, 2011**, the PSC shall submit its support for its request for a two day deposition. Any party supporting the PSC's request shall do so by **Thursday, August 18, 2011.** By **Tuesday,**

**August 23, 2011**, BP may reply.  A ruling will be made before the August 26, 2011 conference.

E.  Steve Newman.

The deposition will remain a one day deposition on September 30.  The examination time will be allocated as for a member of the Transocean investigation group with BP having 200 minutes (Rec. doc. 3699).

F.  Lamar McKay.

The deposition was set for two days on November 3 and 4.  It will be limited to one day.  The examination time will be allocated as for Rich Miller (Rec. doc. 3699) with Halliburton receiving 200 minutes for its examination.

New Orleans, Louisiana, this 16th day of August, 2011.

**Sally Shushan**
**United States Magistrate Judge**