AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | |
|---|---|
| Leon Blouin et al | ) |
| ————————————— | ) |
| *Plaintiff* | ) |
| v. | ) |
| BP PLC., et al | ) |
| ————————————— | ) |
| *Defendant* | ) |

Civil Action No.  11-1219 "J"(1)

(consolidated with 10md2179)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Haliburton Energy Services
Through Agent of Service
CT Corportation System
5616 Corporate Blvd., Suite 400B
Baton Rouge, LA 70808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Salvadore Christina, Jr.
Becnel Law Firm
P.O. Drawer H
Reserve, LA 70084

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

*B. Gregory*
Deputy clerk's signature

Date:  __Aug 09 2011__

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  11-1140 "J"(1)

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Haliburton Energy Services
was received by me on *(date)*  8-9-11     .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  Lynette Bass / CT Corp          , who is
designated by law to accept service of process on behalf of *(name of organization)* Haliburton
Energy Services                         on *(date)*  8-10-11    ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:  8-10-11

_____
Server's signature

Salvadore Christina Jr.   Attorney
Printed name and title

P.O. Drawer H Reserve La 70084
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | |
|---|---|
| Leon Blouin et al | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | )   Civil Action No.  11-1219 "J"(1) |
| BP PLC., et al | ) |
| | )   (consolidated with 10md2179) |
| _____ | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Cameron Interenational Corporation
Through Agent of Service
CT Corportation System
5616 Corporate Blvd., Suite 400B
Baton Rouge, LA 70808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Salvadore Christina, Jr.
Becnel Law Firm
P.O. Drawer H
Reserve, LA 70084

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
*Name of clerk of court*

B. Gregory
*Deputy clerk's signature*

Date:   Aug 09 2011

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  11-1140 "J"(1)

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Cameron International Corp

was received by me on *(date)*  8-9-11  .

☐  I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑  I served the summons on *(name of individual)*  Lynette Bass /CT corp  , who is

designated by law to accept service of process on behalf of *(name of organization)*  Cameron

International Corp _____ on *(date)*  8-10-11  ; or

☐  I returned the summons unexecuted because _____ ; or

☐  Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.

Date:  8-10-11 _____

_____
Server's signature

Salvadore Christina Jr
Printed name and title


P.O. Drawer H  Reserve La  70084
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | | |
|---|---|---|
| Leon Blouin et al | ) | |
| _____ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  11-1219 "J"(1) |
| BP PLC., et al | ) | (consolidated with 10md2179) |
| _____ | ) | |
| *Defendant* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BP Products North America, Inc
Through Agent of Service
Prentice Hall Corportation System
320 Somerulos
Baton Rouge, LA 70802

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Salvadore Christina, Jr.
Becnel Law Firm
P.O. Drawer H
Reserve, LA 70084

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

B. Gregory
Deputy clerk's signature

Date:  Aug 09 2011

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 11-1140 "J"(1)

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* BP Products North America Inc

was received by me on *(date)* 8-9-11 .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Paula Glaser / Prentice Hall , who is

designated by law to accept service of process on behalf of *(name of organization)* BP Products

North America, Inc on *(date)* 8-10-11 ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 8-10-11

_____
Server's signature

Salvadore Christina Jr
Printed name and title

P.O. Drawer H Reserve La 70084
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | | |
|---|---|---|
| Leon Blouin et al | ) | |
| _____ | ) | |
| *Plaintiff* | ) | Civil Action No.  11-1219 "J"(1) |
| v. | ) | (consolidated with 10md2179) |
| BP PLC., et al | ) | |
| _____ | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   BP America, Inc
Through Agent of Service
CT Corportation System
5616 Corporate Blvd., Suite 400B
Baton Rouge, LA 70808


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Salvadore Christina, Jr.
Becnel Law Firm
P.O. Drawer H
Reserve, LA 70084


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

*B. Gregory*
Deputy clerk's signature

Date:  **Aug 09 2011**

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  11-1140 "J"(1)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  BP America Inc

was received by me on *(date)*  8-9-11  .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  Lynette Bass /CT Corp  , who is

designated by law to accept service of process on behalf of *(name of organization)*  BP America Inc

_____ on *(date)*  8-10-11  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  8-10-11

*Salvadore Christina J.*
Server's signature

Salvadore Christina Jr.    Attorney
Printed name and title

PO Drawer H  Reserve La 70084
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| Leon Blouin et al | ) |
| —————————————————— | ) |
| *Plaintiff* | ) |
| v. | ) |
| BP PLC., et al | ) |
| —————————————————— | ) |
| *Defendant* | ) |

Civil Action No.   11-1219 "J"(1)
(consolidated with 10md2179)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   BP, PLC
Through Corporate Headquarters
28100 Torch Pkwy
Warrenville, IL 60555

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Salvadore Christina, Jr.
Becnel Law Firm
P.O. Drawer H
Reserve, LA 70084

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date:   Aug 09 2011

_B. Gregory_
Deputy clerk's signature

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  11-1220 "J"(1)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* BP PLC

was received by me on *(date)* 8-9-11 .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Served via Certified mail at Corp Headquarters,
28100 Torch Pkwy, Warrenville, IL 60555. Received on
11-12-11

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 8-16-11

_____
Server's signature

Salvadore Christina Jr
Printed name and title

P.O. Drawer H Reserve La 70084
Server's address

Additional information regarding attempted service, etc:

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

BP PLC
28100 Torch Pkwy
Warrenville IL
              60555

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Wayne Price_     ☑ Agent
                    ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

   Wayne Price                    11/2/11

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:          ☐ No

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☑ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)     ☐ Yes

2. Article Number
   (Transfer from service label)     7010 1870 0002 2625 1075

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540