UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) | MDL. NO. 2179 |
| | ) | SECTION: J |
| This Document relates to: | ) ) | JUDGE BARBIER |
| 2:10-CA-10-8888 | ) | MAG. JUDGE SHUSHAN |

## ORDER

Considering the Motion of the Claimants/Plaintiffs to Dismiss with Prejudice Pursuant to *Rule 41(a)(2)*:

**IT IS HEREBY ORDERED** that all claims of the following Claimants/Plaintiffs are dismissed with Prejudice.

| Document No. | Cause No. | Plaintiff/Claimant |
|---|---|---|
| 1. 48213 | CA-10-8888 | Stanley & Marcia Milner |
| 2. 49615 | CA-10-8888 | Shoalwater Condominium Association, Inc. |
| 3. 54606 | CA-10-8888 | Pierre & Una Smith |
| 4. 48724 | CA-10-8888 | William & Margaret Van Alstyne |
| 5. 51346 | CA-10-8888 | Samuel & Cindy Brewer |

New Orleans, Louisiana, this the ___ day of _____, 2011.

_____
UNITED STATES DISTRICT COURT JUDGE

1