UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

**********************************************************

IN RE:  OIL SPILL BY THE
OIL RIG *DEEPWATER HORIZON*
IN THE GULF OF MEXICO ON
APRIL 20, 2010

                              CIVIL ACTION NO. 10-MD-2179 "J"
                              NEW ORLEANS, LOUISIANA
                              FRIDAY, AUGUST 12, 2011, 8:30 A.M.


THIS DOCUMENT RELATES TO
ALL ACTIONS

**********************************************************

        TRANSCRIPT OF MONTHLY STATUS CONFERENCE PROCEEDINGS
          HEARD BEFORE THE HONORABLE CARL J. BARBIER
                 UNITED STATES DISTRICT JUDGE


APPEARANCES:


FOR THE PLAINTIFFS'
LIAISON COUNSEL:            DOMENGEAUX WRIGHT ROY & EDWARDS
                           BY:  JAMES P. ROY, ESQUIRE
                           P. O. BOX 3668
                           556 JEFFERSON STREET
                           LAFAYETTE, LA  70502


                           HERMAN HERMAN KATZ & COTLAR
                           BY:  STEPHEN J. HERMAN, ESQUIRE
                           820 O'KEEFE AVENUE
                           NEW ORLEANS, LA  70113

09:23AM

```
 1   APPEARANCES CONTINUED:

 2

 3   FOR THE PLAINTIFFS:        CUNNINGHAM BOUNDS
                                BY:  ROBERT T. CUNNINGHAM, ESQUIRE
 4                              1601 DAUPHIN STREET
                                MOBILE, AL  36604
 5

 6
                                LEVIN PAPANTONIO THOMAS MITCHELL
 7                              RAFFERTY & PROCTOR
                                BY:  BRIAN H. BARR, ESQUIRE
 8                              316 SOUTH BAYLEN STREET, SUITE 600
                                PENSACOLA, FL  32502
 9

10
                                LEWIS KULLMAN STERBCOW & ABRAMSON
11                              BY:  PAUL M. STERBCOW, ESQUIRE
                                PAN AMERICAN LIFE BUILDING
12                              601 POYDRAS STREET, SUITE 2615
                                NEW ORLEANS, LA  70130
13

14
                                BREIT DRESCHER IMPREVENTO & WALKER
15                              BY:  JEFFREY A. BREIT, ESQUIRE
                                1000 DOMINION TOWER
16                              999 WATERSIDE DRIVE
                                NORFOLK, VA  23510
17

18
                                BARON & BUDD
19                              BY:  SCOTT SUMMY, ESQUIRE
                                3102 OAK LAWN AVENUE, SUITE 1100
20                              DALLAS, TX  75219

21

22                              LIEFF CABRASER HEIMANN & BERNSTEIN
                                BY:  ELIZABETH J. CABRASER, ESQUIRE
23                              275 BATTERY STREET, 29TH FLOOR
                                SAN FRANCISCO, CA  94111
24

25
```

1   APPEARANCES CONTINUED:

2

3                         WILLIAMSON & RUSNAK
                          BY:  JIMMY WILLIAMSON, ESQUIRE
4                         4310 YOAKUM BOULEVARD
                          HOUSTON, TX  77006
5

6
                          WATTS GUERRA CRAFT
7                         BY:  MIKAL C. WATTS, ESQUIRE
                          4 DOMINION DRIVE
8                         BUILDING 3, SUITE 100
                          SAN ANTONIO, TX  78257
9

10
                          WEITZ & LUXENBERG
11                        BY:  ROBIN L. GREENWALD, ESQUIRE
                          700 BROADWAY
12                        NEW YORK CITY, NY  10003

13

14                        MORGAN & MORGAN
                          BY:  ALPHONSO M. ESPY, ESQUIRE
15                             FRANK M. PETOSA, ESQUIRE
                          188 EAST CAPITOL STREET, SUITE 777
16                        JACKSON, MS  39201

17

18                        COSSICH SUMICH PARSIOLA & TAYLOR
                          BY:  PHILIP F. COSSICH, JR., ESQUIRE
19                        8397 HIGHWAY 23, SUITE 100
                          BELLE CHASSE, LA  70037
20

21
                          DEGRAVELLES PALMINTIER HOLTHAUS & FRUGE
22                        BY:  MICHAEL C. PALMINTIER, ESQUIRE
                          618 MAIN STREET
23                        BATON ROUGE, LA  70801

24

25

1   APPEARANCES CONTINUED:

2

3                           GAINSBURGH BENJAMIN DAVID
                            MEUNIER AND WARSHAUER
4                           BY:  GERALD E. MEUNIER, ESQUIRE
                            2800 ENERGY CENTRE
5                           1100 POYDRAS STREET, SUITE 2800
                            NEW ORLEANS, LA  70163

6

7
                            LUNDY LUNDY SOILEAU & SOUTH
8                           BY:  MATTHEW E. LUNDY, ESQUIRE
                            501 BROAD STREET
9                           LAKE CHARLES, LA  70601

10

11                          BEASLEY ALLEN CROW METHVIN
                            PORTIS & MILES
12                          BY:  RHON E. JONES, ESQUIRE
                                 JOHN E. TOMLINSON, ESQUIRE
13                          POST OFFICE BOX 4160
                            MONTGOMERY, AL  36013

14

15
                            THE ANDRY LAW FIRM
16                          BY:  JONATHAN B. ANDRY, ESQUIRE
                            610 BARONNE STREET
17                          NEW ORLEANS, LA 70113

18

19                          REICH & BINSTOCK
                            BY:  DENNIS C. REICH, ESQUIRE
20                          4265 SAN FELIPE, SUITE 1000
                            HOUSTON, TX  77027

21

22
                            FAYARD & HONEYCUTT
23                          BY:  CALVIN C. FAYARD, JR., ESQUIRE
                                 D. BLAYNE HONEYCUTT, ESQUIRE
24                          519 FLORIDA AVENUE SW
                            DENHAM SPRINGS, LA 70726

25

```
 1  APPEARANCES CONTINUED:

 2

 3                             MORRIS BART
                              BY:  MORRIS BART, ESQUIRE
 4                                 MEKEL S. ALVAREZ, ESQUIRE
                              909 POYDRAS STREET, SUITE 2000
 5                            NEW ORLEANS, LA  70112

 6

 7  FOR THE UNITED STATES
    OF AMERICA:               ENVIRONMENTAL ENFORCEMENT SECTION
 8                            U.S. DEPARTMENT OF JUSTICE
                              BY:  STEVEN O'ROURKE, ESQUIRE
 9                            P.O. BOX 7611
                              WASHINGTON, DC  20044
10

11

12  FOR STATE INTERESTS:      ALABAMA ATTORNEY GENERAL'S OFFICE
                              BY:  LUTHER STRANGE, ESQUIRE
13                                 COREY L. MAZE, ESQUIRE
                              500 DEXTER AVENUE
14                            MONTGOMERY, AL  36130

15

16  FOR THE STATE OF
    LOUISIANA:                KANNER & WHITELEY
                              BY:  ALLAN KANNER, ESQUIRE
17                            701 CAMP STREET
                              NEW ORLEANS, LA  70130
18

19

20  FOR THE PARISH OF
    JEFFERSON AND THE
    STATE OF LOUISIANA
21  AND ITS MUNICIPALITIES,
    POLITICAL SUBDIVISIONS
22  AND SERVICE DISTRICTS:    GAUDRY RANSON HIGGINS & GREMILLION
                              BY:  WADE A LANGLOIS, ESQUIRE
23                            OAKWOOD CORPORATE CENTER
                              401 WHITNEY AVENUE, SUITE 500
24                            GRETNA, LA  70056

25
```

```
 1  APPEARANCES CONTINUED:

 2

 3  FOR TRANSOCEAN HOLDINGS
    LLC, TRANSOCEAN
 4  OFFSHORE DEEPWATER
    DRILLING INC., AND
 5  TRANSOCEAN DEEPWATER
    INC.:                    FRILOT
 6                           BY:  KERRY J. MILLER, ESQUIRE
                             ENERGY CENTRE, 36TH FLOOR
 7                           1100 POYDRAS STREET
                             NEW ORLEANS, LA  70163
 8

 9
                             SUTHERLAND ASBILL & BRENNAN
10                           BY:  RACHEL G. CLINGMAN, ESQUIRE
                             1001 FANNIN STREET, SUITE 3700
11                           HOUSTON, TX  77002

12

13                           GOFORTH LEWIS
                             BY:  DANIEL O. GOFORTH, ESQUIRE
14                           4900 WOODWAY, SUITE 750
                             HOUSTON, TX 77056
15

16
    FOR BP AMERICA INC.,
17  BP AMERICA PRODUCTION
    COMPANY, BP COMPANY
18  NORTH AMERICA INC.,
    BP CORPORATION NORTH
19  AMERICA INC.,
    BP EXPLORATION &
20  PRODUCTION INC.,
    BP HOLDINGS NORTH
21  AMERICA LIMITED,
    BP PRODUCTS NORTH
22  AMERICA INC.:            LISKOW & LEWIS
                             BY:  DON K. HAYCRAFT, ESQUIRE
23                           ONE SHELL SQUARE
                             701 POYDRAS STREET
24                           SUITE 5000
                             NEW ORLEANS, LA  70139
25
```

```
 1   APPEARANCES CONTINUED:

 2

 3                          KIRKLAND & ELLIS
                           BY:  J. ANDREW LANGAN, ESQUIRE
 4                              RYAN S. BABIUCH, ESQUIRE
                           300 N. LASALLE
 5                         CHICAGO, IL  60654

 6

 7                         KIRKLAND & ELLIS
                           BY:  ROBERT R. GASAWAY, ESQUIRE
 8                         655 FIFTEENTH STREET, N.W.
                           WASHINGTON, DC  20005
 9

10                         COVINGTON & BURLING LLP
11                         BY:  ROBERT C. "MIKE" BROCK, ESQUIRE
                           1201 PENNSYLVANIA AVENUE, NW
12                         WASHINGTON, DC  20004

13

14   FOR CAMERON INTERNATIONAL
     CORPORATION:             STONE PIGMAN WALTHER WITTMANN
15                            BY:  PHILLIP A. WITTMANN, ESQUIRE
                                  CARMELITE M. BERTAUT, ESQUIRE
16                            546 CARONDELET STREET
                              NEW ORLEANS, LA 70130
17

18                            BECK REDDEN & SECREST
19                            BY:  DAVID J. BECK, ESQUIRE
                              ONE HOUSTON CENTER
20                            1221 MCKINNEY STREET, SUITE 4500
                              HOUSTON, TX  77010
21

22   FOR HALLIBURTON
23   ENERGY SERVICES, INC.:   GODWIN RONQUILLO
                              BY:  DONALD E. GODWIN, ESQUIRE
24                                 JENNY L. MARTINEZ, ESQUIRE
                                   STEFANIE K. MAJOR, ESQUIRE
25                            1201 ELM STREET, SUITE 1700
                              DALLAS, TX  75270
```

APPEARANCES CONTINUED:


                              GODWIN RONQUILLO
                              BY:  R. ALAN YORK, ESQUIRE
                              1331 LAMAR, SUITE 1665
                              HOUSTON, TX  77010


FOR ANADARKO
PETROLEUM CORPORATION,
ANADARKO E&P COMPANY LP,
MOEX USA CORPORATION,
AND MOEX OFFSHORE 2007
LLC:                          KUCHLER POLK SCHELL
                              WEINER & RICHESON
                              BY:  DEBORAH D. KUCHLER, ESQUIRE
                              1615 POYDRAS STREET, SUITE 1300
                              NEW ORLEANS, LA  70112


                              BINGHAM MCCUTCHEN
                              BY:  JAMES J. DRAGNA, ESQUIRE
                              355 SOUTH GRAND AVENUE, SUITE 4400
                              LOS ANGELES, CA  90071


                              BINGHAM MCCUTCHEN
                              BY:  KY E. KIRBY, ESQUIRE
                              2020 K STREET, NW
                              WASHINGTON, DC  20006


                              PILLSBURY WINTHROP SHAW PITTMAN
                              BY:  EDWARD FLANDERS, ESQUIRE
                              1540 BROADWAY
                              NEW YORK, NY  10036

```
 1  APPEARANCES CONTINUED:

 2

 3  FOR M-I L.L.C.:          MORGAN, LEWIS & BOCKIUS
                             BY:  HUGH E. TANNER, ESQUIRE
 4                                DENISE SCOFIELD, ESQUIRE
                                  JAMES B. TARTER, ESQUIRE
 5                           1000 LOUISIANA STREET, SUITE 4000
                             HOUSTON, TX  77002
 6

 7

    FOR O'BRIEN'S RESPONSE
 8  MANAGEMENT, INC.,
    SEACOR HOLDINGS, INC.,
 9  SEACOR OFFSHORE LLC,
    SEACOR MARINE, LLC,
10  SEACOR WORLDWIDE, INC.,
    SEACOR MARINE, INC.,
11  SEACOR MARINE
    INTERNATIONAL, INC.,
12  AND SIEMENS FINANCIAL,
    INC.:                    WEIL GOTSHAL & MANGES
13                           BY:  THEODORE E. TSEKERIDES, ESQUIRE
                             767 FIFTH AVENUE
14                           NEW YORK, NY  10153

15

16  FOR NATIONAL RESPONSE
    CORPORATION:             MONTGOMERY BARNETT
17                           BY:  PHILIP S. BROOKS, JR., ESQUIRE
                             ENTERGY CENTRE
18                           1100 POYDRAS STREET, SUITE 3300
                             NEW ORLEANS, LA  70163
19

20
    FOR TRANSOCEAN
21  EXCESS UNDERWRITERS:      PHELPS DUNBAR
                             BY:  GEORGE M. GILLY, ESQUIRE
22                                EVANS M. MCLEOD, ESQUIRE
                             CANAL PLACE
23                           365 CANAL STREET, SUITE 2000
                             NEW ORLEANS, LA  70130
24

25
```

```
 1    APPEARANCES CONTINUED:

 2

 3    DYNAMIC AVIATION
      GROUP, INC:            GEIGER LABORDE & LAPEROUSE
 4                           BY:  LEO R. McALOON, III, ESQUIRE
                             ONE SHELL SQUARE
 5                           701 POYDRAS STREET, SUITE 4800
                             NEW ORLEANS, LA  70139
 6

 7    FOR AIRBORNE SUPPORT
      INTERNATIONAL, INC.:   LABORDE & NEUNER
 8                           BY:  BEN L. MAYEAUX, ESQUIRE
                             ONE PETROLEUM CENTER
 9                           1001 W. PINHOOK RD., SUITE 200
                             LAFAYETTE, LA 70505
10

11
      FOR WEATHERFORD U.S.,
12    L.P.:                  JONES WALKER
                             BY:  MICHAEL G. LEMOINE, ESQUIRE
13                           600 JEFFERSON STREET, SUITE 1600
                             LAFAYETTE, LA 70501
14

15
      FOR DRC EMERGENCY
16    SERVICES, LLC:         FLANAGAN PARTNERS
                             BY:  ANDY J. DUPRE, ESQUIRE
17                           201 ST. CHARLES AVENUE, SUITE 2405
                             NEW ORLEANS, LA  70170
18

19
      FOR MDL 2185:          METHOFF LAW FIRM
20                           BY:  WILLIAM STRADLEY, ESQUIRE
                             3450 ONE ALLEN CENTER
21                           500 DALLAS STREET
                             HOUSTON, TX  77002
22

23
      SPECIAL MASTER:        PROFESSOR FRANCIS E. MCGOVERN
24                           DUKE UNIVERSITY SCHOOL OF LAW
                             CORNER OF SCIENCE & DRIVES
25                           BOX 90362
                             DURHAM, NC 27708
```

```
 1  ALSO PRESENT:              JULIE JOCHUM, ESQUIRE
                               ERIKA HEYDER, ESQUIRE
 2                             TATRICE MONTOYA, ESQUIRE
                               DAVID COFFEY, ESQUIRE
 3

 4                             SANDRA JELKS, ESQUIRE
                               TRAVIS BARTON, ESQUIRE
 5                             ANDREW LAWTAN, ESQUIRE
                               CHRISTOPHER BOUTWELL, ESQUIRE
 6

 7                             RICHARD CHAPPUIS, ESQUIRE
                               DOUGLAS KRAUS, ESQUIRE
 8                             LAURIN JACOBSEN, ESQUIRE
                               EDWIN PREIS, ESQUIRE
 9

10                             FRANK MONAGO, ESQUIRE
                               STEPHEN MURRAY, SR., ESQUIRE
11                             ANTHONY PLETCHER, ESQUIRE
                               WILLIAM DILLS, ESQUIRE
12

13                             TARA KELLY, ESQUIRE
                               ELLEN MOSKOWITZ, ESQUIRE
14                             LAWRENCE YORK, ESQUIRE
                               RYAN BEASLEY, ESQUIRE
15

16                             MILTON STAFFORD, LEXISNEXIS

17

18  OFFICIAL COURT REPORTER:       CATHY PEPPER, CRR, RMR, CCR
                                   CERTIFIED REALTIME REPORTER
19                                 500 POYDRAS STREET, ROOM HB406
                                   NEW ORLEANS, LA  70130
20                                 (504) 589-7779
                                   Cathy_Pepper@laed.uscourts.gov
21
    PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
22  PRODUCED BY COMPUTER.

23

24

25
```

1                              **I N D E X**

2

3     AGENDA ITEMS                                     PAGE

4

5     PRETRIAL ORDERS....................................   17

6     CONDITIONAL TRANSFER ORDER REPORT AND STATUS...........   17

7     STATE COURT CASES.....................................   18

8     MDL 2185.............................................   20

9     REPORT ON STATUS OF WRITTEN AND DISPOSITION DISCOVERY..   22

10    BOP TESTING..........................................   23

11    CEMENT TESTING.......................................   26

12    VESSELS OF OPPORTUNITY CASE MANAGEMENT.................   27

13    INSURANCE CASES......................................   31

14    SHORT FORM FILINGS/CONSIDERATION OF DISMISSAL ISSUE....   32

15    ONGOING CONVERSATIONS WITH BP ON PRESENTMENT ISSUE.....   33

16    ANYONE CAN LOG ON TO THE COURT'S PUBLIC WEB SITE AT     36

17    WWW.LAED.USCOURTS.GOV.................................

18    PRETRIAL ORDER 15 ESSENTIALLY STATES THAT ALL MOTIONS,   36

19    INCLUDING MOTIONS THAT ARE NOTICED BY COUNSEL FOR

20    SUBMISSION OR HEARING, ARE NOT ACTUALLY SET FOR

21    HEARING AND NO OPPOSITIONS ARE DUE UNTIL WE

22    SPECIFICALLY SAY THE COURT IS GOING TO TAKE THE MATTER

23    UNDER SUBMISSION OR SET IT FOR HEARING.................

24    PENDING MOTIONS......................................   37

25    PENDING MOTIONS FOR LEAVE TO FILE LATE CLAIMS IN THE ..   37

1  LIMITATION..........................................

2  I HAVE NOT FORMALLY ISSUED A WRITTEN TRIAL PLAN YET....   40

3  PHASE I.............................................   40

4  PHASE II............................................   41

5  PHASE III...........................................   41

6  TRIAL WILL START AS SCHEDULED ON FEBRUARY 27, 2012.....   41

7  NEXT STATUS CONFERENCE IS FRIDAY, SEPTEMBER 16, 2011,    42

8  AT 9:30 A.M., CENTRAL STANDARD TIME...................

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1        **P-R-O-C-E-E-D-I-N-G-S**

2        FRIDAY, AUGUST 12, 2011

3        M O R N I N G   S E S S I O N

4        (COURT CALLED TO ORDER)

5

6

7        THE DEPUTY CLERK:  All rise.  Court is now in session.

8        THE COURT:  Good morning, everyone.  Please be seated.

9   Stephanie, call this case, please.

10       THE DEPUTY CLERK:  MDL #10-2179, *In re:  Oil Spill By*

11  *the Oil Rig Deepwater Horizon in the Gulf of Mexico on*

12  *April 20th, 2010.*

13       THE COURT:  All right.  We have people listening in on

14  the phone again, so I'm going to have to ask everyone to try and

15  speak into a microphone when you want to speak.  Eileen, why

16  don't we get those portable mics again so we can pass them around

17  when people introduce themselves.

