1                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF LOUISIANA
2

3    *******************************************************************

4    IN RE:  OIL SPILL BY THE
     OIL RIG *DEEPWATER HORIZON*
5    IN THE GULF OF MEXICO ON
     APRIL 20, 2010
6
                              CIVIL ACTION NO. 10-MD-2179 "J"
7                             NEW ORLEANS, LOUISIANA
                              FRIDAY, AUGUST 12, 2011, 9:30 A.M.
8

9    THIS DOCUMENT RELATES TO
     ALL ACTIONS
10
     *******************************************************************
11

12          TRANSCRIPT OF DISCOVERY CONFERENCE PROCEEDINGS
              HEARD BEFORE THE HONORABLE SALLY SHUSHAN
13                UNITED STATES MAGISTRATE JUDGE

14

15   APPEARANCES:

16
     FOR THE PLAINTIFFS'
17   LIAISON COUNSEL:         DOMENGEAUX WRIGHT ROY & EDWARDS
                              BY:  JAMES P. ROY, ESQUIRE
18                            P. O. BOX 3668
                              556 JEFFERSON STREET
19                            LAFAYETTE, LA  70502

20
                              HERMAN HERMAN KATZ & COTLAR
21                            BY:  STEPHEN J. HERMAN, ESQUIRE
                              820 O'KEEFE AVENUE
22                            NEW ORLEANS, LA  70113

23
     FOR THE PLAINTIFFS:      IRPINO LAW FIRM
24                            BY:  ANTHONY IRPINO, ESQUIRE
                              ONE CANAL PLACE
25                            365 CANAL STREET, SUITE 2990
                              NEW ORLEANS, LA  70130

09:23AM

```
 1   APPEARANCES CONTINUED:

 2

 3                        WILLIAMSON & RUSNAK
                         BY:  JIMMY WILLIAMSON, ESQUIRE
 4                       4310 YOAKUM BOULEVARD
                         HOUSTON, TX  77006
 5

 6                        BREIT DRESCHER IMPREVENTO & WALKER
 7                       BY:  JEFFREY A. BREIT, ESQUIRE
                         1000 DOMINION TOWER
 8                       999 WATERSIDE DRIVE
                         NORFOLK, VA  23510
 9

10                        LEVIN PAPANTONIO THOMAS MITCHELL
11                       RAFFERTY & PROCTOR
                         BY:  BRIAN H. BARR, ESQUIRE
12                       316 SOUTH BAYLEN STREET, SUITE 600
                         PENSACOLA, FL  32502
13

14                        BARON & BUDD
15                       BY:  SCOTT SUMMY, ESQUIRE
                         3102 OAK LAWN AVENUE, SUITE 1100
16                       DALLAS, TX  75219

17

18   FOR THE FEDERAL
     GOVERNMENT INTERESTS:   U.S. DEPARTMENT OF JUSTICE
19                       TORTS BRANCH, CIVIL DIVISION
                         BY:  SARAH D. HIMMELHOCH, ESQUIRE
20                       450 GOLDEN GATE AVENUE
                         7TH FLOOR, ROOM 5395
21                       SAN FRANCISCO, CA  94102

22

23   FOR THE UNITED STATES
     OF AMERICA:             ENVIRONMENTAL ENFORCEMENT SECTION
24                       U.S. DEPARTMENT OF JUSTICE
                         BY:  STEVEN O'ROURKE, ESQUIRE
25                       P.O. BOX 7611
                         WASHINGTON, DC  20044
```

```
 1  APPEARANCES CONTINUED:

 2

 3  FOR STATE INTERESTS:     ALABAMA ATTORNEY GENERAL'S OFFICE
                             BY:  LUTHER STRANGE, ESQUIRE
 4                                COREY L. MAZE, ESQUIRE
                             500 DEXTER AVENUE
 5                           MONTGOMERY, AL   36130

 6

 7  FOR THE STATE OF
    LOUISIANA:               HENRY DART
 8                           ATTORNEYS AT LAW
                             510 NORTH JEFFERSON STREET
 9                           COVINGTON, LA   70433

10

11  FOR BP AMERICA INC.,
    BP AMERICA PRODUCTION
12  COMPANY, BP COMPANY
    NORTH AMERICA INC.,
13  BP CORPORATION NORTH
    AMERICA INC.,
14  BP EXPLORATION &
    PRODUCTION INC.,
15  BP HOLDINGS NORTH
    AMERICA LIMITED,
16  BP PRODUCTS NORTH
    AMERICA INC.:            LISKOW & LEWIS
17                           BY:  DON K. HAYCRAFT, ESQUIRE
                             ONE SHELL SQUARE
18                           701 POYDRAS STREET
                             SUITE 5000
19                           NEW ORLEANS, LA   70139

20

21                           KIRKLAND & ELLIS
                             BY:  J. ANDREW LANGAN, ESQUIRE
22                                MARK J. NOMELLINI, ESQUIRE
                                  RYAN S. BABIUCH, ESQUIRE
23                           300 N. LASALLE
                             CHICAGO, IL   60654
24

25
```

1  APPEARANCES CONTINUED:

2

3                              KIRKLAND & ELLIS
                              BY:  ROBERT R. GASAWAY, ESQUIRE
4                              655 FIFTEENTH STREET, N.W.
                              WASHINGTON, DC  20005
5

6
   FOR TRANSOCEAN HOLDINGS
7  LLC, TRANSOCEAN
   OFFSHORE DEEPWATER
8  DRILLING INC., AND
   TRANSOCEAN DEEPWATER
9  INC.:                      FRILOT
                              BY:  KERRY J. MILLER, ESQUIRE
10                             ENERGY CENTRE, 36TH FLOOR
                              1100 POYDRAS STREET
11                             NEW ORLEANS, LA  70163

12

13                             SUTHERLAND ASBILL & BRENNAN
                              BY:  RACHEL G. CLINGMAN, ESQUIRE
14                             1001 FANNIN STREET, SUITE 3700
                              HOUSTON, TX  77002
15

16

17                             GOFORTH LEWIS
                              BY:  DANIEL O. GOFORTH, ESQUIRE
                              4900 WOODWAY, SUITE 750
18                             HOUSTON, TX 77056

19

20 FOR CAMERON INTERNATIONAL
   CORPORATION:               STONE PIGMAN WALTHER WITTMANN
21                             BY:  CARMELITE M. BERTAUT, ESQUIRE
                              546 CARONDELET STREET
22                             NEW ORLEANS, LA 70130

23

24                             BECK REDDEN & SECREST
                              BY:  DAVID J. BECK, ESQUIRE
                              ONE HOUSTON CENTER
25                             1221 MCKINNEY STREET, SUITE 4500
                              HOUSTON, TX  77010

```
 1   APPEARANCES CONTINUED:

 2

 3   FOR HALLIBURTON
     ENERGY SERVICES, INC.:   GODWIN RONQUILLO
 4                            BY:  DONALD E. GODWIN, ESQUIRE
                                   JENNY L. MARTINEZ, ESQUIRE
 5                                 STEFANIE K. MAJOR, ESQUIRE
                            RENAISSANCE TOWER
 6                          1201 ELM STREET, SUITE 1700
                            DALLAS, TX  75270
 7

 8                            GODWIN RONQUILLO
                              BY:  R. ALAN YORK, ESQUIRE
 9                                 MISTY HATAWAY-CONÉ, ESQUIRE
                              1331 LAMAR, SUITE 1665
10                            HOUSTON, TX  77010

11

12   FOR ANADARKO
     PETROLEUM CORPORATION,
13   ANADARKO E&P COMPANY LP:
                              KUCHLER POLK SCHELL
14                            WEINER & RICHESON
                              BY:  DEBORAH D. KUCHLER, ESQUIRE
15                            1615 POYDRAS STREET, SUITE 1300
                              NEW ORLEANS, LA  70112
16

17

18                            BINGHAM MCCUTCHEN
                              BY:  KY E. KIRBY, ESQUIRE
                                   WARREN A. FITCH, ESQUIRE
19                            2020 K STREET, NW
                              WASHINGTON, DC  20006
20

21

22   FOR MOEX OFFSHORE
     2007 LLC:               PILLSBURY WINTHROP SHAW PITTMAN
23                           BY:  EDWARD FLANDERS, ESQUIRE
                             1540 BROADWAY
24                           NEW YORK, NY  10036

25
```

```
 1  APPEARANCES CONTINUED:

 2

 3  FOR M-I L.L.C.:          MORGAN, LEWIS & BOCKIUS
                             BY:   HUGH E. TANNER, ESQUIRE
 4                                 DENISE SCOFIELD, ESQUIRE
                                   JAMES B. TARTER, ESQUIRE
 5                           1000 LOUISIANA STREET, SUITE 4000
                             HOUSTON, TX  77002
 6

 7
    FOR MARINE SPILL
 8  RESPONSE CORPORATION:    BLANK ROME
                             BY:   ALAN M. WEIGEL, ESQUIRE
 9                           THE CHRYSLER BUILDING
                             405 LEXINGTON AVENUE
10                           NEW YORK, NY  10174

11

12  FOR O'BRIEN'S RESPONSE
    MANAGEMENT, INC.,
13  SEACOR HOLDINGS, INC.,
    SEACOR OFFSHORE LLC,
14  SEACOR MARINE, LLC,
    SEACOR WORLDWIDE, INC.,
15  SEACOR MARINE, INC.,
    SEACOR MARINE
16  INTERNATIONAL, INC.,
    AND SIEMENS FINANCIAL,
17  INC.:                    WEIL GOTSHAL & MANGES
                             BY:   THEODORE E. TSEKERIDES, ESQUIRE
18                           767 FIFTH AVENUE
                             NEW YORK, NY  10153
19

20  FOR WEATHERFORD U.S.,
    L.P.:                    JONES WALKER
21                           BY:   MICHAEL G. LEMOINE, ESQUIRE
                             600 JEFFERSON STREET, SUITE 1600
22                           LAFAYETTE, LA 70501

23

24

25
```

```
 1   APPEARANCES CONTINUED:

 2


 3   DYNAMIC AVIATION
     GROUP, INC:              GEIGER LABORDE & LAPEROUSE
 4                            BY:  LEO R. McALOON, III, ESQUIRE
                              ONE SHELL SQUARE
 5                            701 POYDRAS STREET, SUITE 4800
                              NEW ORLEANS, LA  70139
 6


 7

     FOR NATIONAL RESPONSE
 8   CORPORATION:             MONTGOMERY BARNETT
                              BY:  PHILIP S. BROOKS, JR., ESQUIRE
 9                            ENTERGY CENTRE
                              1100 POYDRAS STREET, SUITE 3300
10                            NEW ORLEANS, LA  70163

11


12   FOR TRANSOCEAN
     EXCESS UNDERWRITERS:      PHELPS DUNBAR
13                            BY:  EVANS M. MCLEOD, ESQUIRE
                              CANAL PLACE
14                            365 CANAL STREET, SUITE 2000
                              NEW ORLEANS, LA  70130
15


16

     FOR DET NORSKE VERITAS: COHEN GORMAN & PUTNAM
17                            BY:  MARK COHEN, ESQUIRE
                              1010 LAMAR STREET, SUITE 1000
18                            HOUSTON, TX  77002

19


20   FOR MDL 2185:            METHOFF LAW FIRM
                              BY:  WILLIAM STRADLEY, ESQUIRE
21                            3450 ONE ALLEN CENTER
                              500 DALLAS STREET
22                            HOUSTON, TX  77002

23

     ALSO PRESENT:            CHRISTOPHER KAUL, ESQUIRE
24                            DOUGLAS KRAUS, ESQUIRE

25
```

