UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE OIL SPILL BY THE OIL RIG                                              CIVIL ACTION
"DEEPWATER HORIZON" IN THE
GULF OF MEXICO ON APRIL 20, 2010

MDL 2179

Member Case:      Chad Blanchard et al. v. BP America              SECTION "J" (2)
                  Production Company et al.; 11-1542

## ORDER

At the request of Henry Klein, counsel for defendants, Chicory, LLC and Chicory

Holdings LLC, and having been advised that counsel for the other parties agree,  **IT IS**

**ORDERED** that the status conference previously scheduled in this matter on August 30,

2011 is hereby **RESCHEDULED** on **SEPTEMBER 6, 2011 at 2:00 p.m.** before Magistrate

Judge Joseph C. Wilkinson, Jr., 500 Poydras Street, Hale Boggs Building, Room B409, New

Orleans, Louisiana.  The purpose of the conference is to discuss scheduling and select pre-

trial and trial dates, if appropriate.  Parties who wish to participate in the conference by

telephone may make arrangements to do so by calling the undersigned magistrate judge's

chambers at 504-589-7630.

New Orleans, Louisiana, this _____17th_____ day of August, 2011.

                                          _____
                                          JOSEPH C. WILKINSON, JR.
**CLERK TO NOTIFY:**                      UNITED STATES MAGISTRATE JUDGE
**HON. CARL J. BARBIER**