UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON"<br><br>THIS DOCUMENT RELATES TO:<br><br>CASE NO.:2:10-cv-08888; 2:10-cv-02771 | MDL NO.: 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

**FINAL MOTION OF DISMISSAL WITH PREJUDICE**

NOW INTO COURT, through undersigned counsel comes Plaintiff, Samuel Mercado, Doc. No.: 43904, and on suggesting to the Court that all matters and claims filed by Plaintiff, Samuel Mercado, against any party including but not limited to all British Petroleum entities, all Trans Ocean entities, and all other Defendants listed on Attachment "A" to the *Gulf Coast Claims Facility Release and Covenant Not to Sue* signed by Plaintiff, in this controversy have all been amicably settled and fully compromised, and move that same be dismissed with full prejudice, each party bearing their own costs.

RESPECTFULLY SUBMITTED,

MORRIS BART, P.L.C.
909 POYDRAS STREET
SUITE 2000
NEW ORLEANS, LA 70112
TELEPHONE:     504-525-8000
FACSIMILE: 504-599-3380

_____
MEKEL S. ALVAREZ, NO.: 22157

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ___17___ day of ___Aug.___, 2011, the foregoing Motion of Dismissal With Prejudice was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Don K. Haycraft, James P. Roy and Stephen J. Herman by operation of the court's electronic filing system and to all counsel of record through the Lexis Nexis File & Serve.