UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by "Deepwater Horizon" Authorized by Order of the Court, Civil Action No. 10 md 2179 Rec. Doc. 982 (Copies of said Order having also been filed in Civil Actions No. 10-8888 and 10-2771) | * * * * * * * | CIVIL ACTION NO. 2179

SECTION J |
| DIRECT FILING SHORT FORM FILED BY HARRY BOURG CORPORATION | * * * | JUDGE CARL BARBIER |
| ******* No. 10-8888, Red. Doc. 38697 | :*********** | |

## O R D E R

CONSIDERING the foregoing Motion:

LET the Short Form Joinder filed by Harry Bourg Corporation on or about March 30, 2011, be dismissed without prejudice, all parties to bear their respective costs.

New Orleans, Louisiana this 16th day of August, 2011.

*[signature]*

UNITED STATES DISTRICT COURT JUDGE

_Fee_
_Process_
x _Dktd_
_CtRmDep_
_Doc. No_