UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>Applies to: *All Cases* | *<br>*<br><br><br>*   MDL No. 2179<br>*<br>*   SECTION J<br>*<br>*   JUDGE BARBIER<br>*<br>*   MAGISTRATE SHUSHAN |

## ORDER

     **CONSIDERING** the Motion of Kenneth R. Feinberg as Claims Administrator of the Gulf Coast Claims Facility for Leave to File Brief *Amicus Curiae* in Response to Plaintiffs' Supplemental Brief In Support Of Supervision Over The BP Interim Claims Process, and good cause having been shown,

     **IT IS HEREBY ORDERED** that the Motion of Kenneth R. Feinberg as Claims Administrator of the Gulf Coast Claims Facility is **GRANTED**. The Clerk of Court is directed to accept for filing the Brief and Appendices submitted by Kenneth R. Feinberg (Rec. Doc. 3733).

SIGNED in New Orleans, Louisiana this 17th day of August, 2011.

                                     _____
                                     United States District Judge