UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179<br><br>Section: J |
| Applies to:   No. 11-0890 and<br>                       No. 10-2771 (Doc. 291) | * * * * | JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |
| *      *      *      *      *      *      *      * | | |

**MOTION TO ENROLL
ADDITIONAL COUNSEL OF RECORD**

      **NOW INTO COURT**, through undersigned counsel, comes Plaintiff, the City of New Orleans, who respectfully requests that this honorable Court enroll the following attorneys and law firms as additional counsel of record in this matter:

1. **Stephen J. Herman,** La. Bar No. 23129
   **Herman, Herman, Katz & Cotlar, LLP**
   820 O'Keefe Avenue
   New Orleans, Louisiana 70113
   Telephone: (504) 581-4892
   Fax No: (504) 561-6024
   E-mail: Sherman@hhkc.com

2. **Calvin C. Fayard, Jr.**
   **FAYARD & HONEYCUTT**
   519 Florida Avenue, SW
   Denham Springs, Louisiana 70726
   Telephone: (225) 664-4193
   Fax No: (225) 664-6925
   E-mail: calvinfayard@fayardlaw.com

3. **Walter J. Leger, Jr., Esq.**
   **LEGER & SHAW**
   600 Carondelet, 9th Floor
   New Orleans, Louisiana 70130

     Telephone: (504) 588-9043
     E-mail: wleger@legershaw.com

4. **Fred L. Herman,** La Bar No. 6811
   **LAW OFFICES OF FRED L. HERMAN**
   1010 Common Street, Suite 3000
   New Orleans, Louisiana 70112
   Telephone: (504) 581-7070
   Fax No: (504) 581-7083
   E-mail: fherman@fredhermanlaw.com

5. **James Parkerson Roy**, La Bar No. 11511
   **DOMENGEAUX, WRIGHT, ROY & EDWARDS, LLC**
   556 Jefferson Street, Suite 500
   Lafayette, Louisiana 70501
   Telephone: (337) 233-3033
   Fax No: (337) 233-2796
   E-mail: jimr@wrightroy.com

**WHEREFORE**, Plaintiff respectfully requests that the above attorneys and law firms be enrolled as additional counsel.

            Respectfully submitted,

              /s/ Matthew J. Lindsay
            **Matthew J. Lindsay** (La. Bar No. 30599)
            ASSISTANT CITY ATTORNEY
            1300 Perdido Street
            New Orleans, Louisiana 70112
            Telephone: (504) 658-9800
            Fax No: (504) 658-9868
            E-mail: mjlindsay@nola.gov

            **For Plaintiff and Claimant-in-Limitation**
            **The City of New Orleans**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Motion to Enroll Additional Counsel of Record upon all Counsel *via* the Lexis-Nexis Filing System, pursuant to Pre-Trial Order No. 12, this 18th day of August, 2011.

/s/ Matthew J. Lindsay