UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | | * * * * | MDL No. 2179<br><br>Section: J |
| Applies to: No. 11-0890 and No. 10-2771 (Doc. 291) | | * * * * | JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |
| *  *  *  *  *  *  *  * | | | |

## ORDER

Considering Plaintiff's foregoing *Motion to Enroll Additional Counsel of Record,*

**IT IS HEREBY ORDERED** that the motion is **GRANTED** and that Stephen J. Herman and the law firm of Herman Herman Katz & Cotlar; Calvin C. Fayard, Jr., and the law firm of Fayard Honeycutt; Walter J. Leger, Jr., and the law firm of Leger & Shaw; Fred L. Herman and the Law Offices of Fred Herman; and James P. Roy and the law firm of Domengeaux Wright Roy & Edwards; be and are hereby enrolled as additional counsel of record for the City of New Orleans.

New Orleans, Louisiana this __ day of August, 2011.

_____
Hon. Carl J. Barbier
U.S. District Court Judge