IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION: J |
| This Document Relates to:<br>*Case No. 2:11-cv-01806* | Judge Barbier<br>Mag. Judge Shushan |

## CLASS ACTION PETITION FOR DAMAGES

**NOW INTO COURT**, through undersigned counsels, comes Tim Terrell, of full age of majority, and domiciled in Orleans Parish, Louisiana;

1. Made defendant herein is BP p.l.c. whose principal place of business or who as one of its principal places of business in the United States in Houston, Texas and Donald Vidrine, domiciled in the State of Louisiana.

2. On April 20, 2010 defendants BP America, Inc., BP Exploration and Production, Inc., BP p.l.c. and Donald Vidrine, through their negligence in operating an oil well in the Gulf of Well, known as the Macondo Well, caused to occur a massive oil spill in the Gulf of Mexico.

3. The oil spill occurred in the navigable waters of the United States and arose out of a traditional maritime activity (see *Executive Jet Aviation, Inc. v. City of Cleveland*, 93 S.Ct. 493 and in re *Ballard Shipping Co., etc. v. Beach Shellfish, et al.*, 32 F3d 623 as the Deepwater Horizon which was a floating, dynamically positioned, vessel which was not anchored to nor attached to the ocean bottom in any manner but was held in Semi-Submergible, dynamically positioned by normal screw type propellers controlled by

computers and G.P.S. navigation devices just as are the oil field supply vessels (OSV's transporting equipment and personnel) for the purpose of drilling an oil well in approximately 5000 ft. of water while under the full and complete and exclusive control of defendant BP p.l.c., was negligently allowed to explode, catch on fire and sink causing a huge spill of natural gas and condensate which caused great harm to the plaintiffs herein.

4. Under the holding of *Ballard*, supra, which was a class action case arising out of an oil spill in U.S. navigable waters under general maritime Jurisdiction the plaintiffs therein claimed the right to proceed in the state court (Rhode Island) under the Savings to Suitor Clause of Claims brought under general maritime jurisdiction law and state law on damages law and the plaintiffs herein now avow that right to proceed in Louisiana State Court under Louisiana appropriate law on damages (C.C. 2315).

5. Furthermore, under the holding of *Ballard*, the Federal court indicated that the plaintiffs, when proceeding in State Court under general maritime law, for a class action claim cause of action by its citizens for damages as a result of an oil spill in U.S. navigable waters could proceed under State law on damages and would not be restricted to other *federal* maritime standards which may exist under other Federal laws.

6. Considering the above the plaintiffs seek to proceed under the applicable laws of the State of Louisiana, individually, and on behalf of a class of Louisiana residents who have claims sufficiently common to those of Plaintiff so as to make litigation of this action as a class action superior to individual actions.

7. Plaintiffs set out their damages, some of which occurred in Plaquemines Parish as follows:

      a.    Lost income, past, present and future;

      b.    Mental anguish;

      c.    Mental Aggravation;

      d.    Loss of enjoyment of life and recreational expenses;

      e.    Medical expense past, present and future;

      f.    Additional expenses; and

      g.    All other damages as are appropriate.

8. Plaintiff seeks to be recognized as representative of the unnamed members of the class.

9. Plaintiff requests a trial by jury.

**WHEREFORE**, plaintiffs Tim Terrell, et al. pray for judgment in their favor and against BP p.l.c. as set out herein above and to be recognized as class representative herein and for all legal interest, costs and for all general and equitable relief and plaintiff request a trial by jury.

Dated: August 19, 2011

                        Respectfully submitted:
Byard "Peck" Edwards & Associates, L.L.C.
/s/ Byard "Peck" Edwards
Byard "Peck" Edwards, Jr.
Bar Roll No. 5282
902 C.M. Fagan Drive
Suite G
Hammond, LA 70403
Telephone: (985)902-7514
Facsimile: (985)902-7515
email: byardedwards@bellsouth.net

/s/ Max Folkenflik
Max Folkenflik
*Pending Admission Pro Hac Vice*
1500 Broadway, 21st Floor
New York, New York 10036
Telephone: (212)757-0400
Facsimile: (212)757-2010
email:max@fmlaw.net

3