# CONFERENCE ATTENDANCE RECORD

DATE: 8-19-11                TIME: 9:30

CASE NAME: IN RE: DEEPWATER HORIZON, ET AL.

DOCKET NUMBER & SECTION: MDL 2179

DISCOVERY STATUS   CONFERENCE

☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Alan York | Halliburton |
| Stefanie Major | Halliburton |
| Kerry Miller | TO |
| Paul Sterbcow | PSC |
| Deb Kuchler | Anadarko |
| Tony Fitch | Anadarko |
| Wendy Ware Bishop | Dril-Quip |
| Doug Kraus | State of Louisiana |
| Brian Barr | PSC |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| J. B. Tarter | M-I |
| Phil Nizialek | MOEX |
| Will Baldwin | WFT |
| Corey Maze | Alabama |
| Phil Wittmann | Cameron |
| Carmelite Bertaut | Corexit |
| Jimmy Williamson | PSC |
| BILL STRADLEY | MDL 2185 Ind. Investors |
| ANTHONY IRPINO | PSC |
| ANDY LANGAN | BP |
| Don Haycraft | BP |
| Ryan Babiuch | BP |
| | |
| | |
| | |
| | |