UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § § § | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |
| THIS DOCUMENT RELATES TO: | | | |
| Case No.: 2:10-cv-08888, [Rec. Doc. 72876]; 2:10-cv-02771 | | | |

## MOTION TO WITHDRAW AS COUNSEL

The law firm of Colson Hicks Eidson Colson Cooper Matthews Martinez Gonzalez Kalbac & Kane, counsel for Plaintiff William Henry Wallbaum, hereby files its Motion to Withdraw as counsel for Plaintiff William Henry Wallbaum. In support thereof, Movants would show:

1. Plaintiff's counsel, the law firm of Colson Hicks Eidson Colson Cooper Matthews Martinez Gonzalez Kalbac & Kane has encountered irreconcilable differences with Plaintiff on issues involving the case.

2. On August 19, 2011, William Henry Wallbaum informed the law firm of Colson Hicks Eidson Colson Cooper Matthews Martinez Gonzalez Kalbac & Kane in writing that he no longer desired this law firm to represent him.

3. Under the circumstances, it is requested that the law firm of Colson Hicks Eidson Colson Cooper Matthews Martinez Gonzalez Kalbac & Kane be granted leave to withdraw as counsel for Plaintiff.

4. This motion is made in good faith and will not prejudice any party. Indeed, because William Henry Wallbaum made the decision to end the representation, neither will suffer any prejudice if the law firm of Colson Hicks Eidson Colson Cooper Matthews Martinez Gonzalez Kalbac & Kane withdraws from this case.

WHEREFORE, the law firm of Colson Hicks Eidson Colson Cooper Matthews Martinez Gonzalez Kalbac & Kane requests this Honorable Court to allow it to withdraw as counsel of record for the Plaintiff in the above captioned case.

Respectfully submitted,

COLSON HICKS EIDSON COLSON
COOPER MATTHEWS MARTINEZ
GONZALEZ KALBAC & KANE
Attorneys for Plaintiff
255 Alhambra Circle, Penthouse
Coral Gables, Florida 33134
(305) 476-7400

By _____
Ervin A. Gonzalez
Florida Bar No. 500720

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Motion to Withdraw as Counsel has been filed electronically with the Clerk of Court using the CM/ECF system and served on all counsel of record through Lexis Nexis File & Serve, electronic mail, facsimile, and/or U.S. Mail. Further, this is to certify that a true and correct copy of the foregoing instrument has been served via U.S. Mail, postage prepaid and properly addressed, on the others listed below on this 19th day of August, 2011.

William Henry Wallbaum
6201 Dirt Kouns Loop #94
Shreveport, LA 71129

COLSON HICKS EIDSON COLSON
COOPER MATTHEWS MARTINEZ
GONZALEZ KALBAC & KANE
Attorneys for Plaintiff
255 Alhambra Circle, Penthouse
Coral Gables, Florida 33134
(305) 476-7400

By_____
Ervin A. Gonzalez
Florida Bar No. 500720