# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### ORDER

**[Regarding Allocation for Depositions of Dr. Robert Beirute and Robert M Beirute Consulting LLC]**

Pursuant to the order of August 9, 2011 (Rec. doc. 3670), the depositions of Dr. Robert Beirute and Robert M. Beirute Consulting, LLC ("Beirute Consulting") are set for August 29 and 30, 2011. The combined deposition shall last no longer than 10 hours over the two days. At the August 19, 2011 working group conference, the issue of the allocation of the 10 hours (600 minutes) was raised.

The examination time will be allocated as follows:

| | |
|---|---|
| Plaintiffs | 90 minutes |
| U.S. | 30 minutes |
| States | 10 minutes |
| Halliburton | 180 minutes |
| Transocean | 10 minutes |
| BP | 60 minutes |
| Cameron | 10 minutes |
| Anadarko | 180 minutes |
| MOEX | 10 minutes |

| | |
|---|---|
| Weatherford | 10 minutes |
| M-I Swaco | 5 minutes |
| Drill Quip | <u>5 minutes</u> |
| **Total** | **600 minutes** |

**Any appeal of this order must be filed no later than noon on Wednesday, August 24, 2011.**

New Orleans, Louisiana, this 22nd day of August, 2011.

                                                                   _____
                                                                   **SALLY SHUSHAN**
                                                                   **United States Magistrate Judge**