**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In re: Oil Spill by the Oil Rig                    MDL NO. 2179
      "Deepwater Horizon" in the Gulf
      of Mexico, on April 20, 2010            SECTION J

Applies to: *All Cases*                    JUDGE BARBIER
                                     MAGISTRATE JUDGE SHUSHAN

<u>ORDER</u>

**[Working Group[1] Conference on Friday, August 19, 2011]**

This order reflects the action taken by the Working Group Conference on Friday, August 19, 2011.

1.    <u>**Preservation of BOP**</u>.

The Court reported on the status of the BOP preservation work.

The Court's review of the communications revealed that: (1) the U.S., BP and Anadarko committed to sharing the preservation cost for the "brains" (the pods) of the BOP; (2) BP and Anadarko committed to sharing the preservation cost for the LMRP and other large pieces; and (3) the U.S., BP and the PSC are committed to sharing the preservation cost for the capping stack.  BP objected to the suggestion by the U.S. that BP front all the costs without prejudice to obtain reimbursement at the end the litigation.

The PSC reported that it did not want to participate in the laser scan of the capping stack.

2.    <u>**Completion of Phase One Written Discovery.**</u>

The U.S. reported on the status of its document production.  BP and the U.S. are working on discovery issues.  The deadline for their motions to compel is September 15, 2011.  The U.S.

---

[1] The discovery "Working Group" shall be comprised of: one or two representatives of the PSC; one representative from each of the defendants; and coordinating counsel for the United States and coordinating counsel for the States.  (Rec. Doc. 1099).

anticipates that the USCG will begin searching its archives on August 22, 2011.

Anadarko reported that it will file a motion to compel regarding the response of the U.S. to some requests for admissions.  The U.S. responded that there may be issues with Anadarko's responses to discovery served by the U.S.

Halliburton reported that it resolved its issues with Anadarko.  BP and Halliburton continue to work on their issues.  The deadline for motions to compel for discovery issues between Halliburton and BP was extended to Monday, August 29, 2011.

BP reported that while it is working with the State of Louisiana to resolve discovery issues, they are not all resolved.

The Court requested that, where possible, the parties present issues for resolution by letter rather than email, because the letters are easier to file in the record.

3.   **BP's Request for Transocean Search Terms.**

By close of business on **Tuesday, August 23, 2011**, Transocean shall provide BP and the Court with lists of the custodians whose files were searched and the terms used for the search of the custodial files.  By close of business on **Thursday, August 25, 2011**, BP shall review the lists and report to Transocean and the Court whether the lists are sufficient and if not, what additional custodians and/or search terms are requested.

4.   **PSC's Request for BP's GoM Drilling Contracts.**

The PSC reported that this issue was resolved.

5.   **Interpleader Actions.**

Transocean reported that the parties continue to work on the agreement.

6.      **Phase One Fact Depositions**.

<u>Walsh, Bob</u>                                    August 24

Walsh is part of Transocean's investigation group.  The date was confirmed.

<u>Tiano, Robert</u>                                 August 25

Tiano is part of Transocean's investigation group.  The date was confirmed.

<u>Roller, Perrin</u>                                August 25

Roller is part of Transocean's investigation group.  The date was confirmed.

<u>Wheeler, Wyman</u>                               August 25

The Court was notified by Wheeler's counsel that he will take the Fifth.  This will be a one day deposition.  Transocean shall contact Wheeler's counsel to confirm the date and discuss the maintenance and cure issue.

<u>Beirute, Bob</u>                                  August 29 and 30

This will be a ten hour deposition.  The parties raised the time allocation issue.

<u>Brock, Tony</u> (London)                         August 30 at 8:30 a.m. CDT

This will be a video deposition with pre-marked exhibits.  BP reported that it is working on the arrangements.

<u>Thorseth, Jay</u> (London)                       September 20

By **Tuesday, August 23, 2011**, BP may reply as to the length of the deposition.  Rec. doc. 3749.  A ruling will be made before the August 26, 2011 conference.

<u>Domanguet, Bryan</u> DOI 30(b)(6)               September 21

The parties were notified of the topics to be covered.

<u>Young, David</u>                                September 22

The date was confirmed.

<u>Lacy, Stewart</u> (London)(one day)            September 23

BP confirmed the deposition.

<u>Trocquet, David</u> DOI 30(b)(6)              September 23

The date was confirmed.  The parties were notified of the topics to be covered.

<u>Emanuel, Victor</u>                            September 27

The date was confirmed.

<u>Emerson, Tony</u>                              September 28 **(tentative)**

By **Tuesday, August 23, 2011**, BP may reply as to the length of the deposition.  Rec. doc.

3749.  A ruling will be made before the August 26, 2011 conference.

<u>Trahan, Buddy</u> Houston                      September 28

The date was confirmed.

<u>Turlak, Rob</u> (NO)                           September 28 and 29

The dates were confirmed.

<u>Captain McDonald, John</u> (NO)               September 30

Captain McDonald is part of Transocean's investigation group.  The date was confirmed.

<u>Sutton, Steve</u> USCG 30(b)(6)               October 5

The parties were notified of the topics to be covered in the deposition.

<u>Ewen, Florence</u> (Kuala Lumpur)             October 6

Ewen is part of Transocean's investigation group.  The date was confirmed.  This will be a

telephone or video deposition with Ewen in Singapore.

