**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179 SECTION J |
| This document relates to: | * * | Judge Barbier |
| *All cases* | * * | Magistrate Judge Shushan |

**THE BP PARTIES' MOTION TO COMPEL AGAINST TRANSOCEAN**

Pursuant to Federal Rule of Civil Procedure 37, BP America Production Company and BP Exploration & Production Inc. (collectively, the "BP Parties") move to compel Transocean to produce documents and information. For the reasons set forth in the BP Parties' Memorandum in Support, the BP Parties submit that the Court should grant this motion and require Transocean to produce certain documents listed on its privilege log and to properly answer certain requests for admission served by the BP Parties in compliance with Federal Rule of Civil Procedure 36.

Specifically, the BP Parties request that the Court grant the following relief:

1. Order Transocean to produce all documents on its privilege log (i) related to Transocean's internal investigation, (ii) where the only claim of privilege is work product, and (iii) whose description does not assert that they were prepared at the direction of counsel. These documents include those listed in the following entries in Transocean's Seventh Supplemental Privilege Log: 48, 66-66b, 67, 71-75, 77, 79, 79a, 81, 90, 92, 96-101a, 107-108a, 115, 116, 119-122, 131-135, 139-142, 147, 148, 150, 154, 161, 165, 173-175, 192, 201, 215, 221-24, 226, 231, 234, 241, 243, 244, 319, 320, 327-329, 331-416, 419, 423-426, 445, 493-511, 523-525, 532, 537, 551, 552, 554-557, 576-578, 585-587, 589-591, 594, 598-613, 622, 623, 758-776, 796-817,

1040-1042, 1044-1050, 1051, 1054, 1055, 1058-1062, 1069-1072, 1075, 1076, 1078, 1080, 1082, 1084-1092, 1096, 1099-1104, 1107-1112, 1114, 1126, 1128, 1136, 1137, 1139, 1140, 1143, 1144, 1146-1149, 1207, 1379, 1593, 1985, 1986, 1988-1990, 1992, 1994, 1995, 1997, 2172, 2183, 2231, 2233, 2236, 2237, 2300, 2490, 2491, 2578, 2585, 2586, 2625, 2732.

      2.      Order Transocean to produce the documents listed on its Seventh Supplemental Privilege Log where the author is described as "DWH Investigation Team," including the document listed in entries 122, 154, 161, 165, 192, 201, 215, 221-224, 226, 231, 234, 241, 243, 244, 319, 320, 423, 425, 426, 445, 479, 480, 486, 487, 489, 492, 493, 495-511, 519, 523-527, 532, 537, 558-560, 562, 563, 565-568, 585-587, 589-591, 594, 615, 622, 623, 628, 629, 633-635, 637- 647, 653, 655-658, 660, 661, 663-678, 681, 682, 753-767, 769, 770, 772-776, 779-789, 796-817, 907-913, 933, 934, 938, 939, 943-945, 947, 949, 972-979, 981, 985-987, 989-1021, 1024-1026, 1028-1031, 1036-1039, 1041, 1042, 1091, 1092, 1192, 1205, 1211, 1229, 1231, 1274-1281, 1285, 1289, 1290, 1292, 1302, 1303, 1305, 1309, 1313-1315, 1319, 1325, 1326, 1330, 1347-1349, 1353, 1354, 1359, 1362, 1363, 1366, 1369, 1370, 1375-1378, 1380-1395, 1398, 1400-1409, 1418, 1433, 1435, 1463, 1464, 1470, 1473, 1474, 1494-1496, 1498, 1542, 1545, 1548, 1566-1578, 1581-1587, 1589-1591, 1593-1595, 1597, 1601, 1602, 1613-1618, 1623-1625, 1627, 1628, 1646, 1655-1657, 1659, 1661-1670, 1673, 1674, 1676-1679, 1682, 1683, 1690-1703, 1710, 1714-1717, 1719, 1720-1741, 1764, 1769, 1771, 1773-1775, 1777-1783, 1786-1793, 1795-1798, 1801, 1802, 1809-1817, 1820, 1821, 1825, 1826, 1828-1841, 1845, 1847, 1853, 1856, 1859, 1860, 1867, 1868, 1878-1883, 1886-1889, 1891, 1892, 1896, 1897, 1899-1926, 1928, 1929, 1931-1933, 1936, 1947-1949, 1952-1954, 1962, 1966-1973, 1975, 1976, 1980-1990, 1992-1997, 2000, 2001, 2005-2015, 2020, 2022-2024, 2025-2042, 2046, 2047, 2102-2115, 2352, 2400, 2401, 2888, 2973, and order Transocean to produce documents for whose

entries Transocean has failed to identify any author, including 2117, 2120, 2122, 2137, 2138, 2149, 2150, 2152, 2154, 2156, 2158, 2161-2163, 2166, 2168, 2169, 2171, 2175, 2177, 2179, 2181, 2189-2191, 2193, 2195, 2197, 2199, 2201-2230, 2244, 2246, 2249, 2251, 2255, 2257, 2262, 2265, 2269, 2271, 2275, 2277, 2278, 2283, 2286, 2288, 2290, 2292, 2297, 2299, 2315, 2318-2320, 2323, 2328, 2334, 2337, 2340, 2342, 2345, 2348, 2349, 2356, 2358, 2359, 2362, 2364, 2365, 2367, 2368, 2371, 2372, 2374, 2378, 2380, 2384, 2389, 2391, 2392, 2394, 2397, 2399, 2417, 2426, 2428, 2430, 2432, 2437, 2443, 2447, 2450, 2480, 2489, 2513, 2540, 2546, 2550, 2551, 2558, 2559, 2561, 2562, 2565, 2571, 2575, 2606, 2609, 2623, 2624, 2648, 2655, 2656, 2661, 2674, 2685-2720, 2731, 2739-2741, 2745, 2750, 2761, 2763, 2779, 2785, 2788, 2789, 2793, 2794, 2798, 2800, 2806, 2809, 2811, 2813, 2939, 2944, 2946, 2957, 2964, 2970.

      3.      Order that pursuant to Federal Rule of Civil Procedure 36(a)(6) Transocean be deemed to have admitted requests for admission numbers 45-67 and 282 of the BP Parties First Set of Requests for Admission, or in the alternative order Transocean to provide proper responses to those requests.

Date: August 22, 2011                    Respectfully submitted,


                                         /s/ Don K. Haycraft
                                         Don K. Haycraft (Bar #14361)
                                         R. Keith Jarrett (Bar #16984)
                                         Liskow & Lewis
                                         701 Poydras Street, Suite 5000
                                         New Orleans, Louisiana 70139-5099
                                         Telephone: (504) 581-7979
                                         Facsimile: (504) 556-4108

                                         and

                                         Richard C. Godfrey, P.C.
                                         J. Andrew Langan, P.C.
                                         Kirkland & Ellis LLP
                                         300 North LaSalle Street
                                         Chicago, IL 60654
                                         Telephone: (312) 862-2000
                                         Facsimile: (312) 862-2200

                                         Robert C. "Mike" Brock
                                         Covington & Burling LLP
                                         1201 Pennsylvania Avenue, NW
                                         Washington, DC 20004-2401
                                         Telephone: (202) 662-5985

                                         *Attorneys for BP Exploration & Production*
                                         *Inc. and BP America Production Company*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 22nd day of August, 2011.

/s/ Don K. Haycraft
Don K. Haycraft