# EXHIBIT D

# FILED UNDER SEAL WITH MAGISTRATE JUDGE (excerpts of Bill Ambrose deposition, portions of which have been marked "confidential"