# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

300 North LaSalle Street
Chicago, Illinois 60654

R. Chris Heck
To Call Writer Directly:
(312) 862-3030
r.chris.heck@kirkland.com

(312) 862-2000

www.kirkland.com

Facsimile:
(312) 862-2200

July 15, 2011

**BY ELECTRONIC MAIL
AND FIRST CLASS MAIL**

Carter L. Williams
Sutherland Asbill & Brennan LLP
1001 Fannin Street, Suite 3700
Houston, TX 77002

Re: Internal Investigation Documents Over Which Transocean Claims Work Product Privilege in *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, MDL No. 2179

Dear Carter:

Your July 15, 2011 letter does not address the point of my prior correspondence, which is that Transocean has waived any work product privilege over all documents relating to Transocean's internal investigation by publicly disclosing the Transocean internal investigation report. I am aware that since July 6 Transocean has produced a large volume of documents relating to its investigation and BP currently is reviewing those documents. But I do not see how this is relevant to the question of Transocean's waiver of work product privilege. Transocean's waiver depends on the fact of publicly reporting the results of its investigation, not how many documents it has produced.

I reiterate BP's request pursuant to FRCP 37 to meet and confer as soon as possible if Transocean is not willing to produce the documents related to its internal investigation over which it claims work product privilege. I propose that I call you on Wednesday, July 20 at 2:00 pm CT for a meet-and-confer. I am open to a different time if that would work better for you.

Sincerely,

R. Chris Heck

R. Chris Heck

cc: Richard C. Godfrey, P.C.
Andrew Langan, P.C.
Barry E. Fields, P.C.
Don K. Haycraft
Steven L. Roberts
Kerry J. Miller

Hong Kong    London    Los Angeles    Munich    New York    Palo Alto    San Francisco    Shanghai    Washington, D.C.