

SUTHERLAND ASBILL & BRENNAN LLP
First City Tower
1001 Fannin, Suite 3700
Houston, TX 77002-6760
713.470.6100  Fax 713.654.1301
www.sutherland.com

**CARTER L. WILLIAMS**
DIRECT LINE: 713.470.6126
E-mail: carter.williams@sutherland.com

July 20, 2011

<u>VIA EMAIL AND FIRST CLASS MAIL</u>
R. Chris Heck, Esq.
Kirkland & Ellis, LLP
300 N. LaSalle
Chicago, IL  60654

  Re: *In re:*  Deepwater Horizon, MDL No. 2179

Dear Chris:

  I write in response to your letters of July 6 and July 15, 2011 to myself and my colleagues Steve Roberts and Kerry Miller.  Your July 15 letter incorrectly states that we have not addressed the point of your July 6 letter – the flawed argument that by publishing its investigation report Transocean has waived any work product privilege with respect to its internal investigation.  To the contrary, my July 15 letter notes our disagreement with that proposition.  Rather than arguing the point in the abstract, however, or holding premature discovery conferences over documents that may not be in dispute, we asked that you review Transocean's ongoing production of internal investigation documents and that we then consider a meet and confer if there were any issues left to discuss.

  Our recommendation was prudent—since our last exchange, we have determined that Transocean does not intend to assert a broad work product claim over the entire internal investigation or over a number of the documents referenced in your July 6 letter.  In fact, many of these documents have already been produced (for example, 45, 59, 68, 69, 1045-1050, 1063-1068).  Others are forthcoming, as is a revised privilege log that asserts narrowly defined claims of work product where appropriate, e.g., for work done by the internal team in preparation for the President's Oil Spill Commission, as well as attorney-client and work product claims for certain documents generated during the investigation by, for the review of, or at the direction of counsel or in anticipation of litigation.  Should you continue to take issue with any of the privilege claims after reviewing the recent productions and the revised log, we would be happy to schedule a discovery conference at a mutually convenient time.

          Sincerely,

          Carter L. Williams

cc: Steven L. Roberts, Esq. (Sutherland Asbill & Brennan LLP)
   Kerry Miller, Esq. (Frilot LLC)