# KIRKLAND & ELLIS LLP

**AND AFFILIATED PARTNERSHIPS**

300 North LaSalle Street
Chicago, Illinois 60654

R. Chris Heck
To Call Writer Directly:
(312) 862-3030
r.chris.heck@kirkland.com

(312) 862-2000

www.kirkland.com

Facsimile:
(312) 862-2200

July 21, 2011

**BY ELECTRONIC MAIL
AND FIRST CLASS MAIL**

Carter L. Williams
Sutherland Asbill & Brennan LLP
1001 Fannin Street, Suite 3700
Houston, TX 77002

> Re:   Internal Investigation Documents Over Which Transocean Claims Work
> Product Privilege in *In Re: Oil Spill by the Oil Rig "Deepwater Horizon"
> in the Gulf of Mexico, on April 20, 2010*, MDL No. 2179

Dear Carter:

Your July 20, 2011 letter regarding Transocean's work product privilege claims over documents relating to Transocean's internal investigation leaves open a number of issues. *First*, you state that "a revised privilege log that asserts narrowly defined claims of work product where appropriate" is "forthcoming," but do not say when. As you know, depositions of Transocean's internal investigation team members are ongoing, and the deposition of team leader Billy Ambrose already has occurred. Moreover, BP needs the documents related to Transocean's internal investigation for BP's own expert work. Given that time is of the essence, we will ask Judge Shushan at tomorrow's conference to set an appropriate schedule for Transocean to serve a revised privilege log.

*Second*, you state that Transocean has produced 16 of the documents listed on its privilege log. As indicated in my July 6 letter, Transocean has claimed work product protection over several hundred documents related to its internal investigation. Thus, the vast majority of the documents in question have not yet been produced. Because of BP's need for these documents, we will ask Judge Shushan to set an appropriate deadline for production of the internal investigation documents listed on Transocean's privilege log over which Transocean is no longer claiming work product privilege.

*Third*, neither your July 15 or July 20 letters discusses the fact that for many entries Transocean's privilege log lists only "DWH Investigation Team" as the author, without identifying the actual individuals who created or received the documents or whether any of such individuals are attorneys. Please confirm that your revised privilege log will identify the individuals who authored and received each document instead of using "DWH Investigation Team."

Hong Kong     London     Los Angeles     Munich     New York     Palo Alto     San Francisco     Shanghai     Washington, D.C.

## KIRKLAND & ELLIS LLP

Carter L. Williams
July 21, 2011
Page 2


*Fourth*, BP did not know until your July 20 letter that Transocean has now agreed to produce certain documents listed on its privilege log. Your July 15 letter did not state that Transocean would produce documents on its privilege log. Moreover, your July 20 letter implies that BP bears the burden of searching through Transocean's recent productions to determine if Transocean has decided to produce documents listed on its privilege log. This is not BP's responsibility. Nor would it be possible given that one cannot determine from Transocean's privilege log or your correspondence whether it has produced documents listed on that log. Such a process also would not be feasible given that Transocean has chosen to wait until the last few weeks to produce the substantial majority of its documents. Instead, Transocean has the responsibility under the Federal Rules of Civil Procedure to produce responsive documents as well as an accurate and sufficiently detailed privilege log.

*Fifth*, separate from the issues with Transocean's attempt to claim the work product privilege over internal investigation documents, I received your July 20 letter concerning my July 13 letter regarding Transocean's objections and responses to the BP Parties' First and Second Requests for Production of Documents. Please confirm that you will send a letter substantively responding to my July 13 letter by July 27.

Sincerely,

R. Chris Heck

cc:  Richard C. Godfrey, P.C.
     Andrew Langan, P.C.
     Barry E. Fields, P.C.
     Don K. Haycraft
     Steven L. Roberts
     Kerry J. Miller