IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | *<br>*<br>*<br>*<br>* | MDL NO. 2179<br><br>SECTION J |
| This document relates to: | *<br>* | Judge Barbier |
| *All cases* | *<br>* | Magistrate Judge Shushan |

LOCAL RULE 37.1(E) CERTIFICATE

The BP Parties' accompanying Motion to Compel Against Transocean addresses issues concerning Transocean's privilege logs and its failure to properly respond to certain requests for admission ("RFAs").  For the privilege log issues, counsel for the BP Parties sent counsel for Transocean a letter on July 6, 2011 explaining that Transocean had waived work product privilege over its investigation documents and had failed to establish privilege for documents whose entries listed improper authors such as "DWH Investigation Team" and requesting a meet-and-confer pursuant to Federal Rule of Civil Procedure 37.  Transocean sent the BP Parties correspondence on these privilege log issues on July 15 and July 20, to which the BP Parties responded on July 15 and 21.  Transocean provided a revised privilege log on July 28 pursuant to this Court's order.  The BP Parties sent Transocean a letter on August 8 explaining that this new privilege log continued to include improper assertions of privilege and asking if Transocean wanted to meet-and-confer.  Transocean has not responded to the BP Parties' August 8 letter.

For the RFAs, counsel for the BP Parties sent counsel for Transocean a letter on July 27, 2011 noting that Transocean had failed to properly answer certain RFAs and requesting responses that complied with Federal Rule of Civil Procedure 36.  Transocean responded in

correspondence on August 10 asserting that the RFAs at issue improperly seek legal conclusions, to which the BP Parties replied on August 11 by citing case law holding that Transocean is required to answer the RFAs at issue. On August 19, Transocean sent correspondence stating that its position on these RFAs was unchanged.

Date: August 22, 2011                                  Respectfully submitted,

/s/ Don K. Haycraft
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
Liskow & Lewis
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

and

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Robert C. "Mike" Brock
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone: (202) 662-5985

*Attorneys for BP Exploration & Production Inc. and BP America Production Company*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 22nd day of August, 2011.

/s/ Don K. Haycraft
Don K. Haycraft