UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| In re: | Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | : : : : | MDL No. 2179<br><br>SECTION: J |
| This Document Relates To: 2:11-cv-01051<br>(Adams v. State, et al.)<br>……………………………………………... | | : : : | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## EX PARTE MOTION FOR LEAVE TO SUBSTITUTE THE BP PARTIES' ANSWER TO GUY ADAMS' CLASS ACTION PETITION FOR DAMAGES TOGETHER WITH CROSS-CLAIMS

NOW INTO COURT, through undersigned counsel, comes Defendants BP Exploration & Production Inc. ("BPXP"), BP Products North America Inc. ("BPPNA"), BP p.l.c., and BP America Inc. ("BPA") (collectively, "the BP Parties"), to respectfully seek leave of Court to file a substitute Answer to Guy Adams' Class Action Petition for Damages Together With Cross-Claims. The original Answer (Doc. 3787) filed on August 22, 2011 inadvertently named cross-defendants against which the BP Parties do not currently wish to pursue cross-claims. Included with this motion is a copy of the Answer Together with Cross-Claims which the BP Parties would like to use as their substitute.

Dated: August 22, 2011

Respectfully submitted,

/s/ Don K. Haycraft
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

and

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Timothy A. Duffy, P.C.
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

and

Robert C. "Mike" Brock
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone: (202) 662-5985

*Attorneys for the BP Parties*