UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED AUG 1 9 2011
LORETTA G. WHYTE
CLERK**

IN RE: OIL SPILL BY THE OIL RIG
"DEEPWATER HORIZON" IN THE GULF
OF MEXICO, ON APRIL 20, 2010
   Lacy v. BP America, Inc., et al.,
      S.D. Florida, C.A. No. 1:11-22696   )
                                           )   MDL No. 2179

11-2003XC

## ORDER REINSTATING STAY OF CONDITIONAL TRANSFER ORDER

     A conditional transfer order was filed in this action (*Lacy*) on August 5, 2011. In the absence of any known opposition to the proposed transfer, the stay of transmittal with regard to *Lacy* was lifted on August 15, 2011, and the action was transferred to the Eastern District of Louisiana.

     On August 18, 2011, pro se plaintiff in *Lacy* filed a motion to reinstate the conditional transfer order. Plaintiff asserts that he is on an extended absence out-of-state and did not receive a copy of the Panel's order until August 16, 2011. Consequently, he had no opportunity to oppose the transfer. The Panel is persuaded that these circumstances justify reinstatement of the conditional transfer order in order to permit plaintiff to pursue his opposition to transfer.

     The Panel notes that plaintiff offered the same explanation – his extended out-of-state absence – for his failure to oppose timely a prior conditional transfer order filed in this litigation. Plaintiff Lacy is reminded of his responsibility to keep the Panel apprized of his most current contact information.

     IT IS ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-31" filed on August 5, 2011, is REINSTATED. Plaintiff's notice of opposition is deemed filed as of August 18, 2011. In accordance with Panel Rule 7.1(f), plaintiff shall file the required motion and supporting brief to vacate the conditional transfer order on or before September 1, 2011. No additional extensions of time will be granted.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel