EXHIBIT 1

In Support of

United States' Memorandum in Response to Sierra Club, Inc.'s
Objections to Order of the Magistrate Judge Denying its
Motion to Intervene [Rec. Doc. 3450]

  

# United States Department of the Interior

MINERALS MANAGEMENT SERVICE
Gulf of Mexico OCS Region
1201 Elmwood Park Boulevard
New Orleans, Louisiana 70123-2394

In Reply Refer To: MS 5231

July 21, 2009

Mr. Earnest Bush
BP America Inc.
580 Westlake Park Boulevard
Suite 445B
Houston, Texas 77079

Dear Mr. Bush:

BP America Inc.'s regional Oil Spill Response Plan dated June 29, 2007, has been updated by your letter dated June 29, 2009. The biennial update was approved on July 21, 2009.

Please be advised that the biennial review and update of your regional Oil Spill Response Plan, as required by 30 CFR 254.30(a), must be submitted no later than June 30, 2011. One copy of the findings of the review including any resulting updates must be submitted to this office for approval.

If you have any questions regarding this plan, refer to your MMS operator number of 21591, the oil spill response plan number of O-553, and contact Mr. Rusty Wright at (504) 736-2529.

Sincerely,

HR Wright

Digitally signed by HR Wright
DN: cn=HR Wright, o=GOMR,
FO, ou=Plans Section,
email=Rusty.Wright@MMS.GOV,
c=US
Date: 2009.07.21 08:12:53 -05'00'

Michael J. Saucier
Regional Supervisor
Field Operations