UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document applies to:<br><br>In re: Triton Asset Leasing GmbH<br>Case No. 2:10-cv-02771-CJB-SS | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SUSHAN |

## MOTION FOR LEAVE TO FILE
## ANSWER AND LIMITATION CLAIM BEYOND
## THE MONITION DATE

Claimant Craig Breland ("Claimant"), pursuant to Rule F of the Supplemental Rules for Admiralty and Maritime Claims, moves the Court for leave to file an answer and claim in the limitation proceeding brought by Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., and Transocean Deepwater Inc. ("Petitioners").  In support of this Motion, Claimant incorporates by reference Claimant's Supporting Memorandum, which has been filed contemporaneously with this Motion.

        s/ William E. Bonner
        ROBERT T. CUNNINGHAM, JR
        rtc@cunninghambounds.com
        WILLIAM E. BONNER
        web@cunninghambounds.com
        Cunningham Bounds, LLC
        1601 Dauphin Street
        Mobile, Alabama 36604
        251-471-6191 (O)
        251-479-1031 (F)
        *Attorneys for Claimant*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on August 24, 2011, I electronically filed the foregoing with the Clerk of this Court using the CM/ECF system which will send notification of such filing to each and every lawyer who has at the time of this filing appeared in this proceeding.

        s/ William E. Bonner
        WILLIAM E. BONNER