UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | * | MDL No. 2179 |
| "DEEPWATER HORIZON" in the | * | |
| GULF OF MEXICO, on | * | SECTION J |
| APRIL 20, 2010 | * | |
| | * | JUDGE BARBIER |
| THIS DOCUMENT RELATES: | * | MAG. JUDGE SHUSHAN |
| | * | |
| IN RE: TRITON ASSET LEASING GmbH | * | |
| Case No. 2:10-cv-02771-CJB-SS | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

MOTION FOR ACCEPTANCE OF LIMITATION
SHORT FORM JOINDERS FILED BEYOND THE APRIL 20, 2011 DEADLINE

NOW INTO COURT, through undersigned counsel, come various claimants who move

this Court for acceptance of their late-filed Short Form Joinders in the limitation proceeding

brought by Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore

Deepwater Drilling Inc., Transocean Deepwater Inc., As Owner, Managing Owners, Owners Pro

Hac Vice, and/or Operators of the MODU Deepwater Horizon, and as grounds therefore show

the Court as follows:

1. This Court established a deadline for the filing of claims in the Transocean limitation

proceeding for April 20, 2011.

2. Claimants contacted counsel after the Court-established deadline seeking assistance in

filing claims for injuries and damages incurred as a result of the *Deepwater Horizon* explosion

and resulting oil spill.

3. Because claimants were unaware of the Court-established deadline, or had not yet fully

realized their damages, they did not timely file in the Transocean limitation proceeding.

4. No prejudice will result from the acceptance of the late-filed Short Form Joinders, a list of which is attached hereto as "Exhibit A".  No action has been taken in the limitation proceeding which could cause prejudice to any other party to the proceeding.

For these reasons, Movants respectfully request that the Court grant Movants' Motion for Acceptance of Limitation Short Form Joinders Filed Beyond the April 20, 2011 Deadline, and that the Court deem said Short Form Joinders as timely filed.

Respectfully submitted,

/s/ Paul M. Sterbcow
PAUL M. STERBCOW (#17817)
IAN F. TAYLOR (#33408)
Lewis, Kullman, Sterbcow & Abramson
601 Poydras Street, Suite 2615
New Orleans, LA 70130
(504) 588-1500
(504) 588-1514          Facsimile
sterbcow@lksalaw.com
itaylor@lksalaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2011, I electronically filed the foregoing document with the Clerk of Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF System, and provided notice by and through LexisNexis to all counsel of record.

/s/ Paul M. Sterbcow