| CLAIMANT NAME | DATE OF FILING | SHORT FORM NO. |
|---|---|---|
| Jonah Haddad | 4/21/2011 | 72881 |
| Kip Carson | 4/26/2011 | 76013 |
| Luis Chiriboga | 4/26/2011 | 76016 |
| Cory Darling | 4/26/2011 | 76018 |
| Scott Decker | 4/26/2011 | 76022 |
| Marlos DeMoraes | 4/26/2011 | 76026 |
| Aaron Frey | 4/26/2011 | 76029 |
| Joshua Goldberg | 4/26/2011 | 76031 |
| Jason Holland | 4/26/2011 | 76034 |
| Jacob Jenkins | 4/26/2011 | 76036 |
| Ryan Andreasen | 4/26/2011 | 76037 |
| John Veremey | 4/26/2011 | 76038 |
| Flint Getzel | 4/26/2011 | 76039 |
| Jon Bozeman | 4/27/2011 | 76233 |
| HP Safety & Supply | 4/28/2011 | 76870 |
| Troy Dibble | 4/28/2011 | 76873 |
| James Farrelly | 4/28/2011 | 76878 |
| Christopher Snider | 4/28/2011 | 76879 |
| Eric Armstrong | 4/28/2011 | 76880 |
| Joshua Perdue | 4/28/2011 | 76881 |
| Ryan Bunch | 4/28/2011 | 77314 |
| Codey Chapman | 4/28/2011 | 77315 |
| Ryan Thomas | 4/28/2011 | 77316 |
| Jerry Duke | 4/28/2011 | 77317 |
| Howie Thompson | 4/29/2011 | 77335 |
| Floyd Turner | 4/29/2011 | 77568 |
| Michael Carr | 5/3/2011 | 78418 |
| Brian Haley | 5/3/2011 | 78419 |
| Shawn Hedin | 5/3/2011 | 78420 |
| Craig Johnson | 5/3/2011 | 78423 |
| Bradley Marynik | 5/3/2011 | 78425 |
| Alex Roscoe | 5/3/2011 | 78427 |
| Andrew Schmidt | 5/3/2011 | 78428 |
| Jordan Scotti | 5/3/2011 | 78431 |
| William Linck | 5/4/2011 | 79728 |
| Richard Mitchell | 5/4/2011 | 79729 |
| Michael Musser | 5/4/2011 | 79730 |
| Michael Pamatat | 5/4/2011 | 79731 |
| Jason Sick | 5/4/2011 | 79732 |
| James Tesney | 5/4/2011 | 79733 |
| Chad White | 5/4/2011 | 79734 |
| Nathaniel Atwater | 5/5/2011 | 80601 |
| Shaun Haaland | 5/5/2011 | 80608 |
| Matthew Perkins | 5/6/2011 | 81760 |
| Tracy Kitchen | 5/6/2011 | 81764 |
| Martin House | 5/6/2011 | 82214 |

| Name | Date | Number |
|---|---|---|
| Samuel Simpson | 5/6/2011 | 82216 |
| Stephen Gough | 5/6/2011 | 82219 |
| Eric Bittick | 5/11/2011 | 84431 |
| Timothy Nichols | 5/11/2011 | 84437 |
| Erick Parson | 5/11/2011 | 84479 |
| Matthew Thomas | 5/11/2011 | 84482 |
| Sterling Ulrich | 5/11/2011 | 84484 |
| Arlan Wood | 5/11/2011 | 84488 |
| Justin Dillon | 5/12/2011 | 85454 |
| John Dixon | 5/12/2011 | 85455 |
| Cody Lakomy | 5/12/2011 | 85456 |
| Chuong Nguyen | 5/12/2011 | 85457 |
| Jason Oatman | 5/12/2011 | 85458 |
| Jason Roberts | 5/12/2011 | 85459 |
| Christina Ziegeler | 5/12/2011 | 85460 |
| Joshua DesJarlais | 5/17/2011 | 86076 |
| Jonathan Hall | 5/17/2011 | 86080 |
| Joshua Henry | 5/17/2011 | 86083 |
| Lincoln Lewis | 5/17/2011 | 86084 |
| Lewis Snipes | 5/17/2011 | 86087 |
| McKenzie Tompkins | 5/17/2011 | 86097 |
| John Brezina | 5/19/2011 | 88772 |
| Paul Holden | 5/19/2011 | 88775 |
| Victor Tucker | 5/19/2011 | 88779 |
| Robert Alves | 5/20/2011 | 90726 |
| Sean Davis | 5/20/2011 | 90730 |
| James Gillaspie | 5/20/2011 | 90734 |
| Gregory Heisler | 5/20/2011 | 90738 |
| Tobias Idhammar | 5/20/2011 | 90741 |
| Richard Rivers III | 5/20/2011 | 90746 |
| Edward Balicheski | 5/31/2011 | 98286 |
| Martin Bateman | 5/31/2011 | 98287 |
| Cody Cline | 5/31/2011 | 98289 |
| Courtney Consulting LLC | 5/31/2011 | 98290 |
| Jodi Day | 5/31/2011 | 98291 |
| Jason Gervais | 5/31/2011 | 98293 |
| Shari Gillespie | 5/31/2011 | 98294 |
| Joshua Glass | 5/31/2011 | 98295 |
| Curtis Gould | 5/31/2011 | 98296 |
| Spencer Hume | 5/31/2011 | 98297 |
| Paul Johnson | 5/31/2011 | 98298 |
| Cattoi Jones | 5/31/2011 | 98300 |
| Jesse Kabanov | 5/31/2011 | 98304 |
| Chad Kastle | 5/31/2011 | 98306 |
| David Mateo | 5/31/2011 | 98309 |
| David Miller | 5/31/2011 | 98313 |
| Ron O'Neil | 5/31/2011 | 98316 |

