UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL No. 2179 SECTION: J |
| Case Relates to: 2:10-CV-08888 | * * * * | JUDGE BARBIER MAGISTRATE SHUSHAN |

## ORDER

Considering the Motion of the Claimants / Plaintiffs to Dismiss without Prejudice Pursuant to Rule 41 (a)(2):

**IT IS HEREBY ORDERED** that all claims of the following Claimants / Plaintiffs are dismissed without Prejudice.

| | **Document No.** | **Cause No.** | **Plaintiff/Claimant** |
|---|---|---|---|
| 1. | 326 | CA-10-8888 | Fisherman's Wife, Inc. |
| 2. | 27113 | CA-10-8888 | C. H. Construction, LLC |
| 3. | 29385 | CA-10-8888 | Geoffrey McBride |
| 4. | 39921 | CA-10-8888 | Claire G. Plott |
| 5. | 39924 | CA-10-8888 | C. Hunter Plott |

New Orleans, Louisiana this 19th day of August, 2011.

_____
United States District Judge