UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### ORDER

**[Regarding Depositions of Jay Thorseth and Tony Emmerson]**

The depositions of Jay Thorseth and Tony Emmerson for Phases One and Two discovery shall be one day depositions. Although Thorseth's deposition is set for September 20, 2011 in London, Thorseth's personal circumstances may require that the deposition be reset. Because of the need for travel arrangements, BP shall give the parties as much notice as possible of any change in the date of the deposition. Emmerson's deposition is tentatively set for September 28, 2011 in New Orleans. As soon as possible, BP shall confirm this date.

Each deposition will be nine hours (540 minutes). The examination time for the depositions is allocated as follows:

| | **Thorseth, Jay** | **Emmerson, Tony** |
|---|---|---|
| Plaintiffs | 165 minutes | 165 minutes |
| U.S. | 165 minutes | 45 minutes |
| States | 30 minutes | 15 minutes |
| Halliburton | 30 minutes | 30 minutes |
| Transocean | 30 minutes | 30 minutes |
| BP | 45 minutes | 45 minutes |
| Cameron | 30 minutes | 165 minutes |

| | | |
|---|---|---|
| Anadarko | 15 minutes | 15 minutes |
| MOEX | 15 minutes | 15 minutes |
| Weatherford | 15 minutes | 15 minutes |
| M-I Swaco | 0 minutes | 0 minutes |
| Drill Quip | <u>0 minutes</u> | <u>0 minutes</u> |
| **Total** | **540 minutes** | **540 minutes** |

**Any appeal of this order must be filed no later than noon on Tuesday, August 30, 2011.**

New Orleans, Louisiana, this 24th day of August, 2011.

_____
**SALLY SHUSHAN**
**United States Magistrate Judge**