UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

    *******************************************************************

IN RE:  OIL SPILL BY THE
OIL RIG *DEEPWATER HORIZON*
IN THE GULF OF MEXICO ON
APRIL 20, 2010

                              CIVIL ACTION NO. 10-MD-2179 "J"
                              NEW ORLEANS, LOUISIANA
09:23AM                       FRIDAY, AUGUST 19, 2011, 9:30 A.M.

THIS DOCUMENT RELATES TO
ALL ACTIONS

    *******************************************************************

              TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS
              HEARD BEFORE THE HONORABLE SALLY SHUSHAN
                  UNITED STATES MAGISTRATE JUDGE


APPEARANCES:


FOR THE PLAINTIFFS'
LIAISON COUNSEL:          DOMENGEAUX WRIGHT ROY & EDWARDS
                          BY:  JAMES P. ROY, ESQUIRE
                          P. O. BOX 3668
                          556 JEFFERSON STREET
                          LAFAYETTE, LA  70502


                          HERMAN HERMAN KATZ & COTLAR
                          BY:  STEPHEN J. HERMAN, ESQUIRE
                          820 O'KEEFE AVENUE
                          NEW ORLEANS, LA  70113


FOR THE PLAINTIFFS:       IRPINO LAW FIRM
                          BY:  ANTHONY IRPINO, ESQUIRE
                          ONE CANAL PLACE
                          365 CANAL STREET, SUITE 2990
                          NEW ORLEANS, LA  70130

```
 1  APPEARANCES CONTINUED:

 2

 3                          WILLIAMSON & RUSNAK
                            BY:  JIMMY WILLIAMSON, ESQUIRE
 4                          4310 YOAKUM BOULEVARD
                            HOUSTON, TX  77006
 5

 6                          LEWIS, KULLMAN , STERBCOW & ABRAMSON
 7                          BY:  PAUL M. STERBCOW, ESQUIRE
                            PAN AMERICAN LIFE BUILDING
 8                          601 POYDRAS STREET, SUITE 2615
                            NEW ORLEANS LA  70130
 9

10                          LEVIN PAPANTONIO THOMAS MITCHELL
11                          RAFFERTY & PROCTOR
                            BY:  BRIAN H. BARR, ESQUIRE
12                          316 SOUTH BAYLEN STREET, SUITE 600
                            PENSACOLA, FL  32502
13

14

15  FOR THE FEDERAL
    GOVERNMENT INTERESTS:   U.S. DEPARTMENT OF JUSTICE
16                          TORTS BRANCH, CIVIL DIVISION
                            BY:  R. MICHAEL UNDERHILL, ESQUIRE
17                               SARAH D. HIMMELHOCH, ESQUIRE
                            450 GOLDEN GATE AVENUE
18                          7TH FLOOR, ROOM 5395
                            SAN FRANCISCO, CA  94102
19

20

21  FOR STATE INTERESTS:    ALABAMA ATTORNEY GENERAL'S OFFICE
                            BY:  COREY L. MAZE, ESQUIRE
22                          500 DEXTER AVENUE
                            MONTGOMERY, AL  36130
23

24

25
```

```
 1   APPEARANCES CONTINUED:

 2

 3   FOR THE STATE OF
     LOUISIANA:                   HENRY DART
 4                                ATTORNEYS AT LAW
                                  510 NORTH JEFFERSON STREET
 5                                COVINGTON, LA  70433

 6

 7   FOR BP AMERICA INC.,
     BP AMERICA PRODUCTION
 8   COMPANY, BP COMPANY
     NORTH AMERICA INC.,
 9   BP CORPORATION NORTH
     AMERICA INC.,
10   BP EXPLORATION &
     PRODUCTION INC.,
11   BP HOLDINGS NORTH
     AMERICA LIMITED,
12   BP PRODUCTS NORTH
     AMERICA INC.:              LISKOW & LEWIS
13                              BY:  DON K. HAYCRAFT, ESQUIRE
                                ONE SHELL SQUARE
14                              701 POYDRAS STREET
                                SUITE 5000
15                              NEW ORLEANS, LA  70139

16

17                             KIRKLAND & ELLIS
                               BY:   J. ANDREW LANGAN, ESQUIRE
18                                   MARK J. NOMELLINI, ESQUIRE
                                     RYAN S. BABIUCH, ESQUIRE
19                             300 N. LASALLE
                               CHICAGO, IL  60654
20

21

22

23

24

25
```

```
 1   APPEARANCES CONTINUED:

 2

 3   FOR TRANSOCEAN HOLDINGS
     LLC, TRANSOCEAN
 4   OFFSHORE DEEPWATER
     DRILLING INC., AND
 5   TRANSOCEAN DEEPWATER
     INC.:                      FRILOT
 6                              BY:  KERRY J. MILLER, ESQUIRE
                                ENERGY CENTRE, 36TH FLOOR
 7                              1100 POYDRAS STREET
                                NEW ORLEANS, LA  70163
 8

 9                              SUTHERLAND ASBILL & BRENNAN
                                BY:  STEVEN L. ROBERTS, ESQUIRE
10                              1001 FANNIN STREET, SUITE 3700
                                HOUSTON, TX  77002
11

12                              GOFORTH LEWIS
                                BY:  DANIEL O. GOFORTH, ESQUIRE
13                              4900 WOODWAY, SUITE 750
                                HOUSTON, TX  77056
14

15
     FOR CAMERON INTERNATIONAL
16   CORPORATION:               STONE PIGMAN WALTHER WITTMANN
                                BY:  PHILLIP A. WITTMANN, ESQUIRE
17                                   CARMELITE M. BERTAUT, ESQUIRE
                                546 CARONDELET STREET
18                              NEW ORLEANS, LA  70130

19
     FOR HALLIBURTON
20   ENERGY SERVICES, INC.:     GODWIN RONQUILLO
                                BY:  STEFANIE K. MAJOR, ESQUIRE
21                              RENAISSANCE TOWER
                                1201 ELM STREET, SUITE 1700
22                              DALLAS, TX  75270

23
                                GODWIN RONQUILLO
24                              BY:  R. ALAN YORK, ESQUIRE
                                1331 LAMAR, SUITE 1665
25                              HOUSTON, TX  77010
```

```
 1   APPEARANCES CONTINUED:

 2

 3   FOR ANADARKO
     PETROLEUM CORPORATION,
 4   ANADARKO E&P COMPANY LP:
                            KUCHLER POLK SCHELL
 5                          WEINER & RICHESON
                            BY:  DEBORAH D. KUCHLER, ESQUIRE
 6                          1615 POYDRAS STREET, SUITE 1300
                            NEW ORLEANS, LA  70112
 7

 8
                            BINGHAM MCCUTCHEN
 9                          BY:  WARREN A. FITCH, ESQUIRE
                            2020 K STREET, NW
10                          WASHINGTON, DC  20006

11

12   FOR MOEX OFFSHORE
     2007 LLC:              CARVER DARDEN KORETZKY TESSIER
13                          FINN BLOSSMAN & AREAUX
                            BY:  PHILLIP D. NIZIALEK, ESQUIRE
14                          1100 POYDRAS STREET, SUITE 3100
                            NEW ORLEANS, LA  70163
15

16
     FOR M-I L.L.C.:        MORGAN, LEWIS & BOCKIUS
17                          BY:  DENISE SCOFIELD, ESQUIRE
                                 JAMES B. TARTER, ESQUIRE
18                          1000 LOUISIANA STREET, SUITE 4000
                            HOUSTON, TX  77002
19

20   FOR WEATHERFORD U.S.,
     L.P.:                  JONES WALKER
21                          BY:  WILLIAM C. BALDWIN, ESQUIRE
                            PLACE ST. CHARLES
22                          201 ST. CHARLES AVENUE
                            NEW ORLEANS, LA 70170
23

24

25
```

```
 1   APPEARANCES CONTINUED:

 2

 3   FOR O'BRIEN'S RESPONSE
     MANAGEMENT, INC.,
 4   SEACOR HOLDINGS, INC.,
     SEACOR OFFSHORE LLC,
 5   SEACOR MARINE, LLC,
     SEACOR WORLDWIDE, INC.,
 6   SEACOR MARINE, INC.,
     SEACOR MARINE
 7   INTERNATIONAL, INC.,
     AND SIEMENS FINANCIAL,
 8   INC.:                    WEIL GOTSHAL & MANGES
                              BY:  THEODORE E. TSEKERIDES, ESQUIRE
 9                            767 FIFTH AVENUE
                              NEW YORK, NY  10153
10

11   FOR DRIL-QUIP,
     INC.:                    WARE, JACKSON, LEE & CHAMBERS
12                            BY:  WENDY W. BISHOP, ESQUIRE
                              2929 ALLEN PARKWAY, 42ND FLOOR
13                            HOUSTON, TEXAS  77019

14

15   FOR LYNDEN INC.:         CHRISTOVICH & KEARNEY
                              BY:  GREGORY S. LACOUR, ESQUIRE
16                            PAN AMERICAN LIFE CENTER
                              601 POYDRAS STREET, SUITE 2300
17                            NEW ORLEANS, LA  70130

18

19   FOR MDL 2185:            METHOFF LAW FIRM
                              BY:  WILLIAM STRADLEY, ESQUIRE
20                            3450 ONE ALLEN CENTER
                              500 DALLAS STREET
21                            HOUSTON, TX  77002

22

     ALSO PRESENT:            DOUGLAS KRAUS, ESQUIRE
23

24

25
```

```
 1    APPEARANCES CONTINUED:

 2

 3    OFFICIAL COURT REPORTER:      CATHY PEPPER, CRR, RMR, CCR
                                    CERTIFIED REALTIME REPORTER
 4                                  500 POYDRAS STREET, ROOM HB406
                                    NEW ORLEANS, LA  70130
 5                                  (504) 589-7779
                                    Cathy_Pepper@laed.uscourts.gov
 6

 7    PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.   TRANSCRIPT
      PRODUCED BY COMPUTER.

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                          **I N D E X**

2

3     ITEMS                                             PAGE

4

5     BOP PRESERVATION WORK.................................  12

6     A WORK PLAN FOR SCANNING THE CAPPING STACK IS         13

7     CURRENTLY BEING DEVELOPED.............................

8     BRAINS OF THE BOP.....................................  13

9     WE HAD PRODUCED 13 MILLION PAGES OF INFORMATION.......  15

10    MEET AND CONFER ISSUES WITH BP ON BOTH OUR EVENT       15

11    RELATED PRODUCTION, AND I ASSUME WE'LL HAVE MEET AND

12    CONFER ISSUES ON THE FLOW RATE AND SOURCE CONTROL......

13    PRODUCTION OF A COPY OF THE TIMS DATABASE, WHICH IS    15

14    DOI'S CORPORATE DATABASE FOR MANAGING OIL EXPLORATION

15    REGULATION IN THE GULF................................

16    DOI'S OFFLINE E-MAIL ARCHIVE..........................  15

17    BP AND THE UNTIED STATES HAVE A MUTUALLY AGREED        15

18    SEPTEMBER 15 DEADLINE FOR MOTIONS TO COMPEL...........

19    PRIVILEGE LOGS........................................  16

20    COAST GUARD BELIEVES ITS SYSTEM WILL BE UP AND RUNNING  16

21    FOR SEARCHING ALL OF THE CONSOLIDATED PAPER AND

22    ELECTRONIC RECORDS FROM THE RESPONSE ON AUG 22ND.......

23    STATUS OF PHASE I.....................................  17

24    HALLIBURTON OUTSTANDING ISSUES WITH BOTH ANADARKO AND  18

25    WITH BP, WE'VE RESOLVED ALL OF OUR ANADARKO ISSUES.....

1   DISCOVERY DISPUTES....................................   18

2   MOTIONS TO COMPEL.....................................   18

3   ANADARKO LIKELY WILL BE FILING A LETTER MOTION TO     21

4   COMPEL THIS MONDAY WITH RESPECT TO SOME RFA RESPONSES

5   BY THE UNITED STATES..................................

6   LETTER BRIEFS.........................................   21

7   WHEN YOU SEND US E-MAILS, JUST ATTACH A SEPARATE WORD   21

8   OR WORD PERFECT OR PDF DOCUMENT.......................

9   PHASE I DISCOVERY.....................................   22

10  ANADARKO'S RESPONSES TO OUR INTERROGATORIES...........   22

11  BP'S REQUEST FOR TRANSOCEAN'S SEARCH TERMS AND LISTING   22

12  OF CUSTODIANS WHOSE FILE HAVE BEEN SEARCHED USING

13  THOSE SEARCH TERMS....................................

14  BY NOON ON MONDAY THE 22ND, TRANSOCEAN WILL GET THE    23

15  LISTING OUT, AND BY NOON ON WEDNESDAY THE 24TH, AND

16  THEN I WOULD LIKE BP TO REPLY AND LET US KNOW IF THERE

17  ARE ANY PROBLEMS......................................

18  MOOTED OUT THE REQUEST FOR GULF OF MEXICO DOCUMENTS....   27

19  INTERPLEADER ACTION...................................   28

20  BOB WALSH.............................................   28

21  TIANO.................................................   29

22  ROLLER................................................   29

23  DAVID YOUNG...........................................   29

24  ROB TURLAK............................................   29

25  CAPTAIN MCDONALD......................................   29

1    EWEN, FLORENCE........................................    30

2    DEREK HAR.............................................    30

3    MR. WHEELER...........................................    30

4    STEWART LACY..........................................    31

5    RICH MILLER...........................................    31

6    30(B)(6) TOPIC 7......................................    32

7    GARY LEACH............................................    32

8    DAVID TROCQUET........................................    32

9    ROGER DUGAS...........................................    33

10   MS. STELLY............................................    34

11   MR. NGUYEN............................................    34

12   RICK MORGAN...........................................    34

13   LAMAR MCKAY...........................................    35

14   BUDDY TRAHAN..........................................    37

15   VICTOR EMANUEL........................................    38

16   NEIL SHAW.............................................    38

17   MR. BRANIFF...........................................    39

18   WELL ADVISOR PROGRAM..................................    39

19   RELIANCE EXHIBITS FOR EXPERTS.........................    39

20   PRODUCTION OF TESTIFYING EXPERT FILES.................    47

21   ANYTHING ELSE THAT WE NEED TO COVER...................    49

22   TONY BROCK............................................    49

23   DR. BEIRUTE...........................................    51

24   PROPOSED ORDER REGARDING EXHIBITS AND JUST A QUESTION    51

25   ON THE AUTHENTICITY OBJECTIONS........................

1  PHASE II WRITTEN DISCOVERY.............................  52

2  DEADLINE FOR ALL MOTIONS TO COMPEL....................  54

3  PRIVILEGE LOGS........................................  54

4  SEARCH TERMS..........................................  57

5  SECOND MIXER AT THE LOEWS OR SWIZZLE STICK IS        57

6  THURSDAY, SEPTEMBER 15................................

7  JAY THORSETH..........................................  59

8  REPUBLIC OF THE MARSHALL ISLANDS ISSUED AN           60

9  INVESTIGATION REPORT WHICH IS AVAILABLE ON THE

10 REPUBLIC OF THE MARSHALL ISLANDS' WEB SITE............

11 DEPOSITION DISCOVERY CONFERENCE.......................  61

12 SHEARING TEST.........................................  62

13 LETTER EXCHANGE.......................................  63

14 MR. EMMERSON..........................................  63

15 MR. THORSETH..........................................  63

16

17

18

19

20

21

22

23

24

25

1                       **P-R-O-C-E-E-D-I-N-G-S**

09:23AM   2              FRIDAY, AUGUST 19, 201

09:23AM   3         M O R N I N G   S E S S I O N

09:23AM   4              (COURT CALLED TO ORDER)

09:23AM   5

09:23AM   6

09:40AM   7         THE DEPUTY CLERK:  All rise.

09:40AM   8         THE COURT:  Good morning, everybody.  Have a seat.  How

09:40AM   9  is everybody?  Phone participants, can you hear us?

09:40AM  10         MS. HIMMELHOCH:  Yes, Your Honor.

09:40AM  11         MR. NOMELLINI:  Yes, Your Honor.

09:40AM  12         THE COURT:  Hi, Sarah.  Hi, Mark.  Isn't that terrible

09:40AM  13  that I recognize the voices?

09:40AM  14         MS. HIMMELHOCH:  It is indeed, Your Honor.

09:40AM  15         MR. NOMELLINI:  Good morning, Your Honor.

09:40AM  16         THE COURT:  Hold on.  Ms. Pepper has an error.  Is it

09:40AM  17  plugged in?

09:40AM  18         [REPORTER'S NOTE:  A brief pause while the court

09:41AM  19  reporter restarts her steno machine.]

09:41AM  20         THE COURT:  Here we go.

09:41AM  21          Mark Cohen, are you on the line?  Mark is not with

09:41AM  22  us today.  He did send us a report.  Just to give everybody an

09:41AM  23  update, the BOP preservation work is pretty close to complete.

09:41AM  24  He is figuring that the final wrap up should be probably Tuesday

09:42AM  25  of next week, which is a good thing.

09:42AM 1     They are progressing on the temporary enclosure

09:42AM 2 removal and disassembly will start on Monday, the actual

09:42AM 3 disassembly.  They have taken out the electrical and the skin and

09:42AM 4 the frame will start being disassembled on Monday.  A work plan

09:42AM 5 for scanning the capping stack is currently being developed and

09:42AM 6 he will circulate that as soon as it's in draft form.  Then they

09:42AM 7 will start that, they believe, within the next one to two weeks.

09:42AM 8 So all sounds good on that front.

09:42AM 9     Relative to the BOP, we went back and looked at who

09:43AM 10 had responded to us relative to preservation.  Let me just say

09:43AM 11 what I found and see if you all just think about it and let me

09:43AM 12 know if I've missed anybody.  As to what we've called the brains

09:43AM 13 of the BOP, I have down as wanting to preserve that the U. S.,

09:43AM 14 BP, and Anadarko.  As to what we've talked about as the large

09:43AM 15 metal pieces, the LMRP, I show BP and Anadarko.  As to the

09:43AM 16 capping stack, BP, United States, and PSC.

09:43AM 17     If I've missed anyone, let me know, but those are

09:43AM 18 the parties that we went back and found, and we will segregate

09:44AM 19 costs in like manner.  So that's how I'm looking at taking care

09:44AM 20 of at that issue.

09:44AM 21     A quick question.  Does the PSC also join in the

09:44AM 22 request to scan the capping stack?

09:44AM 23     MR. WILLIAMSON:  I can't imagine we have any objection

09:44AM 24 to it.

09:44AM 25     THE COURT:  But you don't join in it.

09:44AM 1    MR. WILLIAMSON:  We do not join in it.

09:44AM 2    MR. UNDERHILL:  Your Honor, I'm going to be

09:44AM 3  self-serving.  There is a line you can say in follow up but

09:44AM 4  please don't.  On the sharing of the costs, my friends with BP

09:44AM 5  probably won't care for this idea and I understand why, but I

09:44AM 6  essentially see these as Rule 54 costs at the end of the day, so

09:44AM 7  if the United States and the PSC pay a portion of that up front,

09:45AM 8  we're going to send the bill out again at the end of day.

09:45AM 9    My suggestion is to avoid a dog fight at this

09:45AM 10  point, have it fronted by BP with the understanding it's without

09:45AM 11  prejudice, either to seeking reimbursement, if the cost -- the

09:45AM 12  bill goes there way at the end of the day, or any other type of

09:45AM 13  without prejudice they want.

09:45AM 14    That would be my suggestion.  Part of it is because

09:45AM 15  I'm paid to try to save my client money, but as a practical

09:45AM 16  matter, squeezing it out of my client's budgets is a tough thing

09:45AM 17  to do, just administratively.  That's my suggestion.  I respect

09:45AM 18  the Court's ruling but I throw it out there.

09:45AM 19    THE COURT:  Guess who is standing behind you?

09:45AM 20    MR. LANGAN:  Your Honor, Andy Langan for BP.  We like

09:45AM 21  your suggestion better than Mr. Underhill, and we would like to

09:45AM 22  go with that, if you would, please, for all the reasons you've

09:45AM 23  explained on a couple different occasions here.

09:45AM 24    THE COURT:  Thank you, Andy.

09:45AM 25    Okay.  Sarah, do you want to give us a report on

09:46AM 1    where you are, if it has changed from last week?

09:46AM 2            MS. HIMMELHOCH:  Well, it's certainly changed from last

09:46AM 3    week in terms of numbers.  As of yesterday, we had produced 13

09:46AM 4    million pages of information.  We're virtually complete producing

09:46AM 5    the nonprivileged Oil Spill Commission records.  We've produced a

09:46AM 6    vast quantity out of the Department of Energy records and the

09:46AM 7    science advisors.  We've also been producing for NOAA and DOI.

09:46AM 8    So it has changed in the sense that I think we've now eclipsed

09:46AM 9    even BP in our volume of production by some significant measure.

09:46AM 10           We continue to have meet and confer issues with BP

09:46AM 11   on both our event related production, and I assume we'll have

09:46AM 12   meet and confer issues on the flow rate and source control.

09:46AM 13   Those have not begun yet.

09:46AM 14           The current outstanding issues between the

09:47AM 15   United States and BP include the production of a copy of the TIMS

09:47AM 16   database, which is DOI's corporate database for managing oil

09:47AM 17   exploration regulation in the Gulf.

09:47AM 18           We also have a meet and confer going on about DOI's

09:47AM 19   offline e-mail archive, but we have every intention of trying to

20   work those out with BP.  As you can imagine, when you're trying

21   to get 13 million pages of documents out the door, some things

22   get missed.  While we regret that and we're doing our very best

23   to fix what we've missed, I think we will be able to work those

24   issues out without having to bring them to the Court.

25           BP and the Untied States have a mutually agreed

1 September 15 deadline for motions to compel with respect to that

2 related data, so we know we have a deadline to work them out as

3 well as just a desire to get event related data behind us.

4    With respect to what is left to be done before we

5 can say we responded to all of the discovery that's been served

6 on us so far, we have every reason to believe that we will be

7 almost there on August 31 with respect to all of the agencies

8 except the Coast Guard.  When I say *almost there*, what I mean is

9 that the vast majority of custodial records have been produced,

10 and we will in the process of going back and seeing what have we

11 missed and then completing our privilege reviews and releasing

12 any additional documents that we determined were inadvertently

13 withheld as privileged and getting our privilege logs out.

14    I have heard the Court's and the parties' desire to

15 get the privilege logs rolling as fast as possible.  I've

16 conveyed that instruction to the agency, and we are working as

17 hard as we can on that.

18    The big thing that will not be done by August 31,

19 as I've been saying now for several status conferences, is the

20 Coast Guard, as I reported earlier, the Coast Guard believes its

21 system will be up and running for searching all of the

22 consolidated paper and electronic records from the response on

23 Aug 22nd, and we're in testing right now.  It's looking good.

24    We think it will actually be operational on Aug

25 22nd, but every time I say something like that about a piece of

1    technology something goes wrong.  So I can't guarantee but we're

2    hopeful we can meet that August 22nd date.  The Coast Guard will

3    then begin running its searches, and we will be producing as fast

4    as we can out of the Coast Guard system.

5            I think that's all that I have to report on the

6    document production.  We have one witness deposition date I have

7    to change, but we can get to that when we get to the calendar.

8            The Court.  Okay.  Thank you.

9            For the phone participants, Cathy Pepper is having

10   technical difficulties this morning.

11           [REPORTER'S NOTE:  A brief pause while the court

12   reporter reset and restarted her steno machine.]

09:50AM 13           MS. HIMMELHOCH:  So the United States is not alone

09:50AM 14   in this issue.

09:50AM 15           THE COURT:  That is correct.  By far you are not alone.

09:50AM 16   Ms. Pepper keeps saying okay, but I don't know.

09:50AM 17           THE COURT REPORTER:  I'm ready.

09:50AM 18           THE COURT:  Mr. York, do you want to comment on that

09:50AM 19   report?  You look good today.

09:50AM 20           MR. YORK:  Thank you, Your Honor.  The same to you.

09:50AM 21           Actually not on the U. S.'s report but if you're

09:50AM 22   taking other reports from other parties on the status of Phase I.

09:50AM 23           THE COURT:  Why not.

09:50AM 24           MR. YORK:  Alan York for Halliburton.

09:50AM 25           To start off with the good news, I believe at the

09:50AM 1  last status conference Halliburton had outstanding issues with

09:50AM 2  both Anadarko and with BP.  My understanding is we've resolved

09:50AM 3  all of our Anadarko issues.  I'm not going to need to come to the

09:50AM 4  Court.

09:50AM 5      THE COURT:  Good.

09:51AM 6      MR. FITCH:  That's correct, Your Honor.

09:51AM 7      MR. YORK:  With regard to BP, also good news, I believe,

09:51AM 8  is that we have been ACTIVELY -- *actively* should be all

09:51AM 9  capitalized -- engaged with BP going over all of the discovery

09:51AM 10 disputes throughout this past week.  I don't think a day has gone

09:51AM 11 by without there being a multihour telephone conversation,

09:51AM 12 follow-up e-mails trying to resolve.  There is a lot of progress

09:51AM 13 being made.

09:51AM 14      I have a request, and I will tell you up front that

09:51AM 15 I think Mr. Langan is going to respond to the request.  At

09:51AM 16 current time, our motions to compel are due on Monday.  We

09:51AM 17 honestly believe that we are making good progress, and if we pull

09:51AM 18 our team off of progress to put them on to a motion to compel,

09:51AM 19 the likelihood is, in our opinion, that we will end up filing

09:51AM 20 motions to compel and then continue to work on issues, and all

09:52AM 21 have spun our wheels and wasted our time.

09:52AM 22      As the Court and Sarah noted a moment ago, BP and

09:52AM 23 the U.S. have extended their deadline for motions to compel to

09:52AM 24 September 15th.  Ideally, that's what I would like as well;

09:52AM 25 however, I don't think that's going to be acceptable to anyone,

09:52AM 1   so I would like to propose a compromise position.

