UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### ORDER

**[Regarding BP's Motion to Compel Production of Documents from the State of Louisiana]**

The undersigned has reviewed the letter dated August 22, 2011 from counsel for BP regarding disagreement concerning the requests for production of documents made by BP to the State. Discovery deadlines for Phase One are fast approaching. The State of Louisiana is to provide the undersigned with its specific responses to the issues raised by BP, and not re-assert generalized objections, **by noon on Monday, August 29, 2011.**

New Orleans, Louisiana, this 25th day of August, 2011.

                                                 **SALLY SHUSHAN**
                                                 **United States Magistrate Judge**