IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 ) ) ) ) ) ) | MDL No. 2179<br><br>SECTION: J                    **NOTICE OF MOTION** |
| This Document Relates to:<br>*Case No. 2:11-cv-01806* ) ) ) | Judge Barbier<br>Mag. Judge Shushan |

S I R S:

PLEASE TAKE NOTICE that Petitioner Tim Terrell, by his attorneys Edwards & Associates, L.L.C., and Folkenflik & McGerity, will move this Court at a date to be determined by the Court pursuant to a Pre-trial Order 15 [Docket No. 676] for an Order Remanding this action to the Courts of Louisiana on the grounds that this action does not arise under the Constitution, Treaties or laws of the United States and one of the defendants is a citizen of Louisiana, the state in which the action was brought, and accordingly this action is not properly removable under 28 U.S.C. § 1441(b). This motion is supported by the Plaintiff's Memorandum of Law.

Dated: New York, New York
       August 25, 2011

                              Respectfully submitted,

                              **EDWARDS & ASSOCIATES, L.L.C.**

                              By:    /s/Byard Peck Edwards, Jr.
                                     Byard "Peck" Edwards, Jr.
                              902 C.M. Fagan Drive
                              Suite G
                              Hammond, LA 70403

FOLKENFLIK & MCGERITY

By: _____
Max Folkenflik
(admitted *pro hac vice* pursuant to P.T.O. No. 1)
1500 Broadway, 21st Floor
New York, New York 10036
*Attorneys for Petitioner*