IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ) ) ) ) ) ) | MDL No. 2179<br><br>SECTION: J<br><br>**AFFIDAVIT OF SERVICE** |
| This Document Relates to:<br>*Case No. 2:11-cv-01806* | ) ) ) | Judge Barbier<br>Mag. Judge Shushan |

**Audrey Greene,** being duly sworn, deposes and says:

I am not a party to this action, am over 18 years of age and reside in New York, New York.

On August 25, 2010, I served by email and by United States Postal Service the following documents: (1) Notice of Motion to Remand and (2) Memorandum of Law in Support of Motion to Remand by depositing them in a prepaid envelope in a mailbox under exclusive custody and control of the United States Postal Service to Arthur A. Lemann III, Esq., of Arthur A. Lemann III & Assoc., Inc., 643 Magazine Street, Suite 300 New Orleans, Louisiana 70130, and Robert N. Habrans, Jr., Esq., of Habans & Carriere, 10843 N. Oak Hills Parkway, Baton Rouge, Louisiana 70810.

Note: Service on All Counsel will be made by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12 upon fulfillment of Folkenflik & McGerity's registration application to Lexis Nexis File & Serve.

Dated: August 25, 2011
       New York, New York

_____
Audrey Greene

Sworn to before me this
25th day of August 2011

_____
**Notary Public**

MAX FOLKENFLIK
NOTARY PUBLIC, State of New York
No. 02FO4735463
Qualified in New York County
Commission Expires Sept. 30, 2013