IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** ) ) ) ) ) ) | MDL No. 2179<br><br>SECTION: J |
| **This Document Relates to:** *Case No. 2:11-cv-01806* ) ) ) | Judge Barbier<br>Mag. Judge Shushan |

## CERTIFICATE OF SERVICE

I hereby certify that the Notice of Motion to Remand and Memorandum in Support of Motion for Remand [Docket No. 3811] have been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 25th day of August, 2011.

s/ Max Folkenflik
_____

Max Folkenflik