UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br>SECTION J |
| Applies to: *All Cases*<br>and<br>*10-MAG-09/23-1* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Modification of Order of October 8, 2010 Regarding Security Zone]**

Magistrate Judge Louis Moore entered an order on October 8, 2010 establishing a security zone around the wreckage site of the Deepwater Horizon. See attached order as Exhibit A. On August 25, 2011, counsel for BP advised the undersigned that the U.S. Coast Guard had asked BP to investigate the possible source of oil at a surface location near the Macondo well. In response to the Coast Guard request, BP after consultation with the undersigned and counsel for the United States, sent a remotely operated vehicle ("ROV") to the well site to inspect the well head and the interceptor well head. See e-mail from Rob Gasaway attached as Exhibit B.

Considering that the ROV has been deployed at the request of the U.S. Coast Guard, the order of Judge Moore of October 8, 2010, is modified to allow the deployment without violation of the "security zone" established by that order.

New Orleans, Louisiana, this 26th day of August, 2011.

SALLY SHUSHAN
**United States Magistrate Judge**