THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF )<br>THE SEARCH OF: )<br>THE PREMISES KNOWN AS )<br>The Mobile Offshore Drilling )<br>Unit Deepwater Horizon and )<br>its surrounding debris field, )<br>located at the area known as )<br>Mississippi Canyon 252, )<br>in the Gulf of Mexico ) | 10-MAG-09/23-1 |

## AMENDED ORDER

Considering the Government's Ex Parte Motion for a Protective Order to Establish a Security Zone at the Deepwater Horizon Wreckage Site:

The Court therefore finds that it is necessary and in the interest of the public to protect the search area and any evidence located therein against intentional or unintentional loss or destruction;

**IT IS HEREBY ORDERED** that a security zone is hereby established extending seven hundred fifty feet (750') in all directions from the wreckage site of the Deepwater Horizon and its associated debris field, the precise center point of the Deepwater Horizon wreckage is N28-5491/W088-22.0293, including the sea surface above the same, until further order of this

Court not to exceed twelve (12) months from the date of this order unless renewed upon good cause;

**IT IS FURTHER ORDERED** that the United States shall maintain and enforce the security zone using vessels, aircraft, or other appropriate means and equipment;

**IT IS FURTHER ORDERED** that the United States shall issue a notice to the general public and shall advise known parties in interest capable of intruding into the security zone by providing said parties with a copy of this Order.

New Orleans, Louisiana, this ___8th___ day of October, 2010.

HONORABLE LOUIS MOORE, JR.
UNITED STATES MAGISTRATE JUDGE