THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  DEEPWATER HORIZON | * | MDL NO.:    2179 |
| | * | |
| | * | SECTION J (1) |
| | * | |
| | * | JUDGE CARL L. BARBIER |
| | * | MAGISTRATE SHUSHAN |
| **Related Cases** | * | |
| This document relates to: 10-CV-3895, | * | |
| 10-CV-3896, 10-CV-3897, 10-CV-4168, | * | |
| 10-4169 and 11-0058 and | * | |
| All Cases in Pleading Bundle B-4 | * | |
| | * | |
| | * | |

## MOTION FOR RECONSIDERATION OF ORDER DISPENSING WITH ORAL ARGUMENT FOR MOTION TO DISMISS BUNDLE B-4 CASES

**NOW INTO COURT COME**, Respondents and Claimants, Terry G. Robin et al. (Plaintiffs in related case 10-CV-1986)**,** to move this Court to reconsider its order of August 11, 2011 (Rec. Doc. 3703) cancelling oral arguments for the Joint Motion to Dismiss (Rec. Doc. 2707), and moving that oral arguments be reset in this matter at time convenient for the Court.

WHEREFORE Movants pray that the Oral Arguments relating to Joint Motion to Dismiss (Rec. Doc. 2707) be re-scheduled at time convenient for the Court.

Respectfully submitted,

s/ Lloyd Frischhertz
**Lloyd N. Frischhertz, (#5749)**
Marc L. Frischhertz, (#29194)
Dominick F. Impastato, III, (#29056)
FRISCHHERTZ & ASSOCIATES, L.L.C.
1130 St. Charles Avenue
New Orleans, LA  70130
Telephone:  (504) 523-1500
Facsimile:   (504) 581-1670

And

/s/ F.Gerald Maples
F. Gerald Maples, (#25960)
Carl D. Todd Campbell, II, (#31084)
F. Gerald Maples, P.A.
365 Canal Street, Suite 2650
New Orleans, Louisiana 70113
Telephone: (504) 569-8732
Facsimile: (504) 525-6932

COUNSEL FOR MOVANTS

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 25th day of August, 2011.

/s/ Lloyd Frischhertz
Lloyd Frischhertz