THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  DEEPWATER HORIZON | * | MDL NO.:   2179 |
| | * | |
| | * | SECTION J (1) |
| | * | |
| | * | JUDGE CARL L. BARBIER |
| | * | MAGISTRATE SHUSHAN |
| **Related Cases** | * | |
| This document relates to: 10-CV-3895, | * | |
| 10-CV-3896, 10-CV-3897, 10-CV-4168, | * | |
| 10-4169 and 11-0058 and | * | |
| All Cases in Pleading Bundle B-4 | * | |
| | * | |
| | * | |

## MEMORANDUM IN SUPPORT OF MOTION FOR RECONSIDERATION

MAY IT PLEASE THE COURT,

Plaintiff, Terry G. Robin et al., initially filed a law suit in the matter entitled *Terry G. Robin et al., vs. Seacor Marine L.L.C, et al*, No. 10-cv-1986. This action arose out of the sinking of the Deepwater Horizon in the Gulf Mexico, on April 20, 2010. Subsequently, limitation proceedings were filed and transferred to MDL 2179 relative to M/V Seacor Washinton, 10-cv-3897, M/V Seacor Lee, 10-cv-3895, M/V Mr. Sidney 10-cv-04169, MV Joe Griffin, 10-cv-04168, and the MV Monica Ann 11-cv-0058.  In accordance with the Case Management Order the defendants in the Seacor action filed a Joint Motion to Dismiss the B-4 Bundle Cases. Movants filed an Opposition to this Motion and the matter was set for oral argument on August 25, 2011.  On August 11, 2011 this Court issued an Order (Rec. Doc. 3703) cancelling the scheduled arguments.

The issue of the sinking of the Deepwater Horizon by the pumping of massive amounts of water on the vessel is critical to a full investigation and understanding of the series of events

surrounding the incident, and to a full analysis of issues of liability and damages without which the liability and apportionment of damages cannot be fully resolved.  The associated issues of negligent salvage, the extreme use of dispersant, and the inability to stop the discharge of crude in a more timely fashion are also areas of legitimate inquiry.

Although the Court has heard oral argument on some issues that are also under consideration in the B-4 Bundle cases, the Court has yet to hear argument on the actions of greatest concern to the Movants.  For this reason we respectfully request a re-scheduling of oral argument.

Respectfully submitted,

s/ Lloyd Frischhertz
**Lloyd N. Frischhertz, (#5749)**
Marc L. Frischhertz, (#29194)
Dominick F. Impastato, III, (#29056)
FRISCHHERTZ & ASSOCIATES, L.L.C.
1130 St. Charles Avenue
New Orleans, LA  70130
Telephone:  (504) 523-1500
Facsimile:   (504) 581-1670

And

/s/ F.Gerald Maples
F. Gerald Maples, (#25960)
Carl D. Todd Campbell, II, (#31084)
F. Gerald Maples, P.A.
365 Canal Street, Suite 2650
New Orleans, Louisiana 70113
Telephone: (504) 569-8732
Facsimile: (504) 525-6932

COUNSEL FOR MOVANTS

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Memorandum has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 25th day of August, 2011.

/s/ Lloyd Frischhertz
Lloyd Frischhertz