THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: DEEPWATER HORIZON** | * | MDL NO.:   2179 |
| | * | |
| | * | SECTION J (1) |
| | * | |
| | * | JUDGE CARL L. BARBIER |
| | * | MAGISTRATE SHUSHAN |
| **Related Cases** | * | |
| This document relates to: 10-CV-3895, 10-CV-3896, 10-CV-3897, 10-CV-4168, 10-4169 and 11-0058 and All Cases in Pleading Bundle B-4 | * * * * * | |

## ORDER

CONSIDERING the foregoing Motion for Reconsideration of the Order issued August 11, 2011 cancelling Oral Argument related to the Joint Motion to Dismiss for the B-4 Bundle and finding it to have merit,

IT IS ORDERED that Oral Arguments will be heard on the _____ day of _____, 2011 at _____ \_. M in Room _____ at the United States Courthouse, 500 Poydras Street, New Orleans Louisiana, 70130.

_____
UNITED STATES DISTRICT JUDGE