UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | * | MDL NO.:  2179 |
| "DEEP WATER HORIZON" IN THE | * | |
| GULF OF MEXICO, ON APRIL 20, 2010 | * | SECTION "J" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE BARBIER |
| Adams v. State of LA 11-CV-1051 | * | MAG. JUDGE SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION TO SUBSTITUTE COUNSEL OF RECORD

ON MOTION of Peneton Corporation and upon suggesting that this defendant requests that the name of Patrick C. Grace be withdrawn as counsel of record on defendant's behalf, and that David P. Salley and Jeffrey F. Farshad be substituted therefor.

WHEREFORE, it is prayed that the name of Patrick C. Grace be withdrawn as counsel of record for the defendant, Peneton Corporation, and that David P. Salley and Jeffrey F. Farshad be substituted therefor.

Respectfully submitted,

ANDERSON, STEPHENS & GRACE

  s/Patrick C. Grace
PATRICK C. GRACE
Bar Number:   16944
Attorney at Law
Suite 1060, One Lakeway Center
3900 North Causeway Boulevard
Metairie, Louisiana  70002
Telephone: (504) 219-2012
Facsimile:  (504) 837-9508
Email: Patrick.Grace@zurichna.com

           s/ Jeffrey F. Farshad
          **SALLEY, HITE, MERCER & RESOR, L.L.C.**
          DAVID P. SALLEY   (#19770)
          JEFFREY F. FARSHAD  (#30497)
          365 Canal Street, Suite 1710
          New Orleans, Louisiana 70130
          Phone: (504) 566-8800
          Fax:  (504) 566-8828
          dsalley@shmrlaw.com
          jfarshad@shmrlaw.com

## **CERTIFICATE OF SERVICE**

   I hereby certify that the above and foregoing Motion to Substitute Counsel of Record has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 26th day of August, 2011.

           s/ Patrick C. Grace
          PATRICK C. GRACE