UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: OIL SPILL BY THE OIL RIG** | * | **MDL NO.:  2179** |
| **"DEEP WATER HORIZON" IN THE** | * | |
| **GULF OF MEXICO, ON APRIL 20, 2010** | * | **SECTION "J"** |
| | * | |
| **THIS DOCUMENT RELATES TO:** | * | **JUDGE BARBIER** |
| **Adams v. State of LA 11-CV-1051** | * | **MAG. JUDGE SHUSHAN** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**O R D E R**

Considering the foregoing,

IT IS ORDERED that David P. Salley and Jeffrey F. Farshad be enrolled as counsel of record on behalf of Peneton Corporation.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
J U D G E