UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico on April 20, 2010** | * | **SECTION "J"** |
| | * | **JUDGE BARBIER** |
| | * | |
| | * | **MAGISTRATE NO. 1** |
| **THIS DOCUMENT RELATES TO:** | * | **MAGISTRATE SHUSHAN** |
| **No. 10-2771** | * | |
| | * | |
| | * | |
| * * * * * * * * * * * * | | |

**MOTION OF MOEX OFFSHORE 2007 LLC TO DISMISS CROSSCLAIMS
OF CARNIVAL CORPORATION D/B/A CARNIVAL CRUISE LINES
FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN
BE GRANTED, AND, ALTERNATIVELY, MOTION TO STAY**

Cross-Defendant MOEX Offshore 2007 LLC ("MOEX Offshore"), pursuant to Federal Rule of Civil Procedure 12(b)(6), moves this Court to dismiss the Crossclaims asserted against MOEX Offshore by Carnival Corporation, d/b/a Carnival Cruise Lines ("Carnival") in their pleading styled *Answer To Complaint and Petition Of Triton Asset Leasing Gmbh et. al, Claim In Limitation and Cross Claim In Limitation and/or Third Party Complaint* (Rec. Doc. No. 384 in Civil Action No. 10-2271) ("Crossclaims") for failure to state a claim upon which relief can be granted. Alternatively, MOEX Offshore moves to stay the action. The grounds and reasons in support are fully set forth in the accompanying memorandum in support.

WHEREFORE, Cross-Defendant MOEX Offshore 2007 LLC prays that this Court grant this motion and dismiss with prejudice the Crossclaims asserted against it by Carnival for failure

to state a claim upon which relief can be granted. Alternatively, this Court should order a stay of the Crossclaims against MOEX Offshore.

Respectfully submitted,

DATED:  August 26, 2011            /s/ Philip D. Nizialek
Philip D. Nizialek (La. Bar No. 24180)
M. Hampton Carver (La. Bar No. 3947)
CARVER, DARDEN, KORETZKY, TESSIER, FINN, BLOSSMAN & AREAUX, LLC
1100 Poydras Street, Suite 3100
New Orleans, LA 70163
Telephone: (504) 585-3800
Fax: (504) 585-3801

**ATTORNEYS FOR
MOEX OFFSHORE 2007 LLC**

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing motion to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on August 26, 2011.

_____/s/ Philip D. Nizialek_____

4822-6530-0234, v.  2