# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico on April 20, 2010** | * | **SECTION "J"** |
| | * | **JUDGE BARBIER** |
| | * | |
| **THIS DOCUMENT RELATES TO:** | * | **MAGISTRATE NO. 1** |
| **NO. 10-2771** | * | **MAGISTRATE SHUSHAN** |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the Motion of Defendant MOEX Offshore 2007 LLC To Dismiss Crossclaims Of Carnival Corporation d/b/a Carnival Cruise Lines For Failure To State A Claim Upon Which Relief Can Be Granted:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Motion is GRANTED, and that the Crossclaims Of Carnival Corporation d/b/a Carnival Cruise Lines against MOEX Offshore 2007 LLC set forth in Rec. Doc. No. 384 in Civil Action No. 10-2771 be and the same are hereby dismissed with prejudice.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE

4821-7407-4890, v. 1