## CONFERENCE ATTENDANCE RECORD

DATE: _8-26-11_          TIME: _9:30_

CASE NAME: IN RE: DEEPWATER HORIZON, ET AL.

DOCKET NUMBER & SECTION: MDL 2179

DISCOVERY STATUS      CONFERENCE

☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Deb Kuchler | Anadarko |
| Don Godwin | Halliburton |
| Alan York | Halliburton |
| Stefanie Major | Halliburton |
| Wendy Ware Bishop | Dril-Quip |
| TONY FITCH | ANADARKO |
| Corey Maze | Alabama |
| Jim Roy | PSC |
| J. B. Tarter | M-I |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Renee Siegert | Cameron |
| Phillip Witmann | Cameron |
| Andrew Langan | BP |
| Ryan Babiuch | BP |
| Vanessa Van Auken | BP |
| Don Haycraft | BP |
| Brian Barr | PSC |
| Danny Goforth | TO |
| Amy Jaasma | TO |
| Steve Roberts | TO |
| Phil Nizialek | MOEX |
| Bill Stradley | MDC 2185    Ind. Innotom |
| Anthony Irpino | PSC |
| Scott Cernich | US |
| Jimmy Williamson | PSC |
| MIKE UNDERHILL | US |
| Allan Kanner | Louisiana |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Doug Kraus | Louisiana |
| Rachel Clingman | Transocean |
| Steve Heman | Plaintiffs |
| Steve Luxton | M/ Sureco |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Mark Nomollini
Will Baldwin
Jeremy Rush
Ed Flanders
Dennis Barrow
Jeremy Grable
Sarah Himmelhoch
Tom Hiden
Alan Moore
Rob Gasaway
Alan Weigel