U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2011 AUG 25 AM 10: 53

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| OIL SPILL by "Deepwater Horizon" | * | |
| | * | |
| GENTA SHARP SPEAKMAN | * | CIVIL ACTION NO. 10-8888, 10-2771, |
| (last four digits of tax identification | * | and MDL 2179 |
| number: 5149; BP Claim # 6866124281- | * | |
| 571; BP Claim identification # 1159586), | * | Sect J |
| | * | |
| Plaintiff. | * | |

### PRO SE MOTION TO DISMISS

COMES NOW the Plaintiff, GENTA SHARP SPEAKMAN, and hereby states that she has settled all of her claims against any and all Defendants in the above-styled matter and has properly executed a release, thus the claim of the undersigned Plaintiff is due to be dismissed.

WHEREFORE, the undersigned Plaintiff respectfully requests this Honorable Court to dismiss the undersigned as a Plaintiff in the above-styled class action lawsuit.

Respectfully submitted,

_Genta Sharp Speakman_
GENTA SHARP SPEAKMAN
108 North Dean Road
Auburn, Alabama 36830
(334) 821-0091
micspea@aol.com

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____