UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | * * * * * | MDL No. 2179 SECTION "J" JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: No. 10-2771 | * * * * * | MAGISTRATE NO. 1 MAGISTRATE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \*

**MOTION OF MOEX USA CORPORATION TO DISMISS CROSSCLAIMS OF CARNIVAL CORPORATION D/B/A CARNIVAL CRUISE LINES FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF <u>CAN BE GRANTED, AND, ALTERNATIVELY, MOTION TO STAY</u>**

Cross-Defendant MOEX USA Corporation ("MOEX USA"), pursuant to Federal Rule of Civil Procedure 12(b)(6), moves this Court to dismiss the Crossclaims asserted against MOEX USA by Carnival Corporation, d/b/a Carnival Cruise Lines ("Carnival") in their pleading styled *Answer To Complaint and Petition Of Triton Asset Leasing Gmbh et. al, Claim In Limitation and Cross Claim In Limitation and/or Third Party Complaint* (Rec. Doc. No. 384 in Civil Action No. 10-2271) ("Crossclaims") for failure to state a claim upon which relief can be granted. Alternatively, MOEX USA moves to stay the action. The grounds and reasons in support are fully set forth in the accompanying memorandum.

WHEREFORE, Cross-Defendant MOEX USA Corporation prays that this Court grant this motion and dismiss with prejudice the Crossclaims asserted against it by Carnival for failure

to state a claim upon which relief can be granted. Alternatively, this Court should order a stay of the Crossclaims against MOEX USA.

Respectfully submitted,

DATED:  August 26, 2011

*/s/ Robert S. Stassi*
Robert S. Stassi (La. Bar No. 25259)
CARVER, DARDEN, KORETZKY, TESSIER, FINN, BLOSSMAN & AREAUX, LLC
1100 Poydras Street, Suite 3100
New Orleans, LA 70163
Telephone: (504) 585-3800
Fax: (504) 585-3801

**ATTORNEYS FOR
MOEX USA CORPORATION**

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing motion to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on August 26, 2011.

/s/ *Robert S. Stassi*

4840-1891-2522, v.  2