UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | * * * * | MDL No. 2179 SECTION "J" JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: NO. 10-2771 | * * * * | MAGISTRATE NO. 1 MAGISTRATE SHUSHAN |

* * * * * * * * * * * *

## ORDER

Considering the Motion of Defendant MOEX USA Corporation To Dismiss the Crossclaims Of Carnival Corporation d/b/a Carnival Cruise Lines For Failure To State A Claim Upon Which Relief Can Be Granted:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Motion is GRANTED and that the Crossclaims by Carnival Corporation d/b/a Carnival Cruise Lines against MOEX USA Corporation set forth in Rec. Doc. No. 384 be and the same are hereby dismissed with prejudice.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE

4821-4045-5434, v. 1