UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | * * * * | MDL No. 2179<br><br>SECTION "J"<br>JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: NO. 10-2771 | * * * * | MAGISTRATE NO. 1<br>MAGISTRATE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \*

## REQUEST FOR ORAL ARGUMENT

Defendant MOEX USA Corporation respectfully request oral argument before Judge Carl J. Barbier on its Motion To Dismiss Crossclaims Of Carnival Corporation d/b/a Carnival Cruise Lines For Failure To State A Claim Upon Which Relief Can Be Granted. Defendant MOEX USA Corporation believes that oral argument may assist the Court in evaluating the legal and factual issues raised by the Motion.

DATED: August 26, 2011

                      */s/ Robert S. Stassi*
                      Robert S. Stassi (La. Bar No. 25259)
                      CARVER, DARDEN, KORETZKY, TESSIER,
                      FINN, BLOSSMAN & AREAUX, LLC
                      1100 Poydras Street, Suite 3100
                      New Orleans, LA 70163
                      Telephone: (504) 585-3800
                      Fax: (504) 585-3801
                      **ATTORNEYS FOR MOEX USA CORPORATION**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on August 26, 2011.

                                                                            /s/ *Robert S. Stassi*

4830-9721-5498, v. 1