# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico on April 20, 2010 | * | SECTION "J" |
| | * | JUDGE BARBIER |
| | * | |
| THIS DOCUMENT RELATES TO: | * | MAGISTRATE NO. 1 |
| NO. 10-2771 | * | MAGISTRATE SHUSHAN |
| | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

Considering Defendant MOEX USA Corporation's Request for Oral Argument:

**IT IS HEREBY ORDERED** that the Court will hear oral argument on Defendant

MOEX USA Corporation's Motion To Dismiss The Crossclaims Of Carnival Corporation d/b/a

Carnival Cruise Lines For Failure To State A Claim Upon Which Relief Can Be Granted on the

28th day of September, 2011 at 9:30 a.m.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE

4836-1744-0266, v. 1