UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | * * * * | MDL No. 2179<br><br>SECTION "J"<br>JUDGE BARBIER |
| THIS DOCUMENT RELATES TO:<br>NO. 10-2771 | * * * * * | MAGISTRATE NO. 1<br>MAGISTRATE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \*

**SPECIAL APPEARANCE BY MITSUI OIL EXPLORATION COMPANY, LTD. AND MOTION TO DISMISS CROSSCLAIMS OF CARNIVAL CORPORATION D/B/A CARNIVAL CRUISE LINES, AND, ALTERNATIVELY, MOTION TO STAY**

NOW INTO COURT, by special limited appearance, comes Mitsui Oil Exploration Company, Ltd. ("MOECO"), and with full reservation of rights, without waiving formal service of process with respect to any Complaint, Counterclaim, Crossclaim, or any other pleading asserting a claim against MOECO in this MDL, and without waiving personal jurisdiction or any other defense in this MDL, moves this Honorable Court to dismiss the Crossclaims and Third-Party claims asserted against MOECO by Carnival Corporation, d/b/a Carnival Cruise Lines ("Carnival") in their pleading styled *Answer To Complaint and Petition Of Triton Asset Leasing Gmbh et. al, Claim In Limitation and Cross Claim In Limitation and/or Third Party Complaint* (Rec. Doc. No. 384 in Civil Action No. 10-2271) pursuant to Federal Rules of Civil Procedure 12(b)(2) and/or 12(b)(6). Alternatively, MOECO moves to stay the action. The grounds and reasons in support are fully set forth in the accompanying memorandum in support.

WHEREFORE, MOECO prays that the Court grant this motion and dismiss with prejudice all Crossclaims and Third-Party claims asserted against MOECO by Carnival in their pleading styled *Answer To Complaint and Petition Of Triton Asset Leasing Gmbh et. al, Claim In Limitation and Cross Claim In Limitation and/or Third Party Complaint* (Rec. Doc. No. 384 in Civil Action No. 10-2271).  Alternatively, this Court should order a stay of the Crossclaims against MOECO.

DATED:  August 26, 2011   *s/ William T. Finn*
William T. Finn (La. Bar. No. 1359)
CARVER, DARDEN, KORETZKY, TESSIER, FINN, BLOSSMAN & AREAUX, LLC
1100 Poydras Street, Suite 3100
New Orleans, LA 70163
Telephone: (504) 585-3800
Fax: (504) 585-3801

**ATTORNEYS FOR
MITSUI OIL EXPLORATION CO., LTD.**

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing motion  to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on August 26, 2011.

*s/ William T. Finn*

4832-3765-7098, v. 1