## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | * * * * | MDL No. 2179<br><br>SECTION "J"<br>JUDGE BARBIER |
| THIS DOCUMENT RELATES TO NO. 10-2771 | * * * * | MAGISTRATE NO. 1<br>MAGISTRATE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Considering the Motion of Defendant Mitsui Oil Exploration Co., Ltd. To Dismiss Crossclaims of Carnival Corporation, d/b/a Carnival Cruise Lines:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Motion is GRANTED, and that the Crossclaims by Carnival Corporation, d/b/a Carnival Cruise Lines against Mitsui Oil Exploration Co., Ltd. set forth in Rec. Doc. No. 384 be and the same are hereby dismissed with prejudice.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE

4813-7093-1466, v. 1