UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | * * * * * | MDL No. 2179<br><br>SECTION "J"<br>JUDGE BARBIER |
| THIS DOCUMENT RELATES TO NO. 10-2771 | * * * * | MAGISTRATE NO. 1<br>MAGISTRATE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \*

NOTICE OF SUBMISSION

TO:    Counsel

**PLEASE TAKE NOTICE** that subject to Pre-trial Order Nos. 11 and 25, in which the Court directed that the Court will set the date of all hearings on Motions in this case, the Motion of Defendant Mitsui Oil Exploration Company, Ltd. To Dismiss Crossclaims Of Carnival Corporation, d/b/a Carnival Cruise Lines is tentatively noticed for submission to Judge Carl J. Barbier on September 28, 2011 at 9:30 a.m.

DATED:  Aug. 26, 2011                  *s/ William T. Finn*
　　　　　　　　　　　　　　　　　　William T. Finn (La. Bar. No. 1359)
　　　　　　　　　　　　　　　　　　CARVER, DARDEN, KORETZKY, TESSIER,
　　　　　　　　　　　　　　　　　　FINN, BLOSSMAN & AREAUX, LLC
　　　　　　　　　　　　　　　　　　1100 Poydras Street, Suite 3100
　　　　　　　　　　　　　　　　　　New Orleans, LA 70163
　　　　　　　　　　　　　　　　　　Telephone: (504) 585-3800
　　　　　　　　　　　　　　　　　　Fax: (504) 585-3801
　　　　　　　　　　　　　　　　　　**ATTORNEYS FOR**
　　　　　　　　　　　　　　　　　　**MITSUI OIL EXPLORATION CO., LTD.**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on August 26, 2011.

*s/ William T. Finn*

4825-7967-7450, v.  1