UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | * * * * * | MDL No. 2179<br><br>SECTION "J"<br>JUDGE BARBIER |
| THIS DOCUMENT RELATES TO NO. 10-2771 | * * * * | MAGISTRATE NO. 1<br>MAGISTRATE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering Defendant Mitsui Oil Exploration Company, Ltd.'s Request for Oral Argument:

**IT IS HEREBY ORDERED** that the Court will hear oral argument on Defendant Mitsui Oil Exploration Company, Ltd.'s Motion To Dismiss Crossclaims Of Carnival Corporation, d/b/a Carnival Cruise Lines on the 28th day of September, 2011 at 9:30 a.m.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE

4814-7257-8058, v. 1