UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL No. 2179 SECTION J JUDGE BARBIER MAG. JUDGE SHUSHAN |
| THIS DOCUMENT RELATES: | * * | |
| IN RE: TRITON ASSET LEASING GmbH Case No. 2:10-cv-02771-CJB-SS | * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION FOR LEAVE TO FILE A LIMITATION**
**SHORT FORM JOINDER BEYOND THE APRIL 20, 2011 DEADLINE**

NOW INTO COURT, through undersigned counsel, comes Scott Gautreaux ("Movant") who moves this Court for leave to file late a Short Form Joinder in the limitation proceeding brought by Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., As Owner, Managing Owners, Owners Pro Hac Vice, and/or Operators of the MODU Deepwater Horizon, and as grounds therefore shows the Court as follows:

1.  This Court established a deadline for the filing of claims in the Transocean limitation proceeding for April 20, 2011.

2.  Movant contacted counsel after the Court-established deadline seeking assistance in

        filing claims for damages he incurred as a result of the Deepwater Horizon explosion and resulting oil spill.

3.     Movant did not timely file in the Transocean limitation proceeding.

4.     No prejudice will result from the acceptance of the proposed Short Form Joinder, which is attached hereto as Exhibit 1. No action has been taken in the limitation proceeding which could cause prejudice to any other party to the proceeding.

For these reasons, Movant requests that the Court grant Movant's leave to file the Short Form Joinder attached hereto as Exhibit 1 and that the Court deem said Short Form Joinder as timely filed.

        Respectfully submitted:

        /s/ Christine E. Sevin
        Walter J. Leger, Jr., Bar. No. 8278
        Christine E. Sevin, Bar No. 32683
        LEGER & SHAW
        600 Carondelet Street, Floor 9
        New Orleans, Louisiana 70130
        Telephone: (504) 588-9043
        Facsimile: (504) 588-9980
        Email: wleger@legershaw.com
                csevin@legershaw.com

## CERTIFICATE OF SERVICE

  I hereby certify that on August 26, 2011, I electronically filed the foregoing document with the Clerk of Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF System, and provided notice by and through LexisNexis to all counsel of record.

                /s/ Christine E. Sevin
                CHRISTINE E. SEVIN