UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL No. 2179  SECTION J |
| THIS DOCUMENT RELATES: | * * | JUDGE BARBIER MAG. JUDGE SHUSHAN |
| IN RE: TRITON ASSET LEASING GmbH Case No. 2:10-cv-02771-CJB-SS | * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF SUBMISSION

TO: Counsel

PLEASE TAKE NOTICE that subject to Pre-trial Orders Nos. 11 and 25, in which the Court stated that it will set the date of all hearings on motions in this case, the Motion for Leave to File a Limitation Short Form Joinder Beyond the April 20, 2011 Deadline is tentatively noticed for submission on September 16, 2011.

/s/ Christine E. Sevin
Walter J. Leger, Jr., Bar. No. 8278
Christine E. Sevin, Bar No. 32683
LEGER & SHAW
600 Carondelet Street, Floor 9
New Orleans, Louisiana 70130
Telephone: (504) 588-9043
Facsimile: (504) 588-9980

Email: wleger@legershaw.com
csevin@legershaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that on August 26, 2011, I electronically filed the foregoing document with the Clerk of Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF System, and provided notice by and through LexisNexis to all counsel of record.

/s/ Chrisitne E. Sevin
CHRISTINE E. SEVIN

2