UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:   OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL No. 2179<br><br>SECTION J |
| THIS DOCUMENT RELATES: | * * | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
| IN RE: TRITON ASSET LEASING GmbH<br>Case No. 2:10-cv-02771-CJB-SS | * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the Motion For Leave to File a Short Form Joinder Beyond the April 20, 2011 Deadline and Supporting Memorandum:

It is ORDERED that Movant, Scott Gautreaux, is hereby granted leave to file the Short Form Joinder attached to his motion as Exhibit 1 into the record of Civil Action No. 10-8888, which shall be considered a timely filed claim in the Transocean Limitation (Civil Action No. 10-2771), as well as joinder in the Bundle B1 and/or B3 Amended Master Complaints, in accordance with Pre-Trial Order Nos. 24 and 25.

Signed this ___ day of _____, 2011.

_____
Honorable Carl J. Barbier
U.S. District Court Judge