| Filing | Date | RFP # | Documents Requested | Transocean's Search Terms | The BP Parties' Requested Additional Search Terms | Basis for Additional Search Terms |
|---|---|---|---|---|---|---|
| Response to BP's RFP to TO | 3/11/2011 | 33 | All documents relating to any maintenance, including maintenance policies, practices, procedures, standards, requirements, protocols, and/or planning, regarding the *Deepwater Horizon's* rig savers. | ((horizon or dwh) and (((fire or gas) w/10 detect*) w/10 (system* or alarm*))) or ((horizon or dwh) and ((emergency w/3 disconnect) or eds) or ((emergency w/3 shutdown) or esd)) and date 1/1/2009 – 4/20/2010. (procedur* or protocol* or rule* or guideline* or polic*) and ((well w/3 control) or "pressure test" or (( NPT or PPT) w/3 test)) and (dwh or horizon) and date 1/1/2005 – 4/20/2010. | (horizon or dwh) and "rig saver*" | Transocean's search terms do not include "rig savers," which is the subject of the request. |
| Response to BP's RFP to TO | 3/11/2011 | 34 | All documents relating to any inspections, including inspection policies, practices, procedures, standards, requirements, protocols, and/or planning, regarding the *Deepwater Horizon's* rig savers. | Same as RFP 33. | (horizon or dwh) and "rig saver*" | Transocean's search terms do not reference "rig savers," which is the subject of the request. |
| Response to BP's RFP to TO | 3/11/2011 | 35 | All documents relating to any testing, including testing policies, practices, procedures, standards, requirements, protocols, and/or planning, regarding the *Deepwater Horizon's* rig savers. | Same as RFP 33. | (horizon or dwh) and "rig saver*" | Transocean's search terms do not reference "rig savers," which is the subject of the request. |
| Response to BP's RFP to TO | 3/11/2011 | 36 | All documents relating to whether the actual maintenance, inspection, and testing of the *Deepwater Horizon's* rig savers complied with Transocean's policies, practices, procedures, standards, requirements, and/or protocols regarding maintenance, inspection, and testing of rig savers. | Same as RFP 33. | (horizon or dwh) and "rig saver*" | Transocean's search terms do not reference "rig savers," which is the subject of the request. |
| Response to BP's RFP to TO | 3/11/2011 | 37 | All documents relating to any maintenance, including maintenance policies, practices, procedures, standards, requirements, protocols, and/or planning, regarding the *Deepwater Horizon's* overspeed controls. | ((horizon or dwh) and (((fire or gas) w/10 detect*) w/10 (system* or alarm*))) or ((horizon or dwh) and ((emergency w/3 disconnect) or eds) or ((emergency w/3 shutdown) or esd)) and date 1/1/2009 – 4/20/2010.  (procedur* or protocol* or rule* or guideline* or polic*) and ((well w/3 control) or "pressure test" or (( NPT or PPT) w/3 test)) and (dwh or horizon) and date 1/1/2005 – 4/20/2010. | (horizon or dwh) and overspeed w/10 (control* or engine*) | Transocean's search terms do not reference "overspeed controls" or "engine," which are the subjects of the request. |
| Response to BP's RFP to TO | 3/11/2011 | 38 | All documents relating to any inspections, including inspection policies, practices, procedures, standards, requirements, protocols, and/or planning, regarding the *Deepwater Horizon's* overspeed controls. | Same as RFP 37. | (horizon or dwh) and overspeed w/10 (control* or engine*) | Transocean's search terms do not reference "overspeed controls" or "engine," which are the subjects of the request. |
| Response to BP's RFP to TO | 3/11/2011 | 39 | All documents relating to any testing, including testing policies, practices, procedures, standards, requirements, protocols, and/or planning, regarding the *Deepwater Horizon's* overspeed controls. | Same as RFP 37. | (horizon or dwh) and overspeed w/10 (control* or engine*) | Transocean's search terms do not reference "overspeed controls" or "engine," which are the subjects of the request. |
| Response to BP's RFP to TO | 3/11/2011 | 40 | All documents relating to whether the actual maintenance, inspection, and testing of the *Deepwater Horizon's* overspeed controls complied with Transocean's policies, practices,procedures, standards, requirements, and/or protocols regarding maintenance, inspection, and testing of overspeed controls. | Same as RFP 37. | (horizon or dwh) and overspeed w/10 (control* or engine*) | Transocean's search terms do not reference "overspeed controls" or "engine," which are the subjects of the request. |

| Filing | Date | RFP # | Documents Requested | Transocean's Search Terms | The BP Parties' Requested Additional Search Terms | Basis for Additional Search Terms |
|---|---|---|---|---|---|---|
