

SUTHERLAND ASBILL & BRENNAN LLP
First City Tower
1001 Fannin, Suite 3700
Houston, TX 77002-6760
713.470.6100  Fax 713.654.1301
www.sutherland.com

**CARTER L. WILLIAMS**
DIRECT LINE: 713.470.6126
E-mail: carter.williams@sutherland.com

August 23, 2011

VIA E-MAIL

Mr. R. Chris Heck
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654

    Re:    Search Terms and Custodians in *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, MDL No. 2179

Dear Chris:

    As a follow-up to the August 19 conference and Judge Shushan's August 22, 2011 Order, I write to provide additional information with respect to the custodians and search parameters that Transocean has used to locate documents responsive to Phase I discovery requests in MDL No. 2179. To date, Transocean has produced more than 5,800,000 pages of documents in response to hundreds of document requests from the PSC, Anadarko, MOEX, Halliburton, the United States, and BP, and is continuing to search for and produce non-privileged responsive documents. Specifically, Transocean has searched for responsive documents in the files of the 256 custodians identified in Attachment A, as well as in more than 17 terabytes of data collected from shared drives and non-custodial databases and thousands of boxes and files in records rooms and offsite storage. Transocean has also produced the non-privileged documents created or relied upon by members of Transocean's internal investigation team as part of their investigation of the Macondo well incident. This extensive search, review, and production has involved hundreds of attorneys, numerous vendors, and has cost Transocean tens of millions of dollars. There can be no question that these efforts meet and in fact greatly exceed Transocean's discovery obligations.

    While we trust that you will agree that Transocean is conducting a reasonable search of its own files and is making reasonable inquiries to locate responsive documents in accordance with its obligations under the Federal Rules of Civil Procedure, we provide additional information regarding our searches below:

    *Custodial Data*. Transocean has searched for responsive documents in the files of the 231 human custodians identified in Attachment A, which include all members of Transocean's internal investigation team. Transocean has also searched for and produced responsive documents from each of the twenty-five position-based email accounts shared by *Deepwater Horizon* personnel (also identified in Attachment A) collected from the most recent monthly back-up tape of the Microsoft Exchange server on the *Deepwater Horizon*. Because the

Mr. R. Chris Heck
August 23, 2011
Page 2 of 3

*Deepwater Horizon* Exchange server is no longer accessible to Transocean, Transocean has also searched for the recipient(s) copy of each email from a rig-based account by restoring and searching all email on the April, May, and June 2010 back-up tapes of the Houston Exchange servers. Such data included files of more than 950 custodians in addition to those identified in Attachment A.

*Non-custodial data.* Transocean has also searched non-custodial electronic data collections including more than 17 terabytes of departmental network shares. Additionally, Transocean has searched numerous company databases for data related to the *Deepwater Horizon* without using search terms, which efforts are described further below.

*Search Parameters.* To locate documents responsive to requests from the PSC, Transocean has applied the search terms and date ranges described in Attachment B to the data collected from the custodians identified in Attachment A and the non-custodial data described above. To locate documents responsive to requests from the BP Parties, Transocean is applying the search terms and date ranges described in Attachment C to the same set of data.

*Non-Search Term Searches.* There are also sources of data that Transocean is searching without using specific search terms. These sources include the following centralized databases likely to contain information related to the *Deepwater Horizon*:

- Global Management System ("GMS"), used by the payroll and training groups, which contains information related to the following:
    - Daily operations
    - Training data
    - Time sheets
    - Marine certifications
    - POB reports

- Inventory Control System ("ICS"), used by the receiving and billing groups, which contains information related to:
    - Inventory history
    - Inventory requisitioning
    - Material movement

- Rig Maintenance System ("RMS"), used by the procurement group, which contains information related to:
    - Capital equipment
    - Maintenance processed
    - Maintenance performed

- THINK, a company-wide safety application rolled out in 2008, which contains information related to:
    - Risk management

Mr. R. Chris Heck
August 23, 2011
Page 3 of 3

- o Safety
- o Repetitive tasks
- o Risk/mitigations

Due to the configuration and reporting capabilities of these databases, it was determined to be more efficient to pull and review data related to the *Deepwater Horizon* rather than to use search terms.

Please feel free to call me if you have any questions.

Sincerely,

Carter L. Williams


cc: The Honorable Sally Shushan
Mike O'Keefe
Rachel Clingman, Esq.
Kerry Miller, Esq.