| Custodian |
|---|
| Adamson, Keelan |
| Ajayi, Ibukun |
| Alarcon, Sergio |
| Allan, Rod |
| Allen, Reyna |
| Ambrose, Bill |
| Arceneaux, Ronnie |
| Bachand, Mark R. |
| Bandeko, Brian |
| Bell, Wesley |
| Bertone, Steven |
| Bjornestad, James |
| Blue, Mike |
| Bobillier, Arnaud |
| Bonno, Terry |
| Bondar, Silvestru |
| Booker, Rachel |
| Boone, John |
| Boughton, Geoff |
| Bradford, Wayne |
| Braniff, Barry |
| Briscoe, John |
| Broussard, Mark |
| Brown, Eric |
| Brown, Jason |
| Buisine, Jean-Paul |
| Bullock, Jimmie |
| Burkett, Dana |
| Butefish, Stephanie |
| Butler, Gary |
| Cahuzac, Jean |
| Cameron, Dave |
| Canducci, Jerry |
| Cantwell, Guy Arthur |
| Carroll, John |
| Cherry, Elton |
| Childs, Greg |
| Clark, Ian |
| Cleaver, Marc |
| Clyne, Neil |
| Coan, Clayton D |
| Colby, Brian |
| Cooper, Harry |
| Cote, Scott |
| Coull, Gordon |
| Crain, Chad |

| |
|---|
| Decker, Matthew |
| Diekstra, Serge |
| Dreith, Mark |
| Dsane-Selby, Rachael |
| Dukes, Billy Jean |
| DWH, AsstDriller (Deepwater Horizon) |
| DWH, Captain (Deepwater Horizon) |
| DWH, ChiefELTech (Deepwater Horizon) |
| DWH, ChiefMate (Deepwater Horizon) |
| DWH, CraneOper (Deepwater Horizon) |
| DWH, Deckpusher (Deepwater Horizon) |
| DWH, DPOperator (Deepwater Horizon) |
| DWH, Driller (Deepwater Horizon) |
| DWH, Electrician (Deepwater Horizon) |
| DWH, ElectSup (Deepwater Horizon) |
| DWH, ELTech (Deepwater Horizon) |
| DWH, FirstEngineer (Deepwater Horizon) |
| DWH, MaintSup (Deepwater Horizon) |
| DWH, Materials Coordinator (Deepwater Horizon) |
| DWH, Mechanic (Deepwater Horizon) |
| DWH, MechSup (Deepwater Horizon) |
| DWH, Medic (Deepwater Horizon) |
| DWH, MotorOper (Deepwater Horizon) |
| DWH, OIM (Deepwater Horizon) |
| DWH, RadioOper (Deepwater Horizon) |
| DWH, RSTC (Deepwater Horizon) |
| DWH, SafetyDel (Deepwater Horizon) |
| DWH, SubSeaSup (Deepwater Horizon) |
| DWH, Toolpusher (Deepwater Horizon) |
| DWH, Training (Deepwater Horizon) |
| Eshenroder, Gary |
| Ezell, Randy |
| Farr, Dan |
| Florence, Ewen |
| Foster, David |
| Fojt, Buddy |
| Fry, Michael |
| Fuentes, Esmeralda |
| Gallardo, Lorena |
| Garza, Vicki |
| Gouner, Ursula |
| Groeneweg, Estella |
| Guicheney, Patrick |
| Guidry, Ron |
| Hadaway, Troy |
| Hall, Eric |
| Hand, Steve |

