| Filing | Date | RFP # | Document Requested | Search Terms |
|---|---|---|---|---|
| Response to Plaintiffs IROG/RFP | 12/17/2010 | 1 | All documents produced to the Coast Guard, MMS, MB or any Congressional Committee regarding DWH and/or the Macondo Well. And all subpoenas and/or requests to which you produced such documents and ESI. And, all pre-April 20, 2010 filings with the Coast Guard and MMS | No search terms needed. |
| Response to Plaintiffs IROG/RFP | 12/17/2010 | 2 | All documentation submitted by you or on your behalf to your vessel valuation appraiser for purposes of creation of a limitation fund. | No search terms needed. |
| Response to Plaintiffs IROG/RFP | 12/17/2010 | 3 | A copy of each pre-casualty condition, class and valuation survey performed on the DEEPWATER HORIZON from the time of her construction through April 20, 2010. | (horizon or dwh) and ((condition or class or valu*) w/10 ("survey value" or assess* or analys*)) |
| Response to Plaintiffs IROG/RFP | 12/17/2010 | 4 | Every document pertaining to the purchase and ownership of the DEEPWATER HORIZON, including but not limited to any document confirming the identity of the purchaser and the actual owner(s) of the DEEPWATER HORIZON, from the time she left the shipyard through April 20, 2010. | ((purchas* or buy or transfer or deliver* or sale or sell or possess*) and (owner* or falcon or hyundai or transocean or purchas*)) w/25 (Horizon or dwh) |
| Response to Plaintiffs IROG/RFP | 12/17/2010 | 5 | Every contract of insurance and/or indemnity, including but not limited to every P&I, Hull, cargo and/or Umbrella or Excess insurance policy providing coverage for the DEEPWATER HORIZON as of April 20, 2010. | No search terms needed. |
| Response to Plaintiffs IROG/RFP | 12/17/2010 | 6 | Every contract pertaining to the DEEPWATER HORIZON and the work contracted to be performed thereon in force and effect on April 20, 2010, whether the signatories to any such contract were performing work aboard the vessel or not. | No search terms needed. |
| Response to Plaintiffs IROG/RFP | 12/17/2010 | 7 | The proceeds from any and all insurance claims made by or on behalf of any Transocean entity as a result of the April 20, 2010 explosion and subsequent sinking of the DEEPWATER HORIZON, including a copy of any checks, wire transfer confirmations or other evidence of receipt of said proceeds. | No search terms needed. |
| Response to Plaintiffs IROG/RFP | 12/17/2010 | 8 | All vessel documentation pertaining to any other vessels owned or chartered by any entity named as a Complainant in the Complaint for Limitation ("limitation complainant") filed in the Southern District of Texas bearing Civil Action No. 10-01721 and subsequently transferred to the Eastern District of Louisiana. | No search terms needed. |
| Response to Plaintiffs IROG/RFP | 12/17/2010 | 9 | Every document upon which you base your monetary value of "freight then pending" as part of creation of the limitation fund. | No search terms needed. |
| Response to Plaintiffs IROG/RFP | 12/17/2010 | 10 | Any contract containing a hold harmless and/or indemnity obligation pertaining to the April 20, 2010 explosion and subsequent sinking of the DEEPWATER HORIZON. | No search terms needed. |
| Response to Plaintiffs IROG/RFP | 12/17/2010 | 11 | All documents stating the entire gross cost of chartering the MARIANAS and the DEEPWATER HORIZON from the beginning of the Macondo well job until its completion, whether said costs have been paid in full or not. | No search terms needed. |
| Response to Plaintiffs IROG/RFP | 12/17/2010 | 12 | All invoices submitted by limitation complainants to BP for use of any vessels owned, operated and/or controlled by limitation complainants | No search terms needed. |

| Response to Plaintiffs IROG/RFP | 12/17/2010 | 13 | All documents from the following entities to limitation complainants generated between October 1, 2009 and the date of your answer to these interrogatories, pertaining to the Macondo Well, the MARIANAS, the DEEPWATER HORIZON, and/or the April 20, 2010 incident and its aftermath:<br>a) BP<br>b) Cameron Intl.<br>c) Halliburton<br>d) Weatherford<br>e) Anadarko<br>f) Tidewater Marine<br>g) Sperry sun<br>h) MI Swaco<br>i) MOEX Offshore Drilling<br>j) Minerals Management Service<br>k) United States Coast Guard<br>l) Schlumberger<br>m) Kongsberg Maritime or its predecessors, including but not limited to Kongsberg Simrad | (DWH or horizon or marianas or macondo or mc252 or "mc 252" or block252 or "block 252") and (annulus or cement or centraliz* or "negative pressure" or "pressure test" or (shoe w/2 track) or (mud w/5 separator) or (blowout w/3 preventor) or "BOP" or "EDS") and (BP or Cameron or Halliburton or HESI or Weatherford or Anadarko or "Tidewater Marine" or TM or Sperry or Swaco or MOEX or MMS or (mineral* w/3 management) or (coast w/2 guard) or USCG or Schlumberger or Kongsberg or Simrad) & da(after 9/30/2009). |
| --- | --- | --- | --- | --- |
| Response to Plaintiffs IROG/RFP | 12/17/2010 | 14 | All documents provided by limitation complainants to the following entities between October 1, 2009 and the date of your answer to these interrogatories, pertaining to the Macondo Well, the MARIANAS, the DEEPWATER HORIZON, and/or the April 20, 2010 incident and its aftermath:<br>a) BP<br>b) Cameron Intl.<br>c) Halliburton<br>d) Weatherford<br>e) Anadarko<br>f) Tidewater Marine<br>g) Sperry sun<br>h) MI Swaco<br>i) MOEX Offshore Drilling<br>j) Minerals Management Service<br>k) United States Coast Guard<br>l) Schlumberger<br>m) Kongsberg Maritime or its predecessors, including but not limited to Kongsberg Simrad | Same search as 13. |
| Response to Plaintiffs IROG/RFP | 12/17/2010 | 15 | Any transcribed or recorded statement taken from any person by or on behalf of limitation complainants following the April 20, 2010 explosion of the DEEPWATER HORIZON. | No search terms needed |
| Response to Plaintiffs IROG/RFP | 12/17/2010 | 16 | All documents and e-mails to and from limitation complainants and any other entity regarding contractual defense and indemnity in this cause. | (DWH or horizon or marianas or macondo or mc252 or "mc 252" or block252 or "block 252") and (BP or Cameron or Halliburton or HESI or Weatherford or Anadarko or Tidewater Marine or TM or Sperry or Swaco or MOEX) and (defense or indemnity or indemnify). |

