UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig<br>    "Deepwater Horizon" in the Gulf<br>    of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Working Group[1] Conference on Friday, August 26, 2011]**

This order reflects the action taken by the Working Group Conference on Friday, August 26, 2011.

**1.    Preservation of BOP.**

The Court reported on the status of the BOP preservation work and consideration of Captain Englebert for appointment as a court appointed master for the preservation and custodial work.

BP reported that: (1) it was working with DNV on a protocol for a laser scan of the capping stack; and (2) it was investigating moving the large parts of the BOP away from the wharf.

The U.S. renewed its request that it be relieved of BOP storage costs going forward.

**2.    ROV at Well Site.**

The Court and BP reported on the USCG's request that BP inspect the site of the Macondo for evidence of an oil leak. An order was issued granting BP permission to make the ROV inspection. After the return of the ROV, all video taken by it will be made available to any parties requesting it.

---

[1] The discovery "Working Group" shall be comprised of: one or two representatives of the PSC; one representative from each of the defendants; and coordinating counsel for the United States and coordinating counsel for the States. (Rec. Doc. 1099).

3.    **Completion of Phase One Written Discovery.**

Anadarko submitted a motion to compel discovery from the US. (Rec. doc. 3794). The U.S. will respond on **Tuesday, August 30, 2001**.

The U.S. reported that some issues remain with discovery sought by and from BP. The U.S. may have to file motions to compel by its September 15, 2011 deadline.

The Court reported on pending motions (letters) to compel discovery.

4.    **Vessels of Opportunity of Discovery**.

In connection with the VoO cases, BP and the PSC agreed to discovery on six cases, including the depositions of three representatives of BP. The Responder defendants reported interest in questioning the three BP representatives. It was agreed that the Responder defendants would be permitted to ask questions of these persons when they are deposed by the PSC in the VoO cases. It will not be necessary for BP to bring the witnesses back for further questioning in the Responder defendant cases. The Responder defendants were asked to notify the Court of the identity of the three BP representatives and the amount of examination time sought.

5.    **BP's Request for Transocean Search Terms.**

Transocean provided BP with lists of the custodians whose files were searched and the terms used for the search of the custodial files. BP identified additional custodians and search terms. By **Wednesday, September 7, 2011** (earlier if possible), Transocean shall respond to BP's request for a further search with additional custodians and search terms.

6.    **Interpleader Actions.**

Transocean reported that BP, Anadarko and MOEX are in accord on the terms of an agreement with the Underwriters. The Underwriters, however, have not agreed. In furtherance of

an effort to mediate the dispute between Transocean, et al and the Underwriters, the Court requested that Transocean submit its draft agreement for review after it was cleared with BP, Anadarko and MOEX.

**7.     Phase One Fact Depositions**.

    Beirute, Bob                                                        August 29 and 30

Transocean's examination time was increased to 40 minutes with time ceded by the States and Halliburton.

    Brock, Tony (London)                                     August 30 at 8:30 a.m. CDT

The parties were reminded of the need to supply pre-marked exhibits for use in the deposition.

    Thorseth, Jay (London)                                    September 20

BP reported that the deposition remains set for September 20. The other depositions set for London are: (1) Mike Daly - September 21 and 22; and (2) Stewart Lacy - September 23.

    Emmerson, Tony                                              September 28

The date is confirmed.

    Hart, Derek (Aberdeen)                                    October 7

This will be a video or telephone deposition. If a party wants to travel to Aberdeen, it may do so. In that event, the party will have to arrange for a facility for the deposition.

    Stelly, Phyllis                                                    October 7

Halliburton confirmed the date.

    Nguyen, Quang                                                October 10

Halliburton confirmed the date.

  Leach, Gary (NO)       October 13

Transocean confirmed the date.

  Richard, Ben         October 14

Halliburton confirmed the date.

  Morgan, Rick        October 17

Halliburton confirmed the date.

  Morrison, Richard       October 18 and 19

The responder defendants request an hour of examination time with Morrison. The request was deferred. All parties requesting additional time shall make the request by **September 12** (Rec. doc. 3749).

  Powell, Heather       October 20 (tentative)

This will be kept on the agenda pending confirmation of the deposition. Ms. Powell is expecting a child and cannot travel. Her baby is due prior to October 20.

  Braniff, Barry        October 27

Braniff is represented by counsel. BP will communicate with his counsel.

  McKay, Lamar        November 3 and 4

McKay will be deposed for two days (15 hours) on Phases One, Two and Three and any other matter which a party contends is relevant to MDL 2179. By **Friday, September 30, 2011**, any party who wants to examine McKay shall submit a request to the Court with the amount of examination sought and a brief explanation for the request. Halliburton is not required to submit a request. It will have 180 minutes (3 hours) in the final allocation. If a party does not submit a request for examination time, it will not be permitted to question McKay unless a party with

examination time cedes time.

