UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | **SECTION: J** |
| | * | |
| | * | **JUDGE BARBIER** |
| **This Document Applies to:** | * | |
| **10-2771**, **10-8888** | * | **MAG. JUDGE SHUSHAN** |
| | * | |

## ORDER

Considering the above and foregoing Pro Se Motion to Dismiss without Prejudice,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that all matters in this controversy filed by Plaintiff, Genta Sharp Speakman, (Rec. Docs.77826 and 104565) against any party including but not limited to all British Petroleum entities, all Trans Ocean entities, Triton Asset Leasing GMBH, Halliburton Energy Services, Inc., Cameron International Corporation, and all other Defendants in this controversy, are hereby **DISMISSED WITHOUT PREJUDICE**, each party to bear their own costs.

New Orleans, Louisiana, this 29th day of August, 2011.

_____
UNITED STATES DISTRICT JUDGE