# Exhibit Q
# (to be submitted in camera)

Document1