# Exhibit R
# (to be submitted in camera)

-2-

-2-