UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEP WATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL NO.: 2179<br><br>SECTION "J" |
| THIS DOCUMENT RELATES TO: | * | JUDGE BARBIER |
| Adams v. State of LA 11-CV-1051 | * | MAG. JUDGE SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**O R D E R**

Considering the foregoing,

IT IS ORDERED that David P. Salley and Jeffrey F. Farshad be enrolled as counsel of record on behalf of Peneton Corporation, and Patrick C. Grace be withdraw as counsel of record for Peneton Corporation.

New Orleans, Louisiana this 29th day of August, 2011.

_____
United States District Judge