# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE:  OIL SPILL by the OIL RIG       §   MDL NO. 2179
    "DEEPWATER HORIZON"      §
    in the GULF OF MEXICO,       §   SECTION: J
    on APRIL 20, 2010       §
            §   JUDGE BARBIER
THIS DOCUMENT RELATES TO:       §
            §   MAG. JUDGE SHUSHAN
Case No.:  2:10-cv-08888, [Rec. Doc. 72876];
     2:10-cv-02771

## ORDER GRANTING MOTION TO WITHDRAW

THIS CAUSE came before the Court upon the law firm of Colson Hicks Eidson Colson Cooper Matthew Martinez Gonzalez Kalbac & Kane's Motion to Withdraw.   The Court having read and considered argument of counsel and being otherwise fully apprised on all premises, hereby ORDERS AND ADJUDGES as follows:

  1.  Colson Hicks Eidson Colson Cooper Matthews Martinez Gonzalez Kalbac & Kane's Motion to Withdraw is hereby **GRANTED**.

  2.  Until alternative counsel files an appearance on Plaintiff's behalf all correspondence and pleadings for the Plaintiff shall be mailed to: William Henry Wallbaum, 6201 Dirt Kouns Loop #94, Shreveport, LA 71129.

New Orleans, Louisiana this 29th day of August, 2011.

              _____
              United States District Judge