UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL No. 2179<br><br>SECTION J<br><br>JUDGE BARBIER |
| APPLIES TO: 11-274 c/w 11-275 | MAGISTRATE SHUSHAN |

### UNOPPOSED ORDER GRANTING RANGER INSURANCE LIMITED'S MOTION FOR LEAVE TO EXCEED PAGE LIMIT

Came on to be heard RANGER INSURANCE LIMITED's Motion for Leave to Exceed Page Limit for Memorandum in Response to BP Parties' Motion for Judgment on the Pleadings in the Insurance Actions, and the Court, having reviewed the Motion, is of the opinion that said Motion should be, in all things, **GRANTED**.  It is therefore

**ORDERED** that RANGER INSURANCE LIMITED's Motion for Leave to Exceed Page Limit for Memorandum in Response to BP Parties' Motion for Judgment on the Pleadings in the Insurance Actions is hereby **GRANTED** and RANGER INSURANCE LIMITED's Memorandum in Response to BP Parties' Motion for Judgment on the Pleadings in the Insurance Actions is hereby allowed.

New Orleans, Louisiana this 29th day of August, 2011.

_____
UNITED STATES DISTRICT JUDGE