UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| In re: | Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | : : : : | MDL No. 2179<br><br>SECTION: J |
| This Document Relates To: 2:11-cv-01051<br>(Adams v. State, et al.)<br>……………………………………………... | | : : : | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

CONSIDERING the Ex Parte Motion for Leave to Substitute the BP Parties' Answer to Guy Adams' Class Action Petition for Damages Together With Cross-Claims filed by Defendants BP Exploration & Production Inc. ("BPXP"), BP Products North America Inc. ("BPPNA"), BP p.l.c., and BP America Inc. ("BPA") (collectively, "the BP Parties"):

IT IS ORDERED that the BP Parties' be granted leave to substitute the attached Answer to Guy Adams' Class Action Petition for Damages Together With Cross-Claims in place of the previously filed Answer to Guy Adams' Class Action Petition for Damages Together With Cross-Claims (Doc. 3787).

New Orleans, Louisiana this 29th day of August, 2011.

_____
United States District Judge