UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  OIL SPILL by the OIL RIG
 "DEEPWATER HORIZON" in the GULF OF
MEXICO on APRIL 20, 2010

**This Document Relates to:**
**2:10-cv-02454, 2:10-cv-01768**

)  MDL NO. 2179,  SECTION: J
)
)  JUDGE BARBIER
)  MAG. JUDGE SHUSHAN
)
)
)  **NOTICE WITHDRAWING MOTION**
)  **FOR CLARIFICATION OF ORDER**
)  **DISMISSING D1 BUNDLE MASTER**
)  **COMPLAINT AND NOTICE OF NON-**
)  **OPPOSITION.**
)

### NOTICE WITHDRAWING PRIOR MOTIONS

The Center for Biological Diversity (the "Center"), plaintiff in *Center for Biological Diversity v. BP America, et al.*, 2:10-cv-02454 and 2:10-cv-01768, respectfully submits this Notice Withdrawing its previous Motion for Clarification of Order Dismissing D1 Bundle Master Complaint, Doc. No. 3255, and Notice of Non-Opposition, Doc. No. 3666.  Based upon recent events and new information, the Center intends to file a Motion under Fed. R. Civ. Proc. 59(e) to alter or amend the Court's Order Dismissing D1 Bundle Master Complaint, Doc. No. 2784, or, in the alternative, for relief from the Order under Fed. R. Civ. Proc. 60(b)(2) based upon new evidence of oil discharges related to the Macondo Well blowout.

DATED this 30th day of August, 2011.

Respectfully submitted,

s/Charles M. Tebbutt
Charles M. Tebbutt
Daniel C. Snyder
Law Offices of Charles M. Tebbutt, P.C.
451 Blair Blvd.
Eugene, OR 97402
Ph: 541-344-3505
E-mail: charlie.tebbuttlaw@gmail.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 30th, 2011, I electronically served the foregoing on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF System, which will send notification of such filing in accordance with the procedures established in MDL 2179.

s/ Charles M. Tebbutt
Charles M. Tebbutt
Law Offices of Charles M. Tebbutt, P.C.
