UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | * | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN THE GULF OF | * | |
| MEXICO, ON APRIL 20, 2010 | * | SECTION "J" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE CARL BARBIER |
| CASE NO. 10-8888; and | * | |
| CASE NO. 10-2771 | * | MAG. JUDGE SALLY SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel of record, comes Plaintiff, JOHN JOSEPH MOBLEY, SR., on behalf of his business, Marie's Bait Shop, (Rec. Doc. 60366), and on suggesting to the Court that all matters and claims filed by Plaintiff, JOHN JOSEPH MOBLEY, SR., on behalf of his business, Marie's Bait Shop, against any party including, but not limited to, all British Petroleum entities, all Transocean entities, and all other Defendants listed on Attachment "A" to the *Gulf Coast Claims Facility Release and Covenant Not to Sue* signed by Plaintiff, in this controversy have all been amicably settled and fully compromised, and move that same be dismissed with full prejudice, each party bearing their own costs.

Respectfully submitted,

 /s/ Hugh P. Lambert
HUGH P. LAMBERT, ESQ. (LA Bar #7933)
LAMBERT & NELSON, PLC
701 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-1750
Facsimile: (504) 529-2931
hlambert@lamnel.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of August, 2011, the foregoing Motion to Dismiss with Prejudice was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Don K. Haycraft, James P. Roy, and Stephen J. Herman by operation of the court's electronic filing system and to all counsel of record through the Lexis Nexis File & Serve.

                                           /s/ Hugh P. Lambert
                                           HUGH P. LAMBERT, ESQ. (LA Bar #7933)