UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | * | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN THE GULF OF | * | |
| MEXICO, ON APRIL 20, 2010 | * | SECTION "J" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE CARL BARBIER |
| *CASE NO. 10-8888; and* | * | |
| *CASE NO. 10-2771* | * | MAG. JUDGE SALLY SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

Considering the foregoing Motion to Dismiss with Prejudice:

IT IS SO ORDERED that all matters in this controversy filed by Plaintiff, JOHN JOSEPH MOBLEY, SR., on behalf of his business, Marie's Bait Shop, (Rec. Doc. 60366), against any party including, but not limited to, all British Petroleum entities, all Transocean entities, and all other Defendants listed on the Attachment "A" to the *Gulf Coast Claims Facility Release and Covenant Not to Sue*, be and hereby are dismissed in their entirety with full prejudice, each party to bear their own costs.

THIS DONE the _____ day of _____, 2011 in New Orleans, Louisiana.

_____
HONORABLE JUDGE CARL J. BARBIER
UNITED STATES DISTRICT COURT JUDGE