UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | * | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN THE GULF OF | * | |
| MEXICO, ON APRIL 20, 2010 | * | SECTION "J" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE CARL BARBIER |
| *CASE NO. 10-8888; and* | * | |
| *CASE NO. 10-2771* | * | MAG. JUDGE SALLY SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## RULE 7.6 CERTIFICATE

Pursuant to Local Rule 7.6, undersigned counsel for Plaintiff, John Joseph Mobley, Sr., on behalf of his business, Marie's Bait Shop, certifies that Defendants' Liaison Counsel of Record for have been contacted and do not oppose Plaintiff's Motion to Dismiss with Prejudice.

        Respectfully submitted,

        */s/ Hugh P. Lambert*
        HUGH P. LAMBERT, ESQ. (LA Bar #7933)
        LAMBERT & NELSON, PLC
        701 Magazine Street
        New Orleans, Louisiana 70130
        Telephone: (504) 581-1750
        Facsimile: (504) 529-2931
        hlambert@lamnel.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of August, 2011, the foregoing Motion to Dismiss with Prejudice was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Don K. Haycraft, James P. Roy, and Stephen J. Herman by operation of the court's electronic filing system and to all counsel of record through the Lexis Nexis File & Serve.

                                                 /s/ Hugh P. Lambert
                                               HUGH P. LAMBERT, ESQ. (LA Bar #7933)