**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

_____

| | | |
|---|---|---|
| | ) | |
| **In Re:  Oil Spill by the Oil Rig** | ) | **MDL No. 2179** |
| **"Deepwater Horizon" in the** | ) | |
| **Gulf of Mexico, on** | ) | |
| **April 20, 2010** | ) | **SECTION: J** |
| | ) | |
| | ) | |
| **This Document Relates to:** | ) | **Judge Barbier** |
| *Case No. 2:10-cv-04536-CJB-SS* | ) | **Mag. Judge Shushan** |

_____

**EX PARTE CONSENT MOTION OF PROPOSED INTERVENOR
SIERRA CLUB, INC. FOR LEAVE TO FILE REPLY MEMORANDUM TO
OPPOSITIONS TO SIERRA CLUB INC.'S OBJECTIONS TO
MAGISTRATE'S ORDER DENYING INTERVENTION**

Sierra Club, Inc., proposed intervenor-plaintiff in *United States v. BP Exploration and Production Inc. et. al.,* case no. 2:10-cv-04536-CJB-SS, hereby files this unopposed motion for leave to file the attached reply memorandum  in further support of Sierra Club Inc.'s Objections to Order of the Magistrate Judge Denying Sierra Club, Inc.'s Motion to Intervene. Doc. 3065, and in support therefore shows as follows:

1)      The United States filed case no. 2:10-cv-04536 against Defendants BP *et. al*. asserting two claims for relief: 1) for the imposition of civil penalties under Clean Water Act ("CWA") § 311 (b)(7), 33 U.S.C. § 1321 (b)(7); and 2) for a declaratory judgment that Defendants are liable under Section 1002(a) of the Oil Pollution Act of 1990 ("OPA"), 33 U.S.C. § 2702(a), for the United States' recovery costs and damages. The United States' Prayer for Relief also seeks "injunctive relief as appropriate."

2)      On February 7, 2011 Sierra Club moved to intervene as a plaintiff under Fed. R. Civ. P. 24. Doc. 1115.  Sierra Club seeks to intervene as a plaintiff in the United States' action to protect its members' recreational, aesthetic, scientific and economic interests in the lands and waters

impacted by the oil spill. Sierra Club also seeks to protect its interest in the imposition and disposition of maximum civil penalties, which are available to be used for remedial projects to address the specific environmental harms where its members are located, and which serve to deter similar conduct and events in the future.

3)      On June 28, 2011, Magistrate Judge Shushan issued an order denying Sierra Club's intervention of right under Rule 24(a)(2) and permissive intervention under 24(b)(1)(B). Doc. 3065. On July 25, 2011, Sierra Club Inc. filed its Objections to Order of the Magistrate Judge Denying Sierra Club, Inc.'s Motion to Intervene. Doc. 3450. On August 23, 2011, the United States and Defendants BP *et. al*. filed three opposition briefs to Sierra Club's Objections. Docs. 3796; 3797; 3798.

4)      Sierra Club, Inc. now moves for leave to file a reply to those briefs, not to exceed 10 pages, in further support of its Objections to the Magistrate's Order. The reply will assist the court by addressing the key issues that are critical to its determination of Sierra Club's intervention, and further demonstrate that Sierra Club's unique interest and knowledge will assist the court in resolving the matters before it in this complex litigation.

5)      Sierra Club has contacted counsel for the parties to this action and no parties oppose this motion.

**WHEREFORE,** Sierra Club requests that it be granted leave to file the attached reply memorandum. A proposed order is attached.

**[Attorneys' Signatures Appear on Following Page]**

Respectfully submitted,

**s/ Eric E. Huber**
Eric E. Huber
La. Bar No. 23790
Sierra Club
1650 38th St. Ste. 102W
Boulder, CO 80301
Tel: (303) 449.5595
Fax: (303) 449-5595
eric.huber@sierraclub.org

**s/ Devorah Ancel**
Devorah Ancel
Ca. Bar No. 261038
Sierra Club
85 Second Street, 2nd floor
San Francisco, CA 94105
Tel: (415) 977-5721
Fax: (415) 977-5793
devorah.ancel@sierraclub.org

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and the foregoing was also electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 30th day of August, 2011.

I HEREBY CERTIFY that the above and foregoing was served on Defendant QBE Underwriting Ltd., Lloyds Syndicate 1036 via first class U.S. Mail, postage prepaid, on this 30th day of August, 2011, to George Gilly and Marty McLeod at Phelps Dunbar LLP, Canal Place, 365 Canal Street, Suite 2000 New Orleans, Louisiana 70130-6534.


**s/ Eric E. Huber**
Eric E. Huber