# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ) ) ) ) ) ) ) | MDL No. 2179<br><br>SECTION: J |
| This Document Relates to:<br>*Case No. 2:10-cv-04536-CJB-SS* | ) ) ) | Judge Barbier<br>Mag. Judge Shushan |

## ORDER

Considering the foregoing Ex-Parte Consent Motion of Proposed Intervenor Sierra Club, Inc. for Leave to File Reply Memorandum to Opposition to Sierra Club, Inc.'s Objections to Magistrate's Order Denying Intervention;

**IT IS HEREBY ORDERED** that the motion is granted and the Clerk of Court is ordered to file the attached reply memorandum into the record in the captioned case.

This ___ day of _____, 2011

_____
Sally Shushan
United States Magistrate Judge