# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | Oil Spill by the Oil Rig "DEEPWATER HORIZON" | * | MDL NO. 2179 |
| | In the Gulf of Mexico on April 20, 2010 | * | SECTION:   J |
| | | * | JUDGE BARBIER |
| Applies to: *All cases* | | * | MAG. JUDGE SHUSHAN |

**************************************************************************

## TRANSOCEAN'S MOTION TO DISMISS CERTAIN PLAINTIFFS' CLAIMS FOR FAILURE TO PARTICIPATE IN DISCOVERY AND ALTERNATIVE MOTION FOR A JUDICIAL DETERMINATION TERMINATING TRANSOCEAN'S OBLIGATION TO CONTINUE PAYING MAINTENANCE AND CURE

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Transocean Offshore Deepwater Drilling Inc., Transocean Holdings L.L.C., Transocean Deepwater Inc., and Triton Asset Leasing GmbH (hereinafter sometimes collectively referred to as "Transocean"), by and through their undersigned counsel, who move this Honorable Court for an Order dismissing the claims of certain Plaintiffs, with prejudice, in the above-captioned action who have asserted their Fifth Amendment right against self-incrimination in response to deposition questioning about their claims for maintenance and cure and personal injury damages.

ALTERNATIVELY, Transocean moves this Honorable Court for an Order terminating Transocean's obligation to continue paying maintenance and cure to all Plaintiffs in the above-captioned action who have asserted their Fifth Amendment right against self-incrimination in response to deposition questioning about their claims for maintenance and cure, and the extent of their alleged personal injuries.  For the reasons set forth in Transocean's Memorandum in

Support of the instant Motion, which Memorandum is filed contemporaneously herewith, Transocean seeks entry of an Order granting the instant Motion.

Respectfully submitted by,

By:        /s/ Steven L. Roberts

Steven L. Roberts (Texas No. 17019300)
Rachel Giesber Clingman (Texas No. 00784125))
Kent C. Sullivan (Texas No. 19487300)
Teri L. Donaldson (Florida No. 784310)
SUTHERLAND ASBILL & BRENNAN, LLP
1001 Fannin Street, Ste. 3700
Houston, TX  77002
Telephone:     713.470.6100
Facsimile:     713.654.1301
E-mail: steven.roberts@sutherland.com,
rachel.clingman@sutherland.com,
kentsullivan@sutherland.com,
terisdonaldson@sutherland.com

By:        /s/ Kerry J. Miller

Kerry J. Miller (Louisiana No. 24562)
FRILOT, L.L.C.
1100 Poydras Street, Ste. 3700
New Orleans, LA  70163
Telephone:     504.599.8169
Facsimile:     504.599.8154
E-mail:        kmiller@frilot.com

and

By:        /s/ Edwin G. Preis, Jr.

Edwin G. Preis, Jr. (Louisiana No. 10703)
Edward F. Kohnke, IV (Louisiana No. 07824)
Robert M. Kallam (Louisiana No. 20242)
Anthony J. Lascaro (Louisiana No. 32546)
PREIS & ROY, PLC
102 Versailles Blvd., Ste. 400
P. O. Drawer 94-C
Lafayette, LA  70509
Telephone:     337.237.6062
Facsimile:     337.237.9129
E-mail:        egp@preisroy.com
efk@preisroy.com
rmk@preisroy.com
ajl@preisroy.com

Of counsel:

Daniel O. Goforth (Texas No. 08064000)
GOFORTH AND EASTERLING, L.L.P.
4900 Woodway, Ste. 750
Houston, TX  77056
Telephone:     713.650.0022
Facsimile:     713.650.1669
E-mail:        dangoforth@goforthlaw.com

John M. Elsley (Texas No. 0591950)
ROYSTON, RAZOR, VICKERY & WILLIAMS,
L.L.P.
711 Louisiana Street, Ste. 500
Houston, TX  77002
Telephone:    713.224.8380
Facsimile:    713.225.9945
E-mail:       john.elsley@roystonlaw.com


Brad D. Brian (California No. 79001)
Allen M. Katz (California No. 054933)
MUNGER, TOLLES & OLSON, L.L.P.
355 South Grand Ave., 35th Floor
Los Angeles, CA  90071
Telephone:    213.683.9100
Facsimile:    213.683.5180, 213.683.4018
E-mail:       brad.brian@mto.com
              Allen.katz@mto.com

**Counsel for Triton Asset Leasing GmbH.,
Transocean Holdings L.L.C., Transocean
Offshore Deepwater Drilling Inc. and
Transocean Deepwater Inc.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing has been electronically filed using the

Court's CM/ECF system and served on All Counsel by uploading same to Lexis Nexis File &

Serve in accordance with Pretrial Order No. 12, on August 30, 2011.


/s/   Kerry J. Miller
KERRY J. MILLER