UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "*Deepwater Horizon*" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 SECTION: J |
| Applies to: *All Cases*. | * * | JUDGE BARBIER MAGISTRATE SHUSHAN |

\* \* \* \* \* \* \* \*

STIPULATION AND AGREED-UPON ORDER REGARDING
MITSUI OIL EXPLORATION CO., LTD.'S TIME TO ANSWER, MOVE OR
OTHERWISE RESPOND TO THE B3 BUNDLE AMENDED MASTER COMPLAINT

WHEREAS, claims in the above-captioned matter have been consolidated in this District by order of the U.S. Judicial Panel on Multi-District Litigation dated August 10, 2010 (Doc. 1); and

WHEREAS, this Court ordered that certain matters before it in these proceedings be tried beginning on February 27, 2012; and

WHEREAS, the Plaintiffs' Steering Committee, through undersigned Liaison Counsel, are authorized to act generally for Plaintiffs with respect to administrative matters and with respect to non-administrative matters subject to Court approval and, in particular, with respect to this Stipulation and Agreed-Upon Order; and

WHEREAS, Plaintiffs filed a "First Amended Master Complaint in Accordance with PTO No. 11 [Case Management Order No. 1] Section III.B(3) ['B3 Bundle'], Complaint in Admiralty, Rule 9(h)" (the "B3 Bundle Amended Master Complaint"); and

WHEREAS, the B3 Bundle Amended Master Complaint, among other things, alleges in substance that MOEX Offshore 2007 LLC ("Offshore") is not a distinct corporate entity, but rather is "dominated and controlled" by Mitsui Oil Exploration Co., Ltd. ("MOECO"); that Offshore and MOEX USA Corporation ("MOEX USA") are each the "agent/alter ego" of MOECO; that liability

should be imputed to MOECO because Offshore and MOEX USA are allegedly its agents; and that the corporate veil should be pierced to render MOECO liable for the obligations of Offshore and/or MOEX USA; and

WHEREAS, Offshore, MOEX USA and MOECO dispute and in all respects deny such allegations; and

WHEREAS, Offshore and MOEX USA have moved to dismiss the B3 Bundle Amended Master Complaint (Doc 1416) (the "Motion"); and

WHEREAS, on July 8, 2011, the Court entered a Stipulation and Agreed-Upon Order Regarding "Alter Ego" or "Veil Piercing" Claims against MOEX USA and MOECO (Doc 3208) (the "July 8 Stipulation and Order"), which provided, among other things, that the Alter Ego Claims (as defined therein) were bifurcated and severed for later discovery and a separate trial, which discovery and trial shall occur at some point subsequent to the conclusion of the trial commencing on February 27, 2012; and

WHEREAS, on July 27, 2011, Judge Barbier endorsed a Stipulation and Agreed-Upon Order regarding MOECO's time to answer, move or otherwise respond to the B1 Bundle Amended Master Complaint (Doc 3469), the content of which is substantially the same as the provisions set forth below;

NOW, THEREFORE, the Plaintiffs' Steering Committee and MOECO, by and through their undersigned counsel, hereby stipulate and agree, and the Court hereby Orders, that:

1. The time for MOECO to answer, move or otherwise respond to the B3 Bundle Amended Master Complaint or any amended complaint superseding the B3 Bundle Amended Master Complaint (a "Further Amended Complaint") shall be 30 days after the later of (a) the date Judge Barbier decides the Motion or (b) the date Plaintiffs file a Further Amended Complaint that contains amended allegations against MOECO.

2. All discovery with respect to MOECO that is not subject to the July 8 Stipulation and Order shall be deferred pending the Court's ruling on the Motion and any further action, response or amendment in accordance with same.

3. Except as expressly set forth herein, (a) the Plaintiffs reserve, and do not waive, any and all of their rights and/or claims against MOECO; and (b) MOECO reserves, and does not waive, any and all of its rights and defenses.

Dated:  August 15, 2011


s/  Thomas A. Campbell
Thomas A. Campbell
tom.campbell@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
2 Houston Center
909 Fannin, Suite 2000
Houston, TX 77010-1018
Telephone: (713) 276 7676
Facsimile: (281) 582 6033
**COUNSEL FOR MITSUI OIL EXPLORATION CO., LTD.**


s/ Stephen J. Herman
Stephen J. Herman, La. Bar No. 23129
sherman@hhkc.com
HERMAN HERMAN KATZ & COTLAR LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Telephone (504) 581 4892
Facsimile (504) 569 6024

s/ James Parkerson Roy
James Parkerson Roy, La. Bar No. 11511
Domengeaux Wright Roy & Edwards LLC
jimr@wrightroy.com
556 Jefferson Street, Suite 500
Lafayette, Louisiana 70501
Telephone (337) 233 3033
Facsimile (337) 233 2796

**PLAINTIFFS' LIAISON COUNSEL**

4

**SO ORDERED:**

_____
United States District Judge