**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL NO. 2179 SECTION "J" |
| THIS DOCUMENT RELATES TO: *CASE NO. 10-8888; and* *CASE NO. 10-2771* | * * * | JUDGE CARL BARBIER MAG. JUDGE SALLY SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

Considering the foregoing Motion to Dismiss with Prejudice:

IT IS SO ORDERED that all matters in this controversy filed by Plaintiff, JOHN JOSEPH MOBLEY, SR., on behalf of his business, Marie's Bait Shop, (Rec. Doc. 60366), against any party including, but not limited to, all British Petroleum entities, all Transocean entities, and all other Defendants listed on the Attachment "A" to the *Gulf Coast Claims Facility Release and Covenant Not to Sue*, be and hereby are dismissed in their entirety with full prejudice, each party to bear their own costs.

New Orleans, Louisiana this 30th day of August, 2011.

_____
United States District Judge