OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: _August 31, 2011_

Tim Terrell as a Class Representative of the Victims of the
BP p.l.c., Caused Oil in the Gulf of Mexico on April 20, 2010

vs.

BP p.l.c., and Donald Vidrine

Case No. _10-md-2179_  Section __J__
In re: 11-cv-1806 CJB-SS

Dear Sir:

Please (<u>issue</u>) (re-issue) summons on the (complaint) (<u>amended complaint</u>) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) BP EXPLORATION & PRODUCTION INC., Through its registered agent: CT Corporation System
   (address) 5615 Corporate Blvd., Ste. 400B, Baton Rouge, LA 70808

2. (name) BP AMERICA INC., Through its registered agent: CT Corporation System
   (address) 5615 Corporate Blvd., Ste. 400B, Baton Rouge, LA 70808

3. (name) _____
   (address) _____

4. (name) _____
   (address) _____

Very truly yours,

_[Signature]_
"Signature"

Attorney for  Tim Terrell

Address  Folkenflik & McGerity
         1500 Broadway, 21st Floor
         New York, NY 10036