From:
"Maze, Corey" <CMaze@ago.state.al.us>
  To:
<sally_shushan@laed.uscourts.gov>, <mike_okeefe@laed.uscourts.gov>
  Cc:
<liaison2179@liskow.com>, <david.balabanian@bingham.com>, <SHERMAN@hhkc.com>, <jimr@wrightroy.com>, <Mike.Underhill@usdoj.gov>
  Date:
05/25/2011 10:40 AM
  Subject:
States' Discovery

Judge Shushan,

In advance of tomorrow's working group meeting, I wanted to update you on the progress of State-related discovery.

In your May 17th order (from the May 13 meeting), you set forth the following:
- BP had served the States with event discovery on April 27. This included requests for all Phases of the liability trial + Damages.
- The other defendants were to serve the States by May 13, limited to Phase One of the Feb. 2012 trial.
- The defendants were to "coordinate their discovery to eliminate duplication of discovery requests."
- The States would respond by June 20, with the ability to incorporate the June 13 responses of the PSC to local government entity responses.

Both Alabama and Louisiana have received the following discovery requests
- April 27:     BP
- May 13:      Halliburton
- May 13:      "Various Defendants," including BP and Halliburton

BP and Halliburton have made clear to us that their separate requests constitute the request targeted at the States, and do not intend the May 13 "Various Defendant" request to apply to the States. However, the remaining Defendants included in the "Various Defendants" have stated that they *do* intend that request to apply to the States.

Alabama and Louisiana have conferred and propose the following solution to State-related discovery:

    1.  The States accept that all three requests apply to them as intended by the Defendants, and we will serve every Defendant listed in any of the three requests.
        o  While this is an oversimplification, the requests generally will lead to the same results and are thus largely duplicative.

    2.  On June 20, each State will file its own response to the requests in a single document, keeping in mind that the three requests are simultaneously distinct and similar. To simply matters, we will adopt/incorporate the PSC's June 13 response where appropriate and include State-specific responses when necessary.

    3.  The States are currently working with BP to frame the appropriate scope of the Search Terms and relevant State Agencies. Once we have come to an agreement with BP on the scope of

discovery, we will offer it to the group as the State's discovery plan.  In other words, the States will simultaneously provide all requesting defendants with copies of any discoverable material that we locate under our agreement with BP.
- o   We request this plan because the States desire to do only one search, with one set of rules, because we want to avoid (a) running duplicative searches for the same items and (b) varying sets of rules/requests among the defendants.
- o   To avoid these problems, we would request any defendant that objects to the terms agreed upon by the States and BP to raise them promptly with the States and the Court—before we begin the ultimate discovery process.

4.   The States intend to limit all discovery to the appropriate Phase of trial.  In other words, we do not intend to produce Phase 2, Phase 3, or Damages-related discovery until the appropriate time.

Again, we submit this ahead of tomorrow's conference hopefully to shorten—if not eliminate—any need to discuss the issue during an already overflowing day.

Corey L. Maze
*Deputy Attorney General, State of Alabama*
(334) 353-4336