# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig | MDL NO. 2179 |
| "Deepwater Horizon" in the Gulf | |
| of Mexico, on April 20, 2010 | SECTION J |
| | |
| Applies to: *All Cases* | JUDGE BARBIER |
| | MAGISTRATE JUDGE SHUSHAN |

## ORDER

### [Regarding the Depositions of the Retained Experts for the PSC and the U.S.]

On August 26, 2011, the PSC and the United States submitted reports for their retained experts in accord with the orders of the Court. The depositions of these experts are scheduled below. All depositions will in New Orleans. All requests for examination time of these experts shall be submitted by **Wednesday, September 28, 2011.**

## WEEK ONE

### Monday - November 14

| | |
|---|---|
| PSC-David Pritchard | Drilling |
| PSC-Andrew Hurst | Geology |

### Tuesday - November 15

| | |
|---|---|
| PSC-David Pritchard | Drilling |
| PSC-Andrew Hurst | Geology |

### Wednesday - November 16

| | |
|---|---|
| PSC-Bob Bea | Process Safety |
| U.S.-Rory Davis | BOP |
| U.S.- Huffman | Geophysicist |

**Thursday - November 17**

| | |
|---|---|
| PSC-Bob Bea | Process Safety |
| U.S.-Glen Benge | Cement |
| U.S.-Rory Davis | BOP |
| U.S.- Huffman | Geophysicist |

**Friday - November 18**

| | |
|---|---|
| U.S.-Glen Benge | Cement |
| PSC-Ed "Geoff" Webster | Maritime |

**Saturday - November 19**

| | |
|---|---|
| PSC-Ed "Geoff" Webster | Maritime |

## WEEK TWO

**Monday - November 21**

| | |
|---|---|
| U.S.-Richard Heenan | Drilling |
| U.S.-Neil Robinson | Composite Materials - BOP |

**Tuesday - November 22**

| | |
|---|---|
| U.S.-Richard Heenan | Drilling |
| U.S.-Neil Robinson | Composite Materials - BOP |

## WEEK THREE

**Monday - November 28**

| | |
|---|---|
| PSC-Gregg Perkin | BOP |
| PSC-George Birch | Cement |

**Tuesday - November 29**

PSC-Gregg Perkin                BOP

PSC-George Birch                Cement

New Orleans, Louisiana, this 30th day of August, 2011.

**SALLY SHUSHAN**
**United States Magistrate Judge**