UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Regarding Requests for Witnesses to Testify Live]**

There has been discussion about the preparation of "surgical" lists of persons who were deposed and who the parties want to appear at the trial to provide live testimony. By **Tuesday, September 13, 2011**, the PSC, the States and the United States shall submit their lists of persons who were deposed and who they want to appear at the trial to provide live testimony. By **Tuesday, September 20, 2011**, Transocean, BP, Halliburton, Cameron and Anadarko, MOEX, Weatherford, M-I Swaco and Dril-Quip shall submit their lists of persons who were deposed and who they want to appear at the trial to provide live testimony.

New Orleans, Louisiana, this 30th day of August, 2011.

SALLY SHUSHAN
**United States Magistrate Judge**