UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION "J" (1)<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |
| APPLIES TO:  11-274 c/w 11-275 | |

**BP PARTIES' UNOPPOSED MOTION  FOR LEAVE TO FILE
SINGLE, CONSOLIDATED REPLY IN SUPPORT OF
BP PARTIES' MOTION FOR JUDGMENT ON THE PLEADINGS**

The BP Parties[1] respectfully request leave to file a single, consolidated reply memorandum (as filed herewith) in support of their pending Motion for Judgment on the Pleadings in the Insurance Actions, Case Nos. 11-274 and 11-275 (docket no. 3211), and for a corresponding enlargement of the applicable page limitation.  The BP Parties' consolidated reply responds to three separate opposition papers filed by Transocean, Ranger Insurance Ltd., and the Excess Insurers, respectively.  These parties have indicated that they do not oppose this motion.

The Local Civil Rules of the Eastern District of Louisiana provide that a reply brief or memorandum may not exceed 10 pages (LR 7.7), so if the BP Parties were to file separate replies to each of the three oppositions, they would be entitled to a total of 30 pages. The BP Parties' consolidated reply is 29 pages and addresses all three oppositions in a single pleading.  The BP Parties believe that a single, consolidated reply is more efficient than three

---

[1] The "BP Parties" or "BP" are all BP-affiliated defendants and counterclaimants in Case Nos. 11-274 and 11-275:  BP plc, BP Exploration & Production, Inc., BP America Production Company, BP Corporation North America, Inc., BP Company North America, Inc., BP Products North America, Inc., BP America, Inc., and BP Holdings North America Limited.

separate replies and that the consolidated reply that they have submitted herewith is of an appropriate length to address fully and properly the issues presented in three oppositions to which it is directed.

Accordingly, the BP Parties respectfully request that the Court grant this unopposed motion, allowing the BP Parties to file their Consolidated Reply in Support of Motion for Judgment on the Pleadings, with a corresponding enlargement of the applicable page limitation.

Respectfully submitted,

/s/David B. Goodwin

| | |
|---|---|
| Allan B. Moore | David B. Goodwin |
| Christopher J. Wenk | M. Alexia dePottere-Smith |
| Mark A. Herman | Covington & Burling LLP |
| Covington & Burling LLP | One Front Street, 35th Floor |
| 1201 Pennsylvania Avenue, NW | San Francisco, CA  94111 |
| Washington, DC  20004-2401 | Tel:  (415) 591-6000 |
| Tel:  (202) 662-6000 | Fax:  (415) 591-6091 |
| Fax:  (202) 778-5575 | E-mail:  dgoodwin@cov.com |
| E-mail:  abmoore@cov.com | E-mail:  adepottere@cov.com |
| E-mail:  cwenk@cov.com | |
| E-mail:  mherman@cov.com | |

*Counsel for BP Exploration & Production Inc., BP America Production Company, BP Corporation North America Inc., BP Company North America Inc., BP Products North America Inc., BP America Inc., BP Holdings North America Limited, and BP plc*

Dated:  August 31, 2011

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 31 day of August, 2011.

/s/Christopher J. Wenk
Christopher J. Wenk