UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION "J" (1)<br><br>JUDGE BARBIER |
| APPLIES TO:  11-274 c/w 11-275 | MAGISTRATE SHUSHAN |

## ORDER

Considering the BP Parties' Unopposed Motion for Leave to File Single, Consolidated Reply in Support of BP Parties' Motion for Judgment on the Pleadings,

IT IS ORDERED that the BP Parties' Unopposed Motion for Leave is hereby granted.

New Orleans, Louisiana, this ____ day of August, 2011.

_____
Carl J. Barbier
United States District Judge