IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ) ) ) ) ) ) ) | MDL No. 2179  SECTION: J |
| This Document Relates to: *Case No. 2:10-cv-04536-CJB-SS* | ) ) ) | Judge Barbier Mag. Judge Shushan |

## ORDER

Considering the foregoing Ex-Parte Consent Motion of Proposed Intervenor Sierra Club, Inc. for Leave to File Reply Memorandum to Opposition to Sierra Club, Inc.'s Objections to Magistrate's Order Denying Intervention;

**IT IS HEREBY ORDERED** that the motion is granted and the Clerk of Court is ordered to file the attached reply memorandum into the record in the captioned case.

New Orleans, Louisiana this 1st day of September, 2011.

_____
United States District Judge