UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179<br><br>SECTION: J |
| Applies to:<br>All cases | * * * | JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

**IT IS ORDERED** that, pursuant to and in accordance with 28 U.S.C. 636(b)(1)(B), the Motion indicated below is hereby **REFERRED** to United States Magistrate Judge Sally Shushan (Division 1) for hearing, including evidentiary hearing if necessary, and submission of a Report and Recommendation:

Transocean's Motion to Dismiss Certain Plaintiffs' Claims for Failure to Participate in Discovery and Alternative Motion for a Judicial Determination Terminating Transocean's Obligation to Continue Paying Maintenance and Cure (Rec. Doc. 3873).

New Orleans, Louisiana this 31st day of August, 2011.

_____
UNITED STATES DISTRICT JUDGE