

**Date:** Wednesday, August 17, 2011 12:20 PM
**From:** satandassociates@cox.net
**To:** satandassociates@cox.net
**Subject:** Cancellation of my BP / Transocean Lawsuit

Dear Mekel Alvarez:

Per our conversation on the phone last week. Please have this letter serve as my official notification of my request to drop my Oil spill Litigation against BP/Transocean.

I request that you dismiss my joinder in the Transocean lawsuit for myself personally ( Stuart A Thrasher) and my company SAT & Associates.

If you have any further need from myself please feel free to contact me at 504-461-5570

Thank you for your time and help in this matter.

Sincerely,

Stuart A Thrasher
SAT & Associates LLC

Ex "B"