UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179  SECTION: J |
| Applies to: *All cases* | * * * * | JUDGE BARBIER  MAGISTRATE JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

In light of the Court's Order and Reasons of August 26, 2011, relative to the Motions to Dismiss the B1 Master Complaint (Rec. Doc. 3830), parties are invited to submit briefing, not to exceed **ten pages** in length, as to what effect, if any, the Court's decision has on other Motions to Dismiss pending in this MDL. So the Court may have the benefit of counsels' views before the next scheduled status conference, briefing must be filed no later than **Monday, September 12, 2011**.

New Orleans, Louisiana, this 1st day of September, 2011.

_____
UNITED STATES DISTRICT JUDGE