```
 1                  UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF LOUISIANA
 2

 3   ******************************************************************

 4   IN RE:  OIL SPILL BY THE
     OIL RIG DEEPWATER HORIZON
 5   IN THE GULF OF MEXICO ON
     APRIL 20, 2010
 6
                              CIVIL ACTION NO. 10-MD-2179 "J"
 7                            NEW ORLEANS, LOUISIANA
                              FRIDAY, AUGUST 26, 2011, 9:30 A.M.
 8

 9   THIS DOCUMENT RELATES TO
     ALL ACTIONS
10

11   ******************************************************************

12             TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS
               HEARD BEFORE THE HONORABLE SALLY SHUSHAN
13                 UNITED STATES MAGISTRATE JUDGE

14

15   APPEARANCES:

16
     FOR THE PLAINTIFFS'
17   LIAISON COUNSEL:          DOMENGEAUX WRIGHT ROY & EDWARDS
                               BY:  JAMES P. ROY, ESQUIRE
18                             P. O. BOX 3668
                               556 JEFFERSON STREET
19                             LAFAYETTE, LA  70502

20
                               HERMAN HERMAN KATZ & COTLAR
21                             BY:  STEPHEN J. HERMAN, ESQUIRE
                               820 O'KEEFE AVENUE
22                             NEW ORLEANS, LA  70113

23
     FOR THE PLAINTIFFS:       IRPINO LAW FIRM
24                             BY:  ANTHONY IRPINO, ESQUIRE
                               ONE CANAL PLACE
25                             365 CANAL STREET, SUITE 2990
                               NEW ORLEANS, LA  70130
```

09:23AM

```
 1   APPEARANCES CONTINUED:

 2

 3                        WILLIAMSON & RUSNAK
                         BY:  JIMMY WILLIAMSON, ESQUIRE
 4                        4310 YOAKUM BOULEVARD
                         HOUSTON, TX  77006
 5

 6                        LEVIN PAPANTONIO THOMAS MITCHELL
 7                        RAFFERTY & PROCTOR
                         BY:  BRIAN H. BARR, ESQUIRE
 8                        316 SOUTH BAYLEN STREET, SUITE 600
                         PENSACOLA, FL  32502
 9

10

11   FOR THE FEDERAL
     GOVERNMENT INTERESTS:   U.S. DEPARTMENT OF JUSTICE
12                        TORTS BRANCH, CIVIL DIVISION
                         BY:  R. MICHAEL UNDERHILL, ESQUIRE
13                             SARAH D. HIMMELHOCH, ESQUIRE
                         450 GOLDEN GATE AVENUE
14                        7TH FLOOR, ROOM 5395
                         SAN FRANCISCO, CA  94102
15

16

17   FOR THE UNITED STATES
     OF AMERICA:             ENVIRONMENTAL ENFORCEMENT SECTION
18                        U.S. DEPARTMENT OF JUSTICE
                         BY:  STEVEN O'ROURKE, ESQUIRE
19                             SCOTT CERNICH, ESQUIRE
                         P.O. BOX 7611
20                        WASHINGTON, DC  20044

21

22   FOR STATE INTERESTS:    ALABAMA ATTORNEY GENERAL'S OFFICE
                         BY:  COREY L. MAZE, ESQUIRE
23                        500 DEXTER AVENUE
                         MONTGOMERY, AL  36130

24

25
```

```
 1  APPEARANCES CONTINUED:

 2

 3  FOR THE STATE OF
    LOUISIANA:                  KANNER & WHITELEY
 4                              BY:  ALLAN KANNER, ESQUIRE
                                     DOUGLAS R. KRAUS, ESQUIRE
 5                              701 CAMP STREET
                                NEW ORLEANS, LA  70130
 6

 7

 8  FOR BP AMERICA INC.,
    BP AMERICA PRODUCTION
    COMPANY, BP COMPANY
 9  NORTH AMERICA INC.,
    BP CORPORATION NORTH
10  AMERICA INC.,
    BP EXPLORATION &
11  PRODUCTION INC.,
    BP HOLDINGS NORTH
12  AMERICA LIMITED,
    BP PRODUCTS NORTH
13  AMERICA INC.:               LISKOW & LEWIS
                                BY:  DON K. HAYCRAFT, ESQUIRE
14                              ONE SHELL SQUARE
                                701 POYDRAS STREET
15                              SUITE 5000
                                NEW ORLEANS, LA  70139
16

17

                                KIRKLAND & ELLIS
18                              BY:  J. ANDREW LANGAN, ESQUIRE
                                     MARK J. NOMELLINI, ESQUIRE
19                                   RYAN S. BABIUCH, ESQUIRE
                                300 N. LASALLE
20                              CHICAGO, IL  60654

21

22                              KIRKLAND & ELLIS
                                BY:  ROBERT R. GASAWAY, ESQUIRE
23                              655 FIFTEENTH STREET, N.W.
                                WASHINGTON, DC  20005
24

25
```

```
 1   APPEARANCES CONTINUED:

 2

 3                          COVINGTON & BURLING
                           BY:  ALLAN B. MOORE, ESQUIRE
 4                          1201 PENNSYLVANIA AVENUE, NW
                           WASHINGTON, DC  20004
 5

 6

 7
     FOR TRANSOCEAN HOLDINGS
 8   LLC, TRANSOCEAN
     OFFSHORE DEEPWATER
 9   DRILLING INC., AND
     TRANSOCEAN DEEPWATER
10   INC.:                  FRILOT
                           BY:  KERRY J. MILLER, ESQUIRE
11                          ENERGY CENTRE, 36TH FLOOR
                           1100 POYDRAS STREET
12                          NEW ORLEANS, LA  70163

13

14                          SUTHERLAND ASBILL & BRENNAN
                           BY:  STEVEN L. ROBERTS, ESQUIRE
15                               RACHEL G. CLINGMAN, ESQUIRE
                           1001 FANNIN STREET, SUITE 3700
16                          HOUSTON, TX  77002

17

18                          GOFORTH LEWIS
                           BY:  DANIEL O. GOFORTH, ESQUIRE
19                               AMY JAASMA, ESQUIRE
                           4900 WOODWAY, SUITE 750
20                          HOUSTON, TX  77056

21

22   FOR CAMERON INTERNATIONAL
     CORPORATION:           STONE PIGMAN WALTHER WITTMANN
23                          BY:  PHILLIP A. WITTMANN, ESQUIRE
                                 RENEE SIEGEN, ESQUIRE
24                          546 CARONDELET STREET
                           NEW ORLEANS, LA  70130
25
```

```
 1   APPEARANCES CONTINUED:

 2


 3   FOR HALLIBURTON
     ENERGY SERVICES, INC.:   GODWIN RONQUILLO
 4                            BY:  DONALD E. GODWIN, ESQUIRE
                                   JENNY L. MARTINEZ, ESQUIRE
 5                                 STEFANIE K. MAJOR, ESQUIRE
                            RENAISSANCE TOWER
 6                          1201 ELM STREET, SUITE 1700
                            DALLAS, TX  75270
 7

 8
                            GODWIN RONQUILLO
 9                          BY:  R. ALAN YORK, ESQUIRE
                            1331 LAMAR, SUITE 1665
10                          HOUSTON, TX  77010

11

12   FOR ANADARKO
     PETROLEUM CORPORATION,
13   ANADARKO E&P COMPANY LP:
                            KUCHLER POLK SCHELL
14                          WEINER & RICHESON
                            BY:  DEBORAH D. KUCHLER, ESQUIRE
15                          1615 POYDRAS STREET, SUITE 1300
                            NEW ORLEANS, LA  70112
16

17
                            BINGHAM MCCUTCHEN
18                          BY:  WARREN A. FITCH, ESQUIRE
                            2020 K STREET, NW
19                          WASHINGTON, DC  20006

20

21   FOR MOEX OFFSHORE
     2007 LLC:              CARVER DARDEN KORETZKY TESSIER
22                          FINN BLOSSMAN & AREAUX
                            BY:  PHILLIP D. NIZIALEK, ESQUIRE
23                          1100 POYDRAS STREET, SUITE 3100
                            NEW ORLEANS, LA  70163
24

25
```

```
 1  APPEARANCES CONTINUED:

 2

 3                          PILLSBURY WINTHROP SHAW PITTMAN
                            BY:  EDWARD FLANDERS, ESQUIRE
 4                          1540 BROADWAY
                            NEW YORK, NY  10036
 5

 6
    FOR M-I L.L.C.:         MORGAN, LEWIS & BOCKIUS
 7                          BY:  JAMES B. TARTER, ESQUIRE
                                 STEVEN LUXTON, ESQUIRE
 8                          1000 LOUISIANA STREET, SUITE 4000
                            HOUSTON, TX  77002
 9

10
    FOR O'BRIEN'S RESPONSE
11  MANAGEMENT, INC.,
    SEACOR HOLDINGS, INC.,
12  SEACOR OFFSHORE LLC,
    SEACOR MARINE, LLC,
13  SEACOR WORLDWIDE, INC.,
    SEACOR MARINE, INC.,
14  SEACOR MARINE
    INTERNATIONAL, INC.,
15  AND SIEMENS FINANCIAL,
    INC.:                   WEIL GOTSHAL & MANGES
16                          BY:  JEREMY T. GRABILL, ESQUIRE
                            767 FIFTH AVENUE
17                          NEW YORK, NY  10153

18

19  FOR WEATHERFORD U.S.,
    L.P.:                   JONES WALKER
20                          BY:  WILLIAM C. BALDWIN, ESQUIRE
                            PLACE ST. CHARLES
21                          201 ST. CHARLES AVENUE
                            NEW ORLEANS, LA 70170
22

23  FOR DRIL-QUIP,
    INC.:                   WARE, JACKSON, LEE & CHAMBERS
24                          BY:  WENDY W. BISHOP, ESQUIRE
                                 C. DENNIS BARROW, JR., ESQUIRE
25                          2929 ALLEN PARKWAY, 42ND FLOOR
                            HOUSTON, TEXAS  77019
```

```
 1   APPEARANCES CONTINUANCES:

 2

 3   FOR NALCO COMPANY:        LATHAM & WATKINS
                               BY:  THOMAS J. HEIDEN, ESQUIRE
 4                             233 SOUTH WACKER DRIVE, SUITE 5800
                               CHICAGO, IL  60606
 5

 6
     FOR MDL 2185:             MITHOFF LAW FIRM
 7                             BY:  WILLIAM STRADLEY, ESQUIRE
                               3450 ONE ALLEN CENTER
 8                             500 DALLAS STREET
                               HOUSTON, TX  77002
 9

10

11   OFFICIAL COURT REPORTER:      CATHY PEPPER, CRR, RMR, CCR
                                   CERTIFIED REALTIME REPORTER
12                                 500 POYDRAS STREET, ROOM HB406
                                   NEW ORLEANS, LA  70130
13                                 (504) 589-7779
                                   Cathy_Pepper@laed.uscourts.gov
14
     PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
15   PRODUCED BY COMPUTER.

16

17

18

19

20

21

22

23

24

25
```

1                          **I N D E X**

2

3    AGENDA ITEMS                                           PAGE

4

5    BOP ISSUES.......................................   12

6    CAPTAIN ENGLEBERT WOULD BE INTERESTED IN THE          12

7    APPOINTMENT AS MASTER TO THE COURT ONCE THE COURT

8    TAKES OVER CUSTODIAL DUTIES FROM THE JIT..............

9    LASER SCAN OF THE CAPPING STACK......................   12

10   MOVING THE BOP WITHIN THE NASA BASE..................   13

11   COMPLETION OF PHASE I DISCOVERY......................   13

12   COST SHARING.......................................   14

13   COAST GUARD'S REQUEST TO BP TO SEND A ROV OUT TO THE   15

14   WELL SITE..........................................

15   ANADARKO'S MOTION TO COMPEL DISCOVERY FROM THE        16

16   UNITED STATES......................................

17   PHASE I DISCOVERY OF BP AND ANY OTHER PARTY..........   17

18   ANADARKO MOTION TO COMPEL...........................   17

19   ACCESS FOR BP TO WHAT THEY CALL THE *TIMS DATABASE* OR   17

20   BOEMRE'S ENTERPRISE DATABASE........................

21   PERFORMANCE MEASURES PROGRAM........................   18

22   THE QUESTION OF OFFLINE ARCHIVE AT DOI...............   18

23   MEET AND CONFER PROCESS WITH RESPECT TO SEARCH TERMS...   18

24   OUTSTANDING PHASE I DISCOVERY ISSUE.................   18

25   REPORT ON PHASE II..................................   19

1  PRODUCTION HIT THE 17 MILLION PAGE MARK................   19

2  THE *WASHINGTON POST* SAYS THE COAST GUARD AND BP HAVE    20

3  RETURNED TO THE SCENE AND HAVE ANNOUNCED THAT AFTER

4  THE WELLHEAD INSPECTION OBSERVED BY GOVERNMENT

5  OFFICIALS IN NEW ORLEANS THROUGH A VIDEO FEED, IT HAS

6  BEEN CONFIRMED THAT THE WELL IS NOT LEAKING ANY OIL....

7  PHASE I DISCOVERY......................................   21

8  HALLIBURTON/BP ISSUES..................................   21

9  BP ISSUE WITH LOUISIANA................................   21

10  BP'S MOTION TO COMPEL TRANSOCEAN......................   21

11  ANADARKO AND BP BOTH FILED LETTER BRIEFS..............   21

12  DISCUSSIONS WITH SEVERAL ATTORNEYS ABOUT TAKING THREE    22

13  BP WITNESSES IN THE VOO CASES LATER...................

14  TRANSOCEAN SEARCH TERMS...............................   26

15  INTERPLEADER ACTION...................................   27

16  COMPLETION OF PHASE I FACT DEPOSITIONS................   29

17  DR. BEIRUTE...........................................   29

18  MR. BROCK.............................................   32

19  JAY THORSETH..........................................   33

20  MR. LACY..............................................   34

21  LAMAR MCKAY...........................................   34

22  DEREK HART............................................   37

23  GARY LEACH............................................   38

24  GARY BRANIFF..........................................   38

25  DANIEL BARRON.........................................   38

1   WELL ADVISOR PROGRAM.................................... 39

2   TOPIC NUMBER 7......................................... 40

3   IF YOU WANT NO E-MAIL, JUST TURN YOUR SMARTPHONES OFF.. 41

4   MR. SHAW............................................... 41

5   PHYLLIS STELLY......................................... 42

6   MR. NGUYEN............................................. 42

7   RICK MORGAN............................................ 42

8   BEN RICHARD............................................ 42

9   FOR PURPOSES OF PRODUCTION OF EXPERT FILES,            43

10  COMMUNICATIONS BETWEEN ATTORNEYS AND EXPERTS, RETAINED

11  EXPERTS WILL NOT BE PRODUCED...........................

12  GAS PHASE II WRITTEN DISCOVERY......................... 43

13  STATES AND PSC'S DISCOVERY TO THE DEFENDANTS AND TO     44

14  THE UNITED STATES.....................................

15  PHASE II DEPONENT LISTS................................ 46

16  SCHEDULING OF THE SWIZZLE STICK FOR THURSDAY,          51

17  OCTOBER 20TH, 4:15....................................

18  SOME OF THE PHASE I WITNESSES WILL HAVE KNOWLEDGE OF    53

19  PHASE III ISSUES......................................

20  MOTION IN LIMINE DEADLINE............................. 54

21  VIDEO OF THE ROV...................................... 54

22  PHASE II DOCUMENTS.................................... 56

23

24

25

1                          **P-R-O-C-E-E-D-I-N-G-S**

09:28AM   2                       FRIDAY, AUGUST 26, 2011

09:28AM   3            M O R N I N G   S E S S I O N

09:28AM   4                     (COURT CALLED TO ORDER)

09:40AM   5

09:41AM   6

09:41AM   7            THE COURT:  All right.  Everybody have a seat, please.

09:41AM   8  Hey, phone participants.  How are you doing?  Hey, Sarah?

09:41AM   9            MS. HIMMELHOCH:  Yes, Your Honor.

09:41AM  10            THE COURT:  How are you doing?

09:41AM  11            MS. HIMMELHOCH:  Good, how are you?

09:41AM  12            THE COURT:  Fine, thank you.  Don, could you put the

09:41AM  13  volume up just a little bit on the phone.  You, Don.

09:41AM  14            MR. HAYCRAFT:  I can do that.

09:41AM  15            THE COURT:  Yes, Don, you can do that.

09:41AM  16            MR. GODWIN:  I'm glad you told him, Judge, because I

09:41AM  17  wouldn't know --

09:41AM  18            THE COURT:  Don, notice I wasn't looking at you.

09:41AM  19            MR. GODWIN:  I wouldn't know how either.

09:42AM  20            MR. HAYCRAFT:  I've got it up now.

09:42AM  21            THE COURT:  Good.  Thank you.

09:42AM  22                 Okay.  Sarah, do you want to do another test

09:42AM  23  for me?

09:42AM  24            MS. HIMMELHOCH:  I'm sorry, Your Honor, you broke up.

09:42AM  25            THE COURT:  I just wanted to hear how your volume was,

09:42AM 1    and it sounds fine.

09:42AM 2               Okay.  Thank you.  All right, guys.  Long time no

09:42AM 3    see.

09:42AM 4               Let's start off with the BOP issues.  The

09:42AM 5    preservation work is done.  They are in the process of taking the

09:42AM 6    temporary building down.  We have heard from Captain Englebert

09:42AM 7    that she would be interested in the appointment as master to the

09:43AM 8    Court once the Court takes over custodial duties from the JIT.

09:43AM 9    We have not gotten any other nominees, so a reminder to

09:43AM 10   everybody, if there is anyone else that you all want to nominate

09:43AM 11   to fulfill the role, please let me know.  That is the only

09:43AM 12   nominee so far, and she has indicated a willingness to serve.

09:43AM 13              Do we have a report on the laser scan of the

09:43AM 14   capping stack?  Does anybody have any info on that?

09:43AM 15              MR. GASAWAY:  Your Honor, this is Rob Gasaway from the

09:43AM 16   phone.  Can you hear me?

09:43AM 17              THE COURT:  I can.  Good morning.

09:43AM 18              MR. GASAWAY:  Good morning.  We went back to DNV and DNV

09:43AM 19   has just recently given us a proposed protocol for doing that.  I

09:44AM 20   will be sending that over to the Department of Justice today, and

09:44AM 21   I'm sure we can have that back to you for approval promptly after

09:44AM 22   the Department of Justice has a chance to look at it.

09:44AM 23              THE COURT:  Great.  Okay.  So that's on target, right?

09:44AM 24              MR. GASAWAY:  Yes.

09:44AM 25              THE COURT:  Okay.  Anything else, Rob, that you want to

09:44AM 1    report on the status of the BOP preservation or testing issue?

09:44AM 2         MR. GASAWAY:  Let me just point out to the parties one

09:44AM 3    discussion that's going on so they know about it, and that is, as

09:44AM 4    you know and as, I think, all the parties know, Judge Barbier has

09:44AM 5    long expressed a preference for potentially moving the BOP within

09:44AM 6    the NASA base.  As you know, it's on the river side, as it were,

09:44AM 7    on the levee.  It's a complicated issue.  Judge Barbier mentioned

09:45AM 8    it from the bench about the roads and so forth, but we are

09:45AM 9    investigating a way to sort of get it farther away from the river

09:45AM 10   and kind of more out of the way of high water, as it were, and

09:45AM 11   finding out a cost-effective way of doing that.

09:45AM 12        Obviously before it's actually moved we would let

09:45AM 13   the Court and parties know, but I did want everybody to know that

09:45AM 14   that's in the process more as just an aspiration now, but really

09:45AM 15   we're getting down to how could we do it and could we make it

09:45AM 16   work from an economic standpoint.

09:45AM 17        THE COURT:  Good.  Do you want to give us a weather

09:45AM 18   report from your location?

09:45AM 19        MR. GASAWAY:  I'm prepared for anything, Your Honor,

09:45AM 20   after our conversation with Mike Underhill last night and your

09:45AM 21   good advice on the hurricanes.  Whatever happens, we're prepared

09:45AM 22   for it.

09:45AM 23        THE COURT:  Good.  I'm glad to hear it.

09:45AM 24        All right.  We next up want to talk about

09:46AM 25   completion of Phase I discovery.  Is anybody opposed to that?

09:46AM 1          MR. UNDERHILL:  Could we go back to the BOP for just one

09:46AM 2   second.

09:46AM 3          THE COURT:  Go ahead, Mike.

09:46AM 4          MR. UNDERHILL:  Your Honor, you haven't issued an order

09:46AM 5   so I'm going to take an opportunity to make my pitch again for

09:46AM 6   the cost sharing.  Stand by Andy.  Stand by Rob.  I've been

09:46AM 7   approached by my clients -- I know I get up and cry poor all the

09:46AM 8   time on behalf of my clients, which is true.  We're all poor as a

09:46AM 9   country, you know.

09:46AM 10         Just from some technical observations, one is that

09:46AM 11  you have to understand government accounting -- maybe you do,

09:46AM 12  Your Honor -- that if an agency fronts the cost and we get it

09:46AM 13  back on a Rule 54, they likely don't get it back.  It goes back

09:46AM 14  to the general treasury.

09:46AM 15         My Coast Guard clients on the line stand down.

09:46AM 16  Don't get excited.  If the Coast Guard were to front the cost, it

09:46AM 17  would come out of an operating budget which means some

09:46AM 18  performance they do for the public doesn't get done or it gets

09:47AM 19  done less.  They don't get that money back.  It goes into the

09:47AM 20  treasury.

09:47AM 21         The second observation my clients have asked me to

09:47AM 22  point is we, the government, specifically Coast Guard and BOEMRE,

09:47AM 23  have fronted, I don't know the amount, but it's probably -- I

09:47AM 24  would say it's safe to say it's in excess of $7 million on the

09:47AM 25  BOP Phase I testing.  That nice, comfortable house that the BOP

09:47AM  1    had built for it that was better than a lot of homeless shelters

09:47AM  2    I see, it came at a cost.  I don't have the figures but I think

09:47AM  3    it was in excess of $4 million.

09:47AM  4            THE COURT:  So you've made your contribution.

09:47AM  5            MR. UNDERHILL:  All the parties benefitted from that.

09:47AM  6    The testing wouldn't have gotten done in accordance with

09:47AM  7    Judge Barbier's wishes, for safety reasons if nothing else,

09:47AM  8    without that beautiful house.

09:47AM  9            With respect, Your Honor, our response is we gave

09:47AM 10    at the office.  So it's in your hands but I ask you to consider

09:47AM 11    that in any order, so getting it back at the end of the day isn't

09:47AM 12    quite as simple as it may seem.  So I thank you for your

09:48AM 13    patience.

09:48AM 14            THE COURT:  Thank you.  I appreciate that.  Also, I

09:48AM 15    wanted to mention before we move on to completion of Phase I

09:48AM 16    discovery, we had a discussion yesterday about the Coast Guard's

09:48AM 17    request to BP to send a ROV out to the well site.  There had been

09:48AM 18    reports of an oil sheen in the area of the coordinates of the

09:48AM 19    well site.  I gave verbal approval of that yesterday, and we

09:48AM 20    entered an order on that this morning.  So if any of you see

09:48AM 21    that, that's what prompted the issue.

09:48AM 22            My understanding is the ROV sailed last night, and

09:48AM 23    it is probably down there now.  It's completed its video.

09:48AM 24            MR. LANGAN:  Your Honor, Mr. Gasaway can speak to this

09:48AM 25    too.  Andy Langan for BP.  I think BP has issued a press release

09:48AM 1    overnight.  It reported that --

09:48AM 2         THE COURT:  I haven't read the paper this morning

09:49AM 3    because you all kept sending me things overnight.

09:49AM 4         MR. LANGAN:  Right.  I apologize for that, Your Honor.

09:49AM 5    I think the BP has a public statement about this, about that

09:49AM 6    there is no apparent connection to the wellhead, to anything like

09:49AM 7    at that.

09:49AM 8         THE COURT:  I wasn't implying that there was.

09:49AM 9         MR. LANGAN:  Of course.  It sounded like there is a

09:49AM 10   report out there that reflects our understanding.

09:49AM 11        THE COURT:  It's been done, and I sanctioned it, so

09:49AM 12   that's what the order is all about.

09:49AM 13        THE CLERK:  The PSC and the states asked for any video

09:49AM 14   and any photographs --

09:49AM 15        MR. LANGAN:  It's at the top of our list.  As long as

09:49AM 16   Mr. Roy promises to watch it, we'll give it to him.

