## UNITED STATES DISTRICT OF COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL No. 2179 SECTION: J JUDGE BARBIER |
| Applies to: All Cases  2:10-cv-02771 | § § § § | MAG. JUDGE SHUSHAN |

### ORDER GRANTING HALLIBURTON ENERGY SERVICES INC.'S OPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED CROSS-CLAIM

On this day the Court heard and considered Halliburton Energy Services, Inc.'s Opposed Motion for Leave to file its Second Amended Cross-Claim. The Court after reviewing the Motion, finds that good cause has been shown, and that Halliburton Energy Services, Inc.'s Motion should be and is in all things GRANTED.

IT IS HEREBY ORDERED that Halliburton Energy Services, Inc. is permitted to file its Second Amended Cross-Claim attached to its Motion as Exhibit A, which is deemed filed on September 1, 2011, the date which Halliburton Energy Services, Inc. sought leave and filed its Motion.

SIGNED on the ____ day of _____, 2011.

_____
JUDGE PRESIDING