## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Regarding Allocation of Costs for Preservation of the BOP]**

At the August 19, 2011 working group conference, the Court reported that its review of the communications concerning the preservation of the BOP revealed that: (1) the U.S., BP and Anadarko committed to sharing the preservation cost for the "brains" (the pods) of the BOP; (2) BP and Anadarko committed to sharing the preservation cost for the LMRP and other large pieces; and (3) the U.S., BP and the PSC committed to sharing the preservation cost for the capping stack. Rec. doc. 3786.

At the conferences on August 19 and 26, the U.S. argued that it should not be required to bear any of the preservation costs going forward. BP objected to the position of the U.S. For the reasons cited by the U.S. at the August 26 conference, it will not be required to bear any of preservation costs going forward. BP and Anadarko shall bear the costs of the preservation of the BOP, including the "brains." If capping stack pieces are not returned to Transocean as it requests, BP and the PSC shall bear the costs of the preservation of the capping stack. This is without prejudice to the right of these parties to seek to tax these costs at the conclusion of the proceeding.

If any party requests access to these parts during their preservation, the Court shall determine what portion, if any, of the preservation costs shall be borne by the party requesting access to the BOP parts or capping stack.

New Orleans, Louisiana, this 2nd day of September, 2011.

                                           **SALLY SHUSHAN**
                                           **United States Magistrate Judge**