UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179  SECTION: J |
| Applies to: *All cases* | * * * * * | JUDGE BARBIER  MAGISTRATE JUDGE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

**IT IS ORDERED** that oral argument is **SET** for **Friday, September 16, 2011**, before Judge Barbier in Courtroom C268, for the following Motions:

Group 1: BP Parties' Motion for Judgment on the Pleadings in the Insurance Actions (Rec. Doc. 3211).
  Total Argument time for Group 1: 30 minutes
  Movants: 15 minutes
  Respondents: 15 minutes

Group 2: Multiple Motions to Dismiss the First Amended Complaints of the States of Louisiana and Alabama (Rec Docs. 2630, 2631, 2637, 2638, 2639, 2642, 2644, 2645, 2646, 2647, 2649, 2651, 2653, 2655, 2656).
  Total Argument time for Group 2: 30 minutes
  Movants: 15 minutes
  Respondents: 15 minutes

Arguments will immediately follow the Status Conference scheduled for 9:30 a.m. This Order supercedes any previous scheduling order respecting oral arguments on these Motions.

New Orleans, Louisiana, this 2nd Day of September, 2011.

_____
UNITED STATES DISTRICT JUDGE