## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179 |
| | SECTION "J" |
| APPLIES TO:  11-274 c/w 11-275 | JUDGE BARBIER |
| | MAGISTRATE SHUSHAN |

### MOEX OFFSHORE 2007 LLC'S *EX PARTE* MOTION TO SUPPORT THE BP PARTIES' MOTION FOR JUDGMENT ON THE PLEADINGS IN THE INSURANCE ACTIONS

NOW INTO COURT, comes MOEX Offshore 2007 LLC ("Offshore"), and respectfully files this *Ex Parte* Motion to Support the BP Parties' Motion for Judgment on the Pleadings in the Insurance Action (docket no. 3211), as well as the BP Parties' Memorandum in Support of Motion for Judgment on Pleadings (docket no. 3211-1) and the BP Parties' Consolidated Reply in Support of the Motion for Judgment on the Pleadings (docket no. 3881-1).  This motion has been consented to by all parties of right hereto.

WHEREFORE, Offshore prays that this Honorable Court permit it to support the BP Parties' Motion for Judgment on the Pleadings in the Insurance Actions, the arguments made in support thereof, and the relief requested therein.

Respectfully submitted,

Dated: September 2, 2011  PILLSBURY WINTHROP SHAW PITTMAN LLP

*s/Vincent E. Morgan*
Vincent E. Morgan
Texas Bar No. 24027529
Southern District of Texas ID 30181
909 Fannin, Suite 2000
Houston, Texas  77010
Telephone: 713.276.7600
Facsimile: 713.276.7676
vince.morgan@pillsburylaw.com

Peter M. Gillon
District of Columbia Bar No. 384995
Geoffrey J. Greeves, T.A.
District of Columbia Bar No. 463035
James P. Bobotek
District of Columbia Bar No. 458375
2300 N Street, NW
Washington, DC  20037-1122
Telephone: 202.663.8000
Facsimile: 202.663.8007
peter.gillon@pillsburylaw.com
Geoffrey.greeves@pillsburylaw.com
james.bobotek@pillsburylaw.com


CARVER, DARDEN, KORETZKY, TESSIER,
FINN, BLOSSMAN & AREAUX, LLC

*/s/ Philip D. Nizialek*
Philip D. Nizialek (La. Bar No. 24180)
1100 Poydras Street, Suite 3100
New Orleans, LA 70163
Telephone: (504) 585-3800
Fax: (504) 585-3801

*Counsel for MOEX Offshore 2007 LLC*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 2nd day of September, 2011.

*/s/ Philip D. Nizialek*
Philip D. Nizialek

4845-0218-3434, v. 1