UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010<br><br>APPLIES TO:  11-274 c/w 11-275 | MDL NO. 2179<br><br>SECTION "J"<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

## ORDER

**CONSIDERING** MOEX Offshore 2007 LLC has moved this Honorable Court to permit it support to the BP Parties' Motion for Judgment on the Pleadings in the Insurance Actions (Doc. 3211), as well as the accompanying memorandum in support (Doc. 3211-1), advancing the BP Partiers' arguments;

**IT IS HEREBY ORDERED** that MOEX Offshore 2007 LLC's *Ex Parte* Motion to Support the BP Partiers' Motion for Judgment on the Pleadings in the Insurance Actions is hereby **GRANTED.**

New Orleans, Louisiana, this ___ day of _____, 2011.

                                                                                                   _____
                                                                                                            CARL J. BARBIER
                                                                         UNITED STATES DISTRICT JUDGE

4845-6929-2298, v. 1