

SUTHERLAND ASBILL & BRENNAN LLP
First City Tower
1001 Fannin, Suite 3700
Houston, TX 77002-6760
713.470.6100  Fax 713.654.1301
www.sutherland.com

**CARTER L. WILLIAMS**
DIRECT LINE: 713.470.6126
E-mail: carter.williams@sutherland.com

August 30, 2011

<u>VIA E-MAIL</u>

Mr. J. Andrew Langan
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654

   Re: Search Terms and Custodians in *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, MDL No. 2179

Dear Andy:

   Pursuant to the August 19, 2011 conference and Judge Shushan's August 22, 2011 Order, we have promptly reviewed your August 25, 2011 letter and attachment. We have no issue with the additional custodians suggested by the BP Parties or with the majority of your suggestions regarding additional search terms. In fact, there are only a few searches that have returned an unwieldy number of documents, which are discussed in more detail below. We propose to meet-and-confer at your convenience to reach agreement regarding further refinements to those search parameters. We respond to the additional issues raised in your August 25 letter below.

   A. **Additional Custodians Requested by the BP Parties.**

   First, we confirm that Transocean has searched for responsive documents in the existing and available files of all crew members of the *Deepwater Horizon*, including Jason Anderson, Douglas Brown, Micah Burgess, David Hackney, Jimmy Harrell, James "Owen" McWhorter, Ray "Jay" Odenwald, Dewey Revette, and Michael Williams.[1] Second, Transocean agrees to

---

[1] As explained in my August 23 letter, the *Deepwater Horizon*'s Microsoft Exchange server is no longer accessible to Transocean. Specifically, it is believed to have been destroyed by the explosions, fire, and subsequent sinking of the rig. Although Transocean has been unable to collect data directly from this server, Transocean has searched for and produced responsive documents from each of the twenty-five position-based email accounts shared by crew members of the *Deepwater Horizon* collected from the most recent monthly back-up tape of this server. Transocean has also searched for the recipient(s)' copy of emails from rig-based accounts by restoring and searching all email on the April, May, and June 2010 back-up tapes of the Houston Exchange servers. It is nevertheless possible that some data stored only on the rig-based Exchange server no longer exists in any form. Similarly, many paper files maintained on the rig were lost during the April 20, 2010 incident. In addition, certain crew members are adverse and have been unavailable to Transocean in this litigation. In such cases, and as noted in our custodial certifications,

search the files of each of the additional custodians requested in your August 25 letter. Specifically, Transocean will search the files of the following custodians:

- Van Williams;
- Rick Rogers;
- Robert "Bob" McKechnie;
- Robert L. "Bob" Long;
- James "Jim" Brekke;
- Graham Parks;
- Ron Swan.

**B.      Additional Searches Requested by the BP Parties.**

We appreciate your efforts to identify appropriate search parameters for use in locating documents responsive to the BP Parties' requests. With the limited exceptions noted below, we have refined our original parameters to incorporate your suggestions:

- RFP nos. 45 - 48 of BP's First Set of Requests: Without using a date limitation, the proposed search string [(horizon or dwh) and ("firefighting" or (fire* w/10 equipment))] returns nearly 200,000 hits. With the date limitation 4-20-05 to present, the search still returns more than 150,000 documents. We propose to meet-and-confer at your convenience to discuss further limitations to reduce the hit count to a more manageable number.

- RFP nos. 49 - 51 of BP's First Set of Requests: Without using a date limitation, the proposed search string [(horizon or dwh) and ((maintain* or maintenance or inspect*) w/ 10 (generator* or engine)][2] returns more than 1.1 million hits. With the date limitation 4-20-05 to present, the search still returns nearly 1 million hits. We propose to meet-and-confer at your convenience to discuss further limitations to reduce the hit count to a more manageable number.

- RFP no. 106 of BP's First Set of Requests: The proposed search string [(horizon or dwh or Macondo or "MC 252" or MC252) and (incident or blowout or explosion or fire or accident or disaster or investigat* or "well control event") and greater than or

---

Transocean has not searched for or produced responsive documents, if any, that are beyond the possession, custody, or control of Transocean.

