**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * * * * * | MDL NO. 2179<br><br>SECTION "J"<br><br>JUDGE CARL J. BARBIER<br><br>MAG. JUDGE SALLY SHUSHAN |

*********************************************************************************

## ORDER

Considering the above and foregoing Final Motion of Dismissal;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that all matters in this controversy related to Gulf Coast Claims Facility claims filed by the following Plaintiffs against any party including but not limited to, all British Petroleum entities, all Trans Ocean entities, and all other Defendants listed on Attachment "A" to the *Gulf Coast Claims Facility Release and Covenant Not to Sue* are hereby dismissed in their entirety, without full prejudice, each party to bear its own costs.

| Document No. | Case No. | Plaintiff |
|---|---|---|
| 1. 69790 | 2:10-cv-08888-CJB-SS | Steve Gundlach |

1

2.  66912      2:10-cv-08888-CJB-SS      Jared Gros

3.  65890      2:10-cv-08888-CJB-SS      Nathan Braud

4.  72024      2:10-cv-08888-CJB-SS      Jasmine Cafe

5.  71619      2:10-cv-08888-CJB-SS      John White

6.  57609      2:10-cv-08888-CJB-SS      Robert Diaz

7.  66060      2:10-cv-08888-CJB-SS      Elfoudil Mandi

8.  46990      2:10-cv-08888-CJB-SS      Shiv Lodging, LLC

9.  57306      2:10-cv-08888-CJB-SS      Cubs Motel Corporation

10. 66004      2:10-cv-08888-CJB-SS      Cubs Motel Corporation

11. 46514      2:10-cv-08888-CJB-SS      Andras Welders, LLC

12. 66020      2:10-cv-08888-CJB-SS      Joseph Natal

13. 66023      2:10-cv-08888-CJB-SS      Joseph Natal

14. 70207      2:10-cv-08888-CJB-SS      DC Concrete, LLC

15. 46540      2:10-cv-08888-CJB-SS      Dale Naquin

16. 51695      2:10-cv-08888-CJB-SS      Crescent Coating & Services, Inc

17. 46527      2:10-cv-08888-CJB-SS      Guffey's Sports Tavern

18. 57310      2:10-cv-08888-CJB-SS      Tony Kummet

19. 69093      2:10-cv-08888-CJB-SS      Norma Stoddard

20. 65908      2:10-cv-08888-CJB-SS      Orlando Alvarado Building Contractors

**SIGNED IN NEW ORLEANS, LOUISIANA**, this ___ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE