UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

ORDER

[Regarding BP's Motion to Compel Discovery from Anadarko[1]]

BP's motion to compel discovery from Anadarko raises two issues. Anadarko opposes the motion (Rec. doc. 3912). BP submitted a reply dated September 2, 2011.

Anadarko U.S. Offshore.

Kerr-McGee Oil & Gas Corporation is subsidiary of Anadarko. It is now called Anadarko US Offshore. A month before the Deepwater Horizon incident, Anadarko described Kerr-McGee as leading the way in deepwater Gulf of Mexico platforms. BP contends that information on the practices and procedures of the Kerr-McGee wells is relevant to the industry standard of care. There is no evidence that BP has sought this information from non-parties with deepwater drilling operations in the Gulf of Mexico. BP responds that it is unfair to make it obtain discovery from non-parties before it is obtained from a party.

Assuming that the Gulf of Mexico drilling operations of parties other than BP are relevant to establish an industry standard of care, BP should have sought this information from Anadarko as well as non-parties well before the conclusion of Phase One discovery. BP's request for the information is not timely. Assuming it was timely, the Court agrees with Anadarko's arguments that

---

[1] Not yet docketed.

the information sought from Anadarko U.S. Offshore (Kerr-McGee) is not relevant to the parties' claims and defenses. It is not necessary to consider the other arguments raised by the parties. BP's motion to compel production of the Anadarko U.S. Offshore (Kerr-McGee) information is denied.

<u>Custodian Metadata</u>.

Anadarko concedes that PTO 16 regarding production of documents and electronic data (Rec. doc. 686) requires that the custodian metadata be produced. Although PTO 16 was entered on November 8, 2010, Anadarko has not raised an issue about its ability to comply with the order until now. The parties present conflicting arguments on the burden imposed on Anadarko to produce the custodian metadata. Even if it is as onerous as described by Anadarko, it must comply with PTO 16 and produce the custodian metadata.

BP's motion to compel production of the custodian metadata is granted. Anadarko shall produce the information as promptly as possible.

IT IS ORDERED that BP's motion to compel discovery is GRANTED in PART and DENIED in PART as provided herein. **Any appeal of this order must be filed no later than noon on Monday, September 19, 2011.**

New Orleans, Louisiana, this 6th day of September, 2011.

                                                **SALLY SHUSHAN**
                                                **United States Magistrate Judge**