UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON"  IN THE GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 2179  SECTION "J"  JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: | * * | MAG. JUDGE SHUSHAN |
| Case No.:  2:10-cv-08888, [Rec. Doc. 72876]; 2:10-cv-02771 | * * | |

*******************************************************************************************

## MOTION TO WITHDRAW AS COUNSEL

The law firm of Diliberto & Kirin hereby files its Motion to Withdraw as counsel for the following Plaintiffs.

| Document No. | Case No. | Plaintiff |
|---|---|---|
| 1. 66047 | 2:10-cv-08888-CJB-SS | La Quinta Inn #6114 DBA Four Star Hospitality |
| 2. 46539 | 2:10-cv-08888-CJB-SS | NAJD Hospitality, LLC DBA Super 8 |
| 3. 80905 | 2:10-cv-08888-CJB-SS | Wharton Inn, LLC DBA Starland Motel |
| 4. 47067 | 2:10-cv-08888-CJB-SS | Sejal Corporation DBA MS Food Store |

1

| | | | |
|---|---|---|---|
| 5. | 66779 | 2:10-cv-08888-CJB-SS | Baldev Patel |
| 6. | 47000 | 2:10-cv-08888-CJB-SS | Shubham, LLC., DBA Red Carpet Inn |
| 7. | 46524 | 2:10-cv-08888-CJB-SS | JSM, Inc., DBA Passport Inn |
| 8. | 57198 | 2:10-cv-08888-CJB-SS | VNPS, Inc. |
| 9. | 65976 | 2:10-cv-08888-CJB-SS | JNML Enterprises LP DBA Thirst Night Club |
| 10. | 57223 | 2:10-cv-08888-CJB-SS | RKMI, Inc. |
| 11. | 64978 | 2:10-cv-08888-CJB-SS | Bay Cottages |
| 12. | 51903 | 2:10-cv-08888-CJB-SS | Earth Grocery #1 DBA Texas Travel Plaza |
| 13. | 51992 | 2:10-cv-08888-CJB-SS | K Singh Enterprises Inc. |
| 14. | 45643 | 2:10-cv-08888-CJB-SS | Saurav Investment Group, Inc. |

In support thereof, Movants would show:

On August 10, 2011, Plaintiffs informed the law firm of Diliberto & Kirin in writing that they no longer desired this law firm to represent them.

Under the circumstances, it is requested that the law firm of Diliberto & Kirin be granted to leave to withdraw as counsel for Plaintiffs.

This motion is made in good faith and will not prejudice any party. Indeed, because Plaintiffs made the decision to end the representation, neither will suffer any prejudice if the law firm of Diliberto & Kirin withdraws from this case.

WHEREFORE, the law firm of Diliberto & Kirin requests this Honorable Court to allow it to withdraw as counsel of record for the Plaintiff in the above captioned case.

Respectfully submitted,

_____
Diliberto & Kirin, LLC
Attorneys for Plaintiffs
3636 S I-10 Service Rd. W., Ste 210
Metairie, LA 70001


By _____
   Robert Diliberto
   TX Bar No. 24039822

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that the above and foregoing Motion to Withdraw as Counsel has been filed electronically with the Clerk of Court using the CM/ECF system and served on all counsel of record through Lexis Nexis File & Serve, electronic mail, facsimile, and/or U.S. Mail. Further, this is to certify that a true and correct copy of the foregoing instrument has been served via U.S. Mail, postage prepaid and properly addressed, on the others listed below on this 29th day of August, 2011.

           Diliberto & Kirin, LLC
           Attorneys for Plaintiffs
           3636 S I-10 Service Rd. W., Ste. 210
           Metairie, LA 70001
           504-828-1600

           By _____
              Robert J. Diliberto
              TX Bar No.