**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, on APRIL 20, 2010 | * * * * | MDL NO. 2179 SECTION "J" |
| | * | JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: | * * | MAG. JUDGE SHUSHAN |
| Case No.: 2:10-cv-08888, [Rec. Doc. 72876]; 2:10-cv-02771 | * * | |

**************************************************************************************

## ORDER GRANTING MOTION TO WITHDRAW

THIS CAUSE came before the Court upon the law firm of Diliberto & Kirin's Motion to Withdraw. The Court having read and considered argument of counsel and being otherwise fully apprised on all premises, hereby ORDERS AND ADJUDGES as follows:

Diliberto & Kirin, LLC's Motion to Withdraw is hereby **GRANTED**.

Until alternative counsel files an appearance on the following Plaintiffs' behalf all correspondence and pleadings for the Plaintiff shall be mailed to: Diliberto & Kirin, LLC, 3636 S I-10 Service Rd. W., Ste. 210, Metairie, LA 70001.

1

| Document No. | Case No. | Plaintiff |
|---|---|---|
| 1. 66047 | 2:10-cv-08888-CJB-SS | La Quinta Inn #6114 DBA Four Star Hospitality |
| 2. 46539 | 2:10-cv-08888-CJB-SS | NAJD Hospitality, LLC DBA Super 8 |
| 3. 80905 | 2:10-cv-08888-CJB-SS | Wharton Inn, LLC DBA Starland Motel |
| 4. 47067 | 2:10-cv-08888-CJB-SS | Sejal Corporation DBA MS Food Store |
| 5. 66779 | 2:10-cv-08888-CJB-SS | Baldev Patel |
| 6. 47000 | 2:10-cv-08888-CJB-SS | Shubham, LLC., DBA Red Carpet Inn |
| 7. 46524 | 2:10-cv-08888-CJB-SS | JSM, Inc., DBA Passport Inn |
| 8. 57198 | 2:10-cv-08888-CJB-SS | VNPS, Inc. |
| 9. 65976 | 2:10-cv-08888-CJB-SS | JNML Enterprises LP DBA Thirst Night Club |
| 10. 57223 | 2:10-cv-08888-CJB-SS | RKMI, Inc. |
| 11. 64978 | 2:10-cv-08888-CJB-SS | Bay Cottages |
| 12. 51903 | 2:10-cv-08888-CJB-SS | Earth Grocery #1 DBA Texas Travel Plaza |
| 13. 51992 | 2:10-cv-08888-CJB-SS | K Singh Enterprises Inc. |
| 14. 45643 | 2:10-cv-08888-CJB-SS | Saurav Investment Group, Inc. |

DONE AND ORDERED in Chambers, at New Orleans, Louisiana this _____day of _____, 2011.

_____
Honorable Carl J. Barbier
U.S. District Court Judge