UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | * | MASTER DOCKET |
| | * | No. 10-MD-2179 |
| "DEEPWATER HORIZON" in the | * | |
| GULF OF MEXICO, on | * | |
| APRIL 20, 2010 | * | |

THIS DOCUMENT RELATES TO NO. 10-8888, [Rec. Docs. 74588 & 74589]
*********************************************************************

Filed:_____      _____
                                              Deputy Clerk

### EX PARTE MOTION TO ENROLL
### AS COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, come plaintiff, Craig Burkett, who hereby move this Court to enroll ALBERT J. NICAUD (Bar #19261) and JEFFREY M. SIEMSSEN (Bar #31965) of the law firm of Nicaud & Sunseri, L.L.C., as additional counsel of record in the above-captioned matter.

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing EX PARTE MOTION TO ENROLL AS COUNSEL OF RECORD, and the proposed ORDER, have been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the MC/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 1st day of September, 2011.

_____
JEFFREY M. SIEMSSEN