UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | * | MASTER DOCKET |
| | * | No. 10-MD-2179 |
| "DEEPWATER HORIZON" in the | * | |
| GULF OF MEXICO, on | * | |
| APRIL 20, 2010 | * | |

THIS DOCUMENT RELATES TO NO. 10-8888, [Rec. Docs. 74588 & 74589]
*********************************************************************

Filed:_____      _____
                                                Deputy Clerk

### ORDER

Considering the EX PARTE MOTION TO ENROLL AS COUNSEL OF RECORD filed herein,

**IT IS ORDERED** that ALBERT J. NICAUD (Bar #19261) and JEFFREY M. SIEMSSEN (Bar #31965) of the law firm of Nicaud & Sunseri, L.L.C. be enrolled as counsel of record for Plaintiff in these proceedings.

New Orleans, Louisiana, this _____ day of _____, 2011.

                                    _____
                                    UNITED STATES DISTRICT JUDGE