UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| In Re: | Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL No. 2179 |
| | | | SECTION: J |
| **This Document Relates to No. 11-1136** | | * * | Judge Barbier Mag. Judge Wilkinson |

### DEFENDANTS DAVID B. GORNEY'S AND JIMMY M. PODARAS' MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)

Defendants, David B. Gorney and Jimmy M. Podaras, move this Honorable Court, pursuant to Federal Rule of Civil Procedure 12(b)(6), to dismiss plaintiff ART Catering, Inc.'s ("Plaintiff") claims against them with prejudice.

Plaintiff has sued Mr. Gorney and Mr. Podaras exclusively in their capacity as corporate employees of defendant Marsh USA, Inc., seeking damages for the alleged failure to procure sufficient insurance coverage for Plaintiff. Because there are no claims in this lawsuit for bodily injury, Plaintiff's claims against Mr. Gorney and Mr. Podaras are barred under the Fifth Circuit's clear holdings in *Kling Realty Co., Inc. v. Chevron USA, Inc.*, 575 F.3d 510 (5th Cir. 2009), and *Unimobil 84, Inc. v. Spurney*, 797 F.2d 214 (5th Cir. 1986), as well as numerous decisions from the Eastern District of Louisiana following these Fifth Circuit cases. Accordingly, Plaintiff has

1712661-1

failed to state a claim upon which relief can be granted against Mr. Gorney or Mr. Podaras, and all claims against them should be dismissed with prejudice.

**WHEREFORE**, defendants, David B. Gorney and Jimmy M. Podaras, pray that this Honorable Court grant their Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) and dismiss all claims against them with prejudice.

Respectfully submitted,

_____
William F. Grace, Jr., T.A. (#6199)
Philip R. Sims (#27644)
**CHAFFE McCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone: (504) 585-7000
Facsimile: (504) 585-7075
*Attorneys for Marsh USA, Inc., David B. Gorney and Jimmy M. Podaras*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6TH day of September, 2011, a copy of the foregoing has been filed with the United States District Court for the Eastern District of Louisiana by electronic case filing. All counsel of record are being served with this filing by either the court's electronic filing system or by telefaxing and/or U.S. Mail.

_____

1712661-1

2