MDL 2179
Report on US Response to Discovery as of 9/6/2011
Attachment 1 -- List of Discovery Requests

| No | Discovery Request | Response(s) | Notes |
|----|-------------------|-------------|-------|
| 1 | Plaintiffs' Omnibus Discovery Requests on all Defendants (Oct. 20, 2010) (Docket No. 510-1) | Federal Defendants' Response to Plaintiffs' Omnibus Discovery Request (Nov. 15, 2010) (LexisNexis No. 34360174) | At the time responses to these discovery requests were due, the United States was a defendant in in the cases styled Gulf Restoration Network v. Salazar, case no. 10-1497 (E.D. La.), and Gulf Restoration Network v. Department of Interior, case no. 10-1630 (E.D. La.).  Those cases were severed from the multi-district litigation on INSERT DATE.  Therefore, the United States' obligations with respect to these discovery requests are concluded. |
| 2 | Transocean's First Requests for Production to the United States of America (Dec. 22, 2010) (LexisNexis No. 35001633) | United States' Response to Transocean's First Request for Production (Feb. 14, 2011) (LexisNexis No. 35932567) | The United States has completed its response to this discovery request and Transocean has raised no concerns regarding the adequacy of this response. Therefore, these requests will not be discussed further in this status report. |
| 3 | BP Exploration & Production Inc.'s First Set of Discovery Requests to the United States of America (Apr. 7, 2011) (LexisNexis No. 36926983) | United States' Initial Response to BP Exploration & Production Inc.'s First Set of Discovery Requests to the United States of America (May 19, 2011) (LexisNexis No. 37701481); United States' Response To BP Exploration & Production Inc.'s First Set of Requests for Admission to the United States Of America (Jun. 07, 2011) (LexisNexis No. 38013663); United States' Third Response to BP Exploration & Production Inc.'s First Set of Discovery Requests to the United States of America (Jun. 20, 2011) (LexisNexis No. 38249297) | |
| 4 | BP Exploration & Production Inc.'s Second Set of Discovery Requests to the United States of America (Apr. 26, 2011) (LexisNexis No. 37258289) | United States' Initial Response to BP Exploration & Production Inc.'s Second Set of Discovery Requests to the United States of America (Jun. 20, 2011) (LexisNexis No. 38249297); United States' Second Response to BP Exploration & Production Inc.'s Second Set of Discovery Requests to the United States of America (Aug. 29, 2011) (LexisNexis No. 39546467) | |

MDL 2179
Report on US Response to Discovery as of 9/6/2011
Attachment 1 -- List of Discovery Requests

| No | Discovery Request | Response(s) | Notes |
|---|---|---|---|
| 5 | BP Exploration & Production Inc.'s Third Set of Discovery Requests to the United States of America (Apr. 29, 2011) (Lexis Nexis No. 37333520) | United States' Initial Response to BP Exploration & Production Inc.'s Third Set of Discovery Requests to the United States Of America (Jun. 20, 2011) (LexisNexis No. 38249297) | |
| 6 | Defendant Anadarko E&P Company LP's First Set of Interrogatories and Requests for Production of Documents to Plaintiff the United States of America (Apr. 29, 2011) (LexisNexis No. 37329350) | United States' Initial Response to Defendant Anadarko E&P Company LP's First Set of Interrogatories and Requests for Production of Documents to Plaintiff the United States of America (Jun. 20, 2011) (LexisNexis No. 38249297) | |
| 7 | Defendant Anadarko Petroleum Corporation's First Set of Interrogatories and Requests for Production of Documents to Plaintiff the United States of America (Apr. 29, 2011) (LexisNexis No. 37329350) | United States' Initial Response to Defendant Anadarko Petroleum Corporation's First Set of Interrogatories and Requests for Production of Documents to Plaintiff the United States of America (Jun. 20, 2011) (LexisNexis No. 38249297) | |
| 8 | Defendant MOEX Offshore 2007 LLC's First Set of Interrogatories and Requests for Production of Documents to Plaintiff the United States of America (Apr. 29, 2011) (LexisNexis No. 37333256) | United States' Initial Response to Defendant MOEX Offshore 2007 LLC's First Set of Interrogatories and Requests for Production of Documents to Plaintiff the United States of America (Jun. 20, 2011) (LexisNexis No. 38249297) | |
| 9 | Various Defendants' Second Joint Discovery Requests to Plaintiffs (May 27, 2011) (LexisNexis No. 37854314) | United States of America's Responses to the Applicable Requests Contained within the Various Defendants' Second Joint Discovery Requests to Plaintiffs (Jun. 20, 2011) (LexisNexis No. 38249297) | The Court has already addressed the Anadarko Defendants' challenges to the adequacy of the United States' responses to these Requests for Admission. Therefore, these requests are not addressed further in this status report. |