**BINGHAM**

Tiffany R. Hedgpeth
Direct Phone:  213.680.6442
Direct Fax:     213.830.8642
tiffany.hedgpeth@bingham.com

August 25, 2011

**Via Electronic Mail**

Sarah D. Himmelhoch, Esq.
Senior Attorney
Environmental Enforcement Section
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
sarah.himmelhoch@usdoj.gov

Re:  United States' Responses to Anadarko Petroleum Corporation's
     Phase II Discovery Requests

Dear Sarah:

I write in response to Magistrate Shushan's discussion with counsel on Friday, August 12, 2011, regarding Phase II discovery. On August 12, 2011, Magistrate Shushan clarified that the United States and the other plaintiffs must now respond to defendants' Phase II discovery requests, specifically those requests concerning Source Control and Quantification. During our initial meet and confer with the United States regarding its responses to Anadarko Petroleum Corporation's ("APC") and Anadarko E&P Company LP's ("AE&P") Interrogatories and Requests for Production of Documents ("RFPs"), the United States indicated that it was preserving its objections to APC's and AE&P's discovery requests that it believed to be outside the scope of the Phase I trial, but that the United States was intending to produce documents related to Source Control by August 31, 2011.

We wish to confirm that the United States is still intending to produce all documents related to Source Control by August 31, 2011. We also seek to clarify whether, in light of Magistrate Shushan's discussion, the United States will also be producing all documents related to Quantification by August 31, 2011. If the United States is unable to produce Source Control and/or Quantification documents by August 31, 2011, APC and AE&P request that the United States inform APC and AE&P of this as soon as possible so that we may meet and confer to discuss when such documents will be produced. In addition, we would like to confirm when the United States will supplement its answers to the Interrogatories that address Phase II issues.

I.   **Phase II APC's Interrogatories and RFPs**

We also write to further clarify which Interrogatories and RFPs APC and AE&P believe fall within the scope of Source Control and Quantification, as we did not discuss this in detail during our previous discussions. Based on APC's present understanding of the Court's discussion of Source Control and Quantification, we believe that APC Interrogatory Nos. 12, 13, 14, 18, and APC RFP Nos. 13, 14, 15, 19, 23, and 25 concern Source Control and Quantification. Accordingly, we request that the United States provide complete and

Boston
Frankfurt
Hartford
Hong Kong
London
Los Angeles
New York
Orange County
San Francisco
Santa Monica
Silicon Valley
Tokyo
Washington

Bingham McCutchen LLP
Suite 4400
355 South Grand Avenue
Los Angeles, CA
90071-3106

T +1.213.680.6400
F +1.213.680.6499
bingham.com

A/74488348.1

Sarah D. Himmelhoch, Esq.
August 25, 2011
Page 2

detailed responses to the above-listed Interrogatories and confirm that the documents responsive to these RFPs have been produced or will be produced in accordance with the agreed upon deadline(s). If the United States does not agree that the above-listed Interrogatories and RFPs fall within Source Control and Quantification, APC requests that the United States inform APC so that the parties may meet and confer to discuss this issue.

II.     **United States' Responses to Interrogatory Nos. 12-14 and 18.**

In its initial responses to APC's Interrogatory Nos. 12-14 and 18, the United States simply objected and referred APC to documents already produced. As we discussed during our meet and confers concerning Phase I discovery, APC does not believe the United States' reference to documents already produced is an appropriate response to an Interrogatory. As these Phase II Interrogatories are now at issue, APC requests that the United States amend its responses to Interrogatory Nos. 12-14 and 18 to provide the specific information requested by APC or an appropriate basis and justification for invoking Rule 33(d). If the United States is unwilling to amend its responses, please let us know so that we may attempt to meet and confer with the United States regarding this issue.

III.    **United States' Phase II Search Terms (BP RFPs)**

In addition, we have reviewed the search terms for the BP RFPs to which APC was directed in response to APC's RFP Nos. 13, 14, 15, 19, 23, and 25. We believe that the search terms for BP RFP No. 80, which the United States has referenced in response to APC RFP No. 13, will capture the documents sought in that request. However, as discussed in detail below, APC has concerns regarding the remaining RFPs.

   a.    APC RFP Nos. 14, 23, and 25.

First, APC's RFP Nos. 14, 23, and 25 request communications related to the identification and estimates of "hydrocarbons (other than oil)" or "oil and other hydrocarbons" released from the *Deepwater Horizon* and/or Macondo Well. In response, the United States directs APC to BP RFP Nos. 80-86. The search terms provided for BP RFP Nos. 81-85 simply incorporate the search terms provided for BP RFP No. 80. While it appears that this search term string would capture a number of responsive documents, the string fails to include the terms "oil" and "hydrocarbon." In addition, the search terms for BP RFP No. 86 appear to be too limited to produce documents responsive to APC's inquiries regarding the type and volume of hydrocarbons discharged.[1] Please let us know whether the United States is

---

[1] The search terms for BP RFP No. 86 are: ("DWH" OR "Deepwater Horizon" or "MC252" OR "BP" OR "Transocean" OR "GOM" OR ("Gulf" AND "spill") OR "Macondo" OR "Mississippi Canyon Block 252") AND (("chemical" OR "physical" OR "analysis" OR "properties") NEAR20 ("discharge" OR "oil" OR "substance" OR MC252 or "wellhead" OR "multiphase" OR "multi-phase" OR "multi phase" OR "property" OR "viscosity" OR "bubble" OR "temperature" OR "Celsius" OR "Fahrenheit" OR "flash" OR "methane" OR "gas"))

(Footnote Continued on Next Page.)

