Report on US Response to Discovery as of 9/6/2011
Attachment 4 -- Custodial Files Being Searched

| Name | Agency | Branch | Office |
|------|--------|--------|--------|
| Aamir, Munaf | DOE | NNSA | SNL |
| Ablondi, Mark P. | DOC | NOAA | OMAO/MAOC |
| Absher, David W. | DOI | BOEMRE | |
| Abshire, Jason A. | DOI | BOEMRE | |
| Adams, Glenn | EPA | Region 4 | |
| Aguilar, Richard | DOE | NNSA | SNL |
| Aines, Roger | DOE | NNSA | LLNL |
| Alfaro, Cesar L | DOI | BOEMRE | |
| Aliseda, Alberto | FRTG | U. Wash. | FRTG |
| Allen, Harry | EPA | Region 9 | |
| Allen, Jeff | DOI | USGS | |
| Ammerman, Curtt N. | DOE | NNSA | LANL |
| Anastas, Paul | EPA | HQ | |
| Anastasio, Michael | DOE | NNSA | LANL |
| Andersen, Melissa S. | DOC | NOAA | NMFS/OPR |
| Anderson, Brian | DOE | OFE | NETL |
| Anderson, James G. | DOI | BOEMRE | |
| Anderton, James | DOC | NOAA | |
| Andrews, David | EPA | Region 4 | |
| Andy, Adora | EPA | HQ | |
| Angelo, James W. | DOE | NNSA | LANL |
| Arguello, Jose | DOE | NNSA | SNL |
| Armendariz, Al | EPA | Region 6 | |
| Armijo, Steven V. | DOE | NNSA | LANL |
| Arora, Pankaj | EPA | Region 9 | |
| Art, Blair M. | DOE | NNSA | LANL |
| Ashworth, Kenneth A | DOI | BOEMRE | |
| Aslaksen, Jr., Michael L. | DOC | NOAA | NOS/NGS |
| Attaway, Stephen | DOE | NNSA | SNL |
| Aubrey, Joysree B. | DOE | NNSA | LANL |
| Aufderheide, Morry | DOE | NNSA | LLNL |
| Bailey, Demian A. | DOC | NOAA | OMAO/MOP |
| Bailey, Susan | DOD | ACOE | ERDC |
| Baker, Michael C. | DOE | NNSA | LANL |
| Balderrama, Candice | DOE | NNSA | SNL |
| Ball, Stephen | EPA | Region 4 | |
| Balocki, Jim | DOD | ACOE | HQ |
| Balzner, Stephen J. | DOE | NNSA | LANL |
| Bamberger, Judith | DOE | Off of Sci | PNNL |
| Bamford, Holly Ann | DOC | NOAA | NOS/ORR |
| Bannan, Christopher A. | DOC | NOAA | NWS/SR |
| Barbier, Charlotte | DOE | Off of Sci | ORNL |
| Barker, Christopher H. | DOC | NOAA | NOS/ORR |
| Barras, John | DOD | ACOE | ERDC |
| Basey, Tommy D. | DOI | BOEMRE | |
| Bates, Alton D. | DOI | BOEMRE | |
| Bates, Lloyd | EPA | Region 4 | |

MDL 2179

Report on US Response to Discovery as of 9/6/2011

Attachment 4 -- Custodial Files Being Searched

| Name | Agency | Branch | Office |
|------|--------|--------|--------|
| Bauck, Steven | DOE | NNSA | SNL |
| Baud, Richie D | DOI | BOEMRE | |
| Bauer, Stephen | DOE | NNSA | SNL |
| Beaman, Jason Frederick | DOC | NOAA | NWS/SR |
| Beard, Russell H. | DOC | NOAA | NESDIS/NODC |
| Bednar, Anthony | DOD | ACOE | ERDC |
| Beegle-Krause, C.J. | DOC | NOAA | NOS/ORR |
| Behr-Andres, Christina | DOE | NNSA | LANL |
| Bekins, Barbara | DOI | USGS | |
| Benggio, Bradford L. | DOC | NOAA | NOS/ORR |
| Beninato, Frances A. | DOI | BOEMRE | |
| Benner, John C. | DOE | NNSA | LANL |
| Bennett, Barbara | EPA | HQ | |
| Bennett, James F. | DOI | BOEMRE | |
| Benson, Kristopher | DOC | NOAA | NMFS/OHC |
| Bent, Russell W. | DOE | NNSA | LANL |
| Berkowitz, Eric W. | DOC | NOAA | NOS/NGS |
| Bernardin, John D. | DOE | NNSA | LANL |
| Bernhart, David M. | DOC | NOAA | NMFS/SR |
| Bernier, Julie | DOI | USGS | |
| Bernstein, Orr | DOE | NNSA | SNL |
| Berscheid, Alan Patrick | DOE | NNSA | LANL |
| Beswick, Kevin | EPA | Region 4 | |
| Bhattacharya, Dipanjana | EPA | Region 6 | |
| Bickel, Thomas C. | DOE | NNSA | SNL |
| Birnbaum, Elizabeth | DOI | BOEMRE | |
| Bishop, Alan | DOE | NNSA | LANL |
| Bisso, Casey R | DOI | BOEMRE | |
| Black, Stephen J. | DOE | NNSA | LANL |
| Blanchard, Jeremy | DOE | Off of Sci | PNNL |
| Blanchat, Thomas | DOE | NNSA | SNL |
| Blankenship, Douglas | DOE | NNSA | SNL |
| Blazquez, Ashton R | DOI | BOEMRE | |
| Block, Steven M. | DOC | NOAA | NMFS/OHC |
| Blough, Heather A. | DOC | NOAA | NMFS/SR |
| Boledovich, Glenn Paul | DOC | NOAA | NOS/MBO |
| Bolton, Jennie L. | DOC | NOAA | NMFS/NWFSC |
| Bommer, Paul | FRTG | U Texas | FRTG |
| Bontha, Jagan | DOE | Off of Sci | PNNL |
| Borns, David | DOE | NNSA | SNL |
| Borries, Sam | EPA | Region 5 | |
| Bosch, Julie | DOC | NOAA | |
| Bossert, James E. | DOE | NNSA | LANL |
| Botros, Peter M | DOI | BOEMRE | |
| Boudrie, Richard L. | DOE | NNSA | LANL |
| Bourque, Robert F. | DOE | NNSA | LANL |
| Bouzigard, Kelly D | DOI | BOEMRE | |

Report on US Response to Discovery as of 9/6/2011
Attachment 4 -- Custodial Files Being Searched

| Name | Agency | Branch | Office |
|------|--------|--------|--------|
| Bove, James | EPA | HQ | |
| Bowen, Amy | DOE | NNSA | SNL |
| Bowers, Joel | DOE | NNSA | LLNL |
| Bowman, David W. | DOE | NNSA | LANL |
| Brainerd, Theophilus | DOC | NOAA | NMFS/SEFSC |
| Brasfield, Sandra | DOD | ACOE | ERDC |
| Breeding, Darice Koder | DOI | BOEMRE | |
| Breen, Barry | EPA | HQ | |
| Brewer, Roger W. | DOE | NNSA | LANL |
| Bridge, Timothy | DOE | NNSA | SNL |
| Briggs, Matthew E. | DOE | NNSA | LANL |
| Bristol, Sky | DOI | USGS | |
| Brock, Jerry S. | DOE | NNSA | LANL |
| Brodnax, Cheryl L.B. | DOC | NOAA | NMFS/OHC |
| Brodsky, Nancy | DOE | NNSA | SNL |
| Bromhal, Grant | DOE | OFE | NETL |
| Bromwich, Michael | DOI | BOEMRE | |
| Bronoski, David | DOE | NNSA | SNL |
| Brooke Jr., Jefferson P. | DOI | BOEMRE | |
| Broome, Scott | DOE | NNSA | SNL |
| Broussard, Jr., Tommy J. | DOI | BOEMRE | |
| Brown, Gary | DOD | ACOE | ERDC |
| Brown, Robert E. | DOI | BOEMRE | |
| Brown, Theresa | DOE | NNSA | SNL |
| Bruton, Stephanie | DOE | NNSA | SNL |
| Bryant, Wade | DOI | USGS | |
| Buckingham, Richard | DOD | Navy | |
| Buerki, Karen | EPA | Region 4 | |
| Buffington, Sharon L. | DOI | BOEMRE | |
| Bullock, Michele G. | DOC | NOAA | OMAO/DS |
| Bultman, Nathan K. | DOE | NNSA | LANL |
| Burgess, Christopher | EPA | HQ | |
| Burgess, Michele | EPA | HQ | |
| Burns, Michael J. | DOE | NNSA | LANL |
| Burton, Greg | DOE | NNSA | LLNL |
| Busheck, Thomas | DOE | NNSA | LLNL |
| Byington, Donald S. | DOE | NNSA | LANL |
| Bynum, Leo | DOE | NNSA | SNL |
| Byrd, Terrence | EPA | Region 4 | |
| Caballero, Richard A. | DOE | NNSA | LANL |
| Calvin, John | DOI | BOEMRE | |
| Campbell, Aaron R | DOI | BOEMRE | |
| Canepa, Julie Ann | DOE | NNSA | LANL |
| Cantwell, James C. | DOE | NNSA | LANL |
| Canzler, Erica | EPA | HQ | |
| Carnes, Karrie L. | DOC | NOAA | NOS/ONMS |
| Carpenter, Wesley | EPA | HQ | |

