MDL 2179
Report on US Response to Discovery as of 9/6/2011
Attachment 5 -- Custodial Files NOT Being Searched

| Name | Agency | Office | Branch | Reason for Refusing to Search |
|---|---|---|---|---|
| Abrams, Karen | DOC | NOAA | NMFS/OHC | BP Withdrew (7/28/2011 Nomellini Email) |
| Adams, Eric | N/A | N/A | MIT | Third party contractor |
| Ahmed, Zed | DHS | USCG | | US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| All DOI Incident Commanders or Agency Leads at all ICPs including UAC | DOI | | | BP Withdrew (7/28/2011 Nomellini Email) |
| All EPA Incident Commanders or Agency Leads at the ICPS and the UAC | EPA | | | To the extent they have responsive information, these individuals will be included. |
| All federal government personnel who acted as Incident Commanders (OSCs) and Deputy Incident Commanders (Deputy OSCs) at all ICPs including UAC | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| All federal government personnel who acted as Section Chiefs and Deputy Section Chiefs (including Planning, Operations, Logistics, Communications, Finance, Administraton) at all Command Posts, including UAC | | | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| All federal government personnel who acted as Unit Leads and Branch Directors | | | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| All federal government personnel who worked as Environmental Unit Leads, Environmental Unit Deputies, and Assistant Environmental Unit Leads at all ICPs, to include UAC and the GCIMT. | | | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| All federal government personnel who worked in the Environmental Units and/or any dispersant group at any ICP, including UAC | | | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Joint Analysis Group ("JAG") members | DOC/EPA | Various | N/A | See entries under individual member names |
| OSAT-1 and OSAT-2 members | DHS | USCG | | See entries under individual member names |
| USCG members on duty in the Command Center, 8th Dist., 7/19-22/2010 | DHS | USCG | | USCG has produced all relevant Search and Rescue records through a reasonable search |
| USCG SERT Team Members | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| NOAA SSC Team Leads and SSC Deputies at all the ICPs, including UAC and the GCIMT. | DOC | NOAA | | To the extent they have responsive information, these individuals will be included. |
| All NOAA Representatives to UAC | DOC | NOAA | | To the extent they have responsive information, these individuals will be included. |
| Marine Safety Investigators at Morgan City Sector on duty 4/19-22/2010 or participated in interviews re the Incident. | DHS | USCG | | The interviews have been produced.  Further searches of these custodians inappropriate pursuant to 43 U.S.C. § 6308. |

MDL 2179
Report on US Response to Discovery as of 9/6/2011
Attachment 5 -- Custodial Files NOT Being Searched

| Name | Agency | Office | Branch | Reason for Refusing to Search |
|---|---|---|---|---|
| Allen, Thad | DHS | USCG | | US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Amendola, Kimberly B. | DOC | NOAA | NMFS/SR | BP Withdrew (7/28/2011 Nomellini Email) |
| Andrews, Curtis | DHS | USCG | | US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Appel, James Phillip | DOC | NOAA | NMFS/OAA | BP Withdrew (7/28/2011 Nomellini Email) |
| Ates, Harun | N/A | N/A | University of Tulsa | Third party contractor |
| Austin, Jennifer K. | DOC | NOAA | USEC | BP Withdrew (7/28/2011 Nomellini Email) |
| Bahar, Asnel | N/A | N/A | University of Tulsa | Third party contractor |
