MDL 2179
Report on US Response to Discovery as of 9/6/2011
Attachment 6 -- Army Corps Search Terms

| Party | No | Dates | Search Terms |
|---|---|---|---|
| BP | 47, 48 | 4/20/2010-1/31/2011 | ("senate\.gov" OR "house\.gov" OR "%eop\.gov" OR ("Executive Office" AND "President") OR ("house" AND "representatives") OR ("congress%" AND "Committ%")) AND ("deepwater" OR "Deep water" OR "Macondo" OR "BP" OR "British Petroleum" OR "DWH" OR "MC252" OR "plume" OR "seafood" OR "Mississippi Canyon Block 252" OR "MOEX" OR "Transocean" OR "Anadarko" OR "Cameron" OR "Triton" OR "Halliburton" OR "Weatherford" OR "Drillquip" OR "GMBH") OR ("clos%" AND "fish%") OR ("Gulf" and "Tiger Team")) |
| BP | 52 | 4/20/2010-1/31/2011 | ("Deepwater Horizon" OR "DWH" OR "Macondo" OR "Mississippi Canyon Block 252" OR "MC252" OR "Gulf oil" OR ("Gulf of Mexico" AND "spill") OR ("clos%" AND "fish%") OR "Anadarko" OR "Cameron" OR "Triton" OR "Halliburton" OR "Weatherford" OR "Drillquip" OR "GMBH") AND ("%.tv.com" or "press" or "media" or "news" OR "NBC" OR "CBS" OR "ABC" OR "CNN" OR "New York Times" OR "nytimes" OR "washpost" OR "wsj" OR "Washington Post" OR "Wall Street Journal" OR "Associated Press" OR " AP" OR "Reuters" OR "TV" OR "newspaper" OR "blog" OR "reporter" OR "journalist" OR "website") |
| BP | 57 | 4/20/2010-1/31/2011 | ("Bly" OR "BP") AND ("Report" OR ("Accident" and "Investigat%")) AND ("2010" OR "2011") |
| BP | 62, 180-181 | 4/20/2010-1/31/2011 | ("Chemical Safety Board" OR "CSB" OR "Marine Board of Investigation" OR "Joint Investigation Team" OR "JIT" OR "MBI" OR "Incident Specific Preparedness Review" OR "ISPR" OR "National Commission" OR "Presidential Commission") AND ("Deepwater Horizon" OR "Deep water Horizon" OR "MC252" OR "DWH" OR "Mississippi Canyon Block 252") |
| BP | 67 | 4/20/2010-9/19/2010 | (("blowout" AND "preventer") OR "BOP" OR "trigger" OR "activate" OR "fire" OR "actuate" OR "position" OR "analysis") AND ("Deepwater" OR "DWH" OR "MC252" OR "Macondo" OR "Mississippi Canyon Block 252") |
| BP | 68-69 | 4/20/2010-9/19/2010 | ["Deepwater Horizon" OR "Deep water Horizon" OR "MC252" OR "Macondo" OR "Mississippi Canyon Block 252" OR "BP" OR "Transocean" OR "Gulf of Mexico" OR "GOM" OR ("Gulf" AND "Spill")]  AND [within ["oil" | "hydrocarbons"]] AND [within ["collect%" OR "cap%" OR "seal" OR "relief well" OR "recover%" OR "contain% OR "cofferdam" OR "top hat" OR "capping stack" OR "top kill" OR "junk shot" OR "well kill"]] AND [with ["approv%" OR "reject%" OR "deny" OR "allow" OR "grant" OR "submit%" OR "deci%" OR "consider%" OR "propose%" OR "identify%" OR "study" OR "inspect%" OR "evaluat%" OR "present%" OR "report" OR "ppt" OR "powerpoint"] OR ["method" AND "post"] OR ["method" AND "potential"]] |
| BP | 70 | 4/20/2010-9/19/2010 | ("MC252" OR "Macondo" OR "Mississippi Canyon Block 252") AND ("hazard" OR "study" OR "session" OR "operability" OR "HAZID" OR "HAZOP" OR "red team" OR "Kill Well On" OR "peer review") |

