MDL 2179
Report on US Response to Discovery as of 9/6/2011
Attachment 7 -- Coast Guard Search Terms

| Party | No | Dates | Search Terms |
|---|---|---|---|
| BP | 4 | 4/20/2005-4/20/2010 | ("Deepwater Horizon" OR "Deep water Horizon") AND ("Enforcement Action" OR "E-101" OR "E-102" OR "E-103" OR "E-104" OR "E-105" OR "E-106" OR "E-107" OR "E-108" OR "Incident" OR "NEPA" OR "OSHA" OR "Occupational Safety and Health" OR "Assessment" OR "Inspect%" OR "Health" OR "Safety" OR "Environ%") |
| BP | 5, 6 | 4/20/2005-4/20/2010 | ("Deepwater Horizon" OR "Deep water Horizon" OR "DWH") AND ("INC" OR "Incident of Non compliance" OR "Incident of Noncompliance" OR "Enforcement Action" OR "Audit" OR "Inspec*" OR "Infraction" or "Violation" or "Corrective Action" OR "American Bureau of Shipping" OR "ABS" OR "Blowout Preventer" OR "BOP" OR "Blind Shear" OR "Deadman Switch" OR "Solenoid" OR "Cameron" OR OR "Wellbore Valve" OR "Uncontrolled Flow" OR "Formation Kick" OR "Subsea Stack" OR "Control Pods" OR "Hydraulic Ram" OR "Transducer" OR "Annular" OR "Riser" OR "Drill string" OR "redundant" OR "Fail-Safe" OR "drilling fluid" OR "drilling mud" OR Cement" OR "Casing" OR "Drill Pipe" OR "Well Integrity" OR "Gate valve") |
| BP | 47, 48 | 4/20/2010-1/31/2011 | ("senate\.gov" OR "house\.gov" OR "%eop\.gov" OR ("Executive Office" AND "President") OR ("house" AND "representatives") OR ("congress%" AND "Committ%")) AND ("deepwater" OR "Deep water" OR "Macondo" OR "BP" OR "British Petroleum" OR "DWH" OR "MC252" OR "plume" OR "seafood" OR "Mississippi Canyon Block 252" OR "MOEX" OR "Transocean" OR "Anadarko" OR "Cameron" OR "Triton" OR "Halliburton" OR "Weatherford" OR "Drillquip" OR "GMBH") OR ("clos%" AND "fish%") OR ("Gulf" and "Tiger Team")) |
| BP | 52 | 4/20/2010-1/31/2011 | ("Deepwater Horizon" OR "DWH" OR "Macondo" OR "Mississippi Canyon Block 252" OR "MC252" OR "Gulf oil" OR ("Gulf of Mexico" AND "spill") OR ("clos%" AND "fish%") OR "Anadarko" OR "Cameron" OR "Triton" OR "Halliburton" OR "Weatherford" OR "Drillquip" OR "GMBH") AND ("%.tv.com" or "press" or "media" or "news" OR "NBC" OR "CBS" OR "ABC" OR "CNN" OR "New York Times" OR "nytimes" OR "washpost" OR "wsj" OR "Washington Post" OR "Wall Street Journal" OR "Associated Press" OR "AP" OR "Reuters" OR "TV" OR "newspaper" OR "blog" OR "reporter" OR "journalist" OR "website") |
| BP | 54 | 4/20/2010-1/31/2011 | ("MOEX" OR "MOECO" OR "Mistui" OR "Transocean" OR "BP" OR "British Petroleum" OR "Anadarko" or "Cameron" or "Triton" or "Halliburton" or "Weatherford" or "Drillquip" or "GMBH" OR "Swaco") AND ("MC252" OR "Macondo" OR "Mississippi Canyon Block 252" OR "Deepwater Horizon" OR "DWH") |
| BP | 55-56, 180-181 | 4/20/2010-3/17/2011 | ("Macondo: The Gulf Oil%" OR "Chief Counsel" OR "national commission" OR "Presidential Commission" OR "Bartlit") AND ("Report" OR "Amount and Fate" OR "Fate of the Oil" OR "statement" OR "Presentation") AND ("Deepwater Horizon" OR "DWH" OR "MC252" OR "Mississippi Canyon Block 252") |
