MDL 2179
Report on US Response to Discovery as of 9/6/2011
Attachment 8 -- NOAA Search Terms

| Party | No | Dates | Search Term |
|---|---|---|---|
| BP | 2, 3, 8, 20 | 4/20/2005-4/20/2010 | (("MC252" OR "Mississippi Canyon Block 252" OR "Macondo") AND Appl*) AND ("MMS" OR "Minerals Management Service" OR "deepwater" OR "GOM" OR "Gulf of Mexico" OR "NEPA" OR "ESA" OR "SEIS" OR "EFH" OR "FONSI" OR "Explore" OR "drill" OR "review" OR "approv*" OR "disapprov*" OR ("explor*" AND "plan")) |
| BP | 21 | 4/20/2005-4/20/2010 | (("response" AND "plan") OR "OSRP") AND ("GOM" OR "Gulf of Mexico" OR "BP" OR "British Petroleum") |
| BP | 22 | 4/20/2005-4/20/2010 | ("review" OR "study" OR "assess*" OR "explor*") AND ("NEPA" OR "National Environmental Policy Act" OR "regulat*" OR "practice" OR "implement*") AND ("MC252" OR "Mississippi Canyon Block 252" OR "Macondo") |
| BP | 23 | 4/20/2005-4/20/2010 | ("appl*" OR "require*") AND ("oil spill response plan" OR "oil spill" OR "OSRP") AND ("OPA" OR "Oil Pollution Act" OR "regulat*" OR "NRCP" OR "National Contingency Plan") AND (adeq* OR "review" OR recommend* or "practice") |
| BP | 25 | 4/20/2005-4/20/2010 | ("Texas" OR "Louisiana" OR "Mississippi" OR "Alabama" OR "Florida" OR "St. Petersburg" OR "New Orleans" OR "Mobile" OR "Port Arthur" OR "Morgan City" OR "Corpus Christi" OR "Houston" OR "Galveston" OR "Gulf of Mexico" OR "GOM") AND ("ACP" OR "Area Contingency Plan" OR "One Gulf" OR "Contingency Plan" OR "Regional Plan" OR "Spill Plan" OR "Response Plan") AND ("prepar*" or "review*" or "approv*") |
| BP | 26 | 4/20/2005-4/20/2010 | ("Area Committee*" OR "AC") AND "oil spill response" AND ("Gulf of Mexico" OR "GOM" OR "Florida" OR "Alabama" OR "Mississippi" OR "Louisiana" OR "Texas" OR "New Orleans" OR "St. Petersburg") |
| BP | 47, 48 | 4/20/2010-1/31/2011 | ("senate.gov" OR "house.gov" OR "*eop.gov" OR ("Executive Office" AND "President") OR ("house" AND "representatives") OR ("congress*" AND "Committ*")) AND ("deepwater" OR "Deep water" OR "Macondo" OR "BP" OR "British Petroleum" OR "DWH" OR "MC252" OR "plume" OR "seafood" OR "Mississippi Canyon Block 252" OR "MOEX" OR "Transocean" OR "Anadarko" OR "Cameron" OR "Triton" OR "Halliburton" OR "Weatherford" OR "Drillquip" OR "GMBH" OR ("clos*" AND "fish*") OR ("Gulf" and "Tiger Team")) |
| BP | 52 | 4/20/2010-1/31/2011 | ("Deepwater Horizon" OR "DWH" OR "Macondo" OR "Mississippi Canyon Block 252" OR "MC252" OR "Gulf oil" OR ("Gulf of Mexico" AND "spill") OR ("clos*" AND "fish*") OR "Anadarko" OR "Cameron" OR "Triton" OR "Halliburton" OR "Weatherford" OR "Drillquip" OR "GMBH") AND ("*.tv.com" or "press" or "media" or "news" OR "NBC" OR "CBS" OR "ABC" OR "CNN" OR "New York Times" OR "nytimes" OR "washpost" OR "wsj" OR "Washington Post" OR "Wall Street Journal" OR "Associated Press" OR " AP" OR "Reuters" OR "TV" OR "newspaper" OR "blog" OR "reporter" OR "journalist" OR "website") |
| BP | 54 | 4/20/2010-1/31/2011 | ("MOEX" OR "MOECO" OR "Mistui" OR "Transocean" OR "BP" OR "British Petroleum" OR "Anadarko" or "Cameron" or "Triton" or "Halliburton" or "Weatherford" or "Drillquip" or "GMBH" OR "Swaco") AND ("MC252" OR "Macondo" OR "Mississippi Canyon Block 252" OR "Deepwater Horizon" OR "DWH") |
