MDL 2179

Report on US Response to Discovery as of 9/6/2011

Attachment 9 -- EPA Search Terms

| Requestor | Request | Dates | Search Terms |
|---|---|---|---|
| BP | 21 | 4/20/2005-4/20/2010 | [OSRP OR ((Response) AND (Plan))] AND [BP OR (British Petroleum) OR GOM OR (Gulf of Mexico)] |
| BP | 22 | 4/20/2005-4/20/2010 | [Assess* OR Explor* OR Review OR Study] AND [Implement* OR (National Environmental Policy Act) OR NEPA OR Practice OR Regulate*] AND [Macondo OR MC252 OR (Mississippi Canyon 252)] |
| BP | 23 | 4/20/2005-4/20/2010 | [appl* OR Require*] AND [(Oil Spill) OR (Oil Spill Response Plan) OR OSRP] AND [(National Contingency Plan) OR NRCP OR (Oil Pollution Act) OR OPA OR Regulat*] AND [adeq* OR Practice OR recommend* OR Review] |
| BP | 24 | 4/20/2005-4/20/2010 | [ACP OR (Area Contingency Plan) OR CERCLA OR (Clean Water Act) OR CWA OR (National Contingency Plan) OR NCP OR (O 14) OR (O 414) OR (O 415) OR (O 428) OR (O 429) OR (O 452) OR (O 459) OR (O 460) OR (O 49) OR (O 553) OR (Oil Pollution Act) OR (Oil Spill Response Plan) OR OPA OR OSRP OR (Site Specific DC 133) OR (Site Specific DC 177) OR (Site Specific MC 252) OR (Site Specific MP 255) OR (Site Specific Seg 11015) OR (Site Specific Seg 4879 HIPS)] AND [barrel* OR bbl* OR Bopd* OR Bpd* OR Cleanup OR collect* OR (Damage Assessment) OR Damages OR Fee OR Fine OR flare* OR Flow OR (Flow Rate) OR flow* OR Flowmeter OR Flowrate OR kink OR leak* OR Liability OR (mass balance) OR Mbd* OR gal* w/2 min* OR gal* w/2 day* OR Obligation OR (oil on water) OR (oil rate) OR outflow OR Payment OR Penalty OR plume OR ((remote*) AND (operat*) AND (vehicle)) OR reservoir OR (Responsible Party) OR Restitution OR riser OR ROV OR sheen OR skim* OR spill OR spinner OR stbpd OR Velocimetry OR Velocity OR volume OR Wcd* OR (worst case discharge)] |
| BP | 25 | 4/20/2005-4/20/2010 | [Alabama OR (Corpus Christi) OR Florida OR Galveston OR GOM OR (Gulf of Mexico) OR Houston OR Louisiana OR Mississippi OR Mobile OR (Morgan City) OR (New Orleans) OR (Port Arthur) OR (St. Petersburg) OR Texas] AND [ACP OR (Area Contingency Plan) OR (Contingency Plan) OR (One Gulf) OR (Regional Plan) OR (Response Plan) OR (Spill Plan)] AND [Approv* OR Prepar* OR Review*] |
| BP | 26 | 4/20/2005-4/20/2010 | [AC OR Area Committee*] AND [(Oil Spill Response)] AND [(control* burn) OR Alabama OR berm OR dispersant OR dispersants OR Florida OR GOM OR (Gulf of Mexico) OR Louisiana OR Mississippi OR (New Orleans) OR (St. Petersburg) OR Texas] |
| BP | 47-48 | 4/20/2010-1/31/2011 | [*eop.gov OR *house.gov OR *senate.gov OR ((congress*) AND (Committ*)) OR ((Executive Office) AND (President)) OR ((house) AND (representatives))] AND [Anadarko OR BP OR (British Petroleum) OR Cameron OR ((clos*) AND (fish*)) OR (Deep water) OR deepwater OR Drillquip OR DWH OR GMBH OR ((Gulf) AND (Tiger Team)) OR Halliburton OR Macondo OR MC252 OR (Mississippi Canyon Block 252) OR MOEX OR plume OR seafood OR Transocean OR Triton OR Weatherford] |
| BP | 52 | 4/20/2010-1/31/2011 | [Anadarko OR Cameron OR ((clos*) AND (fish*)) OR (Deepwater Horizon) OR Drillquip OR DWH OR GMBH OR ((Gulf) AND (Tiger Team)) OR ((Gulf of Mexico) AND (spill)) OR (Gulf oil) OR Halliburton OR Macondo OR MC252 OR (Mississippi Canyon Block 252) OR Triton OR Weatherford] AND [*tv.com OR ABC OR AP OR (Associated Press) OR blog OR CBS OR CNN OR journalist OR media OR NBC OR (New York Times) OR news OR newspaper OR nytimes OR press OR reporter OR Reuters OR TV OR (Wall Street Journal) OR (Washington Post) OR washpost OR website OR wsj] |
| BP | 54 | 4/20/2010-1/31/2011 | [Anadarko OR BP OR (British Petroleum) OR Cameron OR Drillquip OR GMBH OR Halliburton OR Mitsui OR MOECO OR MOEX OR Swaco OR Transocean OR Triton OR Weatherford] AND [(Deepwater Horizon) OR DWH OR Macondo OR MC252 OR (Mississippi Canyon Block 252)] |

