MDL 2179
Report on US Response to Discovery as of 9/6/2011
Attachment 10 -- Interior Search Terms

| Party | RFP | BOEM | USGS | Date Range | Search Terms |
|---|---|---|---|---|---|
| BP | 2, 3, 8, 20 | YES | NO | 4/20/2005-4/20/2010 | ("N9349" OR "R4937" OR "608174116900" OR "608174116901"OR "Well 001 G32306 MC252" OR "MC252 Well #001" OR "MC252" OR "Mississippi Canyon Block 252" OR "Macondo") AND ("APD" OR "Appl*" OR ("Expl*" AND "Plan") OR "EP" OR "DOCD" or "Development Operations Coordination Document") |
| BP | 4 | YES | NO | 4/20/2005-4/20/2010 | ("Deepwater Horizon" OR "Deep water Horizon") AND ("Enforcement Action" OR "E-101" OR "E-102" OR "E-103" OR "E-104" OR "E-105" OR "E-106" OR "E-107" OR "E-108" OR "Incident" OR "NEPA" OR "OSHA" OR "Occupational Safety and Health" OR "Assessment" OR "Inspect*" OR "Health" OR "Safety" OR "Environ*") |
| BP | 5, 6 | YES | NO | 4/20/2005-4/20/2010 | ("Deepwater Horizon" OR "Deep water Horizon" OR "DWH") AND ("INC" OR "Incident of Non compliance" OR "Incident of Noncompliance" OR "Enforcement Action" OR "Audit" OR "Inspec*" OR "Infraction" or "Violation" or "Corrective Action" OR "American Bureau of Shipping" OR "ABS" OR "Blowout Preventer" OR "BOP" OR "Blind Shear" OR "Deadman Switch" OR "Solenoid" OR "Cameron" OR "Wellbore Valve" OR "Uncontrolled Flow" OR "Formation Kick" OR "Subsea Stack" OR "Control Pods" OR "Hydraulic Ram" OR "Transducer" OR "Annular" OR "Riser" OR "Drill string" OR "redundant" OR "Fail-Safe" OR "drilling fluid" OR "drilling mud" OR "Cement" OR "Casing" OR "Drill Pipe" OR "Well Integrity" OR "Gate valve") |
| BP | 7 | YES | NO | 4/20/2005-4/20/2010 | ("Deepwater Horizon" OR "Deep water Horizon" OR "DWH") AND (("BOP" OR "Blowout Preventer") AND "Certif*") |
| BP | 10 | YES | NO | 4/20/2000-4/20/2010 | ("DWOP" OR "Deepwater Operating Plan" OR "APD" OR ("Appl*" AND "Drill" OR "Modify" OR "By-Pass") OR "RPD" OR "APM" OR "ABP" OR "RBP" OR "NTL" OR "Notice to Lessees" OR "archaeo*" OR "archeo*" OR "biological opinion" OR "biological assessment" OR "Exploration Plan" OR "NMFS" OR "National Marine Fisheries Service" or "Environmental Review") AND ("Standard Operating Procedures" OR "Guideline" OR "Policies" OR "Policy" OR "SOP" OR "Proced*" OR "Evaluat*") |
| BP | 11 | YES | NO | 4/20/2000-4/20/2010 | ("Audit" OR "Offshore Incident Report*" OR "Accident Investigation" OR "Well control" OR "Safety Training" OR "Contain*" OR "Control" OR "Response Plan" OR "OSRP" OR "discharge" OR "Blowout" OR "Contingency" OR "Spill") AND ("Standard Operating Procedures" OR "Guideline*" OR "Policies" OR "Policy" OR "Certification" OR "Proced*" OR "Evaluat*") |
| BP | 14 | YES | NO | 4/20/2005-4/20/2010 | "OIR" OR "District Safety" OR "Incident Report" OR "Panel Report" OR "Panel Investigation" OR ("INC" w/10 "incident") OR "Incident of Noncompliance" OR "Incident of Non-compliance" OR "2005 Report" OR "2006 Report" OR "2007 Report" or "2008 Report" OR "2009 Report" OR "2010 Report" |
