MDL 2179
Report on US Response to Discovery as of 9/6/2011
Attachment 11 -- Navy Search Terms

| Custodian | Dates | Search Terms |
|---|---|---|
| Buckingham, Richard | 4/20/2010-1/31/2011 | ("DWH" OR "Deepwater Horizon" or "MC252" OR "BP" OR "Transocean" OR "GOM" OR ("Gulf" AND "spill") OR "Macondo" OR "Mississippi Canyon Block 252") AND ("corexit" OR "9500*" OR "9527*" OR "dispersant") AND ("permit*" OR "limit*" OR "control" OR "decision" OR "quantit*" OR "subsea" OR "surface" OR "volume" OR "amount" OR "appl*" OR "deci*" OR "brat*" OR "direct*" OR "analy*" OR "identi*" OR "addendum" OR "use" OR "respons*" OR "alternative" OR "determin*" OR "guideline" OR "metric*" OR "fate" OR "dispersed oil" OR "harm" OR "effect*" OR "predict*" OR "injur*" OR "toxic" OR "SMART") |