MDL 2179
Report on US Response to Discovery as of 9/6/2011
Production Dates

| No. | Total Pages | Date | General Description of Contents |
|---|---|---|---|
| 1 | 53 | 2/4/2011 | Communications related to BOP testing |
| 2 | 34,130 | 5/23/2011 | Responses to Congressional and FOIA requests made to DOI |
| 3 | 22,299 | 6/3/2011 | USCG inspection reports; NOAA FOIA responses; DOI IG; DOI Executive Secretariat |
| 4 | 78,223 | 6/10/2011 | FOIA responses from NOAA, EPA, USGC, and the Oil Spill Commission |
| 5 | 5,011 | 6/17/2011 | Exported data from TIMS, Oil Spill Commission documents, congressional and FOIA materials from the U.S. Navy, documents from the Lawrence Berkeley National Lab |
| 6 | 51863 | 6/24/2011 | FOIA responses from USGC; ORNL and PNNL documents |
| 7 | 49,820 | 7/1/2011 | BOEMRE custodian Patton |
| 8 | 25,028 | 7/5/2011 | BOEMRE custodian Patton |
| 9 | 31,040 | 7/9/2011 | BOEMRE custodians Patton, Neal and Neal |
| 10 | 6,092 | 7/11/2011 | BOEMRE custodian Neal |
| 11 | 1 | 7/12/2011 | BOEMRE custodian Patton |
| 12 | 1,160,269 | 7/15/2011 | USCG Documents; OSC; BOEMRE custodian Saucier; Documents from the TIMS database; Bankston Witness Statements |
| 13 | 34808 | 7/18/2011 | BOEMRE custodian Saucier |
| 14 | 1,293 | 7/21/2011 | BOMRE custodian Saucier |
| 15 | 1 | 6/17/2011 | TIMS database (replacement) |
| 16 | 31,227 | 7/27/2011 | USCG and NOAA FOIA responses; NIC documents; MSLE activity reports |
| 17 | 161,304 | 7/29/2011 | OSC; SNL |
| 18 | 968,020 | 7/29/2011 | OSC; SNL |
| 19 | 99,497 | 8/1/2011 | BOEMRE custodian Trocquet |
| 20 | 723,042 | 8/5/2011 | US Coast Guard, some Oil Spill Commission materials, NOAA FOIA responses, material from the NOAA Plume Team collection, and Operator Safety Index reports for 2005 through 2010 |
| 21 | 256,779 | 8/8/2011 | USGS Mass Balance team documents, some BOEMRE documents including MODU leases and permits and accident investigation reports. |
| 22 | 240 | 8/8/2011 | USGS Mass Balance team documents, some BOEMRE documents including MODU leases and permits and accident investigation reports. |
| 23 | 683,456 | 8/10/2011 | NOAA Plume Team; OSC |
| 24 | 1,778,312 | 8/12/2011 | BOEMRE custodian Wetzel; OSC |
| 25 | 2,002,512 | 8/15/2011 | NOAA Plume Team; OSC |
| 26 | 1,792,265 | 8/17/2011 | OSC |
| 27 | 2,173,456 | 8/18/2011 | OSC |
| 28 | 963,530 | 8/18/2011 | DOE Oil Spill Commission, NOAA Plume Team and some NOAA custodial files |
| 29 | 1,098,876 | 8/19/2011 | OSC; BOEMRE custodian Herbst |
| 30 | 693,608 | 8/22/2011 | NOAA Plume Team; BOEMRE custodians Trosclair, Herbst |
| 31 | 307,868 | 8/22/2011 | OSC; BOEMRE custodians Herbst, Bisso |
| 32 | 136,264 | 8/24/2011 | OSC; BOEMRE custodian Bostros; MMS 131 Forms |
| 33 | 1,627,645 | 8/25/2011 | LBNL Documents |
| 34 | 1,436 | 8/26/2011 | BOEMRE Policy Documents |

MDL 2179
Report on US Response to Discovery as of 9/6/2011
Production Dates

| No. | Total Pages | Date | General Description of Contents |
|---|---|---|---|
| 35 | 386,138 | 8/29/2011 | DOE Oil Spill Commission, the US Coast Guard and documents from DOI; BOEMRE custodians Lars Herbst, Troy Trosclair, Lynard Carter, Amy Wilson, Brad Hunter, David Moore, Galen Simon, Guy Thibodeaux, Larry Williamson, Michael Hebert, Mark Malbrue, Robert Ranney, Martin Rinaudo, Elliot Smith, Kassim Kassim, Stephen Martinez, Mark Osterman, Jarvis Outlaw, Craig Pohler; and 6 small Access databases with Performance Measures calculations from BOEMRE. |
| 36 | 137,725 | 8/30/2011 | USCG; BOEMRE Custodians R. Josey, B. Fortier, A. Bates, R. Hoshman, S. Mouton, C. Pilie, T. Broussa, K. Bouziga, M. Deleon, M. Mouton, A. Campbell, O. Carrillo, P. Couvillion, K. Fin, R. Fowler and J. Hail |
| 37 | 83,009 | 8/31/2011 | EPA documents responsive to RFPs 80, 81, 83, 84, 85, 131, 136 and 137 |
| 38 | 21,086 | 8/31/2011 | OSC; BOEMRE custodian Breedin; EPA custodians Bove, Dietrich, Dreisch, Easter, Eskelsen, Fine, Brooks, Matthiessen, Gray, Irizarry, Jonesi, Knoy, Wilson, McMichael, Perry, Melchianno, Siciliano, Tyner, Nguyen, Margolis, Schulson, Osborne, OSWER EOC, Redden, Savitch, Venosa, Robinson and Zimmerman |
|  | 17,627,226 |  |  |