MDL 2179
Report on US Response to Discovery as of 9/6/2011
Attachment 15 -- Privilege Log Dates

| Date | Log Title |
|---|---|
| 7/20/2011 | United States' 1st Privilege Log |
| 8/18/2011 | United States' 2d Privilege Log |
| 9/2/2011 | United States' 3d Privilege Log |