MINUTE ENTRY
WILKINSON, M.J.
SEPTEMBER 6, 2011

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | CIVIL ACTION<br><br>MDL 2179 |
| Member Case:  Chad Blanchard et al. v. BP America Production Company et al.; 11-1542 | SECTION "J" (2) |

A preliminary conference was conducted in this case on this date. Participating were: Bruce Betzer (via telephone), representing plaintiff; Shannon Holtzman (in person) and Henry Klein (via telephone), representing defendants.

During the conference, counsel for all parties orally consented to proceed before a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c). A written form of consent is currently being circulated among the parties. A scheduling order setting forth the agreed upon pretrial, trial and other deadlines will be entered upon receipt of a fully executed consent form.

Defendants must file their answers and/or responsive motions no later than **September 20, 2011**.

MJSTAR: 0 : 25

Defendants must file their written opposition to the pending motion to remand, if any, no later than **September 27, 2011**.

Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) must be exchanged no later than **September 30, 2011**.

Settlement possibilities were discussed.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**