UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL, 20, 2010 | * * * * | MDL 2179 |
| | * | SECTION J(2) |
| | * | JUDGE BARBIER |
| Member Case: 11-1542 | * | |
| | * * * | MAGISTRATE JUDGE WILKINSON |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## **ORDER**

Because the Court finds that the facts underlying the Complaint in this case are sufficiently unrelated to the MDL proceedings, and in light of the fact that the parties in this case have consented to proceed before Magistrate Judge Wilkinson,

**IT IS ORDERED** that *Blanchard, et al. v. BP America Production Co., e at.*, 2:11-cv-1542 is hereby **SEVERED** from MDL 2179.

New Orleans, Louisiana this 6th day of September, 2011.

_____
UNITED STATES DISTRICT JUDGE