UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION "J" (1)<br><br>JUDGE BARBIER |
| APPLIES TO:  11-274 c/w 11-275 | MAGISTRATE SHUSHAN |

### ORDER

Considering the BP Parties' Unopposed Motion for Leave to File Single, Consolidated Reply in Support of BP Parties' Motion for Judgment on the Pleadings,

IT IS ORDERED that the BP Parties' Unopposed Motion for Leave is hereby granted.  The Clerk of Court is instructed to accept and file the BP Parties' Consolidated Reply.

New Orleans, Louisiana this 2nd day of September, 2011.

_____
United States District Judge