UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | **SECTION: J** |
| | * | |
| | * | **JUDGE BARBIER** |
| **This Document Applies to:** | * | |
| 11-1051 | * | **MAG. JUDGE SHUSHAN** |
| | * | |

## ORDER

Because this case has been consolidated into MDL 2179, and because the individual cases have been stayed by the Pretrial Orders in MDL 2179 (*see* Pretrial Order 11, Rec. Doc. 569, and Pretrial Order 25, Para. 8, Rec. Doc. 983), **IT IS ORDERED** that Defendant's **(Second) Motion for Extension of Time to Plead** (Rec. Doc. 3778) is hereby **DENIED AS MOOT**.

New Orleans, Louisiana, this 2nd day of September, 2011.

_____
UNITED STATES DISTRICT JUDGE