```
                                              FILED
                                         U.S. DISTRICT COURT
                                      EASTERN DISTRICT OF LOUISIANA
```

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT                2011 SEP -6  AM 11: 28
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET                           LORETTA G. WHYTE
NEW ORLEANS, LOUISIANA   70130                       CLERK

                              Date: __September 6, 2011__

                                    __Parish of Plaquemines__

                                            vs.

                                    __BP PLC, et al.__

                              Case No. __11-00916__ Section __J__

Dear Sir:

   Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

   1. (name)    BP PLC through the Hague Service
      (address) Strand London WC2A 2LL, England, U.K.
   2. (name)    _____
      (address) _____
   3. (name)    _____
      (address) _____
   4. (name)    _____
      (address) _____

                              Very truly yours,

                              _____
                                  "Signature"

                              Attorney for   __Plaintiff__

                              Address   MARTZELL & BICKFORD
                                        338 LAFAYETTE ST.
                                        NEW ORLEANS, LA. 70130

                                        ___ Fee
                                        ___ Process
                                         X  Dktd
                                        ___ CtRmDep