OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

```
                           FILED
                    U.S. DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA

                    2011 SEP -6  AM 11:28

                     LORETTA G. WHYTE
                          CLERK
```

Date: September 6, 2011

Plaquemines Port, Harbor and Terminal District

vs.

BP PLC, et al.

Case No. 11-00917   Section  J

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) __BP PLC through the Hague Service__
   (address) __Strand London WC2A 2LL, England, U.K.__
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

_____"Signature"_____

Attorney for __Plaintiff__

Address  MARTZELL & BICKFORD
         338 LAFAYETTE ST.
         NEW ORLEANS, LA. 70130

```
__Fee_____
_x_Dktd_____
___CtRmDep____
___Doc. No.___
Process (1) SMTS
```