UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG * MASTER DOCKET
                                * No. 10-MD-2179
"DEEPWATER HORIZON" in the      *
GULF OF MEXICO, on              *
APRIL 20, 2010                  *

THIS DOCUMENT RELATES TO NO. 10-8888, [Rec. Docs. 74588 & 74589]
*****************************************************************

Filed:_____     _____
                                       Deputy Clerk

## ORDER

Considering the EX PARTE MOTION TO ENROLL AS COUNSEL OF RECORD filed herein,

**IT IS ORDERED** that ALBERT J. NICAUD (Bar #19261) and JEFFREY M. SIEMSSEN (Bar #31965) of the law firm of Nicaud & Sunseri, L.L.C. be enrolled as counsel of record for Plaintiff in these proceedings.

New Orleans, Louisiana this 6th day of September, 2011.

_____
UNITED STATES DISTRICT JUDGE