# KIRKLAND & ELLIS LLP

**AND AFFILIATED PARTNERSHIPS**

655 Fifteenth Street, N.W.
Washington, D.C.  20005

Robert R. Gasaway
To Call Writer Directly:
(202) 879-5175
robert.gasaway@kirkland.com

(202) 879-5000

www.kirkland.com

Facsimile:
(202) 879-5200

September 6, 2011

**Via Email**

**CONFIDENTIAL**

Honorable Sally Shushan
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room B-345
New Orleans, Louisiana  70130

Re:  **MDL No. 2179 -- MC 252 ROV Video Footage**

Dear Judge Shushan and Counsel:

As you know, at the request of the U.S. Coast Guard, BP sent a remotely operated vehicle (ROV) to the Macondo well site on August 25, 2011 to investigate press reports that sheens of oil had been observed in the vicinity of the Macondo well; these reports were accompanied by unfounded speculation that the sheen was from oil leaked from the Macondo well.  Pursuant to my letter of August 30, 2011, BP provided copies of this ROV video footage to the PSC, as well as other MDL 2179 parties, including the State of Alabama, the State of Louisiana, the U.S. Department of Justice, Halliburton, and Anadarko.

On August 31, 2011, Brian Barr, on behalf of the PSC, contacted me and inquired whether the BP ROV had captured "[any] video of Macondo #2, the riser or any area of the seafloor not in the immediate vicinity of wellheads 1 and 3...." He also requested that BP "produce [to the PSC] split samples [of the sheen] for the PSC to conduct [its] own testing of what BP collected."  On September 1, 2011, Allan Kanner, counsel to the State of Louisiana, contacted my colleague, Esty R. Lobovits, asking whether "the ROV generate[d] any other data besides the video" and whether any "sampling" had occurred.

Given these inquiries about an ROV operation authorized by Order of this Court (see Doc. # 3813), a collective and simultaneous response to the Court and MDL parties seems appropriate.  Accordingly, we set out facts below as they currently are understood by our MDL counsel team.  Of course, we have relied on others in obtaining this information as the ROV operation was neither initiated nor directed by counsel.

With regard to the amount of video collected, the only ROV footage captured at the MC 252 site was of the MC 252#1 well and the MC 252#3 well; no video was taken of the MC 252

Chicago      Hong Kong      London      Los Angeles      Munich      New York      Palo Alto      San Francisco      Shanghai

## KIRKLAND & ELLIS LLP

Judge Shushan
MDL 2179 Liaison Counsel
September 6, 2011
Page 2

#2 well or other areas in the vicinity. Using a standard video visual wellhead inspection, BP confirmed that there is no release of oil from either Macondo well MC 252#1 or Macondo relief well MC 252#3. This ROV video inspection was conducted in the presence of representatives from the Gulf Coast Incident Management Team (GCIMT) (MC252 Unified Command) in New Orleans. GCIMT observers of the live video feed included representatives of the U.S. Coast Guard and the Bureau of Ocean Energy Management, Regulation and Enforcement, as well as representatives from the states of Louisiana, Mississippi, and Florida.

During the course of inspecting both wellheads, BP representatives and GCIMT member observers noticed small, intermittent bubbles emanating from cement ports at the base of the wellheads. These observations are consistent with testing and sampling performed last year that detected nitrogen bubbles, a residual byproduct of the nitrified foam used in setting the wells' surface casing cement. Moreover, since the video inspection, BP and the U.S. Coast Guard have conducted multiple surface surveys of the area and likewise found no evidence of oil sheens; as a result, no samples of a sheen could be taken. I do note that BP did collect bubble samples at the MC 252#1 well, but BP has since determined that the sample bottles did not retain a sample that could be analyzed.

Please feel free to contact me with any questions or concerns.

Sincerely,

*Robert A Gasaway*
/hd

Robert R. Gasaway

RRG/erl

cc:     J. Andrew Langan, P.C., Kirkland & Ellis LLP
        Joseph A. Eisert, Kirkland & Ellis LLP
        David E. Grassmick, Kirkland & Ellis LLP
        Esty R. Lobovits, Kirkland & Ellis LLP
        Don K. Haycraft, Liskow & Lewis
        Liaison Counsel
        Corey Maze
        Mike Underhill