**ORDER**

Pursuant to Pre-Trial Order No. 13, the Plaintiff's Steering Committee ("PSC") has been engaged in the process of challenging the designation of specific documents as Confidential or Highly Confidential by serving written objections upon the respective producing parties. Also pursuant to Pre-Trial Order No. 13, the producing parties have responded to the PSC's objections in writing by either: 1) agreeing to remove the Confidential or Highly Confidential designation; or 2) stating the reasons for such designation.

IT IS HEREBY ORDERED that to keep the Court and all parties informed as to the status of documents where the producing party has consented to withdraw confidentiality designations, and to ensure that confidential designations are removed from documents where the producing party consented to withdraw such designation, the following procedure will govern:

(1) Within 10 days of consenting to withdraw a confidential document designation, or within 10 days of this order, whichever is later, each producing party will file a chart identifying its withdrawn confidential designations. The producing party is responsible for updating such charts within 10 days of future consent to withdraw confidential document designations. Reasonable requests for extensions of all deadlines will be considered by the challenging party.

The official designation of all documents listed on such charts governs until the confidentiality designation is removed by the producing party pursuant to Section 2 below. For example, where the chart indicates that the producing party agrees to withdraw the confidential designation, said document is no longer confidential, even if the actual document still has "Confidential" or "Highly Confidential" physically bates stamped on it.

14304228.1

(2) Within 10 days of notifying the challenging party of consent to withdraw a confidentiality designation, or within 10 days of this order, whichever is later, the producing party will reproduce the document pursuant to the withdrawn designation as noted on the producing party's chart described in Section 1 above. The producing party is responsible for producing un-designated documents within 10 days of future consent to withdraw document confidentiality designations consistent with this Section. Reasonable requests for extensions of all deadlines will be considered by the challenging party.

All parties are instructed that any documents produced by producing parties with a "Confidential" or "Highly Confidential" bates stamp shall still be recognized and treated as such pursuant to Pre-Trial Order No. 13, unless the document is listed on a producing party's chart as having its confidential designation withdrawn and the producing party has reproduced the document without the confidential designation.

14304228.1