# ORDER

Pursuant to Pre-Trial Order No. 13, the Plaintiff's Steering Committee ("PSC") has been engaged in the process of challenging the designation of specific documents as Confidential or Highly Confidential by serving written objections upon the respective producing parties. Also pursuant to Pre-Trial Order No. 13, the producing parties have responded to the PSC's objections in writing by either: 1) agreeing to remove the Confidential or Highly Confidential designation; or 2) stating the reasons for such designation. Attached to this Order is a chart of the PSC's challenges/objections to date and producing party _____'s respective responses to date.

The attached chart outlines the current status of Confidential and Highly Confidential designations, or the withdrawing of same, relative to the documents identified on the chart of challenged documents produced to date. Where the attached chart indicates that the confidential designation for a particular document has been changed, removed or otherwise withdrawn, that is now the producing party's official designation of that document. For example, where the chart indicates that the producing party agrees to withdraw the confidential designation, the producing party will no longer assert that the document is confidential~~said document is no longer confidential~~, even if the actual document still has "Confidential" or "Highly Confidential" physically bates stamped on it. If desired, the producing parties and/or the PSC are permitted to physically remove any "Confidential" or "Highly Confidential" bates stamping on documents for which the confidential designation have been removed or otherwise withdrawn pursuant to the attached chart; provided all parties receive written notice at least 10 days in advance of such removal and no party serves a written objection to the removal of the designation within that 10 day period. A producing party's change, removal or withdrawal of a prior confidential designation for a particular document does not waive any other party's confidential designation for that document or the right of any other party to designate the document as "Confidential" or "Highly Confidential".

The attached chart identifies the only documents produced by _____ which, to date, have had their confidential status challenged, changed or withdrawn. All parties are instructed that any documents produced by \_\_\_\_ with a "Confidential" or "Highly Confidential" bates stamp shall still be recognized and treated as such pursuant to Pre-Trial Order No. 13, unless the document is listed on the attached chart as having its confidential designation removed or otherwise withdrawn, and no party has objected to the removal or withdrawal of the confidential designation within 10 days of receiving the attached chart or updated cumulative chart. . The respective producing party and/or the PSC shall update the attached chart and serve the updated cumulative chart upon the Court and the other parties as responses from the producing party are made to additional confidentiality challenges/objections from the PSC. The terms of this Order shall apply to all updated charts.

**Error! Unknown document property name.**