# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

300 North LaSalle Street
Chicago, Illinois 60654

J. Andrew Langan, P.C.
To Call Writer Directly:
(312) 862-2064
alangan@kirkland.com

(312) 862-2000

www.kirkland.com

Facsimile:
(312) 862-2200

September 7, 2011

**Via E-mail**

The Honorable Sally Shushan
United States Magistrate Judge
500 Poydras Street, Room B345
New Orleans, Louisiana 70130

Re:   *In re: Deepwater Horizon* MDL 2179 --
      Phase I Deposition Time Allocation Requests by BP

Dear Magistrate Judge Shushan:

BP respectfully requests the following additional time at certain upcoming (one day) Phase I Depositions (see Doc. 2775), presented in chronological order:[*]

**Yancy Keplinger (TO)** – Mr. Keplinger was the senior Dynamic Positioning Officer (DPO) on the Deepwater Horizon and was a witness to events on the bridge during the well control event followed by the blowout and explosion. He supervised the on-duty DPO, Andreas Fleytas, who has been deposed and who invoked the 5th Amendment. Another bridge officer, Captain Kuchta, has also invoked the 5th Amendment. Since Mr. Keplinger has not indicated that he will be taking the 5th, he is a critical eyewitness for the events on the bridge. Questions are still pending about activation of the Emergency Shutdown System and General Alarm from the bridge, as well as open issues about initiation of the Emergency Disconnect System. BP requests 90 minutes for the deposition of Yancy Keplinger on September 12, 2011.

**James Bement (HAL)** - Mr. Bement is the Vice President of Sperry Sun and is responsible for the Sperry product service line. Mr. Bement has knowledge of factual issues surrounding the Sperry performance issues and non-productive time. BP is the only party that requested Mr. Bement's deposition. BP requests 210 minutes for the deposition of James Bement on September 20, 2011.

---

[*] Pursuant to the Court's June 16 Order (Doc. 2775), BP's default time for a one-day deposition is 35 minutes. BP recognizes that the Court has already set time allocations for BP for the Transocean investigation team witnesses and certain other depositions. (Doc. 3749, 3545.)

Hong Kong    London    Los Angeles    Munich    New York    Palo Alto    San Francisco    Shanghai    Washington, D.C.

KIRKLAND & ELLIS LLP

The Honorable Sally Shushan
September 7, 2011
Page 2

**Bryan Domangue (USA)** – Mr. Domangue is the United States' designee for the 30(b)(6) topic of participation in the evaluation or analysis of the *Deepwater Horizon* blowout preventer and the attempts to actuate the *Deepwater Horizon* blowout preventer on or after April 20, 2010. Mr. Domague's testimony therefore will cover significant and important issues that are directly related to allegations involving BP regarding BOP-related issues both before and after the incident. As the primary (or only) requesting party, BP requests 210 minutes for the deposition of Bryan Domangue on September 21, 2011.

**Jim Prestidge (HAL)** - Mr. Prestidge is Halliburton's Vice President of health, safety, environment and service quality. Mr. Probert identified Mr. Prestidge as having information on the practices and standards governing Halliburton's provision of services to customers, including any process safety standards for Halliburton's work. BP is the only party that requested Mr. Prestidge's deposition. BP requests 210 minutes for the deposition of Jim Prestidge on September 21, 2011.

**David Young (TO)** – Mr. Young was the chief mate on the Deepwater Horizon and was a witness to events in the driller's cabin and the bridge during the well activities that evening, as well as the blowout and explosion later that evening. As with Mr. Keplinger, it appears that Mr. Young will not be invoking his right not to testify, and so, it is important to question him about marine operations on the Deepwater Horizon, including Transocean's "dual command" structure that splits the responsibility for operations on the vessel between the Master and the Offshore Installation Manager. BP seeks 120 minutes for the deposition of David Young on September 22, 2011.

**David Trocquet (USA)** – Mr. Trocquet is the United States' designee for five different 30(b)(6) topics. Mr. Trocquet is designated for topics including the (1) Participation in the evaluation, analysis, approval or disapproval of any submission from BP related to the MC252 Well; (2) The BOEM's policies, procedures, guidelines or requirements regarding well design for deepwater wells, including policies, procedures, guidelines or requirements related to tubular materials, casing design, cement jobs, temporary abandonment procedures and casing integrity tests; and, (3) The well design plans for all deepwater wells approved by the BOEM from April 20, 2005 through the present that utilized a long string production casing design, and two additional topics. Mr. Trocquet's testimony will cover significant and important issues in these proceedings and, as the primary (or only) requesting party, BP requests 210 minutes for the deposition of David Trocquet on September 23, 2011.

**Greg Meche (MI)** - Mr. Meche is a Compliance Specialist for MI Swaco who was on the rig on the night of the incident. Mr. Meche was involved with the operations in the temporary abandonment procedures on April 20, 2010, including the operations related to the use of the

**KIRKLAND & ELLIS LLP**

The Honorable Sally Shushan
September 7, 2011
Page 3

spacer on April 20, 2010.  BP requests 90 minutes for the deposition of Greg Meche on October 6, 2011.

**Phyllis Stelly (HAL)** - Ms. Stelly was a shift manager in the Halliburton Broussard laboratory at the time that laboratory performed testing on the Macondo slurry.  BP is the only party that requested Ms. Stelly's deposition.  BP requests 90 minutes for the deposition of Phyllis Stelly on October 7, 2011.

**Quang Nguyen (HAL)** - Mr. Nguyen is an account representative at Halliburton who assisted Mr. Gagliano with the Macondo well.  BP is the only party that requested Mr. Nguyen's deposition.  BP requests 210 minutes for the deposition of Quang Nguyen on October 10, 2011.

**Ben Richard (HAL)** - Mr. Richard is the lab technician in the Halliburton Broussard laboratory who was involved in the final foam stability test before the incident.  BP is the only party that requested Mr. Richard's deposition.  BP requests 150 minutes for the deposition of Ben Richard on October 14, 2011.

**Ricky Morgan (HAL)** - Mr. Morgan was involved with post-incident testing at the Duncan facility and was identified by Halliburton likewise as someone that "performed some degree of informal analysis related to the cement slurry pumped on April 19-20, 2010."  BP is the only party that requested Mr. Morgan's deposition.  BP requests 150 minutes for the deposition of Ricky Morgan on October 17, 2011.

**Sarah Sanders (HAL)** - Ms. Sanders was copied on post-incident email discussing a project to improve deficiencies in Halliburton's database used to manage lab testing.  BP is the only party that requested Ms. Sanders's deposition.  BP requests 90 minutes for the deposition of Sarah Sanders on October 18, 2011.

**Roger Dugas (HAL)** - Mr. Dugas supervised Jesse Gagliano's work on the Macondo well and would have knowledge regarding Mr. Gagliano's performance within Halliburton.  Also, Mr. Dugas likely communicated with Mr. Gagliano concerning the Macondo well.  BP is the only party that requested Mr. Dugas's deposition.  BP requests 210 minutes for the deposition of Roger Dugas on October 20, 2011.

## KIRKLAND & ELLIS LLP

The Honorable Sally Shushan
September 7, 2011
Page 4

* * *

Thank you for the Court's consideration.

Sincerely,

*[signature]*

J. Andrew Langan, P.C.

cc: Plaintiffs Liaison Counsel
Defense Liaison Counsel
Mike Underhill, Esq.
Corey Maze, Esq.