

Frilot L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163
Phone: 504.599.8000
Facsimile: 504.599.8100
www.frilot.com

**Kerry J. Miller**
Telephone: (504)599-8194
Facsimile:  (504)599-8145
E-mail:  kmiller@frilot.com

September 7, 2011

BY EMAIL
Magistrate Judge Sally Shushan
United States District Court
500 Poydras Street
New Orleans, LA 70130

       Re:    In Re:  Deepwater Horizon
               Civil Action No. 10-md-02179

Dear Judge Shushan:

I am writing on behalf of Transocean to respectfully request that Transocean be granted 180 minutes of examination time at the deposition of SMIT Salvage Americas' ("SMIT") Federal Rule of Civil Procedure 30(b)(6) designee Doug Martin scheduled for September 14, 2011.

Transocean is currently allocated 37 minutes of examination time pursuant to Your Honor's June 28, 2011 Order.  [Doc. No. 3079].  As Your Honor's June 28, 2011 Order notes, the default allocation of examination time may be adjusted on a witness by witness basis for good cause shown.  Id.

Good cause exists in this instance to allocate 180 minutes of examination time to Transocean because Doug Martin is expected to testify about certain matters which are important to Transocean's case, namely SMIT's role in attempting to save and salvage the Deepwater Horizon after the Macondo blowout.  Thirty-seven minutes of examination time is simply not enough time for Transocean to make a meaningful inquiry into these facts.  Other parties have been allocated similar (if not greater) amounts of examination time to examine deponents that they represented were important to their case.  For example, BP has been allocated 200 minutes of deposition time for the one day depositions of Transocean's internal investigation team members.  Halliburton has been allocated 200 minutes of deposition time for the one day deposition of Rich Miller.

Honorable Sally Shushan
United States Magistrate Judge
Page 2 of 2
September 7, 2011

For these reasons and for good cause shown, Transocean respectfully requests that it be allotted 180 minutes of examination time for the September 14, 2011 deposition of Doug Martin. If Your Honor has any questions or concerns, I am available at Your Honor's convenience.

                        Very truly yours,

                        FRILOT LLP

                        */s/ Kerry J. Miller*
      By:_____
                        Kerry J. Miller
                        Attorney for Transocean

cc: Working Group Conference Attorney Distribution