UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Regarding Phase Two Rule 30(b)(6) Depositions]**

The PSC submitted a Phase Two witness list with five Rule 30(b)(6) depositions: (1) Anadarko; (2) BP; (3) Oceaneering; (4) Transocean; and (5) Cameron. BP submitted a Phase Two witness list with eight Rule 30(b)(6) depositions: (1) Anadarko; (2) BP; (3) Cameron; (4) Cudd Well Control; (5) ExxonMobil; (6) Halliburton; (7) Transocean; and (8) the U.S. The States and the U.S. shall coordinate with the PSC to consider whether any additional persons should be deposed on Phase Two pursuant to Rule 30(b)(6). All other parties shall coordinate with BP to consider whether any additional persons should be deposed on Phase Two pursuant to Rule 30(b)(6). Thereafter BP and the PSC shall prepare a single list of the Phase Two Rule 30(b)(6) depositions. At present the following Phase Two Rule 30(b)(6) depositions have been identified.

1. Anadarko

2. BP

3. Cameron

4. Halliburton

5. Transocean

6. The U.S.

7. Cudd Well Control

      8.      ExxonMobil

      9.      Oceaneering

When the complete list of Phase Two Rule 30(b)6) depositions are identified, the parties shall agree on who shall take the lead on preparing the Rule 30(b)(6) notices. The lead shall take input from all parties to complete the notices. The lead and the parties seeking the deposition shall negotiate with the party to be deposed on the terms of the Rule 30(b)(6) notices. If agreement cannot be reached, the parties shall seek the assistance of the Court.

After the Rule 30(b)(6) notices are complete, the parties to be deposed shall designate the persons to respond to each topic. After the designations are made, a list of the designations shall be provided to the Court for scheduling.

In addition to the Rule 30(b)(6) designees, each side (plaintiff group and defense group) will be permitted select five (5) individuals from the coordinated lists as persons to be deposed in Phase Two. For good cause shown, the parties may be permitted to take additional Phase Two depositions.

No deadlines are set for this process. The parties shall proceed as promptly as possible and report on their progress at the weekly Working Group Conferences.

New Orleans, Louisiana, this 8th day of September, 2011.

                                        **SALLY SHUSHAN**
                                        **United States Magistrate Judge**