UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG § | | MDL-2179 |
| "DEEPWATER HORIZON" § | | |
| in the GULF OF MEXICO, on § | | |
| APRIL 20, 2010 § | | SECTION "J" |
| § | | |
| THIS DOCUMENT RELATES TO: § | | JUDGE BARBIER |
| § | | MAG. JUDGE SHUSHAN |
| *10-cv-3059 and 11-cv-0516* § | | |

*******************************************************************************

### STATE OF LOUISIANA'S LIMITED OBJECTIONS TO AND APPEAL FROM MAGISTRATE JUDGE'S ORDER COMPELLING DISCOVERY [REC. DOC. 3882]

Pursuant to 28 U.S.C. § 636 (b)(1)(A) and Federal Rule of Civil Procedure Rule 72(a), Plaintiff, the State of Louisiana (the "State") objects to and appeals from the Magistrate Judge's Order entered September 1, 2011 [Rec. Doc. 3882]. The State's objection and appeal here relates to the limited issue of the date set for compliance with the Order. Under the circumstances, the date by which Louisiana has been ordered to complete its production as set forth in the Order, is clearly erroneous as more fully described in the accompanying memorandum in support.

Dated this 8th day of September, 2011.

Respectfully submitted,

| | |
|---|---|
| JAMES D. "BUDDY" CALDWELL | KANNER & WHITELEY, LLC |
| LOUISIANA ATTORNEY GENERAL | |
| | /s/ Allan Kanner |
| James Trey Phillips | Allan Kanner |
| First Assistant Attorney General | Elizabeth B. Petersen |
| Megan K. Terrell | David A. Pote |
| Assistant Attorney General | Douglas R. Kraus |
| Section Chief –Environmental | 701 Camp Street |
| State of Louisiana | New Orleans, LA 70130 |
| P.O. Box 94005 | Telephone: (504) 524-5777 |
| Baton Rouge, LA 70804-9005 | **Special Counsel for Plaintiff** |
| Telephone: (225) 326-6708 | **Attorney General, State of Louisiana** |

1

| | |
|---|---|
| HENRY DART,<br>ATTORNEYS AT LAW P.C.<br><br>/s/ Henry T. Dart<br>Henry T. Dart<br>Grady J. Flattmann<br>510 N. Jefferson St.<br>Covington, LA 70433<br>Telephone: (985) 809-8093<br>**Special Counsel for Plaintiff**<br>**Attorney General, State of Louisiana**<br><br>SHOWS, CALI, BERTHELOT & WALSH, LLP<br><br>/s/ E. Wade Shows<br>E. Wade Shows<br>628 St. Louis Street<br>Baton Rouge, LA 70802<br>Telephone: (225) 346-1461<br>**Special Counsel for Plaintiff**<br>**Attorney General, State of Louisiana** | USRY, WEEKS, & MATTHEWS, APLC<br><br>/s/ T. Allen Usry<br>T. Allen Usry<br>1615 Poydras St.<br>Suite 12<br>New Orleans, LA 70112<br>Telephone: (504) 592-4641<br>**Special Counsel for Plaintiff**<br>**Attorney General, State of Louisiana**<br><br>MARTEN LAW, PLLC<br><br>/s/ Bradley M. Marten<br>Bradley M. Marten<br>Linda R. Larson<br>1191 Second Avenue<br>Suite 2200<br>Seattle, WA 98101<br>(206) 292-2600<br>**Special Counsel for Plaintiff**<br>**Attorney General, State of Louisiana** |