**KANNER & WHITELEY, L.L.C.**
**701 Camp Street**
**New Orleans, Louisiana 70130**
**(504) 524-5777**
**FAX: (504) 524-5763**

September 7, 2011

<u>*Via Electronic Transmission*</u>
Andrew Bloomer – Andrew.bloomer@kirkland.com
Kirkland & Ellis LLP
300 North LaSalle Street
38th Floor
Chicago, IL 60654

  Re: *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, MDL No. 2179* – Compliance with Magistrate Shushan's Discovery Order to the State of LA. [Rec. Doc. 3882].

Andrew,

  I write in furtherance of our discussion on Friday regarding the Order issued by Magistrate Shushan compelling, in part, Louisiana's responses to BP's Discovery Requests. 9/1/11 Order [Regarding BP's Motion to Compel Discovery from Louisiana (Rec. doc. 3795)] [Rec. Doc. 3882]. As I advised when we spoke, the State has begun its efforts to comply with the Court's discovery Order of September 1. However, we know at this point that the State cannot fully complete the production in the time frame provided by the Court in light of the number of agencies and employees and the volume of information involved. Although the State intends to and is making every effort to comply with the Court's order relating to the searches and production of materials, it cannot meet a deadline of September 23, 2011. Accordingly, we request that BP agree to a rolling production as described below.

  Specifically, the Order requires in part that:

> 1. By **Friday, September 23, 2011,** Louisiana shall complete its search of the State agencies identified by BP with the search terms, date ranges and custodians identified by BP and produce all non-privileged documents. The date ranges shall be modified so that they terminate at September 19, 2010.[1]

---

[1] In addition, the Order contains obligations associated with the search of the Louisiana Attorney General's office. This obligation will be addressed separately with BP:
> By Friday, September 16, 2011, Louisiana and BP shall meet and confer on a proposed search protocol for hard copy and ESI from the Office of the Louisiana

Because each agency employs hundreds if not thousands of employees, has independent ESI mechanisms and systems (some quite old) for storage and access to its data, and requires separate administrative protocols, the collection of the ESI identified is exceedingly difficult and time consuming.  The State has committed the funds and resources to comply with this Order, and we are working with our ESI vendor to: triage each agency's Ordered data, streamline the administrative processes for each, quickly gather all of the ESI requested by BP and Ordered by the Court, and complete the searches under the parameters provided by BP as rapidly as possible.  However, the sheer volume of State data in each agency's possession will impact how quickly these efforts can be completed.  Under any scenario, it is physically impossible for the State to complete the review of all agencies by September 23rd.  Thus, we are asking for your assistance to help us prioritize your discovery needs.

In light of the complexities of the logistics required for the State to comply with the Court's Order, the State proposes the following structure for a rolling production.  The 15 agencies initially identified by BP are listed below.[2]  Based upon the custodian lists BP provided, as well as the likelihood of any information regarding Phase 1 or Phase 2 issues, being located within a specific agency we have divided the agencies into First Priority and Second Priority groupings.  At this point although we will be running the searches for all of the below-listed agencies, we would propose that those in the First Priority Tier proceed in advance of the Second Priority Tier.

**First Priority Tier**
1. Department of Environmental Quality ("DEQ")
2. Department of Natural Resources ("DNR")
3. Office of Coastal Protection and Restoration
4. Department of Public Safety, including but not limited to
    a. Louisiana State Police
5. Department of Wildlife & Fisheries
6. Louisiana Oil Spill Coordinator's Office
7. Office of the Governor
8. Office of  the Lieutenant Governor

**Second Priority Tier**
9. Department of Culture, Recreation & Tourism
10. Department of Economic Development
11. Department of Health & Hospitals
12. Department of Social Services
13. Department of Transportation & Development

---

Attorney General.  They shall report to the Court on the status of this protocol by Wednesday, September 21, 2011.
9/1/11 Order, p. 5 [Rec. Doc. 3882].

[2] Email Corsp. 5/20/11 fr. A. Bloomer to A. Kanner. List of Relevant Louisiana State Agencies and Offices for BP's Discovery Requests   (5/18/11). For purposes of this list going forward we have excluded, consistent with the Magistrate's Order the "parishes, parish district attorneys, port authorities [and] cities." 9/1/11 Order, p. 5 [Rec. Doc. 3882].  BP's list also included the "Department of Justice, including but not limited to the Office of the Attorney General" which will be addressed separately from this proposal.

14. Department of the Treasury

The State proposes that it focus its initial efforts on those agencies in the First Priority Tier (in the order identified above, with No. 1 being the first agency).  As currently advised, the State will be able to begin production by next Friday, September 16 (and possibly earlier) for both DEQ and DNR.  Your consideration and feedback regarding this proposal is appreciated. Please advise if BP believes a different order/priority is more suited to its concerns (or that the State can exclude any of the above listed agencies for the purpose of Phases 1 and 2).   In addition if BP identifies specific RFPs that the State should prioritize, this can be accomplished as well. Finally, the State proposes to provide weekly status report on the progress of collection and review for each of the identified agencies, including volume of data (in gigabytes) has been identified, reviewed and produced, as well as estimated completion dates when available.

In an abundance of caution and to preserve the State's rights with respect to the timing of compliance with the Magistrate's Order, we will be filing a notice of appeal regarding that portion of the Court's Order requiring the State to complete its search and produce all responsive documents on or before September 23, 2011.  In addition, we will be notifying the Magistrate of our concerns with this deadline and our efforts to work with BP to provide for a rolling production.   Please feel free to contact me to discuss at your convenience.

Sincerely,

KANNER & WHITELEY, L.L.C.

By: _____/*Elizabeth Petersen/*_____
      Elizabeth B. Petersen