— AMENDED

RECEIVED

**PROCESS RECEIPT AND RETURN**

U.S. Department of Justice
United States Marshals Service

See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Velma Jean Richards | 11-1096-J (1) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Cameron International et al, | Claim and Summons |

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Cameron International, et al., zip 77027

AT ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

1333 West Loop South-Suite 1700-Houston TX

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| | |
|---|---|
| Velma Jean Richards<br>305 West 72nd Street Apt. 11C<br>New York, NY 10023<br>Velma Jean Richards 6/23/11 | Number of process to be served with this Form - 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold

phone # 713-513-3300

Signature of Attorney or other Originator requesting service on behalf of:

Velma Jean Richards

☒ PLAINTIFF
☐ DEFENDANT

| TELEPHONE NUMBER | DATE |
|---|---|
| 845-337-9259 | 6-23-11 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 34 | No. 29 | Vita Jones | 6/27/11 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|

| Address (complete only if different than shown above)  CT Corporation<br>PERSONALLY SERVED SENIOR CUSTOMER SPECIALIST JAYWA NICKELL<br>AT 1021 MAIN STREET, SUITE 1150, HOUSTON, TX 77002 ON<br>8-12-11 @ 10:10 AM.  ✗ Ihw DUSM | Date of Service | Time | am |
|---|---|---|---|
| | 7/12/11 | 1:52 | pm |
| | Signature of U.S. Marshal or Deputy<br>Pat Jones | | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 8.00 | | $8 | | | | |

REMARKS:

7/8/11 - Service via certified mail 7008 0150 0003 3156 5723

7/12/11 - Service via certified mail; Signed for by V. Tobias.

Fee _____
Process _____
X Dktd _____
C RmDep _____

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

TDIS 11-1096-J

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

RECEIVED
UNITED STATES MARSHAL

11 JUN 30 PM 2: 28

SOUTHERN DIST. S/TX

| | | |
|---|---|---|
| VELMA JEAN RICHARDS | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No.    11-1096, J (1) |
| BRITISH PETROLEUM, ET AL | ) | |
| Defendant | ) | |

Summons in a Civil Action

To: *(Defendant's name and address)*
    Cameron International

2011 JUN 27 PM 1: 46
EASTERN DISTRICT OF
LOUISIANA
RECEIVED
UNITED STATES MARSHAL

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Velma Jean Richards
305 West 72nd Street
New York, NY 10023

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Deputy clerk's signature

Date: _____May 16 2011_____

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  E/LA  11-1096,J(1);  MDL 10-2179

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* CAMERON INTERNATIONAL

was received by me on *(date)*  8-12-11

☒ I personally served the summons on the individual at *(place)*  CT CORPORATION, 1021 MAIN ST. # 1150  HOUSTON, TX 77002  on *(date)*  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*  , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*  , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*  ; or

☐ I returned the summons unexecuted because  ; or

☒ Other *(specify)*:

PERSONALLY SERVED SENIOR CUSTOMER SPECIALIST JAYNA NICKELL.

My fees are $  for travel and $  for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  8-12-11

_____
*Server's signature*

LUIS HERNANDEZ

_____
*Printed name and title*

515 RUSK STREET, HOUSTON, TX 77002

_____
*Server's address*

Additional information regarding attempted service, etc: