# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| **PLAINTIFF** Velma Jean Richards | **COURT CASE NUMBER** 11-1096-J(1) |
| **DEFENDANT** British Petroleum-BP, et al. | **TYPE OF PROCESS** Claim and Summon |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
➡ British Petroleum-BP, et al.

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
501 West Lake Pky. Blvd - Houston, TX 77079

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Velma Jean Richards
305 West 72nd St, Apt 11C
New York, NY 10023
Velma Jean Richards

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

phone # 281-366-2000

Signature of Attorney or other Originator requesting service on behalf of:
Velma Jean Richards

☒ PLAINTIFF
☐ DEFENDANT

**TELEPHONE NUMBER** 845-337-9254
**DATE** 6-23-11

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 34 | District to Serve No. 79 | Signature of Authorized USMS Deputy or Clerk Vita Jones | Date 6/27/11 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)
BRITISH PETROLEUM
501 WESTLAKE PARK BLVD.
HOUSTON, TX 77079

PERSONALLY SERVED SR. CUSTOMER SPEC. JAYWA NICKELL AT 1021 MAIN STREET SUITE 1150, HOUSTON, TX 77002 ON 8/12/11 @ 10:10 AM.

**Date of Service** 8-12-11
**Time** 10:10 am

Signature of U.S. Marshal or Deputy

| Service Fee 5.00 | Total Mileage Charges (including endeavors) | Forwarding Fee $8 | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:
9/8/11 - Service via Certified Mail 7008 0150 0003 3156 5716
Never received verification regarding service from U.S.P.S.
Personal service attempted and executed as explained above on Registered Agent CT Corporation.
Pat Jones 8/12/2011

1. CLERK OF THE COURT

PRIOR EDITIONS MAY BE USED

FORM USM-285 (Rev. 12/15/80)

Doc. No. JDIS 11-1096-J

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

RECEIVED
UNITED STATES MARSHAL
11 JUN 30 PM 2:26
SOUTHERN DIST. S/TX

| | | |
|---|---|---|
| VELMA JEAN RICHARDS<br>Plaintiff<br>v.<br>BRITISH PETROLEUM, ET AL<br>Defendant | )<br>)<br>)<br>)<br>) | MDL 10-2179<br>Civil Action No.  11-1096, J (1) |

**Summons in a Civil Action**

To: *(Defendant's name and address)*
BRITISH PETROLEUM

RECEIVED
2011 JUN 27 PM 1:43
EASTERN DISTRICT OF LOUISIANA
UNITED STATES MARSHAL

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
Velma Jean Richards
305 West 72nd Street
New York, NY 10023

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

*Stephanie Kall*
Deputy clerk's signature

Date:  May 16 2011

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __8-12-11__, by:

(1) personally delivering a copy of each to the individual at this place, __CT CORPORATION, 1021 MAIN ST. SUITE 1150, HOUSTON, TX 77002__; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

(4) returning the summons unexecuted to the court clerk on _____; or

(5) other (specify) __SERVED JAYNA NICKELL, SENIOR CUSTOMER SPECIALIST (REGISTERED AGENT for British Petroleum)__

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

Date: __8-12-11__

_____
Server's signature

__LUIS HERNANDEZ      DUSM__
Printed name and title

__515 RUSK STREET, HOUSTON, TX 77002__
Server's address