# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: Velma Jean Richards | COURT CASE NUMBER: 11-1096-J (1) |
| DEFENDANT: Transocean, et al., | TYPE OF PROCESS: Claim and Summon |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Transocean, et al.,

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Transocean - #4 Greenway Plaza - Houston, TX. 77046

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Velma Jean Richards
305 West 72nd Street Apt. 11C
New York, NY 10023
— Velma Jean Richards 6/23/11

- Number of process to be served with this Form - 285
- Number of parties to be served in this case
- Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Phone # 713-232-7500

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
Velma Jean Richards
TELEPHONE NUMBER: 845-337-9___
DATE: 6-23-11

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process: 1 | District of Origin No. 34 | District to Serve No. 79/80 | Signature of Authorized USMS Deputy or Clerk: Pat Lopez / Vita Jones | Date: 8/12/2011, 6/27/11 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):
TRANSOCEAN INC.
4 GREENWAY PLAZA, SUITE 700
HOUSTON, TX 77046

Date of Service: 7/11/11, 8/15/11  Time: 1:15 / 3:30 pm

Fee ___
Process ___
X Dktd ___
ClRmDep ___

Signature of U.S. Marshal or Deputy: Pat Lopez 7/4/212

| Service Fee: 8.00 / 53.00 | Total Mileage Charges (including endeavors): 0.50 | Forwarding Fee: $8 | Total Charges: 71.50 | Advance Deposits: -0- | Amount owed to U.S. Marshal or Amount of Refund |

REMARKS:
7/8/11 - Service via certified mail 7008 0150 0003 3156 5730
7/11/11 - Served via certified mail; signed for by Todd Cobena.
8/15/11 - Served in person at 800 Brazos, Suite 400 Austin, TX 78701 (Toni) Ozen (see atch)
8/15/11 - also personal service @ Capital Corporate Services, Baton Rouge, LA. (see atch)

PRIOR EDITIONS MAY BE USED    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)

JDLS 11-1096-J

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

RECEIVED
UNITED STATES MARSHAL
11 JUN 30 PM 2:24
SOUTHERN DIST. S/TX

| | | |
|---|---|---|
| VELMA JEAN RICHARDS | ) | MDL 10-2179 |
| Plaintiff | ) | |
| v. | ) Civil Action No. | 11-1096, J (1) |
| BRITISH PETROLEUM, ET AL | ) | |
| Defendant | ) | |

Summons in a Civil Action

To: *(Defendant's name and address)*
Transocean

RECEIVED
UNITED STATES MARSHAL
2011 JUN 27 PM 1:
EASTERN DISTRICT OF
LOUISIANA

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
Velma Jean Richards
305 West 72nd Street
New York, NY 10023

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

*Stephanie Kall*
Deputy clerk's signature

Date: __May 16 2011__

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. E/LA 11-1096,J(1); MDL 10-2179

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Transocean**
was received by me on *(date)* **8/15/11**.

☑ I personally served the summons on the individual at *(place)* **800 Brazos, Suite 400 Austin, TX 78701** on *(date)* **8/15/11**; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **8/15/11**

**Brandon J. Fill #4212**
Server's signature

**Brandon Fill, Deputy U.S. Marshal**
Printed name and title

**200 W. 8th Street, Austin, TX 78701**
Server's address

Additional information regarding attempted service, etc:
Summons was served at the listed above location (Toni Ozen).

AO 440 (Rev. 04/08) Civil Summons       Return

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

RECEIVED
UNITED STATES MARSHAL
11 SEP -1 PM 3: 57
SOUTHERN DIST. S/TX

RECEIVED
UNITED STATES MARSHAL
11 JUN 30 PM 2: 24
SOUTHERN DIST. S/TX

| | | |
|---|---|---|
| VELMA JEAN RICHARDS | ) | MDL 10-2179 |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 11-1096, J (1) |
| BRITISH PETROLEUM, ET AL | ) | |
| Defendant | ) | |

### Summons in a Civil Action

To: *(Defendant's name and address)*
Transocean

RECEIVED
EASTERN DISTRICT OF LOUISIANA
2011 JUN 27 PM 1:
UNITED STATES MARSHAL

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
Velma Jean Richards
305 West 72nd Street
New York, NY 10023

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: __May 16 2011__

Loretta G. Whyte
Name of clerk of court

*Stephanie Kall*
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. E/LA  11-1096,J(1); MDL 10-2179

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Capitol Corporate Services, 8550 United Plaza B.R. La. Suite 305

was received by me on *(date)* 8/15/11 .

☒ I personally served the summons on the individual at *(place)* 8550 United Plaza Suite 305

on *(date)* 8/15/11 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Shawna Smith, who is designated by law to accept service of process on behalf of *(name of organization)* Capitol Corporate Services

on *(date)* 8/15/11 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 5.00 for travel and $ 55.00 for services, for a total of $ 60.00 ~~0.00~~ .

I declare under penalty of perjury that this information is true.

Date: 8/15/11

_____
Server's signature

Mitch Underwood  DUSM
Printed name and title

777 Florida St. B.R. La.
Server's address

Additional information regarding attempted service, etc: