

September 8, 2011

Re:  MDL No. 2179
     In Re:  Oil Spill by the Oil Rig "Deepwater Horizon"
     In the Gulf of Mexico on April 20, 2010

Honorable Sally Shushan
Magistrate Judge
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room B-345
New Orleans, Louisiana 70130

Dear Judge Shushan:

    Cameron respectfully requests additional time for the upcoming (one day) Deposition of Bryan Domangue, a witness produced by the United States.  As noted in Mr. Langan's letter to you of September 7, 2011, Mr. Domangue is the United States' designee for the 30(b)(6) topic relating to the evaluation and analysis of the *Deepwater Horizon* blowout preventer and the attempts to actuate the blowout preventer on or after April 20, 2010.  Accordingly, his testimony will cover significant and important issues that directly relate to allegations involving Cameron.  Given the subject matter of his deposition, and that BP has sued Cameron as to the product which is the focus of Mr. Domangue's testimony, *see BP Third Party Complaint Against Cameron International Corp. (Doc. No. 2065) and BP Cross-Claim Against Cameron International Corp. (Doc. No. 2064)*, Cameron believes it should be allotted as much time as BP to examine this witness, but no less than 120 minutes.

    Thank you for your consideration.

Sincerely yours,

David J. Beck

David J. Beck
dbeck@brsfirm.com

One Houston Center
1221 McKinney Street, Suite 4500 ~ Houston, Texas 77010
Telephone 713.951.3700 ~ Facsimile 713.951.3720
www.brsfirm.com

383.00206/486261.v1