**Lamb, Jeffrey K.**

| | |
|---|---|
| **From:** | Lili Petersen [e.petersen@kanner-law.com] |
| **Sent:** | Thursday, September 08, 2011 8:48 AM |
| **To:** | Bloomer, Andrew B. |
| **Cc:** | Langan, Andrew; Allan Kanner; Larsen, Beth; dkhaycraft@liskow.com; Robert E. Holden; Duffy, Timothy A.; Lamb, Jeffrey K. |
| **Subject:** | RE: Louisiana Compliance with Discovery Order |

Andrew,

We are doing everything we can to identify and produce Phase 1 docs as soon as possible but unfortunately at this time we cannot give you a date certain by which the collection, review and production will be completed. We can commit to a rolling production beginning next week and to providing updates on volumes of terabytes pulled, reviewed and produced on a weekly basis. Additionally, if BP wants prioritize by agency, terms, custodians or focused date ranges, we will run those priorities first.

As I mentioned when we talked, we are also willing to enter into a stipulation that the State will not offer anything at the February Limitations Trial which has produced by the deadline of 9/23.

We appreciate your consideration. Please let me know if you want to discuss.

Lili Petersen
Kanner & Whiteley
(504) 524 - 5777

**From:** Andrew Bloomer [mailto:abloomer@kirkland.com]
**Sent:** Wednesday, September 07, 2011 8:11 PM
**To:** Lili Petersen
**Cc:** Andrew Langan; Allan Kanner; Beth Larsen; Don K. Haycraft; Robert E. Holden; Tim Duffy; jeffrey.lamb@kirkland.com
**Subject:** RE: Louisiana Compliance with Discovery Order

Lili:

    Thank you for your letter. We will review and get back to you with a response. In that regard, there is one issue on which we seek clarification. Your letter indicates that the State can begin the production of documents from two of the agencies on BP's list (DEQ and DNR) by September 16, if not sooner. Under the State's proposal, by what date do you believe the State's production of Phase 1 documents from all agencies will be completed? Please advise.

    Thanks.

Andrew

Andrew B. Bloomer, PC | Kirkland & Ellis LLP
300 North LaSalle Street | 38th Floor | Chicago IL 60654
Direct: 312.862.2482 | Fax: 312.862.2200
Email: andrew.bloomer@kirkland.com

**Lili Petersen <e.petersen@kanner-law.com>**

09/07/2011 05:09 PM

To 'Andrew Bloomer' <abloomer@kirkland.com>

cc Andrew Langan <alangan@kirkland.com>, Allan Kanner <a.kanner@kanner-law.com>, "Don K. Haycraft" <dkhaycraft@liskow.com>, "Robert E. Holden" <reholden@liskow.com>, Tim Duffy <tduffy@kirkland.com>, Beth Larsen <beth.larsen@kirkland.com>

Subject RE: Louisiana Compliance with Discovery Order

Andrew,

Please see the attached regarding the State's efforts to comply with the Magistrate's discovery order.  Please let me know if you would like to discuss.
Lili Petersen
Kanner & Whiteley
(504) 524 - 5777


 [attachment "2011-09-07 Ltr to A. Bloomer re Compliance with Discovery Order.pdf" deleted by Andrew Bloomer/Chicago/Kirkland-Ellis]

```
************************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
************************************************************
```