UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig            MDL NO. 2179
    "Deepwater Horizon" in the Gulf
    of Mexico, on April 20, 2010            SECTION J

Applies to: *All Cases*            JUDGE BARBIER
                                          MAGISTRATE JUDGE SHUSHAN

## ORDER

**[Regarding Revised Allocation for Yancey Keplinger and Doug Martin and Allocations for the Weeks of September 19 and 26, 2011]**

A.    Yancey Keplinger.

Keplinger's deposition is set for one day on Monday, September 12, 2011. BP reports that he was the senior Dynamic Positioning Officer ("DPO") on the Deepwater Horizon and was on the bridge during the incident. It requests 90 minutes for the deposition. The default allocation for the remaining Phase One fact one day depositions was set in the June 28, 2011 order (Rec. doc. 3079). BP had 48 minutes in that allocation.[1]

|  | Standard Allocation | Reductions/ Additions | Revised Allocation |
|---|---|---|---|
| PSC | 145 minutes | minus 7 | 138 minutes |
| U.S. | 55 minutes | minus 10 | 45 minutes |
| States | 45 minutes | minus 25 | 20 minutes |
| Halliburton | 37 minutes | no change | 37 minutes |
| Transocean | 37 minutes | no change | 37 minutes |
| BP | 48 minutes | plus 42 | 90 minutes |

---

[1] In the August 3, 2011 order BP was given 3.5 hours for witnesses designated from Transocean's investigation team (Rec. doc 3545).

|  | | | |
|---|---|---|---|
| Cameron | 37 minutes | no change | 37 minutes |
| Anadarko | 22 minutes | no change | 22 minutes |
| MOEX | 8 minutes | no change | 8 minutes |
| Weatherford | 8 minutes | no change | 8 minutes |
| M-I Swaco | 8 minutes | no change | 8 minutes |
| Drill Quip | <u>0 minutes</u> | no change | <u>0 minutes</u> |
| **Total** | **450 minutes** | | **450 minutes** |

B.   <u>Doug Martin (SMIT Salvage) 30(b)(6)</u>.

The Rule 30(b)(6) deposition of SMIT Salvage is set for one day on Wednesday, September 14, 2011. Transocean requests 180 minutes. The Emergency Responder defendants ("ERDs") were ceded 60 minutes (45 minutes from the States and 15 minutes from the U.S.). The Emergency Responder defendants offer to cede 15 of the 60 minutes to Transocean.

|  | Standard Allocation | Reductions/ Additions | Revised Allocation |
|---|---|---|---|
| PSC | 145 minutes | minus 30 | 115 minutes |
| U.S. | 55 minutes | minus 20 | 35 minutes |
| States | 45 minutes | minus 45 | 0 minutes |
| Halliburton | 37 minutes | minus 27 | 10 minutes |
| Transocean | 37 minutes | plus 143 | 180 minutes |
| BP | 48 minutes | minus 8 | 40 minutes |
| Cameron | 37 minutes | minus 12 | 25 minutes |
| Anadarko | 22 minutes | minus 12 | 10 minutes |
| MOEX | 8 minutes | minus 8 | 0 minutes |

| | | | |
|---|---|---|---|
| Weatherford | 8 minutes | minus 8 | 0 minutes |
| M-I Swaco | 8 minutes | minus 8 | 0 minutes |
| Drill Quip | 0 minutes | no change | 0 minutes |
| ERDs | <u>0 minutes</u> | plus 45 | <u>45 minutes</u> |
| **Total** | **450 minutes** | plus 10 | **460 minutes** |

C. <u>Requests for Additional Examination Time for Weeks of September 19 and 26, 2011.</u>

The Court is in receipt of BP's requests for additional examination time for some of the persons set during the weeks of September 19 and 26. The deadline for requests for additional time for depositions in the weeks of September 19 and 26 is **Monday, September 12, 2011.** This is also the deadline for a party to notify the Court that its time for the depositions set for September 19 and 26, 2011 cannot be reduced.

**Any appeal of this order must be filed no later than 4:00 p.m. on Friday, September 9, 2011.**

New Orleans, Louisiana, this 9th day of September, 2011.

                                             **SALLY SHUSHAN**
                                             **United States Magistrate Judge**