UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig          MDL NO. 2179
      "Deepwater Horizon" in the Gulf
      of Mexico, on April 20, 2010          SECTION J

Applies to: *All Cases*          JUDGE BARBIER
         MAGISTRATE JUDGE SHUSHAN

## ORDER

[Regarding Louisiana's Motion for Reconsideration (Rec. doc. 3956)]

On September 1, 2011, the motion of BP to compel discovery from the State of Louisiana was granted in part. It was ordered that:

1. By **Friday, September 23, 2011,** Louisiana shall complete its search of the State agencies identified by BP with the search terms, date ranges and custodians identified by BP and produce all non-privileged documents. The date ranges shall be modified so that they terminate at September 19, 2010.

2. By **Friday, September 16, 2011,** Louisiana and BP shall meet and confer on a proposed search protocol for hard copy and ESI from the Office of the Louisiana Attorney General. They shall report to the Court on the status of this protocol by **Wednesday, September 21, 2011.**

Rec. doc. 3882 at 6.

Louisiana requests reconsideration of the deadline in part one. It reports that, while it is doing everything it can to produce Phase One documents, it cannot provide a date certain by which the collection, review and production will be completed. It offers to stipulate that it will not offer anything into evidence in Phase One which is not produced by September 23, 2011. It requests that it be permitted to conduct a rolling production. BP submitted an opposition (Rec. doc. 3962).

Louisiana has known of the need to produce Phase One documents for months. Phase One ends with the sinking of the Deepwater Horizon two days after the blowout. Louisiana's Phase One document production should be much more limited than its Phase Two document production.

The parties shall proceed as follows:

1. By **Friday, September 16, 2011,** Louisiana and BP shall meet and confer on a proposed search protocol for hard copy and ESI from the Office of the Louisiana Attorney General. If they cannot agree on a protocol by **Wednesday, September 21, 2011,** then on that date they shall submit separate protocols as proposed orders. The Court shall enter the one which most meets the needs of the MDL.

2. By **Friday, October 7, 2011,** Louisiana shall complete its search of the "First Priority Tier" State agencies[1] (other than the Office of the Attorney General) with the search terms, date ranges (terminating on September 19, 2010) and custodians identified by BP and produce all non-privileged documents.

3. By **Friday, October 28, 2011,** Louisiana shall complete its search of the "Second Priority Tier" State agencies (other than the Office of the Attorney General) identified by BP with the search terms, date ranges (terminating on September 19, 2010) and custodians identified by BP and produce all non-privileged documents.

4. Louisiana shall not offer anything into evidence at the trial of Phase One which was not produced by **September 23, 2011.**

   **Any appeal of this order shall be filed by September 14, 2011 at 5:00 p.m.**

   New Orleans, Louisiana, this 9th day of September, 2011.

                                             _____
                                             **SALLY SHUSHAN**
                                             **United States Magistrate Judge**

---

[1] See Elizabeth B. Petersen's letter of September 7, 2011 for the lists of First and Second Priority Tier State agencies. Rec. doc. 3962 (Exhibit A).