UNTIED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

*************************************************************************

## NOTICE OF CHANGE OF ADDRESS

*************************************************************************

Please allow this Notice of Change of Address to advise the Court that, **Kenneth H. Hooks, III, H. Price Mounger, III, and Eric M. Barrilleaux,** has a change of address which should be entered into the record effective immediately. The new address is as follows:

> Kenneth H. Hooks, III
> H. Price Mounger, III
> Eric M. Barrilleaux
> Dodson, Hooks & Frederick APLC
> 112 Founders Drive
> Baton Rouge, Louisiana 70810
> Telephone: (225) 756-0222
> Facsimile: (225) 756-0025

Respectfully Submitted:

*/s/ Kenneth H. Hooks*
Kenneth H. Hooks, III, Bar Roll No.: 25097
H. Price Mounger, III, Bar Roll No.: 19077
Eric M. Barrilleaux, Bar Roll No. 29749
DODSON, HOOKS & FREDERICK, APLC
112 Founders Drive
Baton Rouge, LA 70810
Telephone: (225) 756-0222
Facsimile: (225) 756-0025

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th of September, 2011, a copy of the foregoing Notice of Change of Address was filed electronically using the CM/ECF system. Notice of this filing will be sent to counsel of record through Lexis Nexis.

_____
H. Price Mounger