## CONFERENCE ATTENDANCE RECORD

**DATE:** 9/8/11                          **TIME:** 9:30

**CASE NAME: IN RE: DEEPWATER HORIZON, ET AL.**

**DOCKET NUMBER & SECTION: MDL 2179**

**DISCOVERY STATUS      CONFERENCE**

## ☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Danny Goforth | TO |
| Donald Godwin | Halliburton |
| Alan York | " |
| Jenny Martinez | " |
| Stefanie Major | " |
| J. B. Tarter | M - I |
| Tony Fitch | Anadarko |
| Deb Kuchler | " |
| Steve Herman | Plaintiffs |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Brian Barr | PSC |
| MIKE UNDERHILL | US. |
| Jim Roy | PSC |
| ROB GASAWAY | BP |
| Carmelite Bertant | Cameron |
| Phil Wittman | Cameron |
| Joss Reisert | BP |
| ANDY LANGAN | BP |
| ROB GASAWAY | BP |
| RYAN BABIUCH | BP |
| Don Haycraft | BP |
| Doug Kraus | Louisiana |
| BILL STRADLEY | MDL2185 2nd. Ind. Injston |
| Rachel Clingman | Transocean |
| Kerry Miller | " |
| Danny Goforth | " |
| Carter Williams | " |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
| --- | --- |
| Phil Nizialek | MoEX |
| Anthony Irpino | PSC |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |