AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| JAMES LITTLES | ) |
| *Plaintiff* | ) ) ) |
| v. | ) Civil Action No. 11CV942 "J" (1) |
| BP EXPLORATION & PRODUCTION, INC., ET AL | ) ) (consolidated with 10md2179) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

BP Exploration & Production, Inc.
Through CT Corporation System
5615 Corporate Blvd., Ste. 400
Baton Rouge, LA 70808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Deidre K. Peterson
Peterson Law Firm, LLC
650 Poydras Street, Ste. 1400
New Orleans, LA 70130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*Loretta G. Whyte*
Name of clerk of court

Date: __Aug 09 2011__

*B. Gregory*
Deputy clerk's signature

Fee
Process
X Dkt'd
CtRmDep
Doc. No.

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 11CV942 "J" (1)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __B.P. Exploration & Production, Inc.__
was received by me on *(date)* __August 9, 2011__ . __et-al.__

☑ I personally served the summons on the individual at *(place)* __5615 Corporate Blvd, Ste 400__
__Baton Rouge, LA 70808__ on *(date)* __August 16, 2011__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: __8/16/2011__

_____
Server's signature

__Deidre K. Peterson__
Printed name and title

__650 Poydras Street, Suite 1400__
Server's address
__New Orleans, LA 70130__

Additional information regarding attempted service, etc: