UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : : : : : : : : | MDL NO. 2179 |
| | | SECTION: J |
| THIS DOCUMENT RELATES TO: ALL CASES | | JUDGE BARBIER MAG. JUDGE SHUSHAN |

. . . . . . . . . . . . . . . . . . . . . . . . . . .       . . . . . . . . . . . . . . . . . . . . . . . . .

## PROPOSED AGREED ORDER

With the agreement of the Plaintiffs' Liaison Counsel, the Defendants' Liaison Counsel, and the Federal and State Coordinating Counsel, and in response to the August 26, 2011 Order and Reasons As to Motions to Dismiss the B1 Master Complaint (Rec. Doc. 3830), this Order sets the following pleading deadlines:

**IT IS ORDERED** that any required master answers to the remaining claims in the B1 Amended Master Complaint shall be filed on or before September 26, 2011.  Any required master answers to the B3 Amended Master Complaint shall be filed within 30 days of the Court entering its ruling on the motions to dismiss the B3 Amended Master Complaint.

**IT IS FURTHER ORDERED** that response briefs to any motion to dismiss a cross-claim either in the Limitation Action (2:10-cv-2771) or in the *United States v. BP Exploration & Production Inc., et al.* action (2:10-cv-04536-CJB-SS) shall be filed on or before October 11, 2011.  Reply briefs from the parties bringing the cross-claims shall be filed on or before November 1, 2011.

New Orleans, Louisiana, this 9th day of September, 2011

**CARL J. BARBIER**
**United States District Judge**