Summary

| | # | Current volume (L) | Total volume per type (L) | 20% of Volume (L) as of Jan. 1, 2011 | Science Volume Shipped since Jan. 1, 2011 | Volume Obligated but not shipped | Total Remaining Volume to Give Away | Approximate Volume of Aqueous Material (L) | Adjusted Total Volume (L) | Source Sample IDs |
|---|---|---|---|---|---|---|---|---|---|---|
| **CXT9500** | | | | | | | | | | |
| 5 ml ampules | 316 | 1.58 | | | | | | | | |
| 1 gal Gl | 1 | 3.785 | | | | | | | | |
| 1 L amber | 50 | 50 | | | | | | | | |
| 1 L Gl | 19 | 19 | | | | | | | | |
| 30 gal drum | 2 | 227.12 | | | | | | | | |
| 330 gal HDPE tote | 2 | 2309.1 | | | | | | | | |
| 40 ml gl | 18 | 0.72 | | | | | | | | |
| 40 ml VOA | 58 | 2.32 | | | | | | | | |
| 5 gal pail | 1 | 18.93 | | | | | | | | |
| 5 gallon SS | 7 | 132.48 | | | | | | | | |
| 500 ml Amber | 31 | 15.5 | | | | | | | | |
| 55 gal drum | 3 | 624.58 | 3405.115 | 681.02 | 0 | | | | | |
| **CXT9527** | | | | | | | | | | |
| 1 L Gl | 23 | 23 | | | | | | | | |
| 30 gal drum | 3 | 340.68 | | | | | | | | |
| 330 gal HDPE tote | 2 | 1154.55 | | | | | | | | |
| 40 ml gl | 54 | 2.16 | | | | | | | | |
| 5 ml ampoule | 156 | 0.78 | | | | | | | | |
| 500 ml gl | 22 | 11 | | | | | | | | |
| 55 gal drum | 3 | 624.58 | 2156.75 | 431.35 | 0 | | | | | |
| **HP1** | | | | | | | | | | |
| 1 L Amber | 7 | 7 | | | | | | | | |
| 550 gal ss Tote | 4 | 8326.79 | | | | | | | 0 | 8326.79 | SO-20100818-HP1-55081-002; SO-20100818-HP1-55083-003; SO-20100818-HP1-55095-004; SO-20100818-HP1-55072-001 |
| 4 oz amber | | 0.118 | 8333.908 | 1666.78 | 7.2 | 5 | 1655 | | | |
| **MASS** | | | | | | | | | | |
| 550 gal ss tote | 2 | 4163.6 | | | | | | | | SO-20100815-Mass-01; SO-20100815-Mass-02 |
| 350 gal ss tote | 1 | 1324.75 | | | | | | 345 | 979.75 | SO-2010-0815-MASS-003 |
| 55 gal Drum | 2 | 417.6 | 5905.95 | 1181.19 | 15.992 | | | 108 | 309.6 | 20100726-NRDA-001; 20100726-NRDA-002 |
| **OFS** | | | | | | | | | | |
| 126 gallon SS tote | 1 | 448.4 | | 89.68 | | | | 129 | 448 | Juniper tote at KSA doesn not include TDI Brooks |
| 1gal Al can | 1 | 1.94 | | | | | | | | |
| 40 mL Vial | 1 | 0.04 | | | | | | | | |
| 5 ml ampule | 249 | 1.25 | | | | | | | | |
| 55 gal Drum | 1 | 187.82 | | 37.54 | | | | | | |
| 4 oz glass wm | 1 | 0.118 | | | | | | | | |
| IL Al can | 2 | 1.5 | 641.068 | 138.13 | 0.805 | 0 | 137.32 | | | milroy |
| **Q4000 6/19/2011** | | | | | | | | | | |
| 1 L Al | 2 | 1.24 | | | | | | | | |
| 1 gal | 2 | 7.503 | | | | | | | | |
| 5 ml ampule | 556 | 2.78 | 19.9 | 3.98 | 8.635 | 0 | 0 | | | |
| **Q4000 8/14/2011** | | | | | | | | | | |
| 1 L glass | 21 | 20.96 | | | | | | | | |
| 350 gal ss tote | 4 | 5299.56 | | | | | | | 0 | 5299.56 | SO-20100814-Q4000-3006524; SO-20100814-Q4000-3006521; SO-20100814-Q400-3006526;SO-20100814-Q4000-3006527 |
| 500 cc cyl | 6 | 2.75 | 5323.27 | 1064.65 | 15.05 | 3.225 | 1046.38 | | | |
| **SOA** | | | | | | | | | | |
| 1L Al can | 55 | 40.19 | | | | | | | | |
| 40 mL Vial | 5 | 0.185 | 40.375 | 8.08 | 1 | | | | | Rumbold |
| **SOB** | | | | | | | | | | |
| 1gal Al can | 5 | 18.53 | | | | | | | | |
| 1L aluminum | 354 | 351.76 | | | | | | | | |
| 1L WM | 4 | 4 | | | | | | | | |
| 40 mL Vial | 10 | 0.3 | | | | | | | | |
| 4L amber | 2 | 8 | | | | | | | | |
| 5 ml ampule | 640 | 3.2 | | | | | | | | |
| 55 gal Drum | 6 | 1249.19 | 1634.98 | 327.00 | 57 | 1 | 326.00 | | | |

