

# MC252 Sample Request Form.

Thank you for your interest in obtaining a sample from the MC252 Incident. This form has been designed to organize all requests so that they can be processed in a timely manner. Once your request has been submitted you will receive an automated email letting you know that the request was received. Next, your request will be reviewed by the Account Manager (AM). The AM will verify your request and gather further information from you.
Note: Your personal information is collected and stored to facilitate the processing of the sample request and will be retained indefinitely.

MC252 Sample Request Approval Team

## Sample Request Details

First Name *                                          Last Name *

Email *

Request Type *        Select

Requesting Party *    Select

Requesting Department

## Contact Details

◉ US  ○ Non-US

Address 1 *                                           City *
Address 2                                             State *
Phone *                      Ext                      ZipCode *

## Shipping Details

☐ Same as above    ◉ US  ○ Non-US

Address 1 *                                           City *
Address 2                                             State *
Phone *                      Ext                      ZipCode *

## Sample Requisition Details

Requested Material *    Select           Click for Sample Information

Requested Quantity *                     Units *  Select

Brief
Experiment/Litigation
Narrative

[ Add more Samples to Request ]

Requestor
Notes



[Type the code from the image]

[ SUBMIT ]

For information regarding BP's privacy rules please visit BP Data Privacy Rules

Sample Type Descriptions

### Reference Code "SOA"
Source Oil A (SOA) was collected aboard the Enterprise Discoverer on May 20, 2010. Oil was collected by the Enterprise directly from the MC252 well via the riser insertion tube. Samples were taken downstream of the separators (oil, gas, water). Samples were initially collected in 1 L glass amber narrow neck bottles (no preservatives). Samples were transported at ambient temperature from the Enterprise to the Sample Receiving Office (SRO) at the BP Houma Incident Command Post, Schriever, LA, where they were placed in refrigerated storage (~7 deg C). Samples were transferred to 1 L aluminum containers for shipping purposes on 7/4/2010 and maintained in refrigerated storage.
It has been reported that the following materials were used the day of the sampling event and may be present in the oil:

- Nalco EC9323A defoamer (injected topsides at 4 gallons/day)
- Nalco EC1530A corrosion inhibitor (injected topsides at 3 gallons/day)*
- Nalco EC2021A demulsifier (injected topsides at 6 gallons/day)*
- Nalco VX9831 oxygen scavenger/catalysts solution (injected subsea at 90 gallons/day)
- Analyses of a representative sample of SOA via ASTM Method D7059 indicated the presence of methanol at 2,170 ppm.

*Operations noted that these materials were shut off prior to sampling and the injection rate was 0 gallons/day for several hours prior to sampling.

### Reference Code "SOB"
Source Oil B (SOB) was collected aboard the Enterprise Discoverer on May 22 and May 23, 2010. Oil was collected by the Enterprise directly from the MC252 well via the riser insertion tube. Samples were taken downstream of the separators (oil, gas, water). Samples were initially collected in 4 L glass amber narrow neck bottles (no preservatives) and stainless steel 55 gallon drums. Samples were transported at ambient temperature from the Enterprise to the Sample Receiving Office (SRO) at the BP Houma Incident Command Post, Schriever, LA, where they were placed in refrigerated storage (~7 deg C). Samples in glass were decanted of water and transferred to 1 L aluminum containers for shipping purposes in July and maintained in refrigerated storage at the BP PMF in Houma.
It was reported that the following materials were used the day of the sampling event and may be present in the oil:

- Nalco EC9323A defoamer (injected topsides at 5.5 gallons/day)
- Nalco VX9831 oxygen scavenger/catalysts solution (injected subsea at 108 gallons/day)
- Methanol

There is a variable amount of water (seawater or produced water) in the oil samples. The water may create the potential for H2S production when the samples are not refrigerated, therefore proper precautions to monitor the headspace should be included in a Health and Safety Plan.

### Reference Code "MASS"
The Massachusetts barge was sampled for MC252 oil twice. The barge received oil from the Enterprise Producer which was collecting oil directly from the subsea containment system positioned directly over the well.
July 26 Sampling Event: Crude was collected from the Massachusetts on July 26, 2010. Oil was

transferred from the tanks of the Massachusetts into a certified clean vac truck. Between the time the oil was offloaded from the Massachusetts and when the drums were ready to be filled, the oil and water had separated into two layers. The water layer at the bottom of the vac truck was gravity fed into drums prior to transferring oil. Two drums of the oil were collected and shipped to the BP Houma Incident Command Post, Schriever, LA, where they were placed in and maintained in refrigerated storage (~7 deg C) at the BP PMF in Schriever. The drums were later transported under refrigeration to the long term storage facility in where they are being stored under refrigerated conditions.

August 15 Sampling Event: Crude was collected from the Massachusetts docked in Theodore, AL, on August 15, 2010. Oil was transferred from the tanks of the Massachusetts into a certified clean vac truck. Collected samples were transferred to a flatbed truck and shipped at ambient temperature to the long term storage facility where they were placed in refrigerated storage (~7 deg C).

### Reference Code "HP1"

Pressurized and bulk oil samples were collected from the Helix Producer (HP1) on August 14th and 18th, 2010 (respectively). Both sampling events collected oil from the Allocation Separator B (Train B separator located on the port side of the vessel). Train B was clean prior to receiving source oil from the well, however, 323 gal defoamer and 1,000 gal methanol were reported to added to Train B between July 13 and July 30; it was unknown how much of that material remained in the system at the time of sampling.

August 14 Sampling Event: Samples were collected under pressure from the Allocation Separator B processing equipment.

August 18 Sampling Event: Oil was collected from Allocation Separator B. Prior to sampling, methanol and water were bled out of the Train B tank. Samples were transferred to a flatbed truck and shipped at ambient temperature to the long term storage facility in Ft. Collins, CO where they were placed in refrigerated storage (~7 deg C).

### Reference Code "OFS"

Oil from the Surface (OFS) oil samples have been classified as non-hazardous for shipping purposes, the OFS samples display significant variability with reference to water content and the extent of weathering. OFS was collected via skimming operations from the surface.