**SAMPLE AGREEMENT AND RELEASE**

This Release is for the Samples identified in Appendix A hereto that You have requested and BP has agreed to provide to You.

By signing this release, and by taking receipt of the Samples from BP, You acknowledge and agree:

(1) Not to transfer the Samples to the custody or control of any other person except as necessary to complete testing, for proper storage, or for proper disposal.

(2) To accept full title to the Samples and to release BP and its officers, directors, shareholders, employees, contractors, agents, assigns, licensees, successors and affiliates (each individually and together "BP") from any and all claims of any kind that may arise regarding the Samples, including, but not limited to, those arising from the transportation, receipt, handling, testing, analysis, storage, and/or disposal of the Samples.

(3) That the Samples are a potentially hazardous substance subject to various regulations, and You hereby agree to comply with all relevant legal requirements regarding the Samples including, without limitation, requirements for its transportation, handling, testing, analysis, storage and disposal.

(4) That receipt of the Samples from BP will render unnecessary and out of order all future demands for these same Samples in any and all judicial or extrajudicial proceedings, whether such demand is made through formal discovery under Rule 26 of the Federal Rules of Civil Procedure, under any similar discovery regulation, rule, or law of any state or other governmental entity, or under the discovery rules or provisions of any judicial or extrajudicial proceeding, whether arbitration, mediation, or any other proceeding.

(5) That You will not seek to return to BP all, or any portion of, the Sample material that You receive in connection with Your request and/or this letter; that You will be solely responsible for the proper disposal of these Samples; and that such disposal will be consistent with all relevant legal requirements and prohibitions related to the disposal of the Samples.

(6) You agree that, upon receipt of the Samples, You waive, release, and discharge BP from any and all liability for the death, disability, personal or emotional injury, property damage, or environmental damage, or any harm or claim whatsoever, whether caused by You or by Your employees, contractors, or agents, or otherwise, that accrues or may accrue to You, Your employees, contractors, or agents resulting, directly or indirectly, from the transportation, receipt, handling, testing, analysis, storage, and/or disposal of the Samples, or any material or substance that results from, or remains after, Your receipt, handling, testing, analysis, storage, and/or disposal of the Samples. This waiver is absolute, complete, total, and unlimited.

(7) You further agree that You will indemnify, hold harmless, and promise not to sue, BP for any and all liability for the death, disability, personal or emotional injury, property damage, or environmental damage, or any harm or claim whatsoever, that accrues or may accrue to You, Your employees, contractors, or agents resulting, directly or indirectly, from the transportation, receipt, handling, testing, analysis, storage, and/or disposal of the Samples, or any material or substance that results from, or remains after, Your receipt, handling, testing, analysis, storage, or disposal of the Samples.

Agreed to by: _____

Date _____

20110818_BP Release re Oil and Dispersant Samples.doc