UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION "J"<br><br>JUDGE BARBIER |
| APPLIES TO:  11-274 c/w 11-275 | MAGISTRATE SHUSHAN |

## ORDER

**CONSIDERING** MOEX Offshore 2007 LLC has moved this Honorable Court to permit it support to the BP Parties' Motion for Judgment on the Pleadings in the Insurance Actions (Doc. 3211), as well as the accompanying memorandum in support (Doc. 3211-1), advancing the BP Partiers' arguments;

**IT IS HEREBY ORDERED** that MOEX Offshore 2007 LLC's *Ex Parte* Motion to Support the BP Partiers' Motion for Judgment on the Pleadings in the Insurance Actions is hereby **GRANTED.**

]New Orleans, Louisiana this 9th day of September, 2011.

_____
United States District Judge

4845-6929-2298, v. 1