## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig | : | MDL No. 2179 |
| "Deepwater Horizon" | : | |
| in the Gulf of Mexico, | : | SECTION: J |
| on April 20, 2010 | : | |
| | : | |
| This Document Relates to: | : | JUDGE BARBIER |
| No. 2:10-cv-04536 | : | MAGISTRATE SHUSHAN |
| No. 2:10-cv-02771 | : | |
| | : | |

------------------------------------------------------------

## STATEMENT OF THE UNITED STATES OF AMERICA ON THE EFFECT OF THE COURT'S ORDER [Rec. Doc. 3830] ON PENDING MOTIONS TO DISMISS

This statement responds to the Court's Order of September 1, 2011 [Rec. Doc. 3891], inviting the parties to submit briefing regarding the effect, if any, of the Court's August 26, 2011 Order as to the Motions to Dismiss the B1 Master Complaint ("Order") [Rec. Doc. 3830] on other Motions to Dismiss pending in this MDL.  This statement concerns (1) Anadarko E&P Company LP's ("AE&P") pending Motion to Dismiss the United States' Complaint [Rec. Doc. 1861]; and (2) the United States' pending Motion to Dismiss the Third-Party Complaint [Rec. Doc. 1320] and Cross-Claim [Rec. Doc. 2068] filed against it by Petitioners Triton Asset Leasing GmbH, Transocean Holding LLC, Transocean Offshore Deepwater Drilling Inc., and Transocean Deepwater Inc.

### (1) AE&P's Motion to Dismiss the United States' Complaint

The Court's recent Order found, *inter alia*, that the B1 Plaintiffs had stated a colorable Oil Pollution Act ("OPA") claim against AE&P.  Order at 35.  This Order resolves one of the issues raised in AE&P's pending Motion to Dismiss the United States' Complaint ("U.S. Compl.") in *United States of America v. BP Exploration and Production, Inc., et al.*, No. 10-4536 [Rec. Doc. 1861].

The United States' Complaint contains two Claims for Relief, seeking: (1) civil penalties under Section 311(b) of the Clean Water Act, 33 U.S.C. § 1321(b); and (2) a declaratory judgment of liability under OPA, 33 U.S.C. § 2701 *et seq.*, and the Declaratory Judgment Act, 28 U.S.C. § 2201.  One Defendant in that case, AE&P, filed a Motion to Dismiss the United States' Complaint as to both Claims for Relief [Rec. Doc. 1861], while the other Defendants filed Answers.   The Court's recent Order resolves the issue presented in AE&P's pending Motion to Dismiss the United States' Complaint relating to a declaratory judgment of liability under OPA.[1]

As alleged in the Plaintiffs' B1 Complaint, see 1st Am. B1 Master Compl. at ¶¶ 234, 681 [Rec. Doc. 1128], the United States' Complaint alleges that AE&P is a "responsible party" for an "offshore facility" under OPA based on its status as a "lessee" with respect to the Macondo Prospect.  U.S. Compl. ¶ 80.  Specifically, the United States alleges that on April 20, 2010, and continuing until at least April 28, 2010, AE&P held a 22.5% interest in the lease for Mississippi Canyon 252 block where the Macondo Well was constructed.  U.S. Compl. ¶ 33.  Similarly, the B1 Plaintiffs allege that Anadarko E&P held a 22.5% ownership interest in the lease of the Macondo Prospect at all relevant times, including at the time of the blowout and discharge.  1st Am. B1 Master Compl. ¶ 681.

Defendant AE&P argued, in support of both its Motions to Dismiss the B1 Master Complaint and the United States' Complaint, that because the Minerals Management Service (MMS) approved on April 28, 2010 AE&P's assignment of its 22.5% leasehold interest to Anadarko Petroleum Company with an effective date of April 1, 2010, AE&P was not liable under OPA for the April 20, 2010 Macondo Well blowout and subsequent oil spill.  Mem. in Support of Mot. of Anadarko and MOEX Defendants to Dismiss B1 Am. Compl. [Rec. Doc.

---

[1] AE&P made other arguments in its Motion to Dismiss the United States' Complaint relating to liability under the Clean Water Act which are not affected by the Court's August 26, 2011 Order.

1414] at 15-17; Mem. in Support of Motion of AE&P to Dismiss U.S. Compl. [Rec. Doc. 1816] at 9-14.

In ruling on the B1 Motions to Dismiss, the Court concluded that the Plaintiffs stated a "colorable OPA claim against Anadarko E&P" based on Plaintiffs' allegation that "Anadarko E&P held a 22.5% ownership interest in the lease of the Macondo Prospect at all relevant times, including at the time of the blowout and oil spill." Order at 35. Accordingly, as the United States' makes substantially the same allegations in its Complaint, the Court should also deny Anadarko E&P's Motion to Dismiss the United States' Second Claim for Relief seeking a declaratory judgment of liability under OPA.

**(2) United States' Motion to Dismiss Transocean's Third-Party Complaint**

The United States filed a Motion to Dismiss on May 19, 2011. [Rec. Doc. 2410] The United States moved to dismiss the Third-Party Complaint [Rec. Doc. 1320] and Cross-Claim [Rec. Doc. 2068] filed against it by Petitioners Triton Asset Leasing GmbH, Transocean Holding LLC, Transocean Offshore Deepwater Drilling Inc., and Transocean Deepwater Inc. (collectively, Transocean"), including the Rule 14(c) tender to Plaintiffs. The United States brought the Motion pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure. The matter has been briefed, with Transocean having filed an Opposition [Rec. Doc. 2732] and the United States a Reply [Rec. Doc. 2134]. The Court's Order of August 26, 2011 does not impact the pending motion.

The Motion remains pending and ripe for decision. We respectfully request that the Motion be set for argument if the Court deems oral argument beneficial.

DATED:  September 12, 2011


Respectfully Submitted,


IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division

JAMES NICOLL
Senior Counsel
NANCY FLICKINGER
Senior Attorney
SARAH HIMMELHOCH
Senior Litigation Counsel
DEANNA CHANG
SCOTT CERNICH
A. NATHANIEL CHAKERES
JUDY HARVEY
MATT LEOPOLD
Trial Attorneys




/s/ Steven O'Rourke
STEVEN O'ROURKE
Senior Attorney
Environmental Enforcement Section
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
Telephone: 202-514-2779
Facsimile: 202-514-2583
E-mail: steve.o'rourke@usdoj.gov

JIM LETTEN
United States Attorney
SHARON SMITH
Assistant United States Attorney
Eastern District of Louisiana
Hale Boggs Federal Building
500 Poydras Street, Ste. B-210
New Orleans, LA 70130

Attorneys for the UNITED STATES OF AMERICA

TONY WEST
Assistant Attorney General
Civil Division

PETER F. FROST
Director, Torts Branch, Civil Division
   Admiralty and Aviation
STEPHEN G. FLYNN
Assistant Director
MICHELLE DELEMARRE
SHARON SHUTLER
JESSICA SULLIVAN
JESSICA MCCLELLAN
DAVID PFEFFER
MALINDA LAWRENCE
Trial Attorneys




/s/ R. Michael Underhill
R. MICHAEL UNDERHILL, T.A.
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
U.S. Department of Justice
7-5395 Federal Bldg, Box 36028
450 Golden Gate Avenue
San Francisco, CA 94102-3463
Telephone: 415-436-6648
Facsimile: 415-436-6632
E-mail: mike.underhill@usdoj.gov

4

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing have been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 12th day of September 2011.

/s/ Steven O'Rourke
Steven O'Rourke