UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| | * | JUDGE BARBIER |
| This Document Applies to: | * | |
| *All Cases* | * | MAG. JUDGE SHUSHAN |
| | * | |

## ORDER

Before the Court is the State of Louisiana's Objections to and Appeal from the Magistrate Judge's Order. The State also moved for reconsideration (Rec. Doc. 3956), which the Magistrate Judge granted (Rec. Doc. 3965). Accordingly,

**IT IS ORDERED** that the State's Objection and Appeal (Rec. Doc. 3950) is **DENIED AS MOOT**.

New Orleans, Louisiana, this 9th day of September, 2011.

_____
UNITED STATES DISTRICT JUDGE