

September 9, 2011

Re:   MDL No. 2179
      In Re:  Oil Spill by the Oil Rig "Deepwater Horizon"
      In the Gulf of Mexico on April 20, 2010

Honorable Sally Shushan
Magistrate Judge
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room B-345
New Orleans, Louisiana 70130

Dear Judge Shushan:

  Cameron respectfully requests additional time for the upcoming Deposition of Andrew Frazelle, a witness to be produced by BP on September 26-27. Mr. Frazelle is BP's designee for Rule 30(b)(6) topics relating to, among other things, "regulatory compliance in selecting the BOP and its component parts." In addition, Mr. Frazelle is currently the BP Well Control Manager. Accordingly, his testimony will cover significant and important issues that directly relate to allegations involving the BOP and its operation. Given the subject matter of his deposition, Cameron requests it be allotted a total of 135 minutes to examine this witness.

  Thank you for your consideration.

Sincerely yours,

David J. Beck

David J. Beck
dbeck@brsfirm.com

One Houston Center
1221 McKinney Street, Suite 4500 ~ Houston, Texas 77010
Telephone 713.951.3700 ~ Facsimile 713.951.3720
www.brsfirm.com

383.00206/486281.v1