UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * * | MDL No. 2179  SECTION: J |
| Case Relates to: 2:10-CV-08888 | * * * * * | JUDGE BARBIER MAGISTRATE SHUSHAN |

### CLAIMANT'S / PLAINITFF'S RULE 41(a)(2) MOTION TO DISMISS WITHOUT PREJUDICE

NOW INTO COURT, Plaintiff / Claimant, by and through the undersigned counsel, file its *Rule 41 (a)(2) Motion to Dismiss without Prejudice*, and, in support thereof, would show the Court as follows:

1. Claimant / Plaintiff filed its *Direct Filing Short Form* on or before April 20, 2011. As stated in the *Direct Filing Short Form*, Claimant / Plaintiff was asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopted and incorporated the Master Answer [Rec. Doc. 244] to the *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, in No. 10-2771; and/or intervene into, join and otherwise adopt the Master Complaint [Rec. Doc. 879] for private economic losses ("B1 Bundle") filed in MDL No. 2179 (10 md 2179); and/or intervene into, join, and otherwise adopt the Master Complaint [Rec. Doc. 881] for post-explosion injuries ("B3 Bundle") filed in the MDL 2179 (10 md 2179).

2. As instructed by the Court, Claimant's / Plaintiff's *Direct Filing Short Form* was

filed in CA No. 10-8888, by prior order of the Court [Rec. Doc. 246, C.A. No. 10-2771 and Rec. Doc.982 in MDL 2179], the filing of the *Direct Filing Short Form* in C.A. No. 10-8888 was deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179.

3. Since the filing of Plaintiff's *Direct Filing Short Form*, Plaintiff has reached an agreement with and settled its claim through the Gulf Coast Claims Facility and no counterclaim against this particular Plaintiff / Claimant has been filed. Plaintiff / Claimant will not re-file any claim and/or action that will be dismissed as a result of this motion. As such, the following Plaintiff / Claimant would respectfully request the Court pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, to dismiss all its claims in all collective actions set forth above in this cause:

| **Document No.** | **Cause No.** | **Plaintiff/Claimant** |
|---|---|---|
| 1. 63484 | CA-10-8888 | CRS Pizza, Inc. d/b/a Domino's Pizza |

WHEREFORE, the above listed Plaintiff / Claimant requests that its *Motion to Dismiss without Prejudice* be granted on terms that the court considers proper together with any and all other relief in favor of the Plaintiff / Claimant deemed appropriate by this Honorable Court.

Respectfully submitted, this the 12th day of September, 2011.

                                    Claimant / Plaintiff

                                    s/Rhon E. Jones
                                    Rhon E. Jones
                                    BEASLEY, ALLEN, CROW,
                                    METHVIN, PORTIS & MILES, P.C.
                                    Post Office Box 4160
                                    Montgomery, AL 36104
                                    (334) 269-2343

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Plaintiff's Motion to Dismiss has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No.12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

This the 12th day of September, 2011.

s/Rhon E. Jones
OF COUNSEL
