UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL No. 2179 SECTION: J |
|---|---|---|
| Applies to:   All Cases<br>                 2:10-cv-02771 | § § § § § | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

**DEFENDANT HALLIBURTON ENERGY SERVICES, INC.'S**
**OBJECTIONS TO AUTHENTICITY OF DOCUMENTS**

Pursuant to this Court's Order dated September 2, 2011 [Docket No. 3916] and Fed. R. Evid. 901, Defendant Halliburton Energy Services, Inc. ("HESI") files its objections to the authenticity of documents produced by a party and used in a deposition taken prior to July 31, 2011. HESI objects to the authenticity of the documents described below, and shall meet and confer with the other parties in an attempt to resolve these objections.

| Date | Witness Name | Exhibit No. | Description | Bates Number | Basis for Objection Fed. R. Evid. 901 |
|---|---|---|---|---|---|
| 02/14/11 | Warren Winters | 0211 | E-Mail - From: Winters, Warren J Sent: Wednesday, June 16 2010 11:31 AM - Subject: Request for additional OpticCem cases | BP-HZN-2179MDL00323669 | Notes are not in Winters' handwriting[1] |
| 02/17/11 | Mark Bly | 0265 | Handwritten Chart & Notes | BP-HZN-BLY00146068 | Notes are not in Bly's handwriting |

---

[1]  HESI sets forth herein those exhibits in which the witness affirmatively stated that the handwriting within the exhibit was not his or her handwriting. In addition, there are 211 other exhibits containing handwriting for which HESI has been unable to confirm or deny whether such handwriting is that of the witness. For the Court's convenience, HESI lists all 211 such exhibits on Exhibit "A," attached hereto, and reserves its right to formally object to those exhibits absent resolution through counsel.

| Date | Witness Name | Exhibit No. | Description | Bates Number | Basis for Objection Fed. R. Evid. 901 |
|---|---|---|---|---|---|
| 02/18/11 | Mark Bly | 0298 | PowerPoint Script: <u>DRAFT</u> - 9/4/10, 13:30 hours | BP-HZN-BLY00164207- BP-HZN-BLY00164217 | Edits are not in Bly's handwriting |
| 02/21/11 | Brian Martin | 0306 | Handwritten Notes - dated Tuesday May 11, 2010 10:00am | BP-HZN-BLY00062033- BP-HZN-BLY00062037 | Portion of notes may not be in Martin's handwriting |
| 02/21/11 | Brian Martin | 0319 | Handwritten Notes | BP-HZN-BLY00061376- BP-HZN-BLY00061380 | Notes are not in Martin's handwriting |
| 02/21/11 | Brian Martin | 0327 | Handwritten Notes - dated 4/25/2010, 3:30pm @Westlake 1, 25th Floor | BP-HZN-BLY00061727- BP-HZN-BLY00061737 | Notes are not in Martin's handwriting |
| 03/21/11 | Tim Quirk | 0807 | Foam Stability Contaminated With Synthetic Oil Base Mud | HAL_0050582 | Notes are not in Quirk's handwriting |
| 04/28/11 | Mike Serio | 2126 | Tab 6: OptiCem screenshot | None | Screenshot - Serio never saw an OptiCem Report like this |
| 05/24/11 | Fred Sabins | 2462 | CSI OptiCem Analysis | BP-HZN-2179MDL00324864 - BP-HZN-2179MDL00324916 | Notes are not in Sabin's handwriting |
| 05/24/11 | Fred Sabins | 2465 | OptiCem Analysis of Cementing Operations on the Deepwater Horizon and Possible Contributing Factors in the Loss of Well Control | BP-HZN-2179MDL00323177 - BP-HZN-2179MDL00323302 | Not all notes are in Sabin's handwriting |
| 05/18/11 | Baker Risk | 2613 | Diagram | None | Photo from Presidential Commission Report with annotations by an unknown person (counsel who marked the exhibit simply notes "it's been annotated") |

