## EXHIBIT A

The deposition exhibit numbers referenced herein contain handwriting that HESI is unable to confirm or deny is that of the witness.

| | | | | | |
|---|---|---|---|---|---|
| 11 | 1440 | 2620 | 3243 | 3970 | 4579 |
| 17 | 1617 | 2670 | 3280 | 3971 | 4580 |
| 18 | 1666 | 2718 | 3317 | 4048 | 4581 |
| 19 | 1874 | 2727 | 3325 | 4120 | 4583 |
| 52 | 1877 | 2732 | 3335 | 4121 | 4606 |
| 58 | 1980 | 2734 | 3341 | 4139 | 4611 |
| 59 | 2127 | 2735 | 3384 | 4201 | 4619 |
| 63 | 2154 | 2736 | 3394 | 4202 | 4662 |
| 64 | 2155 | 2737 | 3403 | 4206 | 4705 |
| 65 | 2156 | 2738 | 3410 | 4208 | 4749 |
| 66 | 2158 | 2741 | 3411 | 4214 | 4818 |
| 113 | 2415 | 2742 | 3412 | 4215 | 4907 |
| 114 | 2441 | 2743 | 3413 | 4272 | 4922 |
| 116 | 2442 | 2744 | 3414 | 4312 | 6032 |
| 193 | 2452 | 2746 | 3478 | 4313 | 6058 |
| 194 | 2463 | 2747 | 3550 | 4361 | 6132 |
| 195 | 2464 | 2792 | 3569 | 4369 | 6201 |
| 205 | 2466 | 2825 | 3571 | 4370 | 6213 |
| 206 | 2470 | 2857 | 3572 | 4372 | 6250 |
| 207 | 2471 | 2982 | 3573 | 4450 | 6270 |
| 208 | 2472 | 2983 | 3577 | 4451 | 6298 |
| 245 | 2473 | 3039 | 3584 | 4452 | 6299 |
| 248 | 2475 | 3130 | 3608 | 4469 | 6308 |
| 249 | 2478 | 3134 | 3620 | 4504 | 6318 |
| 292 | 2562 | 3146 | 3621 | 4505 | 7006 |
| 311 | 2563 | 3148 | 3623 | 4506 | 7008 |
| 312 | 2567 | 3165 | 3639 | 4538 | 7013 |
| 328 | 2568 | 3178 | 3646 | 4553 | 7014 |
| 329 | 2569 | 3184 | 3648 | 4554 | 7021 |
| 330 | 2570 | 3206 | 3686 | 4561 | 7280 |
| 331 | 2571 | 3212 | 3738 | 4564 | 7289 |
| 332 | 2572 | 3213 | 3740 | 4565 | |
| 333 | 2575 | 3214 | 3775 | 4566 | |
| 516 | 2585 | 3216 | 3800 | 4576 | |
| 761 | 2600 | 3223 | 3955 | 4577 | |
| 1356A | 2601 | 3242 | 3960 | 4578 | |