UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | * * * * * | MDL NO. 2179 SECTION: J JUDGE: BARBIER |
| This Document Applies to: All Cases in Pleading Bundle Section III.B (3) | * * * | MAG. JUDGE: SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DYNAMIC AVIATION GROUP, INC.'S MEMORANDUM IN RESPONSE TO COURT'S ORDER INVITING BRIEFING ON IMPACT OF B1 OPINION ON OTHER MOTIONS TO DISMISS**

**NOW INTO COURT**, through undersigned counsel, comes Clean-Up Responder Defendant, Dynamic Aviation Group, Inc. (hereinafter referred to as "Dynamic") and respectfully submits this Memorandum in response to the Court's September 1, 2011 Order (Rec. Doc. 3891) inviting briefing as to what effect the Court's Order and Reasons of August 26, 2011 (Rec. Doc. 3830) (the "B1 Opinion") has on other Motions to Dismiss pending in this MDL.

Dynamic hereby reaffirms, adopts and incorporates herein by reference all Rule 12(b) Motions and accompanying pleadings, memoranda and/or related briefs filed on behalf of any similarly situated defendant(s) in response to the Plaintiffs' B3 Master Complaint, and which are not inconsistent with Dynamic's position herein.

Further, Dynamic hereby affirms, adopts and incorporates herein by reference the Memorandum of Certain Clean-Up Responder Defendants In Response to Court's Order Inviting Briefing on Impact of B1 Opinion on Other Motions to Dismiss filed on behalf of O'Brien's Response Management, Inc., National Response Corporation, and Marine Spill Response Corporation (Rec. Doc. 3985) in its entirety.

**WHEREFORE**, the above premises considered, Clean-Up Responder Defendant, Dynamic Aviation Group, Inc., respectfully prays that the B3 Bundle Master Complaint and Amended B3 Bundle Master Complaint be dismissed in their entirety.

Respectfully submitted,

/s/Michael D. Cangelosi
LEO R. McALOON, III (NO. 19044)
EMAIL ADDRESS: lmcaloon@glllaw.com
MICHAEL D. CANGELOSI (NO. 30427)
EMAIL ADDRESS: mcangelosi@glllaw.com
GIEGER, LABORDE & LAPEROUSE, L.L.C.
One Shell Square
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139-4800
Telephone: (504) 561-0400
Facsimile: (504) 561-1011
*Attorneys for Dynamic Aviation Group, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Memorandum in Response to Court Order Inviting Briefing on Impact of B1 Opinion on Other Motions to Dismiss* has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 12th day of September, 2011.

/s/ Michael D. Cangelosi