UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION: J |
| THIS DOCUMENT RELATES TO:<br><br>*All Cases in Pleading Bundle Section III.B(3)* | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

## AIRORNE SUPPORT, INC. AND AIRBORNE SUPPORT INTERNATIONAL, INC.'S MEMORANDUM IN RESPONSE TO COURT'S ORDER INVITING BRIEFING ON IMPACT OF B1 OPINION ON OTHER MOTIONS TO DISMISS

Clean-Up Responder Defendants Airborne Support, Inc. and Airborne Support International, Inc. ("ASI") hereby joins in and adopts O'Brien's Response Management, Inc., National Response Corporation, and Marine Spill Response Corporation's "Memorandum of Certain Clean-Up Responder Defendants in response to Court's Order Inviting Briefing on Impact of B1 Opinion on Other Motions to Dismiss" submitted in response to the Court's September 1, 2011 Order (Rec. Doc. 3891) inviting briefing as to what effect the Court's Order and Reasons of August 26, 2011 (Rec. Doc. 3830) (the "B1 Opinion") has on other Motions to Dismiss pending in this MDL.

Respectfully submitted,

*s/Ben L. Mayeaux*
Ben L. Mayeaux (#19042)
Jed M. Mestayer (#29345)
LABORDE & NEUNER
One Petroleum Center, Suite 200
1001 W. Pinhook Road
Lafayette, LA 70503
Telephone: (337) 237-7000
Facsimile: (337) 233-9450
*Attorneys for Airborne Support, Inc. and Airborne International, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Memorandum in Response to Court's Order Inviting Briefing on Impact of B1 Opinion on Other Motions to Dismiss has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 12th day of September, 2011.

/s/ *Ben L. Mayeaux*
Ben L. Mayeaux