UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | : | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the | : | |
| GULF OF MEXICO, on | : | SECTION:  J |
| APRIL 20, 2010 | : | JUDGE BARBIER |
| | : | MAG. JUDGE SHUSHAN |
| IN RE: THE COMPLAINT AND | : | |
| PETITION OF TRITON ASSET | : | JURY TRIAL DEMANDED |
| LEASING GMBH, et al. | : | |
| | : | |
| **THIS DOCUMENT RELATES TO 10-** | : | |
| **2771** | : | |
| | : | |
| | : | |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

## CAMERON INTERNATIONAL CORPORATION'S
## OBJECTIONS TO AUTHENTICITY OF CERTAIN EXHIBITS

Pursuant to the June 28, 2011, Order of Magistrate Judge Shushan, Cameron

International Corporation ("Cameron") identifies the exhibits used in depositions prior to July

31, 2011, to which it objects under Federal Rule of Evidence 901, and the bases for the

objections as set forth on Schedule "A" attached.  Cameron stands ready to meet and confer with

any party regarding authenticity of these exhibits to the extent the proponent intends to offer any

such exhibits into evidence in this matter.  We believe that most, if not all, of these objections

can be resolved after counsel confer.

Moreover, in light of Magistrate Judge Shushan's admonishment that authenticity

objections should only be filed on a document produced in this litigation "in the event of

extraordinary circumstances that indicate authenticity truly is in question," Cameron has

refrained from including hundreds of documents that are incomplete (for example, an excerpt

from a larger document or a document lacking an attachment), altered (containing highlighting or

- 1 -

handwritten notations not on appearing on the originals) or improperly compiled, with the understanding that the parties should be able to work through any such issues without resorting to Court intervention.

Respectfully submitted,

David J. Beck, T.A.
    dbeck@brsfirm.com
Joe W. Redden, Jr.
    jredden@brsfirm.com
David W. Jones
    djones@brsfirm.com
Geoffrey Gannaway
    ggannaway@brsfirm.com
BECK, REDDEN & SECREST, L.L.P.
One Houston Center
1221 McKinney, Suite 4500
Houston, TX  77010-2010
713-951-3700
713-951-3720 (fax)

and

/s/ Phillip A. Wittmann

Phillip A. Wittmann, 13625
    pwittman@stonepigman.com
Carmelite M. Bertaut, 3054
    cbertaut@stonepigman.com
Keith B. Hall, 24444
    khall@stonepigman.com
Jared Davidson, 32419
    jdavidson@stonepigman.com
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
504-581-3200
504-581-3361 (fax)

**ATTORNEYS FOR CROSS-DEFENDANT COUNTER-PLAINTIFF CAMERON INTERNATIONAL CORPORATION**

- 2 -

1069264v.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing Cameron International Corporation's Objections to Authenticity of Certain Exhibits has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 12th day of September, 2011.

     */s/ Phillip A. Wittmann*     

Phillip A. Wittmann

1069264v.1