## SCHEDULE A

## OBJECTION TO AUTHENTICITY OF DEPOSITION EXHIBITS
(Sorted by Exhibit #)

| EX. # | Reasons |
|---|---|
| 501 | Lack of authenticity; improper compilation; unauthenticated collection of documents |
| 824 | Unknown author; witness did not authenticate.  Not bates stamped. |
| 994 | Website of "Dynamic Positioning Committee of the MTS". No bates number and not produced by any party to this litigation.  Unauthenticated. |
| 1116 | 9/13/01 Kongsberg service report for DWH.  Witness did not authenticate document. |
| 1119 | 8/14/89 USCG Navigation and Vessel Inspection Circular / Guide for Electrical Installation on Merchant Vessels and MODUs.  Not produced by any party to this litigation; not bates stamped. |
| 1306 | Pages and printouts attached to Cameron certificate of compliance by TOI; not bates labeled and not identified by any TOI employee or witness. |
| 1838 | USCG Report of DWH Casualty, Volume I.  Document was not produced by any party to this litigation; not bates stamped.  As introduced in this exhibit, contains heavy redactions throughout. |
| 2086 | Pages and printouts attached to Cameron certificate of compliance by TOI; not bates labeled and not identified by any TOI employee or witness. |
| 2088 | Report printout not bates labeled or identified by TOI employee or witness. |
| 2090 | Pages and printouts of material attached to Cameron certificate of compliance/work orders by TOI; not bates labeled and not identified by any TOI employee or witness. |
| 2092 | Pages and printouts attached to Cameron certificate of compliance by TOI; not bates labeled and not identified by any TOI employee or witness. |
| 2093 | Pages and printouts attached to Cameron certificate of compliance by TOI; not bates labeled and not identified by any TOI employee or witness. |
| 2094 | Printout attached to Cameron certificate of compliance by TOI; not bates labeled and not identified by any TOI employee or witness. |
| 2095 | Pages and printouts attached to Cameron certificate of compliance by TOI; not bates labeled and not identified by any TOI employee or witness. |
| 2790 | 5/12/10 TPH Macondo blowout conference call.  Written statement (conference call) by members of Tudor Pickering Holt & Co. regarding the events of the Macondo blowout.  Not produced by any party to this litigation; not bates stamped; unauthenticated. |
| 2791 | Schematics used in Tudor Pickering conference call (Exhibit 2790).  Not produced by any party to this litigation; not bates stamped; unauthenticated. |
| 2905 | Unauthenticated "transcription" of speech given by former BP executive Kevin Lacy. |
| 2923 | Unauthenticated report on the "Macondo Blowout" by "Deepwater Horizon Study Group"; former BP executive Kevin Lacy disclaimed responsibility for report, even though his name is on it. |
| 2950 | Unauthenticated report on the "Macondo Blowout" by "Deepwater Horizon Study Group"; former BP executive Kevin Lacy disclaimed responsibility for report, even though his name is on it. |

| EX. # | Reasons |
|---|---|
| 2951 | Unauthenticated report on the "Macondo Blowout" by "Deepwater Horizon Study Group." |
| 2954 | Unauthenticated document purporting to be internal BP Gulf of Mexico newsletter; not bates labeled. |
| 3184 | Document with handwritten notes and interlineations; Unknown author; lack of foundation. |
| 3463 | Japanese document where author was unknown to deponent, not a Moex employee, and worked for unrelated entity.  Document lacks foundation. |
| 3463A | English translation of 3463.  Japanese document where author was unknown to deponent, not a Moex employee, and worked for unrelated entity.  Document lacks foundation. |
| 3779 | Excerpt graphic depiction of blowout preventer (not on DWH) removed from Cameron presentation.  Incomplete document. |
| 3790 | Shear pressure charts for Sedco Express (?).  Document not bates numbered; incomplete document; unknown source/author. |
| 3791 | Shear pressure charts for Sedco Express (?). Document not bates numbered; incomplete document; unknown source/author. |
| 3799 | Unknown source/author.  Attachment to email is not bates numbered; unknown source/unknown author for attached shear pressure charts. |
| 3948 | Unknown source/author; not bates stamped; unauthenticated. |
| 3951 | Multiple documents; last two pages are not part of the memorandum.  Improper compilation. |
| 3954 | No Bates number on document; Kirkland & Ellis footer on the document; Lack of Foundation on document; Incomplete document (table). |
| 3956 | Unauthenticated document. |
| 3959 | Not bates stamped; unauthenticated document. |
| 3967 | Multiple emails, date of last page appears to be date printed for deposition; No Foundation. |
| 3978 | No Foundation (marked after conclusion of deposition without testimony) |
| 4100 | From meta-data, it appears that text "Attached information is relative to Transocean's Deepwater Horizon MODU..htb 6/17/2005" was added after the fact to document by BP employee, Tom Bowles. |
| 4295 | Unauthenticated Document |
| 4933 | Unauthenticated Document |
| 4944 | No Bates Stamp; not produced in litigation; Incomplete Document; Unauthenticated. |
| 4945 | Every other page missing from document. |
| 7013 | Lack of Foundation; Unauthenticated. |
| 7026 | Exhibit is missing attached spreadsheet which was discussed during deposition. |
| 7046 | From meta-data, it appears that text "Attached information is relative to Transocean's Deepwater Horizon MODU..htb 6/17/2005" was added after the fact to document by BP employee, Tom Bowles. |
| 7089 | BP produced document that contains handwritten notes by unidentified person.  Unauthenticated document. |
| 7269 | Unauthenticated translation of newspaper article that was written in Norwegian |

- 3 -

| EX. # | Reasons |
|---|---|
| 7307 | 2005 Report on high pressure, high temperature developments in the United Kingdom Continental shelf. Not produced by any party to the litigation; not bates stamped; Unauthenticated. |

383.00017/486445.v2

1069285v.1