**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | : : : : | MDL No. 2179<br><br>SECTION: J |
| Applies to:  All Cases<br>            2-10-cv-02771<br>……………………………………………... | : : : | JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

<u>**THE BP PARTIES' OBJECTIONS TO AUTHENTICITY OF DOCUMENTS AND LIST OF CERTAIN OTHER ISSUES TO RESOLVE FOR EXHIBITS MARKED THROUGH JULY 31, 2011**</u>

Pursuant to this Court's Order dated September 2, 2011 [Docket No. 3196] and Fed. R. Evid. 901, Defendants BP p.l.c., BP Products North America Inc. and BP America Inc. (collectively "the BP Parties"), file their objections to the authenticity of documents produced by a party and used in a deposition taken prior to July 31, 2011, and also raise certain other issues with respect to these documents so that they can be resolved among the parties.  Exhibit A hereto lists documents for which the BP Parties seek to meet and confer with the other parties, either because the BP Parties object to authenticity or because there is some other issue with the exhibit that should be resolved.  For the vast majority of the exhibits in Exhibit A, there is a curable issue that the parties should be able to address, such as that there is apparently[1] attorney highlighting or handwriting on a document, or that there are pages missing from a document. The BP Parties raise these issues regardless of whether they are technically authenticity objections, in an effort to resolve as many issues as possible before trial.  In many such instances, the parties should be able to agree to substitute a corrected copy of the exhibit.  The BP Parties reserve the right to join objections made by other parties, such as the 232 documents

---

[1] If the highlighting or handwriting on these exhibits turns out not to have been made by an attorney, then the BP Parties will nonetheless attempt to resolve the issue through counsel.

for which HESI has objected or reserved the right to object on authenticity grounds. The BP Parties include in this submission certain documents that are not bates-labeled, as it is difficult to determine whether those documents have been "produced by a party" and thus subject to the Court's September 2, 2011 order. The BP Parties reserve the right to add additional objections at a later date, as contemplated by the Court's orders.

Dated:  September 12, 2011

                                            By:  /s/ Don K. Haycraft

                                            Richard C. Godfrey, P.C.
                                            (richard.godfrey@kirkland.com)
                                            J. Andrew Langan, P.C.
                                            (andrew.langan@kirkland.com)
                                            Timothy A. Duffy, P.C.
                                            (tim.duffy@kirkland.com)
                                            KIRKLAND & ELLIS LLP
                                            300 North LaSalle Street
                                            Chicago, Illinois  60654
                                            Telephone: (312) 862-2000

                                            Don K. Haycraft (Bar #14361)
                                            R. Keith Jarrett (Bar #16984)
                                            LISKOW & LEWIS
                                            One Shell Square
                                            701 Poydras Street, Suite 5000
                                            New Orleans, Louisiana  70139-5099
                                            Telephone:  (504) 581-7979
                                            Facsimile:  (504) 556-4108

                                            *Attorneys for BP p.l.c., BP Products North America Inc. and BP America Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12 on this 12th day of September, 2011.

/s/   Don K. Haycraft