## EXHIBIT A
## In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 -- BP List of Authenticity Objections and Other Issues To Resolve For Exhibits Marked Through  July 31, 2011

| Exhibit Number | Description | Authenticity Objection | Other Issue to Resolve |
|---|---|---|---|
| 1 | BP Deepwater Horizon Accident Investigation Report | | Handwriting or highlighting apparently by attorney; please substitute non-highlighted version. |
| 3 | BP Internal Investigation Team Notes of Interview with D. Vidrine | | Handwriting or highlighting apparently by attorney; please substitute. |
| 4 | BP Internal Investigation Team Notes of Interview with D. Vidrine | | Handwriting or highlighting apparently by attorney; please substitute. |
| 55 | Excerpt from USCG MMS Investigation Examination of Christopher Pleasant | | Handwriting or highlighting apparently by attorney; please substitute. |
| 56 | BP Internal Investigation Team Notes of Interview of Vincent Tabler | | Handwriting or highlighting apparently by attorney; please substitute. |
| 72 | Email from T. Dekker to D. Williamson re US1364.2 Deepwater Horizon Update Reports | | The right side of the page is cut off; please substitute. |
| 84 | Email re US-1364 - Maintenance Survey of the Enterprise, Millenium and the option of Marianas | | Handwriting or highlighting apparently by attorney; please substitute. |
| 89 | Report of Survey of Deepwater Horizon | | Handwriting or highlighting apparently by attorney; please substitute. |

| 121 | Investigation Report Refinery Explosion and Fire | | Incomplete; some pages are unreadable - 39, 57, 58, 86-91. Pp. 95-96, 109-110, 202-203, 338-339 are missing; please substitute. |
|---|---|---|---|
| 126 | Email re Macondo APB | | Incomplete; the exhibit is missing the second page of the email; handwriting or highlighting apparently by attorney; please substitute. |
| 136 | Email re Lab Tests | | Handwriting or highlighting apparently by attorney; please substitute.  Incomplete; exhibit is missing pages; please substitute. |
| 137 | Email re Additional Centralizers | | This is a compilation of e-mails; please separate.  Handwriting or highlighting apparently by attorney; please substitute. |
| 151 | Email re Final BP Incident Investigation Team Interview Summary Notes for Sims and Guide Interviews with Attached Notes | | Incomplete; missing e-mail attachments relating to John Guide interview notes; please substitute. |
| 153 | BP Internal Investigation Team Notes of Interview of John Guide | | Handwriting or highlighting apparently by attorney; please substitute. |
| 180 | BP Structure Chart | Not produced by party and not otherwise authenticated; attorney marking the exhibit stated that he did not know where it came from. | |
| 185 | BP Internal Investigation Team chart re Critical Factor | | Handwriting or highlighting apparently by attorney; please substitute. |
| 196 | Draft Washington Briefing - Deepwater Horizon Interim Incident Investigation excerpt re Cement Job | | Incomplete; exhibit is an excerpt from a larger document; please substitute. |
| 197 | Horizon Incident Float Collar Study - Analysis | | Incomplete; exhibit has missing pages; please substitute. |
| 198 | Engineering Report on Testing of Weatherfor M45AP Float Collar | | Incomplete; exhibit is missing pages; please substitute. |

| 199 | Photograph of bags of Play Sand | Not produced by party and not otherwise authenticated; the deponent could not identify this image. It appears to have been marked as an exhibit after the deposition ended. | |
| 261 | Report on Subsea Equipment Condition | | Handwriting or highlighting apparently by attorney; please substitute. |
| 280 | M&H Enterprises, Inc - Safety Environment Management Systen (SEMS) | Not produced by party and not otherwise authenticated; deponent testified that he had never seen the document before. Need URL information to evaluate. | |
| 288 | Testimony of Senator Bob Graham and William Reilly Before United States Senate | | Incomplete; page 2 missing; please substitute. |
| 299 | BP Internal Investigation Team Notes of Interview of Mark Hafle; Email re Typewritten Mark Hafle Interview Notes | | Compilation of two separate documents into a single document; please separate. Handwriting or highlighting apparently by attorney; please substitute. |
| 509 | Email re Interview Confirmation of John Guide | | Incomplete; not a complete email chain; please substitute. |
| 627 | BP Powerpoint Presentation: "Critical Wells Update" | | This is a compilation of various documents; please separate. |
| 638 | Chief Counsel's Report - Overarching Failures of Management | | Handwriting or highlighting apparently by attorney; please substitute. |
| 687 | Transocean List of Personnel On-Board Deepwater Horizon Rig as of April 20, 2010 | | Handwriting or highlighting apparently by attorney; please substitute. |
| 699 | Email re Macondo Forward Plan | | Exhibit is a combination of two emails; please separate.  Handwriting or highlighting apparently by attorney; please substitute. |
| 771 | @nifty Article | The exhibit is in Japanese with no translation. The web address listed on the exhibit returns a different webpage now. | |

