UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION J |
| This Document applies to:<br>*ALL CASES* | JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

**TRANSOCEAN'S OBJECTION TO AUTHENTICITY OF DOCUMENTS USED IN DEPOSITIONS TAKEN PRIOR TO JULY 31, 2011**
_____

TO THE HONORABLE CARL J. BARBIER, United States District Judge:

Pursuant to Magistrate Judge Sally Shushan's September 2, 2011 Order [Doc. No. 3916], Defendants Transocean Offshore Deepwater Drilling Inc., Transocean Holdings LLC, Transocean Deepwater Inc., and Triton Asset Leasing GmbH (collectively "Transocean") object[1] to the authenticity of the following exhibits produced by a party and used in a deposition prior to July 31, 2011:

**(1) Exhibit 3152.**

Transocean objects to the authenticity of Exhibit 3152. Exhibit 3152 is a 42 page unsigned document titled "AGREEMENT For Class and Statutory Surveys Between TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC. & DET NORSKE VERITAS AS." The document was produced by DNV and introduced by BP as Exhibit 3152 in the

---

[1] Also pursuant to Magistrate Judge Shushan's September 2, 2011 Order, Transocean shall meet and confer with the parties regarding authenticity objections. If the authenticity objections cannot be resolved, Transocean may, by motion, bring the issue before Your Honor by October 7, 2011.

deposition of DNV's Peter Bjerager.  BP represents that Exhibit 3152 is a contract between Transocean and DNV.[2]

Transocean objects to the authenticity of Exhibit 3152 because the exhibit was not authenticated.  A document must be authenticated as a condition precedent to its admissibility.  Fed. R. Evid. 901.  Neither Peter Bjerager nor any other deponent authenticated Exhibit 3152 in deposition testimony.  *See id*.  Furthermore, Exhibit 3152 is unsigned and is otherwise not a self-authenticating document.  *See* Fed. R. Evid. 902.  WHEREFORE, Transocean objects to the authenticity of Exhibit 3152.

Respectfully submitted,


By:     /s/ Steven L. Roberts
Steven L. Roberts (Texas, No. 17019300)
Rachel Giesber Clingman (Texas, No. 00784125)
Kent C. Sullivan (Texas, No. 19487300)
Teri L. Donaldson (Florida, No. 784310)
Sutherland Asbill & Brennan LLP
1001 Fannin Street, Suite 3700
Houston, Texas 77002
Telephone: (713) 470-6100
Email: steven.roberts@sutherland.com,
rachel.clingman@sutherland.com,
kent.sullivan@sutherland.com,
teri.donaldson@sutherland.com

By:     /s/ Kerry J. Miller
Kerry J. Miller (Louisiana, No. 24562)
Frilot, L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163
Telephone: (504) 599-8169
Facsimile: (504) 599-8154
Email: kmiller@frilot.com
Facsimile: (713) 654-1301

-and-

By:     /s/ Edwin G. Preis, Jr.
Edwin G. Preis, Jr. (Louisiana, No. 10703)
Edward F. Kohnke, IV (LA, No. 07824)
Preis & Roy PLC
102 Versailles Boulevard, Suite 400
Lafayette, Louisiana 70501
Telephone: (337) 237-6062
Facsimile: (337) 237-9129
-and-

---

[2] In the deposition of Peter Bjerager, Don Haycraft, counsel for BP, stated that Exhibit 3152 "is the contractual arrangement between Transocean and DNV regarding classification services DNV provides to certain rigs owned by the [Transocean] organization." [Deposition of Peter Bjerager, 80:1-8].

2

601 Poydras Street, Suite 1700
New Orleans, Louisiana 70130
Telephone: (504) 581-6062
Facsimile: (504) 522-9129
Email: egp@preisroy.com,
efk@preisroy.com

**Of Counsel:**
Daniel O. Goforth (Texas, No. 08064000)
Goforth Geren Easterling LLP
4900 Woodway, Suite 750
Houston, Texas 77056
Telephone: (713) 650-0022
Facsimile: (713) 650-1669
Email: dangoforth@goforthlaw.com

John M. Elsley (Texas, No. 0591950)
Royston, Rayzor, Vickery & Williams LLP
711 Louisiana Street, Suite 500
Houston, Texas 77002
Telephone: (713) 224-8380
Facsimile: (713) 225-9945
Email: john.elsley@roystonlaw.com

Brad D. Brian (California, No. 79001)
Allen M. Katz (California, No. 054933)
Munger Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071
Telephone: (213) 683-9100
Facsimile: (213) 683-5180, (213) 683-4018
Email: brad.brian@mto.com
allen.katz@mto.com

*Counsel for Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Deepwater Inc., and Transocean Offshore Deepwater Drilling Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 12th day of September, 2011, I electronically transmitted a PDF version of this document to the Clerk of Court, using the CM/ECF System, for filing and has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12.

      /s/ Kerry J. Miller
      KERRY J. MILLER