# EXHIBIT A

## EFFECT OF B1 OPINION ON NALCO'S MOTION TO DISMISS

| Argument in Nalco's Memorandum in Support of its Motion to Dismiss Master Complaint "B3 Bundle" | Effect of B1 Opinion |
|---|---|
| The B3 Complaint is preempted by the CWA and NCP. | No impact because neither presented in B1 briefing nor decided in B1 Opinion. |
| Nalco is entitled to immunity from suit pursuant to the CWA and state law. | No impact because neither presented in B1 briefing nor decided in B1 Opinion. |
| The economic loss doctrine bars portions of the B3 Complaint. | B1 Opinion holds that under maritime law, only commercial fishermen and/or persons who suffered physical damage to a proprietary interest may pursue claims for economic losses against non-Responsible Parties. Plaintiffs abandoned such claims in their Amended B3 Complaint. |
| The B3 Complaint fails to properly plead claims for gross negligence, negligence, nuisance, battery and strict liability. | B1 Opinion holds that maritime law, not state law, applies. To the extent Plaintiffs' assert claims under state law, they must be dismissed. Further, Plaintiffs abandoned their nuisance, gross negligence, negligence *per se* and battery claims against Nalco in their Amended B3 Complaint. |
| Medical monitoring is unavailable to Plaintiffs. | B1 Opinion holds that maritime law, not state law, applies. Medical monitoring claim should be dismissed. |
| Plaintiffs fail to state a claim under the Florida Pollution Discharge Prevention and Control Act ("FPDPCA"). | B1 Opinion holds that maritime law, not state law, applies. Plaintiffs' FPDPCA claim should be dismissed. |
| Plaintiffs are not entitled to punitive damages. | No impact because B1 Opinion does not address availability of punitive damages for personal injuries under Jones Act or general maritime law. |
| The B3 Complaint fails to state a claim for relief against Nalco Holdings LLC, Nalco Finance Holdings LLC and Nalco Holding Company. | No impact because Plaintiffs abandoned their claims against Nalco Holdings LLC, Nalco Finance Holdings LLC and Nalco Holding Company in their Amended Complaint. |