UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL No. 2179 <br> SECTION: J <br> JUDGE BARBIER |
| This Document Applies to: <br> 11-1824 | * * * | |

## ORDER

**IT IS ORDERED** that member case, *Gros, et al. v. DRC Emergency Services, LLC, and DRC Marine LLC*, No. 11-1824, is hereby **REASSIGNED and REFERRED** to United States Magistrate Judge Joseph C. Wilkinson, Jr. (Division 2) for the purpose of pretrial case management, including issuing a scheduling order, overseeing discovery, and any other preliminary matters.

Parties are directed to use Magistrate Judge Wilkinson's information in the caption of future pleadings.

New Orleans, Louisiana, this 9th day of September, 2011.

_____
UNITED STATES DISTRICT JUDGE

SEP 1 3 2011

**TRANSFERRED TO**

**MAG.2**

___Fee _____
___Process_____
_X_ Dktd _____
___CtRmDep_____
___Doc. No._____