**AFFIDAVIT OF CAPTAIN SUZANNE E. ENGLEBERT**

**STATE OF LOUISIANA**

**PARISH OF ORLEANS**

BEFORE ME, undersigned Notary, duly commissioned in and for this Parish and State, came and appeared:

**SUZANNE E. ENGLEBERT**

who, after being sworn by me, did depose and state:

1.     I am currently a Captain in the United States Coast Guard ("USCG") and have been career USCG since graduating from the U.S. Coast Guard Academy in 1984.  A copy of my resume is attached.

2.     I submit this affidavit pursuant to Fed. Rule Civ. Proc. 53(a)(2) relative to possible grounds for disqualification from appointment as a Master in this action.

3.     Since June 3rd, 2010, in my capacity with the USCG, I have acted as the "Officer-in-Charge" of all physical evidence subpoenaed by the Joint U.S. Coast Guard - Bureau of Ocean Energy Management, Regulation & Enforcement ("BOEMRE") investigation ("JIT") into the explosion, fire, sinking and pollution from the MODU DEEPWATER HORIZON ("DWH").   In that capacity, I acted as direct liaison to eight (8) federal agencies and to the private litigants to ensure the security, access, and testing of the evidence as well as resolution of issues related to the investigation and litigation.

4.     While I have been involved in the investigation, I have not acted in any capacity that could be termed an "adviser," but rather I acted as the USCG Senior Liaison with all parties in interest to facilitate evidence control including its preservation and forensic testing.

5.      Other than my involvement as Senior Liaison, I know of no grounds under 28 U.S.C. § 455

that may disqualify me from acting as Master for the continued preservation of the evidence. This

26ᵗʰ day of ____August____, 2011.


_____
SUZANNE E. ENGLEBERT


SWORN TO AND SUBSCRIBED BEFORE ME,
NOTARY, THIS __26ᵗʰ__ DAY OF __August__, 2011.


_____
NOTARY PUBLIC

Sean Pilié
LA# 26469