UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL No. 2179 |
| | SECTION J |
| | JUDGE BARBIER |
| APPLIES TO: 11-274 c/w 11-275 | MAGISTRATE SHUSHAN |

### RANGER INSURANCE LIMITED'S MOTION FOR LEAVE TO FILE ITS SUR-REPLY IN OPPOSITION TO THE BP PARTIES' MOTION FOR JUDGMENT ON THE PLEADINGS

Ranger Insurance Limited hereby respectfully request leave to file a sur-reply brief in further support of its opposition, **Dkt. Entry No. 3704-1**, to BP's Motion for Judgment on the Pleadings, **Dkt. Entry No. 3211**.

In support of this Motion, Ranger Insurance Limited seeks to address factual and legal errors in BP's Consolidated Reply in Support of BP's Motion for Judgment on the Pleadings, as well as to address various new arguments presented for the first time in the reply and not made by BP initially in its motion for judgment. Given that $750 Million Dollars of insurance coverage is at issue here, Ranger asks that the Court consider this Sur-Reply so that all necessary information is available to the Court.

Respectfully submitted,

MALONEY★MARTIN, L.L.P.

By: Michael J. Maloney
MICHAEL J. MALONEY
SBOT: 12883550
The Clocktower Building
3401 Allen Parkway, Suite 100
Houston, Texas 77019
(713) 759-1600 – telephone
(713) 759-6930 – facsimile

1

        **ROBIN M. ZIEK, ATTORNEY AT LAW**
           **ROBIN M. ZIEK**
           SBOT: 22262575
           The Clocktower Building
           3401 Allen Parkway, Suite 100
           Houston, Texas  77019
           (713) 222-8030 – telephone
           (713) 759-6930 – facsimile

        **DWAYNE R. DAY, P.C.**
           **Dwayne Day**
           SBOT: 00795314
           The Clocktower Building
           3401 Allen Parkway, Suite 100
           Houston, Texas  77019
           (713) 284-1618 – telephone
           (713) 759-6930 – facsimile
           E-mail: dday@ddaylaw.com

        ATTORNEYS FOR PLAINTIFF,
        **RANGER INSURANCE LIMITED**

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that I have caused the foregoing Ranger Insurance Limited's Motion for Leave to File its Sur-Reply in Opposition to the BP Parties' Motion for Judgment on the Pleadings to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on September 13, 2011.

           /s/ Michael J. Maloney
        **Michael J. Maloney / Robin M. Ziek**

Ranger v. BP, et al
Ranger's Motion for Leave
to File Sur-Reply       2