UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL No. 2179 <br><br> SECTION J <br><br> JUDGE BARBIER <br><br> MAGISTRATE SHUSHAN |
| APPLIES TO: 11-274 c/w 11-275 | |

### ORDER

After considering Ranger Insurance Limited's Motion for Leave to File Its Sur-Reply in Opposition to the BP Parties' Motion for Judgment on the Pleadings and, being satisfied of good cause shown:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Ranger Insurance Limited's Motion for Leave to File Its Sur-Reply to the BP Parties' Motion for Judgment on the Pleadings is **GRANTED**.

New Orleans, Louisiana, this _____ day of September, 2011.

_____
THE HONORABLE CARL J. BARBIER
UNITED STATES DISTRICT JUDGE