# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010** | **MDL NO. 2179**<br><br>**SECTION "J" (1)**<br><br>**JUDGE BARBIER** |
| **This document relates to: 11-275** | **MAGISTRATE SHUSHAN** |

### *EX PARTE* MOTION FOR LEAVE TO FILE SUR-REPLY OPPOSING BP'S MOTION FOR JUDGMENT ON THE PLEADINGS

Certain Underwriters at Lloyd's, London and Various Insurance Companies ("Underwriters") respectfully request leave to file the Sur-Reply Opposing BP's Motion for Judgment on the Pleading for the reasons set forth in their supporting memorandum, attached as Exhibit A.

A copy of Underwriters' proposed Sur-Reply is attached as Exhibit B. Underwriters submit that the proposed Sur-Reply will be helpful to the Court in resolving this issue.

Accordingly, Underwriters pray that this Honorable Court grant the requested leave to file the attached Sur-Reply.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY: _____
Richard N. Dicharry (Bar # 4929)
George M. Gilly (Bar #6234)
Evans Martin McLeod (Bar #24846)
Kyle S. Moran (Bar #33611)
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email:  Richard.Dicharry@phelps.com
George.Gilly@phelps.com
Marty.McLeod@phelps.com
Kyle.Moran@phelps.com

**COUNSEL FOR CERTAIN UNDERWRITERS AT LLOYD'S, LONDON AND VARIOUS INSURANCE COMPANIES**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Ex Parte Motion For Leave to File Sur-Reply Opposing BP's Motion for Judgment on the Pleading has been served on All Counsel by electronically uploading the same to Lexis-Nexis File & Serve in accordance with Pretrial Order No. 12 on this 13th day of September, 2011.

_____