# EXHIBIT A

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179 |
| | SECTION "J" (1) |
| | JUDGE BARBIER |
| This document relates to: 11-275 | MAGISTRATE SHUSHAN |

**MEMORANDUM IN SUPPORT OF *EX PARTE* MOTION FOR LEAVE TO FILE SUR-REPLY OPPOSING BP'S MOTION FOR JUDGMENT ON THE PLEADINGS**

Certain Underwriters at Lloyd's, London and Various Insurance Companies ("Underwriters") respectfully submit this Memorandum in Support of their *Ex Parte* Motion for Leave to File Sur-Reply Opposing BP's Motion for Judgment on the Pleadings.

In its Reply to Underwriter's Response, BP presented new arguments and expanded on several of the issues previously raised in its Motion for Judgment on the Pleadings. For example, in its Reply, BP, for the first time, suggests that Underwriters have "misleadingly" quoted and misinterpreted certain provisions of the Drilling Contract. BP also incorrectly suggests that Underwriters have agreed that BP's motion for judgment on the pleadings is ripe for consideration, and therefore, are judicially estopped from arguing otherwise now. Additionally, BP has expanded upon its argument that it is entitled to coverage under the Excess Policies as a matter of law under Texas jurisprudence. Underwriters seek the opportunity to address these issues fully and thereby assist the Court in assessing the pending Motion.

In the interests of judicial economy and for the sake of brevity, Underwriters' proposed Sur-Reply does not duplicate arguments previously presented Underwriters' Memorandum Opposing BP's Motion for Judgment on the Pleadings, but rather addresses new arguments set

forth in BP's Reply.  Underwriters further submit that equitable considerations favor granting the requested leave inasmuch as this Court has granted other parties in MDL-2179, including BP, leave to file Sur-Replies and responses to Sur-Replies on other motions.

Accordingly, Underwriters pray that this Honorable Court grant leave to file their Sur-Reply.

                                      Respectfully submitted,

                                      **PHELPS DUNBAR LLP**

BY: _____
        Richard N. Dicharry (Bar # 4929)
        George M. Gilly (Bar #6234)
        Evans Martin McLeod (Bar #24846)
        Kyle S. Moran (Bar #33611)
        Canal Place | 365 Canal Street, Suite 2000
        New Orleans, Louisiana 70130-6534
        Telephone: 504-566-1311
        Telecopier: 504-568-9130
        Email: Richard.Dicharry@phelps.com
                George.Gilly@phelps.com
                Marty.McLeod@phelps.com
                Kyle.Moran@phelps.com

**COUNSEL FOR CERTAIN UNDERWRITERS AT LLOYD'S, LONDON AND VARIOUS INSURANCE COMPANIES**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis-Nexis File & Serve in accordance with Pretrial Order No. 12 on this 13th day of September, 2011.

*/s/ signature/*

_____