UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION "J" (1)<br><br>JUDGE BARBIER |
| This document relates to:  11-275 | MAGISTRATE SHUSHAN |

## ORDER

Considering the foregoing Motion for Leave to File Reply Memorandum Opposing BP's Motion for Judgment on the Pleadings submitted on behalf of Certain Underwriters at Lloyd's, London and Various Insurance Companies;

**IT IS HEREBY ORDERED** that Certain Underwriters at Lloyd's, London and Various Insurance Companies Motion for Leave to File Reply Memorandum is **GRANTED**.

New Orleans, Louisiana, this ___ day of September, 2011.

_____
**UNITED STATES DISTRICT COURT JUDGE**

PD.5408949.1