UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010<br><br>This Document applies to:<br>11-274 c/w 11-cv-275 | MDL No. 2179<br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

## ORDER

After considering Transocean's Motion for Leave to File Its Sur-Reply in Opposition to the BP Parties' Motion for Judgment on the Pleadings and, being satisfied of good cause shown:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Transocean' Motion for Leave to File Its Sur-Reply to the BP Parties' Motion for Judgment on the Pleadings is **GRANTED**.

New Orleans, Louisiana, this _____ day of September, 2011.

_____
THE HONORABLE CARL J. BARBIER
UNITED STATES DISTRICT JUDGE