UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig             MDL NO. 2179
    "Deepwater Horizon" in the Gulf
    of Mexico, on April 20, 2010           SECTION J

Applies to: *All Cases*                     JUDGE BARBIER
                                                                MAGISTRATE JUDGE SHUSHAN

**ORDER**

**[Regarding Revised Allocation for Depositions for Weeks of September 19 and 26, 2011]**

Anadarko, BP, Cameron, Halliburton, and the PSC submitted requests either for additional time or for no reductions in time. The default allocation for the remaining Phase One fact one day depositions was set in the June 28, 2011 order (Rec. doc. 3079). The time for the party currently or formerly employing the witness will not be reduced.

**A.**    **James Bement.**

Bement's deposition is set for one day on September 20, 2011. Bement is an officer of Sperry Sun. BP requests 210 minutes for the deposition. Halliburton is producing the witness.

|  | Standard Allocation | Reductions/ Additions | Revised Allocation |
|---|---|---|---|
| PSC | 145 minutes | minus 22 | 123 minutes |
| U.S. | 55 minutes | minus 30 | 25 minutes |
| States | 45 minutes | minus 30 | 15 minutes |
| Halliburton | 37 minutes | no change | 37 minutes |
| Transocean | 37 minutes | minus 22 | 15 minutes |
| BP | 48 minutes | plus 162 | 210 minutes |
| Cameron | 37 minutes | minus 22 | 15 minutes |
| Anadarko | 22 minutes | minus 12 | 10 minutes |

|  |  |  |  |
|---|---|---|---|
| MOEX | 8 minutes | minus 8 | 0 minutes |
| Weatherford | 8 minutes | minus 8 | 0 minutes |
| M-I Swaco | 8 minutes | minus 8 | 0 minutes |
| Drill Quip | 0 minutes | no change | 0 minutes |
| **Total** | **450 minutes** |  | **450 minutes** |

**B.    Jay Thorseth.**

Thorseth is being produced in London by BP on September 20, 2011.  Anadarko requests that its time not be reduced.  It informally requests a "bit more time."  Halliburton requests that its time be increased by 30 minutes to 60 minutes.  On August 24, 2011, an order was issued for the allocation of Thorseth's examination time and increased the time by 90 minutes to 540 minutes.  Rec. doc. 3807.  It is impossible to increase the deposition further.  The only way to accommodate Halliburton's request is to reduce the time allocated to other parties in the August 24, 2011 order.  No further change will made in the allocation for Thorseth's deposition.  Halliburton will have to attempt to secure extra time from other parties.

**C.    Bryan Domangue.**

Part of the Rule 30(b)(6) deposition of the Department of the Interior is set for September 21, 2011.  Domangue is designated to testify for DOI concerning BOP issues.  BP requests 210 minutes.  The U.S. is the producing party.  Because of the testimony on BOP issues, Cameron's time will not be reduced.  The PSC requests that its time not be reduced.

2

|  | Standard Allocation | Reductions/ Additions | Revised Allocation |
|---|---|---|---|
| PSC | 145 minutes | minus 2 | 143 minutes |
| U.S. | 55 minutes | no change | 55 minutes |
| States | 45 minutes | minus 35 | 10 minutes |
| Halliburton | 37 minutes | minus 27 | 10 minutes |
| Transocean | 37 minutes | minus 22 | 15 minutes |
| BP | 48 minutes | plus 152 | 200 minutes |
| Cameron | 37 minutes | no change | 37 minutes |
| Anadarko | 22 minutes | minus 12 | 10 minutes |
| MOEX | 8 minutes | minus 8 | 0 minutes |
| Weatherford | 8 minutes | minus 8 | 0 minutes |
| M-I Swaco | 8 minutes | minus 8 | 0 minutes |
| Drill Quip | 0 minutes | no change | 0 minutes |
| **Total** | **450 minutes** | Plus 30 | **480 minutes** |

**D.  Mike Daly**

Daly's deposition is set for London on September 21 and 22. He is being produced by BP. Anadarko indicated that it could accept a small reduction in its time. No parties requested an increase in Daly's time. The allocation for Daly is unchanged.

