UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LOUIS BAYHI** | * | **CIVIL ACTION NO. 2:11CV2024** |
| | * | |
| **VERSUS** | * | **JUDGE BARBIER** |
| | * | |
| **DANOS & CUROLE STAFFING, LLC** | * | **MAGISTRATE JUDGE SHUSHAN** |
| **and BP AMERICA PRODUCTION** | * | |
| **COMPANY** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO SUBSTITUTE COUNSEL

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Louis Bayhi, who moves this Court for an Order enrolling and substituting attorneys Matthew E. Lundy and Hunter W. Lundy of Lundy, Lundy, Soileau & South, LLP as counsel for Plaintiff in place of Lawrence Blake Jones, David C. Whitmore and Joshua L. Rubenstein of Scheuermann & Jones, LLC as counsel of record for Louis Bayhi in the above-captioned matter, and in support thereof respectfully represents:

1.

Louis Bayhi was originally represented in this matter by attorneys Lawrence Blake Jones, David C. Whitmore and Joshua L. Rubenstein of Scheuermann & Jones, LLC.  However, Mr. Bayhi has since terminated Mssrs. Jones, Whitmore and Rubenstein as his attorneys in this matter and desires to substitute attorneys Matthew E. Lundy and Hunter W. Lundy of Lundy, Lundy, Soileau & South, LLP in place of Mssrs. Jones, Whitmore and Rubenstein as his counsel of record herein.

2.

Louis Bayhi does not desire to have Mssrs. Jones, Whitmore and Rubenstein enrolled as co-counsel with Mssrs. Lundy and Lundy, nor does he desire for Mssrs. Jones, Whitmore and Rubenstein to otherwise be involved in this matter on his behalf, and so seeks to have Mssrs. Jones, Whitmore and Rubenstein removed from this matter as counsel of record on behalf of Mr. Bayhi.

3.

Opposing counsel has no objection to this substitution of counsel.

WHEREFORE, Louis Bayhi prays that this Court enter an Order enrolling attorneys Matthew E. Lundy and Hunter W. Lundy of the law firm of Lundy, Lundy, Soileau & South, LLP as counsel of record on behalf of Mr. Bayhi in this matter.

Respectfully submitted,

s/ Matthew E. Lundy
MATTHEW E. LUNDY, #18988
HUNTER W. LUNDY,
LUNDY, LUNDY, SOILEAU & SOUTH, L.L.P.
501 Broad Street
P.O. Box 3010
Lake Charles, LA 70602
(337) 439-0707 - Telephone
(337) 439-1029 - Facsimile

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on September 13, 2011, a copy of the foregoing Motion to Substitute Counsel was filed electronically with the Clerk of Court using the CM/ECF system.   Notice of this filing will be sent to all counsel of record:

<u>s/ Matthew E. Lundy</u>
MATTHEW E. LUNDY, #18988
HUNTER W. LUNDY,
LUNDY, LUNDY, SOILEAU & SOUTH, LLP
501 Broad Street
P.O. Box 3010
Lake Charles, LA 70602
(337) 439-0707 - Telephone
(337) 439-1029 – Facsimile