UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LOUIS BAYHI** | * | **CIVIL ACTION NO. 2:11CV2024** |
| | * | |
| **VERSUS** | * | **JUDGE BARBIER** |
| | * | |
| **DANOS & CUROLE STAFFING, LLC** | * | **MAGISTRATE JUDGE SHUSHAN** |
| **and BP AMERICA PRODUCTION** | * | |
| **COMPANY** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORDER

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Louis Bayhi, who moves to substitute Matthew E. Lundy and Hunter W. Lundy of the law firm of Lundy, Lundy, Soileau & South, LLP as counsel for Plaintiff in place of Lawrence Blake Jones, David C. Whitmore and Joshua L. Rubenstein of Scheuermann & Jones, LLC.

Matthew E. Lundy and Hunter W. Lundy of the law firm of Lundy, Lundy, Soileau & South, LLP as counsel for Plaintiff in place of Lawrence Blake Jones, David C. Whitmore and Joshua L. Rubenstein of Scheuermann & Jones, LLC.

Signed this _____ day of September, 2011.

_____
MAGISTRATE JUDGE SHUSHAN