## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig                    MDL NO. 2179
      "Deepwater Horizon" in the Gulf
      of Mexico, on April 20, 2010            SECTION J

Applies to: *All Cases*                            JUDGE BARBIER
                                      MAGISTRATE JUDGE SHUSHAN

<u>ORDER</u>

[Working Group[1] Conference on Friday, September 9, 2011]

**NOTE TO CELL PHONE PARTICIPANTS:**  Please do not put your phone on hold during the conference as it causes an annoying beeping sound for everyone else.  If you cannot participate for part of the conference, put your phone on mute.

      This order reflects the action taken by the Working Group Conference on Friday, September 9, 2011.

1.    **<u>Preservation of BOP</u>.**

      The Court announced that Captain Englebert would be appointed as master for the preservation and custodial work.

      The U.S. and BP reported on DNV's proposal for a laser scan of the capping stack.  A meeting was scheduled with counsel for BP, the U.S. and the PSC for after the conference to discuss the matter with counsel for DNV.  Transocean noted its request for the return of the capping stack.

2.    **<u>ROV at Well Site</u>.**

      BP reported on the information produced to the parties.

---

[1] The discovery "Working Group" shall be comprised of: one or two representatives of the PSC; one representative from each of the defendants; and coordinating counsel for the United States and coordinating counsel for the States.  (Rec. Doc. 1099).

3.       **Completion of Phase One Written Discovery.**

There was discussion about the report by the U.S. on document production regarding the Agency - Executive Office of the President ("EOP") communications.  The U.S. will do a rolling production of these communications.  BP asked that the U.S. make documents from Secretary Chu and NOAA the top priority for the rolling production.  The U.S. reported that these were being reviewed by the EOP.

October 15, 2011 is the deadline for the U.S. to file motions to compel regarding Transocean and MOEX.

There was discussion of technical issues between the U.S. and BP.  BP requested that if any technical issues remain, they be resolved with communications between the technical people for BP and the U.S.

On Friday, September 16, 2011, BP will submit replies to Halliburton's oppositions to BP's motions to compel supplemental response to interrogatory no. 24 (Rec. doc. 3906) and investigation materials (Rec. doc. 3919) and an opposition to Halliburton's motion for leave to amend (Rec. doc. 3893).

Transocean will provide notice to the attorneys for the plaintiffs referred to in its motion to dismiss certain plaintiffs' claims for failure to participate in discovery and alternate motion for a judicial determination terminating its obligation to continue paying maintenance and cure (Rec. doc. 3873).  It will provide the Court with the identification of the counsel for these plaintiffs.

The deadline for an appeal of the Court's order of September 1, 2011 regarding BP's motion to compel Transocean (Rec. doc. 3894) is Wednesday, September 14, 2011, and the deadline for production is Friday, September 16, 2011.

4.     **Vessels of Opportunity of Discovery**.

The PSC, BP and the Clean-up Responder defendants reported on the status of the depositions of the BP representatives.  Unless there is a request from one of the parties, this will not be on the agenda for the next meeting.

5.     **BP's Request for Transocean Search Terms**.

BP reported on the status of the issue of the search terms and custodians employed by Transocean.  Unless there is a request from one of the parties, this will not be on the agenda for the next meeting.

6.     **BP's request for Rule 30(b)(6) Deposition on Transocean's Well Advisor Program**.

BP will draft a Rule 30(b)(6) notice for the use, if any, of any portion of the Well Advisor Program on the Macondo well.  Unless there is a request from one of the parties, this will not be on the agenda for the next meeting.

7.     **Phase One Fact Depositions**.

<u>Ravi, Dr. Kris</u>                                September 14

There was discussion about BP's request for testimony about Dr. Ravi's communication with the Presidential Commission investigating the Macondo well and identification of the attorneys for Halliburton with whom he spoke, the dates of the conversations and the general subject matter of the conversations.  The parties reported that they would send the Court a copy of BP's request.

<u>Thorseth, Jay</u> (London)                      September 20

BP confirmed the arrangements for the London depositions.  The other depositions set for London are: (1) Mike Daly - September 21 and 22; and (2) Stewart Lacy - September 23.

Lacy, Stewart (London)                    September 23

Halliburton requested additional time for the deposition.  BP reported that it will provide

Halliburton with a date range for the productions containing Lacy's custodial documents.

Ewen, Florence                    October 5

The deposition will be phone.  Because Ewen is in Singapore, the deposition will start at 6:00

p.m. CDT.

Barron, Daniel                    October 11

The deposition is confirmed.

Morrison, Richard                    October 18 and 19

The responder defendants request an hour of examination time with Morrison.  The request

was deferred.  All parties requesting additional time shall make the request by **Monday, September

12, 2011** (Rec. doc. 3749).

Sanders, Sarah                    October 18

The deposition is confirmed.

Powell, Heather                    October 20 (tentative)

This will be kept on the agenda pending confirmation of the deposition.  Ms. Powell is

expecting a child and cannot travel.  Her baby is due prior to October 20.

Shaw, Neil (NO)                    October 26

The deposition is confirmed.

Braniff, Barry                    October 27

The deposition is confirmed.

<u>McKay, Lamar</u>                              November 3 and 4

McKay will be deposed for two days (15 hours) on Phases One, Two and Three and any other matter which a party contends is relevant to MDL 2179.  By **Friday, September 30, 2011**, any party who wants to examine McKay shall submit a request to the Court with the amount of examination sought and a brief explanation for the request.  Halliburton is not required to submit a request.  It will have 180 minutes (3 hours) in the final allocation.  If a party does not submit a request for examination time, it will not be permitted to question McKay unless a party with examination time cedes time.

