## STONE PIGMAN WALTHER WITTMANN L.L.C.

### COUNSELLORS AT LAW

PHILLIP A. WITTMANN
DIRECT DIAL: (504) 593-0804
DIRECT FAX: (504) 596-0804
E-Mail: pwittmann@stonepigman.com

546 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130-3588
(504) 581-3200
FAX (504) 581-3361
www.stonepigman.com

OUR FILE NUMBER

45,600

September 12, 2011

Honorable Sally Shushan
Magistrate Judge
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room B-345
New Orleans, Louisiana 70130

Re: Allocation of Time for September Depositions
MDL No. 2179

Dear Judge Shushan:

In response to this Court's Order of September 9, 2011 (Rec. Doc. 3963), Cameron International Corporation respectfully requests an additional 45 minutes of examination time, for a total of 2 hours, for the deposition of Rob Turlak currently scheduled for September 28 & 29, 2011. Mr. Turlak is a Transocean Subsea Manager and, as such, has knowledge concerning the operation and performance of BOPs. In addition, Mr. Turlak was a member of the Transocean investigative team and was involved in post-incident attempts to cap the well.

As to other depositions currently scheduled for the weeks of September 19 and 26, 2011, although Cameron may be willing to cede time to others in the event a witness does not implicate Cameron in his or her testimony, Cameron requests that its default allocation not be reduced. Cameron expects that it may need all its default time for these depositions.

With kind regards, I remain,

Sincerely,

*Phil Wittmann*

Phillip A. Wittmann

PAW:cmb

1069230v.1

STONE PIGMAN WALTHER WITTMANN L.L.C.

PAGE     2

September 12, 2011

    cc:    Defense Liaison Counsel
            Defense Steering Committee
            Plaintiff's Liaison Counsel
            Mr. R. Michael Underhill
            Mr. Luther Strange
            Mr. Corey L. Maze
            Mr. Ben Allums
            Mr. Michael O'Keefe

1069230v.1