# IN RE: DEEPWATER HORIZON LITIGATION
## MDL NO. 2179

| | |
|---|---|
| JAMES PARKERSON ROY | STEPHEN J. HERMAN |
| Domengeaux Wright Roy & Edwards LLC | Herman, Herman Katz & Cotlar, LLP |
| 556 Jefferson St. Suite 500 | 820 O'Keefe Ave. |
| Lafayette, LA 70501 | New Orleans, LA 70113 |
| E-Mail: jimr@wrightroy.com | E-Mail: sherman@hhkc.com |
| Telephone: (337) 233-3033 | Telephone: (504) 581-4892 |
| Direct: (337) 593-4190 | Direct: (504) 680-0554 |
| Fax: (337) 233-2796 | Fax: (504) 561-6024 |

September 13, 2011

*VIA* E-MAIL

J. Andrew Langan, Esq.
Kirkland & Ellis
300 N. LaSalle Street
Chicago, Illinois 60654
E-Mail: alangan@kirkland.com

Re: Adverse Witnesses to Appear Live at Trial

Dear Andy,

In response to the Court's Order of August 30, 2011 [Doc 3879], the PSC respectfully requests that BP bring the following witnesses to be questioned live at the Phase One Trial:

- Mark Bly
- Lamar McKay
- Cheryl Grounds

As always, we appreciate your cooperation in this matter.

Sincerely,

Stephen J. Herman
James Parkerson Roy
*Plaintiffs Co-Liaison Counsel*

cc: Hon. Sally Shushan (*via* E-Mail)
Defense Liaison Counsel (*via* E-Mail)
Mike Underhill, Esq.
Hon. Luther Strange
Robert T. "Bobo" Cunningham, Esq.
Paul Sterbcow, Esq.