

**U.S. Department of Justice**

**Civil Division, Torts Branch**
**Admiralty & Aviation**
**P.O. Box 36028**
**450 Golden Gate Avenue**
**San Francisco, CA 94102-3463**
*Overnight Delivery Address:*
*7th Floor, Room 7-5395*
*450 Golden Gate Avenue*
*San Francisco, CA 94102-3463*

Telephone: (415) 436-6648
Facsimile:  (415) 436-6632
Email:  mike.underhill@usdoj.gov

Via E-Mail                                                   September 13, 2011

Andy Langan                                       Kerry Miller
Kirkland & Ellis                                    Frilot, L.L.C.
300 North LaSalle                                1100 Poydras Street, Suite 3700
Chicago, Ill.  60654                             New Orleans, Louisiana 70163

                                                           Defense Liaison Counsel (E-mail Group)

Re:   *In Re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on*
       *April 20, 2010*
       USDC, EDLA, Civ. No. 10-MD-2179-CJB-SS

Dear Counsel:

In accordance with the Court's Order of August 30th (Docket No. 3879), the United States intends to call the following adverse witnesses to testify live at trial.  To the extent that a witness presently is employed by and/or under the control of a party defendant, the United States respectfully requests that the relevant party bring the witness to be questioned at the Phase I Trial:

o   David Sims (BP)
o   Greg Walz (BP)
o   Lee Lambert (BP)
o   James Kent (Transocean)
o   Kevin Lacey

As always, we thank you for your courtesy and consideration.

                                   Very truly yours,

                                   /s/ Mike Underhill
                                   R. Michael Underhill
                                   Attorney in Charge
                                   Dept. Of Justice, Torts Branch
                                   West Coast and Pacific Rim Office

cc: Via E-Mail
   Steve Herman
   Jim Roy
   Attorney General Luther Strange
   Corey Maze
   Robert Cunningham
   Paul Sterbcow
   Steve O'Rourke
   Magistrate Judge Sally Shushan
   Mike O'Keefe
   Ben Allums