### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * * | MDL NO.: 2179 |
| | * | SECTION: "J"-(1) |
| | * * | |
| THIS DOCUMENT RELATES TO: 11-CV-2024 | * * * | JUDGE CARL J. BARBIER |
| | * | MAGISTRATE JUDGE SALLY SHUSHAN |

*******************************************************************************

## MOTION TO SUBSTITUTE COUNSEL

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Louis Bayhi, who moves this Court for an Order enrolling and substituting attorneys Matthew E. Lundy and Hunter W. Lundy of Lundy, Lundy, Soileau & South, LLP as counsel for Plaintiff in place of Lawrence Blake Jones, David C. Whitmore and Joshua L. Rubenstein of Scheuermann & Jones, LLC as counsel of record for Louis Bayhi in the above-captioned matter, and in support thereof respectfully represents:

1.

Louis Bayhi was originally represented in this matter by attorneys Lawrence Blake Jones, David C. Whitmore and Joshua L. Rubenstein of Scheuermann & Jones, LLC. However, Mr. Bayhi has since terminated Mssrs. Jones, Whitmore and Rubenstein as his attorneys in this matter and desires to substitute attorneys Matthew E. Lundy and Hunter W. Lundy of Lundy, Lundy, Soileau & South, LLP in place of Mssrs. Jones, Whitmore and Rubenstein as his counsel of record herein.

2.

Louis Bayhi does not desire to have Mssrs. Jones, Whitmore and Rubenstein enrolled as co-counsel with Mssrs. Lundy and Lundy, nor does he desire for Mssrs. Jones, Whitmore and Rubenstein to otherwise be involved in this matter on his behalf, and so seeks to have Mssrs. Jones, Whitmore and Rubenstein removed from this matter as counsel of record on behalf of Mr. Bayhi.

3.

Opposing counsel has no objection to this substitution of counsel.

WHEREFORE, Louis Bayhi prays that this Court enter an Order enrolling attorneys Matthew E. Lundy and Hunter W. Lundy of the law firm of Lundy, Lundy, Soileau & South, LLP as counsel of record on behalf of Mr. Bayhi in this matter.

                Respectfully submitted,

                s/ Matthew E. Lundy
                MATTHEW E. LUNDY, #18988
                HUNTER W. LUNDY,
                LUNDY, LUNDY, SOILEAU & SOUTH, LLP
                501 Broad Street
                P.O. Box 3010
                Lake Charles, LA 70602
                (337) 439-0707 - Telephone
                (337) 439-1029 - Facsimile

                s/ Joshua Rubenstein
                JOSHUA RUBENSTEIN, #25229
                LAWRENCE B. JONES
                DAVID C. WHITMORE
                SCHEUERMANN & JONES, LLC
                One Shell Square
                701 Poydras Street
                Suite 4100
                New Orleans, LA 70139
                (504) 525-4361 - Telephone
                (504) 525-4380 – Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2011, a copy of the foregoing Motion to Substitute Counsel was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record:

s/ Matthew E. Lundy
MATTHEW E. LUNDY, #18988
HUNTER W. LUNDY,
LUNDY, LUNDY, SOILEAU & SOUTH, LLP
501 Broad Street
P.O. Box 3010
Lake Charles, LA 70602
(337) 439-0707 - Telephone
(337) 439-1029 – Facsimile

s/ Joshua Rubenstein
JOSHUA RUBENSTEIN
LAWRENCE B. JONES
DAVID C. WHITMORE
SCHEUERMANN & JONES, LLC
One Shell Square
701 Poydras Street
Suite 4100
New Orleans, LA 70139
(504) 525-4361 - Telephone
(504) 525-4380 - Facsimile
