UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig            MDL NO. 2179
    "Deepwater Horizon" in the Gulf
    of Mexico, on April 20, 2010          SECTION J

Applies to: *All Cases*                   JUDGE BARBIER
                                          MAGISTRATE JUDGE SHUSHAN

### ORDER

[Regarding Allocation of Time for Deposition of Richard Morrison]

At the August 12, 2011 Working Group Conference, the deposition of Richard Morrison was confirmed for October 18 and 19, 2011. The Responder defendants requested an hour of examination time. Rec. doc. 3730 at 6. The PSC requested two days for the deposition because Morrison possesses information on Phases One and Two. The deadline for any other party to request additional examination time for Morrison was September 12, 2011. Rec. doc. 3749. No requests were received. The default allocation for the remaining two day depositions was set in the June 28, 2011 order (Rec. doc. 3079).

|            | Standard Allocation | Reductions/ Additions | Revised Allocation |
|------------|---------------------|-----------------------|--------------------|
| Responders | 0 minutes           | plus 60               | 60 minutes         |
| PSC        | 290 minutes         | no change             | 290 minutes        |
| U.S.       | 110 minutes         | minus 10              | 100 minutes        |
| States     | 110 minutes         | minus 25              | 85 minutes         |
| Halliburton| 70 minutes          | no change             | 70 minutes         |
| Transocean | 70 minutes          | no change             | 70 minutes         |
| BP         | 70 minutes          | no change             | 70 minutes         |
| Cameron    | 70 minutes          | no change             | 70 minutes         |

| | | | |
|---|---|---|---|
| Anadarko | 45 minutes | minus 5 | 40 minutes |
| MOEX | 20 minutes | minus 5 | 15 minutes |
| Weatherford | 30minutes | minus 10 | 20 minutes |
| M-I Swaco | 15 minutes | minus 5 | 10 minutes |
| Drill Quip | <u>0 minutes</u> | no change | <u>0 minutes</u> |
| **Total** | **900 minutes** | | **900 minutes** |

Any appeal of this order must be filed by no later than noon on Monday, September 19, 2011

New Orleans, Louisiana, this 14th day of September, 2011.

                                                **Sally Shushan**
                                        **United States Magistrate Judge**