18            We start off by asking liaison counsel steering

19  committee members and coordinating counsel to please identify

20  yourself.

21       MR. ROY:  Thank you, Your Honor.  Jim Roy, plaintiff

22  coliaison.

23       MR. HERMAN:  Good morning, Your Honor.  Steve Herman for

24  the plaintiff.

25       MR. STRANGE:  Good morning, Your Honor.  Luther Strange,

08:39AM 1    coordinating counsel for the states.

08:39AM 2            MR. BREIT:  Good morning, Your Honor.  Jeffrey Breit,

08:39AM 3    PSC.

08:39AM 4            MR. O'ROURKE:  Steve O'Rourke for the United States.

08:39AM 5            MR. SUMMY:  Good morning, Your Honor.  Scott Summy, PSC.

08:39AM 6            MR. BARR:  Good morning, Your Honor.  Brian Barr, PSC.

08:39AM 7            MR. WATTS:  Good morning, Judge.  Mikal Watts for the

08:39AM 8    PSC.

08:39AM 9            MR. STERBCOW:  Good morning, Your Honor.  Paul Sterbcow,

08:39AM 10   PSC.

08:39AM 11           MR. LUNDY:  Good morning, Your Honor.  Matt Lundy, PSC.

08:39AM 12           MR. JONES:  Good morning.  Rhon Jones, PSC.

08:39AM 13           MR. CUNNINGHAM:  Robert Cunningham, PSC.

08:39AM 14           MR. COSSICH:  Good morning, Judge.  Phil Cossich, PSC.

08:39AM 15           MR. ESPY:  Mike Espy, PSC, Your Honor.  Good morning.

08:39AM 16           MR. PALMINTIER:  Good morning, Judge.

08:40AM 17   Michael Palmintier, Plaintiffs' Steering Committee.

08:40AM 18           MS. CABRASER:  Good morning, Your Honor.

08:40AM 19   Elizabeth Cabraser, plaintiffs.

08:40AM 20           MS. GREENWALD:  Good morning, Your Honor.

08:40AM 21   Robin Greenwald, PSC.

08:40AM 22           MR. WITTMANN:  Good morning, Judge.  Phil Wittmann,

08:40AM 23   Cameron.

08:40AM 24           MR. BECK:  David Beck, Your Honor, Cameron.

08:40AM 25           MR. HAYCRAFT:  Don Haycraft, BP.

08:40AM 1          MR. LANGAN:  Good morning, Your Honor.  Andy Langan for
08:40AM 2  BP.

08:40AM 3          MS. MARTINEZ:  Good morning.  Jenny Martinez for
08:40AM 4  Halliburton.

08:40AM 5          MR. GODWIN:  Good morning, Your Honor.  Don Godwin for
08:40AM 6  Halliburton.

08:40AM 7          MR. YORK:  Alan York also for Halliburton.

08:40AM 8          MS. KIRBY:  Ky Kirby for Anadarko.

08:40AM 9          MS. KUCHLER:  Deb Kuchler for Anadarko.

08:40AM 10          MR. DRAGNA:  Morning, Your Honor.  Jim Dragna, Anadarko.

08:40AM 11          MR. TSEKERIDES:  Good morning, Your Honor.
08:40AM 12  Ted Tsekerides, liaison for responder defendants.

08:40AM 13          MR. BROCK:  Mike Brock for BP, Your Honor.

08:40AM 14          MR. MILLER:  Good morning, Your Honor.  Kerry Miller,
08:40AM 15  Transocean.

08:40AM 16          MS. CLINGMAN:  Good morning, Your Honor.
08:41AM 17  Rachel Clingman, Transocean.

08:41AM 18          THE COURT:  All right.  Did we miss anyone?

08:41AM 19          MS. SCOFIELD:  Denise Scofield for M-I.

08:41AM 20          MR. TANNER:  Good morning, Your Honor.  Hugh Tanner for
08:41AM 21  M-I.

08:41AM 22          MR. GASAWAY:  Rob Gasaway, Your Honor, for BP.

08:41AM 23          MR. GOFORTH:  Dan Goforth, Your Honor, for Transocean.

08:41AM 24          THE COURT:  All right.  Good morning, everyone.  Those
08:41AM 25  of you who haven't met him, Ben Allums has replaced Kat Shea and

08:41AM  1   will be working with me on this case going forward.

08:41AM  2             I think this morning we'll go pretty rapidly.  I

08:41AM  3   don't think we have any real controversial issues on the agenda.

08:41AM  4   I know everyone is anxious to get to Judge Shushan.  I don't know

08:41AM  5   if she's anxious to have you there.

08:41AM  6             We issued a few, three, it looks like, pretrial

08:42AM  7   orders since we were here last time.  They are up on the screen.

08:42AM  8   I would like to call on counsel now to give us a conditional

08:42AM  9   transfer order report and status.

08:42AM 10        MR. LANGAN:  Your Honor, Andy Langan for BP.  With

08:42AM 11   respect to the activity report of the Judicial Panel, since our

08:42AM 12   last status in July, the Panel has issued four additional

08:42AM 13   conditional transfer orders relating to a total of six cases, so

08:42AM 14   we now have 31 conditional transfer orders that have been

08:42AM 15   entered.

08:42AM 16             We believe that there are now about 549 cases here

08:42AM 17   in this court, active cases.  Of course, on top of that, you have

08:42AM 18   as many as 108,000 short form joinders or claims of some kind or

08:42AM 19   other.

08:42AM 20             Your Honor, in addition, the Panel has issued

08:42AM 21   several orders in the wake of its July 28th session.  On

08:42AM 22   August 9th, the Panel transferred a case involving *Halliburton v.*

08:43AM 23   *BP* that has been filed in Texas.  That has now been sent here.

08:43AM 24   Another order was issued upholding the transfer of a personal

08:43AM 25   injury case under conditional transfer order 22, and then I

08:43AM  1  understand that very recently the Panel has sent several cases

08:43AM  2  filed by the St. Joe Company to this court over, I guess, over

08:43AM  3  objection.

08:43AM  4          THE COURT:  Those are the Delaware cases.

08:43AM  5          MR. LANGAN:  I believe so, and BP is not a party to

08:43AM  6  those, but I understand that they have been transferred as well.

08:43AM  7          THE COURT:  I was just made aware of that.  I think that

08:43AM  8  just happened this morning.  Mr. York is shaking his head yes.

08:43AM  9  I'm assuming, I haven't looked at it, that's essentially the same

08:43AM 10  case that was here that was dismissed, came back, vacated, went

08:43AM 11  to Delaware, removed, and now they are back here again.  So I

08:44AM 12  don't know what we call that, *judicial circular* something here.

08:44AM 13  So thank you for that report.

08:44AM 14          What I would like to talk about while you're up

08:44AM 15  there are the state court cases.

08:44AM 16          MR. LANGAN:  Your Honor, there is about 34 of them, we

08:44AM 17  believe, pending in the various state court cases, mostly in the

08:44AM 18  Gulf States.  Nineteen of them are personal injury cases.  We've

08:44AM 19  set forth some more details in our written report.

08:44AM 20          As Your Honor has noted, we have six Texas state

08:44AM 21  court cases that have been set for trial dates of one kind or

08:44AM 22  another, mostly post incident injury cases; although, there is

08:44AM 23  one April 20, 2010, injury case that is set for trial before

08:44AM 24  Judge Rondon in Harris County in June of 2012, which I think

08:44AM 25  Your Honor is aware of.

08:45AM 1        THE COURT:  Yes.  In fact, I've spoken to Judge Rondon

08:45AM 2  personally about that, and he told me he was setting that case

08:45AM 3  next June.  He's well aware of what's going on here, and he's

08:45AM 4  been very cooperative, and I don't foresee that that case is

08:45AM 5  going to cause us any problem in terms of what we're trying to

08:45AM 6  accomplish here.

08:45AM 7              There are a handful of cases that are set prior to

08:45AM 8  that, as I understand it, and I don't know if they are all in

08:45AM 9  Harris County.  No, one or two may be in Galveston.

08:45AM 10       MR. LANGAN:  Correct.  I think there is one or two in

08:45AM 11 Galveston County, Your Honor, that involved injuries to oil spill

08:45AM 12 response workers as a result, I think, of running into a buoy and

08:45AM 13 having a natural gas release and that sort of thing, and that's

08:45AM 14 the *Young v. Ranger Offshore* case with an October 2011 trial

08:45AM 15 date.

08:45AM 16       THE COURT:  That's the first one, right?

08:45AM 17       MR. LANGAN:  Right.

08:45AM 18       THE COURT:  You don't know offhand the name of the judge

08:45AM 19 in that case, do you?

08:46AM 20       MR. LANGAN:  Not off the top of my head, Your Honor, but

08:46AM 21 we can easily get that.

08:46AM 22       THE COURT:  We may have it on that spreadsheet we have,

08:46AM 23 but if you can just easily give me that, that would be fine.  I

08:46AM 24 will reach out to that judge and just kind of see what's going on

08:46AM 25 in that case and hopefully make sure that there is nothing that's

08:46AM 1   going to, again, interfere with what we're trying to accomplish

08:46AM 2   here in this case, okay?

08:46AM 3            MR. LANGAN:  Very good, Your Honor.

08:46AM 4            THE COURT:  2185, the MDL before Judge Ellison.

08:46AM 5            MR. LANGAN:  Yes, Your Honor.  Not a lot of activity in

08:46AM 6   addition to what we reported in July in the securities segment of

08:46AM 7   that case.  The motion to dismiss is fully briefed as of

08:46AM 8   June 21st.

08:46AM 9            In the derivative segment the motion to dismiss has

08:46AM 10  been fully briefed and argued and is under submission.

08:47AM 11           In the ERISA cases there is a motion to dismiss

08:47AM 12  briefing schedule that, I think, takes the parties into the fall.

08:47AM 13  So the pleadings are still being settled in those cases.

08:47AM 14           Then finally, the Panel, the Judicial Panel has

08:47AM 15  transferred the fourth dividend suspension case.  It's now

08:47AM 16  officially a part of 2185 as well.

08:47AM 17           The only other thing I would note is that we're

08:47AM 18  continuing the coordination of our discovery.  The discovery we

08:47AM 19  made available to the parties here in 2179 continues to be made

08:47AM 20  available to the parties in 2185.

08:47AM 21           THE COURT:  Am I right that discovery in 2185 has been

08:47AM 22  stayed pending the Rule 12 motion practice?

08:47AM 23           MR. LANGAN:  That's generally true, I think, with the

08:47AM 24  understanding that we will make the documents produced here

08:47AM 25  available.  That's right.  Of course, under some of the cases

08:47AM  1    there is sort of the statutory right to a stay in a securities

08:47AM  2    case, but that is generally true by stipulation.

08:47AM  3              THE COURT:  Okay.  Thank you.

08:48AM  4              Does anybody else want to weigh in or say anything

08:48AM  5    regarding any of the things Mr. Langan just spoke about in the

08:48AM  6    state cases, 2185, anything else?

08:48AM  7              Okay.  It seems like it's working fairly well to

08:48AM  8    the extent we are able to accommodate the counsel from 2185 in

08:48AM  9    the discovery we're doing.  Obviously they will be entitled to

08:48AM 10    their own discovery in their case, and that will be under the

08:48AM 11    control of Judge Ellison, not me.

08:48AM 12              MR. LANGAN:  We do think it's working well, and perhaps

08:48AM 13    the silence we're hearing is confirming of that.

08:48AM 14              THE COURT:  Well, he's about to speak up.  Maybe I

08:48AM 15    shouldn't have said anything.  I should have left well enough

08:48AM 16    alone.

08:48AM 17              MR. STRADLEY:  Actually, I'm not going to make any

08:48AM 18    trouble.  Bill Stradley for the individual investors.

08:48AM 19              THE COURT:  Good morning, Mr. Stradley.

08:48AM 20              MR. STRADLEY:  Good morning, sir.

08:49AM 21              We continue to attend all of the depositions, or

08:49AM 22    monitor them, one or the other, and we are continuing the

08:49AM 23    reception of written material.  Counsel is correct in every

08:49AM 24    respect, except that we are participating and we are attending.

08:49AM 25    I wanted the Court to know that.

08:49AM 1          THE COURT:  Am I right that basically the discovery in
08:49AM 2     your case with Judge Ellison is stayed at this time?
08:49AM 3          MR. STRADLEY:  Yes, Your Honor.
08:49AM 4          THE COURT:  So all the discovery you're getting is via
08:49AM 5     our case here?
08:49AM 6          MR. STRADLEY:  That's correct.
08:49AM 7          THE COURT:  Good.  Thank you.
08:49AM 8          MR. STRADLEY:  Thank you.
08:49AM 9          THE COURT:  Thank you.
08:49AM 10          Report on status of written and disposition
08:49AM 11     discovery.
08:49AM 12          MR. HAYCRAFT:  Yes, good morning.  Don Haycraft for BP.
08:49AM 13     I'll be real short.
08:49AM 14          As you know, we've come to the end of the
08:49AM 15     incredibly intense deposition discovery period.  I'm told that
08:49AM 16     176 depositions were taken in just about six months.  We've got
08:49AM 17     31 more scheduled for the next several months, and a few more are
08:50AM 18     being scheduled, and we'll be seeing Judge Shushan about that
08:50AM 19     this morning.
08:50AM 20          I note in our paper that more than 5 million pages
08:50AM 21     of documents have been produced.  That number continues to grow.
08:50AM 22     In the deposition record, we currently have approximately 5,000
08:50AM 23     deposition exhibits.
08:50AM 24          So the past six months has been very productive.
08:50AM 25     The Court has assisted us greatly in getting done in six months

08:50AM 1    what most cases would probably take years to accomplish.

08:50AM 2          THE COURT:  I agree that it's been pretty amazing.  I

08:50AM 3    give all the credit to counsel and Judge Shushan in terms of

08:50AM 4    managing what is pretty incredible to get all of those

08:50AM 5    depositions taken.  I think you said 176 depositions have been

08:50AM 6    taken, and that's a little deceiving too because many, I don't

08:50AM 7    know the percentage, you know it better than I do, but many of

08:51AM 8    these were two-day depositions, right?

08:51AM 9          MR. HAYCRAFT:  Yes, Your Honor.  Many of these

08:51AM 10   transcripts are 800 pages long.

08:51AM 11         THE COURT:  Right.  So it's pretty amazing.  So I thank

08:51AM 12   counsel for your cooperation in getting that done.

08:51AM 13              There are some additional, as I understand it,

08:51AM 14   another 30 depositions or so fact depositions that are going to

08:51AM 15   continue to be taken, but they were deemed not necessary for

08:51AM 16   completion of expert reports, right?

08:51AM 17         MR. HAYCRAFT:  That's correct, Your Honor.  Then, of

08:51AM 18   course, we're starting the process of scheduling expert

08:51AM 19   depositions in November and December.

08:51AM 20         THE COURT:  Right.  Right.

08:51AM 21         MR. HAYCRAFT:  Thank you, Your Honor.

08:51AM 22         THE COURT:  Thank you very much.  Does anybody else need

08:51AM 23   to say or want to say anything on that?

08:51AM 24              Okay.  One of our favorite topics, BOP testing.

08:51AM 25         MR. GASAWAY:  Good morning, Your Honor.  I reported last

08:51AM 1    month that the BOP testing was concluded.  I'm happy to report

08:52AM 2    this month it's still concluded.

08:52AM 3            THE COURT:  Still concluded.

08:52AM 4            MR. GASAWAY:  Since last month, we've agreed on a

08:52AM 5    protocol.  I think we've agreed on a place to keep the BOP

08:52AM 6    pending the trial that's going to happen next February.  That's

08:52AM 7    still going to be at the Michoud, and I think we really are down

08:52AM 8    to the details of who pays how much.  Maybe there will be a

08:52AM 9    special master watching over it, those sorts of things.

08:52AM 10           THE COURT:  I'm going to appoint Professor McGovern to

08:52AM 11   be stationed out there to watch it, make sure nobody else gets to

08:52AM 12   it.

08:52AM 13           MR. GASAWAY:  I think the important point is the

08:52AM 14   collaboration on the preservation protocol and the location has

08:52AM 15   reached agreement on that, and there is just a few more details

08:52AM 16   to be worked out, Your Honor.

08:52AM 17           THE COURT:  Okay.  Essentially, it's not going anywhere.

08:52AM 18   It's staying out at Michoud.  It's just a matter of the physical

08:52AM 19   arrangements in terms of how and exactly where at Michoud it's

08:52AM 20   stored, right?

08:52AM 21           MR. GASAWAY:  That's exactly correct.  That's exactly

08:53AM 22   correct, Your Honor.  It may be moved within the Michoud base.

08:53AM 23   It will probably be stored in multiple locations, the metal parts

08:53AM 24   in one place, the electronic parts in another, but we're down to

08:53AM 25   the details on that.

08:53AM  1          THE COURT:  I know it's disassembled.  I don't know how

08:53AM  2     large the largest pieces are.  I remember early on in this

08:53AM  3     litigation I had asked a question, when it was determined that it

08:53AM  4     was being barged into Michoud, I remember that they had that very

08:53AM  5     large building there that you could see from the Interstate.