09:53AM

```
 1   APPEARANCES CONTINUED:

 2

 3   OFFICIAL COURT REPORTER:     CATHY PEPPER, CRR, RMR, CCR
                                  CERTIFIED REALTIME REPORTER
 4                                500 POYDRAS STREET, ROOM HB406
                                  NEW ORLEANS, LA  70130
 5                                (504) 589-7779
                                  Cathy_Pepper@laed.uscourts.gov
 6
     PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.   TRANSCRIPT
 7   PRODUCED BY COMPUTER.

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                            **I N D E X**

2

3    AGENDA ITEMS                                       PAGE

4

5    85 DAYS, 3 HOURS, 17 MINUTES, AND 44 SECONDS UNTIL THE    13

6    ALABAMA VS. LSU GAME, NOVEMBER 5TH, 2011...............

7    UPDATE RELATIVE TO THE BOP............................  14

8    FINISH WITH THE BOP STACK, LMRP STACK TODAY...........  15

9    BREAKOUT OF THE COST OF THE LEASE FOR LAND, THE LEASE    15

10   FOR BUILDING, AND COST FOR PRESERVATION OF THE BOP.....

11   ORDER WITH REGARD TO APPOINTMENT OF A MASTER TO          16

12   TRANSFER CUSTODIAL STATUS TO THE COURT RATHER THAN THE

13   UNITED STATES CONTINUING..............................

14   PROPOSAL TO THE COURT AND PARTIES TO SPLIT THE COST      17

15   BETWEEN THE UNITED STATES AND BP FOR DOING A LASER

16   SCAN OF THE CAPPING STACK.............................

17   COMPLETION OF PHASE I DISCOVERY.......................  18

18   ANADARKO DEFENDANTS...................................  18

19   ANADARKO'S RESPONSES TO DISCOVERY.....................  19

20   BP....................................................  19

21   PRIVILEGE LOGS........................................  20

22   GOVERNMENT PRODUCTION ONGOING DISPUTES................  22

23   GULF OF MEXICO DRILLING CONTRACT DEBATE...............  22

24   INTERPLEADER ACTIONS..................................  23

25   BP SUBPOENAED DOCUMENTS FROM CHEVRON..................  25

1    CALENDAR.............................................   26

2    SCHEDULING PHASE I DEPOSITIONS.......................   26

3    GOVERNMENT'S 30(B)(6) DESIGNEES......................   26

4    DAVE TROCQUET.......................................   26

5    BRYAN DOMANGUE......................................   27

6    COAST GUARD DESIGNEES...............................   27

7    STEVE SUTTON........................................   27

8    LIEUTENANT NATHAN HOCK..............................   28

9    LIEUTENANT COMMANDER MICHAEL ODOM...................   28

10   MR. THORSETH.......................................   29

11   MR. BIRRELL........................................   29

12   MR. FRAZELLE.......................................   29

13   MR. LACY...........................................   29

14   MR. MORRISON.......................................   30

15   MR. DALY...........................................   30

16   RICHARD MORRISON...................................   31

17   THORSETH...........................................   31

18   FLOW RATE ISSUES...................................   32

19   MR. FRAZELLE.......................................   34

20   30(B)(6) DESIGNEE ON BOP REGULATORY................   34

21   BUDDY TRAHAN.......................................   34

22   DR. BEIRUTE........................................   36

23   MR. TURLAK.........................................   36

24   TONY EMMERSON......................................   38

25   RICH MILLER........................................   39

1   MR. EMANUEL......................................... 40

2   MR. O'TOOLE......................................... 40

3   STEVE NEWMAN........................................ 40

4   LAMAR MCKAY......................................... 41

5   BOB LONG............................................ 42

6   RICH MILLER......................................... 42

7   DAVID YOUNG......................................... 43

8   DON VIDRINE......................................... 44

9   TRANSOCEAN'S OBJECTIONS TO CAMERON'S REQUEST FOR      45

10  ADDITIONAL DEPOSITIONS...............................

11  GARY LEACH.......................................... 45

12  DEPOSITION OF THE PEOPLE SELECTED FROM TRANSOCEAN'S   46

13  INVESTIGATIVE GROUP.................................

14  PERRIN ROLLER....................................... 46

15  BOB WALSH........................................... 46

16  ROBERT TIANO........................................ 46

17  BP'S REQUEST FOR FURTHER PHASE I DEPOSITIONS.......... 47

18  ANADARKO MADE A REQUEST FOR DEPOSITION OF NEIL SHAW.... 47

19  PRELIMINARY WITNESS LIST FOR PHASE I.................. 47

20  PHASE I EXPERTS...................................... 48

21  WHO HAS ANYTHING ELSE THEY WANT TO RAISE TODAY........ 49

22  THIRD-PARTY DEPOSITION PHASE I ISSUE.................. 49

23  SMIT SALVAGE........................................ 49

24  DOUG MARTIN......................................... 49

25  WEST ENGINEERING..................................... 50

1    30(B)(6) OF TRANSOCEAN ON WELL ADVISOR SUBJECT MATTER..    50

2    DOUG MARTIN............................................    50

3    TOPIC 7, THE 30(B)(6).................................    50

4    SECOND LETTER SENT OVER HAD A LIST OF 25, 24 PEOPLE....    51

5    A TOTAL OF 49 PEOPLE THAT THE PSC BELIEVES IS THE LIST    51

6    OF PEOPLE THAT WE WANT TO DEPOSE IN PHASE II...........

7    FLOW RATE, QUANTIFICATION ISSUES......................    51

8    SOURCE CONTROL ISSUES.................................    51

9    ADDITIONAL SEARCH TERMS...............................    54

10   PHASE II SEARCH TERMS.................................    55

11   WE NEED TO HAVE THE SEARCH TERMS TO BE INCORPORATED IN    55

12   THE CUSTODIAL PRODUCTION EIGHT WEEKS BEFORE THE

13   DEPOSITION............................................

14   SEARCH TERMS FROM THE UNITED STATES...................    56

15   WRITTEN DISCOVERY.....................................    62

16   VICTOR EMANUEL........................................    64

17   ISSUES RELATIVE TO WHETHER DOCUMENTS THAT HAVE BEEN      65

18   PRODUCED BY A PARTY IN THE COURSE OF DISCOVERY ARE

19   AUTHENTIC, ARE BUSINESS RECORDS KEPT IN THE ORDINARY

20   COURSE OF BUSINESS....................................

21   LOOKING AT EXISTING SEARCH TERMS AND PROPOSING ANY       67

22   CLEANUP TYPE ADDITIONAL TERMS.........................

23   DISCUSS THE DISMISSAL IN CHAMBERS.....................    68

24   THE NEXT MEETING IS AUGUST 19TH AT 9:30 A.M., CENTRAL    68

25   STANDARD TIME.........................................

**P-R-O-C-E-E-D-I-N-G-S**

FRIDAY, AUGUST 12, 2011

M O R N I N G   S E S S I O N

(COURT CALLED TO ORDER)


THE DEPUTY CLERK:  All rise.

THE COURT:  Good morning, everybody.

VOICES:  Good morning, Judge.

THE COURT:  How is everybody?  Can the phone participants hear us?  Phone participants?  Do we have a problem?  Phone participants, can you hear us?

MS. HIMMELHOCH:  Yes, we can, Your Honor.

THE COURT:  Hi, Sarah.  How are you doing?

MS. HIMMELHOCH:  Good.  How are you?

THE COURT:  Fine, thank you.  We've got all these countdowns coming, we've got all these deadlines looming, and everybody is getting a little nervous about it.  We've got a new deadline for you that Mike is going to share with us.  Some of you will be happy, some of you won't be.

[REPORTER'S NOTE:  Laughter.]

We have 85 days, 3 hours, 17 minutes, and 44 seconds until the Alabama vs. LSU game and counting.

MR. DART:  Your Honor, the State of Louisiana goes along with that.

09:41AM 1            THE COURT:  That's good.

09:41AM 2            MR. DART:  We're looking forward to it.

09:41AM 3            THE COURT:  The State of Louisiana agrees.

09:41AM 4              How does Alabama feel about it?

09:41AM 5            MR. MAZE:  The designee for the State of Alabama

09:41AM 6   believes that that game is irrelevant because the national

09:41AM 7   champions plays on the other side of Alabama.

09:41AM 8            THE COURT:  Would that be Auburn?

09:41AM 9            MR. MAZE:  That is correct.

09:41AM 10           THE CLERK:  We'll do that next time.

09:41AM 11           THE COURT:  No, we're thinking about putting a trial

09:41AM 12  countdown clock up next.

09:41AM 13           MR. MAZE:  I would agree; however, that would be a more

09:41AM 14  important game than any game Auburn plays this year.

09:42AM 15           THE COURT:  Good.  So there you have it, kids.  We're

09:42AM 16  85 days and counting.  That's November 5th, if anybody is

09:42AM 17  wondering.

09:42AM 18              So let's get rolling.  Let's see.  We've got

09:42AM 19  Mark Cohen on the phone.  Mark, good morning.  How are you?

09:42AM 20           MR. COHEN:  Very well, Judge.  Good morning.  How are

09:42AM 21  you?

09:42AM 22           THE COURT:  I got from you this morning the update

09:42AM 23  relative to the BOP work.  Basically, ladies and gentlemen, it

09:42AM 24  looks as though the preservation work will be done by

09:42AM 25  August 19th -- Friday, August 19th, which is great news.

09:42AM 1          Beyond that, Mark, do you have anything in

09:42AM 2   particular to report with regard to the work?

09:43AM 3          MR. COHEN:  No, Your Honor.  The group affirms that they

09:43AM 4   are hopeful that the 19th completion date will be held, that if

09:43AM 5   they have any delays it might dribble over a little bit to the

09:43AM 6   following week, but they are not anticipating any problems.

09:43AM 7   Everything seems to be going smoothly.

09:43AM 8          They do expect to finish up with the BOP stack,

09:43AM 9   LMRP stack today, and the temporary enclosure is starting to come

09:43AM 10  down.  But as far as the remainder of that work goes, it all

09:43AM 11  seems to be going according to the plans, and that's that.

09:43AM 12         Okay.  Next up, Mark, you had circulated what you

09:43AM 13  had hoped would be a noncontroversial draft order.  It didn't end

09:43AM 14  up that way.  I particularly liked the e-mail from Ky saying --

09:44AM 15  well, what did you say, Ky, something about, well, who is left?

09:44AM 16  Right?

09:44AM 17         MS. KIRBY:  That's exactly right.

09:44AM 18         THE COURT:  We are going to, ladies and gentlemen, need

09:44AM 19  to tackle this problem relative to breakout of the cost of the

09:44AM 20  lease for land, the lease for building, and the cost for

09:44AM 21  preservation of the BOP.

09:44AM 22         I don't mean this in a derogatory manner, I really

09:44AM 23  don't, but I don't think the rat can jump off the ship at this

09:44AM 24  point.  If, indeed, you all declared yourself as wanting some

09:44AM 25  portion of the BOP preserved when we solicited comments, then

09:44AM  1   you're going to be on the hook for the cost of that preservation.

09:45AM  2         So Mike and I are going to go back and see which

09:45AM  3   rats still belong on the ship and declare that if you wanted the

09:45AM  4   brains of the BOP to be preserved, then you're on the hook for

09:45AM  5   those preservation costs plus the cost of the building, air

09:45AM  6   conditioning, etcetera.  So we'll work on that, but all of those

09:45AM  7   last-minute declarations of jumping off the ship are not going to

09:45AM  8   fly.

09:45AM  9         Mark, have you got anything else on that?  Did you

09:45AM  10  receive any other comments other than the costs?

09:45AM  11       MR. COHEN:  No, Your Honor.  Really, the only -- the

09:45AM  12  only discussion -- well, I take that back.  I think there was --

09:45AM  13  there was from the agnostic position, there was a statement of

09:46AM  14  continued agnosticism, but that probably does bump into the cost

09:46AM  15  issue.

09:46AM  16        So I sense the Court might not be disposed to

09:46AM  17  finalize and render an order on this very topic today, so rather

09:46AM  18  than volunteer to revise or edit, perhaps I should just stand by

09:46AM  19  for further direction from the Court on this particular order.

09:46AM  20       THE COURT:  Okay.  I think that's right.  Mark, thank

09:46AM  21  you.

09:46AM  22        We also got out yesterday the order with regard to

09:46AM  23  appointment of a master to transfer custodial status to the Court

09:46AM  24  rather than the United States continuing.  I assume you all have

09:46AM  25  seen that.  If you all have somebody in mind, feel free to

09:46AM 1    nominate, but as of October 1, the Court will be the custodial

09:47AM 2    representative for the BOP.  We're looking forward to that.

09:47AM 3                   Okay.  Mark, I think you're done, unless you've got

09:47AM 4    anything else?

09:47AM 5          MR. COHEN:  No, Your Honor.  Thank you for allowing us

09:47AM 6    to be first up, and we wish you very good luck with the

09:47AM 7    litigants.

09:47AM 8          THE COURT:  I need that in more respects than just the

09:47AM 9    BOP, but thank you for your thoughts.  If you'll hold on for

09:47AM 10   one minute, Rob has come to the podium and wants to say something

09:47AM 11   about the BOP.

09:47AM 12         MR. GASAWAY:  Good morning, Your Honor, and this is very

09:47AM 13   quickly.  I just had a conversation with Mr. O'Rourke of the

09:47AM 14   United States.  A related topic, Mark, on the capping stack.  I

09:47AM 15   think that we're going to bring forward a proposal to the Court

09:47AM 16   and parties to split the cost between the United States and BP

09:47AM 17   for doing a laser scan of the capping stack.  We would like DNV

09:48AM 18   to do that for us, and just before Mark left, because I know they

09:48AM 19   are demobilizing, I wanted to mention that to the Court and the

09:48AM 20   parties this morning.

09:48AM 21         THE COURT:  I appreciate that.  Mark, you picked up on

09:48AM 22   that?  It looks like we're going to have a request for a scan of

09:48AM 23   the stack, and you'll want to alert the DNV guys about that.

09:48AM 24         MR. COHEN:  That explains it, yes.  Thank you.  What I

09:48AM 25   propose, Your Honor, is that we will, as we have done several

09:48AM 1   times now, we will send a very brief order to the judge.  We will

09:48AM 2   circulate -- to the Court, rather.  We will circulate it to

09:48AM 3   everyone so they can see it, and it will approve the work or

09:48AM 4   request that the work of doing that laser scanning be wrapped

09:48AM 5   into the project and approved by the Court.

09:48AM 6            So if that sounds comfortable with the judge, I'll

09:48AM 7   bow out.

09:48AM 8            THE COURT:  Sounds comfortable.

09:49AM 9            MR. COHEN:  Okay.  Thank you, Judge.  We'll be gone.

09:49AM 10  Bye-bye.

09:49AM 11           THE COURT:  Bye-bye.

09:49AM 12           If anybody has a problem with scanning the

09:49AM 13  equipment, let me know; otherwise, if agreement has been reached,

09:49AM 14  it's fine with me.

09:49AM 15           Okay.  Let's talk about completion of Phase I

09:49AM 16  discovery, which appears as though it will never happen.

09:49AM 17           Sarah, do you want to chime in?  I always seem to

09:49AM 18  take you first so that maybe you can drop off the line.

09:49AM 19           MS. HIMMELHOCH:  I appreciate it, Your Honor.  With

09:49AM 20  respect to Phase I discovery, we have essentially two sets of

09:49AM 21  discovery responses:  We have the Anadarko defendants and the BP

09:49AM 22  parties.

09:49AM 23           With respect to the Anadarko defendants, we have

09:49AM 24  gone through the meet and confer process.  I'm proud to say we

09:50AM 25  were able to resolve our differences over the request for

09:50AM 1    production.  We've committed to do some additional searching

09:50AM 2    which we hope to be able to complete by August 31st as agreed

09:50AM 3    between us and Anadarko.

09:50AM 4            We are unfortunately, I think, at -- we have

09:50AM 5    completed the process of talking about our responses to their

09:50AM 6    RFAs, but you may be hearing from them on our RFA responses.

09:50AM 7            With respect to Anadarko's responses to our

09:50AM 8    discovery, I think it's unclear to us what our deadline for a

09:50AM 9    Motion to Compel is.  The last time we talked about it with the

09:50AM 10   Court, you had indicated you wouldn't set a deadline for us until

09:50AM 11   we had at least received the responses.  We've received the

09:50AM 12   responses.

09:50AM 13           We would like to go through a meet and confer with

09:50AM 14   Anadarko, obviously, before we raise anything with the Court, so

09:50AM 15   we would propose a deadline of September 15th for any Motion to

09:51AM 16   Compel with respect to Anadarko's responses to our discovery on

09:51AM 17   them with respect to Phase I issues.

09:51AM 18           With respect to BP we are still meeting and

09:51AM 19   conferring with BP.  They, quite frankly, caught some errors that

09:51AM 20   we had made in our production, which we are endeavoring to fix as

09:51AM 21   quickly as possible.

09:51AM 22           We have rounded the corner on 4.7 million pages in

09:51AM 23   our production, and we anticipate to cross 5 million if not

09:51AM 24   today, certainly by the end of next week.  That includes both --

09:51AM 25   most of our -- all of the Phase I that we have identified, with

09:51AM 1    the exception of what we're working on to complete with respect

09:51AM 2    to the meet and confer between the parties, and includes a big

09:51AM 3    chunk of the beginning of our source control and quantification

09:51AM 4    production.

09:51AM 5            With BP we have agreed to a mutual deadline of

09:52AM 6    September 15th for event related discovery for motions to compel

09:52AM 7    both with respect to our discovery on BP and BP's discovery upon

09:52AM 8    us with respect to the events.

09:52AM 9            The only issue outstanding is the United States is

09:52AM 10   having -- the only issue that I think is ripe for you to bless or

09:52AM 11   not as you see fit is that we have asked the parties for an

09:52AM 12   extension of time to complete our privilege logs, as I've

09:52AM 13   indicated in earlier presentations.  I think the only party that

09:52AM 14   has some hesitation about this is BP.

09:52AM 15           Our proposal has been that we have until, I believe

09:52AM 16   it was, October 15th to complete the privilege logs for any

09:52AM 17   document dated before April 20, 2010, and -- no, I'm sorry,

09:52AM 18   September 15th to complete privilege logs for documents dated

09:53AM 19   before April 20, 2010, and until October 15th to provide

09:53AM 20   privilege logs for the documents dated after April 20, 2010, in

09:53AM 21   responses to currently pending discovery requests.

09:53AM 22           We're going to try to get those privilege logs out

09:53AM 23   on a rolling basis, but we don't -- we're simply -- frankly,

09:53AM 24   we're not at this point meeting the 20-day deadline, and I think

09:53AM 25   in order to meet that 20-day after production deadlines I would

09:53AM  1   have to divert resources production from the production side to

09:53AM  2   the logging side, and I think that is, frankly, a

09:53AM  3   counterproductive exercise...

09:53AM  4           [REPORTER'S NOTE:  Audio abruptly ended.]

09:53AM  5           THE COURT:  Did somebody strangle --

09:53AM  6           MR. O'ROURKE:  [Inaudible.]

09:53AM  7           [REPORTER'S NOTE:  Laughter.]

09:53AM  8           MS. HIMMELHOCH:  It makes me nervous because I can't

09:53AM  9   tell what the joke was.

09:53AM 10           THE COURT:  The joke was that there was this garbled

09:54AM 11   kaawck, and we wondered whether you had been strangled.

09:54AM 12           MS. HIMMELHOCH:  It was probably a cough.

09:54AM 13           THE COURT:  I'm sorry, Sarah, what did you say?

09:54AM 14           MS. HIMMELHOCH:  It was a cough.

09:54AM 15           THE COURT:  Oh, okay.  Go ahead, I'm sorry.

09:54AM 16           MS. HIMMELHOCH:  That was all.  The last point I made

09:54AM 17   was the privilege logging, and other than that, I don't think at

09:54AM 18   this point I have much to report.

09:54AM 19           THE COURT:  My only comment, Sarah, would be that the

09:54AM 20   rolling production of both documents and privilege log is

09:54AM 21   important because September 15th and October 15th is really

09:54AM 22   pressing the envelope, and so -- you did it again?

09:54AM 23           MS. HIMMELHOCH:  That I did not do.  That was not me.

09:54AM 24           THE COURT:  So the rolling issue would be really

09:55AM 25   important in my mind because we are pushing the envelope on those

09:55AM 1     deadline dates.

09:55AM 2          MS. HIMMELHOCH:  I will convey that to all of agencies,

09:55AM 3     and we will get as much out as quickly as we can.

09:55AM 4          THE COURT:  I'm going to rely on you for that.

09:55AM 5          Does anybody want to comment on any of those

09:55AM 6     issues?

09:55AM 7          Andy?

09:55AM 8          MR. LANGAN:  Your Honor, if Sarah is intending to get

09:55AM 9     off the line, I just wanted to ask would it be possible, just

09:55AM 10    changing subjects just for a second, for the benefit of the

09:55AM 11    calendering process, Sarah, would you be able to recite where we

09:55AM 12    landed on the 30(b)(6) of the government incident witnesses so we

09:55AM 13    just can put them on the calendar.  I don't think they are there

09:55AM 14    yet.

09:55AM 15         MS. HIMMELHOCH:  Absolutely but I wasn't planning to

09:55AM 16    jump off, so if you want to move to the calendar --

09:55AM 17         MR. LANGAN:  Then I'll sit down now, Your Honor.  We'll

09:55AM 18    deal with it later.

09:55AM 19         THE COURT:  We'll come back to you.  Thank you.

09:55AM 20         Does anybody else want to comment on government

09:56AM 21    production ongoing disputes?  Okay.  Good.

09:56AM 22         I hate to ask this question but let me go ahead and

09:56AM 23    do it anyway.  Where do we stand on the Gulf of Mexico drilling

09:56AM 24    contract debate?  I think it looks to me but for bridging

09:56AM 25    contract, we've mooted it out.  Is that right, Mr. Herman?

09:56AM 1      MR. HERMAN:  Good morning, Your Honor.  Steve Herman for

09:56AM 2  the plaintiffs.  My understanding is they've even agreed to

09:56AM 3  provide us with the bridging contracts.  So if I'm wrong, Mark

09:56AM 4  can tell us, but if he's not on the phone, maybe Andy can.

09:56AM 5      THE COURT:  No, Mark is on the phone.  Hello, Mark.

09:56AM 6      MR. NOMELLINI:  Hello, Your Honor.  Mark Nomellini.  How

09:56AM 7  are you?

09:56AM 8      THE COURT:  Fine, thank you.

09:57AM 9      MR. NOMELLINI: [REPORTER'S NOTE:  Garbled audio and then

09:57AM 10  the sound of a phone ringing.]

09:57AM 11      The remaining issue is the documents.  As I

09:57AM 12  indicated to Mr. Irpino, at least some of the bridging documents

09:57AM 13  have already been produced, and we're looking into whether there

09:57AM 14  are any others.  We'll let Mr. Irpino know our position on those.

09:57AM 15  So that's where we stand.

09:57AM 16      THE COURT:  Okay.  Thank you.

09:57AM 17      MR. GODWIN:  What did he say?

09:57AM 18      THE COURT:  He said they have produced some bridging

09:57AM 19  contracts and they are looking for others.  So that sounds like

09:57AM 20  we're in good shape.  Thank you, Mark.

09:57AM 21      Let's get a report from Kerry on the interpleader

09:57AM 22  actions.

09:57AM 23      MR. MILLER:  Kerry Miller on behalf of Transocean.

09:57AM 24  Your Honor, since we last met, the report I gave you is that the

09:58AM 25  ball was in the court of the underwriters.

09:58AM 1        THE COURT:  Right.

09:58AM 2        MR. MILLER:  Since that time, the underwriters did

09:58AM 3  produce a red line draft.  We sent a red line back to them.  The

09:58AM 4  red line that was sent to them yesterday morning, again, was a

09:58AM 5  consensus red line of BP, Transocean, MOEX, Anadarko.  So the

09:58AM 6  hope is, I know I've said this before, but the hope is next

09:58AM 7  Friday when we see you, we'll have an agreement signed off on.

09:58AM 8        THE COURT:  That would be good.

09:58AM 9         Mr. McLeod, do you have anything to add to that?

09:58AM 10       MR. MCLEOD:  (Shakes head negatively.)