4

Lt. Hock, Nathan USCG 30(b)(6)                October 7

The parties were notified of the topics to be covered in the deposition.

Lt. Cmdr. Odom, Michael USCG 30(b)(6)    October 11

The parties were notified of the topics to be covered in the deposition.

Miller, Rich (NO)                          October 13

The deposition was confirmed.

Morrison, Richard                          October 18 and 19

The responder defendants request an hour of examination time with Morrison.  The request was deferred.  All parties requesting additional time shall make the request by **September 12** (Rec. doc. 3749).

Dugas, Roger                               October 20

Halliburton confirmed the date.

Powell, Heather                            October 20 (tentative)

This will be kept on the agenda pending confirmation of the deposition.  Ms. Powell is expecting a child and cannot travel.  Her baby is due prior to October 20.

McKay, Lamar                               November 3

The states are requesting additional time.  The States and the PSC were asked to confer on the request.

Hart, Derek (Aberdeen)

Hart is part of Transocean's investigation group.  It is working on dates.

Leach, Gary

Transocean and Cameron are working on dates for the deposition.

BP 30(b)(6) on Topic 7

BP is working on this.

Oldfather, Daniel

There was no change in Oldfather' status.  His health does not permit a deposition.

Shaw, Neil

BP is working on dates.

Braniff, Barry

Transocean is working on dates.

Well Advisor Program

Transocean will report on August 26 on whether the Well Advisor Program was used on the Macondo well.  If so, it is required to designate a representative to testify about it.  If not, it is not required to make such a designation.  Rec. doc. 3750.

Barron, Daniel

Transocean is working on dates.

Stelly, Phyllis

Halliburton is working on dates.

Nguyen, Quang

Halliburton is working on dates.

Morgan, Rick

Halliburton is working on dates.

Richard, Ben

Halliburton is working on dates.

7.    **Reliance exhibits**.

There was discussion about the documents to be identified with the reports of experts.

BP reported that it will draft a proposal concerning expert files which recognizes that PTO 18 (Rec. doc. 825) provides that the amended provisions of Fed. R. Civ. P. 26(b)(4)(B) and 26(b)(4)(C) apply retroactively to this case.  In drafting the proposal it will consider orders issued in the Chinese Drywall and Vioxx MDL proceedings.  Transocean will secure copies of the stipulations on reliance materials in these two MDLs.

8.    **Other Matters**.

Anadarko shall take the lead on preparing a joint set of Phase Two discovery requests to the PSC and the States

The PSC clarified that confidentiality designations, objections and challenges are not subject to the August 22, 2011 motion to compel deadline.  As long as BP and the PSC are continuing to work through privilege log issues, the PSC is not required to file a motion to compel.  The PSC reported that in connection with Phase Two discovery, the parties are working on search terms.

BP reported on the issuance of a report on the incident by the Republic for the Marshall Islands.  It is likely that it will request a Rule 30(b)(6) deposition of the Republic.

BP and Transocean reported that there will be a letter exchange regarding the issue of document production for shearing tests done on the Deepwater Horizon.

9.    **Conference Schedule**.

Friday, August 26, 2011, at 9:30 a.m.          WGC followed by meeting of LCC.

Friday, September 9, 2011 at 9:30 a.m.        WGC followed by meeting of LCC.

Friday, September 16, 2011                          Judge Barbier's status conference ONLY.

| | |
|---|---|
| Friday, September 23, 2011 | No conference set. |
| Friday, September 30, 2011 at 9:30 a.m. | WGC followed by meeting of LCC. |
| Friday, October 7, 2011 at 9:30 a.m. | WGC followed by meeting of LCC. |
| Friday, October 14, 2011 at 9:30 a.m. | WGC followed by meeting of LCC. |
| Friday, October 21, 2011 | After Judge Barbier's status conference - WGC followed by meeting of LCC. |
| Friday, October 28, 2011 at 9:30 a.m. | WGC followed by meeting of LCC. |
| Friday, November 4, 2011 at 9:30 a.m. | WGC followed by meeting of LCC. |
| Friday, November 11, 2011 | No conference set. |
| Friday, November 18, 2011 | After Judge Barbier's status conference - WGC followed by meeting of LCC. |
| Friday, November 25, 2011 | No conference set. |
| Friday, December 2, 2011 at 9:30 a.m. | WGC followed by meeting of LCC. |
| Friday, December 9, 2011 at 9:30 a.m. | WGC followed by meeting of LCC. |
| Friday, December 16, 2011 | After Judge Barbier's status conference - WGC followed by meeting of LCC. |
| Friday, December 23, 2011 | No conference set. |
| Friday, December 30, 2011 | No conference set. |
| Friday, January 6, 2012 at 9:30 a.m. | WGC followed by meeting of LCC. |
| Friday, January 13, 2012 at 9:30 a.m. | WGC followed by meeting of LCC. |
| Friday, January 20, 2012 | After Judge Barbier's status conference - WGC followed by meeting of LCC. |

8

Friday, January 27, 2012 at 9:30 a.m.        WGC followed by meeting of LCC.

New Orleans, Louisiana, this 22nd day of August, 2011.

**SALLY SHUSHAN**
**United States Magistrate Judge**