| Name | Date | Number |
|---|---|---|
| Marcos Orbegoso | 5/31/2011 | 98320 |
| Patrick Palacios | 5/31/2011 | 98321 |
| Benjamin Reed | 5/31/2011 | 98330 |
| Jared McCuller | 5/31/2011 | 98333 |
| Douglas Riggs | 5/31/2011 | 98344 |
| Victor Schmit | 5/31/2011 | 98349 |
| George Williams | 5/31/2011 | 98354 |
| Slawomir Wozniak | 6/3/2011 | 102071 |
| Thor Anderson | 6/3/2011 | 102072 |
| Colin Brydone-Jack | 6/3/2011 | 102073 |
| Brian Carpenter | 6/3/2011 | 102074 |
| David Sears | 6/7/2011 | 104727 |
| James Pickett | 6/8/2011 | 104955 |
| Stephen Cox | 6/10/2011 | 106374 |
| Brett Escher | 7/8/2011 | 106997 |
| Charles Freemon | 7/8/2011 | 106998 |
| Glen Higginbotham | 7/8/2011 | 106999 |
| Jason Hinds | 7/8/2011 | 107000 |
| George Hunt | 7/8/2011 | 107001 |
| Jeremy Jones | 7/8/2011 | 107002 |
| Walter Maggard | 7/8/2011 | 107003 |
| Brandon Odom | 7/8/2011 | 107004 |
| Antonio Pereira | 7/8/2011 | 107005 |
| James Roberts | 7/8/2011 | 107006 |
| Marcus Savell | 7/8/2011 | 107007 |
| Virgil Schlenker | 7/8/2011 | 107008 |
| Anthony Sonnier | 7/11/2011 | 107023 |
| Shane Warren | 7/11/2011 | 107024 |
| Jason Acosta | 7/25/2011 | 107125 |
| John Beach | 7/25/2011 | 107126 |
| Ty Botello | 7/25/2011 | 107127 |
| Lance Holmes | 7/25/2011 | 107128 |
| Douglas Hoy | 7/25/2011 | 107129 |
| Joshua Kunze | 7/25/2011 | 107130 |
| Shawn Martin | 7/25/2011 | 107132 |
| Jason Mays | 7/25/2011 | 107133 |
| Allan Oggs | 7/25/2011 | 107134 |
| Clarence Patten | 7/25/2011 | 107135 |
| Jason Sergeant | 7/25/2011 | 107136 |
| Astin Smith | 7/25/2011 | 107137 |
| Benjamin Thompson | 7/25/2011 | 107138 |
| Chris Thompson | 7/25/2011 | 107139 |
| Robert Williams | 7/25/2011 | 107140 |
| Lucas Youngblood | 7/25/2011 | 107141 |
| Jason Zeien | 7/25/2011 | 107142 |
| Gustav Atkinson | 8/2/2011 | 107222 |
| Joshua Bamford | 8/2/2011 | 107223 |

| Name | Date | Number |
|---|---|---|
| John Beatty | 8/2/2011 | 107224 |
| Curt Dufrene | 8/2/2011 | 107225 |
| Donald Holland | 8/2/2011 | 107226 |
| Baldeo Latchman | 8/2/2011 | 107227 |
| Rafe Miguez | 8/2/2011 | 107228 |
| Randolph Boyer | 8/23/2011 | 107400 |
| Robert Conley | 8/23/2011 | 107401 |
| Philip Cordis | 8/23/2011 | 107402 |
| Carroll Eason | 8/23/2011 | 107403 |
| Matt Johnson | 8/23/2011 | 107404 |
| Benjamin Kmack | 8/23/2011 | 107405 |
| Patrick McCoon | 8/23/2011 | 107406 |
| Justin Mhoon | 8/23/2011 | 107407 |
| Matthew Mummelthie | 8/23/2011 | 107408 |
| Dale Prinke | 8/23/2011 | 107409 |
| Ernest Rials | 8/23/2011 | 107410 |
| Jaried Rise | 8/23/2011 | 107411 |
| Patrick Rush | 8/23/2011 | 107412 |
| Keith Sieczynski | 8/23/2011 | 107413 |
| Johnie Smith | 8/23/2011 | 107414 |
| Robert Stevens, Jr. | 8/23/2011 | 107415 |
| John Stevens | 8/23/2011 | 107416 |
| William Taylor | 8/23/2011 | 107417 |
| Matthew Wallace | 8/23/2011 | 107418 |
| Joshua Wallmuth | 8/23/2011 | 107420 |
| Steven Wisniewski | 8/23/2011 | 107421 |