09:52AM 2             That would be that we take next week to continue

09:52AM 3   trying to work out the issues and move the deadline for the

09:52AM 4   BP/Halliburton motions to compel either to the 30th or the 31st,

09:52AM 5   which would give us another full week to engage fully in working

09:52AM 6   out the issues and, to the extent we can't, have a weekend and a

09:52AM 7   couple of days to get the motions to compel on file.

09:52AM 8             We think that would preserve the Court's resources

09:52AM 9   and would, at least from Halliburton's perspective, prevent us

09:52AM 10  from having to divert people from working out the issues to

09:52AM 11  drafting, perhaps, unnecessary motions.

09:52AM 12            THE COURT:  All right.  Thank you, Alan.

09:52AM 13            Andy?

09:52AM 14       MR. LANGAN:  Yes, Andy Langan for BP.  I share

09:53AM 15  Mr. York's view that good progress has been made.  We agree with

09:53AM 16  that.  We're glad that these conversations are continuing.

09:53AM 17            In terms of extending the deadline, I think a

09:53AM 18  little bit of history is necessary here.  The original deadline

09:53AM 19  was August 15th.  That was extended to August 22nd by agreement.

09:53AM 20  Okay.  This is a unilateral request to which we do not agree.

09:53AM 21            We're willing to agree to, let's say, the 24th of

09:53AM 22  August to keep the parties feet to the fire.  Not unlike a trial

09:53AM 23  date, the motion to compel deadline seems to have a great

09:53AM 24  organizing effect and a great focusing effect.  We don't want to

09:53AM 25  lose that.

09:53AM 1          So we're willing to meet Mr. York and his client,

09:53AM 2  who are cooperating very well, for a couple days, but we don't

09:53AM 3  want it hanging out for another 10 or 11 days, so if we're going

09:53AM 4  to do this by agreement, our agreement is to the 24th.

09:54AM 5          THE COURT:  Let's look at it for a second, Andy.  Let's

09:54AM 6  look at the calendar.  Right now you've got the 22nd, which is

09:54AM 7  Monday.  Do you think that we could go through the 26th with an

09:54AM 8  assurance by Alan that they will engage in discussions every day

09:54AM 9  through the 25th?

09:54AM 10         MR. LANGAN:  We'll do that.  That's fine.

09:54AM 11         THE COURT:  What do you think?  Alan, can you live with

09:54AM 12 that one?

09:54AM 13         MR. YORK:  My request, Your Honor, would be instead of

09:54AM 14 26th, we make it the 29th.  The reason for that is quite simply

09:54AM 15 this --

09:54AM 16         THE COURT:  You need the weekend.

09:54AM 17         MR. LANGAN:  Then I'm back to the 23rd.

09:54AM 18         MR. YORK:  No, I think that there is a logical reason

09:54AM 19 for it, Your Honor.  I'm not trying to poor mouth it or anything

09:54AM 20 like that, but we have a smaller army.  Honestly, the minute we

09:55AM 21 start drafting motions to compel, we have to take the attention

09:55AM 22 away from trying to resolve the issues.  If we're talking about a

09:55AM 23 difference between the 26th and the 29th, the 29th gives us the

09:55AM 24 weekend to work on the motions to compel, if that becomes

09:55AM 25 necessary.

09:55AM 1    THE COURT:  Why don't you use next week to narrow any

09:55AM 2  remaining issues, if any, and then the 29th you'll file your

09:55AM 3  motions to compel, if any.

09:55AM 4    MR. YORK:  Thank you, Your Honor.

09:55AM 5    MR. FITCH:  Judge, good morning.  Tony Fitch for

09:55AM 6  Anadarko.

09:55AM 7    Reverting back to the United States, unless Sarah

09:55AM 8  has different information, I understand I should inform you that

09:55AM 9  Anadarko likely will be filing a letter motion to compel this

09:55AM 10  Monday with respect to some RFA responses by the United States.

09:55AM 11  Without putting too fine a point on it, we look at it as sort of

09:56AM 12  the same issue that you've addressed previously with respect to

09:56AM 13  some other RFA responses by other parties at a late stage of the

09:56AM 14  case.

09:56AM 15    THE COURT:  Okay.  We'll take a look at it as promptly

09:56AM 16  as possible.

09:56AM 17    Speaking of letter briefs, guys, I don't want to

09:56AM 18  add requirements to you, but it's a lot easier for us to file

09:56AM 19  letters in the record than it is to file e-mails in the record,

09:56AM 20  so if you could, when you send us e-mails, just attach a separate

09:56AM 21  Word or Word Perfect or PDF document.

09:56AM 22    I think that would help our office make sure we get

09:56AM 23  everything of record.  If you can't do it or if it's a hurry and

09:56AM 24  you want to get an e-mail out to us, it's fine, but in the normal

09:56AM 25  course, if we could get a letter attachment it would be helpful.

09:56AM 1     Andy.

09:56AM 2    MR. LANGAN:  Your Honor, just in terms of sort of

09:56AM 3 recounting what might come, we are having conversations with the

09:56AM 4 State of Louisiana that are not resolved yet in terms of things

09:57AM 5 that we think are related to Phase I discovery they still owe us.

09:57AM 6 We are continuing to meet and confer.

09:57AM 7    I guess we think Monday is the deadline on that,

09:57AM 8 and we may be prepared to live with that, but I wanted to let

09:57AM 9 Your Honor know we may be filing something with the Court

09:57AM 10 relating to the State of Louisiana.

09:57AM 11    THE COURT:  Thank you, Andy.

09:57AM 12    MS. HIMMELHOCH:  Your Honor, this is Sarah Himmelhoch.

09:57AM 13 If we're reporting things to come, we are in a meet and confer

09:57AM 14 with Anadarko about their responses to our interrogatories, and

09:57AM 15 we view ourselves as under a September 15th deadline to either

09:57AM 16 resolve that or bring a motion to compel as well.

09:57AM 17    So I have no idea where we are in that process,

09:57AM 18 because it's just begun.  We will make every effort to make it

09:57AM 19 not have to reach you, but we are in that process with Anadarko.

09:57AM 20    THE COURT:  Okay.  Thank you, Sarah.

09:57AM 21    Okay.  Next up is the issue that has raised its

09:57AM 22 ugly head this week with regard to BP's request for Transocean's

09:58AM 23 search terms and listing of custodians whose file have been

09:58AM 24 searched using those search terms.

09:58AM 25    I've read what everybody has given me.  I guess my

09:58AM 1   first thought would be that this came as quite a surprise to me.

09:58AM 2   I don't know how I'm coming up on Labor Day and we are still

09:58AM 3   talking about search terms and custodians.

09:58AM 4            Cutting through all the argument, it seems to me

09:58AM 5   that in order to get things done, especially at this stage of the

09:58AM 6   proceeding, what I would like to do is have Transocean get out a

09:58AM 7   list of the custodians whose records have been searched, and a

09:59AM 8   listing of search terms that have been applied to those custodial

09:59AM 9   files.

09:59AM 10            I would like BP to promptly review that and let

09:59AM 11   Transocean know whether or not they think that's sufficient or

09:59AM 12   whether they have additional custodians and search terms that

09:59AM 13   they believe need to be run.  If you all want to cc me on that,

09:59AM 14   that's fine, because that will keep me up to date on where you

09:59AM 15   all stand.

09:59AM 16            I would like to accomplish that this coming week.

09:59AM 17   So what I'm going to suggest to you is that by noon on Tuesday,

09:59AM 18   the 22nd, Transocean will get the listing out, and by noon on the

10:00AM 19   24th, I'm sorry, Monday the 22nd, and then Tuesday the 24th, BP,

10:00AM 20   I would like you to reply and let us know if there are any

10:00AM 21   problems.

10:00AM 22            THE CLERK:  Wednesday is the 23rd.

10:00AM 23            THE COURT:  I'm sorry, I can't read my own calendar.

10:00AM 24   Wednesday, the 24th.  Then if there are issues, let's identify

10:00AM 25   the issues for next Friday.

10:00AM 1        MR. LANGAN:  Thank you very much, Your Honor.  We will

10:00AM 2   meet that schedule.

10:00AM 3             Just not to recount all the history here, but there

10:00AM 4   are just two points I would like to make, knowing that we're

10:00AM 5   going to move forward just like you said, at least as far as

10:00AM 6   we're concerned.

10:00AM 7             One is that you will recall that we didn't really

10:00AM 8   have the right to ask Transocean for discovery until their motion

10:00AM 9   for a protective order had been denied.

10:00AM 10        THE COURT:  I've moved on.

10:00AM 11        MR. LANGAN:  Also, to this day, I don't think we, BP,

10:00AM 12  know whether or not Transocean has used any search terms or

10:00AM 13  whether the PSC ever gave them any search terms.  That's a great

10:01AM 14  mystery.  Here we are on the 19th of August, and I don't think

10:01AM 15  anyone really knows.

10:01AM 16        THE COURT:  Well, I see that Steve wants to reply, and

10:01AM 17  Anthony wants to comment.  So, Kerry, do you want reply?

10:01AM 18        MR. MILLER:  Yes, sure, I would be happy to hear what

10:01AM 19  Anthony has to say, Your Honor, but of course search terms were

10:01AM 20  negotiated between Transocean and the PSC.  There were very many

10:01AM 21  phone calls and very many e-mails very, very many months ago,

10:01AM 22  and, Your Honor, that's how we ended up producing 5.3 million

10:01AM 23  pages of documents.

10:01AM 24        THE COURT:  I suspect that you all have done a very good

10:01AM 25  job of searching custodians and formulating search terms.  I

10:01AM 1    don't have any suspicion that you haven't, but in order to finish

10:01AM 2    up Phase I discovery, I'm going to go ahead and let BP see what

10:02AM 3    that was, and if they have got issues, we'll identify them and

10:02AM 4    work our way through them.

10:02AM 5            MR. MILLER:  We need to check on the time frame and let

10:02AM 6    you know, because we have a couple of things going.  I mean,

10:02AM 7    there were terms and custodians we dealt with with the PSC, and

10:02AM 8    I'm sure there is a report that was done months ago that can be

10:02AM 9    generated.

10:02AM 10            BP's discovery came much later on in the process

10:02AM 11   because of the protective order, arbitration issues that were

10:02AM 12   decided by Your Honor, so that's a second layer.  I just don't

10:02AM 13   know if we can meet with Your Honor's timetable.  We'll let you

10:02AM 14   know what it is, but certainly, certainly we didn't produce

10:02AM 15   5.3 million documents without having very extensive search terms

10:02AM 16   and custodian file discussions.

10:02AM 17            MR. LANGAN:  That's gratifying to hear.

10:02AM 18            THE COURT:  I think, and that was always my assumption,

10:02AM 19   I think BP is going to be pleasantly surprised.  Is that correct,

10:03AM 20   Anthony?

10:03AM 21            MR. IRPINO:  I think so.  Anthony Irpino for the PSC.

10:03AM 22   Your Honor, I can tell you, because I did it, and at the time

10:03AM 23   Bill Large was also involved --

10:03AM 24            THE COURT:  Where has Mr. Large been?

10:03AM 25            MR. IRPINO:  I think he got sick of everything and went

10:03AM 1    to Jamaica and he's still there.  No, I'm kidding.  He's on
10:03AM 2    sabbatical.  He's trying to recover from search term abuse.
10:03AM 3            THE COURT:  I got you.
10:03AM 4            MR. IRPINO:  Just so everybody knows, and I don't think
10:03AM 5    anybody is casting any stones here, but this process has mirrored
10:03AM 6    each other.  Kerry Miller, Carter Williams with Transocean, we
10:03AM 7    had many, many, many, many calls.  Long calls.  A lot of work
10:03AM 8    went into those search terms, at least from my perspective.
10:03AM 9            The negotiation process was that -- it was very
10:03AM 10   nice.  Transocean would actually run the search terms, and Carter
10:04AM 11   would come back and say, "Anthony, this is coming back with,
10:04AM 12   like, 150,000 hits.  That's a little on the high end."  Sometimes
10:04AM 13   our search terms were too broad, and they would come back with
10:04AM 14   six hundred, 800,000 hits, over a million hits, and we said, you
10:04AM 15   know, we all want that narrowed down.
10:04AM 16           Very similar to BP and the professionalism involved
10:04AM 17   with BP.  Mark Nomellini, Brian Cavanaugh, very professional,
10:04AM 18   very good process, a lot of work.  The same thing with the
10:04AM 19   Carter, Kerry Miller and a lot of the other defendants.  They
10:04AM 20   went very similar ways, and the search terms themselves were
10:04AM 21   specific per request for production.
10:04AM 22           We work it, work it, work it, come back to it, work
10:04AM 23   it, work it, come back it.  I think even Mr. Sterbcow got
10:04AM 24   involved in some points with some of the stuff but it was a
10:04AM 25   process.  It was followed through, and -- but I think everybody

10:04AM 1    would be happy with it.

10:05AM 2         THE COURT:  That's what I'm anticipating.  I think that

10:05AM 3    this might be much to do about nothing.

10:05AM 4         MR. MILLER:  Your Honor, if I may, Steve reminds me,

10:05AM 5    Carter just had a baby.

10:05AM 6         MR. ROBERTS:  Carter's wife had a baby.

10:05AM 7         MR. MILLER:  He might not be around this weekend.  He's

10:05AM 8    going to answer the question.  If I could get an interim report

10:05AM 9    on what we did with the PSC, fine, but I don't want to over

10:05AM 10   promise what I can deliver.  If we could have until the close of

10:05AM 11   business on Tuesday and we can back BP up with the same amount of

10:05AM 12   time --

10:05AM 13        MR. LANGAN:  We're obviously perfectly fine.  We waited

10:05AM 14   this long.

10:05AM 15        MR. MILLER:  He's waiting for nothing.

10:05AM 16        THE COURT:  That's fine.  Kerry, please congratulate

10:05AM 17   him.  A girl or a boy?

10:05AM 18        MR. MILLER:  A girl.

10:05AM 19        THE COURT:  Wonderful.  All right.  Moving right along.

10:05AM 20         Have we -- please tell me yes and, Mark, thank you

10:05AM 21   very much -- mooted out the request for Gulf of Mexico documents?

10:06AM 22        MR. NOMELLINI:  Your Honor, Mark Nomellini on behalf of

10:06AM 23   BP.  I think that we've fully resolved that issue.

10:06AM 24        THE COURT:  I think so too.

10:06AM 25        MR. NOMELLINI:  We did a search for those bridging

10:06AM 1   documents for Pride, nonMacondo and provided those, so unless

10:06AM 2   Anthony is going to tell me otherwise, I think we're fully

10:06AM 3   resolved.

10:06AM 4          THE COURT:  I agree and I want Anthony for the record to

10:06AM 5   state that that is fully resolved.

10:06AM 6          MR. IRPINO:  Your Honor, it's fully resolved.

10:06AM 7          THE COURT:  Thank you.  Okay.  Kerry, how are we coming

10:06AM 8   on the interpleader action?

10:06AM 9          MR. MILLER:  Funny you should ask.  I would like to give

10:06AM 10  you the same report that I gave you two Fridays ago which again

10:06AM 11  is in the order of good news.  Transocean and its good friends

10:06AM 12  BP, Anadarko, and MOEX have again agreed on a draft document that

10:07AM 13  incorporated many of the underwriters red line suggestions.  So

10:07AM 14  as we sit here that draft is being sent back to our friends Marty

10:07AM 15  and George for their consideration over the weekend.  Like I

10:07AM 16  said, we did incorporate many of their red line suggestions, and

10:07AM 17  again, hopefully they will be signed off by early next week from

10:07AM 18  those folks on the issue.

10:07AM 19         THE COURT:  Good.  Thank you.

10:07AM 20             Corey, do you want to get up to the ELMO?  We'll go

10:07AM 21  through the list.  Kerry, I think these first ones are for you.

10:07AM 22  How are we looking on Bob Walsh?

10:07AM 23         MR. MILLER:  I think Andy was able to confirm those

10:07AM 24  dates as all good, so I think he can scratch the *tentative* off.

10:07AM 25         MR. LANGAN:  Yes.

10:07AM 1          THE COURT:  So that's true of Walsh, which is

10:07AM 2    August 24th.  The question mark can come off.

10:07AM 3          MR. LANGAN:  The same with Tiano and Roller.

10:08AM 4          THE COURT:  Tiano was the 25th of August.  Roller was

10:08AM 5    also the 25th of August.  Those are no longer tentative.

10:08AM 6          MR. MILLER:  Your Honor, I have some more dates for

10:08AM 7    people further down the list.  If, while I'm talking, you just

10:08AM 8    want me to give them now, I can do that.

10:08AM 9          THE COURT:  Sure.  Let's do it.

10:08AM 10         MR. MILLER:  Some of these I did by e-mail earlier in

10:08AM 11   the week.  Just scanning through it, David Young was

10:08AM 12   September 22nd, tentative.  That is good for us, if it's good for

10:08AM 13   everybody else.  We can confirm that date.

10:08AM 14         THE COURT:  Okay.  Kerry, I'm sorry, Corey, do you want

10:08AM 15   to take the question mark after David Young off?

10:08AM 16         MR. MAZE:  It's already taken off.

10:08AM 17         MR. MILLER:  The next one is Rob Turlak, who Don talked

10:08AM 18   about and wrote about last week.

10:08AM 19         THE COURT:  Uh-huh (affirmative response).

10:08AM 20         MR. MILLER:  Mr. Turlak is good for September 28th and

10:08AM 21   29th here in New Orleans.  Two days.

10:09AM 22              Captain McDonald was one of the internal

10:09AM 23   investigation witnesses that BP identified.  He's good the next

10:09AM 24   day here in New Orleans, September 30th.

10:09AM 25         MR. YORK:  What's his first name?

10:09AM 1      MR. MILLER:  I think it's John.  John or Jack.  It's on

10:09AM 2  the list here.

10:09AM 3      THE COURT:  We've got him down as tentative, Corey.

10:09AM 4  He's now confirmed.

10:09AM 5      MR. MAZE:  September 30th?

10:09AM 6      MR. MILLER:  Correct.  Then I think the last one I have

10:09AM 7  is on page 7 at the top of your report, Ewen, Florence.  He's one

10:09AM 8  of the foreign phone depositions.  October 6th, he will give his

10:09AM 9  deposition from Singapore.  So we'll have to make arrangements

10:09AM 10  for a phone deposition from Singapore.

10:10AM 11      So the only one I think I'm outstanding on is

10:10AM 12  Derek Hart, and we'll try to have that one for you in the next

10:10AM 13  few days.

10:10AM 14      MR. LANGAN:  Your Honor, a scheduling issue going back

10:10AM 15  to August, if I may?

10:10AM 16      THE COURT:  Sure.

10:10AM 17      MR. LANGAN:  Mr. Wheeler is down for 25, 26.  We have a

10:10AM 18  5(a) notice now and so I guess the question becomes do we go with

10:10AM 19  25?  I'm looking at the PSC.

10:10AM 20      MR. FITCH:  25, please.

10:10AM 21      THE COURT:  Okay.  Are you all okay with that?

10:10AM 22      Jimmy.

10:10AM 23      MR. WILLIAMSON:  Jimmy Williamson from the PSC.  Yes,

10:10AM 24  Your Honor, that's fine.

10:10AM 25      THE COURT:  Who wants to contact Mr. Wheeler's attorney

10:10AM  1    and tell them 25, please?  Also, I guess, Kerry, I should ask you

10:10AM  2    to do it because I think Transocean is going to want to talk to

10:10AM  3    them about the maintenance and cure issue.

10:10AM  4          MR. MILLER:  Yes, we are, and Mr. Goforth is very

10:10AM  5    anxious to move forward on that issue.

10:11AM  6          THE COURT:  Mr. Goforth, would you undertake to contact

10:11AM  7    them, confirm the deposition will be on August 25th, and take up

10:11AM  8    the maintenance and cure issue discussion with them?

10:11AM  9          MR. GOFORTH:  I will.

10:11AM 10          THE COURT:  Thank you.  I appreciate it.

10:11AM 11          MR. LANGAN:  Your Honor, I have a couple more

10:11AM 12    confirmations I can provide.

10:11AM 13          THE COURT:  Rock and roll.

10:11AM 14          MR. LANGAN:  Mr. Stewart Lacy, September 23rd in London

10:11AM 15    is confirmed.  So we were able to work that out.  He is coming in

10:11AM 16    from Jordan, but we're going to make the 23rd work in London.

10:11AM 17          THE COURT:  So the 23rd can be confirmed.

10:11AM 18          MR. LANGAN:  By the way, I should mention it turns out

10:11AM 19    Mr. Lacy is a BP contractor, but we're going to undertake to

10:11AM 20    produce him.

10:11AM 21          THE COURT:  Thank you.

10:11AM 22          MR. LANGAN:  Mr. Rich Miller, which you find at page 7

10:11AM 23    of Your Honor's order, October 13th in New Orleans works.

10:12AM 24          THE COURT:  Okay.

10:12AM 25          MR. LANGAN:  Rich Miller, October 13th, New Orleans.  I

10:12AM  1   think that's one where you provided extra time for Halliburton,
10:12AM  2   as I recall.
10:12AM  3          MR. YORK:  That's correct.
10:12AM  4          MR. LANGAN:  Your Honor, I am still working on the
10:12AM  5   30(b)(6) topic 7.  I don't have a witness or a date yet.  I know
10:12AM  6   there is another one I'm supposed to be working on too.  Maybe
10:12AM  7   there was -- the subject of a recent order of yours, so I don't
10:12AM  8   have anything else to report.
10:12AM  9          MR. MILLER:  Your Honor, if I may, I omitted, when I did
10:12AM 10   my report, to talk about Gary Leach.  He's on page 7 of your
10:12AM 11   report.
10:12AM 12          THE COURT:  Mr. Leach.  What have you got?
10:12AM 13          MR. MILLER:  Just to confirm that Cameron and Transocean
10:12AM 14   have agreed that he will be produced for deposition.  We're still
10:12AM 15   looking to get a date.  Hopefully we'll have one to put on the
10:12AM 16   calendar next Friday.
10:12AM 17          THE COURT:  All right.  Alan, you've got something?
10:12AM 18          MS. HIMMELHOCH:  Your Honor, this is Sarah Himmelhoch.
10:13AM 19   I have a new date for Mr. Trocquet, unless he has already been
10:13AM 20   mentioned and I didn't hear it.
10:13AM 21          THE COURT:  We haven't gotten to Trocquet but we'll go
10:13AM 22   back to Trocquet.  You have a new date for him?
10:13AM 23          MS. HIMMELHOCH:  Yes.  He's on the calendar for the
10:13AM 24   27th, but I polled the parties, and they are all okay with moving
10:13AM 25   him to the 23rd, with BP's reservation of rights to request it be

10:13AM  1    moved if we don't work out our document dispute issue.

10:13AM  2         THE COURT:  Okay.  So we're going to move David Trocquet

10:13AM  3    to September 23rd.  Sarah, have you notified the parties of the

10:13AM  4    topics he's going to cover?

10:13AM  5         MS. HIMMELHOCH:  Yes.  I sent a document to all the

10:13AM  6    parties identifying for each topic which witness was our

10:13AM  7    designee.

10:13AM  8         THE COURT:  Okay.  Oh, good, you've done that with all

10:13AM  9    of them, right?

10:13AM  10        MS. HIMMELHOCH:  Yes.

10:13AM  11        THE COURT:  Terrific.  Thank you.

10:13AM  12        MS. HIMMELHOCH:  Uh-huh (affirmative response).

10:13AM  13        THE COURT:  That will take several things off of my

10:13AM  14    agenda.  That's good.

10:13AM  15             Okay.  Alan, you are at the podium.  What have you

10:14AM  16    got?

10:14AM  17        MR. YORK:  Alan York for Halliburton.  For Mr. Dugas,

10:14AM  18    which, by the way, a year and a half ago I would have said

10:14AM  19    Doo-Guss.

10:14AM  20        THE COURT:  That's correct.

10:14AM  21        MR. YORK:  You have reformed me.

10:14AM  22        THE COURT:  We have reformed and educated you.

10:14AM  23        MR. YORK:  For Mr. Dugas we can offer either

10:14AM  24    October 20th or October 21st.

10:14AM  25        THE COURT:  Does anybody want to express their opinion

10:14AM 1    from the PSC?

10:14AM 2              MR. LANGAN:  This is one of the ones we asked for.

10:14AM 3              THE COURT:  I'm sorry.

10:14AM 4              MR. LANGAN:  Let's just say the 20th.  Thanks to

10:14AM 5    Mr. York for that.  The 20th.

10:14AM 6              THE COURT:  Okay.  October 20th is Roger Dugas,

10:14AM 7    D-U-G-A-S.  D-U-G-A-S.

10:14AM 8              MR. YORK:  We are actively working on the remaining

10:15AM 9    deponents that were allowed by your order of August 16.  I did

10:15AM 10   want to ask for one clarification, Your Honor.

10:15AM 11             In that order you have a paragraph talking about,

10:15AM 12   you have that there is no objection to Mr. Dugas and Ms. Stelly,

10:15AM 13   you have a paragraph discussing Mr. Nguyen, and you have a very

10:15AM 14   short paragraph that says, "BP's requests for the depositions of

10:15AM 15   Rick Morgan is granted and the request for Earl Fry is denied as

10:15AM 16   duplicative."  I just wanted to make sure that was intended, that

10:15AM 17   one is granted and one is denied.

10:15AM 18             THE COURT:  That's right.

10:15AM 19             MR. YORK:  I wanted to confirm that.

10:15AM 20             THE COURT:  I remember the order, which is rare for me.

10:15AM 21             MR. YORK:  It was not a long order but very

10:15AM 22   comprehensive order.

10:15AM 23             THE COURT:  Thank you.  I appreciate that.

10:15AM 24             MR. YORK:  We are working on the remaining dates, and I

10:15AM 25   hope to have them for the Court next week.

10:15AM 1          THE COURT:  Okay.  Thank you.

10:15AM 2          MR. LANGAN:  Your Honor, another one of your orders said

10:15AM 3    Mr. McKay is going to be one day.  Just for the record, I would

10:15AM 4    just say we go with the 3rd of November.  It's set on the 4th.