| Response to BP's RFP to TO | 3/11/2011 | 45 | All documents relating to any maintenance, including maintenance policies, practices, procedures, standards, requirements, protocols, and/or planning, regarding the *Deepwater Horizon's* firefighting equipment. | ((horizon or dwh) and (((fire or gas) w/10 detect*) w/10 (system* or alarm*))) or ((horizon or dwh) and ((emergency w/3 disconnect) or eds) or ((emergency w/3 shutdown) or esd)) and date 1/1/2009 – 4/20/2010. | (horizon or dwh) and ("firefighting" or (fire* w/10 equipment)) | Transocean's search terms do not reference "firefighting equipment," which is the subject of the request. |
| Response to BP's RFP to TO | 3/11/2011 | 46 | All documents relating to any inspections, including inspection policies, practices, procedures, standards, requirements, protocols, and/or planning, regarding the *Deepwater Horizon's* firefighting equipment. | Same as RFP 45. | (horizon or dwh) and ("firefighting" or (fire* w/10 equipment)) | Transocean's search terms do not reference "firefighting equipment," which is the subject of the request. |
| Response to BP's RFP to TO | 3/11/2011 | 47 | All documents relating to any testing, including testing policies, practices, procedures, standards, requirements, protocols, and/or planning, regarding the *Deepwater Horizon's* firefighting equipment. | Same as RFP 45. | (horizon or dwh) and ("firefighting" or (fire* w/10 equipment)) | Transocean's search terms do not reference "firefighting equipment," which is the subject of the request. |
| Response to BP's RFP to TO | 3/11/2011 | 48 | All documents relating to whether the actual maintenance, inspection, and testing of the *Deepwater Horizon's* firefighting equipment complied with Transocean's policies, practices, procedures, standards, requirements, and/or protocols regarding maintenance, inspection, and testing of firefighting equipment. | Same as RFP 45. | (horizon or dwh) and ("firefighting" or (fire* w/10 equipment)) | Transocean's search terms do not reference "firefighting equipment," which is the subject of the request. |
| Response to BP's RFP to TO | 3/11/2011 | 49 | All documents relating to any maintenance, including maintenance policies, practices, procedures, standards, requirements, protocols, and/or planning, regarding the *Deepwater Horizon's* generators. | Same as RFP 45. | (horizon or dwh) and (maintain! or maintenance or inspect!) w/ 10 (generator* engine) | Transocean's search terms do not reference "generators" or "engines," which are the subjects of the request. |
| Response to BP's RFP to TO | 3/11/2011 | 50 | All documents relating to any inspections, including inspection policies, practices, procedures, standards, requirements, protocols, and/or planning, regarding the *Deepwater Horizon's* generators. | Same as RPF 45. | (horizon or dwh) and (maintain! or maintenance or inspect!) w/ 10 (generator* engine) | Transocean's search terms do not reference "generators" or "engines," which are the subjects of the request. |
| Response to BP's RFP to TO | 3/11/2011 | 51 | All documents relating to whether the actual maintenance and inspection of the *Deepwater Horizon's* generators complied with Transocean's policies, practices, procedures, standards, requirements, and/or protocols regarding maintenance and inspection of generators. | Same as RPF 45. | (horizon or dwh) and (maintain! or maintenance or inspect!) w/ 10 (generator* engine) | Transocean's search terms do not reference "generators" or "engines," which are the subjects of the request. |
| Response to BP's RFP to TO | 3/11/2011 | 58 | All documents relating to the Deepwater Horizon's systems for scheduling, conducting, and monitoring maintenance (including but not limited to Rig Management System II) generating duplicative work orders, work orders meant for a different rig, work orders for maintenance that had already been performed, or work orders that were otherwise erroneous or irrelevant. | ((horizon or dwh) and (((fire or gas) w/10 detect*) w/10 (system* or alarm*))) or ((horizon or dwh) and ((emergency w/3 disconnect) or eds) or ((emergency w/3 shutdown) or esd)) and date 1/1/2009 – 4/20/2010. cameron w/25 (("tl blowout preventor" or "tl blow out preventor" or "tl bop") and (inspect* or purchas* or buy or mainten* or modifi* or repair*)) and after 12/31/2003. (DWH or Horizon) w/25 ("blowout preventor" or "blowout preventer" or "blow out preventor" or "blow out preventer" or bop) | (horizon or dwh) and ("Rig Management" or RMS or work w/3 order) w/25 (error* or wrong or incorrect or duplicat* or ((different or another or other) w/2 rig)) | Transocean's search terms do not reference the "Rig Management System" or "work orders," which are the subjects of the request. |

| Filing | Date | RFP # | Documents Requested | Transocean's Search Terms | The BP Parties' Requested Additional Search Terms | Basis for Additional Search Terms |
|---|---|---|---|---|---|---|