| |
|---|
| Harris, Eric |
| Hart, Derek |
| Haslam, Dan |
| Hauf, Chuck |
| Hay, Mark |
| Hayes, Dennis |
| Hayes, Steve |
| Herrin, Bob |
| Hess, Adam |
| Hoang, Joseph |
| Hockaday, Wilton |
| Holman, Lawrence W |
| Holmes, Mike |
| Hudson, Ian |
| Humphrey, Danny |
| Husted, Daniel |
| Irwin, Nathan |
| Jeter, Robert |
| Johnson, Danny |
| Johnson, Georgianne |
| Johnson, Paul |
| Johnson, Robert |
| Jones, Jeff |
| Judkins, Jana |
| Kam, John |
| Keel, Jim |
| Keener, Chip |
| Keeton, John |
| Kent, James |
| Kenyon, Graham |
| King, Paul |
| Kluk, Daniel |
| Knight, Chris |
| Kozicz, John |
| Kutcha, Curt |
| Lamb, Keith |
| Leach, Gary |
| Leal, Johnny |
| Leslie, Eric |
| Levine, Jerry |
| Lewis, Ed |
| Lodge, Malcolm |
| Loftis, Terry |
| Loveland, Joshua |
| Lowe, Jim |
| MacDonald, John |
| MacKay, John |

| |
|---|
| Manning, Rodney |
| Markey, Mike |
| McAllister, Kathleen |
| McIntosh, Ryan |
| McMahan, Larry |
| Mendez, Rudy |
| Miller, Keith |
| Mills, Larry |
| Mohod, Abhijit |
| Moore, Jimmy |
| Moore, Sammy |
| Morgan, Christi |
| Morhardt, Ben |
| Morrison, Steve |
| Munoz, Dan |
| Munro, Mike |
| Myers, Steven |
| Newman, Steve |
| Nordholm, Art |
| Null, Heather |
| O'Brien, Mel |
| Ortiz, Carlos |
| Panagos, Greg |
| Parker, Theresa |
| Parr, James |
| Patil, Harshal |
| Patterson, Nick |
| Payne, Robert |
| Pearce, Bill |
| Pederson, Neal |
| Pelley, Darrel |
| Penny, James |
| Perez, Alejo David |
| Perez, Xavier |
| Phillips, Robert |
| Picard, Ray |
| Pirtle, Donnie |
| Pleasant, Chris |
| Ramsay, David |
| Rank, Darren |
| Redd, Eddy |
| Reid, Tony |
| Reudelhuber, Dan |
| Revis, Jewel |
| Richard, Sherry |
| Richards, Janice |
| Richards, Jess |

| |
|---|
| Richards, Ramsey |
| Richardson, Justin |
| Ritter, Bjoern |
| Roberts, Andrea |
| Roberts, Thad |
| Roddy, Amy |
| Rodrigues, Rene |
| Roller, Perrin |
| Romine, Lane |
| Rosa, Ricardo |
| Rose, Adrian |
| Ryan, Rodney |
| Salas, Regulo |
| Salgado, Camilia |
| Saltiel, Rob |
| Sannan, Bill |
| Sawyer, Roger |
| Schultz, Serge |
| Schwartz, Leon |
| Scott, Robert |
| Shackelford, Tom |
| Shifflet, Christopher |
| Shropshire, Glenn |
| Sivils, Randall D |
| Smith, Pharr |
| Smith, Ryan |
| Smith, Scott |
| Sneddon, Iain |
| Snider, Gill |
| Sparling, Steven |
| Stringfellow, William |
| Tanner, Carrie |
| Tatum, Charles |
| Thames, Steve |
| Thibodeaux, Mark |
| Thomson, Jeff |
| Tiano, Robert |
| Tolleson, Chris |
| Toma, Ihab |
| Tonnel, David |
| Tracey, Leon |
| Trahan, Buddy |
| Tranter, Paul |
| Truschinger, John |
| Turlak, Rob |
| Vankayalapati, Rajesh |
| Vinluan, Joel |

| |
|---|
| Voorhies, Neil |
| Walker, Steven |
| Walsh, Bob |
| Ward, Stephen |
| Watson, David |
| Watson, Simon |
| Weaver, Warren |
| Weber, Barry |
| Weingarth, Lew |
| Weiss, Kevin |
| White, Robert |
| Willey, Diane |
| Williams, Dean |
| Williams, Gary David |
| Williams, Tim |
| Wilson, Todd |
| Winslow, Daun |
| Wood, Lorna |
| Wright, Mike |
| Yi, Ramon |
| Yu, Michael Cheng |
| Zipp, Arjan |