| | | | | |
|---|---|---|---|---|
| Response to Plaintiffs IROG/RFP | 12/17/2010 | 17 | All Letters of Undertaking from any underwriter obtained by any limitation complainant after April 20, 2010 to post required security pursuant to the Limitation of Liability Act. | No search terms needed. |
| Response to Plaintiffs IROG/RFP | 12/17/2010 | 18 | Participation, contribution, comment, input, planning and roles you played in the design of the Macondo well. | No search terms needed. |
| Response to Plaintiffs IROG/RFP | 12/17/2010 | 19 | With regard to the activities involving the DEEPWATER HORIZON and the Macondo Well, all participation, contribution, comment, input, planning and roles you played in the following:<br>a) the annulus cement, its application, casing and testing;<br>b) the production casing string;<br>c) the centralizer equipment;<br>d) the float collar at the top of the shoe;<br>e) the negative test procedure;<br>f) well-integrity parameters;<br>g) the mud gas separator during the well control event;<br>h) core pressure parameters in the well design;<br>i) well equipment and operations, mud program and pressure testing protocols and procedures;<br>j) the temporary abandonment procedure approved by the MMS on April 16, 2010;<br>k) a Cement Bond Log (CBL);<br>l) Sufficiency of the results of any and all negative tests;<br>m) Use or non-use of the fifteen (15) centralizers delivered to the DEEPWATER HORIZON on April 18, 2010; and<br>n) Performance or non-performance of a bottoms up circulation prior to commencing the cementing of the annulus. | (horizon or dwh or macondo or mc252 or "mc 252" or block252 or "block 252") and ((annulus w/5 cement) or (casing w/3 string) or centralis* or "float collar" or (negative w/5 test*) or (integrity w/5 parameters) or (mud w/3 gas w/3 separator) or (core w/3 pressure) or (mud w/3 program) or (pressure w/3 test) or (cement w/3bond) or cbl or (negative w/3 test*) or (bottom* w/5 circulat*)) and date between 1/31/2010 and 4/21/2010;  (horizon or dwh or macondo or mc252 or "mc 252" or block252 or "block 252") and (temporary w/3 abandonment) and date between 4/15/2010 and 4/21/2010; (horizon or dwh or macondo or mc252 or "mc 252" or block252 or "block 252") and (fifteen or 15) and 4/18/2010 |
| Response to Plaintiffs IROG/RFP | 12/17/2010 | 20 | All Sperry Sun logging data in real time pertaining to the DEEPWATER HORIZON | (horizon or dwh or macondo or mc252 or "mc 252" or block252 or "block 252") and (mud w/3 log*) w/5 (data or reading* or measure*) and date between 3/1/2010 and 4/21/2010. |
| Response to Plaintiffs IROG/RFP | 12/17/2010 | 21 | All activity aboard the DEEPWATER HORIZON produced or transmitted to you from any and all sources from April 14, 2010 through April 20, 2010. | Subset of 45. |
| Response to Plaintiffs IROG/RFP | 12/17/2010 | 22 | All data from Insight Systems proprietary software pertaining to the DWH from February 1, 2010 through April 20, 2010. | No search terms needed. |
| Response to Plaintiffs IROG/RFP | 12/17/2010 | 23 | Your knowledge of the Halliburton Opti-Cem models and the results thereof performed by Jesse Gagliano from April 14, 2010 through April 20, 2010. | (opticem or opti-cem or (opti w/3 cem)) and (gagliano or jesse) |
| Response to Plaintiffs IROG/RFP | 12/17/2010 | 24 | All Open Wells Reports, data or information from BP pertaining to the DEEPWATER HORIZON. | (horizon or dwh) and ((open w/3 well* w/3 report*) or (lost w/3 tool*) or downhole or down hole) and bp |
| Response to Plaintiffs IROG/RFP | 12/17/2010 | 25 | All BOP purchase, utilization, inspections, tests, maintenance, repairs, certification and/or modifications of the BOP for the period 2001 through 2010 | No search terms needed. |

| | | | | |
|---|---|---|---|---|
| Response to Plaintiffs IROG/RFP | 12/17/2010 | 26 | All documents and communications regarding or relating to the purchase, utilization, inspections, tests, maintenance, repairs, certification and/or modifications of the MODU MARIANAS BOP for the period 2001 through 2010. | No search terms needed. |
| Response to Plaintiffs IROG/RFP | 12/17/2010 | 27 | All research, investigation and/or decision tree analysis performed in conjunction with the decision not to run a Cement Bond Log on the Macondo Well. | (research or investig* or (decision w/4 tree) or oberv* or test* or analys* ) and (((cement w/3 log) or cbl) and (horizon or dwh or macondo or mc252 or "mc 252" or block252 or "block 252")) and betweem 4/15/2010 and 4/21/2010. |
| Response to Plaintiffs IROG/RFP | 12/17/2010 | 28 | All cement testing results prior to pumping the cement at the Macondo well site. | No search terms needed. |
| Response to Plaintiffs IROG/RFP | 12/17/2010 | 29 | The mud displacement procedures on the DEEPWATER HORIZON between April 16, 2010 and April 20, 2010 | (mud w/3 displac*) and (horizon or dwh or macondo or mc252 or "mc 252" or block252 or "block 252") and date between 4/15/2010 and 4/21/2010. |
| Response to Plaintiffs IROG/RFP | 12/17/2010 | 30 | The bypass of the Sperry Sun flow meter on the DWH between April 16, 2010 and April 20, 2010. | (flow w/3 meter) and (horizon or dwh or macondo or mc252 or "mc 252" or block252 or "block 252") and date between 4/15/2010 and 4/21/2010. |
| Response to Plaintiffs IROG/RFP | 12/17/2010 | 31 | The displacement of mud with seawater, thereby reducing the hydrostatic pressure head, at the Macondo well site between April 16, 2010 and April 20, 2010. | (horizon or dwh or macondo or mc252 or "mc 252" or block252 or "block 252") and Mud w/50 ((sea w/2 water) or seawater) and pressure and date between 4/15/2010 and 4/21/2010. |
| Response to Plaintiffs IROG/RFP | 12/17/2010 | 32 | The shutting in of the Macondo well on April 20, 2010. | (horizon or dwh or macondo or mc252 or "mc 252" or block252 or "block 252") and (shutin or "shut-in" or (shut w/2 in)) and date = 4/20/2010. |
| Response to Plaintiffs IROG/RFP | 12/17/2010 | 33 | The education, certification, experience and training of the toolpushers, drillers, assistant drillers, subsea personnel and dynamic positioning officers aboard the DEEPWATER HORIZON on April 20, 2010 for the following operations:<br>a) Well integrity recognition;<br>b) Well control, response and monitoring;<br>c) Cement design, placement and testing;<br>d) Casing centralization;<br>e) Mud programs and logging;<br>f) Pressure integrity testing;<br>g) Hydrostatic balance;<br>h) BOP operations, inspection and testing;<br>i) Casing string design;<br>j) High flow control; and<br>k) Mud gas separator operations. | No search terms needed. |
| Response to Plaintiffs IROG/RFP | 12/17/2010 | 34 | All educational, training, and policy and procedure documents or materials produced to or received by any or all toolpushers, drillers, assistant drillers, subsea personnel and dynamic positioning officers employed by you regarding operations listed in RFP No. 33. | No search terms needed. |
| Response to Plaintiffs IROG/RFP | 12/17/2010 | 35 | The testing and measurement of drilling mud used aboard the DEEPWATER HORIZON from January 1, 2010 forward generally and the monitoring of the mud pits and the volumes of return on April 20, 2010 between the hours of 13:28 and 21:10 specifically. | (horizon or dwh or macondo or mc252 or "mc 252" or block252 or "block 252") and (test* or measur* or analys*) w/10 (mud or (mud w/3 pit*)) and date between 1/1/2010 and 4/21/2010. |