### BP 30(b)(6) on Topic 7

BP is working on this and will report within about ten days.

### Oldfather, Daniel

There was no change in Oldfather' status. His health does not permit a deposition.

### Shaw, Neil

BP is working on dates in October.

### Barron, Daniel

Transocean is working on dates.

### Well Advisor Program

Transocean reported that: (1) the Well Advisor Program was available for use on the Macondo well; (2) it has no evidence that it was used; and (3) it will present no evidence that it was used. The parties will work on a stipulation to eliminate the need for a deposition.

**8.     Expert files.**

The Court confirmed that communications between attorneys and retained experts will not be produced or discoverable and no privilege log is required.

**9.     Phase Two Discovery**.

The U.S. will not be able to complete production of Phase Two documents by August 31, 2011, although it will be substantially along in the process.

Anadarko and BP are working on a joint set of Phase Two discovery requests to the PSC and the States. Any other defendant seeking Phase Two discovery directed to the PSC and the States shall participate in this joint discovery. Anadarko expects to serve it within about two weeks. The

States and the PSC will respond within thirty (30) days.

The PSC, the States and the U.S. shall work on joint Phase Two written discovery sought from the defendants using a schedule similar to the one described above, so the defendants will respond to Phase Two written discovery on approximately October 10, 2011.

The PSC reduced its Phase Two Witness List to 42 persons, not including 30(b)(6) topics. The PSC was asked to circulate its 30(b)(6) topics.

BP provided a Phase Two Witness List with 75 persons, including 30(b)(6) topics. It reflected input from Anadarko. Other defendants had the list under review. The U.S. objected to the scope of the BP list.

The Court emphasized the need to serve written Phase Two Discovery in September, so that Phase Two oral and written discovery will be more orderly than Phase One.

The parties may assign priorities to their Phase Two witness lists.

BP reported that it has produced many Phase Two documents. The parties requested "clean-up" search terms to conclude Phase Two document discovery from BP. It is working with the parties to consolidate these requests so that the searches can be made.

10.  **Clean-Up Responders**.

The Clean-Up Responders report that some of the Phase One trial witnesses who testify live may have knowledge of Phase Three issues. The question is whether Judge Barbier will want these witnesses questioned at the trial of Phase One on Phase Three issues.

11.  **Conference Schedule.**

| | |
|---|---|
| Friday, September 2, 2011 | No conference set. |
| Friday, September 9, 2011 at 9:30 a.m. | WGC followed by meeting of LCC. |
| Friday, September 16, 2011 | Judge Barbier's status conference ONLY. |

| | |
|---|---|
| Friday, September 23, 2011 | No conference set. |
| Friday, September 30, 2011 at 9:30 a.m. | WGC followed by meeting of LCC. |
| Friday, October 7, 2011 at 9:30 a.m. | WGC followed by meeting of LCC. |
| Friday, October 14, 2011 at 9:30 a.m. | WGC followed by meeting of LCC. |
| Friday, October 21, 2011 | After Judge Barbier's status conference - WGC followed by meeting of LCC. |
| Friday, October 28, 2011 at 9:30 a.m. | WGC followed by meeting of LCC. |
| Friday, November 4, 2011 at 9:30 a.m. | WGC followed by meeting of LCC. |
| Friday, November 11, 2011 | No conference set. |
| Friday, November 18, 2011 | After Judge Barbier's status conference - WGC followed by meeting of LCC. |
| Friday, November 25, 2011 | No conference set. |
| Friday, December 2, 2011 at 9:30 a.m. | WGC followed by meeting of LCC. |
| Friday, December 9, 2011 at 9:30 a.m. | WGC followed by meeting of LCC. |
| Friday, December 16, 2011 | After Judge Barbier's status conference - WGC followed by meeting of LCC. |
| Friday, December 23, 2011 | No conference set. |
| Friday, December 30, 2011 | No conference set. |
| Friday, January 6, 2012 at 9:30 a.m. | WGC followed by meeting of LCC. |
| Friday, January 13, 2012 at 9:30 a.m. | WGC followed by meeting of LCC. |
| Friday, January 20, 2012 | After Judge Barbier's status conference - WGC followed by meeting of LCC. |

Friday, January 27, 2012 at 9:30 a.m.		WGC followed by meeting of LCC.

New Orleans, Louisiana, this 29th day of August, 2011.

			**SALLY SHUSHAN**
			**United States Magistrate Judge**