09:49AM 17        THE COURT:  He cannot substitute Mr. Williamson; is that

09:49AM 18   correct?

09:49AM 19        MR. LANGAN:  That's correct.

09:49AM 20        THE COURT:  Okay.  Moving right along, we have a lot of

09:49AM 21   things to do so that we can say that we have completed Phase I

09:50AM 22   discovery, and I'll look forward to that day.

09:50AM 23        On Tuesday we will have under submission Anadarko's

09:50AM 24   motion to compel discovery from the United States.

09:50AM 25        Sarah, do you want to give us the report from the

09:50AM 1  Phase I discovery of BP and any other party?

09:50AM 2          MS. HIMMELHOCH:  Sure, Your Honor.  As you know, we will

09:50AM 3  submit our response to Anadarko's letter on our --

09:50AM 4          THE COURT:  Sarah, hold on just a second.  Would you

09:50AM 5  speak up a little bit.  I'm going to ask the people in the

09:50AM 6  courtroom to help me with the volume.  Don.

09:50AM 7          MS. HIMMELHOCH:  Is this any better?

09:50AM 8          MR. HAYCRAFT:  It's as loud as it will go.

09:51AM 9          MS. HIMMELHOCH:  Is it better now?

09:51AM 10         THE COURT:  Very much so.

09:51AM 11         MS. HIMMELHOCH:  Is that better?

09:51AM 12         THE COURT:  It's terrific.  Thank you, Sarah.  Go ahead.

09:51AM 13         MS. HIMMELHOCH:  Okay.  With respect to the event as you

09:51AM 14 noted, the Anadarko motion to compel, we have, I think, three

09:51AM 15 outstanding issues with BP.  We are working very hard to resolve

09:51AM 16 them.  One of them is difficult.  It's access for BP to the, what

09:51AM 17 they call the *TIMS database*, I'm sorry, excuse me, which is

09:51AM 18 BOEMRE's enterprise database, and we tried to export it and give

09:51AM 19 a copy of it to BP, and in the exportation we made it far less

09:51AM 20 useful.

09:51AM 21         We've offered BP two options:  One is to export the

09:51AM 22 rest of the data they are looking for and let them try to

09:51AM 23 jerry rig something, or the other is to work out a way that they

09:51AM 24 can come in and actually search it within BOEMRE's IT environment

09:52AM 25 under our supervision because they would obviously be behind our

09:52AM 1  firewall.  So that's one outstanding issue.

09:52AM 2          Frankly, we had to some difficulty responding on

09:52AM 3  the performance measures program, but we did get the hard copy

09:52AM 4  documents out to BP yesterday or the day before.  We're hoping

09:52AM 5  that the databases, the last element of the databases they are

09:52AM 6  looking for on that will be out on Monday or Tuesday of next

09:52AM 7  week, but I think we'll wrap that issue up.

09:52AM 8          The other large issue outstanding is the question

09:52AM 9  of our offline archive at DOI.  Again, we're working with BP.  We

09:52AM 10 have a call with BP to discuss our proposal on a solution for

09:52AM 11 that this afternoon, but there is a possibility that one of the

09:52AM 12 three major issues or an issue I've missed in their papers will

09:53AM 13 come to you on event-related data by the September 15th date from

09:53AM 14 BP.

09:53AM 15         On our side to BP, we have initiated a meet and

09:53AM 16 confer process with respect to search terms.  Mr. Langan

09:53AM 17 generously forgave me for not understanding that the August 22nd

09:53AM 18 deadline applied to the United States and took our submission a

09:53AM 19 couple of days late.  So we are going to try and work that out,

09:53AM 20 but I think that really relates to Phase II rather than Phase I.

09:53AM 21         The only outstanding Phase I discovery issue in the

09:53AM 22 request the United States has made of other parties is with

09:53AM 23 respect to Anadarko.  We had sent them a letter.  I believe

09:53AM 24 Mr. Kirby had scheduled a meet and confer with the counsel

09:53AM 25 handling that early next week.  So again, we're working to try

09:53AM 1    and avoid it, but we may be moving to compel on Anadarko as well

09:54AM 2    on September 15th.

09:54AM 3            THE COURT:  Good.  Thank you.

09:54AM 4            MS. HIMMELHOCH:  I do have a report on Phase II.  I can

09:54AM 5    wait or I can give it now.

09:54AM 6            THE COURT:  No, no, go ahead.  Let's go ahead on that.

09:54AM 7    That's good.

09:54AM 8            MS. HIMMELHOCH:  Okay.  I'll start with the really good

09:54AM 9    news is we've hit the 17 million page mark, and we have a lot

09:54AM 10   more in the pipeline already to go out.  The bad news is I know

09:54AM 11   we're not going to be done by August 31.  There are a couple of

09:54AM 12   known issues.  There is the fact that the Coast Guard's system is

09:54AM 13   just now beginning to be up and running, and so they are only now

09:54AM 14   beginning their searches.

09:54AM 15           A lot of the agencies, despite having done a lot of

09:54AM 16   custodial surveys and interviews and estimates, had an

09:54AM 17   unexpectedly large volume of information.  We've also been

09:54AM 18   negotiating search terms and changes to the search terms over

09:54AM 19   time with both Anadarko and BP, and we're also finding that the

09:55AM 20   review of the documents between the agencies and the

09:55AM 21   Executive Office of the President is taking some time to

09:55AM 22   logistically move forward.

09:55AM 23           What I would propose is that we keep striving as

09:55AM 24   hard as we can to get as much out the door by August 31st, that

09:55AM 25   we take a few days -- the Labor Day break will not be a break for

09:55AM 1  us, but I would sit down and I would do a comprehensive status

09:55AM 2  report for the Court and the parties on September 6th that says

09:55AM 3  here is what we managed to get done, here is what we think we can

09:55AM 4  get done, and the schedule for getting that done and then let the

09:55AM 5  parties raise issues with respect to whether we've got our

09:55AM 6  priorities right in trying to complete the rest of the effort.

09:55AM 7         I wish I could say that we were going to make that

09:55AM 8  August 31st date.  I can't tell you, but there are well over 150

09:56AM 9  government employees and contractors who are very tired, who have

09:56AM 10 been working extraordinary hours to try and make it happen.  It's

09:56AM 11 just we're not going to make it, but we're going to come as close

09:56AM 12 as we can, and then we'll give you a full report on the 6th as to

09:56AM 13 what we did get done, what we didn't get done, and for what we

09:56AM 14 didn't get done, when we think we can complete that.

09:56AM 15        THE COURT:  Good.  I appreciate that, Sarah.  I don't

09:56AM 16 think anybody in the room looks particularly disturbed by your

09:56AM 17 suggestion.

09:56AM 18        MR. UNDERHILL:  Mike Underhill.  I think

09:56AM 19 Sarah Himmelhoch is the only person in the world that I know who

09:56AM 20 would apologize for only having produced 17 million pages in a

09:56AM 21 couple of months.

09:56AM 22        THE COURT:  I think an apology is in order.  Thank you,

09:56AM 23 Sarah.  I appreciate it.

09:56AM 24        MS. HIMMELHOCH:  Thank you, Your Honor.

09:56AM 25        THE COURT:  Okay.  Andy, you're right.  I pulled up the

09:56AM  1  *Washington Post*, and the Coast Guard and BP have returned to the

09:57AM  2  scene and have announced that after the wellhead inspection

09:57AM  3  observed by government officials in New Orleans through a video

09:57AM  4  feed, it has been confirmed that the well is not leaking any oil.

09:57AM  5          MR. LANGAN:  Right.  That's good.

09:57AM  6          THE COURT:  Yes, you bet.

09:57AM  7          MR. LANGAN:  Phase I discovery.  So we -- a couple

09:57AM  8  motions to compel have been filed on narrow issues.  I don't know

09:57AM  9  if you want to continue with that.

09:57AM 10          THE COURT:  I was just going to tell you what I know we

09:57AM 11  have.  We have the Halliburton/BP issues that we will take up.

09:57AM 12  We have the BP issue with Louisiana, which the response is due

09:57AM 13  Monday.  We have BP's motion to compel Transocean.  Transocean's

09:57AM 14  response is due today.

09:57AM 15          MR. LANGAN:  Our reply on Monday.

09:57AM 16          THE COURT:  Your reply on Monday.  Let me see what else

09:57AM 17  I've got here.

09:58AM 18          MR. LANGAN:  I think Anadarko and BP both filed letter

09:58AM 19  briefs related to a couple of discrete issues, one versus the

09:58AM 20  other.

09:58AM 21          THE COURT:  They looked pretty discrete, though.  That's

09:58AM 22  good.

09:58AM 23          MR. FITCH:  Tony Fitch.  Perhaps we'll both respond

09:58AM 24  Tuesday, just before the break.

09:58AM 25          THE COURT:  That's sounds good.  So we can work over the

09:58AM 1    break.

09:58AM 2              MR. FITCH:  That's the idea.  Respectfully.

09:58AM 3              MR. LANGAN:  I think Tuesday will work for us.  If

09:58AM 4    that's a problem, I'll let Mr. Fitch know right away.

09:58AM 5              MR. FITCH:  We're willing to go into the break if it's

09:58AM 6    not an absolute nothing.

09:58AM 7              THE COURT:  I would like to see the responses so we can

09:58AM 8    work while you all are having your Mai Tai, but if you have

09:58AM 9    trouble with it, work it out.

09:58AM 10             MR. FITCH:  Thank you.

09:58AM 11             THE COURT:  So I see that coming down the pike.  I see

09:58AM 12   all of those things coming down the pike.

09:58AM 13             Just a notation, I understand that there are

09:59AM 14   discussions with several attorneys about taking three BP

09:59AM 15   witnesses in the VoO cases later, Andy.  That was just noted for

09:59AM 16   me that these discussions are ongoing.

09:59AM 17             MR. LANGAN:  Your Honor, if I can address that, here is

09:59AM 18   what I know, just to take a step back.  I think Your Honor knows.

09:59AM 19   In the VoO cases, we negotiated with the PSC a little phase

09:59AM 20   discovery for six focus cases.  I think as part of that, written

09:59AM 21   discovery is proceeding, and I believe the PSC is going to take

09:59AM 22   some depositions of BP witnesses related to VoO.

09:59AM 23             I think that some of the responder defendants have

09:59AM 24   said, you know what, we might have an interest in those too,

09:59AM 25   about training and that kind of thing, I guess.  Obviously our

10:00AM 1    preference would be to have it all done at once; in other words,

10:00AM 2    if these people are going to get deposed, fine, and if responder

10:00AM 3    defendants have some questions, fine.  I would like, you know,

10:00AM 4    the one deposition rule applies to VoO just like everyone else.

10:00AM 5    That's kind of what I know about that.  Does that make sense?

10:00AM 6         THE COURT:  It does make sense.  I had just heard that

10:00AM 7    there were discussions ongoing.

10:00AM 8              Steve, you look like you want to comment on that.

10:00AM 9         MR. HERMAN:  Yes, Steve Herman for the plaintiffs.  I

10:00AM 10   think it would be more appropriate and what we're willing to do

10:00AM 11   is bring them back to address any medical monitoring or PI

10:00AM 12   issues.  Our understanding was that this process was supposed to

10:00AM 13   be limited to and focused on the contract issues.

10:00AM 14             We don't have any problem with the responder

10:00AM 15   defendants being present, if they want to, or even asking

10:00AM 16   questions to the extent that they relate to the contract issues,

10:00AM 17   but we think it would be more appropriate and we would prefer and

10:00AM 18   we don't have -- the one deposition rule was a BP desire, for

10:01AM 19   lack of a better word, and we think it would be better to bring

10:01AM 20   them back later to address any medical monitoring and/or PI

10:01AM 21   issues when they have more time to germinate, give the defendants

10:01AM 22   more of a chance to get their medical records, etcetera, so that

10:01AM 23   would be our preference.

10:01AM 24             THE COURT:  Who are the witnesses, Steve?

10:01AM 25             MR. HERMAN:  I think that --

10:01AM 1          THE COURT:  Not names, just who are they?

10:01AM 2          MR. HERMAN:  I think they are six workers that performed

10:01AM 3     services for -- in the Vessel of Opportunity program.  Three were

10:01AM 4     selected by BP; three were put up by us.  I don't know the extent

10:01AM 5     to which some or all of them also have medical monitoring and/or

10:01AM 6     PI claims formally asserted.  If they don't, then I think it's a

10:01AM 7     moot point.  If they do, then we would be willing to bring them

10:01AM 8     back to address those issues at a more appropriate time.

10:01AM 9          MR. LANGAN:  I think we're talking about apples and

10:01AM 10    oranges.  Maybe I'm confused.

10:02AM 11         THE COURT:  I am definitely.

10:02AM 12         MR. LANGAN:  That we were talking about BP employees

10:02AM 13    that the PSC was going to take that the responders said we may

10:02AM 14    want to ask those guys about a few minutes' worth of questions

10:02AM 15    about training.  We were not talking about the VoO plaintiffs

10:02AM 16    themselves.

10:02AM 17              Anyway, it's not a BP rule.  It's pretrial order 16

10:02AM 18    that says one deposition.

10:02AM 19         THE COURT:  Is anybody on the phone for the responders

10:02AM 20    who is involved in these discussions?

10:02AM 21         MR. WEIGEL:  Your Honor, this is Alan Weigel

10:02AM 22    representing Marine Spill Response Corporation.  I am the person

10:02AM 23    who started the little fire here on this issue.  Mr. Langan is

10:02AM 24    correct.  What we had asked for is if BP is going to not agree to

10:02AM 25    waive the one deposition rule for these three BP employees, then

10:02AM  1   we would want to participate in those depositions and ask BP

10:03AM  2   employees about some of the issues that have been raised by the

10:03AM  3   case management orders questionnaire.

10:03AM  4           There is a questionnaire attached to the case

10:03AM  5   management order that asks questions about training, about who

10:03AM  6   directed you to do whatever responsibilities you had under the

10:03AM  7   VoO program.  And those type of questions have a direct

10:03AM  8   relationship and a bearing on the liability questions that are

10:03AM  9   part of the B3 pleading bundle, and that will be addressed during

10:03AM 10   a Phase III of the trial.

10:03AM 11           THE COURT:  So now we know at least what page we're on.

10:03AM 12                   Steve.

10:03AM 13           MR. HERMAN:  Steve Herman for the plaintiffs.  It

10:03AM 14   doesn't really sound like an issue for us.  It just sounds like

10:03AM 15   they need to come to the deposition and ask their questions.

10:03AM 16           MR. LANGAN:  That's kind of what we thought.

10:03AM 17           THE COURT:  Yes.  I think that's right, and, Alan, if

10:03AM 18   you all would like to participate, I don't think you're going get

10:03AM 19   any objection to participating in those three depositions.

10:04AM 20           MR. WEIGEL:  That's why we asked the BP counsel

10:04AM 21   yesterday what their position would be.  We just need to know one

10:04AM 22   way or the other whether we have to go to the depositions or

10:04AM 23   whether we're going to put off those questions unless Phase III

10:04AM 24   discovery starts.  If Mr. Langan doesn't want to waive the one

10:04AM 25   deposition rule, then we need to know when those depositions are

10:04AM 1    scheduled so we can -- and we request time at each of those

10:04AM 2    depositions to ask the appropriate questions.

10:04AM 3            THE COURT:  That's good, Alan.  Why don't you do this:

10:04AM 4    Why don't you write me a quick letter detailing who the three

10:04AM 5    witnesses are and how much time you would like -- be reasonable,

10:04AM 6    which I know you will be -- and we'll go ahead and give you an

10:04AM 7    allocation.

10:04AM 8            MR. WEIGEL:  All right.  Thank you very much,

10:04AM 9    Your Honor.

10:04AM 10           MR. LANGAN:  Your Honor, Mr. Weigel is not here, but

10:04AM 11   there is a sign on my head that says *Not Waiving One Deposition*

10:04AM 12   *Rule*.

10:04AM 13           THE COURT:  It's in neon, Alan, and it flashes every

10:04AM 14   30 seconds.

10:05AM 15           MR. WEIGEL:  Thank you, Your Honor.

10:05AM 16           THE COURT:  You're very welcome, Alan.  No problem.

10:05AM 17               Next up we have the issue of Transocean search

10:05AM 18   terms.  We got a response from BP, which I have not looked at

10:05AM 19   yet, and, Kerry, presumably you have not looked at yet.  When

10:05AM 20   would you like to review and respond?  We can get that done?

10:05AM 21           MR. MILLER:  We just started looking at those.  We would

10:05AM 22   like to get back certainly to the Court in advance of our next

10:05AM 23   hearing.  Yes, so we're trying to --

10:06AM 24           THE COURT:  Do you want to do it before your Labor Day

10:06AM 25   break?

10:06AM 1      MS. CLINGMAN:  I don't think we can, Your Honor, given

10:06AM 2  the extent -- Rachel Clingman for Transocean -- of the additional

10:06AM 3  search terms and things like that, so what we would ask is the

10:06AM 4  indulgence of BP and the Court.  We will respond to BP before the

10:06AM 5  next hearing so we can take it up then.  We might do that on a

10:06AM 6  rolling basis.  There are a number of different requests.  It's

10:06AM 7  not just a single item.

10:06AM 8      THE COURT:  I haven't had an opportunity to study it.

10:06AM 9  If you can agree to some, let them know you can agree.  If you

10:06AM 10  can't agree to some, then you can give us the response.  I would

10:06AM 11  like to hear from you.  Our next get together, and I know this is

10:06AM 12  going to please everybody, is September 9th.  Isn't that nice?

10:07AM 13      So let's put it this way:  I don't want the

10:07AM 14  response on Thursday evening, September 8th.

10:07AM 15      MR. MILLER:  We got you.

10:07AM 16      THE COURT:  How about that?  Okay.  If you think that

10:07AM 17  they pointed something out that you can live with, go ahead and

10:07AM 18  get that going.

10:07AM 19      MR. MILLER:  Sure.  Sure.

10:07AM 20      THE COURT:  Kerry, keep the mic.  Do you want to talk to

10:07AM 21  us about the interpleader action?

10:07AM 22      MR. MILLER:  I do and I don't.  I do but I don't have

10:07AM 23  good news to report.  We are log jammed, it appears, Your Honor.

10:07AM 24  Transocean and BP and Anadarko and MOEX have signed off on an

10:07AM 25  agreement which we think is very fair.  We still haven't heard

10:07AM  1  back from the underwriters really one way or the other.

10:07AM  2          It seems like when we do get feedback it's the same

10:07AM  3  old feedback week after week after week, even though we think we

10:07AM  4  accommodate them week after week after week.  So we do think we

10:08AM  5  need to set something up with the Court to present competing

10:08AM  6  drafts and let the Court make a determination on that issue.

10:08AM  7          THE COURT:  Would you send me the competing draft.

10:08AM  8          MR. MILLER:  I may have only one to send you, but I'll

10:08AM  9  certainly send you the draft that's endorsed by Transocean and BP

10:08AM 10  and Anadarko and MOEX.

10:08AM 11          THE COURT:  Everyone except for the underwriters.

10:08AM 12          MR. MILLER:  Everyone except for the underwriters.

10:08AM 13          THE COURT:  Marty McLeod is our contact?

10:08AM 14          MR. MILLER:  Correct.

10:08AM 15          THE COURT:  If you'll send that to me, I'll take a look

10:08AM 16  at it.

10:08AM 17          MR. MILLER:  I'll send it to you this afternoon.

10:08AM 18          MR. MOORE:  This is Allan Moore for BP.  I'm one of the

10:08AM 19  coverage counsel.  One cautionary note on this.  I think what

10:08AM 20  Kerry has said is right, but I do need to coordinate with him on

10:08AM 21  this to make sure we got appropriate client approvals.

10:08AM 22          This has been a negotiated document in the nature

10:08AM 23  of a settlement document, and we don't yet have client approval

10:08AM 24  to share it, so I would like to have the opportunity to do that.

10:09AM 25          We've made a lot of progress, as Kerry has said, between

10:09AM 1   the parties, and I think the holdup at this point is on the

10:09AM 2   insurer's side.  I don't expect that to be a problem, but I don't

10:09AM 3   want to get in front of my client, if you understand what I'm

10:09AM 4   saying.

10:09AM 5           THE COURT:  I understand and this is not going to be of

10:09AM 6   record; in other words, I'm going to try to assist in the

10:09AM 7   breaking of the log jam.  Frankly, I think this is in furtherance

10:09AM 8   of the resolution and not really litigation driven, so if you

10:09AM 9   feel comfortable under those circumstances, this won't be of

10:09AM 10  record.  We're not going to file this as a record document.

10:09AM 11          MR. MOORE:  Understood.  I guess I would just ask for

10:09AM 12  the day to be able to circle back to my client.

10:09AM 13          THE COURT:  Okay.  Fine.

10:09AM 14          MR. MILLER:  I'll wait to hear back from Allan, and once

10:09AM 15  I get the green light I'll send you an e-mail.

10:09AM 16          THE COURT:  Okay.  Thank.

10:09AM 17          MR. MOORE:  Thank you so much.

10:09AM 18          THE COURT:  You're welcome.

10:10AM 19          Okay.  Let's start-up on our completion of Phase I

10:10AM 20  fact depositions.  Corey, you're up.  We've taken care of

10:10AM 21  Dr. Beirute.  Have we gotten the issuance of the revised notice

10:10AM 22  of deposition?  Everything is cool on that?

10:10AM 23          MR. FITCH:  Judge, Tony Fitch for Anadarko.  I frankly

10:10AM 24  have not checked into that.  I think everything is cool.  It's

10:10AM 25  set to go Monday.

10:10AM 1          THE COURT:  That's why I'm asking.

10:10AM 2          MR. FITCH:  That's a reasonable point.  It certainly has

10:10AM 3   been served properly.  Dr. Beirute' counsel has been cooperative

10:10AM 4   in every reasonable way, and I think that Ms. Kuchler's firm is

10:10AM 5   prepared to go forward on Monday along with everybody else.

10:10AM 6          MS. KUCHLER:  We had actually already worked with the

10:10AM 7   parties when we were last together and had already served the

10:10AM 8   revised notice.  There have been no objections or problems.

10:10AM 9   Documents have been produced, and everything is on go as far as

10:11AM 10  we know.

10:11AM 11         THE COURT:  Everybody pay attention.  That's the kind of

10:11AM 12  report we want going forward.  Thank you, Deb.

10:11AM 13         MS. KUCHLER:  You're welcome.

10:11AM 14         MR. GOFORTH:  Danny Goforth for Transocean.  Your Honor,

10:11AM 15  I confess that we missed it, any discussion concerning the

10:11AM 16  allocation of time among the various parties with regard to

10:11AM 17  Beirute -- with regard to Mr. Beirute.

10:11AM 18         THE COURT:  I've been saying Bare-root.

10:11AM 19         MR. GOFORTH:  With regard his deposition, as you recall

10:11AM 20  we had 10 hours total to take his deposition over two days.  Of

10:11AM 21  that 10 hours we got 10 minutes.  I don't think that is quite

10:11AM 22  fair in view of the fact that our friends at Anadarko, who did

10:11AM 23  notice it, I think they got three hours, Don and his team have

10:12AM 24  got three hours, and BP has 60 minutes, albeit the fact that

10:12AM 25  he's -- BP is -- he's a BP consultant.

10:12AM 1      THE COURT:  Right.

10:12AM 2      MR. GOFORTH:  We have extended an effort to get more

10:12AM 3  time amongst the parties by agreement, but that has not been

10:12AM 4  fruitful yet; although, we've got several who have said we'll

10:12AM 5  consider it when we get there.  In 10 minutes you can't even

10:12AM 6  prepare.

10:12AM 7      THE COURT:  Danny, how much time are you looking for?

10:12AM 8      MR. GOFORTH:  Well, ideally I would like to have 40 to

10:12AM 9  50 minutes.  I could -- I know with this group once you say a

10:12AM 10 lower number in something like this, that's the number that is

10:12AM 11 taken.

10:12AM 12     THE COURT:  Let's pass the hat, guys.  Does anybody want

10:12AM 13 to donate time on behalf of Mr. Goforth?  I'm talking 10-minute

10:13AM 14 increments.

10:13AM 15     MR. MAZE:  Do we have the current allocation from

10:13AM 16 Beirute?

10:13AM 17     MR. GOFORTH:  It had come out in an order.

10:13AM 18     THE COURT:  I don't have it in front of me but we can

10:13AM 19 get it.  Why don't we pass it and come back to it.

10:13AM 20     MR. GODWIN:  Judge, Halliburton will give Danny

10:13AM 21 20 minutes of our time.