[2] The attachment to your August 25 letter proposed the following search string: (horizon or dwh) and (maintain! or maintenance or inspect!) w/ 10 (generator* engine). Please let us know if we have incorrectly assumed that the final portion of this search should include "or" between "generator*" and "engine."

equal to April 20, 2010] returns nearly 250,000 hits. We propose to meet-and-confer at your convenience to discuss further limitations to reduce the hit count to a more manageable number.

- RFP no. 119 of BP's First Set of Requests: Without using a date limitation, the proposed search string [(Gas w/10 riser) and (Train* or polic* or practice* or procedur* or standard* or requirement* or protocol* or handbook or manual)] returns more than 150,000 hits. With the date limitation 4-20-05 to present, the search still returns nearly 120,000 documents. We propose to meet-and-confer at your convenience to discuss further limitations to reduce the hit count to a more manageable number.

- RFP no. 5 of BP's Second Set of Requests: Without using a date limitation, the proposed search string [(dwh or horizon) w/25 (schem* or diagram* or drawing* or blueprint* or specification*)] returns nearly 150,000 hits. With the date limitation 4-20-05 to present, the search still returns nearly 110,000 documents. We propose to meet-and-confer at your convenience to discuss further limitations to reduce the hit count to a more manageable number.

- RFP no. 6 of BP's Second Set of Requests: Without using a date limitation, the proposed search string ["MC 252" or MC252 or Macondo] returns more than 140,000 hits. With the date limitation 4-20-05 to present, the search still returns more than 139,000 documents. We propose to meet-and-confer at your convenience to discuss further limitations to reduce the hit count to a more manageable number.

- RFP no. 18 of BP's Second Set of Requests: The proposed search string [(dwh or horizon) and (safety or emergency) w/25 (drill or plan or practice* or procedur* or protocol* or polic* or standard* or handbook or manual or guide*) and date 1/1/2009 – 4/20/2010] returns nearly 135,000 hits. We propose to meet-and-confer at your convenience to discuss further limitations to reduce the hit count to a more manageable number.

- RFP no. 105 of BP's Second Set of Requests: Without using a date limitation, the proposed search string [(dwh or horizon) and (degass* or mgs or (mud w/3 gas w/3 separator))] returns more than 140,000 hits. With the date limitation 4-20-05 to present, the search still returns more than 120,000 documents. We propose to meet-and-confer at your convenience to discuss further limitations to reduce the hit count to a more manageable number.

Additionally, Transocean agrees to run the search strings [("DWH" OR "Horizon") and (pod* w/5 leak)] and [("DWH" OR "Horizon") and (((("BOP" or "blowout preventer") w/5 pod*) w/5 leak*) or (("BOP" or "blowout preventer") w/5 batter*))] without date limitations, as

requested in your August 25 letter. However, without a date limitation, the proposed search string [(horizon or dwh) and (((fire or gas) w/10 detect*) w/10 (system* or alarm*))) or ((horizon or dwh) and ((emergency w/3 disconnect) or eds) or ((emergency w/3 shutdown) or esd))] returns more than 275,000 hits. With the date limitation 4-20-05 to the present, the search string still returns more than 230,000 hits. We propose to meet-and-confer at your convenience to discuss further limitations to reduce the hit count to a more manageable number.

I can also confirm that although inadvertently not listed in Attachment C to my August 23 letter, Transocean has conducted the searches referenced in my July 27 letter regarding the "bladder effect" or "annular compression" and that a number of non-privileged responsive documents containing one or more of these search terms have been produced. Any additional non-privileged responsive documents will be produced in our continuing rolling production in response to the BP Parties' requests. We are also continuing to search for documents responsive to RFP nos. 100 and 101 of the BP Parties' First Requests for Production. Your suggested search terms returned a reasonable number of hits, which are being reviewed.

Please feel free to call me if you have any questions.

Sincerely,

Carter L. Williams

cc:   The Honorable Sally Shushan
      Mike O'Keefe
      Plaintiffs Liaison Counsel
      Defense Liaison Counsel
      Mike Underhill
      Hon. Attorney General Luther Strange
      Corey Maze
      James P. Roy
      Stephen J. Herman
      Robert Cunningham
      Anthony Irpino