Sarah D. Himmelhoch, Esq.
August 25, 2011
Page 3

amenable to adding "oil" and "hydrocarbon" to the search terms provided for BP RFP No. 80. If the United States is unwilling to add these search terms, we request that the United States explain how the search terms for BP RFP Nos. 80 and 86 would capture all of the documents responsive to APC RFP Nos. 14, 23, and 25, in light of our concerns above.

      b.     <u>APC RFP No. 15</u>

Second, APC RFP No. 15 requests documents related to the process by which the United States approves "source control efforts." In response, the United States directs APC to BP RFP Nos. 28-36 and 39-40. The search terms for BP RFP Nos. 28-36 and 39-40 are all exactly the same. Again, while it appears that the proposed search terms would capture some responsive documents, the actual term "source control" is not included. While it appears to APC that the terms "source control" or ("source" NEAR "control") would be integral to any search for documents regarding source control efforts, we understand that the United States may use different terms to describe such efforts. Accordingly, we request that the United States explain how the search terms proposed for BP RFP Nos. 28-36 and 39-40 would yield the results that APC is requesting. Alternatively, APC requests that the United States add "source control" or ("source" NEAR "control") to the proposed search terms for BP RFP Nos. 28-36 and 39-40 in response to APC RFP No. 15.

      c.     <u>APC RFP No. 19</u>

Third, APC RFP No. 19 seeks documents related to "any source control efforts considered by or proposals for source control efforts submitted to the United States." In response, the United States directs APC to BP RFP Nos. 67-79.[2] It is not clear to APC how the separate search terms for BP RFP Nos. 67, 70, 74, and 76 would yield responsive documents because BP RFP Nos. 67, 70, 74, and 76 do not concern source control efforts.[3]

_____

(Footnote continued from Previous Page.)

[2] Please note, APC was unable to locate search terms provided in response to BP RFP No. 77.

[3]
- <u>The search terms for BP RFP No. 67 are</u>: (("blowout" AND "preventer") OR "BOP" OR "trigger" OR "activate" OR "fire" OR "actuate" OR "position" OR "analysis") AND ("Deepwater" OR "DWH" OR "MC252" OR "Macondo" OR "Mississippi Canyon Block 252")
- <u>The search terms for BP RFP No. 70 are</u>: ("MC252" OR "Macondo" OR "Mississippi Canyon Block 252") AND ("hazard" OR "study" OR "session" OR "operability" OR "HAZID" OR "HAZOP" OR "red team" OR "Kill Well On" OR "peer review")
- <u>The search terms for BP RFP No. 74 are</u>: "blowout preventer on blowout preventer" OR "BOP on BOP" OR "top kill attempt"
- <u>The search terms for BP RFP No. 76 are</u>: ("DWH" OR "Deepwater Horizon" or "MC252" OR "BP" OR "Transocean" OR "TO" OR "GOM" OR ("Gulf" AND "spill") OR "Macondo" OR "Mississippi Canyon Block 252" OR "BP" OR "TO" OR "GOM" OR "Gulf

(Footnote Continued on Next Page.)

Sarah D. Himmelhoch, Esq.
August 25, 2011
Page 4

In addition, it appears that the search terms for BP RFP Nos. 68-72 would yield *some* responsive documents. However, this search string also fails to include the term "source control" which is the focal point of APC's inquiry. Similarly, the search terms for BP RFP Nos. 73, 78, and 79, and the separate search terms for BP RFP No. 75 also fail to include the term "source control." APC is also concerned because all of the search strings discussed above are limited to the Macondo Well, *Deepwater Horizon*, or Gulf of Mexico even though APC's RFPs do not contain these limitations. In light of this, we request that the United States explain how the search terms provided for BP RFP Nos. 67-76 and 78-79 would yield *all* of the documents responsive to APC RFP No. 19.

Finally, to the extent the United States withheld certain information or documents responsive to APC's or AE&P's initial discovery requests because the United States believed that such responsive information or documents concerned Source Control and/or Quantification, APC and AE&P request that the United States produce such information or documents by August 31, 2011.

We request that the United States inform us by August 31, 2011, whether it will be providing responses and documents regarding Source Control and Quantification by August 31, 2011 and whether it will be amending its responses to the Interrogatories and RFPs discussed herein.

Should you have any questions or wish to discuss this further, please give me a call.

Sincerely yours,

*Rebecca Couch for Tiffany Hedgpeth*

Tiffany R. Hedgpeth

---

(Footnote continued from Previous Page.)

of Mexico") AND "well" AND ("integrity" OR "test*" OR "monitor*" OR "analy*" or "study" or "evaluat*" OR "deci*" or "terminat*" or "prolong")

Bingham McCutchen LLP
bingham.com    A/74488348.1