MDL 2179

Report on US Response to Discovery as of 9/6/2011
Attachment 4 -- Custodial Files Being Searched

| Name | Agency | Branch | Office |
|---|---|---|---|
| Carrano, Carmen | DOE | NNSA | LLNL |
| Carrillo, Roberto M. | DOI | BOEMRE | |
| Carroll, Craig | EPA | Region 6 | |
| Carter, Lynard | DOI | BOEMRE | |
| Castano, Dario | DOE | NNSA | LANL |
| Castillo, Cesar | DOE | NNSA | SNL |
| Causey, Billy D. | DOC | NOAA | NOS/ONMS |
| Celata, Michael A. | DOI | BOEMRE | |
| Chadwick, Mark B. | DOE | NNSA | LANL |
| Chaleunphonh, Dorean Archuleta | DOE | NNSA | SNL |
| Chappelle, Francis | DOI | USGS | |
| Charles, Barry | DOE | NNSA | LANL |
| Chavez, Anne K. | DOE | NNSA | SNL |
| Chavez, Jose | DOE | NNSA | LANL |
| Childs, Carl | DOC | NOAA | NOS/ORR |
| Chinn, Diane | DOE | NNSA | LLNL |
| Chino, Sharon Anne | DOE | NNSA | SNL |
| Choy, Barry | DOC | NOAA | NWS/OHD |
| Christopher, Joseph A. | DOI | BOEMRE | |
| Chu, Steven | DOE | OS | |
| Cieslak, Wendy R. | DOE | NNSA | LANL |
| Clark, Josie | EPA | Regon 10 | |
| Clark, Karl | DOD | ACOE | MVN |
| Clark, Roger N. | DOI | USGS | |
| Clemens, Elbert L. | DOI | BOEMRE | |
| Coady, Jay | DOC | NOAA | NOS/ORR |
| Cocco, Mary | DOE | NNSA | SNL |
| Cody, Jeannine | DOC | NOAA | NMFS/OPR |
| Cohen-Hopkins, Kawana | EPA | HQ | |
| Coleman, Sam | EPA | Region 6 | |
| Collett, Timothy | DOI | USGS | |
| Conmy, Robyn N. | EPA | ORD | |
| Conner, George | DOI | BOEMRE | |
| Conner, William | DOC | NOAA | NOS/ORR |
| Cooke, David W. | DOI | BOEMRE | |
| Cooper, George A. | SA | UC Berkeley | SA |
| Cooper, III, Elmo J. | DOI | BOEMRE | |
| Corbin, Robert | DOE | OFE | |
| Cornillon, Peter | FRTG | U RI | FRTG |
| Costigan, Stephen A. | DOE | NNSA | LANL |
| Couranz, Kim Lynn | DOC | NOAA | NMFS/OHC |
| Courtwright, William C. | DOI | BOEMRE | |
| Couvillion, Phillip A | DOI | BOEMRE | |
| Cowan, Jean Louise W. | DOC | NOAA | NMFS/OHC |
| Cox, J. Delene | DOE | NNSA | SNL |
| Crabtree, Roy E. | DOC | NOAA | NMFS/SR |
| Craig, Leslie Jean | DOC | NOAA | NMFS/OHC |

MDL 2179

Report on US Response to Discovery as of 9/6/2011

Attachment 4 -- Custodial Files Being Searched

| Name | Agency | Branch | Office |
|---|---|---|---|
| Crane, David L. | DOE | NNSA | LANL |
| Crawford, Thomas Gerald | DOI | BOEMRE | |
| Crocker, Fiona | DOD | ACOE | ERDC |
| Croom, Miles M. | DOC | NOAA | NMFS/SR |
| Cross, Scott L. | DOC | NOAA | NESDIS/NODC |
| Crossland, Ronnie | EPA | Region 6 | |
| Crowley, Jeff | EPA | Region 4 | |
| Cruickshank, Walter D. | DOI | BOEMRE | |
| Csulak, Frank | DOC | NOAA | NOS/ORR |
| Cuellar-Hengartner, Leticia | DOE | NNSA | LANL |
| Curtis, William | DOD | ACOE | ERDC |
| Daigle, Michele M. | DOI | BOEMRE | |
| Daigle, Michelle | DOD | ACOE | MVN |
| Dalton, Laura | DOE | NNSA | SNL |
| Danenberger, Elmer | DOI | BOEMRE | |
| Dare, Jeffrey H. | DOE | NNSA | LANL |
| Dasari, Venkateswara Rao | DOE | NNSA | LANL |
| Davico, Gustavo | DOD | ACOE | ERDC |
| Davidson, John Wiley | DOE | NNSA | LANL |
| Davies, Peter | DOE | NNSA | SNL |
| Davis, Jack | DOD | ACOE | ERDC |
| Dean, Michael | DOD | Navy | |
| DeAngelis, Gregory | EPA | Region 2 | |
| Decroix, David Scot | DOE | NNSA | LANL |
| DeHaven, Leigh | EPA | HQ | |
| Dehoratiis, Guido | DOE | OFE | |
| Deleon, Marco A | DOI | BOEMRE | |
| Deliman, Patrick | DOD | ACOE | ERDC |
| Demirbilek, Zeki | DOD | ACOE | ERDC |
| DePass, Michelle | EPA | HQ | |
| Detry, Richard | DOE | NNSA | SNL |
| Dewers, Thomas | DOE | NNSA | SNL |
| Dickerson, Dena | DOD | ACOE | ERDC |
| Dickhoff, Walton | DOC | NOAA | NMFS/NWFSC |
| Didonato, Ann | EPA | Region 3 | |
| Dieveney, Elizabeth J. | DOC | NOAA | NOS/OOCRM |
| Dillon, Joseph James | DOC | NOAA | NMFS/SWR |
| Dix, Mark R. | DOC | NOAA | NOS/ORR |
| Dixon, David D. | DOE | NNSA | LANL |
| Dixon, Warren | EPA | Region 4 | |
| Doley, Christopher | DOC | NOAA | NMFS/OHC |
| Domangue, Bryan | DOI | BOEMRE | |
| Donahue, Scott L. | DOC | NOAA | NOS/ONMS |
| Dorsey, Matthew | DOC | NOAA | NMFS/SWR |
| Downes, Paula | DOE | NNSA | SNL |
| Doyle, Jr., James C. | DOE | NNSA | LANL |
| Dunkelman, Tom | EPA | Region 9 | |

Report on US Response to Discovery as of 9/6/2011
Attachment 4 -- Custodial Files Being Searched