| Baker, Kyle P. | DOC | NOAA | NMFS/SR | BP Withdrew (7/28/2011 Nomellini Email) |
| Baran, Janet M. | DOC | NOAA | USEC | BP Withdrew (7/28/2011 Nomellini Email) |
| Baringer, Molly O. | DOC | NOAA | OAR/AOML | BP Withdrew (7/28/2011 Nomellini Email) |
| Barr, Debora | DOC | NOAA | NOS | Will be captured by search of centralized ICC email collection. |
| Beaverson, Christopher | DOC | NOAA | OAR | BP Withdrew (7/28/2011 Nomellini Email) |
| Bejarano, Adriana | DOC | NOAA | Contractor | BP Withdrew (7/28/2011 Nomellini Email) |
| Belskis, Lisa A.C. | DOC | NOAA | NMFS | BP Withdrew (7/28/2011 Nomellini Email) |
| Blackburn, Jason E. | DOC | NOAA | NMFS/OSF | BP Withdrew (7/28/2011 Nomellini Email) |
| Boda, Kenneth | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Boufadel, Michel | N/A | N/A | Temple Univ. | Third party contractor |
| Bowen, Andy | N/A | N/A | WHOI | Third party contractor |
| Brackett, Douglas Howe | DOC | NOAA | NMFS/OAA | BP Withdrew (7/28/2011 Nomellini Email) |
| Brandt, Havard | N/A | N/A | Det Norske Veritas | BP Reserves Rights (Gasaway Ltr 8/22/2011) |
| Brannon, Rick | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Breaux, Mr. | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Brown, Callan | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Brown, Susan M. | DOC | NOAA | NMFS/OHC | BP Withdrew (7/28/2011 Nomellini Email) |
| Browner, Carol | WH | | | Order of Magistrate Judge Shushan (Doc. No. 3377 |
| Bruce, Lyle | N/A | N/A | LG Bruce Consulting | BP Withdrew (7/28/2011 Nomellini Email) |
| Buchwalter, Jim | N/A | N/A | Gemini Solutions | Third party contractor |
| Bullman, Jack | DOT | NASA | SVS | BP withdrew (Gasaway Ltr 8/22/2011) |
| Burnett, Paul | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Burns, Kathryn | N/A | N/A | Austral. Inst. Marine Sci. | Third party contractor |
| Calvert, Ray | N/A | N/A | Gemini Solutions | Third party contractor |
| Camilli, Richard | N/A | N/A | WHOI | Third party contractor |
| Camlin, Theo | N/A | N/A | O'Brien's Group | Third party contractor |
| Carlson, John K. | DOC | NOAA | NMFS/SEFSC | BP Withdrew (7/28/2011 Nomellini Email) |
| Chamberlain, Paul | DOC | NOAA | NOS | BP Withdrew (7/28/2011 Nomellini Email) |
| Chen, Robert | N/A | N/A | U Mass, Boston | Third party contractor |
| Chiampi , Rebecca K. | DOC | NOAA | NMFS/OSF | BP Withdrew (7/28/2011 Nomellini Email) |
| Clark, Jennifer | DOC | NOAA | OMAO/Ship Rainier | No information relevant to Event, Source Control, or Quantification |
| Clark, Kate | DOC | NOAA | NOS | Not reasonably expected to have responsive information |
| Close, Michael T. | N/A | N/A | Det Norske Veritas | BP Reserves Rights (Gasaway Ltr 8/22/2011) |
| Coe, Cindy | DOL | OSHA | Region 6 | BP Withdrew (7/28/2011 Nomellini Email) |
| Comer, Amy Marie | DOC | NOAA | NMFS/PIFSC | BP Withdrew (7/28/2011 Nomellini Email) |
| Conillon, Peter | N/A | N/A | U Rhode Island | Third party contractor |

| Name | Agency | Office | Branch | Reason for Refusing to Search |
|---|---|---|---|---|
| Cook, Kevin | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Coolbaugh, Tom | N/A | N/A | Exxon Mobil | Third party contractor |
| Cost, Daniel | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Costanzo, Don | N/A | N/A | O'Brien's Group | Third party contractor |
| Court, Richard L. | N/A | N/A | | No employee of NASA, EPA, NOAA, or Coast Guard |
| Cozen, Pete | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Crone, Timothy | N/A | N/A | Lamont-Doherty | BP Withdrew (Gasaway Ltr 8/22/2011) |