| Party | No | Dates | Search Terms |
|---|---|---|---|
| BP | 73, 78-85 | 4/20/2010-9/19/2010 | ("MC252" OR "Deepwater Horizon" OR "Deep Water Horizon" OR "DWH" OR "Macondo" OR "Mississippi Canyon Block 252" OR "Transocean" OR "BP" OR "GOM" OR "Gulf of Mexico" OR ("Gulf" AND "Spill")) AND ("plume" OR "response" OR "spinner" OR "flow" OR "flowmeter" OR "low\-resolution" OR "high resolution" OR "veloci%" OR "BOPD%" OR "BPD%" OR "bbl%" OR "flow%" OR "mbd%" OR "wcd%" OR "worst case discharge" OR "leak%" OR "kink" OR "restrict%" OR "NEAR((gal%,min%),2)" OR "NEAR((gal%,day),2)" OR "emanate%" OR "orifice" OR "FEA" OR "Suttles" OR "Utsler" OR "Hayward" OR "McKay" OR "Dudley" OR ("Admiral" AND ("Allen" OR "Landry")) OR "ASTM" OR "AVIRIS" OR "barrel%" OR "Bonn Agreement" OR "collect%" OR "flare%" OR "flow" OR "flow rate" OR "flowrate" OR "FRTG" OR "FRTT" OR "mass balance" OR "McNutt" OR "MMCFD" OR "nodal" OR "oil rate" OR "oil on water" OR "outflow" OR "surface expression" OR "reservoir" OR "riser" OR "RITT" OR "ROV" OR "sheen" OR "skim%" OR "spill" OR "velocity" OR "volume" OR "stbpd" OR "particle" OR "image" OR "GOR" OR "spinner" OR "top hat" OR "Q4000" OR "CDP" OR "riser" OR "helix" OR "FPSO" OR "Toisa Pisces" OR "recover%" OR "relief" OR "contain%" OR "collect%" OR "capture" OR "amount" OR "water column" OR "dispersed oil" OR "oil budget" OR "evaporate" OR "emulsify" OR "tar ball" OR "two\-phase flow" OR "stock tank barrel" OR "hydrate" OR "ICS 209" OR "sedimentation" OR "multi\-phase" OR "multiphase" OR "calculate%" OR "non\-hydrocarbon" OR "non\-oil" OR ("remote%" AND "operat%" AND "vehicle")) |
| BP | 74 | 4/20/2010-9/19/2010 | "blowout preventer on blowout preventer" OR "BOP on BOP" OR "top kill attempt" |
| BP | 75 | 4/20/2010-9/19/2010 | ("DWH" OR "Deepwater Horizon" or "MC252" OR "BP" OR "Transocean" OR "GOM" OR ("Gulf" AND "spill") OR "Macondo" OR "Mississippi Canyon Block 252" OR "Gulf of Mexico") AND "cap%" AND ("install%" OR "shut" OR "close" OR "integrity" OR "testing") |
| BP | 76 | 4/20/2010-9/19/2010 | ("DWH" OR "Deepwater Horizon" or "MC252" OR "BP" OR "Transocean" OR "GOM" OR ("Gulf" AND "spill") OR "Macondo" OR "Mississippi Canyon Block 252" OR "Gulf of Mexico") AND "well" AND ("integrity" OR "test*" OR "monitor*" OR "analy%" or "study" or "evaluat%" OR "deci%" or "terminat%" or "prolong") |
| BP | 86 | 4/20/2010-9/19/2010 | "DWH" OR "Deepwater Horizon" or "MC252" OR "BP" OR "Transocean" OR "GOM" OR ("Gulf" AND "spill") OR "Macondo" OR "Mississippi Canyon Block 252") AND (("chemical" OR "physical"OR "analysis" OR "properties") NEAR20 ("discharge" OR "oil" OR "substance" OR MC252 or "wellhead" OR "multiphase" OR "multi-phase" OR "multi phase" OR "property" OR "viscosity" OR "bubble" OR "temperature" OR "Celsius" OR "Fahrenheit" OR "flash" OR "methane" OR "gas" OR "fingerprint%" OR "tar%")) |

MDL 2179
Report on US Response to Discovery as of 9/6/2011
Attachment 6 -- Army Corps Search Terms

| Party | No | Dates | Search Terms |
|---|---|---|---|
| BP | 123-137 | 4/20/2010-9/19/2010 | ("DWH" OR "Deepwater Horizon" or "MC252" OR "BP" OR "Transocean" OR "GOM" OR ("Gulf" AND "spill") OR "Macondo" OR "Mississippi Canyon Block 252") AND ("corexit" OR "9500%" OR "9527%" OR "dispersant" OR "brat%") AND ("permit%" OR "limit%" OR "control" OR "decision" OR "quantit%" OR "subsea" OR "surface" OR "volume" OR "amount" OR "appl%" OR "deci%" OR "direct%" OR "analy%" OR "identi%" OR "addendum" OR "use" OR "respons%" OR "alternative" OR "determin%" OR "guideline" OR "metric%" OR "fate" OR "dispersed oil" OR "harm" OR "effect*" OR "predict%" OR "injur%" OR "toxic" OR "SMART" OR "waiv%" OR "approv%" OR "measure" OR "assess" OR "shore" OR "coast%" OR "land" OR "inventor%" OR "deny" OR "deploy%" OR "benefit") |