| BP | 57 | 4/20/2010-1/31/2011 | ("Bly" OR "BP") AND ("Report" OR ("Accident" and "Investigat%")) AND ("2010" OR "2011") |
| BP | 62 | 4/20/2010-1/31/2011 | ("Chemical Safety Board" OR "Incident Specific Preparedness Review" OR "National Commission" OR "CSB" OR "ISPR" OR "Presidential Commission") AND ("Deepwater Horizon" OR "Deep water Horizon" OR "MC252" OR "DWH" OR Mississippi Canyon Block 252") |
| BP | 63-65 | 4/20/2010-9/19/2010 | ("Deepwater Horizon" OR "Deep water Horizon" OR "Macondo" OR "DWH" OR "MC252" OR "Mississippi Canyon Block 252") AND ("Rescue" OR "Search" OR "SAR" OR "Firefighting" OR "Fire" OR "explo%" OR "Emergency" OR "Ballast" OR ("foam w12 "fire-resistant")) |

| Party | No | Dates | Search Terms |
|---|---|---|---|
| BP | 67 | 4/20/2010-9/19/2010 | (("blowout" AND "preventer") OR "BOP" OR "trigger" OR "activate" OR "fire" OR "actuate" OR "position" OR "analysis") AND ("Deepwater" OR "DWH" OR "MC252" OR "Macondo" OR "Mississippi Canyon Block 252") |
| BP | 68-69, 71-72 | 4/20/2010-1/31/2011 | ("Deepwater Horizon" OR "Deep water Horizon" OR "DWH" "MC252" OR "Macondo" OR "Mississippi Canyon Block 252" OR "BP" OR "Transocean" OR "Gulf of Mexico" OR "GOM" OR ("Gulf" AND "Spill") OR ("Gulf" and "Tiger Team")) AND ("oil" OR "hydrocarbons") AND ("collect%" OR "cap" OR "capp%" OR "seal" OR "relief well" OR "recover" OR "contain" OR "cofferdam" OR "top hat" OR "capping stack" OR "top kill" OR "junk shot" or "well kill") AND ("approv%" OR "reject%" OR "deny" OR "allow" OR "grant" OR "submit%" OR "deci%" OR "consider%" OR "propose%" OR "identify%" OR ("method" AND "post" OR "potential") OR "study" OR "inspect%" OR "evaluat%" OR "present%" OR "report" OR "ppt" OR "powerpoint") |
| BP | 70 | 4/20/2010-9/19/2010 | ("MC252" OR "Macondo" OR "Mississippi Canyon Block 252") AND ("hazard" OR "study" OR "session" OR "operability" OR "HAZID" OR "HAZOP" OR "red team" OR "Kill Well On" OR "peer review") |
| BP | 73, 78-85 | 4/20/2010-1/31/2011 | ("MC252" OR "Deepwater Horizon" OR "Deep Water Horizon" OR "DWH" OR "Macondo" OR "Mississippi Canyon Block 252" OR "Transocean" OR "BP" OR "GOM" OR "Gulf of Mexico" OR ("Gulf" AND "Spill")) AND ("plume" OR "response" OR "spinner" OR "flow" OR "flowmeter" OR "low\-resolution" OR "high resolution" OR "veloci%" OR "BOPD%" OR "BPD%" OR "bbl%" OR "flow%" OR "mbd%" OR "wcd%" OR "worst case discharge" OR "leak%" OR "kink" OR "restrict%" OR "NEAR((gal%,min%),2)" OR "NEAR((gal%,day),2)" OR "emanate%" OR "orifice" OR "FEA" OR "Suttles" OR "Utsler" OR "Hayward" OR "McKay" OR "Dudley" OR ("Admiral" AND ("Allen" OR "Landry")) OR "ASTM" OR "AVIRIS" OR "barrel%" OR "Bonn Agreement" OR "collect%" OR "flare%" OR "flow" OR "flow rate" OR "flowrate" OR "FRTG" OR "FRTT" OR "mass balance" OR "McNutt" OR "MMCFD" OR "nodal" OR "oil rate" OR "oil on water" OR "outflow" OR "surface expression" OR "reservoir" OR "riser" OR "RITT" OR "ROV" OR "sheen" OR "skim%" OR "spill" OR "velocity" OR "volume" OR "stbpd" OR "particle" OR "image" OR "GOR" OR "spinner" OR "top hat" OR "Q4000" OR "CDP" OR "riser" OR "helix" OR "FPSO" OR "Toisa Pisces" OR "recover%" OR "relief" OR "contain%" OR "collect%" OR "capture" OR "amount" OR "water column" OR "dispersed oil" OR "oil budget" OR "evaporate" OR "emulsify" OR "tar ball" OR "two\-phase flow" OR "stock tank barrel" OR "hydrate" OR "ICS 209" OR "sedimentation" OR "multi\-phase" OR "multiphase" OR "calculate%" OR "non\-hydrocarbon" OR "non\-oil" OR ("remote%" AND "operat%" AND "vehicle") OR "burn") |