| BP | 55-56, 180-181 | 4/20/2010-3/17/2011 | ("Macondo: The Gulf Oil*" OR "Chief Counsel" OR "national commission" OR "Presidential Commission" OR "Bartlit") AND ("Report" OR "Amount and Fate" OR "Fate of the Oil" OR "statement" OR "Presentation") AND ("Deepwater Horizon" OR "DWH" OR "MC252" OR "Mississippi Canyon Block 252") |
| BP | 57 | 4/20/2010-1/31/2011 | ("Bly" OR "BP") AND ("Report" OR ("Accident" and "Investigat*")) AND ("2010" OR "2011") |
| BP | 62, 180-181 | 4/20/2010-3/17/2011 | ("Chemical Safety Board" OR "CSB" OR "Marine Board of Investigation" OR "Joint Investigation Team" OR "JIT" OR "MBI" OR "Incident Specific Preparedness Review" OR "ISPR" OR "National Commission" OR "Presidential Commission") AND ("Deepwater Horizon" OR "Deep water Horizon" OR "MC252" OR "DWH" OR "Mississippi Canyon Block 252" |

| Party | No | Dates | Search Term |
|---|---|---|---|
| BP | 67 | 4/20/2010-9/19/2010 | ((("blowout" AND "preventer") OR "BOP" OR "trigger" OR "activate" OR "fire" OR "actuate" OR "position" OR "analysis") AND ("Deepwater" OR "DWH" OR "MC252" OR "Macondo" OR "Mississippi Canyon Block 252") |
| BP | 68-69, 71-72 | 4/20/2010-9/19/2010 | ("Deepwater Horizon" OR "Deep water Horizon" OR "DWH" "MC252" OR "Macondo" OR "Mississippi Canyon Block 252" OR "BP" OR "Transocean" OR "Gulf of Mexico" OR "GOM" OR ("Gulf" AND "Spill") OR ("Gulf" and "Tiger Team")) AND ("oil" OR "hydrocarbons") AND ("collect*" OR "cap*" OR "seal" OR "relief well" OR "recover" OR "contain" OR "cofferdam" OR "top hat" OR "capping stack" OR "top kill" OR "junk shot" or "well kill") AND ("approv*" OR "reject*" OR "deny" OR "allow" OR "grant" OR "submit*" OR "deci*" OR "consider*" OR "propose*" OR "identify*" OR ("method" AND "post" OR "potential") OR "study" OR "inspect*" OR "evaluat*" OR "present*" OR "report" OR "ppt" OR "powerpoint") |
| BP | 70 | 4/20/2010-9/19/2010 | ("MC252" OR "Macondo" OR "Mississippi Canyon Block 252") AND ("hazard" OR "study" OR "session" OR "operability" OR "HAZID" OR "HAZOP" OR "red team" OR "Kill Well On" OR "peer review") |
| BP | 73, 78-85 | 4/20/2010-9/19/2010 | ("MC252" OR "Deepwater Horizon" OR "Deep Water Horizon" OR "DWH" OR "Macondo" OR "Mississippi Canyon Block 252" OR "Transocean" OR "BP" OR "GOM" OR "Gulf of Mexico" OR ("Gulf" AND "Spill")) AND ("plume" OR "response" OR "spinner" OR "flow" OR "flowmeter" OR "low-resolution" OR "high resolution" OR "veloci*" OR "BOPD*" OR "BPD*" OR "bbl*" OR "flow*" OR "mbd*" OR "wcd*" OR "worst case discharge" OR "leak*" OR "kink" OR "restrict*" OR "NEAR((gal*,min*),2)" OR "NEAR((gal*,day),2)" OR "emanate*" OR "orifice" OR "FEA" OR "Suttles" OR "Utsler" OR "Hayward" OR "McKay" OR "Dudley" OR ("Admiral" AND ("Allen" OR "Landry")) OR "ASTM" OR "AVIRIS" OR "barrel*" OR "Bonn Agreement" OR "collect*" OR "flare*" OR "flow" OR "flow rate" OR "flowrate" OR "FRTG" OR "FRTT" OR "mass balance" OR "McNutt" OR "MMCFD" OR "nodal" OR "oil rate" OR "oil on water" OR "outflow" OR "surface expression" OR "reservoir" OR "riser" OR "RITT" OR "ROV" OR "sheen" OR "skim*" OR "spill" OR "velocity" OR "volume" OR "stbpd" OR "particle" OR "image" OR "GOR" OR "spinner" OR "top hat" OR "Q4000" OR "CDP" OR "riser" OR "helix" OR "FPSO" OR "Toisa Pisces" OR "recover*" OR "relief" OR "contain*" OR "collect*" OR "capture" OR "amount" OR "water column" OR "dispersed oil" OR "oil budget" OR "evaporate" OR "emulsify" OR "tar ball" OR "two-phase flow" OR "stock tank barrel" OR "hydrate" OR "ICS 209" OR "sedimentation" OR "multi-phase" OR "multiphase" OR "calculate*" OR "non-hydrocarbon" OR "non-oil" OR ("remote*" AND "operat*" AND "vehicle")) |
| BP | 74 | 4/20/2010-9/19/2010 | "blowout preventer on blowout preventer" OR "BOP on BOP" OR "top kill attempt" |
| BP | 75 | 4/20/2010-9/19/2010 | ("DWH" OR "Deepwater Horizon" or "MC252" OR "BP" OR "Transocean" OR "GOM" OR ("Gulf" AND "spill") OR "Macondo" OR "Mississippi Canyon Block 252" OR "Gulf of Mexico") AND "cap*" AND ("install*" OR "shut" OR "close" OR "integrity" OR "testing") |
| BP | 76 | 4/20/2010-9/19/2010 | ("DWH" OR "Deepwater Horizon" or "MC252" OR "BP" OR "Transocean" OR "GOM" OR ("Gulf" AND "spill") OR "Macondo" OR "Mississippi Canyon Block 252" OR "Gulf of Mexico") AND "well" AND ("integrity" OR "test*" OR "monitor*" OR "analy*" or "study" or "evaluat*" OR "deci*" or "terminat*" or "prolong") |
| BP | 86 | 4/20/2010-9/19/2010 | ("DWH" OR "Deepwater Horizon" or "MC252" OR "BP" OR "Transocean" OR "GOM" OR ("Gulf" AND "spill") OR "Macondo" OR "Mississippi Canyon Block 252") AND (("chemical" OR "physical" OR "analysis" OR "properties") NEAR20 ("discharge" OR "oil" OR "substance" OR MC252 or "wellhead" OR "multiphase" OR "multi-phase" OR "multi phase" OR "property" OR "viscosity" OR "bubble" OR "temperature" OR "Celsius" OR "Fahrenheit" OR "flash" OR "methane" OR "gas" OR "fingerprint*" OR "tar*")) |

Case 2:10-md-02179-CJB-DPC   Document 3928-8   Filed 09/06/11   Page 3 of 3
MDL 2179
Report on US Response to Discovery as of 9/6/2011
Attachment 8 -- NOAA Search Terms

| Party | No | Dates | Search Term |
|---|---|---|---|
| BP | 123-137 | 4/20/2010-9/19/2010 | ("DWH" OR "Deepwater Horizon" or "MC252" OR "BP" OR "Transocean" OR "GOM" OR ("Gulf" AND "spill") OR "Macondo" OR "Mississippi Canyon Block 252") AND ("corexit" OR "9500*" OR "9527*" OR "dispersant" OR "brat*") AND ("permit*" OR "limit*" OR "control" OR "decision" OR "quantit*" OR "subsea" OR "surface" OR "volume" OR "amount" OR "appl*" OR "deci*" OR "direct*" OR "analy*" OR "identi*" OR "addendum" OR "use" OR "respons*" OR "alternative" OR "determin*" OR "guideline" OR "metric*" OR "fate" OR "dispersed oil" OR "harm" OR "effect*" OR "predict*" OR "injur*" OR "toxic" OR "SMART" OR "waiv*" OR "approv*" OR "measure" OR "assess" OR "shore" OR "coast*" OR "land" OR "inventor*" OR "deny" OR "deploy*" OR "benefit") |
| APC | 1 | 4/20/2010-1/31/2011 | ("AE&P" OR "AEP" OR "APC" OR "operat*" OR "owner" OR "lessee" OR "person in charge" OR "vessel" OR "facility" OR "negligen*" OR "fail*" OR "care*" OR "violat*" OR "authori*") AND ("MC252" OR "Macondo" OR "Mississippi Canyon Block 252" OR "Deepwater Horizon" OR "Deepwater Horizon" OR "DWH") |