Report on US Response to Discovery as of 9/6/2011
Attachment 9 -- EPA Search Terms

| Requestor | Request | Dates | Search Terms |
|---|---|---|---|
| BP | 55-56 | 4/20/2010-3/17/2011 | [Bartlit OR (Chief Counsel) OR (Macondo: The Gulf Oil*) OR (national commission) OR (Presidential Commission)] AND [(Amount AND Fate) OR (Fate of the Oil) OR Presentation OR Report OR statement] AND (Deepwater Horizon) OR DWH OR MC252 OR (Mississippi Canyon Block 252) |
| BP | 62 | 4/20/2010-3/17/2011 | [(Chemical Safety Board) OR CSB OR (Incident Specific Preparedness Review) OR ISPR OR JIT OR (Joint Investigation Team) OR (Marine Board of Investigation) OR MBI OR (National Commission) OR (Presidential Commission)] AND [(Deep water Horizon) OR (Deepwater Horizon) OR DWH OR MC252 OR (Mississippi Canyon Block 252)] |
| BP | 73, 78-85 | 4/20/2010-9/19/2010 | [BP OR (Deep water Horizon) OR (Deepwater Horizon) OR DWH OR GOM OR ((Gulf AND (Spill)) OR (Gulf of Mexico) OR Macondo OR MC252 OR (Mississippi Canyon Block 252) OR Transocean] AND [*BOPD* OR *BPD* OR *mbd* OR *wcd* OR ((Admiral) AND (Allen)) OR ((Admiral) AND (Landry)) OR Amount OR (sedimentation) OR ASTM OR AVIRIS OR b/d OR barrel* OR Bbl OR bbl* OR bbl/d OR (Bonn Agreement) OR Bopd OR Bpd OR Burn OR calculate* OR Capture OR CDP OR collect* OR contain* OR (dispersed oil) OR Dudley OR emanat* OR Emulsify OR Evaporate OR FEA OR flare* OR Flow OR (Flow Rate) OR flow* OR Flowmeter OR Flowrate OR FPSO OR FRTG OR FRTT OR gal* w/2 day OR gal* w/2 min* OR gal*/day OR gal*/min* OR GOR OR Hayward OR Helix OR (high resolution) OR high-resolution OR Hydrate OR ICS209 OR Image OR Kink OR leak* OR (low resolution) OR low-resolution OR (mass balance) OR Mbd OR McKay OR McNutt OR MMCFD OR multi-phase OR Multiphase OR NOAA OR Nodal OR non-hydrocarbon OR non-oil OR Oceanic OR (oil budget) OR (oil on water) OR (oil rate) OR Orifice OR Outflow OR Particle OR Plume OR Q4000 OR recover* OR Relief OR ((remote*) AND (operat*) AND (vehicle)) OR reservoir OR response OR restrict* OR Riser OR RITT OR ROV OR Sheen OR skim* OR Spill OR spinner OR Stbpd OR (stocktank barrel) OR (stock tank barrel) OR (surface expression) OR Suttles OR (tar ball) OR (Toisa Pisces) OR (top hat) OR (two-phase flow) OR (two phase flow) OR Utsler OR veloci* OR volume OR (water column) OR (worst case discharge)] |