| BP | 15 | YES | NO | 4/20/2005-4/20/2010 | "SEMS" OR "Safety and Environmental Management System" OR (("Safety" OR "Environment*") AND "Manage*") |
| BP | 16, 18 | YES | NO | 4/20/2005-4/20/2010 | ("SAFE" w/10 "Awar*") OR "Safety Awards for Excellence" OR "National Safe Award" OR "Safety Index" OR ("Safety" w/10 ("Risk Analysis" OR "Worst Case" OR "Calculat*")) |
| BP | 17 | YES | NO | 4/20/2005-4/20/2010 | ("APR" w/10 "review") OR "Annual Performance Review" OR (("OCS" OR "GOM" OR "Gulf of Mexico") AND (("Perform*" OR "Measure") OR ("Performance Measure* Data"))) |
| BP | 19 | YES | NO | 4/20/2005-4/20/2010 | ("GOM" OR "Gulf of Mexico") AND ("Notice of Production" OR "First Production" OR "Production Status" OR "OGAR Repor*" OR "Flow Rate" OR "*BOPD*" OR "*BPD*" OR "bbl*" OR "flow*" OR "*mbd*" OR "*wcd*" OR "worst case discharge" OR "leak*" OR  "gal*/min*" OR "gal*/day" OR "emanat*" OR "barrel*" OR "b/d" OR "bbl" OR "bbl/d" OR "Bopd" OR "Bpd" OR "collect*" OR "flare*" OR "flow" OR "flow rate" OR "flowrate" OR "mbd" OR "outflow" OR "spill" OR "volume" OR "stbpd" OR "well depth") |
| BP | 21 | YES | NO | 4/20/2005-4/20/2010 | ("O-414" OR "O-49" OR "O-415" OR "O-452" OR "O-459" OR "O-460" OR "O-428" OR "O-429" OR "O-14" OR "O-553" OR "Site Specific Seg# 4879 HIPS" OR "Site Specific Seg # 11015" OR "Site Specific MP 255" OR "Site Specific DC 177" OR "site Specific DC 133" OR  "Site Specific MC 252" OR (("British Petroleum" OR "BP") AND ("Respon* Plan" OR "Spill Response" OR "Contain*" OR "Cleanup" OR "Incident Command" OR "Contingency" OR "OSRP" OR "oil spill"))) |

| Party | RFP | BOEM | USGS | Date Range | Search Terms |
|---|---|---|---|---|---|
| BP | 22 | YES | NO | 4/20/2005-4/20/2010 | ("N9349" OR "R4937" OR "608174116900" OR "608174116901" OR "Well 001 G32306 MC252" OR "MC252" OR "Mississippi Canyon" OR "Macondo") AND ("NEPA" OR "Categorical Exclusion" OR "CATEX" OR "Environmental Assessment" OR "Environmental Impact Statement" OR "EA" OR "EIS" OR "Record of Decision" OR "ROD" OR "Finding of No Significant Impact" OR "FONSI" OR "Notice of Intent" OR "NOI" OR "Notice of Availability" OR "Endangered Species" OR "ESA" OR "Marine Mammal" OR "MMPA" OR "Air Permit") |
| BP | 23 | YES | NO | 4/20/2005-4/20/2010 | ("NTL 2006 G21" OR "NTL 2007 N04" OR "NTL 2007 G12" OR "NTL 2008 N05" OR "CTCAC" OR "STCZAC" OR "Oil Pollution Act" OR "OPA" OR "Energy Policy Act" OR "EPAct" OR "NEPA" OR "Environmental Policy Act" OR "Marine Mammals Protection Act" OR "MMPA" OR "Clean Water Act" OR "CERCLA" OR "OSRP" OR "enforce" OR "violat*") AND ("Clean up" OR "Discharge" OR "Well Control" OR "Blowout" OR "Oil Spill Response Plan" OR "*BOPD*" OR "*BPD*" OR "bbl*" OR "flow*" OR "*mbd*" OR "*wcd*" OR "worst case discharge" OR "leak*" OR "gal*/min*" OR "gal*/day" OR "barrel*" OR "b/d" OR "bbl" OR "bbl/d" OR "Bopd" OR "Bpd" OR "collect*" OR "flare*" OR "flow" OR "flow rate" OR "flowrate" OR "mass balance" OR "mbd" OR "oil rate" OR "oil on water" OR "outflow" OR "reservoir" OR "ROV" OR "sheen" OR "spill" OR "volume" OR "stbpd" OR "NRCP" OR "National Contingency Plan" OR "stpobp") |