**SODM**
1L Gl             12            12            12            2.40          0             0

**TKDM**
1 L Jar WM        30            29.7          29.7          5.94          0             0

### NRDA Samples (Stored at TDI Brooks) updated 5/4/2011

| Source | Container | # | Total Volume (liters) |
|---|---|---|---|
| Massachusetts barg | 55 gal steel barrels | 6 | **1200** |
| USCG Juniper | 126 gal SS tote | 1 | **470** |
| Barge CTC02404 | 55 gal HDPE barrels | 1 | **400** |
| Discoverer Enterpris | 2.5 L glass bottles | ~50 | **85** |
| Barge MRSC570 (w | 5 gal buckets | 2 | **30** |
| Barge MRSC570 (w | 5 gal bucket | 1 | **19** |
| Discoverer Enterpris | Volume (L) | Unknown | **12** |
| Q4000 (tanks/separa | 1 L glass bottle | 12 | **12** |
| Helix Producer 1 (se | 1 L glass bottle | 12 | **12** |
| Massachusetts barg | 1 L glass bottle | 2 | **2** |
| Q4000 Topsides Ris | 1 L glass bottle | 1 | **1** |

### Test America - Mobile Inventory (updated 6/9/2011)

| Sample Canidate | Volume (liters) |
|---|---|
| SO-20110212-HMPA3-001 | 8.5 |
| SO-20110212-HMPA2-002 | 11 |
| SO-20110212-HMPA4-003 | 15 |
| SO-20110212-HMPA4-004 | 11 |
| SO-20110212-HMPSL-005 | 12 |
| SO-20110212-HMPA9-008 | 9 |
| SO-20110212-HMPA10-009 | 9 |
| SO-20110212-HMPA5-010 | 10 |
| SO-20110211-MPDF-001 | 7 |
| SO-20110211-MPKF-002 | 15 |

| Reference Material | container | # | Total Volume (liters) |
|---|---|---|---|
| Mississippi Supratidal | 5 gallon ss drum | 5 | 94.5 |
| Mississippi SRB | 5 gallon ss drum | 6 | 113.4 |
| Alabama Supratidal | 5 gallon ss drum | 10 | 189 |
| Alabama Subtidal | 5 gallon ss drum | 1 | 18.9 |
| Alabama SRB | 5 gallon ss drum | 10 | 189 |
| Florida Supratidal | 5 gallon ss drum | 1 | 18.9 |
| Florida Subtidal | 5 gallon ss drum | 5 | 94.5 |
| Lousiana Oiled Marsh Material | 5 gallon ss drum | 4 | 75.6 |
| Louisiana Mousse | 5 gallon ss drum | 1 | 18.9 |
| Louisiana Supratidal | 5 gallon ss drum | 5 | 94.5 |
| Louisiana SRB | 5 gallon ss drum | 14 | |
| Louisiana SRB | 1 L glass | 3 | 267.6 |