| Date | Witness Name | Exhibit No. | Description | Bates Number | Basis for Objection Fed. R. Evid. 901 |
|---|---|---|---|---|---|
| 05/26/11 | Gary Hurta | 2791 | Schematic #1 - Well Configuration | None | Other Party Production - Purports to be based on schematic by HESI, the rig, and industry commentary. The witness stated that he had never seen the documents before. |
| 06/23/11 | Brad Billion | 2807 | M-I SWACO Procedure | BP-HZN-MBI00133083 | Notes are not in Billion's handwriting |
| 06/13/11 | Vincent Tabler | 3036 | Tabler Tally Book - From Tabler Interview 5/4/10 | BPD106-000592 - BPD106-000608 BP-HZN-BLY00061768 - BP-HZN-BLY00061784 | Other Party Production - Tabler's handwritten Tally Book with different handwriting and highlighting on pp. 15 and 16 of 18 |
| 07/14/11 | Michael L Byrd | 4113 | Meeting Minutes dated June 23, 1999 | BP-HZN-2179MDL00088241 - BP-HZN-2179MDL00088243 | Not Byrd's handwriting |
| 07/14/11 | Michael L Byrd | 4115 | Vastar General Purpose Worksheet Handwritten | BP-HZN-2179MDL00088346 | Not Byrd's handwriting |
| 07/26/11 | Thomas Roth | 4353 | 9-30-10 Copy of Prepared Remarks | HAL_1070904 through 1070906 | Roth did not think that he prepared these notes |

| Date | Witness Name | Exhibit No. | Description | Bates Number | Basis for Objection Fed. R. Evid. 901 |
|---|---|---|---|---|---|
| 06/07/11 | **Gillian S. Cowlam** | 6041 | Collection of documents beginning with May 2010 E-mail string among Steve Robinson, Gillian Cowlam, Dave Wall, Kent Corser, others, Subjects: Interview notes D Simms #2, Dave W Interviews, notes from phone interview, handwritten notes by Ms. Cowlam, other versions of typewritten notes, designated as confidential, various Bates numbers, some without numbers; 10 pages | BP-HZN-BLY00165710, BP-HZN-BLY00061743, BP-HZN-BLY00061719, BP-HZN-CEC020315, BP-HZN-CEC020316 through 020319 | Only Bates No. 61719 are notes in Cowlam's handwriting |
| 06/09/11 | **Henry Thierens** | 6100 | Handwritten notes of a 5/24/2010 telephone discussion among Harry Thierens, James Dupree, Jack Lynch, Tony Brock, Mark Bly, Barbara Yilmaz, and James from Legal, marked "CONFIDENTIAL" | BP-HZN-BLY00061749 - 00061753 | Notes are not in Thieren's handwriting |
| 06/17/11 | **Paul Tooms** | 6196 | August 17, 2010 Presentation by Trevor Hill, Considerations of flowrate from MC252, marked "CONFIDENTIAL" | BP-HZN-2179MDL02200713 - 220719 | Notes are not in Tooms' handwriting |

| Date | Witness Name | Exhibit No. | Description | Bates Number | Basis for Objection Fed. R. Evid. 901 |
|---|---|---|---|---|---|
| **06/27/11** | **David Wall** | 7285 | Halliburton BP Deepwater Horizon | BP-HZN-BLY00375994 - 76000 | Photograph of a portion of a PowerPoint Presentation.  The entire presentation has been produced by HESI but has not been introduced as a deposition exhibit. |

Respectfully Submitted,

**GODWIN RONQUILLO PC**

**By:** /s/ *Donald E. Godwin, T.A.*
Donald E. Godwin
*Attorney-in-charge*
State Bar No. 08056500
dgodwin@GodwinRonquillo.com
Bruce W. Bowman, Jr.
State Bar No. 02752000
bbowman@GodwinRonquillo.com
Jenny L. Martinez
State Bar No. 24013109
jmartinez@GodwinRonquillo.com
Floyd R. Hartley, Jr.
State Bar No. 00798242
fhartley@GodwinRonquillo.com
Gavin E. Hill
State Bar No. 00796756
ghill@GodwinRonquillo.com
Renaissance Tower
1201 Elm, Suite 1700
Dallas, Texas 75270-2041
Telephone: (214) 939-4400
Facsimile: (214) 760-7332

and

R. Alan York
AYork@GodwinRonquillo.com
Jerry C. von Sternberg
JVonSternberg@GodwinRonquillo.com
Misty Hataway-Coné
MCone@GodwinRonquillo.com
1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone: 713.595.8300
Facsimile: 713.425.7594

**ATTORNEYS FOR DEFENDANT HALLIBURTON ENERGY SERVICES, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Halliburton Energy Services, Inc.'s Objections to Authenticity of Documents was filed electronically with the Clerk of the Court using the CM/ECF system and that notice of this filing will be sent to all counsel through the CM/ECF system on this 12th day of September, 2011.

/s/ Donald E. Godwin
Donald E. Godwin