| 790 | "Gulf of Mexico SPU - Recommended Practice for Cement Design and Operations in DW GoM" | | There are two exhibits in this one file (790 and 789) and some pages from 790 appear out-of-order at the end. |
|---|---|---|---|
| 793 | E-mail from Brian Morel to Cynthia Holik re "FW: Ops Note" | | Handwriting or highlighting apparently by attorney; please substitute. |
| 800 | Employee Address List | Not produced by party and not otherwise authenticated; this is a list of Halliburton employees that appears to have been created by counsel. | |
| 802 | Timothy Quirk Deposition Exhibits for the United States | | This is a compilation of all the U.S. exhibits used during the deposition. Some of the exhibits have missing pages.  Please separate. |
| 803 | National Commission on the BP Deepwater Horizon Oil Spill and Offshore Drilling - Figure 4.4.4. Halliburton Evidence of Test Times | | Handwriting or highlighting apparently by attorney; please substitute. |
| 816 | BP Internal Investigation Team Notes | | Handwriting or highlighting apparently by attorney on page 2; please substitute a non-highlighted version. |
| 871 | House Committee on Energy and Commerce, Subcommittee on Oversight and Investigations Holds a Hearing on the Role of B.P. in the Deepwater Horizon Explosion and Oil Spill | | Exhibit contains excerpts from a larger document; please substitute. Handwriting or highlighting apparently by attorney; please substitute. |
| 1046 | GoM Exploration and Appraisal Communication Plan of September 2009, Rev. 2 | | Exhibit is missing pages; please substitute. |
| 1243 | Ratification and Joinder of Operating Agreement - Macondo Prospect | Not the final signed JOA. | |
| 1264 | Email re PPFG for Macondo | | Handwriting or highlighting apparently by attorney; please substitute. |
| 1265 | Email re Macondo PPFG Forecast | | Incomplete; Exhibit is missing email attachment relating to PPFG forecast. Handwriting or highlighting apparently by attorney. |

| 1266 | Email re PPFG Plot: Macondo Final "while drilling" plot | | Incomplete; Exhibit is missing email attachment relating to PPFG forecast. Handwriting or highlighting apparently by attorney. |
|---|---|---|---|
| 1267 | Macondo MC 252-1-A Pressure Forecast: REV8, 04/21/2010, Schomatic Well Plan Using ML Shale Pressure and Most Likely Shale Fracture Gradient | | Incomplete; missing cover email and other attachments. |
| 1268 | Forecast Development Historical Information | | Incomplete; missing cover email and other attachments.  Handwriting or highlighting apparently by attorney. |
| 1303 | Data Chart | | Handwriting or highlighting apparently by attorney; please substitute. |
| 1351 | BP Performance Review - Rig Solicit Feedback | | Handwriting or highlighting apparently by attorney; please substitute. |
| 1427 | Cathleenia Willis Event Review | | Handwriting or highlighting apparently by attorney; please substitute. |
| 1488 | Amendment No.38 to Drilling Contract No.980249 between BP America Production Company and Transocean Holdings LLC | | Handwriting or highlighting apparently by attorney; handwriting on page 7. |
| 1502 | Image of computer program | Date accessed field displays the date of the deposition; this was not the date accessed. | |
| 1521 | Ops Note, includes Exhibit 566 | | Compilation of two documents into a single document; please separate. |
| 1527 | Incident Report- Drift Off and Emergency Riser Disconnect | | Incomplete; only 3 pages of the document are marked as an exhibit; please substitute. |
| 1528 | Deepwater Horizon- Subsea Equipment Condition Audit | | Incomplete; exhibit only contains 2 pages; please substitute. |
| 1529 | BONSAI_Performance_Tracking | | Incomplete; exhibit only contains 2 pages; please substitute. |
| 1622 | Email re Lessons Learned - Updating Content for a New Slide Presentation with Attached December 20, 2010 Lessons Learned Presentation | | Incomplete; please substitute. |

| 1631 | Email re Update - Monday, May 10 | | Handwriting or highlighting apparently by attorney; please substitute. |
|---|---|---|---|
| 1632 | Email re NYT Henry Fountain Articles | | Handwriting or highlighting apparently by attorney; please substitute. |
| 1638 | Email re Daily Media Talking Points and Activities - May 24, 2010 with Attached Media Update Plan, Talking Points, and Timeline | | Handwriting or highlighting apparently by attorney; please substitute. |
| 1651 | Email from R. Bailey to E. Markey re Respone to Chairman Markey's Correspondence, Dated May 14, 2010, to Lamar McKay, President and CEO of BP America, Inc. | | Handwriting or highlighting apparently by attorney; please substitute. |
| 1670 | Email from K Devers to K Wells RE: GOM Workshop Update | | Handwriting or highlighting apparently by attorney; please substitute. |
| 1672 | E-mail from G. Walz to D. Sims re: "Re: Days vs. Depth Plots" | | Incomplete; please substitute. Handwriting or highlighting apparently by attorney; please substitute. |
| 1674 | E-mail from D. Sims to G. Walz re: "RE: Forward Plan and Well Control Procedure" | | Incomplete; missing attachments; please substitute. |
| 1675 | Email from J. Guide to D. Sims, B. Morel, et al. re: "RE: 16 Plug Prod rev1.doc" | | Incomplete; missing attachment; please substitute. |
| 1678 | Email from D. Sims to G. Walz re: "RE: 11-7/8' Float Equipment and 9 5/8' X 7' SSR Plugs" | | This is a compilation of documents, and there are missing pages; please separate and substitute. |
| 1680 | Email from D. Sims to G. Walz, J. Guide, George Gray, and D. Schilling re: "Re-org Draft Speaking points" with PPT Attachment | | This is a compilation of documents and there are missing pages; please separate and substitute. |
| 1681 | Email from C. Boutte to S. Feyeraisen and L. Hensley re: "RE: Savonette Equipment Listing (Mar 20 1500 hrs Update).xls | | Incomplete; missing attachment; please substitute. |
| 1682 | Email from G. Walz to K. Mix and M. Murray re: "13 5/8" by 17 1/2" Centralisers" | | Handwriting or highlighting apparently by attorney; please substitute. |