**E.  Jim Prestidge**

Prestidge's deposition is set for September 21, 2011, for one day. He is an officer of Halliburton. BP requests 210 minutes. Halliburton is producing the witness. The PSC objects to BP's request. It contends that: (1) Prestidge has important information relating to Halliburton, for

example process safety; (2) if BP's request is granted, it would have more than 45% of the examination time; and (3) the PSC has only 32% of the time. The information submitted by the parties indicates that the parties with the greatest stake in Prestidge's deposition are the PSC, BP and Halliburton.

|  | Standard Allocation | Reductions/ Additions | Revised Allocation |
|---|---|---|---|
| PSC | 145 minutes | no change | 145 minutes |
| U.S. | 55 minutes | minus 30 | 25 minutes |
| States | 45 minutes | minus 35 | 10 minutes |
| Halliburton | 37 minutes | no change | 37 minutes |
| Transocean | 37 minutes | minus 22 | 15 minutes |
| BP | 48 minutes | plus 160 | 208 minutes |
| Cameron | 37 minutes | minus 22 | 15 minutes |
| Anadarko | 22 minutes | minus 12 | 10 minutes |
| MOEX | 8 minutes | minus 8 | 0 minutes |
| Weatherford | 8 minutes | minus 8 | 0 minutes |
| M-I Swaco | 8 minutes | minus 8 | 0 minutes |
| Drill Quip | 0 minutes | no change | 0 minutes |
| **Total** | **450 minutes** | Plus 15 | **465 minutes** |

### F. David Young

Young's deposition is set for September 22, 2011 for one day. He was the chief mate on the Deepwater Horizon. Transocean is producing the witness. BP requests 120 minutes.

|  | Standard Allocation | Reductions/ Additions | Revised Allocation |
|---|---|---|---|
| PSC | 145 minutes | minus 2 | 143 minutes |
| U.S. | 55 minutes | minus 5 | 50 minutes |
| States | 45 minutes | minus 30 | 15 minutes |
| Halliburton | 37 minutes | no change | 37 minutes |
| Transocean | 37 minutes | no change | 37 minutes |
| BP | 48 minutes | plus 62 | 110 minutes |
| Cameron | 37 minutes | minus 10 | 27 minutes |
| Anadarko | 22 minutes | minus 7 | 15 minutes |
| MOEX | 8 minutes | minus 8 | 0 minutes |
| Weatherford | 8 minutes | no change | 8 minutes |
| M-I Swaco | 8 minutes | no change | 8 minutes |
| Drill Quip | 0 minutes | no change | 0 minutes |
| **Total** | **450 minutes** |  | **450 minutes** |

**G.   Stewart Lacy**

Lacy's deposition is set for September 23, 2011 in London.  He is a third party contractor for BP, who is producing him.  Anadarko requests that its time not be reduced.  Halliburton requests 120 minutes for the deposition.  It has been ceded sufficient time by the parties.

It is not necessary for the Court to reallocate Lacy's time.

**H.   David Trocquet**

Trocquet's deposition is set for September 23, 2011 for one day.  He has been designated by the U.S. to testify on five Rule 30(b)(6) topics.  BP requests 210 minutes.  The PSC requests that

its time not be reduced.

|  | Standard Allocation | Reductions/ Additions | Revised Allocation |
|---|---|---|---|
| PSC | 145 minutes | no change | 145 minutes |
| U.S. | 55 minutes | no change | 55 minutes |
| States | 45 minutes | minus 35 | 10 minutes |
| Halliburton | 37 minutes | minus 12 | 25 minutes |
| Transocean | 37 minutes | minus 12 | 25 minutes |
| BP | 48 minutes | plus 137 | 185 minutes |
| Cameron | 37 minutes | minus 12 | 25 minutes |
| Anadarko | 22 minutes | minus 12 | 10 minutes |
| MOEX | 8 minutes | minus 8 | 0 minutes |
| Weatherford | 8 minutes | minus 8 | 0 minutes |
| M-I Swaco | 8 minutes | minus 8 | 0 minutes |
| Drill Quip | 0 minutes | no change | 0 minutes |
| **Total** | **450 minutes** | Plus 30 | **480 minutes** |