<u>BP 30(b)(6) on Topic 7</u>

By **Friday, September 16, 2011,** BP will confirm the date for the deposition and identify the designee.

**8.    <u>Phase Two Discovery</u>**.

Anadarko and BP are working on a joint set of Phase Two discovery requests to the PSC and the States to be served on or about September 12, 2011.

The PSC served a request for Phase Two on BP.  The PSC and the U.S. are working on a joint Rule 30(b)(6) notices for BP and Anadarko.  They are also working on Rule 30(b)(6) notices for Wild Well Control and Oceaneering.

BP noted its concerns about limitations on the depositions for Phase Two.

**9.    <u>De-Designation of Confidentiality</u>**

The PSC reported on its need for an order regarding the de-designation of confidentiality for documents.  Transocean was asked to review the PSC's concerns, revise their order and submit it to the Court for review.

10.     **Stipulation Regarding Deposition of Caleb Holloway**

Transocean reported that it was working on BP's request for a stipulation.  Unless there is a request from one of the parties, this will not be on the agenda for the next meeting.

11.     **Reliance Exhibits**.

The Court reported that the PSC's deadline for its list of reliance exhibits was extended to **September 16, 2011**.  The U.S. shall submit its list as promptly as possible, but no later than **September 16, 2011**.  There was agreement with the PSC's statement that the reliance exhibit list is to contain those documents that it intends to offer into evidence with the expert's report as part of the direct examination of the expert.  By **Friday, September 16, 2011,** the PSC is also required to produce consideration materials which are not part of the production of documents in the case and which are not publicly available.

There was agreement that if an expert's report refers to a page number within a deposition, the parties are not required to create an exhibit for that deposition excerpt.

12.     **Deposition Cuts/Designations**.

Halliburton raised an issue about the submission of objections with the deposition cuts.  It requests that the parties be permitted to make their objections after seeing the final deposition cuts.  This will be on the agenda for the September 13, 2011 trial planning telephone conference.

Each deposition will be submitted as a package which shall include the deposition designations, the summaries from the parties, and their objections.  Color coding will not be required for the final deposition designations.  The deposition designations will be accompanied with a page or pages identifying the designations made by each party.

It was agreed that serious objections are to be made in a motion *in limine*.

The PSC reported that it is working to deliver cuts on twelve to fifteen depositions a week and will provide notice to the defendants of the depositions which are in progress so that defendants can begin working on their deposition cuts.

13.    **Technology Issues for February 27 Trial**.

The parties asked for identification of the contacts at the Courthouse for the parties' vendors to facilitate preparation for the trial.

14.    **Site Visit**.

Some of the family members of decedents on the Deepwater Horizon asked the USCG for permission to visit the site.  The U.S. shall submit the relevant information and an order will be issued to permit the site visit.

15.    **Deadlines for next thirty days from Order regarding Phase One Exhibits**.

09-16-2011    PSC and U.S. provide **reliance exhibit** lists.

09-12-2011    Deadline for contesting the **authenticity** of any document used in a deposition taken
                    prior to July 31, 2011.

09-14-2011    Deadline for the PSC to file  a list of **300 documents** produced by the defendants
                    (100 from BP; 50 from Transocean; 50 from Halliburton; 50 from Cameron; and 50
                    from Anadarko) which will be on its final exhibit list.

09-28-2011    Deadline for defendants to file **all substantive objections** to the PSC's list of 300
                    documents.

10-7-2011    Deadline for the party contesting the **authenticity** of a document to file a motion to
                    bring the issue before the Court where the objection was raised on September 12,
                    2011.

                    Transocean provides its **reliance exhibit** list.

7

16.     **Trial Planning**

The next trial planning meeting will take place on **Friday, September 30, 2011** immediately

following the Working Group conference.  All parties may participate.

17.     **Conference Schedule.**

| | |
|---|---|
| Friday, September 16, 2011 | Judge Barbier's status conference ONLY. |
| Friday, September 23, 2011 | No conference set. |
| Friday, September 30, 2011 at 9:30 a.m. | WGC followed by meeting of LCC, then TPC. |
| Friday, October 7, 2011 at 9:30 a.m. | WGC followed by meeting of LCC. |
| Friday, October 14, 2011 at 9:30 a.m. | WGC followed by meeting of LCC. |
| Friday, October 21, 2011 | After  Judge  Barbier's status conference - WGC followed by meeting of LCC. |
| Friday, October 28, 2011 at 9:30 a.m. | WGC followed by meeting of LCC. |
| Friday, November 4, 2011 at 9:30 a.m. | WGC followed by meeting of LCC. |
| Friday, November 11, 2011 | No conference set. |
| Friday, November 18, 2011 | After  Judge Barbier's status conference - WGC followed by meeting of LCC. |
| Friday, November 25, 2011 | No conference set. |
| Friday, December 2, 2011 at 9:30 a.m. | WGC followed by meeting of LCC. |
| Friday, December 9, 2011 at 9:30 a.m. | WGC followed by meeting of LCC. |
| Friday, December 16, 2011 | After  Judge Barbier's status conference - WGC followed by meeting of LCC. |
| Friday, December 23, 2011 | No conference set. |
| Friday, December 30, 2011 | No conference set. |
| Friday, January 6, 2012 at 9:30 a.m. | WGC followed by meeting of LCC. |

Friday, January 13, 2012 at 9:30 a.m.          WGC followed by meeting of LCC.

Friday, January 20, 2012                       After  Judge Barbier's status conference -
                                               WGC followed by meeting of LCC.

Friday, January 27, 2012 at 9:30 a.m.          WGC followed by meeting of LCC.

New Orleans, Louisiana, this 14th day of September, 2011.

                                               **SALLY SHUSHAN**
                                       **United States Magistrate Judge**