08:53AM  6     It's where they would stand the rocket boosters up, and I

08:53AM  7     remember because I worked out there in 1966, believe it or not,

08:53AM  8     before I went into law school.  That was quite an impressive

08:53AM  9     building.

08:53AM  10          I had envisioned that this would be a perfect place

08:53AM  11    to put that BOP, until I was told that the thing was so heavy

08:53AM  12    that it literally couldn't be transported across the roads there.

08:54AM  13    It would destroy the roads.  It would even destroy the floor of

08:54AM  14    that building.  I'm assuming now it's in somewhat, I don't want

08:54AM  15    to say *small* but smaller components.

08:54AM  16          MR. GASAWAY:  It is.  The large building you're looking

08:54AM  17    at, it's really now in two pieces, the so-called *LMRP* and then

08:54AM  18    the BOP stack, and then within each of those there has been

08:54AM  19    significant disassembly.  Some of the metal parts and also all of

08:54AM  20    the electronic are parts have basically been taken off, so it has

08:54AM  21    been significantly disassembled from what you were looking at.

08:54AM  22          THE COURT:  I think the entire thing was, like, 400 tons

08:54AM  23    or something I remember.

08:54AM  24          MR. GASAWAY:  Something.  It's a lot.

08:54AM  25          THE COURT:  Okay.  All right.  Thank you very much.

08:54AM 1          Does anybody have any concerns or anything to talk

08:54AM 2    about in terms of the BOP preservation issues?  Anything like

08:54AM 3    that.

08:54AM 4          Okay.  Cement testing.

08:54AM 5          MR. O'ROURKE:  Good morning, Your Honor.  Steve O'Rourke

08:55AM 6    for the United States.

08:55AM 7          Last month in the beginning of July you gave us

08:55AM 8    permission to conduct some tests on cement blends.  Those tests

08:55AM 9    were conducted and the results were reported out at the beginning

08:55AM 10   of August to all of the parties.  So as with the BOP, the status

08:55AM 11   on the cement testing is its done.

08:55AM 12         There is another round of potential cement testing

08:55AM 13   coming your way.  This relates to the so-called *rocks*.  At the

08:55AM 14   time of the explosion, there was a vessel adjacent to the

08:55AM 15   *Deepwater Horizon* called the *Damon Bankston,* and on the *Bankston*

08:55AM 16   people found some rocks that may or may not have been exploded

08:55AM 17   out of the well.

08:55AM 18         A few months ago you gave us permission to have the

08:55AM 19   United States Geological Survey segregate those rocks out into

08:55AM 20   what were naturally occurring rocks versus what might have been

08:55AM 21   cement.  They have done that.  That report has been provided to

08:55AM 22   the parties, and they concluded that about nine of the rocks

08:55AM 23   might be cement.

08:56AM 24         So now we've proposed some protocols to test those

08:56AM 25   nine cement pieces.  We distributed the protocols to the parties.

08:56AM 1   We're waiting to see if there is any comments.  We'll approach

08:56AM 2   you with an order for permission to use that evidence under the

08:56AM 3   protocols.

08:56AM 4        THE COURT:  Who is going to do that?  The same outfit

08:56AM 5   that did the other cement testing?

08:56AM 6        MR. O'ROURKE:  No, U.S. Geological Survey has done the

08:56AM 7   first part.  The National Energy testing lab of the Department of

08:56AM 8   Energy is proposed to do this new round of testing.  That's what

08:56AM 9   we proposed in the protocols that we sent around.

08:56AM 10       THE COURT:  Is there some reason why a different entity

08:56AM 11  is being used?

08:56AM 12       MR. O'ROURKE:  The first tests were cement that hadn't

08:56AM 13  been -- it was a blend of powder that had to be turned into

08:56AM 14  cement.  This test is on cement rocks that are already cement.

08:56AM 15       THE COURT:  It takes a different expertise?

08:56AM 16       MR. O'ROURKE:  Right.  This is going to be a scanning

08:56AM 17  electron microscopes instead of -- yes, it takes different

08:56AM 18  expertise, believe it or not.

08:56AM 19       THE COURT:  All right.

08:57AM 20       MR. O'ROURKE:  Thank you, Your Honor.

08:57AM 21       THE COURT:  Does anybody else want to say anything on

08:57AM 22  the cement testing?  Mr. Godwin, anything?

08:57AM 23       MR. GODWIN:  They've kept us informed, Your Honor.

08:57AM 24  Thank you.

08:57AM 25       THE COURT:  Okay.  Vessels of Opportunity case

08:57AM 1    management.

08:57AM 2          MR. LANGAN:  Your Honor, since the July 8th Case

08:57AM 3    Management Order that you entered on this, both the PSC and BP

08:57AM 4    have selected three each focus cases under the Vessels of

08:57AM 5    Opportunity program to evaluate the charter contract disputes.

08:57AM 6    We're engaging in limited discovery and potentially an expedited

08:57AM 7    mediation process as well.

08:57AM 8          I believe BP is going to be producing documents and

08:57AM 9    answering complaints today, and then depositions -- a limited

08:57AM 10   number of depositions are supposed to be completed by

08:57AM 11   September 30th.

08:57AM 12         As we've discussed with Your Honor, we'll need to

08:57AM 13   pick a mediator at some point soon, whether that's somebody that

08:58AM 14   Your Honor appoints or we agree on privately, and Mr. Herman and

08:58AM 15   I plan to get back to you very shortly on that issue.

08:58AM 16         THE COURT:  All right.  As I understand it, the cases

08:58AM 17   that we're talking about now, it's limited to the, I guess I'll

08:58AM 18   call them *Vessel of Opportunity contract claims*.

08:58AM 19         MR. LANGAN:  Yes, Your Honor.  Not personal injury.

08:58AM 20   They are just straight contract disputes under charter

08:58AM 21   agreements.

08:58AM 22         THE COURT:  All right.  Great.  As I told you earlier,

08:58AM 23   in our little meeting this morning with liaison counsel that I'm

08:58AM 24   willing and ready to appoint or designate somebody, if you all

08:58AM 25   want me to do that, and it could be deemed a special master for

08:58AM  1  this discrete function or some other way.

08:58AM  2          I do have a little concern about asking one of our

08:58AM  3  magistrate judges to do it, as I've expressed to you.  Not so

08:58AM  4  much to do three or five or six mediations, but this could

08:59AM  5  expand.  I'm not sure how many of these Vessel of Opportunity

08:59AM  6  cases are potentially out there.  I've heard hundreds and

08:59AM  7  somebody else told me it could be a thousand.

08:59AM  8          MR. LANGAN:  Could be in terms of cases not in suit,

08:59AM  9  claims not in suit versus -- so there were certainly several

08:59AM 10  thousand vessels in the program.  Hopefully some of them are

08:59AM 11  happy.

08:59AM 12          THE COURT:  Hopefully.  That means you paid some of them

08:59AM 13  at least.

08:59AM 14          MR. LANGAN:  We paid a lot of them.  The question is

08:59AM 15  more.  That's the issue, Your Honor.

08:59AM 16          THE COURT:  All right.  Mr. Herman.

08:59AM 17          MR. HERMAN:  Steve Herman for the plaintiffs.  If I

08:59AM 18  could just take a minute along the lines of what Your Honor

08:59AM 19  mentioned.  Hopefully, this pilot program will expand, will be

08:59AM 20  successful, and will be able to mediate all of the disputes out

08:59AM 21  there.

08:59AM 22          Along those lines, Your Honor, the order had

08:59AM 23  requested, and I'm kind reminding plaintiff lawyers out there and

08:59AM 24  plaintiffs out there that have these contract disputes, there is

09:00AM 25  a separate Plaintiff Profile Form solely limited to the VoO

09:00AM 1    contract issues which is separate from the general Plaintiff

09:00AM 2    Profile Form.

09:00AM 3            The Court had asked within 90 days of the order, so

09:00AM 4    I guess about 60 days left, that people with these VoO contract

09:00AM 5    cases come forward and identify themselves so that the Court and

09:00AM 6    parties can have a census of the cases as to how many are out

09:00AM 7    there, and hopefully that will facilitate some type of resolution

09:00AM 8    program.

09:00AM 9            THE COURT:  Right.  I remember there was a lawyer

09:00AM 10   here --

09:00AM 11           MR. HERMAN:  Mr. Carrigee.

09:00AM 12           THE COURT:  That's right.  David Carrigee was here.

09:00AM 13   He's not here today, I don't guess.  He's represented at one of

09:00AM 14   our earlier conferences that there were at least -- I don't know

09:00AM 15   if he meant he had a couple hundred of these.  That's the

09:00AM 16   impression I got.  I may have misunderstood what he said, but I'm

09:00AM 17   sure there are other lawyers that have them too, right?

09:00AM 18           MR. HERMAN:  Yes, I believe there are at least a few

09:00AM 19   hundred if not in the thousands.  For the Court's information, I

09:00AM 20   believe that Mr. Carrigee's firm is representing about three of

09:01AM 21   the test focus plaintiffs, so he's been included in the process

09:01AM 22   and so have his clients.

09:01AM 23           THE COURT:  Okay.  I just wanted to make sure, you're

09:01AM 24   going to reach out, I'm assuming, not only him but any other

09:01AM 25   lawyer that you're aware of that may have these kind of cases to

09:01AM 1    invite them into this.

09:01AM 2         MR. HERMAN:  Yes, Your Honor, we had.  There is a weekly

09:01AM 3    call, and Robin Greenwald and my partner Jim Klick kind of keep

09:01AM 4    the list, and if anybody has new cases and wants to be included,

09:01AM 5    just send us an e-mail and we'll put you in the loop.

09:01AM 6         THE COURT:  Thank you.  Does anybody else want to say

09:01AM 7    anything on VoO cases?

09:01AM 8              Okay.  Insurance cases.

09:01AM 9         MR. LANGAN:  Your Honor, Andy Langan for BP.  Just a

09:01AM 10   very short report.  Since the CMO was entered, Document 2849, the

09:01AM 11   parties to these coverage cases have started the written

09:01AM 12   discovery process that the CMO calls for.

09:02AM 13             BP, MOEX, and Anadarko have brought motions for

09:02AM 14   judgment on the pleadings.  Yesterday I believe Transocean and

09:02AM 15   the carriers have responded to those motions for judgement on the

09:02AM 16   pleadings with some papers, including asking for various relief

09:02AM 17   about converting them into summary judgments and that sort of

09:02AM 18   thing.  I'm sure it will be dealt within in the ordinary course.

09:02AM 19             Then finally August 22nd is the date in which

09:02AM 20   responsive pleadings were due to the two interpleader complaints

09:02AM 21   that were brought by the first layer of carriers.

09:02AM 22        THE COURT:  I mentioned this to you this morning, but in

09:02AM 23   the existing Case Management Order for the insurance cases, it

09:02AM 24   talks about scheduling those motions for hearing on

09:02AM 25   September 14th, which is one of my normal civil motion hearing

09:02AM 1    dates.  I suppose that's where that date came from, but I pointed

09:02AM 2    out that our next monthly status conference falls two days later

09:03AM 3    on Friday, the 16th, and my sense from our conversation this

09:03AM 4    morning is that everyone seemed to think it would make sense to

09:03AM 5    just hear this on September 16th.

09:03AM 6              MR. LANGAN:  I think that's a great idea.  I probably

09:03AM 7    should check with our coverage counsel, though, that would be

09:03AM 8    handling your argument, but assuming, I'm sure we'll work with

09:03AM 9    Your Honor's schedule.

09:03AM 10             THE COURT:  Why don't you talk to whoever is involved in

09:03AM 11   this, and unless it creates some other problem, it would be my

09:03AM 12   preference just to hear it on September 16th.

09:03AM 13             MR. LANGAN:  Very good, Your Honor.  Thank you.

09:03AM 14             THE COURT:  Thank you.  Does anybody's want to talk

09:03AM 15   about the insurance cases?

09:03AM 16             The short form filings/consideration of dismissal

09:03AM 17   issue is something that's been on our radar for a little while

09:04AM 18   now.  I know Judge Shushan has worked with the parties on that,

09:04AM 19   and I've talked to her and some of you, and Ben and I have been

09:04AM 20   talking about it.

09:04AM 21             We were on the verge of issuing an order that would

09:04AM 22   accommodate people who needed to file or needed to dismiss the

09:04AM 23   short form joinders and how to go about it and whether it's with

09:04AM 24   counsel or without counsel and whether it requires a motion and

09:04AM 25   whether it would be with prejudice or without prejudice.

09:04AM 1          In light of the recent order from the Fifth Circuit

09:04AM 2     on Rule 41 dismissals, we have to rework that, as we mentioned

09:04AM 3     this morning, so we'll get that done shortly, but I don't think

09:04AM 4     that's going to be a problem.

09:04AM 5          Okay.  Does anybody want to say anything about

09:05AM 6     that?

09:05AM 7          Mr. Herman.

09:05AM 8          MR. HERMAN:  Steve Herman for the plaintiffs.  Just to

09:05AM 9     take a second to advise the plaintiffs or plaintiff's counsel out

09:05AM 10    there that might be interested, in addition to the dismissal

09:05AM 11    form, which we hope to work out the kinks with Judge Shushan this

09:05AM 12    morning, there will be, we expect, or there is at least a

09:05AM 13    proposed very short form that allows people to quickly and

09:05AM 14    efficiently amend their short forms, that allows people to amend

09:05AM 15    their PPFs, and we've also got a standardized, we think,

09:05AM 16    authorization for medical records and employment records for

09:05AM 17    those people that have alleged personal injuries, so those forms

09:05AM 18    we hope will be coming soon along with the dismissal form.

09:05AM 19         THE COURT:  This is not really on the agenda, but it

09:05AM 20    just occurred to me.  Mr. Herman I wanted to ask while you were

09:05AM 21    up there.

09:05AM 22         MR. HERMAN:  Sure.

09:05AM 23         THE COURT:  I meant to ask you all this earlier this

09:05AM 24    morning and I forgot to do it.  Are there ongoing conversations

09:06AM 25    with BP on the presentment issue?

09:06AM 1          MR. HERMAN:  There are, Your Honor.  I think what we've

09:06AM 2    kind of come to is the first step is that we're going to suggest

09:06AM 3    to the Court, I believe, that there be a joint, single claims

09:06AM 4    database with, if not court-appointed, at least court-approved

09:06AM 5    claims manager that can get a complete census with specific

09:06AM 6    fields for all of the short forms and claims in limitation, as

09:06AM 7    well as the other claims that have been filed so that everybody

09:06AM 8    has an objective, neutral, consistent, and complete census of all

09:06AM 9    of the claims and cases that are out there.

09:06AM 10          One of the fields that is contemplated and included

09:06AM 11   in at least the last draft of the order, I think there is

09:06AM 12   agreement between the plaintiffs and BP -- and BP is now getting

09:06AM 13   consent from the other defendants -- is whether presentment has

09:07AM 14   been made to the extent it needs to be made in those specific

09:07AM 15   claims and cases.

09:07AM 16          I think the hope and the plan is that the next step

09:07AM 17   will be for predominantly the plaintiffs and BP to get together

09:07AM 18   and figure out, okay, what is that going to mean and what is the

09:07AM 19   process by which someone is going to determine whatever those

09:07AM 20   criteria are, whether it's been satisfied, and if it's not

09:07AM 21   satisfied, what's the process for following up with that

09:07AM 22   particular plaintiff or lawyer to make sure that presentment is

09:07AM 23   made.

09:07AM 24          Those discussions are ongoing, and we hope to get

09:07AM 25   the Court a proposed order on at least the claims database in the

09:07AM 1   near future.

09:07AM 2           THE COURT:  All right.  Thank you.

09:07AM 3               Mr. Langan.

09:07AM 4           MR. LANGAN:  Yes, Your Honor.  If I may, I think it may

09:07AM 5   be important to keep a couple different concepts in mind here.  I

09:07AM 6   don't disagree with Mr. Herman that there are discussions going

09:07AM 7   on about a joint database.  One of the fields may be has the

09:08AM 8   claimant made presentment, all that sort of thing.  That's fine.

09:08AM 9   Those are productive conversations.  Terrific.

09:08AM 10              That said, the legal position we took on the motion

09:08AM 11  to dismiss that we argued here in May, I mean, that is our

09:08AM 12  position.  I think it's a matter of pleading and so I don't want

09:08AM 13  there to be any mistake that these discussions somehow are some

09:08AM 14  modification of --

09:08AM 15          THE COURT:  I'm not.  I'm not.  No, I didn't mean that,

09:08AM 16  but I was under the impression that there were these discussions

09:08AM 17  going on, and I just wanted to ask you all about the status of

09:08AM 18  that.  Anyway, I understand.

09:08AM 19          MR. LANGAN:  Thank you.

09:08AM 20          THE COURT:  Anybody else?

09:08AM 21              All right.  Number 11 is really just up there to

09:08AM 22  remind me to remind everyone else of not a serious issue but a

09:08AM 23  minor issue or problem that has arisen from time to time.

09:08AM 24              What's occurred, first of all, everyone should be

09:09AM 25  aware that we have a public, in addition to the court CM/ECF,

09:09AM 1   which I understand not every person in the public and maybe not

09:09AM 2   even every lawyer from elsewhere are necessarily connected to

09:09AM 3   CM/ECF, but anyone can log on to the Court's public web site at

09:09AM 4   www.laed.uscourts.gov and easily link to the web page for this

09:09AM 5   MDL, the *Deepwater Horizon* MDL, where every pretrial order that

09:09AM 6   I've issued and many other orders.  We try to post there for

09:09AM 7   public consumption any significant order that the Court issues.

09:09AM 8           In Pretrial Order 15, of course, it essentially

09:09AM 9   states that all motions, including motions that are noticed by

09:10AM 10  counsel for submission or hearing, are not actually set for

09:10AM 11  hearing and no oppositions are due until we specifically say that

09:10AM 12  the Court is going to take the matter under submission or set it

09:10AM 13  for hearing.

09:10AM 14          Two things have occurred from time to time:  We get

09:10AM 15  either calls or we get letters or we get e-mails or motions

09:10AM 16  sometimes, even, by a party that has filed a motion, and, quote,

09:10AM 17  "set it for hearing or submission" when they file it because the

09:10AM 18  CM/ECF prompts you to do that.

09:10AM 19          I found out something yesterday myself that I

09:10AM 20  wasn't even aware of talking to our systems people.  I was under

09:10AM 21  the impression that you had to input a date on that or it would

09:10AM 22  not accept our motion.  I'm told that's not true.  So if you file

09:10AM 23  a motion -- and I'm talking about only for this MDL, now; I'm not

09:10AM 24  talking about generally -- you can bypass that step, and your

09:11AM 25  motion will be filed, but it won't have a hearing date.