09:58AM 11       THE COURT:  Nothing to add to that.  Thank you.

09:58AM 12         Okay.

09:58AM 13       MS. KIRBY:  Judge, may I?

09:58AM 14       THE COURT:  Sure.  Come on up, Ky.

09:58AM 15       MS. KIRBY:  Maybe I'm a little too slow on the uptake

09:58AM 16  here.

09:58AM 17       THE COURT:  That's probably true.

09:58AM 18       MS. KIRBY:  No doubt.  With respect to discovery

09:58AM 19  disputes, we have been working diligently with, Anadarko has,

09:58AM 20  with BP and Halliburton to resolve everything.  We think we've

09:59AM 21  gotten everything resolved with Halliburton but won't see

09:59AM 22  supplemental responses until Monday because their representative

09:59AM 23  is out of town; so, we would like a one-week extension on the

09:59AM 24  Motion to Compel deadline there and they are in agreement.

09:59AM 25         BP, we have been working through a whole bunch of

09:59AM 1    issues, and we're making a lot of progress; therefore, we would

09:59AM 2    like a mutual one-week extension for a Motion to Compel there.

09:59AM 3              THE COURT:  Good.

09:59AM 4              MS. KIRBY:  Thank you.

09:59AM 5              THE COURT:  Good report.  Thank you.

09:59AM 6              MS. KIRBY:  One issue that has come up is that BP

09:59AM 7    subpoenaed some documents from Chevron in anticipation of their

09:59AM 8    deposition.  Chevron, of course, only produced it to BP because

09:59AM 9    that's where the subpoena came from.  We are being told by BP

09:59AM 10   that if we want copies of those documents we need to go directly

09:59AM 11   to Chevron.

09:59AM 12              Of course, given the schedule in this case, going

09:59AM 13   through that process is going to be quite timely, and I would

09:59AM 14   just ask the Court to consider -- we will pay for it,

09:59AM 15   naturally -- having these documents posted to BP's FTP site.

10:00AM 16              MR. HAYCRAFT:  We are in the process of doing that.

10:00AM 17              THE COURT:  Good.  So those will be produced to all

10:00AM 18   parties as soon as possible.

10:00AM 19              MS. KUCHLER:  Judge, Deb Kuchler.  I just wanted to

10:00AM 20   point out, though, that that deposition of Chevron is taking

10:00AM 21   place in the middle of next week, so BP has already had these

10:00AM 22   documents, I understand, for a week, and we didn't learn until

10:00AM 23   yesterday evening that they had been produced.  So we're not

10:00AM 24   getting the 10-day advance notice.  We don't know the volume of

10:00AM 25   documents.  So I just want to put you on alert that there may be

10:00AM 1    issues once we get them, and we would ask that BP produce them
10:00AM 2    really quickly on their FTP site so we can get started going
10:00AM 3    through them.
10:00AM 4              THE COURT:  Good.  Do we have any idea what the volume
10:00AM 5    is, Don?
10:00AM 6              MR. HAYCRAFT:  No.
10:00AM 7              THE COURT:  None.  Okay.  Well, we'll work through that.
10:00AM 8              Okay.  Let's get up on the calendar, Corey, if you
10:00AM 9    don't mind, and we're going to talk about scheduling Phase I
10:01AM 10   depositions.
10:01AM 11             MR. LANGAN:  Maybe now would be a good time to ask Sarah
10:01AM 12   to maybe run through the government 30(b)(6)'s?
10:01AM 13             THE COURT:  That would be fine.
10:01AM 14             Kerry, do you want to take the lead on updating us
10:01AM 15   on the government's 30(b)(6) designees?
10:01AM 16             MS. HIMMELHOCH:  With pleasure, Your Honor.  We have
10:01AM 17   Dave Trocquet, T-R-O-C-Q-U-E-T.  He's from BOEMRE.
10:01AM 18             THE COURT:  Hold on just a second.  We're having some
10:01AM 19   kind of acoustical issue.
10:01AM 20             MS. HIMMELHOCH:  Is it on my end?
10:01AM 21             THE COURT:  No, it sounds like it is on our end.
10:01AM 22             Okay.  It sounds like it's cleared up, whatever.
10:01AM 23             David Trocquet.
10:01AM 24             MS. HIMMELHOCH:  September 27, 2011.
10:01AM 25             THE COURT:  September 27th.

10:01AM 1              MR. MAZE:  Could I have the spelling again?

10:01AM 2              THE COURT:  T-R-O-C-Q-U-E-T.

10:01AM 3              MR. MAZE:  One day?

10:02AM 4              THE COURT:  One day, on September 27th.

10:02AM 5              Sarah, what topics?  Will you just confirm by

10:02AM 6     e-mail to everybody the topic.

10:02AM 7              MS. HIMMELHOCH:  Yes, I would prefer to do that because

10:02AM 8     I quite honestly didn't record that in my notes.  It would take

10:02AM 9     me a few moments to dig it out.  I will send an e-mail to all the

10:02AM 10    parties with who's for which topic just to confirm it.

10:02AM 11             We also have Bryan -- and I'm going to destroy his

10:02AM 12    name, so everyone who knows how to pronounce it laugh --

10:02AM 13    Domangue, D-O-M-A-N-G-U-E.

10:02AM 14             THE COURT:  N-G-U-E?

10:02AM 15             MS. HIMMELHOCH:  Yes.  He's on September 21st.

10:02AM 16             MR. MAZE:  The spelling again?

10:02AM 17             THE COURT:  D-O-M-A-N-Q-U-E-T.  G-U-E-T.  I can't even

10:03AM 18    read my own handwriting.  First name is Bryan.  B-R-I-A-N, Sarah?

10:03AM 19             MS. HIMMELHOCH:  I believe it's B-R-Y-A-N.

10:03AM 20             THE COURT:  Bryan.  Okay.  Thank you.  Who else?

10:03AM 21             MS. HIMMELHOCH:  Those are the two remaining DOI

10:03AM 22    designees.

10:03AM 23             We have three Coast Guard designees.  The first is

10:03AM 24    Steve Sutton on October 5th.  S-U-T-T-O-N.

10:03AM 25             THE COURT:  Hold on just a second.  Have we got cell

10:03AM 1  phones near the microphones, anything like that going off?  Maybe

10:03AM 2  that's -- is that off?

10:03AM 3            Sarah, I'm sorry, we're having a problem.

10:03AM 4       MS. HIMMELHOCH:  That's okay.  Just let me know when

10:03AM 5  you're ready for me to start again.

10:04AM 6       THE COURT:  You got it.  Thank you, Corey.  We're also

10:04AM 7  going to hire Corey for AV.

10:04AM 8            Sarah, I think we're ready for you again.

10:04AM 9       MS. HIMMELHOCH:  Did you all get Steve Sutton on

10:04AM 10 October 5th?

10:04AM 11      THE COURT:  We did.  October 5th, Steve Sutton.

10:04AM 12      MS. HIMMELHOCH:  On October 7th, Lieutenant Nathan Hock,

10:04AM 13 H-O-C-K, October 7th.

10:04AM 14      THE COURT:  H-O-C-K.

10:04AM 15      MR. MAZE:  What's the date?

10:04AM 16      THE COURT:  October 7th, lieutenant what?  Hock?

10:04AM 17      MS. HIMMELHOCH:  Nathan Hock, H-O-C-K.

10:04AM 18      THE COURT:  Nathan Hock.  Like you're going to hock your

10:04AM 19 watch.

10:04AM 20      MS. HIMMELHOCH:  The final date is October 11th.  The

10:05AM 21 witness is Lieutenant Commander Michael Odom, O-D-O-M.

10:05AM 22      THE COURT:  Michael Odom, October 11th.  Those three,

10:05AM 23 Sutton, Hock, and Odom, are Coast Guard designees.

10:05AM 24      MS. HIMMELHOCH:  That's correct.  I will send an e-mail

10:05AM 25 to all of the parties specifying again which topic which witness

10:05AM 1    goes with.

10:05AM 2              THE COURT:  That's great.  Thank you.

10:05AM 3              All right.  Now, back to our calendar.  We have the

10:05AM 4    issue of one or two days for Mr. Thorseth.  He's going to be one

10:05AM 5    day in London on September 20th.  He's already down, Corey, so

10:05AM 6    that doesn't make any change.

10:05AM 7              We've agreed that September 14th, Mr. Birrell is

10:05AM 8    going to be two days.  Do we have another day for him?

10:06AM 9              MR. LANGAN:  We do.  We can mark down September 15th.

10:06AM 10             THE COURT:  So Corey, if you'll put Mr. Birrell down for

10:06AM 11   the 15th as well as the 14th.

10:06AM 12             Then let's look at September 28th.  We had

10:06AM 13   Mr. Frazelle down tentatively, Andy.  Have we got confirmation of

10:06AM 14   that plus another day?

10:06AM 15             MR. LANGAN:  Your Honor, it's a slight twist here.  The

10:06AM 16   26th and 27th of September for Mr. Frazelle.  I think there is a

10:06AM 17   Rosh Hashanah issue on the 28th.  I don't know if that's counsel

10:06AM 18   or the witness.  Anyway, the 26th and 27th.

10:06AM 19             I should also mention that Mr. Lacy on the 23rd of

10:06AM 20   September remains tentative.  He's, like, going to be in Jordan

10:06AM 21   or something.  We're working that issue but I have to keep it

10:06AM 22   tentative.

10:06AM 23             THE COURT:  So let's make sure we get Frazelle off of

10:06AM 24   the 28th and confirmed on the 26th, 27th?

10:06AM 25             MR. LANGAN:  Correct.

10:06AM 1        THE COURT:  And Mr. Lacy on September 23rd remains
10:07AM 2   tentative.
10:07AM 3        MR. LANGAN:  Yes, Your Honor.
10:07AM 4        THE COURT:  What about October 18th for Mr. Morrison?
10:07AM 5        MR. WILLIAMSON:  Before we leave Mr. Lacy, since that
10:07AM 6   that's a London deposition and therefore requires some logistics
10:07AM 7   on our part -- I want to inquire are we replanning to produce him
10:07AM 8   that week in London?
10:07AM 9        MR. LANGAN:  No.
10:07AM 10       MR. WILLIAMSON:  Are we still in London or are we in
10:07AM 11  New Orleans?  If we're in London, what time frame are we looking
10:07AM 12  at, since that's a logistical issue for us.
10:07AM 13       MR. LANGAN:  The facts are that Mr. Daly and
10:07AM 14  Mr. Thorseth are going to be in London anyway that week.  The
10:07AM 15  issue is I don't have any more information for Mr. Williamson
10:07AM 16  about Mr. Lacy.
10:07AM 17       MR. WILLIAMSON:  To the extent we have a logistical
10:07AM 18  issue it would be preferable to have one trip to London instead
10:07AM 19  of two.
10:07AM 20       MR. LANGAN:  We certainly get that.  We certainly get
10:07AM 21  that.  I guess we could take that as a given.  It would better if
10:07AM 22  it was all done at once.
10:08AM 23       THE COURT:  We'll work through it.
10:08AM 24            Andy, as soon as you get any info, if you would let
10:08AM 25  everybody know on that.

10:08AM 1          Then we were going to look at Mr. Richard Morrison.

10:08AM 2          MR. LANGAN:  More good news here.  October 18th and 19th

10:08AM 3    for the two-day deposition.

10:08AM 4          THE COURT:  Corey, he had been tentative for the 18th,

10:08AM 5    so we can confirm the 18th and 19th.

10:08AM 6          MR. LANGAN:  Correct.

10:08AM 7          MR. TSEKERIDES:  Your Honor, on Morrison, Ted Tsekerides

10:08AM 8    for the responder defendants.

10:08AM 9          THE COURT:  How are you today?

10:08AM 10         MR. TSEKERIDES:  Pretty good.  Yourself?

10:08AM 11         THE COURT:  Fine, thanks.

10:08AM 12         MR. TSEKERIDES:  I saw you had an order yesterday, as I

10:08AM 13   was traveling down here, that said that if anybody had a request

10:08AM 14   for time, and Morrison was one of them, to do so immediately, so

10:08AM 15   I wanted to put that today.

10:08AM 16         The responder defendants would like an hour.

10:08AM 17   Mr. Morrison was one of the deputies Mr. Suttles identified, and

10:08AM 18   we think he'll have knowledge about the cleanup, so we're putting

10:08AM 19   that out there that we would like an hour.

10:08AM 20         THE COURT:  Thank you.  We'll put you down for the

10:08AM 21   request.

10:08AM 22         MR. TSEKERIDES:  Thank you.

10:08AM 23         MR. BARR:  Your Honor, Brian Barr for the PSC.  I wanted

10:08AM 24   to go back to Thorseth real quick.  I understand Your Honor's

10:09AM 25   ruling that his deposition is in London, but we are -- and I

10:09AM 1   can't say I completely disagree with BP's representation that he

10:09AM 2   was primarily involved in the relief wells, but in the limited

10:09AM 3   number of documents we've seen on Phase II issues, he appears to

10:09AM 4   at least have some involvement in some other things.

10:09AM 5           You know, I can't tell you his role on Phase I.  I

10:09AM 6   didn't ask for him there.  But at the time of the Phase I events,

10:09AM 7   he was the exploration manager for deep water Gulf of Mexico.

10:09AM 8   That sounds kind of important to me, and that was while he was in

10:09AM 9   Houston.  But there are documents I've seen where he is

10:09AM 10  discussing flow rate issues with people inside BP, and he's

10:09AM 11  telling people they need to calculate flow rates depending upon

10:09AM 12  how long this thing goes.

10:09AM 13          So I do think he has some more involvement than

10:09AM 14  solely relief wells.  If it was just a relief wells issue, I

10:09AM 15  would agree one day would probably be enough, but with where we

10:10AM 16  are in discovery right now, we have a concern that if we have to

10:10AM 17  cover relief wells, Phase I, flow rate, and figure all that out

10:10AM 18  and we only have one day to do it that we're not going to be able

10:10AM 19  to get that done.

10:10AM 20          THE COURT:  I was unaware of the flow rate issue.

10:10AM 21          Andy, do you want --

10:10AM 22          MR. LANGAN:  Your Honor, I have a process question here.

10:10AM 23  Is today the date for rearguing motions for reconsider, I mean,

10:10AM 24  on all kinds of issues, because we're not prepared to argue the

10:10AM 25  motion for reconsideration.  I wasn't aware until Mr. Barr

10:10AM 1    stepped up.

10:10AM 2            THE COURT:  I'm unaware of the issue as well.

10:10AM 3            MR. LANGAN:  The facts are these:  You asked us to look

10:10AM 4    at four witnesses and whether they would be okay for two days.

10:10AM 5    On three of them we said absolutely.

10:10AM 6            THE COURT:  And you were very nice about it.

10:10AM 7            MR. LANGAN:  I thought so.  We had picked one and made

10:10AM 8    our case, had nothing to do with Phase I, and you've already said

10:10AM 9    that these depositions are presumptively one day, so I don't get

10:10AM 10   the motion for reargument.

10:10AM 11           THE COURT:  The only issue being I think this is the

10:10AM 12   first you and I have heard about flow rate.

10:10AM 13           MR. LANGAN:  Shouldn't he have said that the beginning,

10:11AM 14   way back when?

10:11AM 15           MR. BARR:  In my defense, we brought this up a couple

10:11AM 16   weeks ago when we asked BP to go look at it.  We got the response

10:11AM 17   from BP, I believe, on Monday, that said he only had relief well

10:11AM 18   issues.  Once we got that response, we went back and started

10:11AM 19   looking at documents to figure out other things he had, and then

10:11AM 20   we got a ruling.  So that's, you know --

10:11AM 21           THE COURT:  We're not going to argue it today, but I do

10:11AM 22   think we need to bookmark it and see.

10:11AM 23           Obviously Mr. O'Rourke wants to chime in on the

10:11AM 24   flow rate issue.  Is that correct, Mr. O'Rourke?

10:11AM 25           MR. O'ROURKE:  Yes.  This is Steve O'Rourke for the

10:11AM 1   United States.  We would support what Mr. Barr said, and more

10:11AM 2   parochially, we want two hours and make that request pursuant to

10:11AM 3   your order.  I've already floated it with some people.  We may be

10:11AM 4   able to work it out, but in compliance with your order I'm asking

10:11AM 5   for more time.  Thank you.

10:11AM 6           THE COURT:  Good.  Thank you.  We'll mark it down.

10:11AM 7               Moving right along.

10:12AM 8           MR. LANGAN:  Your Honor, before I forget, on

10:12AM 9   Mr. Frazelle -- I put this in the e-mail -- I just wanted to note

10:12AM 10  that he's a 30(b)(6) designee on BOP regulatory, and that should

10:12AM 11  probably be part of whatever -- we mentioned that.  I think

10:12AM 12  that's no news.  We've said that before but as long as we're

10:12AM 13  talking about it I wanted to mention that.

10:12AM 14          THE COURT:  Good.  Thank you for the clarification.

10:12AM 15  Good.

10:12AM 16              We had tentative dates for Buddy Trahan,

10:12AM 17  September 28, 29.  Have we confirmed that one?

10:12AM 18          MR. LANGAN:  Your Honor, BP has some responsibility

10:12AM 19  here, I think, along with the PSC.  This is Mr. Lubel's client.

10:12AM 20  I don't know if Mr. Lubel was able to call in today.  Apparently

10:12AM 21  Mr. Trahan has recently undergone surgery.  I don't know how he's

10:12AM 22  responding.

10:12AM 23              Mr. Lubel has really said he really wants it in

10:13AM 24  Houston, and maybe one day one day and, if there is going to be a

10:13AM 25  second day, taking some time off in between.  So Mr. Lubel is

10:13AM 1  asking us to ask the Court for some accommodation here.

10:13AM 2          THE COURT:  Well, the other thing we can do is, if it's

10:13AM 3  going to be two days split up, is a video deposition, video

10:13AM 4  conferencing.  That way you don't have to fly to Houston twice.

10:13AM 5          MR. LANGAN:  So maybe the thing to do is to take one of

10:13AM 6  the dates and just agree to Houston and do it on September 28th

10:13AM 7  and --

10:13AM 8          THE COURT:  And see if you need another day.

10:13AM 9          MR. LANGAN:  Right.  Maybe that's the way to go.

10:13AM 10         THE COURT:  Why don't we do that.  Why don't we work on

10:13AM 11 confirming the 28th and see what you can get done in Houston.  If

10:13AM 12 there is going to be a second day, we'll worry about it.

10:13AM 13         MR. LANGAN:  And then we'll accommodate the Houston

10:13AM 14 request?

10:13AM 15         THE COURT:  And try to do it on a Monday, if we can.

10:13AM 16         MR. LANGAN:  Accommodate the Houston request?

10:13AM 17         THE COURT:  Yes, I think that's right.

10:13AM 18             That's okay, Jim?

10:13AM 19         MR. WILLIAMSON:  Absolutely, Judge.

10:13AM 20         MR. LANGAN:  I understand that apparently there is a

10:14AM 21 custodial file.  I guess our friends at Transocean said they are

10:14AM 22 going to produce it.  That's what Mr. Lubel told us.  I'm sure

10:14AM 23 that's correct, but I wanted to give a complete report.

10:14AM 24         THE COURT:  Mr. Miller is on his BlackBerry, so we'll

10:14AM 25 wait until he completes that message to find out if that's --

10:14AM 1      MR. MILLER:  I'm only reading, not writing.  I'm reading

10:14AM 2  an ECF, so...

10:14AM 3          I think that that's right.  If we can get the

10:14AM 4  deposition scheduled, we'll get his custodial file within the

10:14AM 5  14-day period.

10:14AM 6      THE COURT:  Okay.  Good.  So we'll work on the 28th and

10:14AM 7  take it from there.

10:14AM 8          Now, next up was Dr. Beirute, and we've ruled that

10:14AM 9  that's going to be a ten-hour deposition.  Have you all confirmed

10:14AM 10  the 29th and 30th?

10:14AM 11      MR. LANGAN:  I believe that's correct.  Yes.  The 29th

10:14AM 12  and 30th per Your Honor's order, and those are the dates that

10:14AM 13  work.  Ms. Mintz is counsel.  I think it's all squared away.

10:15AM 14      THE COURT:  Correct.  The only other thing we need to do

10:15AM 15  is the Notice of Deposition needs to be revised to include

10:15AM 16  Phase II.

10:15AM 17      MR. LANGAN:  I believe Mr. Fitch and the people at

10:15AM 18  Bingham were in the process of doing that.

10:15AM 19      THE COURT:  Yes.  And circulate it so that everybody

10:15AM 20  gets their two cents in so it will be one notice of deposition

10:15AM 21  like we've done in the past.

10:15AM 22          Now, Andy, I've got to admit to you that neither

10:15AM 23  Mike O'Keefe or I remember Mr. Turlak, who he is and why you're

10:15AM 24  requesting two days.  I have to admit --

10:15AM 25      MR. HAYCRAFT:  Rob Turlak is a Transocean employee.

10:15AM 1      THE COURT:  That I knew.

10:15AM 2      MR. HAYCRAFT:  He was involved both preincident and post

10:15AM 3  incident.  He's a fairly high up manager in the organization.  I

10:15AM 4  can't recite to you spontaneously his job title, but he's a

10:16AM 5  significant Transocean witness.

10:16AM 6      THE COURT:  We were going to ask Transocean to work on

10:16AM 7  dates for us.

10:16AM 8      MR. MILLER:  Yes.  The issue with Mr. Turlak, we'll get

10:16AM 9  dates, and we'll do what the Court says, one day or two days, but

10:16AM 10 we thought he was a Phase II witness.  Given his role, I think

10:16AM 11 the PSC shares that view, I'm not aware of him having any

10:16AM 12 involvement on preincident issues.  Be that as it may, we saw him

10:16AM 13 as a Phase II issue and thought he should be scheduled in

10:16AM 14 connection with the Phase II factual depositions, whenever they

10:16AM 15 commence, and we'll go ahead and get dates.

10:16AM 16     THE COURT:  I'll tell you what let's do, guys -- I

10:16AM 17 apologize; we've dropped the ball on this one -- if you all can

10:16AM 18 dig out of your file cabinet the Turlak requests so we could take

10:16AM 19 a look at it again, that would be helpful.  I'm sorry to put the

10:17AM 20 burden on you because I can't find anything in my file cabinet.

10:17AM 21     MR. HAYCRAFT:  That's fair enough.  We'll do that.

10:17AM 22     MR. LANGAN:  Your Honor, another piece of old business,

10:17AM 23 if you will.  You'll recall that sometime in the not too distant

10:17AM 24 pas, you allowed Cameron to select one of three witnesses.

10:17AM 25 They've selected Mr. Emmerson.  I'm here today to propose a

10:17AM   1    tentative date of September 28th for that.  I mentioned that to

10:17AM   2    Mr. Beck just now.  Emmerson, E-M-M-E-R-S-O-N.  Tony Emmerson.

10:17AM   3            THE COURT:  Tony Emmerson, September 28th.

10:17AM   4            MR. LANGAN:  Tentative, please.

10:17AM   5            THE COURT:  You got it.

10:17AM   6            MR. LANGAN:  Thank you.

10:17AM   7            THE COURT:  You're welcome.

10:17AM   8                 Kerry, do we have a date yet for Mr. Miller?

10:17AM   9            MR. WILLIAMSON:  Before we leave Mr. Emmerson, am I

10:18AM  10    understanding they are proposing him for one day?  Because he's

10:18AM  11    one of the Phase II witnesses that is on our abbreviated list

10:18AM  12    that I'm sure you're going to get to that issue in a few minutes

10:18AM  13    as to whether we're going to depose 400 people off the May list.

10:18AM  14            THE COURT:  We're not.  Let me be clear about that.

10:18AM  15            MR. WILLIAMSON:  Thank you.

10:18AM  16            MR. LANGAN:  Mr. Williamson means his late list.

10:18AM  17            THE COURT:  That's right.

10:18AM  18            MR. WILLIAMSON:  The abbreviated list because we

10:18AM  19    understood the Court's desires.  Mr. Emmerson is one of the

10:18AM  20    people on that, so we have no problem with the dates proposed,

10:18AM  21    but we clearly think he's going to be a two-day deposition, not a

10:18AM  22    one-day deposition.

10:18AM  23            THE COURT:  Okay.  Let's see if we can find a second day

10:18AM  24    somewhere around September 28th, and then we'll take a look at

10:18AM  25    that.

10:18AM 1             Jimmy, if you will, get us an e-mail telling us

10:19AM 2    what the situation is with him, we'll bring it up.

10:19AM 3             MR. WILLIAMSON:  Great.  He actually is not part of the

10:19AM 4    new file.  He was actually on the list of 400.  Not that that's

10:19AM 5    going to be, really, the determining criteria when the Court

10:19AM 6    takes that issue up, but anyway, he's on the original list.

10:19AM 7             THE COURT:  And Cameron was the requesting party for

10:19AM 8    him?

10:19AM 9             MR. BECK:  That is correct, Your Honor.

10:19AM 10            THE COURT:  And you all wanted him as a Phase I?

10:19AM 11            MR. BECK:  That is correct.  He's a BOP type person.

10:19AM 12            THE COURT:  Got you.  So let's see if we can get another

10:19AM 13   day for him, and we'll take that up.  I'm not ruling in advance,

10:19AM 14   Andy, but he'll take a look at it.

10:19AM 15            MR. LANGAN:  Understood.  We'll take a look.

10:19AM 16            THE COURT:  Rich Miller.  Have we got a date for him?

10:19AM 17            MR. LANGAN:  Your Honor, I believe the ball is in our

10:19AM 18   court on that.

10:19AM 19            THE COURT:  I'm sorry.

10:19AM 20            MR. LANGAN:  Maybe I'm wrong.

10:19AM 21            THE COURT:  Yes, right.