10:16AM 5          THE COURT:  I did have that.  Let's see.  You want to go

10:16AM 6    with the 3rd, right?

10:16AM 7          MR. LANGAN:  Might as well.

10:16AM 8          THE COURT:  Does anybody have a problem with the 3rd?

10:16AM 9    Let's go for November 3rd, Corey.

10:16AM 10          MR. MAZE:  It's on the calendar.

10:16AM 11          THE COURT:  You took the 4th off?

10:16AM 12          MR. MAZE:  Correct.

10:16AM 13          While we're on Lamar McKay, the states -- and I

10:16AM 14    assume Your Honor will want a letter on this -- are going to ask

10:16AM 15    for you to reconsider the amount of time allocated.  This is one

10:16AM 16    that Mr. Kanner and I have brought up each time as someone the

10:16AM 17    states desperately need.  By tying it into Rich Miller, the

10:16AM 18    states have been given a combined 15 minutes, and we were looking

10:16AM 19    more for at least an hour, and there are some other issues for

10:16AM 20    Mr. McKay, but if you would like we'll get a letter to Your Honor

10:16AM 21    probably, like, Tuesday of next week.

10:16AM 22          THE COURT:  Your friends at the PSC can't help you?

10:16AM 23          MR. MAZE:  I will talk to my friends at the PSC as well.

10:16AM 24          MR. WILLIAMSON:  We'll be happy to try to help the

10:17AM 25    states, Judge.  We have accommodated BP so many times that we'll

10:17AM 1    be happy to help the states.

10:17AM 2             MR. MAZE:  I see that Doug is behind me.

10:17AM 3             THE COURT:  No problem, at all.  Corey, talk to the PSC

10:17AM 4    and see if you can get some ceding of time from them, and then

10:17AM 5    anything that you're not able to get, let us know.

10:17AM 6             MR. KRAUS:  Good morning, Your Honor.  This is

10:17AM 7    Doug Kraus on behalf of Louisiana.  This was a deposition that

10:17AM 8    was and always had been a two-day deposition.  I know that

10:17AM 9    Halliburton had requested some additional time.  This is just a

10:17AM 10   witness that we had, Louisiana had requested time for July 22nd,

10:17AM 11   July 29th, and typically on a deposition like this, we would hope

10:17AM 12   between the states to have somewhere in the neighborhood of

10:17AM 13   two hours on a two-day deposition, and Louisiana having seven and

10:17AM 14   a half minutes is just not something that we're going to be able

10:17AM 15   to do.  I know that he was brought up as a Phase I witness, and

10:17AM 16   that's the reason his deposition is set now, but he is a very

10:18AM 17   important witness to Louisiana's natural resource damages claims

10:18AM 18   and an incredibly important witness to Phase II for the states.

10:18AM 19            I know that there is some hesitancy to bring the

10:18AM 20   witnesses back for second days, and it's just, if he's going to

10:18AM 21   be a witness for Phase I, we need him here for two days to relate

10:18AM 22   to the Phase II issues, or we need two hours as well.  I don't

10:18AM 23   know if that's workable in a one one-day deposition.  I just

10:18AM 24   wanted to present these issues before we file an appeal or an

10:18AM 25   objection.

10:18AM  1          THE COURT:  We'll go back and look at the allocation and

10:18AM  2  see what we can do, and if you all will update me on what the PSC

10:18AM  3  can work with.

10:18AM  4          MR. MAZE:  We'll do that.

10:18AM  5          THE COURT:  We'll work through it.

10:18AM  6          MR. KRAUS:  Thank you, Your Honor.

10:18AM  7          THE COURT:  I appreciate it.  Where does that leave us?

10:19AM  8              Have we got any update on Buddy Trahan?

10:19AM  9          MR. LANGAN:  Your Honor, Andy Langan for BP.  I think

10:19AM 10  it's what we talked about last Friday.  August 29th, in Houston,

10:19AM 11  one day, given his medical condition.  I think we've told

10:19AM 12  Mr. Lubel that.  We'll see if we need more time.  I think that's

10:19AM 13  how we left it.

10:19AM 14          THE COURT:  August 29th?

10:19AM 15          MR. LANGAN:  28th, I believe.

10:19AM 16          THE COURT:  Yes, I have September 28th.

10:19AM 17          MR. GOFORTH:  It is September.

10:19AM 18          MR. LANGAN:  September.  I'm sorry.

10:19AM 19          THE COURT:  September.  So we can confirm that, in other

10:19AM 20  words, no longer tentative.

10:19AM 21          MR. WILLIAMSON:  Jimmy Williamson for the PSC.  He said

10:19AM 22  the 28th instead of the 29th.  We've all agreed it's one day

10:19AM 23  because of the medical issue and we'll come back to the Court but

10:19AM 24  which day did you confirm with Mr. Lubel?

10:19AM 25          MR. LANGAN:  I think we planned to tell him the 28th if

10:20AM 1   we haven't already.

10:20AM 2            MR. WILLIAMSON:  The 28th.  Thank you, Judge.

10:20AM 3            THE COURT:  The 28th.

10:20AM 4            MR. LANGAN:  I think we may have already told him that.

10:20AM 5            THE COURT:  Okay.  Victor Emanuel was tentative for

10:20AM 6   October 26th.  Any report on that?  Okay.  We'll continue that

10:20AM 7   one until next week.

10:20AM 8            MR. YORK:  I believe at the conference Mr. Kanner -- I

10:20AM 9   had his first --

10:20AM 10           THE COURT:  We had a tentative date.

10:20AM 11           MR. YORK:  He actually got confirmation during last

10:20AM 12  week's conference that Mr. Manual could be confirmed for

10:20AM 13  September 27th, and he's on the calendar.

10:20AM 14           MR. MAZE:  He is on the calendar.

10:20AM 15           THE COURT:  Well, we missed that.

10:20AM 16           MS. SCOFIELD:  Your Honor, this is Denise Scofield.

10:21AM 17  That is correct.  Victor Emanuel is confirmed for September 27th.

10:21AM 18           THE COURT:  Thank you.  We missed that.

10:21AM 19              How about Neil Shaw?

10:21AM 20           MR. LANGAN:  Your Honor, he's in the category of ones I

10:21AM 21  said I was working on that just --

10:21AM 22           THE COURT:  I'm sorry.

10:21AM 23           MR. LANGAN:  No, no, that's okay.  We didn't talk about

10:21AM 24  it specifically.  Mr. Fitch has already raised him off line.

10:21AM 25  We're working on Mr. Shaw.

10:21AM 1      THE COURT:  Good.  Thank you.

10:21AM 2          Then did we cover Mr. Braniff, Kerry?

10:21AM 3      MR. MILLER:  No, we didn't.  The new ones that were in

10:21AM 4  your order of Tuesday or Wednesday we'll try to have for next

10:21AM 5  week.

10:21AM 6      THE COURT:  Last, Kerry, but not least, the well advisor

10:21AM 7  program is hanging out there.  Anything to report on that, and if

10:22AM 8  not, we'll carry it over.

10:22AM 9      MR. MILLER:  No, but we'll get a report out.

10:22AM 10     THE COURT:  All right.  Okay.  Guys, one of the things

10:22AM 11 that was raised with us this week was the reliance exhibits for

10:22AM 12 experts.  I want to see if we can work our way through it and be

10:22AM 13 clear about what I think the problem is, and I think we've got a

10:22AM 14 solution for it.

10:22AM 15         Several of the parties contacted us during the week

10:22AM 16 and said we can't physically put together, from a word processing

10:22AM 17 point of view, a new exhibit list listing reliance exhibits that

10:22AM 18 our experts have relied upon in formulating their opinions.  Our

10:23AM 19 expert reports will list all reliance exhibits, but we just need

10:23AM 20 additional time to pull all of those together into one exhibit

10:23AM 21 list.

10:23AM 22         I understand the problem because everybody will be

10:23AM 23 working until midnight the night before the expert reports are

10:23AM 24 due.  So we're not going to make you give us exhibit reliance

10:23AM 25 lists until 14 calendar days after the expert reports are due.

10:23AM  1    So that gives everybody and their staff some breathing time to

10:23AM  2    pull the unified list together.  So everybody can quit worrying

10:23AM  3    about that issue.

10:23AM  4              As I understand it, it is just a word processing,

10:23AM  5    logistical issue, and the reports themselves -- and let me be

10:23AM  6    clear about this -- should, pursuant to Rule 26, list every

10:24AM  7    document that an expert relied upon in formulating his or her

10:24AM  8    opinion and should identify it sufficiently so that a party can

10:24AM  9    go to the Bates number, go to the deposition document number, or

10:24AM 10    go to the Internet and find whatever the document is in order to

10:24AM 11    make sure that they understand what those documents are.  I don't

10:24AM 12    think that's a problem, but I want to be clear about it.

10:24AM 13              MR. WITTMANN:  Your Honor, Phil Wittmann for Cameron.

10:24AM 14    Can I ask some questions about this?

10:24AM 15              THE COURT:  Sure.

10:24AM 16              MR. WITTMANN:  The reliance documents that experts rely

10:24AM 17    on are normally attached to their reports.  Are you proposing

10:24AM 18    separate exhibit lists for the documents that are identified by

10:24AM 19    the experts?

10:25AM 20              THE COURT:  Phil, I will be shocked if all of the

10:25AM 21    experts attach to their reports the reliance exhibits because I

10:25AM 22    am thinking that it will fill this room.

10:25AM 23              MR. WITTMANN:  I think they identify them; they don't

10:25AM 24    necessarily attach them.

10:25AM 25              THE COURT:  Your question was attach.

10:25AM 1          MR. WITTMANN:  Okay.

10:25AM 2          THE COURT:  I don't expect that they will be attached.

10:25AM 3     I expect that each of the experts will identify sufficiently all

10:25AM 4     documents that they relied upon, so any party reading their

10:25AM 5     report can go and refer to that document.

10:25AM 6          MR. WITTMANN:  That's my question.  If they are

10:25AM 7     identified in the expert reports, why do we need to have a

10:25AM 8     separate exhibit list for reliance documents?

10:25AM 9          MR. STERBCOW:  That's a good question.

10:25AM 10         THE COURT:  That's a good question.  That's a good

10:25AM 11    question.

10:25AM 12         MR. STERBCOW:  For clarity sake, what the PSC is doing

10:25AM 13    now, we are footnoting in each expert's report every document

10:26AM 14    relied upon by that expert, referencing the statement or

10:26AM 15    paragraph or whatever it is to which that document would apply.

10:26AM 16              To the extent they are deposition exhibits they

10:26AM 17    will be identified as deposition exhibits.  If they are Bates

10:26AM 18    stamp numbered, the Bates stamp number will be in the footnote.

10:26AM 19    If it's a document that's on the Internet or has not been

10:26AM 20    otherwise attached or used, it will be fully described by name,

10:26AM 21    author, web site address, etcetera, but we're not going to attach

10:26AM 22    all of that to each.

10:26AM 23         THE COURT:  No, absolutely not.  I don't anticipate

10:26AM 24    that.  As I said, I think that will fill up the room.

10:26AM 25              Phil, your other question is a good one.  If,

10:26AM 1   indeed, we are going to be as specific as Paul has just

10:26AM 2   described, which I hope everybody will be --

10:26AM 3        MR. WILLIAMSON:  Paul has been a little ambitious,

10:26AM 4   speaking for everybody.

10:26AM 5        THE COURT:  Then I'm not sure that, Phil, we need a

10:27AM 6   unified exhibit list of reliance exhibits; rather, during the

10:27AM 7   course of an expert's deposition, if you all -- well, let me

10:27AM 8   think about that, Phil.

10:27AM 9        MR. WITTMANN:  Just to go one step further, Judge, if a

10:27AM 10  party is going to use a reliance document as a trial exhibit,

10:27AM 11  then it should go on the trial exhibit list.

10:27AM 12       THE COURT:  Well, if they are going to use it either as

10:27AM 13  a trial exhibit or if it's going to be used in the course of an

10:27AM 14  expert's deposition, it will be marked as a deposition exhibit

10:27AM 15  which will then be used.  So, yes, let me think on that issue,

10:27AM 16  and we'll take it from there.

10:27AM 17       MR. UNDERHILL:  This is why Phil gets paid the big

10:27AM 18  money, I think, to come up with the big ideas.  I had some of the

10:27AM 19  same questions, but what I'm concerned about too is getting

10:27AM 20  confusing exhibit lists.  We've got a reliance exhibit list, then

10:28AM 21  we've got a trial exhibit list, and we've got an impeachment.  I

10:28AM 22  think we're all going to get confused and the Court is going to

10:28AM 23  get confused.

10:28AM 24       THE COURT:  I'm always confused.

10:28AM 25       MR. UNDERHILL:  Well, I second the motion here, but I

10:28AM 1    think that the way we intend on doing the expert reports is the

10:28AM 2    same way as Paul outlined.  If an expert relied upon something,

10:28AM 3    it's going to be listed in either an appendix or in a footnote or

10:28AM 4    probably both.

10:28AM 5         THE COURT:  Thank you.

10:28AM 6         MR. MILLER:  Your Honor, one further question on that

10:28AM 7    now that we're all confused.  I'm just trying to visualize this

10:28AM 8    process that you initially had in mind.  We turn over our expert

10:28AM 9    reports, and I think you're right and the others are right, there

10:28AM 10   will be an appendix and footnotes and you reference the Bates

10:28AM 11   number and the depo exhibit.

10:28AM 12        THE COURT:  Go look up whatever the reliance exhibit is.

10:28AM 13        MR. MILLER:  I thought what you were doing is saying,

10:28AM 14   look, since the reports are going to be admitted in the direct

10:28AM 15   testimony of the experts, then necessarily all of the reliance

10:28AM 16   materials would be trial exhibits too, sort of this quasi

10:29AM 17   preadmission process we've talked about.

10:29AM 18        THE COURT:  Yes.

10:29AM 19        MR. MILLER:  Then what you were asking for two weeks

10:29AM 20   after the report deadline would be for us to convert the reliance

10:29AM 21   exhibits into a trial exhibit number with the ranges that you've

10:29AM 22   given us.  I think we're in the 40,000 range.  Is that what you

10:29AM 23   initially had in mind?

10:29AM 24        THE COURT:  It is and I want to rethink the whole

10:29AM 25   situation, because we did anticipate that you all would want all

10:29AM 1    reliance exhibits to be preadmitted.  We did anticipate that.

10:29AM 2    That doesn't mean that they will ultimately be admitted into

10:29AM 3    evidence because if they are not used during the course,

10:29AM 4    etcetera, but now I'm confused.

10:29AM 5           MR. WITTMANN:  I think there may well be a lot of

10:29AM 6    objections to reliance documents being admitted as exhibits,

10:29AM 7    quite frankly.

10:29AM 8           THE COURT REPORTER:  Could you use the microphone,

10:29AM 9    please.

10:29AM 10          THE COURT:  Yes, he doesn't seem to be able to be

10:30AM 11   trained.

10:30AM 12          MR. WILLIAMSON:  The Court is not the first person to

10:30AM 13   make that observation.

10:30AM 14          Jimmy Williamson for the PSC.  I rise to point out

10:30AM 15   what I think is obvious, but I'll make sure, for sure the experts

10:30AM 16   will be relying on a lot of things that are not yet marked as

10:30AM 17   exhibit numbers.

10:30AM 18          THE COURT:  I assume we're going to have learned

10:30AM 19   treatises, etcetera.

10:30AM 20          MR. WILLIAMSON:  Correct.  And curriculum vitaes and all

10:30AM 21   sorts of things.  Of course, we don't have to cross the trial

10:30AM 22   exhibit admissibility bridge.  I thought we were talking about an

10:30AM 23   administration type way of making sure those documents are

10:30AM 24   identified in a way that everybody can easily cross reference

10:30AM 25   them, like, with an exhibit number.  I mean they won't have

10:30AM  1  exhibit numbers next Friday --

10:30AM  2         THE COURT:  I understand.

10:30AM  3         MR. WILLIAMSON:  -- but I thought the 14-day process was

10:30AM  4  for the purpose of the parties can figure out a way to assign all

10:31AM  5  those things exhibit numbers and the parties can respectively

10:31AM  6  argue as they please.

10:31AM  7         THE COURT:  Where the complexity comes up and where I

10:31AM  8  want to stop and think about it, Jimmy, is some of those will be

10:31AM  9  used in the course of the depositions, and then they will have

10:31AM 10  deposition exhibit numbers which are going to be used on our

10:31AM 11  final exhibit list because we've agreed to that, so let's think

10:31AM 12  about that.

10:31AM 13         MR. WILLIAMSON:  I just wanted to make sure because we

10:31AM 14  will have reliance documents that do not yet have any exhibit

10:31AM 15  number.

10:31AM 16         THE COURT:  I anticipate that.  That's why I thought

10:31AM 17  pulling them together into one list might be helpful, but it gets

10:31AM 18  complicated because as we work our way through the depositions, a

10:31AM 19  lot of these reliance exhibits are going to be given deposition

10:31AM 20  exhibit numbers.

10:31AM 21         MR. WILLIAMSON:  Right.

10:31AM 22         MR. WITTMANN:  A lot of them won't be.  A lot of the

10:31AM 23  documents are not questioned in a deposition, and I was just

10:31AM 24  trying to avoid producing more documents than we had to produce.

10:32AM 25         THE COURT:  You don't have to produce any of them.

10:32AM 1          MR. WITTMANN:  No, I understand.

10:32AM 2          THE COURT:  They just have to be identified so that

10:32AM 3    somebody can go look at them.

10:32AM 4          MR. WITTMANN:  But there are dates set forth to object

10:32AM 5    to reliance documents.

10:32AM 6          THE COURT:  That's right.  So you will have to go look

10:32AM 7    at whatever those documents are, either on the Internet, if

10:32AM 8    you've not seen them before.

10:32AM 9          MR. WITTMANN:  Why do that, though?  That's my question.

10:32AM 10   Normally we don't object -- an expert can rely on what he wants

10:32AM 11   to rely on.  They can rely on hearsay.  They can rely on whatever

10:32AM 12   they want to.  Unless somebody is trying to introduce that

10:32AM 13   document into evidence, I don't object to it.

10:32AM 14         MR. LANGAN:  Your Honor, I tend to agree with

10:32AM 15   Mr. Wittmann on this.

10:32AM 16         THE COURT:  I hear you.

10:32AM 17         MR. LANGAN:  In other words, if the path here is this

10:32AM 18   reliance material is somehow going to be presumptively going into

10:32AM 19   evidence at trial, then a list makes sense.

10:32AM 20         THE COURT:  Yes, it does.

10:32AM 21         MR. LANGAN:  I don't know if we're doing that or not.

10:32AM 22         THE COURT:  That was the original thought, but it's

10:32AM 23   complicated.

10:32AM 24         MR. LANGAN:  It is.  I understand.

10:32AM 25              Not to complicate things even further, and this may

10:33AM 1   have been discussed and I missed it, but could I raise this issue

10:33AM 2   as we're starting to think about expert discovery?  To my

10:33AM 3   knowledge, we haven't discussed production of expert, testifying

10:33AM 4   expert files.

10:33AM 5        THE COURT:  No, we have not.

10:33AM 6        MR. LANGAN:  I contemplate, I assume that there are

10:33AM 7   going to be some protocol that perhaps we can talk to counsel

10:33AM 8   about and agree on, but it seems like the custodial file

10:33AM 9   precedent we've set is going to have some carryover benefit here.

10:33AM 10  So I just want to put on the radar screen for consideration

10:33AM 11  discussing and agreeing on a protocol --

10:33AM 12       THE COURT:  Very important point.

10:33AM 13       MR. LANGAN:  -- and timing of that and the sooner the

10:33AM 14  better and all that, some period of time before their

10:33AM 15  depositions.  We don't have to resolve it today.

10:33AM 16       THE COURT:  No, but we need to put it on our radar, and

10:33AM 17  I would like everybody to start thinking about that issue because

10:33AM 18  how in the world we've all missed that, I don't know.

10:33AM 19       MR. LANGAN:  We've had a lot on our plate.  The other

10:34AM 20  thing I would say is that it ought to be documents reviewed,

10:34AM 21  relied on, or considered, not just relied on but or considered.

10:34AM 22       MR. STERBCOW:  We have to do this in the framework of

10:34AM 23  Rule 26.

10:34AM 24       MR. WILLIAMSON:  Certainly BP's suggestion that we

10:34AM 25  consider a protocol to make deposition procedure efficient is

10:34AM 1   obviously -- it's obviously correct.  I want to make sure, if the

10:34AM 2   Court remembers, Rule 26 changed during the time this lawsuit was

10:34AM 3   filed, and all parties -- and all parties stipulated --

10:34AM 4           THE COURT:  Draft reports are off limits.  Everybody

10:34AM 5   knows.

10:34AM 6           MR. WILLIAMSON:  So there is -- we don't mind discussing

10:34AM 7   that process, but we don't want to forget the fact that we're

10:34AM 8   under the new rule.

10:34AM 9           THE COURT:  We're under the new rule and we said so from

10:34AM 10  day one.

10:34AM 11          MR. LANGAN:  I completely agree with Mr. Williamson.  So

10:34AM 12  perhaps we could have someone on our team maybe draft a proposal

10:35AM 13  along this line to share with everybody.

10:35AM 14          THE COURT:  That would be great.

10:35AM 15          MR. MILLER:  Andy, I would even suggest one step

10:35AM 16  further.  In the *Chinese Drywall* MDL and I know in the *Vioxx* MDL,

10:35AM 17  the parties stipulated that the only thing they produced were the

10:35AM 18  expert reliance materials.

10:35AM 19          THE COURT:  Well --

10:35AM 20          MR. LANGAN:  If Kerry has that handy.

10:35AM 21          MR. MILLER:  I have to dig it up but I have it in both

10:35AM 22  cases.

10:35AM 23          THE COURT:  Why don't you dig up a form that has been

10:35AM 24  used and circulate it, and then the ball would be in your court

10:35AM 25  to modify or suggest from there.

10:35AM 1        MR. LANGAN:  Right.  We might want a broader approach
10:35AM 2    but we can all talk about it.
10:35AM 3        THE COURT:  Good, good, good.  All right.
10:35AM 4           Let's open up the floor to anything else that we
10:35AM 5    need to cover.
10:35AM 6        MR. STERBCOW:  Quickly, Your Honor, I just thought of
10:36AM 7    something.  Tony Brock's deposition is set for August 30th.
10:36AM 8    That's the one he had the Weatherbee interview, and there was the
10:36AM 9    report and I have two hours.  We still need to figure out a time
10:36AM 10   and how we're going to set this up logistically.  I think he's in
10:36AM 11   London.  I'm going to be here and we were going to do it by some
10:36AM 12   sort of teleconference.
10:36AM 13       THE COURT:  Video conference.
10:36AM 14       MR. STERBCOW:  To my knowledge, nothing has happened.
10:36AM 15       MR. LANGAN:  We started to look at it today.
10:36AM 16       THE COURT:  Okay.  No problem.  We've got video
10:36AM 17   conference facilities here in the courthouse.  If you all want to
10:36AM 18   make arrangements from this end, call Marie of my office, and she
10:36AM 19   can put you in touch with the IP people.
10:36AM 20       MR. LANGAN:  Your Honor, that's perfectly fine.  Maybe
10:36AM 21   one thing we can accomplish today is perhaps counsel could tell
10:36AM 22   us, do you want to start at 9 o'clock central or 8:30 central,
10:36AM 23   the traditional 8:30 central start time?
10:36AM 24       MR. STERBCOW:  That's fine.
10:36AM 25       MR. LANGAN:  Which would be 2:30.  8:30 central start

10:36AM 1 time.

10:36AM 2    MR. STERBCOW:  Because I think you limited it to

10:36AM 3 two hours.

10:37AM 4    MR. LANGAN:  We get a half hour.

10:37AM 5    MR. STERBCOW:  Whatever it says it says.

10:37AM 6    MR. LANGAN:  You're going to premark the exhibits too.

10:37AM 7 That was the other thing.

10:37AM 8    THE COURT:  Yes, premark your exhibits and make sure

10:37AM 9 they are over there, so when you refer to an exhibit, he refers

10:37AM 10 to an exhibit.

10:37AM 11    MR. LANGAN:  Your Honor, I will promise that someone on

10:37AM 12 our team will get back to Paul with the logistics stuff.  I know

10:37AM 13 we've started to think about it.  We're not at a standing start.

10:37AM 14    THE COURT:  Good.  Then we can accommodate it at this

10:37AM 15 end.

10:37AM 16    All right.  Alan, what have you got?

10:37AM 17    MR. YORK:  Alan York for Halliburton.  Your Honor, just

10:37AM 18 as an initial point, just to show that us spending so much time

10:37AM 19 together we've started to mind meld, that was one of my points as

10:37AM 20 well.

10:37AM 21    THE COURT:  Isn't that scary.

10:37AM 22    MR. YORK:  From our standpoint, recognizing that the PSC

10:37AM 23 has two hours and BP has only a half hour, I'm assuming that the

10:37AM 24 parties can send someone to monitor that as well --

10:37AM 25    THE COURT:  Absolutely.

10:37AM  1      MR. YORK:  The other question that I had on an upcoming

10:37AM  2  deposition is Dr. Beirute on the 29th and 30th.  That's a two-day

10:37AM  3  deposition, but my understanding is it's a 10-hour deposition.

10:38AM  4      THE COURT:  Right.

10:38AM  5      MR. YORK:  I think that in all of the permutations of

10:38AM  6  deposition that we have done so far in the case we have never had

10:38AM  7  a 10-hour deposition, so I just wanted to put it on the Court's

10:38AM  8  radar that that may be something we need to look at.

10:38AM  9          Then finally, looking at the proposed order

10:38AM 10  regarding exhibits that the Court sent out earlier this week,

10:38AM 11  taking it away from the experts, and just a question on the

10:38AM 12  authenticity objections.

10:38AM 13      THE COURT:  Yes, we'll discuss that on another occasion.

10:38AM 14  Let's defer that discussion.