| Response to BP's RFP to TO | 3/11/2011 | 70 | All documents relating to any leaks from any part or component of the Deepwater Horizon's BOP. | ("DWH" OR "Horizon") AND (pod* w/5 leak) AND Between 01-Feb-2010 to present ("DWH" OR "Horizon") AND (((("BOP" or "blowout preventer") w/5 pod*) w/5 leak*) OR (("BOP" or "blowout preventer") w/5 batter*)) AND Between 01-Sep-2009 to 20-Apr2010 | ("DWH" OR "Horizon") AND (pod* w/5 leak) AND Between 01-Jan-2009 to present ("DWH" OR "Horizon") AND (((("BOP" or "blowout preventer") w/5 pod*) w/5 leak*) OR (("BOP" or "blowout preventer") w/5 batter*)) | Run search without date restriction, or in alternative run search from 4/20/2005 forward. |
| Response to BP's RFP to TO | 3/11/2011 | 71 | All documents relating to Transocean's policies, practices, procedures, standards, requirements, and/or protocols for addressing leaks from any part or component of a BOP. | Same as RFP 70. | ("DWH" OR "Horizon") AND (pod* w/5 leak) AND Between 01-Jan-2009 to present ("DWH" OR "Horizon") AND (((("BOP" or "blowout preventer") w/5 pod*) w/5 leak*) OR (("BOP" or "blowout preventer") w/5 batter*)) | Run search without date restriction, or in alternative run search from 4/20/2005 forward. |
| Response to BP's RFP to TO | 3/11/2011 | 76 | All documents relating to American Petroleum Institute Recommended Practice 53 ("API RP 53"). | (disassemb* W/5 (guid* OR recommend*)) W/25 ("BOP" or "blowout preventer") AND Between 01-Jan-2001 to April 20, 2010 | "API RP 53" or "American Petroleum Institute" w/10 ("blowout preventer" or bop) or "Recommended Practice 53" or "RP 53" | Transocean's search terms do not reference American Petroleum Institute Recommended Practice 53 or "API RP 53," which is the subject of the request. |
| Response to BP's RFP to TO | 3/11/2011 | 77 | All documents relating to Transocean's policies, practices, procedures, standards, requirements, and/or protocols for complying with API RP 53. | Same as RFP 76. | "API RP 53" or "American Petroleum Institute" w/10 ("blowout preventer" or bop) or "Recommended Practice 53" or "RP 53" | Transocean's search terms do not reference American Petroleum Institute Recommended Practice 53 or "API RP 53," which isthe subject of the request. |
| Response to BP's RFP to TO | 3/11/2011 | 90 | All documents relating to the Deepwater Horizon's overspeed controls. | ((horizon or dwh) and (((fire or gas) w/10 detect*) w/10 (system* or alarm*))) or ((horizon or dwh) and ((emergency w/3 disconnect) or eds) or ((emergency w/3 shutdown) or esd)) and date 1/1/2009 – 4/20/2010. (procedur* or protocol* or rule* or guideline* or polic*) and ((well w/3 control) or "pressure test" or (( NPT or PPT) w/3 test)) and (dwh or horizon) and date 1/1/2005 – 4/20/2010. | (horizon or dwh) and overspeed w/10 (control* or engine*) | Transocean's search terms do not reference "overspeed controls" or "engines," which are the subjects of the request. |
| Response to BP's RFP to TO | 3/11/2011 | 91 | All documents relating to any loss of power by the Deepwater Horizon, including but not limited to the blackout that occurred on the Deepwater Horizon in August 2008. | (horizon or dwh) and blackout and greater than or equal to Aug 1, 2008 | ("loss" or "fail*") w/3 ("power" or "electric!") | Transocean's search terms do not include references to loss of "power" or "electricity," which are the subjects of the request. |
| Response to BP's RFP to TO | 3/11/2011 | 92 | All documents relating to the failure of the Deepwater Horizon's overspeed controls for engine no. 3 causing a blackout on the Deepwater Horizon in August 2008. | Same as RFP 91. | ("loss" or "fail*") w/3 ("power" or "electric!") | Transocean's search terms do not include references to loss of "power" or "electricity," which are the subjects of the request. |
| Response to BP's RFP to TO | 3/11/2011 | 93 | All documents relating to any maintenance, repairs, replacement, inspection, and/or testing of the Deepwater Horizon's overspeed controls as a result of the August 2008 blackout on the Deepwater Horizon | Same as RFP 91. | ("loss" or "fail*") w/3 ("power" or "electric!") | Transocean's search terms do not include references to loss of "power" or "electricity," which are the subjects of the request. |
| Response to BP's RFP to TO | 3/11/2011 | 94 | All documents relating to the Deepwater Horizon's rig savers. | Same as RFP 33. | (horizon or dwh) and "rig saver*" | Transocean's search terms do not reference "rig savers," which is the subject of the request. |

| Filing | Date | RFP # | Documents Requested | Transocean's Search Terms | The BP Parties' Requested Additional Search Terms | Basis for Additional Search Terms |
|---|---|---|---|---|---|---|
| Response to BP's RFP to TO | 3/11/2011 | 96 | All documents relating to any of the Deepwater Horizon's equipment intended to prevent gas flow to the engine control room or shut down the rig's engines if combustible gas is detected. | (dwh or Horizon) AND equipment AND engine AND ((prevent w/5 "gas flow") or (detect* w/10 combustible)) | (dwh or Horizon) AND equipment AND engine AND ("gas flow" or combustible) [i.e. run without "prevent w/5" and "detect w/10"] | Transocean's search terms are overly narrowed to documents including "prevent" within 5 words of "gas flow," or "detect*" within 10 words of "combustible." |