| | | | | |
|---|---|---|---|---|
| Response to Plaintiffs IROG/RFP | 12/17/2010 | 36 | The fluid flow and drill pipe pressure at every station and position on the DEEPWATER HORIZON, including but not limited to the mudlogger console, driller console and all other locations during the period 20:52 to 21:41 on April 20, 2010. | (horizon or dwh or macondo or mc252 or "mc 252" or block252 or "block 252") and ((fluid w/3 flow) or (pipe w/3 pressure)) and date = 4/20/2010. |
| Response to Plaintiffs IROG/RFP | 12/17/2010 | 37 | The design, installation, operation, maintenance, repair and use of the mud gas separator (MGS) system on the DWH | (horizon or dwh) and ((design or instal* or operat* or mainten* or repair or utiliz* or "as built" or draw* or schema* or specific*) w/25 (msg or (mud w/3 gas w/3 separator))). |
| Response to Plaintiffs IROG/RFP | 12/17/2010 | 38 | All as built drawings and specifications of the mud gas separator (MGS) system aboard the DWH, including but not limited to the vents and flow lines and their diversion paths into the atmosphere. | No search terms needed. |
| Response to Plaintiffs IROG/RFP | 12/17/2010 | 39 | Re the fire and gas detection systems, all alarms, the emergency disconnect system (EDS), the emergency shutdown system (ESD), and the electrical and mechanical systems on the DEEPWATER HORIZON. | ((horizon or dwh) and (((fire or gas) w/10 detect*) w/10 (system* or alarm*))) or ((horizon or dwh) and ((emergency w/3 disconnect) or eds) or ((emergency w/3 shutdown) or esd)) and date 1/1/2009 – 4/20/2010. |
| Response to Plaintiffs IROG/RFP | 12/17/2010 | 40 | All training for the operation, use, interpretation and response to the fire and gas detection system, the EDS, ESD, and all alarms for all personnel aboard the DWH on April 20, 2010. | No search terms needed. |
| Response to Plaintiffs IROG/RFP | 12/17/2010 | 41 | The analysis, research, investigation and decisions, including operational and financial, to adopt as the flag state the Republic of the Marshall Islands or any other international flag. | (horizon or dwh) and ((marshall w/3 island*) w/25 flag* w/20 vessel). |
| Response to Plaintiffs IROG/RFP | 12/17/2010 | 42 | All DEEPWATER HORIZON vessel registration and certification documentation | No search terms needed. |
| Response to Plaintiffs IROG/RFP | 12/17/2010 | 43 | DEEPWATER HORIZON maintenance, repair and operations manuals and documents regarding, referencing, or relating to all mechanical and electrical systems, all fire and gas detection and alarm systems, and all equipment, gear and appurtenances of the DWH. | No search terms needed. |
| Response to Plaintiffs IROG/RFP | 12/17/2010 | 44 | All Transocean and/or DEEPWATER HORIZON health, safety and environmental manuals and documents that applied to operations aboard the DWH. | No search terms needed. |
| Response to Plaintiffs IROG/RFP | 12/17/2010 | 45 | All DEEPWATER HORIZON documents, reports and data of every description sent to and from the rig from January 1, 2010 through April 21, 2010, including daily drilling reports, morning reports, purchase orders, repair and maintenance documents, inspection documents, audit reports, vessel and helicopter transportation manifests, mud logs, rig inventory and store records. | (dwh or horizon) and date Jan 1, 2010 – April 21, 2010. |
| Response to Plaintiffs IROG/RFP | 12/17/2010 | 46 | All licenses, permits, requests for permits or licenses, authorizations, releases and all other documents generated in connection with the right to conduct drilling and exploration operations at the subject well site. | No search terms needed. |
| Response to Plaintiffs IROG/RFP | 12/17/2010 | 47 | All DWH personnel on board (POB) documents for the period from January 1, 2010 through April 20, 2010 | (dwh or horizon) and ((personnel w/4 board) or pob) and date between 12/31/2009 and 4/21/2010. |
| Response to Plaintiffs IROG/RFP | 12/17/2010 | 48 | All American Bureau of Shipping (ABS) audits and inspections of the DWH for the period from its construction through April 20, 2010. | No search terms needed. |