10:13AM 22     THE COURT:  20 minutes.  Look, Danny, 20 minutes.

10:13AM 23     MR. GOFORTH:  All the things I say about Don all the

10:13AM 24 time, sometimes they are just not true.

10:13AM 25     THE COURT:  Okay.  So we have Halliburton -- and we do

10:13AM 1   have the allocation -- Halliburton is now down to 160 minutes,

10:13AM 2   the states has 10 minutes, Corey, so I don't think you're going

10:13AM 3   to be willing to donate.  The United States has 30.  The

10:13AM 4   plaintiffs have 90.  Anadarko has 180.  That looks like --

10:14AM 5           MS. KUCHLER:  Since this is only a 10-hour deposition,

10:14AM 6   is it possible that we just add on 30 minutes or whatever else

10:14AM 7   Danny needs because since we're taking the lead on this

10:14AM 8   deposition, we really need our time.

10:14AM 9           THE COURT:  Okay.  Who was saying --

10:14AM 10          MR. MAZE:  It was me.  I don't think there is much that

10:14AM 11  the states can do with 10 minutes so we cede the 10 minutes as

10:14AM 12  well.

10:14AM 13          THE COURT:  There you go, Danny.

10:14AM 14          MR. GODWIN:  You've got 30 minutes now, Danny.

10:14AM 15          MR. GOFORTH:  I got 40.

10:14AM 16          THE COURT:  You got 40 minutes.  Will that do you?

10:14AM 17          MR. GOFORTH:  40 once?

10:14AM 18              Your Honor, if 40 is what we can get, I really

10:14AM 19  appreciate your help.

10:14AM 20          THE COURT:  You're very welcome.  You got yourself a

10:14AM 21  donation of 30 plus your ten.

10:14AM 22          MR. GOFORTH:  Thank you.

10:14AM 23          THE COURT:  Alan, thank you.  Okay.

10:15AM 24          MR. LANGAN:  Your Honor, on Mr. Brock, it looks like who

10:15AM 25  is next.

10:15AM 1      THE COURT:  Yes, that was next.

10:15AM 2      MR. LANGAN:  We have been in touch with Mr. Sterbcow's

10:15AM 3  office.  8:30 on the 30th, central time.  I believe that those

10:15AM 4  that want to observe the video, it will be in the Pan American

10:15AM 5  Center.  The witness will obviously be in London, but it's a two

10:15AM 6  and a half hour deposition that starts at 8:30 central time on

10:15AM 7  the 30th, and I think Mr. Sterbcow's office has all the details.

10:15AM 8      THE COURT:  Okay.  Good.  So that's all been taken care

10:15AM 9  of.

10:15AM 10     MR. LANGAN:  I believe so, and I think maybe we're

10:15AM 11 waiting for the premarked exhibits or something but we're good to

10:15AM 12 go.  My partner Ms. Karis is the one that's going to be involved

10:15AM 13 in that.

10:15AM 14     THE COURT:  I know Ms. Karis.  Okay.  Let's make sure we

10:15AM 15 take care of the premarked exhibits because August 30th is not

10:15AM 16 far away.  Anybody who wants to watch the deposition may do so at

10:15AM 17 the Pan American building, 8:30 a.m., central daylight time.

10:16AM 18          Okay.

10:16AM 19     MR. LANGAN:  Mr. Jay Thorseth.  As far as I know,

10:16AM 20 September 20th is still the date.  We know about his family

10:16AM 21 tragedy, but his counsel, and he does have counsel, says for now

10:16AM 22 we should keep that date on.  We realize there is London

10:16AM 23 logistics, so if it's up to us we're going to keep that date, and

10:16AM 24 Your Honor has ruled it's one day or whatever, so we're on for

10:16AM 25 the 20th as far as we know, and if that changes we'll let the

10:16AM 1   parties and the Court know.

10:16AM 2        THE COURT:  I appreciate that.  Thank you.

10:16AM 3        MR. WILLIAMSON:  Judge.

10:16AM 4        THE COURT:  Yes, Jimmy, come on up.

10:16AM 5        MR. WILLIAMSON:  Jimmy Williams, Your Honor, for the

10:16AM 6   PSC.  While we're on that, just for continuity, can we get a

10:16AM 7   confirmation on Lacy because if Thorseth is one day, which I

10:16AM 8   believe it says in that order, it really makes our life, and

10:17AM 9   we've got daily in London that same week --

10:17AM 10       MR. LANGAN:  Steve, the answer is yes.  September 23rd

10:17AM 11  has been confirmed.  It's in the order.

10:17AM 12       THE COURT:  Okay.  Now, I hate to even bring up this

10:17AM 13  topic, Lamar McKay.  If I get one more communication with regard

10:17AM 14  to Mr. McKay, I thought I had it nailed down yesterday evening

10:17AM 15  and then the PSC serves me with another letter with regard to

10:17AM 16  Mr. McKay, and then I hear from Corey Maze, who speaks on behalf

10:17AM 17  of the State of Alabama, and then he attaches a letter from the

10:17AM 18  State of Louisiana.

10:17AM 19            This is what I think we're going to do.  Corey stay

10:17AM 20  right there because I don't want to see Andy Langan's reaction.

10:17AM 21  We're going to make this a two-day deposition.  He will be

10:18AM 22  deposed on November 3rd and 4th on all phases of this litigation,

10:18AM 23  Phase I through Phase XX.

10:18AM 24            We will take care of the allocations.  I want

10:18AM 25  anyone who wants time over and above the normal two-day

10:18AM 1  allocation to let me know what they want over and above the

10:18AM 2  normal allocation.  I don't care why you want it.  Just tell me

10:18AM 3  you want it.

10:18AM 4          Do not give away time and then ask for more time,

10:18AM 5  please.  That has happened.  I'm going to put out an allocation.

10:19AM 6  I will not reconsider my allocation at that point, and I'm going

10:19AM 7  to urge Judge Barbier not to consider any appeal.

10:19AM 8          THE CLERK:  Judge, we actually need anybody that wants

10:19AM 9  any time in that deposition to give it to us.  If Weatherford

10:19AM 10 wants its standard allocation, it needs to say I need my standard

10:19AM 11 allocation for X reasons.

10:19AM 12         MR. LANGAN:  Your Honor, I was going to make a separate

10:19AM 13 point which is I don't think there is a standard allocation for

10:19AM 14 Phase II.

10:19AM 15         THE COURT:  There isn't, but there is a standard

10:19AM 16 allocation -- you're right, and we don't have that, which is what

10:19AM 17 makes Mike's point valid.

10:19AM 18         MR. LANGAN:  It does.  In fact, we need to talk about

10:19AM 19 that.  I mean, Phase II is a totally different -- the interest

10:19AM 20 was different.  Dril-Quip and Weatherford don't care, for

10:19AM 21 instance, so I think that's something we need to address.

10:19AM 22         THE COURT:  I think it is something we need to address,

10:19AM 23 but particularly for Mr. Lamar McKay, I would like everyone, if

10:20AM 24 you want time at Mr. McKay's deposition, let me know that you

10:20AM 25 want time.  Let me know how much time you want.  It will be a

10:20AM 1  two-day deposition covering anything Mr. McKay has ever or will

10:20AM 2  ever do in this litigation.  This is your chance.  This is your

10:20AM 3  opportunity.  That's it.

10:20AM 4       MR. FITCH:  By what date, Your Honor?

10:20AM 5       THE COURT:  I don't know.  The deposition is not until

10:20AM 6  November 3rd, so this is not a rush to the deadline.  Why don't

10:20AM 7  we say September 30th.

10:20AM 8            Come on, Don.

10:20AM 9       MR. GODWIN:  Thank you, Judge.  Your Honor, as

10:20AM 10 Your Honor will recall, we had requested on behalf of Halliburton

10:20AM 11 this deposition --

10:20AM 12      THE COURT:  I do.

10:20AM 13      MR. GODWIN:  -- and pressed for it, and you were so kind

10:21AM 14 as to allocate us three hours, and to do that even on the one-day

10:21AM 15 depo.  I could still stay with the three hours even on a two-hour

10:21AM 16 (sic) depo, but I don't want to give up any part of that three

10:21AM 17 hours.

10:21AM 18      THE COURT:  I understand that, and we're going to keep

10:21AM 19 you at three hours.

10:21AM 20      MR. GODWIN:  Thank you, Your Honor.

10:21AM 21      THE COURT:  You're welcome, Don.  Don, you got your

10:21AM 22 three hours.

10:21AM 23      MR. MAZE:  Thank you, Judge.

10:21AM 24      THE COURT:  You're welcome, Corey.  I'm sure we can

10:21AM 25 accommodate everybody with a two-day schedule all phases.

10:21AM 1                   All right.  Corey, are you ready?

10:21AM 2          MR. MAZE:  Yes.

10:21AM 3          THE COURT:  Let's see.  Kerry, I think you're going to

10:21AM 4   be up for the next couple of people.  We're looking for a date

10:21AM 5   for Derek Hart.

10:21AM 6          MR. MILLER:  Yes, I have some dates, I think, for all

10:21AM 7   but one of these guys.  Hart, I think, if I'm looking at the

10:22AM 8   right page, is October 7th in Aberdeen.  He'll be via video or

10:22AM 9   phone linkup on October 7th.

10:22AM 10         THE COURT:  Okay.  October 7th is Derek Hart by video or

10:22AM 11  telephone.

10:22AM 12         MR. MAZE:  You said Hart?

10:22AM 13         THE COURT:  H-A-R-T.  D-E-R-E-K.

10:22AM 14             Who requested Mr. Hart?

10:22AM 15         MR. HAYCRAFT:  BP.

10:22AM 16         THE COURT:  So BP, you'll take the lead on arrangements?

10:22AM 17         MR. LANGAN:  We will.

10:22AM 18         THE COURT:  Thank you.

10:22AM 19         MR. LANGAN:  Your Honor, may I just ask one question?  I

10:22AM 20  know it's supposed to be by video.  If we chose to do so, would

10:22AM 21  we have permission to appear in Aberdeen?

10:22AM 22         THE COURT:  Do you want to go to Aberdeen?

10:22AM 23         MR. LANGAN:  Before we go down that road, I want to know

10:22AM 24  if that's an option as far as the Court and the parties are

10:22AM 25  concerned.

10:22AM 1        MS. CLINGMAN:  Transocean does not object if you want to

10:22AM 2  come in person; just give us a facility and we will be there.

10:22AM 3        MR. LANGAN:  We'll let counsel know.  Thanks.

10:23AM 4        THE COURT:  Who else you got, Kerry?

10:23AM 5        MR. MILLER:  Next on the list was Gary Leach.  He's

10:23AM 6  right underneath Derek Hart.  Transocean and Cameron have signed

10:23AM 7  off on October 13 as the date for Gary Leach's deposition.

10:23AM 8        THE COURT:  L-E-A-C-H.

10:23AM 9        MR. LANGAN:  That's in New Orleans?

10:23AM 10        MR. MILLER:  Correct.

10:23AM 11        THE COURT:  Who else you got, Kerry?

10:23AM 12        MR. MILLER:  Turning on to page 6, last week's report,

10:23AM 13  Gary Braniff, October 27th in New Orleans.

10:23AM 14        THE COURT:  October 27th.  It's B-R-A-N-I-F-F.  First

10:23AM 15  name is Gary.

10:23AM 16        MR. LANGAN:  NOLA?  New Orleans?

10:23AM 17        MR. MILLER:  Yes, New Orleans.

10:23AM 18        The only one I don't have a date for yet that's on

10:23AM 19  our list and hope to have one soon but he's out on leave is

10:24AM 20  Daniel Barron.

10:24AM 21        MS. CLINGMAN:  We determined that he is someone

10:24AM 22  represented by Kurt Arnold -- Steve Gordon, sorry.  That's one of

10:24AM 23  Steve Gordan's clients so we won't be presenting him.

10:24AM 24        THE COURT:  Okay.

10:24AM 25        MR. MILLER:  We know the drill there.

10:24AM 1          THE COURT:  Right.  Who was looking for Mr. Barron?  BP?

10:24AM 2          MR. LANGAN:  I do.  So I guess the thing is we'll

10:24AM 3     contact Mr. Gordon and try to get a date and notice if that

10:24AM 4     doesn't work.

10:24AM 5          THE COURT:  Right.  Exactly.  Thank you very much.

10:24AM 6              Okay.  Next, Kerry, would you want to give us an

10:24AM 7     update on the well advisor program?

10:24AM 8          MR. MILLER:  I'll let Rachel cue that up for you.

10:24AM 9          MS. CLINGMAN:  Rachel Clingman for Transocean.  What I

10:24AM 10    understand is that the well advisor program was available for

10:24AM 11    use, but we have no evidence that it was used in connection with

10:24AM 12    this well, so we were not planning then to produce a 30(b)(6)

10:25AM 13    witness on the program.

10:25AM 14         THE COURT:  Okay.  My order said that if it was not

10:25AM 15    used, there would not be a deposition of the well advisor

10:25AM 16    program.

10:25AM 17         MR. HAYCRAFT:  We would want a stipulation then

10:25AM 18    confirming that the well advisor program was not used by anyone

10:25AM 19    in connection with the *Deepwater Horizon* and the drilling of the

10:25AM 20    Macondo 252 #1 well.

10:25AM 21         MS. CLINGMAN:  We can stipulate that we have not

10:25AM 22    identified any evidence that it was used, but, Your Honor, we

10:25AM 23    can't prove the negative.  It was available to persons, and we

10:25AM 24    don't have records of who may or may not have accessed the

10:25AM 25    program.  We're not asserting that it was used and we're not

10:25AM 1  going to use it affirmatively at trial.  I just can't run the

10:25AM 2  risk of --

10:25AM 3       MR. HAYCRAFT:  Our whole point is that it was available

10:25AM 4  to be used, and we want to prove that it wasn't used; so, we have

10:25AM 5  to take a deposition or do a request for admissions.

10:25AM 6       THE COURT:  Can we negotiate a stipulation that says it

10:26AM 7  was available, and Transocean does not have nor will it present

10:26AM 8  evidence that it was used on the *Deepwater Horizon*.

10:26AM 9       MR. HAYCRAFT:  That would work, and I'll work on

10:26AM 10 language to that effect.

10:26AM 11       MS. CLINGMAN:  Yes, Your Honor.

10:26AM 12       THE COURT:  There you go.

10:26AM 13           Okay.  Andy, do you have anything to report on that

10:26AM 14 long, lingering Topic Number 7?

10:26AM 15       MR. LANGAN:  We're getting close, and I request

10:26AM 16 permission to violate the no e-mail rule when I have news on

10:26AM 17 this.

10:26AM 18       THE COURT:  Oh.

10:26AM 19       MR. LANGAN:  Because I think sometime in the next few,

10:26AM 20 you know, days, I expect to say here is our witness and with a

10:26AM 21 date.

10:26AM 22       THE COURT:  Okay.

10:26AM 23       MR. LANGAN:  So whether it's this weekend or next week

10:26AM 24 during the break --

10:26AM 25       THE COURT:  Do you all want violation of the no e-mail

10:26AM 1   rule?

10:26AM 2              MR. LANGAN:  On that one at least?

10:26AM 3              MR. FITCH:  That one is okay with Anadarko, since we're

10:26AM 4   on the tab for the next get-together anyway.

10:27AM 5              THE COURT:  We need to add that to agenda, don't we?

10:27AM 6              MR. FITCH:  Judge, this is Tony Fitch.  I was going to

10:27AM 7   raise a concern that --

10:27AM 8              THE COURT:  Tony, come on up because people on the phone

10:27AM 9   can't hear you.

10:27AM 10             MR. FITCH:  Just touching on Andy's point -- Tony Fitch

10:27AM 11  for Anadarko -- I would suggest that going that whole week

10:27AM 12  without e-mail between the parties might be more trouble --

10:27AM 13             THE COURT:  Something you can't handle.

10:27AM 14             MR. FITCH:  -- might be more trouble than it's worth.

10:27AM 15             THE COURT:  I guess the answer to that is if you want no

10:27AM 16  e-mail, just turn your smartphones off.  Put it on airplane mode.

10:27AM 17             MR. FITCH:  I appreciate Andy pushing it.  We are eager

10:27AM 18  to get to Topic 7.

10:27AM 19             MR. LANGAN:  Also, with Mr. Shaw, I don't have a date.

10:27AM 20  I believe it will be in October with Mr. Shaw, but I don't have a

10:27AM 21  date sitting here today.

10:27AM 22             THE COURT:  Okay.  There we go.

10:27AM 23             Okay.  My next questions are all to Halliburton, so

10:28AM 24  I guess I'm going to ask Alan to come up.  Don?

10:28AM 25             MR. GODWIN:  What's it on?  The deposition?

10:28AM 1          THE COURT:  I'm looking for dates on some of your

10:28AM 2    witnesses.

10:28AM 3          MR. GODWIN:  I got them, Judge.

10:28AM 4          THE COURT:  Come on up.

10:28AM 5          MR. GODWIN:  Thank you, Judge.

10:28AM 6          THE COURT:  Okay.  Don, we got Phyllis Stelly.

10:28AM 7          MR. GODWIN:  We suggest October 7th.  Don Godwin for

10:28AM 8    Halliburton.  We suggest October 7th, Your Honor, if that works.

10:28AM 9          THE COURT:  It's S-T-E-L-L-Y, Stelly.

10:28AM 10              What about Mr. Nguyen?

10:28AM 11          MR. GODWIN:  We suggest October 10th, Your Honor.

10:28AM 12          THE COURT:  That is N G U -- oh, you know.

10:28AM 13          MR. MAZE:  I've learned to use the iPad at the podium

10:29AM 14    now.

10:29AM 15          THE COURT:  Mr. Jobs would be proud.

10:29AM 16          MR. MAZE:  I'll make him a lot of money in retirement.

10:29AM 17          THE COURT:  Exactly.

10:29AM 18              Next up, Don, is Rick Morgan.

10:29AM 19          MR. GODWIN:  October 17th, our suggestion, Your Honor.

10:29AM 20          THE COURT:  Okay.  Last but not least is Ben Richard.

10:29AM 21          MR. GODWIN:  Mr. Richard we suggest October 14th,

10:29AM 22    Your Honor.

10:29AM 23          THE COURT:  Ree-chard?

10:29AM 24          MR. GODWIN:  Ree-chard.  You know, I've been spending a

10:29AM 25    lot of time in New Orleans.

10:29AM 1    THE COURT:  Well, I never know whether he's from Texas

10:29AM 2    or whether he's from Louisiana.

10:29AM 3         MR. GODWIN:  But when I'm in Louisiana, he's going to be

10:29AM 4    Ree-chard.

10:29AM 5         THE COURT:  That's good, Don.  I like that.

10:29AM 6              Okay.  Mr. Richard is done.  Thank you, Don.

10:29AM 7         MR. GODWIN:  Thank you, Judge.

10:29AM 8         THE COURT:  We had a trial group planning meeting

10:29AM 9    recently, and we have agreed that for purposes of production of

10:30AM 10   expert files, communications between attorneys and experts,

10:30AM 11   retained experts will not be produced.  Those will be off limits.

10:30AM 12   Do the parties think that we need to have language explicitly

10:30AM 13   covering that, or do you think that our agreement and my

10:30AM 14   statement for the record is sufficient?

10:30AM 15        MR. HERMAN:  I think Your Honor just took care of it.

10:30AM 16        THE COURT:  Thank you.

10:30AM 17             All right.  I'm very briefly going to get you

10:30AM 18   started on thinking about gas Phase II written discovery which

10:30AM 19   Sarah has been working on very hard.  Anadarko, as I recall it,

10:30AM 20   has agreed to take the lead on preparing a joint set of Phase II

10:30AM 21   discovery requests for the PSC and for the states; is that

10:31AM 22   correct?

10:31AM 23        MR. FITCH:  Tony Fitch for Anadarko.  Yes, Your Honor,

10:31AM 24   that was your order last week.  Mr. Gasaway was on the phone and

10:31AM 25   I spoke briefly yesterday evening and a slight degree of length

10:31AM 1    this morning.

10:31AM 2              I suggested to Mr. Maze that Anadarko and BP and

10:31AM 3    any other party on the defense side that wants to join in will

10:31AM 4    get written discovery requests in about two weeks, and they will

10:31AM 5    go the 30-day response period and march along from there.

10:31AM 6              THE COURT:  Good.  Then what is the status, Corey, of

10:31AM 7    the states and PSC's discovery to the defendants and to the

10:31AM 8    United States?  I assume the United States is done, right?

10:31AM 9              MR. MAZE:  For Phase I?

10:31AM 10             THE COURT:  We're on to Phase II.

10:31AM 11             MR. MAZE:  Correct.  What is our --

10:31AM 12             THE COURT:  You all are going to work with the PSC and

10:31AM 13   get that all taken care of?

10:32AM 14             MR. MAZE:  Yes.  Correct.  We have been working on that

10:32AM 15   as well as our witness list or deposition list for Phase II.

10:32AM 16             MR. WILLIAMSON:  We're ready -- Jimmy Williamson for the

10:32AM 17   PSC, Your Honor.  We are happy to exchange witness lists.  We had

10:32AM 18   understood that the defendants had a collective witness list for

10:32AM 19   Phase II, and we're ready to exchange, discuss, and get the ball

10:32AM 20   rolling.  We have taken the Court's advice.  I think our numbers

10:32AM 21   are either 40 or 41.

10:32AM 22             MR. MAZE:  The last I saw was we had 42 witnesses, not

10:32AM 23   counting 30(b)(6) topics, and we didn't know if you wanted us to

10:32AM 24   include that or not, but we've got it down to 42.

10:32AM 25             THE COURT:  Okay.  I think that it would be helpful, if

10:32AM 1    you've got your 30(b)(6) topics in draft, to go ahead and

10:32AM 2    circulate that.

10:32AM 3              MR. WILLIAMSON:  Fair.

10:32AM 4              THE COURT:  So that everybody can see what you're

10:32AM 5    looking for.

10:32AM 6              MR. WILLIAMSON:  Fair.

10:32AM 7              THE COURT:  We can start chewing on that.  You don't

10:32AM 8    have to do that during your Labor Day break, but I would like it

10:32AM 9    in September so that everybody can take a look.

10:33AM 10             MR. WILLIAMSON:  No problem at all, Judge.

10:33AM 11             THE COURT:  Start chewing on that.

10:33AM 12                  What else are we missing that we should start

10:33AM 13   doing, because I would like the written discovery to be done this

10:33AM 14   time so that we don't break our neck like we did with Phase I.

10:33AM 15             MR. WILLIAMSON:  We have drafted written discovery,

10:33AM 16   Your Honor.  We probably need a little bit of time to coordinate

10:33AM 17   with the U. S. and the states to try to be more efficient on

10:33AM 18   common issues, but we are thinking probably not next week because

10:33AM 19   of Labor Day, but we're thinking we will have our written

10:33AM 20   discovery to coordinating counsel within the week -- the next

10:33AM 21   active week.

10:33AM 22             THE COURT:  Good.

10:33AM 23             MR. MAZE:  I agree with that.

10:33AM 24             MR. WILLIAMSON:  We're thinking we can do that.

10:33AM 25             MR. MAZE:  The written discovery of the states, to the

10:33AM 1   extent we have anything different from the PSC, would be included

10:33AM 2   with, and we do the joint request the same way the defendants are

10:33AM 3   working.

10:33AM 4        THE COURT:  Good.  That would be great, and that would

10:33AM 5   get us on track to do this sensibly this time around, this phase.

10:34AM 6             Andy?

10:34AM 7        MR. LANGAN:  Yes, Your Honor.  On the subject of

10:34AM 8   Phase II deponent lists, I think I mentioned this in chambers

10:34AM 9   last week, but just to follow up, we have a list -- and I can

10:34AM 10  actually give a copy to the people -- of something like 75 or 76,

10:34AM 11  77, I think, including 30(b)(6) topics.  It reflects input from

10:34AM 12  Anadarko.  It's been shared with some other defendants, some of

10:34AM 13  which are still reviewing, so I don't want to say anybody has

10:34AM 14  signed off on it but at least it's a start.

10:34AM 15       THE COURT:  You know our three-phase rule.

10:34AM 16       MR. LANGAN:  Correct.  So I guess for Mr. Underhill and

10:34AM 17  the states --

10:34AM 18       THE COURT:  Hopefully there is some serious overlap with

10:34AM 19  the PSC's list.  That would be really swell.