| Name | Agency | Branch | Office |
|---|---|---|---|
| Dunlap, Karen M. | DOI | BOEMRE | |
| Dunn, Paul S. | DOE | NNSA | LANL |
| Durbrow, Rick | EPA | Region 4 | |
| Dykes, James D. | DOI | BOEMRE | |
| Dykhuizen, Ronald C. | DOE | NNSA | SNL |
| Dzenitis, John M. | DOE | NNSA | LLNL |
| Earp, Joy | DOD | ACOE | SAM |
| Eason, Karen Marie | DOC | NOAA | NMFS/OAA |
| Easter, Nanci | DOE | NNSA | SNL |
| Easter, Patrick | EPA | HQ | |
| Ebersole, Bruce | DOD | ACOE | ERDC |
| Eckert, Greg | DOI | NPS | |
| Edwards, Brian K. | DOE | NNSA | LANL |
| Efferson, Michael A. | DOC | NOAA | NWS/SR |
| Ehlen, Mark | DOE | NNSA | SNL |
| Einfeld, Wayne | DOE | NNSA | SNL |
| Eisele, Shawna L. | DOE | NNSA | LANL |
| Ellis, Gretchen W. | DOE | NNSA | LANL |
| Ellison, James | DOE | NNSA | SNL |
| Elson, Jay S. | DOE | NNSA | LANL |
| Emilien, David A. | DOI | BOEMRE | |
| Enderlin, Carl | DOE | Off of Sci | PNNL |
| Enick, Robert | DOE | OFE | NETL |
| Enomoto, Catherine | DOI | USGS | |
| Ensch, Mike | DOD | ACOE | HQ |
| Epperson, Nina | DOE | NNSA | LANL |
| Erickson, George Andy | DOE | NNSA | LANL |
| Erickson, Timothy A. | DOC | NOAA | NWS/SR |
| Ertep, Serdar | EPA | Region 4 | |
| Escapule, William Rusty | DOE | NNSA | SNL |
| Eskelsen, Joann | EPA | LV | |
| Espina, Pedro | DOC | NIST | |
| Espinoza, Jr., Carmen M., | DOE | NNSA | LANL |
| Estes, Trudy | DOD | ACOE | ERDC |
| Everett, Randy | DOE | NNSA | SNL |
| Eversole, David Richard | DOC | NOAA | NWS/SR |
| Fagan, Matthew J. | DOE | NNSA | LANL |
| Fahy, Christina C. | DOC | NOAA | NMFS/SWR |
| Fair, Matthew Byron | DOE | NNSA | LANL |
| Farr, James Kenneth | DOC | NOAA | NOS/ORR |
| Faryan, Steven | EPA | Region 5 | |
| Fasulo, Anthony | DOE | NNSA | SNL |
| Faulkner, Mike | EPA | | |
| Fay, Virginia M. | DOC | NOAA | NMFS/SR |
| Feldt, Lisa | EPA | HQ | |
| Fensin, Michael Lorne | DOE | NNSA | LANL |
| Ferencz, Bob | DOE | NNSA | LLNL |

MDL 2179
Report on US Response to Discovery as of 9/6/11
Attachment 4 -- Custodial Files Being Searched

| Name | Agency | Branch | Office |
|------|--------|--------|--------|
| Ferro, Rebecca Burger | DOC | NOAA | NMFS/OHC |
| Filip, Donna | DOE | NNSA | SNL |
| Finan, Bill | EPA | HQ | |
| Fink, Bernard | DOI | BOEMRE | |
| Finn, Michele A. | DOC | NOAA | NOS/ORR |
| Finsterle, Stefan | DOE | Off of Sci | LBNL |
| Fischel, Peter C. | DOC | NOAA | NMFS/SWR |
| Fischenich, Craig | DOD | ACOE | ERDC |
| Fitz-James, Mildred Schatzi | EPA | HQ | |
| Fleming, Gwendolyn Keyes | EPA | Region 4 | |
| Flores, Oscar | N/A | N/A | U Wash |
| Fogleman, William | DOE | NNSA | SNL |
| Ford, Richard Alyn | DOE | NNSA | LANL |
| Ford, William | DOD | ACOE | ERDC |
| Fort, James | DOE | Off of Sci | PNNL |
| Fortier, Barret K | DOI | BOEMRE | |
| Fowler, Ronald Lee | DOI | BOEMRE | |
| Franco, Benjamin | EPA | Region 4 | |
| Frefield, Barry | DOE | Off of Sci | LBNL |
| Froehlich, Maryann | EPA | HQ | |
| Fulton, Robert D. | DOE | NNSA | LANL |
| Gabriel, Jean | DOE | NNSA | SNL |
| Gailani, Joe | DOD | ACOE | ERDC |
| Galbraith, Amy E. | DOE | NNSA | LANL |
| Galkowski, Joseph | DOE | NNSA | LLNL |
| Gallagher, Kevin | DOI | USGS | |
| Gallagher, Timothy | DOC | NOAA | NOS/ORR |
| Galt, Jerry Alan | DOC | NOAA | NOS/ORR |
| Gambino, Stephanie M. | DOI | BOEMRE | |
| Gamble, Kris Esther | DOC | NOAA | NMFS/OHC |
| Garcia Brooks, Martha | DOI | USGS | |
| Garcia, Hernan Eduardo | DOC | NOAA | NESDIS/NODC |
| Garcia, Lisa | EPA | HQ | |
| Garcia, Pablo | DOE | NNSA | SNL |
| Gardner, David L. | DOE | NNSA | LANL |
| Garmon, Jeff | DOC | NOAA | NWS/SR |
| Garrard, Jordan | EPA | Region 4 | |
| Garrett, Robert D. | DOE | NNSA | LANL |
| Garrison, Lance P. | DOC | NOAA | NMFS/SEFSC |
| Garwin, Richard Lawrence | SA | | SA |
| Gaughan, Perry | EPA | Region 4 | |
| Gauglitz, Philip | DOE | Off of Sci | PNNL |
| Gelb, Nanci | EPA | HQ | |
| Gerdin, Tami | DOE | NNSA | SNL |
| Gibbs, W. Scott (Scott) | DOE | NNSA | LANL |
| Giles, Cynthia | EPA | HQ | |
| Gilleland, Ida | EPA | Region 6 | |

MDL 2179

Report on US Response to Discovery as of 9/6/2011

Attachment 4 -- Custodial Files Being Searched

| Name | Agency | Branch | Office |
|------|--------|--------|--------|
| Girrens, Steven P. | DOE | NNSA | LANL |
| Gittings, Steve R. | DOC | NOAA | NOS/ONMS |
| Glass, Patti | DOE | NNSA | SNL |
| Glazner, Ann H. | DOI | BOEMRE | |
| Golde, Helen M. | DOC | NOAA | NMFS/OPR |
| Goodman, Dawn A. | DOE | NNSA | LANL |
| Goodwin, William | DOC | NOAA | NOS/ONMS |
| Goorley, John Tim | DOE | NNSA | LANL |
| Gostnell, Caleb | DOC | NOAA | NOS/COOP&SVC |
| Gottesman, Larry | EPA | HQ | |
| Graham, Curry | DOD | ACOE | HQ |
| Graham, Kenneth E. | DOC | NOAA | NWS/SR |
| Gray, David | EPA | Region 6 | |
| Green, Catherine | DOE | NNSA | SNL |
| Green, Rebecca | DOI | BOEMRE | |
| Greenberg, Marc S. | EPA | Region 2 | |
| Greenwood, Susan | DOD | ACOE | CECC-G |
| Greer, Jennifer | DOD | ACOE | HQ |
| Grevatt, Peter | EPA | HQ | |
| Griffin, Justin M. | DOE | NNSA | LANL |
| Griffiths, Stewart K. | DOE | NNSA | SNL |
| Griffitt, Michelle | DOI | BOEMRE | |
| Groeneveld, Courtney | DOC | NOAA | NMFS/OHC |
| Gross, LouAnn | EPA | Region 4 | |
| Gruda, Jeffrey | DOE | NNSA | SNL |
| Guerra, Franciso M. | DOE | NNSA | LANL |
| Guess, Shannon | DOE | NNSA | SNL |
| Guffee, Ray M. | DOE | NNSA | LANL |
| Gust, Kurt | DOD | ACOE | ERDC |
| Guthrie, George | DOE | OFE | NETL |
| Guthrie, William | DOC | NIST | |
| Gutierrez, Sidney | DOE | NNSA | SNL |
| Gwinn, Kenneth | DOE | NNSA | SNL |
| Haaser, Constance | EPA | HQ | |
| Haddad, Robert | DOC | NOAA | NOS/ORR |
| Haenny, Lesley M. | DOI | BOEMRE | |
| Hail, Jr., James W. | DOI | BOEMRE | |
| Hale, Arthur | DOE | NNSA | SNL |
| Hall, Joan L. | DOI | BOEMRE | |
| Hammond, Stephen | DOI | USGS | |
| Hanson, Renn A. | DOC | NOAA | NOS/ORR |
| Hartman, Roger | DOE | NNSA | SNL |
| Hasenkampf, Mark J | DOI | BOEMRE | |
| Hassan, Basil | DOE | NNSA | SNL |
| Hauser, William | DOI | BOEMRE | |
| Havstad, Mark | DOE | NNSA | LLNL |
| Hayes, David | DOI | OS | |