| Crout, Richard | DOC | NOAA | NWS/OOS | BP Withdrew (7/28/2011 Nomellini Email) |
| Czarniak, Andrew | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Dahl, Jeff | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Damanque, Bryan | DOI | BOEMRE | | Believed to be a misspelling of Bryan Domangue. |
| Davenport, Guy | DOC | NOAA | NMFS/SEFSC | BP Withdrew (7/28/2011 Nomellini Email) |
| Daves, Nancy K. | DOC | NOAA | NMFS/OAA | Not reasonably expected to have responsive information |
| Dawicki, Shelley M. | DOC | NOAA | NMFS/NEFSC | BP Withdrew (7/28/2011 Nomellini Email) |
| Decker, Cynthia J. | DOC | NOAA | OAR/SABS | BP Withdrew (7/28/2011 Nomellini Email) |
| DeBosier, Toni | N/A | N/A | LA DNR | Third party |
| DeJoseph, Bonnie | DOC | NOAA | NMFS | BP Withdrew (7/28/2011 Nomellini Email) |
| DeMarignac, Jean | DOC | NOAA | NOS/ONMS | BP withdrew (Gasaway Ltr 8/22/2011) |
| Desfosse, Lisa L. | DOC | NOAA | NMFS/OSF | BP Withdrew (7/28/2011 Nomellini Email) |
| Diel, William | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Dilorio, Daniela | N/A | N/A | University of Georgia | Third party contractor |
| Drew, Charity | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Dudek, Charles | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Dunsford, Sarah | DOC | NOAA | OMAO | BP Withdrew (7/28/2011 Nomellini Email) |
| Durham, Christina Louise | DOC | NOAA | USEC/OLA | BP Withdrew (7/28/2011 Nomellini Email) |
| Dutton, Ken | DOC | NOAA | NMFS | BP Withdrew (7/28/2011 Nomellini Email) |
| Earwaker, Karen Louise | DOC | NOAA | NOS/COOP&SVC | BP withdrew (Gasaway Ltr 8/22/2011) |
| Ellis, Mike | DOC | NOAA | OMAO | BP Withdrew (7/28/2011 Nomellini Email) |
| Engleby, Laura K. | DOC | NOAA | NFMS/SR | BP Withdrew (7/28/2011 Nomellini Email) |
| Enguchi, Tomo | DOC | NOAA | NMFS | BP Withdrew (7/28/2011 Nomellini Email) |
| Epperly, Sheryan | DOC | NOAA | NMFS | BP Withdrew (7/28/2011 Nomellini Email) |
| Fanelli, Colleen M. | DOC | NOAA | NOS/COOP&SVC | BP withdrew (Gasaway Ltr 8/22/2011) |
| Ferguson, Marie | DOC | NOAA | NMFS/PIFSC | BP Withdrew (7/28/2011 Nomellini Email) |
| Foret, John D. | DOC | NOAA | NMFS/SEFSC | BP Withdrew (7/28/2011 Nomellini Email) |
| Fougeres, Erin M. | DOC | NOAA | NMFS/SR | BP Withdrew (7/28/2011 Nomellini Email) |
| Frady, Teri L. | DOC | NOAA | NMFS/NEFSC | BP Withdrew (7/28/2011 Nomellini Email) |
| Fraker, Mark | N/A | N/A | TerraMar Envtl | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Franklin, Abagail | DOC | NOAA | NMFS | BP Withdrew (7/28/2011 Nomellini Email) |
| Frick, Amanda L. | DOC | NOAA | NMFS/SR | BP Withdrew (7/28/2011 Nomellini Email) |
| Frutchey, Karen Patricia | DOC | NOAA | NMFS/PIR | BP Withdrew (7/28/2011 Nomellini Email) |
| Gallagher, Michael S. | DOC | NOAA | NMFS | BP Withdrew (7/28/2011 Nomellini Email) |
| Gardner, Betsy | DOC | NOAA | | Not reasonably expected to have responsive information |
| Garrett, Ehpraim Spencer | DOC | NOAA | NMFS | BP Withdrew (7/28/2011 Nomellini Email) |

| Name | Agency | Office | Branch | Reason for Refusing to Search |
|---|---|---|---|---|
| Garron, Mendy Sue | DOC | NOAA | NMFS/NER | BP Withdrew (7/28/2011 Nomellini Email) |
| Gautier, Peter W. | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Gerhart, Susan D. | DOC | NOAA | NMFS/SR | BP Withdrew (7/28/2011 Nomellini Email) |
| Giffored, Kevin Vern | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Gitschlag, Gregg R. | DOC | NOAA | NMFS/SEFSC | BP Withdrew (7/28/2011 Nomellini Email) |
| Golden, Keith | DOC | NOAA | OMAO | BP Withdrew (7/28/2011 Nomellini Email) |