| BP | 74 | 4/20/2010-9/19/2010 | "blowout preventer on blowout preventer"+D5 OR "BOP on BOP" OR "top kill attempt" |
| BP | 75 | 4/20/2010-1/31/2011 | ("DWH" OR "Deepwater Horizon" or "MC252" OR "BP" OR "Transocean" OR "GOM" OR ("Gulf" AND "spill") OR "Macondo" OR "Mississippi Canyon Block 252" OR "Gulf of Mexico") AND "cap%" AND ("install%" OR "shut" OR "close" OR "integrity" OR |
| BP | 76 | 4/20/2010-9/19/2010 | ("DWH" OR "Deepwater Horizon" or "MC252" OR "BP" OR "Transocean" OR "GOM" OR ("Gulf" AND "spill") OR "Macondo" OR "Mississippi Canyon Block 252" OR "Gulf of Mexico") AND "well" AND ("integrity" OR "test*" OR "monitor*" OR "analy%" or "study" or "evaluat%" OR "deci%" or "terminat%" or "prolong") |

MDL 2179
Report on US Response to Discovery as of 9/6/2011
Attachment 7 -- Coast Guard Search Terms

| Party | No | Dates | Search Terms |
|---|---|---|---|
| BP | 86 | 4/20/2010-9/19/2010 | "DWH" OR "Deepwater Horizon" or "MC252" OR "BP" OR "Transocean" OR "GOM" OR ("Gulf" AND "spill") OR "Macondo" OR "Mississippi Canyon Block 252") AND ((("chemical" OR "physical"OR "analysis" OR "properties") NEAR20 ("discharge" OR "oil" OR "substance" OR MC252 or "wellhead" OR "multiphase" OR "multi-phase" OR "multi phase" OR "property" OR "viscosity" OR "bubble" OR "temperature" OR "Celsius" OR "Fahrenheit" OR "flash" OR "methane" OR "gas" OR "fingerprint%" OR "tar%")) |
| BP | 123-137 | 4/20/2010-1/31/2011 | ("corexit" OR "9500%" OR "9527%" OR "dispersant" OR "brat%") AND ("permit%" OR "limit%" OR "control" OR "decision" OR "quantit%" OR "subsea" OR "surface" OR "volume" OR "amount" OR "appl%" OR "deci%" OR "direct%" OR "analy%" OR "identi%" OR "addendum" OR "use" OR "respons%" OR "alternative" OR "determin%" OR "guideline" OR "metric%" OR "fate" OR "dispersed oil" OR "harm" OR "effect*" OR "predict%" OR "injur%" OR "toxic" OR "SMART" OR "waiv%" OR "approv%" OR "measure" OR "assess" OR "shore" OR "coast%" OR "land" OR "inventor%" OR "deny" OR "deploy%" OR "benefit") |
| BP | 187 | 4/20/2010-9/19/2010 | ("Deepwater Horizon" OR "MC252" OR "Macondo") AND ("Marshall Islands") |
| APC | 1 | 4/20/2010-1/31/2011 | ("AE&P" OR "AEP" OR "APC" OR "operat*" OR "owner" OR "lessee" OR "person in charge" OR "vessel" OR "facility" OR "negligen*" OR "fail*" OR "care*" OR "violat*" OR "authori*") AND ("MC252" OR "Macondo" OR "Mississippi Canyon Block 252" OR "Deepwater Horizon" OR "Deepwater Horizon" OR "DWH") |
| APC | 19 | 4/20/2010-9/19/2010 | ("DWH" OR "Deepwater Horizon" or "MC252" OR "BP" OR "Transocean" OR "GOM" OR ("Gulf" AND "spill") OR "Macondo" OR "Mississippi Canyon Block 252") AND ("source" adj "control") |