Report on US Response to Discovery as of 9/6/2011
Attachment 9 -- EPA Search Terms

| Requestor | Request | Dates | Search Terms |
|---|---|---|---|
| BP | 86 | 4/20/2010-9/19/2010 | [BP OR (Deepwater Horizon) OR DWH OR GOM OR ((Gulf) AND (Spill)) OR Macondo OR MC252 OR (Mississippi Canyon Block 252) OR Transocean] AND [analysis w/20 (multi phase)) OR (analysis w/20 bubble) OR (analysis w/20 Celsius) OR (analysis w/20 discharge) OR (analysis w/20 Fahrenheit) OR (analysis w/20 flash) OR (analysis w/20 gas) OR (analysis w/20 MC252) OR (analysis w/20 methane) OR (analysis w/20 multi-phase) OR (analysis w/20 multiphase) OR (analysis w/20 oil) OR (analysis w/20 property) OR (analysis w/20 substance) OR (analysis w/20 temperature) OR (analysis w/20 viscosity) OR (analysis w/20 wellhead) OR (chemical w/20 (multi phase)) OR (chemical w/20 bubble) OR (chemical w/20 Celsius) OR (chemical w/20 discharge) OR (chemical w/20 Fahrenheit) OR (chemical w/20 flash) OR (chemical w/20 gas) OR (chemical w/20 MC252) OR (chemical w/20 methane) OR (chemical w/20 multi-phase) OR (chemical w/20 multiphase) OR (chemical w/20 oil) OR (chemical w/20 property) OR (chemical w/20 substance) OR (chemical w/20 temperature) OR (chemical w/20 viscosity) OR (chemical w/20 wellhead) OR fingerprint* OR (physical w/20 (multi phase)) OR (physical w/20 bubble) OR (physical w/20 Celsius) OR (physical w/20 discharge) OR (physical w/20 Fahrenheit) OR (physical w/20 flash) OR (physical w/20 gas) OR (physical w/20 MC252) OR (physical w/20 methane) OR (physical w/20 multi-phase) OR (physical w/20 multiphase) OR (physical w/20 oil) OR (physical w/20 property) OR (physical w/20 substance) OR (physical w/20 temperature) OR (physical w/20 viscosity) OR (physical w/20 wellhead) OR (properties w/20 (multi phase)) OR (properties w/20 bubble) OR (properties w/20 Celsius) OR (properties w/20 discharge) OR (properties w/20 Fahrenheit) OR (properties w/20 flash) OR (properties w/20 gas) OR (properties w/20 MC252) OR (properties w/20 methane) OR (properties w/20 multi-phase) OR (properties w/20 multiphase) OR (properties w/20 oil) OR (properties w/20 property) OR (properties w/20 substance) OR (properties w/20 temperature) OR (properties w/20 viscosity) OR (properties w/20 wellhead) OR tar*] |
| BP | 127-137 | 4/20/2010-1/31/2011 | [9500* OR 9527* OR brat* OR corexit OR dispersant] AND [addendum OR alternative OR amount OR analy* OR appl* OR Approv* OR assess OR benefit* OR coast* OR control OR deci* OR decision OR deny OR deploy* OR determin* OR direct* OR (dispersed oil) OR effect* OR fate OR guideline OR harm OR identi* OR injur* OR inventor* OR land OR limit* OR measure OR metric* OR permit* OR predict* OR quantit* OR respons* OR shore OR SMART OR subsea OR surface OR toxic OR use OR volume OR waiv*] |
| APC/AEP | 1-13,17-21; 1-11 | 4/20/2010-1/31/2011 | [(AE w/1 P) OR Authori* OR Care* OR Facility OR Fail* OR Lessee OR Negligen* OR Operat* OR Owner OR (Person In Charge) OR Vessel OR Violat*] AND [(Deep water Horizon) OR (Deepwater Horizon) OR DWH OR Macondo OR MC252 OR (Mississippi Canyon Block 252)] |
| APC | 19 | 4/20/2010-1/31/2011 | ("DWH" OR "Deepwater Horizon" or "MC252" OR "BP" OR "Transocean" OR "GOM" OR ("Gulf" AND "spill") OR "Macondo" OR "Mississippi Canyon Block 252") AND ("source" adj "control") |
| BP | 73, 78-85 | 4/20/2010-1/31/2011 | [BP OR (Deep water Horizon) OR (Deepwater Horizon) OR DWH OR GOM OR (Gulf) AND (Spill) OR (Gulf of Mexico) OR Macondo OR MC252 OR (Mississippi Canyon Block 252) OR Transocean] and [burn] |