| BP | 24 | YES | NO | 4/20/2005-1/31/2011 | ("O-414" or "O-49" OR "O-415" OR "O-452" OR "O-459" OR "O-460" OR "O-428" OR "O-429" OR "O-14" OR "O-553" OR "Site Specific Seg# 4879 HIPS" OR "Site Specific Seg # 11015" OR "Site Specific MP 255" OR "Site Specific DC 177" OR "Site Specific DC 133" OR "Site Specific MC 252" OR "Oil Pollution Act" OR "OPA" OR "Oil Spill Response Plan" OR "OSRP" OR "Area Contingency Plan" OR "ACP" OR "NCP" OR "National Contingency Plan" OR "Clean Water Act" OR "CWA" OR "CERCLA") AND ("Responsible Party" OR "Cleanup" OR "Damages" OR "Liability" OR "Obligation" OR "Fine" OR "Restitution" OR "Payment" OR "Fee" OR "Penalty" OR "Damage Assessment" OR "spinner" OR "flowmeter" OR "velocimetry" OR "*BOPD*" OR "*BPD*" OR "bbl*" OR "flow*" OR "*mbd*" OR "*wcd*" OR "worst case discharge" OR "leak*" OR "kink" OR "gal*/min*" "gal*/day" OR "barrel*" OR "b/d" OR "bbl" OR "bbl/d" OR "Bopd" OR "Bpd" OR "collect*" OR "flare*" OR "flow" OR "flow rate" OR "flowrate" OR "mass balance" OR "mbd" OR "oil rate" OR "oil on water" OR "outflow" OR "plume" OR ("remote*" AND "operat*" AND "vehicle") OR "reservoir" OR "riser" OR "ROV" OR "sheen" OR "skim*" OR "spill" OR "velocity" OR "volume" OR "stbpd") |
| BP | 25 | YES | NO | 4/20/2005-4/20/2010 | ("CTCAC" OR "STCZAC" OR "Texas" OR "Louisiana" OR "Mississippi" OR "Alabama" OR "Florida" OR "St. Petersburg" OR "New Orleans" OR "Mobile" OR "Port Arthur" OR "Morgan City" OR "Corpus Christi" OR "Houston" OR "Galveston" OR "Gulf of Mexico" OR "GOM") AND ("ACP" OR "Area Contingency Plan" OR "One Gulf") AND ("prepar*" or "review" or "approv*") |
| BP | 26 | YES | NO | 4/20/2005-1/31/2011 | ("CTCAC" OR "STCZAC" OR "Texas" OR "Louisiana" OR "Mississippi" OR "Alabama" OR "Florida" OR "St. Petersburg" OR "New Orleans" OR "Mobile" OR "Port Arthur" OR "Morgan City" OR "Corpus Christi" OR "Houston" OR "Galveston" OR "Gulf of Mexico" OR "GOM") AND ("ACP" OR "Area Contingency Plan" OR "Area of Potential Affect" OR "Loss of Well Control" OR "Blowout" OR "Spill" OR "Emergency Response" OR "Cleanup" OR "Skimmers" OR "Command Center" OR "On Scene Commander" OR "Rescue" OR "Boom" OR "In Situ" OR "Dispersant" OR "Dispersants" OR "control* burn" OR "berm") |
| BP | 27 | YES | NO | 4/20/2005-4/20/2010 | ("Well Design and Construction" OR "Well Design guidelines" OR "Casing Calculations" OR "Isolating Potential Flow Zones during Well Construction" OR "Permit" OR "Appl*" OR "standard" OR "procedure" OR "policies" OR "SOP" OR "practice" OR "guideline" OR "direction" OR "report" or "analy*") AND ("GOM" OR "Gulf of Mexico") AND ("Long String" OR "Liner" OR ("Tie Back" w/10 "Casing")) |

| Party | RFP | BOEM | USGS | Date Range | Search Terms |
|---|---|---|---|---|---|