| | | | |
|---|---|---|---|
| 1684 | Email from J. Gagliano to M. Hafle, B. Morel, et al. re: "OptiCem Report"; OptiCem Report; BPAPC Macondo #1 Casing Design Report; Halliburton Gulf Cementing Results | | Handwriting or highlighting apparently by attorney; please substitute. |
| 1685 | Email from G. Walz to J. Guide re: "Additional Centralizers" | | Handwriting or highlighting apparently by attorney; please substitute. |
| 1687 | Email from J. Guide to G. Walz re: "Re: Additional Centralizers" | | Handwriting or highlighting apparently by attorney; please substitute. |
| 1688 | Email from B. Morel to G. Walz, M. Hafle, et al. re: "RE: 16 Plug Prod rev1.doc" | | Incomplete; missing attachment; please substitute. |
| 1689 | Email from B. Cocales to G. Walz, B. Morel, and M. Hafle re: "RE: Cement Procedure" | | Handwriting or highlighting apparently by attorney; please substitute. |
| 1727 | Court Reporter copy of court testimony | | Handwriting or highlighting apparently by attorney; please substitute. |
| 1741 | Macondo Project Risk Register | | Incomplete; excerpt from a larger document; please substitute. |
| 1745 | The Report of the BP U.S. Refineries Independent Safety Review Panel | | Incomplete; exhibit is an excerpt from a larger document; please substitute. |
| 1774 | Safety Management Certificate | | Incomplete; please substitute. |
| 1796 | First Amended Notice of Video Deposition In RE: Oil Spill by Deepwater Horizon | | BP email erroneously attached to Notice of Deposition; please substitute. |
| 1800 | E & P Segment Recommended Practice - Drilling and Completions Cementing Manual - Cement Laboratory Testing Section | | Handwriting or highlighting apparently by attorney on page 4; please substitute a non-highlighted version. |
| 1818 | Email from G. Walz to W. Potter RE: Blackhawk Specialty Tools | | Handwriting or highlighting apparently by attorney; please substitute. |
| 1886 | Email from T. Brock to K. Corser and F. Abbassian re: "FW: call today at 11 Houston time..." | | Handwriting or highlighting apparently by attorney; please substitute. |
| 1892 | Email from T. Allen to F. Abbassian re: "RE: Follow up on actions" with Handwritten Notes | | Handwriting or highlighting apparently by attorney; please substitute. |
| 1974 | Email from J Guide to S Nelson; WED | | Compilation of separate documents into a single document; please separate. |

| 1981 | Deepwater Horizon Accident Investigation Report | | Handwriting or highlighting apparently by attorney; please substitute.  Incomplete; please substitute. |
|------|---|---|---|
| 1996 | GoM Exploration and Appraisal Communication Plan | | Incomplete; exhibit is an excerpt from a larger document; please substitute. |
| 2054 | Letter from K Cothran to G Wijdnes about Transocean Offshore Inc. Master Service Agreement | | Handwriting or highlighting apparently by attorney; please substitute. |
| 2086 | Certificate of Conformance Repair/ Remanufacture | | Compilation of two separate documents into a single document; please separate. Handwriting or highlighting apparently by attorney; please substitute. |
| 2088 | DAR Consolidation Report | | Handwriting or highlighting apparently by attorney; please substitute. |
| 2090 | Certification of Compliance | | Compilation of separate documents into a single document; please separate for further evaluation. |
| 2092 | Certification | | Compilation of separate documents into a single document; please separate. Handwriting or highlighting apparently by attorney; please substitute for further evaluation. |
| 2093 | Certificate of Compliance - 3-1/16" 15K Target MCS | | Compilation of separate documents into a single document; please separate. Handwriting or highlighting apparently by attorney; please substitute for further evaluation. |
| 2099 | BP Drilling and Well Operations Policy (BPA-D-001) | | Exhibit combines excerpts from larger document; please separate. |
| 2181 | | | Need bates labeled version to authenticate; please substitute. |

| 2317 | Email from M. Beirne to N. Ishii & J. Bryan re: "First Amendment of Macondo Operating Agreement" | | Handwriting or highlighting apparently by attorney; on the first page of the exhibit the body of the email has shading around the text. The attorney who used this exhibit noted the shading, but claimed that it was in the original. However, the original document produced by Anadarko does not include this shading; please substitute. |
|------|------|------|------|
| 2328 | Email from N. Huch to T. Trautman, A. O'Donnell, et al. re: "FW: Macondo TD & Draft Sub. Op. AFE" | | This exhibit is incomplete. The actual document has an additional page which is omitted in the exhibit; please substitute. |
| 2330 | AAPL Model Form of Offshore Deepwater Operating Agreement | In the deposition, this is referred to by counsel as a printout from an unnamed website.  As an initial step, need web address to evaluate further. | |
| 2353 | Email from R. Lynch to D. Cost re: "FW: MMS/PCCI reference guide" with PCCI Report Attachment | | Handwriting or highlighting apparently by attorney; please substitute. |
| 2384 | MDL 2179 Deposition Exhibit 2384 is a video file available in native format only | As an initial step, need web address or other source for video. | |
| 2456 | Email from A Crane to W Winters re "RE: Centralizers on MC252 7" Casing" | | Attachments to email are missing; please substitute. |
| 2557 | Diagrams - subject matter illegible | This org chart was apparently prepared by counsel; the witness noted that parts of it were incorrect. | |
| 2558 | D&C Organizational Structure | | Appears to be an excerpt from a larger document; please substitute. |
| 2613 | Labeled photo of Deepwater Horizon. | Exhibit is a photo from the PC report with annotations apparently from counsel.  Need bates labeled version to evaluate. | |