I. **Andrew Frazelle**

Frazelle's deposition is set for two days on September 26 and 27, 2011. He is BP's designee for certain Rule 30(b)(6) topics, including regulatory compliance in selecting the BOP and its component parts. Cameron requests 135 minutes.

|  | Standard Allocation | Reductions/ Additions | Revised Allocation |
|---|---|---|---|
| PSC | 290 minutes | minus 5 | 285 minutes |

6

|  | Standard Allocation | Reductions/ Additions | Revised Allocation |
|---|---|---|---|
| U.S. | 110 minutes | minus 5 | 105 minutes |
| States | 110 minutes | minus 50 | 60 minutes |
| Halliburton | 70 minutes | no change | 70 minutes |
| Transocean | 70 minutes | no change | 70 minutes |
| BP | 70 minutes | no change | 70 minutes |
| Cameron | 70 minutes | plus 65 | 135 minutes |
| Anadarko | 45 minutes | minus 5 | 40 minutes |
| MOEX | 20 minutes | no change | 20 minutes |
| Weatherford | 30 minutes | no change | 30 minutes |
| M-I Swaco | 15 minutes | no change | 15 minutes |
| Drill Quip | <u>0 minutes</u> | no change | <u>0 minutes</u> |
| **Total** | **900 minutes** |  | **900 minutes** |

J.   **Victor Emanuel.**

Emanuel is an employee of Schlumberger.  His deposition is set for September 27, 2011. Halliburton requests an additional 53 minutes.

|  | Standard Allocation | Reductions/ Additions | Revised Allocation |
|---|---|---|---|
| PSC | 145 minutes | minus 5 | 140 minutes |
| U.S. | 55 minutes | minus 10 | 45 minutes |
| States | 45 minutes | minus 30 | 15 minutes |
| Halliburton | 37 minutes | plus 53 | 90 minutes |
| Transocean | 37 minutes | no change | 37 minutes |
| BP | 48 minutes | no change | 48 minutes |

| | | | |
|---|---|---|---|
| Cameron | 37 minutes | no change | 37 minutes |
| Anadarko | 22 minutes | minus 8 | 14 minutes |
| MOEX | 8 minutes | no change | 8 minutes |
| Weatherford | 8 minutes | no change | 8 minutes |
| M-I Swaco | 8 minutes | no change | 8 minutes |
| Drill Quip | <u>0 minutes</u> | no change | <u>0 minutes</u> |
| **Total** | **450 minutes** | | **450 minutes** |

K. **Rob Turlak**.

Turlak's deposition is set for September 28 and 29. He will be produced by Transocean.

Cameron requests an additional 50 minutes for a total of 120 minutes.

| | Standard<br>Allocation | Reductions/<br>Additions | Revised<br>Allocation |
|---|---|---|---|
| PSC | 290 minutes | minus 5 | 285 minutes |
| U.S. | 110 minutes | minus 5 | 105 minutes |
| States | 110 minutes | minus 35 | 75 minutes |
| Halliburton | 70 minutes | no change | 70 minutes |
| Transocean | 70 minutes | no change | 70 minutes |
| BP | 70 minutes | no change | 70 minutes |
| Cameron | 70 minutes | plus 50 | 120 minutes |
| Anadarko | 45 minutes | minus 5 | 40 minutes |
| MOEX | 20 minutes | no change | 20 minutes |
| Weatherford | 30 minutes | no change | 30 minutes |
| M-I Swaco | 15 minutes | no change | 15 minutes |

8

| | | | |
|---|---|---|---|
| Drill Quip | <u>0 minutes</u> | no change | <u>0 minutes</u> |
| **Total** | **900 minutes** | | **900 minutes** |

**Any appeal of this order must be filed no later than noon on Friday, September 16, 2011.**

New Orleans, Louisiana, this 13th day of September, 2011.

                                                **SALLY SHUSHAN**
                                                **United States Magistrate Judge**