09:11AM 1          It doesn't matter to me how it's done, as long as

09:11AM 2   everybody understands, you can put that motion hearing date or

09:11AM 3   submission date on there, but it doesn't mean anything to us

09:11AM 4   until I set a motion.  Until we set a motion for hearing or

09:11AM 5   submission, there is no opposition due.

09:11AM 6          What's happening people are calling and saying

09:11AM 7   nobody has opposed my motion, please grant it as unopposed.  Then

09:11AM 8   we have to issue an order or call them or do something and say,

09:11AM 9   no, it doesn't mean your motion is unopposed; it just means we

09:11AM 10  haven't set it for hearing yet.

09:11AM 11         Then the opposite occurs.  Sometimes the person who

09:11AM 12  wants to oppose the motion, a defendant, or whoever it is who

09:11AM 13  wants to oppose the motion is concerned, you know, gets the

09:11AM 14  jitters as to whether they really need to file an opposition and

09:11AM 15  when is the deadline and all.  So if everybody will keep that in

09:12AM 16  mind.  If you have any question at all, just e-mail Ben, not me.

09:12AM 17  We'll give you the directions.

09:12AM 18         Okay.  Pending motions.  I'm not going to deal with

09:12AM 19  these this morning.  This is sort of carried over from last time.

09:12AM 20  In fact, we had put one on there that we had actually dealt with

09:12AM 21  last time.  The responder motions for entry of default, that was

09:12AM 22  handled last time.

09:12AM 23         There are a number of pending motions for leave to

09:12AM 24  file late claims in the limitation, which are pending.  I haven't

09:12AM 25  granted them.  I haven't denied them.  There is a reason for

09:12AM  1    that.

09:12AM  2            That sort of goes along with Transocean's pending

09:12AM  3    motion for entry of default.  Mr. Miller, I don't know if you

09:12AM  4    want to say anything here on that, but you might tell everyone

09:12AM  5    what's happening now.

09:13AM  6            MR. MILLER:  Sure, Your Honor.  Kerry Miller on behalf

09:13AM  7    of Transocean.  We have been working since the last status

09:13AM  8    conference, or maybe even the one before that, with Gene Smith,

09:13AM  9    the Court staff, and with Mr. Herman of PSC to identify the

09:13AM 10    universe of claims that were filed in the limitation.

09:13AM 11            While most were filed properly with the docket in

09:13AM 12    this Court, Docket 10-888 or 10-999, depending on whether they

09:13AM 13    were private or public, some limitation claims were not filed.

09:13AM 14    Were just filed on LexisNexis.  Never filed with the Court.

09:13AM 15    Others were contained in various types of electronic media that

09:13AM 16    weren't filed with the Court.

09:13AM 17            So what we're working on, and I think we'll have it

09:13AM 18    ready for September 16th when we get back together again, is a

09:13AM 19    summary of where we understand all the claims to be filed.  That

09:13AM 20    summary will contain, of course, the motions for leave to file

09:13AM 21    out of time so that we have a complete understanding of what's

09:13AM 22    out there, whether it was properly filed, whether it was timely

09:14AM 23    filed, whether it was filed even at all so that the Court

09:14AM 24    understands and we all understands what exists.

09:14AM 25            THE COURT:  You had shown me a spreadsheet of some sort

09:14AM 1   or a chart that you are putting together or have put together and

09:14AM 2   you're going to share with everyone to kind of show the universe

09:14AM 3   of what's out there.

09:14AM 4          MR. MILLER:  I will.  I am going to e-mail that around

09:14AM 5   to the Magistrate Shushan working group.

09:14AM 6          THE COURT:  All right.  Mr. Langan, did you want to say

09:14AM 7   something on that?

09:14AM 8          MR. LANGAN:  Your Honor, just to tie up a loose end.

09:14AM 9   The Galveston case we talked about earlier, *Young* with the

09:14AM 10  October 2011 trial date, the judge is John Grady, G-R-A-D-Y.  I

09:14AM 11  can get a phone number, if that's of assistance.

09:14AM 12         THE COURT:  No, I'm sure we can find it.  I may already

09:14AM 13  have it.  I've got a little spreadsheet with the State court

09:14AM 14  judges that we knew as of a month or so ago.  That's Galveston,

09:14AM 15  you said?

09:14AM 16         MR. LANGAN:  It is, Your Honor.

09:14AM 17         THE COURT:  That's *Young*.  There are two *Young* cases, I

09:15AM 18  know.

09:15AM 19         MR. LANGAN:  This is *Dewone Young*.  I think there may be

09:15AM 20  a companion case.

09:15AM 21             I'm sorry, D-E-W-O-N-E.

09:15AM 22             I believe there is a companion case with it as

09:15AM 23  well.  It maybe called *Bush* or something.

09:15AM 24         THE COURT:  Thank you very much.

09:15AM 25             That's the first state court trial setting that

09:15AM 1   we're aware of, right?

09:15AM 2          MR. LANGAN:  Yes, it is, Your Honor.

09:15AM 3          THE COURT:  The earliest, I mean.

09:15AM 4          MR. LANGAN:  Yes.

09:15AM 5          THE COURT:  All right.  Okay.  Does anybody have

09:15AM 6   anything else that they would like to speak about or say here

09:15AM 7   this morning?

09:15AM 8          I want to mention that I have not formally issued a

09:15AM 9   written trial plan yet, but I mentioned to liaison counsel this

09:15AM 10  morning that I haven't changed my mind.  I will issue that

09:15AM 11  shortly.  There is no reason I haven't done it.  It just hadn't

09:15AM 12  been formally signed off on.

09:15AM 13         It's essentially going to be the proposed trial

09:16AM 14  plan that Anadarko had submitted awhile back and with maybe one

09:16AM 15  or two little tweaks, but that's going to be the essential plan.

09:16AM 16  It will essentially structure the trial beginning on February 27,

09:16AM 17  2012, into three phases, so we'll have one trial segregated into

09:16AM 18  three phases.

09:16AM 19         In Phase I we'll address issues arising out of the

09:16AM 20  conduct of the various parties, third parties, and nonparties

09:16AM 21  that are relevant to the loss of well control of the Macondo

09:16AM 22  well, the ensuing fire and explosion on the *Deepwater Horizon* on

09:16AM 23  April 20, 2010, and the sinking of the *Deepwater Horizon* two days

09:16AM 24  later, and the initiation of the release of oil from the

09:16AM 25  Macondo well during those time periods, collectively known as *the*

09:17AM  1    *incident*.  I guess we'll call this *the incident phase*.

09:17AM  2             Phase II, what I envision is we'll try that phase

09:17AM  3    of the trial, we'll take a break for some period of time, which I

09:17AM  4    haven't decided exactly how long the break will be, and then

09:17AM  5    we'll resume Phase II of the trial, which will address issues

09:17AM  6    relating to source control and quantification of discharge

09:17AM  7    issues.

09:17AM  8             Then Phase III will pretty much deal with all other

09:17AM  9    liability issues, particularly containment issues, I guess,

09:17AM 10    efforts at containing the oil discharged as a result of the

09:17AM 11    incident, skimming, dispersants, use of booms, and so forth.

09:17AM 12             All right.  I'll try to get that order out in

09:17AM 13    writing fairly soon.

09:18AM 14             Again, unless anyone has any doubt about it, I

09:18AM 15    fully intend that this trial will start as scheduled on

09:18AM 16    February 27, 2012.  We're beginning to consult with counsel on

09:18AM 17    the mechanics of the trial, how exhibits will be presented and

09:18AM 18    handled during the trial, how deposition testimony will be

09:18AM 19    introduced and presented, the need and use of electronics during

09:18AM 20    the trial, and any other issues that we need to work out

09:18AM 21    regarding, again, what I call the *mechanics* of how the trial

09:18AM 22    going to unfold.

09:18AM 23             If no one has anything else, I want to thank

09:18AM 24    counsel again for your cooperation.  I think I'm still pleasantly

09:19AM 25    amazed at what you all have been able to do and accomplish.  It's

09:19AM  1    just about one year exactly since I was assigned this case, so I

09:19AM  2    think we've all made good progress here and I am happy and I

09:19AM  3    thank all of you for that.  Now, I'll send you off to

09:19AM  4    Judge Shushan.

09:19AM  5              [REPORTER'S NOTE:  Next status conference is Friday,

09:19AM  6    September 16, 2011, at 9:30 a.m., Central Standard Time.]

7              (WHEREUPON, at 9:19 a.m., the proceedings were

8    concluded.)

9                          *   *   *

10

11                    REPORTER'S CERTIFICATE

12

13       I, Cathy Pepper, Certified Realtime Reporter, Registered

14   Merit Reporter, Certified Court Reporter of the State of

15   Louisiana, Official Court Reporter for the United States District

16   Court, Eastern District of Louisiana, do hereby certify that the

17   foregoing is a true and correct transcript, to the best of my

18   ability and understanding, from the record of the proceedings in

19   the above-entitled and numbered matter.

20

21

22                    *s/Cathy Pepper*
                  _____

23                    Cathy Pepper, CRR, RMR, CCR
                      Certified Realtime Reporter
24                    Official Court Reporter
                      United States District Court
25                    Cathy_Pepper@laed.uscourts.gov

# #

**#10-2179** [1] - 14:10

# 1

**10-888** [1] - 38:12
**10-999** [1] - 38:12
**10-MD-2179** [1] - 1:6
**100** [2] - 3:8, 3:19
**1000** [3] - 2:15, 4:20, 9:5
**10003** [1] - 3:12
**1001** [2] - 6:10, 10:9
**10036** [1] - 8:22
**10153** [1] - 9:14
**108,000** [1] - 17:18
**11** [1] - 35:21
**1100** [4] - 2:19, 4:5, 6:7, 9:18
**12** [3] - 1:7, 14:2, 20:22
**1201** [2] - 7:11, 7:25
**1221** [1] - 7:20
**1300** [1] - 8:11
**1331** [1] - 8:4
**14th** [1] - 31:25
**15** [2] - 12:18, 36:8
**1540** [1] - 8:21
**16** [2] - 13:7, 42:6
**1600** [1] - 10:13
**1601** [1] - 2:4
**1615** [1] - 8:11
**1665** [1] - 8:4
**16th** [4] - 32:3, 32:5, 32:12, 38:18
**17** [2] - 12:5, 12:6
**1700** [1] - 7:25
**176** [2] - 22:16, 23:5
**18** [1] - 12:7
**188** [1] - 3:15
**1966** [1] - 25:7

# 2

**20** [4] - 1:5, 12:8, 18:23, 40:23
**200** [1] - 10:9
**2000** [2] - 5:4, 9:23
**20004** [1] - 7:12
**20005** [1] - 7:8
**20006** [1] - 8:18
**20044** [1] - 5:9
**2007** [1] - 9:7
**201** [1] - 10:17
**2010** [4] - 1:5, 14:12, 18:23, 40:23

**2011** [6] - 1:7, 13:7, 14:2, 19:14, 39:10, 42:6
**2012** [3] - 18:24, 40:17, 41:16
**2012....** [1] - 13:6
**2020** [1] - 8:18
**20th** [1] - 14:12
**2179** [1] - 20:19
**2185** [7] - 10:19, 20:4, 20:16, 20:20, 20:21, 21:6, 21:8
**2185..........................**
**..................** [1] - 12:8
**21st** [1] - 20:8
**22** [2] - 12:9, 17:25
**22nd** [1] - 31:19
**23** [2] - 3:19, 12:10
**23510** [1] - 2:16
**2405** [1] - 10:17
**26** [1] - 12:11
**2615** [1] - 2:12
**27** [4] - 12:12, 13:6, 40:16, 41:16
**275** [1] - 2:23
**27708** [1] - 10:25
**2800** [2] - 4:4, 4:5
**2849** [1] - 31:10
**28th** [1] - 17:21
**29TH** [1] - 2:23

# 3

**3** [1] - 3:8
**30** [1] - 23:14
**300** [1] - 7:4
**30th** [1] - 28:11
**31** [3] - 12:13, 17:14, 22:17
**3102** [1] - 2:19
**316** [1] - 2:8
**32** [1] - 12:14
**32502** [1] - 2:8
**33** [1] - 12:15
**3300** [1] - 9:18
**34** [1] - 18:16
**3450** [1] - 10:20
**355** [1] - 8:14
**36** [2] - 12:16, 12:18
**36013** [1] - 4:13
**36130** [1] - 5:13
**365** [1] - 9:23
**36604** [1] - 2:4
**3668** [1] - 1:18
**36TH** [1] - 6:6
**37** [2] - 12:24, 12:25
**3700** [1] - 6:10
**39201** [1] - 3:16

# 4

**4** [1] - 3:7
**40** [2] - 13:2, 13:3
**400** [1] - 25:22
**4000** [1] - 9:5
**401** [1] - 5:23
**41** [4] - 13:4, 13:5, 13:6, 33:2
**4160** [1] - 4:13
**42** [1] - 13:7
**4265** [1] - 4:20
**4310** [1] - 3:4
**4400** [1] - 8:14
**4500** [1] - 7:20
**4800** [1] - 10:5
**4900** [1] - 6:14

# 5

**5** [1] - 22:20
**5,000** [1] - 22:22
**500** [4] - 5:13, 5:23, 10:21, 11:19
**5000** [1] - 6:24
**501** [1] - 4:8
**504** [1] - 11:20
**519** [1] - 4:24
**546** [1] - 7:16
**549** [1] - 17:16
**556** [1] - 1:19
**589-7779** [1] - 11:20

# 6

**60** [1] - 30:4
**600** [2] - 2:8, 10:13
**601** [1] - 2:12
**60654** [1] - 7:5
**610** [1] - 4:16
**618** [1] - 3:22
**655** [1] - 7:8

# 7

**700** [1] - 3:11
**70037** [1] - 3:19
**70056** [1] - 5:24
**701** [3] - 5:17, 6:23, 10:5
**70112** [2] - 5:5, 8:11
**70113** [2] - 1:23, 4:17
**70130** [5] - 2:12, 5:17, 7:16, 9:23, 11:19
**70139** [2] - 6:24, 10:5
**70163** [3] - 4:5, 6:7, 9:18

**70170** [1] - 10:17
**70501** [1] - 10:13
**70502** [1] - 1:19
**70505** [1] - 10:9
**70601** [1] - 4:9
**70726** [1] - 4:24
**70801** [1] - 3:23
**750** [1] - 6:14
**75219** [1] - 2:20
**75270** [1] - 7:25
**7611** [1] - 5:9
**767** [1] - 9:13
**77002** [3] - 6:11, 9:5, 10:21
**77006** [1] - 3:4
**77010** [2] - 7:20, 8:5
**77027** [1] - 4:20
**77056** [1] - 6:14
**777** [1] - 3:15
**78257** [1] - 3:8

# 8

**800** [1] - 23:10
**820** [1] - 1:22
**8397** [1] - 3:19
**8:30** [1] - 1:7
**8th** [1] - 28:2

# 9

**90** [1] - 30:3
**90071** [1] - 8:15
**90362** [1] - 10:25
**909** [1] - 5:4
**94111** [2] - 2:23
**999** [1] - 2:16
**9:19** [1] - 42:7
**9:30** [2] - 13:8, 42:6
**9th** [1] - 17:22

# A

**a.m** [2] - 42:6, 42:7
**A.M** [2] - 1:7, 13:8
**ability** [1] - 42:18
**able** [3] - 21:8, 29:20, 41:25
**above-entitled** [1] - 42:19
**ABRAMSON** [1] - 2:10
**accept** [1] - 36:22
**accommodate** [2] - 21:8, 32:22
**accomplish** [4] - 19:6, 20:1, 23:1, 41:25
**ACTION** [1] - 1:6

**ACTIONS** [1] - 1:9
**active** [1] - 17:17
**activity** [2] - 17:11, 20:5
**ACTUALLY** [1] - 12:20
**addition** [4] - 17:20, 20:6, 33:10, 35:25
**additional** [2] - 17:12, 23:13
**address** [2] - 40:19, 41:5
**adjacent** [1] - 26:14
**advise** [1] - 33:9
**AGENDA** [1] - 12:3
**agenda** [2] - 17:3, 33:19
**ago** [2] - 26:18, 39:14
**agree** [2] - 23:2, 28:14
**agreed** [2] - 24:4, 24:5
**agreement** [2] - 24:15, 34:12
**agreements** [1] - 28:21
**AIRBORNE** [1] - 10:7
**AL** [3] - 2:4, 4:13, 5:13
**ALABAMA** [1] - 5:11
**Alan** [1] - 16:7
**ALAN** [1] - 8:4
**ALL** [2] - 1:9, 12:18
**ALLAN** [1] - 5:16
**alleged** [1] - 33:17
**ALLEN** [2] - 4:11, 10:20
**allows** [2] - 33:13, 33:14
**Allums** [1] - 16:25
**alone** [1] - 21:16
**ALPHONSO** [1] - 3:14
**ALSO** [1] - 11:1
**ALVAREZ** [1] - 5:4
**amazed** [1] - 41:25
**amazing** [2] - 23:2, 23:11
**amend** [2] - 33:14
**AMERICA** [7] - 5:7, 6:16, 6:17, 6:18, 6:19, 6:21, 6:22
**AMERICAN** [1] - 2:11
**ANADARKO** [2] - 8:7, 8:8
**Anadarko** [5] - 16:8, 16:9, 16:10, 31:13, 40:14
**AND** [10] - 4:3, 5:20, 5:21, 5:22, 6:4, 8:9, 9:12, 12:6, 12:9, 12:21
**ANDREW** [2] - 7:3, 11:5