10:19AM 22            MR. LANGAN:  It's a BP guy, right?

10:19AM 23            THE COURT:  Yes.

10:20AM 24            MR. LANGAN:  So we still owe a date on that.  We're

10:20AM 25   working on that.

10:20AM 1        THE COURT:  Next up is Mr. Emanuel.  Is Denise here?
10:20AM 2  Denise is not here -- hey, Denise.
10:20AM 3        MR. TANNER:  Hugh Tanner for M-I, Your Honor.  We also
10:20AM 4  represent Schlumberger.  We talked this morning with Alan York
10:20AM 5  about Mr. Emanuel.  Tentatively we have him available on the 26th
10:20AM 6  of October.
10:20AM 7        THE COURT:  October 26th with a question mark.  What
10:20AM 8  about Mr. O'Toole?
10:20AM 9        MR. TANNER:  The agreement we had with Mr. York was that
10:20AM 10  we would produce Mr. Emanuel, and if they subsequently decided
10:20AM 11  they needed Mr. O'Toole, we would look into it at that time.
10:20AM 12  They are in the same job position.
10:20AM 13        THE COURT:  These are Phase I witnesses?
10:21AM 14        MR. TANNER:  That's right.  In fairness, Mr. York has
10:21AM 15  requested we try to get an earlier date, and we're going to try
10:21AM 16  to do that as well.
10:21AM 17        THE COURT:  Okay.  He's thinking along my lines.
10:21AM 18        MR. TANNER:  All right.  Well, that means he's thinking
10:21AM 19  along the right lines then.
10:21AM 20        THE COURT:  Thank you for saying that.
10:21AM 21         Okay.  Steve Newman.  We had him down for
10:21AM 22  September 30th.
10:21AM 23        MS. CLINGMAN:  That's still a good date, right.
10:21AM 24        MR. HAYCRAFT:  The working order says that BP may
10:21AM 25  request a two-day deposition, and my recollection from two weeks

10:21AM 1   ago it was a sauce/goose matter.  We have Lamar McKay set up for

10:21AM 2   a two-day deposition, and we have no reason to believe that

10:21AM 3   Mr. Newman is less significant in this case than Mr. McKay.

10:21AM 4        THE COURT:  Let's talk about that.  Mr. McKay is down

10:21AM 5   for two days.  Does everybody except BP believe that you need two

10:22AM 6   days with Mr. McKay?

10:22AM 7        MR. MILLER:  Your Honor, Kerry Miller.  Going back to

10:22AM 8   the Mr. Newman issue, I don't think the Mr. Newman issue should

10:22AM 9   be intertwined with Mr. McKay.  We got a date.  It was one day.

10:22AM 10  That was the request.  We got the one day for Mr. Newman.  Later

10:22AM 11  on, when the issue of Mr. McKay came up, Andy made the point that

10:22AM 12  if Mr. Newman was one day, Mr. McKay should be one day.

10:22AM 13        That's a dispute between Halliburton and BP.  We're

10:22AM 14  fine with Mr. McKay being one day, but Mr. Newman's issue was

10:22AM 15  separate until Andy made an analogy only with respect to

10:22AM 16  Mr. McKay.  So we don't want to be caught in the -- in the wild

10:22AM 17  goose chase, as Don referenced, in connection with Mr. McKay.

10:22AM 18  One day is fine by us.  We'll ask 37 minutes and move on, but

10:23AM 19  Mr. Newman has been set for one day.  He does come from

10:23AM 20  Switzerland.

10:23AM 21        MR. HAYCRAFT:  If I may be heard.  It's not analogy,

10:23AM 22  it's not a metaphor, it's not a simile.  It's called *fairness*.

10:23AM 23  We've already talked about BP witnesses, fairness dictating two

10:23AM 24  days for them.  We have just been discussing Mr. Thorseth, and I

10:23AM 25  think the judge wants to hear a little bit more about him.

10:23AM 1              Fair is fair, and Mr. Newman is the CEO of

10:23AM 2    Transocean, the prior CEO who was the CEO for a period of years

10:23AM 3    until 2009.  Bob Long, we haven't disposed.  The Court turned

10:23AM 4    down the deposition of Mr. Long.  Mr. Newman is involved in every

10:23AM 5    which way in this case.  It's only happenstance that initially he

10:23AM 6    was scheduled for one day.

10:23AM 7              MR. MILLER:  Your Honor, if I may, to repeat Andy, I

10:23AM 8    wasn't aware we were arguing motions for reconsideration today.

10:24AM 9    I can find Ms. Pepper's transcript where I said Mr. Newman will

10:24AM 10   be one day and Mr. Haycraft said okay.  I can go dig that out, if

10:24AM 11   we need to.  I'm happy to do that.  This was an analogy involving

10:24AM 12   Mr. McKay, and we don't need to be caught in that cross fire.

10:24AM 13             THE COURT:  Okay.  Thank you.

10:24AM 14             MR. GODWIN:  Judge, may I be heard briefly?

10:24AM 15             THE COURT:  Sure, Don.  I can't believe you've waited

10:24AM 16   this long.

10:24AM 17             MR. GODWIN:  Just waiting my turn, Judge.  Judge, if

10:24AM 18   you'll recall, we were given by you three and a half hours to be

10:24AM 19   split in some equitable manner with the PSC with regard to

10:24AM 20   Mr. Rich Miller.  If you'll recall at our last conference with

10:24AM 21   you, when the subject of Mr. McKay's depo came up for

10:24AM 22   November 3rd and 4th, two days, we suggested to Andy and we

10:24AM 23   suggested to Your Honor that we would be agreeable, Halliburton,

10:24AM 24   to a one day for Mr. McKay so long as we would be allocated the

10:24AM 25   same three and a half hours for Mr. McKay on that one day that we

10:25AM 1    would be for Mr. Miller, and we stand by that if that helps

10:25AM 2    Your Honor with the calendar.

10:25AM 3            THE COURT:  Great.  We'll take a look at it.

10:25AM 4            Okay.  Next up on my list was David Young.  We had

10:25AM 5    a request to move his deposition to October 19th because of the

10:25AM 6    Trinidad hitch.  Has that been agreed to?

10:25AM 7            MR. MILLER:  Yes.  I think everybody signed off on

10:25AM 8    moving him to September 19th.

10:25AM 9            THE COURT:  Corey, if he was down for September 13th --

10:25AM 10           MR. MILLER:  I believe it was September 19th, I think,

10:25AM 11   is what it said.  20th through 23rd was available dates, so...

10:25AM 12           MR. MAZE:  I didn't hear what we were talking about.

10:25AM 13           THE COURT:  Oh, I'm sorry, we're talking about --

10:25AM 14           MR. MILLER:  David Young.

10:25AM 15           THE COURT:  -- David Young, and we had had him down

10:25AM 16   tentatively for September 14th.  The date that you now have are

10:26AM 17   what, Kerry?

10:26AM 18           MR. MILLER:  I think it was the 20th through the 23rd

10:26AM 19   he's available, earliest available dates.  He gets back to

10:26AM 20   America on the 11th, so we were looking to give him a week off.

10:26AM 21   22nd probably looks the best as the cleanest date, as the least

10:26AM 22   busy day, so let's put it in there.

10:26AM 23           THE COURT:  So we're going to confirm him for the 22nd.

10:26AM 24           MR. MILLER:  The 22nd.

10:26AM 25           MS. HIMMELHOCH:  Your Honor, may I ask that you remind

10:26AM 1   folks to put their phones on mute.  We're getting some

10:26AM 2   interference.

10:26AM 3           THE COURT:  I was just going to say, phone participant

10:26AM 4   who is typing away like crazy, could you put your phone on mute.

10:26AM 5   You need not identify yourself.

10:26AM 6           MR. MILLER:  Your Honor, if I may, I don't know if you

10:26AM 7   skipped him on purpose or not, but Don Vidrine was on page 4.  I

10:27AM 8   did talk to Bob Habans about the deposition upon written

10:27AM 9   questions, and I sent him an e-mail because we didn't meet last

10:27AM 10  week.

10:27AM 11          Just to summarize, Mr. Habans said he's happy to

10:27AM 12  receive written questions and will be happy to follow the same

10:27AM 13  process he did when there was a request for his oral deposition;

10:27AM 14  however, Mr. Habans did not sound optimistic about what the

10:27AM 15  doctors would say about that request.  Anyway, that's what he

10:27AM 16  passed on to me.

10:27AM 17          THE COURT:  Well, if you all want to put together a set

10:27AM 18  of written interrogatories that we can provide to Mr. Habans, I

10:27AM 19  think that's probably worthwhile.  I don't know if you all think

10:27AM 20  it's worth your time and effort, but if you want to try it, we

10:27AM 21  can certainly try it.

10:27AM 22          So who wants to take the lead on that?  We have no

10:28AM 23  volunteers?

10:28AM 24          MR. MILLER:  We'll take the lead and circulate it to the

10:28AM 25  working group and gather their input.

10:28AM 1          THE COURT:  Fabulous.  It might yield something.  It

10:28AM 2    might not.  Who knows?

10:28AM 3          Where do we stand on Transocean's objections to

10:28AM 4    Cameron's request for additional depositions?

10:28AM 5          MR. BECK:  Your Honor, I'm happy to report I think we

10:28AM 6    have resolved that issue.  Just so that the Court might know,

10:28AM 7    Transocean has agreed to produce a Mr. Gary Leach, who we have

10:28AM 8    been led to believe contains or has possession of the type of

10:28AM 9    information that we're looking for.

10:28AM 10          So I think that we can take that off the Court's

10:29AM 11    calendar.  We do want to reserve the right, in case he's not the

10:29AM 12    right guy, to come back, but at least at this point I think we've

10:29AM 13    resolved the issue.

10:29AM 14          THE COURT:  Good.  Do we have any dates or should we put

10:29AM 15    him on the list for next week?

10:29AM 16          MR. BECK:  I think we probably ought to put him on the

10:29AM 17    list for next week.

10:29AM 18          MS. CLINGMAN:  Yes, Your Honor, let's put him on the

10:29AM 19    list, and I guess with that reservation, David, we'll reserve the

10:29AM 20    right to request -- we request that Cameron people have an

10:29AM 21    additional Transocean person to request it, but for now, we've

10:29AM 22    all agreed to stand down with Mr. Leach.

10:29AM 23          THE COURT:  Good.  You're going to shorten my agenda for

10:29AM 24    next week considerably.  Is it Leach, L-E-E or L-A-E?

10:29AM 25          MR. BECK:  L-E-A-C-H.

10:29AM 1     THE COURT:  Thank you.  I appreciate that.  Okay.  Thank

10:29AM 2  you for working that out, guys.

10:29AM 3     Have we got dates for the deposition of the people

10:29AM 4  selected from Transocean's investigative group?

10:29AM 5     MR. LANGAN:  Your Honor, Andy Langan for BP.

10:29AM 6  Transocean's been very good about forthcoming with dates.  I

10:30AM 7  think Mr. Roller -- is that August 25th?  Do I have that right?

10:30AM 8     MR. MILLER:  Yes, August 25th in New Orleans.

10:30AM 9     THE COURT:  Corey, this is going to be a guy

10:30AM 10  August 25th.  His name is Perrin, P-E-R-R-I-N, Roller,

10:30AM 11  R-O-L-L-E-R.

10:30AM 12     MR. LANGAN:  Transocean's offered a couple other dates.

10:30AM 13  I'm just trying to run-down our team to make sure we can do them,

10:30AM 14  but we appreciate their forthcomingness on this, and hopefully we

10:30AM 15  can get closure quickly.

10:30AM 16     MR. MILLER:  Your Honor, what we would like to do,

10:30AM 17  because we have some issues with these witnesses and their

10:30AM 18  availability, is put down the ones that we have, and hopefully

10:30AM 19  Andy will be able to confirm that they can take them.

10:30AM 20     MR. LANGAN:  That's fair.

10:30AM 21     THE COURT:  That would be fine.

10:30AM 22     MR. MILLER:  Bob Walsh, August 24th.

10:30AM 23     THE COURT:  August 24th, Corey.  That's Bob Walsh,

10:30AM 24  W-A-L-S-H.

10:30AM 25     MR. MILLER:  Robert Tiano, T-I-A-N-O, on August 25th.

10:31AM 1

10:31AM 2          THE COURT:  August 25.

10:31AM 3          MR. YORK:  Robert?

10:31AM 4          MR. MILLER:  Robert Tiano.

10:31AM 5               That leaves us three more for dates.  We hope to be

10:31AM 6  back during the course of next week with dates for those three.

10:31AM 7  That will include the two international witnesses.  We know that

10:31AM 8  one is not available until later in September.

10:31AM 9          THE COURT:  Good.  All right.  We've got BP's request

10:31AM 10  for further Phase I depositions.  We're not going to take that up

10:31AM 11  today.  We'll carry that over to next week.

10:31AM 12               Anadarko has made a request for the deposition of

10:31AM 13  Neil Shaw.  Other than BP, is there any opposition to that?

10:31AM 14               Okay.  Next up is the preliminary witness list for

10:31AM 15  Phase I.  Steve, do you want to give us a brief update on that or

10:31AM 16  no?

10:31AM 17          MR. HERMAN:  Steve Herman for the plaintiffs.  I think

10:32AM 18  that everybody has either spoken or forever held their peace, at

10:32AM 19  least for now, and if Your Honor wants, we can circulate whatever

10:32AM 20  the existing list is.

10:32AM 21               There were a few, as I recall -- Jeff Breit is here

10:32AM 22  and may be able to help me out -- but my recollection is that

10:32AM 23  there were a few names that seemed extremely similar but weren't

10:32AM 24  exactly the same.  So we've kind of tried to highlight those in

10:32AM 25  yellow, and hopefully we're talking about the same person.

10:32AM  1          Other than that, I think -- have we made all of the

10:32AM  2  changes, Jeff, that we need the make to the list?

10:32AM  3          MR. BREIT:  We made all of the changes.  We only

10:32AM  4  received one during the one-week deadline that the Court gave us.

10:32AM  5          MR. HERMAN:  So we'll get that out.  I don't know if

10:32AM  6  tomorrow is a no e-mail day but --

10:32AM  7          THE COURT:  Tomorrow is, I believe, a no e-mail day.

10:32AM  8          MR. HERMAN:  So on Sunday.  If I don't get to it this

10:32AM  9  afternoon, how about on Sunday we'll get the list out to

10:33AM 10  everyone?

10:33AM 11          THE COURT:  How about Monday.

10:33AM 12          MR. HERMAN:  Even better.  Thank you.

10:33AM 13          THE COURT:  Would you all pay particular attention to

10:33AM 14  those similar names.  We've had people who have had very similar

10:33AM 15  names, so we just don't know whether they are the same people or

10:33AM 16  not.

10:33AM 17          I don't think we want to talk about Phase I

10:33AM 18  experts, do we?  Has everybody given us everything they want to

10:33AM 19  tell us about Phase I in-house experts?  I think we've gotten

10:33AM 20  everybody.

10:33AM 21          MS. CLINGMAN:  We have not, Your Honor.  Transocean has

10:33AM 22  not.  We will as soon as the e-mail ban is lifted, so I guess

10:34AM 23  Monday.

10:34AM 24          THE COURT:  Okay.  All right.  We'll take a look at

10:34AM 25  that.

10:34AM 1          Who has anything else they want to raise today?

10:34AM 2     We're doing this in record time.  I am going to want to see

10:34AM 3     liaison counsel after the meeting, but let's do any clean-up

10:34AM 4     issues that anybody wants to raise today.

10:34AM 5          MR. MILLER:  I had one, Your Honor.  It's a third-party

10:34AM 6     deposition Phase I issue.  An outfit called *SMIT*, S-M-I-T,

10:34AM 7     Salvage was involved between April 20th and April 22nd in

10:34AM 8     connection with the efforts that were employed to keep the

10:34AM 9     *Deepwater Horizon* from sinking.

10:34AM 10          In connection with the trial plan that

10:34AM 11    Judge Barbier said he would enter shortly, I think Phase I goes

10:34AM 12    through April 22nd as opposed to April 20th.  There were issues

10:34AM 13    early on as to whether the cut-off was April 20th, but it appears

10:35AM 14    that it's going to be April 22nd.

10:35AM 15          We contacted SMIT Salvage, and they are willing to

10:35AM 16    put forth a -- by the way, their documents have been produced,

10:35AM 17    I've been told, and they are part of the production.  We can

10:35AM 18    identify where they are, but it's not a Chevron issue because the

10:35AM 19    documents have already been produced.

10:35AM 20          They are willing to put forward a 30(b)(6) witness

10:35AM 21    for deposition.  His name is Doug Martin.  They are willing to do

10:35AM 22    so in Houston.  Their corporate office is in Houston, and they

10:35AM 23    have given us a date of September 14th.  We would like to go

10:35AM 24    ahead and put that on the calendar, if Your Honor permits.

10:35AM 25          THE COURT:  Corey, do you want to go to September 14th.

10:35AM 1    Let's take a look.  Okay.  Does anybody have an initial objection

10:35AM 2    reaction to the request?

10:35AM 3                Objection?

10:35AM 4        MR. HAYCRAFT:  No, not an objection.  That's a good

10:36AM 5    idea, in fact, but it sort of illustrates one of the issues in

10:36AM 6    our letter of yesterday or the day before; for example, we want a

10:36AM 7    30(b)(6) of West, I believe it's West Engineering, one of Stress

10:36AM 8    or West, one of those two, and then also a 30(b)(6) of Transocean

10:36AM 9    on the well advisor subject matter.

10:36AM 10               Just like Kerry points out, the case is evolving,

10:36AM 11   and we do have these needs, and we certainly think SMIT Salvage

10:36AM 12   is an appropriate party to be deposed on very important issues,

10:36AM 13   but we just want to make sure, as I think everyone is aware from

10:36AM 14   our e-mail, that we have some tidying up issues ourselves.

10:36AM 15       THE COURT:  Good.  Thank you, Don.  So let's put down

10:36AM 16   September 14th for Houston, Smith -- S --

10:36AM 17       MR. MILLER:  SMIT.  All caps.  It's an acronym.

10:37AM 18       MR. MAZE:  What's the name?

10:37AM 19       MR. MILLER:  Doug Martin is the deponent.

10:37AM 20       THE COURT:  That will be a Houston deposition.

10:37AM 21       MR. BARR:  Your Honor, Brian Barr for the PSC.  Two

10:37AM 22   quick issues we wanted to bring up.  One is on the topic seven,

10:37AM 23   the 30(b)(6).  We're asking that BP go ahead and as quickly as

10:37AM 24   possible identify the witness and the date because that could end

10:37AM 25   up being important to some of the expert testimony going on.  So

10:37AM 1   we're making that request that we get that done quickly.

10:37AM 2          Then, if we don't want to address the Phase II

10:37AM 3   issue now, I understand that, because it just got teed up this

10:37AM 4   week, but if possible, you know, given how the calendar is going

10:37AM 5   to come in and we're -- mid September is going to be here sooner

10:37AM 6   rather than later, on the second letter that we sent over, Andy,

10:37AM 7   that had a list of 25, 24 people on it, a group of those were on

10:37AM 8   the preliminary list.  If we could go ahead and start working on

10:38AM 9   dates for that group of people, that would be helpful.

10:38AM 10         THE COURT:  I wasn't sure how you came up with the 25.

10:38AM 11  The letter was a little unclear.  The 25 included people from the

10:38AM 12  original list plus other people, as I understood it.

10:38AM 13         MR. BARR:  Yes.

10:38AM 14         THE COURT:  So this is your top 25 as of today.

10:38AM 15         MR. BARR:  Well, there is two lists.  There is actually

10:38AM 16  a list of, I think it's a total of 49 people that -- the PSC

10:38AM 17  believes that's the list of people that we want to depose in

10:38AM 18  Phase II.

10:38AM 19         The first list went over July 31st, and that was

10:38AM 20  actually a list that was put together by both the PSC and the

10:38AM 21  United States on flow rate, quantification issues based upon the

10:38AM 22  limited amount of information we have at this point in time.

10:38AM 23         Then we sent over a list this week that were people

10:38AM 24  in the documents that we've seen up to this point, you know,

10:39AM 25  since May, that we've seen up to this point on source control

10:39AM 1   issues.

10:39AM 2          THE COURT:  Okay.  Hence the 50.  I think that's an

10:39AM 3   ambitious number.

10:39AM 4          MR. BARR:  I think it's likely, and I'll let Steve talk

10:39AM 5   to this, I think it's likely that we can cut the July 31st list

10:39AM 6   down.  We're endeavoring to cut the list that was sent around

10:39AM 7   yesterday down, but it's hard to do that in a vacuum without all

10:39AM 8   of the discovery.

10:39AM 9          THE COURT:  I understand.  I understand.  It is a big

10:39AM 10  issue that we need to work our way through.

10:39AM 11         All right.  Andy.

10:39AM 12         MR. LANGAN:  Do you want to hear from me on this,

10:39AM 13  Your Honor?

10:39AM 14         THE COURT:  Sure, why not.

10:39AM 15         MR. LANGAN:  Just a couple of points here.  We went

10:39AM 16  through a process last May, and there was an order by Your Honor

10:39AM 17  last May for Phase II listing, and the PSC was part of that and

10:40AM 18  had an opportunity to develop it.

10:40AM 19         Now, I know you're not going to slam the door and

10:40AM 20  say they don't get to add anybody.  I don't think we can forget

10:40AM 21  that history because an awful lot of work went into that.  So

10:40AM 22  they want to pretend that never happened but it did happen.

10:40AM 23         Okay.  Now, in terms of getting dates for Phase II

10:40AM 24  witnesses, I'll say what I said a week ago before Mr. Underhill

10:40AM 25  said, "Let's all take a deep breath," and that is this:  We have

10:40AM  1     to start with a list of priority deponents before we can start.

10:40AM  2     We want depositions too, so it's easy for him to say here is our

10:40AM  3     top 50; let's start getting dates.  That's the cart.  We've got

10:40AM  4     to deal with the horse first.  The horse is what's the list of

10:40AM  5     people that all parties are really going to depose, and then and

10:40AM  6     only then we can start talking about dates.  That's the only way

10:40AM  7     to do it.  So thank you.

10:40AM  8              THE COURT:  You're welcome.

10:40AM  9              MR. BARR:  Your Honor, and that's where I was saying, if

10:40AM 10     they were on that preliminary list, and they are on the list we

10:41AM 11     sent around this week, I don't see any reason to continue to wait

10:41AM 12     on those.

10:41AM 13              MR. LANGAN:  The 400 or 450 can't be 450.  It's got to

10:41AM 14     be something less than that.

10:41AM 15              THE COURT:  We are probably going to take, it seems to

10:41AM 16     me, a total of 75 witnesses.

10:41AM 17              MR. BARR:  That's fine with us.

10:41AM 18              THE COURT:  How many have we taken?

10:41AM 19              MR. LANGAN:  For everybody.  That doesn't mean the PSC.

10:41AM 20              THE COURT:  Oh, no.  Andy, you are 100 percent correct.

10:41AM 21              MR. LANGAN:  Again.

10:41AM 22              THE COURT:  Again.

10:41AM 23              MR. LANGAN:  Thank you, Your Honor.

10:41AM 24              THE COURT:  For a change.

10:41AM 25              MR. TSEKERIDES:  Your Honor, Ted Tsekerides again for

10:41AM  1   the responder defendants.  I guess we'll talk about it more in

10:41AM  2   the liaison conference, but a lot of the responders are concerned

10:41AM  3   that the Phase II witnesses more so than the Phase I are going to

10:41AM  4   have people on it that are going to have Phase III related

10:41AM  5   information.

10:41AM  6          So since a lot of the documents, you know, I think

10:41AM  7   Sarah said there are 5 million from the government and that might

10:41AM  8   not even include all of the Phase III related, I just want to put

10:42AM  9   a pin in again that some of these witnesses may have to come back

10:42AM 10   because we're not going to documents right now for Phase III.  I

10:42AM 11   just want to note that, and we'll talk about it more later.

10:42AM 12          THE COURT:  Okay.

10:42AM 13          MR. TSEKERIDES:  Thank you, Your Honor.

10:42AM 14          MR. NOMELLINI:  Your Honor, it's Mark Nomellini.  While

10:42AM 15   we're on the topic of documents, may I add something?

10:42AM 16          THE COURT:  Sure.

10:42AM 17          MR. NOMELLINI:  Your Honor, last week, we sent around a

10:42AM 18   letter asking for folks to propose any additional search terms

10:42AM 19   they wish to propose.  We got some recently from Anadarko for

10:42AM 20   Phase I, so we're working on closing those out with Anadarko for

10:42AM 21   Phase I.  We also asked for Phase II and beyond, that if people

10:42AM 22   had anything else to propose in addition to what we've already