10:38AM 15      MR. YORK:  Certainly.

10:38AM 16      THE COURT:  Thank you, Alan.

10:38AM 17      MR. FITCH:  Judge, in the Dr. Beirute consulting

10:38AM 18  allocation process, I respectfully ask the Court to recall that

10:38AM 19  it was Anadarko who requested that deposition.

10:38AM 20      THE COURT:  Was it?

10:38AM 21      MR. FITCH:  Yes, it was.

10:38AM 22      THE COURT:  Okay.  Thank you.

10:39AM 23      MR. FITCH:  When you're doing your allocation.

10:39AM 24      THE COURT:  In other words, don't cut you back.

10:39AM 25      MR. FITCH:  Any further.  Ever.

10:39AM 1          THE COURT:  Corey.

10:39AM 2          MR. MAZE:  Corey Maze for the State of Alabama.  We've

10:39AM 3     had an issue come up, and we just wanted to address it today.  It

10:39AM 4     doesn't have to be resolved today.  It revolves around Phase II

10:39AM 5     written discovery.  Our understanding of the way everything had

10:39AM 6     been working was we had Phase I written discovery that has

10:39AM 7     closed.  We can now start Phase II written discovery.

10:39AM 8          The states have been getting requests or letters

10:39AM 9     saying we want you to go back and amend your Phase I written

10:39AM 10    discovery request to also address Phase II on the old request

10:39AM 11    from several months ago.

10:39AM 12         Our suggestion was going to be if Your Honor would

10:39AM 13    say all of the Phase I discovery requests, written discovery

10:39AM 14    requests are now closed.  Those are now dead.  We're not going to

10:39AM 15    grandfather in old written discovery from there and apply it to

10:39AM 16    Phase II.  Then do basically the scenario that we had for

10:39AM 17    Phase I, set deadlines for the defendants, and we would prefer

10:40AM 18    joint because it would help us this time; for example, last time

10:40AM 19    we had -- Halliburton had a separate request and then they joined

10:40AM 20    the joint request.  The same with Anadarko and BP.

10:40AM 21         If we set a timeline for the defendants to jointly

10:40AM 22    file their written discovery for Phase II against the states and

10:40AM 23    the PSC, then we could do what we did last time.  The PSC would

10:40AM 24    respond on one day, and then seven days later the states, the

10:40AM 25    local governments, everyone else could adopt and then add

10:40AM  1   anything else.

10:40AM  2            It would be much more efficient for not only the

10:40AM  3   states but for the Court, instead of having us go back and sort

10:40AM  4   of take grandfathered in questions from Phase I and try to pick

10:40AM  5   them from each one and then get additional.

10:40AM  6            THE COURT:  Who asked you to go back?

10:40AM  7            MR. MAZE:  It was Anadarko.  I admit that I haven't

10:40AM  8   talked to them today.  I just saw the e-mail this morning.  I

10:40AM  9   know Louisiana got the same.  We wanted to just bring it up

10:40AM 10   today.  We think that would be a more efficient way to do it,

10:40AM 11   just have new Phase II written discovery requests.

10:40AM 12            THE COURT:  We have a much smaller category of

10:40AM 13   interested parties, it seems to me, in Phase II.  So, for

10:41AM 14   instance, Alan York has got a big grin on his face because he

10:41AM 15   doesn't care about those two, so he's a happy guy.

10:41AM 16            So why don't we do this:  Why don't we ask Anadarko

10:41AM 17   to take the lead on putting together, if we can, a joint set of

10:41AM 18   Phase II discovery requests.

10:41AM 19            MR. MAZE:  We don't have a problem answering the

10:41AM 20   request.  We like the way that Phase I was structured, and if we

10:41AM 21   use the same structure we think it would be easier on everyone.

10:41AM 22            THE COURT:  We'll go ahead and, if you don't mind, go

10:41AM 23   ahead and why don't you propose your deadline for propounding and

10:41AM 24   putting together, if possible, a joint set of discovery to the

10:41AM 25   states and to, I guess, PSC, United States, whomever.

10:42AM 1      MR. FITCH:  Certainly.  Let me chat with Andy or Mark

10:42AM 2   about that.  Either Mark or I, I suppose, will touch base with

10:42AM 3   Corey schedule wise.

10:42AM 4      MS. HIMMELHOCH:  Your Honor, I'm sorry, this is

10:42AM 5   Sarah Himmelhoch.  Did I hear you say that you were putting the

10:42AM 6   United States in this group?

10:42AM 7      THE COURT:  No, I withdraw that.

10:42AM 8      MR. UNDERHILL:  Thank you.

10:42AM 9      MS. HIMMELHOCH:  Thank you.

10:42AM 10      THE COURT:  Okay.  Anthony, what have you got?

10:42AM 11      MR. IRPINO:  A couple things, Your Honor, for

10:42AM 12   clarification.  I know we have Monday as the deadline for all

10:42AM 13   motions to compel.  Some things that we work on with multiple

10:42AM 14   parties would seem to not be included, and I wanted to make sure.

10:42AM 15      All of our confidentiality designations,

10:42AM 16   objections, or challenges, that whole meet and confer process is

10:42AM 17   a very fluid thing.  We get them in pretty much daily.  It

10:42AM 18   doesn't seem to have the same need to have a deadline for a

10:42AM 19   motion that could be handled now and then, so we're good.

10:43AM 20      THE COURT:  We're good.

10:43AM 21      MR. IRPINO:  Not being affected by the deadline.

10:43AM 22      THE COURT:  Yes.

10:43AM 23      MR. IRPINO:  A similar but in my own mind related but

10:43AM 24   not identical issue are the privilege logs that we deal with.

10:43AM 25   It's a fluid basis.  Last week we've gotten in five different

10:43AM 1    privilege logs from different parties.  Also seem to not really

10:43AM 2    be able to be handled in that same way, to say, hey, cut off, we

10:43AM 3    can't bring a motion after this point.  Is that also the case?

10:43AM 4         THE COURT:  I think that's right.  You have resolved, I

10:43AM 5    think, all old privilege claims.  So you're just currently

10:43AM 6    working on the new ones as they come up; is that right?

10:43AM 7         MR. IRPINO:  That is right to a certain degree, and I

10:43AM 8    want you to be aware of where we go or what we have been doing.

10:43AM 9    We go through each log and we're trying to catch up.  I think BP

10:43AM 10   served recently its 46th log.  We're through, like, 43 -- 45 in

10:43AM 11   terms of -- and we have a meet and confer later this afternoon

10:43AM 12   about privilege.

10:43AM 13        THE COURT:  Right.

10:43AM 14        MR. IRPINO:  We resolved them amongst ourselves, meaning

10:44AM 15   the big issues of I don't really follow your description here.

10:44AM 16   Can you be a little bit more descriptive.  BP has been extremely

10:44AM 17   good about meeting weekly to give me better descriptions for us

10:44AM 18   to go, sometimes dedesignating documents and so forth.

10:44AM 19             Out of that let's say we have a subset of X.  There

10:44AM 20   is still some privilege claims that we maybe raised an eyebrow

10:44AM 21   about, might want to challenge.  It's a relatively minor subset,

10:44AM 22   meaning out of thousands of privilege claims that we have gone

10:44AM 23   through, it's less than a hundred, but at some point we may very

10:44AM 24   well ask the Court, hey, can you take a look at this?  Is that

10:44AM 25   something you want by Monday?

10:44AM  1          THE COURT:  No.  It isn't.  As long as you are

10:44AM  2     continuing to roll through it, and let me make sure I understand.

10:44AM  3     You've been through 43 privilege logs?

10:44AM  4          MR. IRPINO:  Probably.  Yeah.

10:44AM  5          THE COURT:  Whatever the number is.  Approximately 43

10:44AM  6     logs.  Are there any outstanding issues with regard to the 43

10:45AM  7     you've been through?

10:45AM  8          MR. IRPINO:  Possibly.  Not the logs themselves because,

10:45AM  9     as far as I'm concerned, when BP gets on the phone with me --

10:45AM 10          THE COURT:  No, I'm talking about documents from those

10:45AM 11     logs.

10:45AM 12          MR. IRPINO:  We might challenge some on those logs with

10:45AM 13     one caveat.  There is one of those 43 or 44, we kind of agreed to

10:45AM 14     put off to the side for a minute because it's a bit of a monster,

10:45AM 15     and there is a lot that we have questions about.

10:45AM 16          THE COURT:  So my point is at some point you probably

10:45AM 17     want to look back at those approximately 43 logs and say, okay,

10:45AM 18     we couldn't reach agreement on these 15 documents and agree that

10:45AM 19     you'll bring it before us.  I'm not saying it's Monday.  That's

10:45AM 20     for sure.  Then on a rolling basis, you just continue working the

10:45AM 21     way you all have.  I'm not looking for trouble.

10:45AM 22          MR. IRPINO:  There hasn't been.

10:45AM 23          THE COURT:  At some point if we look back and say, okay,

10:46AM 24     as to these 15 documents, first 43 logs we have not been able to

10:46AM 25     reach agreement, then tee it up and we'll look at it.

10:46AM 1       MR. IRPINO:  It seems to me some time after Monday, but

10:46AM 2   we don't have to submit to the Monday deadline.

10:46AM 3       THE COURT:  Correct.

10:46AM 4       MR. IRPINO:  The third thing is the kind of search

10:46AM 5   terms.  We have some new Phase II discovery.  We know you wanted

10:46AM 6   that done by Monday.  We actually have Phase II discovery that's

10:46AM 7   been done.  It's actually not served, but we sent the search

10:46AM 8   terms for it or the proposed search terms for it, and we will try

10:46AM 9   and work that out.

10:46AM 10      THE COURT:  Good.

10:46AM 11      MR. IRPINO:  The final thing, fourth thing is we haven't

10:46AM 12  followed up doing a second mixer at the Loews or the

10:46AM 13  Swizzle Stick, and I think --

10:46AM 14      THE COURT:  Well, who is hosting?

10:46AM 15      MR. IRPINO:  We can't have --

10:46AM 16      THE COURT:  Didn't somebody volunteer last time to host?

10:47AM 17      MR. YORK:  I believe it was Anadarko.

10:47AM 18      MS. KUCHLER:  I don't know if we volunteered, but we

10:47AM 19  would be happy to host the next one.

10:47AM 20      THE COURT:  Anadarko is kindly volunteering.  You all

10:47AM 21  will look forward on the calendar and find a Thursday that is

10:47AM 22  good for you.  Circulate the date and make sure everybody can

10:47AM 23  comfortably get there.

10:47AM 24      MS. KUCHLER:  I have a suggestion.  I don't know if this

10:47AM 25  is too soon, but next Wednesday we're meeting with Judge Barbier

10:47AM 1   at 4:00 to talk about trial issues.  What if we do our mixer

10:47AM 2   immediately after that conference?  We might all need a drink by

10:47AM 3   then.

10:47AM 4          THE COURT:  I'm going to need a drink before then.

10:47AM 5          MS. KUCHLER:  So next Wednesday, the 24th, if that's not

10:47AM 6   too soon?

10:47AM 7          MR. FITCH:  I wonder if that's not too soon essentially

10:47AM 8   because I think there are a lot of people who are not coming to

10:47AM 9   some of these conferences or are in town.  I didn't mean to

10:48AM 10  obviously disagree with counsel.  But maybe later when we --

10:48AM 11         MS. KUCHLER:  The other option would be the Thursday

10:48AM 12  before the September 16th monthly status conference.

10:48AM 13         THE COURT:  Corey, would you put the September schedule

10:48AM 14  up.

10:48AM 15         MS. KUCHLER:  There are oral arguments to be made on the

10:48AM 16  16th, so we'll probably have a good group coming in.

10:48AM 17         THE COURT:  We've got a good group in because we've got

10:48AM 18  three depositions that day.

10:48AM 19         MS KUCHLER:  Right.  So does that work better?

10:48AM 20         THE COURT:  I think that works better.  Does everybody

10:48AM 21  agree that works better?

10:48AM 22         MS. KUCHLER:  I personally will not be able to be there

10:48AM 23  due to a family commitment for my son, but Anadarko will have

10:48AM 24  other very able drinkers there to host.  So does that work?

10:48AM 25         THE COURT:  That works.  Does that work for everybody in

10:48AM 1    the room and on the phone?

10:48AM 2            MR. FITCH:  That's fine.

10:48AM 3            MR. WITTMANN:  Thursday, September 16th?

10:48AM 4            MR. MAZE:  15.

10:48AM 5            THE COURT:  Thursday, September 15.  Oh, Deb, thank you.

10:49AM 6    I'm sorry you will miss it.  This will be your second miss, won't

10:49AM 7    it?

10:49AM 8            MR. FITCH:  It will be.  I will speak on her behalf.

10:49AM 9            MR. KRAUS:  Judge, Doug Kraus on behalf of the State of

10:49AM 10   Louisiana.  We have an issue coming up, and I know the Court is

10:49AM 11   going to rule.  I know that the Court is going to rule on a

10:49AM 12   Jay Thorseth deposition next Friday, I believe.  The PSC and the

10:49AM 13   Department of Justice have made their request that it be a

10:49AM 14   two-day.

10:49AM 15           I would just like to confirm that if it is set for

10:49AM 16   a second day that that is going to be on the 19th because we're

10:49AM 17   kind of running into some deadlines for making our travel

10:49AM 18   arrangements, and it kind of makes a difference.  If it's going

10:49AM 19   to be set for a two day and BP is going to claim he's not

10:49AM 20   available on the 18th and 19th, we don't want to have to be going

10:49AM 21   out there on the Saturday before and then sitting there idle for

10:49AM 22   multiple days.

10:49AM 23           THE COURT:  All right.

10:50AM 24           MR. LANGAN:  Your Honor, Andy Langan for BP.  The answer

10:50AM 25   is I don't know.

10:50AM 1          THE COURT:  I know you don't know.

10:50AM 2          MR. LANGAN:  So that's life in the big city.

10:50AM 3          THE COURT:  But you will know.

10:50AM 4          MR. LANGAN:  By next Friday.  We'll chat.  You already

10:50AM 5     ruled it was a one-day dep.

10:50AM 6          THE COURT:  I know.

10:50AM 7          MR. LANGAN:  We're in a reconsideration mode.

10:50AM 8          THE COURT:  I'm being harassed at this point.  So I'm

10:50AM 9     sorry if people want to make travel plans.  That comes with the

10:50AM 10    territory in this litigation.

10:50AM 11         MR. KRAUS:  Lamar McKay was set for a two-day deposition

10:50AM 12    as well.

10:50AM 13         THE COURT:  All right.  What else?

10:50AM 14         MR. HAYCRAFT:  Good morning, Your Honor.

10:50AM 15         THE COURT:  Good morning.  How are you today, Don?

10:50AM 16         MR. HAYCRAFT:  Very well, thank you.  Don Haycraft for

10:50AM 17    BP.

10:50AM 18              My purpose of coming to the podium is twofold:

10:50AM 19    One, I just want to alert the Court that on Wednesday or

10:50AM 20    Thursday, the Republic of the Marshall Islands issued an

10:50AM 21    investigation report which is available on the Republic of the

10:50AM 22    Marshall Islands' web site.  As you can see, it's a fairly hefty

10:51AM 23    document.  So BP hasn't completed the reading of the

10:51AM 24    investigation report, but we will probably be requesting a

10:51AM 25    Phase I 30(b)(6) of the Republic of the Marshall Islands.

10:51AM 1      THE COURT:  You'll give us an update on the report next

10:51AM 2 week?

10:51AM 3      MR. HAYCRAFT:  Yes.

10:51AM 4      MR. ROBERTS:  Do we have to go there, Don?

10:51AM 5      MR. HAYCRAFT:  There is a little air strip which

10:51AM 6 Mikal Watts has kindly shown pictures of at a certain deposition.

10:51AM 7 I think it will be a very small plane, however.

10:51AM 8      Actually the Republic of Marshall Islands'

10:51AM 9 corporate office for their ship flagging activities is in Vienna

10:51AM 10 or Reston, Virginia.  That's Item Number 1, Your Honor.

10:51AM 11      You do understand the *Deepwater Horizon* is flagged

10:51AM 12 by --

10:51AM 13      THE COURT:  I do.

10:51AM 14      MR. HAYCRAFT:  -- Transocean with the Republic of the

10:51AM 15 Marshall Islands, and the Republic of the Marshall Islands has

10:52AM 16 certain duties under the International Maritime Organization to

10:52AM 17 conduct an investigation, which it has done.

10:52AM 18      THE COURT:  Thank you.

10:52AM 19      MR. HAYCRAFT:  Next, you will recall that yesterday,

10:52AM 20 Robert Cowlam of Transocean and I had a deposition discovery

10:52AM 21 conference with Your Honor.  At that deposition, Exhibit Number

10:52AM 22 4637 came up, which I will forward to Your Honor.

10:52AM 23      Yesterday, during the conference, Mr. Cowlam and I

10:52AM 24 discussed with Your Honor the issue in question, which was the

10:52AM 25 witness did not remember whether the shear test procedure that

10:52AM 1   was described in Exhibit 4637 had been carried out on the

10:52AM 2   *Deepwater Horizon* on the BOP.  Such documents did not appear in

10:52AM 3   Mr. Heaton's custodial file.

10:52AM 4           In reviewing the document, the document was from

10:52AM 5   the OIM on the *Deepwater Horizon*, a fellow named Dan Williams, so

10:53AM 6   we have requested Transocean not only -- first of all, to search

10:53AM 7   for any documents relating to Exhibit 4637 but specifically to be

10:53AM 8   sure to check the custodial files of the OIMs on board who may

10:53AM 9   have information on that shear test.

10:53AM 10          I will forward the document to you, copying to

10:53AM 11  Transocean, but I want to have on the Court's radar screen for

10:53AM 12  next Friday that this is a very important issue, and the PSC

10:53AM 13  continues to ask all of the witnesses questions about whether any

10:53AM 14  shearing test was done on the *Deepwater Horizon*, and so this is

10:53AM 15  of more than minor interest.

10:53AM 16          MR. ROBERTS:  Judge, Steve Roberts for Transocean.

10:53AM 17          The record's intact.  Every time I have come to one

10:53AM 18  of these, Don has criticized Transocean in some way or another,

10:53AM 19  so I'm glad to see that nothing changes.

10:53AM 20          Just to address two points:  One, I want to get on

10:54AM 21  the record before another conspiracy letter is sent out, we don't

10:54AM 22  control the Marshall Islands.  We didn't delay the

10:54AM 23  Marshall Islands in getting its report out to in any way offend

10:54AM 24  BP.  We control a lot but we're not a sovereign nation at

10:54AM 25  Transocean.

10:54AM 1            Secondly, I saw an exchange between Don and

10:54AM 2    Robert Cowlam this morning, and my recollection -- and Don can

10:54AM 3    correct me -- is that Robert and Don disagree with what should be

10:54AM 4    produced and that they are going to have a letter exchange

10:54AM 5    available for us next week.

10:54AM 6            THE COURT:  Good.  Yes, it's only on the horizon.  We'll

10:54AM 7    take it as it comes in.

10:54AM 8            Mike says that's a bad pun.  I didn't mean for it

10:54AM 9    to be.

10:54AM 10           Okay, guys, anything else?  I'm looking for liaison

10:54AM 11   coordinating counsel after, let's say, a 10- to 15-minute break,

10:55AM 12   except Mr. Williamson is approaching the podium.

10:55AM 13           MR. WILLIAMSON:  Yes, Judge.  I thought the Court wanted

10:55AM 14   to take up today the issue whether Mr. Emmerson and Mr. Thorseth

10:55AM 15   should be a one- or two-day depo or do you have that for next

10:55AM 16   Friday?

10:55AM 17           THE COURT:  No, that's next Friday because the reply

10:55AM 18   date has not passed yet.

10:55AM 19           MR. WILLIAMSON:  Fair enough.

10:55AM 20           THE COURT:  All right.  I will see the coordinating and

10:55AM 21   the liaison counsel in a few minutes.  Thank you.

10:55AM 22           Bye, phone participants.

10:55AM 23           MS. HIMMELHOCH:  Bye.  Thank you.

24           MR. NOMELLINI:  Thank you, Your Honor.

25           (WHEREUPON, at 10:55 a.m., the proceedings were

1    concluded.)

2                              *    *    *

3

4

5

6

7                    REPORTER'S CERTIFICATE

8

9        I, Cathy Pepper, Certified Realtime Reporter, Registered

10   Merit Reporter, Certified Court Reporter of the State of

11   Louisiana, Official Court Reporter for the United States District

12   Court, Eastern District of Louisiana, do hereby certify that the

13   foregoing is a true and correct transcript, to the best of my

14   ability and understanding, from the record of the proceedings in

15   the above-entitled and numbered matter.

16

17

18                              *s/Cathy Pepper*
                                _____

19                              Cathy Pepper, CRR, RMR, CCR
                                Certified Realtime Reporter
20                              Official Court Reporter
                                United States District Court
21                              Cathy_Pepper@laed.uscourts.gov

22

23

24

25

## 1

**1** [1] - 61:10
**10** [2] - 20:3, 63:11
**10-hour** [2] - 51:3, 51:7
**10-MD-2179** [1] - 1:6
**1000** [1] - 5:18
**1001** [1] - 4:10
**10153** [1] - 6:9
**10:55** [1] - 63:25
**11** [1] - 20:3
**1100** [2] - 4:7, 5:14
**12** [1] - 8:5
**1201** [1] - 4:21
**13** [5] - 8:6, 8:8, 8:9, 15:3, 15:21
**1300** [1] - 5:6
**1331** [1] - 4:24
**13th** [2] - 31:23, 31:25
**14** [1] - 39:25
**14-day** [1] - 45:3
**15** [12] - 8:9, 8:10, 8:13, 8:16, 8:18, 8:17, 16:1, 35:18, 56:18, 56:24, 59:4, 59:5
**15-minute** [1] - 63:11
**15**............................
. [1] - 11:6
**150,000** [1] - 26:12
**15th** [3] - 18:24, 19:19, 22:15
**16** [3] - 8:19, 8:20, 34:9
**1615** [1] - 5:6
**1665** [1] - 4:24
**16th** [3] - 58:12, 58:16, 59:3
**17** [1] - 8:23
**1700** [1] - 4:21
**18** [3] - 8:24, 9:1, 9:2
**18th** [1] - 59:20
**19** [2] - 1:7, 12:2
**19th** [3] - 24:14, 59:16, 59:20

## 2

**20** [1] - 1:5
**20006** [1] - 5:10
**2007** [1] - 5:12
**201** [2] - 5:22, 12:2
**2010** [1] - 1:5
**2011** [1] - 1:7
**2020** [1] - 5:9
**20th** [4] - 33:24, 34:4, 34:5, 34:6

## 3

**30** [3] - 10:1, 10:2, 10:3
**30(b)(6** [2] - 32:5, 60:25
**30(B)(6** [1] - 10:6
**300** [1] - 3:19
**30th** [5] - 19:4, 29:24, 30:5, 49:7, 51:2
**31** [4] - 10:4, 10:5, 16:7, 16:18
**3100** [1] - 5:14
**316** [1] - 2:12

**21** [3] - 9:3, 9:6, 9:7
**2185** [1] - 6:19
**21st** [1] - 33:24
**22** [3] - 9:9, 9:10, 9:11
**22ND** [1] - 9:14
**22nd** [9] - 16:23, 16:25, 17:2, 19:19, 20:6, 23:18, 23:19, 29:12, 36:10
**22ND......** [1] - 8:22
**23** [1] - 9:14
**2300** [1] - 6:16
**23rd** [7] - 20:17, 23:22, 31:14, 31:16, 31:17, 32:25, 33:3
**24TH** [1] - 9:15
**24th** [7] - 19:21, 20:4, 23:19, 23:24, 29:2, 58:5
**25** [4] - 30:17, 30:19, 30:20, 31:1
**25th** [4] - 20:9, 29:4, 29:5, 31:7
**26** [4] - 30:17, 40:6, 47:23, 48:2
**2615** [1] - 2:8
**26th** [4] - 20:7, 20:14, 20:23, 38:6
**27** [1] - 9:18
**27th** [3] - 32:24, 38:13, 38:17
**28** [2] - 9:19, 9:20
**28th** [7] - 29:20, 37:15, 37:16, 37:22, 37:25, 38:2, 38:3
**29** [5] - 9:21, 9:22, 9:23, 9:24, 9:25
**2929** [1] - 6:12
**2990** [1] - 1:25
**29th** [10] - 20:14, 20:23, 21:2, 29:21, 36:11, 37:10, 37:14, 37:22, 51:2
**2:30** [1] - 49:25

## 4

**40,000** [1] - 43:22
**4000** [1] - 5:18
**42ND** [1] - 6:12
**43** [7] - 55:10, 56:3, 56:5, 56:6, 56:13, 56:17, 56:24
**4310** [1] - 2:4
**44** [1] - 56:13
**45** [1] - 55:10
**450** [1] - 2:17
**4637** [3] - 61:22, 62:1, 62:7
**46th** [1] - 55:10
**47** [1] - 10:20
**49** [2] - 10:21, 10:22
**4900** [1] - 4:13
**4:00** [1] - 58:1
**4th** [2] - 35:4, 35:11

## 5

**5(a** [1] - 30:18
**5.3** [2] - 24:22, 25:15
**500** [3] - 2:22, 6:20, 7:4
**5000** [1] - 3:14
**504** [1] - 7:5
**51** [2] - 10:23, 10:24
**510** [1] - 3:4
**52** [1] - 11:1
**5395** [1] - 2:18
**54** [3] - 11:2, 11:3, 14:6
**546** [1] - 4:17
**556** [1] - 1:18

**31st** [1] - 19:4
**32** [3] - 10:6, 10:7, 10:8
**32502** [1] - 2:12
**33** [1] - 10:9
**34** [3] - 10:10, 10:11, 10:12
**3450** [1] - 6:20
**35** [1] - 10:13
**36130** [1] - 2:22
**365** [1] - 1:25
**3668** [1] - 1:18
**36TH** [1] - 4:6
**37** [1] - 10:14
**3700** [1] - 4:10
**38** [2] - 10:15, 10:16
**39** [3] - 10:17, 10:18, 10:19
**3rd** [4] - 35:4, 35:6, 35:8, 35:9

**57** [2] - 11:4, 11:5
**589-7779** [1] - 7:5
**59** [1] - 11:7

## 6

**60** [1] - 11:8
**600** [1] - 2:12
**601** [2] - 2:8, 6:16
**60654** [1] - 3:19
**61** [1] - 11:11
**62** [1] - 11:12
**63** [3] - 11:13, 11:14, 11:15
**6th** [1] - 30:8

## 7