| Response to BP's RFP to TO | 3/11/2011 | 99 | All documents relating to the Deepwater Horizon's diverter system. | ((horizon or dwh) and (((fire or gas) w/10 detect*) w/10 (system* or alarm*))) or ((horizon or dwh) and ((emergency w/3 disconnect) or eds) or ((emergency w/3 shutdown) or esd)) and date 1/1/2009 – 4/20/2010. ((EDS OR "emergency disconnect") w/25 ("mud gas separator" or mgs OR diverter)) and (affect* or effect* or hinder or prevent or interf*) ((amf or deadman) w/25 ("mud gas separator" or mgs OR diverter)) and (affect* or effect* or hinder or prevent or inter*) (("auto-shear" or autoshear) w/25 ("mud gas separator" or mgs OR diverter)) and (affect* or effect* or hinder or prevent or interf*) diverter AND polic* AND deepwater | (horizon or dwh) w/50 diverter | Transocean's search terms are overly narrowed to documents relating to the emergency disconnect system, the mud-gas separator, and the "autoshear" system. |
| Response to BP's RFP to TO | 3/11/2011 | 100 | Documents sufficient to show all types of data shown on the Deepwater Horizon's computer system, controls, and displays for the driller's and assistant driller's control chairs. | [Asking for types of data seen from the drillers chair which are not likely to be in a document. A reasonable search cannot be constructed to establish these types of data]. | Likely no search terms needed. If search terms used, then run: (dwh or horizon) and (cyber or driller*) w/5 (chair or display or control*) w/25 (data or reading or pressure or flow or mud or volume) | Transocean's August 3 correspondence indicated it would search for responsive documents for this request. |
| Response to BP's RFP to TO | 3/11/2011 | 101 | All documents relating to the Deepwater Horizon's computer system, controls, and displays for the driller's and assistant driller's control chairs failing to show data, showing data on a delayed basis, or showing erroneous data. | Same as RFP 100. | (cyber or driller*) w/5 (chair or display or control*) w/25 (problem or defect* or delay* or erro* or repair* or maint* or replac*) | Transocean's August 3 correspondence indicated it would search for responsive documents for this request. |
| Response to BP's RFP to TO | 3/11/2011 | 106 | All documents relating to the MC252 well control incident on April 20, 2010. | "well control event" and ("blow-out" or leak* or injur* or damage* or accident* or problem or disaster). Limit date. | (horizon or dwh or Macondo or "MC 252" or MC252) and (incident or blowout or explosion or fire or accident or disaster or investigat* or "well control event") and greater than or equal to April 20, 2010 | Transocean's search terms are overly narrowed to documents containing the phrase "well control event" in conjunction with other terms. |
| Response to BP's RFP to TO | 3/11/2011 | 116 | All documents relating to the actions the Transocean crew took in response to the MC252 well control incident on April 20, 2010. | "well control event" and ("blow-out" or leak* or injur* or damage* or accident* or problem or disaster). | (horizon or dwh or Macondo or "MC 252" or MC252) and (incident or blowout or explosion or fire or accident or disaster or investigat* or "well control event") and greater than or equal to April 20, 2011 | Transocean's search terms are overly narrowed to documents containing the phrase "well control event" in conjunction with other terms. |
| Response to BP's RFP to TO | 3/11/2011 | 119 | All documents relating to Transocean's policies, practices, procedures, standards, requirements, and/or protocols regarding how the crew of a deepwater drilling rig should respond when gas enters into the riser of a deepwater drilling rig. | ((horizon or dwh) and (((fire or gas) w/10 detect*) w/10 (system* or alarm*))) or ((horizon or dwh) and ((emergency w/3 disconnect) or eds) or ((emergency w/3 shutdown) or esd)) and date 1/1/2009 – 4/20/2010. | (Gas w/10 riser) and (Train* or polic* or practice* or procedur* or standard* or requirement* or protocol* or handbook or manual) | Transocean's search terms are overly narrowed to documents concerning alarms, the emergency disconnect system, and the emergency shutdown system. |

| Filing | Date | RFP # | Documents Requested | Transocean's Search Terms | The BP Parties' Requested Additional Search Terms | Basis for Additional Search Terms |
|---|---|---|---|---|---|---|
| Response to BP's RFP to TO | 3/11/2011 | 143 | All documents relating to bladder effects or annular compression when performing or interpreting negative pressure tests. | No search terms needed. | Per Transocean's July 27 letter, run searches for documents containing "annular compression" or "bladder effect" or "bladder affect" or "annul* compres*" | Transocean's July 27 correspondence indicated it had run searches. |