| | | | | |
|---|---|---|---|---|
| Response to Plaintiffs IROG/RFP | 12/17/2010 | 49 | All United States Coast Guard audits, inspections, investigations and inquiries with respect to the DEEPWATER HORIZON for the period from its construction through April 20, 2010. | No search terms needed. |
| Response to Plaintiffs IROG/RFP | 12/17/2010 | 50 | All compensation and payments from BP to you for all products, services, contracts and agreements with respect to the subject well up until and through the date of your response to these requests | No search terms needed. |
| Response to Plaintiffs IROG/RFP | 12/17/2010 | 51 | All personnel files of every person employed by you aboard the DEEPWATER HORIZON on April 20, 2010 | No search terms needed. |
| Response to Plaintiffs IROG/RFP | 12/17/2010 | 52 | All notices of claim, associated documents and demands for damages to Transocean from all persons in connection with the casualty in suit. | No search terms needed. |
| Response to Plaintiffs IROG/RFP | 12/17/2010 | 53 | All purchase, maintenance, inspection, modification and repair documents on any Cameron blowout preventer and its components owned, operated or used by you from the date of its purchase until April 20, 2010. | cameron w/25 (("tl blowout preventor" or "tl blow out preventor" or "tl bop") and (inspect* or purchas* or buy or mainten* or modifi* or repair*)) and after 12/31/2003. |
| Response to Plaintiffs IROG/RFP | 12/17/2010 | 54 | All documents and manuals received from Kongsberg Maritime, its agents, predecessors (including but not limited to Kongsberg Simrad), and/or successors, with respect to all hardware, software and operating systems aboard the DEEPWATER HORIZON, including all maintenance, inspection, repair, replacement and modifications | (dwh or horizon) and (kongsberg and (mainten* or repair or replac* or modific* or inspect) w/25 (manual* or guide*)). |
| Response to Plaintiffs IROG/RFP | 12/17/2010 | 55 | All documents and manuals received from any third party other than Kongsberg Maritime, its agents ..., with respect to all hardware, software and operating systems aboard the DEEPWATER HORIZON. | (dwh or horizon) and ((mainten* or repair or replac* or modific* or inspect) w/25 (manual* or guide*)) and (ABB or BRANDT or CAMERON or CAPROCK or CATERPILLAR or EMSCO or DELL or DMS or DRECO or DRILCO or Eaton or Emmerson or FASSMER or FURUNO or GARDNER or GE or "GENERAL ELECTRIC" or "GENIE INDUSTRIES" or PRIDECO or GRAYSPIN or HAMWORTHY or HERNIS or "HI-PRESS" or HITEC or HYDRALIFT or "HYDRIL COMPANY" or HYSTER or HYUNDAI or INDUSTR or INGERSOLL or "JET EQUIPMENT" or KAMEWA or LIEBHERR or "MARTIN DECKER" or MATHEY or "NATIONAL OILWELL" or Oceaneering or "OIL STATES" or OMSCO or Palfinger or PATCO or Rochester or SAILOR or SHAFFER or SMITH or Sperre or (STEWART w/1 STEVENSON) or SWACO or Unitor or VARCO or VETCO or VICTOR or WARTSILA or WESTFALIA). |
| Response to Plaintiffs IROG/RFP | 12/17/2010 | 56 | All documents regarding all inspections, maintenance, repairs, modifications and/or replacements of the driller Cyber chairs and their hardware, software and operating systems in use during 2009 and 2010. | (dwh or horizon) and ((mainten* or repair or replac* or modific* or inspect) and (cyber w/5 chair*)) and date 1/1/2008 and 4/20/2010. |
| Response to Plaintiffs IROG/RFP | 12/17/2010 | 57 | The procedure, training, protocol, rules, guidelines and/or policies for well control procedures, including conducting a positive and negative test during drilling operations. | (procedur* or protocol* or rule* or guideline* or polic*) and ((well w/3 control) or "pressure test" or (( NPT or PPT) w/3 test)) and (dwh or horizon) and date 1/1/2005 – 4/20/2010. |
| Response to Plaintiffs IROG/RFP | 12/17/2010 | 58 | All contracts identified by you in response to IROG No. 6. IROG 6: Identify by name and job title every employee who had the authority to negotiate and enter into contracts on your behalf generally. For any person who had said authority, please identify by name and date of execution any contracts that he/she negotiated, approved and/or signed for regarding any activity aboard the DEEPWATER HORIZON at the Macondo well site. | No search terms needed. |

| | | | | |
|---|---|---|---|---|
| Response to Plaintiffs IROG/RFP | 12/17/2010 | 59 | The maintenance or non-maintenance of a stand-by or rig abandon rescue vessel for the DWH and/or for any MODU owned and/or operated by you from 2000 through the present. | (mainten* or repair or replac* or modific* or inspect) and ((standy or "stand-by" or (stand w/3 by) or abandon) w/5 (vessel or boat)) and ((mobile w/3 offshore w/3 unit) or modu) and date after 12/31/2009. |
| Response to Plaintiffs IROG/RFP | 12/17/2010 | 60 | All documents identified in your answer to Interrogatory No. 11. IROG 11: The data and information you regularly received from anyone involved in daily operations aboard the DWH, including but not limited to BP, Sperry Sun, Halliburton, Weatherford, Cameron, Schlumberger, and Kongsberg Simrad. | No search terms needed. |
| Response to Plaintiffs IROG/RFP | 12/17/2010 | 61 | Documents regarding or relating to your entitlement to exoneration from liability or, in the alternative, your entitlement to limit its liability (i.e., lack of privity and knowledge of vessel-based negligent conduct or unseaworthiness) in this cause | No search terms needed. |
| Response to Plaintiffs IROG/RFP | 12/17/2010 | 62 | The survey value of all vessels and their pending freight in your deepwater fleet as of April 20, 2010 | No search terms needed. |
| Response to Plaintiffs IROG/RFP | 12/17/2010 | 63 | The procedure, training, protocol, rules, guidelines and/or policies for testing any function of the BOP | (procedur* or protocol* or rule* or guideline* or polic*) and (("pressure test" or "function test") w/20 ((blowout or (blow w/2 out) w/3 preventor) or bop)). |
| Response to Plaintiffs IROG/RFP | 12/17/2010 | 64 | The procedure, training, protocol, rules, guidelines and/or policies for testing any function of the rig emergency disconnect system. | (procedur* or protocol* or rule* or guidline* or polic*) and (test* w/20 ((emergency w/3 disconnect) or eds)). |
| Response to Plaintiffs IROG/RFP | 12/17/2010 | 65 | Any warning, finding or citation by a governmental or regulatory agency that you violated a safety law or regulation in connection with the DWH and/or any other MODU owned/operated by you in the Gulf of Mexico for the 10 years leading up to and including April 20, 2010. | No search terms needed. |
| Response to Plaintiffs IROG/RFP | 12/17/2010 | 66 | All original well plans, engineering designs, hazard assessments and peer review critical analysis pertaining or relating to the design and drilling of the Macondo well. | ("well plan" or "application for permit to drill" or APD or "application for revised well" or "application to bypass" or "initial exploration plan") and (macondo or mc252 or "mc 252" or block252 or "block 252") and date greater than 12/31/2008. |
| Response to Plaintiffs IROG/RFP | 12/17/2010 | 67 | All original plans, engineering designs, hazard assessments and peer review critical analysis pertaining or relating to the design and operation of the DWH. | No search terms needed. |
| Response to Plaintiffs IROG/RFP | 12/17/2010 | 68 | All documents and communications by and between you and any person or firm from whom you have solicited expert advice and/or opinions regarding operations aboard the DWH from January 1, 2010 and/or the cause(s) of the explosions on April 20, 2010 and subsequent sinking of the DWH. | No search terms needed. |
| Response to Plaintiffs IROG/RFP | 12/17/2010 | 69 | Any document generated as a result of a formal or informal investigation of the events that took place aboard the DEEPWATER HORIZON on April 20, 2010, whether said investigation was performed by you, on your behalf or by a third party | No search terms needed. |