10:34AM 20       MR. BARR:  Your Honor, Brian Barr for the PSC.  I'm

10:34AM 21  looking at it.  I don't think there are no single witnesses --

10:34AM 22  these are all U. S. governement --

10:34AM 23       MR. UNDERHILL:  Mike Underhill for the U. S.,

10:35AM 24  Your Honor.  It seems that Mr. Langan has not made much headway

10:35AM 25  in the idea that we didn't do the oil spill.  It seems like he

10:35AM 1    has not made much headway in the concept that the people that

10:35AM 2    hold the information about how much oil came out of that well are

10:35AM 3    held by Mr. Langan's clients.

10:35AM 4            The issue is we're trying to find out how much oil

10:35AM 5    came out of the hole, and we're trying to find out their

10:35AM 6    documents, their data.  So with all due respect to Andy and

10:35AM 7    others that contributed this list of 75 or 76 or 77, I'm very

10:35AM 8    disappointed.  I think it's -- I think it's putting it in the

10:35AM 9    wrong direction.  If there is a way to bog down Phase II

10:35AM 10   discovery, I think this effort by the defendants is a good step

10:35AM 11   in that direction.

10:35AM 12           THE COURT:  Okay.  Well, I haven't seen it yet, Andy.

10:35AM 13   You'll circulate that electronically?

10:35AM 14           MR. LANGAN:  I can.  I'll hand one up.

10:35AM 15           THE COURT:  Thank you.

10:35AM 16           MR. LANGAN:  Your Honor, by any measure, going from 430

10:36AM 17   to 75, even in Mr. Underhill's world, has to be considered

10:36AM 18   progress.

10:36AM 19           THE COURT:  I consider it progress, but I'm speaking in

10:36AM 20   a vacuum.

10:36AM 21           MR. LANGAN:  I know he's a very fast reader, but he

10:36AM 22   jumped to the podium five seconds after it was handed to him.  I

10:36AM 23   know he's good but he's not that good.

10:36AM 24           MR. UNDERHILL:  It didn't take long to see that my

10:36AM 25   clients were the only ones that were on that list.

10:36AM 1      THE COURT:  Let me ask you this:  Was it when you saw

10:36AM 2  that Mr. Steven Chu, Secretary of Energy, was on that list?  Is

10:36AM 3  this what prompted that?

10:36AM 4      MR. UNDERHILL:  No, no.  We intend to be reasonable.

10:36AM 5  Here was our working supposition:  That we had a concept that we

10:36AM 6  could actually whittle down depositions to 10 or 20.  Maybe that

10:36AM 7  was over ambitious.  We understand that there are some

10:36AM 8  witnesses -- first of all, I think we should break it into source

10:36AM 9  control and quantification.

10:36AM 10      THE COURT:  Yes, you've made that --

10:36AM 11      MR. UNDERHILL:  The quantification side of the fence,

10:36AM 12  it's their data.  We're trying to figure out how much came out.

10:37AM 13  There are public reports by the FRTG group that we're not

10:37AM 14  sticking with because we found out the number has gone up.  So I

10:37AM 15  mean, I'm talking about the number of barrels of oil, just to be

10:37AM 16  on new data studies.

10:37AM 17      Insofar as the source control witnesses, we

10:37AM 18  understand that Andy's folks are going to want to talk to some of

10:37AM 19  our people that were in the command center, and Secretary Chu,

10:37AM 20  without waiving any rights, Secretary Chu may be one of those

10:37AM 21  exceptions of the political appointees who actually did some

10:37AM 22  hands-on work.  He was doing a lot of the computing for them in

10:37AM 23  his head.  There would be some people like that.

10:37AM 24      Admiral Allen is clearly an exception.  We want to

10:37AM 25  tender Admiral Allen and a few others, but I would suggest that

10:37AM 1   with the Court's assistance we try to whittle that down

10:37AM 2   significantly, even on the source control.

10:37AM 3           I mean, we will use good faith efforts but I think

10:38AM 4   from the concept of what we need to do in terms of completing the

10:38AM 5   discovery on time, preparing for trial, and balancing that

10:38AM 6   against the defendants' interest and discovering what they need

10:38AM 7   and our interests in getting what we need for quantification, we

10:38AM 8   can make a lot of headway from these lists to narrow it down.

10:38AM 9           THE COURT:  Okay.  I think that's probably true.  We'll

10:38AM 10  work on that.

10:38AM 11          MR. WILLIAMSON:  I will say that Mr. Langan,

10:38AM 12  respectfully, when we were talking about taking more depositions,

10:38AM 13  he was the one who suggested in the neighborhood of 75 other

10:38AM 14  ones.  We took that to heart when we went to about 40.  So --

10:38AM 15  so --

10:38AM 16          MR. LANGAN:  No, no, no.  Excuse me.

10:38AM 17          MR. WILLIAMSON:  I'm sorry.  I kind of want to point

10:38AM 18  that out because I got a feeling the judge eventually will reach

10:38AM 19  the point of asking everyone to pare back.  I want to point out

10:39AM 20  that I want to go back to 75 before the paring starts, unless

10:39AM 21  that is taking --

10:39AM 22          THE COURT:  There is no going back, Jimmy.

10:39AM 23          MR. WILLIAMSON:  I get it, Your Honor.  Thank you,

10:39AM 24  Judge.

10:39AM 25          MR. LANGAN:  Your Honor, the only bit of slight

10:39AM 1    revisionist history is I was here; the 75 came from right there.

10:39AM 2            THE COURT:  It did.

10:39AM 3            MR. LANGAN:  Not from BP.

10:39AM 4            MR. WILLIAMSON:  Fair enough.

10:39AM 5            MR. UNDERHILL:  Better yet.  Better yet.

10:39AM 6            THE COURT:  Okay.  Look, the good news is we have

10:39AM 7    brought it from 400 to 120; so, that's progress.  We will work

10:39AM 8    from there, guys.  Okay?  That's a good report.

10:39AM 9            MR. UNDERHILL:  We've done 179 or 80 depositions in

10:39AM 10   Phase I, so I think if we use that as a benchmark and the effort

10:39AM 11   the parties took into doing that, and the work, if we use that

10:40AM 12   and then try to compare that to this list, then I think we begin

10:40AM 13   to see that we can't do these lists.

10:40AM 14           THE COURT:  Well, we've managed to kill each other so

10:40AM 15   far, so we do have to keep the eye on that ball.

10:40AM 16               The point, I guess, is this that I want to get the

10:40AM 17   written discovery well underway in September so that we can have

10:40AM 18   an orderly process during Phase II rather than what we

10:40AM 19   experienced during Phase I.

10:40AM 20               If you all would share your initial witness list

10:40AM 21   with the understanding that initial witness lists means just

10:40AM 22   that, people that we would like to have, we'll probably have to

10:40AM 23   pare that back further.  To the extent possible, coordinate the

10:40AM 24   written discovery so that the parties who are aligned with each

10:41AM 25   other propound, to a large extent, the same discovery so we don't

10:41AM 1    have duplication of effort and double the responses.

10:41AM 2              MR. WILLIAMSON:  I -- I -- may I ask -- Jimmy Williams

10:41AM 3    for the PSC, Your Honor.  May I ask the Court a question?  That

10:41AM 4    is, we had announced a couple weeks ago that to the extent we

10:41AM 5    knew there were -- to the extent we had a top ten, we were ready

10:41AM 6    to go ahead and start scheduling times.  Now, I'm sure that the

10:41AM 7    defendants or BP with the lead, I'm sure they may have their top

10:41AM 8    ten, too.

10:41AM 9              Can we go ahead and start with a view towards

10:41AM 10   anticipating getting some scheduling times and not have to wait

10:41AM 11   until the Court makes a decision on whether it's 115 or 75 or 32?

10:41AM 12             THE COURT:  Positively.  Positively.  Why don't you all

10:41AM 13   think about that, and everybody has to have a top ten, a top

10:41AM 14   seven or whatever.  Yes, if you want to prioritize them, that's

10:42AM 15   fine, and we can start working through that.

10:42AM 16             I guess my only reaction would be, Jimmy, is I

10:42AM 17   would like to know that we've got -- we've got the phased written

10:42AM 18   discovery under our belt largely so that we can proceed with the

10:42AM 19   depositions without complaint that we haven't had the discovery

10:42AM 20   we need.

10:42AM 21             MR. WILLIAMSON:  I heard the Court's message on that

10:42AM 22   loud and clear.  I think that's correct.

10:42AM 23             THE COURT:  I think that's logical.  I would like you

10:42AM 24   all to consider the rankings.  We can take it up that way.

10:42AM 25             Okay.  Next item on the agenda is the scheduling of

10:42AM  1    the Swizzle Stick.  Deb, would you like to come up.

10:42AM  2          MS. KUCHLER:  I've got that.  In fact, we even have it

10:42AM  3    confirmed with the Swizzle Stick.  Thursday, October 20th, is the

10:43AM  4    evening before Judge Barbier's monthly conference.  The time is a

10:43AM  5    little bizarre.  The Swizzle Stick needed us to start at 4:15,

10:43AM  6    but it will be in the same room, the wine room that Don hosted

10:43AM  7    his party.  We'll be happy to see everybody there.

10:43AM  8          THE COURT:  Terrific.  Everybody, that will be in red on

10:43AM  9    the calendar.  4:15, be there or be square.

10:43AM 10          MS. KUCHLER:  We'll send out an electronic invitation

10:43AM 11    once we get that far.

10:43AM 12          THE COURT:  So you've taken that lead from Don as well.

10:43AM 13          MS. KUCHLER:  Right.  We're going to copy from Mr. Don,

10:43AM 14    except for the classical music.  We're not going to do that.

10:43AM 15          THE COURT:  What are you doing?

10:43AM 16          MS. KUCHLER:  This is important.  We considered a jazz

10:43AM 17    trio but thought that that really makes it too hard to talk, so

10:43AM 18    we've decided that we should just drink, eat, and talk.

10:44AM 19          THE COURT:  Well, maybe we can get the Swizzle Stick to

10:44AM 20    pipe in some jazz.

10:44AM 21          MS. KUCHLER:  Maybe so, if the volume is low.

10:44AM 22          THE COURT:  Yes.

10:44AM 23          MS. KUCHLER:  We just don't want to have to scream at

10:44AM 24    each other, which we try not to do in court.

10:44AM 25          MR. FITCH:  We'll give it further consideration,

10:44AM 1   Your Honor.  The Court's message is clear.

10:44AM 2          THE COURT:  Phone participant -- No, you don't need to

10:44AM 3   reconsider it.  Let's just see if we can get some music piped in.

10:44AM 4   No reason to run up the expense.

10:44AM 5          MR. FITCH:  We'll do our best.

10:44AM 6          THE COURT:  Phone participant who spoke up a minute ago,

10:44AM 7   who was that?

10:44AM 8          MR. GRABILL:  It's Jeremy Grabill on behalf of O'Brien's

10:44AM 9   and the NRC, two of the cleanup responders.

10:44AM 10         THE COURT:  Hi, Jeremy.  How are you?

10:44AM 11         MR. GRABILL:  I'm sorry to bring us back to business for

10:44AM 12  a second.  I just wanted to make sure one issue was on the

10:44AM 13  Court's radar as you are talking about logistics for the first

10:44AM 14  phase of the trial.  We expect some of the Phase I witnesses will

10:44AM 15  have knowledge of Phase III issues, and at some point, probably

10:44AM 16  not today, but maybe once the live witness lists are finalized we

10:45AM 17  would like to discuss what the Court expects of us.

10:45AM 18              Does Judge Barbier want us to be asking Phase III

10:45AM 19  questions of those folks during Phase I, or can we bring them

10:45AM 20  back for later phases of the trial?  We just wanted to make sure

10:45AM 21  that our views were considered whenever that issue is discussed.

10:45AM 22         THE COURT:  I think that's good, Jeremy, and I

10:45AM 23  appreciate you raising the issue.  We will talk with

10:45AM 24  Judge Barbier about it and try to give you an update.

10:45AM 25         MR. GRABILL:  I appreciate it, Judge.

10:45AM 1        THE COURT:  Anything anybody else wants to raise before

10:45AM 2   we break, and then I would like to see liaison and coordinating

10:45AM 3   counsel here in the courtroom.

10:45AM 4        MR. MILLER:  Your Honor, I have a question for you.

10:45AM 5        THE COURT:  Yes, Kerry.

10:45AM 6        MR. MILLER:  I was looking at just trying to do some

10:45AM 7   planning in connection with the trial work we have been talking

10:45AM 8   about.  I was looking at pretrial order number 32, CMO number 2

10:45AM 9   that you entered back in March which was the revised schedule of

10:45AM 10  deadlines.

10:45AM 11       I don't see on it, and I'm afraid I may be missing

10:46AM 12  something, I don't see a separate motion in limine deadline.  I

10:46AM 13  see a *Daubert* motion deadline for January 9th, but I don't see on

10:46AM 14  this a separate motion in limine deadline.  Is there one or is it

10:46AM 15  the same as the *Daubert* deadline?

10:46AM 16       THE COURT:  There is but I think we need to talk about

10:46AM 17  that, I think, with the liaison and coordinating counsel group.

10:46AM 18  We've got a couple of things that we think we missed on the

10:46AM 19  deadlines.

10:46AM 20       MR. MAZE:  Corey Maze for the states.  I haven't been

10:46AM 21  able to read this morning's order regarding the video of the ROV,

10:46AM 22  etcetera.

10:46AM 23       THE COURT:  Anybody who requests it gets it.  I didn't

10:46AM 24  cover that in my order, but I think that Andy Langan has made the

10:46AM 25  statement that whoever requests it gets it.

10:46AM 1          MR. MAZE:  My understanding, and Andy can probably tell

10:46AM 2    me better, but that that testing will go for a couple of days or

10:46AM 3    that the ROV will --

10:46AM 4          MR. LANGAN:  I don't know that.

10:46AM 5          THE COURT:  Rob Gasaway, are you still on the line?

10:46AM 6          MR. GASAWAY:  I am, Your Honor.  Yes, here is the thing

10:47AM 7    is I believe that most of the ROV that Mr. Maze and others wants

10:47AM 8    has probably already been stored, but as you remember from our

10:47AM 9    discussions of the BOP, it cannot readily be transmitted from

10:47AM 10   offshore to land; so, I think we have to physically wait for the

10:47AM 11   boats to come back in order to make copies, because it's the

10:47AM 12   high-quality ROV, and it's very dense from a data standpoint.

10:47AM 13          So I think it will be a few days, but I think that

10:47AM 14   most of the ROV of interest is already in the can, albeit in the

10:47AM 15   can 50 miles out in the Gulf, if that helps.

10:47AM 16          MR. MAZE:  My question really wasn't really more about

10:47AM 17   timing than it was to the extent that we would get the video and

10:47AM 18   the sampling from the entire time it was out there, not just up

10:47AM 19   to the point in which BOP and the Coast Guard determined that it

10:47AM 20   wasn't coming from the well.

10:47AM 21          THE COURT:  Whatever data is collected is yours for the

10:47AM 22   asking.

10:47AM 23          MR. MAZE:  Thank you.

10:48AM 24          THE COURT:  Anybody else?

10:48AM 25          MR. NOMELLINI:  Good morning, Your Honor.  It's

10:48AM 1    Mark Nomellini.

10:48AM 2                THE COURT:  Hey, Mark.

10:48AM 3                MR. NOMELLINI:  Your Honor, I just wanted to report on

10:48AM 4    Phase II documents for a moment, some good progress that's been

10:48AM 5    made and some challenges that are ahead, and perhaps some ways to

10:48AM 6    address those.

10:48AM 7                As Your Honor knows, BP has produced a lot of

10:48AM 8    Phase II documents already.  They were based in part on search

10:48AM 9    terms that we negotiated with the PSC late in 2010, early 2011,

10:48AM 10   and then they were then circulated among the parties.

10:48AM 11               We talked a couple weeks ago about some clean-up

10:48AM 12   search terms.  Anybody that wanted to provide more search terms

10:48AM 13   could do that.  We actually have now received quite a slue of

10:49AM 14   search terms from the PSC, Anadarko, and U. S.  While it's not

10:49AM 15   the fault of any one of those entities in particular, when you

10:49AM 16   stack them on top of each other, they add up and they get to be

10:49AM 17   quite a bit more than cleanup.

10:49AM 18               So we'll be working with those parties to try to

10:49AM 19   consolidate things and, to the extent people are really looking

10:49AM 20   for the same things but doing it in different ways, to try to

10:49AM 21   combine them into one so we can get the remaining documents

10:49AM 22   produced as efficiently and quickly as possible.

10:49AM 23               THE COURT:  Good report, Mark.  That makes good sense to

10:49AM 24   me.  To the extent that they are duplicative or cover the same

10:49AM 25   information, let's winnow it down.

10:49AM 1              All right.  Does anybody else have anything else

10:49AM 2 they want to raise?  Okay.  So we will break, and I would like to

10:50AM 3 see liaison coordinating counsel back, let's say, in 10 minutes

10:50AM 4 or so.

10:50AM 5              MR. LANGAN:  Here?

10:50AM 6              THE COURT:  Here.

10:50AM 7              MR. LANGAN:  Thank you, Your Honor.

8              (WHEREUPON, at 10:50 a.m., the proceedings were

9 concluded.)

10                          *    *    *

11

12                     REPORTER'S CERTIFICATE

13

14     I, Cathy Pepper, Certified Realtime Reporter, Registered

15 Merit Reporter, Certified Court Reporter of the State of

16 Louisiana, Official Court Reporter for the United States District

17 Court, Eastern District of Louisiana, do hereby certify that the

18 foregoing is a true and correct transcript, to the best of my

19 ability and understanding, from the record of the proceedings in

20 the above-entitled and numbered matter.

21

22                          _s/Cathy Pepper_____

23                          Cathy Pepper, CRR, RMR, CCR
                           Certified Realtime Reporter
24                          Official Court Reporter
                           United States District Court
25                          Cathy_Pepper@laed.uscourts.gov

## 1

**1** [1] - 39:20
**10** [9] - 30:20, 30:21, 31:5, 32:2, 32:11, 48:6, 57:3
**10-hour** [1] - 32:5
**10-MD-2179** [1] - 1:6
**10-minute** [1] - 31:13
**1000** [1] - 6:8
**1001** [1] - 4:15
**10036** [1] - 6:4
**10153** [1] - 6:17
**10:50** [1] - 57:8
**10th** [1] - 42:11
**1100** [2] - 4:11, 5:23
**115** [1] - 51:11
**12** [3] - 8:5, 8:6, 8:9
**120** [1] - 50:7
**1201** [2] - 4:4, 5:6
**13** [3] - 8:10, 8:11, 38:7
**1300** [1] - 5:15
**1331** [1] - 5:9
**14** [1] - 8:12
**14th** [1] - 42:21
**15** [1] - 8:13
**150** [1] - 20:8
**1540** [1] - 6:4
**15th** [2] - 18:13, 19:2
**16** [2] - 8:15, 24:17
**160** [1] - 32:1
**1615** [1] - 5:15
**1665** [1] - 5:9
**17** [6] - 8:17, 8:18, 8:19, 9:1, 19:9, 20:20
**1700** [1] - 5:6
**179** [1] - 50:9
**17th** [1] - 42:19
**18** [4] - 8:21, 8:22, 8:23, 8:24
**180** [1] - 32:4
**19** [2] - 8:25, 9:1

## 2

**2** [1] - 54:8
**20** [6] - 1:5, 9:2, 31:21, 31:22, 48:6
**20004** [1] - 4:4
**20005** [1] - 3:23
**20006** [1] - 5:19
**20044** [1] - 2:19
**2007** [1] - 5:21
**201** [1] - 6:21
**2010** [2] - 1:5, 56:9
**2011** [3] - 1:7, 11:2,

56:9
**2020** [1] - 5:18
**20TH** [1] - 10:17
**20th** [3] - 33:20, 33:25, 52:3
**21** [5] - 9:7, 9:8, 9:9, 9:10, 9:11
**2185** [1] - 7:6
**22** [1] - 9:12
**22nd** [1] - 18:17
**233** [1] - 7:4
**23rd** [1] - 34:10
**252** [1] - 39:20
**26** [3] - 1:7, 9:14, 11:2
**27** [1] - 9:15
**27th** [2] - 38:13, 38:14
**29** [2] - 9:16, 9:17
**2929** [1] - 6:25
**2990** [1] - 1:25

## 3

**30** [5] - 26:14, 32:3, 32:6, 32:14, 32:21
**30(b)(6** [4] - 39:12, 44:23, 45:1, 46:11
**30-day** [1] - 44:5
**300** [1] - 3:19
**30th** [4] - 33:3, 33:7, 33:15, 36:7
**31** [1] - 19:11
**3100** [1] - 5:23
**316** [1] - 2:8
**31st** [2] - 19:24, 20:8
**32** [3] - 9:18, 51:11, 54:8
**32502** [1] - 2:8
**33** [1] - 9:19
**34** [2] - 9:20, 9:21
**3450** [1] - 7:7
**36130** [1] - 2:23
**365** [1] - 1:25
**3668** [1] - 1:18
**36TH** [1] - 4:11
**37** [1] - 9:22
**3700** [1] - 4:15
**38** [3] - 9:23, 9:24, 9:25
**39** [1] - 10:1
**3rd** [2] - 34:22, 36:6

## 4

**4** [1] - 15:3
**40** [8] - 10:2, 31:8, 32:15, 32:16, 32:17, 32:18, 44:21, 49:14
**400** [1] - 50:7

**4000** [1] - 6:8
**41** [3] - 10:3, 10:4, 44:21
**42** [6] - 10:5, 10:6, 10:7, 10:8, 44:22, 44:24
**42ND** [1] - 6:25
**43** [2] - 10:9, 10:12
**430** [1] - 47:16
**4310** [1] - 2:4
**44** [1] - 10:13
**450** [1] - 2:13
**46** [1] - 10:15
**4900** [1] - 4:19
**4:15** [2] - 52:5, 52:9
**4:15...........................
.......... [1] - 10:17
**4th** [1] - 34:22

## 5

**50** [2] - 31:9, 55:15
**500** [3] - 2:22, 7:8, 7:12
**5000** [1] - 3:15
**504** [1] - 7:13
**51** [1] - 10:16
**53** [1] - 10:18
**5395** [1] - 2:14
**54** [3] - 10:20, 10:21, 14:13
**546** [1] - 4:24
**556** [1] - 1:18
**56** [1] - 10:22
**5800** [1] - 7:4
**589-7779** [1] - 7:13

## 6

**6** [1] - 38:12
**60** [1] - 30:24
**600** [1] - 2:8
**60606** [1] - 7:4
**60654** [1] - 3:20
**655** [1] - 3:23
**6th** [2] - 20:2, 20:12

## 7

**7** [3] - 14:24, 40:14, 41:18
**7...........................
........ [1] - 10:2
**701** [2] - 3:5, 3:14
**70112** [1] - 5:15
**70113** [1] - 1:22
**70130** [4] - 1:25, 3:5,

4:24, 7:12
**70139** [1] - 3:15
**70163** [2] - 4:12, 5:23
**70170** [1] - 6:21
**70502** [1] - 1:19
**75** [7] - 46:10, 47:7, 47:17, 49:13, 49:20, 50:1, 51:11
**750** [1] - 4:19
**75270** [1] - 5:6
**76** [2] - 46:10, 47:7
**7611** [1] - 2:19
**767** [1] - 6:16
**77** [2] - 46:11, 47:7
**77002** [3] - 4:16, 6:8, 7:8
**77006** [1] - 2:4
**77010** [1] - 5:10
**77019** [1] - 6:25
**77056** [1] - 4:20
**7th** [5] - 37:8, 37:9, 37:10, 42:7, 42:8
**7TH** [1] - 2:14

## 8

**80** [1] - 50:9
**820** [1] - 1:21
**8:30** [3] - 33:3, 33:6, 33:17
**8th** [1] - 27:14

## 9

**90** [1] - 32:4
**94102** [1] - 2:14
**9:30** [1] - 1:7
**9th** [2] - 27:12, 54:13

## A

**a.m** [2] - 33:17, 57:8
**A.M** [1] - 1:7
**Aberdeen** [3] - 37:8, 37:21, 37:22
**ability** [1] - 57:19
**able** [2] - 29:12, 54:21
**ABOUT** [1] - 9:12
**above-entitled** [1] - 57:20
**absolute** [1] - 22:6
**ACCESS** [1] - 8:19
**access** [1] - 17:16
**accessed** [1] - 39:24
**accommodate** [2] - 28:4, 36:25
**accordance** [1] - 15:6