Report on US Response to Discovery as of 9/6/2011
Attachment 4 -- Custodial Files Being Searched

| Name | Agency | Branch | Office |
|------|--------|--------|--------|
| Hazen, Terry | DOE | Off of Sci | LBNL |
| Hebert, Michael J. | DOI | BOEMRE | |
| Hedemann, Mark | DOE | NNSA | SNL |
| Heinzerling, Lisa | EPA | | |
| Helton, Douglas R. | DOC | NOAA | NOS/ORR |
| Henry, Jr., Charles B. | DOC | NOAA | NOS/ORR |
| Herbst, Lars | DOI | BOEMRE | |
| Herdt, Mary L. | DOI | BOEMRE | |
| Hermes, Robert E. (Robb) | DOE | NNSA | LANL |
| Hetrick, David | DOE | Off of Sci | ORNL |
| Hickerson, Emma Louise | DOC | NOAA | NOS/ONMS |
| Hickman, Steve | DOE | Off of Sci | ORNL |
| Hickman, Steve | DOI | USGS | |
| Hill, Franklin | EPA | Region 4 | |
| Hill, Marianne | DOE | NNSA | SNL |
| Hillman, Paul B. | DOC | NOAA | NMFS/AKFSC |
| Hines, Karl V. | DOI | USGS | |
| Hitchcock, Shane | EPA | Region 4 | |
| Hixson, Rachel S. | DOE | NNSA | LANL |
| Hoefen, Todd M. | DOI | USGS | |
| Hofer, John | DOE | NNSA | SNL |
| Hohimer, John | DOE | NNSA | SNL |
| Holcomb, David | DOE | NNSA | SNL |
| Holder, Ken | DOD | ACOE | MVN |
| Hollweg, Terill Anne | DOC | NOAA | NMFS/OHC |
| Holz, Theresa | EPA | Region 5 | |
| Hom, Tom | DOC | NOAA | NMFS/NWFSC |
| Homer, David | EPA | | |
| Honeycutt, Larry B. | DOE | NNSA | LANL |
| Hooks, Craig | EPA | HQ | |
| Horschel, Daniel | DOE | NNSA | SNL |
| Hoshman, Russell | DOI | BOEMRE | |
| Hostetter, Earl Brian | DOC | NOAA | NMFS/OHC |
| Houck, Nathan | DHS | USCG | |
| Hoverson, Mark D. | DOE | NNSA | LANL |
| Howell, Ruth R. | DOC | NOAA | NMFS/NWFSC |
| Hruby, Jill | DOE | NNSA | SNL |
| Hsieh, Paul | DOI | USGS | |
| Huber, Cynthia | DOE | NNSA | SNL |
| Hubard, Carrie W. | DOC | NOAA | NMFS/OPR |
| Hudson, Scott | EPA | CINC | |
| Hughes, Alyssa | EPA | Region 4 | |
| Hughes, R.G. | FRTG | | RG Hughes & Assoc. |
| Humphrey, Alan | EPA | Region 2 | |
| Hundley, Michael F. | DOE | NNSA | LANL |
| Hunter, Bradley J. | DOI | BOEMRE | |
| Hunter, James F. | DOE | NNSA | LANL |

MDL 2179

Report on US Response to Discovery as of 9/6/2011

Attachment 4 -- Custodial Files Being Searched

| Name | Agency | Branch | Office |
|------|--------|--------|--------|
| Hunter, Tom | DOE | NNSA | SNL |
| Hurst, Kathleen | DOE | NNSA | SNL |
| Hurtle, Kenneth P. | DOE | NNSA | LANL |
| Hutchinson, Michael P. | DOI | BOEMRE | |
| Huyser, Matt | EPA | Region 4 | |
| Idar, Deanne J. | DOE | NNSA | LANL |
| Iliff, John W. | DOC | NOAA | NMFS/OHC |
| Imohiosen, Charles | EPA | HQ | |
| Irizarry, Gilberto | EPA | HQ | |
| Izon, David | DOI | BOEMRE | |
| Jackson, Lisa | EPA | OA | |
| Jager, Doug | EPA | Region 4 | |
| James, Michael R. | DOE | NNSA | LANL |
| Jarvis, Jesse | DOD | ACOE | ERDC |
| Jean, Brian A. | DOE | NNSA | LANL |
| Jeansonne, James H. | DOC | NOAA | NOS/ORR |
| Jennings, Barbara | DOE | NNSA | SNL |
| Jennings, Kimberly | EPA | HQ | |
| Johns, Russell C. | DOE | NNSA | LANL |
| Johnson, Bonnie Laborde | DOI | BOEMRE | |
| Jones, Elizabeth I. | DOC | NOAA | NOS/ORR |
| Jones, James | EPA | HQ | |
| Jones, Kathy | EPA | HQ | |
| Jones, Nancy | EPA | Region 6 | |
| Jones, Robert | DOC | NOAA | NOS/ORR |
| Jones, Timothy Todd | DOC | NOAA | NMFS/PIFSC |
| Jonesi, Gary | EPA | OECA | |
| Josey, Justin L | DOI | BOEMRE | |
| Josey, Randall E. | DOI | BOEMRE | |
| Julius, Brian | DOC | NOAA | NOS/ORR |
| Justen, Michael E. | DOC | NOAA | NMFS/OMB |
| Justice, James | EPA | Region 5 | |
| Kadeli, Lek | EPA | HQ | |
| Kallio, Jeffrey | DOE | NNSA | SNL |
| Kampschmidt, Kerry | DOE | NNSA | SNL |
| Kaneshige, Michael | DOE | NNSA | SNL |
| Kanninen, Daniel | EPA | HQ | |
| Kapernick, Richard J. | DOE | NNSA | LANL |
| Kaplan, Paul | DOE | NNSA | SNL |
| Karl, Kevin J. | DOI | BOEMRE | |
| Karrie, Joan | EPA | HQ | |
| Kassim, Kassim Y. | DOI | BOEMRE | |
| Katz, Jonathan | SA | | SA |
| Keenan, Patrick | DOD | Navy | |
| Keese, David | DOE | NNSA | SNL |
| Keith, Dwain A. | DOE | NNSA | LANL |
| Kelic, Andjelka | DOE | NNSA | SNL |

MDL 2179

Report on US Response to Discovery as of 9/6/2011

Attachment 4 -- Custodial Files Being Searched

| Name | Agency | Branch | Office |
|------|--------|--------|--------|
| Kelley, Karen Corzine | DOE | NNSA | LANL |
| Kelly, Brian | EPA | Region 5 | |
| Kelly, Jack | EPA | Region 3 | |
| Kendall, Jr., James J. | DOI | BOEMRE | |
| Kennedy, David M. | DOC | NOAA | NOS/OOCRM |
| Kennedy, Emily K | DOI | BOEMRE | |
| Kern, John C. | DOC | NOAA | NMFS/OHC |
| Kern, Tim | DOI | USGS | |
| Kiene, William E. | DOC | NOAA | NOS/ONMS |
| Kihara, Keith H. | DOE | NNSA | LANL |
| Kilgore, Jack | DOD | ACOE | ERDC |
| Kitsch, Susan | DOE | NNSA | SNL |
| Kleban, Stephen | DOE | NNSA | SNL |
| Knapp, Bret E. | DOE | NNSA | LANL |
| Knoy, Jim | EPA | HQ | |
| Kocher, III, August J. | DOI | BOEMRE | |
| Kokaly, Raymond F. | DOI | USGS | |
| Kornreich, Drew Edward | DOE | NNSA | LANL |
| Kovak, Brian | EPA | Region 2 | |
| Krauss, Elizabeth | DOE | NNSA | SNL |
| Kropka, Jamie | DOE | NNSA | SNL |
| Kruse, III, Bernard J. | DOI | BOEMRE | |
| Kuester, Scott E. | DOC | NOAA | OMAO/CPC |
| Kurelja, Lindsay | DOC | NOAA | OMAO/Ship Oregon II |
| Kurtz, Jan | EPA | GSL | |
| Labiche, Lance C | DOI | BOEMRE | |
| Labson, Victor F. | DOI | USGS | |
| Lambert, Nicole S. | DOC | NOAA | NOS/ORR |
| Lamkin, John T. | DOC | NOAA | NMFS/SEFSC |
| Lan, Christine M. | DOI | BOEMRE | |
| Lana, Renata Isabelle | DOC | NOAA | NOS/NCCOS |
| Lane, Jone | DOE | NNSA | SNL |
| Lane, Leticia | EPA | Region 6 | |
| Lankford, Jeffrey | DOC | NOAA | NOS/ORR |
| Lansing, Michael A. | DOE | NNSA | LANL |
| Lartigue, Julien Richard | DOC | NOAA | OAR/LCI |
| Lasheras, Juan | FRTG | UC SD | FRTG |
| Lauenstein, Gunnar | DOC | NOAA | NOS/NCCOS |
| Leach, Sarah | DOD | ACOE | ERDC |
| LeBoeuf, Nicole R. | DOC | NOAA | NMFS/OAA |
| Leclaire, Jr., Rene J. | DOE | NNSA | LANL |
| Lee, Alvin | DOD | ACOE | |
| Lehman, Stephen | DOC | NOAA | NOS/ORR |
| Lehr, William J. | DOC | NOAA | NOS/ORR |
| Leibman, Christopher P. | DOE | NNSA | LANL |
| Leifer, Ira | FRTG | UC SB | FRTG |
| Leonova, Larisa | EPA | Region 5 | |