| Goodman, Ron | N/A | N/A | Innovative Ventures | Third party contractor |
| Gould, Austin | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Gutierrez, Alexis Theresa | DOC | NOAA | NMFS/OPR | BP Withdrew (7/28/2011 Nomellini Email) |
| Hall, Lanet Leigh (Lanni) | DOC | NOAA | NMFS/NER | BP Withdrew (7/28/2011 Nomellini Email) |
| Halter-Coll, Heather | DOC | NOAA | NMFS/OPR | BP Withdrew (7/28/2011 Nomellini Email) |
| Hanisko, David | DOC | NOAA | NMFS/SEFSC | BP Withdrew (7/28/2011 Nomellini Email) |
| Hansen, Kurt | DOI | USGS | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Hanzalik, James | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Harrell | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Hauser, Olivia | DOC | NOAA | OMAO | BP Withdrew (7/28/2011 Nomellini Email) |
| Haynie, William | N/A | N/A | ABS | BP Withdrew (Gasaway Ltr 8/22/2011) |
| Hearl, Frank | HHS | CDC/NIOSH | | BP Withdrew (7/28/2011 Nomellini Email) |
| Heberling, Sarah | DOC | NOAA | NMFS | BP Withdrew (7/28/2011 Nomellini Email) |
| Hemmick, Paul | DOC | NOAA | NOS | See Himmelhoch Ltr 9/6/2011 |
| Hetrick, David | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Higgins, Joe | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Hoffman, Peter | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Hoffman, Robert S. (Bob) | DOC | NOAA | NMFS/SWR | BP Withdrew (7/28/2011 Nomellini Email) |
| Holliman, Stephen | DOC | NOAA | NMFS | BP Withdrew (7/28/2011 Nomellini Email) |
| Holmes, Guillermo | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Hope, Henry Richard | DOC | NOAA | NMFS/OSF | BP Withdrew (7/28/2011 Nomellini Email) |
| Horn, Calusa S. | DOC | NOAA | NMFS/SR | BP Withdrew (7/28/2011 Nomellini Email) |
| Horstman, Stacey L. | DOC | NOAA | NMFS/SR | BP Withdrew (7/28/2011 Nomellini Email) |
| Hughes, Joseph "Chip" | HHS | NIEHS | | BP Withdrew (7/28/2011 Nomellini Email) |
| Hutley, Tedd | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Jabolonski, Holly D. | DOC | NOAA | OMAO/CPC | BP Withdrew (7/28/2011 Nomellini Email) |
| Jaeger, Drew | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Jernaes, Stein | N/A | N/A | Det Norske Veritas | BP Reserves Rights (Gasaway Ltr 8/22/2011) |
| Johnson, Eric | DOC | NOAA | OMAO | BP Withdrew (7/28/2011 Nomellini Email) |
| Johnston, Michelle Anne | DOC | NOAA | NOS/ONMS | See Himmelhoch Ltr 9/6/2011 |
| Kanuza, Scott | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Kathey, Scott | DOC | NOAA | NOS | BP withdrew (Gasaway Ltr 8/22/2011) |
| Kelkar, Mohan | N/A | N/A | University of Tulsa | Third party contractor |
| Kelley, Janes Bryant | DOC | NOAA | OMAO/DS | See Himmelhoch Ltr 9/6/2011 |
| Kenney, Gary | N/A | N/A | Det Norske Veritas | BP Reserves Rights (Gasaway Ltr 8/22/2011) |
| Khelifa, Ali | N/A | N/A | Environment Canada | Third party contractor |
| King, Chad E. | DOC | NOAA | NOS/ONMS | See Himmelhoch Ltr 9/6/2011 |

| Name | Agency | Office | Branch | Reason for Refusing to Search |
|---|---|---|---|---|
| Kliewer, Colin | DOC | NOAA | NMFS/OHC | BP Withdrew (7/28/2011 Nomellini Email) |
| Konkel, Wolfgang | N/A | N/A | ExxonMobil | Third party contractor |
| Kunicki, Paul | DOC | NOAA | NMFS/SWR | BP Withdrew (7/28/2011 Nomellini Email) |
| Lambert, Debra M. | DOC | NOAA | NMFS/OSF | BP Withdrew (7/28/2011 Nomellini Email) |
| Lambert, Pat | N/A | N/A | Environment Canada | Third party contractor |
| Landry, Mary | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Lecky, Joey Hensley | DOC | NOAA | NOS/ONMS | BP withdrew (Gasaway Ltr 8/22/2011) |
| Lee, Ken | DOD | ACOE | | Third party contributor |