| BP | 28-36, 38-40 | YES | NO | 4/20/2005-4/20/2010 | (("Gulf of Mexico" OR "GOM") AND ("DWOP" OR "Deepwater Operating Plan" OR "APD" OR ("Appl*" AND "drill") OR ("Appl*" AND "modify") OR ("Appl*" AND "by-pass") OR "RPD" OR "APM" OR "ABP" OR "RBP" OR "AST" OR "RST" OR "standard" OR "procedures" OR "policies" OR "SOP" OR "practice" OR "guideline" OR "direction" OR "instruct" OR "report" OR "analy*")) AND ("LDS" OR "Lock Down Sleeve" OR "P&A" OR "Barrier" OR ("spacer" w/3 "drilling") OR ("spacer" w/3 "mud") OR ("spacer" w/3 "riser") OR ("spacer" w/3 "negative") OR ("spacer" w/3 "calculations") OR "Flow*" OR "Well Design" OR "TA" OR "abandon*" OR "Pressure Test" OR "Casing Test" OR "Negative Test" OR "Cement*" OR "Cap*" OR "Plug*" OR "Centralize*" OR "Centering" OR "CBL" OR "Casing Bond Log" OR "Permeable Zone" OR "Wellbore Annulus" OR "Isolation Scanner" OR "Pulse Echo" OR "Accoustic" OR "Sonic" OR ("Casing" AND ("Design" OR "Program")) OR "Tubular" OR "Gas Flow Potential" OR "Gas Flow Cement" OR "Absolute Open Flow" OR "Plastic Viscosity" OR "Turbulent Flow" OR "Unloading" OR "Open\-hole" OR "GOR" OR "spinner" OR "velocimetry" OR "BOPD*" OR "BPD*" OR "bbl*" OR  "mbd*" OR "wcd*" OR "worst case discharge" OR "leak*" OR "kink" OR ("gal*" w/2 "min*") OR ("gal*" w/2 "day") OR "barrel*" OR "collect*" OR "mass balance" OR "oil rate" OR "oil on water" OR "outflow" OR "plume" OR "spill" OR "velocity" OR "volume" OR "stbpd" OR "Drilling Flui*" OR "Drilling Mud" OR "Borehole" OR "Hydrostatic Pressure" OR "Formation Fluid" OR "Formation Damage" OR "Drill String" OR "Polymer" OR "Bentonite" OR "Water-Based Mud" OR "Viscosity" OR "Thixotropic" OR "Permeability" OR "Mud Filtrate" OR "Well Control " OR "Blowout" OR "Wild Well" OR (("gusher" OR "BOP" OR "release" OR "leak") AND ("response" OR "contain" OR "OSRP" OR "seal*" OR "cap*")) OR "blind shear" OR "deadman switch" OR "solenoid" or "Cameron" OR "hydraulic ram" OR "wellbore valve" OR "uncontrolled flow" OR "formation kick" OR "subsea stack" OR "control pods" OR "transducer" OR "annular" OR "riser" OR "drill string" OR "drill pipe" OR "fail-safe" OR "gate valve") |
| BP | 42-45 | YES | NO | 4/20/2005-9/19/2010 | ("Transocean" OR "TOI" OR "TO Rig" OR "TO MODU" OR "TO Vessel" OR "Halliburton") AND ("Audit" OR "Inspection" OR "INC" OR "Incident of Non-compliance" OR "Incidence of noncompliance" OR "Enforcement Action" OR "Engineering Review" OR "Examination" OR "Classification" OR "Surve*" OR "Certificat*" OR "SEMS" OR "Safety Environmental Management System" OR "Admonis*" OR "Violation" OR "Finding" OR "Suspension" OR "Shutdown" OR "Warning" OR "Notice" OR "Corrective Action" OR "Citation" OR "Train*" OR "Educ*" OR "Penalt*" OR "Fine" OR "Disciplinary Action" OR "Terminat*" OR "Suspect" OR "Reprimand" OR "Puni*" OR "IG" OR "Liab*" OR "investigat*" OR "compl*" OR "violat*" OR "test*" OR "Blowout Preventer" OR "BOP" OR "blind shear" OR "deadman switch" OR "solenoid" OR "Cameron" OR "wellbore valve" OR "uncontrolled flow" OR "formation kick" OR "subsea stack" OR "control pods" OR "hydraulic ram" OR "transducer" OR "annular" OR "riser" OR "drill string" OR "fail-safe" OR "drilling fluid" OR "drilling mud" OR "cement" OR "casing" OR "drill pipe" OR "well integrity" OR "gate valve") |