| 2614 | Photo of the Deepwater Horizon. | Exhibit is a photo from the PC report with annotations apparently from counsel.  Need bates labeled version to evaluate. | |
| 2660 | Deepwater Horizon Accident Investigation Report | | Incomplete; please substitute. |
| 2680 | GoM Exploration and Appriasal Communication Plan Rev. 3 | | Handwriting or highlighting apparently by attorney; check marks and circle on BP-HZN-2179MDL00269640; please substitute. |
| 2770 | Email from A Davis to B Patterson and F Barnes, et al. re "RE: 5 Day Planner_DWH_Macondo" | | Incomplete; attachment missing; please substitute. |
| 2777 | Email from B Patterson to B Tippetts re "FW: Macondo Gauging Drawings" | | Incomplete; attachment missing; please substitute. |
| 2779 | Email from B Patterson to Bulls re "FW: Macondo stack-up drawing" | | Incomplete; attachment missing; please substitute. |
| 2783 | Email from R Sokoll to D Landry re "22" Still Together??" | | Incomplete; there appear to be pages missing at the beginning of the email chain; please substitute. |
| 2785 | Email from K Champagne to G Hurta re "LDS & LIT Procedures for Macondo" | | Incomplete; attachment missing; please substitute. |
| 2786 | Email from J Ferraro to G Williams re "FW: BP to GOM" | | Incomplete; attachment missing; please substitute. |
| 2789 | Review of Operation Data Preceding Explosion on Deepwater Horizon in MC 252" | Not produced by party and not otherwise authenticated, need bates label or web address as an initial step to evaluate. | |
| 2790 | TPH Macondo Blowout Conference Call | Not produced by party and not otherwise authenticated, need bates label or web address as an initial step to evaluate. | |
| 2791 | Picture of the Well Configuration | Not produced by party and not otherwise authenticated, need bates label or web address as an initial step to evaluate. | |

| 2804 | Contract for Gulf of Mexico Strategic Perofrmance Unit Offshorte Well Services between BPXP and M-I LLC | | Exhibit is a compilation of non-consecutive documents; please separate. |
|---|---|---|---|
| 2805 | Appendix P. BP/Deepwater Horizon Rheliant Displacement Procedure "Macondo" OSC-G 32306 (M-I SWACO) | | Exhibit is an excerpt from a larger document; please substitute. |
| 2809 | Email re LCM requirements and initial order attaching Max LCM on board document and Kaskida Fluid Program draft | | Exhibit is a compilation (document 2356 is not in the family); please separate. Handwriting or highlighting apparently by attorney; please substitute. |
| 2810 | Email re Watrebased FAS pills | | Handwriting or highlighting apparently by attorney; please substitute. |
| 2813 | BP-Response to Questions | | Incomplete; exhibit is a compilation of documents; please separate. |
| 2815 | Email re Waterbased FAS pills | | Incomplete; exhibit is a compilation of documents; please separate. |
| 2817 | Email re Waterbased FAS pills | | Incomplete; exhibit appears to be an excerpt from a longer e-mail chain; please substitute. |
| 2862 | Email from R. Bodek to J. Kamm, et al. re: Pencore preliminary field report attaching BP Macondo Pencor Preliminary Field Report | | Incomplete; portions of native produced excel spreadsheet cut off from exhibit; please substitute. |
| 2881 | Email from N. Ishii to N. Shinjiro and Y. Tsuji attaching BP AFE for Setting Production Casing | | Incomplete; attachment is missing; subject to accuracy of translation.  MOEX's counsel stated at the deposition that some translations had errors. |
| 2883 | Email from N. Ishii to Y. Tsuji re: Macondo | | Incomplete; attachment is missing; subject to accuracy of translation.  MOEX's counsel stated at the deposition that some translations had errors. |
| 2884 | Macondo Daily Report | | Subject to accuracy of translation.  MOEX's counsel stated at the deposition that some translations had errors. |
| 2887 | MOEX Offshore 2007 LLC Energy Package Policy | | Incomplete; page ending in bates number 801 is missingplease substitute. |

| | | | |
|---|---|---|---|
| 2888 | Macondo (MC 252) Offshore 2007 | | Subject to accuracy of translation. MOEX's counsel stated at the deposition that some translations had errors. |
| 2889 | Email from N. Ishii to Y. Tsuji re: Macondo Invoices attaching MOEX R1; Macondo Cash Call | | Subject to accuracy of translation. MOEX's counsel stated at the deposition that some translations had errors. |
| 2890 | MOEX Offshore 2007 Statement | | Subject to accuracy of translation. MOEX's counsel stated at the deposition that some translations had errors. |
| 2892 | Four different statements of MOEX offshore 2007 LLC | | Subject to accuracy of translation. MOEX's counsel stated at the deposition that some translations had errors. |
| 2894 | Email attaching BP Expenditure Detail and Invoice for Operations in 02/2010 for Macondo | | Pages are out of order; please substitute. |
| 2897 | (Japanese) Email from S. Naito to N. Ishii and T. Yutaka re "RE: Macondo Update" | | Incomplete; missing attachment. Subject to accuracy of translation. MOEX's counsel stated at the deposition that some translations had errors. |
| 2898 | (Japanese) Email from N. Ishii to S. Naito re "RE: [Macondo[BP]" | | Incomplete; missing attachment. Subject to accuracy of translation. MOEX's counsel stated at the deposition that some translations had errors. |
| 2899 | Email re Macondo Drilling Program | | Subject to accuracy of translation. MOEX's counsel stated at the deposition that some translations had errors. |
| 2905 | Audio Transcript of K. Lacy | This document is an attorney-created transcription of a speech that Lacy gave. The accuracy of this transcription has not been certified (and Lacy pointed out at least one error during the deposition). | |
| 2971 | OptiCem Comparison Table | | Handwriting or highlighting apparently by attorney; please substitute. |
| 2972 | A Methodology to Evaluate the Gas Migration in Cement Slurries | | Handwriting or highlighting apparently by attorney; please substitute. |