ANDRY [2] - 4:15, 4:16
ANDY [1] - 10:16
Andy [3] - 16:1, 17:10, 31:9
ANGELES [1] - 8:15
answering [1] - 28:9
ANTHONY [1] - 11:11
ANTONIO [1] - 3:8
anxious [2] - 17:4, 17:5
ANYONE [1] - 12:16
anyway [1] - 35:18
APPEARANCES [10] - 1:15, 2:1, 3:1, 4:1, 5:1, 6:1, 7:1, 8:1, 9:1, 10:1
appoint [2] - 24:10, 28:24
appointed [1] - 34:4
appoints [1] - 28:14
approach [1] - 27:1
approved [1] - 34:4
APRIL [1] - 1:5
April [3] - 14:12, 18:23, 40:23
ARE [3] - 12:19, 12:20, 12:21
argued [2] - 20:10, 35:11
argument [1] - 32:8
arisen [1] - 35:23
arising [1] - 40:19
arrangements [1] - 24:19
AS [1] - 13:6
ASBILL [1] - 6:9
assigned [1] - 42:1
assistance [1] - 39:11
assisted [1] - 22:25
assuming [4] - 18:9, 25:14, 30:24, 32:8
AT [2] - 12:16, 13:8
attend [1] - 21:21
attending [1] - 21:24
ATTORNEY [1] - 5:11
AUGUST [2] - 1:7, 14:2
August [3] - 17:22, 26:10, 31:19
authorization [1] - 33:16
available [3] - 20:19, 20:20, 20:25
AVENUE [9] - 1:22, 2:19, 4:24, 5:13, 5:23, 7:11, 8:14, 9:13, 10:17
AVIATION [1] - 10:3

aware [7] - 18:7, 18:25, 19:3, 30:25, 35:25, 36:20, 40:1
awhile [1] - 40:14

B

BABIUCH [1] - 7:4
Bankston [2] - 26:15
BARBIER [1] - 1:12
barged [1] - 25:4
BARNETT [1] - 9:16
BARON [1] - 2:18
BARONNE [1] - 4:16
BARR [2] - 2:7, 15:6
Barr [1] - 15:6
BART [2] - 5:3, 5:3
BARTON [1] - 11:4
base [1] - 24:22
BATON [1] - 3:23
BATTERY [1] - 2:23
BAYLEN [1] - 2:8
BEASLEY [2] - 4:11, 11:14
Beck [1] - 15:24
BECK [3] - 7:18, 7:19, 15:24
BEFORE [1] - 1:12
beginning [4] - 26:7, 26:9, 40:16, 41:16
behalf [1] - 38:6
BELLE [1] - 3:19
BEN [1] - 10:8
Ben [3] - 16:25, 32:19, 37:16
BENJAMIN [1] - 4:3
BERNSTEIN [1] - 2:22
BERTAUT [1] - 7:15
best [1] - 42:17
better [1] - 23:7
between [1] - 34:12
Bill [1] - 21:18
BINGHAM [2] - 8:13, 8:17
BINSTOCK [1] - 4:19
BLAYNE [1] - 4:23
blend [1] - 27:13
blends [1] - 26:8
BOCKIUS [1] - 9:3
booms [1] - 41:11
boosters [1] - 25:6
BOP [8] - 12:10, 23:24, 24:1, 24:5, 25:11, 25:18, 26:2, 26:10
BOULEVARD [1] - 3:4
BOUNDS [1] - 2:3
BOUTWELL [1] - 11:5
BOX [4] - 1:18, 4:13,

5:9, 10:25
BP [24] - 6:16, 6:17, 6:17, 6:18, 6:19, 6:20, 6:21, 12:15, 15:25, 16:2, 16:13, 16:22, 17:10, 17:23, 18:5, 22:12, 28:3, 28:8, 31:9, 31:13, 33:25, 34:12, 34:17
break [2] - 41:3, 41:4
Breit [1] - 15:2
BREIT [3] - 2:14, 2:15, 15:2
BRENNAN [1] - 6:9
Brian [1] - 15:6
BRIAN [1] - 2:7
briefed [2] - 20:7, 20:10
briefing [1] - 20:12
BROAD [1] - 4:8
BROADWAY [2] - 3:11, 8:21
Brock [1] - 16:13
BROCK [2] - 7:11, 16:13
BROOKS [1] - 9:17
brought [2] - 31:13, 31:21
BUDD [1] - 2:18
building [4] - 25:5, 25:9, 25:14, 25:16
BUILDING [2] - 2:11, 3:8
buoy [1] - 19:12
BURLING [1] - 7:10
Bush [1] - 39:23
BY [53] - 1:4, 1:18, 1:22, 2:3, 2:7, 2:11, 2:15, 2:19, 2:22, 3:3, 3:7, 3:11, 3:14, 3:18, 3:22, 4:4, 4:8, 4:12, 4:16, 4:19, 4:23, 5:3, 5:8, 5:12, 5:16, 5:22, 6:6, 6:10, 6:13, 6:22, 7:3, 7:7, 7:11, 7:15, 7:19, 7:23, 8:4, 8:10, 8:14, 8:17, 8:21, 9:3, 9:13, 9:17, 10:12, 10:4, 10:8, 10:12, 10:16, 10:20, 11:21, 11:22, 12:19
bypass [1] - 36:24

C

CA [2] - 2:23, 8:15
Cabraser [1] - 15:19
CABRASER [3] - 2:22, 2:22, 15:18

CALLED [1] - 14:4
CALVIN [1] - 4:23
CAMERON [1] - 7:14
Cameron [2] - 15:23, 15:24
CAMP [1] - 5:17
CAN [1] - 12:16
CANAL [2] - 9:22, 9:23
CAPITOL [1] - 3:15
CARL [1] - 1:12
CARMELITE [1] - 7:15
CARONDELET [1] - 7:16
carried [1] - 37:19
carriers [2] - 31:15, 31:21
Carrigee [2] - 30:11, 30:12
Carrigee's [1] - 30:20
CASE [1] - 12:12
case [23] - 14:9, 17:1, 17:22, 17:25, 18:10, 18:23, 19:2, 19:4, 19:14, 19:19, 19:25, 20:2, 20:7, 20:15, 21:2, 21:10, 22:2, 22:5, 27:25, 39:9, 39:20, 39:22, 42:1
Case [2] - 28:2, 31:23
cases [32] - 17:13, 17:16, 17:17, 18:1, 18:4, 18:15, 18:17, 18:18, 18:21, 18:22, 19:7, 20:11, 20:13, 20:25, 21:6, 23:1, 28:4, 28:16, 29:6, 29:8, 30:5, 30:6, 30:25, 31:4, 31:7, 31:8, 31:11, 31:23, 32:15, 34:9, 34:15, 39:17
CASES.....................
.................. [1] - 12:7
CASES.....................
................. [1] - 12:13
Cathy [2] - 42:13, 42:23
CATHY [1] - 11:18
Cathy_Pepper@laed .uscourts.gov [1] - 42:25
cathy_Pepper@laed. uscourts.gov [1] - 11:20
CCR [2] - 11:18, 42:23
cement [1] - 26:4, 26:8, 26:11, 26:12, 26:21, 26:23, 26:25, 27:5, 27:12, 27:14, 27:22

CEMENT [1] - 12:11
census [3] - 30:6, 34:5, 34:8
CENTER [4] - 5:23, 7:19, 10:8, 10:20
Central [1] - 42:6
CENTRAL [1] - 13:8
CENTRE [3] - 4:4, 6:6, 9:17
certainly [1] - 29:9
CERTIFICATE [1] - 42:11
CERTIFIED [1] - 11:18
Certified [3] - 42:13, 42:14, 42:23
certify [1] - 42:16
changed [1] - 40:10
CHAPPUIS [1] - 11:7
CHARLES [2] - 4:9, 10:17
chart [1] - 39:1
charter [2] - 28:5, 28:20
CHASSE [1] - 3:19
check [1] - 32:7
CHICAGO [1] - 7:5
CHRISTOPHER [1] - 11:5
Circuit [1] - 33:1
circular [1] - 18:12
CITY [1] - 3:12
CIVIL [1] - 1:6
civil [1] - 31:25
claimant [1] - 35:8
claims [14] - 17:18, 28:18, 29:9, 34:3, 34:5, 34:6, 34:7, 34:9, 34:15, 34:25, 37:24, 38:10, 38:13, 38:19
CLAIMS [1] - 12:25
CLERK [2] - 14:7, 14:10
clients [1] - 30:22
CLINGMAN [2] - 6:10, 16:16
Clingman [1] - 16:17
CM/ECF [3] - 35:25, 36:3, 36:18
CMO [2] - 31:10, 31:12
COFFEY [1] - 11:2
coliaison [1] - 14:22
collaboration [1] - 24:14
collectively [1] - 40:25
coming [2] - 26:13, 33:18
comments [1] - 27:1
committee [1] - 14:19

**Committee** [1] - 15:17
**companion** [2] - 39:20, 39:22
**Company** [1] - 18:2
**COMPANY** [3] - 6:17, 8:8
**complaints** [2] - 28:9, 31:20
**complete** [3] - 34:5, 34:8, 38:21
**completed** [1] - 28:10
**completion** [1] - 23:16
**components** [1] - 25:15
**COMPUTER** [1] - 11:22
**concepts** [1] - 35:5
**concern** [1] - 29:2
**concerned** [1] - 37:13
**concerns** [1] - 26:1
**concluded** [5] - 24:1, 24:2, 24:3, 26:22, 42:8
**CONDITIONAL** [1] - 12:6
**conditional** [4] - 17:8, 17:13, 17:14, 17:25
**conduct** [2] - 26:8, 40:20
**conducted** [1] - 26:9
**conference** [3] - 32:2, 38:8, 42:5
**CONFERENCE** [2] - 1:12, 13:7
**conferences** [1] - 30:14
**confirming** [1] - 21:13
**connected** [1] - 36:2
**consent** [1] - 34:13
**consistent** [1] - 34:8
**consult** [1] - 41:16
**consumption** [1] - 36:7
**contain** [1] - 38:20
**contained** [1] - 38:15
**containing** [1] - 41:10
**containment** [1] - 41:9
**contemplated** [1] - 34:10
**continue** [2] - 21:21, 23:15
**CONTINUED** [9] - 2:1, 3:1, 4:1, 5:1, 6:1, 7:1, 8:1, 9:1, 10:1
**continues** [2] - 20:19, 22:21
**continuing** [2] - 20:18, 21:22
**contract** [6] - 28:5, 28:18, 28:20, 29:24,

30:1, 30:4
**control** [3] - 21:11, 40:21, 41:6
**controversial** [1] - 17:3
**conversation** [1] - 32:3
**CONVERSATIONS** [1] - 12:15
**conversations** [2] - 33:24, 35:9
**converting** [1] - 31:17
**cooperation** [2] - 23:12, 41:24
**cooperative** [1] - 19:4
**coordinating** [2] - 14:19, 15:1
**coordination** [1] - 20:18
**COREY** [1] - 5:12
**CORNER** [1] - 10:24
**CORPORATE** [1] - 5:23
**CORPORATION** [5] - 6:18, 7:14, 8:7, 8:8, 9:16
**correct** [7] - 19:10, 21:23, 22:6, 23:17, 24:21, 24:22, 42:17
**COSSICH** [3] - 3:18, 3:18, 15:14
**Cossich** [1] - 15:14
**COTLAR** [1] - 1:21
**counsel** [17] - 14:18, 14:19, 15:1, 17:8, 21:8, 21:23, 23:3, 23:12, 28:23, 32:7, 32:24, 33:9, 36:10, 40:9, 41:16, 41:24
**COUNSEL** [2] - 1:17, 12:19
**County** [3] - 18:24, 19:9, 19:11
**couple** [2] - 30:15, 35:5
**course** [6] - 17:17, 20:25, 23:18, 31:18, 36:8, 38:20
**COURT** [63] - 1:1, 11:18, 12:7, 12:22, 14:4, 14:8, 14:13, 16:18, 16:24, 18:4, 18:7, 19:1, 19:16, 19:18, 19:22, 20:4, 20:21, 21:3, 21:14, 21:19, 22:1, 22:4, 22:7, 22:9, 23:2, 23:11, 23:20, 23:22, 24:3, 24:10, 24:17, 25:1, 25:22, 25:25,

27:4, 27:10, 27:15, 27:19, 27:21, 27:25, 28:16, 28:22, 29:12, 29:16, 30:9, 30:12, 30:23, 31:6, 31:22, 32:10, 32:14, 33:19, 33:23, 35:2, 35:15, 35:20, 38:25, 39:6, 39:12, 39:17, 39:24, 40:3, 40:5
**court** [11] - 14:7, 17:17, 18:2, 18:15, 18:17, 18:21, 34:4, 35:25, 39:13, 39:25
**Court** [18] - 21:25, 22:25, 30:3, 30:5, 34:3, 34:25, 36:7, 36:12, 38:9, 38:12, 38:14, 38:16, 38:23, 42:14, 42:15, 42:16, 42:24, 42:24
**COURT'S** [1] - 12:16
**Court's** [2] - 30:19, 36:3
**court-appointed** [1] - 34:4
**court-approved** [1] - 34:4
**coverage** [2] - 31:11, 32:7
**COVINGTON** [1] - 7:10
**CRAFT** [1] - 3:6
**creates** [1] - 32:11
**credit** [1] - 23:3
**criteria** [1] - 34:20
**CROW** [1] - 4:11
**CRR** [2] - 11:18, 42:23
**CUNNINGHAM** [3] - 2:3, 2:3, 15:13
**Cunningham** [1] - 15:13

# D

**D-E-W-O-N-E** [1] - 39:21
**DALLAS** [3] - 2:20, 7:25, 10:21
**Damon** [1] - 26:15
**Dan** [1] - 16:23
**DANIEL** [1] - 6:13
**database** [3] - 34:4, 34:25, 35:7
**date** [8] - 19:15, 31:19, 32:1, 36:21, 36:25, 37:2, 37:3, 39:10
**dates** [2] - 18:21, 32:1
**DAUPHIN** [1] - 2:4

**DAVID** [3] - 4:3, 7:19, 11:2
**David** [2] - 15:24, 30:12
**days** [4] - 30:3, 30:4, 32:2, 40:23
**DC** [4] - 5:9, 7:8, 7:12, 8:18
**deadline** [1] - 37:15
**deal** [2] - 37:18, 41:8
**dealt** [2] - 31:18, 37:20
**Deb** [1] - 16:9
**DEBORAH** [1] - 8:10
**deceiving** [1] - 23:6
**December** [1] - 23:19
**decided** [1] - 41:4
**deemed** [2] - 23:15, 28:25
**Deepwater** [5] - 14:11, 26:15, 36:5, 40:22, 40:23
**DEEPWATER** [3] - 1:4, 6:4, 6:5
**default** [2] - 37:21, 38:3
**defendant** [1] - 37:12
**defendants** [2] - 16:12, 34:13
**DEGRAVELLES** [1] - 3:21
**Delaware** [2] - 18:4, 18:11
**DENHAM** [1] - 4:24
**denied** [1] - 37:25
**DENISE** [1] - 9:4
**Denise** [1] - 16:19
**DENNIS** [1] - 4:19
**Department** [1] - 27:7
**DEPARTMENT** [1] - 5:8
**deposition** [4] - 22:15, 22:22, 22:23, 41:18
**depositions** [10] - 21:21, 22:16, 23:5, 23:8, 23:14, 23:19, 28:9, 28:10
**DEPUTY** [2] - 14:7, 14:10
**derivative** [1] - 20:9
**designate** [1] - 28:24
**destroy** [2] - 25:13
**details** [4] - 18:19, 24:8, 24:15, 24:25
**determine** [1] - 34:19
**determined** [1] - 25:3
**Dewone** [1] - 39:19
**DEXTER** [1] - 5:13
**DILLS** [1] - 11:11

**directions** [1] - 37:17
**disagree** [1] - 35:6
**disassembled** [2] - 25:1, 25:21
**disassembly** [1] - 25:19
**discharge** [1] - 41:6
**discharged** [1] - 41:10
**discovery** [11] - 20:18, 20:21, 21:9, 21:10, 22:1, 22:4, 22:11, 22:15, 28:6, 31:12
**DISCOVERY.** [1] - 12:9
**discrete** [1] - 29:1
**discussed** [1] - 28:12
**discussions** [4] - 34:24, 35:6, 35:13, 35:16
**dismiss** [5] - 20:7, 20:9, 20:11, 32:22, 35:11
**dismissal** [3] - 32:16, 33:10, 33:18
**DISMISSAL** [1] - 12:14
**dismissals** [1] - 33:2
**dismissed** [1] - 18:10
**dispersants** [1] - 41:11
**DISPOSITION** [1] - 12:9
**disposition** [1] - 22:10
**disputes** [4] - 28:5, 28:20, 29:20, 29:24
**distributed** [1] - 26:25
**DISTRICT** [3] - 1:1, 1:1, 1:13
**District** [3] - 42:15, 42:16, 42:24
**DISTRICTS** [1] - 5:22
**dividend** [1] - 20:15
**docket** [1] - 38:11
**Docket** [1] - 38:12
**Document** [1] - 31:10
**DOCUMENT** [1] - 1:9
**documents** [3] - 20:24, 22:21, 28:8
**DOMENGEAUX** [1] - 1:17
**DOMINION** [2] - 2:15, 3:7
**DON** [1] - 6:22
**Don** [3] - 15:25, 16:5, 16:9
**DONALD** [1] - 7:23
**done** [8] - 22:25, 23:12, 26:11, 26:21, 27:6, 33:3, 37:1, 40:11
**doubt** [1] - 41:14

4

DOUGLAS [1] - 11:7
down [2] - 24:7, 24:24
draft [1] - 34:11
Dragna [1] - 16:10
DRAGNA [2] - 8:14, 16:10
DRC [1] - 10:15
DRESCHER [1] - 2:14
DRILLING [1] - 6:4
DRIVE [2] - 2:16, 3:7
DRIVES [1] - 10:24
due [3] - 31:20, 36:11, 37:5
DUE [1] - 12:21
DUKE [1] - 10:24
DUNBAR [1] - 9:21
DUPRE [1] - 10:16
DURHAM [1] - 10:25
during [3] - 40:25, 41:18, 41:19
DYNAMIC [1] - 10:3

**E**

E&P [1] - 8:8
e-mail [3] - 31:5, 37:16, 39:4
e-mails [1] - 36:15
earliest [1] - 40:3
early [1] - 25:2
easily [3] - 19:21, 19:23, 36:4
EAST [1] - 3:15
Eastern [1] - 42:16
EASTERN [1] - 1:1
EDWARD [1] - 8:21
EDWARDS [1] - 1:17
EDWIN [1] - 11:8
efficiently [1] - 33:14
efforts [1] - 41:10
Eileen [1] - 14:15
either [1] - 36:15
electron [1] - 27:17
electronic [3] - 24:24, 25:20, 38:15
electronics [1] - 41:19
Elizabeth [1] - 15:19
ELIZABETH [1] - 2:22
ELLEN [1] - 11:13
ELLIS [2] - 7:3, 7:7
Ellison [3] - 20:4, 21:11, 22:2
ELM [1] - 7:25
elsewhere [1] - 36:2
EMERGENCY [1] - 10:15
employment [1] - 33:16
end [2] - 22:14, 39:8