10:42AM 23   been doing, they do so.

10:42AM 24          We have been working -- we have been working with

10:42AM 25   the United States on that.  We've had some very productive

10:42AM  1  discussions on how those Phase II search terms will work.  The

10:42AM  2  important thing is that we all, we try to get that done in

10:43AM  3  advance because it takes some time to gather the information, run

10:43AM  4  those, etcetera, and have the documents in the custodial file

10:43AM  5  before the depositions.

10:43AM  6          So that's the status of where those matters are,

10:43AM  7  and again, the United States is the only party that we've heard

10:43AM  8  from, and we're working with them on it.

10:43AM  9      THE COURT:  Okay.  I want everybody to please pay

10:43AM 10  attention to Mark's point, which is we are getting ready to roll

10:43AM 11  out the commencement of Phase II discovery.  If you have

10:43AM 12  additional search terms -- and, Mark, you have circulated what

10:43AM 13  you have so far for Phase II, right?

10:43AM 14      MR. NOMELLINI:  Yes.

10:43AM 15      THE COURT:  Okay.  Would you all please look at that.

10:43AM 16  If there is anything additional, it seems to me that you need to

10:43AM 17  respond to him, give him your additional search terms.  Mark,

10:44AM 18  have you got a suggested date by which you would like these,

10:44AM 19  besides yesterday?

10:44AM 20      MR. NOMELLINI:  Well, Your Honor, it's sort of back

10:44AM 21  calculating things.  What we calculated that counting the time we

10:44AM 22  need to negotiate things, counting the advance time we need for

10:44AM 23  production, each of which is two weeks, so it would add up to

10:44AM 24  four weeks, and then another four weeks for processing, etcetera,

10:44AM 25  we need to have the search terms to be incorporated in the

10:44AM 1   custodial production eight weeks before the deposition.

10:44AM 2        THE COURT:  All right.  You feel like you've got a

10:44AM 3   pretty good handle on a broad scope of search terms from the

10:44AM 4   United States, as I understand it?

10:44AM 5        MR. NOMELLINI:  Well, we started with the PSC.  We

10:44AM 6   worked on some quantification search terms with the PSC way back

10:45AM 7   in late last year and early this year.  We circulated those to

10:45AM 8   folks.  The United States has indicated that they may have some

10:45AM 9   more to propose, so we're working with them on that.

10:45AM 10        So the answer is yes, we do have a base of search

10:45AM 11   terms, and as we've discussed with the US, now is the time to add

10:45AM 12   if folks are going to add.

10:45AM 13        THE COURT:  I agree with you guys.  I know you've got

10:45AM 14   lots of priorities, everybody, but would you please look at that

10:45AM 15   list and get to Mark as soon as possible but in no event, it

10:45AM 16   seems to me, past Monday, August 22nd, which is ten days.

10:45AM 17        MS. HIMMELHOCH:  Your Honor, the United States will do

10:45AM 18   that.

10:45AM 19        I will also note that someone raised a question of

10:45AM 20   whether or not the United States production includes Phase III

10:45AM 21   issues yet, and I just want all of the parties to be clear that

10:46AM 22   we have not yet negotiated or begun the search for Phase III

10:46AM 23   documents, largely because most of those are tied up in the

10:46AM 24   Coast Guard repository of electronic and paper information.

10:46AM 25        As I've indicated to the Court in several status

10:46AM 1    conferences already, the Coast Guard believes that their system

10:46AM 2    for searching and retrieving from that archive will be up and

10:46AM 3    running by August 22nd, and so we are not yet producing Phase III

10:46AM 4    documents.  We are jerry-rigging as much as humanly possible

10:46AM 5    Phase II documents, but Phase III are not included in what we

10:46AM 6    have produced to date.

10:46AM 7             THE COURT:  Okay.  Thanks, Sarah.

10:46AM 8             MR. TSEKERIDES:  Your Honor, could I ask Sarah some

10:46AM 9    questions?

10:46AM 10            THE COURT:  Sure.

10:46AM 11            MR. TSEKERIDES:  Do you know if any of the Phase II

10:46AM 12   witnesses that you've noted for the Coast Guard are also

10:46AM 13   Phase III witnesses?

10:46AM 14            MS. HIMMELHOCH:  We do not believe they are Phase III

10:47AM 15   witnesses, but of the three Coast Guard designees we have listed,

10:47AM 16   we will talk to them about what other information they have, and

10:47AM 17   to the extent feasible we will try to make sure that you have

10:47AM 18   their custodial records, even though they are 30(b)(6); and,

10:47AM 19   therefore, as I understand the Court's order, the custodial

10:47AM 20   records obligation doesn't apply because we want you not to have

10:47AM 21   to go back to them if at all possible.

10:47AM 22            We will make every effort to make a custodial

10:47AM 23   production in the same way that we did for Mr. Saucier, which was

10:47AM 24   we didn't just limit ourselves to those broad search terms, we

10:47AM 25   looked for anything pretty much anything *Deepwater* related so as

10:47AM  1   to make sure that there was the greatest statistical possibility

10:47AM  2   you had Phase I, Phase II, and Phase III information for him

10:47AM  3   before his deposition.

10:47AM  4            MR. TSEKERIDES:  That's great.  Thanks.

10:47AM  5            THE COURT:  Okay.  Ted looks pretty happy.

10:47AM  6            Okay.  Anthony, what's up?

10:47AM  7            MR. IRPINO:  Anthony Irpino for the PSC.  The date for

10:48AM  8   the search terms -- and I've heard Mark and I'll get together

10:48AM  9   with Mark and we'll iron that out -- but is it to get the initial

10:48AM 10   additional search terms, and then, if we need to, is that to

10:48AM 11   finalize them or to get the initial additional --

10:48AM 12            THE COURT:  I would like to try to get as much to Mark

10:48AM 13   as we possibly can because of the eight-week time delay.  So I

10:48AM 14   would like you to try to get it to be final, yes.  You know that

10:48AM 15   I am not going to hold you to it if you come up with something in

10:48AM 16   the middle of the night, but I would like it to be as final as

10:48AM 17   you possibly can make it.

10:48AM 18            MR. IRPINO:  That's what I wanted to make sure, and Mark

10:48AM 19   and I will iron it out, and he's been good with suggesting some

10:48AM 20   things when we need it and vice versa.  I just needed to know

10:48AM 21   what that date was.

10:48AM 22            THE COURT:  Because his time wouldn't start until the

10:48AM 23   22nd, and if you do the calculations -- I can get another time

10:49AM 24   clock put up for you -- but if you do the calculations it's not

10:49AM 25   good.

10:49AM 1          MR. IRPINO:  I agree.  Thank you, Your Honor.

10:49AM 2          MR. YORK:  Alan York for Halliburton.  Your Honor, to

10:49AM 3    assist in this process could we ask Mr. Nomellini to recirculate

10:49AM 4    the current list so that we're all working off of the same thing.

10:49AM 5          THE COURT:  Absolutely.  Mark, would you mind popping

10:49AM 6    that back out?

10:49AM 7          MR. NOMELLINI:  I would be happy to do that, Your Honor.

10:49AM 8          THE COURT:  Thank you.  I appreciate it.

10:49AM 9            Mr. Herman?

10:49AM 10         MR. HERMAN:  Yes, Your Honor.  Steve Herman for the

10:49AM 11   plaintiffs.  I don't want to belabor all of the stuff.  We

10:49AM 12   understand Andy's point.  There was a process; of course, we

10:49AM 13   didn't have any information on the documents.  I'm pretty sure

10:49AM 14   Jim and I reserved our rights, and the Court allowed us to do

10:49AM 15   that at the time.

10:49AM 16            Just in terms of going forward now, I feel pretty

10:49AM 17   comfortable in saying that we are pretty well coordinated with

10:49AM 18   the United States right now, as well as the states, and it seems

10:49AM 19   to me, maybe this is an oversimplification, but Phase II was

10:50AM 20   largely going to come down to the plaintiffs collectively against

10:50AM 21   BP and BP against the US.  So it seems to be much more bilateral

10:50AM 22   rather than the Phase I issues where you've got, you know, 12

10:50AM 23   different interests all trying to depose each other, etcetera.

10:50AM 24            It just seems to me that if there is no reason why

10:50AM 25   if the plaintiffs collectively, the US, the states, and the PSC,

10:50AM 1    if we could come up with the top 15 people in Phase II that we

10:50AM 2    know we want to take, and, you know, I don't know how many people

10:50AM 3    BP is going to get to take in the US government -- I don't want

10:50AM 4    to get directly involved between Mr. Underhill and Mr. Langan --

10:50AM 5    but I assume that they can come up with the top ten or whatever,

10:50AM 6    it seems like we should be able to start getting dates for those

10:50AM 7    25 people.  Now, I don't know where that takes us and whether we

10:50AM 8    end up with a list of 75 or a hundred or whatever it is.

10:50AM 9              THE COURT:  Lower, lower.

10:51AM 10             MR. HERMAN:  Maybe 50.  I don't know.  I don't see a

10:51AM 11   reason why we should delay the process too much longer in terms

10:51AM 12   of at least checking to find out who is available when, you know.

10:51AM 13   Maybe, you know, I'll be careful what I wish for, but if we're

10:51AM 14   forced to have a top 15 list or a top 20 list, it seems like we

10:51AM 15   need to start somewhere.

10:51AM 16             THE COURT:  I agree.  We're going to take care of this.

10:51AM 17                  Andrew?

10:51AM 18             MR. LANGAN:  I don't have much to add.  I did want to

10:51AM 19   say in terms of history here, things were different then, but I

10:51AM 20   seem to recall back in May or April, whenever it was, Mr. Roy

10:51AM 21   saying he was ready to go to trial on source control.

10:51AM 22             THE COURT:  Yes, he did.

10:51AM 23             MR. LANGAN:  So now we're hearing from Mr. Barr that and

10:51AM 24   Mr. Herman that they have no idea, they just got the documents.

10:51AM 25   It wasn't long ago they said they were ready to go to trial.

10:51AM 1   Which is it?

10:51AM 2         MR. HERMAN:  We were ready to propose and we did propose

10:51AM 3   that Phase I and Phase II be combined in a certain trial, and we

10:52AM 4   asked assuming that, and we were ahead of ourselves, at that time

10:52AM 5   we wanted the Phase II documents to be prioritized.  It became

10:52AM 6   evident to us that the Court was not going to go with that trial

10:52AM 7   plan, that it was going to be phased, and Mark -- as Mark just

10:52AM 8   stated, they haven't even really started to provide the source II

10:52AM 9   documents.

10:52AM 10        THE COURT:  Interestingly, if you told Jim Roy to walk

10:52AM 11  over to Judge Barbier's courtroom and start trying Phase II, he

10:52AM 12  would do it.

10:52AM 13        MR. HERMAN:  And I would be there right next to him.

10:52AM 14        THE COURT:  He would do it.  I'm convinced of that.

10:52AM 15        MR. LANGAN:  The last point I want to make here is that

10:52AM 16  I think all of us can take some comfort in terms of tackling this

10:52AM 17  issue we have about getting Phase II launched, that actually many

10:52AM 18  of the witnesses that BP has produced and is producing are

10:52AM 19  already on the schedule, in fact, cross over.  The PSC has made

10:52AM 20  that point so we are not at a standing start.  Those custodial

10:52AM 21  files will be produced.

10:53AM 22        THE COURT:  I agree with that.  I think this is a

10:53AM 23  manageable thing, and we're going to be able to work our way

10:53AM 24  through it.

10:53AM 25        MR. LANGAN:  We may be at the end of our agenda, but may

10:53AM 1   I raise one issue relating to written discovery.  It's in the

10:53AM 2   nature of a hypothetical.  I think it applies for many of the

10:53AM 3   parties here.

10:53AM 4           The parties, the codefendants have been working, I

10:53AM 5   think, very well together in narrowing issues, meeting and

10:53AM 6   conferring, making commitments to one another to try to avoid

10:53AM 7   motion practice.  In the course of doing so my clients made

10:53AM 8   statements about things they are going to do, Alan's has, Kerry's

10:53AM 9   has, Ky's has, and we say we're going to do X, Y, and Z.

10:53AM 10          Now, if a month goes by and X, Y, and Z hasn't been

10:53AM 11  done, I don't think it's anybody's expectation that the person

10:53AM 12  that didn't do it is going to say, "Oh, April Fools," the Motion

10:53AM 13  to Compel deadline passed.  No one is going to do that, but I

10:53AM 14  want to be abundantly clear about that.  I think there would

10:54AM 15  always be an opportunity, despite the August 15th deadline, if

10:54AM 16  somebody doesn't follow through on a commitment, that would not

10:54AM 17  be deemed an untimely Motion to Compel.  I think everyone --

10:54AM 18          THE COURT:  I think everybody agrees to that.  We all

10:54AM 19  have worked cooperatively as ladies and gentlemen, and I don't

10:54AM 20  think at some point that's going to come to a dead halt.  I think

10:54AM 21  it's going to continue.  I don't think anybody in this room is

10:54AM 22  going to disagree with that.

10:54AM 23          MR. MILLER:  No, Your Honor.

10:54AM 24          THE COURT:  Unless it's Kerry.

10:54AM 25          MR. MILLER:  No, I'm not going to disagree with that.  I

10:54AM  1  just wanted to make sure.  I didn't say anything when Ky and Andy

10:54AM  2  and maybe Alan were talking about the one-week extension on the

10:54AM  3  Motion to Compel.  It was called *mutual*.  I just want to make

10:54AM  4  sure that we're included in that mutuality.  I think that was the

10:54AM  5  understanding but I want to confirm.

10:54AM  6          MR. LANGAN:  Your Honor, speaking for BP, I think we

10:54AM  7  would be open to that.  We have not discussed that with Kerry.

10:54AM  8  In fact, we were picking up vibes that's the last thing in the

10:54AM  9  world they want, but if they want an extension, we're willing to

10:54AM 10  talk to them about it.  Does TO want an extension?

10:55AM 11          MR. MILLER:  Yes, we would like it to be August 22nd, I

10:55AM 12  guess, is the deadline now.

10:55AM 13          THE COURT:  Let me ask you all together, and this is not

10:55AM 14  to kick the can down the road because I don't want to get jammed

10:55AM 15  with a whole lot of discovery motions, how many discovery notions

10:55AM 16  could there be with this many parties, but anyway, does everybody

10:55AM 17  want through the 22nd to file discovery motions?  It sounds like

10:55AM 18  by agreement almost everybody has agreed to that anyway.

10:55AM 19          MR. MILLER:  Yes.  I just wanted to make sure that at

10:55AM 20  least we were included.

10:55AM 21          THE COURT:  Any objection?  Obviously if you all can't

10:55AM 22  work it out and you want to file before the 22nd, send it to me.

10:55AM 23          MR. LANGAN:  Thank you, Your Honor.

10:55AM 24          THE COURT:  You're not prohibited.

10:55AM 25          MR. LANGAN:  That's fine.  Thank you, Your Honor.

10:55AM 1        MR. WILLIAMSON:  Jimmy Williamson.  That's fine for the

10:55AM 2   PSC.

10:55AM 3        THE COURT:  You're not prohibited from filing it, but if

10:55AM 4   you think you can work it out, then let's do that.

10:55AM 5             Hugh?

10:55AM 6        MR. TANNER:  Going back to Emanuel, we communicated with

10:56AM 7   him in the meantime, and we can offer up for Victor Emanuel, the

10:56AM 8   Schlumberger, employee September 27th.

10:56AM 9        THE COURT:  Let's take a look.

10:56AM 10       MR. TANNER:  Let's just put it down there.

10:56AM 11       THE COURT:  September 27th.

10:56AM 12       MR. MAZE:  Victor Emanuel?

10:56AM 13       MR. TANNER:  Victor Emanuel.

10:56AM 14       THE COURT:  He had been, Corey, on October 26th.  There

10:56AM 15  he is on the 26th.

10:56AM 16            Mr. Roy, you stand to defend yourself?

10:56AM 17       MR. ROY:  No, ma'am, that's hopeless.

10:56AM 18            What I do stand for, Judge, I think that in the

10:56AM 19  revisionist version of history that seems to be put forth by some

10:56AM 20  parties in this courtroom from time to time, what gets left out

10:56AM 21  is what's said in liaison conferences, and I don't want what

10:57AM 22  happened yesterday to be one of those victims potentially.

10:57AM 23            We talked about the deadline of the 22nd and I

10:57AM 24  think that sounds great to everybody, and we certainly have no

10:57AM 25  problem with it, but as Your Honor is aware from yesterday's

10:57AM 1   liaison conference, there seems to be some discussion that

10:57AM 2   continues over issues relative to whether documents that have

10:57AM 3   been produced by a party in the course of discovery are

10:57AM 4   authentic, are business records kept in the ordinary course of

10:57AM 5   business, etcetera, etcetera.  This is of deep concern not just

10:57AM 6   to the PSC but to a number of parties, especially with a trial

10:57AM 7   looming in February.

10:57AM 8           I just want to clarify on the record in the

10:57AM 9   courtroom for all to hear and for you to rule, if you would, that

10:57AM 10  your August -- your 22nd deadline does not apply to parties

10:57AM 11  having to file either requests for admission regarding

10:58AM 12  authenticity, business record or whatever, or noticing 30(b)(6)

10:58AM 13  depositions to get corporate representatives to come down here

10:58AM 14  and establish such as to thousands or hundreds or whatever the

10:58AM 15  number may be of such documents that there are dispute over.  I

10:58AM 16  just want to be clear on that.

10:58AM 17          THE COURT:  Does everybody understand Jim's point?

10:58AM 18          MR. LANGAN:  Your Honor, I'm not sure I agree with

10:58AM 19  Mr. Roy's point entirely.  I think that what we have said is we

10:58AM 20  are willing to talk about work-arounds to deal in good faith with

10:58AM 21  questions of authenticity and admissibility in the context of

10:58AM 22  putting together a trial exhibit list.  We understand that come

10:58AM 23  trial, the trial judge can force a custodian to come in, okay, of

10:58AM 24  records to authenticate if there is disputes.  All of that is

10:58AM 25  fine.

10:58AM 1          I don't think Your Honor contemplated an opening up

10:59AM 2   of the written discovery deadlines to allow new rounds of

10:59AM 3   requests to admit to be filed by them or us or by anybody

10:59AM 4   relating to documents, and in fact, as I mentioned yesterday, we

10:59AM 5   tried that, and you said we couldn't do it as to Halliburton.

10:59AM 6          THE COURT:  I think that we're going to try, Jim, to

10:59AM 7   approach the issue, and so everybody understands what we're

10:59AM 8   talking about, Jim yesterday raised an issue that I think we're

10:59AM 9   all concerned about, which is we need to start working on

10:59AM 10  stipulations with regard to authenticity, and Jim is particularly

10:59AM 11  concerned about business records and the fact that many of the

10:59AM 12  records that have been produced are kept in the normal course of

10:59AM 13  business, and under the rules of evidence would be deemed to be

10:59AM 14  business records and thereby admissible, so that's the issue that

10:59AM 15  Jim is raising.

10:59AM 16         We had a discussion with regard to it yesterday.

11:00AM 17  We are going to try to focus on a way to get this done simply

11:00AM 18  without pulling our hair out.  Jim has very little left to pull.

11:00AM 19         MR. ROY:  Thank you, Your Honor.  I needed to be told

11:00AM 20  that.

11:00AM 21         THE COURT:  Jim, the deadline does not apply to that.  I

11:00AM 22  do think that we don't want to reopen and have thousands of

11:00AM 23  requests for admissions go out; rather, I think we would rather

11:00AM 24  try to do a work-around where a party is obligated to look at the

11:00AM 25  documents that we have identified and tell us whether or not they

11:00AM 1  are authentic and whether they are kept in the normal course of

11:00AM 2  business.

11:00AM 3          MR. ROY:  We like that approach.  Your Honor, we don't

11:00AM 4  want to propound thousands or whatever.  That's not necessarily

11:00AM 5  the preferred solution.

11:00AM 6          The real point that we wanted to hear you on the

11:00AM 7  record speak to was that this 22nd deadline is not determinative

11:01AM 8  of what may be needed in the future if we cannot get consensual

11:01AM 9  agreement on what is or is not kept in business -- ordinary

11:01AM 10  course of business and is authentic.

11:01AM 11          THE COURT:  I'm on the record.

11:01AM 12          MR. ROY:  Thank you, ma'am.

11:01AM 13          THE COURT:  All right.  Anything else?

11:01AM 14          MR. NOMELLINI:  Your Honor, Mark Nomellini.  One piece

11:01AM 15  of good news, I think.  To the extent there was any confusion,

11:01AM 16  Mr. Herman was suggesting that we held off on producing Phase II

11:01AM 17  documents.  We did not.  That process has been ongoing for a long

11:01AM 18  time; rather, what I was talking about is hopefully folks looking

11:01AM 19  at the existing search terms and proposing, you know, any cleanup

11:01AM 20  type additional terms that they wanted to do.  So to the extent

11:01AM 21  that there was any suggestion that there hadn't been any Phase II

11:01AM 22  production, that's not the case.

11:02AM 23          THE COURT:  Yes, that was my recollection, Mark, and

11:02AM 24  Steve is nodding his head in agreement.

11:02AM 25          MR. HERMAN:  I agree there has been some Phase II.

11:02AM  1          THE COURT:  He agrees there is some Phase II.  He's not

11:02AM  2  fully agreeing; I am fully agreeing.

11:02AM  3          MR. NOMELLINI:  Thank you, Your Honor.

11:02AM  4          MR. HERMAN:  I guess the fine point I would put on it is

11:02AM  5  that it wasn't done before the May 19th preliminary witness list

11:02AM  6  was done, but in any event, the reason I got up was does

11:02AM  7  Your Honor want to discuss the dismissal here or in chambers?

11:02AM  8          THE COURT:  I think we'll take that up in chambers.

11:02AM  9  We'll break at this point.  Why don't you all come on the back

11:02AM 10  into chambers, say, in 10 minutes, 11:15, the liaison group.

11:02AM 11          Phone participants, thank you very much.

11:02AM 12          MS. HIMMELHOCH:  Thank you, Judge.

11:02AM 13          MR. NOMELLINI:  Thank you, Judge.

11:05AM 14          [REPORTER'S NOTE:  The next meeting is August 19th at

11:05AM 15  9:30 a.m., Central Standard Time.]

       16          (WHEREUPON, at 11:02 a.m., the proceedings were

       17  concluded.)

       18                    *    *    *

       19

       20

       21

       22

       23

       24

       25

1                        REPORTER'S CERTIFICATE

2

3       I, Cathy Pepper, Certified Realtime Reporter, Registered

4  Merit Reporter, Certified Court Reporter of the State of

5  Louisiana, Official Court Reporter for the United States District

6  Court, Eastern District of Louisiana, do hereby certify that the

7  foregoing is a true and correct transcript, to the best of my

8  ability and understanding, from the record of the proceedings in

9  the above-entitled and numbered matter.

10

11

12                         *s/Cathy Pepper*
                          _____

13                         Cathy Pepper, CRR, RMR, CCR
                          Certified Realtime Reporter
14                         Official Court Reporter
                          United States District Court
15                         Cathy_Pepper@laed.uscourts.gov

16

17

18

19

20

21

22

23

24

25