**7** [4] - 30:7, 31:22, 32:5, 32:10
**7**................................
...... [1] - 10:6
**701** [1] - 3:14
**70112** [1] - 5:6
**70113** [1] - 1:22
**70130** [5] - 1:25, 2:8, 4:18, 6:17, 7:4
**70139** [1] - 3:15
**70163** [2] - 4:7, 5:14
**70170** [1] - 5:22
**70433** [1] - 3:5
**70502** [1] - 1:19
**750** [1] - 4:13
**75270** [1] - 4:22
**767** [1] - 6:9
**77002** [3] - 4:10, 5:18, 6:21
**77006** [1] - 2:4
**77010** [1] - 4:25
**77019** [1] - 6:13
**77056** [1] - 4:13
**7TH** [1] - 2:18

## 8

**800,000** [1] - 26:14
**820** [1] - 1:21
**8:30** [3] - 49:22, 49:23, 49:25

## 9

**9** [1] - 49:22
**94102** [1] - 2:18
**9:30** [1] - 1:7

## A

**a.m** [1] - 63:25
**A.M** [1] - 1:7
**ability** [1] - 64:14
**able** [10] - 15:23, 28:23, 31:15, 36:5, 36:14, 44:10, 55:2, 56:24, 58:22, 58:24
**above-entitled** [1] - 64:15
**ABRAMSON** [1] - 2:6
**absolutely** [2] - 41:23, 50:25
**abuse** [1] - 26:2
**acceptable** [1] - 18:25
**accommodate** [1] - 50:14
**accommodated** [1] - 35:25
**accomplish** [2] - 23:16, 49:21
**action** [1] - 28:8
**ACTION** [1] - 1:6
**ACTION**.....................
.............. [1] - 9:19
**ACTIONS** [1] - 1:9
**ACTIVELY** [1] - 18:8
**actively** [2] - 18:8, 34:8
**activities** [1] - 61:9
**actual** [1] - 13:2
**add** [2] - 21:18, 52:25
**additional** [5] - 16:12, 23:12, 36:9, 39:20, 53:5
**address** [4] - 41:21, 52:3, 52:10, 62:20
**addressed** [1] - 21:12
**administration** [1] - 44:23
**administratively** [1] - 14:17
**admissibility** [1] - 44:22
**admit** [1] - 53:7
**admitted** [3] - 43:14, 44:2, 44:6
**adopt** [1] - 52:25
**advisor** [1] - 39:6
**ADVISOR** [1] - 10:18
**advisors** [1] - 15:7
**affected** [1] - 54:21
**afternoon** [1] - 55:11
**agencies** [1] - 16:7
**agency** [1] - 16:16
**agenda** [1] - 33:14
**ago** [6] - 18:22, 24:21, 25:8, 28:10, 33:18,

52:11
**agree** [9] - 19:15, 19:20, 19:21, 28:4, 46:14, 47:8, 48:11, 56:18, 58:21
**AGREED** [1] - 8:17
**agreed** [6] - 15:25, 28:12, 32:14, 37:22, 45:11, 56:13
**agreeing** [1] - 47:11
**agreement** [5] - 19:19, 20:4, 56:18, 56:25
**ahead** [3] - 22:5, 53:22, 53:23
**air** [1] - 61:5
**AL** [1] - 2:22
**Alabama** [1] - 52:2
**ALABAMA** [1] - 2:21
**ALAN** [1] - 4:24
**Alan** [11] - 17:24, 19:12, 20:8, 20:11, 32:17, 33:15, 33:17, 50:16, 50:17, 51:16, 53:14
**alert** [1] - 60:19
**ALL** [4] - 1:9, 8:21, 8:25, 11:2
**ALLEN** [2] - 6:12, 6:20
**allocated** [1] - 35:15
**allocation** [3] - 37:1, 51:18, 51:23
**allowed** [1] - 34:9
**almost** [2] - 16:7, 16:8
**alone** [2] - 17:13, 17:15
**ALSO** [1] - 6:22
**ambitious** [1] - 42:3
**amend** [1] - 52:9
**AMERICA** [6] - 3:7, 3:7, 3:8, 3:9, 3:11, 3:12
**AMERICAN** [2] - 2:7, 6:16
**amount** [2] - 27:11, 35:15
**AN** [1] - 11:8
**Anadarko** [16] - 13:14, 13:15, 18:2, 18:3, 21:6, 21:9, 22:14, 22:19, 28:12, 51:19, 52:20, 53:7, 53:16, 57:17, 57:20, 58:23
**ANADARKO** [5] - 5:3, 5:4, 8:24, 8:25, 9:3
**ANADARKO'S** [1] - 9:10
**AND** [15] - 4:4, 6:7, 8:10, 8:11, 8:12, 8:17, 8:20, 8:21, 8:24, 9:11, 9:15,

9:16, 10:24
**ANDREW** [1] - 3:17
**Andy** [12] - 14:20, 14:24, 19:13, 19:14, 20:5, 22:1, 22:11, 28:23, 37:9, 48:15, 54:1, 59:24
**answer** [2] - 27:8, 59:24
**answering** [1] - 53:19
**ANTHONY** [1] - 1:24
**Anthony** [8] - 24:17, 24:19, 25:20, 25:21, 26:11, 28:2, 28:4, 54:10
**anticipate** [4] - 41:23, 43:25, 44:1, 45:16
**anticipating** [1] - 27:2
**anxious** [1] - 31:5
**ANY** [1] - 9:17
**ANYTHING** [1] - 10:21
**appeal** [1] - 36:24
**appear** [1] - 62:2
**APPEARANCES** [7] - 1:15, 2:1, 3:1, 4:1, 5:1, 6:1, 7:1
**appendix** [2] - 43:3, 43:10
**applied** [1] - 23:8
**apply** [2] - 41:15, 52:15
**appreciate** [3] - 31:10, 34:23, 37:7
**approach** [1] - 49:1
**approaching** [1] - 63:12
**APRIL** [1] - 1:5
**arbitration** [1] - 25:11
**archive** [1] - 15:19
**ARCHIVE**..................
......... [1] - 8:16
**ARE** [1] - 9:17
**AREAUX** [1] - 5:13
**argue** [1] - 45:6
**argument** [1] - 23:4
**arguments** [1] - 58:15
**army** [1] - 20:20
**arrangements** [2] - 30:9, 49:18, 59:18
**ASBILL** [1] - 4:9
**assign** [1] - 45:4
**ASSUME** [1] - 8:11
**assume** [4] - 15:11, 35:14, 44:18, 47:6
**assuming** [1] - 50:23
**assumption** [1] - 25:18
**assurance** [1] - 20:8
**AT** [2] - 3:4, 11:5

**attach** [5] - 21:20, 40:21, 40:24, 40:25, 41:21
**ATTACH** [1] - 9:7
**attached** [3] - 40:17, 41:2, 41:20
**attachment** [1] - 21:25
**attention** [1] - 20:21
**ATTORNEY** [1] - 2:21
**attorney** [1] - 30:25
**ATTORNEYS** [1] - 3:4
**Aug** [2] - 16:23, 16:24
**AUG** [1] - 8:22
**AUGUST** [2] - 1:7, 12:2
**August** [16] - 16:7, 16:18, 17:2, 19:19, 19:22, 24:14, 29:2, 29:4, 29:5, 30:15, 31:7, 34:9, 37:10, 37:14, 49:7
**AUTHENTICITY** [1] - 10:25
**authenticity** [1] - 51:12
**author** [1] - 41:21
**available** [3] - 59:20, 60:21, 63:5
**AVAILABLE** [1] - 11:9
**AVENUE** [5] - 1:21, 2:17, 2:22, 5:22, 6:9
**avoid** [2] - 14:9, 45:24
**aware** [1] - 55:8

# B

**BABIUCH** [1] - 3:18
**baby** [2] - 27:5, 27:6
**bad** [1] - 63:8
**BALDWIN** [1] - 5:21
**ball** [1] - 48:24
**Barbier** [1] - 57:25
**BARR** [1] - 2:11
**base** [1] - 54:2
**basis** [2] - 54:25, 56:20
**Bates** [4] - 40:9, 41:17, 41:18, 43:10
**BAYLEN** [1] - 2:12
**BE** [2] - 8:20, 9:3
**becomes** [2] - 20:24, 30:18
**BEEN** [1] - 9:12
**BEFORE** [1] - 1:12
**begin** [1] - 17:3
**begun** [2] - 15:13, 22:18
**behalf** [4] - 27:22, 36:7, 59:8, 59:9

**behind** [3] - 14:19, 16:3, 36:2
**BEING** [1] - 8:7
**Beirute** [2] - 51:2, 51:17
**BEIRUTE**..................
......................... [1] - 10:23
**believes** [1] - 16:20
**BELIEVES** [1] - 8:20
**benefit** [1] - 47:9
**BERTAUT** [1] - 4:17
**best** [2] - 15:22, 64:13
**better** [6] - 14:21, 47:14, 55:17, 58:19, 58:20, 58:21
**between** [5] - 15:14, 20:23, 24:20, 36:12, 63:1
**big** [6] - 16:18, 42:17, 42:18, 53:14, 55:15, 60:2
**Bill** [1] - 25:23
**bill** [2] - 14:8, 14:12
**BINGHAM** [1] - 5:8
**BISHOP** [1] - 6:12
**bit** [3] - 19:18, 55:16, 56:14
**BLOSSMAN** [1] - 5:13
**board** [1] - 62:8
**Bob** [1] - 28:22
**BOB** [1] - 9:20
**BOCKIUS** [1] - 5:16
**BOP** [5] - 8:5, 12:23, 13:9, 13:13, 62:2
**BOP**..........................
.......... [1] - 8:8
**BOTH** [2] - 8:10, 8:24
**BOULEVARD** [1] - 2:4
**BOX** [1] - 1:18
**boy** [1] - 27:17
**BP** [51] - 3:7, 3:7, 3:8, 3:9, 3:10, 3:11, 3:12, 8:10, 8:17, 8:25, 9:16, 13:14, 13:15, 13:16, 14:4, 14:10, 14:20, 15:9, 15:10, 15:15, 15:20, 15:25, 18:2, 18:7, 18:9, 18:22, 19:14, 23:10, 23:19, 24:11, 25:2, 25:19, 26:16, 26:17, 27:11, 27:23, 28:12, 29:23, 31:19, 35:25, 37:9, 50:23, 52:20, 55:9, 55:16, 56:9, 59:19, 59:24, 60:17, 60:23, 62:24
**BP's** [5] - 22:22, 25:10, 32:25, 34:14,

47:24
**BP'S** [1] - 9:11
**BP/Halliburton** [1] - 19:4
**BRAINS** [1] - 8:8
**brains** [1] - 13:12
**BRANCH** [1] - 2:16
**Braniff** [1] - 39:2
**BRANIFF**..................
......................... [1] - 10:17
**break** [1] - 63:11
**breathing** [1] - 40:1
**BRENNAN** [1] - 4:9
**BRIAN** [1] - 2:11
**Brian** [1] - 26:17
**bridge** [1] - 44:22
**bridging** [1] - 27:25
**brief** [2] - 12:18, 17:11
**briefs** [1] - 21:17
**BRIEFS**..................
.............. [1] - 9:6
**bring** [6] - 15:24, 22:16, 36:19, 53:9, 55:3, 56:19
**broad** [1] - 26:13
**broader** [1] - 49:1
**Brock's** [1] - 49:7
**BROCK**..................
......................... [1] - 10:22
**brought** [2] - 35:16, 36:15
**Buddy** [1] - 37:8
**BUDDY** [1] - 10:14
**budgets** [1] - 14:16
**BUILDING** [1] - 2:7
**business** [1] - 27:11
**BY** [31] - 1:4, 1:17, 1:21, 1:24, 2:3, 2:7, 2:11, 2:16, 2:21, 3:13, 3:17, 4:6, 4:9, 4:12, 4:16, 4:20, 4:24, 5:5, 5:9, 5:13, 5:17, 5:21, 6:8, 6:12, 6:15, 6:19, 7:6, 7:7, 9:5, 9:14, 9:15
**bye** [2] - 63:22, 63:23

# C

**CA** [1] - 2:18
**calendar** [10] - 17:7, 20:6, 23:23, 32:16, 32:23, 35:10, 38:13, 38:14, 39:25, 57:21
**CALLED** [1] - 12:4
**CAMERON** [1] - 4:15
**Cameron** [2] - 32:13,

40:13
**CANAL** [2] - 1:24, 1:25
**capitalized** [1] - 18:9
**capping** [3] - 13:5, 13:16, 13:22
**CAPPING** [1] - 8:6
**captain** [1] - 29:22
**CAPTAIN** [1] - 9:25
**care** [3] - 13:19, 14:5, 53:15
**CARMELITE** [1] - 4:17
**CARONDELET** [1] - 4:17
**carried** [1] - 62:1
**carry** [1] - 39:8
**carryover** [1] - 47:9
**Carter** [4] - 26:6, 26:10, 26:19, 27:5
**Carter's** [1] - 27:6
**CARVER** [1] - 5:12
**case** [3] - 21:14, 51:6, 55:3
**cases** [1] - 48:22
**casting** [1] - 26:5
**catch** [1] - 55:9
**category** [2] - 38:20, 53:12
**CATHY** [1] - 7:3
**Cathy** [3] - 17:9, 64:9, 64:19
**Cathy_Pepper@laed.uscourts.gov** [1] - 64:21
**cathy_Pepper@laed.uscourts.gov** [1] - 7:5
**Cavanaugh** [1] - 26:17
**caveat** [1] - 56:13
**cc** [1] - 23:13
**CCR** [2] - 7:3, 64:19
**ceding** [1] - 36:4
**CENTER** [2] - 6:16, 6:20
**central** [4] - 49:22, 49:23, 49:25
**CENTRE** [1] - 4:6
**certain** [3] - 55:7, 61:6, 61:16
**certainly** [6] - 15:2, 25:14, 47:24, 51:15, 54:1
**CERTIFICATE** [1] - 64:7
**CERTIFIED** [1] - 7:3
**Certified** [3] - 64:9, 64:10, 64:19
**certify** [1] - 64:12
**challenge** [2] - 55:21, 56:12

**challenges** [1] - 54:16
**CHAMBERS** [1] - 6:11
**change** [1] - 17:7
**changed** [4] - 15:1, 15:2, 15:8, 48:2
**changes** [1] - 62:19
**CHARLES** [2] - 5:21, 5:22
**chat** [2] - 54:1, 60:4
**check** [2] - 25:5, 62:8
**CHICAGO** [1] - 3:19
**Chinese** [1] - 48:16
**CHRISTOVICH** [1] - 6:15
**circulate** [3] - 13:6, 48:24, 57:22
**city** [1] - 60:2
**CIVIL** [2] - 1:6, 2:16
**claim** [1] - 59:19
**claims** [4] - 36:17, 55:5, 55:20, 55:22
**clarification** [2] - 34:10, 54:12
**clarity** [1] - 41:12
**clear** [3] - 39:13, 40:6, 40:12
**CLERK** [2] - 12:7, 23:22
**client** [2] - 14:15, 20:1
**client's** [1] - 14:16
**close** [2] - 12:23, 27:10
**closed** [2] - 52:7, 52:14
**COAST** [1] - 8:20
**Coast** [5] - 16:8, 16:20, 17:2, 17:4
**Cohen** [1] - 12:21
**combined** [1] - 35:18
**comfortably** [1] - 57:23
**coming** [9] - 23:2, 23:16, 26:11, 28:7, 31:15, 58:8, 58:16, 59:10, 60:18
**comment** [2] - 17:18, 24:17
**Commission** [1] - 15:5
**commitment** [1] - 58:23
**COMPANY** [3] - 3:8, 5:4
**compel** [14] - 16:1, 18:16, 18:18, 18:20, 18:23, 19:4, 19:7, 19:23, 20:21, 20:24, 21:3, 21:9, 22:16, 54:13
**COMPEL** [1] - 9:4

**COMPEL........** [1] - 8:18
**COMPEL................. .** [1] - 11:2
**COMPEL................. ...............** [1] - 9:2
**complete** [2] - 12:23, 15:4
**completed** [1] - 60:23
**completely** [1] - 48:11
**completing** [1] - 16:11
**complexity** [1] - 45:7
**complicate** [1] - 46:25
**complicated** [2] - 45:18, 46:23
**comprehensive** [1] - 34:22
**compromise** [1] - 19:1
**COMPUTER** [1] - 7:7
**concerned** [3] - 24:6, 42:19, 56:9
**concluded** [1] - 64:1
**condition** [1] - 37:11
**conduct** [1] - 61:17
**confer** [7] - 15:10, 15:12, 15:18, 22:6, 22:13, 54:16, 55:11
**CONFER** [2] - 8:10, 8:12
**CONFERENCE** [1] - 1:12
**conference** [9] - 18:1, 38:8, 38:12, 49:13, 49:17, 58:2, 58:12, 61:21, 61:23
**CONFERENCE.......... ............** [1] - 11:11
**conferences** [2] - 16:19, 58:9
**confidentiality** [1] - 54:15
**confirm** [8] - 28:23, 29:13, 31:7, 32:13, 34:19, 37:19, 37:24, 59:15
**confirmation** [1] - 38:11
**confirmations** [1] - 31:12
**confirmed** [5] - 30:4, 31:15, 31:17, 38:12, 38:17
**confused** [5] - 42:22, 42:23, 42:24, 43:7, 44:4
**confusing** [1] - 42:20
**congratulate** [1] - 27:16
**consider** [1] - 47:25
**consideration** [2] -

28:15, 47:10
**considered** [2] - 47:21
**CONSOLIDATED** [1] - 8:21
**consolidated** [1] - 16:22
**conspiracy** [1] - 62:21
**consulting** [1] - 51:17
**contact** [2] - 30:25, 31:6
**contacted** [1] - 39:15
**contemplate** [1] - 47:6
**continue** [5] - 15:10, 18:20, 19:2, 38:6, 56:20
**CONTINUED** [6] - 2:1, 3:1, 4:1, 5:1, 6:1, 7:1
**continues** [1] - 62:13
**continuing** [3] - 19:16, 22:6, 56:2
**contractor** [1] - 31:19
**control** [3] - 15:12, 62:22, 62:24
**CONTROL......** [1] - 8:12
**conversation** [1] - 18:11
**conversations** [2] - 19:16, 22:3
**convert** [1] - 43:20
**conveyed** [1] - 16:16
**cooperating** [1] - 20:2
**coordinating** [2] - 63:11, 63:20
**copy** [1] - 15:15
**COPY** [1] - 8:13
**copying** [1] - 62:10
**COREY** [1] - 2:21
**Corey** [9] - 28:20, 29:14, 30:3, 35:9, 36:3, 52:1, 52:2, 54:3, 58:13
**CORPORATE** [1] - 8:14
**corporate** [2] - 15:16, 61:9
**CORPORATION** [3] - 3:9, 4:16, 5:3
**correct** [17] - 17:15, 18:6, 25:19, 30:6, 32:3, 33:20, 35:12, 38:17, 44:20, 48:1, 57:3, 63:3, 64:13
**cost** [1] - 14:11
**costs** [3] - 13:19, 14:4, 14:6
**COTLAR** [1] - 1:20
**counsel** [5] - 47:7, 49:21, 58:10, 63:11, 63:21

**COUNSEL** [1] - 1:17
**couple** [6] - 14:23, 19:7, 20:2, 25:6, 31:11, 54:11
**course** [7] - 21:25, 24:19, 42:7, 42:13, 44:3, 44:21, 45:9
**court** [3] - 12:18, 17:11, 48:24
**COURT** [173] - 1:1, 7:3, 12:4, 12:8, 12:12, 12:16, 12:20, 13:25, 14:19, 14:24, 17:15, 17:17, 17:18, 17:23, 18:5, 19:12, 20:5, 20:11, 20:16, 21:1, 21:15, 22:11, 22:20, 23:23, 24:10, 24:16, 24:24, 25:18, 25:24, 26:3, 27:2, 27:16, 27:19, 27:24, 28:4, 28:7, 28:19, 29:1, 29:4, 29:9, 29:14, 29:19, 30:3, 30:16, 30:21, 30:25, 31:6, 31:10, 31:13, 31:17, 31:21, 31:24, 32:12, 32:17, 32:21, 33:2, 33:8, 33:11, 33:13, 33:20, 33:22, 33:25, 34:3, 34:6, 34:18, 34:20, 34:23, 35:1, 35:5, 35:8, 35:11, 35:22, 36:3, 37:1, 37:5, 37:7, 37:14, 37:16, 37:19, 38:3, 38:5, 38:10, 38:15, 38:18, 38:22, 39:1, 39:6, 39:10, 40:15, 40:20, 40:25, 41:2, 41:10, 41:23, 42:5, 42:12, 42:24, 43:5, 43:12, 43:18, 43:24, 44:8, 44:10, 44:18, 45:2, 45:7, 45:16, 45:25, 46:2, 46:6, 46:16, 46:20, 46:22, 47:5, 47:12, 47:16, 48:4, 48:9, 48:14, 48:19, 48:23, 49:3, 49:13, 49:16, 50:8, 50:14, 50:21, 50:25, 51:4, 51:13, 51:16, 51:20, 51:22, 51:24, 52:1, 53:6, 53:12, 53:22, 54:7, 54:10, 54:20, 54:22, 55:4, 55:13, 56:1, 56:5, 56:10, 56:16, 56:23, 57:3, 57:10,

57:14, 57:16, 57:20, 58:4, 58:13, 58:17, 58:20, 58:25, 59:5, 59:23, 60:1, 60:3, 60:6, 60:8, 60:13, 60:15, 61:1, 61:13, 61:18, 63:6, 63:17, 63:20
**Court** [23] - 15:24, 17:8, 18:4, 18:22, 22:9, 34:25, 37:23, 42:22, 44:12, 48:2, 51:10, 51:18, 53:3, 55:24, 59:10, 59:11, 60:19, 63:13, 64:10, 64:11, 64:12, 64:20, 64:20
**Court's** [5] - 14:18, 16:14, 19:8, 51:7, 62:11
**courthouse** [1] - 49:17
**cover** [3] - 33:4, 39:2, 49:5
**COVER**................... [1] - 10:21
**COVINGTON** [1] - 3:5
**Cowlam** [3] - 61:10, 61:23, 63:2
**criticized** [1] - 62:18
**cross** [2] - 44:21, 44:24
**CRR** [2] - 7:3, 64:19
**cure** [2] - 31:3, 31:8
**current** [2] - 15:14, 18:16
**CURRENTLY** [1] - 8:7
**curriculum** [1] - 44:20
**custodial** [5] - 16:9, 23:8, 47:8, 62:3, 62:8
**custodian** [1] - 25:16
**CUSTODIANS** [1] - 9:12
**custodians** [6] - 22:23, 23:3, 23:7, 23:12, 24:25, 25:7
**cut** [2] - 51:24, 55:2
**cutting** [1] - 23:4

**D**

**D-U-G-A-S** [2] - 34:7
**daily** [1] - 54:17
**DALLAS** [2] - 4:22, 6:20
**damages** [1] - 36:17
**Dan** [1] - 62:5
**DANIEL** [1] - 4:12

**DARDEN** [1] - 5:12
**DART** [1] - 3:3
**data** [2] - 16:2, 16:3
**DATABASE** [2] - 8:13, 8:14
**database** [2] - 15:16
**date** [12] - 17:2, 17:6, 19:23, 23:14, 29:13, 32:5, 32:15, 32:19, 32:22, 38:10, 57:22, 63:18
**dates** [4] - 28:24, 29:6, 34:24, 46:4
**DAVID** [2] - 9:23, 10:8
**David** [3] - 29:11, 29:15, 33:2
**days** [10] - 19:7, 20:2, 20:3, 29:21, 30:13, 36:20, 36:21, 39:25, 52:24, 59:22
**DC** [1] - 5:10
**dead** [1] - 52:14
**DEADLINE** [2] - 8:18, 11:2
**deadline** [15] - 16:1, 16:2, 18:23, 19:3, 19:17, 19:18, 19:23, 22:7, 22:15, 43:20, 53:23, 54:12, 54:18, 54:21, 57:2
**deadlines** [2] - 52:17, 59:17
**deal** [1] - 54:24
**dealt** [1] - 25:7
**Deb** [1] - 59:5
**DEBORAH** [1] - 5:5
**decided** [1] - 25:12
**dedesignating** [1] - 55:18
**Deepwater** [1] - 61:11, 62:2, 62:5, 62:14
**DEEPWATER** [3] - 1:4, 4:4, 4:5
**defendants** [2] - 26:19, 52:17, 52:21
**defer** [1] - 51:14
**degree** [1] - 55:7
**delay** [1] - 62:22
**deliver** [1] - 27:10
**denied** [3] - 24:9, 34:15, 34:17
**Denise** [1] - 38:16
**DENISE** [1] - 5:17
**dep** [1] - 60:5
**Department** [2] - 15:6, 59:13
**DEPARTMENT** [1] - 2:15
**depo** [2] - 43:11, 63:15

**deponents** [1] - 34:9
**deposition** [33] - 17:6, 30:9, 30:10, 31:7, 32:14, 36:7, 36:8, 36:11, 36:13, 36:16, 36:23, 40:9, 41:16, 41:17, 42:7, 42:14, 45:10, 45:19, 45:23, 47:25, 49:7, 51:2, 51:3, 51:6, 51:7, 51:19, 59:12, 60:11, 61:6, 61:20, 61:21
**DEPOSITION** [1] - 11:11
**depositions** [6] - 30:8, 34:14, 45:9, 45:18, 47:15, 58:18
**DEPUTY** [1] - 12:7
**DEREK** [1] - 10:2
**Derek** [1] - 30:12
**described** [3] - 41:20, 42:2, 62:1
**description** [1] - 55:15
**descriptions** [1] - 55:17
**descriptive** [1] - 55:16
**designations** [1] - 54:15
**designee** [1] - 33:7
**desire** [2] - 16:3, 16:14
**desperately** [1] - 35:17
**determined** [1] - 16:12
**developed** [1] - 13:5
**DEVELOPED**............... [1] - 8:7
**DEXTER** [1] - 2:22
**difference** [2] - 20:23, 59:18
**different** [4] - 14:23, 21:8, 54:25, 55:1
**difficulties** [1] - 17:10
**dig** [2] - 48:21, 48:23
**direct** [1] - 43:14
**disagree** [2] - 58:10, 63:3
**disassembled** [1] - 13:4
**disassembly** [2] - 13:2, 13:3
**DISCOVERY** [2] - 9:1, 11:11
**discovery** [21] - 16:5, 18:9, 22:5, 24:8, 25:2, 25:10, 47:2, 52:5, 52:6, 52:7, 52:10, 52:13, 52:15, 52:22, 53:11, 53:18, 53:24, 57:5, 57:6,

61:20