| Response to BP RFP | 3/11/2011 | 150 | All documents relating to the Deepwater Horizon's engines and generators, including but not limited to the operation of those engines and generators on April 20, 2010. | ((horizon or dwh) and (((fire or gas) w/10 detect*) w/10 (system* or alarm*))) or ((horizon or dwh) and ((emergency w/3 disconnect) or eds) or ((emergency w/3 shutdown) or esd)) | (dwh or horizon) w/50 (generator* or engine*) and greater or equal to April 1, 2010 | Transocean's search terms do not include references to "engines" or "generators," which are the subjects of the request. |
| Response to BP RFP | 3/11/2011 | 156 | All documents relating to efforts by any person or entity to activate the BOP after the Deepwater Horizon Incident. | well control event and (blow-out or leak* or injur* or damage* or accident* or problem or disaster) | (dwh or horizon) and (bop or "blowout preventer") w/25 (disaster or incident or problem or accident or response or "ROV intervention" or "containment" or "source control") and greater or equal to April 19, 2010 | Transocean's search terms do not include "blowout preventer" or derivations therof, which is the subject of the request. |
| Response to BP RFP | 3/11/2011 | 158 | All documents relating to efforts to contain or clean up the Oil Spill | (macondo or "mc 252" or mc252 or horizon or dwh or cap* or control or "shut in" or "top kill") and well control event and (blow-out or leak* or injur* or damage* or accident* or problem or disaster) | (dwh or horizon or macondo or "MC 252" or mc252) and (oil or hydrocarbons) w/25 (spill or contain* or clean* or dispersant) and greater or equal to April 19, 2010 | Transocean's search terms do not include "contain" or "clean" or "oil spill," which are the subjects of the request. |
| Response to BP's 2nd RFP to TO | 4/29/2011 | 5 | All documents relating to rig schematics, diagrams, drawings, or blueprints for the Deepwater Horizon both as manufactured and as it existed at the time of the Incident, including but not limited to all documents describing or setting forth the layout of the Deepwater Horizon and all photographs or other images of the Deepwater Horizon. | ((horizon or dwh) and (((fire or gas) w/10 detect*) w/10 (system* or alarm*))) or ((horizon or dwh) and ((emergency w/3 disconnect) or eds) or ((emergency w/3 shutdown) or esd)) and date 1/1/2009 – 4/20/2010. "well control event" and ("blow-out" or leak* or injur* or damage* or accident* or problem or disaster). | (dwh or horizon) w/25 (schem* or diagram* or drawing* or blueprint* or specification*) | Transocean's search terms are overly narrowed to documents concerning alarms, the emergency disconnect system, and the emergency shutdown system or documents containing "well control event." |

| Filing | Date | RFP # | Documents Requested | Transocean's Search Terms | The BP Parties' Requested Additional Search Terms | Basis for Additional Search Terms |
|---|---|---|---|---|---|---|
| Response to BP's 2nd RFP to TO | 4/29/2011 | 6 | All documents relating to the Deepwater Horizon's drilling of the MC252 Well, including but not limited to all data, daily reports, and other documents generated during the course of drilling the MC252 Well, as well as all documents sent to or received from BP's other contractors such as Halliburton Energy Services, Inc. and M-I LLC concerning drilling of the MC252 Well. | (DWH or horizon or marianas or macondo or mc252 or "mc 252" or block252 or "block 252") and (annulus or cement or centraliz* or "negative pressure" or "pressure test" or (shoe w/2 track) or (mud w/5 separator) or (blowout w/3 preventor) or "BOP" or "EDS") and (BP or Cameron or Halliburton or HESI or Weatherford or Anadarko or "Tidewater Marine" or TM or Sperry or Swaco or MOEX or MMS or (mineral* w/3 management) or (coast w/2 guard) or USCG or Schlumberger or Kongsberg or Simrad) & da(after 9/30/2009). (horizon or dwh or macondo or mc252 or "mc 252" or block252 or "block 252") and ((annulus w/5 cement) or (casing w/3 string) or centralis* or "float collar" or (negative w/5 test*) or (integrity w/5 parameters) or (mud w/3 gas w/3 separator) or (core w/3 pressure) or (mud w/3 program) or (pressure w/3 test) or (cement w/3bond) or cbl or (negative w/3 test*) or (bottom* w/5 circulat*)) and date between 1/31/2010 and 4/21/2010; (horizon or dwh or macondo or mc252 or "mc 252" or block252 or "block 252") and (temporary w/3 abandonment) and date between 4/15/2010 and 4/21/2010; | "MC 252" or MC252 or Macondo | Transocean's search terms are overly narrow; a simple broad search related to the Macondo Well is appropriate. |