| | | | | |
|---|---|---|---|---|
| Response to Plaintiffs IROG/RFP | 12/17/2010 | 70 | All documentation evidencing the base salary and any bonuses of each of the following individuals and whether said salary or bonuses were fixed or contingent upon job and/or rig performance:<br>a) Paul Johnson<br>b) James Kent<br>c) Billy Stringfellow<br>d) Buddy Trahan<br>e) Daun Winslow<br>f) Jimmy Harrell<br>g) Curt Kuchta<br>h) Adrian Paul Rose<br>i) Mike Wright<br>j) Christopher Young | No search terms needed. |
| Response to Plaintiffs IROG/RFP | 12/17/2010 | 71 | All documents relating to the training, protocol, authority and/or procedure of any of your employees to set the status of any alarm system referenced in IROG 12. IROG 12: For every MODU, owned and operated by you between 2006 and the present day which has a fire and gas alarm system, an emergency shutdown system, a general alarm and/or a Simrad system, please identify by name and job position each and every one of your employees who had the authority to set the status of any or all of these alarm systems. | ((safe* or "best practices" or require* or training or instruct* or education or class* or seminar or manual or briefing or policy or procedure* or regulation* or guide* or practice* or safe* or risk or protocol*) w/50 (manual or rule or pamphlet or memo* or warning)) and ("alarm system" or "fire alarm" or "gas alarm" or "emergency alarm" or "EDS" or "ESD") and (macondo or mc252 or "mc 252" or block252 or "block 252" or horizon or marianas or dwh) & da(after 12/31/2000). |
| Response to Plaintiffs IROG/RFP | 12/17/2010 | 72 | All documents regarding, referencing, or relating to what your employees are trained to do upon recognition of a well "kick." | ("well control handbook" or "HQS-OPS-HB-01") and kick. |
| Response to Plaintiffs IROG/RFP | 12/17/2010 | 73 | All well control events which have occurred aboard any MODU owned and/or operated by you during the period 2000 through the present day. | "well control event" and ("blow-out" or leak* or injur* or damage* or accident* or problem or disaster). |
| Response to Plaintiffs IROG/RFP | 12/17/2010 | 74 | All financial statements, SEC reporting forms, 10Q forms, 10K forms and other public information regarding your financial status for the years 2005 through 2010. | No search terms needed. |
| Response to Plaintiffs IROG/RFP | 12/17/2010 | 75 | All vessel documentation relating to each Mobile offshore Drilling Unit, owned and operated by you and registered under the flag of the Marshall Islands | No search terms needed. |
| Response to Plaintiffs IROG/RFP | 12/17/2010 | 76 | All documents relied upon by each rebuttal and/or impeachment witness identified in your answer to Interrogatory No. 29 in his/her testimony | No search terms needed. |
| Response to Plaintiffs 1st Supp. RFP | 2/16/2011 | 77 | Every document provided to, sent to, or received from Lloyd's Register Group pertaining to any investigation, study, internal audit, or report conducted by Lloyd's Register Group since January 1, 2009 on your behalf. | Lloyd's register AND (study or invest* OR report OR audit) and date (greater or equal to 1/1/09) |
| Response to Plaintiffs 1st Supp. RFP | 2/16/2011 | 78 | Every final report, including all drafts, of any investigation, study, or internal audit conducted by Lloyd's Register Group since January 1, 2009 on your behalf. | No search terms needed. |

| | | | | |
|---|---|---|---|---|
| Response to Plaintiffs 1st Supp. RFP | 2/16/2011 | 79 | Every one of your employees who participated in or was interviewed by any representative or agent from Lloyd's Register Group in connection with any investigation, study, internal audit, or report conducted by Lloyd's Register Group since January 1, 2009 on your behalf. | No search terms needed. |
| Response to Plaintiffs 2nd Supp. RFP | 4/1/2011 | 80 | The reports, findings, conclusions, and results of the survey of the DWH referenced on page 28 of the 10-k filed by Transocean Ltd. on February 28, 2011. | No search terms needed. |
| Response to Plaintiffs 2nd Supp. RFP | 4/1/2011 | 81 | Documents and communications relating to or concerning the survey of the DWH referenced on page 28 of the 10-k filed by Transocean Ltd. on February 28, 2011. | No search terms needed. |
| Response to Plaintiffs 2nd Supp. RFP | 4/1/2011 | 82 | The recovery, salvage, or removal of all or part of the Deepwater Horizon from the seafloor. | No search terms needed. |
| Response to Plaintiffs 3d Supp. RFP | 4/12/2011 | 83 | All documents pre-dating the blowout that relate to or concern the anticipated formation pressures for the Macondo well along with any documents indicating whether such anticipated pressures where of static or dynamic flow pressures | (macondo or mc252 or "mc 252" or block252 or "block 252") and (((formation or pore) w/1 pressure) OR PP OR gradient) and date (between 1/1/2009 and 4/20/2010) |
| Response to Plaintiffs 3d Supp. RFP | 4/12/2011 | 84 | All documents that were provided to you prior to the blowout regarding the anticipated formation pressures for the Macondo well. | Same as 83. |
| Response to Plaintiffs 3d Supp. RFP | 4/12/2011 | 85 | All documents reflecting how the anticipated pressures for the Macondo well were utilized in the selection or approval of the Deepwater Horizon Blowout Preventer or any component part of the Deepwater Horizon Blowout Preventer | Same as 83. |
| Response to Plaintiffs 3d Supp. RFP | 4/12/2011 | 86 | All documents that relate to or concern any knowledge or notice you had prior to the blowout regarding the nature, type, model, adequacy, and configuration of the Deepwater Horizon Blowout Preventer or any component part | (DWH or Horizon) w/25 ("blowout preventor" or "blowout preventer" or "blow out preventor" or "blow out preventer" or bop) |
| Response to Plaintiffs 3d Supp. RFP | 4/12/2011 | 87 | Documents that relate to or concern any input, evaluations, communications, or discussions you had with BP, Cameron, or anyone else prior to the blowout regarding the nature, type, model, adequacy, and configuration of the Deepwater Horizon Blowout Preventer or any component part. | Same as 86. |
| Response to Plaintiffs 3d Supp. RFP | 4/12/2011 | 88 | Documents that relate to or concern any of the considerations or factors that went into the selection of the Deepwater Horizon Blowout Preventer for use on wells drilled by the Deepwater Horizon. | Same as 86. |
| Response to Plaintiffs 3d Supp. RFP | 4/12/2011 | 89 | Any patents or patent applications that were submitted or granted prior to the blowout that relate to or concern Blowout Preventers similar to the Deepwater Horizon Blowout Preventer. | Same as 86. |
| Response to Plaintiffs 3d Supp. RFP | 4/12/2011 | 90 | Documents that reflect or indicate the pressure rating for the Deepwater Horizon Blowout Preventer or any component part | Same as 86. |
| Response to Plaintiffs 3d Supp. RFP | 4/12/2011 | 91 | Documents that reflect or indicate who designed, manufactured, and distributed the Deepwater Horizon Blowout Preventer or any component part. | Same as 86. |