**accounting** [1] - 14:11
**action** [1] - 27:21
**ACTION** [1] - 1:6
**ACTION......................
..............** [1] - 9:15
**ACTIONS** [1] - 1:9
**active** [1] - 45:21
**add** [3] - 32:6, 41:5, 56:16
**additional** [1] - 27:2
**address** [2] - 22:17, 23:11, 23:20, 24:8, 35:21, 35:22, 56:6
**addressed** [1] - 25:9
**Admiral** [2] - 48:24, 48:25
**admissions** [1] - 40:5
**advance** [1] - 26:22
**advice** [2] - 13:21, 44:20
**ADVISOR** [1] - 10:1
**advisor** [4] - 39:7, 39:10, 39:15, 39:18
**affirmatively** [1] - 40:1
**afraid** [1] - 54:11
**AFTER** [1] - 9:3
**afternoon** [2] - 18:11, 28:17
**agencies** [2] - 19:15, 19:20
**agency** [1] - 14:12
**agenda** [2] - 41:5, 51:25
**AGENDA** [1] - 8:3
**ago** [3] - 51:4, 53:6, 56:11
**agree** [5] - 24:24, 27:9, 27:10, 45:23
**agreed** [2] - 43:9, 43:20
**agreement** [3] - 27:25, 31:3, 43:13
**ahead** [10] - 14:3, 17:12, 19:6, 26:6, 27:17, 45:1, 51:6, 51:9, 56:5
**airplane** [1] - 41:16
**AL** [1] - 2:23
**Alabama** [1] - 34:17
**ALABAMA** [1] - 2:21
**ALAN** [1] - 5:9
**Alan** [7] - 24:21, 25:17, 26:3, 26:13, 26:16, 32:23, 41:24
**albeit** [1] - 30:24, 55:14
**aligned** [1] - 50:24
**ALL** [1] - 1:9
**ALLAN** [2] - 3:4, 4:3

**Allan** [2] - 28:18, 29:14
**ALLEN** [2] - 6:25, 7:7
**Allen** [2] - 48:24, 48:25
**allocate** [1] - 36:14
**allocation** [12] - 26:7, 30:16, 31:15, 32:1, 35:1, 35:2, 35:5, 35:6, 35:10, 35:11, 35:13, 35:16
**allocations** [1] - 34:24
**ambitious** [1] - 48:7
**AMERICA** [7] - 2:17, 3:7, 3:8, 3:9, 3:10, 3:12, 3:13
**American** [2] - 33:4, 33:17
**amount** [1] - 14:23
**AMY** [1] - 4:19
**Anadarko** [17] - 17:14, 18:23, 19:1, 19:19, 21:18, 27:24, 28:10, 29:23, 30:22, 32:4, 41:3, 41:11, 43:19, 43:23, 44:2, 46:12, 56:14
**ANADARKO** [4] - 5:12, 5:13, 8:18, 9:11
**ANADARKO'S** [1] - 8:15
**Anadarko's** [2] - 16:23, 17:3
**AND** [10] - 4:9, 6:15, 8:17, 8:23, 9:2, 9:3, 9:11, 10:10, 10:13
**ANDREW** [1] - 3:18
**Andy** [12] - 14:6, 15:25, 20:25, 22:15, 34:20, 40:13, 41:17, 46:6, 47:6, 47:12, 54:24, 55:1
**Andy's** [2] - 41:10, 48:18
**announced** [2] - 21:2, 51:4
**ANNOUNCED** [1] - 9:3
**answer** [2] - 34:10, 41:15
**ANTHONY** [1] - 1:24
**anticipating** [1] - 51:10
**ANY** [2] - 8:17, 9:6
**anyway** [2] - 24:17, 41:4
**apologize** [2] - 16:4, 20:20
**apology** [1] - 20:22
**apparent** [1] - 16:6

**appeal** [1] - 35:7
**appear** [1] - 37:21
**APPEARANCES** [7] - 1:15, 2:1, 3:1, 4:1, 5:1, 6:1, 7:1
**apples** [1] - 24:9
**applied** [1] - 18:18
**applies** [1] - 23:4
**appointees** [1] - 48:21
**APPOINTMENT** [1] - 8:7
**appointment** [1] - 12:7
**appreciate** [8] - 15:14, 20:15, 20:23, 32:19, 34:2, 41:17, 53:23, 53:25
**approached** [1] - 14:7
**appropriate** [5] - 23:10, 23:17, 24:8, 26:2, 28:21
**approval** [3] - 12:21, 15:19, 28:23
**approvals** [1] - 28:21
**APRIL** [1] - 1:5
**ARCHIVE** [1] - 8:22
**archive** [1] - 18:9
**area** [1] - 15:18
**AREAUX** [1] - 5:22
**Arnold** [1] - 38:22
**arrangements** [1] - 37:16
**AS** [1] - 8:7
**ASBILL** [1] - 4:14
**aspiration** [1] - 13:14
**asserted** [1] - 24:6
**asserting** [1] - 39:25
**assist** [1] - 29:6
**assistance** [1] - 49:1
**assume** [1] - 44:8
**AT** [1] - 8:22
**attached** [1] - 25:4
**attaches** [1] - 34:17
**attention** [1] - 30:11
**ATTORNEY** [1] - 2:21
**ATTORNEYS** [2] - 9:12, 10:10
**attorneys** [2] - 22:14, 43:10
**August** [5] - 18:17, 19:11, 19:24, 20:8, 33:15
**AUGUST** [2] - 1:7, 11:2
**available** [4] - 39:10, 39:23, 40:3, 40:7
**AVENUE** [6] - 1:21, 2:13, 2:22, 4:4, 6:16, 6:21

**avoid** [1] - 19:1

**B**

**B-R-A-N-I-F-F** [1] - 38:14
**B3** [1] - 25:9
**BABIUCH** [1] - 3:19
**bad** [1] - 19:10
**balancing** [1] - 49:5
**BALDWIN** [1] - 6:20
**ball** [2] - 44:19, 50:15
**Barbier** [5] - 13:4, 13:7, 35:7, 53:18, 53:24
**Barbier's** [2] - 15:7, 52:4
**Bare** [1] - 30:18
**Bare-root** [1] - 30:18
**Barr** [1] - 46:20
**BARR** [2] - 2:7, 46:20
**barrels** [1] - 48:15
**Barron** [2] - 38:20, 39:1
**BARRON**.................... ........................ [1] - 9:25
**BARROW** [1] - 6:24
**base** [1] - 13:6
**BASE**.................... [1] - 8:10
**based** [1] - 56:8
**basis** [1] - 27:6
**BAYLEN** [1] - 2:8
**BE** [2] - 8:6, 10:11
**bearing** [1] - 25:8
**beautiful** [1] - 15:8
**BEEN** [1] - 9:6
**BEFORE** [1] - 1:12
**begin** [1] - 50:12
**beginning** [2] - 19:13, 19:14
**behalf** [5] - 14:8, 31:13, 34:16, 36:10, 53:8
**behind** [1] - 17:25
**Beirute** [4] - 29:21, 30:17, 31:16
**Beirute'** [1] - 30:3
**BEIRUTE**.................... ........................ [1] - 9:17
**belt** [1] - 51:18
**Ben** [1] - 42:20
**BEN** [1] - 10:8
**bench** [1] - 13:8
**benchmark** [1] - 50:10
**benefitted** [1] - 15:5
**best** [2] - 53:5, 57:18

**bet** [1] - 21:6
**better** [9] - 15:1, 17:7, 17:9, 17:11, 23:19, 50:5, 55:2
**BETWEEN** [1] - 10:10
**between** [5] - 19:20, 28:25, 41:12, 43:10
**BINGHAM** [1] - 5:17
**BISHOP** [1] - 6:24
**bit** [5] - 11:13, 17:5, 45:16, 49:25, 56:17
**bizarre** [1] - 52:5
**BLOSSMAN** [1] - 5:22
**boats** [1] - 55:11
**BOCKIUS** [1] - 6:6
**BOEMRE** [1] - 14:22
**BOEMRE'S** [2] - 17:18, 17:24
**BOEMRE'S** [1] - 8:20
**bog** [1] - 47:9
**BOP** [10] - 8:5, 8:10, 12:4, 13:1, 13:5, 14:1, 14:25, 55:9, 55:19
**BOTH** [1] - 9:11
**BOULEVARD** [1] - 2:4
**BOX** [2] - 1:18, 2:19
**BP** [58] - 3:7, 3:8, 3:8, 3:9, 3:10, 3:11, 3:12, 8:13, 8:17, 8:19, 9:2, 9:9, 9:11, 9:13, 15:17, 15:25, 16:5, 17:1, 17:15, 17:16, 17:19, 17:21, 18:4, 18:9, 18:10, 18:14, 18:15, 19:19, 21:1, 21:12, 21:18, 22:14, 22:22, 23:18, 24:4, 24:12, 24:17, 24:24, 24:25, 25:1, 25:20, 26:18, 27:4, 27:24, 28:9, 28:18, 30:24, 30:25, 37:15, 37:16, 39:1, 44:2, 50:3, 51:7, 56:7
**BP'S** [1] - 9:10
**BP's** [1] - 21:13
**BRANCH** [1] - 2:12
**Braniff** [1] - 38:13
**BRANIFF**.................... ........................ [1] - 9:24
**break** [12] - 19:25, 21:24, 22:1, 22:5, 26:25, 40:24, 45:8, 45:14, 48:8, 54:2, 57:2
**breaking** [1] - 29:7
**BRENNAN** [1] - 4:14
**BRIAN** [1] - 2:7

**Brian** [1] - 46:20
**briefly** [2] - 43:17, 43:25
**briefs** [1] - 21:19
**BRIEFS**.............. [1] - 9:11
**bring** [6] - 23:11, 23:19, 24:7, 34:12, 53:11, 53:19
**BROADWAY** [1] - 6:4
**Brock** [1] - 32:24
**BROCK**.................... ........................ [1] - 9:18
**broke** [1] - 11:24
**brought** [1] - 50:7
**budget** [1] - 14:17
**building** [2] - 12:6, 33:17
**built** [1] - 15:1
**bundle** [1] - 25:9
**BURLING** [1] - 4:3
**business** [1] - 53:11
**BY** [33] - 1:4, 1:17, 1:21, 1:24, 2:3, 2:7, 2:12, 2:18, 2:22, 3:4, 3:13, 3:18, 3:22, 4:3, 4:10, 4:14, 4:18, 4:23, 5:4, 5:9, 5:14, 5:18, 5:22, 6:3, 6:7, 6:16, 6:20, 6:24, 7:3, 7:7, 7:14, 7:15, 9:4

**C**

**CA** [1] - 2:14
**calendar** [1] - 52:9
**CALL** [1] - 8:19
**CALLED** [1] - 11:4
**CAMERON** [1] - 4:22
**Cameron** [1] - 38:6
**CAMP** [1] - 3:5
**CANAL** [2] - 1:24, 1:25
**cannot** [2] - 16:17, 55:9
**CAPPING** [1] - 8:9
**capping** [1] - 12:14
**CAPTAIN** [1] - 8:6
**Captain** [1] - 12:6
**care** [8] - 29:20, 33:8, 33:15, 34:24, 35:2, 35:20, 43:15, 44:13
**CARONDELET** [1] - 4:24
**CARVER** [1] - 5:21
**case** [2] - 25:3, 25:4
**CASES** [1] - 9:13
**cases** [3] - 22:15, 22:19, 22:20

**Cathy** [2] - 57:14, 57:23
**CATHY** [1] - 7:11
**Cathy_Pepper@laed .uscourts.gov** [1] - 57:25
**cathy_Pepper@laed. uscourts.gov** [1] - 7:13
**cautionary** [1] - 28:19
**CCR** [2] - 7:11, 57:23
**cede** [1] - 32:11
**center** [1] - 48:19
**CENTER** [1] - 7:7
**Center** [1] - 33:5
**central** [3] - 33:3, 33:6, 33:17
**CENTRE** [1] - 4:11
**CERNICH** [1] - 2:18
**certainly** [3] - 26:22, 28:9, 30:2
**CERTIFICATE** [1] - 57:12
**CERTIFIED** [1] - 7:11
**Certified** [3] - 57:14, 57:15, 57:23
**certify** [1] - 57:17
**challenges** [1] - 56:5
**CHAMBERS** [1] - 6:23
**chambers** [1] - 46:8
**chance** [3] - 12:22, 23:22, 36:2
**changes** [2] - 19:18, 33:25
**chard** [3] - 42:23, 42:24, 43:4
**CHARLES** [2] - 6:20, 6:21
**checked** [1] - 29:24
**chewing** [2] - 45:7, 45:11
**CHICAGO** [2] - 3:20, 7:4
**chose** [1] - 37:20
**Chu** [3] - 48:2, 48:19, 48:20
**circle** [1] - 29:12
**circulate** [2] - 45:2, 47:13
**circulated** [1] - 56:10
**circumstances** [1] - 29:9
**CIVIL** [2] - 1:6, 2:12
**claims** [1] - 24:6
**classical** [1] - 52:14
**clean** [1] - 56:11
**clean-up** [1] - 56:11
**cleanup** [2] - 53:9, 56:17

**clear** [2] - 51:22, 53:1
**clearly** [1] - 48:24
**CLERK** [2] - 16:13, 35:8
**client** [4] - 28:21, 28:23, 29:3, 29:12
**clients** [7] - 14:7, 14:8, 14:15, 14:21, 38:23, 47:3, 47:25
**CLINGMAN** [7] - 4:15, 27:1, 38:1, 38:21, 39:9, 39:21, 40:11
**Clingman** [2] - 27:2, 39:9
**close** [2] - 20:11, 40:15
**CMO** [1] - 54:8
**COAST** [2] - 8:13, 9:2
**Coast** [7] - 14:15, 14:16, 14:22, 15:16, 19:12, 21:1, 55:19
**collected** [1] - 55:21
**collective** [1] - 44:18
**combine** [1] - 56:21
**comfortable** [2] - 14:25, 29:9
**coming** [3] - 22:11, 22:12, 55:20
**command** [1] - 48:19
**comment** [1] - 23:8
**common** [1] - 45:18
**communication** [1] - 34:13
**COMMUNICATIONS** [1] - 10:10
**communications** [1] - 43:10
**COMPANY** [4] - 3:8, 5:13, 7:3
**compare** [1] - 50:12
**compel** [5] - 16:24, 17:14, 19:1, 21:8, 21:13
**COMPEL** [2] - 8:15, 9:10
**COMPEL................... .......... ** [1] - 8:18
**competing** [2] - 28:5, 28:7
**complaint** [1] - 51:19
**complete** [2] - 20:6, 20:14
**completed** [2] - 15:23, 16:21
**completing** [1] - 49:4
**COMPLETION** [2] - 8:11, 9:16
**completion** [3] - 13:25, 15:15, 29:19
**complicated** [1] - 13:7

**comprehensive** [1] - 20:1
**COMPUTER** [1] - 7:15
**computing** [1] - 48:22
**concept** [3] - 47:1, 48:5, 49:4
**concern** [1] - 41:7
**concerned** [1] - 37:25
**concerning** [1] - 30:15
**concluded** [1] - 57:9
**confer** [2] - 18:16, 18:24
**CONFER** [1] - 8:23
**conference** [1] - 52:4
**CONFERENCE** [1] - 1:12
**confess** [1] - 30:15
**confirmation** [1] - 34:7
**confirmed** [3] - 21:4, 34:11, 52:3
**CONFIRMED** [1] - 9:6
**confirming** [1] - 39:18
**confused** [1] - 24:10
**connection** [4] - 16:6, 39:11, 39:19, 54:7
**consider** [5] - 15:10, 31:5, 35:7, 47:19, 51:24
**consideration** [1] - 52:25
**considered** [3] - 47:17, 52:16, 53:21
**consolidate** [1] - 56:19
**consultant** [1] - 10:25
**contact** [2] - 28:13, 39:3
**CONTINUANCES** [1] - 7:1
**continue** [1] - 21:9
**CONTINUED** [5] - 2:1, 3:1, 4:1, 5:1, 6:1
**continuity** [1] - 34:6
**contract** [2] - 23:13, 23:16
**contractors** [1] - 20:9
**contributed** [1] - 47:7
**contribution** [1] - 15:4
**control** [3] - 48:9, 48:17, 49:2
**conversation** [1] - 13:20
**cool** [2] - 29:22, 29:24
**cooperative** [1] - 30:3
**coordinate** [3] - 28:20, 45:16, 50:23
**coordinates** [1] - 15:18
**coordinating** [4] -

45:20, 54:2, 54:17, 57:3
**copies** [1] - 55:11
**copy** [4] - 17:19, 18:3, 46:10, 52:13
**Corey** [9] - 29:20, 32:2, 34:16, 34:19, 36:24, 37:1, 44:6, 54:20
**COREY** [1] - 2:22
**Corporation** [1] - 24:22
**CORPORATION** [3] - 3:9, 4:22, 5:12
**Correct** [1] - 44:14
**correct** [10] - 16:18, 16:19, 24:24, 28:14, 38:10, 43:22, 44:11, 46:16, 51:22, 57:18
**COST** [1] - 8:12
**cost** [5] - 13:11, 14:6, 14:12, 14:16, 15:2
**cost-effective** [1] - 13:11
**COTLAR** [1] - 1:20
**COUNSEL** [1] - 1:17
**counsel** [11] - 18:24, 25:20, 28:19, 30:3, 33:21, 38:3, 45:20, 54:3, 54:17, 57:3
**counting** [1] - 44:23
**country** [1] - 14:9
**couple** [10] - 18:19, 19:11, 20:21, 21:7, 21:19, 37:4, 51:4, 54:18, 55:2, 56:11
**course** [1] - 16:9
**Court** [18] - 12:8, 13:13, 20:2, 26:22, 27:4, 28:5, 28:6, 34:1, 37:24, 51:3, 51:11, 53:17, 57:15, 57:16, 57:17, 57:24, 57:24
**court** [1] - 52:24
**COURT** [168] - 1:1, 7:11, 8:7, 11:4, 11:7, 11:10, 11:12, 11:15, 11:18, 11:21, 11:25, 12:17, 12:23, 12:25, 13:17, 13:23, 14:3, 15:4, 15:14, 16:2, 16:8, 16:11, 16:17, 16:20, 17:4, 17:10, 17:12, 19:3, 19:6, 20:15, 20:22, 20:25, 21:6, 21:10, 21:16, 21:21, 21:25, 22:7, 22:11, 23:6, 23:24, 24:1, 24:11, 24:19,

25:11, 25:17, 26:3, 26:13, 26:16, 26:24, 27:8, 27:16, 27:20, 28:7, 28:11, 28:13, 28:15, 29:5, 29:13, 29:16, 29:18, 30:1, 30:11, 30:18, 31:1, 31:7, 31:12, 31:18, 31:22, 31:25, 32:9, 32:13, 32:16, 32:20, 32:23, 33:1, 33:8, 33:14, 34:2, 34:4, 34:12, 35:15, 35:22, 36:5, 36:12, 36:18, 36:21, 36:24, 37:3, 37:10, 37:13, 37:16, 37:18, 37:22, 38:4, 38:8, 38:11, 38:14, 38:24, 39:1, 39:5, 39:14, 40:6, 40:12, 40:18, 40:22, 40:25, 41:5, 41:8, 41:13, 41:15, 41:22, 42:1, 42:4, 42:6, 42:9, 42:12, 42:15, 42:17, 42:20, 42:23, 43:1, 43:5, 43:8, 43:16, 44:6, 44:10, 44:12, 44:25, 45:4, 45:7, 45:11, 45:22, 46:4, 46:15, 46:18, 47:12, 47:15, 47:19, 48:1, 48:10, 49:9, 49:22, 50:2, 50:6, 50:14, 51:12, 51:23, 52:8, 52:12, 52:15, 52:19, 52:22, 53:2, 53:6, 53:10, 53:22, 54:1, 54:5, 54:16, 54:23, 55:5, 55:21, 55:24, 56:2, 56:23, 57:6
**Court's** [1] - 44:20, 49:1, 51:21, 53:1, 53:13
**courtroom** [2] - 17:6, 54:3
**cover** [2] - 54:24, 56:24
**coverage** [1] - 28:19
**covering** [2] - 36:1, 43:13
**COVINGTON** [1] - 4:3
**CRR** [2] - 7:11, 57:23
**cry** [1] - 14:7
**cue** [1] - 39:8
**current** [1] - 31:15
**CUSTODIAL** [1] - 8:8
**custodial** [2] - 12:8, 19:16

## D

**D-E-R-E-K** [1] - 37:13
**daily** [1] - 34:9
**DALLAS** [2] - 5:6, 7:8
**Daniel** [1] - 38:20
**DANIEL** [2] - 4:18, 9:25
**Danny** [7] - 30:14, 31:7, 31:20, 31:22, 32:7, 32:13, 32:14
**DARDEN** [1] - 5:21
**data** [7] - 17:22, 18:13, 47:6, 48:12, 48:16, 55:12, 55:21
**DATABASE** - 8:19
**database** [2] - 17:17, 17:18
**DATABASE...............
........... [1] - 8:20
**databases** [2] - 18:5
**date** [13] - 18:13, 20:8, 33:20, 33:22, 33:23, 36:4, 37:4, 38:7, 38:18, 39:3, 40:21, 41:19, 41:21
**dates** [2] - 37:6, 42:1
**Daubert** [2] - 54:13, 54:15
**daylight** [1] - 33:17
**days** [6] - 18:19, 19:25, 30:20, 40:20, 55:2, 55:13
**DC** [4] - 2:19, 3:23, 4:4, 5:19
**deadline** [6] - 18:18, 36:6, 54:12, 54:13, 54:14, 54:15
**DEADLINE...............
........... [1] - 10:20
**deadlines** [2] - 54:10, 54:19
**Deb** [2] - 30:12, 52:1
**DEBORAH** [1] - 5:14
**decided** [1] - 52:18
**decision** [1] - 51:11
**DEEPWATER** [3] - 1:4, 4:8, 4:9
**Deepwater** [2] - 39:19, 40:8
**defendants** [10] - 22:23, 23:3, 23:15, 23:21, 44:7, 44:18, 46:2, 46:12, 47:10, 51:7
**DEFENDANTS** [1] - 10:13
**defendants'** [1] - 49:6
**defense** [1] - 44:3

**definitely** [1] - 24:11
**degree** [1] - 43:25
**DENNIS** [1] - 6:24
**dense** [1] - 55:12
**Department** [2] - 12:20, 12:22
**DEPARTMENT** [2] - 2:11, 2:17
**depo** [2] - 36:15, 36:16
**DEPONENT** [1] - 10:15
**deponent** [1] - 46:8
**deposed** [2] - 23:2, 34:22
**Deposition** [1] - 26:11
**deposition** [24] - 23:4, 23:18, 24:18, 24:25, 25:15, 25:25, 29:22, 30:19, 30:20, 32:5, 32:8, 33:6, 33:16, 34:21, 35:9, 35:24, 36:1, 36:5, 36:11, 38:7, 39:15, 40:5, 41:25, 44:15
**depositions** [11] - 22:22, 25:1, 25:19, 25:22, 25:25, 26:2, 29:20, 48:6, 49:12, 50:9, 51:19
**DEPOSITIONS.........
...... [1] - 9:16
**Derek** [3] - 37:5, 37:10, 38:6
**DEREK** [1] - 9:22
**desire** [1] - 23:18
**despite** [1] - 19:15
**detailing** [1] - 26:4
**details** [1] - 33:7
**determination** [1] - 28:6
**determined** [2] - 38:21, 55:19
**DEXTER** [1] - 2:22
**different** [5] - 27:6, 35:19, 35:20, 46:1, 56:20
**difficult** [1] - 17:16
**difficulty** [1] - 18:2
**direct** [1] - 25:7
**directed** [1] - 25:6
**direction** [2] - 47:9, 47:11
**disappointed** [1] - 47:8
**discovering** [1] - 49:6
**DISCOVERY** [4] - 8:15, 8:17, 8:24, 10:13
**discovery** [25] - 13:25,