Report on US Response to Discovery as of 9/6/2011
Attachment 4 -- Custodial Files Being Searched

| Name | Agency | Branch | Office |
|---|---|---|---|
| Letellier, Bruce | DOE | NNSA | LANL |
| Levine, Edwin A. | DOC | NOAA | NOS/ORR |
| Lindsey, Debbie | EPA | | |
| Lins, Lawrence | EPA | Region 5 | |
| Littiken, Craig | DOD | ACOE | SAM |
| Livo, Keith E. | DOI | USGS | |
| Lomadofkie, Roberta | DOE | NNSA | SNL |
| Long, Roy | DOE | OFE | NETL |
| Loose, Verne | DOE | NNSA | SNL |
| Lopez, Aaron A. | DOE | NNSA | LANL |
| Lopez, Antoinette | DOE | NNSA | SNL |
| Lopez, Rafael | DOC | NOAA | NMFS/OHC |
| Lorentz, Warren | DOD | ACOE | ERDC |
| Lotufo, Guilherme | DOD | ACOE | ERDC |
| Lubchenco, Jane | DOC | NOAA | USEC/ADMIN |
| Lucero, Barbara | DOE | NNSA | SNL |
| Lumsden, Beth | DOC | NOAA | NMFS/OAA |
| Lynch, Mary-Kay | EPA | HQ | |
| MacFadyen, Amoreena | DOC | NOAA | NOS/ORR |
| Macfarlan, Daphne | DOC | NOAA | NMFS/OHC |
| Mack, David | DOI | USGS | |
| Maclay, Donald M. | DOI | BOEMRE | |
| Maddox, Donald | EPA | HQ | |
| Mahoney, Lenna | DOE | Off of Sci | PNNL |
| Majumdar, Arun | DOE | ARPA-E | |
| Malbrue, Mark K. | DOI | BOEMRE | |
| Manning, Nicole M. | DOC | NOAA | OMAO/Ship Ronald H. |
| Mansuri, Layla | EPA | Region 6 | |
| Marchand, Deborah | DOE | NNSA | SNL |
| Margolis, Alan | EPA | HQ | |
| Marot, Marci | DOI | USGS | |
| Martin, William | DOD | ACOE | ERDC |
| Martinez, Amanda M. | DOE | NNSA | LANL |
| Martinez, Maria | EPA | Region 4 | Air Quality Analysis |
| Martinez, Stephen P. | DOI | BOEMRE | |
| Martz, Roger L. | DOE | NNSA | LANL |
| Mase, Blair E. | DOC | NOAA | NMFS/SEFSC |
| Mason, Ann | DOI | NPS | |
| Matlock, Dennis | EPA | Region 3 | |
| Matthews, Jason R. | DOI | BOEMRE | |
| Matthiessen, R. Craig | EPA | HQ | |
| Matzke, James (Jim) L. | DOE | NNSA | LANL |
| Maupin, Ryan D. | DOE | NNSA | LANL |
| McCarroll, John | DOI | BOEMRE | |
| McCarthy, Gina | EPA | HQ | |
| McCay, Debbie French | DOC | NOAA | NOS |
| McCorkhill, Michael | EPA | Region 6 | |

Report on US Response to Discovery as of 9/6/2011
Attachment 4 -- Custodial Files Being Searched

| Name | Agency | Branch | Office |
|------|--------|--------|--------|
| McCumber, David E. | DOE | NNSA | LANL |
| McCune, Timothy | DOC | NOAA | NMFS/OHC |
| McDermon, John C. | DOE | NNSA | LANL |
| McGuire, Jim | EPA | Region 4 | |
| McGuire, Marti J. | DOC | NOAA | NMFS/OHC |
| McIntosh, David | EPA | Region 6 | |
| McKean, Deborah | EPA | Region 8 | |
| McLaughlin, Donald | EPA | Region 3 | |
| McLean, Philip J. | DOI | BOEMRE | |
| Mcnutt, Juli Anna | DOC | NOAA | NMFS/OHC |
| McNutt, Marcia | DOI | USGS | |
| McPherson, Timothy N. | DOE | NNSA | LANL |
| Mcquilliams, Jully S. | DOI | BOEMRE | |
| McShane, David W. | DOC | NOAA | NWS/SR |
| Meadows, Dwayne W. | DOC | NOAA | NMFS/OPR |
| Mearns, Alan J. | DOC | NOAA | NOS/ORR |
| Medina, Monica Du Plessis | DOC | NOAA | USEC |
| Meehan, Sean R. | DOC | NOAA | NMFS/OHC |
| Meeker, Gregory P. | DOI | USGS | |
| Megrey, Bernard | DOC | NOAA | NMFS/AKFSC |
| Meiburg, Stan | EPA | Region 4 | |
| Mendez, Jacob | DOE | NNSA | LANL |
| Merewether, Raymond | DOE | NNSA | SNL |
| Merritt, Stacie M | DOI | BOEMRE | |
| Mersen, John | DOE | NNSA | SNL |
| Merten, Amy A. | DOC | NOAA | NOS/ORR |
| Meyer, P.A. | DOE | Off of Sci | PNNL |
| Meyer, Thomas G | DOI | BOEMRE | |
| Michel, Jaqueline | DOC | NOAA | NOS |
| Micke, Fredrick | EPA | Region 5 | |
| Mielke, Angela M. | DOE | NNSA | LANL |
| Milbury, James C. | DOC | NOAA | NMFS/SWR |
| Miller, Jim | EPA | Region 4 | Finance Section |
| Miller, Kevin | EPA | HQ | |
| Miller, Mark W. | DOC | NOAA | NOS/ORR |
| Miller, Wayne | DOE | NNSA | LLNL |
| Mindel, Howard | DOD | ACOE | SAD |
| Minello, Thomas J. | DOC | NOAA | NMFS/SEFSC |
| Miner, Michael D. | DOI | BOEMRE | |
| Miselis, Jenifer | DOI | USGS | |
| Mitchell, Michael | DOE | NNSA | SNL |
| Mjoness, Mark | EPA | HQ | |
| Mohaghegh, Shahab | DOE | OFE | NETL |
| Moisan, Paul Francis | DOC | NOAA | NESDIS/NODC |
| Mollot, Darren | DOE | OFE | |
| Montone, Mike | DOD | ACOE | SAD |
| Mooney, Walter | DOI | USGS | |

Report on US Response to Discovery as of 9/6/2011
Attachment 4 -- Custodial Files Being Searched

| Name | Agency | Branch | Office |
|------|--------|--------|--------|
| Moore, David | DOE | NNSA | SNL |
| Moore, David C. | DOI | BOEMRE | |
| Moore, David M. | DOI | BOEMRE | |
| Moore, Gary | EPA | Region 6 | |
| Moore, Joel | DOI | BOEMRE | |
| Moore, Thomas | DOC | NOAA | NMFS |
| Moran, Kathryn | DOE | NNSA | SNL |
| Moran, Mark P. | DOC | NOAA | NESDIS/NESDIS |
| Moridis, George | DOE | Off of Sci | LBNL |
| Morreale, Bryan | DOE | OFE | NETL |
| Morris, DeAnna Lee | DOC | NOAA | NMFS/AKFSC |
| Morrow, Charles | DOE | NNSA | SNL |
| Morton, Sean A. | DOC | NOAA | NOS/ONMS |
| Moser, Cathy Lou | DOI | BOEMRE | |
| Mouton, Marcus S. | DOI | BOEMRE | |
| Mouton, Steven | DOI | BOEMRE | |
| Muhasky, Jerry | DOC | NOAA | NOS/ORR |
| Mujica, Joaquin | DOD | ACOE | MVN |
| Mulino, Maureen M. | DOI | BOEMRE | |
| Mullen, Evelyn | DOE | NNSA | LANL |
| Mullin, Joseph | DOI | BOEMRE | |
| Munther, Sahawneh | DOD | ACOE | SAM |
| Murakawa, Shawn K.K. | DOC | NOAA | NMFS/PIFSC |
| Murawski, Steven A. | DOC | NOAA | NMFS/OAA |
| Myers, Craig | EPA | Region 8 | |
| Nafe, Michael | DOE | NNSA | SNL |
| Nalipinski, Mike | EPA | Region 1 | |
| Nannen, Michelle | DOI | BOEMRE | |
| Napolitano, Janet | DHS | OS | |
| Napp, Jeffrey | DOC | NOAA | NMFS/AKFSC |
| Naranjo, Javier E. | DOI | BOEMRE | |
| Neal, Eric A | DOI | BOEMRE | |
| Neal, Robert G. | DOI | BOEMRE | |
| Neidigk, Stephen | DOE | NNSA | SNL |
| Nelson, Jennifer | DOE | NNSA | SNL |
| Nelson, Phil | DOI | USGS | |
| Neu, Mary P. | DOE | NNSA | LANL |
| Newman, Stephen | DOD | ACOE | ERDC |
| Newton, Jonathan | EPA | HQ | |
| Nicolary, Nancy | DOE | NNSA | SNL |
| Nichols, Nick | EPA | | |
| Nichols, Tonya | EPA | CINC | |
| Nygren, Andrea | DOI | BOEMRE | |
| O'Connor, Sharon | DOE | NNSA | SNL |
| O'Gorman, Christian | DOE | NNSA | SNL |
| O'Neill, Sheila | DOE | NNSA | SNL |
| O'Sullivan, Donald | DOE | NNSA | LANL |