| Levett, Bryce | N/A | N/A | Det Norske Veritas | BP Reserves Rights (Gasaway Ltr 8/22/2011) |
| Levine, Michael | DOC | NOAA | NOS | Not reasonably expected to have responsive information |
| Li, Z. | N/A | N/A | Fish & Oceans Canada | Third party contractor |
| Libby, Kathy B. | DOC | NOAA | NMFS/NEFSC | BP Withdrew (7/28/2011 Nomellini Email) |
| Lindgren, Lance | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Linegar, Kirt | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Little, Patrick | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Lizedski, Simon | N/A | N/A | | The United States cannot identify this individual |
| Long, Kristen Jane | DOC | NOAA | NMFS/OPR | BP Withdrew (7/28/2011 Nomellini Email) |
| Lovett, Hilda | DOC | NOAA | NMFS | BP Withdrew (7/28/2011 Nomellini Email) |
| Lowery, Tony | DOC | NOAA | NMFS/OSF | BP Withdrew (7/28/2011 Nomellini Email) |
| Lugo, Lauren | DOC | NOAA | NMFS | BP Withdrew (7/28/2011 Nomellini Email) |
| Lundberg-Littlefield, Naomi | DOC | NOAA | NMFS/OAA | BP Withdrew (7/28/2011 Nomellini Email) |
| Lundin, Tim | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Majumday, Arun | DOE | ARPA-E | | Believed to be a misspelling of Arun Majumdar |
| Mann, Steve | N/A | N/A | ExxonMobil | BP Withdrew (Gasaway Ltr 8/22/2011) |
| Marot, Marci | DOI | USGS | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Martin, Buzz | N/A | N/A | TX General Land Office | Third party |
| McCracken, William | N/A | N/A | August Compliance Intl. | Third party |
| McElroy, Amy | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| McFarland, Barry | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| McNulty, Sara A. | DOC | NOAA | NMFS/OPR | BP Withdrew (7/28/2011 Nomellini Email) |
| Merchant, Zeita | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Meyer, Cynthia | DOC | NOAA | NMFS | BP Withdrew (7/28/2011 Nomellini Email) |
| Meyers, Stephen F. | DOC | NOAA | NMFS/OSF | BP Withdrew (7/28/2011 Nomellini Email) |
| Miller, David P. | DOC | NOAA | USEC/PCA | BP Withdrew (7/28/2011 Nomellini Email) |
| Miller, Jerry | WH | EOP | OSTP | Order of Magistrate Judge Shushan (Doc. No. 3377 |
| Mitchell, Karen | DOC | NOAA | NMFS/SEFSC | BP Withdrew (7/28/2011 Nomellini Email) |
| Moline, Karl I. | DOC | NOAA | NMFS/OST | BP Withdrew (7/28/2011 Nomellini Email) |
| Moreno, Paula Teixeira | DOC | NOAA | NFMS/SEFSC | BP Withdrew (7/28/2011 Nomellini Email) |
| Nance, James M. | DOC | NOAA | NMFS/SEFSC | BP Withdrew (7/28/2011 Nomellini Email) |
| Nedwed, Tim | N/A | N/A | Exxon Mobil | BP Withdrew (Gasaway Ltr 8/22/2011) |
| Neffenger, Peter V. | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Nelson, Robert | N/A | N/A | WHOI | Third party contractor |
| Niu, H. | N/A | N/A | Fish & Oceans Canada | Third party contractor |

MDL 2179
Report on US Response to Discovery as of 9/6/2011
Attachment 5 -- Custodial Files NOT Being Searched

| Name | Agency | Office | Branch | Reason for Refusing to Search |
|---|---|---|---|---|
| Noble, Brandi | DOC | NOAA | NMFS/SEFSC | BP Withdrew (7/28/2011 Nomellini Email) |
| Norberg, Jack Brent | DOC | NOAA | NMFS/NWR | BP Withdrew (7/28/2011 Nomellini Email) |
| Norton, Daniel | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Norton, Shelley L. | DOC | NOAA | NMFS/SR | BP Withdrew (7/28/2011 Nomellini Email) |
| O'Brien, Michael | N/A | N/A | ITOF | Third party |
| O'Brien, Sean | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Overton, Ed | N/A | N/A | Loisianna State Univ | Third party contractor |