| BP | 47, 48 | YES | NO | 4/20/2010-1/31/2011 | ("*senate.gov" OR "*house.gov" OR ("house" AND "representatives") OR ("congress*" AND "Committ*") OR "*eop.gov" OR ("Executive Office" AND "President")) AND ("deepwater" OR "Deep water" OR "Macondo" OR "BP" OR "British Petroleum" OR "DWH" OR "MC252" OR "plume" OR ("clos*" and "fish*") OR "seafood" OR "Mississippi Canyon Block 252" OR "MOEX" OR "Transocean" OR "Anadarko" OR "Cameron" OR "Triton" OR "Halliburton" OR "Weatherford" OR "Drillquip" OR "GMBH" OR ("Gulf" and "Tiger Team")) |
| BP | 52 | YES | NO | 4/20/2010-1/31/2011 | ("Deepwater Horizon" OR "DWH" OR "Macondo" OR "Mississippi Canyon Block 252" OR "MC252" OR "Gulf oil" OR ("Gulf of Mexico" AND "spill") OR ("clos*" AND "fish*") OR "Anadarko" OR "Cameron" OR "Triton" OR "Halliburton" OR "Weatherford" OR "Drillquip" OR "GMBH" OR ("Gulf" and "Tiger Team")) AND ("*.tv.com" or "press" or "media" or "news" OR "NBC" OR "CBS" OR "ABC" OR "CNN" OR "New York Times" OR "nytimes" OR "washpost" OR "Washington Post" OR "Wall Street Journal" OR "wsj" OR "Associated Press" OR "AP" OR "Reuters" OR "TV" OR "newspaper" OR "blog" OR "reporter" OR "journalist" OR "website") |
| BP | 54 | YES | YES | 4/20/2010-1/31/2011 | ("MOEX" OR "MOECO" OR "Mitsui" OR "Transocean" OR "BP" OR "British Petroleum" OR "Anadarko" or "Cameron" or "Triton" or "Halliburton" or "Weatherford" or "Drillquip" or "GMBH" OR "Swaco") AND ("MC252" OR "Macondo" OR "Mississippi Canyon Block 252" OR "Deepwater Horizon" OR "DWH") |

MDL 2179
Report on US Response to Discovery as of 9/6/2011
Attachment 10 -- Interior Search Terms

| Party | RFP | BOEM | USGS | Date Range | Search Terms |
|---|---|---|---|---|---|
| BP | 55, 56 | YES | YES | 4/20/2010-3/17/2011 | ("Macondo: The Gulf Oil*" OR "Chief Counsel" OR "national commission" OR "Presidential Commission" OR "Bartlit") AND ("Report" OR "Amount and Fate" OR "Fate of the Oil" OR "statement" OR "Presentation") AND ("Deepwater Horizon" OR "DWH" OR "MC252" OR "Mississippi Canyon Block 252") |
| BP | 57 | YES | YES | 4/20/2010-1/31/2011 | ("Bly" OR "BP") AND ("Report" OR ("Accident" and "Investigat*")) AND ("2010" OR "2011") |
| BP | 62 | YES | YES | 4/20/2010-1/31/2011 | ("Chemical Safety Board" OR "Incident Specific Preparedness Review" OR "National Commission" OR "CSB" OR "ISPR" OR "Presidential Commission") AND ("Deepwater Horizon" OR "Deep water Horizon" OR "MC252" OR "DWH" OR "Mississippi Canyon Block 252") |
| BP | 67 | YES | YES | 4/20/2010-9/19/2010 | (("blowout" AND "preventer") OR "BOP" OR "trigger" OR "activate" OR "fire" OR "actuate" OR "position" OR "analysis") AND ("Deepwater" OR "DWH" OR "MC252" OR "Macondo" OR "Mississippi Canyon Block 252") |