| 3043 | Transcript taken of James Dupree speaking about deepwater | This exhibit is an attorney-created transcript of Dupree's statements on C-SPAN. The transcript is incomplete and not verified. | |
| 3044 | Transcript of C-SPAN Video of James Dupree talking to Director Bromwich about Deepwater | This exhibit is an attorney-created transcript of Dupree's statements on C-SPAN and not verified. | |
| 3051 | Opening Statement of Rep. Henry A. Waxman Chairman, Committee on Energy and Commerce Inquirey into the Deepwater Horizon Gulf Coast Oil Spill Subcommittee on Oversight and Investigations | | Incomplete; this exhibit is a compilation of two unrelated documents, and the BP document is incomplete; please separate and substitute. |
| 3054 | Deepwater Rig Strategy: Confidence and Angola New Build Progress Report | | Incomplete; portions of the document were cut off and the witness was unable to read it; please substitute. |
| 3059 | Gulf of Mexico SPU Recommended Practice for Cement Design and Operations in DW GoM | | Handwriting or highlighting apparently by attorney; please substitute. |
| 3060 | Excel Chart re Vincent Price | | Handwriting or highlighting apparently by attorney; please substitute. |
| 3077 | Rig Condition Assessment - Deepwater Horizon | | Incomplete; this exhibit is an excerpt from a larger document and the exhibit pages are not consecutive; please substitute. Handwriting or highlighting apparently by attorney; please substitute. |
| 3212 | Email from D. Rainey to J. Wallace re: Spill vol.xls | | Handwriting or highlighting apparently by attorney; please substitute. |
| 3213 | Email from D. Rainey to I. Cavanagh re: spill vol4-27 1230. doc Attachment: above doc is attached | | Handwriting or highlighting apparently by attorney; please substitute. |
| 3226 | Sands Identified on the Macondo Well | | Missing pages; please substitute. Handwriting or highlighting apparently by attorney; please substitute. |
| 3242 | Daily Operations Report - Partners (Driling) | | Handwriting or highlighting apparently by attorney; please substitute. |

| 3243 | Email from J. Thorseth to C.Blankenship, et al. re: Macondo co-owners | | Handwriting or highlighting apparently by attorney; please substitute. |
|---|---|---|---|
| 3251 | MDL 2179: Dennis Johnson 30(b)(6) Materials | | This exhibit is a very large compilation of documents; please separate. |
| 3301 | Email from T. Knudsen to R. Long, et al. re: Minutes of Meeting between BP and Stress Engineering - Casing Movement Analysis | | Handwriting or highlighting apparently by attorney; please substitute. |
| 3303 | Email from K. Bhalla to P. Paltillo and K. Young re: Checking in | | Handwriting or highlighting apparently by attorney; please substitute. |
| 3304 | Per your request we propose to perform a validation testing on the Weatherford M47AO | | Handwriting or highlighting apparently by attorney; please substitute. |
| 3305 | Consulting Letter Agreement | | Handwriting or highlighting apparently by attorney; please substitute. |
| 3312 | Horizon Incident Float Collar Study - Analysis Report PN 1101198 | | Incomplete; excerpt from a larger document; please substitute.  Handwriting or highlighting apparently by attorney; please substitute. |
| 3313 | Email from A. Katsounas to W. Winters and S. Renter re: Additional Noteworthy Event | | Handwriting or highlighting apparently by attorney; please substitute. |
| 3314 | Email from A. Katsounas to W. Winters and S. Renter re: Recommended Test | | Handwriting or highlighting apparently by attorney; please substitute. |
| 3315 | Horizon Incident Float Collar Study - Analysis | | Incomplete; excerpt from a larger document; please substitute. Handwriting or highlighting apparently by attorney; please substitute. |
| 3316 | Diagram of Drill parts | | Handwriting or highlighting apparently by attorney; please substitute. |
| 3317 | ASSY, 7" M4SAP Float Collar Mid Bore, Wiperlok Plate | | Handwriting or highlighting apparently by attorney; please substitute. |
| 3323 | Tranoscean - Welcome to Well Advisory | | Issues - Incomplete; exhibit is an excerpt from a larger document; also the pages were cut off in printing; please substitute. |
| 3330 | Observation Chart | | Incomplete; exhibit is a portion of a larger document; please substitute. |

| 3358 | Email from D. Mohler to D. Fitterer and R. Pitzer re: Emailing VMLLC MC252#3 memo 9 July 2010 | | Incomplete; missing attachment; please substitute. |
|------|------|------|------|
| 3375 | Technical Memo : Post Well Subsurface Description of Macondo Well | | Handwriting or highlighting apparently by attorney; please substitute. |
| 3384 | Chart with Well Characteristics | Not Produced by party and not otherwise authenticated; graphic created by PSC counsel. | |
| 3389 | Chart with Well descriptions, depths, and dates | Not Produced by party and not otherwise authenticated; graphic created by PSC counsel. | |
| 3436 | Email from P. Johnson to DWH RSTC re: "FW: Bp Field rotation HSSE" with Chart Attachment | | Attachment is incomplete; please substitute. |
| 3453 | (Japanese) Email from S. Naito to N. Ishii re "RE: Macondo TD & Draft Sun Op AFE (Re-Send)" | | Incomplete; attachment missing. Subject to accuracy of translation. MOEX's counsel stated at the deposition that some translations had errors. |
| 3454 | (Japanese) Email from N. Ishii to S. Naito re "RE: Macondo AFE-Proposed Subsequent Operation-Production Casing | | Incomplete; attachment missing. Subject to accuracy of translation. MOEX's counsel stated at the deposition that some translations had errors. |
| 3458 | (Japanese) Email from K. Oselo to S. Naito re: "RE: [Macondo] BP" | | Subject to accuracy of translation. MOEX's counsel stated at the deposition that some translations had errors. |
| 3462 | Email re BP Blowout Cause (3) | | Subject to accuracy of translation. MOEX's counsel stated at the deposition that some translations had errors. |
| 3463 | Japanese Document-BP Blowout | | Subject to accuracy of translation. MOEX's counsel stated at the deposition that some translations had errors. |
| 3482 | Picture of Oil Rig | | Need bates stamped version to evaluate; unclear who labeled this demonstrative/picture of the DWH rig. |
| 3497 | Macondo History of Lost Returns | Not Produced by party and not otherwise authenticated; graphic created by PSC counsel. | |