ENERGY [3] - 4:4, 6:6, 7:23
Energy [2] - 27:7, 27:8
ENFORCEMENT [1] - 5:7
engaging [1] - 28:6
ensuing [1] - 40:22
entered [3] - 17:15, 28:3, 31:10
ENTERGY [1] - 9:17
entire [1] - 25:22
entitled [2] - 21:9, 42:19
entity [1] - 27:10
entry [2] - 37:21, 38:3
ENVIRONMENTAL [1] - 5:7
envision [1] - 41:2
envisioned [1] - 25:10
ERIKA [1] - 11:1
ERISA [1] - 20:11
Espy [2] - 15:15
ESPY [3] - 3:14, 15:15
ESQUIRE [81] - 1:18, 1:22, 2:3, 2:7, 2:11, 2:15, 2:19, 2:22, 3:3, 3:7, 3:11, 3:14, 3:15, 3:18, 3:22, 4:4, 4:8, 4:12, 4:12, 4:16, 4:19, 4:23, 4:23, 5:3, 5:4, 5:8, 5:12, 5:12, 5:16, 5:22, 6:6, 6:10, 6:13, 6:22, 7:3, 7:4, 7:7, 7:11, 7:15, 7:15, 7:19, 7:23, 7:24, 7:24, 8:4, 8:10, 8:14, 8:17, 8:21, 9:3, 9:4, 9:4, 9:13, 9:17, 9:21, 9:22, 10:4, 10:8, 10:12, 10:16, 10:20, 11:1, 11:1, 11:2, 11:2, 11:4, 11:4, 11:5, 11:5, 11:7, 11:7, 11:8, 11:8, 11:10, 11:10, 11:11, 11:11, 11:13, 11:13, 11:14, 11:14
essential [1] - 40:15
ESSENTIALLY [1] - 12:18
essentially [5] - 18:9, 24:17, 36:8, 40:13, 40:16
evaluate [1] - 28:5
EVANS [1] - 9:22
evidence [1] - 27:2
exactly [5] - 24:19, 24:21, 41:4, 42:1
except [1] - 21:24
EXCESS [1] - 9:21

exhibits [1] - 22:23, 41:17
existing [1] - 31:23
exists [1] - 38:24
expand [2] - 29:5, 29:19
expect [1] - 33:12
expedited [1] - 28:6
expert [2] - 23:16, 23:18
expertise [2] - 27:15, 27:18
exploded [1] - 26:16
EXPLORATION [1] - 6:19
explosion [2] - 26:14, 40:22
expressed [1] - 29:3
extent [2] - 21:8, 34:14

**F**

facilitate [1] - 30:7
fact [3] - 19:1, 23:14, 37:20
fairly [2] - 21:7, 41:13
fall [1] - 20:12
falls [1] - 32:2
FANNIN [1] - 6:10
favorite [1] - 23:24
FAYARD [2] - 4:22, 4:23
February [3] - 24:6, 40:16, 41:16
FEBRUARY [1] - 13:6
FELIPE [1] - 4:20
few [5] - 17:6, 22:17, 24:15, 26:18, 30:18
fields [3] - 34:6, 34:10, 35:7
FIFTEENTH [1] - 7:8
FIFTH [1] - 9:13
Fifth [1] - 33:1
figure [1] - 34:18
FILE [1] - 12:25
file [6] - 32:22, 36:17, 36:22, 37:14, 37:24, 38:20
filed [15] - 17:23, 18:2, 34:7, 36:16, 36:25, 38:10, 38:11, 38:13, 38:14, 38:16, 38:19, 38:22, 38:23
filings/consideration [1] - 32:16
FILINGS/
  CONSIDERATION
  [1] - 12:14

finally [2] - 20:14, 31:19
FINANCIAL [1] - 9:12
fine [2] - 19:23, 35:8
fire [1] - 40:22
firm [1] - 30:20
FIRM [2] - 4:15, 10:19
first [7] - 19:16, 27:7, 27:12, 31:21, 34:2, 35:24, 39:25
five [1] - 29:4
FL [1] - 2:8
FLANAGAN [1] - 10:16
FLANDERS [1] - 8:21
floor [1] - 25:13
FLOOR [2] - 2:23, 6:6
FLORIDA [1] - 4:24
focus [2] - 28:4, 30:21
following [1] - 34:21
FOR [23] - 1:17, 2:3, 5:7, 5:11, 5:15, 5:19, 6:3, 6:16, 7:14, 7:22, 8:7, 9:3, 9:7, 9:16, 9:20, 10:7, 10:11, 10:15, 10:19, 12:19, 12:20, 12:23, 12:25
foregoing [1] - 42:17
foresee [1] - 19:4
forgot [1] - 33:24
form [4] - 17:18, 32:16, 32:23, 33:11, 33:13, 33:18
FORM [1] - 12:14
Form [2] - 29:25, 30:2
FORMALLY [1] - 9:12
formally [2] - 40:8, 40:12
forms [3] - 33:14, 33:17, 34:6
forth [2] - 18:19, 41:11
forward [2] - 17:1, 30:5
four [1] - 17:12
fourth [1] - 20:15
FRANCIS [1] - 10:23
FRANCISCO [1] - 2:23
FRANK [2] - 3:15, 11:10
FRIDAY [3] - 1:7, 13:7, 14:2
Friday [2] - 32:3, 42:5
FRILOT [1] - 6:5
FRUGE [1] - 3:21
fully [3] - 20:7, 20:10, 41:15
function [1] - 29:1
future [1] - 35:1

**G**

G-R-A-D-Y [1] - 39:10
GAINSBURGH [1] - 4:3
Galveston [4] - 19:9, 19:11, 39:9, 39:14
gas [1] - 19:13
GASAWAY [8] - 7:7, 16:22, 23:25, 24:4, 24:13, 24:21, 25:16, 25:24
Gasaway [1] - 16:22
GAUDRY [1] - 5:22
GEIGER [1] - 10:3
Gene [1] - 38:8
general [1] - 30:1
GENERAL'S [1] - 5:11
generally [3] - 20:23, 21:2, 36:24
Geological [2] - 26:19, 27:6
GEORGE [1] - 9:21
GERALD [1] - 4:4
GILLY [1] - 9:21
GODWIN [5] - 7:23, 7:23, 8:3, 16:5, 27:23
Godwin [2] - 16:5, 27:22
GOFORTH [3] - 6:13, 6:13, 16:23
Goforth [1] - 16:23
GOING [1] - 12:22
GOTSHAL [1] - 9:12
Grady [1] - 39:10
GRAND [1] - 8:14
grant [1] - 37:7
granted [1] - 37:25
great [2] - 28:22, 32:6
greatly [1] - 22:25
Greenwald [2] - 15:21, 31:3
GREENWALD [2] - 3:11, 15:20
GREMILLION [1] - 5:22
GRETNA [1] - 5:24
GROUP [1] - 10:3
group [1] - 39:5
grow [1] - 22:21
GUERRA [1] - 3:6
guess [6] - 18:2, 28:17, 30:4, 30:13, 41:1, 41:9
Gulf [2] - 14:11, 18:18
GULF [1] - 1:5

## H

Halliburton [4] - 16:4, 16:6, 16:7, 17:22
HALLIBURTON [1] - 7:22
handful [1] - 19:7
handled [2] - 37:22, 41:18
handling [1] - 32:8
happy [3] - 24:1, 29:11, 42:2
Harris [2] - 18:24, 19:9
HAVE [1] - 13:2
HAYCRAFT [6] - 6:22, 15:25, 22:12, 23:9, 23:17, 23:21
Haycraft [2] - 15:25, 22:12
HB406 [1] - 11:19
head [2] - 18:8, 19:20
hear [2] - 32:5, 32:12
HEARD [1] - 1:12
heard [1] - 29:6
hearing [11] - 21:13, 31:24, 31:25, 36:10, 36:11, 36:13, 36:17, 36:25, 37:2, 37:4, 37:10
HEARING [2] - 12:20, 12:21
HEARING................ [1] - 12:23
heavy [1] - 25:11
HEIMANN [1] - 2:22
hereby [1] - 42:16
HERMAN [11] - 1:21, 1:22, 14:23, 29:17, 30:11, 30:18, 31:2, 33:8, 33:22, 34:1
Herman [9] - 14:23, 28:14, 29:16, 29:17, 33:7, 33:8, 33:20, 35:6, 38:9
HEYDER [1] - 11:1
HIGGINS [1] - 5:22
HIGHWAY [1] - 3:19
HOLDINGS [3] - 6:3, 6:20, 9:8
HOLTHAUS [1] - 3:21
HONEYCUTT [2] - 4:22, 4:23
Honor [57] - 14:21, 14:23, 14:25, 15:2, 15:5, 15:6, 15:9, 15:11, 15:15, 15:18, 15:20, 15:24, 16:1, 16:5, 16:10, 16:11, 16:13, 16:14, 16:16,

16:20, 16:22, 16:23, 17:10, 17:20, 18:16, 18:20, 18:25, 19:11, 19:20, 20:3, 20:5, 22:3, 23:9, 23:17, 23:21, 23:25, 24:16, 24:22, 26:5, 27:20, 27:23, 28:2, 28:12, 28:14, 28:19, 29:15, 29:18, 29:22, 31:2, 31:9, 32:13, 34:1, 35:4, 38:6, 39:8, 39:16, 40:2
Honor's [1] - 32:9
HONORABLE [1] - 1:12
hope [4] - 33:11, 33:18, 34:16, 34:24
hopefully [5] - 19:25, 29:10, 29:12, 29:19, 30:7
Horizon [5] - 14:11, 26:15, 36:5, 40:22, 40:23
HORIZON [1] - 1:4
HOUSTON [9] - 3:4, 4:20, 6:11, 6:14, 7:19, 7:20, 8:5, 9:5, 10:21
HUGH [1] - 9:3
Hugh [1] - 16:20
hundred [2] - 30:15, 30:19
hundreds [1] - 29:6

## I

I................................ [1] - 13:3
idea [1] - 32:6
identify [3] - 14:19, 30:5, 38:9
II [2] - 41:2, 41:5
II................................ ............... [1] - 13:4
III [2] - 10:4, 41:8
III................................ ............... [1] - 13:5
IL [1] - 7:5
important [2] - 24:13, 35:5
impression [3] - 30:16, 35:16, 36:21
impressive [1] - 25:8
IMPREVENTO [1] - 2:14
IN [3] - 1:4, 1:5, 12:25
INC [16] - 6:4, 6:5, 6:16, 6:18, 6:19,

6:20, 6:22, 7:23, 9:8, 9:8, 9:10, 9:10, 9:11, 9:12, 10:3, 10:7
incident [4] - 18:22, 41:1, 41:11
included [4] - 30:21, 31:4, 34:10
INCLUDING [1] - 12:19
including [2] - 31:16, 36:9
incredible [1] - 23:4
incredibly [1] - 22:15
individual [1] - 21:18
information [1] - 30:19
informed [1] - 27:23
initiation [1] - 40:24
injuries [2] - 19:11, 33:17
injury [5] - 17:25, 18:18, 18:22, 18:23, 28:19
input [1] - 36:21
instead [1] - 27:17
INSURANCE [1] - 12:13
insurance [3] - 31:8, 31:23, 32:15
intend [1] - 41:15
intense [1] - 22:15
interested [1] - 33:10
INTERESTS [1] - 5:11
interfere [1] - 20:1
INTERNATIONAL [3] - 7:14, 9:11, 10:7
interpleader [1] - 31:20
Interstate [1] - 25:5
introduce [1] - 14:17
introduced [1] - 41:19
investors [1] - 21:18
invite [1] - 31:1
involved [2] - 19:11, 32:10
involving [1] - 17:22
IS [2] - 12:22, 13:7
issue [8] - 28:15, 29:15, 32:17, 33:25, 35:22, 35:23, 37:8, 40:10
ISSUE... [1] - 12:14
ISSUE.... [1] - 12:15
issued [6] - 17:6, 17:12, 17:20, 17:24, 26:6, 40:8
ISSUED [1] - 13:2
issues [10] - 17:3, 26:2, 30:1, 36:7, 40:19, 41:5, 41:7,

41:9, 41:20
issuing [1] - 32:21
IT [1] - 12:23
ITEMS [1] - 12:3
ITS [1] - 5:21

## J

JACKSON [1] - 3:16
JACOBSEN [1] - 11:8
JAMES [3] - 1:18, 8:14, 9:4
JEFFERSON [3] - 1:19, 5:20, 10:13
Jeffrey [1] - 15:2
JEFFREY [1] - 2:15
JELKS [1] - 11:4
Jenny [1] - 16:3
JENNY [3] - 7:24
Jim [3] - 14:21, 16:10, 31:3
JIMMY [1] - 3:3
jitters [1] - 37:14
JOCHUM [1] - 11:1
Joe [1] - 18:2
JOHN [1] - 4:12
John [1] - 39:10
joinders [2] - 17:18, 32:23
joint [2] - 34:3, 35:7
JONATHAN [1] - 4:16
Jones [1] - 15:12
JONES [3] - 4:12, 10:12, 15:12
JR [3] - 3:18, 4:23, 9:17
JUDGE [1] - 1:13
judge [3] - 19:18, 19:24, 39:10
Judge [15] - 15:7, 15:14, 15:16, 15:22, 17:4, 18:24, 19:1, 20:4, 21:11, 22:2, 22:18, 23:3, 32:18, 33:11, 42:4
judgement [1] - 31:15
judges [2] - 29:3, 39:14
judgment [1] - 31:14
judgments [1] - 31:17
Judicial [2] - 17:11, 20:14
judicial [1] - 18:12
JULIE [1] - 11:1
July [5] - 17:12, 17:21, 20:6, 26:7, 28:2
June [3] - 18:24, 19:3, 20:8
JUSTICE [1] - 5:8

## K

KANNER [2] - 5:16, 5:16
Kat [1] - 16:25
KATZ [1] - 1:21
keep [4] - 24:5, 31:3, 35:5, 37:15
KELLY [1] - 11:13
kept [1] - 27:23
Kerry [2] - 16:14, 38:6
KERRY [1] - 6:6
kind [8] - 17:18, 18:21, 19:24, 29:23, 30:25, 31:3, 34:2, 39:2
kinks [1] - 33:11
Kirby [1] - 16:8
KIRBY [2] - 8:17, 16:8
KIRKLAND [2] - 7:3, 7:7
Klick [1] - 31:3
known [1] - 40:25
KRAUS [1] - 11:7
KUCHLER [3] - 8:9, 8:10, 16:9
Kuchler [1] - 16:9
KULLMAN [1] - 2:10
Ky [1] - 16:8
KY [1] - 8:17

## L

L.L.C [1] - 9:3
L.P [1] - 10:12
LA [23] - 1:19, 1:23, 2:12, 3:19, 3:23, 4:5, 4:9, 4:17, 4:24, 5:5, 5:17, 5:24, 6:7, 6:24, 7:16, 8:11, 9:18, 9:23, 10:5, 10:9, 10:13, 10:17, 11:19
lab [1] - 27:7
LABORDE [2] - 10:3, 10:7
LAFAYETTE [3] - 1:19, 10:9, 10:13
LAKE [1] - 4:9
LAMAR [1] - 8:4
LANGAN [26] - 7:3, 16:1, 17:10, 18:5, 18:16, 19:10, 19:17, 19:20, 20:3, 20:5, 20:23, 21:12, 28:2, 28:19, 29:8, 29:14, 31:9, 32:6, 32:13, 35:4, 35:19, 39:8, 39:16, 39:19, 40:2, 40:4

**Langan** [6] - 16:1, 17:10, 21:5, 31:9, 35:3, 39:6
**LANGLOIS** [1] - 5:22
**LAPEROUSE** [1] - 10:3
**large** [3] - 25:2, 25:5, 25:16
**largest** [1] - 25:2
**LASALLE** [1] - 7:4
**last** [10] - 17:7, 17:12, 23:25, 24:4, 26:7, 34:11, 37:19, 37:21, 37:22, 38:7
**LATE** [1] - 12:25
**late** [1] - 37:24
**LAURIN** [1] - 11:8
**law** [1] - 25:8
**LAW** [3] - 4:15, 10:19, 10:24
**LAWN** [1] - 2:19
**LAWRENCE** [1] - 11:14
**LAWTAN** [1] - 11:5
**lawyer** [4] - 30:9, 30:25, 34:22, 36:2
**lawyers** [2] - 29:23, 30:17
**layer** [1] - 31:21
**least** [7] - 29:13, 30:14, 30:18, 33:12, 34:4, 34:11, 34:25
**LEAVE** [1] - 12:25
**leave** [2] - 37:23, 38:20
**left** [2] - 21:15, 30:4
**legal** [1] - 35:10
**LEMOINE** [1] - 10:12
**LEO** [1] - 10:4
**letters** [1] - 36:15
**LEVIN** [1] - 2:6
**LEWIS** [4] - 2:10, 6:13, 6:22, 9:3
**LexisNexis** [1] - 38:14
**LEXISNEXIS** [1] - 11:16
**liability** [1] - 41:9
**liaison** [4] - 14:18, 16:12, 28:23, 40:9
**LIAISON** [1] - 1:17
**LIEFF** [1] - 2:22
**LIFE** [1] - 2:11
**light** [1] - 33:1
**limitation** [4] - 34:6, 37:24, 38:10, 38:13
**LIMITATION**...............
..............................
[1] - 13:1
**limited** [4] - 28:6, 28:9, 28:17, 29:25

**LIMITED** [1] - 6:21
**lines** [2] - 29:18, 29:22
**link** [1] - 36:4
**LISKOW** [1] - 6:22
**list** [1] - 31:4
**listening** [1] - 14:13
**literally** [1] - 25:12
**litigation** [1] - 25:3
**LLC** [5] - 6:3, 8:9, 9:9, 9:9, 10:16
**LLP** [1] - 7:10
**LMRP** [1] - 25:17
**location** [1] - 24:14
**locations** [1] - 24:23
**LOG** [1] - 12:16
**log** [1] - 36:3
**looked** [1] - 18:9
**looking** [2] - 25:16, 25:21
**looks** [1] - 17:6
**loop** [1] - 31:5
**loose** [1] - 39:8
**LOS** [1] - 8:15
**loss** [1] - 40:21
**LOUISIANA** [5] - 1:1, 1:7, 5:16, 5:20, 9:5
**Louisiana** [2] - 42:15, 42:16
**LP** [1] - 8:8
**LUNDY** [4] - 4:7, 4:8, 15:11
**Lundy** [1] - 15:11
**LUTHER** [1] - 5:12
**Luther** [1] - 14:25
**LUXENBERG** [1] - 3:10

# M

**M-I** [2] - 16:19, 16:21
**Macondo** [2] - 40:21, 40:25
**magistrate** [1] - 29:3
**Magistrate** [1] - 39:5
**mail** [3] - 31:5, 37:16, 39:4
**mails** [1] - 36:15
**MAIN** [1] - 3:22
**MAJOR** [1] - 7:24
**MANAGEMENT** [1] - 9:8
**management** [1] - 28:1
**Management** [2] - 28:3, 31:23
**MANAGEMENT**........
........ [1] - 12:12
**manager** [1] - 34:5
**managing** [1] - 23:4