## 1

**1** [1] - 17:1
**10** [1] - 68:10
**10-day** [1] - 25:24
**10-MD-2179** [1] - 1:6
**100** [1] - 53:20
**1000** [3] - 2:7, 6:5, 7:17
**1001** [1] - 4:14
**10036** [1] - 5:24
**1010** [1] - 7:17
**10153** [1] - 6:18
**10174** [1] - 6:10
**1100** [3] - 2:15, 4:10, 7:9
**11:02** [1] - 68:16
**11:15** [1] - 68:10
**11th** [3] - 28:20, 28:22, 43:20
**12** [3] - 1:7, 13:2, 59:22
**1201** [1] - 5:6
**1221** [1] - 4:25
**13** [1] - 9:5
**1300** [1] - 5:15
**1331** [1] - 5:9
**13th** [1] - 43:9
**14** [1] - 9:7
**14-day** [1] - 36:5
**14th** [6] - 29:7, 29:11, 43:16, 49:23, 49:25, 50:16
**15** [4] - 9:8, 9:9, 60:1, 60:14
**1540** [1] - 5:23
**15th** [10] - 19:15, 20:6, 20:16, 20:18, 20:19, 21:21, 29:9, 29:11, 62:15
**16** [1] - 9:11
**1600** [1] - 6:21
**1615** [1] - 5:15
**1665** [1] - 5:9
**17** [3] - 9:5, 9:14, 13:22
**1700** [1] - 5:6
**18** [2] - 9:17, 9:18
**18th** [4] - 30:4, 31:2, 31:4, 31:5
**19** [2] - 9:19, 9:20
**19TH** [1] - 12:24
**19th** [10] - 14:25, 15:4, 31:2, 31:5, 43:5, 43:8, 43:10, 68:5, 68:14

## 2

**20** [6] - 1:5, 9:21, 20:17, 20:19, 20:20, 60:14
**20-day** [2] - 20:24, 20:25
**2000** [1] - 7:14
**20005** [1] - 4:4
**20006** [1] - 5:19
**20044** [1] - 2:25
**2007** [1] - 5:22
**2009** [1] - 42:3
**2010** [4] - 1:5, 20:17, 20:19, 20:20
**2011** [3] - 1:7, 13:2, 26:24
**2011**.............. [1] - 9:6
**2020** [1] - 5:19
**20th** [6] - 29:5, 43:11, 43:18, 49:7, 49:12, 49:13
**2185** [1] - 7:20
**21st** [1] - 27:15
**22** [2] - 9:22, 9:23
**22nd** [15] - 43:21, 43:23, 43:24, 49:7, 49:12, 49:14, 56:16, 57:3, 58:23, 63:11, 63:17, 63:22, 64:23, 65:10, 67:7
**23** [1] - 9:24
**23510** [1] - 2:8
**23rd** [4] - 29:19, 30:1, 43:11, 43:18
**24** [2] - 12:4, 51:7
**24th** [2] - 46:22, 46:23
**25** [8] - 9:25, 12:4, 47:2, 51:7, 51:10, 51:11, 51:14, 60:7
**25th** [4] - 46:7, 46:8, 46:10, 46:25
**26** [4] - 10:1, 10:2, 10:3, 10:4
**26th** [7] - 29:16, 29:18, 29:24, 40:5, 40:7, 64:14, 64:15
**27** [4] - 10:5, 10:6, 10:7, 26:24
**27nd** [1] - 64:8
**27th** [6] - 26:25, 27:4, 29:16, 29:18, 29:24, 64:11
**28** [3] - 10:8, 10:9, 34:17
**28th** [9] - 29:12, 29:17, 29:24, 35:6, 35:11, 36:6, 38:1, 38:3, 38:24

**29** [5] - 10:10, 10:11, 10:12, 10:13, 34:17
**2990** [1] - 1:25
**29th** [2] - 36:10, 36:11

## 3

**3** [2] - 9:5, 13:22
**30** [2] - 10:14, 10:15
**30(b)(6** [8] - 22:12, 26:15, 34:10, 49:20, 50:7, 50:8, 57:18, 65:12
**30(B)(6** [3] - 10:3, 10:20, 12:1
**30(b)(6)** [1] - 50:23
**30(b)(6)'s** [1] - 26:12
**30(B)(6)**.....................
............... [1] - 12:3
**300** [1] - 3:23
**30th** [3] - 36:10, 36:12, 40:22
**31** [2] - 10:16, 10:17
**3102** [1] - 2:15
**316** [1] - 2:12
**31st** [3] - 19:2, 51:19, 52:5
**32** [1] - 10:18
**32502** [1] - 2:12
**3300** [1] - 7:9
**34** [3] - 10:19, 10:20, 10:21
**3450** [1] - 7:21
**36** [2] - 10:22, 10:23
**36130** [1] - 3:5
**365** [2] - 1:25, 7:14
**3668** [1] - 1:18
**36TH** [1] - 4:10
**37** [1] - 41:18
**3700** [1] - 4:14
**38** [1] - 10:24
**39** [1] - 10:25
**3rd** [1] - 42:22

## 4

**4** [1] - 44:7
**4.7** [1] - 19:22
**40** [3] - 11:1, 11:2, 11:3
**400** [3] - 38:13, 39:4, 53:13
**4000** [1] - 6:5
**405** [1] - 6:9
**41** [1] - 11:4
**42** [2] - 11:5, 11:6
**43** [1] - 11:7
**4310** [1] - 2:4

**44** [3] - 9:5, 11:8, 13:23
**45** [2] - 11:9, 11:11
**450** [2] - 2:20, 53:13
**4500** [1] - 4:25
**46** [4] - 11:12, 11:14, 11:15, 11:16
**47** [3] - 11:17, 11:18, 11:19
**48** [1] - 11:20
**4800** [1] - 7:5
**49** [6] - 11:21, 11:22, 11:23, 11:24, 12:5, 51:16
**4900** [1] - 4:17
**4th** [1] - 42:22

## 5

**5** [2] - 19:23, 54:7
**50** [7] - 11:25, 12:1, 12:2, 12:3, 52:2, 53:3, 60:10
**500** [3] - 3:4, 7:21, 8:4
**5000** [1] - 3:18
**504** [1] - 8:5
**51** [4] - 12:4, 12:5, 12:7, 12:8
**510** [1] - 3:8
**5395** [1] - 2:20
**54** [1] - 12:9
**546** [1] - 4:21
**55** [2] - 12:10, 12:11
**556** [1] - 1:18
**56** [1] - 12:14
**589-7779** [1] - 8:5
**5th** [4] - 14:16, 27:24, 28:10, 28:11
**5TH** [1] - 9:6

## 6

**600** [2] - 2:12, 6:21
**60654** [1] - 3:23
**62** [1] - 12:15
**64** [1] - 12:16
**65** [1] - 12:17
**655** [1] - 4:4
**67** [1] - 12:21
**68** [2] - 12:23, 12:24

## 7

**7** [1] - 12:3
**701** [2] - 3:18, 7:5
**70112** [1] - 5:15
**70113** [1] - 1:22

**70130** [4] - 1:25, 4:22, 7:14, 8:4
**70139** [2] - 3:19, 7:5
**70163** [2] - 4:11, 7:10
**70433** [1] - 3:9
**70501** [1] - 6:22
**70502** [1] - 1:19
**75** [2] - 53:16, 60:8
**750** [1] - 4:17
**75219** [1] - 2:16
**75270** [1] - 5:6
**7611** [1] - 2:25
**767** [1] - 6:18
**77002** [4] - 4:14, 6:5, 7:18, 7:22
**77006** [1] - 2:24
**77010** [2] - 4:25, 5:10
**77056** [1] - 4:18
**7th** [3] - 28:12, 28:13, 28:16
**7TH** [1] - 2:20

## 8

**820** [1] - 1:21
**85** [3] - 9:5, 13:22, 14:16

## 9

**94102** [1] - 2:21
**999** [1] - 2:8
**9:30** [3] - 1:7, 12:24, 68:15

## A

**a.m** [2] - 68:15, 68:16
**A.M** [2] - 1:7, 12:24
**abbreviated** [2] - 38:11, 38:18
**ability** [1] - 69:8
**able** [10] - 18:25, 19:2, 22:11, 32:18, 34:4, 34:20, 46:19, 47:22, 60:6, 61:23
**above-entitled** [1] - 69:9
**abruptly** [1] - 21:4
**absolutely** [4] - 22:15, 33:5, 35:19, 59:5
**abundantly** [1] - 62:14
**accommodate** [2] - 35:13, 35:16
**accommodation** [1] - 35:1
**according** [1] - 15:11
**acoustical** [1] - 26:19

acronym [1] - 50:17
ACTION [1] - 1:6
actions [1] - 23:22
ACTIONS [1] - 1:9
ACTIONS...................
............. [1] - 9:24
add [8] - 24:9, 24:11,
52:20, 54:15, 55:23,
56:11, 56:12, 60:18
addition [1] - 54:22
ADDITIONAL [3] -
11:10, 12:9, 12:22
additional [10] - 19:1,
45:4, 45:21, 54:18,
55:12, 55:16, 55:17,
58:10, 58:11, 67:20
address [1] - 51:2
admissibility [1] -
65:21
admissible [1] - 66:14
admission [1] - 65:11
admissions [1] -
66:23
admit [3] - 36:22,
36:24, 66:3
advance [4] - 25:24,
39:13, 55:3, 55:22
ADVISOR [1] - 12:1
advisor [1] - 50:9
affirms [1] - 15:3
afternoon [1] - 48:9
agencies [1] - 22:2
AGENDA [1] - 9:3
agenda [2] - 45:23,
61:25
agnostic [1] - 16:13
agnosticism [1] -
16:14
ago [4] - 33:16, 41:1,
52:24, 60:25
agree [5] - 14:13,
32:15, 35:6, 56:13,
59:1, 60:16, 61:22,
65:18, 67:25
agreeable [1] - 42:23
agreed [8] - 19:2,
20:5, 23:2, 29:7,
43:6, 45:7, 45:22,
63:18
agreeing [2] - 68:2
agreement [7] - 18:13,
24:7, 24:24, 40:9,
63:18, 67:9, 67:24
agrees [3] - 14:3,
62:18, 68:1
ahead [7] - 21:15,
22:22, 37:15, 49:24,
50:23, 51:8, 61:4
air [1] - 16:5
AL [1] - 3:5

Alabama [4] - 13:23,
14:4, 14:5, 14:7
ALABAMA [2] - 3:3,
9:6
Alan [3] - 40:4, 59:2,
63:2
ALAN [2] - 5:8, 6:8
Alan's [1] - 62:8
alert [2] - 17:23, 25:25
ALL [1] - 1:9
ALLEN [1] - 7:21
allocated [1] - 42:24
allow [1] - 66:2
allowed [2] - 37:24,
59:14
allowing [1] - 17:5
almost [1] - 63:18
ALSO [1] - 7:23
ambitious [1] - 52:3
AMERICA [7] - 2:23,
3:11, 3:11, 3:12,
3:13, 3:15, 3:16
America [1] - 43:20
amount [1] - 51:22
Anadarko [9] - 18:21,
18:23, 19:3, 19:14,
24:5, 24:19, 47:12,
54:19, 54:20
ANADARKO [4] -
5:12, 5:13, 9:18,
11:18
ANADARKO'S [1] -
9:19
Anadarko's [2] - 19:7,
19:16
analogy [3] - 41:15,
41:21, 42:11
AND [7] - 4:8, 6:16,
9:5, 9:10, 9:14, 9:15,
12:21
Andrew [1] - 60:17
ANDREW [1] - 3:21
Andy [17] - 22:7, 23:4,
29:13, 30:24, 32:21,
36:22, 39:14, 41:11,
41:15, 42:7, 42:22,
46:5, 46:19, 51:6,
52:11, 53:20, 63:1
Andy's [1] - 59:12
answer [1] - 56:10
ANTHONY [1] - 1:24
Anthony [2] - 58:6,
58:7
anticipate [1] - 19:23
anticipating [1] - 15:6
anticipation [1] - 25:7
ANY [1] - 12:21
ANYTHING [1] - 11:21
anyway [7] - 22:23,
29:18, 30:14, 39:6,

44:15, 63:16, 63:18
apologize [1] - 37:17
APPEARANCES [8] -
1:15, 2:1, 3:1, 4:1,
5:1, 6:1, 7:1, 8:1
applies [1] - 62:2
apply [3] - 57:20,
65:10, 66:21
appointment [1] -
16:23
APPOINTMENT [1] -
9:11
appreciate [5] - 17:21,
18:19, 46:1, 46:14,
59:8
approach [2] - 66:7,
67:3
appropriate [1] -
50:12
approve [1] - 18:3
approved [1] - 18:5
April [11] - 20:17,
20:19, 20:20, 49:7,
49:12, 49:13, 49:14,
60:20, 62:12
APRIL [1] - 1:5
archive [1] - 57:2
ARE [2] - 12:18, 12:19
argue [2] - 32:24,
33:21
arguing [1] - 42:8
arounds [1] - 65:20
ASBILL [1] - 4:13
assist [1] - 59:3
assume [2] - 16:24,
60:5
assuming [1] - 61:4
AT [3] - 3:8, 12:21,
12:24
attention [2] - 48:13,
55:10
ATTORNEY [1] - 3:3
ATTORNEYS [1] - 3:8
Auburn [2] - 14:8,
14:14
audio [2] - 21:4, 23:9
AUGUST [3] - 1:7,
12:24, 13:2
August [16] - 14:25,
19:2, 46:7, 46:8,
46:10, 46:22, 46:23,
46:25, 47:2, 56:16,
57:3, 62:15, 63:11,
65:10, 68:14
AUTHENTIC [1] -
12:19
authentic [3] - 65:4,
67:1, 67:10
authenticate [1] -
65:24

authenticity [3] -
65:12, 65:21, 66:10
AV [1] - 28:7
availability [1] - 46:18
available [6] - 40:5,
43:11, 43:19, 47:8,
60:12
AVENUE [6] - 1:21,
2:15, 2:20, 3:4, 6:9,
6:18
AVIATION [1] - 7:3
avoid [1] - 62:6
aware [5] - 32:25,
37:11, 42:8, 50:13,
64:25
awful [1] - 52:21

B

B-R-Y-A-N [1] - 27:19
BABIUCH [1] - 3:22
ball [3] - 23:25, 37:17,
39:17
ban [1] - 48:22
Barbier [1] - 49:11
Barbier's [1] - 61:11
BARNETT [1] - 7:8
BARON [1] - 2:14
BARR [9] - 2:11,
31:23, 33:15, 50:21,
51:13, 51:15, 52:4,
53:9, 53:17
Barr [5] - 31:23, 32:25,
34:1, 50:21, 60:23
base [1] - 56:10
based [1] - 51:21
basis [1] - 20:23
BAYLEN [1] - 2:12
BE [1] - 12:11
became [1] - 61:5
BECK [7] - 4:23, 4:24,
39:9, 39:11, 45:5,
45:16, 45:25
Beck [1] - 38:2
BEEN [1] - 12:17
BEFORE [2] - 1:12,
12:12
beginning [2] - 20:3,
33:13
begun [1] - 56:22
behalf [1] - 23:23
Beirute [1] - 36:8
BEIRUTE..................
...................... [1] -
10:22
belabor [1] - 59:11
believes [4] - 14:6,
51:17, 57:1
BELIEVES [1] - 12:5

belong [1] - 16:3
benefit [1] - 22:10
BERTAUT [1] - 4:21
best [2] - 43:21, 69:7
better [2] - 30:21,
48:12
between [7] - 17:16,
19:3, 20:2, 34:25,
41:13, 49:7, 60:4
BETWEEN [1] - 9:15
beyond [2] - 15:1,
54:21
big [2] - 20:2, 52:9
bilateral [1] - 59:21
BINGHAM [1] - 5:17
Bingham [1] - 36:18
Birrell [2] - 29:7, 29:10
BIRRELL...................
...................... [1] -
10:11
bit [2] - 15:5, 41:25
BlackBerry [1] - 35:24
BLANK [1] - 6:8
bless [1] - 20:10
Bob [4] - 42:3, 44:8,
46:22, 46:23
BOB [2] - 11:5, 11:15
BOCKIUS [1] - 6:3
BOEMRE [1] - 26:17
bookmark [1] - 33:22
BOP [12] - 9:8, 10:20,
14:23, 15:8, 15:21,
15:25, 16:4, 17:2,
17:9, 17:11, 34:10,
39:11
BOP.... [1] - 9:10
BOP..........................
. [1] - 9:7
BOULEVARD [1] - 2:4
bow [1] - 18:7
BOX [2] - 1:18, 2:25
BP [41] - 3:11, 3:11,
3:12, 3:13, 3:14,
3:15, 3:16, 9:15,
9:25, 17:16, 18:21,
19:18, 19:19, 20:5,
20:7, 20:14, 24:5,
24:20, 24:25, 25:6,
25:8, 25:9, 25:21,
26:1, 32:10, 33:16,
33:17, 34:18, 39:22,
40:24, 41:5, 41:13,
41:23, 46:5, 47:13,
50:23, 59:21, 60:3,
61:18, 63:6
BP's [4] - 20:7, 25:15,
32:1, 47:9
BP'S [1] - 11:17
BP..............................
...................... [1] -

9:20
brains [1] - 16:4
BRANCH [1] - 2:19
break [1] - 68:9
BREAKOUT [1] - 9:9
breakout [1] - 15:19
breath [1] - 52:25
BREIT [3] - 2:6, 2:7, 48:3
Breit [1] - 47:21
BRENNAN [1] - 4:13
Brian [2] - 31:23, 50:21
BRIAN [2] - 2:11, 27:18
bridging [4] - 22:24, 23:3, 23:12, 23:18
brief [2] - 18:1, 47:15
briefly [1] - 42:14
bring [3] - 17:15, 39:2, 50:22
broad [2] - 56:3, 57:24
BROADWAY [1] - 5:23
BROOKS [1] - 7:8
brought [1] - 33:15
BRYAN [1] - 10:5
Bryan [3] - 27:11, 27:18, 27:20
BUDD [1] - 2:14
Buddy [1] - 34:16
BUDDY [1] - 10:21
building [2] - 15:20, 16:5
BUILDING [2] - 6:9, 9:10
bump [1] - 16:14
bunch [1] - 24:25
burden [1] - 37:20
BUSINESS [1] - 12:19
business [10] - 37:22, 65:4, 65:5, 65:12, 66:11, 66:13, 66:14, 67:2, 67:9, 67:10
BUSINESS................
.................... [1] -
12:20
busy [1] - 43:22
BY [36] - 1:4, 1:17, 1:21, 1:24, 2:3, 2:7, 2:11, 2:15, 2:19, 2:24, 3:3, 3:17, 3:21, 4:3, 4:9, 4:13, 4:17, 4:21, 4:24, 5:4, 5:8, 5:14, 5:18, 5:23, 6:3, 6:8, 6:17, 6:21, 7:4, 7:8, 7:13, 7:17, 7:20, 8:6, 8:7, 12:18
bye [4] - 18:10, 18:11
bye-bye [2] - 18:10, 18:11

**C**

CA [1] - 2:21
cabinet [2] - 37:18, 37:20
calculate [1] - 32:11
calculated [1] - 55:21
calculating [1] - 55:21
calculations [2] - 58:23, 58:24
calendar [8] - 22:13, 22:16, 26:8, 29:3, 43:2, 45:11, 49:24, 51:4
CALENDAR...............
.................................
[1] - 10:1
calendering [1] - 22:11
CALLED [1] - 13:4
Cameron [3] - 37:24, 39:7, 45:20
CAMERON [1] - 4:20
CAMERON'S [1] - 11:9
Cameron's [1] - 45:4
CANAL [4] - 1:24, 1:25, 7:13, 7:14
cannot [1] - 67:8
CAPPING [1] - 9:16
capping [2] - 17:14, 17:17
caps [1] - 50:17
care [1] - 60:16
careful [1] - 60:13
CARMELITE [1] - 4:21
CARONDELET [1] - 4:21
carry [1] - 47:11
cart [1] - 53:3
case [7] - 25:12, 33:8, 41:3, 42:5, 45:11, 50:10, 67:22
CATHY [1] - 8:3
Cathy [2] - 69:3, 69:13
cathy_Pepper@laed. uscourts.gov [1] - 8:5
Cathy_Pepper@laed .uscourts.gov [1] - 69:15
caught [3] - 19:19, 41:16, 42:12
CCR [2] - 8:3, 69:13
cell [1] - 37:21
CENTER [2] - 4:24, 7:21
CENTRAL [1] - 12:24
Central [1] - 68:15

CENTRE [2] - 4:10, 7:9
cents [1] - 36:20
CEO [3] - 42:1, 42:2
certain [1] - 61:3
certainly [6] - 19:24, 30:20, 44:21, 50:11, 64:24
CERTIFICATE [1] - 69:1
CERTIFIED [1] - 8:3
Certified [3] - 69:3, 69:4, 69:13
certify [1] - 69:6
chambers [3] - 68:7, 68:8, 68:10
CHAMBERS..............
....... [1] - 12:23
champions [1] - 14:7
change [2] - 29:6, 53:24
changes [2] - 48:2, 48:3
changing [1] - 22:10
chase [1] - 41:17
checking [1] - 60:12
Chevron [5] - 25:7, 25:8, 25:11, 25:20, 49:18
CHEVRON.................
[1] - 9:25
CHICAGO [1] - 3:23
chime [1] - 18:17, 33:23
CHRISTOPHER [1] - 7:23
CHRYSLER [1] - 6:9
chunk [1] - 20:3
circulate [5] - 18:2, 36:19, 44:24, 47:19
circulated [3] - 15:12, 55:12, 56:7
CIVIL [2] - 1:6, 2:19
clarification [1] - 34:14
clarify [1] - 65:8
clean [1] - 49:3
clean-up [1] - 49:3
cleanest [1] - 43:21
cleanup [2] - 31:18, 67:19
CLEANUP [1] - 12:22
clear [4] - 38:14, 56:21, 62:14, 65:16
cleared [1] - 26:22
clearly [1] - 38:21
CLERK [2] - 13:7, 14:10
client [1] - 34:19

clients [1] - 62:7
CLINGMAN [4] - 4:13, 40:23, 45:18, 48:21
clock [2] - 14:12, 58:24
closing [1] - 54:20
closure [1] - 46:15
Coast [6] - 27:23, 28:23, 56:24, 57:1, 57:12, 57:15
COAST [1] - 10:6
codefendants [1] - 62:4
COHEN [8] - 7:16, 7:17, 14:20, 15:3, 16:11, 17:5, 17:24, 18:9
Cohen [1] - 14:19
collectively [2] - 59:20, 59:25
combined [1] - 61:3
comfort [1] - 61:16
comfortable [3] - 18:6, 18:8, 59:17
coming [1] - 13:17
Commander [1] - 28:21
COMMANDER [1] - 10:9
commence [1] - 37:15
commencement [1] - 55:11
comment [3] - 21:19, 22:5, 22:20
comments [2] - 15:25, 16:10
commitment [1] - 62:16
commitments [1] - 62:6
committed [1] - 19:1
communicated [1] - 64:6
COMPANY [3] - 3:12, 5:13
compel [1] - 20:6
Compel [7] - 19:9, 19:16, 24:24, 25:2, 62:13, 62:17, 63:3
complete [6] - 19:2, 20:1, 20:12, 20:16, 20:18, 35:23
completed [1] - 19:5
completely [1] - 32:1
completes [1] - 35:25
COMPLETION [1] - 9:17
completion [2] - 15:4, 18:15
compliance [1] - 34:4

COMPUTER [1] - 8:7
concern [2] - 32:16, 65:5
concerned [3] - 54:2, 66:9, 66:11
concluded [1] - 68:17
conditioning [1] - 16:6
confer [3] - 18:24, 19:13, 20:2
CONFERENCE [1] - 1:12
conference [3] - 42:20, 54:2, 65:1
conferences [2] - 57:1, 64:21
conferencing [1] - 35:4
conferring [2] - 19:19, 62:6
confirm [6] - 27:5, 27:10, 31:5, 43:23, 46:19, 63:5
confirmation [1] - 29:13
confirmed [3] - 29:24, 34:17, 36:9
confirming [1] - 35:11
confusion [1] - 67:15
connection [4] - 37:14, 41:17, 49:8, 49:10
consensual [1] - 67:8
consensus [1] - 24:5
consider [1] - 25:14
considerably [1] - 45:24
contacted [1] - 49:15
contains [1] - 45:8
contemplated [1] - 66:1
context [1] - 65:21
continue [2] - 53:11, 62:21
CONTINUED [7] - 2:1, 3:1, 4:1, 5:1, 6:1, 7:1, 8:1
continued [1] - 16:14
continues [1] - 65:2
continuing [1] - 16:24
CONTINUING............
................... [1] - 9:13
contract [2] - 22:24, 22:25
CONTRACT [1] - 9:23
contracts [2] - 23:3, 23:19
CONTROL [1] - 12:8
control [3] - 20:3, 51:25, 60:21

**conversation** [1] - 17:13
**convey** [1] - 22:2
**convinced** [1] - 61:14
**CONÉ** [1] - 5:9
**cooperatively** [1] - 62:19
**coordinated** [1] - 59:17
**copies** [1] - 25:10
**Corey** [1] - 26:8, 28:6, 28:7, 29:5, 29:10, 31:4, 43:9, 46:9, 46:23, 49:25, 64:14
**COREY** [1] - 3:4
**corner** [1] - 19:22
**corporate** [2] - 49:22, 65:13
**CORPORATION** [5] - 3:13, 4:20, 5:12, 6:8, 7:8
**correct** [12] - 14:9, 28:24, 29:25, 31:6, 33:24, 35:23, 36:11, 36:14, 39:9, 39:11, 53:20, 69:7
**cost** [6] - 15:19, 15:20, 16:1, 16:5, 16:14, 17:16
**COST** [3] - 9:9, 9:10, 9:14
**costs** [2] - 16:5, 16:10
**COTLAR** [1] - 1:20
**cough** [2] - 21:12, 21:14
**COUNSEL** [1] - 1:17
**counsel** [3] - 29:17, 36:13, 49:3
**countdown** [1] - 14:12
**countdowns** [1] - 13:17
**counterproductive** [1] - 21:3
**counting** [4] - 13:23, 14:16, 55:21, 55:22
**couple** [3] - 33:15, 46:12, 52:15
**COURSE** [2] - 12:18, 12:20
**course** [10] - 25:8, 25:12, 47:6, 59:12, 62:7, 65:3, 65:4, 66:12, 67:1, 67:10
**Court** [25] - 16:16, 16:19, 16:23, 17:1, 17:15, 17:19, 18:2, 18:5, 19:10, 19:14, 25:14, 35:1, 37:9, 39:5, 42:3, 45:6,

48:4, 56:25, 59:14, 61:6, 69:4, 69:5, 69:6, 69:14, 69:14
**COURT** [179] - 1:1, 8:3, 9:12, 9:14, 13:4, 13:8, 13:10, 13:14, 13:16, 14:1, 14:3, 14:8, 14:11, 14:15, 14:22, 15:18, 16:20, 17:8, 17:21, 18:8, 18:11, 21:5, 21:10, 21:13, 21:15, 21:19, 21:24, 22:4, 22:19, 23:5, 23:8, 23:16, 23:18, 24:1, 24:8, 24:11, 24:14, 24:17, 25:3, 25:5, 25:17, 26:4, 26:7, 26:13, 26:18, 26:21, 26:25, 27:2, 27:4, 27:14, 27:17, 27:20, 27:25, 28:6, 28:11, 28:14, 28:16, 28:18, 28:22, 29:2, 29:10, 29:23, 30:1, 30:4, 30:23, 31:4, 31:9, 31:11, 31:20, 32:20, 33:2, 33:6, 33:11, 33:21, 34:6, 34:14, 35:2, 35:8, 35:10, 35:15, 35:17, 35:24, 36:6, 36:14, 36:19, 37:1, 37:6, 37:16, 38:3, 38:5, 38:7, 38:14, 38:17, 38:23, 39:7, 39:10, 39:12, 39:16, 39:19, 39:21, 39:23, 40:1, 40:7, 40:13, 40:17, 40:20, 41:4, 42:13, 42:15, 43:3, 43:9, 43:13, 43:15, 43:23, 44:3, 44:17, 45:1, 45:14, 45:23, 46:1, 46:9, 46:21, 46:23, 47:2, 47:9, 48:7, 48:11, 48:13, 48:24, 49:25, 50:15, 50:20, 51:10, 51:14, 52:2, 52:9, 52:14, 53:8, 53:15, 53:18, 53:20, 53:22, 53:24, 54:12, 54:16, 55:9, 55:15, 56:2, 56:13, 57:7, 57:10, 58:5, 58:12, 58:22, 59:5, 59:8, 60:9, 60:16, 60:22, 61:10, 61:14, 61:22, 62:18, 62:24, 63:13, 63:21, 63:24, 64:3, 64:9, 64:11, 64:14, 65:17, 66:6,

66:21, 67:11, 67:13, 67:23, 68:1, 68:8
**court** [2] - 23:25, 39:18
**Court's** [3] - 38:19, 45:10, 57:19
**courtroom** [3] - 61:11, 64:20, 65:9
**cover** [1] - 32:17
**COVINGTON** [1] - 3:9
**crazy** [1] - 44:4
**criteria** [1] - 39:5
**cross** [3] - 19:23, 42:12, 61:19
**CRR** [2] - 8:3, 69:13
**current** [1] - 59:4
**custodial** [10] - 16:23, 17:1, 35:21, 36:4, 55:4, 56:1, 57:18, 57:19, 57:22, 61:20
**CUSTODIAL** [2] - 9:12, 12:12
**custodian** [1] - 65:23
**cut** [3] - 49:13, 52:5, 52:6
**cut-off** [1] - 49:13

# D

**D-O-M-A-N-G-U-E** [1] - 27:13
**D-O-M-A-N-Q-U-E-T** [1] - 27:17
**DALLAS** [3] - 2:16, 5:6, 7:21
**Daly** [1] - 30:13
**DALY** ........................
.................... [1] - 10:15
**DANIEL** [1] - 4:17
**DART** [3] - 3:7, 13:24, 14:2
**date** [19] - 15:4, 28:15, 28:20, 32:23, 38:1, 38:8, 39:16, 39:24, 40:15, 40:23, 41:9, 43:16, 43:21, 49:23, 50:24, 55:18, 57:6, 58:7, 58:21
**dated** [3] - 20:17, 20:18, 20:20
**dates** [21] - 22:1, 34:16, 35:6, 36:12, 37:7, 37:9, 37:15, 38:20, 43:11, 43:19, 45:14, 46:3, 46:6, 46:12, 47:5, 47:6, 51:9, 52:23, 53:3, 53:6, 60:6

**Dave** [1] - 26:17
**DAVE** [1] - 10:4
**DAVID** [2] - 4:24, 11:7
**David** [5] - 26:23, 43:4, 43:14, 43:15, 45:19
**days** [13] - 13:22, 14:16, 29:4, 29:8, 33:4, 35:3, 36:24, 37:9, 41:5, 41:6, 41:24, 42:22, 56:16
**DAYS** [1] - 9:5
**DC** [3] - 2:25, 4:4, 5:19
**dead** [1] - 62:20
**deadline** [16] - 13:19, 19:8, 19:10, 19:15, 20:5, 20:24, 22:1, 24:24, 48:4, 62:13, 62:15, 63:12, 64:23, 65:10, 66:21, 67:7
**deadlines** [3] - 13:17, 20:25, 66:2
**deal** [3] - 22:18, 53:4, 65:20
**Deb** [1] - 25:19
**debate** [1] - 22:24
**DEBATE** ............... [1] - 9:23
**DEBORAH** [1] - 5:14
**decided** [1] - 40:10
**declarations** [1] - 16:7
**declare** [1] - 16:3
**declared** [1] - 15:24
**deemed** [2] - 62:17, 66:13
**deep** [3] - 32:7, 52:25, 65:5
**Deepwater** [2] - 49:9, 57:25
**DEEPWATER** [3] - 1:4, 4:7, 4:8
**defend** [1] - 64:16
**defendants** [5] - 18:21, 18:23, 31:8, 31:16, 54:1
**DEFENDANTS** .........
...................... [1] - 9:18
**defense** [1] - 33:15
**delay** [2] - 58:13, 60:11
**delays** [1] - 15:5
**demobilizing** [1] - 17:19
**DENISE** [1] - 6:4
**Denise** [3] - 40:1, 40:2
**DEPARTMENT** [2] - 2:18, 2:24
**depo** [1] - 42:21
**deponent** [1] - 50:19

**deponents** [1] - 53:1
**depose** [4] - 38:13, 51:17, 53:5, 59:23
**DEPOSE** [1] - 12:6
**deposed** [1] - 50:12
**Deposition** [1] - 36:15
**deposition** [24] - 25:8, 25:20, 30:6, 31:3, 31:25, 35:3, 36:4, 36:9, 36:20, 38:21, 38:22, 40:25, 41:2, 42:4, 43:5, 44:8, 44:13, 46:3, 47:12, 49:6, 49:21, 50:20, 56:1, 58:3
**DEPOSITION** [3] - 11:12, 11:18, 11:22
**DEPOSITION** ............
..................................
[1] - 12:13
**depositions** [8] - 26:10, 33:9, 37:14, 45:4, 47:10, 53:2, 55:5, 65:13
**DEPOSITIONS** ..........
[1] - 11:17
**DEPOSITIONS** ..........
.................................. [1] - 10:2
**DEPOSITIONS** ..........
..................................... [1] - 11:10
**deputies** [1] - 31:17
**DEPUTY** [1] - 13:7
**derogatory** [1] - 15:22
**designee** [2] - 14:5, 34:10
**DESIGNEE** [1] - 10:20
**designees** [5] - 26:15, 27:22, 27:23, 28:23, 57:15
**DESIGNEES** ............
......... [1] - 10:3
**DESIGNEES** ............
............................ [1] - 10:6
**desires** [1] - 38:19
**despite** [1] - 62:15
**destroy** [1] - 27:11
**DET** [1] - 7:16
**determinative** [1] - 67:7
**determining** [1] - 39:5
**develop** [1] - 52:18
**DEXTER** [1] - 3:4
**dictating** [1] - 41:23
**differences** [1] - 18:25
**different** [2] - 59:23, 60:19
**dig** [3] - 27:9, 37:18, 42:10

5

**diligently** [1] - 24:19
**direction** [1] - 16:19
**directly** [2] - 25:10, 60:4
**disagree** [3] - 32:1, 62:22, 62:25
**DISCOVERY** [2] - 1:12, 12:18
**discovery** [19] - 18:16, 18:20, 18:21, 19:8, 19:16, 20:6, 20:7, 20:21, 24:18, 32:16, 52:8, 55:11, 62:1, 63:15, 63:17, 65:3, 66:2
**DISCOVERY**............. ....... [1] - 9:19
**DISCOVERY**............. ......... [1] - 9:17
**DISCOVERY**............. ...................... [1] - 12:15
**discuss** [1] - 68:7
**DISCUSS** [1] - 12:23
**discussed** [2] - 56:11, 63:7
**discussing** [2] - 32:10, 41:24
**discussion** [3] - 16:12, 65:1, 66:16
**discussions** [1] - 55:1
**DISMISSAL** [1] - 12:23
**dismissal** [1] - 68:17
**disposed** [2] - 16:16, 42:3
**dispute** [2] - 41:13, 65:15
**disputes** [3] - 22:21, 24:19, 65:24
**DISPUTES**................ [1] - 9:22
**distant** [1] - 37:23
**DISTRICT** [2] - 1:1, 1:1
**District** [3] - 69:5, 69:6, 69:14
**divert** [1] - 21:1
**DIVISION** [1] - 2:19
**DNV** [2] - 17:17, 17:23
**doctors** [1] - 44:15
**document** [1] - 20:17
**DOCUMENT** [1] - 1:9
**DOCUMENTS** [2] - 9:25, 12:17
**documents** [32] - 20:18, 20:20, 21:20, 23:11, 23:12, 25:7, 25:10, 25:15, 25:22, 25:25, 32:3, 32:9, 33:19, 49:16, 49:19, 51:24, 54:6, 54:10,

54:15, 55:4, 56:23, 57:4, 57:5, 59:13, 60:24, 61:5, 61:9, 65:2, 65:15, 66:4, 66:25, 67:17
**DOI** [1] - 27:21
**DOING** [1] - 9:15
**Domangue** [1] - 27:13
**DOMANGUE**............. ............................... [1] - 10:5
**DOMENGEAUX** [1] - 1:17
**DOMINION** [1] - 2:7
**DON** [2] - 3:17, 11:8
**Don** [5] - 26:5, 41:17, 42:15, 44:7, 50:15
**DONALD** [1] - 5:4
**done** [13] - 14:24, 17:3, 17:25, 30:22, 32:19, 35:11, 36:21, 51:1, 55:2, 62:11, 67:1, 68:5, 68:6
**door** [1] - 52:19
**doubt** [1] - 24:18
**DOUG** [2] - 11:24, 12:2
**Doug** [2] - 49:21, 50:19
**DOUGLAS** [1] - 7:24
**down** [24] - 15:10, 22:17, 29:5, 29:9, 29:10, 29:13, 31:13, 31:20, 34:6, 40:21, 41:4, 42:4, 43:9, 43:15, 45:22, 46:13, 46:18, 50:15, 52:6, 52:7, 59:20, 63:14, 64:10, 65:13
**DR** [1] - 10:22
**Dr** [1] - 36:8
**draft** [2] - 15:13, 24:3
**DRESCHER** [1] - 2:6
**dribble** [1] - 15:5
**drilling** [1] - 22:23
**DRILLING** [2] - 4:8, 9:23
**DRIVE** [1] - 2:8
**drop** [1] - 18:18
**dropped** [1] - 37:17
**DUNBAR** [1] - 7:12
**during** [2] - 47:6, 48:4
**DYNAMIC** [1] - 7:3

## E

**E&P** [1] - 5:13
**E-M-M-E-R-S-O-N** [1] - 38:2

**e-mail** [11] - 15:14, 27:6, 27:9, 28:24, 34:9, 39:1, 44:9, 48:6, 48:7, 48:22, 50:14
**earliest** [1] - 43:19
**early** [2] - 49:13, 56:7
**EASTERN** [1] - 1:1
**Eastern** [1] - 69:6
**easy** [1] - 53:2
**ECF** [1] - 36:2
**edit** [1] - 16:18
**EDWARD** [1] - 5:23
**EDWARDS** [1] - 1:17
**effort** [2] - 44:20, 57:22
**efforts** [1] - 49:8
**EIGHT** [1] - 12:12
**eight** [2] - 56:1, 58:13
**eight-week** [1] - 58:13
**either** [2] - 47:18, 65:11
**electronic** [1] - 56:24
**ELLIS** [2] - 3:21, 4:3
**ELM** [1] - 5:6
**ELSE** [1] - 11:21
**Emanuel** [7] - 40:1, 40:5, 40:10, 64:6, 64:7, 64:12, 64:13
**EMANUEL**................. ...................... [1] - 12:16
**EMANUEL**................. ...................... [1] - 11:1
**Emmerson** [6] - 37:25, 38:2, 38:3, 38:9, 38:19
**EMMERSON**............. ............................... [1] - 10:24
**employed** [1] - 49:8
**employee** [2] - 36:25, 64:8
**enclosure** [1] - 15:9
**end** [7] - 15:13, 19:24, 26:20, 26:21, 50:24, 60:8, 61:25
**endeavoring** [2] - 19:20, 52:6
**ended** [1] - 21:4
**ENERGY** [2] - 4:10, 5:3
**ENFORCEMENT** [1] - 2:23
**Engineering** [1] - 50:7
**ENGINEERING**......... ............................... [1] - 11:25
**enter** [1] - 49:11

**ENTERGY** [1] - 7:9
**entirely** [1] - 65:19
**entitled** [1] - 69:9
**envelope** [2] - 21:22, 21:25
**ENVIRONMENTAL** [1] - 2:23
**equipment** [1] - 18:13
**equitable** [1] - 42:19
**errors** [1] - 19:19
**especially** [1] - 65:6
**ESQUIRE** [43] - 1:17, 1:21, 1:24, 2:3, 2:7, 2:11, 2:15, 2:19, 2:24, 3:3, 3:4, 3:17, 3:21, 3:22, 3:22, 4:3, 4:9, 4:13, 4:17, 4:21, 4:24, 5:4, 5:4, 5:5, 5:8, 5:9, 5:14, 5:18, 5:18, 5:23, 6:3, 6:4, 6:4, 6:8, 6:17, 6:21, 7:4, 7:8, 7:13, 7:17, 7:20, 7:23, 7:24
**essentially** [1] - 18:20
**establish** [1] - 65:14
**etcetera** [6] - 16:6, 55:4, 55:24, 59:23, 65:5
**EVANS** [1] - 7:13
**evening** [1] - 25:23
**event** [3] - 20:6, 56:15, 68:6
**events** [2] - 20:8, 32:6
**evidence** [1] - 66:13
**evident** [1] - 61:6
**evolving** [1] - 50:10
**exactly** [2] - 15:17, 47:24
**example** [1] - 50:6
**except** [1] - 41:5
**exception** [1] - 20:1
**EXCESS** [1] - 7:12
**exercise..** [1] - 21:3
**exhibit** [1] - 65:22
**existing** [2] - 47:20, 67:19
**EXISTING** [1] - 12:21
**expect** [1] - 15:8
**expectation** [1] - 62:11
**expert** [1] - 50:25
**experts** [2] - 48:18, 48:19
**EXPERTS**................. ...................... [1] - 11:20
**explains** [1] - 17:24
**EXPLORATION** [1] - 3:14
**exploration** [1] - 32:7

**extension** [6] - 20:12, 24:23, 25:2, 63:2, 63:9, 63:10
**extent** [4] - 30:17, 57:17, 67:15, 67:20
**extremely** [1] - 47:23

## F

**fabulous** [1] - 45:1
**fact** [5] - 50:5, 61:19, 63:8, 66:4, 66:11
**facts** [2] - 30:13, 33:3
**factual** [1] - 37:14
**fair** [4] - 37:21, 42:1, 46:20
**fairly** [1] - 37:3
**fairness** [3] - 40:14, 41:22, 41:23
**faith** [1] - 65:20
**FANNIN** [1] - 4:14
**far** [2] - 15:10, 55:13
**feasible** [1] - 57:17
**February** [1] - 65:7
**FEDERAL** [1] - 2:18
**few** [4] - 27:9, 38:12, 47:21, 47:23
**FIFTEENTH** [1] - 4:4
**FIFTH** [1] - 6:18
**figure** [2] - 32:17, 33:19
**file** [9] - 35:21, 36:4, 37:18, 37:20, 39:4, 55:4, 63:17, 63:22, 65:11
**filed** [1] - 66:3
**files** [1] - 61:21
**filing** [1] - 64:3
**final** [3] - 28:20, 58:14, 58:16
**finalize** [2] - 16:17, 58:11
**FINANCIAL** [1] - 6:16
**fine** [12] - 13:16, 18:14, 23:8, 26:13, 41:14, 41:18, 46:21, 53:17, 63:25, 64:1, 65:25, 68:4
**Fine** [1] - 31:11
**FINISH** [1] - 9:8
**finish** [1] - 15:8
**fire** [1] - 42:12
**FIRM** [2] - 1:23, 7:20
**first** [7] - 17:6, 18:18, 27:18, 27:23, 33:12, 51:19, 53:4
**fit** [1] - 20:11
**FITCH** [1] - 5:18
**Fitch** [1] - 36:17

fix [1] - 19:20