**DISCOVERY**.............. [1] - 11:1
**DISCOVERY**.............. [1] - 9:9
**discuss** [1] - 51:13
**discussed** [3] - 47:1, 47:3, 61:24
**discussing** [3] - 34:13, 47:11, 48:6
**discussion** [2] - 31:8, 51:14
**discussions** [2] - 20:8, 25:16
**dispute** [1] - 33:1
**disputes** [1] - 18:10
**DISPUTES**................. [1] - 9:1
**DISTRICT** [2] - 1:1, 1:1
**District** [3] - 64:11, 64:12, 64:20
**divert** [1] - 19:10
**DIVISION** [1] - 2:16
**document** [18] - 17:6, 21:21, 28:12, 33:1, 33:5, 40:7, 40:9, 40:10, 41:5, 41:13, 41:15, 41:19, 42:10, 46:13, 60:23, 62:4, 62:10
**DOCUMENT** [1] - 1:9
**DOCUMENT**.............. [1] - 9:8
**documents** [25] - 15:21, 16:12, 24:23, 25:15, 27:21, 28:1, 40:11, 40:16, 40:18, 41:4, 41:8, 44:6, 44:23, 45:14, 45:23, 45:24, 46:5, 46:7, 47:20, 55:18, 56:10, 56:18, 56:24, 62:2, 62:7
**DOCUMENTS...** [1] - 9:18
**dog** [1] - 14:9
**DOI** [1] - 15:7
**DOI'S** [2] - 8:14, 8:16
**DOI's** [2] - 15:16, 15:18
**DOMENGEAUX** [1] - 1:17
**Don** [8] - 29:17, 60:15, 60:16, 61:4, 62:18, 63:1, 63:2, 63:3
**DON** [1] - 3:13
**done** [11] - 16:4, 16:18, 23:5, 24:24, 25:8, 33:8, 51:6,

57:6, 57:7, 61:17, 62:14
**Doo** [1] - 33:19
**Doo-Guss** [1] - 33:19
**door** [1] - 15:21
**Doug** [3] - 36:2, 36:7, 59:9
**DOUGLAS** [1] - 6:22
**down** [5] - 13:13, 26:15, 29:7, 30:3, 30:17
**Dr** [2] - 51:2, 51:17
**DR** [1] - 10:23
**draft** [5] - 13:6, 28:12, 28:14, 48:4, 48:12
**drafting** [2] - 19:11, 20:21
**DRIL** [1] - 6:11
**DRIL-QUIP** [1] - 6:11
**DRILLING** [1] - 4:4
**drink** [2] - 58:2, 58:4
**drinkers** [1] - 58:24
**Drywall** [1] - 48:16
**due** [4] - 18:16, 39:24, 39:25, 58:23
**Dugas** [3] - 33:17, 33:23, 34:6, 34:12
**DUGAS**...................... [1] - 10:9
**duplicative** [1] - 34:16
**during** [6] - 38:11, 39:15, 42:6, 44:3, 48:2, 61:23
**duties** [1] - 61:16

**E**

**E&P** [1] - 5:4
**E-MAIL** [1] - 8:16
**e-mail** [4] - 15:19, 21:24, 29:10, 53:8
**e-mails** [4] - 18:12, 21:19, 21:20, 24:21
**E-MAILS** [1] - 9:7
**Earl** [1] - 34:15
**early** [1] - 28:17
**easier** [2] - 21:18, 53:21
**easily** [1] - 44:24
**EASTERN** [1] - 1:1
**Eastern** [1] - 64:12
**eclipsed** [1] - 15:8
**educated** [1] - 33:22
**EDWARDS** [1] - 1:17
**effect** [1] - 19:24
**efficient** [2] - 47:25, 53:2, 53:10
**effort** [1] - 22:18

either [8] - 14:11, 19:4, 22:15, 33:23, 42:12, 43:3, 46:7, 54:2
electrical [1] - 13:3
ELECTRONIC [1] - 8:22
electronic [1] - 16:22
ELLIS [1] - 3:17
ELM [1] - 4:21
ELMO [1] - 28:20
ELSE [1] - 10:21
Emanuel [2] - 38:5, 38:17
EMANUEL................ ........................... [1] - 10:15
Emmerson [1] - 63:14
EMMERSON............. ........................... [1] - 11:14
enclosure [1] - 13:1
end [7] - 14:6, 14:8, 14:12, 18:19, 26:12, 49:18, 50:15
ended [1] - 24:22
Energy [1] - 15:6
ENERGY [2] - 4:6, 4:20
engage [2] - 19:5, 20:8
engaged [1] - 18:9
entitled [1] - 64:15
error [1] - 12:16
especially [1] - 23:5
ESQUIRE [31] - 1:17, 1:21, 1:24, 2:3, 2:7, 2:11, 2:16, 2:17, 2:21, 3:13, 3:17, 3:18, 3:18, 4:6, 4:9, 4:12, 4:16, 4:17, 4:20, 4:24, 5:5, 5:9, 5:13, 5:17, 5:17, 5:21, 6:8, 6:12, 6:15, 6:19, 6:22
essentially [2] - 14:6, 58:7
etcetera [3] - 41:21, 44:4, 44:19
EVENT [1] - 8:10
event [2] - 15:11, 16:3
evidence [3] - 44:3, 46:13, 46:19
Ewen [1] - 30:7
EWEN [1] - 10:1
example [1] - 52:18
except [2] - 16:8, 63:12
exchange [2] - 63:1, 63:4

EXCHANGE............. ........................... [1] - 11:13
Exhibit [3] - 61:21, 62:1, 62:7
exhibit [27] - 39:17, 39:20, 39:24, 40:18, 41:8, 42:6, 42:10, 42:11, 42:13, 42:14, 42:20, 42:21, 43:11, 43:12, 43:21, 44:17, 44:22, 44:25, 45:1, 45:5, 45:10, 45:11, 45:14, 45:20, 50:9, 50:10
exhibits [15] - 39:11, 39:17, 39:19, 40:21, 41:16, 41:17, 42:6, 43:16, 43:21, 44:1, 44:6, 45:19, 50:6, 50:8, 51:10
EXHIBITS [2] - 10:19, 10:24
expect [2] - 41:2, 41:3
EXPERT [1] - 10:20
expert [14] - 39:19, 39:23, 39:25, 40:7, 41:7, 41:14, 43:1, 43:2, 43:8, 46:10, 47:2, 47:3, 47:4, 48:18
expert's [3] - 41:13, 42:7, 42:14
experts [9] - 39:12, 39:18, 40:16, 40:19, 40:21, 41:3, 43:15, 44:15, 51:11
EXPERTS................. ........ [1] - 10:19
explained [1] - 14:23
exploration [1] - 15:17
EXPLORATION [2] - 3:10, 8:14
express [1] - 33:25
extended [2] - 18:23, 19:19
extending [1] - 19:17
extensive [1] - 25:15
extent [2] - 19:6, 41:16
extra [1] - 32:1
extremely [1] - 55:16
eyebrow [1] - 55:20

**F**

face [1] - 53:14
facilities [1] - 49:17
fact [1] - 48:7

fair [1] - 63:19
fairly [1] - 60:22
family [1] - 58:23
FANNIN [1] - 4:10
far [5] - 16:6, 17:15, 24:5, 51:6, 56:9
fast [2] - 16:15, 17:3
FEDERAL [1] - 2:15
feet [1] - 19:22
fellow [1] - 62:5
few [2] - 30:13, 63:21
FIFTH [1] - 6:9
fight [1] - 14:9
figure [2] - 45:4, 49:9
figuring [1] - 12:24
FILE [1] - 9:12
file [10] - 19:7, 21:2, 21:18, 21:19, 22:23, 25:16, 36:24, 47:8, 52:22, 62:3
filed [1] - 48:3
files [3] - 23:9, 47:4, 62:8
FILES................. [1] - 10:20
filing [3] - 18:19, 21:9, 22:9
FILING [1] - 9:3
fill [2] - 40:22, 41:24
final [3] - 12:24, 45:11, 57:11
finally [1] - 51:9
FINANCIAL [1] - 6:7
fine [11] - 20:10, 21:11, 21:24, 23:14, 27:9, 27:13, 27:16, 30:24, 49:20, 49:24, 59:2
finish [1] - 25:1
FINN [1] - 5:13
fire [1] - 19:22
FIRM [2] - 1:23, 6:19
first [7] - 23:1, 28:21, 29:25, 38:9, 44:12, 56:24, 62:6
Fitch [2] - 21:5, 38:24
FITCH [12] - 5:9, 18:6, 21:5, 30:20, 51:17, 51:21, 51:23, 51:25, 54:1, 58:7, 59:2, 59:8
five [1] - 54:25
fix [1] - 15:23
FL [1] - 2:12
flagged [1] - 61:11
flagging [1] - 61:9
floor [1] - 49:4
FLOOR [3] - 2:18, 4:6, 6:12

Florence [1] - 30:7
FLORENCE............... ........................... [1] - 10:1
FLOW [1] - 8:12
flow [1] - 15:12
fluid [2] - 54:17, 54:25
focusing [1] - 19:24
folks [1] - 28:18
follow [3] - 14:3, 18:12, 55:15
follow-up [1] - 18:12
followed [2] - 26:25, 57:12
footnote [2] - 41:18, 43:3
footnotes [1] - 43:10
footnoting [1] - 41:13
FOR [25] - 1:16, 1:23, 2:15, 2:21, 3:3, 3:7, 4:3, 4:15, 4:19, 5:3, 5:12, 5:16, 5:20, 6:3, 6:11, 6:15, 6:19, 8:6, 8:14, 8:18, 8:21, 9:11, 9:18, 10:19, 11:2
foregoing [1] - 64:13
foreign [1] - 30:8
forget [1] - 48:7
form [2] - 13:6, 48:23
formulating [3] - 24:25, 39:18, 40:7
forth [2] - 46:4, 55:18
forward [5] - 24:5, 31:5, 57:21, 61:22, 62:10
fourth [1] - 57:11
frame [2] - 13:4, 25:5
framework [1] - 47:22
FRANCISCO [1] - 2:18
frankly [1] - 44:7
FRIDAY [2] - 1:7, 12:2
Friday [9] - 23:25, 32:16, 37:10, 45:1, 59:12, 60:4, 62:12, 63:16, 63:17
Fridays [1] - 28:10
friends [5] - 14:4, 28:11, 28:14, 35:22, 35:23
FRILOT [1] - 4:5
FROM [1] - 8:22
front [3] - 13:8, 14:7, 18:14
fronted [1] - 14:10
Fry [1] - 34:15
full [1] - 19:5
fully [6] - 19:5, 27:23, 28:2, 28:5, 28:6, 41:20

funny [1] - 28:9

**G**

GARY [1] - 10:7
Gary [1] - 32:10
GATE [1] - 2:17
GENERAL'S [1] - 2:21
generated [1] - 25:9
George [1] - 28:15
GET [1] - 9:14
girl [2] - 27:17, 27:18
given [5] - 22:25, 35:18, 37:11, 43:22, 45:19
glad [2] - 19:16, 62:19
GODWIN [2] - 4:20, 4:23
Goforth [2] - 31:4, 31:6
GOFORTH [4] - 4:12, 4:12, 31:9, 37:17
GOLDEN [1] - 2:17
GOTSHAL [1] - 6:8
GOVERNMENT [1] - 2:15
governments [1] - 52:25
grandfather [1] - 52:15
grandfathered [1] - 53:4
granted [2] - 34:15, 34:17
gratifying [1] - 25:17
great [4] - 19:23, 19:24, 24:13, 48:14
GREGORY [1] - 6:15
grin [1] - 53:14
group [3] - 54:6, 58:16, 58:17
guarantee [1] - 17:1
GUARD [1] - 8:20
Guard [5] - 16:8, 16:20, 17:2, 17:4
guess [6] - 14:19, 22:7, 22:25, 30:18, 31:1, 53:25
Gulf [2] - 15:17, 27:21
GULF [2] - 1:5, 9:18
GULF....................... ........ [1] - 8:15
Guss [1] - 33:19
guy [1] - 53:15
guys [3] - 21:17, 39:10, 63:10

**H**

**HAD** [1] - 8:9
**half** [4] - 33:18, 36:14, 50:4, 50:23
**Halliburton** [7] - 17:24, 18:1, 32:1, 33:17, 36:9, 50:17, 52:19
**HALLIBURTON** [2] - 4:19, 8:24
**Halliburton's** [1] - 19:9
**handled** [2] - 54:19, 55:2
**handy** [1] - 48:20
**hanging** [2] - 20:3, 39:7
**happy** [6] - 24:18, 27:1, 35:24, 36:1, 53:15, 57:19
**HAR...........................
................** [1] - 10:2
**harassed** [1] - 60:8
**hard** [1] - 16:17
**Hart** [1] - 30:12
**HAVE** [3] - 8:11, 8:17, 9:12
**Haycraft** [1] - 60:16
**HAYCRAFT** [7] - 3:13, 60:14, 60:16, 61:3, 61:5, 61:14, 61:19
**HB406** [1] - 7:4
**head** [1] - 22:22
**hear** [6] - 12:9, 24:18, 25:17, 32:20, 46:16, 54:5
**heard** [1] - 16:14
**HEARD** [1] - 1:12
**hearsay** [1] - 46:11
**Heaton's** [1] - 62:3
**hefty** [1] - 60:22
**help** [5] - 21:22, 35:22, 35:24, 36:1, 52:18
**helpful** [2] - 21:25, 45:17
**HENRY** [1] - 3:3
**hereby** [1] - 64:12
**HERMAN** [3] - 1:20, 1:21
**hesitancy** [1] - 36:19
**hi** [1] - 12:12
**Hi** [1] - 12:12
**high** [1] - 26:12
**HIMMELHOCH** [14] - 2:17, 12:10, 12:14, 15:2, 17:13, 22:12, 32:18, 32:23, 33:5, 33:10, 33:12, 54:4,
54:9, 63:23
**Himmelhoch** [3] - 22:12, 32:18, 54:5
**history** [2] - 19:18, 24:3
**hits** [3] - 26:12, 26:14
**hold** [1] - 12:16
**HOLDINGS** [3] - 3:11, 4:3, 6:4
**honestly** [2] - 18:17, 20:20
**Honor** [55] - 12:10, 12:11, 12:14, 12:15, 14:2, 14:20, 17:20, 18:6, 20:13, 20:19, 21:4, 22:2, 22:9, 22:12, 24:1, 24:19, 24:22, 25:12, 25:22, 27:4, 27:22, 28:6, 29:6, 30:14, 30:24, 31:11, 32:4, 32:9, 32:18, 34:10, 35:2, 35:14, 35:20, 36:6, 37:6, 37:9, 38:16, 38:20, 40:13, 43:6, 46:14, 49:6, 49:20, 50:11, 50:17, 52:12, 52:4, 54:11, 59:24, 60:14, 61:10, 61:21, 61:22, 61:24, 63:24
**Honor's** [2] - 25:13, 31:23
**HONORABLE** [1] - 1:12
**hope** [3] - 34:25, 36:11, 42:2
**hopeful** [1] - 17:2
**hopefully** [2] - 28:17, 32:15
**HORIZON** [1] - 1:4
**Horizon** [4] - 61:11, 62:2, 62:5, 62:14
**horizon** [1] - 63:6
**host** [3] - 57:16, 57:19, 58:24
**hosting** [1] - 57:14
**hour** [3] - 35:19, 50:4, 50:23
**hours** [5] - 36:13, 36:22, 49:9, 50:3, 50:23
**HOUSTON** [7] - 2:4, 4:10, 4:13, 4:25, 5:18, 6:13, 6:21
**Houston** [1] - 37:10
**hundred** [2] - 26:14, 55:23
**hurry** [1] - 21:23

**I**

**I...................................
....** [1] - 8:23
**idea** [2] - 14:5, 22:17
**ideally** [1] - 18:24
**ideas** [1] - 42:18
**identical** [1] - 54:24
**identified** [6] - 29:23, 40:18, 41:7, 41:17, 44:24, 46:2
**identify** [5] - 23:24, 25:3, 40:8, 40:23, 41:3
**identifying** [1] - 33:6
**idle** [1] - 59:21
**IF** [1] - 9:16
**II** [13] - 11:1, 36:18, 36:22, 52:4, 52:7, 52:10, 52:16, 52:22, 53:11, 53:13, 53:18, 57:5, 57:6
**IL** [1] - 3:19
**imagine** [2] - 13:23, 15:20
**immediately** [1] - 58:2
**impeachment** [1] - 42:21
**important** [4] - 36:17, 36:18, 47:12, 62:12
**IN** [3] - 1:4, 1:5, 8:15
**inadvertently** [1] - 16:12
**INC** [16] - 3:7, 3:8, 3:9, 3:10, 3:12, 4:4, 4:5, 4:20, 6:3, 6:4, 6:5, 6:6, 6:7, 6:8, 6:11, 6:15
**include** [1] - 15:15
**included** [1] - 54:14
**incorporate** [1] - 28:16
**incorporated** [1] - 28:13
**incredibly** [1] - 36:18
**indeed** [2] - 12:14, 42:1
**inform** [1] - 21:8
**information** [3] - 15:4, 21:8, 62:9
**INFORMATION.......**
[1] - 8:9
**initial** [1] - 50:18
**instance** [1] - 53:14
**instead** [3] - 20:13, 37:22, 53:3
**instruction** [1] - 16:16
**intact** [1] - 62:17
**intend** [1] - 43:1
**intended** [1] - 34:16
**intention** [1] - 15:19
**interest** [1] - 62:15
**interested** [1] - 53:13
**INTERESTS** [2] - 2:15, 2:21
**interim** [1] - 27:8
**internal** [1] - 29:22
**International** [1] - 61:16
**INTERNATIONAL** [2] - 4:15, 6:7
**Internet** [3] - 40:10, 41:19, 46:7
**INTERPLEADER** [1] - 9:19
**interpleader** [1] - 28:8
**interrogatories** [1] - 22:14
**INTERROGATORIES**
.......... [1] - 9:10
**interview** [1] - 49:8
**introduce** [1] - 46:12
**INVESTIGATION** [1] - 11:9
**investigation** [4] - 29:23, 60:21, 60:24, 61:17
**involved** [3] - 25:23, 26:16, 26:24
**IP** [1] - 49:19
**Irpino** [1] - 25:21
**IRPINO** [19] - 1:23, 1:24, 25:21, 25:25, 26:4, 28:6, 54:11, 54:21, 54:23, 55:7, 55:14, 56:4, 56:8, 56:12, 56:22, 57:1, 57:4, 57:11, 57:15
**IS** [4] - 8:6, 8:13, 11:5, 11:9
**ISLANDS** [1] - 11:8
**Islands** [6] - 60:20, 60:25, 61:15, 62:22, 62:23
**ISLANDS'** [1] - 11:10
**Islands'** [1] - 60:22, 61:8
**issue** [23] - 13:20, 17:14, 21:12, 22:21, 27:23, 28:18, 30:14, 31:3, 31:5, 31:8, 33:1, 37:23, 40:3, 40:5, 42:15, 47:1, 47:17, 52:3, 54:24, 59:10, 61:24, 62:12, 63:14
**ISSUED** [1] - 11:8
**issued** [1] - 60:20
**issues** [22] - 15:10,
15:12, 15:14, 15:24, 18:1, 18:3, 18:20, 19:3, 19:6, 19:10, 20:22, 21:2, 23:24, 23:25, 25:3, 25:11, 35:19, 36:22, 36:24, 55:15, 56:6, 58:1
**ISSUES** [3] - 8:10, 8:12, 8:24
**ISSUES....** [1] - 8:25
**Item** [1] - 61:10
**ITEMS** [1] - 8:3
**ITS** [1] - 8:20

**J**

**Jack** [1] - 30:1
**JACKSON** [1] - 6:11
**Jamaica** [1] - 26:1
**JAMES** [2] - 1:17, 5:17
**JAY** [1] - 11:7
**Jay** [1] - 59:12
**JEFFERSON** [2] - 1:18, 3:4
**Jimmy** [5] - 30:22, 30:23, 37:21, 44:14, 45:8
**JIMMY** [1] - 2:3
**job** [1] - 24:25
**John** [2] - 30:1
**join** [3] - 13:21, 13:25, 14:1
**joined** [1] - 52:19
**joint** [4] - 52:18, 52:20, 53:17, 53:24
**jointly** [1] - 52:21
**JONES** [1] - 5:20
**Jordan** [1] - 31:16
**judge** [3] - 21:5, 51:17, 62:16
**JUDGE** [1] - 1:13
**Judge** [6] - 35:25, 38:2, 42:9, 57:25, 59:9, 63:13
**July** [2] - 36:10, 36:11
**JUST** [2] - 9:7, 10:24
**Justice** [1] - 59:13
**JUSTICE** [1] - 2:15

**K**

**Kanner** [2] - 35:16, 38:8
**KATZ** [1] - 1:20
**KEARNEY** [1] - 6:15
**keep** [1] - 19:22, 23:14
**keeps** [1] - 17:16
**KERRY** [1] - 4:6

**Kerry** [11] - 24:17, 26:6, 26:19, 27:16, 28:7, 28:21, 29:14, 31:1, 39:2, 39:6, 48:20
**kidding** [1] - 26:1
**kind** [4] - 56:13, 57:4, 59:17, 59:18
**kindly** [1] - 57:20, 61:6
**KIRKLAND** [1] - 3:17
**KNOW** [1] - 9:16
**knowing** [1] - 24:4
**knowledge** [2] - 47:3, 49:14
**knows** [3] - 24:15, 26:4, 48:5
**KORETZKY** [1] - 5:12
**KRAUS** [5] - 6:22, 36:6, 37:6, 59:9, 60:11
**Kraus** [2] - 36:7, 59:9
**KUCHLER** [9] - 5:4, 5:5, 57:18, 57:24, 58:5, 58:11, 58:15, 58:19, 58:22
**KULLMAN** [1] - 2:6

**L**

**L.L.C** [1] - 5:16
**L.P** [1] - 5:20
**LA** [13] - 1:19, 1:22, 1:25, 2:8, 3:5, 3:15, 4:7, 4:18, 5:6, 5:14, 5:22, 6:17, 7:4
**Labor** [1] - 23:2
**LACOUR** [1] - 6:15
**Lacy** [2] - 31:14, 31:19
**LACY**.........................
................... [1] - 10:4
**LAFAYETTE** [1] - 1:19
**LAMAR** [2] - 4:24, 10:13
**Lamar** [2] - 35:13, 60:11
**Langan** [5] - 14:20, 18:15, 19:14, 37:9, 59:24
**LANGAN** [51] - 3:17, 14:20, 19:14, 20:10, 20:17, 22:2, 24:1, 24:11, 25:17, 27:13, 28:25, 29:3, 30:14, 30:17, 31:11, 31:14, 31:18, 31:22, 31:25, 32:4, 34:2, 34:4, 35:2, 35:7, 37:9, 37:15, 37:18, 37:25, 38:4, 38:20, 38:23,

46:14, 46:17, 46:21, 46:24, 47:6, 47:13, 47:19, 48:11, 48:20, 49:1, 49:15, 49:20, 49:25, 50:4, 50:6, 50:11, 59:24, 60:2, 60:4, 60:7
**Large** [1] - 25:23
**large** [2] - 13:14, 25:24
**LASALLE** [1] - 3:19
**last** [12] - 15:1, 15:2, 18:1, 29:18, 30:6, 37:10, 38:11, 39:6, 52:18, 52:23, 54:25, 57:16
**late** [1] - 21:13
**LAW** [3] - 1:23, 3:4, 6:19
**lawsuit** [1] - 48:2
**layer** [1] - 25:12
**Leach** [1] - 32:10
**leach** [1] - 32:12
**LEACH**.........................
................... [1] - 10:7
**lead** [1] - 53:17
**learned** [1] - 44:18
**least** [5] - 19:9, 24:5, 26:8, 35:19, 39:6
**leave** [1] - 37:7
**LEE** [1] - 6:11
**left** [2] - 16:4, 37:13
**less** [1] - 55:23
**LET** [1] - 9:16
**letter** [7] - 21:9, 21:17, 21:25, 35:14, 35:20, 62:21, 63:4
**LETTER** [1] - 9:3, 9:6, 11:13
**letters** [2] - 21:19, 52:8
**LEVIN** [1] - 2:10
**LEWIS** [4] - 2:6, 3:12, 4:12, 5:16
**liaison** [2] - 63:10, 63:21
**LIAISON** [1] - 1:17
**life** [1] - 60:2
**LIFE** [2] - 2:7, 6:16
**LIKE** [1] - 9:16
**likelihood** [1] - 18:19
**likely** [1] - 21:9
**LIKELY** [1] - 9:3
**limited** [1] - 50:2
**LIMITED** [1] - 3:11
**limits** [1] - 48:4
**line** [6] - 12:21, 14:3, 28:13, 28:16, 38:24, 48:13

**LISKOW** [1] - 3:12
**list** [17] - 23:7, 28:21, 29:7, 30:2, 39:17, 39:19, 39:21, 40:2, 40:6, 41:8, 42:6, 42:11, 42:20, 42:21, 45:11, 45:17, 46:19