| Response to BP's 2nd RFP to TO | 4/29/2011 | 18 | All documents from January 1, 2009, to April 20, 2010 relating to safety and/or emergency drills conducted on the Deepwater Horizon. | ((horizon or dwh) and (((fire or gas) w/10 detect*) w/10 (system* or alarm*))) or ((horizon or dwh) and ((emergency w/3 disconnect) or eds) or ((emergency w/3 shutdown) or esd)) and date 1/1/2009 – 4/20/2010. (dwh or horizon) and date Jan 1, 2010 – April 21, 2010. | (dwh or horizon) and (safety or emergency) w/25 (drill or plan or practice* or procedur* or protocol* or polic* or standard* or handbook or manual or guide*) and date 1/1/2009 – 4/20/2010 | Transocean's search terms are overly narrow in that they concern emergency equipment and may not encompass responsive documents concerning safety or emergency drills. |
| Response to BP's 2nd RFP to TO | 4/29/2011 | 23 | All documents relating to any flooding on the Deepwater Horizon, including but not limited to the flooding event that occurred on the Deepwater Horizon in 2008. | (horizon or dwh) and blackout and greater than or equal to Aug 1, 2008 [Same as Response to BP's 1st RFP 91] | (DWH or Horizon) w/10 flood* | Transocean's search terms do not include reference to "flooding," which is the subject of the request |
| Response to BP's 2nd RFP to TO | 4/29/2011 | 29 | All documents created at any time relating to communications or discussions, evaluations, or analyses of a so-called "bladder effect" or "annular compression," including but not limited to all documents in which either one of those terms appears. | No Search Terms Needed. | Per Transocean's July 27 letter, run searches for documents containing "annular compression" or "bladder effect" or "bladder affect" or "annul* compres*" | Transocean's July 27 correspondence indicated it had run searches. |

| Filing | Date | RFP # | Documents Requested | Transocean's Search Terms | The BP Parties' Requested Additional Search Terms | Basis for Additional Search Terms |
|---|---|---|---|---|---|---|
| Response to BP's 2nd RFP to TO | 4/29/2011 | 46 | All documents relating to the Deepwater Horizon's diverter system. | ((horizon or dwh) and (((fire or gas) w/10 detect*) w/10 (system* or alarm*))) or ((horizon or dwh) and ((emergency w/3 disconnect) or eds) or ((emergency w/3 shutdown) or esd)) and date 1/1/2009 – 4/20/2010. ((EDS OR "emergency disconnect") w/25 ("mud gas separator" or mgs OR diverter)) and (affect* or effect* or hinder or prevent or interf*) ((amf or deadman) w/25 ("mud gas separator" or mgs OR diverter)) and (affect* or effect* or hinder or prevent or inter*) (("auto-shear" or autoshear) w/25 ("mud gas separator" or mgs OR diverter)) and (affect* or effect* or hinder or prevent or interf*) diverter AND polic* AND deepwater | (horizon or dwh) w/50 diverter | Transocean's search terms are overly narrow in that they unneccessarily limit search results to documents containing various specified terms used in conjunction with "diverter" instead of a broad search for documents using "diverter." |
| Response to BP's 2nd RFP to TO | 4/29/2011 | 48 | All documents relating to the Deepwater Horizon's rig savers. | ((horizon or dwh) and (((fire or gas) w/10 detect*) w/10 (system* or alarm*))) or ((horizon or dwh) and ((emergency w/3 disconnect) or eds) or ((emergency w/3 shutdown) or esd)) and date 1/1/2009 – 4/20/2010. (procedur* or protocol* or rule* or guideline* or polic*) and ((well w/3 control) or "pressure test" or (( NPT or PPT) w/3 test)) and (dwh or horizon) and date 1/1/2005 – 4/20/2010. | (horizon or dwh) and "rig saver*" | Transocean's search terms do not include reference to "rig savers," which is the subject of the request. |
| Response to BP's 2nd RFP to TO | 4/29/2011 | 49 | All documents relating to the Deepwater Horizon's overspeed controls. | ((horizon or dwh) and (((fire or gas) w/10 detect*) w/10 (system* or alarm*))) or ((horizon or dwh) and ((emergency w/3 disconnect) or eds) or ((emergency w/3 shutdown) or esd)) and date 1/1/2009 – 4/20/2010. (procedur* or protocol* or rule* or guideline* or polic*) and ((well w/3 control) or "pressure test" or (( NPT or PPT) w/3 test)) and (dwh or horizon) and date 1/1/2005 – 4/20/2010. | (horizon or dwh) and overspeed w/10 (control* or engine*) | Transocean's search terms do not reference "overspeed controls" or "engine," which are the subjects of the request. |
| Response to BP's 2nd RFP to TO | 4/29/2011 | 73 | All documents relating to all Operational Events Reports for the Deepwater Horizon, as described in the Transocean Field Operations Handbook, Manual No. HQS-OPS- HB-05, including but not limited to: (i) Equipment Failures reports; (ii) Major Equipment Failures reports; (iii) Procedural Error or Failures reports; (iv) Other Events Transocean reports; (v) Hole Problems reports; (vi) Other Events Customer reports; and (vii) Well Control Event reports. | ((horizon or dwh) and (((fire or gas) w/10 detect*) w/10 (system* or alarm*))) or ((horizon or dwh) and ((emergency w/3 disconnect) or eds) or ((emergency w/3 shutdown) or esd)) and date 1/1/2009 – 4/20/2010. | (dwh or horizon) and ("operation* event* report*" or "event report*") | Transocean's search terms do not respond to the subject of the request, as they relate to emergency equipment but do not search for "Operation Events Reports." |