| | | | | |
|---|---|---|---|---|
| Response to Plaintiffs 3d Supp. RFP | 4/12/2011 | 92 | All documents that reflect or indicate the date of manufacture and sale of the Deepwater Horizon Blowout Preventer or any component part | Same as 86. |
| Response to Plaintiffs 3d Supp. RFP | 4/12/2011 | 93 | Documents that reflect or indicate who purchased and sold the Deepwater Horizon Blowout Preventer or any component part | Same as 86. |
| Response to Plaintiffs 3d Supp. RFP | 4/12/2011 | 94 | Technical manuals, operating instructions, capability warnings, operational limits warnings, or other warnings that relate to or concern the Deepwater Horizon Blowout Preventer or any component part | Same as 86. |
| Response to Plaintiffs 3d Supp. RFP | 4/12/2011 | 95 | Documents that relate to or concern any tests, analyses, or evaluations that were used to determine the pressure rating and capacity for the Deepwater Horizon Blowout Preventer or any component part | Same as 86. |
| Response to Plaintiffs 3d Supp. RFP | 4/12/2011 | 96 | Documents that relate to or concern any tests, analyses, or evaluations of the ability of the Deepwater Horizon Blowout Preventer or any component part to function with a dynamic flow pressure less than, equal to, or exceeding the rated pressure of the Deepwater Horizon Blowout Preventer or any component part | Same as 86. |
| Response to Plaintiffs 3d Supp. RFP | 4/12/2011 | 97 | Documents that reflect the criteria for activation of any EDS functions on the Deepwater Horizon Blowout Preventer, including the number of EDS functions that were programmed into the Deepwater Horizon Blowout Preventer, the exact sequence necessary to activate the EDS functions, the exact sequence of items that would have to occur as prerequisites to the activation of each sequence, and the exact sequence that would occur upon activation. | Same as 86. |
| Response to Plaintiffs 3d Supp. RFP | 4/12/2011 | 98 | Documents that reflect the criteria for activation of any AMF/Deadman functions for the Deepwater Horizon Blowout Preventer, including the number of AMF/Deadman functions that were programmed into the Deepwater Horizon Blowout Preventer, the exact sequence necessary to activate the AMF/Deadman functions, the exact sequence of items that would have to occur as prerequisites to the activation of each sequence, and the exact sequence that would occur upon activation. | Same as 86. |
| Response to Plaintiffs 3d Supp. RFP | 4/12/2011 | 99 | Documents that reflect the criteria for activation of any auto-shear functions for the Deepwater Horizon Blowout Preventer, including the number of auto-shear functions that were programmed into the Deepwater Horizon Blowout Preventer, the exact sequence necessary to activate the auto-shear functions, the exact sequence of items that would have to occur as prerequisites to the activation of each sequence, and the exact sequence that would occur upon activation. | Same as 86. |
| Response to Plaintiffs 3d Supp. RFP | 4/12/2011 | 100 | Documents that relate to or concern whether acoustic activation devices for Blowout Preventers were available prior to the blowout. | Same as 86. |

| | | | | |
|---|---|---|---|---|
| Response to Plaintiffs 3d Supp. RFP | 4/12/2011 | 101 | Documents that relate to or concern whether countries other than the United States require Blowout Preventers to be equipped with acoustic activation devices | (("blowout preventer" or "blowout preventor" or "blow out preventer" or "blow out preventor" or BOP) w/5 acoustic) w/25 (require* or reg* or code or rule* or law) |
| Response to Plaintiffs 3d Supp. RFP | 4/12/2011 | 102 | Documents that relate to or concern the ROV hot stab options that were available prior to the blowout for Blowout Preventers similar to the Deepwater Horizon Blowout Preventer | (("blowout preventer" or "blowout preventor" or "blow out preventer" or "blow out preventor" or BOP) w/5 (rov w/5 stab)) |
| Response to Plaintiffs 3d Supp. RFP | 4/12/2011 | 103 | Documents that relate to or concern whether the use of mud gas separators or diverter systems can affect activation of the EDS system. | ((EDS OR "emergency disconnect") w/25 ("mud gas separator" or mgs OR diverter)) and (affect* or effect* or hinder or prevent or interf*) |
| Response to Plaintiffs 3d Supp. RFP | 4/12/2011 | 104 | Documents that relate to or concern whether the use of mud gas separators or diverter systems can affect the activation of AMF/Deadman system. | ((amf or deadman) w/25 ("mud gas separator" or mgs OR diverter)) and (affect* or effect* or hinder or prevent or inter*) |
| Response to Plaintiffs 3d Supp. RFP | 4/12/2011 | 105 | Documents that relate to or concern whether the use of mud gas separators or diverter systems can affect the activation of auto-shear system | (("auto-shear" or autoshear) w/25 ("mud gas separator" or mgs OR diverter)) and (affect* or effect* or hinder or prevent or interf*) |
| Response to Plaintiffs 3d Supp. RFP | 4/12/2011 | 106 | Documents that relate to or concern whether the hydraulic system for the ROV hot stab function on the Deepwater Horizon Blowout Preventer was modified, changed, or altered in connection with the 2004 conversion of the lower VBR to a test ram. | Same as 86. |
| Response to Plaintiffs 3d Supp. RFP | 4/12/2011 | 107 | Documents that relate to or concern the original design and manufacture specifications for the Deepwater Horizon Blowout Preventer or any component part of the Deepwater Horizon Blowout Preventer, including capability limits for suppressing well hydrocarbon flow rate, static and dynamic well pressure, well temperatures, and all well suppression redundancy capabilities | Same as 86. |
| Response to Plaintiffs 3d Supp. RFP | 4/12/2011 | 108 | Documents that relate to or concern any publications describing the intended use and limitations of the Deepwater Horizon Blowout Preventer, including marketing materials and regulatory agency requirements. | Same as 86. |
| Response to Plaintiffs 3d Supp. RFP | 4/12/2011 | 109 | Documents that relate to or concern whether the Deepwater Horizon Blowout Preventer or any component part was designed to or could stop or suppress hydrocarbon flow, static or dynamic pressure, or well temperatures such as those present in the Macondo well on April 20, 2010. | Same as 86. |
| Response to Plaintiffs 3d Supp. RFP | 4/12/2011 | 110 | Documents that relate to or concern any guidelines or recommendation for inspections, maintenance, repairs, or replacement of the Deepwater Horizon Blowout Preventer or any component part. | Same as 86. |
| Response to Plaintiffs 3d Supp. RFP | 4/12/2011 | 111 | All communications, presentations, lessons learned, notices, and investigative materials that relate to or concern the March 8, 2010 kick at the Macondo well | ((Macondo OR MC252 OR "MC 252" OR block252 OR "Block 252") and (kick or "march 8" or "march 8th"))' SCOPE 'F01128_Castor_Review' AND [FTI] Family Dates UTC - GREATER OR EQUAL '8-MAR-2010' |
| Response to Plaintiffs 3d Supp. RFP | 4/12/2011 | 112 | Documents that relate to or concern any reviews or analyses of your safety management system, safety culture, safety climate, or employee training and qualifications since January 1, 2009, including any reviews or analyses conducted by Lloyd's Register, ModuSpec, or any affiliated companies. | (review OR analys*) w/15 ("safety management" OR "safety culture" OR "safety climate" OR ((employee or personnel) w/2 (qualifi* OR train*)))and (date greater than or equal to 1/1/2009) |