15:16, 16:22, 16:24, 17:1, 18:21, 21:7, 22:20, 22:21, 25:24, 43:18, 43:21, 44:4, 44:7, 45:13, 45:15, 45:20, 45:25, 47:10, 49:5, 50:17, 50:24, 50:25, 51:18, 51:19
**DISCOVERY..............
......... [1] - 8:11
**DISCOVERY..............
........... [1] - 10:12
**DISCOVERY..............
................ [1] -
9:7
**discrete** [2] - 21:19, 21:21
**discuss** [3] - 18:10, 44:19, 53:17
**discussed** [1] - 53:21
**discussion** [3] - 13:3, 15:16, 30:15
**discussions** [5] - 22:14, 22:16, 23:7, 24:20, 55:9
**DISCUSSIONS** [1] - 9:12
**District** [3] - 57:16, 57:17, 57:24
**DISTRICT** [2] - 1:1, 1:1
**disturbed** [1] - 20:16
**DIVISION** [1] - 2:12
**DNV** [2] - 12:18
**DOCUMENT** [1] - 1:9
**document** [3] - 28:22, 28:23, 29:10
**documents** [7] - 18:4, 19:20, 30:9, 47:6, 56:4, 56:8, 56:21
**DOCUMENTS...........
............... [1] -
10:22
**DOI** [1] - 18:9
**DOI............... [1] -
8:22
**DOMENGEAUX** [1] -
1:17
**Don** [19] - 11:12, 11:13, 11:15, 11:18, 17:6, 10:23, 31:23, 36:8, 36:21, 41:24, 42:6, 42:7, 42:18, 43:5, 43:6, 52:6, 52:12, 52:13
**DON** [1] - 3:13
**DONALD** [1] - 5:4
**donate** [2] - 31:13, 32:3
**donation** [1] - 32:21
**done** [19] - 12:5,

14:18, 14:19, 15:6, 16:11, 19:11, 19:15, 20:3, 20:4, 20:13, 20:14, 23:1, 26:20, 43:6, 44:8, 45:13, 50:9
**door** [1] - 19:24
**double** [1] - 51:1
**DOUGLAS** [1] - 3:4
**down** [16] - 12:6, 13:15, 14:15, 15:23, 20:1, 22:11, 22:12, 32:1, 34:14, 37:23, 44:24, 47:9, 48:6, 49:1, 49:8, 56:25
**DR** [1] - 9:17
**Dr** [2] - 29:21, 30:3
**draft** [3] - 28:7, 28:9, 45:1
**drafted** [1] - 45:15
**drafts** [1] - 28:6
**Dril** [1] - 35:20
**DRIL** [1] - 6:23
**Dril-Quip** [1] - 35:20
**DRIL-QUIP** [1] - 6:23
**drill** [1] - 38:25
**DRILLING** [1] - 4:9
**drilling** [1] - 39:19
**drink** [1] - 52:18
**DRIVE** [1] - 7:4
**driven** [1] - 29:8
**due** [3] - 21:12, 21:14, 47:6
**duplication** [1] - 51:1
**duplicative** [1] - 56:24
**during** [6] - 25:9, 40:24, 45:8, 50:18, 50:19, 53:19
**duties** [1] - 12:8
**DUTIES** [1] - 8:8

## E

**E&P** [1] - 5:13
**E-MAIL** [1] - 10:3
**e-mail** [5] - 29:15, 40:16, 40:25, 41:12, 41:16
**eager** [1] - 41:17
**early** [2] - 18:25, 56:9
**EASTERN** [1] - 1:1
**Eastern** [1] - 57:17
**eat** [1] - 52:18
**economic** [1] - 13:16
**EDWARD** [1] - 6:3
**EDWARDS** [1] - 1:17
**effect** [1] - 40:10
**effective** [1] - 13:11
**efficient** [1] - 45:17

**efficiently** [1] - 56:22
**effort** [5] - 20:6, 31:2, 47:10, 50:10, 51:1
**efforts** [1] - 49:3
**either** [2] - 11:19, 44:21
**electronic** [1] - 52:10
**electronically** [1] -
47:13
**element** [1] - 18:5
**ELLIS** [2] - 3:17, 3:22
**ELM** [1] - 5:6
**employees** [4] - 20:9, 24:12, 24:25, 25:2
**end** [1] - 15:11
**endorsed** [1] - 28:9
**ENERGY** [2] - 4:11, 5:3
**Energy** [1] - 48:2
**ENFORCEMENT** [1] -
2:17
**Englebert** [1] - 12:6
**ENGLEBERT** [1] - 8:6
**entered** [2] - 15:20, 54:9
**enterprise** [1] - 17:18
**ENTERPRISE** [1] -
8:20
**entire** [1] - 55:18
**entities** [1] - 56:15
**entitled** [1] - 57:20
**environment** [1] -
17:24
**ENVIRONMENTAL** [1]
- 2:17
**ESQUIRE** [41] - 1:17, 1:21, 1:24, 2:3, 2:7, 2:12, 2:13, 2:18, 2:18, 2:22, 3:4, 3:4, 3:13, 3:18, 3:18, 3:19, 3:22, 4:3, 4:10, 4:14, 4:15, 4:18, 4:19, 4:23, 4:23, 5:4, 5:4, 5:5, 5:9, 5:14, 5:18, 5:22, 6:3, 6:7, 6:7, 6:16, 6:20, 6:24, 6:24, 7:3, 7:7
**estimates** [1] - 19:16
**etcetera** [2] - 23:22, 54:22
**evening** [4] - 27:14, 34:14, 43:25, 52:4
**event** [2] - 17:13, 18:13
**event-related** [1] -
18:13
**eventually** [1] - 49:18
**evidence** [3] - 39:11, 39:22, 40:8
**exactly** [2] - 39:5,

42:17
**except** [3] - 28:11, 28:12, 52:14
**exception** [1] - 48:24
**exceptions** [1] - 48:21
**excess** [2] - 14:24, 15:3
**exchange** [2] - 44:17, 44:19
**excited** [1] - 14:16
**excuse** [2] - 17:17, 49:16
**Executive** [1] - 19:21
**exhibits** [2] - 33:11, 33:15
**expect** [3] - 29:2, 40:20, 53:14
**expects** [1] - 53:17
**expense** [1] - 53:4
**experienced** [1] - 50:19
**expert** [1] - 43:10
**EXPERT** [1] - 10:9
**experts** [2] - 43:10, 43:11
**EXPERTS** [2] - 10:10, 10:11
**explicitly** [1] - 43:12
**EXPLORATION** [1] - 3:10
**export** [2] - 17:18, 17:21
**exportation** [1] - 17:19
**expressed** [1] - 13:5
**extended** [1] - 31:2
**extent** [11] - 23:16, 24:4, 27:2, 46:1, 50:23, 50:25, 51:4, 51:5, 55:17, 56:19, 56:24
**extraordinary** [1] - 20:10
**eye** [1] - 50:15

**F**

**facility** [1] - 38:2
**FACT** [1] - 9:16
**fact** [6] - 19:12, 29:20, 30:22, 30:24, 35:18, 52:2
**fair** [5] - 27:25, 30:22, 45:3, 45:6, 50:4
**faith** [1] - 49:3
**family** [1] - 33:20
**FANNIN** [1] - 4:15
**far** [9] - 12:12, 17:19, 30:9, 33:16, 33:19,

33:25, 37:24, 50:15, 52:11
**fast** [1] - 47:21
**fault** [1] - 56:15
**FEDERAL** [1] - 2:11
**feed** [1] - 21:4
**FEED** [1] - 9:5
**feedback** [2] - 28:2, 28:3
**fence** [1] - 48:11
**few** [5] - 19:25, 24:14, 40:19, 48:25, 55:13
**FIFTEENTH** [1] - 3:23
**FIFTH** [1] - 6:16
**figure** [1] - 48:12
**figures** [1] - 15:2
**file** [1] - 29:10
**FILED** [1] - 9:11
**filed** [2] - 21:8, 21:18
**files** [1] - 43:10
**FILES** [1] - 10:9
**finalized** [1] - 53:16
**FINANCIAL** [1] - 6:15
**fine** [6] - 11:12, 12:1, 23:2, 23:3, 29:13, 51:15
**FINN** [1] - 5:22
**fire** [1] - 24:23
**firewall** [1] - 1:8
**FIRM** [2] - 1:23, 7:6
**firm** [1] - 30:4
**first** [3] - 38:14, 48:8, 53:13
**FITCH** [16] - 5:18, 21:23, 22:2, 22:5, 22:10, 29:23, 30:2, 36:4, 41:3, 41:6, 41:10, 41:14, 41:17, 43:23, 52:25, 53:5
**Fitch** [6] - 21:23, 22:4, 29:23, 41:6, 41:10, 43:23
**five** [1] - 47:22
**FL** [1] - 2:8
**FLANDERS** [1] - 6:3
**flashes** [1] - 26:13
**FLOOR** [3] - 2:14, 4:11, 6:25
**focus** [1] - 22:20
**focused** [1] - 23:13
**folks** [2] - 48:18, 53:19
**follow** [1] - 46:9
**FOR** [21] - 1:16, 1:23, 2:11, 2:16, 2:21, 3:3, 3:7, 4:7, 4:22, 5:3, 5:12, 5:21, 6:6, 6:10, 6:19, 6:23, 7:3, 7:6, 8:19, 10:9, 10:16
**foregoing** [1] - 57:18
**forgave** [1] - 18:17

**formally** [1] - 24:6
**forth** [1] - 13:8
**forward** [4] - 16:22, 19:22, 30:5, 30:12
**FRANCISCO** [1] - 2:14
**frankly** [3] - 18:2, 29:7, 29:23
**FRIDAY** [2] - 1:7, 11:2
**friends** [1] - 30:22
**FRILOT** [1] - 4:10
**FROM** [2] - 8:8, 8:15
**front** [3] - 14:16, 29:3, 31:18
**fronted** [1] - 14:23
**fronts** [1] - 14:12
**FRTG** [1] - 48:13
**fruitful** [1] - 31:4
**fulfill** [1] - 12:11
**full** [1] - 20:12
**furtherance** [1] - 29:7

**G**

**Gary** [4] - 38:5, 38:7, 38:13, 38:15
**GARY** [2] - 9:23, 9:24
**gas** [1] - 43:18
**GAS** [1] - 10:12
**GASAWAY** [7] - 3:22, 12:15, 12:18, 12:24, 13:2, 13:19, 55:6
**Gasaway** [4] - 12:15, 15:24, 43:24, 55:5
**GATE** [1] - 2:13
**general** [1] - 14:14
**GENERAL'S** [1] - 2:21
**generously** [1] - 18:17
**germinate** [1] - 23:21
**get-together** [1] - 41:4
**given** [2] - 12:19, 27:1
**glad** [2] - 11:16, 13:23
**Godwin** [1] - 42:7
**GODWIN** [20] - 5:3, 5:4, 5:8, 11:16, 11:19, 31:20, 32:14, 36:9, 36:13, 36:20, 41:25, 42:3, 42:5, 42:7, 42:11, 42:19, 42:21, 42:24, 43:3, 43:7
**Goforth** [2] - 30:14, 31:13
**GOFORTH** [11] - 4:18, 4:18, 30:14, 30:19, 31:2, 31:8, 31:17, 31:23, 32:15, 32:17, 32:22
**GOLDEN** [1] - 2:13
**Gordan's** [1] - 38:23

**Gordon** [2] - 38:22, 39:3
**GOTSHAL** [1] - 6:15
**governement** [1] - 46:22
**GOVERNMENT** [2] - 2:11, 9:4
**government** [4] - 14:11, 14:22, 20:9, 21:3
**GRABILL** [4] - 6:16, 53:8, 53:11, 53:25
**Grabill** [1] - 53:8
**great** [2] - 12:23, 46:4
**green** [1] - 29:15
**group** [4] - 31:9, 43:8, 48:13, 54:17
**Guard** [5] - 14:15, 14:16, 14:22, 21:1, 55:19
**GUARD** [1] - 9:2
**Guard's** [2] - 15:16, 19:12
**GUARD'S** [1] - 8:13
**guess** [8] - 22:25, 29:11, 39:2, 41:15, 41:24, 46:16, 50:16, 51:16
**GULF** [1] - 1:5
**Gulf** [1] - 55:15
**guys** [5] - 12:2, 24:14, 31:12, 37:7, 50:8

**H**

**H-A-R-T** [1] - 37:13
**half** [1] - 33:6
**HALLIBURTON** [1] - 5:3
**Halliburton** [6] - 31:20, 31:25, 32:1, 36:10, 41:23, 42:8
**Halliburton/BP** [1] - 21:11
**HALLIBURTON/BP** [1] - 9:8
**hand** [1] - 47:14
**handed** [1] - 47:22
**handle** [1] - 41:13
**handling** [1] - 18:25
**hands** [2] - 15:10, 48:22
**hands-on** [1] - 48:22
**happy** [2] - 44:17, 52:7
**hard** [5] - 17:15, 18:3, 19:24, 43:19, 52:17
**Hart** [6] - 37:5, 37:7, 37:10, 37:12, 37:14, 38:6

**HART**.........................
.................... [1] - 9:22
**HAS** [1] - 9:5
**hat** [1] - 31:12
**hate** [1] - 34:12
**HAVE** [3] - 9:2, 9:3, 10:18
**HAYCRAFT** [8] - 3:13, 11:14, 11:20, 17:8, 37:15, 39:17, 40:3, 40:9
**HB406** [2] - 26:11, 48:23
**head** [2] - 7:12
**headway** [3] - 46:24, 47:1, 49:8
**hear** [7] - 11:25, 12:16, 13:23, 27:11, 29:14, 34:16, 41:9
**HEARD** [1] - 1:12
**heard** [4] - 12:6, 23:6, 27:25, 51:21
**hearing** [2] - 26:23, 27:5
**heart** [1] - 49:14
**HEIDEN** [1] - 7:3
**held** [1] - 47:3
**help** [2] - 17:6, 32:19
**helpful** [1] - 44:25
**helps** [1] - 55:15
**hereby** [1] - 57:17
**Herman** [2] - 23:9, 25:13
**HERMAN** [8] - 1:20, 1:21, 23:9, 23:25, 24:2, 25:13, 43:15
**Hi** [1] - 53:10
**high** [2] - 13:10, 55:12
**high-quality** [1] - 55:12
**Himmelhoch** [1] - 20:19
**HIMMELHOCH** [12] - 2:13, 11:9, 11:11, 11:24, 17:2, 17:7, 17:9, 17:11, 17:13, 19:4, 19:8, 20:24
**history** [1] - 50:1
**hit** [1] - 19:9
**HIT** [1] - 9:1
**hold** [2] - 17:4, 47:2
**HOLDINGS** [3] - 3:11, 4:7, 6:11
**holdup** [1] - 29:1
**hole** [1] - 47:5
**homeless** [1] - 15:1
**Honor** [54] - 11:9, 11:24, 12:15, 13:19, 14:4, 14:12, 15:9, 15:24, 16:4, 17:2,

20:24, 22:17, 22:18, 24:21, 26:9, 26:10, 26:15, 27:1, 27:23, 30:14, 32:18, 32:24, 33:24, 34:5, 35:12, 36:4, 36:9, 36:10, 36:20, 37:19, 39:22, 40:11, 42:8, 42:11, 42:19, 42:22, 43:15, 43:23, 44:17, 45:16, 46:7, 46:20, 46:24, 47:16, 49:23, 49:25, 51:3, 53:1, 54:4, 55:6, 55:25, 56:3, 56:7, 57:7

**HONORABLE** [1] - 1:12
**hope** [1] - 38:19
**hopefully** [1] - 46:18
**hoping** [1] - 18:4
**Horizon** [2] - 39:19, 40:8
**HORIZON** [1] - 1:4
**hosted** [1] - 52:6
**hour** [2] - 33:6, 36:15
**hours** [10] - 20:10, 30:20, 30:21, 30:23, 30:24, 36:14, 36:15, 36:17, 36:19, 36:22
**house** [2] - 14:25, 15:8
**HOUSTON** [7] - 2:4, 4:16, 4:20, 5:10, 6:8, 6:25, 7:8
**hurricanes** [1] - 13:21

## I

**idea** [2] - 22:2, 46:25
**ideally** [1] - 31:8
**identified** [1] - 39:22
**IF** [1] - 10:3
**II** [17] - 10:12, 10:15, 10:22, 18:20, 19:4, 35:14, 35:19, 43:18, 43:20, 44:10, 44:15, 44:19, 46:8, 47:9, 50:18, 56:4, 56:8
**II.....................
.... [1] - 8:25
**III** [5] - 10:19, 25:10, 25:23, 53:15, 53:18
**IL** [2] - 3:20, 7:4
**implying** [1] - 16:8
**important** [1] - 52:16
**IN** [6] - 1:4, 1:5, 8:6, 9:5, 9:13, 10:20
**INC** [15] - 3:7, 3:9, 3:10, 3:11, 3:13, 4:9,

4:10, 5:3, 6:11, 6:11, 6:13, 6:13, 6:14, 6:15, 6:23
**include** [1] - 44:24
**included** [1] - 46:1
**including** [1] - 46:11
**increments** [1] - 31:14
**indicated** [1] - 12:12
**indulgence** [1] - 27:4
**info** [1] - 12:14
**information** [2] - 19:17, 47:2, 56:25
**initial** [2] - 50:20, 50:21
**initiated** [1] - 18:15
**input** [1] - 46:11
**insofar** [1] - 48:17
**INSPECTION** [1] - 9:4
**inspection** [1] - 21:2
**instance** [1] - 35:21
**insurer's** [1] - 29:2
**intend** [1] - 48:4
**interest** [4] - 22:24, 35:19, 49:6, 55:14
**INTERESTED** [1] - 8:6
**interested** [1] - 12:7
**INTERESTS** [2] - 2:11, 2:21
**interests** [1] - 49:7
**INTERNATIONAL** [2] - 4:22, 6:14
**INTERPLEADER** [1] - 9:15
**interpleader** [1] - 27:21
**interviews** [1] - 19:16
**investigating** [1] - 13:9
**invitation** [1] - 52:10
**involved** [2] - 24:20, 33:12
**iPad** [1] - 42:13
**IRPINO** [2] - 1:23, 1:24
**IS** [1] - 9:6
**issuance** [1] - 29:21
**issue** [17] - 13:1, 13:7, 15:21, 18:1, 18:7, 18:8, 18:12, 18:21, 21:12, 24:23, 25:14, 26:17, 28:6, 47:4, 53:12, 53:21, 53:23
**ISSUE** [1] - 9:9
**ISSUE....................... [1] - 8:24
**issued** [2] - 14:4, 15:25
**issues** [16] - 12:4, 17:15, 18:12, 19:12, 20:5, 21:8, 21:11, 21:19, 23:12, 23:13,

23:16, 23:21, 24:8, 25:2, 45:18, 53:15
**ISSUES.....................
....................... [1] - 9:8
**ISSUES.....................
....................... [1] - 10:19
**ISSUES.....................
....................... [1] - 8:5
**IT** [2] - 9:5, 17:24
**item** [2] - 27:7, 51:25
**ITEMS** [1] - 8:3

## J

**JAASMA** [1] - 4:19
**JACKSON** [1] - 6:23
**jam** [1] - 29:7
**JAMES** [2] - 1:17, 6:7
**jammed** [1] - 27:23
**January** [1] - 54:13
**JAY** [1] - 9:19
**Jay** [1] - 33:19
**jazz** [2] - 52:16, 52:20
**JEFFERSON** [1] - 1:18
**JENNY** [1] - 5:4
**JEREMY** [1] - 6:16
**Jeremy** [3] - 53:8, 53:10, 53:22
**jerry** [1] - 17:23
**Jimmy** [6] - 34:4, 34:5, 44:16, 49:22, 51:2, 51:16
**JIMMY** [1] - 2:3
**JIT** [1] - 12:8
**JIT.............. [1] - 8:8
**jobs** [1] - 42:15
**join** [1] - 44:3
**joint** [2] - 43:20, 46:2
**JONES** [1] - 6:19
**JR** [1] - 6:24
**JUDGE** [1] - 1:13
**Judge** [18] - 11:16, 13:4, 13:7, 15:7, 35:7, 35:8, 36:9, 36:23, 41:6, 42:3, 42:5, 43:7, 45:10, 49:24, 52:4, 53:18, 53:24, 53:25
**judge** [4] - 29:23, 31:20, 34:3, 49:18
**jumped** [1] - 47:22
**JUST** [1] - 10:3
**Justice** [2] - 12:20, 12:22
**JUSTICE** [2] - 2:11, 2:17

## K

**KANNER** [2] - 3:3, 3:4
**Karis** [2] - 33:12, 33:14
**KATZ** [1] - 1:20
**keep** [6] - 19:23, 27:20, 33:22, 33:23, 36:18, 50:15
**kept** [1] - 16:3
**Kerry** [9] - 26:19, 27:20, 28:20, 28:25, 37:3, 38:4, 38:11, 39:6, 54:5
**KERRY** [1] - 4:10
**kill** [1] - 50:14
**kind** [7] - 13:10, 22:25, 23:5, 25:16, 30:11, 36:13, 49:17
**Kirby** [1] - 18:24
**KIRKLAND** [2] - 3:17, 3:22
**knowledge** [1] - 53:15
**KNOWLEDGE** [1] - 10:18
**known** [1] - 19:12
**knows** [2] - 22:18, 56:7
**KORETZKY** [1] - 5:21
**KRAUS** [1] - 3:4
**KUCHLER** [11] - 5:13, 5:14, 30:6, 30:13, 32:5, 52:2, 52:10, 52:13, 52:16, 52:21, 52:23
**Kuchler's** [1] - 30:4
**Kurt** [1] - 38:22

## L

**L-E-A-C-H** [1] - 38:8
**L.L.C** [1] - 6:6
**L.P** [1] - 6:19
**LA** [7] - 1:19, 1:22, 1:25, 3:5, 3:15, 4:12, 4:24, 5:15, 5:23, 6:21, 7:12
**Labor** [4] - 19:25, 26:24, 45:8, 45:19
**lack** [1] - 23:19
**Lacy** [1] - 34:7
**LACY...........................
....................... [1] - 9:20
**LAFAYETTE** [1] - 1:19
**LAMAR** [2] - 5:9, 9:21
**Lamar** [2] - 34:13, 35:23

**land** [1] - 55:10
**Langan** [7] - 15:25, 18:16, 24:23, 25:24, 46:24, 49:11, 54:24
**LANGAN** [46] - 3:18, 15:24, 16:4, 16:9, 16:15, 16:19, 21:5, 21:7, 21:15, 21:18, 22:3, 22:17, 24:9, 24:12, 25:16, 26:10, 32:24, 33:2, 33:10, 33:19, 34:10, 35:12, 35:18, 37:17, 37:19, 37:23, 38:3, 38:9, 38:16, 39:2, 40:15, 40:19, 40:23, 41:2, 41:19, 46:7, 46:16, 47:14, 47:16, 47:21, 49:16, 49:25, 50:3, 55:4, 57:5, 57:7
**Langan's** [2] - 34:20, 47:3
**language** [2] - 40:10, 43:12
**large** [3] - 18:8, 19:17, 50:25
**largely** [1] - 51:18
**LASALLE** [1] - 3:19
**LASER** [1] - 8:9
**laser** [1] - 12:13
**last** [9] - 13:20, 15:22, 18:5, 30:7, 38:12, 42:20, 43:24, 44:22, 46:9
**late** [2] - 18:19, 56:9
**LATER................... [1] - 9:13
**LATHAM** [1] - 7:3
**LAW** [2] - 1:23, 7:6
**Leach** [1] - 38:5
**Leach's** [1] - 38:7
**LEACH.....................
....................... [1] - 9:23
**lead** [5] - 32:7, 37:16, 43:20, 51:7, 52:12
**leaking** [1] - 21:4
**LEAKING** [1] - 9:6
**learned** [1] - 42:13
**least** [4] - 25:11, 41:2, 42:20, 46:14
**leave** [1] - 38:19
**LEE** [1] - 6:23
**length** [1] - 43:25
**less** [2] - 14:19, 17:19
**LETTER** [1] - 9:11
**letter** [6] - 17:3, 18:23, 21:18, 26:4, 34:15, 34:17
**levee** [1] - 13:7