Report on US Response to Discovery as of 9/6/2011
Attachment 4 -- Custodial Files Being Searched

| Name | Agency | Branch | Office |
|------|--------|--------|--------|
| Obrey, Stephen J. | DOE | NNSA | LANL |
| Ochoa, Shenney | DOE | NNSA | SNL |
| Odom, Michael | DHS | USCG | |
| Oh, Peter | EPA | HQ | |
| Okhuysen, Brett S. | DOE | NNSA | LANL |
| Oldenburg, Curt | DOE | Off of Sci | LBNL |
| Olinger, Miles W. | DOE | NNSA | LANL |
| Oliver, John | DOC | NOAA | NMFS/OAA |
| Olson, Kathryn | DOE | NNSA | SNL |
| Onishi, Yasuo | DOE | Off of Sci | PNNL |
| Oster, Seth | EPA | HQ | |
| Osterman, Mark C | DOI | BOEMRE | |
| Outlaw, Jarvis L | DOI | BOEMRE | |
| Owens, Steve | EPA | RTP | |
| Pacheco, Larry W. | DOE | NNSA | LANL |
| Page, Stephen | EPA | RTP | |
| Pan, Lehua | DOE | Off of Sci | LBNL |
| Pannala, Sreekanth | DOE | Off of Sci | ORNL |
| Pardi, Nicholas W. | DOI | BOEMRE | |
| Parker, Alan | DOE | Off of Sci | ORNL |
| Parker, Stephen | DOE | NNSA | SNL |
| Parrish, David | EPA | Region 6 | |
| Parsons, Arthur Rost | DOC | NOSAA | NESDIS/NODC |
| Parsons, Roger L. | DOC | NOAA | NOS/OCS |
| Pashayev, Rakhshan | DOI | BOEMRE | |
| Passell, Howard | DOE | NNSA | SNL |
| Paterno, Steve | DOD | ACOE | MVN |
| Patton, Frank Keith | DOI | BOEMRE | |
| Pavia, Robert | DOC | NOAA | NOS/ORR |
| Pawar, Rajesh | DOE | NNSA | LANL |
| Pawlak, Brian T. | DOC | NOAA | NMFS/OHC |
| Payne, Deboray | DOE | NNSA | SNL |
| Payton, Debra L. | DOC | NOAA | NOS/ORR |
| Pearson, Janice | EPA | Region 8 | |
| Pechewlys, Charles | DOE | NNSA | SNL |
| Pelowitz, Denise B. | DOE | NNSA | LANL |
| Penn, Tony Martin | DOC | NOAA | NOS/ORR |
| Perfect, Scott A. | DOE | NNSA | LLNL |
| Perry, Dale | EPA | HQ | |
| Petersen, Chris | EPA | Region 6 | |
| Peterson, Ami | DOE | NNSA | SNL |
| Peterson, Eugene J. | DOE | NNSA | LANL |
| Petrae, Gary | DOC | NOAA | NOS/ORR |
| Petras, Elizabeth J. | DOC | NOAA | NMFSWR |
| Petrole, MaryAnn | EPA | HQ | |
| Peuler, Elizabeth A. | DOI | BOEMRE | |
| Pfeifle, Tom | DOE | NNSA | SNL |

MDL 2179
Report on US Response to Discovery as of 9/6/2011
Attachment 4 -- Custodial Files Being Searched

| Name | Agency | Branch | Office |
|------|--------|--------|--------|
| Pflieger, Frances Lynn | DOC | NOAA | NMFS/OMB |
| Pfund, David | DOE | Off of Sci | PNNL |
| Pica, Joseph | DOC | NOAA | OMAO/Ship Okeanos Expl |
| Pilch, Mary | DOE | NNSA | SNL |
| Pilie', Clay M. | DOI | BOEMRE | |
| Pizza, Jen Jo | DOC | NOAA | NOS/OOCRM |
| Pless, Daniel | DOE | NNSA | SNL |
| Plumlee, Geoffrey S, | DOI | USGS | |
| Plummer, Jean | DOE | NNSA | SNL |
| Pohler, Craig A | DOI | BOEMRE | |
| Polito, Joseph | DOE | NNSA | SNL |
| Ponwith, Bonnie J. | DOC | NOAA | NMFS/SEFSC |
| Possollo, Antonio | DOC | NIST | Yes |
| Powell, Dennis R. | DOE | NNSA | LANL |
| Powers, Jane S. | DOI | BOEMRE | |
| Powers, Michael H. | DOI | USGS | |
| Powers, Timothy J. | DOI | BOEMRE | |
| Pranger, Steve | DOD | ACOE | ERDC |
| Precht, William F. | DOC | NOAA | NOS/ONMS |
| Prendergast, Michael T. | DOI | BOEMRE | |
| Pruess, Karsten | DOE | Off of Sci | LBNL |
| Purdue, Alexander W. | DOE | NNSA | LANL |
| Quimby, Debbie | DOD | ACOE | ERDC |
| Quinlan, John A. | DOC | NOAA | NMFS/SEFSC |
| Quinones, Edwin | EPA | Region 6 | |
| Ragon, Derek | EPA | Region 6 | |
| Ranney, Robert N. | DOI | BOEMRE | |
| Rapp, John Michael | DOC | NOAA | NMFS/OHC |
| Rasmussen, Richard | DOE | NNSA | LANL |
| Ratzel, Arthur C. | DOE | NNSA | SNL |
| Rauenzahn, Rick M. | DOE | NNSA | LANL |
| Rauscher, Jon | EPA | Region 6 | |
| Reagan, Matthew T. | DOE | Off of Sci | LBNL |
| Rector, David | DOE | Off of Sci | PNNL |
| Redmond, James | DOE | NNSA | SNL |
| Redondo, Antonio | DOE | NNSA | LANL |
| Rees, Brian G. | DOE | NNSA | LANL |
| Rees, Jr., William S. | DOE | NNSA | LANL |
| Regan, Amy H. | DOE | NNSA | LANL |
| Rehfeldt, Kenneth | DOE | NNSA | LANL |
| Reich, Chris | DOI | USGS | |
| Reid, Robert S. | DOE | NNSA | LANL |
| Reisner, Gary C. | DOC | NOAA | NMFS/OMB |
| Renninger, Steven | EPA | CINC | |
| Reynolds, Charles | DOD | ACOE | ERDC |
| Rhame, Kenneth | EPA | Region 4 | |
| Rice, Glen A. | DOC | NOAA | NOS/OCS |