| Padgett, Dr. | N/A | N/A | Det Norske Veritas | BP Reserves Rights (Gasaway Ltr 8/22/2011) |
| Paradis, J. Scott | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Pease, Victoria L. | DOC | NOAA | NMFS/SWFSC | BP Withdrew (7/28/2011 Nomellini Email) |
| Pickett, Mark H. | DOC | NOAA | OMAO | BP Withdrew (7/28/2011 Nomellini Email) |
| Podolak, Paul | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Poulin, Steven | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Powell, Jessica Rose | DOC | NOAA | NMFS/SR | BP Withdrew (7/28/2011 Nomellini Email) |
| Prestcott, Brian | DOC | NOAA | NOS | BP withdrew (Gasaway Ltr 8/22/2011) |
| Proie, Andrea | DOC | NOAA | NOS | See Himmelhoch Ltr 9/6/2011 |
| Qualkebush, Darin | DOI | USGS | | The United States cannot identify this individual |
| Rasmussen, Olav | N/A | N/A | Det Norske Veritas | BP Reserves Rights (Gasaway Ltr 8/22/2011) |
| Reddy, Christopher | N/A | N/A | WHOI | Third Party |
| Reece, Karla M. | DOC | NOAA | NMFS/SR | BP Withdrew (7/28/2011 Nomellini Email) |
| Reed, Adam | DOC | NOAA | NOS | See Himmelhoch Ltr 9/6/2011 |
| Reyer, Tony | DOC | NOAA | NOS | BP withdrew (Gasaway Ltr 8/22/2011) |
| Richards, Paul M. | DOC | NOAA | NMFS/SEFSC | BP Withdrew (7/28/2011 Nomellini Email) |
| Rilling, Gene Christopher | DOC | NOAA | NMFS/OST | BP Withdrew (7/28/2011 Nomellini Email) |
| Robb, Kevin | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Roletto, Janette | DOC | NOAA | NOS/ONMS | Not reasonably expected to have responsive information |
| Ropp, Patrick | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Royster, Julia E. | DOC | NOAA | NMFS/OHC | BP Withdrew (7/28/2011 Nomellini Email) |
| Ryder, Cheryl E. | DOC | NOAA | NMFS/NWR | BP Withdrew (7/28/2011 Nomellini Email) |
| Salbosa, Lasha | DOC | NOAA | NOS/ONMS | BP withdrew (Gasaway Ltr 8/22/2011) |
| Sallis, Angela | DOC | NOAA | | Not reasonably expected to have responsive information |
| Sardi, Kate | DOC | NOAA | NMFS | BP Withdrew (7/28/2011 Nomellini Email) |
| Sasso, Christopher R. | DOC | NOAA | NMFS/SEFSC | BP Withdrew (7/28/2011 Nomellini Email) |
| Schroeder, Barbara | DOC | NOAA | NMFS/OPR | BP Withdrew (7/28/2011 Nomellini Email) |
| Schwartz, Sol H. | N/A | N/A | Mason & Hanger-Silas | Third party contractor |
| Seewald, Jeff | N/A | N/A | WHOI | Third party contractor |
| Seminoff, Jeffrey Aleksandr | DOC | NOAA | NMFS/SWFSC | BP Withdrew (7/28/2011 Nomellini Email) |
| Sexton-Mccarthy, Cheryl L. (Cheri) | DOC | NOAA | NMFS/OAA | BP Withdrew (7/28/2011 Nomellini Email) |
| Shepard, Mark | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Shortland, Rebecca Rachel | DOC | NOAA | NOS/ONMS | See Himmelhoch Ltr 9/6/2011 |
| Shotts, Kelly M. | DOC | NOAA | NMFS/SR | BP Withdrew (7/28/2011 Nomellini Email) |
| Silva, George | DOC | NOAA | NMFS/OSF | BP Withdrew (7/28/2011 Nomellini Email) |
| Sivathasan, Kuhan | N/A | N/A | Det Norske Veritas | BP Reserves Rights (Gasaway Ltr 8/22/2011) |

MDL 2179
Report on US Response to Discovery as of 9/6/2011
Attachment 5 -- Custodial Files NOT Being Searched

| Name | Agency | Office | Branch | Reason for Refusing to Search |
|---|---|---|---|---|
| Smith, Carl | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Somma, Dan | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Spradlin, Trevor R. | DOC | NOAA | NMFS/OPR | BP Withdrew (7/28/2011 Nomellini Email) |
| Stacy, Brian | DOC | NOAA | NMFS | BP Withdrew (7/28/2011 Nomellini Email) |
| Stanton, Ed | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Stroh, Lincoln D. | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Summers, Tammy | DOC | NOAA | NMFS/PIFSC | BP Withdrew (7/28/2011 Nomellini Email) |