| BP | 68, 69, 71, 72 | YES | YES | 4/20/2010-1/31/11 | ("Deepwater Horizon" OR "Deep water Horizon" OR "DWH" OR "MC252" OR "Macondo" OR "Mississippi Canyon Block 252" OR "BP" OR "Transocean" OR "Gulf of Mexico" OR "GOM" OR ("Gulf" AND "Spill") OR ("Gulf" and "Tiger Team")) AND ("oil" OR "hydrocarbons") AND ("collect*" OR "cap*" OR "seal" OR "relief well" OR "recover*" OR "contain*" OR "cofferdam" OR "top hat" OR "capping stack" OR "top kill" OR "junk shot" or "well kill") AND ("approv*" OR "reject*" OR "deny" OR "allow" OR "grant" OR "submit*" OR "deci*" OR "consider*" OR "propose*" OR "identify*" OR ("method" AND "post" OR "potential") OR "study" OR "inspect*" OR "evaluat*" OR "present*" OR "report" OR "ppt" OR "powerpoint") |
| BP | 70 | YES | YES | 4/20/2010-9/19/2010 | ("MC252" OR "Macondo" OR "Mississippi Canyon Block 252") AND ("hazard" OR "study" OR "session" OR "operability" OR "HAZID" OR "HAZOP" OR "red team" OR "Kill Well On" OR "peer review") |
| BP | 73, 78-85 | YES | YES | 4/20/2010-1/31/2011 | ("MC252" OR "Deepwater Horizon"OR "Deep Water Horizon" OR "DWH" OR "Macondo" OR "Mississippi Canyon Block 252" OR "Transocean" OR "BP" OR "GOM" OR "Gulf of Mexico" OR ("Gulf" AND "Spill")) AND ("plume" OR "response" OR "spinner" OR "flow*" OR "low-resolution" OR "low resolution" OR "high-resolution" OR "high resolution" OR "veloci*" OR "*BOPD*" OR "*BPD*" OR "bbl*" OR "flow*" OR "*mbd*" OR "*wcd*" OR "worst case discharge" OR "leak*" OR "kink" OR "restrict*" OR "gal*/min*" OR "gal*/day" OR "emanat*" OR "orifice" OR "FEA" OR "suttles" OR "utsler" OR "hayward" OR "mckay" OR "dudley" OR ("Admiral" AND ("Allen"  OR "Landry")) OR "ASTM" OR "AVIRIS" OR "barrel*" OR "b/d" OR "bbl" OR "bbl/d" OR "Bonn Agreement" OR "Bopd" OR "Bpd" OR "collect*" OR "flare*" OR "FRTG" OR "FRTT" OR "mass balance" OR "mbd" OR "McNutt" OR "MMCFD" OR "NOAA" OR "nodal" OR "oceanic" OR "oil rate" OR "oil on water" OR "outflow" OR "surface expression" OR ("remote*"  AND "operat*" AND "vehicle") OR "reservoir" OR "riser" OR "RITT" OR "ROV" OR "sheen" OR "burn" OR "skim*" OR "spill" OR "volume" OR "stbpd" OR "particle" OR "image" OR "GOR" OR "top hat" OR "Q4000" OR "CDP" OR "helix" OR "FPSO" OR "Toisa Pisces" OR "recover*" OR "relief" OR "contain*" OR "capture" OR "amount" OR "water column" OR "dispersed oil" OR "oil budget" OR "evaporate" OR "emulsify" OR "tar ball" OR "two-phase flow" OR "stock tank barrel" OR "hydrate" OR "ICS 209" OR "and sedimentation" OR "multi-phase" OR "multiphase" OR "calculate*" OR "non-hydrocarbon" OR "non-oil") |
| BP | 74 | YES | YES | 4/20/2010-9/19/2010 | "blowout preventer on blowout preventer" OR "BOP on BOP" OR "top kill attempt" |
| BP | 75 | YES | YES | 4/20/2010-1/31/2011 | ("DWH" OR "Deepwater Horizon" or "MC252" OR "BP" OR "Transocean" OR "TO" OR "GOM" OR ("Gulf" AND "spill") OR "Macondo" OR "Mississippi Canyon Block 252" OR "BP" OR "TO" OR "GOM" OR "Gulf of Mexico") AND "cap*" AND ("install*" OR "shut" OR "close" OR "integrity" OR "testing") |