| | | | |
|---|---|---|---|
| 3498 | Macondo History of Kicks | Not Produced by party and not otherwise authenticated; graphic created by PSC counsel. | |
| 3505 | Email re 711 WC Incident, attaching powerpoint of same | | As identified at deposition, first couple of pages are a stray document; please substitute. |
| 3532 | Technical Memo: Post Well Subsurface Description of Macondo well | | Handwriting or highlighting apparently by attorney; please substitute. |
| 3545 | BP Timesheet Monthly Report | | Handwriting or highlighting apparently by attorney; please substitute. |
| 3549 | Email from R. Bodek to P. Chandler, et al. re: Evaluation complete at Macondo | | Handwriting or highlighting apparently by attorney; please substitute. |
| 3574 | Interview of Robert Kaluza | Please provide bates stamped version for further evaluation. | |
| 3686 | Rig Diagram with Handwritten Notes | Not produced by party and not otherwise authenticated; graphic apparently created by PSC counsel. | |
| 3818 | BP's Promised Response and Six-Point Plan to address 2000 Grangemouth Incidents, 2005 Texas City Explosion and 2006 Alaska Pipeline Spill | Not produced by party and not otherwise authenticated; graphic created by PSC counsel. | |
| 3821 | BP's Six-Point Plan | Not produced by party and not otherwise authenticated; graphic created by PSC counsel. | |
| 3822 | P.L.C. Involvement with SEEAC/GORC Meetings [NOTE: Typo in Title on document - Involvement spelled as Involvment] | Not produced by party and not otherwise authenticated; graphic created by PSC counsel. | |
| 3862 | BP's Six-Point Plan | Not produced by party and not otherwise authenticated; graphic created by PSC counsel. | |
| 3869 | BP's Six-Point Plan | Not produced by party and not otherwise authenticated; graphic created by PSC counsel. | |

| 4051 | Revised to Show shallow setting depth and revised cement volume for the 18" casing | | Incomplete; document is in wrong order; please substitute. |
|---|---|---|---|
| 4284 | Seperation Agreement | | Court reporter's log seems to be attached as last page; please substitute. |
| 4291 | Email from M. Swan to G. Godwin re: BP Horizon and my status | | Incomplete; missing one page of email; please substitute. |
| 4449 | Interview Notes re Mark Hafle on 07/08/2010 | | Incomplete; please substitute. |
| 4453 | Notes re Interview with M. Hafle | Please provide bates labeled version to evaluate. | |
| 4542 | Standard Porosity Curves | Please provide bates-labelled version to evaluate. | |
| 4543 | Standard Porosity Curves | Please provide bates-labelled version to evaluate. | |
| 4553 | Drawing of Oil Machinery | | Handwriting or highlighting apparently by attorney; please substitute. |
| 4554 | Drawing of Oil Machinery | | Handwriting or highlighting apparently by attorney; please substitute. |
| 4611 | Interviewing Form Jay Odenwald | | Handwriting or highlighting apparently by attorney; please substitute. |
| 4729 | Technical Notes | | Handwriting or highlighting apparently by attorney; please substitute. |
| 4730 | Picture of BP Exploration and Production : Formation Pressure chart | | Incomplete; excerpt from multi-tabbed excel sheet; please substitute. |
| 4749 | Handwritten Notes of Meeting BP | Please provide bates stamped version to evaluate. | |
| 4903 | Email from P. Johnson to B. Sannan re: Macondo KT | | Incomplete; attachment not provided; please substitute. |
| 4905 | Email from L. McMahan to M. Robichaux and B. Ambrose re: Presidential Commission Report - Chapter 4 Comments | | Incomplete; attachment not included; please substitute. |
| 4906 | Email from D. Cameron to D. Hart attaching Well control integrity of mechanical barriers rev 1 | | Incomplete; attachment not included; please substitute. |

| 4908 | Email from OIM to DWH Toolpusher re: Urgent : Driller Key Responsibilities | | Incomplete; attachment not included; please substitute. |
|---|---|---|---|
| 4915 | Email from B. Sannan to T. Williams, et al. re: Negative Test Procedures - Conventional Procedures in Transocean Fleet | | Incomplete; attachment not included; please substitute. |
| 4916 | Email from B. Sannan to B. Ambrose re: Deepwater Pathfinder - Rig Office Pictures attaching DWP - Rig Clerk Side | | Incomplete; attachment not included; please substitute. |
| 4917 | Email from B. Sannon to B. Ambrose and P. Roller re: Rig Office Pictures attaching Nautilus Company Man's office | | Incomplete; attachment not included; please substitute. |
| 4924 | Email from B. Schoonover to C. Keener re: SPE and question attaching Safety Requirements NTL | | Incomplete; attachment not included; please substitute. |
| 6018 | 2010 Drilling Excellence Plan | | Incomplete document; please substitute. |
| 6041 | Email from S. Robinson to MC252_Email_Retention re: Offer: Interview notes D Simms #2 Attachments: Gill Cowlam Interview Notes | | This is a collection of various documents, some with Bates numbers, some without, some unreadable; please substitute. |
| 6160 | BOP Investigation | | Incomplete; page 15 is not originally part of pp. 1-13 of the exhibit; please substitute. |
| 6171 | Email from D. Scherie to M. Hafle, et al. re: Macondo APD Approval | | Handwriting or highlighting apparently by attorney; please substitute. |
| 6176 | Exerpt from Code of Federal Regualtions Title 30 Vol. 2 Title 30 - Mineral Resources (Page 281) | | At the deposition it was discussed that the exhibit was "screwed up from the printer;" please provide. |
| 6179 | Chapter 4.2 Well Design | | Handwriting or highlighting apparently by attorney; please substitute. |
| 6213 | Email from K. Baker to D. Saul re: BP Global Well Integrity Review attaching Well Integrity Management Review Terms of Reference | | Handwriting or highlighting apparently by attorney; please substitute. |
| 6227 | e&p pscm/BP Presentation: "North America Well Services Project / GoM Cementing Evaluation" | | Compilation of parts of two documents into one; please separate. |