**MANGES** [1] - 9:12
**MARINE** [3] - 9:9, 9:10, 9:11
**Martinez** [1] - 16:3
**MARTINEZ** [2] - 7:24, 16:3
**MASTER** [1] - 10:23
**master** [2] - 24:9, 28:25
**material** [1] - 21:23
**Matt** [1] - 15:11
**matter** [5] - 24:18, 35:12, 36:12, 37:1, 42:19
**MATTER** [1] - 12:22
**MATTHEW** [1] - 4:8
**MAYEAUX** [1] - 10:8
**MAZE** [1] - 5:12
**McALOON** [1] - 10:4
**MCCUTCHEN** [2] - 8:13, 8:17
**MCGOVERN** [1] - 10:23
**McGovern** [1] - 24:10
**MCKINNEY** [1] - 7:20
**MCLEOD** [1] - 9:22
**MDL** [7] - 10:19, 12:8, 14:10, 20:4, 36:5, 36:23
**mean** [6] - 34:18, 35:11, 35:15, 37:3, 37:9, 40:3
**means** [2] - 29:12, 37:9
**meant** [2] - 30:15, 33:23
**MECHANICAL** [1] - 11:21
**mechanics** [2] - 41:17, 41:21
**media** [1] - 38:15
**mediate** [1] - 29:20
**mediation** [1] - 28:7
**mediations** [1] - 29:4
**mediator** [1] - 28:13
**medical** [1] - 31:19
**meeting** [1] - 28:23
**MEKEL** [1] - 5:4
**members** [1] - 14:19
**mention** [1] - 40:8
**mentioned** [4] - 29:19, 31:22, 33:2, 40:9
**Merit** [1] - 42:14
**met** [1] - 16:25
**metal** [2] - 24:23, 25:19
**METHOFF** [1] - 10:19
**METHVIN** [1] - 4:11
**MEUNIER** [2] - 4:3,

4:4
**MEXICO** [1] - 1:5
**Mexico** [1] - 14:11
**MI** [1] - 9:3
**Michael** [1] - 15:17
**MICHAEL** [2] - 3:22, 10:12
**Michoud** [5] - 24:7, 24:18, 24:19, 24:22, 25:4
**microphone** [1] - 14:15
**microscopes** [1] - 27:17
**mics** [1] - 14:16
**might** [4] - 26:20, 26:23, 33:10, 38:4
**MIKAL** [1] - 3:7
**Mikal** [1] - 15:7
**Mike** [2] - 15:15, 16:13
**MILES** [1] - 4:11
**Miller** [3] - 16:14, 38:3, 38:6
**MILLER** [4] - 6:6, 16:14, 38:6, 39:4
**million** [1] - 22:20
**MILTON** [1] - 11:16
**mind** [3] - 35:5, 37:16, 40:10
**minor** [1] - 35:23
**minute** [1] - 29:18
**miss** [1] - 16:18
**mistake** [1] - 35:13
**misunderstood** [1] - 30:16
**MITCHELL** [1] - 2:6
**MOBILE** [1] - 2:4
**modification** [1] - 35:14
**MOEX** [3] - 8:8, 8:9, 31:13
**MONAGO** [1] - 11:10
**monitor** [1] - 21:22
**MONTGOMERY** [3] - 4:13, 5:13, 9:16
**month** [5] - 24:1, 24:2, 24:4, 26:7, 39:14
**monthly** [1] - 32:2
**MONTHLY** [1] - 1:12
**months** [5] - 22:16, 22:17, 22:24, 22:25, 26:18
**MONTOYA** [1] - 11:2
**MORGAN** [3] - 3:14, 9:3
**morning** [42] - 14:8, 14:23, 14:25, 15:2, 15:5, 15:6, 15:7, 15:9, 15:11, 15:12, 15:14, 15:15, 15:16,

15:18, 15:20, 15:22, 16:1, 16:3, 16:5, 16:10, 16:11, 16:14, 16:16, 16:20, 16:24, 17:2, 18:8, 21:19, 21:20, 22:12, 22:19, 23:25, 26:5, 28:23, 31:22, 32:4, 33:3, 33:12, 33:24, 37:19, 40:7, 40:10
**MORRIS** [2] - 5:3, 5:3
**MOSKOWITZ** [1] - 11:13
**most** [2] - 23:1, 38:11
**mostly** [2] - 18:17, 18:22
**motion** [19] - 20:7, 20:9, 20:11, 20:22, 31:25, 32:24, 35:10, 36:16, 36:22, 36:23, 36:25, 37:2, 37:4, 37:7, 37:9, 37:12, 37:13, 38:3
**MOTIONS** [3] - 12:18, 12:19, 12:25
**motions** [10] - 31:13, 31:15, 31:24, 36:9, 36:15, 37:18, 37:21, 37:23, 38:20
**MOTIONS**................
....................... [1] -
12:24
**moved** [1] - 24:22
**MR** [82] - 14:21, 14:23, 14:25, 15:2, 15:4, 15:5, 15:6, 15:7, 15:9, 15:11, 15:12, 15:13, 15:14, 15:15, 15:16, 15:22, 15:24, 15:25, 16:1, 16:5, 16:7, 16:10, 16:11, 16:13, 16:14, 16:20, 16:22, 16:23, 17:10, 18:5, 18:16, 19:10, 19:17, 19:20, 20:3, 20:5, 20:23, 21:12, 21:17, 21:20, 22:3, 22:6, 22:8, 22:12, 23:9, 23:17, 23:21, 23:25, 24:4, 24:13, 24:21, 25:16, 25:24, 26:5, 27:6, 27:12, 27:16, 27:20, 27:23, 28:2, 28:19, 29:8, 29:14, 29:17, 30:11, 30:18, 31:2, 31:9, 32:6, 32:13, 33:8, 33:22, 34:1, 35:4, 35:19, 38:6, 39:4, 39:8, 39:16, 39:19,

40:2, 40:4
**MS** [8] - 3:16, 15:18, 15:20, 16:3, 16:8, 16:9, 16:16, 16:19
**multiple** [1] - 24:23
**MUNICIPALITIES** [1] - 5:21
**MURRAY** [1] - 11:10

# N

**N.W** [1] - 7:8
**name** [1] - 19:18
**NATIONAL** [1] - 9:16
**National** [1] - 27:7
**natural** [1] - 19:13
**naturally** [1] - 26:20
**NC** [1] - 10:25
**near** [1] - 35:1
**necessarily** [1] - 36:2
**necessary** [1] - 23:15
**need** [5] - 23:22, 28:12, 37:14, 41:19, 41:20
**needed** [2] - 32:22
**needs** [1] - 34:14
**NEUNER** [1] - 10:7
**neutral** [1] - 34:8
**never** [1] - 38:14
**new** [2] - 27:8, 31:4
**NEW** [19] - 1:7, 1:23, 2:12, 3:12, 4:5, 4:17, 5:5, 5:17, 6:7, 6:24, 7:16, 8:11, 8:22, 9:14, 9:18, 9:23, 10:5, 10:17, 11:19
**NEXT** [1] - 13:7
**next** [6] - 19:3, 22:17, 24:6, 32:2, 34:16, 42:5
**nine** [2] - 26:22, 26:25
**nineteen** [1] - 18:18
**NO** [2] - 1:6, 12:21
**nobody** [2] - 24:11, 37:7
**nonparties** [1] - 40:20
**NORFOLK** [1] - 2:16
**normal** [1] - 31:25
**NORTH** [4] - 6:18, 6:18, 6:20, 6:21
**NOT** [2] - 12:20, 13:2
**NOTE** [1] - 42:5
**note** [2] - 20:17, 22:20
**noted** [1] - 18:20
**nothing** [1] - 19:25
**noticed** [1] - 36:9
**NOTICED** [1] - 12:19
**November** [1] - 23:19
**number** [5] - 22:21,

28:10, 35:21, 37:23, 39:11
**numbered** [1] - 42:19
**NW** [2] - 7:11, 8:18
**NY** [3] - 3:12, 8:22, 9:14

# O

**O'BRIEN'S** [1] - 9:7
**O'KEEFE** [1] - 1:22
**O'Rourke** [2] - 15:4, 26:5
**O'ROURKE** [7] - 5:8, 15:4, 26:5, 27:6, 27:12, 27:16, 27:20
**OAK** [1] - 2:19
**OAKWOOD** [1] - 5:23
**objection** [1] - 18:3
**objective** [1] - 34:8
**obviously** [1] - 21:9
**occurred** [2] - 33:20, 35:24, 36:14
**occurring** [1] - 26:20
**occurs** [1] - 37:11
**October** [2] - 19:14, 39:10
**OF** [13] - 1:1, 1:5, 1:12, 5:7, 5:8, 5:15, 5:19, 5:20, 10:24, 10:24, 12:9, 12:12, 12:14
**offhand** [1] - 19:18
**OFFICE** [2] - 4:13, 5:11
**Official** [2] - 42:15, 42:24
**OFFICIAL** [1] - 11:18
**officially** [1] - 20:16
**OFFSHORE** [3] - 6:4, 8:9, 9:9
**Offshore** [1] - 19:14
**OIL** [2] - 1:4, 1:4
**oil** [4] - 14:10, 19:11, 40:24, 41:10
**Oil** [1] - 14:11
**ON** [5] - 1:5, 12:9, 12:15, 12:16, 13:6
**ONE** [6] - 6:23, 7:19, 10:4, 10:8, 10:20
**one** [19] - 18:21, 18:23, 19:9, 19:10, 19:16, 21:22, 23:24, 24:24, 29:2, 30:13, 31:25, 34:10, 35:7, 37:20, 38:8, 40:14, 40:17, 41:23, 42:1
**ongoing** [2] - 33:24, 34:24

**ONGOING** [1] - 12:15
**Opportunity** [4] - 27:25, 28:5, 28:18, 29:5
**OPPORTUNITY** [1] - 12:12
**oppose** [2] - 37:12, 37:13
**opposed** [1] - 37:7
**opposite** [1] - 37:11
**opposition** [2] - 37:5, 37:14
**OPPOSITIONS** [1] - 12:21
**oppositions** [1] - 36:11
**OR** [2] - 12:20, 12:23
**ORDER** [3] - 12:6, 12:18, 14:4
**Order** [3] - 28:3, 31:23, 36:8
**order** [14] - 17:9, 17:24, 17:25, 27:2, 29:22, 30:3, 32:21, 33:1, 34:11, 34:25, 36:5, 36:7, 37:8, 41:12
**orders** [5] - 17:7, 17:13, 17:14, 17:21, 36:6
**ORDERS........................................** [1] - 12:5
**ordinary** [1] - 31:18
**ORLEANS** [16] - 1:7, 1:23, 2:12, 4:5, 4:17, 5:5, 5:17, 6:7, 6:24, 7:16, 8:11, 9:18, 9:23, 10:5, 10:17, 11:19
**outfit** [1] - 27:4
**own** [1] - 21:10

# P

**P.O** [1] - 5:9
**page** [1] - 36:4
**PAGE** [1] - 12:3
**pages** [2] - 22:20, 23:10
**paid** [2] - 29:12, 29:14
**PALMINTIER** [3] - 3:21, 3:22, 15:16
**Palmintier** [1] - 15:17
**PAN** [1] - 2:11
**Panel** [7] - 17:11, 17:12, 17:20, 17:22, 18:1, 20:14
**PAPANTONIO** [1] -

2:6
**paper** [1] - 22:20
**papers** [1] - 31:16
**PARISH** [1] - 5:19
**PARSIOLA** [1] - 3:18
**part** [2] - 20:16, 27:7
**participating** [1] - 21:24
**particular** [1] - 34:22
**particularly** [1] - 41:9
**parties** [11] - 20:12, 20:19, 20:20, 26:10, 26:22, 26:25, 30:6, 31:11, 32:18, 40:20
**partner** [1] - 31:3
**PARTNERS** [1] - 10:16
**parts** [4] - 24:23, 24:24, 25:19, 25:20
**party** [2] - 18:5, 36:16
**pass** [1] - 14:16
**past** [1] - 22:24
**Paul** [1] - 15:9
**PAUL** [1] - 2:11
**pays** [1] - 24:8
**PENDING** [2] - 12:24, 12:25
**pending** [8] - 18:17, 20:22, 24:6, 37:18, 37:23, 37:24, 38:2
**PENNSYLVANIA** [1] - 7:11
**PENSACOLA** [1] - 2:8
**people** [10] - 14:13, 14:17, 26:16, 30:4, 32:22, 33:13, 33:14, 33:17, 36:20, 37:6
**PEPPER** [1] - 11:18
**Pepper** [3] - 42:13, 42:22, 42:23
**percentage** [1] - 23:7
**perfect** [1] - 25:10
**perhaps** [1] - 21:12
**period** [2] - 22:15, 41:3
**periods** [1] - 40:25
**permission** [3] - 26:8, 26:18, 27:2
**person** [2] - 36:1, 37:11
**personal** [4] - 17:24, 18:18, 28:19, 33:17
**personally** [1] - 19:2
**PETOSA** [1] - 3:15
**PETROLEUM** [2] - 8:7, 10:8
**PHASE** [3] - 13:3, 13:4, 13:5
**Phase** [4] - 40:19, 41:2, 41:5, 41:8

**phase** [2] - 41:1, 41:2
**phases** [2] - 40:17, 40:18
**PHELPS** [1] - 9:21
**Phil** [2] - 15:14, 15:22
**PHILIP** [2] - 3:18, 9:17
**PHILLIP** [1] - 7:15
**phone** [2] - 14:14, 39:11
**physical** [1] - 24:18
**pick** [1] - 28:13
**pieces** [3] - 25:2, 25:17, 26:25
**PIGMAN** [1] - 7:14
**PILLSBURY** [1] - 8:20
**pilot** [1] - 29:19
**PINHOOK** [1] - 10:9
**PITTMAN** [1] - 8:20
**place** [3] - 24:5, 24:24, 25:10
**PLACE** [1] - 9:22
**plaintiff** [4] - 14:21, 14:24, 29:23, 34:22
**Plaintiff** [2] - 29:25, 30:1
**plaintiff's** [1] - 33:9
**PLAINTIFFS** [1] - 2:3
**plaintiffs** [8] - 15:19, 29:17, 29:24, 30:21, 33:8, 33:9, 34:12, 34:17
**PLAINTIFFS'** [1] - 1:17
**Plaintiffs'** [1] - 15:17
**plan** [5] - 28:15, 34:16, 40:9, 40:14, 40:15
**PLAN** [1] - 13:2
**pleading** [1] - 35:12
**pleadings** [4] - 20:13, 31:14, 31:16, 31:20
**pleasantly** [1] - 41:24
**PLETCHER** [1] - 11:11
**point** [2] - 24:13, 28:13
**pointed** [1] - 32:1
**POLITICAL** [1] - 5:21
**POLK** [1] - 8:9
**portable** [1] - 14:16
**PORTIS** [1] - 4:11
**position** [2] - 35:10, 35:12
**post** [2] - 18:22, 36:6
**POST** [1] - 4:13
**potential** [1] - 26:12
**potentially** [2] - 28:6, 29:6
**powder** [1] - 27:13
**POYDRAS** [9] - 2:12, 4:5, 5:4, 6:7, 6:23,

8:11, 9:18, 10:5, 11:19
**PPFs** [1] - 33:15
**practice** [1] - 20:22
**predominantly** [1] - 34:17
**preference** [1] - 32:12
**PREIS** [1] - 11:8
**prejudice** [2] - 32:25
**PRESENT** [1] - 11:1
**presented** [2] - 41:17, 41:19
**PRESENTMENT** [1] - 12:15
**presentment** [4] - 33:25, 34:13, 34:22, 35:8
**preservation** [2] - 24:14, 26:2
**pretrial** [2] - 17:6, 36:5
**PRETRIAL** [2] - 12:5, 12:18
**Pretrial** [1] - 36:8
**pretty** [5] - 17:2, 23:2, 23:4, 23:11, 41:8
**private** [1] - 38:13
**privately** [1] - 28:14
**problem** [4] - 19:5, 32:11, 33:4, 35:23
**PROCEEDINGS** [3] - 1:12, 11:21, 14:1
**proceedings** [2] - 42:7, 42:18
**process** [6] - 23:18, 28:7, 30:21, 31:12, 34:19, 34:21
**PROCTOR** [2] - 2:7
**produced** [2] - 20:24, 22:21
**PRODUCED** [1] - 11:22
**producing** [1] - 28:8
**PRODUCTION** [2] - 6:17, 6:20
**productive** [2] - 22:24, 35:9
**PRODUCTS** [1] - 6:21
**Professor** [1] - 24:10
**PROFESSOR** [1] - 10:23
**Profile** [2] - 29:25, 30:2
**program** [4] - 28:5, 29:10, 29:19, 30:8
**progress** [1] - 42:2
**prompts** [1] - 36:18
**properly** [2] - 38:11, 38:22
**proposed** [6] - 26:24, 27:8, 27:9, 33:13,

34:25, 40:13
**protocol** [2] - 24:5, 24:14
**protocols** [4] - 26:24, 26:25, 27:3, 27:9
**provided** [1] - 26:21
**PSC** [13] - 15:3, 15:5, 15:6, 15:8, 15:10, 15:11, 15:12, 15:13, 15:14, 15:15, 15:21, 28:3, 38:9
**PUBLIC** [1] - 12:16
**public** [5] - 35:25, 36:1, 36:3, 36:7, 38:13
**put** [5] - 25:11, 31:5, 37:2, 37:20, 39:1
**putting** [1] - 39:1

## Q

**quantification** [1] - 41:6
**quickly** [1] - 33:13
**quite** [1] - 25:8
**quote** [1] - 36:16

## R

**Rachel** [1] - 16:17
**RACHEL** [1] - 6:10
**radar** [1] - 32:17
**RAFFERTY** [1] - 2:7
**Ranger** [1] - 19:14
**RANSON** [1] - 5:22
**rapidly** [1] - 17:2
**RD** [1] - 10:9
**re** [1] - 14:10
**RE** [1] - 1:4
**reach** [2] - 19:24, 30:24
**reached** [1] - 24:15
**ready** [2] - 28:24, 38:18
**real** [2] - 17:3, 22:13
**really** [4] - 24:7, 25:17, 33:19, 35:21, 37:14
**Realtime** [2] - 42:13, 42:23
**REALTIME** [1] - 11:18
**reason** [3] - 27:10, 37:25, 40:11
**recent** [1] - 33:1
**recently** [1] - 18:1
**reception** [1] - 21:23
**record** [2] - 22:22, 42:18
**RECORDED** [1] -