FL [1] - 2:12
FLANDERS [1] - 5:23
floated [1] - 34:3
FLOOR [2] - 2:20, 4:10
FLOW [2] - 10:18, 12:7
flow [7] - 32:10, 32:11, 32:17, 32:20, 33:12, 33:24, 51:21
fly [2] - 16:8, 35:4
focus [1] - 66:17
folks [5] - 44:1, 54:18, 56:8, 56:12, 67:18
follow [2] - 44:12, 62:16
following [1] - 15:6
Fools [1] - 62:12
FOR [28] - 1:16, 1:23, 2:18, 2:23, 3:3, 3:7, 3:11, 4:6, 4:20, 5:3, 5:12, 5:22, 6:3, 6:7, 6:12, 6:20, 7:7, 7:12, 7:16, 7:20, 9:9, 9:10, 9:15, 11:9, 11:17, 11:18, 11:19
force [1] - 65:23
forced [1] - 60:14
foregoing [1] - 69:7
forever [1] - 47:18
forget [2] - 34:8, 52:20
forth [2] - 49:16, 64:19
forthcoming [1] - 46:6
forthcomingness [1] - 46:14
forward [5] - 14:2, 17:2, 17:15, 49:20, 59:16
four [3] - 33:4, 55:24
frame [1] - 30:11
FRANCISCO [1] - 2:21
frankly [3] - 19:19, 20:23, 21:2
Frazelle [4] - 29:13, 29:16, 29:23, 34:9
FRAZELLE................ .......................... [2] - 10:12, 10:19
free [1] - 16:25
Friday [2] - 14:25, 24:7
FRIDAY [2] - 1:7, 13:2
friends [1] - 35:21
FRILOT [1] - 4:9
FROM [3] - 9:25, 11:12, 12:14
FTP [2] - 25:15, 26:2
fully [2] - 68:2
FURTHER [1] - 11:17

future [1] - 67:8

G

G-U-E-T [1] - 27:17
GAME [1] - 9:6
game [4] - 13:23, 14:6, 14:14
garbled [2] - 21:10, 23:9
Gary [1] - 45:7
GARY [1] - 11:11
GASAWAY [2] - 4:3, 17:12
GATE [1] - 2:20
gather [2] - 44:25, 55:3
GEIGER [1] - 7:3
GENERAL'S [1] - 3:3
gentlemen [3] - 14:23, 15:18, 62:19
given [7] - 25:12, 30:21, 37:10, 42:18, 48:18, 49:23, 51:4
GODWIN [6] - 5:3, 5:4, 5:8, 23:17, 42:14, 42:17
GOFORTH [2] - 4:16, 4:17
GOLDEN [1] - 2:20
goose [1] - 41:17
GORMAN [1] - 7:16
GOTSHAL [1] - 6:17
government [5] - 22:12, 22:20, 26:12, 54:7, 60:3
GOVERNMENT [2] - 2:18, 9:22
GOVERNMENT'S [1] - 10:3
government's [1] - 26:15
great [6] - 14:25, 29:2, 39:3, 43:3, 58:4, 64:24
greatest [1] - 58:1
GROUP [1] - 7:3
group [6] - 15:3, 44:25, 46:4, 51:7, 51:9, 68:10
GROUP..................... .................. [1] - 11:13
Guard [6] - 27:23, 28:23, 56:24, 57:1, 57:12, 57:15
GUARD [1] - 10:6
guess [7] - 30:21, 35:21, 45:19, 48:22, 54:1, 63:12, 68:4

Gulf [2] - 22:23, 32:7
GULF [2] - 1:5, 9:23
guy [3] - 39:22, 45:12, 46:9
guys [4] - 17:23, 37:16, 46:2, 56:13

H

H-O-C-K [2] - 28:14, 28:17
Habans [4] - 44:8, 44:11, 44:14, 44:18
HAD [1] - 12:4
hair [1] - 66:18
half [2] - 42:18, 42:25
Halliburton [6] - 24:20, 24:21, 41:13, 42:23, 59:2, 66:5
HALLIBURTON [1] - 5:3
halt [1] - 62:20
handle [1] - 56:3
handwriting [1] - 27:18
happenstance [1] - 42:5
happy [7] - 13:20, 42:11, 44:11, 44:12, 45:5, 58:5, 59:7
hard [1] - 52:7
HAS [1] - 11:21
Hashanah [1] - 29:17
HATAWAY [1] - 5:9
HATAWAY-CONÉ [1] - 5:9
hate [1] - 22:22
HAVE [2] - 12:11, 12:17
Haycraft [1] - 42:10
HAYCRAFT [9] - 3:17, 25:16, 26:6, 36:25, 37:2, 37:21, 40:24, 41:21, 50:4
HB406 [1] - 8:4
head [2] - 24:10, 67:24
hear [7] - 13:11, 13:12, 41:25, 43:12, 52:12, 65:9, 67:6
HEARD [1] - 1:12
heard [5] - 33:12, 41:21, 42:14, 55:7, 58:8
hearing [2] - 19:6, 60:23
held [3] - 15:4, 47:18, 67:16
hello [2] - 23:5, 23:6
help [1] - 47:22

helpful [2] - 37:19, 51:9
helps [1] - 43:1
hence [1] - 52:2
HENRY [1] - 3:7
hereby [1] - 69:6
HERMAN [14] - 1:20, 1:21, 23:1, 47:17, 48:5, 48:8, 48:12, 59:10, 60:10, 61:2, 61:13, 67:25, 68:4
Herman [7] - 22:25, 23:1, 47:17, 59:9, 59:10, 60:24, 67:16
hesitation [1] - 20:14
hi [1] - 13:14
high [1] - 37:3
highlight [1] - 47:24
HIMMELHOCH [28] - 2:19, 13:13, 13:15, 18:19, 21:8, 21:12, 21:14, 21:16, 21:23, 22:2, 22:15, 26:16, 26:20, 26:24, 27:7, 27:15, 27:19, 27:21, 28:4, 28:9, 28:12, 28:17, 28:20, 28:24, 43:25, 56:17, 57:14, 68:12
hire [1] - 28:7
history [3] - 52:21, 60:19, 64:19
hitch [1] - 43:6
Hock [1] - 28:12, 28:17, 28:18, 28:23
HOCK [1] - 28:13
hock [2] - 28:16, 28:18
HOCK...................... ........ [1] - 10:8
hold [4] - 17:9, 26:18, 27:25, 58:15
HOLDINGS [3] - 3:15, 4:6, 6:13
honestly [1] - 27:8
Honor [67] - 13:13, 13:24, 15:3, 16:11, 17:5, 17:12, 17:25, 18:19, 22:8, 22:17, 23:1, 23:6, 23:24, 26:16, 29:15, 30:3, 31:7, 31:23, 32:22, 34:8, 34:18, 37:22, 39:9, 39:17, 40:3, 41:7, 42:7, 42:23, 43:2, 43:25, 44:6, 45:5, 45:18, 46:5, 46:16, 47:19, 48:21, 49:5, 49:24, 50:21, 52:13, 52:16, 53:9, 53:23, 53:25, 54:13,

54:14, 54:17, 55:20, 56:17, 57:8, 59:1, 59:2, 59:7, 59:10, 62:23, 63:6, 63:23, 63:25, 64:25, 65:18, 66:1, 66:19, 67:3, 67:14, 68:3, 68:7
Honor's [2] - 31:24, 36:12
HONORABLE [1] - 1:12
hook [2] - 16:1, 16:4
hope [4] - 19:2, 24:6, 47:5
hoped [1] - 15:13
hopeful [1] - 15:4
hopefully [4] - 46:14, 46:18, 47:25, 67:18
hopeless [1] - 64:17
Horizon [1] - 49:9
HORIZON [1] - 1:4
horse [2] - 53:4
hour [3] - 31:16, 31:19, 36:9
HOURS [1] - 9:5
hours [4] - 13:22, 34:2, 42:18, 42:25
house [1] - 48:19
Houston [1] - 32:9, 34:24, 35:4, 35:6, 35:11, 35:13, 35:16, 49:22, 50:16, 50:20
HOUSTON [9] - 2:4, 4:14, 4:18, 4:24, 4:25, 5:10, 6:5, 7:18, 7:22
Hugh [2] - 40:3, 64:5
HUGH [1] - 6:3
humanly [1] - 57:4
hundred [1] - 60:8
hundreds [1] - 65:14
hypothetical [1] - 62:2

I

I................... [1] - 11:19
idea [3] - 26:4, 50:5, 60:24
identified [1] - 19:25, 31:17, 66:25
identify [3] - 44:5, 49:18, 50:24
II [30] - 12:10, 32:3, 36:16, 37:10, 37:13, 37:14, 38:11, 51:2, 51:18, 52:17, 52:23, 54:3, 54:21, 55:1, 55:11, 55:13, 57:5, 57:11, 58:2, 59:19,

60:1, 61:3, 61:5, 61:8, 61:11, 61:17, 67:16, 67:21, 67:25, 68:1

**II..........** [1] - 12:6

**III** [11] - 7:4, 54:4, 54:8, 54:10, 56:20, 56:22, 57:3, 57:5, 57:13, 57:14, 58:2

**IL** [1] - 3:23

**illustrates** [1] - 50:5

**immediately** [1] - 31:14

**important** [7] - 14:14, 21:21, 21:25, 32:8, 50:12, 50:25, 55:2

**IMPREVENTO** [1] - 2:6

**IN** [7] - 1:4, 1:5, 12:6, 12:11, 12:18, 12:19, 12:23

**in-house** [1] - 48:19

**inaudible** [1] - 21:6

**INC** [15] - 3:11, 3:12, 3:13, 3:14, 3:16, 4:8, 4:9, 5:3, 6:12, 6:13, 6:14, 6:15, 6:16, 6:17, 7:3

**incident** [2] - 22:12, 37:3

**include** [3] - 36:15, 47:7, 54:8

**included** [4] - 51:11, 57:5, 63:4, 63:20

**includes** [3] - 19:24, 20:2, 56:20

**incorporated** [1] - 55:25

**INCORPORATED** [1] - 12:11

**indeed** [1] - 15:24

**indicated** [5] - 19:10, 20:13, 23:12, 56:8, 56:25

**info** [1] - 30:24

**information** [9] - 30:15, 45:9, 51:22, 54:5, 55:3, 56:24, 57:16, 58:2, 59:13

**initial** [3] - 50:1, 58:9, 58:11

**input** [1] - 44:25

**inquire** [1] - 30:7

**inside** [1] - 32:10

**instead** [1] - 30:18

**intending** [1] - 22:8

**interestingly** [1] - 61:10

**INTERESTS** [2] - 2:18, 3:3

**interests** [1] - 59:23

**interference** [1] - 44:2

**INTERNATIONAL** [2] - 4:20, 6:16

**international** [1] - 47:7

**interpleader** [1] - 23:21

**INTERPLEADER** [1] - 9:24

**interrogatories** [1] - 44:18

**intertwined** [1] - 41:9

**investigative** [1] - 46:4

**INVESTIGATIVE** [1] - 11:13

**involved** [5] - 32:2, 37:2, 42:4, 49:7, 60:4

**involvement** [3] - 32:4, 32:13, 37:12

**involving** [1] - 42:11

**iron** [2] - 58:9, 58:19

**IRPINO** [5] - 1:23, 1:24, 58:7, 58:18, 59:1

**Irpino** [3] - 23:12, 23:14, 58:7

**irrelevant** [1] - 14:6

**IS** [2] - 12:5, 12:24

**issue** [37] - 16:15, 20:9, 20:10, 21:24, 23:11, 25:6, 26:19, 29:4, 29:17, 29:21, 30:12, 30:15, 30:18, 32:14, 32:20, 33:2, 33:11, 33:24, 37:8, 37:13, 38:12, 39:6, 41:8, 41:11, 41:14, 45:6, 45:13, 49:6, 49:18, 51:3, 52:10, 61:17, 62:1, 66:7, 66:8, 66:14

**ISSUE..................** [1] - 11:22

**issues** [22] - 19:17, 22:6, 25:1, 26:1, 32:3, 32:10, 32:24, 33:18, 37:12, 46:17, 49:4, 49:12, 50:5, 50:12, 50:14, 50:22, 51:21, 52:1, 56:21, 59:22, 62:5, 65:2

**ISSUES** [1] - 12:17

**ISSUES..................** . [1] - 12:7

**ISSUES..................** ............ [1] - 12:8

**ISSUES..................**

**..................** [1] - 10:18

**ITEMS** [1] - 9:3

## J

**JAMES** [2] - 1:17, 6:4

**jammed** [1] - 63:14

**Jeff** [2] - 47:21, 48:2

**JEFFERSON** [3] - 1:18, 3:8, 6:21

**JEFFREY** [1] - 2:7

**JENNY** [1] - 5:4

**jerry** [1] - 57:4

**jerry-rigging** [1] - 57:4

**Jim** [9] - 35:18, 59:14, 61:10, 66:6, 66:8, 66:10, 66:15, 66:18, 66:21

**Jim's** [1] - 65:17

**Jimmy** [2] - 39:1, 64:1

**JIMMY** [1] - 2:3

**job** [2] - 37:4, 40:12

**joke** [2] - 21:9, 21:10

**JONES** [1] - 6:20

**Jordan** [1] - 29:20

**JR** [1] - 7:8

**JUDGE** [1] - 1:13

**Judge** [10] - 13:9, 14:20, 18:9, 35:19, 42:17, 49:11, 61:11, 64:18, 68:12, 68:13

**judge** [8] - 18:1, 18:6, 24:13, 25:19, 41:25, 42:14, 42:17, 65:23

**July** [2] - 51:19, 52:5

**jump** [2] - 15:23, 22:16

**jumping** [1] - 16:7

**JUSTICE** [2] - 2:18, 2:24

## K

**kaawck** [1] - 21:11

**KATZ** [1] - 1:20

**KAUL** [1] - 7:23

**keep** [2] - 29:21, 49:8

**KEPT** [1] - 12:19

**kept** [4] - 65:4, 66:12, 67:1, 67:9

**KERRY** [1] - 4:9

**Kerry** [9] - 23:21, 23:23, 26:14, 38:8, 41:7, 43:17, 50:10, 62:24, 63:7

**Kerry's** [1] - 62:8

**kick** [1] - 63:14

**kids** [1] - 14:15

**kind** [3] - 26:19, 32:8, 47:24

**kinds** [1] - 32:24

**KIRBY** [7] - 5:18, 15:17, 24:13, 24:15, 24:18, 25:4, 25:6

**KIRKLAND** [2] - 3:21, 4:3

**knowledge** [1] - 31:18

**knows** [2] - 27:12, 45:2

**KRAUS** [1] - 7:24

**Kuchler** [1] - 25:19

**KUCHLER** [5] - 5:13, 5:14, 25:19

**Ky** [4] - 15:14, 15:15, 24:14, 63:1

**KY** [1] - 5:18

**Ky's** [1] - 62:9

## L

**L-E-A-C-H** [1] - 45:25

**L.L.C** [1] - 6:3

**L.P** [1] - 6:20

**LA** [13] - 1:19, 1:22, 1:25, 3:9, 3:19, 4:11, 4:22, 5:15, 6:22, 7:5, 7:10, 7:14, 8:4

**LABORDE** [1] - 7:3

**Lacy** [4] - 29:19, 30:1, 30:5, 30:16

**LACY..................**

**..................** [1] - 10:13

**ladies** [3] - 14:23, 15:18, 62:19

**LAE** [1] - 45:24

**LAFAYETTE** [2] - 1:19, 6:22

**Lamar** [1] - 41:1

**LAMAR** [3] - 5:9, 7:17, 11:4

**land** [1] - 15:20

**LAND** [1] - 9:9

**landed** [1] - 22:12

**Langan** [2] - 46:5, 60:4

**LANGAN** [52] - 3:21, 22:8, 22:17, 26:11, 29:9, 29:15, 29:25, 30:3, 30:9, 30:13, 30:20, 31:2, 31:6, 32:22, 33:3, 33:7, 33:13, 34:8, 34:18, 35:5, 35:9, 35:13, 35:16, 35:20, 36:11, 36:17, 37:22, 38:4, 38:6, 38:16, 39:15,

**39:17, 39:20, 39:22, 39:24, 46:5, 46:12, 46:20, 52:12, 52:15, 53:13, 53:19, 53:21, 53:23, 60:18, 60:23, 61:15, 61:25, 63:6, 63:23, 63:25, 65:18

**LAPEROUSE** [1] - 7:3

**largely** [2] - 56:23, 59:20

**LASALLE** [1] - 3:23

**laser** [2] - 17:17, 18:4

**LASER** [1] - 9:15

**last** [12] - 16:7, 19:9, 21:16, 23:24, 42:20, 44:9, 52:16, 52:17, 54:17, 56:7, 61:15, 63:8

**last-minute** [1] - 16:7

**late** [2] - 38:16, 56:7

**laugh** [1] - 27:12

**laughter** [2] - 13:21, 21:7

**launched** [1] - 61:17

**LAW** [3] - 1:23, 3:8, 7:20

**LAWN** [1] - 2:15

**Leach** [2] - 45:7, 45:24

**leach** [1] - 45:22

**LEACH..................**

**..................** [1] - 11:11

**lead** [3] - 26:14, 44:22, 44:24

**learn** [1] - 25:22

**lease** [2] - 15:20

**LEASE** [1] - 9:9

**least** [8] - 19:11, 23:12, 32:4, 43:21, 45:12, 47:19, 60:12, 63:20

**leave** [2] - 30:5, 38:9

**leaves** [1] - 47:5

**led** [1] - 45:8

**LEE** [1] - 45:24

**left** [5] - 15:15, 17:18, 64:20, 66:18

**LEMOINE** [1] - 6:21

**LEO** [1] - 7:4

**less** [2] - 41:3, 53:14

**letter** [4] - 50:6, 51:6, 51:11, 54:18

**LETTER** [1] - 12:4

**LEVIN** [1] - 2:10

**LEWIS** [3] - 3:16, 4:16, 6:3

**LEXINGTON** [1] - 6:9

**LIAISON** [1] - 1:17

**liaison** [5] - 49:3, 54:2, 64:21, 65:1, 68:10

**LIEUTENANT** [2] - 10:8, 10:9
**lieutenant** [1] - 28:16
**Lieutenant** [2] - 28:12, 28:21
**lifted** [1] - 48:22
**likely** [2] - 52:4, 52:5
**limit** [1] - 57:24
**limited** [2] - 32:2, 51:22
**LIMITED** [1] - 3:15
**line** [6] - 18:18, 22:9, 24:3, 24:4, 24:5
**lines** [2] - 40:17, 40:19
**LISKOW** [1] - 3:16
**list** [35] - 38:11, 38:13, 38:16, 38:18, 39:4, 39:6, 43:4, 45:15, 45:17, 45:19, 47:14, 47:20, 48:2, 48:9, 51:7, 51:8, 51:12, 51:16, 51:17, 51:19, 51:20, 51:23, 52:5, 52:6, 53:1, 53:4, 53:10, 56:15, 59:4, 60:8, 60:14, 65:22, 68:5
**LIST** [3] - 11:19, 12:4, 12:5
**listed** [1] - 57:15
**listing** [1] - 52:17
**lists** [1] - 51:15
**litigants** [1] - 17:7
**LLC** [4] - 4:7, 5:22, 6:13, 6:14
**LMRP** [2] - 9:8, 15:9
**log** [1] - 21:20
**logging** [2] - 21:2, 21:17
**logistical** [2] - 30:12, 30:17
**logistics** [1] - 30:6
**logs** [5] - 20:12, 20:16, 20:18, 20:20, 20:22
**LOGS**........................
...................... [1] - 9:21
**London** [8] - 29:5, 30:6, 30:8, 30:10, 30:11, 30:14, 30:18, 31:25
**LONG**.......................
...................... [1] - 11:5
**look** [16] - 29:12, 31:1, 33:3, 33:16, 37:19, 38:24, 39:14, 39:15, 40:11, 43:3, 48:24, 50:1, 55:15, 56:14, 64:9, 66:24
**looked** [1] - 57:25

**LOOKING** [1] - 12:21
**looking** [9] - 14:2, 17:2, 23:13, 23:19, 30:11, 33:19, 43:20, 45:9, 67:18
**looks** [5] - 14:24, 17:22, 22:24, 43:21, 58:5
**looming** [2] - 13:17, 65:7
**LOUISIANA** [4] - 1:1, 1:7, 3:7, 6:5
**Louisiana** [4] - 13:24, 14:3, 69:5, 69:6
**lower** [2] - 60:9
**LP** [1] - 5:13
**LSU** [2] - 9:6, 13:23
**Lubel** [4] - 34:20, 34:23, 34:25, 35:22
**Lubel's** [1] - 34:19
**luck** [1] - 17:6
**LUTHER** [1] - 3:3

# M

**ma'am** [2] - 64:17, 67:12
**MADE** [1] - 11:18
**MAGISTRATE** [1] - 1:13
**mail** [11] - 15:14, 27:6, 27:9, 28:24, 34:9, 39:1, 44:9, 48:6, 48:7, 48:22, 50:14
**MAJOR** [1] - 5:5
**manageable** [1] - 61:23
**MANAGEMENT** [1] - 6:12
**manager** [2] - 32:7, 37:3
**MANGES** [1] - 6:17
**manner** [2] - 15:22, 42:19
**MARINE** [4] - 6:7, 6:14, 6:15, 6:15
**Mark** [24] - 14:19, 15:1, 15:12, 16:20, 17:3, 17:14, 17:18, 23:3, 23:5, 23:6, 23:20, 54:14, 55:12, 55:17, 56:15, 58:8, 58:9, 58:12, 58:18, 61:7, 67:14, 67:23
**MARK** [2] - 3:22, 7:17
**mark** [7] - 14:19, 16:9, 17:21, 29:9, 34:6, 40:7, 59:5
**Mark's** [1] - 55:10

**Martin** [2] - 49:21, 50:19
**MARTIN**.....................
...................... [2] - 11:24, 12:2
**MARTINEZ** [1] - 5:4
**MASTER** [1] - 9:11
**master** [1] - 16:23
**matter** [3] - 41:1, 50:9, 69:9
**MATTER.** [1] - 12:1
**matters** [1] - 55:6
**MAZE** [11] - 3:4, 14:5, 14:9, 14:13, 27:1, 27:3, 27:16, 28:15, 42:12, 50:18, 64:12
**McALOON** [1] - 7:4
**McCUTCHEN** [1] - 5:17
**McKay** [13] - 41:1, 41:3, 41:4, 41:6, 41:9, 41:11, 41:12, 41:14, 41:16, 41:17, 42:12, 42:24, 42:25
**McKay's** [1] - 42:21
**MCKAY**.....................
...................... [1] - 11:4
**MCKINNEY** [1] - 4:25
**McLeod** [1] - 24:9
**MCLEOD** [2] - 7:13, 24:10
**MDL** [1] - 7:20
**mean** [3] - 15:22, 32:23, 53:19
**means** [2] - 38:16, 40:18
**meantime** [1] - 64:7
**MECHANICAL** [1] - 8:6
**meet** [5] - 18:24, 19:13, 20:2, 20:25, 44:9
**MEETING** [1] - 12:24
**meeting** [5] - 19:18, 20:24, 49:3, 62:5, 68:14
**mention** [3] - 17:19, 29:19, 34:13
**mentioned** [3] - 34:11, 38:1, 66:4
**Merit** [1] - 69:4
**message** [1] - 35:25
**met** [1] - 23:24
**metaphor** [1] - 41:22
**METHOFF** [1] - 7:20
**Mexico** [2] - 22:23, 32:7
**MEXICO** [2] - 1:5, 9:23
**MI** [2] - 6:3, 40:3

**Michael** [2] - 28:21, 28:22
**MICHAEL** [2] - 6:21, 10:9
**microphones** [1] - 28:1
**mid** [1] - 51:5
**middle** [2] - 25:21, 58:16
**might** [6] - 15:5, 16:16, 45:1, 45:2, 45:6, 54:7
**Mike** [3] - 13:19, 16:2, 36:23
**miller** [1] - 43:1
**MILLER** [26] - 4:9, 23:23, 24:2, 36:1, 37:8, 41:7, 42:7, 43:7, 43:10, 43:14, 43:18, 43:24, 44:6, 44:24, 46:8, 46:16, 46:22, 46:25, 47:4, 49:5, 50:17, 50:19, 62:23, 62:25, 63:11, 63:19
**Miller** [6] - 23:23, 35:24, 38:8, 39:16, 41:7, 42:20
**MILLER**.....................
...................... [2] - 10:25, 11:6
**million** [3] - 19:22, 19:23, 54:7
**mind** [4] - 16:25, 21:25, 26:9, 59:5
**Mintz** [1] - 36:13
**minute** [2] - 16:7, 17:10
**MINUTES** [1] - 9:5
**minutes** [4] - 13:22, 38:12, 41:18, 68:10
**MISTY** [1] - 5:9
**MITCHELL** [1] - 2:10
**MOEX** [5] - 5:22, 24:5
**moments** [1] - 27:9
**Monday** [6] - 24:22, 33:17, 35:15, 48:11, 48:23, 56:16
**MONTGOMERY** [2] - 3:5, 7:8
**month** [1] - 62:10
**mooted** [1] - 22:25
**MORGAN** [1] - 6:3
**morning** [10] - 13:8, 13:9, 14:19, 14:20, 14:22, 17:12, 17:20, 23:1, 24:4, 40:4
**Morrison** [5] - 30:4, 31:1, 31:7, 31:14, 31:17

**MORRISON**.............
......................... [1] - 10:16
**MORRISON**.............
......................... [1] - 10:14
**most** [2] - 19:25, 56:23
**Motion** [7] - 19:9, 19:15, 24:24, 25:2, 62:12, 62:17, 63:3
**motion** [3] - 32:25, 33:10, 62:7
**motions** [5] - 20:6, 32:23, 42:8, 63:15, 63:17
**move** [3] - 22:16, 41:18, 43:5
**moving** [2] - 34:7, 43:8
**MR** [189] - 10:10, 10:11, 10:12, 10:13, 10:14, 10:15, 10:19, 10:23, 11:1, 11:2, 13:24, 14:2, 14:5, 14:9, 14:13, 14:20, 15:3, 16:11, 17:5, 17:12, 17:24, 18:9, 21:6, 22:8, 22:17, 23:1, 23:6, 23:9, 23:17, 23:23, 24:2, 24:10, 25:16, 26:6, 26:11, 27:1, 27:3, 27:16, 28:15, 29:9, 29:15, 29:25, 30:3, 30:5, 30:9, 30:10, 30:13, 30:17, 30:20, 31:2, 31:6, 31:7, 31:10, 31:12, 31:22, 31:23, 32:22, 33:3, 33:7, 33:13, 33:15, 33:25, 34:8, 34:18, 35:5, 35:9, 35:13, 35:16, 35:19, 35:20, 36:1, 36:11, 36:17, 36:25, 37:2, 37:8, 37:21, 37:22, 38:4, 38:6, 38:9, 38:15, 38:16, 38:18, 39:3, 39:9, 39:11, 39:15, 39:17, 39:20, 39:22, 39:24, 40:3, 40:9, 40:14, 40:18, 40:24, 41:7, 41:21, 42:7, 42:14, 42:17, 43:7, 43:10, 43:12, 43:14, 43:18, 43:24, 44:6, 44:24, 45:5, 45:16, 45:25, 46:5, 46:8, 46:12, 46:16, 46:20,

46:22, 46:25, 47:3, 47:4, 47:17, 48:3, 48:5, 48:8, 48:12, 49:5, 50:4, 50:17, 50:18, 50:19, 50:21, 51:13, 51:15, 52:4, 52:12, 52:15, 53:9, 53:13, 53:17, 53:19, 53:21, 53:23, 53:25, 54:13, 54:14, 54:17, 55:14, 55:20, 56:5, 57:8, 57:11, 58:4, 58:7, 58:18, 59:1, 59:2, 59:7, 59:10, 60:10, 60:18, 60:23, 61:2, 61:13, 61:15, 61:25, 62:23, 62:25, 63:6, 63:11, 63:19, 63:23, 63:25, 64:1, 64:6, 64:10, 64:12, 64:13, 64:17, 65:18, 66:19, 67:3, 67:12, 67:14, 67:25, 68:3, 68:4, 68:13

**MS** [37] - 13:13, 13:15, 15:17, 18:19, 21:8, 21:12, 21:14, 21:16, 21:23, 22:2, 22:15, 24:13, 24:15, 24:18, 25:4, 25:6, 25:19, 26:16, 26:20, 26:24, 27:7, 27:15, 27:19, 27:21, 28:4, 28:9, 28:12, 28:17, 28:20, 28:24, 40:23, 43:25, 45:18, 48:21, 56:17, 57:14, 68:12

**mute** [2] - 44:1, 44:4
**mutual** [3] - 20:5, 25:2, 63:3
**mutuality** [1] - 63:4

## N

**N.W** [1] - 4:4
**name** [5] - 27:12, 27:18, 46:10, 49:21, 50:18
**names** [3] - 47:23, 48:14, 48:15
**narrowing** [1] - 62:5
**NATHAN** [1] - 10:8
**Nathan** [3] - 28:12, 28:17, 28:18
**NATIONAL** [1] - 7:7
**national** [1] - 14:6
**naturally** [1] - 25:15
**nature** [1] - 62:2
**near** [1] - 28:1
**necessarily** [1] - 67:4

**need** [21] - 15:18, 17:8, 25:10, 32:11, 33:22, 35:8, 36:14, 41:5, 42:11, 42:12, 44:5, 48:2, 52:10, 55:16, 55:22, 55:25, 58:10, 58:20, 60:15, 66:9
**NEED** [1] - 12:11
**needed** [4] - 40:11, 58:20, 66:19, 67:8
**needs** [2] - 36:15, 50:11
**negatively** [1] - 24:10
**negotiate** [1] - 55:22
**negotiated** [1] - 56:22
**NEIL** [1] - 11:18
**Neil** [1] - 47:13
**nervous** [2] - 13:18, 21:8
**never** [2] - 18:16, 52:22
**NEW** [14] - 1:7, 1:22, 1:25, 3:19, 4:11, 4:22, 5:15, 5:24, 6:10, 6:18, 7:5, 7:10, 7:14, 8:4
**New** [2] - 30:11, 46:8
**new** [3] - 13:18, 39:4, 66:2
**Newman** [10] - 40:21, 41:3, 41:8, 41:10, 41:12, 41:19, 42:1, 42:4, 42:9
**Newman's** [1] - 41:14
**NEWMAN**................... ......................... [1] - 11:3
**news** [4] - 14:25, 31:2, 34:12, 67:15
**NEXT** [1] - 12:24
**next** [17] - 14:10, 14:12, 15:12, 19:24, 24:6, 25:21, 36:8, 40:1, 43:4, 45:15, 45:17, 45:24, 47:6, 47:11, 47:14, 61:13, 68:14
**NGUE** [1] - 27:14
**nice** [1] - 33:6
**night** [1] - 58:16
**NO** [1] - 1:6
**NOMELLINI** [12] - 3:22, 23:6, 23:9, 54:14, 54:17, 55:14, 55:20, 56:5, 59:7, 67:14, 68:3, 68:13
**Nomellini** [4] - 23:6, 54:14, 59:3, 67:14
**nominate** [1] - 17:1

**noncontroversial** [1] - 15:13
**none** [1] - 26:7
**NORFOLK** [1] - 2:8
**normal** [2] - 66:12, 67:1
**NORSKE** [1] - 7:16
**NORTH** [5] - 3:8, 3:12, 3:13, 3:15, 3:16
**note** [1] - 34:9, 54:11, 56:19
**NOTE** [5] - 13:21, 21:4, 21:7, 23:9, 68:14
**noted** [1] - 57:12
**notes** [1] - 27:8
**nothing** [2] - 24:11, 33:8
**Notice** [1] - 36:15
**notice** [2] - 25:24, 36:20
**noticing** [1] - 65:12
**notions** [1] - 63:15
**November** [2] - 14:16, 42:22
**NOVEMBER** [1] - 9:6
**number** [4] - 32:3, 52:3, 65:6, 65:15
**numbered** [1] - 69:9
**NW** [1] - 5:19
**NY** [3] - 5:24, 6:10, 6:18

## O

**O'BRIEN'S** [1] - 6:12
**O'KEEFE** [1] - 1:21
**O'Keefe** [1] - 36:23
**O'Rourke** [4] - 17:13, 33:23, 33:24, 33:25
**O'ROURKE** [3] - 2:24, 21:6, 33:25
**O'Toole** [2] - 40:8, 40:11
**O'TOOLE**................... ......................... [1] - 11:2
**O-D-O-M** [1] - 28:21
**OAK** [1] - 2:15
**objection** [4] - 50:1, 50:3, 50:4, 63:21
**objections** [1] - 45:3
**OBJECTIONS** [1] - 11:9
**obligated** [1] - 66:24
**obligation** [1] - 57:20
**obviously** [3] - 19:14, 33:23, 63:21
**October** [18] - 17:1,

20:16, 20:19, 21:21, 27:24, 28:10, 28:11, 28:12, 28:13, 28:16, 28:20, 28:22, 30:4, 31:2, 40:6, 40:7, 43:5, 64:14
**Odom** [3] - 28:21, 28:22, 28:23
**ODOM**..................... - 10:9
**OF** [22] - 1:1, 1:5, 1:12, 2:18, 2:23, 2:24, 3:7, 9:9, 9:10, 9:11, 9:16, 9:17, 9:23, 11:12, 11:18, 12:1, 12:4, 12:5, 12:6, 12:18, 12:20
**offer** [1] - 64:7
**offered** [1] - 46:12
**OFFICE** [1] - 3:3
**office** [1] - 49:22
**Official** [2] - 69:5, 69:14
**OFFICIAL** [1] - 8:3
**OFFSHORE** [3] - 4:7, 5:22, 6:13
**OIL** [2] - 1:4, 1:4
**old** [1] - 37:22
**ON** [3] - 1:5, 10:20, 12:1
**once** [3] - 26:1, 30:22, 33:18
**ONE** [5] - 1:24, 3:17, 4:24, 7:4, 7:21
**One** [1] - 27:3
**one** [51] - 17:10, 24:23, 25:2, 25:6, 27:4, 29:4, 30:18, 31:14, 31:17, 32:15, 32:18, 33:7, 33:9, 34:17, 34:24, 35:5, 36:20, 37:9, 37:17, 37:24, 38:10, 38:11, 38:19, 38:22, 41:9, 41:10, 41:12, 41:14, 41:18, 41:19, 42:6, 42:10, 42:24, 42:25, 47:8, 48:4, 49:5, 50:5, 50:7, 50:8, 50:22, 62:1, 62:6, 62:13, 63:2, 64:22, 67:14
**one-day** [1] - 38:22
**one-week** [4] - 24:23, 25:2, 48:4, 63:2
**ones** [1] - 46:18
**ONGOING** [1] - 9:22
**ongoing** [2] - 22:21, 67:17
**open** [1] - 63:7

**opening** [1] - 66:1
**opportunity** [2] - 52:18, 62:15
**opposed** [1] - 49:12
**opposition** [1] - 47:13
**optimistic** [1] - 44:14
**oral** [1] - 44:13
**order** [13] - 15:13, 16:17, 16:19, 16:22, 18:1, 20:25, 31:12, 34:3, 34:4, 36:12, 40:24, 52:16, 57:19
**ORDER** [2] - 9:11, 13:4
**ordinary** [2] - 65:4, 67:9
**ORDINARY** [1] - 12:19
**organization** [1] - 37:3
**original** [2] - 39:6, 51:12
**Orleans** [2] - 30:11, 46:8
**ORLEANS** [11] - 1:7, 1:22, 1:25, 3:19, 4:11, 4:22, 5:15, 7:5, 7:10, 7:14, 8:4
**otherwise** [1] - 18:13
**ought** [1] - 45:16
**ourselves** [2] - 50:14, 57:24, 61:4
**outfit** [1] - 49:6
**outstanding** [1] - 20:9
**OVER** [1] - 12:4
**oversimplification** [1] - 59:19
**owe** [1] - 39:24
**own** [1] - 27:18

## P

**P.O** [1] - 2:25
**page** [1] - 44:7
**PAGE** [1] - 9:3
**pages** [1] - 19:22
**PAPANTONIO** [1] - 2:10
**paper** [1] - 56:24
**parochially** [1] - 34:2
**part** [5] - 30:7, 34:11, 39:3, 49:17, 52:17
**participant** [1] - 44:3
**participants** [4] - 13:11, 13:12, 68:11
**particular** [3] - 15:2, 16:19, 48:13
**particularly** [2] - 15:14, 66:10
**parties** [16] - 17:16, 17:20, 18:22, 20:2,

20:11, 25:18, 27:10, 28:25, 53:5, 56:21, 62:3, 62:4, 63:16, 64:20, 65:6, 65:10