**listed** [1] - 43:3
**LISTING** [2] - 9:11, 9:15
**listing** [4] - 22:23, 23:8, 23:18, 39:17
**lists** [3] - 39:25, 40:18, 42:20
**litigation** [1] - 60:10
**live** [2] - 20:11, 22:8
**LLC** [4] - 4:3, 5:12, 6:4, 6:5
**LMRP** [1] - 13:15
**local** [1] - 52:25
**Loews** [1] - 57:12
**LOEWS** [1] - 11:5
**log** [2] - 55:9, 55:10
**logical** [1] - 20:18
**logistical** [1] - 40:5
**logistically** [1] - 49:10
**logistics** [1] - 50:12
**logs** [11] - 16:13, 16:15, 54:24, 55:1, 56:3, 56:6, 56:8, 56:11, 56:12, 56:17, 56:24
**LOGS**.........................
................... [2] - 8:19, 11:3
**London** [3] - 31:14, 31:16, 49:11
**look** [17] - 17:19, 20:5, 20:6, 21:11, 21:15, 37:1, 43:12, 43:14, 46:3, 46:6, 49:15, 51:8, 55:24, 56:17, 56:23, 56:25, 57:21
**looked** [1] - 13:9
**looking** [9] - 13:19, 16:23, 28:22, 30:19, 32:15, 35:18, 51:9, 56:21, 63:10
**lose** [1] - 19:25
**LOUISIANA** [4] - 1:1, 1:7, 3:3, 5:18
**Louisiana** [9] - 22:4, 22:10, 36:7, 36:10, 36:13, 53:9, 59:10, 64:11, 64:12
**Louisiana's** [1] - 36:17
**LP** [1] - 5:4
**Lubel** [2] - 37:12, 37:24

**LYNDEN** [1] - 6:15

**M**

**machine** [2] - 12:19, 17:12
**MAGISTRATE** [1] - 1:13
**MAIL** [1] - 8:16
**mail** [4] - 15:19, 21:24, 29:10, 53:8
**mails** [4] - 18:12, 21:19, 21:20, 24:21
**MAILS** [1] - 9:7
**maintenance** [2] - 31:3, 31:8
**MAJOR** [1] - 4:20
**majority** [1] - 16:9
**MANAGEMENT** [1] - 6:3
**MANAGING** [1] - 8:14
**managing** [1] - 15:16
**MANGES** [1] - 6:8
**manner** [1] - 13:19
**manual** [1] - 38:12
**Marie** [1] - 49:18
**MARINE** [3] - 6:5, 6:6, 6:6
**Maritime** [1] - 61:16
**Mark** [7] - 12:12, 12:21, 26:17, 27:20, 27:22, 54:1, 54:2
**MARK** [1] - 3:18
**mark** [3] - 12:21, 29:2, 29:15
**marked** [2] - 42:14, 44:16
**MARSHALL** [2] - 11:8, 11:10
**Marshall** [8] - 60:20, 60:22, 60:25, 61:8, 61:15, 62:22, 62:23
**Marty** [1] - 28:14
**material** [1] - 46:18
**materials** [2] - 43:16, 48:18
**matter** [2] - 14:16, 64:15
**Maze** [1] - 52:2
**MAZE** [13] - 2:21, 29:16, 30:5, 35:10, 35:12, 35:23, 36:2, 37:4, 38:14, 52:2, 53:7, 53:19, 59:4
**MCCUTCHEN** [1] - 5:8
**McDonald** [1] - 29:22
**MCDONALD**...............
................... [1] - 9:25

**McKay** [4] - 35:3, 35:13, 35:20, 60:11
**MCKAY**.........................
................... [1] - 10:13
**MDL** [3] - 6:19, 48:16
**mean** [6] - 16:8, 25:6, 44:2, 44:25, 58:9, 63:8
**meaning** [1] - 55:14, 55:22
**measure** [1] - 15:9
**MECHANICAL** [1] - 7:6
**medical** [2] - 37:11, 37:23
**MEET** [2] - 8:10, 8:11
**meet** [11] - 15:10, 15:12, 15:18, 17:2, 20:1, 22:6, 22:13, 24:2, 25:13, 54:16, 55:11
**meeting** [2] - 55:17, 57:25
**meld** [1] - 50:19
**mention** [1] - 31:18
**mentioned** [1] - 32:20
**Merit** [1] - 64:10
**metal** [1] - 13:15
**METHOFF** [1] - 6:19
**Mexico** [1] - 27:21
**MEXICO** [2] - 1:5, 9:18
**MI** [1] - 5:16
**MICHAEL** [1] - 2:16
**microphone** [1] - 44:8
**midnight** [1] - 39:23
**might** [9] - 22:3, 27:3, 27:7, 35:7, 45:17, 49:1, 55:21, 56:12, 58:2
**Mikal** [1] - 61:6
**Mike** [1] - 63:8
**MILLER** [5] - 4:6, 24:18, 25:5, 27:4, 27:7, 27:15, 27:18, 28:9, 28:23, 29:6, 29:10, 29:17, 29:20, 30:1, 30:6, 31:4, 32:9, 32:13, 39:3, 39:9, 43:6, 43:13, 43:19, 48:15, 48:21
**Miller** [5] - 26:6, 26:19, 31:22, 31:25, 35:17
**MILLER**.........................
................... [1] - 10:5
**million** [5] - 15:4, 15:21, 24:22, 25:15, 26:14
**MILLION** [1] - 8:9

**mind** [6] - 43:8, 43:23, 48:6, 50:19, 53:22, 54:23
**minor** [2] - 55:21, 62:15
**minute** [2] - 20:20, 56:14
**minutes** [3] - 35:18, 36:14, 63:21
**mirrored** [1] - 26:5
**miss** [2] - 59:6
**missed** [9] - 13:12, 13:17, 15:22, 15:23, 16:11, 38:15, 38:18, 47:1, 47:18
**MITCHELL** [1] - 2:10
**MIXER** [1] - 11:5
**mixer** [2] - 57:12, 58:1
**mode** [1] - 60:7
**modify** [1] - 48:25
**MOEX** [2] - 5:12, 28:12
**moment** [1] - 18:22
**MONDAY** [2] - 9:4, 9:14
**Monday** [13] - 13:2, 13:4, 18:16, 20:7, 21:10, 22:7, 23:19, 54:12, 55:25, 56:19, 57:1, 57:2, 57:6
**money** [2] - 14:15, 42:18
**monitor** [1] - 50:24
**monster** [1] - 56:14
**MONTGOMERY** [1] - 2:22
**monthly** [1] - 58:12
**months** [3] - 24:21, 25:8, 52:11
**MOOTED** [1] - 9:18
**mooted** [1] - 27:21
**Morgan** [1] - 34:15
**MORGAN** [1] - 5:16
**MORGAN**.................
..........................[1] - 10:12
**morning** [9] - 12:8, 12:15, 17:10, 21:5, 36:6, 53:8, 60:14, 60:15, 63:2
**motion** [8] - 18:18, 19:23, 21:9, 22:16, 24:8, 42:25, 54:19, 55:3
**MOTION** [1] - 9:3
**MOTIONS** [3] - 8:18, 9:2, 11:2
**motions** [11] - 16:1, 18:16, 18:20, 18:23, 19:4, 19:7, 19:11,

20:21, 20:24, 21:3, 54:13
**mouth** [1] - 20:19
**move** [4] - 19:3, 24:5, 31:5, 33:2
**moved** [2] - 24:10, 33:1
**moving** [2] - 27:19, 32:24
**MR** [202] - 10:3, 10:11, 10:17, 11:14, 11:15, 12:11, 12:15, 13:23, 14:1, 14:2, 14:20, 17:20, 17:24, 18:6, 18:7, 19:14, 20:10, 20:13, 20:17, 20:18, 21:4, 21:5, 22:2, 24:1, 24:11, 24:18, 25:5, 25:17, 25:21, 25:25, 26:4, 27:4, 27:6, 27:7, 27:13, 27:15, 27:18, 27:22, 27:25, 28:6, 28:9, 28:23, 28:25, 29:3, 29:6, 29:10, 29:16, 29:17, 29:20, 29:25, 30:1, 30:5, 30:6, 30:14, 30:17, 30:20, 30:23, 31:4, 31:9, 31:11, 31:14, 31:18, 31:22, 31:25, 32:3, 32:4, 32:9, 32:13, 33:17, 33:21, 33:23, 34:2, 34:4, 34:8, 34:19, 34:21, 34:24, 35:2, 35:7, 35:10, 35:12, 35:23, 35:24, 36:2, 36:6, 37:4, 37:6, 37:9, 37:15, 37:17, 37:18, 37:21, 37:25, 38:2, 38:4, 38:8, 38:11, 38:14, 38:20, 38:23, 39:3, 39:9, 40:13, 40:16, 40:23, 41:1, 41:6, 41:9, 41:12, 42:3, 42:9, 42:17, 42:25, 43:6, 43:13, 43:19, 44:5, 44:12, 44:20, 45:3, 45:13, 45:21, 45:22, 46:1, 46:4, 46:9, 46:14, 46:17, 46:21, 46:24, 47:6, 47:13, 47:19, 47:22, 47:24, 48:6, 48:11, 48:15, 48:20, 48:21, 49:1, 49:6, 49:14, 49:15, 49:20, 49:24, 49:25, 50:2, 50:4, 50:5, 50:6, 50:11,

50:17, 50:22, 51:1, 51:5, 51:15, 51:17, 51:21, 51:23, 51:25, 52:2, 53:7, 53:19, 54:1, 54:8, 54:11, 54:21, 54:23, 55:7, 55:14, 56:4, 56:8, 56:12, 56:22, 57:1, 57:4, 57:11, 57:15, 57:17, 58:7, 59:2, 59:3, 59:4, 59:8, 59:9, 59:24, 60:2, 60:4, 60:7, 60:11, 60:14, 60:16, 61:3, 61:4, 61:5, 61:14, 61:19, 62:16, 63:13, 63:19, 63:24
**MS** [50] - 10:10, 12:10, 12:14, 15:2, 17:13, 22:12, 32:18, 32:23, 33:5, 33:10, 33:12, 38:16, 54:4, 54:9, 57:18, 57:24, 58:5, 58:11, 58:15, 58:19, 58:22, 63:23
**multihour** [1] - 18:11
**multiple** [2] - 54:13, 59:22
**MUTUALLY** [1] - 8:17
**mutually** [1] - 15:25
**mystery** [1] - 24:14

**N**

**name** [2] - 29:25, 41:20
**named** [1] - 62:5
**narrow** [1] - 21:1
**narrowed** [2] - 26:15
**nation** [1] - 62:24
**natural** [1] - 36:17
**necessarily** [2] - 40:24, 43:15
**necessary** [2] - 19:18, 20:25
**NEED** [1] - 10:21
**need** [18] - 18:3, 20:16, 23:13, 25:5, 35:17, 36:21, 36:22, 37:12, 39:19, 41:7, 42:5, 47:16, 49:5, 49:9, 51:8, 54:18, 58:2, 58:4
**negotiated** [1] - 24:20
**negotiation** [1] - 26:9
**neighborhood** [1] - 36:12
**NEIL** [1] - 10:16
**Neil** [1] - 38:19

**never** [1] - 51:6
**new** [9] - 32:19, 32:22, 39:3, 39:17, 48:8, 48:9, 53:11, 55:6, 57:5
**NEW** [13] - 1:7, 1:22, 1:25, 2:8, 3:15, 4:7, 4:18, 5:6, 5:14, 5:22, 6:9, 6:17, 7:4
**New** [4] - 29:21, 29:24, 31:23, 31:25
**news** [3] - 17:25, 18:7, 28:11
**next** [27] - 12:25, 13:7, 19:2, 21:1, 22:21, 23:25, 28:17, 29:17, 29:23, 30:12, 32:16, 34:25, 35:21, 38:7, 39:4, 45:1, 57:19, 57:25, 58:5, 59:12, 60:4, 61:1, 61:19, 62:12, 63:5, 63:15, 63:17
**Nguyen** [1] - 34:13
**NGUYEN**...................
.............................[1] - 10:11
**nice** [1] - 26:10
**night** [1] - 39:23
**NIZIALEK** [1] - 5:13
**NO** [1] - 1:6
**NOAA** [1] - 15:7
**NOMELLINI** [3] - 8:18, 12:11, 12:15, 27:22, 27:25, 63:24
**Nomellini** [2] - 26:17, 27:22
**nonMacondo** [1] - 28:1
**nonprivileged** [1] - 15:5
**NOON** [2] - 9:14, 9:15
**noon** [2] - 23:17, 23:18
**normal** [1] - 21:24
**normally** [2] - 40:17, 46:10
**NORTH** [5] - 3:4, 3:8, 3:9, 3:11, 3:12
**NOTE** [2] - 12:18, 17:11
**noted** [1] - 18:22
**nothing** [4] - 27:3, 27:15, 49:14, 62:19
**notice** [1] - 30:18
**notified** [1] - 33:3
**November** [2] - 35:4, 35:9
**Number** [2] - 61:10, 61:21

**number** [8] - 40:9, 41:18, 43:11, 43:21, 44:25, 45:15, 56:5
**numbered** [2] - 41:18, 64:15
**numbers** [6] - 15:3, 44:17, 45:1, 45:5, 45:10, 45:20
**NW** [1] - 5:9
**NY** [1] - 6:9

**O**

**O'BRIEN'S** [1] - 6:3
**o'clock** [1] - 49:22
**O'KEEFE** [1] - 1:21
**object** [3] - 46:4, 46:10, 46:13
**objection** [3] - 13:23, 34:12, 36:25
**objections** [3] - 44:6, 51:12, 54:16
**OBJECTIONS**...........
..............[1] - 10:25
**observation** [1] - 44:13
**obvious** [1] - 44:15
**obviously** [4] - 27:13, 48:1, 58:10
**occasion** [1] - 51:13
**occasions** [1] - 14:23
**October** [7] - 30:8, 31:23, 31:25, 33:24, 34:6, 38:6
**OF** [17] - 1:1, 1:5, 1:12, 2:15, 3:3, 8:8, 8:9, 8:13, 8:21, 8:23, 8:25, 9:12, 9:18, 10:20, 11:8, 11:10
**offend** [1] - 62:23
**offer** [1] - 33:23
**office** [3] - 21:22, 49:18, 61:9
**OFFICE** [1] - 2:21
**OFFICIAL** [1] - 7:3
**Official** [2] - 64:11, 64:20
**OFFLINE** [1] - 8:16
**offline** [1] - 15:19
**OFFSHORE** [3] - 4:4, 5:12, 6:4
**Oil** [1] - 15:5
**OIL** [3] - 1:4, 1:4, 8:14
**oil** [1] - 15:16
**OIM** [1] - 62:5
**OIMs** [1] - 62:8
**old** [3] - 52:10, 52:15, 55:5
**omitted** [1] - 32:9

**ON** [8] - 1:5, 8:10, 8:12, 8:22, 9:14, 9:15, 10:25, 11:9
**one** [46] - 13:7, 17:6, 20:12, 24:7, 29:17, 29:22, 30:6, 30:7, 30:11, 30:12, 32:1, 32:6, 32:15, 34:2, 34:10, 34:17, 35:2, 35:3, 35:15, 36:23, 37:11, 37:22, 38:7, 39:10, 39:20, 41:25, 42:9, 43:6, 45:17, 48:10, 48:15, 49:8, 49:21, 50:19, 52:24, 53:5, 56:13, 57:19, 60:5, 60:19, 62:17, 62:20, 63:15
**ONE** [3] - 1:24, 3:13, 6:20
**one-day** [2] - 36:23, 60:5
**ones** [5] - 28:21, 34:2, 38:20, 39:3, 55:6
**open** [1] - 49:4
**operational** [1] - 16:24
**opinion** [3] - 18:19, 33:25, 40:8
**opinions** [1] - 39:18
**option** [1] - 58:11
**OR** [3] - 9:8, 11:5
**oral** [1] - 58:15
**ORDER** [2] - 10:24, 12:4
**order** [15] - 23:5, 24:9, 25:1, 25:11, 28:11, 31:23, 32:7, 34:9, 34:11, 34:20, 34:21, 34:22, 39:4, 40:10, 51:9
**orders** [1] - 35:2
**Organization** [1] - 61:16
**organizing** [1] - 19:24
**original** [2] - 19:18, 46:22
**Orleans** [4] - 29:21, 29:24, 31:23, 31:25
**ORLEANS** [12] - 1:7, 1:22, 1:25, 2:8, 3:15, 4:7, 4:18, 5:6, 5:14, 5:22, 6:17, 7:4
**otherwise** [2] - 28:2, 41:20
**ought** [1] - 47:20
**OUR** [3] - 8:10, 8:25, 9:10
**ourselves** [2] - 22:15, 55:14
**OUT** [2] - 9:15, 9:18

**outlined** [1] - 43:2
**OUTSTANDING** [1] - 8:24
**outstanding** [4] - 15:14, 18:1, 30:11, 56:6
**owe** [1] - 22:5
**own** [2] - 23:23, 54:23

## P

**PAGE** [1] - 8:3
**page** [3] - 30:7, 31:22, 32:10
**pages** [3] - 15:4, 15:21, 24:23
**PAGES** [1] - 8:9
**paid** [2] - 14:15, 42:17
**PAN** [2] - 2:7, 6:16
**PAPANTONIO** [1] - 2:10
**PAPER** [1] - 8:21
**paper** [1] - 16:22
**paragraph** [4] - 34:11, 34:13, 34:14, 41:15
**PARKWAY** [1] - 6:12
**part** [1] - 14:14
**participants** [3] - 12:9, 17:9, 63:22
**parties** [17] - 13:18, 17:22, 19:22, 21:13, 32:24, 33:3, 33:6, 39:15, 45:4, 45:5, 48:3, 48:17, 50:24, 53:13, 54:14, 55:1
**parties'** [1] - 16:14
**party** [3] - 40:8, 41:4, 42:10
**passed** [1] - 63:18
**past** [1] - 18:10
**path** [1] - 46:17
**Paul** [4] - 42:1, 42:3, 43:2, 50:12
**PAUL** [1] - 2:7
**pause** [2] - 12:18, 17:11
**pay** [1] - 14:7
**PDF** [2] - 9:8, 21:21
**PENSACOLA** [1] - 2:12
**people** [5] - 19:10, 29:7, 49:19, 58:8, 60:9
**pepper** [1] - 12:16
**PEPPER** [1] - 7:3
**Pepper** [5] - 17:9, 16:19, 64:9, 64:18, 64:19
**per** [1] - 26:21

**Perfect** [1] - 21:21
**PERFECT** [1] - 9:8
**perfectly** [2] - 27:13, 49:20
**perhaps** [4] - 19:11, 47:7, 48:12, 49:21
**period** [1] - 47:14
**permutations** [1] - 51:5
**person** [1] - 44:12
**personally** [1] - 58:22
**perspective** [2] - 19:9, 26:8
**PETROLEUM** [1] - 5:3
**Phase** [24] - 17:22, 22:5, 25:2, 36:15, 36:18, 36:21, 36:22, 52:4, 52:6, 52:7, 52:9, 52:10, 52:13, 52:16, 52:17, 52:22, 53:4, 53:11, 53:13, 53:18, 53:20, 57:5, 57:6, 60:25
**PHASE** [3] - 8:23, 9:9, 11:1
**Phil** [6] - 40:13, 40:20, 41:25, 42:5, 42:8, 42:17
**PHILLIP** [2] - 4:16, 5:13
**phone** [8] - 12:9, 17:9, 24:21, 30:8, 30:10, 56:9, 59:1, 63:22
**physically** [1] - 39:16
**pick** [1] - 53:4
**pictures** [1] - 61:6
**piece** [1] - 16:25
**pieces** [1] - 13:15
**PIGMAN** [1] - 4:16
**PLACE** [2] - 1:24, 5:21
**PLAINTIFFS** [1] - 1:23
**PLAINTIFFS'** [1] - 1:16
**plan** [1] - 13:4
**PLAN** [1] - 8:6
**plane** [1] - 61:7
**planned** [1] - 37:25
**plans** [1] - 60:9
**plate** [1] - 47:19
**pleasantly** [1] - 25:19
**plugged** [1] - 12:17
**podium** [3] - 33:15, 60:18, 63:12
**point** [12] - 14:10, 21:11, 39:17, 44:14, 47:12, 50:18, 55:3, 55:23, 56:16, 56:23, 60:8
**points** [4] - 24:4, 26:24, 50:19, 62:20

**POLK** [1] - 5:4
**polled** [1] - 32:24
**poor** [1] - 20:19
**portion** [1] - 14:7
**position** [1] - 19:1
**possible** [5] - 16:15, 21:16, 53:24
**possibly** [1] - 56:8
**POYDRAS** [7] - 2:8, 3:14, 4:7, 5:6, 5:14, 6:16, 7:4
**practical** [1] - 14:15
**preadmission** [1] - 43:17
**preadmitted** [1] - 44:1
**precedent** [1] - 47:9
**prefer** [1] - 52:17
**prejudice** [2] - 14:11, 14:13
**premark** [2] - 50:6, 50:8
**prepared** [1] - 22:8
**PRESENT** [1] - 6:22
**present** [1] - 36:24
**PRESERVATION** [1] - 8:5
**preservation** [2] - 12:23, 13:10
**preserve** [2] - 13:13, 19:8
**presumptively** [1] - 46:18
**pretty** [2] - 12:23, 54:17
**prevent** [1] - 19:9
**previously** [1] - 21:12
**Pride** [1] - 28:1
**PRIVILEGE** [2] - 8:19, 11:3
**privilege** [10] - 16:11, 16:13, 16:15, 54:24, 55:1, 55:5, 55:12, 55:20, 55:22, 56:3
**privileged** [1] - 16:13
**problem** [7] - 35:8, 36:3, 39:13, 39:22, 40:12, 49:16, 53:19
**problems** [1] - 23:21
**PROBLEMS.............. .................... [1] - 9:17
**procedure** [2] - 47:25, 61:25
**proceeding** [1] - 23:6
**PROCEEDINGS** [3] - 1:12, 7:6, 12:1
**proceedings** [2] - 63:25, 64:14
**process** [14] - 16:10, 22:17, 22:19, 25:10,

26:5, 26:9, 26:18, 26:25, 43:8, 43:17, 45:3, 48:7, 51:18, 54:16
**processing** [2] - 39:16, 40:4
**PROCTOR** [1] - 2:11
**produce** [4] - 25:14, 31:20, 45:24, 45:25
**produced** [6] - 15:3, 15:5, 16:9, 32:14, 48:17, 63:4
**PRODUCED** [2] - 7:7, 8:9
**producing** [5] - 15:4, 15:7, 17:3, 24:22, 45:24
**PRODUCTION** [5] - 3:7, 3:10, 8:11, 8:13, 10:20
**production** [6] - 15:9, 15:11, 15:15, 17:6, 26:21, 47:3
**PRODUCTS** [1] - 3:12
**professional** [1] - 26:17
**professionalism** [1] - 26:16
**program** [1] - 39:7
**PROGRAM................ .................... [1] - 10:18
**progress** [4] - 18:12, 18:17, 18:18, 19:15
**progressing** [1] - 13:1
**promise** [2] - 27:10, 50:11
**promptly** [2] - 21:15, 23:10
**proposal** [1] - 48:12
**propose** [2] - 19:1, 53:23
**proposed** [2] - 51:9, 57:8
**PROPOSED** [1] - 10:24
**proposing** [1] - 40:17
**propounding** [1] - 53:23
**protective** [2] - 24:9, 25:11
**protocol** [3] - 47:7, 47:11, 47:25
**provide** [1] - 31:12
**provided** [2] - 28:1, 32:1
**PSC** [24] - 13:16, 13:21, 14:7, 24:13, 24:20, 25:7, 25:21, 27:9, 30:19, 30:23,

34:1, 35:22, 35:23, 36:3, 37:2, 37:21, 41:12, 44:14, 50:22, 52:23, 53:25, 59:12, 62:12
**pull** [3] - 18:17, 39:20, 40:2
**pulling** [1] - 45:17
**pun** [1] - 63:8
**purpose** [2] - 45:4, 60:18
**pursuant** [1] - 40:6
**put** [9] - 18:18, 52:15, 39:16, 47:10, 47:16, 49:19, 51:7, 56:14, 58:13
**putting** [4] - 21:11, 53:17, 53:24, 54:5

## Q

**quantity** [1] - 15:6
**quasi** [1] - 43:16
**QUESTION** [1] - 10:24
**questioned** [1] - 45:23
**questions** [5] - 40:14, 42:19, 53:4, 56:15, 62:13
**quick** [1] - 13:21
**quickly** [1] - 49:6
**QUIP** [1] - 6:11
**quit** [1] - 40:2
**quite** [3] - 20:14, 23:1, 44:7

## R

**radar** [4] - 47:10, 47:16, 51:8, 62:11
**RAFFERTY** [1] - 2:11
**raise** [1] - 47:1
**raised** [4] - 22:21, 38:24, 39:11, 55:20
**range** [1] - 43:22
**ranges** [1] - 43:21
**rare** [1] - 34:20
**RATE** [1] - 8:12
**rate** [1] - 15:12
**rather** [1] - 42:6
**RE** [1] - 1:4
**reach** [3] - 22:19, 56:18, 56:25
**read** [2] - 22:25, 23:23
**reading** [2] - 41:4, 60:23
**ready** [1] - 17:17
**really** [4] - 24:7, 24:15, 55:1, 55:15

**Realtime** [2] - 64:9, 64:19
**REALTIME** [1] - 7:3
**reason** [4] - 16:6, 20:14, 20:18, 36:16
**reasons** [1] - 14:22
**recent** [1] - 32:7
**recently** [1] - 55:10
**recognize** [1] - 12:13
**recognizing** [1] - 50:22
**recollection** [1] - 63:2
**reconsider** [1] - 35:15
**reconsideration** [1] - 60:7
**record** [7] - 21:19, 21:23, 28:4, 35:3, 62:21, 64:14
**record's** [1] - 62:17
**RECORDED** [1] - 7:6
**records** [5] - 15:5, 15:6, 16:9, 16:22, 23:7
**RECORDS** [1] - 8:22
**recount** [1] - 24:3
**recounting** [1] - 22:3
**recover** [1] - 26:2
**red** [2] - 28:13, 28:16
**refer** [2] - 41:5, 50:9
**reference** [2] - 43:10, 44:24
**referencing** [1] - 41:14
**refers** [1] - 50:9
**reformed** [1] - 33:21, 33:22
**regard** [3] - 18:7, 22:22, 56:6
**REGARDING** [1] - 10:24
**regarding** [1] - 51:10
**Registered** [1] - 64:9
**regret** [1] - 15:22
**REGULATION** [1] - 8:15
**regulation** [1] - 15:17
**reimbursement** [1] - 14:11
**relate** [1] - 36:21
**related** [5] - 15:11, 16:2, 16:3, 22:5, 54:23
**RELATED** [1] - 8:11
**RELATES** [1] - 1:9
**relating** [2] - 22:10, 62:7
**relative** [2] - 13:9, 13:10
**relatively** [1] - 55:21
**releasing** [1] - 16:11

**reliance** [20] - 39:11, 39:17, 39:19, 39:24, 40:16, 40:21, 41:8, 42:6, 42:10, 42:20, 43:12, 43:15, 43:20, 44:1, 44:6, 45:14, 45:19, 46:5, 46:18, 48:18
**RELIANCE** [1] - 10:19
**relied** [7] - 39:18, 40:7, 41:4, 41:14, 43:2, 47:21
**rely** [5] - 40:16, 46:10, 46:11
**relying** [1] - 44:16
**remaining** [3] - 21:2, 34:8, 34:24
**remember** [2] - 34:20, 61:25
**remembers** [1] - 48:2
**reminds** [1] - 27:4
**removal** [1] - 13:2
**RENAISSANCE** [1] - 4:21
**reply** [4] - 23:20, 24:16, 24:17, 63:17
**REPLY** [1] - 9:16
**REPORT** [1] - 11:9
**report** [23] - 12:22, 14:25, 17:5, 17:19, 17:21, 25:8, 27:8, 28:10, 30:7, 32:8, 32:10, 32:11, 38:6, 39:7, 39:9, 41:5, 41:13, 43:20, 49:9, 60:21, 60:24, 61:1, 62:23
**reported** [1] - 16:20
**Reporter** [6] - 64:9, 64:10, 64:11, 64:19, 64:20
**reporter** [2] - 12:19, 17:12
**REPORTER** [4] - 7:3, 7:3, 17:17, 44:8
**REPORTER'S** [3] - 12:18, 17:11, 64:7
**reporting** [1] - 22:13
**reports** [12] - 17:22, 39:19, 39:23, 39:25, 40:5, 40:17, 40:21, 41:7, 43:1, 43:9, 43:14, 48:4
**Republic** [6] - 60:20, 60:21, 60:25, 61:8, 61:14, 61:15
**REPUBLIC** [2] - 11:8, 11:10
**request** [16] - 13:22, 18:14, 18:15, 19:20,

20:13, 22:22, 26:21, 27:21, 32:25, 34:15, 52:10, 52:19, 52:20, 53:20, 59:13
**REQUEST** [2] - 9:11, 9:18
**requested** [4] - 36:9, 36:10, 51:19, 62:6
**requesting** [1] - 60:24
**requests** [6] - 34:14, 52:8, 52:13, 52:14, 53:11, 53:18
**requirements** [1] - 21:18
**reservation** [1] - 32:25
**reset** [1] - 17:12
**resolve** [4] - 18:12, 20:22, 22:16, 47:15
**RESOLVED** [1] - 8:25
**resolved** [9] - 18:2, 22:4, 27:23, 28:3, 28:5, 28:6, 52:4, 55:4, 55:14
**resource** [1] - 36:17
**resources** [1] - 19:8
**respect** [6] - 14:17, 16:1, 16:4, 16:7, 21:10, 21:12
**RESPECT** [1] - 9:4
**respectfully** [1] - 51:18
**respectively** [1] - 45:5
**respond** [2] - 18:15, 52:24
**responded** [2] - 13:10, 16:5
**response** [1] - 16:22
**RESPONSE** [2] - 6:3, 8:22
**response)** [2] - 29:19, 33:12
**RESPONSES** [2] - 9:4, 9:10
**responses** [3] - 21:10, 21:13, 22:14
**restarted** [1] - 17:12
**restarts** [1] - 12:19
**Reston** [1] - 61:10
**rethink** [1] - 43:24
**reverting** [1] - 21:7
**review** [1] - 23:10
**reviewed** [1] - 47:20
**reviewing** [1] - 62:4
**reviews** [1] - 16:11
**revolves** [1] - 52:4
**RFA** [3] - 9:4, 21:10, 21:13
**RICH** [1] - 10:5
**Rich** [2] - 31:22, 35:17
**rich** [1] - 31:25