| Response to BP's 2nd RFP to TO | 4/29/2011 | 74 | All documents relating to the following reports or notifications for the Deepwater Horizon, as described in the Transocean Field Operations Handbook, Manual No. HQS-OPS- HB-05: (i) emergency response reports; (ii) HSE incident reports; and (iii) operational abnormality reports. | ((horizon or dwh) and (((fire or gas) w/10 detect*) w/10 (system* or alarm*))) or ((horizon or dwh) and ((emergency w/3 disconnect) or eds) or ((emergency w/3 shutdown) or esd)) and date 1/1/2009 – 4/20/2010. | (dwh or horizon) and ((emergency or HSE or abnorm*) w/5 report*) | Transocean's search terms do not respond to the subject of the request, as they relate to emergency equipment but do not search for "emergency response reports" or "HSE incident reports" or "operational abnormality reports." |

| Filing | Date | RFP # | Documents Requested | Transocean's Search Terms | The BP Parties' Requested Additional Search Terms | Basis for Additional Search Terms |
|---|---|---|---|---|---|---|
| Response to BP's 2nd RFP to TO | 4/29/2011 | 75 | All documents relating to Operation Event Reports - Format for Well Control Event, including but not limited to those in the format of Deposition Exhibit 1479, concerning the Deepwater Horizon. | "well control event" and ("blow-out" or leak* or injur* or damage* or accident* or problem or disaster). | (dwh or horizon) and ("operation* event* report*" or "event report*") and "well control" | Transocean's search terms are overly narrow in that they are limited to documents containing the phrase "well control event" in conjunction with other specified terms. |
| Response to BP's 2nd RFP to TO | 4/29/2011 | 84 | All documents relating to simultaneous operations while doing dynamic positioning of vessel or "SIMOPS" on the Deepwater Horizon. | ((horizon or dwh) and (((fire or gas) w/10 detect*) w/10 (system* or alarm*))) or ((horizon or dwh) and ((emergency w/3 disconnect) or eds) or ((emergency w/3 shutdown) or esd)) and date 1/1/2009 – 4/20/2010. | (dwh or horizon) and ("simultaneous operations" or SIMOPS) and ("dynamic position*" or "dp") | Transocean's search terms relate to emergency equipment but fail to reference "simultaneous operations," "SIMOPS," or "dynamic positioning." |
| Response to BP's 2nd RFP to TO | 4/29/2011 | 96 | All documents relating to ballast and pipeline drawings for the Deepwater Horizon. | ((horizon or dwh) and (((fire or gas) w/10 detect*) w/10 (system* or alarm*))) or ((horizon or dwh) and ((emergency w/3 disconnect) or eds) or ((emergency w/3 shutdown) or esd)) and date 1/1/2009 – 4/20/2010. | (dwh or horizon) and (pipeline or ballast) w/25 (draw* or diagram* or blueprint* or plan* or schem*) | Transocean's search terms relate to emergency equipment but fail to reference the terms "ballast" or "pipeline," which are the subjects of the request. |
| Response to BP's 2nd RFP to TO | 4/29/2011 | 97 | All documents relating to drawings for the Deepwater Horizon's ballast tank, fuel tanks, drill water tanks, and fresh water tanks. | Same as BP 2nd RFP 96. | (dwh or horizon) and tank w/5 (ballast or fuel or water) w/25 (draw* or diagram* or blueprint* or plan* or schem*) | Transocean's search terms relate to emergency equipment but fail to reference the ballast tank, fuel tanks, drill water tanks, or fresh water tanks, which are the subjects of the request. |
| Response to BP's 2nd RFP to TO | 4/29/2011 | 105 | All documents relating to the capacity, capabilities and/or description of the degasser unit. | ((horizon or dwh) and (((fire or gas) w/10 detect*) w/10 (system* or alarm*))) or ((horizon or dwh) and ((emergency w/3 disconnect) or eds) or ((emergency w/3 shutdown) or esd)) and date 1/1/2009 – 4/20/2010. | (dwh or horizon) and (degass* or mgs or (mud w/3 gas w/3 separator)) | Transocean's search terms relate to emergency equipment but fail to mention the term "degasser" or the mud-gas separator. |
| Response to BP's 2nd RFP to TO | 4/29/2011 | 110 | All documents relating to all services performed by Halliburton Energy Services Inc. ("Halliburton") and Sperry Drilling Services relating to the MC252 Well, including but not limited to cementing and mud logging services. | (DWH or horizon or marianas or macondo or mc252 or "mc 252" or block252 or "block 252") and (annulus or cement or centraliz* or "negative pressure" or "pressure test" or (shoe w/2 track) or (mud w/5 separator) or (blowout w/3 preventor) or "BOP" or "EDS") and (BP or Cameron or Halliburton or HESI or Weatherford or Anadarko or "Tidewater Marine" or TM or Sperry or Swaco or MOEX or MMS or (mineral* w/3 management) or (coast w/2 guard) or USCG or Schlumberger or Kongsberg or Simrad) & da(after 9/30/2009). | (Macondo or MC252 or "MC 252") and (Halliburton or HESI or Sperry* or cement* or (mudlog* or (mud w/3 log*)) | Transocean's search terms unnecessarily limit the scope of documents gathered by requring that they concern topics such as the negative pressure test, mud gas separator, or the blowout preventer.  A simpler, broader search is appropriate. |