| | | | | |
|---|---|---|---|---|
| Response to Plaintiffs 3d Supp. RFP | 4/12/2011 | 113 | Documents that relate or pertain to any inspection, testing, maintenance, repair and/or other post-sale warnings or communications by and/or from Cameron regarding the BOP in question from the time of initial manufacture and sale to April 20, 2010. | Same as 86. |
| Response to Plaintiffs Omnibus | 11/15/2010 | RFP 1 | All documents produced to the Coast Guard, MMS, MB or any Congressional Committee regarding DWH and/or the Macondo Well. And all subpoenas and/or requests to which you produced such documents and ESI. And, all pre-April 20, 2010 filings with the Coast Guard and MMS | No search terms needed. |
| Response to Plaintiffs Omnibus | 11/15/2010 | RFP 2 | Insurance policies, including declaration sheets, which may provide insurance or indemnity for claims associated with the Deepwater Horizon and/or the Macondo Well. Also any reservation of rights letters. | No search terms needed. |
| Response to Plaintiffs Omnibus | 11/15/2010 | RFP 3 | Drilling contracts, service agreements, mineral lease and/or mineral rights and/or royalty agreements, joint operation and/or exploration and/or production and/or joint-venture agreements, indemnity agreements, and/or charter agreements, relating or pertaining to the Macondo Prospect, the Deepwater Horizon, and/or the Macondo Well. | No search terms needed. |
| Response to Plaintiffs Omnibus | 11/15/2010 | RFP 4 | AFEs, well plans, and drilling and/or completion protocols, relating or pertaining to the Macondo Prospect, the Deepwater Horizon, and/or the Macondo Well. | ("well plan" or "application for permit to drill" or apd or AFE or "application for revised well" or (application w/2 bypass) or "initial exploration plan" or "completion protocol" or "drilling protocol" or "temporary abandonment plan") and (macondo or mc252 or "mc 252" or block252 or "block 252") |
| Response to Plaintiffs Omnibus | 11/15/2010 | RFP 5 | Design specifications for the Deepwater Horizon, including diagrams, photographs and schematics of the vessel, the decks, and the BOP. | No search terms needed. |
| Response to Plaintiffs Omnibus | 11/15/2010 | IROG 1 / RFP 6 | Nature of any safety mechanism or emergency shut-off valve, system, or mechanism, including any Emergency Disconnect System ("EDS") and/or "dead man" system, as well as any information relating to any inhibitor or override of any safety and/or alarm system, with a full account of the intended functional purpose and capability, maintenance performed or scheduled, inspections and known problems of the same. | No search terms needed. |
| Response to Plaintiffs Omnibus | 11/15/2010 | RFP 7 | Real-time data feeds, data dumps, e-mails, and/or other electronic communications to, from and/or regarding the navigational, drilling, completion, temporary abandonment or other operations of the Deepwater Horizon and/or the Macondo Well from February 20, 2010 thru April 21, 2010 | No search terms needed. |

| | | | | |
|---|---|---|---|---|
| Response to Plaintiffs Omnibus | 11/15/2010 | IROG 2 / RFP 8 | [a] the name, employer, address, job title, job description, immediate supervisor, and direct subordinates, of<br>(i) all persons providing testimony to the Coast Guard / MMS /MBI or to any committee or sub-committee of the United States Congress, and<br>(ii) all officers or employees responsible for services provided in association with the navigational, drilling, completion, temporary abandonment or other operations of the Deepwater Horizon (whether on the rig or from shore) within forty-eight hours of the casualty. And, a written transcript of any testimony and all written or recorded statements prepared or provided by such personnel.<br><br>[b] the name, etc., of any and all other officers, employees or consultants associated with any services provided, and/or drilling and/or completion and/or temporary abandonment activities conducted, in association with the Deepwater Horizon, its equipment, or the Macondo Well.<br><br>[c] the name, etc, of any and all other officers … with knowledge regarding the maintenance, inspection, problems, complaints or repairs associated with the Deepwater Horizon, its equipment, or the M | No search terms needed. |
| Response to Plaintiffs Omnibus | 11/15/2010 | RFP 9 | Org charts reflecting:<br>a. employees supervising and/or providing services in connection with the Deepwater Horizon and/or the Macondo Well;<br>b. employees supervising and/or providing services within the Gulf of Mexico;<br>c. the officers, directors, members and/or managers of each Defendant entity;<br>d. the parents, subsidiaries, sister entities and/or other affiliates of each Defendant entity;<br>e.[i] the officers, directors, members and/or managers of the parents, subsidiaries, sisters and/or other affiliates of each Defendant entity; and,<br>e.[ii] the parents, subsidiaries, sister entities and/or other affiliates of each entity supervising and/or providing services in connection with the Deepwater Horizon and/or the Macondo Well. | No search terms needed. |
| Response to Plaintiffs Omnibus | 11/15/2010 | IROG 3 / RFP 10 | Existence, nature, time, location, custodian, testing, analysis and/or results of any and all water, oil, soil, air, tissue and/or other environmental samples which have been taken or collected in or around the Gulf of Mexico since the incident | No search terms needed. |
| Response to Plaintiffs Omnibus | 11/15/2010 | RFP 11 | Internal or independent root cause analysis and/or self-critical analysis regarding the cause and/or causes of the blow-out, explosion, fire and/or resulting oil spill, including drafts, partial drafts, initial drafts, etc. | No search terms needed. |

| | | | | |
|---|---|---|---|---|
| Response to Plaintiffs Omnibus | 11/15/2010 | RFP 12/IROG 4 | Your Information Systems (IS), Management Information System (MIS) and/or Information Technology (IT) manuals and/or protocols, and the persons most knowledgeable.<br><br>All communications, with the Coast Guard, MMS, MBI, or Congress relating to RFP No. 1. And, the person with which any such communications were made,<br><br>Identify all sources of alleged "inaccessible" ESI which may contain potentially relevant information, but is not being reviewed for any reason.<br><br>Your document and/or ESI retention and/or destruction policies in effect from January 1, 2005 | No search terms needed. |
| Response to Plaintiffs Omnibus | 11/15/2010 | RFP 13 | RFPs and any documents exchanged, at any time since April 20, 2010, between any Defendants. | No search terms needed. |
| Response to Plaintiffs Omnibus 3rd | | RFP 14 | Please produce a copy of any and all communications or other documents (and/or ESI) containing or reflecting any comment, examination, discussion, decision, analysis, instruction and/or implementation of any and all well control, capping, shut in, top kill, bottom kill and/or other flow termination efforts at the Macondo Well after April 20, 2010, including any and all geological, technical, engineering, professional, management, economic and/or other testing, evaluation, study and/or analysis of any potential method or technique, including the possible risks, benefits or other consequences thereof. | (macondo or "mc 252" or mc252 or horizon or dwh) and (capping or cap or capped or control or "shut in" or kill* or interven*) and date between April 20, 2010 and September 1, 2010. |
| 1st Supp.Response to Plaintiffs Omnibus | 12/1/2010 | IROG 2 / RFP 8 | [a] the name, employer, address, job title, job description, immediate supervisor, and direct subordinates, of<br>  (i) all persons providing testimony to the Coast Guard / MMS /MBI or to any committee or sub-committee of the United States Congress, and<br>  (ii) all officers or employees responsible for services provided in association with the navigational, drilling, completion, temporary abandonment or other operations of the Deepwater Horizon (whether on the rig or from shore) within forty-eight hours of the casualty.<br>And, a written transcript of any testimony and all written or recorded statements prepared or provided by such personnel.<br><br>[b] the name, etc., of any and all other officers, employees or consultants associated with any services provided, and/or drilling and/or completion and/or temporary abandonment activities conducted, in association with the Deepwater Horizon, its equipment, or the Macondo Well.<br><br>[c] the name, etc, of any and all other officers … with knowledge regarding the maintenance, inspection, problems, complaints or repairs associated with the Deepwater Horizon, its equipment, or the M | No search terms needed. |