**LEVIN** [1] - 2:6
**LEWIS** [3] - 3:13, 4:18, 6:6
**liability** [1] - 25:8
**liaison** [3] - 54:2, 54:17, 57:3
**LIAISON** [1] - 1:17
**life** - 34:8
**light** [1] - 29:15
**likely** [1] - 14:13
**limine** [2] - 54:12, 54:14
**LIMINE** [1] - 10:20
**limited** [1] - 23:13
**LIMITED** [1] - 3:12
**limits** [1] - 43:11
**line** [2] - 14:15, 55:5
**lingering** [1] - 40:14
**linkup** [1] - 37:9
**LISKOW** [1] - 3:13
**list** [13] - 16:15, 33:6, 38:19, 44:15, 44:18, 46:9, 46:19, 47:7, 47:25, 48:2, 50:12, 50:20
**lists** [6] - 44:17, 46:8, 49:8, 50:13, 50:21, 53:16
**LISTS**......................
........ [1] - 10:15
**litigation** [3] - 29:8, 34:22, 36:2
**live** [2] - 27:17, 53:16
**LLC** [4] - 4:8, 5:21, 6:12, 6:12
**location** [1] - 13:18
**log** [2] - 27:23, 29:7
**logical** [1] - 51:23
**logistically** [1] - 19:22
**logistics** [2] - 33:23, 53:13
**London** [3] - 33:5, 33:22, 34:9
**look** [7] - 12:22, 16:22, 23:8, 28:15, 31:22, 45:9, 50:6
**looked** [3] - 21:21, 26:18, 26:19
**looking** [14] - 11:18, 17:22, 18:6, 26:21, 31:7, 37:4, 37:7, 39:1, 42:1, 45:5, 46:21, 54:6, 54:8, 56:19
**looks** [3] - 20:16, 32:4, 32:24
**loud** [2] - 17:8, 51:22
**LOUISIANA** [4] - 1:1, 1:7, 3:3, 6:8
**Louisiana** [6] - 21:12,

34:18, 43:2, 43:3, 57:16, 57:17
**LOUISIANA**..............
................. [1] - 9:9
**low** [1] - 52:21
**lower** [1] - 31:10
**LP** [1] - 5:13
**LUXTON** [1] - 6:7

**M**

**Macondo** [1] - 39:20
**MAGISTRATE** [1] - 1:13
**Mai** [1] - 22:8
**MAIL** [1] - 10:3
**mail** [5] - 29:15, 40:16, 40:25, 41:12, 41:16
**major** [1] - 18:12
**MAJOR** [1] - 5:5
**managed** [2] - 20:3, 50:14
**management** [2] - 25:3, 25:5
**MANAGEMENT** [1] - 6:11
**MANGES** [1] - 6:15
**march** [1] - 44:5
**March** [1] - 54:9
**MARINE** [3] - 6:12, 6:13, 6:14
**Marine** [1] - 24:22
**Mark** [3] - 56:1, 56:2, 56:23
**MARK** [1] - 3:18
**mark** [1] - 19:9
**MARK**............... [1] - 9:1
**MARTINEZ** [1] - 5:4
**Marty** [1] - 28:13
**MASTER** [1] - 8:7
**master** [1] - 12:7
**matter** [1] - 57:20
**maze** [2] - 44:2, 55:7
**Maze** [2] - 34:16, 54:20
**MAZE** [18] - 2:22, 31:15, 32:10, 36:23, 37:2, 37:12, 42:13, 42:16, 44:9, 44:11, 44:14, 44:22, 45:23, 45:25, 54:20, 55:1, 55:16, 55:23
**MCCUTCHEN** [1] - 5:17
**McKay** [5] - 34:13, 34:14, 34:16, 35:23, 36:1
**McKay's** [1] - 35:24

**MCKAY**......................
........................ [1] - 9:21
**McLeod** [1] - 28:13
**MDL** [1] - 7:6
**mean** [3] - 35:19, 48:15, 49:3
**means** [2] - 14:17, 50:21
**measure** [1] - 47:16
**measures** [1] - 18:3
**MEASURES** [1] - 8:21
**MECHANICAL** [1] - 7:14
**medical** [4] - 23:11, 23:20, 23:22, 24:5
**meet** [2] - 18:15, 18:24
**MEET** [1] - 8:23
**meeting** [1] - 43:8
**mention** [1] - 15:15
**mentioned** [2] - 13:7, 46:8
**Merit** [1] - 57:15
**message** [2] - 51:21, 53:1
**MEXICO** [1] - 1:5
**MI** [1] - 6:6
**mic** [1] - 27:20
**MICHAEL** [1] - 2:12
**might** [4] - 22:24, 27:5, 41:12, 41:14
**Mike** [4] - 13:20, 14:3, 20:18, 46:23
**Mike's** [1] - 35:17
**miles** [1] - 55:15
**MILLER** [19] - 4:10, 26:21, 27:15, 27:19, 27:22, 28:8, 28:12, 28:14, 28:17, 29:14, 37:6, 38:5, 38:10, 38:12, 38:17, 38:25, 39:8, 54:4, 54:6
**MILLION** [1] - 9:1
**million** [4] - 14:24, 15:3, 19:9, 20:20
**minute** [1] - 53:6
**minutes** [15] - 30:21, 30:24, 31:5, 31:9, 31:21, 31:22, 32:1, 32:2, 32:6, 32:11, 32:14, 32:16, 57:3
**minutes'** [1] - 24:14
**missed** [3] - 18:12, 30:15, 54:18
**missing** [2] - 45:12, 54:11
**MITCHELL** [1] - 2:6
**MITHOFF** [1] - 7:6
**mode** [1] - 41:16
**MOEX** [3] - 5:21,

27:24, 28:10
**moment** [1] - 56:4
**Monday** [6] - 18:6, 21:13, 21:15, 21:16, 29:25, 30:5
**money** [2] - 14:19, 42:16
**monitoring** [3] - 23:11, 23:20, 24:5
**MONTGOMERY** [1] - 2:23
**monthly** [1] - 52:4
**months** [1] - 20:21
**MOORE** [4] - 4:3, 28:18, 29:11, 29:17
**Moore** [1] - 28:18
**moot** [1] - 24:7
**MORGAN** [1] - 6:6
**Morgan** [1] - 42:18
**MORGAN**.................
................ [1] - 10:7
**morning** [6] - 12:17, 12:18, 15:20, 16:2, 44:1, 55:25
**morning's** [1] - 54:21
**most** [2] - 55:7, 55:14
**motion** [6] - 16:24, 17:14, 21:13, 54:12, 54:13, 54:14
**MOTION** [4] - 8:15, 8:18, 9:10, 10:20
**motions** [1] - 21:8
**move** [2] - 15:15, 19:22
**moved** [1] - 13:12
**MOVING** [1] - 8:10
**moving** [3] - 13:5, 16:20, 19:1
**MR** [180] - 9:18, 9:20, 10:4, 10:6, 11:14, 11:16, 11:19, 11:20, 12:15, 12:18, 12:24, 13:2, 13:19, 14:1, 14:4, 15:5, 15:24, 16:4, 16:9, 16:15, 16:19, 17:8, 20:18, 21:5, 21:7, 21:15, 21:18, 21:23, 22:2, 22:3, 22:5, 22:10, 22:17, 23:9, 23:25, 24:2, 24:9, 24:12, 24:21, 25:13, 25:16, 25:20, 26:8, 26:10, 26:15, 26:21, 27:15, 27:19, 27:22, 28:8, 28:12, 28:14, 28:17, 28:18, 29:11, 29:14, 29:17, 29:23, 30:2, 30:14, 30:19, 31:2,

31:8, 31:15, 31:17, 31:20, 31:23, 32:10, 32:14, 32:15, 32:17, 32:22, 32:24, 33:2, 33:10, 33:19, 34:3, 34:5, 34:10, 35:12, 35:18, 36:4, 36:9, 36:13, 36:20, 36:23, 37:2, 37:6, 37:12, 37:15, 37:17, 37:19, 37:23, 38:3, 38:5, 38:9, 38:10, 38:12, 38:16, 38:17, 38:25, 39:2, 39:8, 39:17, 40:3, 40:9, 40:15, 40:19, 40:23, 41:2, 41:3, 41:6, 41:10, 41:14, 41:17, 41:19, 41:25, 42:3, 42:5, 42:7, 42:11, 42:13, 42:16, 42:19, 42:21, 42:24, 43:3, 43:7, 43:15, 43:23, 44:9, 44:11, 44:14, 44:16, 44:22, 45:3, 45:6, 45:10, 45:15, 45:23, 45:24, 45:25, 46:7, 46:16, 46:20, 46:23, 47:14, 47:16, 47:21, 47:24, 48:4, 48:11, 49:11, 49:16, 49:17, 49:23, 49:25, 50:3, 50:4, 50:5, 50:9, 51:2, 51:21, 52:25, 53:5, 53:8, 53:11, 53:25, 54:4, 54:6, 54:20, 55:1, 55:4, 55:6, 55:16, 55:23, 55:25, 56:3, 57:5, 57:7
**MS** [26] - 11:9, 11:11, 11:24, 17:2, 17:7, 17:9, 17:11, 17:13, 19:4, 19:8, 20:24, 27:1, 30:6, 30:13, 32:5, 38:1, 38:21, 39:9, 39:21, 40:11, 52:2, 52:10, 52:13, 52:16, 52:21, 52:23
**music** [2] - 52:14, 53:3

**N**

**N.W** [1] - 3:23
**nailed** [1] - 34:14
**NALCO** [1] - 7:3
**name** [1] - 38:15
**names** [1] - 24:1
**narrow** [2] - 21:8, 49:8
**NASA** [2] - 8:10, 13:6

**nature** [1] - 28:22
**neck** [1] - 45:14
**need** [20] - 25:15, 25:21, 25:25, 28:5, 28:20, 32:8, 35:8, 35:10, 35:18, 35:21, 35:22, 41:5, 43:12, 45:16, 49:4, 49:6, 49:7, 51:20, 53:2, 54:16
**needed** [1] - 52:5
**needs** [2] - 32:7, 35:10
**negative** [1] - 39:23
**negotiate** [1] - 40:6
**negotiated** [3] - 22:19, 28:22, 56:9
**negotiating** [1] - 19:18
**neighborhood** [1] - 49:13
**neon** [1] - 26:13
**never** [1] - 43:1
**New** [6] - 21:3, 38:9, 38:13, 38:16, 38:17, 42:25
**NEW** [14] - 1:7, 1:22, 1:25, 3:5, 3:15, 4:12, 4:24, 5:15, 5:23, 6:4, 6:17, 6:21, 7:12, 9:5
**new** [1] - 48:16
**news** [5] - 19:9, 19:10, 27:23, 40:16, 50:6
**next** [20] - 13:24, 18:6, 18:25, 26:17, 26:22, 27:5, 27:11, 32:25, 33:1, 37:4, 38:5, 39:6, 40:19, 40:23, 41:4, 41:23, 42:18, 45:18, 45:20, 51:25
**Nguyen** [1] - 42:10
**NGUYEN....................
.......................** [1] -
10:6
**nice** [2] - 14:25, 27:12
**night** [2] - 13:20, 15:22
**NIZIALEK** [1] - 5:22
**NO** [2] - 1:6, 10:3
**NOLA** [1] - 38:16
**NOMELLINI** [3] - 3:18, 55:25, 56:3
**Nomellini** [1] - 56:1
**nominate** [1] - 12:10
**nominee** [1] - 12:12
**nominees** [1] - 12:9
**normal** [2] - 34:25, 35:2
**NORTH** [4] - 3:9, 3:9, 3:11, 3:12
**NOT** [2] - 9:6, 10:11
**notation** [1] - 22:13

**note** [1] - 28:19
**noted** [2] - 17:14, 22:15
**nothing** [2] - 15:7, 22:6
**notice** [5] - 11:18, 29:21, 30:8, 30:23, 39:3
**November** [2] - 34:22, 36:6
**NRC** [1] - 53:9
**Number** [1] - 40:14
**NUMBER** [1] - 10:2
**number** [7] - 27:6, 31:10, 48:14, 48:15, 54:8
**numbered** [1] - 57:20
**numbers** [1] - 44:20
**NW** [2] - 4:4, 5:18
**NY** [2] - 6:4, 6:17

## O

**O'Brien's** [1] - 53:8
**O'BRIEN'S** [1] - 6:10
**O'KEEFE** [1] - 1:21
**O'ROURKE** [1] - 2:18
**object** [1] - 38:1
**objection** [1] - 25:19
**objections** [1] - 30:8
**observation** [1] -
14:21
**observations** [1] -
14:10
**observe** [1] - 33:4
**OBSERVED** [1] - 9:4
**observed** [1] - 21:3
**obviously** [4] - 13:12, 17:25, 22:25, 33:5
**October** [13] - 37:8, 37:9, 37:10, 38:7, 38:13, 38:14, 41:20, 42:7, 42:8, 42:11, 42:19, 42:21, 52:3
**OCTOBER** [1] - 10:17
**OF** [18] - 1:1, 1:5, 1:12, 2:11, 2:17, 2:17, 3:3, 8:9, 8:11, 8:17, 8:22, 9:16, 10:9, 10:16, 10:18, 10:21
**OFF.** [1] - 10:3
**offered** [1] - 17:21
**OFFICE** [1] - 2:21
**Office** [1] - 19:21
**office** [3] - 15:10, 33:3, 33:7
**Official** [2] - 57:16, 57:24

**OFFICIAL** [1] - 7:11
**OFFICIALS** [1] - 9:5
**officials** [1] - 21:3
**offline** [1] - 18:9
**OFFLINE** [1] - 8:22
**offshore** [1] - 55:10
**OFFSHORE** [3] - 4:8, 5:21, 6:12
**oil** [6] - 15:18, 21:4, 46:25, 47:2, 47:4, 48:15
**OIL** [2] - 1:4, 1:4
**OIL...** [1] - 9:6
**old** [1] - 28:3
**ON** [2] - 1:5, 8:25
**once** [7] - 12:8, 23:1, 29:14, 31:9, 32:17, 52:11, 53:16
**ONCE** [1] - 8:7
**one** [37] - 13:2, 14:1, 14:10, 17:16, 17:21, 18:1, 18:11, 21:19, 23:4, 23:18, 24:18, 24:25, 25:21, 25:24, 28:1, 28:8, 28:18, 28:19, 33:12, 33:24, 34:7, 34:13, 36:14, 37:7, 37:19, 38:18, 38:19, 38:22, 41:2, 41:3, 47:14, 48:20, 49:13, 53:12, 54:14, 56:15, 56:21
**One** [1] - 26:11
**ONE** [3] - 1:24, 3:14, 7:7
**one-day** [1] - 36:14
**ones** [2] - 47:25, 49:14
**ongoing** [2] - 22:16, 23:7
**operating** [1] - 14:17
**Opportunity** [1] - 24:3
**opportunity** [4] - 14:5, 27:8, 28:24, 36:3
**opposed** [1] - 13:25
**option** [1] - 37:24
**options** [1] - 17:21
**OR** [1] - 8:19
**oranges** [1] - 24:10
**order** [16] - 14:4, 15:11, 15:20, 16:12, 20:22, 24:17, 25:5, 31:17, 34:8, 34:11, 39:14, 43:24, 54:8, 54:21, 54:24, 55:11
**ORDER** [1] - 11:4
**orderly** [1] - 50:18
**orders** [1] - 25:3
**Orleans** [6] - 21:3, 38:9, 38:13, 38:16, 38:17, 42:25

**ORLEANS** [12] - 1:7, 1:22, 1:25, 3:5, 3:15, 4:12, 4:24, 5:15, 5:23, 6:21, 7:12, 9:5
**OTHER** [1] - 8:17
**OUT** [1] - 8:13
**OUTSTANDING** [1] -
8:24
**outstanding** [4] -
17:15, 18:1, 18:8, 18:21
**OVER** [1] - 8:8
**overlap** [1] - 46:18
**overnight** [2] - 16:1, 16:3

## P

**P.O** [1] - 2:19
**PAGE** [2] - 8:3, 9:1
**page** [4] - 19:9, 25:11, 37:8, 38:12
**pages** [1] - 20:20
**Pan** [2] - 33:4, 33:17
**PAPANTONIO** [1] -
2:6
**paper** [1] - 16:2
**papers** [1] - 18:12
**pare** [2] - 49:19, 50:23
**paring** [1] - 49:20
**PARKWAY** [1] - 6:25
**part** [4] - 22:20, 25:9, 36:16, 56:8
**participant** [2] - 53:2, 53:6
**participants** [1] - 11:8
**participate** [2] - 25:1, 25:18
**participating** [1] -
25:19
**particular** [1] - 56:15
**particularly** [2] -
20:16, 35:23
**parties** [19] - 13:2, 13:4, 13:13, 15:5, 18:22, 20:2, 20:5, 29:1, 30:7, 30:16, 31:3, 34:1, 37:24, 41:12, 43:12, 50:11, 50:24, 56:10, 56:18
**partner** [1] - 33:12
**party** [3] - 17:1, 44:3, 52:7
**PARTY...........** [1] -
8:17
**pass** [2] - 31:12, 31:19
**patience** [1] - 15:13
**pay** [1] - 30:11
**PENNSYLVANIA** [1] -

4:4
**PENSACOLA** [1] - 2:8
**people** [10] - 17:5, 23:2, 37:4, 41:8, 46:10, 47:1, 48:19, 48:23, 50:22, 56:19
**Pepper** [2] - 57:14, 57:22, 57:23
**PEPPER** [1] - 7:11
**PERFORMANCE** [1] -
8:21
**performance** [2] -
14:18, 18:3
**performed** [1] - 24:2
**perhaps** [2] - 21:23, 56:5
**period** [1] - 44:5
**permission** [2] -
37:21, 40:16
**person** [3] - 20:19, 24:22, 38:2
**persons** [1] - 39:23
**PETROLEUM** [1] -
5:12
**PHASE** [11] - 8:11, 8:17, 8:24, 8:25, 9:7, 9:16, 10:12, 10:15, 10:18, 10:19, 10:22
**Phase** [35] - 13:25, 14:25, 15:15, 16:21, 17:1, 18:20, 18:21, 19:4, 21:7, 25:10, 25:23, 29:19, 34:23, 35:14, 35:19, 43:18, 43:20, 44:9, 44:10, 44:15, 44:19, 45:14, 46:8, 47:9, 50:10, 50:18, 50:19, 53:14, 53:15, 53:18, 53:19, 56:4, 56:8
**phase** [4] - 22:19, 46:5, 46:15, 53:14
**phased** [1] - 51:17
**phases** [3] - 34:22, 36:25, 53:20
**PHILLIP** [2] - 4:23, 5:22
**phone** [9] - 11:8, 11:13, 12:16, 24:19, 37:9, 41:8, 43:24, 53:2, 53:6
**photographs** [1] -
16:14
**Phyllis** [1] - 42:6
**PHYLLIS** [1] - 10:5
**physically** [1] - 55:10
**PI** [3] - 23:11, 23:20, 24:6
**PIGMAN** [1] - 4:22
**pike** [2] - 22:11, 22:12

PILLSBURY [1] - 6:3
pipe [1] - 52:20
piped [1] - 53:3
pipeline [1] - 19:10
pitch [1] - 14:5
PITTMAN [1] - 6:3
PLACE [2] - 1:24, 6:20
plaintiffs [4] - 23:9, 24:15, 25:13, 32:4
PLAINTIFFS [1] - 1:23
PLAINTIFFS' [1] - 1:16
planning [3] - 39:12, 43:8, 54:7
pleading [1] - 25:9
plus [1] - 32:21
podium [2] - 42:13, 47:22
point [16] - 13:2, 14:22, 24:7, 29:1, 30:2, 35:6, 35:13, 35:17, 40:3, 41:10, 49:17, 49:19, 50:16, 53:15, 55:19
pointed [1] - 27:17
political [1] - 48:21
POLK [1] - 5:13
poor [2] - 14:7, 14:8
position [1] - 25:21
positively [2] - 51:12
possibility [1] - 18:11
possible [3] - 32:6, 50:23, 56:22
Post [1] - 21:1
POST [1] - 9:2
potentially [1] - 13:5
POYDRAS [5] - 3:14, 4:11, 5:15, 5:23, 7:12
prefer [1] - 23:17
preference [2] - 13:5, 23:1, 23:23
premarked [2] - 33:11, 33:15
prepare [1] - 31:6
prepared [3] - 13:19, 13:21, 30:5
preparing [2] - 43:20, 49:5
present [3] - 23:15, 28:5, 40:7
presenting [1] - 38:23
preservation [2] - 12:5, 13:1
President [1] - 19:21
press [1] - 15:25
pressed [1] - 36:13
presumably [1] - 26:19

pretrial [2] - 24:17, 54:8
pretty [1] - 21:21
priorities [1] - 20:6
prioritize [1] - 51:14
problem [5] - 22:4, 23:14, 26:16, 29:2, 45:10
problems [1] - 30:8
proceed [1] - 51:18
proceeding [1] - 22:21
proceedings [2] - 57:8, 57:19
PROCEEDINGS [3] - 1:12, 7:14, 11:1
process [5] - 12:5, 13:14, 18:16, 23:12, 50:18
PROCESS [1] - 8:23
PROCTOR [1] - 2:7
produce [1] - 39:12
PRODUCED [1] - 7:15
produced [5] - 20:20, 30:9, 43:11, 56:7, 56:22
PRODUCED.............. ............ [1] - 10:11
production [1] - 43:9
PRODUCTION [4] - 3:8, 3:11, 9:1, 10:9
PRODUCTS [1] - 3:12
program [9] - 18:3, 24:3, 25:7, 39:7, 39:10, 39:13, 39:16, 39:18, 39:25
PROGRAM................ .......... [1] - 8:21
PROGRAM................ .................... [1] - 10:1
progress [5] - 28:25, 47:18, 47:19, 50:7, 56:4
promises [1] - 16:16
prompted [2] - 15:21, 48:3
promptly [1] - 12:21
properly [1] - 30:3
proposal [1] - 18:10
propose [1] - 19:23
proposed [2] - 12:19
propound [1] - 50:25
protocol [1] - 12:19
proud [1] - 42:15
prove [2] - 39:23, 40:4
provide [1] - 56:12
PSC [6] - 16:13, 22:19, 22:21, 24:13, 34:6, 34:15, 43:21, 44:12, 44:17, 46:1, 46:20, 51:3, 56:9,

56:14
PSC'S [1] - 10:13
PSC's [2] - 44:7, 46:19
public [4] - 14:18, 16:5, 48:13
pulled [1] - 20:25
purposes [1] - 43:9
PURPOSES [1] - 10:9
pushing [1] - 41:17
put [6] - 11:12, 24:4, 25:23, 27:13, 35:5, 41:16
putting [1] - 47:8

Q

quality [1] - 55:12
quantification [3] - 48:9, 48:11, 49:7
QUESTION [1] - 8:22
questionnaire [2] - 25:3, 25:4
questions [11] - 23:3, 23:16, 24:14, 25:5, 25:7, 25:8, 25:15, 25:23, 26:2, 41:23, 53:19
quick [1] - 26:4
quickly [1] - 56:22
Quip [1] - 35:20
QUIP [1] - 6:23
quite [4] - 15:12, 30:21, 56:13, 56:17

R

RACHEL [1] - 4:15
Rachel [1] - 27:2, 39:8, 39:9
radar [1] - 53:13
RAFFERTY [1] - 2:7
raise [4] - 20:5, 41:7, 54:1, 57:2
raised [1] - 25:2
raising [1] - 53:23
rankings [1] - 51:24
rather [2] - 18:20, 50:18
RE [1] - 1:4
reach [1] - 49:18
reaction [2] - 34:20, 51:16
read [2] - 16:2, 54:21
reader [1] - 47:21
readily [1] - 55:9
ready [4] - 37:1, 44:16, 44:19, 51:5
realize [1] - 33:22

really [14] - 13:14, 18:20, 19:8, 25:14, 28:1, 29:8, 32:8, 32:18, 34:8, 46:19, 52:17, 55:16, 56:19
Realtime [2] - 57:14, 57:23
REALTIME [1] - 7:11
reason [1] - 53:4
reasonable [4] - 26:5, 30:2, 30:4, 48:4
reasons [2] - 15:7, 35:11
received [1] - 56:13
recently [2] - 12:19, 43:9
reconsider [2] - 35:6, 53:3
record [5] - 29:6, 29:10, 43:14, 57:19
RECORDED [1] - 7:14
records [2] - 23:22, 39:24
red [1] - 52:8
ree [1] - 42:23
Ree [2] - 42:24, 43:4
ree-chard [1] - 42:23
Ree-chard [2] - 42:24, 43:4
reflects [2] - 16:10, 46:11
regard [5] - 30:16, 30:17, 30:19, 34:13, 34:15
regarding [1] - 54:21
Registered [1] - 57:14
relate [2] - 23:16
related [3] - 18:13, 21:19, 22:22
RELATES [1] - 1:9
relates [1] - 18:20
relationship [1] - 25:8
release [1] - 15:25
remaining [1] - 56:21
remember [1] - 55:8
reminder [1] - 12:9
RENAISSANCE [1] - 5:5
RENEE [1] - 4:23
reply [2] - 21:15, 21:16
REPORT [1] - 8:25
report [15] - 12:13, 13:1, 13:18, 16:10, 16:25, 19:4, 20:2, 20:12, 27:23, 30:12, 38:12, 40:13, 50:8, 56:3, 56:23
reported [1] - 16:1
REPORTER [2] - 7:11, 7:11

Reporter [6] - 57:14, 57:15, 57:16, 57:23, 57:24
REPORTER'S [1] - 57:12
reports [2] - 15:18, 48:13
represented [1] - 38:22
representing [1] - 24:22
request [6] - 15:17, 18:22, 26:1, 40:5, 40:15, 46:2
REQUEST [1] - 8:13
requested [2] - 36:10, 37:14
requests [5] - 27:6, 43:21, 44:4, 54:23, 54:25
resolution [1] - 29:8
resolve [1] - 17:15
respect [6] - 15:9, 17:13, 18:16, 18:23, 20:5, 47:6
RESPECT [1] - 8:23
respectfully [2] - 22:2, 49:12
respond [3] - 21:23, 26:20, 27:4
responder [3] - 22:23, 23:2, 23:14
responders [3] - 24:13, 24:19, 53:9
responding [1] - 18:2
RESPONSE [1] - 6:10
Response [1] - 24:22
response [8] - 15:9, 17:3, 21:12, 21:14, 26:18, 27:10, 27:14, 44:5
responses [2] - 22:7, 51:1
responsibilities [1] - 25:6
rest [2] - 17:22, 20:6
RETAINED [1] - 10:10
retained [1] - 43:11
retirement [1] - 42:16
RETURNED [1] - 9:3
returned [1] - 21:1
review [2] - 19:20, 26:20
reviewing [1] - 46:13
revised [3] - 29:21, 30:8, 54:9
revisionist [1] - 50:1
Richard [3] - 42:20, 42:21, 43:6
RICHARD.................