Report on US Response to Discovery as of 9/6/2011
Attachment 4 -- Custodial Files Being Searched

| Name | Agency | Branch | Office |
|---|---|---|---|
| Rice, Steven | DOE | NNSA | SNL |
| Richman, Lance | EPA | Region 9 | |
| Ricks, Robert | DOC | NOAA | NWS/SR |
| Riley, James | FRTG | U. Wash. | FRTG |
| Rinaudo, Jr, Martin H. | DOI | BOEMRE | |
| Risenhoover, Alan | DOC | NOAA | NMFS/OSF |
| Ritschel, Dennis P. | DOE | NNSA | LANL |
| Rivera-Perez, Felix A. | DOC | NOAA | OMAO/Ship Okeanos Expl |
| Roberts, Lisa E. | DOC | NOAA | NMFS/SWR |
| Robins, Derek | DOD | Navy | |
| Robinson, Allen | DOE | NNSA | SNL |
| Robinson, Blossom J. | DOI | BOEMRE | |
| Robinson, Bruce A. | DOE | NNSA | LANL |
| Rodi, John L. | DOI | BOEMRE | |
| Rodriguez, Laverne | DOE | NNSA | LANL |
| Rogers, Bryan E. | DOI | BOEMRE | |
| Rolfe, John Jason | DOC | NOAA | NOS/ORR |
| Rolfe, Kevin | DOE | NNSA | SNL |
| Romero, Christopher | DOE | NNSA | LANL |
| Rose-Dullaghan, Jeni L. | DOI | BOEMRE | |
| Rowles, Teresa K. | DOC | NOAA | NMFS/OPR |
| Ruddy, Joseph Zane | DOC | NOAA | NMFS/SWR |
| Ruiz, Carlos | DOD | ACOE | ERDC |
| Rumney, Jean T. | DOI | BOEMRE | |
| Runge, Roberta | EPA | HQ | |
| Russell, Chris | EPA | | |
| Russo, Edmond | DOD | ACOE | ERDC |
| Rutherford, Nicolle R. | DOC | NOAA | NOS/ORR |
| Sadasivan, Pratap | DOE | NNSA | LANL |
| Salazar, Ken | DOI | OS | |
| Saltzstein, Sylvia | DOE | NNSA | SNL |
| Sams, Neal | DOE | OFE | NETL |
| Sattler, F. David | DOE | NNSA | LANL |
| Saucier, Michael | DOI | BOEMRE | |
| Savas, Omer | FRTG | UC Berkeley | FRTG |
| Sawabini, Anne | DOC | NOAA | NOS/ORR |
| Schaeffer, Blake | EPA | LAB | |
| Schexnaildre, Scott J | DOI | BOEMRE | |
| Schillig, Josef B. | DOE | NNSA | LANL |
| Schilling, Fred | DOD | ACOE | MVN |
| Schlieger, Brian | EPA | Region 5 | |
| Schmahl, George P. | DOC | NOAA | NOS/ONMS |
| Schraad, Mark W. | DOE | NNSA | LANL |
| Schroeder, Paul | DOD | ACOE | ERDC |
| Schumann, Jean | EPA | HQ | |
| Scillo, Nicole A. | DOC | NOAA | NOS/ORR |
| Sears, Janet K. | DOC | NOAA | NMFS/NWR |

MDL 2179

Report on US Response to Discovery as of 9/6/2011
Attachment 4 -- Custodial Files Being Searched

| Name | Agency | Branch | Office |
|------|--------|--------|--------|
| Seestrom, Susan J. | DOE | NNSA | LANL |
| Segura, Daisy | DOE | NNSA | SNL |
| Selle, Tony | EPA | Region 8 | |
| Shaddix, Christopher | DOE | NNSA | SNL |
| Shaffer, Franklin | DOE | OFE | NETL |
| Shahin, Bea | DOD | ACOE | ERDC |
| Shapiro, Michael | EPA | HQ | |
| Sharma, Raj | EPA | Region 3 | |
| Sharpe, Rob | DOE | NNSA | LLNL |
| Shaum, Ray | DOE | NNSA | SNL |
| Shaw, Nena | EPA | HQ | |
| Sheets, Kari Lynn | DOC | NOAA | NWS/OST |
| Shenot, Jeffrey A. | DOC | NOAA | NMFS/OHC |
| Shigenaka, Gary | DOC | NOAA | NOS/ORR |
| Shirah, Donald | DOE | NNSA | SNL |
| Shorr, Benjamin David | DOC | NOAA | NOS/ORR |
| Shugard, Andy | DOE | NNSA | SNL |
| Silva, Peter | EPA | HQ | |
| Silverman, Noah Lawrence | DOC | NOAA | NWS/SR |
| Silzer, Stefan | EPA | HQ | |
| Simecek-Beatty, Debra | DOC | NOAA | NOS/ORR |
| Simmons, Theodore | DOE | NNSA | SNL |
| Simon, Galen R. | DOI | BOEMRE | |
| Simpson, William M.  (Mike) | DOE | NNSA | LANL |
| Sims, Brian | DOE | NNSA | SNL |
| Sims, Jr., James Rae | DOE | NNSA | LANL |
| Sinah, Dipen N. | DOE | NNSA | LANL |
| Singleton, Michael | DOI | BOEMRE | |
| Sipes, Bridget | DOE | NNSA | SNL |
| Sirois, Scott M. | DOC | NOAA | OMAO/CPC |
| Skelley, Suzanne | DOC | NOAA | NOS/ASTADM |
| Slagle, Raymond C. | DOC | NOAA | OMA/CPC |
| Slanders, Mike | DOE | OFE | |
| Slater, Joshua J. | DOC | NOAA | OMAO/Ship Nancy Foster |
| Slitor, Douglas L. | DOI | BOEMRE | |
| Slocum, Alexander | SA | | SA |
| Smith, Art | EPA | Region 4 | |
| Smith, Braeton | DOE | NNSA | SNL |
| Smith, Christopher | DOI | USGS | |
| Smith, David L. | DOD | ACOE | ERDC |
| Smith, Donna | DOE | NNSA | SNL |
| Smith, Elliott S. | DOI | BOEMRE | |
| Smith, Heather | DOD | ACOE | ERDC |
| Smith, Mark E. | DOE | NNSA | LANL |
| Smith, Terry | EPA | HQ | |
| Smith, Thomas D. | DOI | BOEMRE | |
| Smith, Vernon | DOC | NOAA | NOS/ONMS |

MDL 2179

Report on US Response to Discovery as of 9/6/2011

Attachment 4 -- Custodial Files Being Searched

| Name | Agency | Branch | Office |
|---|---|---|---|
| Snyder, Lillian | DOE | NNSA | SNL |
| Soderberg, Jon | DOD | ACOE | HQ |
| Sogge, Mark K. | DOI | USGS | |
| Sonich-Mullin, Cynthia | EPA | CINC | |
| Sood, Avneet | DOE | NNSA | LANL |
| Sosinski, David | DOE | NNSA | LANL |
| Spadaccini, Christopher M. | DOE | NNSA | LLNL |
| Sprenger, Mark | EPA | Region 2 | |
| Spurlin, Steve | EPA | Region 4 | |
| Stalcup, Dana | EPA | HQ | |
| Stamber, Kevin | DOE | NNSA | SNL |
| Stanford, Anthony R. | DOE | NNSA | LANL |
| Stanislaus, Mathy | EPA | OSWER | |
| Starfield, Lawrence | EPA | Region 6 | |
| Stark, Peter C. | DOE | NNSA | LANL |
| Starkel, Bill | DOI | FWS | |
| Starkss, Shirley | DOE | NNSA | SNL |
| Staves, Jim | EPA | Region 6 | |
| Stearns, John H. | DOE | NNSA | LANL |
| Steele, Philip | DOC | NOAA | NMFS/SR |
| Steevens, Jeff | DOD | ACOE | ERDC |
| Steffek, Timothy J. | DOI | BOEMRE | |
| Stein, John E. | DOC | NOAA | NMFS/NWFSC |
| Stephens, Scott | DOE | NNSA | SNL |
| Sterling, Kevin | DOI | BOEMRE | |
| Stewart, Mark | DOE | Off of Sci | PNNL |
| Stilman, Terry | EPA | Region 4 | |
| Stone, Charles Mike | DOE | NNSA | SNL |
| Stout, Jordan H. | DOC | NOAA | NOS/ORR |
| Streett, Davida Z. | DOC | NOAA | NESDIS/OSPD |
| Stroschein, Thomas | DOD | Navy | |
| Stroud, Fred | EPA | LV | |
| Stroupe, Wayne | DOD | ACOE | ERDC |
| Stuart, Bryan | DOE | NNSA | SNL |
| Stulen, Rick | DOE | NNSA | SNL |
| Summa, Deborah A. | DOE | NNSA | LANL |
| Sutter, Frederick | DOC | NOAA | NMFS/SR |
| Swart, Brycen Gorrindo | DOC | NOAA | NMFS/SWR |
| Swartz-Larson, Darrin | EPA | Region 6 | |
| Swayze, Gregg A. | DOI | USGS | |
| Sylvander, Brendan A. | DOC | NOAA | NMFS/NWFSC |
| Symons, Lisa | DOC | NOAA | NOS/ONMS |
| Tatro, Majorie | DOE | NNSA | SNL |
| Taylor, Antoinette | DOE | NNSA | LANL |
| Taylor, Gerald | DOI | BOEMRE | |
| Taylor, Matt | EPA | Region 4 | |
| Taylor, Tammy P. | DOE | NNSA | LANL |