| Svekovsky, Jan | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Swift, Rob | N/A | N/A | U New Hampshire | Third party contractor |
| Swimmer, Yonat | DOC | NOAA | NMFS/PIFSC | BP Withdrew (7/28/2011 Nomellini Email) |
| Sylva, Sean | N/A | N/A | WHOI | Third party contractor |
| Taylor. Jaclyn C. | DOC | NOAA | NMFS/OPR | BP Withdrew (7/28/2011 Nomellini Email) |
| Teas, Wendy G. | DOC | NOAA | NMFS/SEFSC | BP Withdrew (7/28/2011 Nomellini Email) |
| Techet, Alexandra | N/A | N/A | MIT | Third party contractor |
| Tepper, Allison | HHS | NIOSH | Hazard Eval. | BP Withdrew (7/28/2011 Nomellini Email) |
| The Captain of the Port, Morgan City, Louisiana between April 19 - 22, 2010 | DHS | USCG | | Collected through reasonable search. |
| The Captain of the USCG *Cutter Zephyr* between April 19 - 22, 2010 | DHS | USCG | | Collected through reasonable search. |
| Tolstoy, Maya | N/A | N/A | Lamont–Doherty | Third party |
| Touhy-Sheen, Liz | DOC | NOAA | NMFS | BP Withdrew (7/28/2011 Nomellini Email) |
| Tucci, Andrew | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Tucker, Steven | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Tunstall, Capt. | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Turk, Teresa A. | DOC | NOAA | NMFS/OST | BP Withdrew (7/28/2011 Nomellini Email) |
| Turner, Daniel | DOC | NOAA | NOS/ONMS | See Himmelhoch Ltr 9/6/2011 |
| Turner, Philip | EPA | | | BP Withdrew (7/28/2011 Nomellini Email) |
| Underkoffler, Karen Elaine | DOC | NOAA | NMFS/PIFSC | BP Withdrew (7/28/2011 Nomellini Email) |
| Vaccaro, Christopher | DOC | NOAA | USEC/PCA | BP Withdrew (7/28/2011 Nomellini Email) |
| Valette-Silver, Nathalie J. | DOC | NOAA | OAR/OER | BP Withdrew (7/28/2011 Nomellini Email) |
| Wade, Terry | N/A | N/A | TX A&M University | Third party contractor |
| Wagner, John | DOC | NOAA | NOS | See Himmelhoch Ltr 9/6/2011 |
| Walker, Calvin C. | DOC | NOAA | NMFS/OFS | BP Withdrew (7/28/2011 Nomellini Email) |
| Wang, John | DOC | NOAA | NMFS | See Himmelhoch Ltr 9/6/2011 |
| Wang, Xiomong | N/A | N/A | Florida State University | Third party contractor |
| Watson, James | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Weber, Tom | N/A | N/A | U of New Hampshire | Third party contributor |
| Whaley, Janet | DOC | NOAA | NMFS | BP Withdrew (7/28/2011 Nomellini Email) |
| Whitcomb, Louis | N/A | N/A | Johns Hopkins University | Third party contractor |
| Whitmore, Willie | DOC | NOAA | NMFS | BP Withdrew (7/28/2011 Nomellini Email) |
| Wilhelm, Rachel | DOC | NOAA | USEC | BP Withdrew (7/28/2011 Nomellini Email) |
| Wilk, Barbara | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |
| Wilkin, Sarah | DOC | NOAA | NMFS | BP Withdrew (7/28/2011 Nomellini Email) |

MDL 2179
Report on US Response to Discovery as of 9/6/2011
Attachment 5 -- Custodial Files NOT Being Searched

| Name | Agency | Office | Branch | Reason for Refusing to Search |
|---|---|---|---|---|
| Williams, Phil | DOC | NOAA | NMFS | BP Withdrew (7/28/2011 Nomellini Email) |
| Wilson, Steven | DOC | NOAA | NMFS | BP Withdrew (7/28/2011 Nomellini Email) |
| Wingo, Richard Dean | DOL | OSHA | Region 4 | BP Withdrew (7/28/2011 Nomellini Email) |
| Wood, Michelle | DOC | NOAA | OAR | BP Withdrew (7/28/2011 Nomellini Email) |
| Yoerger, Dana | N/A | N/A | WHOI | Third Party |
| Zeile, Fred Carl | DOC | NOAA | NESDIS/NODC | Not reasonably expected to have responsive information |
| Zukunft, Paul | DHS | USCG | | See US Third Response to BP's 1st Set of Discovery (6/20/2011) |