| BP | 76 | YES | YES | 4/20/2010-9/19/2010 | ("DWH" OR "Deepwater Horizon" or "MC252" OR "BP" OR "Transocean" OR "TO" OR "GOM" OR ("Gulf" AND "spill") OR "Macondo" OR "Mississippi Canyon Block 252" OR "BP" OR "TO" OR "GOM" OR "Gulf of Mexico") AND "well" AND ("integrity" OR "test*" OR "monitor*" OR "analy*" or "study" or "evaluat*" OR "deci*" or "terminat*" or "prolong") |

MDL 2179
Report on US Response to Discovery as of 9/6/2011
Attachment 10 -- Interior Search Terms

| Party | RFP | BOEM | USGS | Date Range | Search Terms |
|---|---|---|---|---|---|
| BP | 86 | YES | YES | 4/20/2010-9/19/2010 | ("DWH" OR "Deepwater Horizon" or "MC252" OR "BP" OR "Transocean" OR "GOM" OR ("Gulf" AND "spill") OR "Macondo" OR "Mississippi Canyon Block 252") AND (("chemical" OR "physical" OR "analysis" OR "properties") w/20 ("discharge" OR "oil" OR "substance" OR MC252 or "wellhead" OR "multiphase" OR "multi-phase" OR "multi phase" OR "property" OR "viscosity" OR "bubble" OR "temperature" OR "Celsius" OR "Fahrenheit" OR "flash" OR "methane" OR "gas" or "fingerprint*" OR "tar*")) |
| BP | 123-137 | YES | YES | 4/20/2010-9/19/2010 | ("corexit" OR "9500*" OR "9527*" OR "dispersant" OR "brat*") AND ("permit*" OR "limit*" OR "control" OR "decision" OR "quantit*" OR "subsea" OR "surface" OR "volume" OR "amount" OR "appl*" OR "deci*" OR "direct*" OR "analy*" OR "identi*" OR "addendum" OR "use" OR "respons*" OR "alternative" OR "determin*" OR "guideline" OR "metric*" OR "fate" OR "dispersed oil" OR "harm" OR "effect*" OR "predict*" OR "injur*" OR "toxic" OR "SMART" OR "waiv*" OR "approv*" OR "measure" OR "assess" OR "shore" OR "coast*" OR "land" OR "inventor*" OR "deny" OR "deploy*" or "benefit*") |
| BP | 187 | YES | NO | 4/20/2010-9/19/2010 | ("Deepwater Horizon" OR "Deep water Horizon" OR "MC252" OR "Macondo") AND ("Marshall Islands") |
| BP | 188 | YES | NO | 1/1/2010-9/19/2010 | ("Deepwater Horizon" OR "Deep water Horizon" OR "MC252" OR "Macondo") AND ("International" AND "Maritime" AND "Organization") |
| BP | 189 | YES | NO | 4/20/2005-4/20/2010 | ("Certificate of Compliance" OR "COC") AND ("oil" OR "MODU" OR "Mobile Oil Drilling Units") AND ("examin*" OR "regul*" OR "polic*" OR "guid*") |
| BP | 207 | YES | NO | 4/20/2005-4/20/2010 | ("Gulf of Mexico" OR "GOM") AND ("formation integrity" OR "leak off") AND ("procedur*" OR "guide*" OR "polic*" OR "practices" OR "regulation*" OR "investigat*" OR "stud*" OR "analy*" OR "audit*") |
| APC | APC 39 | YES | NO | 4/20/2005-4/20/2010 | ("BOEM*" OR "MMS") AND ("American Petroleum Institute" OR "API") AND ("safe*" OR "BMP" OR "cement*" OR "well" OR "manage*") AND ("Outer Continental" OR "OCS" OR "GOM" OR ("Gulf" AND "Mexico")) |
| APC | | YES | NO | 4/20/2010-1/31/2011 | ("AE&P" OR "operat*" OR "owner" OR "lessee" OR "person in charge" OR "vessel" OR "facility" OR "negligen*" OR "fail*" OR "care*" OR "violat*" OR "authori*") AND ("MC252" OR "Macondo" OR "Mississippi Canyon Block 252" OR "Deepwater Horizon" OR "Deepwater Horizon" OR "DWH") |