| 6228 | Chart of Instant Messaging Conversations Between D. Kellingray and Other Parties. | | Incomplete; pages missing; please substitute. |
|---|---|---|---|
| 6231 | Email from D. Fryhofer to D. Kellingray re: "Tubular Bells Project Cementing Basis of Design (9/2/09 Draft) - Not for Distribution" | | Incomplete; missing attachments and pages are out of order; please substitute. |
| 6259 | Minutes of a meeting of the Board of Directors of BP plc. | | Handwriting or highlighting apparently by attorney; please substitute. |
| 6260 | Moving Issues Talking Points- cuurent talking points on media issues | | Handwriting or highlighting apparently by attorney; please substitute. |
| 6261 | Minutes of a meeting of the Board of Directors of BP plc | | Handwriting or highlighting apparently by attorney; please substitute. |
| 6298 | Email from K. Wu. to A. Inglis, et al. attaching BP 2010 Strategy Presentation_E&P submission_V2 | | Handwriting or highlighting apparently by attorney; please substitute. |
| 6299 | 2003 SPE/IADC Drilling Conference | | Handwriting or highlighting apparently by attorney; please substitute. |
| 7005 | Well Control Manual Volume 3 HPHT Guidelines | | Appears to be a one-page excerpt; please substitute. |
| 7006 | Well Control Manual Volume 1 Procedures and Guidelines | | Incomplete; please substitute. Handwriting or highlighting apparently by attorney; please substitute. |
| 7060 | Email from B. Morel to J. Guide re: Cost Saving Ideas | | Handwriting or highlighting apparently by attorney; please substitute. |
| 7062 | Email from J. Guide to M. Gonzalez, et al. re: Rig performance coordination | | Handwriting or highlighting apparently by attorney; please substitute. |
| 7063 | Email from I. Little to H. Thierens: Mid Year Review | | Handwriting or highlighting apparently by attorney; please substitute. |
| 7064 | Email from D. Sims to H. Thierens re: Well Placement Services Provider on Horizon | | Handwriting or highlighting apparently by attorney; please substitute. |
| 7092 | Email from L. Serpa to V. Bartholonew, et al. re: Request to VP Wells- RPU Bly report | | Handwriting or highlighting apparently by attorney; please substitute. |
| 7148 | Email from P. Elliot to J. Mogford, et al. re: Integrity Management Monthly Update April / May 2006 | | Incomplete; one page appears to be missing based on the Bates nos; please substitute. |

| 7160 | Flow chart of BP Process Safety History | Not Produced by a Party or Otherwise Authenticated; graphic created by attorney. | |
|------|------|------|------|
| 7164 | Email re GORC Summary and LT planning | | The second page is not an attachment to the first page; please substitute. |
| 7177 | The BP Parties Responses and Objections to Plaintiffs Fifth Set of Requests for Production | | Handwriting or highlighting apparently by attorney; please substitute. |
| 7183 | Prod/Ops Management of Change (MoC) Report | | Handwriting or highlighting apparently by attorney; please substitute. |
| 7184 | BP Criminal History "Major accident scenarios suggest corporate and individual Liability could be incurred | Not produced by party and not otherwise authenticated; graphic created by PSC attorney. | |
| 7185 | 2010 SPU OMS Gap assessment | | Incomplete; please substitute. Handwriting or highlighting apparently by attorney; please substitute. |
| 7214 | Email from M. Emilson to K. Corser re: Bio for Morten | | Compilation of two separate e-mails into a single document; please separate. |
| 7215 | BP Angola Blowout Response Guide-Executive Overview | | Incomplete; please substitute. |
| 7220 | Email from J. Wright to K. Corser re: John Wright - contact info attaching Wright Resume | | Incomplete email; please substitute. |
| 7251 | Email re Updated Presentation attaching Dynamic Modeling PowerPoint | | Compilation of two separate e-mails into a single document; please separate. |
| 7253 | Deepwater Horizon Incident Investigation - CF4-NTF3 Drill string system | | Compilation of two separate documents into one; please separate. |
| 7257 | Email re OLGA simulation results, attaching chart re Flow rates and Pressure above bottom of drillstring | | Incomplete; please substitute. |
| 7271 | Email re 5/14/10 to 5/15/10 Pressure Data, attaching BOP PT raw data and Plume observation frequency | | Need bates labeled version of attachment to authenticate; please substitute. |
| 7311 | Transcript of speech given by M. McAllister titled- What does Macondo mean for us in the UK | | Incomplete and not verified; please substitute. |