11:21
**records** [2] - 33:16
**REDDEN** [1] - 7:18
**regarding** [2] - 21:5, 41:21
**Registered** [1] - 42:13
**REICH** [2] - 4:19, 4:19
**relates** [1] - 26:13
**RELATES** [1] - 1:9
**relating** [2] - 17:13, 41:6
**release** [2] - 19:13, 40:24
**relevant** [1] - 40:21
**relief** [1] - 31:16
**remember** [5] - 25:2, 25:4, 25:7, 25:23, 30:9
**remind** [1] - 35:22
**reminding** [1] - 29:23
**removed** [1] - 18:11
**replaced** [1] - 16:25
**REPORT** [2] - 12:6, 12:9
**report** [8] - 17:9, 17:11, 18:13, 18:19, 22:10, 24:1, 26:21, 31:10
**reported** [3] - 20:6, 23:25, 26:9
**Reporter** [6] - 42:13, 42:14, 42:15, 42:23, 42:24
**REPORTER** [2] - 11:18, 11:18
**REPORTER'S** [2] - 42:5, 42:11
**reports** [1] - 23:16
**represented** [1] - 30:13
**representing** [1] - 30:20
**requested** [1] - 29:23
**requires** [1] - 32:24
**resolution** [1] - 30:7
**respect** [2] - 17:11, 21:24
**responded** [1] - 31:15
**responder** [2] - 16:12, 37:21
**response** [1] - 19:12
**RESPONSE** [2] - 9:7, 9:16
**responsive** [1] - 31:20
**result** [2] - 19:12, 41:10
**results** [1] - 26:9
**resume** [1] - 41:5
**rework** [1] - 33:2
**Rhon** [1] - 15:12

**RHON** [1] - 4:12
**RICHARD** [1] - 11:7
**RICHESON** [1] - 8:10
**Rig** [1] - 14:11
**RIG** [1] - 1:4
**rise** [1] - 14:7
**RMR** [2] - 11:18, 42:23
**roads** [2] - 25:12, 25:13
**Rob** [1] - 16:22
**ROBERT** [2] - 2:3, 7:7, 7:11
**Robert** [1] - 15:13
**ROBIN** [1] - 3:11
**Robin** [2] - 15:21, 31:3
**rocket** [1] - 25:6
**rocks** [6] - 26:13, 26:16, 26:19, 26:20, 26:22, 27:14
**Rondon** [2] - 18:24, 19:1
**RONQUILLO** [2] - 7:23, 8:3
**ROOM** [1] - 11:19
**ROUGE** [1] - 3:23
**round** [2] - 26:12, 27:8
**Roy** [1] - 14:21
**ROY** [3] - 1:17, 1:18, 14:21
**Rule** [2] - 20:22, 33:2
**running** [1] - 19:12
**RUSNAK** [1] - 3:3
**RYAN** [2] - 7:4, 11:14

## S

**s/Cathy** [1] - 42:22
**SAN** [3] - 2:23, 3:8, 4:20
**SANDRA** [1] - 11:4
**satisfied** [2] - 34:20, 34:21
**SAY** [1] - 12:22
**scanning** [1] - 27:16
**schedule** [2] - 20:12, 32:9
**SCHEDULED** [1] - 13:6
**scheduled** [3] - 22:17, 22:18, 41:15
**scheduling** [2] - 23:18, 31:24
**SCHELL** [1] - 8:9
**school** [1] - 25:8
**SCHOOL** [1] - 10:24
**SCIENCE** [1] - 10:24
**Scofield** [1] - 16:19
**SCOFIELD** [2] - 9:4, 16:19

**SCOTT** [1] - 2:19
**Scott** [1] - 15:5
**screen** [1] - 17:7
**SEACOR** [6] - 9:8, 9:9, 9:9, 9:10, 9:10, 9:11
**seated** [1] - 14:8
**second** [1] - 33:9
**SECREST** [1] - 7:18
**SECTION** [1] - 5:7
**securities** [2] - 20:6, 21:1
**see** [3] - 19:24, 25:5, 27:1
**seeing** [1] - 22:18
**segment** [2] - 20:6, 20:9
**segregate** [1] - 26:19
**segregated** [1] - 40:17
**selected** [1] - 28:4
**send** [2] - 31:5, 42:3
**sense** [2] - 32:3, 32:4
**sent** [3] - 17:23, 18:1, 27:9
**separate** [2] - 29:25, 30:1
**SEPTEMBER** [1] - 13:7
**September** [6] - 28:11, 31:25, 32:5, 32:12, 38:18, 42:6
**serious** [1] - 35:22
**SERVICE** [1] - 5:22
**SERVICES** [2] - 7:23, 10:16
**session** [2] - 14:7, 17:21
**SET** [2] - 12:20, 12:23
**set** [10] - 18:19, 18:21, 18:23, 19:7, 36:10, 36:12, 36:17, 37:4, 37:10
**setting** [2] - 19:2, 39:25
**settled** [1] - 20:13
**several** [4] - 17:21, 18:1, 22:17, 29:9
**shaking** [1] - 18:8
**share** [1] - 39:2
**SHAW** [1] - 8:20
**Shea** [1] - 16:25
**SHELL** [2] - 6:23, 10:4
**short** [8] - 17:18, 22:13, 31:10, 32:16, 32:23, 33:13, 33:14, 34:6
**SHORT** [1] - 12:14
**shortly** [3] - 28:15, 33:3, 40:11
**show** [1] - 39:2
**shown** [1] - 38:25

**Shushan** [7] - 17:4, 22:18, 23:3, 32:18, 33:11, 39:5, 42:4
**SIEMENS** [1] - 9:12
**signed** [1] - 40:12
**significant** [2] - 25:19, 36:7
**significantly** [1] - 25:21
**silence** [1] - 21:13
**single** [1] - 34:3
**sinking** [1] - 40:23
**site** [1] - 36:3
**SITE** [1] - 12:16
**six** [6] - 17:13, 18:20, 22:16, 22:24, 22:25, 29:4
**skimming** [1] - 41:11
**small** [1] - 25:15
**smaller** [1] - 25:15
**Smith** [1] - 38:8
**so-called** [2] - 25:17, 26:13
**SOILEAU** [1] - 4:7
**solely** [1] - 29:25
**someone** [1] - 34:19
**sometimes** [2] - 36:16, 37:11
**somewhat** [1] - 25:14
**soon** [3] - 28:13, 33:18, 41:13
**sorry** [1] - 39:21
**sort** [7] - 19:13, 21:1, 31:17, 35:8, 37:19, 38:2, 38:25
**sorts** [1] - 24:9
**source** [1] - 41:6
**SOUTH** [3] - 2:8, 4:7, 8:14
**SPECIAL** [1] - 10:23
**special** [2] - 24:9, 28:25
**specific** [2] - 34:5, 34:14
**SPECIFICALLY** [1] - 12:22
**specifically** [1] - 36:11
**Spill** [1] - 14:10
**SPILL** [1] - 1:4
**spill** [1] - 19:11
**spoken** [1] - 19:1
**spreadsheet** [3] - 19:22, 38:25, 39:13
**SPRINGS** [1] - 4:24
**SQUARE** [2] - 6:23, 10:4
**SR** [1] - 11:10
**St** [1] - 18:2
**ST** [1] - 10:17

**stack** [1] - 25:18
**staff** [1] - 38:9
**STAFFORD** [1] - 11:16
**stand** [1] - 25:6
**Standard** [1] - 42:6
**STANDARD** [1] - 13:8
**standardized** [1] - 33:15
**START** [1] - 13:6
**start** [2] - 14:18, 41:15
**started** [1] - 31:11
**starting** [1] - 23:18
**STATE** [4] - 5:11, 5:15, 5:20, 12:7
**State** [2] - 39:13, 42:14
**state** [5] - 18:15, 18:17, 18:20, 21:6, 39:25
**states** [2] - 15:1, 36:9
**STATES** [4] - 1:1, 1:13, 5:7, 12:18
**States** [6] - 15:4, 18:18, 26:6, 26:19, 42:15, 42:24
**stationed** [1] - 24:11
**status** [8] - 17:9, 17:12, 22:10, 26:10, 32:2, 35:17, 38:7, 42:5
**STATUS** [3] - 1:12, 12:9, 13:7
**STATUS..........** [1] - 12:6
**statutory** [1] - 21:1
**stay** [1] - 21:1
**stayed** [2] - 20:22, 22:2
**staying** [1] - 24:18
**steering** [1] - 14:18
**Steering** [1] - 15:17
**STEFANIE** [1] - 7:24
**STENOGRAPHY** [1] - 11:21
**step** [3] - 34:2, 34:16, 36:24
**Stephanie** [1] - 14:9
**STEPHEN** [2] - 1:22, 11:10
**Sterbcow** [1] - 15:9
**STERBCOW** [3] - 2:10, 2:11, 15:9
**Steve** [5] - 14:23, 15:4, 26:5, 29:17, 33:8
**STEVEN** [1] - 5:8
**still** [5] - 20:13, 24:2, 24:3, 24:7, 41:24
**stipulation** [1] - 21:2
**STONE** [1] - 7:14
**stored** [2] - 24:20,

24:23
**Stradley** [2] - 21:18, 21:19
**STRADLEY** [6] - 10:20, 21:17, 21:20, 22:3, 22:6, 22:8
**straight** [1] - 28:20
**STRANGE** [2] - 5:12, 14:25
**Strange** [1] - 14:25
**STREET** [28] - 1:19, 2:4, 2:8, 2:12, 2:23, 3:15, 3:22, 4:5, 4:8, 4:16, 5:4, 5:17, 6:7, 6:10, 6:23, 7:8, 7:16, 7:20, 7:25, 8:11, 8:18, 9:5, 9:18, 9:23, 10:5, 10:13, 10:21, 11:19
**structure** [1] - 40:16
**SUBDIVISIONS** [1] - 5:21
**submission** [2] - 20:10, 36:10, 36:12, 36:17, 37:3, 37:5
**SUBMISSION** [2] - 12:20, 12:23
**submitted** [1] - 40:14
**successful** [1] - 29:20
**suggest** [1] - 34:2
**suit** [2] - 29:8, 29:9
**SUITE** [25] - 2:8, 2:12, 2:19, 3:8, 3:15, 3:19, 4:5, 4:20, 5:4, 5:23, 6:10, 6:14, 6:24, 7:20, 7:25, 8:4, 8:11, 8:14, 9:5, 9:18, 9:23, 10:5, 10:9, 10:13, 10:17
**SUMICH** [1] - 3:18
**summary** [3] - 31:17, 38:19, 38:20
**Summy** [1] - 15:5
**SUMMY** [2] - 2:19, 15:5
**SUPPORT** [1] - 10:7
**suppose** [1] - 32:1
**supposed** [1] - 28:10
**Survey** [2] - 26:19, 27:6
**suspension** [1] - 20:15
**SUTHERLAND** [1] - 6:9
**SW** [1] - 4:24
**systems** [1] - 36:20

**T**

**TAKE** [1] - 12:22
**talks** [1] - 31:24
**TANNER** [2] - 9:3, 16:20
**Tanner** [1] - 16:20
**TARA** [1] - 11:13
**TARTER** [1] - 9:4
**TATRICE** [1] - 11:2
**TAYLOR** [1] - 3:18
**Ted** [1] - 16:12
**terms** [2] - 19:5, 23:3, 24:19, 26:2, 29:8
**terrific** [1] - 35:9
**test** [3] - 26:24, 27:14, 30:21
**testimony** [1] - 41:18
**testing** [9] - 23:24, 24:1, 26:4, 26:11, 26:12, 27:5, 27:7, 27:8, 27:22
**TESTING...................
....................** [1] - 12:11
**TESTING...................
....................** [1] - 12:10
**tests** [3] - 26:8, 27:12
**Texas** [2] - 17:23, 18:20
**THAT** [2] - 12:18, 12:19
**THE** [74] - 1:4, 1:5, 1:12, 1:17, 2:3, 4:15, 5:7, 5:15, 5:19, 5:20, 12:16, 12:22, 12:25, 14:7, 14:8, 14:10, 14:13, 16:18, 16:24, 18:4, 18:7, 19:1, 19:16, 19:18, 19:22, 20:4, 20:21, 21:3, 21:14, 21:19, 22:1, 22:4, 22:7, 22:9, 23:2, 23:11, 23:20, 23:22, 24:3, 24:10, 24:17, 25:1, 25:22, 25:25, 27:4, 27:10, 27:15, 27:19, 27:21, 27:25, 28:16, 28:22, 29:12, 29:16, 30:9, 30:12, 30:23, 31:6, 31:22, 32:10, 32:14, 33:19, 33:23, 35:2, 35:15, 35:20, 38:25, 39:6, 39:12, 39:17, 39:24, 40:3, 40:5
**themselves** [2] - 14:17, 30:5

**THEODORE** [1] - 9:13
**they've** [1] - 27:23
**third** [1] - 40:20
**THIS** [1] - 1:9
**THOMAS** [1] - 2:6
**thousand** [2] - 29:7, 29:10
**thousands** [1] - 30:19
**three** [6] - 17:6, 28:4, 29:4, 30:20, 40:17, 40:18
**tie** [1] - 39:8
**TIME...................** [1] - 13:8
**timely** [1] - 38:22
**TO** [5] - 1:9, 12:16, 12:22, 12:25, 14:4
**today** [2] - 28:9, 30:13
**together** [4] - 34:17, 38:18, 39:1
**TOMLINSON** [1] - 4:12
**tons** [1] - 25:22
**took** [1] - 35:10
**top** [2] - 17:17, 19:20
**topics** [1] - 23:24
**total** [1] - 17:13
**TOWER** [1] - 2:15
**transcript** [1] - 42:17
**TRANSCRIPT** [2] - 1:12, 11:21
**transcripts** [1] - 23:10
**transfer** [5] - 17:9, 17:13, 17:14, 17:24, 17:25
**TRANSFER** [1] - 12:6
**transferred** [3] - 17:22, 18:6, 20:15
**TRANSOCEAN** [4] - 6:3, 6:3, 6:5, 9:20
**Transocean** [5] - 16:15, 16:17, 16:23, 31:14, 38:7
**Transocean's** [1] - 38:2
**transported** [1] - 25:12
**TRAVIS** [1] - 11:4
**trial** [17] - 18:21, 18:23, 19:14, 24:6, 39:10, 39:25, 40:9, 40:13, 40:16, 40:17, 41:3, 41:5, 41:15, 41:17, 41:18, 41:20, 41:21
**TRIAL** [2] - 13:2, 13:6
**trouble** [1] - 21:18
**true** [4] - 20:23, 21:2, 36:22, 42:17
**try** [4] - 14:14, 36:6,

41:2, 41:12
**trying** [2] - 19:5, 20:1
**TSEKERIDES** [2] -
 9:13, 16:11
**Tsekerides** [1] - 16:12
**turned** [1] - 27:13
**tweaks** [1] - 40:15
**two** [10] - 19:9, 19:10,
 23:8, 25:17, 31:20,
 32:2, 36:14, 39:17,
 40:15, 40:23
**two-day** [1] - 23:8
**TX** [11] - 2:20, 3:4, 3:8,
 4:20, 6:11, 6:14,
 7:20, 7:25, 8:5, 9:5,
 10:21
**type** [1] - 30:7
**types** [1] - 38:15

## U

**U.S** [3] - 5:8, 10:11,
 27:6
**UNDER** [1] - 12:23
**under** [10] - 17:25,
 20:10, 20:25, 21:10,
 27:2, 28:4, 28:20,
 35:16, 36:12, 36:20
**UNDERWRITERS** [1] -
 9:21
**unfold** [1] - 41:22
**United** [5] - 15:4, 26:6,
 26:19, 42:15, 42:24
**UNITED** [3] - 1:1, 1:13,
 5:7
**universe** [2] - 38:10,
 39:2
**UNIVERSITY** [1] -
 10:24
**unless** [2] - 32:11,
 41:14
**unopposed** [2] - 37:7,
 37:9
**UNTIL** [1] - 12:21
**up** [8] - 17:7, 18:14,
 21:14, 25:6, 33:21,
 34:21, 35:21, 39:8
**upholding** [1] - 17:24
**USA** [1] - 8:8

## V

**VA** [1] - 2:16
**vacated** [1] - 18:10
**various** [4] - 18:17,
 31:16, 38:15, 40:20
**verge** [1] - 32:21
**versus** [2] - 26:20,

29:9
**Vessel** [2] - 28:18,
 29:5
**vessel** [1] - 26:14
**Vessels** [2] - 27:25,
 28:4
**VESSELS** [1] - 12:12
**vessels** [1] - 29:10
**via** [1] - 22:4
**VoO** [3] - 29:25, 30:4,
 31:7

## W

**WADE** [1] - 5:22
**waiting** [1] - 27:1
**wake** [1] - 17:21
**WALKER** [2] - 2:14,
 10:12
**WALTHER** [1] - 7:14
**wants** [3] - 31:4,
 37:12, 37:13
**WARSHAUER** [1] -
 4:3
**WASHINGTON** [4] -
 5:9, 7:8, 7:12, 8:18
**watch** [1] - 24:11
**watching** [1] - 24:9
**WATERSIDE** [1] - 2:16
**WATTS** [3] - 3:6, 3:7,
 15:7
**Watts** [1] - 15:7
**WE** [1] - 12:21
**WEATHERFORD** [1] -
 10:11
**web** [2] - 36:3, 36:4
**WEB** [1] - 12:16
**weekly** [1] - 31:2
**weigh** [1] - 21:4
**WEIL** [1] - 9:12
**WEINER** [1] - 8:10
**WEITZ** [1] - 3:10
**WHEREUPON** [1] -
 42:7
**WHITELEY** [1] - 5:16
**WHITNEY** [1] - 5:23
**WILL** [1] - 13:6
**WILLIAM** [2] - 10:20,
 11:11
**WILLIAMSON** [2] -
 3:3, 3:3
**willing** [1] - 28:24
**WINTHROP** [1] - 8:20
**WITH** [1] - 12:15
**WITTMANN** [3] - 7:14,
 7:15, 15:22
**Wittmann** [1] - 15:22
**WOODWAY** [1] - 6:14
**workers** [1] - 19:12

**WORLDWIDE** [1] -
 9:10
**WRIGHT** [1] - 1:17
**writing** [1] - 41:13
**written** [5] - 18:19,
 21:23, 22:10, 31:11,
 40:9
**WRITTEN** [2] - 12:9,
 13:2
**www.laed.uscourts.
 gov** [1] - 36:4
**WWW.LAED.
 USCOURTS.GOV...
 ...............................
 ** [1] - 12:17

## Y

**year** [1] - 42:1
**years** [1] - 23:1
**yesterday** [2] - 31:14,
 36:19
**YET...** [1] - 13:2
**YOAKUM** [1] - 3:4
**York** [2] - 16:7, 18:8
**YORK** [6] - 3:12, 8:4,
 8:22, 9:14, 11:14,
 16:7
**Young** [5] - 19:14,
 39:9, 39:17, 39:19
**yourself** [1] - 14:20

## "

**"MIKE"** [1] - 7:11