**PARTIES** [1] - 9:14
**PARTY** [2] - 11:22, 12:18
**party** [7] - 20:13, 39:7, 49:5, 50:12, 55:7, 65:3, 66:24
**pas** [1] - 37:24
**passed** [2] - 44:16, 62:13
**past** [2] - 36:21, 56:16
**pay** [3] - 25:14, 48:13, 55:9
**peace** [1] - 47:18
**pending** [1] - 20:21
**PENSACOLA** [1] - 2:12
**PEOPLE** [3] - 11:12, 12:5, 12:6
**people** [23] - 32:10, 32:11, 34:3, 36:17, 38:13, 38:20, 45:20, 46:3, 48:14, 48:15, 51:7, 51:9, 51:11, 51:12, 51:16, 51:17, 51:23, 53:5, 54:4, 54:21, 60:1, 60:2, 60:7
**PEOPLE...** [1] - 12:4
**PEPPER** [1] - 8:3
**Pepper** [3] - 69:3, 69:12, 69:13
**Pepper's** [1] - 42:9
**per** [1] - 36:12
**percent** [1] - 53:20
**perhaps** [1] - 16:18
**period** [2] - 36:5, 42:2
**permits** [1] - 49:24
**PERRIN** [2] - 11:14, 46:10
**Perrin** [1] - 46:10
**person** [4] - 39:11, 45:21, 47:25, 62:11
**PETROLEUM** [1] - 5:12
**Phase** [61] - 18:15, 18:20, 19:17, 19:25, 26:9, 32:3, 32:5, 32:6, 32:17, 33:8, 36:16, 37:10, 37:13, 37:14, 38:11, 39:10, 40:13, 47:10, 47:15, 48:17, 48:19, 49:6, 49:11, 51:2, 51:18, 52:17, 52:23, 54:3, 54:4, 54:8, 54:10, 54:20, 54:21, 55:1,

55:11, 55:13, 56:20, 56:22, 57:3, 57:5, 57:11, 57:13, 57:14, 58:2, 59:19, 59:22, 60:1, 61:3, 61:5, 61:11, 61:17, 67:16, 67:21, 67:25, 68:1
**PHASE** [8] - 9:17, 10:2, 11:17, 11:19, 11:20, 11:22, 12:6, 12:10
**phased** [1] - 61:7
**PHELPS** [1] - 7:12
**PHILIP** [1] - 7:8
**phone** [10] - 13:10, 13:11, 13:12, 14:19, 23:4, 23:5, 23:10, 44:3, 44:4, 68:1
**phones** [2] - 28:1, 44:1
**picked** [2] - 17:21, 33:7
**picking** [1] - 63:8
**piece** [2] - 37:22, 67:14
**PIGMAN** [1] - 4:20
**PILLSBURY** [1] - 5:22
**pin** [1] - 54:9
**PITTMAN** [1] - 5:22
**PLACE** [2] - 1:24, 7:13
**place** [1] - 25:21
**plaintiffs** [5] - 23:2, 47:17, 59:11, 59:20, 59:25
**PLAINTIFFS** [1] - 1:23
**PLAINTIFFS'** [1] - 1:16
**plan** [2] - 49:10, 61:7
**planning** [1] - 22:15
**plans** [1] - 15:11
**plays** [2] - 14:7, 14:14
**pleasure** [1] - 26:16
**plus** [3] - 16:5, 29:14, 51:12
**podium** [1] - 17:10
**point** [20] - 15:24, 20:24, 21:16, 21:18, 25:20, 41:11, 45:12, 51:22, 51:24, 51:25, 55:10, 59:12, 61:15, 61:20, 62:20, 65:17, 65:19, 67:6, 68:4, 68:9
**points** [2] - 50:10, 52:15
**POLK** [1] - 5:13
**popping** [1] - 59:5
**portion** [1] - 15:25
**position** [3] - 16:13, 23:14, 40:12

**possession** [1] - 45:8
**possibility** [1] - 58:1
**possible** [8] - 19:21, 22:9, 25:18, 50:24, 51:4, 56:15, 57:4, 57:21
**possibly** [2] - 58:13, 58:17
**post** [1] - 37:2
**posted** [1] - 25:15
**potentially** [1] - 64:22
**POYDRAS** [6] - 3:18, 4:10, 5:15, 7:5, 7:9, 8:4
**practice** [1] - 62:7
**prefer** [1] - 27:7
**preferable** [1] - 30:18
**preferred** [1] - 67:5
**preincident** [2] - 37:2, 37:12
**preliminary** [4] - 47:14, 51:8, 53:10, 68:5
**PRELIMINARY** [1] - 11:19
**prepared** [1] - 32:24
**PRESENT** [1] - 7:23
**presentations** [1] - 20:13
**PRESERVATION** [1] - 9:10
**preservation** [4] - 14:24, 15:21, 16:1, 16:5
**preserved** [2] - 15:25, 16:4
**pressing** [1] - 21:22
**presumptively** [1] - 33:9
**pretend** [1] - 52:22
**pretty** [7] - 31:10, 56:3, 57:25, 58:5, 59:13, 59:16, 59:17
**primarily** [1] - 32:2
**priorities** [1] - 56:14
**prioritized** [1] - 61:5
**priority** [1] - 53:1
**privilege** [7] - 20:12, 20:16, 20:18, 20:20, 20:22, 21:17, 21:20
**PRIVILEGE** [1] - 9:21
**problem** [6] - 13:11, 15:19, 18:12, 28:3, 38:20, 64:25
**problems** [1] - 15:6
**PROCEEDINGS** [3] - 1:12, 8:6, 13:1
**proceedings** [2] - 68:16, 69:8
**process** [13] - 18:24,

19:5, 22:11, 25:13, 25:16, 32:22, 36:18, 44:13, 52:16, 59:3, 59:12, 60:11, 67:17
**processing** [1] - 55:24
**PROCTOR** [1] - 2:11
**produce** [6] - 24:3, 26:1, 30:7, 35:22, 40:10, 45:7
**PRODUCED** [2] - 8:7, 12:18
**produced** [12] - 23:13, 23:18, 25:8, 25:17, 25:23, 49:16, 49:19, 57:6, 61:18, 61:21, 65:3, 66:12
**producing** [2] - 57:3, 61:18, 67:16
**production** [15] - 19:1, 19:20, 19:23, 20:4, 20:25, 21:1, 21:20, 22:21, 49:17, 55:23, 56:1, 56:20, 57:23, 67:22
**PRODUCTION** [4] - 3:11, 3:14, 9:22, 12:12
**productive** [1] - 54:25
**PRODUCTS** [1] - 3:16
**progress** [1] - 25:1
**prohibited** [2] - 63:24, 64:3
**project** [1] - 18:5
**pronounce** [1] - 27:12
**PROPOSAL** [1] - 9:14
**proposal** [2] - 17:15, 20:15
**propose** [6] - 17:25, 19:15, 37:25, 54:18, 54:19, 54:22, 56:9, 61:2
**proposed** [1] - 38:20
**PROPOSING** [1] - 12:21
**proposing** [2] - 38:10, 67:19
**propound** [1] - 67:4
**proud** [1] - 18:24
**provide** [4] - 20:19, 23:3, 44:18, 61:8
**PSC** [17] - 12:5, 31:23, 34:19, 37:11, 42:19, 50:21, 51:16, 51:20, 52:17, 53:19, 56:5, 56:6, 58:7, 59:25, 61:19, 64:2, 65:6
**pull** [1] - 66:18
**pulling** [1] - 66:18
**purpose** [1] - 44:7
**pursuant** [1] - 34:2

**pushing** [1] - 21:25
**put** [25] - 22:13, 25:25, 29:10, 31:15, 31:20, 34:9, 37:19, 43:22, 44:1, 44:4, 44:17, 45:14, 45:16, 45:18, 46:18, 49:16, 49:20, 49:24, 50:15, 51:20, 54:8, 58:24, 64:10, 64:19, 68:4
**PUTNAM** [1] - 7:16
**putting** [3] - 14:11, 31:18, 65:22

**Q**

**quantification** [3] - 20:3, 51:21, 56:6
**QUANTIFICATION** [1] - 12:7
**questions** [4] - 44:9, 44:12, 57:9, 65:23
**quick** [2] - 31:24, 50:22
**quickly** [7] - 17:13, 19:21, 22:3, 26:2, 46:15, 50:23, 51:1
**quite** [3] - 19:19, 25:13, 27:8

**R**

**R-O-L-L-E-R** [1] - 46:11
**RACHEL** [1] - 4:13
**RAFFERTY** [1] - 2:11
**RAISE** [1] - 11:21
**raise** [4] - 19:14, 49:1, 49:4, 62:1
**raised** [2] - 56:19, 66:8
**raising** [1] - 66:15
**rat** [1] - 15:23
**rate** [6] - 32:10, 32:17, 32:20, 33:12, 33:24, 51:21
**RATE** [2] - 10:18, 12:7
**rates** [1] - 32:11
**RATHER** [1] - 9:12
**rather** [8] - 16:17, 16:24, 18:2, 51:6, 59:22, 66:23, 67:18
**rats** [1] - 16:3
**RE** [1] - 1:4
**reached** [1] - 18:13
**reaction** [1] - 50:2
**read** [1] - 27:18
**reading** [2] - 36:1

**ready** [6] - 28:5, 28:8, 55:10, 60:21, 60:25, 61:2

**real** [2] - 31:24, 67:6

**really** [10] - 15:22, 16:11, 21:21, 21:24, 26:2, 34:23, 39:5, 53:5, 61:8

**Realtime** [2] - 69:3, 69:13

**REALTIME** [1] - 8:3

**rearguing** [1] - 32:13

**reargument** [1] - 33:10

**reason** [5] - 41:2, 53:11, 59:24, 60:11, 68:6

**receive** [2] - 16:10, 44:12

**received** [3] - 19:11, 48:4

**recently** [2] - 34:21, 54:19

**recirculate** [1] - 59:3

**recite** [2] - 22:11, 37:4

**recollection** [3] - 40:25, 47:22, 67:23

**reconsider** [1] - 32:23

**reconsideration** [2] - 32:25, 42:8

**record** [7] - 27:8, 49:2, 65:8, 65:12, 67:7, 67:11, 69:8

**RECORDED** [1] - 8:6

**RECORDS** [1] - 12:19

**records** [7] - 57:18, 57:20, 65:4, 65:24, 66:11, 66:12, 66:14

**red** [4] - 24:3, 24:4, 24:5

**REDDEN** [1] - 4:23

**referenced** [1] - 41:17

**regard** [5] - 15:2, 16:22, 42:19, 66:10, 66:16

**REGARD** [1] - 9:11

**regarding** [1] - 65:11

**Registered** [1] - 69:3

**regulatory** [1] - 34:10

**REGULATORY..........
.........** [1] - 10:20

**related** [5] - 17:14, 20:6, 54:4, 54:8, 57:25

**RELATES** [1] - 1:9

**relating** [2] - 62:1, 66:4

**RELATIVE** [2] - 9:7, 12:17

**relative** [3] - 14:23,

**relief** [5] - 32:2, 32:14, 32:17, 33:17

**rely** [1] - 22:4

**remainder** [1] - 15:10

**remaining** [2] - 23:11, 27:21

**remains** [2] - 29:20, 30:1

**remember** [1] - 36:23

**remind** [1] 43:25

**RENAISSANCE** [1] - 5:5

**render** [1] - 16:17

**reopen** [1] - 66:22

**repeat** [1] - 42:7

**replanning** [1] - 30:7

**report** [7] - 15:2, 21:18, 23:21, 23:24, 25:5, 35:23, 45:5

**Reporter** [6] - 69:3, 69:4, 69:5, 69:13, 69:14

**REPORTER** [2] - 8:3, 8:3

**REPORTER'S** [6] - 13:21, 21:4, 21:7, 23:9, 68:14, 69:1

**repository** [1] - 56:24

**represent** [1] - 40:4

**representation** [1] - 32:1

**representative** [2] - 17:2, 24:22

**representatives** [1] - 65:13

**request** [21] - 17:22, 18:4, 18:25, 31:13, 31:21, 34:2, 35:14, 35:16, 40:25, 41:10, 43:5, 44:13, 44:15, 45:4, 45:20, 45:21, 47:9, 47:12, 50:2, 51:1

**REQUEST** [3] - 11:9, 11:17, 11:18

**requested** [1] - 40:15

**requesting** [2] - 36:24, 39:7

**requests** [5] - 20:21, 37:18, 65:11, 66:3, 66:23

**requires** [1] - 30:6

**reservation** [1] - 45:19

**reserve** [2] - 45:11, 45:19

**reserved** [1] - 59:14

**resolve** [2] - 18:25, 24:20

**resolved** [3] - 24:21,

45:6, 45:13

**resources** [1] - 21:1

**respect** [11] - 18:20, 18:23, 19:7, 19:16, 19:17, 19:18, 20:1, 20:7, 20:8, 24:18, 41:15

**respects** [1] - 17:8

**respond** [1] - 55:17

**responder** [3] - 31:8, 31:16, 54:1

**responders** [1] - 54:2

**responding** [1] - 34:22

**RESPONSE** [3] - 6:8, 6:12, 7:7

**response** [2] - 33:16, 33:18

**responses** [9] - 18:21, 19:5, 19:6, 19:7, 19:11, 19:12, 19:16, 20:21, 24:22

**RESPONSES** [1] - 9:19

**responsibility** [1] - 34:18

**retrieving** [1] - 57:2

**revise** [1] - 16:18

**revised** [1] - 36:15

**revisionist** [1] - 64:19

**RFA** [1] - 19:6

**RFAs** [1] - 19:6

**Rich** [2] - 39:16, 42:20

**RICH** [2] - 10:25, 11:6

**Richard** [1] - 31:1

**RICHARD** [1] - 10:16

**RICHESON** [1] - 5:14

**RIG** [1] - 1:4

**rigging** [1] - 57:4

**rights** [1] - 59:14

**ringing** [1] - 23:10

**ripe** [1] - 20:10

**rise** [1] - 13:7

**RMR** [2] - 8:3, 69:13

**road** [1] - 63:14

**Rob** [2] - 17:10, 36:25

**Robert** [3] - 46:25, 47:3, 47:4

**ROBERT** [2] - 4:3, 11:16

**role** [2] - 32:5, 37:10

**roll** [1] - 55:10

**roller** [1] - 46:7

**Roller** [1] - 46:10

**ROLLER..................
.................** [1] -
11:14

**rolling** [4] - 14:18, 20:23, 21:20, 21:24

**ROME** [1] - 6:8

**RONQUILLO** [2] - 5:3, 5:8

**ROOM** [2] - 2:20, 8:4

**room** [1] - 62:21

**Rosh** [1] - 29:17

**rounded** [1] - 19:22

**rounds** [1] - 66:2

**ROY** [6] - 1:17, 1:17, 64:17, 66:19, 67:3, 67:12

**Roy** [3] - 60:20, 61:10, 64:16

**Roy's** [1] - 65:19

**rule** [1] - 65:9

**ruled** [1] - 36:8

**rules** [1] - 66:13

**ruling** [3] - 31:25, 33:20, 39:13

**run** [3] - 26:12, 46:13, 55:3

**run-down** [1] - 46:13

**running** [1] - 57:3

**RUSNAK** [1] - 2:3

**RYAN** [1] - 3:22

**S**

**S-U-T-T-O-N** [1] - 27:24

**s/Cathy** [1] - 69:12

**SALLY** [1] - 1:12

**Salvage** [3] - 49:7, 49:15, 50:11

**SALVAGE...............
..........................** [1] -
11:23

**SAN** [1] - 2:21

**Sarah** [14] - 13:14, 18:17, 21:13, 21:19, 22:8, 22:11, 26:11, 27:5, 27:18, 28:3, 28:8, 54:7, 57:7, 57:8

**SARAH** [1] - 2:19

**sauce/goose** [1] - 41:1

**Saucier** [1] - 57:23

**saw** [2] - 31:12, 37:12

**scan** [2] - 17:17, 17:22

**SCAN** [1] - 9:16

**scanning** [2] - 18:4, 18:12

**schedule** [2] - 25:12, 61:19

**scheduled** [3] - 36:4, 37:13, 42:6

**SCHEDULING** [1] - 10:2

**scheduling** [1] - 26:9

**SCHELL** [1] - 5:13

**Schlumberger** [2] - 40:4, 64:8

**SCOFIELD** [1] - 6:4

**scope** [1] - 56:3

**SCOTT** [1] - 2:15

**SEACOR** [6] - 6:13, 6:13, 6:14, 6:14, 6:15, 6:15

**SEARCH** [5] - 12:9, 12:10, 12:11, 12:14, 12:21

**search** [13] - 54:18, 55:1, 55:12, 55:17, 55:25, 56:3, 56:6, 56:10, 56:22, 57:24, 58:8, 58:10, 67:19

**searching** [2] - 19:1, 57:2

**second** [7] - 22:10, 26:18, 27:25, 34:25, 35:12, 38:23, 51:6

**SECOND** [1] - 12:4

**seconds** [1] - 13:23

**SECONDS** [1] - 9:5

**SECREST** [1] - 4:23

**SECTION** [1] - 2:23

**see** [14] - 14:18, 16:2, 18:3, 20:11, 24:7, 24:21, 33:22, 35:8, 35:11, 38:23, 39:12, 49:2, 53:11, 60:10

**seem** [2] - 18:17, 60:20

**select** [1] - 37:24

**SELECTED** [1] - 11:12

**selected** [2] - 37:25, 46:4

**send** [4] - 18:1, 27:9, 28:24, 63:22

**sense** [1] - 16:16

**sent** [8] - 24:3, 24:4, 44:9, 51:6, 51:23, 52:6, 53:11, 54:17

**SENT** [1] - 12:4

**separate** [1] - 41:15

**September** [32] - 19:15, 20:6, 20:18, 21:21, 26:24, 26:25, 27:4, 27:15, 29:5, 29:7, 29:9, 29:12, 29:16, 29:20, 30:1, 34:17, 35:6, 38:1, 38:3, 38:24, 40:22, 43:8, 43:9, 43:10, 43:16, 47:8, 49:23, 49:25, 50:16, 51:5, 64:8, 64:11

**SERVICES** [1] - 5:3

**set** [4] - 19:10, 41:1, 41:19, 44:17
**sets** [1] - 18:20
**seven** [1] - 50:22
**several** [2] - 17:25, 56:25
**shakes** [1] - 24:10
**shape** [1] - 23:20
**share** [1] - 13:19
**shares** [1] - 37:11
**Shaw** [1] - 47:13
**SHAW** [1] - 5:22
**SHAW...** [1] - 11:18
**SHELL** [2] - 3:17, 7:4
**ship** [3] - 15:23, 16:3, 16:7
**shorten** [1] - 45:23
**shortly** [1] - 49:11
**SHUSHAN** [1] - 1:12
**side** [3] - 14:7, 21:1, 21:2
**SIEMENS** [1] - 6:16
**signed** [2] - 24:7, 43:7
**significant** [2] - 37:5, 41:3
**similar** [3] - 47:23, 48:14
**simile** [1] - 41:22
**simply** [2] - 20:23, 66:17
**sinking** [1] - 49:9
**sit** [1] - 22:17
**site** [2] - 25:15, 26:2
**situation** [1] - 39:2
**skipped** [1] - 44:7
**slam** [1] - 52:19
**slight** [1] - 29:15
**slow** [1] - 24:15
**SMIT** [6] - 11:23, 49:6, 49:15, 50:11, 50:17
**Smith** [1] - 50:16
**smoothly** [1] - 15:7
**so..** [2] - 36:2, 43:11
**solely** [1] - 32:14
**solicited** [1] - 15:25
**solution** [1] - 67:5
**someone** [1] - 56:19
**sometime** [1] - 37:23
**somewhere** [2] - 38:24, 60:15
**soon** [4] - 25:18, 30:24, 48:22, 56:15
**sooner** [1] - 51:5
**sorry** [7] - 20:17, 21:13, 21:15, 28:3, 37:19, 39:19, 43:13
**sort** [2] - 50:5, 55:20
**sound** [2] - 23:10, 44:14

**sounds** [8] - 18:6, 18:8, 23:19, 26:21, 26:22, 32:8, 63:17, 64:24
**source** [4] - 20:3, 51:25, 60:21, 61:8
**SOURCE** [1] - 12:8
**SOUTH** [1] - 2:12
**speaking** [1] - 63:6
**specifying** [1] - 28:25
**spelling** [2] - 27:1, 27:16
**SPILL** [2] - 1:4, 6:7
**SPLIT** [1] - 9:14
**split** [3] - 17:16, 35:3, 42:19
**spoken** [1] - 47:18
**spontaneously** [1] - 37:4
**SQUARE** [2] - 3:17, 7:4
**squared** [1] - 36:13
**STACK** [2] - 9:8
**stack** [5] - 15:8, 15:9, 17:14, 17:17, 17:23
**STACK.................... .......** [1] - 9:16
**stand** [8] - 16:18, 22:23, 23:15, 43:1, 45:3, 45:22, 64:16, 64:18
**Standard** [1] - 68:15
**STANDARD** [1] - 12:25
**standing** [1] - 61:20
**start** [12] - 28:5, 51:8, 53:1, 53:3, 53:6, 58:22, 60:6, 60:15, 61:11, 61:20, 66:9
**started** [4] - 26:2, 33:18, 56:5, 61:8
**starting** [1] - 15:9
**STATE** [2] - 3:3, 3:7
**State** [4] - 13:24, 14:3, 14:5, 69:4
**statement** [1] - 16:13
**statements** [1] - 62:8
**STATES** [5] - 1:1, 1:13, 2:23, 9:13, 9:15
**states** [2] - 59:18, 59:25
**States** [15] - 16:24, 17:14, 17:16, 20:9, 34:1, 51:21, 54:25, 55:7, 56:4, 56:8, 56:17, 56:20, 59:18, 69:5, 69:14
**STATES.................... **[1] - 12:14

**statistical** [1] - 58:1
**status** [3] - 16:23, 55:6, 56:25
**STATUS** [1] - 9:12
**STEFANIE** [1] - 5:5
**STENOGRAPHY** [1] - 8:6
**STEPHEN** [1] - 1:21
**stepped** [1] - 33:1
**Steve** [11] - 23:1, 27:24, 28:9, 28:11, 33:25, 40:21, 47:15, 47:17, 52:4, 59:10, 67:24
**STEVE** [2] - 10:7, 11:3
**STEVEN** [1] - 2:24
**still** [5] - 16:3, 19:18, 30:10, 39:24, 40:23
**stipulations** [1] - 66:10
**STONE** [1] - 4:20
**STRADLEY** [1] - 7:20
**STRANGE** [1] - 3:3
**strangle** [1] - 21:5
**strangled** [1] - 21:11
**STREET** [21] - 1:18, 1:25, 2:12, 3:8, 3:18, 4:4, 4:10, 4:14, 4:21, 4:25, 5:6, 5:15, 5:19, 6:5, 6:21, 7:5, 7:9, 7:14, 7:17, 7:21, 8:4
**Stress** [1] - 50:7
**stuff** [1] - 59:11
**subject** [2] - 42:21, 50:9
**SUBJECT** [1] - 12:1
**subjects** [1] - 22:10
**subpoena** [1] - 25:9
**SUBPOENAED** [1] - 9:25
**subpoenaed** [1] - 25:7
**subsequently** [1] - 40:10
**suggested** [3] - 42:22, 42:23, 55:18
**suggesting** [2] - 58:19, 67:16
**suggestion** [1] - 67:21
**SUITE** [16] - 1:25, 2:12, 2:15, 3:18, 4:14, 4:17, 4:25, 5:6, 5:9, 5:15, 6:5, 6:21, 7:5, 7:9, 7:14, 7:17
**summarize** [1] - 44:11
**SUMMY** [1] - 2:15
**Sunday** [2] - 48:8, 48:9
**supplemental** [1] - 24:22
**support** [1] - 34:1

**surgery** [1] - 34:21
**SUTHERLAND** [1] - 4:13
**Suttles** [1] - 31:17
**Sutton** [4] - 27:24, 28:9, 28:11, 28:23
**SUTTON.................... .................... **[1] - 10:7
**Switzerland** [1] - 41:20
**system** [1] - 57:1

## T

**T-R-O-C-Q-U-E-T** [2] - 26:17, 27:2
**tackle** [1] - 15:19
**tackling** [1] - 61:16
**TANNER** [8] - 6:3, 40:3, 40:9, 40:14, 40:18, 64:6, 64:10, 64:13
**Tanner** [1] - 40:3
**TARTER** [1] - 6:4
**team** [1] - 46:13
**Ted** [2] - 31:7, 53:25
**ted** [1] - 58:5
**teed** [1] - 51:3
**temporary** [1] - 15:9
**ten** [3] - 36:9, 56:16, 60:5
**ten-hour** [1] - 36:9
**tentative** [7] - 29:20, 29:22, 30:2, 31:4, 34:16, 38:1, 38:4
**tentatively** [1] - 29:13, 40:5, 43:16
**TERMS** [2] - 12:11, 12:14, 12:21
**terms** [18] - 52:23, 54:18, 55:1, 55:12, 55:17, 55:25, 56:3, 56:6, 56:11, 57:24, 58:8, 58:10, 59:16, 60:11, 60:19, 61:16, 67:19, 67:20
**TERMS.................... ... **[1] - 12:22
**TERMS.................... ......... **[1] - 12:9
**TERMS.................... ........... **[1] - 12:10
**testimony** [1] - 50:25
**THAN** [1] - 9:12
**THAT** [3] - 12:5, 12:6, 12:17
**THE** [210] - 1:4, 1:5, 1:12, 1:16, 1:23,

2:18, 2:23, 3:7, 6:9, 9:5, 9:7, 9:8, 9:9, 9:10, 9:12, 9:14, 9:15, 9:16, 11:12, 12:3, 12:5, 12:11, 12:12, 12:14, 12:18, 12:19, 12:23, 12:24, 13:7, 13:8, 13:10, 13:14, 13:16, 14:1, 14:3, 14:8, 14:10, 14:11, 14:15, 14:22, 15:18, 16:20, 17:8, 17:21, 18:8, 18:11, 21:5, 21:10, 21:13, 21:15, 21:19, 21:24, 22:4, 22:19, 23:5, 23:8, 23:16, 23:18, 24:1, 24:8, 24:11, 24:14, 24:17, 25:3, 25:5, 25:17, 26:4, 26:7, 26:13, 26:18, 26:21, 26:25, 27:2, 27:4, 27:14, 27:17, 27:20, 27:25, 28:6, 28:11, 28:14, 28:16, 28:18, 28:22, 29:2, 29:10, 29:23, 30:1, 30:4, 30:23, 31:4, 31:9, 31:11, 31:20, 32:20, 33:2, 33:6, 33:11, 33:21, 34:6, 34:14, 35:2, 35:8, 35:10, 35:15, 35:17, 35:24, 36:6, 36:14, 36:19, 37:1, 37:6, 37:16, 38:3, 38:5, 38:7, 38:14, 38:17, 38:23, 39:7, 39:10, 39:12, 39:16, 39:19, 39:21, 39:23, 40:1, 40:7, 40:13, 40:17, 40:20, 41:4, 42:13, 42:15, 43:3, 43:9, 43:13, 43:15, 43:23, 44:3, 44:17, 45:1, 45:14, 45:23, 46:1, 46:9, 46:21, 46:23, 47:2, 47:9, 48:7, 48:11, 48:13, 48:24, 49:25, 50:15, 50:20, 51:10, 51:14, 52:2, 52:9, 52:14, 53:8, 53:15, 53:18, 53:20, 53:22, 53:24, 54:12, 54:16, 55:9, 55:15, 56:2, 56:13, 57:7, 57:10, 58:5, 58:12, 58:22, 59:5, 59:8, 60:9, 60:16, 60:22, 61:10, 61:14, 61:22, 62:18, 62:24, 63:13,

63:21, 63:24, 64:3, 64:9, 64:11, 64:14, 65:17, 66:6, 66:21, 67:11, 67:13, 67:23, 68:1, 68:8
**THEODORE** [1] - 6:17
**thereby** [1] - 66:14
**therefore** [3] - 25:1, 30:6, 57:19
**THEY** [1] - 11:21
**they've** [2] - 23:2, 37:25
**thinking** [3] - 14:11, 40:17, 40:18
**THIRD** [1] - 11:22
**third** [1] - 49:5
**third-party** [1] - 49:5
**THIRD-PARTY** [1] - 11:22
**THIS** [1] - 1:9
**THOMAS** [1] - 2:10
**Thorseth** [4] - 29:4, 30:14, 31:24, 41:24
**THORSETH...............**
.......................... [1]
- 10:10
**THORSETH...............**
..........................
[1] - 10:17
**thoughts** [1] - 17:9
**thousands** [3] - 65:14, 66:22, 67:4
**three** [9] - 27:23, 28:22, 33:5, 37:24, 42:18, 42:25, 47:5, 47:6, 57:15
**Tiano** [2] - 46:25, 47:4
**TIANO** [1] - 46:25
**TIANO.......................**
.................. [1] -
11:16
**tidying** [1] - 50:14
**tied** [1] - 56:23
**TIME.......................**
............... [1] - 12:25
**timely** [1] - 25:13
**title** [1] - 37:4
**TO** [16] - 1:9, 9:7, 9:11, 9:12, 9:14, 9:19, 11:9, 11:21, 12:6, 12:11, 12:17, 13:4, 63:10
**today** [14] - 15:9, 16:17, 19:24, 31:9, 31:15, 32:23, 33:21, 34:20, 37:25, 42:8, 47:11, 49:1, 49:4, 51:14
**TODAY........** [1] -
11:21

**TODAY...........** [1] -
9:8
**together** [6] - 44:17, 51:20, 58:8, 62:5, 63:13, 65:22
**tomorrow** [2] - 48:6, 48:7
**Tony** [1] - 38:2
**TONY** [1] - 10:24
**tony** [1] - 38:3
**top** [5] - 51:14, 53:3, 60:1, 60:5, 60:14
**topic** [6] - 16:17, 17:14, 27:6, 27:10, 28:25, 50:22, 54:15
**TOPIC** [1] - 12:3
**topics** [1] - 27:5
**TORTS** [1] - 2:19
**total** [2] - 51:16, 53:16
**TOTAL** [1] - 12:5
**TOWER** [2] - 2:7, 5:5
**town** [1] - 24:23
**Trahan** [2] - 34:16, 34:21
**TRAHAN...................**
.......................... [1] -
10:21
**TRANSCRIPT** [2] -
1:12, 8:6
**transcript** [2] - 42:9, 69:7
**TRANSFER** [1] - 9:12
**transfer** [1] - 16:23
**TRANSOCEAN** [5] -
4:6, 4:7, 4:8, 7:12, 12:1
**Transocean** [11] -
23:23, 24:5, 35:21, 36:25, 37:5, 37:6, 42:2, 45:7, 45:21, 48:21, 50:8
**TRANSOCEAN'S** [2] -
11:9, 11:12
**Transocean's** [4] -
45:3, 46:4, 46:6, 46:12
**traveling** [1] - 31:13
**trial** [10] - 14:11, 49:10, 60:21, 60:25, 61:3, 61:6, 65:6, 65:22, 65:23
**tried** [2] - 47:24, 66:5
**Trinidad** [1] - 43:6
**trip** [1] - 30:18
**Trocquet** [2] - 26:17, 26:23
**TROCQUET..............**
.......................... [1] -
10:4
**true** [2] - 24:17, 69:7

**try** [14] - 20:22, 35:15, 40:15, 44:20, 44:21, 55:2, 57:17, 58:12, 58:14, 62:6, 66:6, 66:17, 66:24
**trying** [3] - 46:13, 59:23, 61:11
**TSEKERIDES** [10] -
6:17, 31:7, 31:10, 31:12, 31:22, 53:25, 54:13, 57:8, 57:11, 58:4
**Tsekerides** [2] - 31:7, 53:25
**Turlak** [4] - 36:23, 36:25, 37:8, 37:18
**TURLAK...................**
.......................... [1] -
10:23
**turn** [1] - 42:17
**turned** [1] - 42:3
**twice** [1] - 35:4
**twist** [1] - 29:15
**two** [25] - 18:20, 27:21, 29:4, 29:8, 30:19, 31:3, 33:4, 34:2, 35:3, 36:20, 36:24, 37:9, 38:21, 40:25, 41:2, 41:5, 41:23, 42:22, 47:7, 50:8, 50:21, 51:15, 55:23
**two-day** [4] - 31:3, 38:21, 40:25, 41:2
**TX** [10] - 2:4, 2:16, 4:14, 4:18, 4:25, 5:6, 5:10, 6:5, 7:18, 7:22
**TYPE** [1] - 12:22
**type** [3] - 39:11, 45:8, 67:20
**typing** [1] - 44:4

**U**

**U.S** [3] - 2:18, 2:24, 6:20
**unaware** [2] - 32:20, 33:2
**unclear** [2] - 19:8, 51:11
**under** [1] - 66:13
**undergone** [1] - 34:21
**Underhill** [2] - 52:24, 60:4
**understood** [3] -
38:19, 39:15, 51:12
**UNDERWRITERS** [1] -
7:12
**underwriters** [2] -

23:25, 24:2
**unfortunately** [1] -
19:4
**United** [15] - 16:24, 17:14, 17:16, 20:9, 34:1, 51:21, 54:25, 55:7, 56:4, 56:8, 56:17, 56:20, 59:18, 69:5, 69:14
**UNITED** [6] - 1:1, 1:13, 2:23, 9:13, 9:15, 12:14
**unless** [2] - 17:3, 62:24
**UNTIL** [1] - 9:5
**untimely** [1] - 62:17
**up** [47] - 14:12, 15:8, 15:12, 15:14, 17:6, 17:21, 24:14, 25:6, 26:8, 26:22, 33:1, 33:15, 35:3, 36:8, 37:3, 39:2, 39:6, 39:13, 40:1, 41:1, 41:11, 42:21, 43:4, 47:10, 47:14, 49:3, 50:14, 50:22, 50:25, 51:3, 51:10, 51:24, 51:25, 55:23, 56:23, 57:2, 58:6, 58:15, 58:24, 60:1, 60:5, 60:8, 63:8, 64:7, 66:1, 68:6, 68:8
**UPDATE** [1] - 9:7
**update** [2] - 14:22, 47:15
**updating** [1] - 26:14
**uptake** [1] - 24:15
**US** [4] - 56:11, 59:21, 59:25, 60:3

**V**

**VA** [1] - 2:8
**vacuum** [1] - 52:7
**VERITAS** [1] - 7:16
**versa** [1] - 58:20
**version** [1] - 64:19
**vibes** [1] - 63:8
**vice** [1] - 58:20
**victims** [1] - 64:22
**VICTOR** [1] - 12:16
**Victor** [3] - 64:7, 64:12, 64:13
**video** [1] - 35:3
**Vidrine** [1] - 44:7
**VIDRINE...................**
.......................... [1] -
11:8
**view** [1] - 37:11

**VOICES** [1] - 13:9
**volume** [2] - 25:24, 26:4
**volunteer** [1] - 16:18
**volunteers** [1] - 44:23
**vs** [1] - 13:23
**VS** [1] - 9:6

**W**

**W-A-L-S-H** [1] - 46:24
**wait** [2] - 35:25, 53:11
**waited** [1] - 42:15
**waiting** [1] - 42:17
**walk** [1] - 61:10
**WALKER** [2] - 2:6, 6:20
**Walsh** [2] - 46:22, 46:23
**WALSH...................**
.......................... [1] -
11:15
**WALTHER** [1] - 4:20
**WANT** [2] - 11:21, 12:6
**wants** [7] - 17:10, 33:23, 34:23, 41:25, 44:22, 47:19, 49:4
**WARREN** [1] - 5:18
**WASHINGTON** [3] -
2:25, 4:4, 5:19
**watch** [1] - 28:19
**water** [1] - 32:7
**WATERSIDE** [1] - 2:8
**WE** [2] - 12:6, 12:11
**WEATHERFORD** [1] -
6:20
**week** [23] - 15:6, 19:24, 24:23, 25:2, 25:21, 25:22, 30:8, 30:14, 43:20, 44:10, 45:15, 45:17, 45:24, 47:6, 47:11, 48:4, 51:4, 51:23, 52:24, 53:11, 54:17, 58:13, 63:2
**WEEKS** [1] - 12:12
**weeks** [6] - 33:16, 40:25, 55:23, 55:24, 56:1
**WEIGEL** [1] - 6:8
**WEIL** [1] - 6:17
**WEINER** [1] - 5:14
**welcome** [2] - 38:7, 53:8
**WELL** [1] - 12:1
**wells** [4] - 32:2, 32:14, 32:17
**West** [3] - 50:7, 50:8

**WEST** [1] - 11:25
**WHEREUPON** [1] - 68:16
**WHETHER** [1] - 12:17
**WHO** [1] - 11:21
**whole** [2] - 24:25, 63:15
**wild** [1] - 41:16
**WILLIAM** [1] - 7:20
**Williamson** [3] - 30:15, 38:16, 64:1
**WILLIAMSON** [11] - 2:3, 2:3, 30:5, 30:10, 30:17, 35:19, 38:9, 38:15, 38:18, 39:3, 64:1
**willing** [5] - 49:15, 49:20, 49:21, 63:9, 65:20
**WINTHROP** [1] - 5:22
**wish** [3] - 17:6, 54:19, 60:13
**WITH** [2] - 9:8, 9:11
**witness** [9] - 28:21, 28:25, 29:18, 37:5, 37:10, 47:14, 49:20, 50:24, 68:5
**WITNESS** [1] - 11:19
**witnesses** [16] - 22:12, 33:4, 37:24, 38:11, 40:13, 41:23, 46:17, 47:7, 52:24, 53:16, 54:3, 54:9, 57:12, 57:13, 57:15, 61:18
**WITTMANN** [1] - 4:20
**wondered** [1] - 21:11
**wondering** [1] - 14:17
**WOODWAY** [1] - 4:17
**work-around** [1] - 66:24
**work-arounds** [1] - 65:20
**world** [1] - 63:9
**WORLDWIDE** [1] - 6:14
**worry** [1] - 35:12
**worth** [1] - 44:20
**worthwhile** [1] - 44:19
**wrapped** [1] - 18:4
**WRIGHT** [1] - 1:17
**writing** [1] - 36:1
**written** [5] - 44:8, 44:12, 44:18, 62:1, 66:2
**WRITTEN** [1] - 12:15

## Y

**year** [3] - 14:14, 56:7
**years** [1] - 42:2
**yellow** [1] - 47:25
**yesterday** [11] - 16:22, 24:4, 25:23, 31:12, 50:6, 52:7, 55:19, 64:22, 66:4, 66:8, 66:16
**yesterday's** [1] - 64:25
**yield** [1] - 45:1
**YOAKUM** [1] - 2:4
**YORK** [6] - 5:8, 5:24, 6:10, 6:18, 47:3, 59:2
**York** [4] - 40:4, 40:9, 40:14, 59:2
**Young** [3] - 43:4, 43:14, 43:15
**YOUNG.........................
.....................** [1] - 11:7
**Yourself** [1] - 31:10
**yourself** [3] - 15:24, 44:5, 64:16