**RICHESON** [1] - 5:5
**Rick** [1] - 34:15
**RICK** [1] - 10:12
**RIG** [1] - 1:4
**rights** [1] - 32:25
**rise** [2] - 12:7, 44:14
**RMR** [2] - 7:3, 64:19
**ROB** [1] - 9:24
**Rob** [1] - 29:17
**Robert** [3] - 61:20, 63:2, 63:3
**ROBERTS** [4] - 4:9, 27:6, 61:4, 62:16
**Roberts** [1] - 62:16
**rock** [1] - 31:13
**Roger** [1] - 34:6
**ROGER** [1] - 10:9
**roll** [2] - 31:13, 56:2
**Roller** [2] - 29:3, 29:4
**ROLLER...................
...........................** [1]
- 9:22
**rolling** [2] - 16:15, 56:20
**RONQUILLO** [2] - 4:20, 4:23
**room** [3] - 40:22, 41:24, 59:1
**ROOM** [2] - 2:18, 7:4
**ROY** [2] - 1:17, 1:17
**Rule** [4] - 14:6, 40:6, 47:23, 48:2
**rule** [4] - 48:8, 48:9, 59:11
**ruled** [1] - 60:5
**ruling** [1] - 14:18
**run** [2] - 23:13, 26:10
**RUNNING** [1] - 8:20
**running** [3] - 16:21, 17:3, 59:17
**RUSNAK** [1] - 2:3
**RYAN** [1] - 3:18

## S

**S.'s** [1] - 17:21
**s/Cathy** [1] - 64:18
**sabbatical** [1] - 26:2
**sake** [1] - 41:12
**SALLY** [1] - 1:12
**SAN** [1] - 2:18
**Sarah** [9] - 12:12, 14:25, 18:22, 21:7, 22:12, 22:20, 32:18, 33:3, 54:5
**SARAH** [1] - 2:17
**Saturday** [1] - 59:21
**save** [1] - 14:15
**saw** [1] - 53:8, 63:1

scan [1] - 13:22
SCANNING [1] - 8:6
scanning [2] - 13:5, 29:11
scary [1] - 50:21
scenario [1] - 52:16
schedule [3] - 24:2, 54:3, 58:13
scheduling [1] - 30:14
SCHELL [1] - 5:4
science [1] - 15:7
Scofield [1] - 38:16
SCOFIELD [2] - 5:17, 38:16
scratch [1] - 28:24
screen [1] - 47:10, 62:11
SEACOR [6] - 6:4, 6:4, 6:5, 6:5, 6:6, 6:6
search [20] - 22:23, 22:24, 23:3, 23:8, 23:12, 24:12, 24:13, 24:19, 24:25, 25:15, 26:2, 26:8, 26:10, 26:13, 26:20, 27:25, 57:4, 57:7, 57:8, 62:6
SEARCH [3] - 9:11, 9:13, 11:4
searched [2] - 22:24, 23:7
SEARCHED [1] - 9:12
searches [1] - 17:3
SEARCHING [1] - 8:21
searching [2] - 16:21, 24:25
seat [1] - 12:8
second [7] - 20:7, 25:12, 36:20, 42:25, 57:12, 59:6, 59:16
SECOND [1] - 11:5
secondly [1] - 63:1
see [13] - 13:11, 14:6, 24:16, 25:2, 35:5, 36:2, 36:4, 37:2, 37:12, 39:12, 60:22, 62:19, 63:20
seeing [1] - 16:10
seeking [1] - 14:11
seem [4] - 44:10, 54:14, 54:18, 55:1
segregate [1] - 13:18
self [1] - 14:3
self-serving [1] - 14:3
send [4] - 12:22, 14:8, 21:20, 50:24
SEND [1] - 9:7
sense [2] - 15:8, 46:19
sent [3] - 28:14, 33:5, 51:10, 57:7, 62:21

separate [4] - 21:20, 40:18, 41:8, 52:19
SEPARATE [1] - 9:7
September [19] - 16:1, 18:24, 22:15, 29:12, 29:20, 29:24, 30:5, 31:14, 33:3, 37:16, 37:17, 37:18, 37:19, 38:13, 38:17, 58:12, 58:13, 59:3, 59:5
SEPTEMBER [2] - 8:18, 11:6
served [3] - 16:5, 55:10, 57:7
SERVICES [1] - 4:20
serving [1] - 14:3
set [13] - 35:4, 36:16, 46:4, 47:9, 49:7, 49:10, 52:17, 52:21, 53:17, 53:24, 59:15, 59:19, 60:11
seven [2] - 36:13, 52:24
several [4] - 16:19, 33:13, 39:15, 52:11
share [2] - 19:14, 48:13
sharing [1] - 14:4
Shaw [2] - 38:19, 38:25
SHAW........................
........................ [1] -
10:16
shear [2] - 61:25, 62:9
SHEARING [1] - 11:12
shearing [1] - 62:14
SHELL [1] - 3:13
ship [1] - 61:9
shocked [1] - 40:20
short [1] - 34:14
show [2] - 13:15, 50:18
shown [1] - 61:6
SHUSHAN [1] - 1:12
sick [1] - 25:25
side [1] - 56:14
SIEMENS [1] - 6:7
signed [1] - 28:17
significant [1] - 15:9
similar [3] - 26:16, 26:20, 54:23
simply [1] - 20:14
Singapore [2] - 30:9, 30:10
sit [1] - 28:14
site [2] - 41:21, 60:22
SITE............ [1] -
11:10
sitting [1] - 59:21
situation [1] - 43:25

six [1] - 26:14
skin [1] - 13:3
small [1] - 61:7
smaller [2] - 20:20, 53:12
solution [1] - 39:14
SOME [1] - 9:4
someone [4] - 35:16, 48:12, 50:11, 50:24
sometimes [2] - 26:12, 55:18
somewhere [1] - 36:12
son [1] - 58:23
soon [4] - 13:6, 57:25, 58:6, 58:7
sooner [1] - 47:13
sorry [9] - 23:19, 23:23, 29:14, 34:3, 37:18, 38:22, 54:4, 59:6, 60:9
sort [5] - 21:11, 22:2, 43:16, 49:12, 53:3
sorts [1] - 44:21
sounds [1] - 13:8
SOURCE [1] - 8:12
source [1] - 15:12
SOUTH [1] - 2:12
sovereign [1] - 62:24
speaking [2] - 21:17, 42:4
specific [2] - 26:21, 42:1
specifically [2] - 38:24, 62:7
spending [1] - 50:18
SPILL [1] - 1:4
Spill [1] - 15:5
spun [1] - 18:21
SQUARE [1] - 3:13
squeezing [1] - 14:16
ST [2] - 5:21, 5:22
STACK [1] - 8:6
stack [3] - 13:5, 13:16, 13:22
staff [1] - 40:1
stage [2] - 21:13, 23:5
stamp [2] - 41:18
stand [1] - 23:15
standing [2] - 14:19, 50:13
standpoint [1] - 50:22
start [11] - 13:2, 13:4, 13:7, 17:25, 20:21, 47:17, 49:22, 49:23, 49:25, 50:13, 52:7
started [3] - 49:15, 50:13, 50:19
starting [1] - 47:2

State [5] - 22:4, 22:10, 52:2, 59:9, 64:10
STATE [2] - 2:21, 3:3
state [1] - 28:5
statement [1] - 41:14
states [12] - 35:13, 35:17, 35:18, 35:25, 36:1, 36:12, 36:18, 52:8, 52:22, 52:24, 53:3, 53:25
STATES [3] - 1:1, 1:13, 8:17
States [11] - 13:16, 14:7, 15:15, 15:25, 17:13, 21:7, 21:10, 53:25, 54:6, 64:11, 64:20
STATES....................
............... [1] - 9:5
status [4] - 16:19, 17:22, 18:1, 58:12
STATUS [1] - 1:12, 8:23
STEFANIE [1] - 4:20
Stelly [1] - 34:12
STELLY....................
........................ [1] -
10:10
steno [1] - 12:19, 17:12
STENOGRAPHY [1] - 7:6
step [2] - 42:9, 48:15
STEPHEN [1] - 1:21
Sterbcow [1] - 26:23
STERBCOW [10] - 2:6, 2:7, 41:9, 41:12, 47:22, 49:6, 49:14, 49:24, 50:2, 50:5
Steve [3] - 24:16, 27:4, 62:16
STEVEN [1] - 4:9
STEWART [1] - 10:4
Stewart [1] - 31:14
STICK [1] - 11:5
Stick [1] - 57:13
still [7] - 22:5, 23:2, 26:1, 32:4, 32:14, 49:9, 55:20
stipulated [2] - 48:3, 48:17
STONE [1] - 4:16
stones [1] - 26:5
stop [1] - 45:8
STRADLEY [1] - 6:19
STREET [7] - 1:18, 1:25, 2:8, 2:12, 3:4, 3:14, 4:7, 4:10, 4:17, 4:21, 5:6, 5:9, 5:14, 5:18, 6:16, 6:20, 7:4

strip [1] - 61:5
structure [1] - 53:21
structured [1] - 53:20
stuff [2] - 26:24, 50:12
subject [1] - 32:7
submit [1] - 57:2
subset [2] - 55:19, 55:21
sufficient [1] - 23:11
sufficiently [2] - 40:8, 41:3
suggest [3] - 23:17, 48:15, 48:25
suggestion [7] - 14:9, 14:14, 14:17, 14:21, 47:24, 52:12, 57:24
suggestions [2] - 28:13, 28:16
SUITE [12] - 1:25, 2:8, 2:12, 3:14, 4:10, 4:13, 4:21, 4:24, 5:6, 5:14, 5:18, 6:16
suppose [1] - 54:2
supposed [1] - 32:6
surprise [1] - 23:1
surprised [1] - 25:19
suspect [1] - 24:24
suspicion [1] - 25:1
SUTHERLAND [1] - 4:9
SWIZZLE [1] - 11:5
Swizzle [1] - 57:13
SYSTEM [1] - 8:20
system [2] - 16:21, 17:4

## T

TARTER [1] - 5:17
team [3] - 18:18, 48:12, 50:12
technical [1] - 17:10
technology [1] - 17:1
tee [1] - 56:25
teleconference [1] - 49:12
telephone [1] - 18:11
temporary [1] - 13:1
tend [1] - 46:14
tentative [7] - 28:24, 29:5, 29:12, 30:3, 37:20, 38:5, 38:10
term [1] - 26:2
TERMS [1] - 9:11
terms [23] - 15:3, 19:17, 22:2, 22:4, 22:23, 22:24, 23:3, 23:8, 23:12, 24:12, 24:13, 24:19, 24:25,

25:7, 25:15, 26:8, 26:10, 26:13, 26:20, 55:11, 57:5, 57:8
TERMS......................
.............. [1] - 9:13
TERMS......................
...................... [1] - 11:4
terrible [1] - 12:12
terrific [1] - 33:11
territory [1] - 60:10
TESSIER [1] - 5:12
test [3] - 61:25, 62:9, 62:14
TEST......................
...................... [1] - 11:12
TESTIFYING [1] - 10:20
testifying [1] - 47:3
testimony [1] - 43:15
testing [1] - 16:23
TEXAS [1] - 6:13
THAT [1] - 10:21
THE [197] - 1:4, 1:5, 1:12, 1:16, 1:23, 2:15, 3:3, 8:6, 8:8, 8:12, 8:13, 8:15, 8:17, 8:21, 8:22, 9:5, 9:14, 9:15, 9:18, 10:25, 11:5, 11:8, 11:9, 11:10, 12:7, 12:8, 12:12, 12:16, 12:20, 13:25, 14:19, 14:24, 17:15, 17:17, 17:18, 17:23, 18:5, 19:12, 20:5, 20:11, 20:16, 21:1, 21:15, 22:11, 22:20, 23:22, 23:23, 24:10, 24:16, 24:24, 25:18, 25:24, 26:3, 27:2, 27:16, 27:19, 27:24, 28:4, 28:7, 28:19, 29:1, 29:4, 29:9, 29:14, 29:19, 30:3, 30:16, 30:21, 30:25, 31:6, 31:10, 31:13, 31:17, 31:21, 31:24, 32:12, 32:17, 32:21, 33:2, 33:8, 33:11, 33:13, 33:20, 33:22, 33:25, 34:3, 34:6, 34:18, 34:20, 34:23, 35:1, 35:5, 35:8, 35:11, 35:22, 36:3, 37:1, 37:5, 37:7, 37:14, 37:16, 37:19, 38:3, 38:5, 38:10, 38:15, 38:18, 38:22, 39:1, 39:6, 39:10, 40:15,

40:20, 40:25, 41:2, 41:10, 41:23, 42:5, 42:12, 42:24, 43:5, 43:12, 43:18, 43:24, 44:8, 44:10, 44:18, 45:2, 45:7, 45:16, 45:25, 46:2, 46:6, 46:16, 46:20, 46:22, 47:5, 47:12, 47:16, 48:4, 48:9, 48:14, 48:19, 48:23, 49:3, 49:13, 49:16, 50:8, 50:14, 50:21, 50:25, 51:4, 51:13, 51:16, 51:20, 51:22, 51:24, 52:1, 53:6, 53:12, 53:22, 54:7, 54:10, 54:20, 54:22, 55:4, 55:13, 56:1, 56:5, 56:10, 56:16, 56:23, 57:3, 57:10, 57:14, 57:16, 57:20, 58:4, 58:13, 58:17, 58:20, 58:25, 59:5, 59:23, 60:1, 60:3, 60:6, 60:8, 60:13, 60:15, 61:1, 61:13, 61:18, 63:6, 63:17, 63:20
themselves [3] - 26:20, 40:5, 56:8
THEN [1] - 9:16
THEODORE [1] - 6:8
THERE [1] - 9:16
thinking [2] - 40:22, 47:17
third [1] - 57:4
THIS [2] - 1:9, 9:4
THOMAS [1] - 2:10
Thorseth [2] - 59:12, 63:14
THORSETH......................
.......................... [2] - 11:7, 11:15
THOSE [1] - 9:13
thousands [1] - 55:22
three [1] - 58:18
throughout [1] - 18:10
throw [1] - 14:18
THURSDAY [1] - 11:6
Thursday [5] - 57:21, 58:11, 59:3, 59:5, 60:20
Tiano [2] - 29:3, 29:4
TIANO......................
...................... [1] - 9:21
timeline [1] - 52:21
timetable [1] - 25:13
timing [1] - 47:13
TIMS [2] - 8:13, 15:15

TO [10] - 1:9, 8:18, 9:2, 9:3, 9:4, 9:10, 9:16, 10:21, 11:2, 52:4,
today [11] - 12:22, 17:19, 47:15, 49:15, 49:21, 52:3, 52:4, 53:8, 53:10, 60:15, 63:14
together [7] - 39:16, 39:20, 40:2, 45:17, 50:19, 53:17, 53:24
Tony [2] - 21:5, 49:7
TONY [1] - 10:22
took [1] - 35:11
top [1] - 30:7
TOPIC [1] - 10:6
topic [2] - 32:5, 33:6
topics [1] - 33:4
TORTS [1] - 2:16
touch [2] - 49:19, 54:2
tough [1] - 14:16
TOWER [1] - 4:21
town [1] - 58:9
traditional [1] - 49:23
Trahan [1] - 37:8
TRAHAN......................
...................... [1] - 10:14
trained [1] - 44:11
transcript [1] - 64:13
TRANSCRIPT [2] - 1:12, 7:6
Transocean [18] - 23:6, 23:11, 23:18, 24:8, 24:12, 24:20, 26:6, 26:10, 28:11, 31:2, 32:13, 61:14, 61:20, 62:6, 62:11, 62:16, 62:18, 62:25
TRANSOCEAN [4] - 4:3, 4:3, 4:5, 9:14
TRANSOCEAN'S [1] - 9:11
Transocean's [1] - 22:22
travel [2] - 59:17, 60:9
treatises [1] - 44:19
trial [10] - 19:22, 42:10, 42:11, 42:13, 42:21, 43:16, 43:21, 44:21, 46:19, 58:1
Trocquet [4] - 32:19, 32:21, 32:22, 33:2
TROCQUET......................
...................... [1] - 10:8
trouble [1] - 56:21
true [1] - 29:1, 64:13
try [6] - 14:15, 30:12, 35:24, 39:4, 53:4,

57:8
trying [11] - 15:19, 15:20, 18:12, 19:3, 20:19, 20:22, 26:2, 43:7, 45:24, 46:12, 55:9
TSEKERIDES [1] - 6:8
Tuesday [6] - 12:24, 23:17, 23:19, 27:11, 35:21, 39:4
Turlak [2] - 29:17, 29:20
TURLAK......................
...................... [1] - 9:24
turn [1] - 43:8
turns [1] - 31:18
two [20] - 13:7, 24:4, 28:10, 29:21, 36:8, 36:13, 36:21, 36:22, 43:19, 49:9, 50:3, 50:23, 51:2, 53:15, 59:14, 59:19, 60:11, 62:20, 63:15
two-day [6] - 36:8, 36:13, 51:2, 59:14, 60:11, 63:15
twofold [1] - 60:18
TX [7] - 2:4, 4:10, 4:13, 4:22, 4:25, 5:18, 6:21
tying [1] - 35:17
type [2] - 14:12, 44:23
typically [1] - 36:11

U

U.S [3] - 2:15, 5:20, 18:23
ugly [1] - 22:22
ultimately [1] - 44:2
under [4] - 22:15, 48:8, 48:9, 61:16
Underhill [1] - 14:21
UNDERHILL [5] - 2:16, 14:2, 42:17, 42:25, 54:8
undertake [2] - 31:6, 31:19
underwriters [1] - 28:13
unified [2] - 40:2, 42:6
unilateral [1] - 19:20
United [10] - 13:16, 14:7, 15:15, 17:13, 21:7, 21:10, 53:25, 54:6, 64:11, 64:20
UNITED [3] - 1:1, 1:13, 9:5

unless [4] - 21:7, 28:1, 32:19, 46:12
unlike [1] - 19:22
unnecessary [1] - 19:11
UNTIED [1] - 8:17
Untied [1] - 15:25
up [35] - 12:24, 14:3, 14:7, 16:21, 18:12, 18:14, 18:19, 22:21, 23:2, 23:14, 24:22, 25:2, 27:11, 28:20, 31:7, 35:16, 36:15, 41:24, 42:18, 43:12, 45:7, 48:21, 48:23, 49:4, 49:10, 52:3, 53:9, 55:6, 55:9, 56:25, 57:12, 58:14, 59:10, 61:22, 63:14
UP [1] - 8:20
upcoming [1] - 51:1
update [4] - 12:23, 37:2, 37:8, 61:1
US [1] - 9:7, 9:16
USING [1] - 9:12

V

vast [2] - 15:6, 16:9
VICTOR [1] - 10:15
Victor [2] - 38:5, 38:17
video [2] - 49:13, 49:16
Vienna [1] - 61:9
view [3] - 19:15, 22:15, 39:17
Vioxx [1] - 48:16
Virginia [1] - 61:10
virtually [1] - 15:4
visualize [1] - 43:7
vitaes [1] - 44:20
voices [1] - 12:13
volume [1] - 15:9
volunteer [1] - 57:16
volunteered [1] - 57:18
volunteering [1] - 57:20

W

waited [1] - 27:13
waiting [1] - 27:15
WALKER [1] - 5:20
Walsh [2] - 28:22, 29:1
WALSH......................
...................... [1] -

9:20

**WALTHER** [1] - 4:16

**wants** [4] - 24:16, 24:17, 30:25, 46:10

**WARE** [1] - 6:11

**WARREN** [1] - 5:9

**WASHINGTON** [1] - 5:10

**wasted** [1] - 18:21

**Watts** [1] - 61:6

**ways** [1] - 26:20

**WE** [2] - 8:9, 10:21

**WE'LL** [1] - 8:11

**WE'VE** [1] - 8:25

**Weatherbee** [1] - 49:8

**WEATHERFORD** [1] - 5:20

**web** [2] - 41:21, 60:22

**WEB** [1] - 11:10

**Wednesday** [6] - 23:22, 23:24, 39:4, 57:25, 58:5, 60:19

**WEDNESDAY** [1] - 9:15

**week** [22] - 12:25, 15:1, 15:3, 18:10, 19:2, 19:5, 21:1, 22:22, 23:16, 28:17, 29:11, 29:18, 34:25, 35:21, 38:7, 39:5, 39:11, 39:15, 51:10, 54:25, 61:2, 63:5

**week's** [1] - 38:12

**weekend** [5] - 19:6, 20:16, 20:24, 27:7, 28:15

**weekly** [1] - 55:17

**weeks** [2] - 13:7, 43:19

**WEIL** [1] - 6:8

**WEINER** [1] - 5:5

**WELL** [1] - 10:18

**WENDY** [1] - 6:12

**wheeler** [1] - 30:17

**wheeler's** [1] - 30:25

**WHEELER**................. ......................... [1] - 10:3

**wheels** [1] - 18:21

**WHEN** [1] - 9:7

**WHEREUPON** [1] - 63:25

**WHICH** [2] - 8:13, 11:9

**whole** [2] - 43:24, 54:16

**WHOSE** [1] - 9:12

**wife** [1] - 27:6

**WILL** [3] - 8:20, 9:3, 9:14

**WILLIAM** [2] - 5:21,

6:19

**Williams** [2] - 26:6, 62:5

**Williamson** [5] - 30:23, 37:21, 44:14, 48:11, 63:12

**WILLIAMSON** [18] - 2:3, 2:3, 13:23, 14:1, 30:23, 35:24, 37:21, 38:2, 42:3, 44:12, 44:20, 45:3, 45:13, 45:21, 47:24, 48:6, 63:13, 63:19

**willing** [2] - 19:21, 20:1

**wise** [1] - 54:3

**WITH** [4] - 8:10, 8:24, 8:25, 9:4

**withdraw** [1] - 54:7

**withheld** [1] - 16:13

**witness** [9] - 17:6, 32:5, 33:6, 36:10, 36:15, 36:17, 36:18, 36:21, 61:25

**witnesses** [3] - 29:23, 36:20, 62:13

**WITTMANN** [14] - 4:16, 4:16, 40:13, 40:16, 40:23, 41:1, 41:6, 42:9, 44:5, 45:22, 46:1, 46:4, 46:9, 59:3

**Wittmann** [2] - 40:13, 46:15

**wonder** [1] - 58:7

**wonderful** [1] - 27:19

**WOODWAY** [1] - 4:13

**WORD** [2] - 9:7, 9:8

**Word** [2] - 21:21

**word** [2] - 39:16, 40:4

**words** [3] - 37:20, 46:17, 51:24

**WORK** [1] - 8:6

**WORK**...................... ............. [1] - 8:5

**workable** [1] - 36:23

**works** [4] - 31:23, 58:20, 58:21, 58:25

**world** [1] - 47:18

**WORLDWIDE** [1] - 6:5

**worrying** [1] - 40:2

**WOULD** [1] - 9:16

**wrap** [1] - 12:24

**WRIGHT** [1] - 1:17

**written** [8] - 52:5, 52:6, 52:7, 52:9, 52:13, 52:15, 52:22, 53:11

**WRITTEN** [1] - 11:1

**wrote** [1] - 29:18

# Y

**year** [1] - 33:18

**yesterday** [3] - 15:3, 61:19, 61:23

**YOAKUM** [1] - 2:4

**York** [7] - 17:18, 17:24, 20:1, 33:17, 34:5, 50:17, 53:14

**YORK** [25] - 4:24, 6:9, 17:20, 17:24, 18:7, 20:13, 20:18, 21:4, 29:25, 32:3, 33:17, 33:21, 33:23, 34:8, 34:19, 34:21, 34:24, 38:8, 38:11, 50:17, 50:22, 51:1, 51:5, 51:15, 57:17

**York's** [1] - 19:15

**YOU** [1] - 9:7

**Young** [2] - 29:11, 29:15

**YOUNG**.................... ...................... [1] - 9:23