| Response to BP's 2nd RFP to TO | 4/29/2011 | 113 | All documents relating to the cementing unit on the Deepwater Horizon on April 19-20, 2010, including but not limited to schematics, diagrams, plumbing and drawings of the cementing unit, the nitrogen unit and the foam manifold. | ((horizon or dwh) and (((fire or gas) w/10 detect*) w/10 (system* or alarm*))) or ((horizon or dwh) and ((emergency w/3 disconnect) or eds) or ((emergency w/3 shutdown) or esd)) and date 1/1/2009 – 4/20/2010. | (dwh or horizon) and ((cement* w/2 unit) or (nitrogen w/2 unit) or "foam manifold") | Transocean's search terms relate to emergency equipment but fail to address "cementing," which is the subject of the request. |
| Response to BP's 2nd RFP to TO | 4/29/2011 | 119 | All documents relating to when a cement bond/evaluation log should be run on a well. | Same as BP 2nd RFP 118 | (Polic* or practice* or procedur* or manual* or guide* or handbook) w/25 (cement w/3 log) or cbl or "cement evaluation log") | This request is not limited to documents concerning the Macondo well and thus Transocean's search terms should not be limited to that well. |

| Filing | Date | RFP # | Documents Requested | Transocean's Search Terms | The BP Parties' Requested Additional Search Terms | Basis for Additional Search Terms |
|---|---|---|---|---|---|---|
| Response to BP's 2nd RFP to TO | 4/29/2011 | 183 | All documents relating to or referring to the lock down sleeve and lock down sleeve procedure for use at the MC252 Well. | (horizon or dwh or macondo or mc252 or "mc 252" or block252 or "block 252") and ((annulus w/5 cement) or (casing w/3 string) or centralis* or "float collar" or (negative w/5 test*) or (integrity w/5 parameters) or (mud w/3 gas w/3 separator) or (core w/3 pressure) or (mud w/3 program) or (pressure w/3 test) or (cement w/3bond) or cbl or (negative w/3 test*) or (bottom* w/5 circulat*)) and date between 1/31/2010 and 4/21/2010; (horizon or dwh or macondo or mc252 or "mc 252" or block252 or "block 252") and (temporary w/3 abandonment) and date between 4/15/2010 and 4/21/2010; (horizon or dwh or macondo or mc252 or "mc 252" or block252 or "block 252") and (fifteen or 15) and 4/18/2010 "well control event" and ("blow-out" or leak* or injur* or damage* or accident* or problem or disaster). | (Macondo or MC252 or "MC 252") and ("lock down " or lds) | Transocean's search terms do not include "lock down sleeve" or derivations thereof, which is the subject of the request. |
| Response to BP's 2nd RFP to TO | 4/29/2011 | 205 | All documents sent to or received from any crew member of the Deepwater Horizon or Damon B. Bankston on or after April 20, 2010, including but not limited to all communications relating to the settlement or compromise, or potential settlement or compromise, of any claims that have been or might be brought by such crew members. | (dwh or horizon) and date Jan 1, 2010 – April 21, 2010. "well control event" and ("blow-out" or leak* or injur* or damage* or accident* or problem or disaster). | (dwh or horizon or bankston) and (crew or "on board") and ((incident or injur* or damage* or disaster or explosion or fire) w/25 (settl* or compromis* or claim*) and greater than or equal to April 20, 2010 | This request may not require search terms, as presumably Transocean has a file of such communications. Nevertheless, to the extent Transocean uses search terms, the BP Parties request that Transocean perform the proposed search. |
| Response to BP's 2nd RFP to TO | 4/29/2011 | 206 | All documents sent to or received from any person or entity relating to the settlement or compromise, or potential settlement or compromise, of any claims arising from or relating to the Deepwater Horizon Incident or the Oil Spill. | "well control event" and ("blow-out" or leak* or injur* or damage* or accident* or problem or disaster). | (Macondo or MC252 or "MC 252" or dwh or horizon or "oil spill") and ((incident or injur* or damage* or disaster or explosion or fire) w/25 (settl* or compromis* or claim*) and greater than or equal to April 20, 2010 | As with respect to Request 205 of the Second Request, this request may not require search terms, as presumably Transcoean has a file of such communications. To the extent Transocean uses search terms, the BP Parties request that Transocean peform a search with these proposed terms. |