| | | | | |
|---|---|---|---|---|
| Response to Plaintiffs 4th Omnibus | 4/19/2011 | 15 | All Insurance Polices issued to You or otherwise providing coverage or other benefits to You at any time from the year 2000 to the present | No search terms needed. |
| Response to Plaintiffs 4th Omnibus | 4/19/2011 | 16 | All Insurance Polices as to which You are or were an insured, a named insured, or an additional insured at any time from the year 2000 to the present. | No search terms needed. |
| Response to Plaintiffs 4th Omnibus | 4/19/2011 | 17 | All Insurance Policies that may afford You coverage or other benefits in connection with the Incident. | No search terms needed. |
| Response to Plaintiffs 4th Omnibus | 4/19/2011 | IROG 8/RFP 18 | Identify each person either directly employed by You or acting on Your behalf, who was or is responsible for acquiring, placing, or securing Insurance Policies or insurance coverage for You from the year 2000 to the present, including any such personnel in Your risk management (or equivalent) department. Please produce all documents, including organizational charts, relating or pertaining in any way thereto. | No search terms needed. |
| Response to Plaintiffs 4th Omnibus | 4/19/2011 | IROG 9/RFP 19 | Identify each and every person, including corporate officers, managers, or any other personnel, either directly employed by You or acting on Your behalf, who was or is responsible for handling insurance claims in connection with the Incident. Please produce all documents, including organizational charts, relating or pertaining in any way thereto. | No search terms needed. |
| Response to Plaintiffs 4th Omnibus | 4/19/2011 | RFP 20 | All documents (and/or electronic data) reflecting any and all communications between You and any insurer or other provider of an Insurance Policy relating to this Incident, in connection with:<br>(a) notice of claims, or<br>(b) notice of occurrences, or<br>(c) notice of facts and circumstances, or<br>(d) requests or claims for coverage, defense, payment, or indemnity. | No search terms needed. |
| Response to Plaintiffs 4th Omnibus | 4/19/2011 | RFP 21 | Documents regarding any investigation or analysis by you of any insurance matters relating to Incident. | No search terms needed. |
| Response to Plaintiffs 4th Omnibus | 4/19/2011 | RFP 22 | Documents, including reports, memoranda, or correspondence, constituting or regarding any coverage determinations with respect to the Incident. | No search terms needed. |
| Response to Plaintiffs 4th Omnibus | 4/19/2011 | RFP 23 | Documents that contain or relate to communications between any insurer or anyone acting on an insurer's behalf an You regarding Coverage (and/or indemnity) (and/or other benefits) under any Insurance Policy in connection with the Incident. | No search terms needed. |
| Response to Plaintiffs 4th Omnibus | 4/19/2011 | RFP 24 | Documents identifying in whole or part any insurance agents or brokers (including intermediate or third party brokers) involved in the negotiation, sale, underwriting, or placement of any Insurance Policy that may afford You coverage or other benefits in connection with the Incident. | No search terms needed. |

| | | | | |
|---|---|---|---|---|
| Response to Plaintiffs 4th Omnibus | 4/19/2011 | RFP 25 | Documents reflecting the scope of coverage under any Insurance Policy that may afford You coverage or other benefits in connection with the Incident, whether such documents were created before, at the time of, or after placement of the policies in question. | No search terms needed. |
| Response to Plaintiffs 4th Omnibus | 4/19/2011 | RFP 26 | All claims files or other documents pertaining to insurance claims relating to the Incident | No search terms needed. |
| Response to Plaintiffs 4th Omnibus | 4/19/2011 | RFP 27 | Documents relating to loss control investigations, site visits, and inspections, including such investigations, visits, and inspections relating to oil-drilling activities and the investigation, exploration, capture, research, development or recovery of petroleum based natural resources, conducted in connection with the issuance of Insurance Policies that may afford You coverage or other benefits in connection with the Incident | No search terms needed. |
| Response to Plaintiffs 4th Omnibus | 4/19/2011 | RFP 28 | Documents that contain or relate to communications between You and any state insurance commissioner, state attorney general, or any other state insurance regulatory body regarding any policy term(s) for Insurance Policies that may afford You Coverage or other benefits in connection with the Incident. | No search terms needed. |
| Response to Plaintiffs 4th Omnibus | 4/19/2011 | RFP 29 | Documents that contain or relate to any communications regarding reservations of rights or denials of coverage by any insurer in connection with the Incident. | No search terms needed. |
| Response to Plaintiffs 4th Omnibus | 4/19/2011 | RFP 30 | Documents regarding arbitrations or other alternative dispute resolution proceedings concerning insurance coverage relating to the Incident | No search terms needed. |
| Response to Plaintiffs 4th Omnibus | 4/19/2011 | RFP 31 | Documents relating to risk management or insurance claims handling for You relating to the Incident. | No search terms needed. |
| Response to Plaintiffs 4th Omnibus | 4/19/2011 | RFP 32 | Documents that relate to the settlement of Incident-related insurance claims. | No search terms needed. |
| Response to Plaintiffs 4th Omnibus | 4/19/2011 | RFP 33 | Documents that relate to payments by insurers or the alleged consumption, erosion, or exhaustion of policy limits related to the Incident | No search terms needed. |
| Response to Plaintiffs 4th Omnibus | 4/19/2011 | RFP 34 | Documents that relate to reinsurance that may afford coverage in connection with the Incident. | No search terms needed. |
| Response to Plaintiffs 4th Omnibus | 4/19/2011 | RFP 35 | Documents other than Insurance Policies that provide for indemnity or indemnification that may apply in connection with the Incident | No search terms needed. |
| Response to Plaintiffs 4th Omnibus | 4/19/2011 | RFP 36 | Documents (other than Insurance Policies) constituting or relating to agreements to which you are a party that provide for indemnification or indemnity that may apply to Incident related claims. | No search terms needed. |