......................... [1] - 10:8
**RICHESON** [1] - 5:14
**Rick** [1] - 42:18
**RICK** [1] - 10:7
**RIG** [1] - 1:4
**rig** [1] - 17:23
**rights** [1] - 48:20
**risk** [1] - 40:2
**river** [2] - 13:6, 13:9
**RMR** [2] - 7:11, 57:23
**road** [1] - 37:23
**roads** [1] - 13:8
**Rob** [4] - 12:15, 12:25, 14:6, 55:5
**ROBERT** [1] - 3:22
**ROBERTS** [1] - 4:14
**role** [1] - 12:11
**rolling** [2] - 27:6, 44:20
**RONQUILLO** [2] - 5:3, 5:8
**ROOM** [2] - 2:14, 7:12
**room** [3] - 20:16, 52:6
**root** [1] - 30:18
**ROV** [8] - 8:13, 15:17, 15:22, 54:21, 55:3, 55:7, 55:12, 55:14
**ROV** ........................
................... [1] - 10:21
**ROY** [2] - 1:17, 1:17
**Roy** [1] - 16:16
**Rule** [2] - 14:13, 26:12
**rule** [8] - 23:4, 23:18, 24:17, 24:25, 25:25, 40:16, 41:1, 46:15
**ruled** [1] - 33:24
**run** [2] - 40:1, 53:4
**running** [1] - 19:13
**rush** [1] - 36:6
**RUSNAK** [1] - 2:3
**RYAN** [1] - 3:19

**S**

**s/Cathy** [1] - 57:22
**safe** [1] - 14:24
**safety** [1] - 15:7
**sailed** [1] - 15:22
**SALLY** [1] - 1:12
**sampling** [1] - 55:18
**SAN** [1] - 2:14
**sanctioned** [1] - 16:11
**Sarah** [9] - 11:8, 11:22, 16:25, 17:4, 17:12, 20:15, 20:19, 20:23, 43:19
**SARAH** [1] - 2:13
**saw** [2] - 44:22, 48:1

**SAYS** [1] - 9:2
**SCAN** [1] - 8:9
**scan** [1] - 12:13
**scene** [1] - 21:2
**SCENE** [1] - 9:3
**schedule** [2] - 20:4, 36:25, 54:9
**scheduled** [2] - 18:24, 26:1
**scheduling** [3] - 51:6, 51:10, 51:25
**SCHEDULING** [1] - 10:16
**SCHELL** [1] - 5:13
**SCOTT** [1] - 2:18
**scream** [1] - 3:22
**SEACOR** [6] - 6:11, 6:12, 6:12, 6:13, 6:13, 6:14
**search** [10] - 17:24, 18:16, 19:18, 26:17, 27:3, 56:8, 56:12, 56:14
**SEARCH** [2] - 8:23, 9:14
**searches** [1] - 19:14
**seat** [1] - 11:7
**second** [4] - 14:2, 14:21, 17:4, 53:12
**seconds** [2] - 26:14, 47:22
**Secretary** [3] - 48:2, 48:19, 48:20
**SECTION** [1] - 2:17
**see** [20] - 12:3, 15:2, 15:20, 21:16, 22:7, 22:11, 34:20, 37:3, 45:4, 47:24, 50:13, 52:7, 53:3, 54:2, 54:11, 54:12, 54:13, 57:3
**seem** [1] - 15:12
**selected** [1] - 24:4
**send** [8] - 15:17, 28:7, 28:8, 28:9, 28:15, 28:17, 29:15, 52:10
**SEND** [1] - 8:13
**sending** [2] - 12:20, 16:3
**sense** [3] - 23:5, 23:6, 56:23
**sensibly** [1] - 46:5
**sent** [1] - 18:23
**separate** [3] - 35:12, 54:12, 54:14
**September** [10] - 18:13, 19:2, 20:2, 27:12, 27:14, 33:20, 34:10, 36:7, 45:9, 50:17

**serious** [1] - 46:18
**serve** [1] - 12:12
**served** [2] - 30:3, 30:7
**serves** [1] - 34:15
**services** [1] - 24:3
**SERVICES** [1] - 5:3
**set** [3] - 28:5, 29:25, 43:20
**settlement** [1] - 28:23
**seven** [1] - 51:14
**SEVERAL** [1] - 9:12
**several** [2] - 22:14, 31:4
**share** [2] - 28:24, 50:20
**shared** [1] - 46:12
**sharing** [1] - 14:6
**SHARING** .................
........................... [1] - 8:12
**Shaw** [2] - 41:19, 41:20
**SHAW** [1] - 6:3
**SHAW** ........................
........................... [1] - 10:4
**sheen** [1] - 15:18
**SHELL** [1] - 3:14
**shelters** [1] - 15:1
**SHUSHAN** [1] - 1:12
**sic** [1] - 36:16
**side** [5] - 13:6, 18:15, 29:2, 44:3, 48:11
**SIEGEN** [1] - 4:23
**SIEMENS** [1] - 6:15
**sign** [1] - 26:11
**signed** [3] - 27:24, 38:6, 46:14
**significantly** [1] - 49:2
**simple** [1] - 15:12
**single** [2] - 27:7, 46:21
**sit** [1] - 20:1
**site** [2] - 15:17, 15:19
**SITE** ...........................
........................... [1] - 8:14
**sitting** [1] - 41:21
**six** [2] - 22:20, 24:2
**slight** [2] - 43:25, 49:25
**slue** [1] - 56:13
**SMARTPHONES** [1] - 10:3
**smartphones** [1] - 41:16
**solution** [1] - 18:10
**SOME** [1] - 10:18
**someone** [1] - 38:21
**sometime** [1] - 40:19
**sometimes** [1] - 31:24

**soon** [1] - 38:19
**sorry** [5] - 11:24, 17:17, 38:22, 49:17, 53:11
**sort** [1] - 13:9
**sound** [1] - 25:14
**sounded** [1] - 16:9
**sounds** [3] - 12:1, 21:25, 25:14
**source** [3] - 48:8, 48:17, 49:2
**SOUTH** [2] - 2:8, 7:4
**speaking** [1] - 47:19
**speaks** [1] - 34:16
**specifically** [1] - 14:22
**spending** [1] - 42:24
**SPILL** [1] - 1:4
**spill** [1] - 46:25
**Spill** [1] - 24:22
**square** [1] - 52:9
**SQUARE** [1] - 3:14
**ST** [2] - 6:20, 6:21
**stack** [2] - 12:14, 56:16
**STACK** ........................
. [1] - 8:9
**stand** [2] - 14:6, 14:15
**standard** [4] - 35:10, 35:13, 35:15
**standpoint** [2] - 13:16, 55:12
**start** [12] - 12:4, 19:8, 29:19, 45:7, 45:11, 45:12, 46:14, 51:6, 51:9, 51:15, 52:5
**start-up** [1] - 29:19
**started** [3] - 24:23, 26:21, 43:18
**starts** [3] - 25:24, 33:6, 49:20
**STATE** [2] - 2:21, 3:3
**State** [3] - 34:17, 34:18, 57:15
**statement** [3] - 16:5, 43:14, 54:25
**STATES** [4] - 1:1, 1:13, 2:16, 10:13
**states** [9] - 16:13, 32:2, 32:11, 43:21, 44:7, 45:17, 45:25, 46:17, 54:20
**States** [8] - 16:24, 18:18, 18:22, 32:3, 44:8, 57:16, 57:24
**STATES** ....................
...................... [1] - 10:14
**STATES** ....................
...................... [1] - 8:16
**status** [3] - 13:1, 20:1,

44:6
**STATUS** [1] - 1:12
**stay** [2] - 34:19, 36:15
**STEFANIE** [1] - 5:5
**Stelly** [2] - 42:6, 42:9
**STELLY** [1] - 42:9
**STELLY** ....................
...................... [1] - 10:5
**STENOGRAPHY** [1] - 7:14
**step** [2] - 22:18, 47:10
**STEPHEN** [1] - 1:21
**Sterbcow's** [2] - 33:2, 33:7
**Steve** [8] - 23:8, 23:9, 23:24, 25:12, 25:13, 34:10, 38:22, 38:23
**STEVEN** [3] - 2:18, 4:14, 6:7
**Steven** [1] - 48:2
**STICK** [1] - 10:16
**Stick** [4] - 52:1, 52:3, 52:5, 52:19
**sticking** [1] - 48:14
**still** [5] - 27:25, 33:20, 36:15, 46:13, 55:5
**stipulate** [1] - 39:21
**stipulation** [2] - 39:17, 40:6
**STONE** [1] - 4:22
**stored** [1] - 55:8
**STRADLEY** [1] - 7:7
**STREET** [16] - 1:18, 1:25, 2:8, 3:5, 3:14, 3:23, 4:11, 4:15, 4:24, 5:6, 5:15, 5:18, 5:23, 6:8, 7:8, 7:12
**striving** [1] - 19:23
**studies** [1] - 48:16
**study** [1] - 27:8
**subject** [1] - 46:7
**submission** [2] - 16:23, 18:18
**submit** [1] - 17:3
**substitute** [1] - 16:17
**sufficient** [1] - 43:14
**suggest** [6] - 41:11, 42:7, 42:8, 42:11, 42:21, 48:25
**suggested** [2] - 44:2, 49:13
**suggestion** [2] - 20:17, 42:19
**SUITE** [11] - 1:25, 2:8, 3:15, 4:15, 4:19, 5:6, 5:9, 5:15, 5:23, 6:8, 7:4
**supervision** [1] - 17:25

**supposed** [2] - 23:12, 37:20
**supposition** [1] - 48:5
**surveys** [1] - 19:16
**SUTHERLAND** [1] - 4:14
**swell** [1] - 46:19
**SWIZZLE** [1] - 10:16
**Swizzle** [4] - 52:1, 52:3, 52:5, 52:19
**system** [1] - 19:12

**T**

**tab** [1] - 41:4
**Tai** [1] - 22:8
**TAKES** [1] - 8:8
**TAKING** [1] - 9:12
**target** [1] - 12:23
**TARTER** [1] - 6:7
**team** [1] - 30:23
**technical** [1] - 14:10
**telephone** [1] - 37:11
**temporary** [1] - 12:6
**ten** [4] - 32:21, 51:5, 51:8, 51:13
**tender** [1] - 48:25
**terms** [10] - 18:16, 19:18, 26:18, 27:3, 49:4, 56:9, 56:12, 56:14
**TERMS..** [1] - 8:23
**TERMS.....................
.......... [1] - 9:14
**terrific** [2] - 17:12, 52:8
**TESSIER** [1] - 5:21
**test** [1] - 11:22
**testing** [4] - 13:1, 14:25, 15:6, 55:2
**TEXAS** [1] - 6:25
**Texas** [1] - 43:1
**THAT** [2] - 9:3, 9:6
**THE** [196] - 1:4, 1:5, 1:12, 1:16, 1:23, 2:11, 2:16, 3:3, 8:6, 8:7, 8:8, 8:9, 8:10, 8:13, 8:15, 8:19, 8:22, 9:1, 9:2, 9:3, 9:4, 9:6, 9:13, 10:13, 10:14, 10:16, 10:18, 10:21, 11:7, 11:10, 11:12, 11:15, 11:18, 11:21, 11:25, 12:17, 12:23, 12:25, 13:17, 13:23, 14:3, 15:4, 15:14, 16:2, 16:8, 16:11, 16:13, 16:17, 16:20, 17:4, 17:10,

17:12, 19:3, 19:6, 20:15, 20:22, 20:25, 21:6, 21:10, 21:16, 21:21, 21:25, 22:7, 22:11, 23:6, 23:24, 24:1, 24:11, 24:19, 25:11, 25:17, 26:3, 26:13, 26:16, 26:24, 27:8, 27:16, 27:20, 28:7, 28:11, 28:13, 28:15, 29:5, 29:13, 29:16, 29:18, 30:1, 30:11, 30:18, 31:1, 31:7, 31:12, 31:18, 31:22, 31:25, 32:9, 32:13, 32:16, 32:20, 32:23, 33:1, 33:8, 33:14, 34:2, 34:4, 34:12, 35:8, 35:15, 35:22, 36:5, 36:12, 36:18, 36:21, 36:24, 37:3, 37:10, 37:13, 37:16, 37:18, 37:22, 38:4, 38:8, 38:11, 38:14, 38:24, 39:1, 39:5, 39:14, 40:6, 40:12, 40:18, 40:22, 40:25, 41:5, 41:8, 41:13, 41:15, 41:22, 42:1, 42:4, 42:6, 42:9, 42:12, 42:15, 42:17, 42:20, 42:23, 43:1, 43:5, 43:8, 43:16, 44:6, 44:10, 44:12, 44:25, 45:4, 45:7, 45:11, 45:22, 46:4, 46:15, 46:18, 47:12, 47:15, 47:19, 48:1, 48:10, 49:9, 49:22, 50:2, 50:6, 50:14, 51:12, 51:23, 52:8, 52:12, 52:15, 52:19, 52:22, 53:2, 53:6, 53:10, 53:22, 54:1, 54:5, 54:16, 54:23, 55:5, 55:21, 55:24, 56:2, 56:23, 57:6
**themselves** [1] - 24:16
**THEY** [1] - 8:19
**thinking** [4] - 43:18, 45:18, 45:19, 45:24
**THIS** [1] - 1:9
**THOMAS** [2] - 2:6, 7:3
**Thorseth** [2] - 33:19, 34:7
**THORSETH.............
............................. [1]
 - 9:19
**three** [16] - 17:14,

18:12, 22:14, 24:3, 24:4, 24:25, 25:19, 26:4, 30:23, 30:24, 36:14, 36:15, 36:16, 36:19, 36:22, 46:15
**THREE** [1] - 9:12
**three-phase** [1] - 46:15
**THROUGH** [1] - 9:5
**Thursday** [2] - 27:14, 52:3
**THURSDAY** [1] - 10:16
**timing** [1] - 55:17
**TIMS** [2] - 8:19, 17:17
**tired** [1] - 20:9
**TO** [14] - 1:9, 8:7, 8:13, 8:15, 8:18, 8:19, 8:23, 9:3, 9:10, 10:13, 11:4
**today** [4] - 12:20, 21:14, 41:21, 53:16
**together** [3] - 27:11, 30:7, 41:4
**Tony** [6] - 21:23, 29:23, 41:6, 41:8, 41:10, 43:23
**took** [4] - 18:18, 43:15, 49:14, 50:11
**top** [6] - 16:15, 51:5, 51:7, 51:13, 56:16
**TOPIC** [1] - 10:2
**topic** [1] - 34:13
**Topic** [2] - 40:14, 41:18
**topics** [3] - 44:23, 45:1, 46:11
**TORTS** [1] - 2:12
**total** [1] - 30:20
**totally** [1] - 35:19
**touch** [1] - 33:2
**touching** [1] - 41:10
**towards** [1] - 51:9
**TOWER** [1] - 5:5
**track** [1] - 46:5
**tragedy** [1] - 33:21
**training** [3] - 22:25, 24:15, 25:5
**transcript** [1] - 57:18
**TRANSCRIPT** [2] - 1:12, 7:14
**transmitted** [1] - 55:9
**TRANSOCEAN** [4] - 4:7, 4:8, 4:9, 9:14
**Transocean** [10] - 21:13, 26:17, 27:2, 27:24, 28:9, 30:14, 38:1, 38:6, 39:9, 40:7
**Transocean's** [1] -

21:13
**TRANSOCEAN..........
............ [1] - 9:10
**treasury** [2] - 14:14, 14:20
**trial** [7] - 25:10, 40:1, 43:8, 49:5, 53:14, 53:20, 54:7
**tried** [1] - 17:18
**trio** [1] - 52:17
**trouble** [3] - 22:9, 41:12, 41:14
**true** [4] - 14:8, 31:24, 49:9, 57:18
**try** [13] - 17:22, 18:19, 18:25, 20:10, 29:6, 39:3, 45:17, 49:1, 50:12, 52:24, 53:24, 56:18, 56:20
**trying** [8] - 20:6, 26:23, 47:4, 47:5, 48:12, 54:6
**Tuesday** [4] - 16:23, 18:6, 21:24, 22:3
**turn** [1] - 41:16
**TURN** [1] - 10:3
**turning** [1] - 38:12
**two** [10] - 17:21, 30:20, 33:5, 34:21, 34:25, 36:1, 36:15, 36:25, 44:4, 53:9
**two-day** [4] - 34:21, 34:25, 36:1, 36:25
**two-hour** [1] - 36:15
**TX** [7] - 2:4, 4:16, 4:20, 5:6, 5:10, 6:8, 7:8
**type** [1] - 25:7

**U**

**U.S** [3] - 2:11, 2:17, 6:19
**under** [5] - 16:23, 17:25, 25:6, 29:9, 51:18
**Underhill** [4] - 13:20, 20:18, 46:16, 46:23
**UNDERHILL** [11] - 2:12, 14:1, 14:4, 15:5, 20:18, 46:23, 47:24, 48:4, 48:11, 50:5, 50:9
**Underhill's** [1] - 47:17
**underneath** [1] - 38:6
**understood** [2] - 29:11, 44:18
**underway** [1] - 50:17
**underwriters** [3] -

28:1, 28:11, 28:12
**unexpectedly** [1] - 19:17
**United** [8] - 16:24, 18:18, 18:22, 32:3, 44:8, 57:16, 57:24
**UNITED** [5] - 1:1, 1:13, 2:16, 8:16, 10:14
**unless** [2] - 25:23, 49:20
**up** [36] - 11:13, 11:20, 11:24, 13:24, 14:7, 17:5, 18:7, 19:13, 20:25, 21:11, 24:4, 26:17, 27:5, 28:5, 29:19, 29:20, 33:23, 34:4, 34:12, 36:16, 37:4, 39:8, 41:8, 41:24, 42:4, 42:18, 46:9, 47:14, 48:14, 51:24, 52:1, 53:4, 53:6, 55:18, 56:11, 56:16
**update** [2] - 39:7, 53:24
**urge** [1] - 35:7
**useful** [1] - 17:20

**V**

**vacuum** [1] - 47:20
**valid** [1] - 35:17
**various** [1] - 30:16
**verbal** [1] - 15:19
**versus** [1] - 21:19
**Vessel** [1] - 24:3
**via** [1] - 37:8
**video** [9] - 15:23, 16:13, 21:3, 33:4, 37:8, 37:10, 37:20, 54:21, 55:17
**VIDEO** [2] - 9:5, 10:21
**view** [2] - 30:22, 51:9
**views** [1] - 53:21
**violate** [1] - 40:16
**violation** [1] - 40:25
**volume** [5] - 11:13, 11:25, 17:6, 19:17, 52:21
**VOO** [1] - 9:13
**VoO** [6] - 22:15, 22:19, 22:22, 23:4, 24:15, 25:7

**W**

**WACKER** [1] - 7:4
**wait** [4] - 19:5, 29:14, 51:10, 55:10

**waiting** [1] - 33:11
**waive** [2] - 24:25, 25:24
**Waiving** [1] - 26:11
**waiving** [1] - 48:20
**WALKER** [1] - 6:19
**WALTHER** [1] - 4:22
**WANT** [1] - 10:3
**wants** [7] - 33:16, 34:25, 35:8, 35:10, 44:3, 54:1, 55:7
**WARE** [1] - 6:23
**WARREN** [1] - 5:18
**Washington** [1] - 21:1
**WASHINGTON** [5] - 2:19, 3:23, 4:4, 5:19, 9:2
**watch** [2] - 16:16, 33:16
**water** [1] - 13:10
**WATKINS** [1] - 7:3
**ways** [2] - 56:5, 56:20
**weather** [1] - 13:17
**WEATHERFORD** [1] - 6:19
**Weatherford** [2] - 35:9, 35:20
**week** [16] - 18:7, 18:25, 28:3, 28:4, 34:9, 40:23, 41:11, 43:24, 45:18, 45:20, 45:21, 46:9
**week's** [1] - 38:12
**weekend** [1] - 40:23
**weeks** [3] - 44:4, 51:4, 56:11
**WEIGEL** [4] - 24:21, 25:20, 26:8, 26:15
**Weigel** [2] - 24:21, 26:10
**WEIL** [1] - 6:15
**WEINER** [1] - 5:14
**welcome** [6] - 26:16, 29:18, 30:13, 32:20, 36:21, 36:24
**WELL** [3] - 8:14, 9:6, 10:1
**wellhead** [2] - 16:6, 21:2
**WELLHEAD** [1] - 9:4
**WENDY** [1] - 6:24
**WHAT** [1] - 8:19
**WHEREUPON** [1] - 57:8
**WHITELEY** [1] - 3:3
**whittle** [2] - 48:6, 49:1
**whole** [2] - 40:3, 41:11
**WILL** [2] - 10:11, 10:18
**WILLIAM** [2] - 6:20,

7:7
**Williams** [2] - 34:5, 51:2
**WILLIAMSON** [16] - 2:3, 2:3, 34:3, 34:5, 44:16, 45:3, 45:6, 45:10, 45:15, 45:24, 49:11, 49:17, 49:23, 50:4, 51:2, 51:21
**Williamson** [2] - 16:17, 44:16
**willing** [4] - 22:5, 23:10, 24:7, 32:3
**willingness** [1] - 12:12
**wine** [1] - 52:6
**winnow** [1] - 56:25
**WINTHROP** [1] - 6:3
**wish** [1] - 20:7
**wishes** [1] - 15:7
**WITH** [3] - 8:23, 9:9, 9:12
**WITHIN** [1] - 8:10
**witness** [9] - 33:5, 39:13, 40:20, 44:15, 44:17, 44:18, 50:20, 50:21, 53:16
**WITNESSES** [2] - 9:13, 10:18
**witnesses** [10] - 22:15, 22:22, 23:24, 26:5, 42:2, 44:22, 46:21, 48:8, 48:17, 53:14
**WITTMANN** [2] - 4:22, 4:23
**WOODWAY** [1] - 4:19
**word** [2] - 23:19
**words** [2] - 23:1, 29:6
**workers** [1] - 24:2
**works** [1] - 42:8
**world** [2] - 20:19, 47:17
**WORLDWIDE** [1] - 6:13
**worth** [2] - 24:14, 41:14
**WOULD** [1] - 8:6
**wrap** [1] - 18:7
**WRIGHT** [1] - 1:17
**write** [1] - 26:4
**written** [10] - 22:20, 43:18, 44:4, 45:13, 45:15, 45:19, 45:25, 50:17, 50:24, 51:17
**WRITTEN** [1] - 10:12

# X

**XX** [1] - 34:23

# Y

**yesterday** [6] - 15:16, 15:19, 18:4, 25:21, 34:14, 43:25
**YOAKUM** [1] - 2:4
**YORK** [3] - 5:9, 6:4, 6:17
**YOU** [1] - 10:3
**YOUR** [1] - 10:3
**yourself** [1] - 32:20