Report on US Response to Discovery as of 9/6/2011
Attachment 4 -- Custodial Files Being Searched

| Name | Agency | Branch | Office |
|------|--------|--------|--------|
| Tebeest, Randall J. | DOC | NOAA | OMAO/AOC |
| Ten Cate, James A. | DOE | NNSA | LANL |
| Theel, Heather | DOD | ACOE | ERDC |
| Thibodeaux, Guy | DOI | BOEMRE | |
| Thomas, Brett | EPA | Region 4 | |
| Thomas, Craig | EPA | Region 5 | |
| Thompson, Janis | EPA | Region 7 | |
| Thompson, Kyle | DOE | NNSA | SNL |
| Thompson, Peter G. | DOC | NOAA | NMFS/SEFSC |
| Thoms, Sharon | EPA | Region 4 | |
| Thorn, David L. | DOE | NNSA | LANL |
| Thorp, Donald T. | DOE | NNSA | LANL |
| Tieszen, Sheldon | DOE | NNSA | SNL |
| Tilton, IV, Edward L | DOI | BOEMRE | |
| Todd, Brandi | EPA | Region 6 | |
| Tolbert, Michael J. | DOI | BOEMRE | |
| Tomkins, Christopher David | DOE | NNSA | LANL |
| Tortorici, Cathryn E. | DOC | NOAA | NMFS/SR |
| Towle, Mike | EPA | Region 3 | |
| Tran, Hy | DOE | NNSA | SNL |
| Triebsch, George F. | DOI | BOEMRE | |
| Trocquet, David J. | DOI | BOEMRE | |
| Trosclair, Troy A. | DOI | BOEMRE | |
| Trujillo, Robert A. | DOE | NNSA | LANL |
| Tulis, Dana | EPA | HQ | |
| Turek, James G. | DOC | NOAA | NMFS/OHC |
| Turner, Kevin | EPA | Reguin 5 | |
| Tyner, Lee | EPA | HQ | |
| Ullock, Dean | EPA | | |
| Umlauf, Gretchen R. | DOC | NOAA | NMFS/SWR |
| Vaidya, Rajendra U. (Raj) | DOE | NNSA | LANL |
| Valdoz, Salli | DOE | NNSA | SNL |
| Valley, Michael | DOE | NNSA | SNL |
| Vanderboom, Eric | EPA | Region 1 | |
| Vandiver, Lisa Elizabeth | DOC | NOAA | NMFS/OHC |
| Vansyoc, Kelley G. | DOE | NNSA | LANL |
| Vaargas, Vanessa | DOE | NNSA | SNL |
| Venosa, Albert | EPA | CINC | |
| Verma, Mahendra K | DOI | USGS | |
| Vilijoen, Milena | DOC | NOAA | NMFS/OHC |
| Villa, Catherine | EPA | Region 10 | |
| Virden, Jud | DOE | Off of Sci | PNNL |
| Waddell, Steven K. | DOI | BOEMRE | |
| Wagner, Christine | EPA | Region 3 | |
| Wainberg, Daniel | EPA | Region 1 | |
| Walden, Ted | EPA | Region 4 | |
| Waldon, Margaret (Maggie) | EPA | Region 9 | |

Report on US Response to Discovery as of 9/6/2011
Attachment 4 -- Custodial Files Being Searched

| Name | Agency | Branch | Office |
|---|---|---|---|
| Walker, Lynda | DOE | NNSA | SNL |
| Walker, Sam | DOC | NOAA | NOS/ASTADM |
| Wallace, Fred | DOD | ACOE | MVN |
| Wallace, Jennifer Marie-Macal | DOC | NOAA | NMFS/OHC |
| Wallace, Terry  C. | DOE | NNSA | LANL |
| Walsh, Edward | EPA | HQ | |
| Wanninkhof, Richard H. | DOC | NOAA | OAR/AOML |
| Wapman, Derek | DOE | NNSA | LLNL |
| Ward, William (Bill) C. | DOE | NNSA | LANL |
| Warner, Bruce | DOE | NNSA | LLNL |
| Warthen, Barry J. | DOE | NNSA | LANL |
| Watabayashi, Glen Y. | DOC | NOAA | NOS/ORR |
| Waters, Laurie S. | DOE | NNSA | LANL |
| Watson, Scott A. | DOE | NNSA | LANL |
| Webb, Stephen | DOE | NNSA | SNL |
| Weber, Tom | DOC | NOAA | NOS |
| Webster, James | EPA | Region 4 | |
| Webster, Susan | EPA | Region 6 | |
| Weddington, Anna | DOE | NNSA | SNL |
| Weisgraber, Todd H. | DOE | NNSA | LLNL |
| Wellman, Gerald | DOE | NNSA | SNL |
| Wells, Beric | DOE | Off of Sci | PNNL |
| Wereley, Steve | FRTG | Purdue Univ. | FRTG |
| Werndli, Stephen Michael | DOC | NOAA | NOS/ONMS |
| Werner, John V. | DOC | NOAA | NWS/SR |
| Wesley, David | DOC | NOAA | NOS/ORR |
| Westerholm, David G. | DOC | NOAA | NOS/ORR |
| Wetzel, Nicholas | DOI | BOEMRE | |
| Whelan, Ann | EPA | Region 5 | |
| Whitney, John W. | DOC | NOAA | NOS/ORR |
| Williams, Carrol S. | DOI | BOEMRE | |
| Williams, Darryl | DOI | BOEMRE | |
| Williams, David | DOE | NNSA | SNL |
| Williams, Don | EPA | | |
| Williams, T. Scott | DOI | BOEMRE | |
| Williamson, Carter | EPA | Region 4 | |
| Williamson, Larry D. | DOI | BOEMRE | |
| Williamson, Warren W. | DOI | BOEMRE | |
| Willis, Renee | EPA | Region 4 | |
| Willis, Zdenka S. | DOC | NOAA | NOS/ASTADM |
| Wilson, Amy G. | DOI | BOEMRE | |
| Wilson, Gregory | EPA | OEM | |
| Wilson, Max | DOD | ACOE | HQ |
| Winandy, David B. | DOC | NOAA | NOS/MBO |
| Winner, William G. | DOC | NOAA | NMFS/SWR |
| Wittkamp, Carol | DOD | ACOE | MVN |
| Wolfe, Stephen | EPA | Region 5 | |

Report on US Response to Discovery as of 9/6/2011
Attachment 4 -- Custodial Files Being Searched

| Name | Agency | Branch | Office |
|------|--------|--------|--------|
| Woodka, Janet | EPA | HQ | |
| Wright, Dave | EPA | Region 2 | |
| Wright, Harold R.  (Rusty) | DOI | BOEMRE | |
| Wu, Ben | DOE | NNSA | SNL |
| Wyatt, Doug | DOE | OFE | NETL |
| Wynn, Renee | EPA | HQ | |
| Yam, Frank C. | DOI | BOEMRE | |
| Yamamoto, Bob | DOE | NNSA | LLNL |
| Yapa, Poojitha | FRTG | Clarkson U | FRTG |
| Yarberry, Nancy | EPA | Region 6 | |
| Yarbro, Stephen L. | DOE | NNSA | LANL |
| Yellowhorse, Larry | DOE | NNSA | SNL |
| Yender, Ruth | DOC | NOAA | NOS/ORR |
| Ylitalo, Gina M. | DOC | NOAA | NMFS/NWFSC |
| Yokuda, Satoru | DOE | Off of Sci | PNNL |
| Yost, Sally | DOD | ACOE | ERDC |
| Young, Cathy | EPA | Region 1 | |
| Young, Damon | DOD | ACOE | SAM |
| Yozell, Sally J. | DOC | NOAA | USEC |
| Yuhas, Gary | DOE | NNSA | SNL |
| Zabilansky, Leonard | DOD | ACOE | ERDC |
| Zarba, Christopher | EPA | HQ | |
| Zenone, Vince | EPA | Region 3 | |
| Zepper, John | DOE | NNSA | SNL |
| Zerbee, Jonetta J. | DOE | NNSA | LANL |
| Zimmerman, Roger J. | DOC | NOAA | NMFS/SEFSC |
| Zollinger, Michael S. (Mike) | DOE | NNSA | LANL |
| Zumbro, Martha V. | DOE | NNSA | LANL |