| 8022 | Understanding and Addressing the Root Causes of the BP Catastrophe | | Incomplete; omits attachment; please substitute. |
|---|---|---|---|
| 8029 | Understanding and Addressing the Root Causes of the BP Catastrophe | | Incomplete; please substitute. |
| 0020A-V | Internal Investigation Team Organization Chart, Member List, Interview Schedule, Expert List | | As noted in deposition testimony, these 20 documents did not print properly; the same content asked about in the deposition is in Exhibit 21; please substitute. |
| 0119-A | Authorization for Expenditure | | Incomplete; document is missing 2 pages; please substitute. |
| 0119-D | Authorization for Expenditure | | Incomplete; please substitute. |
| 0119-E | Email from B. Morel to G. Walz re Macondo | | Handwriting or highlighting apparently by attorney; please substitute. |
| 0120-A | 30 CFR 250.107 | | Handwriting or highlighting apparently by attorney; please substitute. |
| 1356A | Drilling Contract: RBS-8D Semisubmersible Drilling Unit - Vistar Resources, Inc. and R&B Falcon Drilling Co. | | Incomplete; please substitute. |
| 2138-GUIDRY | Training Report- Roster of Students: Course Type: DWOP/CWOP | | This exhibit is a combination of printouts from two different databases; please separate. |
| 2139-GUIDRY | Certificate of Completion for Donald Vidrine | | Appears to be a compilation of separate documents; please separate. |
| 2871(Ishii) | Serivice Agreement between Mitsui Oil Exploration and MOEX USA Corporation | | Incomplete; missing pages; subject to accuracy of translation.  MOEX's counsel stated at the deposition that some translations had errors. |
| 2881a | Email from N. Ishii to S. Naito and Y. Tsuji attaching BP AFE Setting Production Casing | | Incomplete; attachment is missing; subject to accuracy of translation.  MOEX's counsel stated at the deposition that some translations had errors. |
| 2883a | Email from N. ishii to Y. Tsuji re: Macondo Cost Overrun Possibility | | Subject to accuracy of translation. MOEX's counsel stated at the deposition that some translations had errors. |

| 2888a | Weekly Drilling report 09 - 01 Well name: Macondo (MC 252#1) | | Subject to accuracy of translation. MOEX's counsel stated at the deposition that some translations had errors. |
|---|---|---|---|
| 2897A | Email re Macondo Update | | Subject to accuracy of translation. MOEX's counsel stated at the deposition that some translations had errors. |
| 2898A | Email re Inquiry to BP [Macondo], Macondo Drilling | | Incomplete; missing attachment. Subject to accuracy of translation. MOEX's counsel stated at the deposition that some translations had errors. |
| 2899A | Email re Macondo Drilling Program | | Subject to accuracy of translation. MOEX's counsel stated at the deposition that some translations had errors. |
| 2900(Ishii) | (Japanese) Email from N. Ishii to T. Tsuji re "RE: Macondo Potential Supplemental AFE" | | Subject to accuracy of translation. MOEX's counsel stated at the deposition that some translations had errors. |
| 2900A(Ishii) | Email re Macondo Potential Supplemental AFE | | Subject to accuracy of translation. MOEX's counsel stated at the deposition that some translations had errors. |
| 2901(Ishii) | (Japanese) Email from N. Ishii to N. Shinjiro and N. Ishii re "Re: Macondo Quick Look" | | Subject to accuracy of translation. MOEX's counsel stated at the deposition that some translations had errors. |
| 2901A(Ishii) | Email re Macondo Quick Look | | Subject to accuracy of translation. MOEX's counsel stated at the deposition that some translations had errors. |
| 2902(Ishii) | (Japanese) Email from N. Ishii to N. Ishii, S. Naito, and T. Tsuji re "RE: Macondo" | | Subject to accuracy of translation. MOEX's counsel stated at the deposition that some translations had errors. |
| 2902A(Ishii) | Email re Macondo Update | | Subject to accuracy of translation. MOEX's counsel stated at the deposition that some translations had errors. |
| 2903(Ishii) | (Japanese) Email from N. Ishii to N. Ishiim S. Naito, and Y. Tsuji re "RE: Macondo" | | Subject to accuracy of translation. MOEX's counsel stated at the deposition that some translations had errors. |
| 2903A(Ishii) | Email re Macondo | | Subject to accuracy of translation. MOEX's counsel stated at the deposition that some translations had errors. |

| 3124a | Buff Sheet for Ex 3124a | | Parties need to determine authenticity of CD provided to court reporter, which was not present at the deposition. |
|---|---|---|---|
| 3202-Willis | Halliburton ADT Daily Report | | This exhibit is a collection of nonconsecutive Bates stamped documents; please separate. |
| 3203-Willis | First hand report of Cathleenia Willis (Surface Data Logger) | | Please provide bates labeled version to evaluate. |
| 3210-Willis | Witness Statment of Cathleenia Willis | | Please provide bates labeled version to evaluate. |
| 3216-Willis | Report on Leo Lindner - Mud Engineer | | Please provide bates labeled version to evaluate. |
| 3453A | Email re Macondo TD & Draft Sub Op AFE (Re-Send) | | Incomplete; attachment missing. Subject to accuracy of translation. MOEX's counsel stated at the deposition that some translations had errors. |
| 3454A | Email re Macondo AFE-Proposed Subsequent Operation-Production Casing | | Incomplete; attachment missing. Subject to accuracy of translation. MOEX's counsel stated at the deposition that some translations had errors. |
| 3458A | Email from K. Oseto to S. Naito re: Inquiry to BP Macondo | | Subject to accuracy of translation. MOEX's counsel stated at the deposition that some translations had errors. |
| 3463A | About the BP Blowout Causes - A Sampling of Problems and Inquiries | | Subject to accuracy of translation. MOEX's counsel stated at the deposition that some translations had errors. |