09:23AM

```
 1                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF LOUISIANA
 2

 3   ******************************************************************

 4   IN RE:  OIL SPILL BY THE
     OIL RIG DEEPWATER HORIZON
 5   IN THE GULF OF MEXICO ON
     APRIL 20, 2010
 6
                                  CIVIL ACTION NO. 10-MD-2179 "J"
 7                                NEW ORLEANS, LOUISIANA
                                  FRIDAY, SEPTEMBER 9, 2011, 9:30 A.M.
 8

 9   THIS DOCUMENT RELATES TO
     ALL ACTIONS
10
     ******************************************************************
11

12              TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS
               HEARD BEFORE THE HONORABLE SALLY SHUSHAN
13                  UNITED STATES MAGISTRATE JUDGE

14

15   APPEARANCES:

16
     FOR THE PLAINTIFFS'
17   LIAISON COUNSEL:         DOMENGEAUX WRIGHT ROY & EDWARDS
                              BY:  JAMES P. ROY, ESQUIRE
18                            P. O. BOX 3668
                              556 JEFFERSON STREET
19                            LAFAYETTE, LA  70502

20
                              HERMAN HERMAN KATZ & COTLAR
21                            BY:  STEPHEN J. HERMAN, ESQUIRE
                              820 O'KEEFE AVENUE
22                            NEW ORLEANS, LA  70113

23
     FOR THE PLAINTIFFS:      IRPINO LAW FIRM
24                            BY:  ANTHONY IRPINO, ESQUIRE
                              ONE CANAL PLACE
25                            365 CANAL STREET, SUITE 2990
                              NEW ORLEANS, LA  70130
```

1   APPEARANCES CONTINUED:

2

3                           WILLIAMSON & RUSNAK
                            BY:  JIMMY WILLIAMSON, ESQUIRE
4                           4310 YOAKUM BOULEVARD
                            HOUSTON, TX  77006
5

6                           LEVIN PAPANTONIO THOMAS MITCHELL
7                           RAFFERTY & PROCTOR
                            BY:  BRIAN H. BARR, ESQUIRE
8                           316 SOUTH BAYLEN STREET, SUITE 600
                            PENSACOLA, FL  32502
9

10

11  FOR THE FEDERAL
    GOVERNMENT INTERESTS:   U.S. DEPARTMENT OF JUSTICE
12                          TORTS BRANCH, CIVIL DIVISION
                            BY:  R. MICHAEL UNDERHILL, ESQUIRE
13                               SARAH D. HIMMELHOCH, ESQUIRE
                            450 GOLDEN GATE AVENUE
14                          7TH FLOOR, ROOM 5395
                            SAN FRANCISCO, CA  94102
15

16

17  FOR STATE INTERESTS:    ALABAMA ATTORNEY GENERAL'S OFFICE
                            BY:  COREY L. MAZE, ESQUIRE
                            500 DEXTER AVENUE
18                          MONTGOMERY, AL  36130

19

20  FOR THE STATE OF
    LOUISIANA:              KANNER & WHITELEY
21                          BY:  DOUGLAS R. KRAUS, ESQUIRE
                            701 CAMP STREET
22                          NEW ORLEANS, LA  70130

23

24

25

```
 1  APPEARANCES CONTINUED:

 2

 3  FOR BP AMERICA INC.,
    BP AMERICA PRODUCTION
 4  COMPANY, BP COMPANY
    NORTH AMERICA INC.,
 5  BP CORPORATION NORTH
    AMERICA INC.,
 6  BP EXPLORATION &
    PRODUCTION INC.,
 7  BP HOLDINGS NORTH
    AMERICA LIMITED,
 8  BP PRODUCTS NORTH
    AMERICA INC.:            LISKOW & LEWIS
 9                           BY:  DON K. HAYCRAFT, ESQUIRE
                             ONE SHELL SQUARE
10                           701 POYDRAS STREET
                             SUITE 5000
11                           NEW ORLEANS, LA  70139

12

13                           KIRKLAND & ELLIS
                             BY:  J. ANDREW LANGAN, ESQUIRE
14                                MARK J. NOMELLINI, ESQUIRE
                                  RYAN S. BABIUCH, ESQUIRE
15                           300 N. LASALLE
                             CHICAGO, IL  60654
16

17

18                           KIRKLAND & ELLIS
                             BY:  ROBERT R. GASAWAY, ESQUIRE
19                                JOSEPH A. EISERT, ESQUIRE
                             655 FIFTEENTH STREET, N.W.
20                           WASHINGTON, DC  20005

21

22

23

24

25
```

```
 1   APPEARANCES CONTINUED:

 2

 3   FOR TRANSOCEAN HOLDINGS
     LLC, TRANSOCEAN
 4   OFFSHORE DEEPWATER
     DRILLING INC., AND
 5   TRANSOCEAN DEEPWATER
     INC.:                      FRILOT
 6                              BY:  KERRY J. MILLER, ESQUIRE
                                ENERGY CENTRE, 36TH FLOOR
 7                              1100 POYDRAS STREET
                                NEW ORLEANS, LA  70163
 8

 9
                                SUTHERLAND ASBILL & BRENNAN
10                              BY:  RACHEL G. CLINGMAN, ESQUIRE
                                     CARTER L. WILLIAMS, ESQUIRE
11                              1001 FANNIN STREET, SUITE 3700
                                HOUSTON, TX  77002
12

13
                                GOFORTH LEWIS
14                              BY:  DANIEL O. GOFORTH, ESQUIRE
                                4900 WOODWAY, SUITE 750
15                              HOUSTON, TX  77056

16

17   FOR CAMERON INTERNATIONAL
     CORPORATION:               STONE PIGMAN WALTHER WITTMANN
18                              BY:  PHILLIP A. WITTMANN, ESQUIRE
                                     CARMELITE M. BERTAUT, ESQUIRE
19                              546 CARONDELET STREET
                                NEW ORLEANS, LA  70130
20

21
     FOR HALLIBURTON
22   ENERGY SERVICES, INC.:     GODWIN RONQUILLO
                                BY:  DONALD E. GODWIN, ESQUIRE
23                                   JENNY L. MARTINEZ, ESQUIRE
                                     STEFANIE K. MAJOR, ESQUIRE
24                              RENAISSANCE TOWER
                                1201 ELM STREET, SUITE 1700
25                              DALLAS, TX  75270
```

```
 1  APPEARANCES CONTINUED:

 2

 3                          GODWIN RONQUILLO
                            BY:  R. ALAN YORK, ESQUIRE
 4                          1331 LAMAR, SUITE 1665
                            HOUSTON, TX  77010
 5

 6
    FOR ANADARKO
 7  PETROLEUM CORPORATION,
    ANADARKO E&P COMPANY LP:
 8                          KUCHLER POLK SCHELL
                            WEINER & RICHESON
 9                          BY:  DEBORAH D. KUCHLER, ESQUIRE
                            1615 POYDRAS STREET, SUITE 1300
10                          NEW ORLEANS, LA  70112

11

12                          BINGHAM MCCUTCHEN
                            BY:  WARREN A. FITCH, ESQUIRE
13                               KY E. KIRBY, ESQUIRE
                            2020 K STREET, NW
14                          WASHINGTON, DC  20006

15

16  FOR MOEX OFFSHORE
    2007 LLC:               CARVER DARDEN KORETZKY TESSIER
17                          FINN BLOSSMAN & AREAUX
                            BY:  PHILLIP D. NIZIALEK, ESQUIRE
18                          1100 POYDRAS STREET, SUITE 3100
                            NEW ORLEANS, LA  70163
19

20                          PILLSBURY WINTHROP SHAW PITTMAN
21                          BY:  EDWARD FLANDERS, ESQUIRE
                            1540 BROADWAY
22                          NEW YORK, NY  10036

23

24

25
```

```
 1  APPEARANCES CONTINUED:

 2

 3  FOR M-I L.L.C.:          MORGAN, LEWIS & BOCKIUS
                             BY:  JAMES B. TARTER, ESQUIRE
 4                                DENISE SCOFIELD, ESQUIRE
                             1000 LOUISIANA STREET, SUITE 4000
 5                           HOUSTON, TX  77002

 6

 7  FOR O'BRIEN'S RESPONSE
    MANAGEMENT, INC.,
 8  SEACOR HOLDINGS, INC.,
    SEACOR OFFSHORE LLC,
 9  SEACOR MARINE, LLC,
    SEACOR WORLDWIDE, INC.,
10  SEACOR MARINE, INC.,
    SEACOR MARINE
11  INTERNATIONAL, INC.,
    AND SIEMENS FINANCIAL,
12  INC.:                    WEIL GOTSHAL & MANGES
                             BY:  THEODORE E. TSEKERIDES, ESQUIRE
13                           767 FIFTH AVENUE
                             NEW YORK, NY  10153
14

15

16  FOR DRIL-QUIP,
    INC.:                    WARE, JACKSON, LEE & CHAMBERS
                             BY:  C. DENNIS BARROW, JR., ESQUIRE
17                           2929 ALLEN PARKWAY, 42ND FLOOR
                             HOUSTON, TEXAS  77019
18

19

20  FOR MARINE SPILL
    RESPONSE CORPORATION:     BLANK ROME
                             BY:  ALAN M. WEIGEL, ESQUIRE
21                           THE CHRYSLER BUILDING
                             405 LEXINGTON AVENUE
22                           NEW YORK, NY  10174

23

24

25
```

```
 1   APPEARANCES CONTINUED:

 2

 3   FOR MDL 2185:            MITHOFF LAW FIRM
                              BY:  WILLIAM STRADLEY, ESQUIRE
 4                            3450 ONE ALLEN CENTER
                              500 DALLAS STREET
 5                            HOUSTON, TX  77002

 6

 7
     OFFICIAL COURT REPORTER:     CATHY PEPPER, CRR, RMR, CCR
 8                                CERTIFIED REALTIME REPORTER
                                  500 POYDRAS STREET, ROOM HB406
 9                                NEW ORLEANS, LA  70130
                                  (504) 589-7779
10                                Cathy_Pepper@laed.uscourts.gov

11   PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
     PRODUCED BY COMPUTER.
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                              **I N D E X**

2

3    AGENDA ITEMS                                        PAGE

4

5    BOP PRESERVATION WORK................................. 13

6    CAPTAIN ENGLEBERT IS THE COURT-APPOINTED MASTER FOR   13

7    THE FURTHER PRESERVATION CUSTODIAL WORK AND

8    SUPERVISION OF ANY REMAINING TESTING..................

9    STATUS OF THE PROTOCOL FOR THE LASER SCAN OF THE      13

10   CAPPING STACK.........................................

11   ROV AT THE WELL SITE.................................. 17

12   COMPLETION OF PHASE I DISCOVERY....................... 17

13   MOTIONS TO COMPEL BY THE UNITED STATES WITH RESPECT TO 27

14   THE PARTY UPON WHOM WE'VE SERVED DISCOVERY............

15   TECHIE ISSUES IN TERMS OF UNREADABLE FILES, METADATA  28

16   AND SO FORTH.........................................

17   PENDING MOTIONS...................................... 29

18   TWO MOTIONS WITH HALLIBURTON......................... 29

19   INTERROGATORY 24..................................... 30

20   MOTION TO RECONSIDER................................. 30

21   ISSUE ABOUT HALLIBURTON'S MOTION FOR LEAVE TO AMEND   31

22   THEIR CROSSCLAIM.....................................

23   TRANSOCEAN HAS FILED A MOTION TO DISMISS CERTAIN      31

24   PLAINTIFFS' CLAIMS FOR FAILURE TO PARTICIPATE IN

25   DISCOVERY REGARDING MAINTENANCE AND CURE..............

1   LOUISIANA'S MOTION FOR RECONSIDERATION OF THE          32

2   DEADLINES THAT WE SET FOR PRODUCTION OF DOCUMENTS......

3   COMPLETION OF PHASE I WRITTEN DISCOVERY................  32

4   THE SCHEDULING OF THE GRANT OF OUR MOTION TO COMPEL     32

5   AND THE APPEAL DEADLINE SET VERSUS THEIR COMPLIANCE

6   DEADLINE..............................................

7   PHASE I WRITTEN DISCOVERY.............................  33

8   TWO QUICK POINTS ON FOLLOWING UP ON THE DISCUSSION     34

9   FROM SARAH............................................

10  VESSELS OF OPPORTUNITY DISCOVERY......................  35

11  BP REQUEST FOR TRANSOCEAN TO MODIFY ITS SEARCH TERMS... 35

12  WELL ADVISOR PROGRAM..................................  36

13  BARRY BRANIFF.........................................  38

14  DANIEL BARRON.........................................  38

15  TELEPHONE CONFERENCE RELEVANT TO THE INTERPLEADER      39

16  ISSUES ON MONDAY......................................

17  DR. RAVI..............................................  39

18  HALLIBURTON SENT A CLAWBACK REQUEST FOR A NUMBER OF    45

19  DOCUMENTS THAT RELATE TO DR. RAVI.....................

20  ARRANGEMENTS FOR LONDON...............................  46

21  STEWART LACY..........................................  46

22  RICHARD MORRISON......................................  49

23  TOPIC 7 WITNESS.......................................  49

24  NEIL SHAW.............................................  49

25  SARAH SANDERS.........................................  50

1   EWEN FLORENCE......................................... 51

2   PHASE II DISCOVERY.................................... 52

3   WRITTEN DISCOVERY REQUESTS TO BE JOINT................ 52

4   FRONT LOADING THE 30(B)(6) PROCESS ON PHASE II........ 54

5   STEWART LACY'S DEPO AND THE CUSTODIAL FILE............ 56

6   BEEPING ON THE TELEPHONE LINE........................ 56

7   PHASE II IN SEPTEMBER ALL OF THE WRITTEN DISCOVERY    60

8   THAT YOU ANTICIPATE NEEDING...........................

9   DE-DESIGNATION OF CONFIDENTIALITY..................... 60

10  CALEB HOLLOWAY....................................... 63

11  TRIAL PLANNING MEETING AT NOON ON MONDAY.............. 68

12  RELIANCE EXHIBIT LIST................................ 69

13  JUDGE BARBIER'S DESIRE TO START READING IN ADVANCE..... 70

14  OBJECTIONS........................................... 71

15  DEPO CUTS............................................ 71

16  TWO-PAGE SUMMARIES................................... 73

17  POST AUGUST 31ST DEPOS............................... 73

18  WORLDWIDE............................................ 74

19  CONTACT FOR BRINGING IN THE HIGH-SPEED INTERNET HARD  74

20  WIRE.................................................

21  DEB'S COMMUNICATION.................................. 75

22  COUNTERDESIGNATING AMONG DEFENDANTS.................. 75

23  DEADLINES............................................ 77

24  AUTHENTICITY OBJECTIONS.............................. 77

25  DOCUMENT DESIGNATIONS................................ 77

1  SUBSTANTIVE OBJECTIONS.................................  77

2  MOTIONS WITH REGARD TO AUTHENTICITY...................  77

3  BP'S REQUEST FOR SHEAR TEST PROCEDURES................  78

4  REQUEST FOR ADDITIONAL DEPOSITION TIME FOR THE WEEKS   78

5  OF SEPTEMBER 19TH AND 26TH............................

6  NEXT WEEK A CONFERENCE WITH JUDGE BARBIER ONLY.........  79

7  JUDGE SHUSHAN IS OUT FRIDAY, SEPTEMBER 23RD...........  79

8  NEXT CONFERENCE IS FRIDAY, SEPTEMBER 30, 2011, AT      79

9  9:30 A.M..............................................

10 PHASE I EXPERT DEPS, THE COAUTHOR ISSUE...............  79

11 REQUEST FROM THE NEXT OF KIN OF THE DECEDENTS OF THE   80

12 *HORIZON* TO GO OUT FOR SOME TYPE OF A SITE VISIT........

13 SHORT FORM............................................  81

14 TRANSOCEAN'S ISSUE IN GETTING THE EQUIPMENT BACK AFTER  81

15 THE TESTING IS DONE...................................

16

17

18

19

20

21

22

23

24

25

**P-R-O-C-E-E-D-I-N-G-S**

FRIDAY, SEPTEMBER 9, 2011

M O R N I N G   S E S S I O N

(COURT CALLED TO ORDER)


THE COURT:  Good morning, everybody.  Well, it's been a while.  Let me see if I recognize everybody.

Did it turn out to be a break or is my impression that you all were working as hard as usual correct?

MR. HAYCRAFT:  There weren't any depositions.

THE COURT:  I guess that's a plus.

MR. FITCH:  Judge, I would say one thing, it was supposed to be a quiet period, but one couldn't help but observe that this court issued at least 14 or 15 orders.  I mean that not critically.

THE COURT:  No, I understand.

MR. FITCH:  I actually wanted to say we all appreciate it very much.

THE COURT:  Yes, we decided we would take advantage of your time off to catch up; so, yes, we were busy while you were gone.

Anyway...all right.  Let's see.  Okay.  We don't have anybody on the line that I can see.  Mark Cohen, are you on the line?  It doesn't appear that he is; so, we don't have a

09:34AM 1 report on the BOP preservation work.  Last I heard was they were

09:34AM 2 in the process of taking the temporary building down, and that

09:34AM 3 was that.

09:34AM 4          I do intend to appoint Captain Englebert as the

09:34AM 5 court-appointed master for the further preservation custodial

09:34AM 6 work and supervision of any remaining testing that will go on,

09:34AM 7 and I'm working on that order now.

09:34AM 8          Let's see.  Does anybody have an update for us on

09:34AM 9 the status of the protocol for the laser scan of the capping

09:34AM 10 stack?  Jimmy?  Mr. Underhill.  You made it to the podium first.

09:35AM 11          MR. UNDERHILL:  No, I was going to ask my friend and

09:35AM 12 colleague, Mr. Gasaway.  We can do a tag team actually.

09:35AM 13          THE COURT:  Come on up, Mr. Gasaway.

09:35AM 14          MR. UNDERHILL:  I had dinner with Rob last night.  We

09:35AM 15 have our skit worked out, so I know, my parts, his parts.

09:35AM 16          THE COURT:  How much alcohol did this involve?

09:35AM 17          MR. UNDERHILL:  Very little.  Absolutely none, in fact.

09:35AM 18 In fact, Rob and I wanted to comment, you know, invoking the

09:35AM 19 McCarthy hearing days in last night's football games, we are not

09:35AM 20 now nor have we ever been Green Bay Packer fans.

09:35AM 21          THE COURT:  We appreciate that.  That's good, Underhill.

09:35AM 22          MR. UNDERHILL:  Your Honor, Rob told me to be polite

09:35AM 23 about this to my DNV friends.  We recently received a proposal

09:35AM 24 that was a mere $800,000 or so.  I'm not going to describe our

09:36AM 25 reaction, and probably Rob won't describe his reaction, but we

09:36AM  1   would respectfully suggest to our colleagues that perhaps they go
09:36AM  2   back to the drawing board on the price issue, that if they think
09:36AM  3   that this is a sole source contract that will allow one to simply
09:36AM  4   name the price, then perhaps we have a difference of opinion with
09:36AM  5   them.
09:36AM  6        So we're working to try to get through the
09:36AM  7   technical issues.  There is some bumps in the road, and Rob and I
09:36AM  8   talked last night to see if we can smooth over some of those
09:36AM  9   bumps between BP and the U. S., and so we're going to continue
09:36AM 10   working on that.  The price issue is something I think we
09:36AM 11   collectively have an interest in working on.
09:36AM 12        There is no date, correct me if I'm wrong, but I
09:36AM 13   think since we have no contract there is no date to start it, but
09:36AM 14   it's in our interest to start it as soon as we can.  Robert, have
09:36AM 15   I misstated anything?
09:36AM 16        MR. GASAWAY:  No.  Absolutely.  I just want to emphasize
09:36AM 17   the *start as soon as we can*.  Obviously what we are looking for
09:37AM 18   is to get something closer to the price that Mr. O'Rourke and I
09:37AM 19   talked about, closer to the functionality but still going forward
09:37AM 20   quickly.
09:37AM 21        THE COURT:  Have you all had initial discussions with
09:37AM 22   DNV about this?
09:37AM 23        MR. GASAWAY:  We've had some discussions, but I had
09:37AM 24   not -- there was some e-mail traffic back and forth that I need
09:37AM 25   to get straightened out with Mike.

09:37AM 1          Let me just say, my recollection about the alcohol
09:37AM 2   may be a little different than Mike's, for the record, but I did
09:37AM 3   need --
09:37AM 4          THE COURT:  I didn't think he was telling the truth.
09:37AM 5          MR. GASAWAY:  I know.  We're good.
09:37AM 6          MR. GODWIN:  We saw him.  He was not.
09:37AM 7          MR. UNDERHILL:  Thanks, Don.  I appreciate that.  I'll
09:37AM 8   return the favor, everybody.
09:37AM 9          THE COURT:  You were at Herbsaint last night; is that
09:37AM 10  correct?
09:37AM 11         MR. UNDERHILL:  Only for the gumbo.
09:37AM 12         MR. GASAWAY:  Anyway, there was some e-mail back and
09:37AM 13  forth, and I wanted to talk to Mike first.  I think that what we
09:37AM 14  need to do is go back, get a better functionality, get a better
09:37AM 15  price, but still we really do want this to happen very quickly,
09:38AM 16  and we're going to try to make things happen this week and report
09:38AM 17  to you next week, if at all possible.  We were hoping that Mark
09:38AM 18  would be here or on the line but we'll have to get back to you on
09:38AM 19  that.
09:38AM 20         THE COURT:  If you want, what we can do is after this
09:38AM 21  morning's conference, we can see if we can get him on the phone.
09:38AM 22         MR. GASAWAY:  That would be much appreciated.
09:38AM 23         THE COURT:  What do you think of that idea?
09:38AM 24         MR. UNDERHILL:  That's good.
09:38AM 25         THE COURT:  Okay.  Jimmy, you're invited to participate.

09:38AM  1          MR. WILLIAMSON:  Your Honor, Jimmy Williamson for the

09:38AM  2     PSC.  We had expressed interest in preserving the capping stack.

09:38AM  3     We have not been part of the discussions between the U. S., and

09:38AM  4     we have no objection to the preservation and no objection to --

09:38AM  5     but we believe that that time and still believe that that cost

09:38AM  6     should have been much more minimalistic.  Since we haven't been

09:38AM  7     involved, I want to make sure the Court knows that the PSC

09:38AM  8     doesn't feel justified in expending PSC money towards that

09:38AM  9     venture on those levels.  I kind of want to make sure everybody

09:38AM 10     knows that now.

09:38AM 11          THE COURT:  Is there a lower level at which the PSC

09:39AM 12     would be interested?

09:39AM 13          MR. WILLIAMSON:  Well, I certainly would have to discuss

09:39AM 14     that issue with the chiefs, but we generally agree with that

09:39AM 15     concept of preserving the capping stack.  We certainly have no

09:39AM 16     objection to the testing that the U. S. and BP are proposing.

09:39AM 17          But at the levels of preservation, at the

09:39AM 18     Smithsonian levels of preservation that they are proposing, we

09:39AM 19     hereby do not feel that the matter has that priority in terms of

09:39AM 20     us contributing, and I want to make sure that I tell you that.  I

09:39AM 21     have not been a part of my good friends in terms of their

09:39AM 22     discussions, and I'll be happy to do so whatever the Court wants,

09:39AM 23     but I kind of need to make sure the Court knows that.

09:39AM 24          THE COURT:  I appreciate that.  Good.  Thank you.

09:39AM 25          All right.  So you guys don't leave after the

09:39AM 1    conference.  We'll see if we can move forward on that issue.

09:39AM 2            Okay.  I believe that everyone was satisfied with,

09:40AM 3    Rob, the information you provided with regard to the ROV at the

09:40AM 4    well site.  I saw one communication in the last couple of days

09:40AM 5    that asked for any documentation.  I assume you're taking care of

09:40AM 6    that?

09:40AM 7            MR. GASAWAY:  Right.  Again, Rob Gasaway on behalf of

09:40AM 8    BP.  Let me emphasize again that this obviously was not directed

09:40AM 9    in any way by counsel, so these are our clients, and I'm not sure

09:40AM 10   what level of documentation there is.  We'll investigate that,

09:40AM 11   and I'll have an answer for the Court and the parties next week.

09:40AM 12           THE COURT:  I think that's fine.  I'm satisfied but if

09:40AM 13   anybody requests further information, let them have it.

09:40AM 14           MR. GASAWAY:  Okay.  Thank you, Your Honor.

09:41AM 15           THE COURT:  All right.  Let's talk about completion of

09:41AM 16   Phase I discovery, which I know everybody wants to do, but we

09:41AM 17   don't seem to be getting there.

09:41AM 18           Sarah, are you on the phone?

09:41AM 19           MS. HIMMELHOCH:  I am, Your Honor.

09:41AM 20           THE COURT:  How are you doing today?

09:41AM 21           MS. HIMMELHOCH:  I'm okay.  How about yourself?

09:41AM 22           THE COURT:  I'm okay.  I thought you did a lovely job on

09:41AM 23   updating us on the status of BP, I'm sorry, the U.S. production,

09:41AM 24   and I appreciate that update.  We do seem to have a little

09:41AM 25   problem that Rob Gasaway pointed out to us in his letter of

09:41AM 1    yesterday.  I take it you've seen that?

09:41AM 2         MS. HIMMELHOCH:  I have, Your Honor, and I'm prepared to

09:41AM 3    discuss that, if you wish.

09:41AM 4         THE COURT:  Rob, come on up.  I guess we should have

09:41AM 5    just reserved a place for you this morning, right?

09:42AM 6         Sarah, I guess my question to you is this:  I had

09:42AM 7    not understood that the production of documents from the

09:42AM 8    individual departments which involve communications with the

09:42AM 9    Executive Office would be withheld and then reviewed en globo at

09:42AM 10   the end of this process.  That's the issue that Rob seems to have

09:42AM 11   a real problem with.

09:42AM 12        We had thought that this was going to be an ongoing

09:42AM 13   production from each of the departments, and I'm a little

09:42AM 14   surprised to find out that that's not what was happening.

09:42AM 15        MS. HIMMELHOCH:  I think part of that was that my job on

09:43AM 16   the status report wasn't quite as lovely as you just complimented

09:43AM 17   it for being.

09:43AM 18        We have produced, for instance, a large quantity of

09:43AM 19   the Flow Rate Technical Group related EOP communications with the

09:43AM 20   agencies because those were reviewed by the Executive Office of

09:43AM 21   the President in preparation of the FOIA responses, and we have

09:43AM 22   produced all of the FOIA responses from the agencies involved in

09:43AM 23   the flow rate estimates.

09:43AM 24        What we're reviewing now, what the EOP is reviewing

09:43AM 25   now are the communications that were not part of the FOIA

09:43AM 1   responses, and they are re-reviewing the FOIA responses to see if

09:43AM 2   some of the redactions which were made to protect confidential

09:43AM 3   business information can be removed because we are producing them

09:43AM 4   in the context of a protective order.

09:43AM 5        So we have produced those communications that

09:43AM 6   occurred, that were -- have already been produced in response to

09:44AM 7   FOIA.  We are working, honestly, as fast as we can to get the

09:44AM 8   remainder of the Executive Office of the President's records

09:44AM 9   reviewed and out the door.

09:44AM 10       The problem we've had -- I don't want to play a

09:44AM 11  little violin, but I do want to say that this is the first case

09:44AM 12  I've had in which during the discovery period my responding

09:44AM 13  agencies have dealt with a forest fire that shut down one

09:44AM 14  facility, a cyber attack that shut down another facility, an

09:44AM 15  earthquake, and a hurricane, and then torrential rains, all of

09:44AM 16  which have closed down the individuals who are working on getting

09:44AM 17  these documents sorted and determining what of those

09:44AM 18  communications can go out with further review and what need to go

09:44AM 19  to the Executive Office of the President for production.

09:44AM 20       We've overcome those obstacles.  We are going to be

09:45AM 21  doing a rolling production out of the Executive Office of the

09:45AM 22  President review.  We are hoping that as they get familiar with

09:45AM 23  what the agencies have collected and they remind themselves of

09:45AM 24  what those communications were, that there are going to be large

09:45AM 25  swaths that we can take out of their review pipeline and produce

09:45AM 1    without further review.

09:45AM 2          I serve at the pleasure of several people under the

09:45AM 3    president, who serve at the pleasure of the president, and

09:45AM 4    they've directed me that many of these communications -- you have

09:45AM 5    to remember that we are producing from the files of the secretary

09:45AM 6    of interior, the secretary of energy, the administrator of NOAA,

09:45AM 7    the administer of the Environmental Protection Agency, the

09:45AM 8    secretary of Homeland Security.  These are individuals who have

09:45AM 9    lots of sensitive communications with the Executive Office of the

09:45AM 10   President, and we cannot take the approach that we've taken with

09:46AM 11   many of the other records, which is simply to run the search

09:46AM 12   terms and auto produce without further review documents that

09:46AM 13   might -- that would, in the olden days, have received an eyeball

09:46AM 14   privilege review before production.

09:46AM 15         The short answer is I understand BP's urgency to

09:46AM 16   receive this information.  We have faced significant

09:46AM 17   weather-related obstacles.  We have overcome those, and we are

09:46AM 18   working as fast as we can, and we will be doing a rolling

09:46AM 19   production.  In the meantime, the majority of the responsive EOP

09:46AM 20   communications relating to flow rate have been reduced, albeit in

09:46AM 21   redacted form in the FOIA responses.

09:46AM 22         THE COURT:  Now, I'm going to ask Rob to signify his

09:46AM 23   understanding or ask further questions before we proceed from

09:46AM 24   there.

09:47AM 25         MR. GASAWAY:  Well, let me say that the FOIA

09:47AM 1   communications, we think, are much more limited than what we'll

09:47AM 2   ultimately see.  Remember in the status report, I think it was on

09:47AM 3   page 22 she says, quote, "high volume," so if we certainly have

09:47AM 4   had -- think that we have all of the FOIA responses that were

09:47AM 5   either generated due to request of BP or we asked for responses

09:47AM 6   to other people too; so, we have seen those.

09:47AM 7        Let me say that I don't think that the volume of

09:47AM 8   those is such that it would cause this sort of delay.  That's one

09:47AM 9   point.  Secondly, we do appreciate looking at the redactions

09:47AM 10  because what we have in terms of the FOIA responses is often all

09:47AM 11  redaction and just sort of a form there; so, certainly that needs

09:47AM 12  to be done.

09:47AM 13       To say that there has been a production already

09:47AM 14  through the FOIA responses, I think, is true to some extent.  You

09:47AM 15  saw in our earlier letter in July that there is some information,

09:47AM 16  but it's very, very sketchy and not the extent of information or

09:48AM 17  the usefulness that you would get from reading page 22 where it

09:48AM 18  talks about high volume.

09:48AM 19       THE COURT:  Insignificant communications.

09:48AM 20       MR. GASAWAY:  Exactly.  So obviously we'll see what we

09:48AM 21  see when we see it, but we're at this point convinced that there

09:48AM 22  are additional things there.  That's one thing I would say.

09:48AM 23       The second thing I would say is just with regard to

09:48AM 24  process, and both our understanding of the process and then our

09:48AM 25  suggestion as to what a good process will be.  We certainly don't

09:48AM 1    want to receive sensitive communications that we have no right to

09:48AM 2    receive from these high-level officials.  I can say that right

09:48AM 3    now.  We don't think that it is the case that you need to gather

09:48AM 4    the documents from all of those officials that Sarah just

09:48AM 5    mentioned in order to review the documents of any one.

09:48AM 6            So we're very interested in what Sarah called a

09:48AM 7    *rolling production*, and we're very interested in going forward,

09:48AM 8    and whoever the people, the appropriate people are to review one

09:49AM 9    set of those.  We would love to get Secretary Chu's, for

09:49AM 10   instance, or the NOAA documents or any one of those things to

09:49AM 11   start in on one of those and then produce those as soon as

09:49AM 12   possible.

09:49AM 13           Then the third thing we would just say in terms of

09:49AM 14   timing, you read this in the letter, we had understood that these

09:49AM 15   documents -- the deadline for producing these documents was going

09:49AM 16   to be August 31st, and we only learned about this different type

09:49AM 17   of process after that deadline.

09:49AM 18       THE COURT:  Sarah, do you want to comment further with

09:49AM 19   regard to those three points that Rob made?

09:49AM 20       MS. HIMMELHOCH:  Yes.  The high volume in part is a

09:49AM 21   result of duplication.  Once you start using e-mail, you get

09:49AM 22   five, ten, fifteen copies of the same communication, and so when

09:49AM 23   I referred to *high volume* in the status report, I was in part

09:49AM 24   referring to the fact that the same e-mail may have gone to 10 or

09:50AM 25   15 people, which means you've got 10 or 15 copies in what was

09:50AM 1    collected.

09:50AM 2            As anyone who has done a large privilege review

09:50AM 3    knows, if you have 10 or 15 different people look at the same

09:50AM 4    document, you have some concern that there are going to be

09:50AM 5    inconsistent privilege calls which both wastes the parties' time

09:50AM 6    in litigating the privilege calls and is, frankly, an ethical

09:50AM 7    problem for the attorneys who are attempting to defend legitimate

09:50AM 8    privileges of the United States.

09:50AM 9            We agree with Rob that these were supposed to be

09:50AM 10   produced on August 31st.  We had every reason to believe that we

09:50AM 11   were going to be in a position to do that, and we just had a

09:50AM 12   series of technical difficulties that prevented us from meeting

09:50AM 13   that deadline.

09:50AM 14           I'm not going to pretend we didn't miss our

09:50AM 15   deadline on that.  I'm not going to pretend that we're behind

09:50AM 16   where we should have been, but I saw Mr. Gasaway's colleague come

09:51AM 17   up to the podium four or five or six times in status conferences

09:51AM 18   when I first became involved in this case, and Mr. Nomellini

09:51AM 19   said, you know, when you produce three million pages of documents

09:51AM 20   you can't get it all done right at the same time.  I think that

09:51AM 21   goes even farther when you're talking about 17 or 18 million

09:51AM 22   cases of documents.  This was one that didn't keep up with the

09:51AM 23   rest of the pack, and we are working as fast as we can to fix it.

09:51AM 24           On the last question of the two priorities that

09:51AM 25   Mr. Gasaway noted, which is the Flow Rate Technical Group and

09:51AM 1  Secretary Chu's e-mails, I will say that those are in the queue

09:51AM 2  that the White House is looking at right now.

09:51AM 3         We are going to have them continue to review what

09:51AM 4  we've already collected, and as we collect more, particularly

09:51AM 5  from the Coast Guard, we will de-duplicate and send those over to

09:51AM 6  the Executive Office of the President.  So we will be turning

09:52AM 7  those out, and I have every reason to believe that the

09:52AM 8  secretary's e-mails and the FRTG e-mails that relate to flow rate

09:52AM 9  will be among the first that make it through the queue at the

09:52AM 10 EOP.

09:52AM 11        THE COURT:  Sarah, let's make sure that we're on the

09:52AM 12 same page.  This is going to be on a rolling basis; in other

09:52AM 13 words, we're not going to wait for all of them to be reviewed to

09:52AM 14 come out, right?

09:52AM 15        MS. HIMMELHOCH:  Oh, absolutely.  Yes.  We've broken

09:52AM 16 it -- we are breaking it into what we call *batches* of 500

09:52AM 17 documents each.  As the reviewer gets through those 500

09:52AM 18 documents, we then will produce that which is nonprivileged and

09:52AM 19 we will log that which is not and get the log out as quickly as

09:52AM 20 possible after that batch is completed.

09:52AM 21        THE COURT:  Okay.  Does this rolling process also

09:52AM 22 include review of the redacted FOIA documents?

09:52AM 23        MS. HIMMELHOCH:  Yes.  We think -- I don't want to go

09:52AM 24 into too much detail for border parties, but we can't

09:53AM 25 electronically match up the redacted documents and the unredacted

09:53AM  1    e-mails because the redacted documents are in PDF and the e-mails
09:53AM  2    are in their native format; so, we have simply put all of the
09:53AM  3    e-mails, whether they had redactions or not, into the review
09:53AM  4    chain.
09:53AM  5              We have removed those that have already been
09:53AM  6    produced to the other parties, so they are looking at them new,
09:53AM  7    and we'll produce them understanding that they can produce
09:53AM  8    Privacy Act information and they can produce confidential
09:53AM  9    business information with the appropriate labels under the
09:53AM 10    pretrial order.
09:53AM 11              So, yes, they are reviewing the e-mails that BP has
09:53AM 12    now in redacted format in an unredacted format and will not be
09:53AM 13    applying the same level of redactions because of the existence of
09:53AM 14    the pretrial order.
09:53AM 15              THE COURT:  That's helpful.  Okay.
09:53AM 16              Rob, any other questions?
09:53AM 17         MR. GASAWAY:  I just ask Sarah:  For that first batch of
09:53AM 18    rolling documents that we were talking about making, the
09:54AM 19    Secretary Chu and the Flow Rate Technical Group documents, what
09:54AM 20    would be the estimate to complete for that?
09:54AM 21         MS. HIMMELHOCH:  I can pull one out of my ear, sir, or I
09:54AM 22    could send you an e-mail mid week next week when I've got that
09:54AM 23    estimate from the Executive Office of the President.
09:54AM 24         MR. GASAWAY:  Well, since it's from your ear, I wouldn't
09:54AM 25    mind hearing it.

09:54AM  1          MR. UNDERHILL:  You asked for that one, Sarah.  You
09:54AM  2   asked for it.
09:54AM  3          THE COURT:  Sarah, that was pretty good.
09:54AM  4          MS. HIMMELHOCH:  I really do think we're going to begin
09:54AM  5   producing from the Executive Office of the President in the next
09:54AM  6   two weeks.
09:54AM  7          THE COURT:  Okay.  Rob, anything further?
09:54AM  8          MR. GASAWAY:  I'll just say obviously, you know, I'll
09:54AM  9   make the point --
09:54AM 10          THE COURT:  Sooner than two weeks; is that correct?
09:54AM 11          MR. GASAWAY:  That is correct.  I think we've made our
09:54AM 12   point with Your Honor, and I appreciate you putting this at the
09:55AM 13   top.
09:55AM 14          THE COURT:  Sarah, whatever we can do to expedite it.
09:55AM 15   It did come as a surprise, and we know you've had all kinds of
09:55AM 16   weather conditions.  You sound like Mike Underhill these days.
09:55AM 17   That's not a compliment.
09:55AM 18          MR. UNDERHILL:  I was going to seek clarification.
09:55AM 19          THE COURT:  Whatever you can do to urge the
09:55AM 20   Executive Office to get the review done, especially with regard
09:55AM 21   to the two priorities that Rob has listed for you, and get those
09:55AM 22   turned around and out, that would be really helpful to
09:55AM 23   completing.
09:55AM 24          MS. HIMMELHOCH:  I will communicate the Court's urgency
09:55AM 25   to all of the involved parties.

09:55AM 1          THE COURT:  All right.  I appreciate it.  You could get

09:55AM 2     the president involved in this.

09:55AM 3          MS. HIMMELHOCH:  Somehow I think that there are several

09:55AM 4     layers and a dozen or so Secret Service agents who could prevent

09:55AM 5     that.

09:55AM 6          THE COURT:  Probably a good point.  Okay.  Thank you.

09:56AM 7               Andy, have you got anything you want to add to

09:56AM 8     Sarah before we move on to the next item?

09:56AM 9          MS. HIMMELHOCH:  I do have one question for you related

09:56AM 10    to motions to compel by the United States with respect to the

09:56AM 11    party upon whom we've served discovery.  I don't know if this is

09:56AM 12    a good time to raise that question.

09:56AM 13         THE COURT:  Go ahead.

09:56AM 14         MS. HIMMELHOCH:  We have an agreed-upon mutual deadline

09:56AM 15    with BP of October 15th.  We have a date to APC and AEP of

09:56AM 16    September 15th, but we're unclear whether there is an existing

09:56AM 17    deadline on us with respect to Transocean and MOEX, and if there

09:56AM 18    isn't, we would like that to be the October 15th date.

09:56AM 19         THE COURT:  Any objection to that?  All right.  Sold to

09:56AM 20    the lowest bidder.

09:56AM 21         MS. HIMMELHOCH:  Thank you very much.

09:56AM 22         MR. GASAWAY:  Your Honor, can I raise one more issue,

09:57AM 23    here, Sarah, before you drop off the line, relating to the status

09:57AM 24    report.

09:57AM 25         THE COURT:  Sure.  Go ahead.

09:57AM  1      MR. GASAWAY:  Thank you.  Sarah, this concerns some of
09:57AM  2  the technical issues that we have been exchanging letters about.
09:57AM  3  I tried to talk to Mike about this last night, but he referred me
09:57AM  4  two to you.
09:57AM  5      MS. HIMMELHOCH:  Okay.
09:57AM  6      MR. GASAWAY:  In terms of some of the more techie issues
09:57AM  7  in terms of unreadable files, metadata and so forth, what we were
09:57AM  8  going to propose is maybe we have a techie-to-techie discussion
09:57AM  9  like we've sort of had on the BOP, and instead of us kind of
09:57AM 10  going back and forth in letters between you and me, maybe we can
09:57AM 11  get a techie-to-techie discussion going to figure out what the
09:57AM 12  best way is to just cut through this and get some of those files
09:57AM 13  in readable format.
09:57AM 14          As you know and as you were just referring to,
09:57AM 15  obviously without the metadata and when some of them are
09:57AM 16  unreadable, our own review of your documents is delayed, and
09:57AM 17  sometimes that causes unneeded back and forth between your side
09:57AM 18  and our side.
09:58AM 19      MS. HIMMELHOCH:  I would be happy to do that.  I think,
09:58AM 20  however, that we're going to be able to advise you early next
09:58AM 21  week that we've figured out the cause of the issues that you've
09:58AM 22  raised in your most recent letters.  I've addressed them for
09:58AM 23  future productions and will go back to the extent appropriate and
09:58AM 24  fix them for past productions.
09:58AM 25      MR. GASAWAY:  Well, if the issue is mooted and if it's

09:58AM  1   mooted early next week, that's even better.  I wanted to throw

09:58AM  2   out for you -- and as long as we're here, for Mike and the

09:58AM  3   Court -- is when we were going back and forth with some other

09:58AM  4   parties on testing issues, we just sort of got the techies

09:58AM  5   together with the lawyers on the line and the Court on the line

09:58AM  6   and just sort of let them talk it, and we were able to cut

09:58AM  7   through.  I'm making that proposal now to you, if the issue isn't

09:58AM  8   mooted early next week.  If it's mooted early next week, that's

09:58AM  9   even better, but if not, let's think about that as our backup

09:58AM 10   solution.

09:58AM 11              MS. HIMMELHOCH:  I'm not opposed to that in principle.

09:58AM 12              THE COURT:  That was very helpful, Rob; so, thank you.

09:59AM 13              MR. GASAWAY:  Thank you, Your Honor.

09:59AM 14              THE COURT:  Okay.  Let's see.  We've got a bunch of

09:59AM 15   pending motions, and, Andy, I can see that you want to talk about

09:59AM 16   when you get the file replies; is that correct?

09:59AM 17              MR. LANGAN:  I was going to mention that, so I guess we

09:59AM 18   have two motions with Halliburton that we have brought, and I was

09:59AM 19   going to propose next Friday to reply?

09:59AM 20              THE COURT:  Don says that's okay.

09:59AM 21              MR. GODWIN:  That's fine.

09:59AM 22              MR. LANGAN:  So that will be the 16th of September,

09:59AM 23   we'll file whatever reply papers on the two motions.  We have one

09:59AM 24   about the investigation that Halliburton did do, not the supposed

09:59AM 25   investigation, but whatever it is we'll reply on that.

09:59AM 1          I think Interrogatory 24 was the other one.  I'm
09:59AM 2  going on memory here.
09:59AM 3          THE COURT:  Correct.  That's what my notes show.
09:59AM 4          MR. LANGAN:  We'll take a look at whether or not, with
09:59AM 5  respect to Halliburton's motion against us that you granted on
09:59AM 6  September 2nd, whether or not a motion to reconsider --
10:00AM 7          THE COURT:  My apologies.  We were very busy.
10:00AM 8          MR. LANGAN:  We liked large portions of it.
10:00AM 9          THE COURT:  We were busy and we just decided to roll up
10:00AM 10 the sleeves and get it done.
10:00AM 11         MR. LANGAN:  That was impressive.  We'll take a look and
10:00AM 12 see if there are some discrete, surgical things we might want you
10:00AM 13 to look at.
10:00AM 14         THE COURT:  If there is anything you want
10:00AM 15 reconsideration on, Andy, I can assure you we will look an it.
10:00AM 16         MR. LANGAN:  I appreciate it.  Just for everybody's
10:00AM 17 benefit, the Court was so diligent that she ruled before we had
10:00AM 18 responded, and ruled in our favor on many things, but in any
10:00AM 19 event, on the ones that you didn't, maybe we'll ask you to look
10:00AM 20 at those.
10:00AM 21         THE COURT:  Exactly.  I'm happy to do so.  That was
10:00AM 22 totally inadvertent.
10:00AM 23         MR. LANGAN:  No one faults Your Honor's work ethic.
10:00AM 24         THE COURT:  Many other things but not the work ethic.
10:00AM 25          Andy, that was totally inadvertent and I apologize.

10:00AM 1        MR. LANGAN:  No, that's all right.  I didn't mean to
10:00AM 2   make a big issue of it.
10:00AM 3        MR. GODWIN:  Judge, is he asking you to reconsider those
10:01AM 4   favorable rulings?
10:01AM 5        THE COURT:  No, it is my distinct impression that Andy
10:01AM 6   is not asking me to review that.
10:01AM 7        MR. GODWIN:  Let's leave that up in the air.
10:01AM 8        THE COURT:  Let's see.  Transocean.
10:01AM 9        MR. LANGAN:  Your Honor, while I'm at it, on
10:01AM 10  Halliburton, there is also an issue about their motion for leave
10:01AM 11  to amend their crossclaim, which I believe has been --
10:01AM 12       THE COURT:  Yes, and you wanted a deadline by which to
10:01AM 13  oppose that?
10:01AM 14       MR. LANGAN:  I thought the 16th as well for that.
10:01AM 15       THE COURT:  That's fine.
10:01AM 16       MR. GODWIN:  No problem, Judge.
10:01AM 17       THE COURT:  Okay.  That will be the deadline for that as
10:01AM 18  well.
10:01AM 19            Okay.  Transocean.  They have been very quiet
10:01AM 20  today.  Mr. Miller, we saw that Transocean has filed a motion to
10:01AM 21  dismiss certain plaintiffs' claims for failure to participate in
10:01AM 22  discovery regarding maintenance and cure.  Have you all provided
10:02AM 23  notice to the individual attorneys who need to respond to that
10:02AM 24  motion, and could you also provide us with identification of
10:02AM 25  those cases?

10:02AM  1          MR. MILLER:  Yes, we can do both, Your Honor.

10:02AM  2          THE COURT:  Good.  Then we'll set it for briefing.

10:02AM  3          MR. MILLER:  Yes, Your Honor.  It sounds good.

10:02AM  4          THE COURT:  We are looking at Louisiana's motion for

10:02AM  5   reconsideration of the deadlines that we set for production of

10:02AM  6   documents.  We hope to get something out on that today.  That's

10:02AM  7   all I have relative to completion of Phase I written discovery.

10:02AM  8   Does anybody have something?

10:02AM  9          MR. LANGAN:  I think Mr. Miller has put on the agenda

10:02AM 10   the scheduling of the grant of our motion to compel and the

10:03AM 11   appeal deadline you set versus their compliance deadline.

10:03AM 12          THE COURT:  That's right.  He's so picky.  Picky, picky,

10:03AM 13   picky.  Just because I put the appeal deadline beyond the date of

10:03AM 14   production, I don't understand his problem.  Would Monday work?

10:03AM 15          MR. LANGAN:  Well, it's really their issue.

10:03AM 16          MR. MILLER:  Yes, it's our issue.

10:03AM 17          THE COURT:  Would Monday work?

10:03AM 18          MR. MILLER:  Monday would be --

10:03AM 19          MS. CLINGMAN:  For the appeal.

10:03AM 20          THE COURT:  Just for the appeal.

10:03AM 21          MR. MILLER:  The appeal is Monday after next currently,

10:03AM 22   the 19th, right?

10:03AM 23          THE COURT:  That's right.  But your production of

10:03AM 24   documents --

10:03AM 25          MR. MILLER:  The production is Wednesday, the 14th.

10:03AM 1          THE COURT:  -- is Wednesday.

10:03AM 2          MS. CLINGMAN:  Your Honor, could we propose doing the

10:03AM 3   appeal deadline by Wednesday and the production deadline by next

10:03AM 4   Friday so it's still on next week but we have a little longer

10:03AM 5   than Monday?

10:03AM 6          THE COURT:  That will be fine.

10:03AM 7          MR. MILLER:  So it will be appealed by the 14th,

10:03AM 8   production by the 16th?

10:03AM 9          THE COURT:  Correct.

10:03AM 10         MR. LANGAN:  I'm really not the expert on this, but if

10:04AM 11  there is an additional production that emanates from all of this,

10:04AM 12  I suppose we're going to come back to you and say, for a handful

10:04AM 13  of witnesses, say at the end of the day the improperly withheld

10:04AM 14  stuff, we may want to follow up on a few witnesses, and I just

10:04AM 15  want that to be out there.

10:04AM 16         THE COURT:  Okay.  It's bookmarked.

10:04AM 17         MR. MILLER:  Your Honor, of course we reserve our rights

10:04AM 18  to oppose those requests as it relates, but we'll tackle it when

10:04AM 19  it comes down the road.

10:04AM 20         THE COURT:  These unheard, unrequested requests.

10:04AM 21         MR. MILLER:  We oppose them.

10:04AM 22         MR. WILLIAMSON:  Just a footnote.  On Phase I written

10:04AM 23  discovery we still are working with Cameron on some ESI.  We told

10:04AM 24  the Court we don't want your intervention.  In theory that could

10:04AM 25  come back in front of you.  Hopefully it will not.

10:04AM 1       THE COURT:  All right.  Jimmy, thank you.  I had

10:04AM 2  forgotten that.

10:04AM 3       MR. NOMELLINI:  Your Honor, it's Mark Nomellini from BP.

10:05AM 4  Can you hear me?

10:05AM 5       THE COURT:  I can, Mark.  Good morning.

10:05AM 6       MR. NOMELLINI:  Good morning.  Just two quick points on

10:05AM 7  following up on the discussion from Sarah.  First of all, based

10:05AM 8  on my interactions with Sarah, I am very glad that somebody as

10:05AM 9  diligent as her is working on this case.  It's really a pleasure

10:05AM 10 to work with her.

10:05AM 11      It's taking us some time to digest the status

10:05AM 12 report.  We do have some more issues with respect to that that I

10:05AM 13 think we're going to raise with Your Honor and hopefully soon and

10:05AM 14 would like to, you know, work through those with Sarah, and

10:05AM 15 hopefully just with Sarah and, if necessary, with Your Honor,

10:05AM 16 work through the EOP issue.

10:05AM 17      THE COURT:  Fine.  Good.  Good, Mark.  We appreciate

10:05AM 18 your comments about Sarah's diligence.  That is my impression as

10:05AM 19 well.

10:06AM 20      MS. HIMMELHOCH:  My head is getting bigger by the

10:06AM 21 moment.

10:06AM 22      THE COURT:  No, no, not until you start your rolling

10:06AM 23 production.

10:06AM 24      MS. HIMMELHOCH:  Exactly.

10:06AM 25      THE COURT:  Anything else, Mark?

10:06AM 1         MR. NOMELLINI:  Not on this, Your Honor.

10:06AM 2         THE COURT:  Okay.  Next up on my hit parade was the

10:06AM 3  Vessels of Opportunity discovery.  Have we got any update

10:06AM 4  relative to the cleanup responders' participation?

10:06AM 5         MR. LANGAN:  Your Honor, Andy Langan.  Mr. Herman can

10:06AM 6  comment as well, I'm sure.

10:06AM 7         I believe that the PSC has not yet told us who the

10:06AM 8  witnesses are going to be, so it's hard for Mr. Weigel and the

10:06AM 9  responders to ask for time.  We're going to keep Mr. Weigel

10:06AM 10  informed about that, but there is really no action item today on

10:06AM 11  that.  He wants to comply with Your Honor's or order, so he's

10:06AM 12  reaching out to us, and we understand that, but I don't think

10:06AM 13  there are depositions set or named yet.

10:07AM 14         MR. TSEKERIDES:  Your Honor, it's Ted Tsekerides.  I

10:07AM 15  don't know if Alan is on the phone but I'll pass it on.  I know

10:07AM 16  he's been very eager to find out that information.

10:07AM 17         MR. WEIGEL:  I'm here.  We had discussion with BP and we

10:07AM 18  were happy with the progress so far.  As long as they keep us in

10:07AM 19  the loop, we're fine.

10:07AM 20         THE COURT:  Okay.  Good.

10:07AM 21         MR. HERMAN:  Andy, let us know if you're waiting on us

10:07AM 22  or anything, and if you are I'll pass them along to the troops

10:07AM 23  and the names and the dates and whatever we're supposed to do.

10:07AM 24         THE COURT:  Okay.  Let's get up an update on BP's

10:07AM 25  Request for Transocean to modify its search terms and figure out

10:07AM 1    where we are on that.

10:07AM 2              MR. LANGAN:  All right.  Your Honor -- and I know

10:07AM 3    Mr. Williams is also in court -- my partner Mr. Heck tells me

10:07AM 4    that we're making good progress.  They've had good conversations

10:07AM 5    and a positive meet and confer and that's progressing.  I don't

10:07AM 6    think at this point there is any need for any further

10:07AM 7    intervention on that.  That's my understanding.

10:08AM 8              THE COURT:  You know I like that report.

10:08AM 9              MR. MILLER:  That's ours too, Your Honor.  Thanks.

10:08AM 10             THE COURT:  Let's talk about the well advisor program.

10:08AM 11   Any update on that issue?  I have the letter from Don Haycraft

10:08AM 12   saying that the well advisor program appears to have been used in

10:08AM 13   Transocean's planning process for the *Deepwater Horizon*; is that

10:08AM 14   right, Don?

10:08AM 15             MR. HAYCRAFT:  Correct.

10:08AM 16             THE COURT:  So have you all had an opportunity to talk

10:08AM 17   and figure things out?

10:08AM 18             MR. MILLER:  No, not since the letter came out

10:08AM 19   intervening the last conference when we talked about a proposed

10:08AM 20   stipulation.  It was maybe going in a slightly different

10:09AM 21   direction.

10:09AM 22             MR. HAYCRAFT:  Well, our request is very simple.  The

10:09AM 23   Court's order several weeks ago was if it was used, a 30(b)(6)

10:09AM 24   deposition on that subject; so, we renew our request for 30(b)(6)

10:09AM 25   dates and so forth.

10:09AM 1        MS. CLINGMAN:  Your Honor, I can say from the initial

10:09AM 2   letter, while there is a reference to one aspect, we do not

10:09AM 3   believe it was used for the planning of the well in its entirety;

10:09AM 4   so, we still believe the stipulation that we were proposing would

10:09AM 5   be accurate.

10:09AM 6        However, Barry Braniff's deposition is on the

10:09AM 7   counter.  He is one of the persons in the group that would deal

10:09AM 8   with that.  He might even be the 30(b)(6).  I'm not representing

10:09AM 9   that he is, but he might well be because he's certainly

10:09AM 10  knowledgeable.

10:09AM 11       MR. HAYCRAFT:  Then I would propose that we prepare a

10:09AM 12  30(b)(6) area of inquiry on the well advisor program and if

10:09AM 13  Transocean -- and that sounds like a good plan to me.  He would

10:09AM 14  be -- either he or David Cameron would be the appropriate person,

10:09AM 15  but Barry Braniff being in Houston would be in touch with the

10:09AM 16  people who are involved in the well advisor program.

10:10AM 17       MS. CLINGMAN:  I disagree to presenting him on a

10:10AM 18  30(b)(6) for the entirety of the program.  What I am saying is in

10:10AM 19  terms of his use, he would be a knowledgeable person to discuss

10:10AM 20  whatever was in Paul Johnson's mention of using part of the

10:10AM 21  program.  Cameron has already been deposed.

10:10AM 22       MR. HAYCRAFT:  Exactly.  David Cameron is the person who

10:10AM 23  disclosed that this program existed in his custodial file, and we

10:10AM 24  have been pressing on the Macondo 252 issue ever since, and we're

10:10AM 25  not getting closure on that as the most recent conversation

10:10AM 1    disclosed.

10:10AM 2         THE COURT:  Let's try this.  Why don't you, Don, try to

10:10AM 3    draft up a 30(b)(6) designation relative to the use, if any, of

10:10AM 4    any portion of the well advisor program on the Macondo well.

10:10AM 5         MR. HAYCRAFT:  Precisely.  That's the issue.

10:10AM 6         THE COURT:  That's the issue.  Can you live with that?

10:10AM 7         MS. CLINGMAN:  Yes.

10:10AM 8         MR. HAYCRAFT:  I'll get that to Transocean's counsel

10:11AM 9    within a couple of days.

10:11AM 10        THE COURT:  Good.  Great.

10:11AM 11        MR. MILLER:  Your Honor, before we move off the topic of

10:11AM 12   Barry Braniff since he came up, I think there was a slight error

10:11AM 13   in the last working group conference with reference to Braniff.

10:11AM 14        If you look at page 4, his name comes up in the order,

10:11AM 15   Barry Braniff, October 27th.  That date is firm.  He is not

10:11AM 16   represented by counsel.

10:11AM 17        The person who is represented by counsel, if you

10:11AM 18   flip to page 5, is Daniel Barron.  He is represented by

10:11AM 19   Steve Gordon.  I think last time we met we confused Barron with

10:11AM 20   Braniff.

10:11AM 21        Braniff is firmed up.  Barron is the person that I

10:11AM 22   think BP was going to contact Steve Gordon about.

10:11AM 23        MR. LANGAN:  We've done that, if you want to focus on

10:11AM 24   that for a second.

10:11AM 25        THE COURT:  Well, I guess we could.  Let's ask Corey to

10:11AM 1    check us on October the 27th and make sure we've confirmed

10:11AM 2    Barry Braniff.

10:11AM 3            MR. MILLER:  I think he is on the calendar for that

10:11AM 4    date.

10:11AM 5            THE COURT:  Okay.  Good.  Then what do we have for

10:12AM 6    Daniel Barron?

10:12AM 7            MR. LANGAN:  Our office contacted Mr. Gordan, and

10:12AM 8    October 11th would be their first choice.

10:12AM 9            THE COURT:  Barron.  Daniel Barron.

10:12AM 10           MR. LANGAN:  Daniel Barron, represented by Steve Gordon,

10:12AM 11   October 11th.  I guess in New Orleans, I assume.  New Orleans.

10:12AM 12           MR. MILLER:  Is that tentative or firmed up?

10:12AM 13           MR. LANGAN:  That's a date they gave us; so, if it works

10:12AM 14   for everybody here, I think we can go with that.

10:12AM 15           MR. MILLER:  Mr. Goforth is thrilled.

10:12AM 16           THE COURT:  Good.

10:12AM 17           MR. YORK:  He is TO?

10:12AM 18           MR. LANGAN:  He is.

10:12AM 19           THE COURT:  We're going to have a telephone conference

10:12AM 20   relevant to the interpleader issues on Monday, and everybody who

10:12AM 21   needs to be involved in that presumably knows about that.  The

10:12AM 22   rest of you need not know about it.

10:13AM 23              Okay.  Let's go back to our calendar.  BP and

10:13AM 24   Halliburton, have they worked out an agreement with regard to

10:13AM 25   Dr. Ravi's deposition.  Is that all taken care of?

10:13AM 1          MR. GODWIN:  Don Godwin for Halliburton, Your Honor.

10:13AM 2  It's scheduled, I believe, for one day next week.

10:13AM 3          THE COURT:  September 14th, which is why I'm checking.

10:13AM 4          MS. KUCHLER:  Yes, Your Honor.

10:13AM 5          THE COURT:  What about the scope?  Everything is okay on

10:13AM 6  that?

10:13AM 7          MR. GODWIN:  Well, we think we have an understanding of

10:13AM 8  what Your Honor says would be allowed and what would not be

10:13AM 9  allowed.  We did receive last night at about 11:10 an e-mail from

10:13AM 10 Barbara Harding, one of Andy's partners, asking that the scope be

10:13AM 11 extended beyond what we think Your Honor had allowed.

10:13AM 12          We didn't intend to want to extend it beyond what

10:14AM 13 it is until such time that Dr. Ravi, if ever, would be designated

10:14AM 14 as a *testifying expert*.  We felt like that Your Honor wanted to

10:14AM 15 allow Dr. Ravi to be examined on matters preincident.  He's a

10:14AM 16 consulting expert for Halliburton, not be allowed to give

10:14AM 17 opinions but talk about factual matters, talk about processes,

10:14AM 18 talk about policies and procedures, all the things that we talked

10:14AM 19 about here on a couple of occasions.  We had no issue with that.

10:14AM 20          It was our understanding that Your Honor did not

10:14AM 21 think it was appropriate that Dr. Ravi, at this first deposition,

10:14AM 22 if there should be a second one, be allowed to talk about things

10:14AM 23 post incident.  We have him ready and prepared to go next week on

10:14AM 24 the 14th pursuant to what we understand Your Honor's instructions

10:14AM 25 to be in that regard.

10:14AM 1      THE COURT:  The further request, Andy, was for what?

10:14AM 2      MR. LANGAN:  Your Honor, if I could just take a step

10:15AM 3 back.  Ms. Harding is not here, but I think the issue boils down

10:15AM 4 to this:  Dr. Ravi talked to the Presidential Commission, went to

10:15AM 5 the Presidential Commission, and had a conversation with the

10:15AM 6 Presidential Commission.  We don't see any possible way that what

10:15AM 7 he told that body is privileged; in other words, we're not

10:15AM 8 talking about private conversations with counsel.  We're talking

10:15AM 9 about statements that were made in interviews that were

10:15AM 10 conducted, presentations perhaps that were made to the

10:15AM 11 Presidential Commission, so what privilege could possibly be

10:15AM 12 attached to that?

10:15AM 13      Ms. Harding has teed up that issue and said we

10:15AM 14 ought to be entitled to inquire into that.  Maybe Your Honor

10:15AM 15 wants to have some quick letter briefs on that.  I don't know,

10:15AM 16 maybe you want to have a quick phone call about it before the

10:15AM 17 deposition next week.

10:15AM 18      I don't know there is a meeting of the minds about

10:15AM 19 this.  Maybe it has to be taken up in the context of specific

10:15AM 20 questions and answers, maybe it doesn't, but we may want to talk

10:16AM 21 about this with Your Honor.

10:16AM 22      THE COURT:  Okay.  Don, do you want to comment on it?  I

10:16AM 23 didn't know what the topic was.  Now I understand the topic.

10:16AM 24      MR. GODWIN:  Well, there are actually two topics that

10:16AM 25 Barbara had asked about in her transmittal of last evening late

10:16AM 1    and that you sent to us.  One was to talk about post event

10:16AM 2    conversations with the Presidential Commission.  We don't think

10:16AM 3    that those are relevant.  We don't think that they are the

10:16AM 4    subject of this first deposition.

10:16AM 5              We think that Dr. Ravi does have information that

10:16AM 6    is particularly relevant to what happened preincident insofar as

10:16AM 7    the practices and procedures and processes for designing a cement

10:16AM 8    job and executing one, and he's prepared on all of that, not on

10:16AM 9    anything post incident.

10:16AM 10             The second thing that Barbara asked about was that

10:17AM 11   she wanted to talk about next week any attorney-client privilege

10:17AM 12   matters that we have found with respect to Dr. Ravi.  She wanted

10:17AM 13   to know the names of the lawyers with whom he spoke, the dates

10:17AM 14   that he spoke with the lawyers, and the general subject matters.

10:17AM 15             THE COURT:  Pre and post -- post incident, right?

10:17AM 16             MR. GODWIN:  Yes, Your Honor.

10:17AM 17             Frankly, the reason I brought this up was to be --

10:17AM 18   to fully disclose to the Court where we are.  You asked the

10:17AM 19   status of it, and not to try to argue without Barbara being

10:17AM 20   here --

10:17AM 21             THE COURT:  I'm with you.

10:17AM 22             MR. GODWIN:  -- but to let you know what the issues are.

10:17AM 23             Our position has been, Your Honor, that in no other

10:17AM 24   deposition that I recall, and I've been in most of them with

10:17AM 25   respect to BP, have we talked about what lawyers have said.

10:17AM 1   Whenever there was a subject that came up where somebody said,

10:17AM 2   "Well, I discussed that with an attorney," everybody moved off

10:17AM 3   that and it was hands off, and nothing was asked about it insofar

10:17AM 4   as the name of the lawyers, the subject -- the general subject

10:17AM 5   matter or the dates they did it.

10:18AM 6           I don't think that we ought to, at this juncture,

10:18AM 7   be talking about what attorneys have said to Dr. Ravi in terms of

10:18AM 8   his consulting expert role with Halliburton, and I don't hear

10:18AM 9   Andy wanting to push that this morning.

10:18AM 10          [REPORTER'S NOTE:  At this point in the

10:18AM 11  proceedings, a double beep from the telephone started beeping

10:18AM 12  every eight seconds over anyone speaking.]

10:18AM 13          MR. LANGAN:  If I get my chance maybe I will.

10:18AM 14          MR. GODWIN:  I understand.  I didn't hear that.  The

10:18AM 15  point being is, is that was the second thing that Ms. Harding,

10:18AM 16  Barbara asked about.  So our position is, Your Honor, you know,

10:18AM 17  like 11:10 last night she's still raising issues about Dr. Ravi.

10:18AM 18          We thought we had an understanding with Barbara

10:18AM 19  several days ago as to what the scope of the examination was

10:18AM 20  going to be pursuant to what your request was, and we were going

10:18AM 21  to limit this to preincident, and then we were going to take this

10:18AM 22  deposition, and then if there were things that were determined to

10:18AM 23  where they needed another deposition at a later date we would

10:18AM 24  look at that; and secondly if, in fact, he were to be designated

10:18AM 25  as a *testifying expert*, then many of these things may be

10:19AM 1  relevant.  What did he base his opinion on?  What did he look at?

10:19AM 2  What did he talk about?  With whom did he speak?  Those would be

10:19AM 3  all things that you might be able to go into in that type of a

10:19AM 4  deposition that I don't think would be appropriate at this

10:19AM 5  juncture.  Thank you, Judge.

10:19AM 6        THE COURT:  Who wants to send me a copy of Barbara's

10:19AM 7  letter?

10:19AM 8        MR. GODWIN:  It was an e-mail and --

10:19AM 9        MR. YORK:  We'll do it right now.

10:19AM 10       MR. GODWIN:  Alan will send it to you.  It did provide,

10:19AM 11  I think, a copy to Andy and me and Alan.

10:19AM 12             So anyway, I believe it's limited to those

10:19AM 13  two points, and we would ask that the deposition go forward

10:19AM 14  pursuant to your earlier ruling without continuing to expand it

10:19AM 15  because if we do that, we're just going to open the door, and

10:19AM 16  we're going to continue to get requests for further

10:19AM 17  amplifications of a deposition up to the time that it begins.

10:19AM 18       THE COURT:  Thank you, Don.

10:19AM 19       MR. GODWIN:  Than you, Judge.

10:19AM 20       MS. HIMMELHOCH:  Your Honor, this is Sarah Himmelhoch.

10:19AM 21  May I have your permission to hang up because I'm afraid I'm the

10:20AM 22  cause of the beep, beep.

10:20AM 23       THE COURT:  I'm afraid you are too.  I can't understand

10:20AM 24  it.  I thought you put us on hold.

10:20AM 25       MS. HIMMELHOCH:  No, I didn't, but I think I'm getting

10:20AM 1    another call, so I'm going to hang up unless you require my --

10:20AM 2              THE COURT:  Thank you, Sarah.  I appreciate it.

10:20AM 3              MS. HIMMELHOCH:  Okay.  Thank you.

10:20AM 4              THE COURT:  Have a good day.

10:20AM 5              MR. LANGAN:  Your Honor, we will send you --

10:20AM 6              THE COURT:  It wasn't her.

10:20AM 7              MR. LANGAN:  We'll send you the correspondence.

10:20AM 8              There is another related event that sort of relates

10:20AM 9    to this that I want to bring Your Honor's attention.  Halliburton

10:20AM 10   in the last couple of days has sent a clawback request for a

10:20AM 11   number of documents that relate to Dr. Ravi.  We are now

10:20AM 12   evaluating whether or not we think that clawback request is even

10:20AM 13   proper.

10:20AM 14             Our first step is to meet and confer with

10:20AM 15   Halliburton about this, and if there are any remaining issues

10:20AM 16   after that to bring it to you.  I suspect there may well be.  It

10:20AM 17   was in the context of those clawback requests and the fact that

10:20AM 18   he clearly talked to the Presidential Commission, I don't see

10:20AM 19   what possible privilege could attach to that.  That's what

10:20AM 20   brought this on.

10:21AM 21             We'll send you Barbara's e-mail.  There may be a

10:21AM 22   clawback fight coming that relates to this.  We'll have to see

10:21AM 23   where it goes.  I'm sure Ms. Harding would be happy to get on the

10:21AM 24   phone with Your Honor separately and hash this out.

10:21AM 25             THE COURT:  Okay.  Thank you.  Thanks, guys.  I'm glad

10:21AM 1    to know that it's at least out there.  It won't hit us blind.

10:21AM 2              The 14th is what, Wednesday?

10:21AM 3         MR. GODWIN:  Next Wednesday, Judge.

10:21AM 4         THE COURT:  Andy, I just want to confirm that all

10:21AM 5    arrangements for London are A-OK.  I saw your e-mail about please

10:21AM 6    let us know that you're coming and all that.

10:21AM 7         MR. LANGAN:  Yes.  So I think the week of the 19th is a

10:21AM 8    go for the three witnesses.

10:21AM 9         THE COURT:  Good.  Good.  Has anybody got any issues?

10:21AM 10   Is everybody ready to roll?  I know Don has got his bags packed.

10:21AM 11   What suits are you bringing, Don?

10:22AM 12        MR. GODWIN:  Judge, with regard to that week of

10:22AM 13   depositions, there is one deposition, Mr. Stewart Lacy, he's a

10:22AM 14   one-day deposition, and he's on September 23rd.  That's a one-day

10:22AM 15   deposition.  Halliburton has been given, allotted 37 minutes for

10:22AM 16   that deposition.  I would like to ask for more time.  Hopefully

10:22AM 17   some of the parties can give me some more time.

10:22AM 18             In working on it yesterday and last night, and in

10:22AM 19   view of some issues that have come up regarding the shallow zone

10:22AM 20   and some of the fraudulent conduct that we believe BP was

10:22AM 21   involved in regarding not disclosing that more shallow zone to

10:22AM 22   Halliburton which was above the top of cement, we would like to

10:22AM 23   ask for additional time for Mr. Lacy up to one-and-a-half hours.

10:22AM 24             Just by way of background, Judge, Stewart Lacy was

10:22AM 25   a contractor working for -- a geologist working for BP, much like

10:22AM 1   Kay Payne was, who was also a contractor, which you gave

10:23AM 2   Halliburton additional time.

10:23AM 3           Mr. Lacy was with Galena Skripnikova on the rig and

10:23AM 4   personally witnesses the wireline logging operations.  One of the

10:23AM 5   logs generated by these operations is a very important log that's

10:23AM 6   referred to as the *triple combo log* which BP used to identify the

10:23AM 7   shallowest hydrocarbon-bearing zone for purpose of designing the

10:23AM 8   cement job and giving that information to Halliburton.

10:23AM 9           The log shows there was a -- now, we've looked at

10:23AM 10  the logs, Your Honor, and had experts look at it, and the log

10:23AM 11  very clearly shows there was a shallower zone than what

10:23AM 12  Skripnikova called out and BP represented to Halliburton.

10:23AM 13  Skripnikova also said in her deposition that Mr. Lacy was the

10:23AM 14  other geologist on the rig reviewing the log on April 13th when

10:23AM 15  the decision of the shallowest zone was made.

10:23AM 16          We have very serious claims that we are trying to

10:24AM 17  make against BP in that they misled us about that more shallow

10:24AM 18  zone that allowed hydrocarbons to flow freely without cement

10:24AM 19  isolating that zone.  Andy talked this morning about wanting to

10:24AM 20  respond to our motion for leave to amend.  We've got to be able

10:24AM 21  to depose Mr. Lacy about that.  We would like to have more time.

10:24AM 22          We're hoping that our friends with the PSC and

10:24AM 23  perhaps others can give us some time so that we can go from the

10:24AM 24  37 minutes up to what we believe is 90 minutes that we need.

10:24AM 25  It's an important deposition.  We don't believe there was maybe

10:24AM 1   one or two people that asked for Mr. Lacy's deposition.  We

10:24AM 2   believe Anadarko was one and Halliburton is the other.  We're

10:24AM 3   hoping that some will volunteer some time to give us what we need

10:24AM 4   to 90 minutes.  Failing that, we would ask Your Honor to award us

10:24AM 5   more time as you deem appropriate.

10:24AM 6           THE COURT:  I think Jim Roy will probably give you the

10:24AM 7   time, so...

10:25AM 8           MR. ROY:  What do you need, Don?

10:25AM 9           MR. GODWIN:  I need 53 minutes, which gets me to 90.

10:25AM 10          MR. BARR:  At the very least we'll give you 15.

10:25AM 11          MR. GODWIN:  15?

10:25AM 12          MR. BARR:  But I need to talk to the person taking the

10:25AM 13  deposition.

10:25AM 14          MR. ROY:  I'm going to work on him.

10:25AM 15          THE COURT:  Why don't you all talk about it, get back to

10:25AM 16  Don.  Don, you let me know what you've been able to scrounge up,

10:25AM 17  and then we'll review it from there.

10:25AM 18          MR. GODWIN:  Thank you, Judge.

10:25AM 19          THE COURT:  You're welcome.

10:25AM 20          MR. BARR:  We will get you your time.

10:25AM 21          MR. GODWIN:  I appreciate it.  Thank you, guys.  Thank

10:25AM 22  you, Your Honor.

10:25AM 23          MR. LANGAN:  We don't need a rebuttal to that closing

10:25AM 24  argument, do we, suffice it to say that Mr. Godwin is wrong in so

10:25AM 25  many respects it would take a while to explain.

10:25AM 1      THE COURT:  You could not enumerate them all; is that

10:25AM 2 correct?  Okay.

10:25AM 3      MR. GODWIN:  We don't expect them to admit fraud here

10:25AM 4 this morning, Your Honor.

10:25AM 5      THE COURT:  I won't comment further.

10:25AM 6      MR. LANGAN:  A couple more scheduling things,

10:25AM 7 Your Honor.

10:25AM 8      THE COURT:  Yes.  Let's see here.

10:26AM 9      Next up is Richard Morrison, and I just wanted to

10:26AM 10 make sure that everybody gets their request for additional time

10:26AM 11 for Mr. Morrison into us.  We would like to avoid these

10:26AM 12 last-minute requests for additional time which breaks everybody's

10:26AM 13 necks, so if we could get requests in earlier, that would be

10:26AM 14 great.

10:26AM 15      Who do you want to report on, Andy?

10:26AM 16      MR. LANGAN:  Well, Your Honor, just a couple things.  I

10:26AM 17 don't have a Topic 7 witness yet.  I thought I would and I don't,

10:26AM 18 but our team is very focused on that, and I hope to resolve that

10:26AM 19 quickly.  I do have a date for Mr. Neil Shaw.  October 26th,

10:26AM 20 Neil Shaw, and that will be in New Orleans.

10:26AM 21      THE COURT:  All right.  Neil Shaw.

10:26AM 22      MR. LANGAN:  I think once we have the 30(b)(6) on

10:26AM 23 Topic 7 taken care of, I think we're probably good to go for

10:27AM 24 Phase I in terms of all of our --

10:27AM 25      THE COURT:  That looks right.

10:27AM 1          MR. BARR:  Your Honor, real quick, this is Brian Barr on

10:27AM 2  behalf of the PSC.  Could we get a deadline to give us the

10:27AM 3  Topic 7 30(b)(6) witness.  This has been --

10:27AM 4          THE COURT:  I'm sorry, Brian, because of the air flow, I

10:27AM 5  didn't hear you.

10:27AM 6          MR. BARR:  Can we get a deadline to give us the Topic 7

10:27AM 7  30(b)(6) witness.  This is a very important witness for the PSC,

10:27AM 8  and we have been keeping this ball up in the air for several

10:27AM 9  weeks now, and it's time to just give us a name so we can set it

10:27AM 10  and move on.

10:27AM 11          MR. FITCH:  Judge, Tony Fitch, Anadarko.  As you know,

10:27AM 12  I'm the one who instigated -- I don't want to berate Andy, but I

10:27AM 13  ask him to get a date sooner -- to soon get a date that is sooner

10:27AM 14  rather than later because it goes to expert witness reports and

10:27AM 15  designations and so on.

10:28AM 16          MR. LANGAN:  We understand.  It's not for lack of

10:28AM 17  effort, but what do you want to do, Your Honor?

10:28AM 18          THE COURT:  I want you to work on it this week and let

10:28AM 19  everybody know what date you selected sooner rather than later.

10:28AM 20          MR. LANGAN:  Thank you, Your Honor.

10:28AM 21          THE COURT:  Okay, guys.  Let's see.

10:28AM 22          MR. YORK:  One cleanup.

10:28AM 23          THE COURT:  Sure.  Come up on up, Alan.

10:28AM 24          MR. YORK:  We had sent an e-mail last week about

10:28AM 25  Ms. Sarah Sanders, who is currently on September 23rd.  I'm

10:28AM 1    asking to move her to October 18th.

10:28AM 2            THE COURT:  October 18th.  I don't think we've got any

10:28AM 3    objection to that, so let's take Ms. Sanders off the 23rd and put

10:28AM 4    her up for October 18th.

10:28AM 5            MR. YORK:  Thank you, Judge.

10:28AM 6            THE COURT:  You're welcome.

10:28AM 7            MR. MILLER:  Your Honor, I have a deposition cleanup

10:28AM 8    issue too while we're on that topic.

10:29AM 9            THE COURT:  What you got?

10:29AM 10           MR. MILLER:  Ewen Florence, one of the Transocean

10:29AM 11   internal report international deponents who is in Singapore.  I

10:29AM 12   think there is a 13-hour time difference between New Orleans and

10:29AM 13   Singapore, which makes it more difficult than London to deal

10:29AM 14   with.  He's an 8-hour deposition.

10:29AM 15           What we would propose is, I think he's on the

10:29AM 16   calendar for October 5th, which means it's October 6th in

10:29AM 17   Singapore.  If we started the deposition at 7:00 a.m. on

10:29AM 18   October 6th in Singapore, that would be 6 o'clock in the

10:29AM 19   afternoon in New Orleans on October the 5th.  It's going to be a

10:29AM 20   late night no matter how you slice it doing it on the phone from

10:29AM 21   here in the states given the fact that there is this 13-hour time

10:29AM 22   difference, but that's what we would propose, start real early in

10:30AM 23   the day in Singapore and late in the afternoon in New Orleans.

10:30AM 24           MR. LANGAN:  Andy Langan for BP.  We're absolutely fine

10:30AM 25   with whatever Mr. Miller and Rachel want to propose.  That's

10:30AM  1    fine.  Just, why don't you send us an e-mail and we'll go on that
10:30AM  2    basis.  We'll make it work.
10:30AM  3             THE COURT:  Okay.
10:30AM  4             MR. MILLER:  I think for the international depositions
10:30AM  5    we're seeing if Worldwide can be on the plan.
10:30AM  6             MR. LANGAN:  Exactly.
10:30AM  7             THE COURT:  Okay.  All right.  Let's see what else we
10:30AM  8    got.  Okay.  On Phase II discovery, guys, to the extent practical
10:30AM  9    we've talked about trying to get written discovery requests to be
10:30AM 10    joint; that is, Anadarko and BP are working together on a joint
10:31AM 11    set going to the PSC and the states and then vice versa.  How are
10:31AM 12    we coming on all that?
10:31AM 13             MR. FITCH:  Tony Fitch for Anadarko.  With respect to
10:31AM 14    the joint effort to issue -- serve written discovery on the PSC
10:31AM 15    and the states, BP and Anadarko have put together most of their
10:31AM 16    draft.  It has been distributed as of only, I apologize,
10:31AM 17    yesterday morning to the rest of the defendants.  I think there
10:31AM 18    is less interest among other defendants and among these two
10:31AM 19    parties because of the structure of the case.
10:31AM 20             So I hope to get it out, as I've said to other
10:31AM 21    parties, have their comments back today or tomorrow and serve it
10:31AM 22    on, knock on wood, on Monday.
10:31AM 23             THE COURT:  Good.  That would be great.  Because I do
10:31AM 24    want to get going on that so we have a more orderly Phase II than
10:31AM 25    we did Phase I.

10:31AM  1         MR. WILLIAMSON:  Yes, Your Honor, in that regard, we
10:32AM  2    have sent out a request for production to BP in Phase II.  We may
10:32AM  3    or may not do interrogatories and requests for admissions right
10:32AM  4    now.  We're not really anticipating that.  Well, there may be
10:32AM  5    requests for admissions, but we have sent a request for
10:32AM  6    production on Phase II over, and we are working on ESI issues
10:32AM  7    with them.
10:32AM  8         I circulated to the United States and the states a
10:32AM  9    30(b)(6) for BP and Anadarko.  So those parties, the PSC and the
10:32AM 10    U. S. and the states are working on a joint 30(b)(6) which should
10:32AM 11    hopefully get to the defendants early next week for comments.
10:32AM 12         There is already a 30(b)(6) for Oceaneering,
10:32AM 13    Your Honor, and I noticed in Your Honor's report when we were
10:32AM 14    talking about this issue, the Court said, gee, are there any
10:32AM 15    other 30(b)(6)'s?  I'll just tell the Court we are discussing --
10:32AM 16    Wild Well Control was a company who was involved, and they
10:32AM 17    produced certain documents in July, and they produced a 30(b)(6)
10:33AM 18    witness on Phase I issues in July.  That was our original intent
10:33AM 19    was Phase I well control issues because Wild Well has been
10:33AM 20    involved with BP for a long time.  Well, Wild Well had a very
10:33AM 21    significant Phase II footprint, so we're probably going to be
10:33AM 22    with a 30(b)(6) request for Wild Well Control.
10:33AM 23         THE COURT:  Got you.
10:33AM 24         MR. FITCH:  Tony Fitch for Anadarko.  My last time this
10:33AM 25    morning I hope, Judge.  I do want to express a cautionary note to

10:33AM 1    the PSC that there are some Phase II topics on which Anadarko's

10:33AM 2    witnesses have already been deposed both just in the course of

10:33AM 3    questioning but even more so expressly and explicitly as a

10:33AM 4    30(b)(6) topic, and so I hope we won't have to push back on too

10:33AM 5    expansive a 30(b)(6) notice, but I do note that in the hope of

10:34AM 6    avoiding that.

10:34AM 7         THE COURT:  I don't think anybody at the PSC table was

10:34AM 8    paying any attention to you, Tony, but it's noted for the record.

10:34AM 9         MR. WILLIAMSON:  We will be issuing a 30(b)(6) for

10:34AM 10   Anadarko.  We'll be happy to meet and confer with them to try to

10:34AM 11   make an agreement.

10:34AM 12        THE COURT:  That's good.  Thank you.

10:34AM 13             Andy, you're next up.

10:34AM 14        MR. LANGAN:  Your Honor, I don't know if this is the

10:34AM 15   occasion to talk about the order we got yesterday about front

10:34AM 16   loading the 30(b)(6) process on Phase II.  We get that.  We'll

10:34AM 17   work on that.  I understand what Your Honor is trying to do

10:34AM 18   vis-a-vis deposition limits.  I understand that it's going to be

10:34AM 19   our burden to come forward and say why we need additional fact

10:34AM 20   depositions.  We think we will, unless the issues can be narrowed

10:35AM 21   somehow through stipulations or otherwise.

10:35AM 22        THE COURT:  Right.

10:35AM 23        MR. LANGAN:  I wanted to take the occasion to say that

10:35AM 24   it would be very important for us to fully discover Phase II.

10:35AM 25   There is a lot at stake for our client.

10:35AM 1      THE COURT:  Yes, there is.

10:35AM 2      MR. LANGAN:  It wasn't too long ago that Your Honor was

10:35AM 3 talking about 75, so that's quite a difference.  So --

10:35AM 4      THE COURT:  It is.

10:35AM 5      MR. LANGAN:  So we want to be heard on this, and we by

10:35AM 6 no means feel like we can in any way accept the idea that with

10:35AM 7 the billions of dollars at stake we're going to be limited to

10:35AM 8 five depositions.

10:35AM 9      THE COURT:  I understand, Andy.  We thought this was the

10:35AM 10 best way to approach it.  We think that if you get the 30(b)(6)'s

10:35AM 11 under your belt first it would be a more orderly process,

10:35AM 12 Number 1.

10:35AM 13      Then Number 2, you will have a hit parade beyond

10:35AM 14 that presumably.  Nothing so far has been etched in stone, and

10:35AM 15 I'm not planning on getting my chisel out now.  Is that fair?

10:36AM 16      MR. LANGAN:  Understood.  Again, the way I read

10:36AM 17 Your Honor's order was sort of like we did in the last couple of

10:36AM 18 months, make your case why you need this person, and we will do

10:36AM 19 so if we need to.  I just don't want there to be any thought in

10:36AM 20 the room that we're accepting the idea that we're going to defend

10:36AM 21 this case with five fact depositions.  We don't accept that and I

10:36AM 22 didn't read it that way, but obviously you're the judge so...but

10:36AM 23 we'll make our case.

10:36AM 24      THE COURT:  Okay.  Good.  Thank you.  I appreciate it.

10:36AM 25      MR. GODWIN:  Judge, one last point on Mr. Lacy's depo.

10:36AM 1   Don Godwin for Halliburton.  The practice has been, Judge, per

10:36AM 2   your ruling, that two weeks before a depo in London that the

10:36AM 3   custodial file would be delivered.  I just want to ask Andy today

10:36AM 4   or have you ask Andy, are we going to receive today, since today

10:36AM 5   is exactly two weeks before Mr. Lacy's depo, the custodial file?

10:37AM 6              We realize that they have not previously given a

10:37AM 7   certification letter with regard to a contractors, nonBP

10:37AM 8   employees, and we're not asking for that, but we will need that

10:37AM 9   custodial file, and we would like to have it today, if possible.

10:37AM 10             THE COURT:  Okay.

10:37AM 11             MR. GODWIN:  Thank you, Your Honor.

10:37AM 12             THE COURT:  Okay.  Andy, have you got any info on that?

10:37AM 13             MR. LANGAN:  It was not at the top of my list this

10:37AM 14   morning but I'm happy to check.

10:37AM 15             THE COURT:  You'll check and he'll get to you, Don.

10:37AM 16   Hopefully it's coming out today.

10:37AM 17             MR. GODWIN:  Thank you, Judge.

10:37AM 18             MR. NOMELLINI:  Your Honor, it's Mark Nomellini.  Can

10:37AM 19   you hear me?

10:37AM 20             THE COURT:  I can.

10:37AM 21             MR. NOMELLINI:  First, just a quick note, everybody who

10:37AM 22   on the phone, we're getting some beeping on the line.  I don't

10:37AM 23   know if you can hear it there.  I think the reason is somebody

10:37AM 24   has got us on hold.

10:37AM 25             THE COURT:  Yes, I'm going to put in my next order that

10:37AM 1    if anybody puts us on hold, and I find out who they are --

10:37AM 2              MR. LANGAN:  They'll be down to four depositions.

10:37AM 3              THE COURT:  They will be down to one deposition.

10:38AM 4              MS. KUCHLER:  And a Swizzle Stick party.

10:38AM 5              THE COURT:  And a Swizzle Stick party.  Because it is

10:38AM 6    entirely irritating, I have to tell you.  The least they could

10:38AM 7    have done was just leave the phone and put it on mute, for

10:38AM 8    goodness' sake.

10:38AM 9              Anyway, go ahead, Mark.

10:38AM 10             MR. NOMELLINI:  Well, I can tell you it's not me or Ky

10:38AM 11   or Sarah.  We have been e-mailing about this, so you can rule us

10:38AM 12   out.

10:38AM 13             THE COURT:  Good.

10:38AM 14             MR. NOMELLINI:  On Stewart Lacy's custodial documents,

10:38AM 15   we have -- as Mr. Godwin correctly pointed out, he's not an

10:38AM 16   employee; so, there is not a custodial certification.  We've

10:38AM 17   produced the documents for Mr. Lacy that are responsive to the

10:38AM 18   search term.  There are about 2700 where he's a to, from, or a cc

10:38AM 19   and approximately 380 where he's a custodian.

10:38AM 20             THE COURT:  Does that answer your question, Don?

10:38AM 21             MR. GODWIN:  They have already been produced, Judge?

10:38AM 22             THE COURT:  That's what Mark is telling us.

10:39AM 23             MR. GODWIN:  May I ask Mark?

10:39AM 24             THE COURT:  Sure, absolutely.

10:39AM 25             MR. GODWIN:  Mark, Don Godwin here.  How are you doing?

10:39AM 1      MR. NOMELLINI:  I'm doing good, Don.  How are you?

10:39AM 2      MR. GODWIN:  Good.  Can you help me.  Tell me the date

10:39AM 3  or dates that the 2700 documents were produced for the custodial

10:39AM 4  file for Mr. Lacy?

10:39AM 5      MR. NOMELLINI:  I think they were produced over a pretty

10:39AM 6  long period of time, and, you know, with other production and

10:39AM 7  then I think our folks said, well, you know, Mr. Lacy is coming

10:39AM 8  up, have we got anything left for him?  I think they ran the

10:39AM 9  searches, and they found that they had already gone out with one

10:39AM 10 person or another; so, it's going to be -- it's going to be a

10:39AM 11 number of different productions.

10:39AM 12      If it's just a few, I could probably get that to

10:39AM 13 you or maybe I could get you a date range, but I don't think it's

10:39AM 14 going to be just a single date I can get you, Don.

10:39AM 15     MR. GODWIN:  Okay.  Mark, if you could just say between

10:39AM 16 now and, say, the first of the week -- I'm okay if it's Monday or

10:39AM 17 Tuesday even -- shoot me an e-mail and give me the date range

10:39AM 18 when the document is produced.  That way our people that are

10:40AM 19 looking at the documents can make sure that we go back and we're

10:40AM 20 not wasting a lot of time, try to get in that range and then find

10:40AM 21 out exactly what was produced, and if there is anything that we

10:40AM 22 see is short, we'll get back in touch with you, but if you could

10:40AM 23 give me that range, I would appreciate it.

10:40AM 24     MR. NOMELLINI:  You got it, Don.  I'll double check with

10:40AM 25 my people just to make sure we have shaken everything loose.

10:40AM 1        THE COURT:  Mark, if your people have perhaps a listing

10:40AM 2   of the documents and have identified the Lacy documents, if you

10:40AM 3   would share that with everybody, that would be very helpful.

10:40AM 4        MR. NOMELLINI:  Well, on that, Your Honor, that's why

10:40AM 5   Your Honor's order on the ESI works well because we identified

10:40AM 6   the custodian, and a to, from, and a cc, and the metadata, but I

10:40AM 7   know Don had ESI people who can -- they can push a couple buttons

10:40AM 8   and get that information directly.

10:40AM 9        MR. GODWIN:  You give me the range and the dates and

10:40AM 10  we'll go from there, and if we have any questions, Mark, we'll

10:41AM 11  touch base with you.

10:41AM 12       MR. NOMELLINI:  That sounds good.

10:41AM 13       MR. GODWIN:  Thank you, Mark.  Thank you, Judge.

10:41AM 14       MR. WITTMANN:  Your Honor, I was just going to suggest

10:41AM 15  if everybody hangs up and calls us back, you would probably get

10:41AM 16  rid of that beep.

10:41AM 17       THE COURT:  I hear you but we're too close to finishing,

10:41AM 18  and if I find out who the person is, all hell will be...

10:41AM 19       MR. MAZE:  We can leave the volume as low as possible,

10:41AM 20  and when you need to talk to somebody we'll just turn it back up.

10:41AM 21       THE COURT:  Good point.  Good point.

10:41AM 22       MR. WILLIAMSON:  Your Honor, can we suggest people to be

10:41AM 23  considered for that list.

10:41AM 24       THE COURT:  Does anybody have suspicions?

10:41AM 25       MR. WILLIAMSON:  We'll be happy to come up with a

10:41AM  1    couple.

10:41AM  2          MR. HERMAN:  You can take a phone roll call real quick

10:41AM  3    and find out.

10:41AM  4          MR. WILLIAMSON:  Why don't you e-mail me privately who

10:42AM  5    you suspect.

10:42AM  6          THE COURT:  Okay.  So anyway, guys, on Phase II, I would

10:42AM  7    like you all to try to get under your belt in September all of

10:42AM  8    the written discovery that you anticipate needing so that we can

10:42AM  9    proceed from there.

10:42AM 10          Let's see.  Next up, Mr. Irpino, you wrote to us

10:42AM 11    about the de-designation of confidentiality.  Are you still

10:42AM 12    working on getting a joint order together?

10:42AM 13          MR. IRPINO:  Yes, we've gotten the submissions from each

10:42AM 14    of the parties.  I had anticipated a little bit more or a little

10:42AM 15    less, I don't want to say controversy, but there are a couple of

10:42AM 16    distinctions that -- between Halliburton and the one issue which

10:42AM 17    could be relatively minor with respect to Transocean.  The only

10:43AM 18    issue I see is that they are kind of hitting head-on, and I think

10:43AM 19    we're going to need the Court to call a ball or strike on that.

10:43AM 20    The next time we meet is in, I think, 3 weeks.

10:43AM 21          THE COURT:  Yes.

10:43AM 22          MR. IRPINO:  I would just like to get it done because we

10:43AM 23    have upcoming depositions that this can implicate, expert reports

10:43AM 24    that this can implicate in terms we probably have to get.

10:43AM 25          THE COURT:  All right.  So I'll take a look at it.  Is

10:43AM 1    that the point?

10:43AM 2         MR. IRPINO:  Yes.  I guess if anybody wants to have

10:43AM 3    anything to say.  From our standpoint we looked at the -- with

10:43AM 4    respect to -- we didn't want to comment in our submission.  We

10:43AM 5    just said here they are.  This is the need for them.  But the

10:43AM 6    specifics with respect to the issue raised by Halliburton, which

10:43AM 7    was we want to have us look at it, then get you the chart for you

10:43AM 8    to submit with the order and then wait another 10 days and have

10:43AM 9    other people comment on the ones that we've said we've produced,

10:44AM 10   they are not confidential, then other parties will say whether or

10:44AM 11   not they are confidential, and as we read Pretrial Order 13 and

10:44AM 12   what makes sense to us is that a producing party has the

10:44AM 13   document.  If they say it's not confidential, then it's not

10:44AM 14   confidential.

10:44AM 15        I think the issue may be raised in connection with

10:44AM 16   we might have a contract with another party, and they might think

10:44AM 17   it's confidential.  To the extent that exists, I would suspect

10:44AM 18   that would be a much smaller set of documents.  So if we were

10:44AM 19   going to have our confidentiality de-designation chart, there

10:44AM 20   would be, hey, these are no longer confidential.  These are.

10:44AM 21   We're claiming these are confidential, and maybe a third set of

10:44AM 22   we don't think they are confidential.  We're de-designating them,

10:44AM 23   but we would like for BP to look at these and comment within

10:44AM 24   10 days because it would seem to hold up the entire chart, order,

10:45AM 25   whatever, set of documents.  That would the only thing.

10:45AM 1          One other thing is in Transocean's order which,

10:45AM 2     candidly, was written better than ours --

10:45AM 3          THE COURT:  Well, of course it was.

10:45AM 4          MR. IRPINO:  The very last paragraph -- the very last

10:45AM 5     paragraph in that order is contradicted by prior language in the

10:45AM 6     order.  So if we -- do you have it in front of Your Honor?

10:45AM 7          THE COURT:  I don't have it in front of me, but I do

10:45AM 8     have it in my office.

10:45AM 9          MR. IRPINO:  Well, it's the second paragraph, for the

10:45AM 10    record, under paragraph 1, and it says, "The official designation

10:45AM 11    of all documents listed on the chart," that will go in the order,

10:45AM 12    "governs until the confidentiality designation is removed by the

10:45AM 13    producing party pursuant to Section 2 below."

10:45AM 14         It would, I guess, make sense that you submit the

10:46AM 15    chart that say these are de-designated, and that governs but the

10:46AM 16    document somehow still physically says *confidential*.

10:46AM 17         In the last paragraph it says that unless all the

10:46AM 18    parties are instructed that any documents produced by parties

10:46AM 19    with a confidential or highly confidential Bates stamp shall be

10:46AM 20    still recognized and treated as such pursuant to Pretrial

10:46AM 21    Order #13 unless the document is listed on a producing party's

10:46AM 22    chart as having its confidential designation withdrawn."

10:46AM 23         We think it could just stop there because that

10:46AM 24    makes sense.  If it's listed on the chart as having its

10:46AM 25    confidential designation withdrawn, you're done.

10:46AM 1          The problem with it is it says, "and the producing
10:46AM 2    party has reproduced the document without the confidential
10:46AM 3    designation," which just, in our mind, adds a little bit of an
10:47AM 4    unnecessary delay because once the chart is there saying it's not
10:47AM 5    confidential, it doesn't seem like you would have to wait for the
10:47AM 6    producing party to reproduce the document physically removing the
10:47AM 7    stamp.  That's all.
10:47AM 8          THE COURT:  Okay.  The Transocean people are listening.
10:47AM 9    Would you all take a look at that, and if you agree, pop that
10:47AM 10   back out to me with the revision.  Since the PSC thinks you did a
10:47AM 11   very nice job with it, we will probably work from your version to
10:47AM 12   get this all taken care of.  Okay?  Thanks.
10:47AM 13         MS. CLINGMAN:  Okay, Your Honor.
10:47AM 14         THE COURT:  Where do we stand, Transocean, on
10:47AM 15   Caleb Holloway, who I want to call Cab Calloway?
10:47AM 16         MR. MILLER:  Rachel and I met with Don before the
10:48AM 17   conference and we had what he wrote up.  We said we would get him
10:48AM 18   a response to that shortly.
10:48AM 19         THE COURT:  Good.  Good.  All right.  Okay.  Just so
10:48AM 20   everybody knows, and if there is any objection, I've told
10:48AM 21   Steve Herman that reliance exhibits can be listed and shared with
10:48AM 22   everybody by next Friday unless somebody has a problem.
10:48AM 23         MR. LANGAN:  Your Honor, it's fine with us.  The door
10:48AM 24   will swing both ways as always, I'm sure.
10:48AM 25         THE COURT:  Absolutely.  This is the kind of thing that

10:48AM  1    happens.

10:48AM  2            Friday, the 16th.  Can you live with that, Steve?

10:48AM  3            MR. HERMAN:  Thank you, Your Honor.  Andy, we appreciate

10:48AM  4    that very much.

10:48AM  5            MR. UNDERHILL:  Does that apply to us, Your Honor?  I

10:48AM  6    think we were ready to roll today, but we could benefit from a

10:49AM  7    few more days to clean it up.

10:49AM  8            THE COURT:  Okay.  Why don't you roll once you're

10:49AM  9    cleaned up, and so if you get it done a couple of days early,

10:49AM 10    Mike, go ahead and roll it out.  You don't need to hold up for

10:49AM 11    Steve.

10:49AM 12            MR. HERMAN:  I'm hesitant to discuss this further

10:49AM 13    because there seems to be so much confusion, etcetera.  One thing

10:49AM 14    that Jim mentions is we're the guinea pigs, so everybody else is

10:49AM 15    going to benefit by what we go through.

10:49AM 16            In any event --

10:49AM 17            THE COURT:  Jim is always feeling persecuted.

10:49AM 18            MR. HERMAN:  Well, I thought I had a somewhat clear, if

10:49AM 19    not very clear understanding of what the Court wanted.  I think

10:49AM 20    because this is such an unusual situation, a lot of the people

10:49AM 21    were kind of unfamiliar with the terms.  Before we go back to the

10:49AM 22    troops and tell them, you know, for sure this is what we're

10:50AM 23    doing, let's -- if we could just make clear one time that I have

10:50AM 24    it clear so that they have it clear.

10:50AM 25            THE COURT:  Why don't you repeat what you think needs to

10:50AM 1  be done by next Friday, and everybody will listen very carefully

10:50AM 2  to what your beliefs are.

10:50AM 3          MR. HERMAN:  My belief is that within the universe of

10:50AM 4  the disclosures that were made under Rule 26 of all of the

10:50AM 5  various materials that our experts may have authored or

10:50AM 6  considered or referenced to support their methodologies or

10:50AM 7  qualifications, etcetera, that we should identify, and this will

10:50AM 8  principally be the actual documents that are referenced within

10:50AM 9  the text of the report as opposed to attached bibliography,

10:51AM 10 etcetera, but in any event, those exhibits that we intend to

10:51AM 11 offer into evidence along with the expert report, in part to

10:51AM 12 satisfy the requirement of having, to the extent there needs to

10:51AM 13 be one, a quote, unquote, "sponsoring witness"; so, my

10:51AM 14 understanding is that the attempt is to make a good faith effort

10:51AM 15 to say, okay, we've got this universe of stuff that we disclosed,

10:51AM 16 these are the actual documents that we intend to offer into

10:51AM 17 evidence with this expert's opinion.

10:51AM 18         THE COURT:  As part of the direct examination of that

10:51AM 19 witness at trial?

10:51AM 20         MR. HERMAN:  Right.  There might be impeachment

10:51AM 21 materials that the defendants might use and cross them with.

10:51AM 22 There might be something that we might have to use for redirect,

10:51AM 23 and hopefully we will plan for that, but if not, we'll put a

10:51AM 24 number on it at that time presumably.  So that's my

10:52AM 25 understanding.

10:52AM 1          Then along with that, we're also supposed to

10:52AM 2    produce at some point, and I think this is next Friday as well,

10:52AM 3    considered materials that are not either production materials in

10:52AM 4    the case or publicly available.

10:52AM 5          THE COURT:  Otherwise publicly available.

10:52AM 6          MR. HERMAN:  But excluded from that are all the stuff we

10:52AM 7    excluded by the stipulation and the amendments to Rule 26 like

10:52AM 8    communications between attorney and client and expert, etcetera.

10:52AM 9          THE COURT:  Now, does anybody disagree with

10:52AM 10   Steve Herman's belief?

10:52AM 11         MR. LANGAN:  Andy Langan for BP.  We agree with him.

10:52AM 12   That's how we see it.

10:52AM 13         THE COURT:  I agree with you.  Does anybody not agree

10:52AM 14   with him?  All right.  Uh-oh.

10:52AM 15         MR. UNDERHILL:  Can I just note that I was the one that

10:52AM 16   you looked at like, Underhill, you seem to be stupid; you can't

10:52AM 17   get it through your head.  I finally got it through my head.

10:52AM 18         One thing I actually thank the Court for --

10:52AM 19   apologize for some of my obtuseness before.  I actually saw a

10:53AM 20   value of doing this because in looking through, trying to put

10:53AM 21   together a list, we looked through our reports, and there were

10:53AM 22   some generic references to deposition exhibits concerning issue,

10:53AM 23   and I thought, you know, that's not fair.  It needs to be

10:53AM 24   clarified; so, we're clarifying that in the reliance exhibit list

10:53AM 25   so our opponents and friends have a reasonable opportunity to

10:53AM  1  say, okay, these are the depositions -- these are the exhibits or

10:53AM  2  the nondeposition exhibits.  I think it actually worked out; so,

10:53AM  3  even somebody like me figured out the value of the process, so I

10:53AM  4  thank the Court for bringing it to our attention.

10:53AM  5        THE COURT:  Good job.  Alan, what you got to say?

10:53AM  6        MR. YORK:  Alan York for Halliburton.  No disagreement

10:53AM  7  on it, Your Honor, but another clarification because, as Steve

10:53AM  8  said, we're kind of taking this information and taking it back to

10:53AM  9  the ranch, and the folks at the ranch are getting restless with

10:53AM 10  some of the questions that they are having.

10:53AM 11        So a question on clarification.  We know that the

10:54AM 12  PSC has now put forward their deposition cuts for Tony Hayward.

10:54AM 13  We are working on having ours ready to send the cuts to Worldwide

10:54AM 14  so that they can put together, we understand, one document that

10:54AM 15  has everyone's requested testimony highlighted, with a back

10:54AM 16  document that shows who highlighted what.

10:54AM 17        The question is this on objections, and I know that

10:54AM 18  we've all said they are going to be minimized, it becomes a

10:54AM 19  question of are we supposed to tender our objections to the PSC's

10:54AM 20  designations or what?

10:54AM 21        I've talked to a couple of the other defendants.

10:54AM 22  It seems to make more sense that we wait until we have the single

10:54AM 23  document with everyone's cuts and then make the objections one

10:54AM 24  time to everything.  I just want to get clarity on that so that

10:54AM 25  we know exactly what it is we need to be focusing on for the next

10:54AM 1    week to get that done.

10:54AM 2            THE COURT:  That's a fair question.  I would like

10:55AM 3    everybody to consider it.  We've got our trial planning meeting

10:55AM 4    at noon on Monday, don't we?

10:55AM 5            VOICES:  Tuesday, Judge.

10:55AM 6            THE COURT:  Tuesday.

10:55AM 7            MR. LANGAN:  By phone, right, Your Honor?

10:55AM 8            THE COURT:  Yes.  Dial in.  Dial in.

10:55AM 9            Why doesn't the PSC group think about that issue

10:55AM 10   and circulate an e-mail with regard to your thoughts.  If that

10:55AM 11   makes sense to you, presumably that's how we can do it.

10:55AM 12           MR. HERMAN:  My initial impression is it does.  I think

10:55AM 13   this is helpful to getting the process moving, which is why we

10:55AM 14   wanted the test case.  I think we'll probably consult with

10:55AM 15   Mr. Fontana and see what they think about it, but at some

10:55AM 16   point -- I realize this is the first one; we're working our way

10:55AM 17   through it, and I think Deb brought this up in an e-mail -- at

10:55AM 18   some point we're going to have some type of deadline so the

10:55AM 19   process can keep moving.  Certainly bifurcating the objections

10:55AM 20   from the cross designations should compress the timeline because

10:56AM 21   then there has to be a second timeline between objections.

10:56AM 22           THE COURT:  Right.  I think that Alan's idea is a good

10:56AM 23   one, and unless somebody can think of a reason why that isn't a

10:56AM 24   simpler way to approach the topic, I think it's an a good idea.

10:56AM 25   Everybody gets the consecutive designations, and then everybody

10:56AM 1    has a deadline by which they designate their objections.

10:56AM 2         MR. HERMAN:  Going back to the reliance exhibit list

10:56AM 3    issue, I think I know the answer to this, but I just want to make

10:56AM 4    it clear, with apologies in advance to everyone to belabor this

10:56AM 5    beautiful conference on such a nice day, one question that came

10:56AM 6    up is in our expert reports, and I'm sure in the defendant's

10:56AM 7    expert reports, in a lot of cases the expert is relying on,

10:56AM 8    certainly considered but even relies on portions of depositions.

10:57AM 9    Those are cited in footnotes:  Albertin deposition, page 35 to

10:57AM 10   37.

10:57AM 11        My assumption would be that we do not create an

10:57AM 12   exhibit out of Albertin 35 to 37.  Whatever we're going to submit

10:57AM 13   in terms of Albertin's testimony would come in or not with the

10:57AM 14   depo designations or counterdesignations, and we're not supposed

10:57AM 15   to put reliance exhibit numbers on any of those depo or depo

10:57AM 16   excerpts, correct?

10:57AM 17        THE COURT:  I think that's correct.  That doesn't make

10:57AM 18   sense to me.  That's make work.  I think you've got enough real

10:57AM 19   work.  So unless somebody disagrees -- Kerry.

10:57AM 20        MR. MILLER:  [Audio screeching] This is a killer today.

10:57AM 21        THE COURT:  Go ahead.

10:57AM 22        MR. MILLER:  I don't disagree.

10:57AM 23        I don't know what that was.  An ink pen.

10:57AM 24        Maybe this is better for the call on Tuesday in

10:57AM 25   more detail, but I agree with Alan's comment about getting all

10:58AM  1   the designations in, getting the concentrated excerpt ready for

10:58AM  2   Judge Barbier, then dealing with the objections at that point in

10:58AM  3   time.

10:58AM  4          Something else is, now that we've started the

10:58AM  5   designations, Hayward Sims, so on and so forth, and we've talked

10:58AM  6   with Judge Barbier about his desire to start reading those in

10:58AM  7   advance, my impression of the meeting we had with him is that he

10:58AM  8   wants to read things as an entire package.

10:58AM  9          He wants the designations with the summaries and

10:58AM 10   now, I guess, with Alan's idea of the objections minimized and

10:58AM 11   set forth in some kind of summary way, is that your

10:58AM 12   understanding, too, that he's going to get it as a package so now

10:58AM 13   we're doing the first 12 designations?  That's fine.  We'll get

10:58AM 14   that all to Worldwide.  We'll look at the objections but then

10:58AM 15   don't we need to do our summaries for those two in terms of a

10:59AM 16   timeline, and then those 12 are done and submit it to

10:59AM 17   Judge Barbier.

10:59AM 18          THE COURT:  Correct.  Then they will be bundled as a

10:59AM 19   package, and the deposition designations, which will include

10:59AM 20   objections, and the summaries from anybody who has designated

10:59AM 21   testimony, and those will be bundled up and sent as a package to

10:59AM 22   Judge Barbier to review relative to that one.

10:59AM 23          MR. MILLER:  So the color coding that we're doing for

10:59AM 24   the party designations right now on the front end, that's just

10:59AM 25   for internal Worldwide purposes; is that right?

10:59AM 1    THE COURT:  That's my understanding.  We had agreed that

10:59AM 2    he did not need color coding; indeed, at the back of the

10:59AM 3    deposition, there would be the designations by each party, so if

10:59AM 4    he wanted to see who designated this testimony he could go right

10:59AM 5    to the back, see page and line, and one or more parties will have

10:59AM 6    designated that testimony.

11:00AM 7    MR. MILLER:  I guess one more thing to ponder from the

11:00AM 8    meeting we had with Judge Barbier and Alan's suggestion about

11:00AM 9    objections, I thought Judge Barbier either said or got close to

11:00AM 10   saying that if you're serious about a deposition objection, that

11:00AM 11   you ought to put that in a motion in limine.  How does that

11:00AM 12   square things?

11:00AM 13   THE COURT:  Let's talk about that on Tuesday.  We'll

11:00AM 14   make note of that, and I'll try to speak to him about that before

11:00AM 15   Tuesday.

11:00AM 16   MR. MILLER:  Okay.

11:00AM 17   THE COURT:  Mr. Roy.

11:00AM 18   MR. ROY:  Yes, Your Honor.  Since we're talking about

11:00AM 19   depo cuts -- since we're talking about depo cuts, I thought we

11:00AM 20   would report on the timeline we're trying to work under and where

11:00AM 21   we stand.

11:01AM 22        The Court will recall a couple of weeks ago in this

11:01AM 23   courtroom we passed out a list or gave names of 12, 13 of the

11:01AM 24   people that we were going to focus on first with our initial cuts

11:01AM 25   and told everybody that Mr. Hayward would be the very first, the

11:01AM 1    true guinea pig, the test case.

11:01AM 2          Since that time last Friday, Mr. Hayward's depo

11:01AM 3    cuts went to Worldwide, and Monday they went to the defendants

11:01AM 4    from Worldwide with the actual exhibit excerpts.  Since that time

11:01AM 5    we've had a couple of more.  I believe Castell and Sims have gone

11:01AM 6    out, and we're continuing to feed them out of the hopper.  By

11:01AM 7    this Monday, we ought to have 12, 15 that have made it to the

11:01AM 8    defendants.  It's our goal to continue to roll these out on, at

11:01AM 9    least 12, 15 or more a week; regardless, we're hoping to have

11:01AM 10   covered the first 125 by October 10th, actually getting them to

11:02AM 11   the defendants.

11:02AM 12         Of those 125, we expect probably 15 or 20 will be

11:02AM 13   very minimalistic in support of particular documents or

11:02AM 14   foundational type things.  Of the remaining depositions, 64

11:02AM 15   depositions, we don't think we're going to use very many of them,

11:02AM 16   but whatever we will use we'll have cut Worldwide and to the

11:02AM 17   defendants we believe by October 31st.

11:02AM 18         So the reason why I tell you all this is obviously

11:02AM 19   the defendants have to go through this, they have to do their

11:02AM 20   feedback and everything, but I think Kerry's point about the

11:02AM 21   two-page summary is very timely, because it's our hope that at

11:02AM 22   the latest by the first of November that we are able to start

11:02AM 23   tendering depositions to the Court just as if we were in a trial

11:03AM 24   in the order that we would be calling these witnesses, and that

11:03AM 25   these tendered depositions to him, I guess, coming ultimately

11:03AM  1    through the auspices of Worldwide, would have our two-page

11:03AM  2    summaries which we're also contemplating Worldwide acts as the

11:03AM  3    collector of, the bundler of, and supplies everything.  We

11:03AM  4    haven't discussed that with the defense, but it seems that

11:03AM  5    Worldwide is doing the job, and, you know, it works.

11:03AM  6               One of the issues on the two-page summaries that's

11:03AM  7    going to come to our mind is is this going to be a

11:03AM  8    contemporaneous, simultaneous tender to Worldwide and to the

11:03AM  9    Court, or do we delay the process and do plaintiffs give their

11:03AM 10    two-page summary and then the defendants comment on that and then

11:03AM 11    everybody cross comments?

11:03AM 12          THE COURT:  I don't think so.  I think it's going to be

11:03AM 13    simultaneous.  You're each giving the judge a summary of what you

11:04AM 14    think that witness is being designated for.

11:04AM 15          MR. ROY:  Our mini advocacy piece.  What we think it

11:04AM 16    shows.

11:04AM 17          THE COURT:  Exactly.  I think it's simultaneous.

11:04AM 18          MR. ROY:  Good.  Well, that about covers what --

11:04AM 19          THE COURT:  Maybe I can cancel Tuesday's meeting, now?

11:04AM 20          MR. FITCH:  We may not have time.

11:04AM 21          MR. ROY:  There is one other aspect we want to bring up.

11:04AM 22    The post August 31st depos would obviously be on the back side of

11:04AM 23    this process.

11:04AM 24          THE COURT:  Correct.

11:04AM 25          MR. ROY:  But on an expedited because there are a lot

11:04AM 1    fewer of them.

11:04AM 2         THE COURT:  Correct.

11:04AM 3         MR. ROY:  Finally, we consulted with Worldwide, and I

11:04AM 4    know Andy and I had exchanges of e-mail, I don't remember how

11:04AM 5    wide we went past that, but we got a flat rate quote out of

11:04AM 6    Worldwide by the hour, and I don't recall anybody complaining.

11:05AM 7    Is this news to anybody?  Did y'all see that?  Whatever it was.

11:05AM 8    Two and a quarter.

11:05AM 9         MR. HAYCRAFT:  Two forty-five.

11:05AM 10        MR. ROY:  Whatever it was.  I think we're all on board

11:05AM 11   with that, and Worldwide has done its usual first-class job

11:05AM 12   tackling the project.

11:05AM 13        THE COURT:  They who can do anything.

11:05AM 14        MR. ROY:  Fontana is going after it.  There are four

11:05AM 15   issues we need or he needs, I'm told.  We need a point of contact

11:05AM 16   with the Court.  We called your attention to some of this

11:05AM 17   earlier, but who with the courthouse and, I guess, Judge Barbier

11:05AM 18   as the courtroom, so courtroom contact, courthouse contact, we

11:05AM 19   don't want to have Kym do anything impolitic, improper, but a

11:05AM 20   contact for bringing in the high-speed Internet hard wire.

11:05AM 21        THE COURT:  We need to talk about that.

11:06AM 22        MR. ROY:  Or wireless.  The hardware system in the court

11:06AM 23   and the database issues, viewing ability, software, how Fontana

11:06AM 24   is going to physically make this stuff available to the Court on

11:06AM 25   a pretrial basis to start viewing the depo cuts and the --

| | |
|---|---|
| 11:06AM  1 | THE COURT:  I think what we probably need to do, Jim, is |
| 11:06AM  2 | have Kym's people come up here and have a walkthrough with our |
| 11:06AM  3 | systems people as to what we have now and how we can coordinate |
| 11:06AM  4 | with him. |
| 11:06AM  5 | We've got some issues with the wireless Internet. |
| 11:06AM  6 | The Court already has a contractor who provides wireless |
| 11:06AM  7 | Internet, and they've been precleared security wise, and I think |
| 11:06AM  8 | Judge Barbier is going to want to work through that contractor |
| 11:06AM  9 | for the wireless Internet, but that's all on the radar.  So I |
| 11:07AM 10 | think that you and I need to start working to get Kym up here and |
| 11:07AM 11 | talk about we need to do. |
| 11:07AM 12 | MR. ROY:  We're just raising the issue with you. |
| 11:07AM 13 | Obviously we want to, I'm sure the defense wants, and Mr. Fontana |
| 11:07AM 14 | wants to respect whatever issues there are, contracts, politics |
| 11:07AM 15 | or whatever, but there are things we need to get moving. |
| 11:07AM 16 | THE COURT:  I appreciate your raising the issues because |
| 11:07AM 17 | we have to get this straight. |
| 11:07AM 18 | MR. ROY:  Thank you. |
| 11:07AM 19 | THE COURT:  Thank you. |
| 11:07AM 20 | Deb, I've got your communication on my desk to work |
| 11:07AM 21 | through for Tuesday's conference. |
| 11:07AM 22 | MS. KUCHLER:  Right.  I just wanted to briefly respond |
| 11:07AM 23 | to what Jim just said.  With respect to a target date of |
| 11:07AM 24 | November 1st, to start rolling them out to the Court, I would |
| 11:07AM 25 | suggest that the issue of counterdesignating among defendants |

11:07AM  1    probably means we need a later deadline than that.

11:08AM  2         We were thinking internally maybe sometime in

11:08AM  3    December, December 1st or the 15th to start rolling the

11:08AM  4    depositions out to the judge, which is in accordance to what he

11:08AM  5    said, because in addition to counterdesignating to the

11:08AM  6    plaintiffs' designations, there are crossclaims among all the

11:08AM  7    defendants, and that's going to take an extra bit of time.

11:08AM  8         THE COURT:  We'll talk about that.  I think on a rolling

11:08AM  9    basis you might be able to come out a little earlier on those

11:08AM  10   first depos.

11:08AM  11        MS. KUCHLER:  That's helpful to hear that they will do

11:08AM  12   it on a rolling basis.  It would also be helpful, when they gave

11:08AM  13   us the first list of 12, then we all prioritized our work and our

11:08AM  14   teams to work on those 12.  If they could, on a rolling basis,

11:08AM  15   give us a list of what are the next 12 or the next 12 --

11:08AM  16        MR. HERMAN:  We intend to do that.

11:08AM  17        MS. KUCHLER:  Because, for example, if we can get today

11:08AM  18   what they intend to role out on Monday, we can get our folks

11:08AM  19   started working on it.

11:08AM  20        THE COURT:  Look, here is the thing, Judge Barbier will

11:08AM  21   start reading them as soon as we can get them to him.  Obviously,

11:09AM  22   with the numbers we're talking about, if we can do it earlier

11:09AM  23   than December 1st, it makes sense.

11:09AM  24        I don't expect that we're going to get them all

11:09AM  25   done before December 1st, but we might be able to get him a nice

11:09AM 1   package of things to start reading in November and then working

11:09AM 2   into December, and we'll talk about that as they come.

11:09AM 3             Yes, absolutely, I think the plaintiffs plan on a

11:09AM 4   rolling it to you, giving you the heads up on who is coming next,

11:09AM 5   and then you all can start working from there.

11:09AM 6             MS. KUCHLER:  Thank you.

11:09AM 7             THE COURT:  You're welcome.

11:09AM 8             MR. ROY:  Your Honor, if it's okay with you, we don't

11:09AM 9   have to wait.  We can give them the next 12 right now.

11:09AM 10            The first 12, I believe, ended with John Guide?

11:09AM 11            THE COURT:  Do you want to e-mail that out?  What do you

11:10AM 12  think?

11:10AM 13            MR. ROY:  We can, without any delay.

11:10AM 14            The order is going to be Bly, Robinson, Lucas,

11:10AM 15  Baxter, Ingliss, Hafle, Keith -- Bly, Robinson, Lucas, Baxter,

11:10AM 16  Inglis, I-N-G-L-I-S, Hafle, H-A-F-L-E, Keith, Morel, Johnson,

11:10AM 17  Kaluza, Patton, and Wong.

11:10AM 18            THE COURT:  These people are in gear.

11:10AM 19            MR. ROY:  I think that's right.

11:10AM 20            THE COURT:  That was your point; wasn't it, Jim?

11:10AM 21            MR. ROY:  That's right.

11:10AM 22            THE COURT:  Thank you.  Okay.  Let's talk about

11:10AM 23  deadlines that are coming up.  We've got authenticity objections

11:10AM 24  the 12th, the 300 document designations are the 14th, substantive

11:10AM 25  objections to those 300 documents are the 28th, motions with

11:11AM 1 regard to authenticity October 7th, just to give you the heads up

11:11AM 2 on that.

11:11AM 3          Do we want to cover anything about BP's request for

11:11AM 4 shear test procedures?

11:11AM 5     MR. HAYCRAFT:  I think between me and Bob Cowlam,

11:11AM 6 they've found a document or two, and they've asked us to look for

11:11AM 7 a document or two, and we're doing exactly that; so, we're good

11:11AM 8 with that.

11:11AM 9     THE COURT:  Good.  Thank you, Don.  I appreciate it.

11:11AM 10          Request for additional deposition time for the

11:11AM 11 weeks of September 19th and 26th.  Please try to get that to us

11:11AM 12 by close of business this coming Monday, the 12th, so that we can

11:11AM 13 turn it around and you all will know what kind of time you have.

11:11AM 14          Let's see.  I've got Mr. Herman standing up.

11:12AM 15     MR. HERMAN:  Steve Herman for the PSC.  On the list of

11:12AM 16 300, I haven't seen all the final list yet.  I've got a couple of

11:12AM 17 them already.  I know that we have a hundred BP and 50

11:12AM 18 Transocean.

11:12AM 19          In the event that for a couple of the defendants,

11:12AM 20 we don't really have 50, do you want us to fill in with

11:12AM 21 additional BP documents, or do you just want to, have, for

11:12AM 22 example, Anadarko documents that we have?

11:12AM 23     THE COURT:  Let's not fill in.  Let's just go with what

11:12AM 24 you've got.

11:12AM 25     MR. HERMAN:  Up to 50.

11:12AM  1          THE COURT:  Up to 50.  Don't fill the dead space.

11:12AM  2          Okay.  You all next week have a conference with

11:12AM  3  Judge Barbier only, and then I'm out also Friday, September 23rd,

11:12AM  4  so we don't have conferences weekly for the next two weeks.  I

11:12AM  5  know that's a relief.  Is there anything that we need to cover

11:12AM  6  today?

11:12AM  7          [REPORTER'S NOTE:  The next conference is Friday,

11:12AM  8  September 30, 2011, at 9:30 a.m.]

11:12AM  9          MR. LANGAN:  Your Honor, this is a placeholder.  We did

11:13AM 10  send a letter in about Phase I expert deps, the coauthor issue.

11:13AM 11          THE COURT:  Yes, you sent it in as a placeholder.

11:13AM 12          MR. LANGAN:  Correct.  So we should talk about it at

11:13AM 13  some point.  I just want to not lose track of that.

11:13AM 14          THE COURT:  We should, and since we don't have a

11:13AM 15  conference for two more weeks, what I would like to do is hear

11:13AM 16  from anybody who wants to comment in letter form so I can

11:13AM 17  consider it and maybe either resolve it or be prepared to resolve

11:13AM 18  it at our next meeting.

11:13AM 19          MR. LANGAN:  Very good.  Thank you, Your Honor.

11:13AM 20          THE COURT:  Okay.  Can you all do that for me, please.

11:13AM 21          MR. UNDERHILL:  One brief one, Your Honor.  This is a

11:13AM 22  serious one.  I hope they are all serious but this really is.  I

11:13AM 23  just got an e-mail from my Coast Guard clients, and I've already

11:13AM 24  talked to Rob about it.  I haven't talked to anybody else.  I

11:13AM 25  think I talked to Jim.

11:13AM 1      They had a request from the next of kin of the

11:14AM 2  decedents of the *Horizon* to go out for some type of a site visit.

11:14AM 3  I don't think there is a definite date or anything.  The

11:14AM 4  Coast Guard is happy to accommodate them subject to their own

11:14AM 5  personal security issues when they go out in the boat to get out

11:14AM 6  there.

11:14AM 7      My client wanted to know if there were any court

11:14AM 8  restrictions.  I confess that I don't remember whether that

11:14AM 9  security zone is a column of water or is it only diving down to

11:14AM 10 the site?

11:14AM 11     THE COURT:  I don't recall.  I have to pull that out.  I

11:14AM 12 thought that the security zone was both depth and width.

11:14AM 13     MR. UNDERHILL:  A column of water.

11:14AM 14     THE COURT:  I would have to check that.

11:14AM 15     Certainly we've done that just recently with the

11:14AM 16 ROV issue, so we certainly can work around that.

11:14AM 17     MR. UNDERHILL:  So I'm assuming that none of the parties

11:14AM 18 would object that, subject to the Coast Guard security, their own

11:14AM 19 personal safety issues, that there is going to be no objection.

11:14AM 20 Should we do that in a court order?  How would the Court like to

11:14AM 21 handle that?

11:14AM 22     THE COURT:  Probably we need to do in it a court order,

11:15AM 23 and if you'll shoot me an e-mail about when, the details of it, I

11:15AM 24 would be glad do a court order.

11:15AM 25     MR. UNDERHILL:  Glad to do that.  Thank you very much

11:15AM  1    and the parties too.

11:15AM  2            THE COURT:  Last but not least, guys, Mr. Herman, have

11:15AM  3    we got a short form?

11:15AM  4            MR. HERMAN:  Subject to any improvements by Ben, I think

11:15AM  5    that what was submitted by Mr. -- Andy.

11:15AM  6            THE COURT:  Mr. Langan, thank you so much for finally

11:15AM  7    pulling it together.  I looked at it briefly this morning.  I had

11:15AM  8    no basis to improve.  I'll try to coordinate with Ben and make

11:15AM  9    sure we get it out.

11:15AM 10            MR. HERMAN:  The one that Andy submitted yesterday of

11:15AM 11    the order and the dismissal form and then combined with the other

11:15AM 12    three that I submitted on Tuesday, subject to any additional

11:15AM 13    changes by the Court, I think from the parties' standpoint those

11:16AM 14    are the final.

11:16AM 15            MR. LANGAN:  Your Honor, our guns are silent on the

11:16AM 16    issue.

11:16AM 17            THE COURT:  Thank you so much.

11:16AM 18               All right, guys.

11:16AM 19            MR. MILLER:  Your Honor, I have a quick question for

11:16AM 20    you.  The after meeting on the capping stack issue that we talked

11:16AM 21    about earlier with Rob and Mike, is that just a financial issue?

11:16AM 22    We had sent an e-mail awhile back concerning our interest,

11:16AM 23    Transocean's issue in getting the equipment back after the

11:16AM 24    testing is done.  Is that up for discussion or do we or do we

11:16AM 25    wait [audio screeching] --

11:16AM 1          THE COURT:  Let me answer your question.  The answer is

11:16AM 2     right now, we're just trying to get the protocol and the costs

11:16AM 3     for testing done.

11:16AM 4          MR. MILLER:  That's what I thought.

11:16AM 5          THE COURT:  So I just think I need Underhill and

11:16AM 6     Gasaway.  If you all are happy with that, I'm happy with that.

11:16AM 7          MR. MILLER:  That's fine.

8          THE COURT:  Okay.  Thank you, everybody.  Have a great

9     weekend.

10          (WHEREUPON, at 11:16 a.m., the proceedings were

11     concluded.)

12                              *    *    *

13

14                    REPORTER'S CERTIFICATE

15

16     I, Cathy Pepper, Certified Realtime Reporter, Registered
     Merit Reporter, Certified Court Reporter of the State of
     Louisiana, Official Court Reporter for the United States District
17     Court, Eastern District of Louisiana, do hereby certify that the
     foregoing is a true and correct transcript, to the best of my
18     ability and understanding, from the record of the proceedings in
     the above-entitled and numbered matter.

19

20

21                         _s/Cathy Pepper_____
                         Cathy Pepper, CRR, RMR, CCR
                         Certified Realtime Reporter
22                         Official Court Reporter
                         United States District Court
23                         Cathy_Pepper@laed.uscourts.gov

24

25

# #

**#13** [1] - 62:21

# $

**$800,000** [1] - 13:24

# 1

**1** [2] - 55:12, 62:10
**10** [5] - 22:24, 22:25, 23:3, 61:8, 61:24
**10-MD-2179** [1] - 1:6
**1000** [1] - 6:4
**1001** [1] - 4:11
**10036** [1] - 5:22
**10153** [1] - 6:13
**10174** [1] - 6:22
**10th** [1] - 72:10
**1100** [2] - 4:7, 5:18
**11:10** [2] - 40:9, 43:17
**11:16** [1] - 82:10
**11th** [2] - 39:8, 39:11
**12** [11] - 70:13, 70:16, 71:23, 72:7, 72:9, 76:13, 76:14, 76:15, 77:9, 77:10
**1201** [1] - 4:24
**125** [2] - 72:10, 72:12
**12th** [2] - 77:24, 78:12
**13** [5] - 8:5, 8:6, 8:9, 61:11, 71:23
**13-hour** [2] - 51:12, 51:21
**1300** [1] - 5:9
**1331** [1] - 5:4
**13th** [1] - 47:14
**14** [1] - 12:15
**14th** [6] - 32:25, 33:7, 40:3, 40:24, 46:2, 77:24
**15** [9] - 12:15, 22:25, 23:3, 48:10, 48:11, 72:7, 72:9, 72:12
**1540** [1] - 5:21
**15th** [4] - 27:15, 27:16, 27:18, 76:3
**1615** [1] - 5:9
**1665** [1] - 5:4
**16th** [4] - 29:22, 31:14, 33:8, 64:2
**17** [3] - 8:11, 8:12, 23:21
**1700** [1] - 4:24
**18** [1] - 23:21
**18th** [3] - 51:1, 51:2,
51:4
**19TH** [1] - 11:5
**19th** [3] - 32:22, 46:7, 78:11
**1st** [4] - 75:24, 76:3, 76:23, 76:25

# 2

**2** [2] - 55:13, 62:13
**20** [2] - 1:5, 72:12
**20005** [1] - 3:19
**20006** [1] - 5:14
**2007** [1] - 5:16
**2010** [1] - 1:5
**2011** [4] - 1:7, 11:8, 12:2, 79:8
**2020** [1] - 5:13
**2185** [1] - 7:3
**22** [2] - 21:3, 21:17
**23rd** [4] - 46:14, 50:25, 51:3, 79:3
**23RD............** [1] - 11:7
**24** [1] - 30:1
**24...............................
........** [1] - 8:19
**252** [1] - 37:24
**26** [2] - 65:4, 66:7
**26th** [2] - 49:19, 78:11
**26TH....................
... ..** [1] - 11:5
**27** [1] - 8:13
**2700** [2] - 57:18, 58:3
**27th** [2] - 38:15, 39:1
**28** [1] - 8:15
**28th** [1] - 77:25
**29** [2] - 8:17, 8:18
**2929** [1] - 6:17
**2990** [1] - 1:25
**2nd** [1] - 30:6

# 3

**3** [1] - 60:20
**30** [4] - 8:19, 8:20, 11:8, 79:8
**30(B)(6** [1] - 10:4
**30(b)(6** [17] - 36:23, 36:24, 37:12, 37:18, 38:3, 49:22, 50:3, 50:7, 53:9, 53:10, 53:12, 53:17, 53:22, 54:4, 54:5, 54:9, 54:16
**30(b)(6)** [1] - 37:8
**30(b)(6)'s** [2] - 53:15, 55:10
**300** [4] - 3:15, 77:24,
77:25, 78:16
**31** [2] - 8:21, 8:23
**3100** [1] - 5:18
**316** [1] - 2:8
**31st** [4] - 22:16, 23:10, 72:17, 73:22
**31ST** [1] - 10:17
**32** [3] - 9:1, 9:3, 9:4
**32502** [1] - 2:8
**33** [1] - 9:7
**34** [1] - 9:8
**3450** [1] - 7:4
**35** [4] - 9:10, 9:11, 69:9, 69:12
**36** [1] - 9:12
**36130** [1] - 2:18
**365** [1] - 1:25
**3668** [1] - 1:18
**36TH** [1] - 4:6
**37** [4] - 46:15, 47:24, 69:10, 69:12
**3700** [1] - 4:11
**38** [2] - 9:13, 9:14
**380** [1] - 57:19
**39** [2] - 9:15, 9:17

# 4

**4** [1] - 38:14
**4000** [1] - 6:4
**405** [1] - 6:21
**42ND** [1] - 6:17
**4310** [1] - 2:4
**45** [1] - 9:18
**450** [1] - 2:13
**46** [2] - 9:20, 9:21
**49** [3] - 9:22, 9:23, 9:24
**4900** [1] - 4:14

# 5

**5** [1] - 38:18
**50** [5] - 9:25, 78:17, 78:20, 78:25, 79:1
**500** [5] - 2:17, 7:4, 7:8, 24:16, 24:17
**5000** [1] - 3:10
**504** [1] - 7:9
**51** [1] - 10:1
**52** [2] - 10:2, 10:3
**53** [1] - 48:9
**5395** [1] - 2:14
**54** [1] - 10:4
**546** [1] - 4:19
**556** [1] - 1:18
**56** [2] - 10:5, 10:6
**589-7779** [1] - 7:9

# 6

**6** [1] - 51:18
**60** [2] - 10:7, 10:9
**600** [1] - 2:8
**60654** [1] - 3:15
**63** [1] - 10:10
**64** [1] - 72:14
**655** [1] - 3:19
**68** [1] - 10:11
**69** [1] - 10:12
**6th** [2] - 51:16, 51:18

# 7

**7** [5] - 9:23, 49:17, 49:23, 50:3, 50:6
**70** [1] - 10:13
**701** [2] - 2:21, 3:10
**70112** [1] - 5:10
**70113** [1] - 1:22
**70130** [4] - 1:25, 2:22, 4:19, 7:9
**70139** [1] - 3:11
**70163** [2] - 4:7, 5:18
**70502** [1] - 1:19
**71** [2] - 10:14, 10:15
**73** [2] - 10:16, 10:17
**74** [2] - 10:18, 10:19
**75** [3] - 10:21, 10:22, 55:3
**750** [1] - 4:14
**75270** [1] - 4:25
**767** [1] - 6:13
**77** [5] - 10:23, 10:24, 10:25, 11:1, 11:2
**77002** [3] - 4:11, 6:5, 7:5
**77006** [1] - 2:4
**77010** [1] - 5:4
**77019** [1] - 6:17
**77056** [1] - 4:15
**78** [2] - 11:3, 11:4
**79** [4] - 11:6, 11:7, 11:8, 11:10
**7:00** [1] - 51:17
**7TH** [1] - 2:14
**7th** [1] - 78:1

# 8

**8-hour** [1] - 51:14
**80** [1] - 11:11
**81** [2] - 11:13, 11:14
**820** [1] - 1:21

**5th** [2] - 51:16, 51:19

# 9

**9** [2] - 1:7, 12:2
**90** [3] - 47:24, 48:4, 48:9
**94102** [1] - 2:14
**9:30** [3] - 1:7, 11:9, 79:8

# A

**A-OK** [1] - 46:5
**A.M** [1] - 1:7
**a.m** [3] - 51:17, 79:8, 82:10
**A.M...........................
................** [1] - 11:9
**ability** [2] - 74:23, 82:18
**able** [8] - 28:20, 29:6, 44:3, 47:20, 48:16, 72:22, 76:9, 76:25
**ABOUT** [1] - 8:21
**above-entitled** [1] - 82:18
**absolutely** [7] - 13:17, 14:16, 24:15, 51:24, 57:24, 63:25, 77:3
**accept** [2] - 55:6, 55:21
**accepting** [1] - 55:20
**accommodate** [1] - 80:4
**accordance** [1] - 76:4
**accurate** [1] - 37:5
**Act** [1] - 25:8
**action** [1] - 35:10
**ACTION** [1] - 1:6
**ACTIONS** [1] - 1:9
**acts** [1] - 73:2
**actual** [3] - 65:8, 65:16, 72:4
**add** [1] - 27:7
**addition** [1] - 76:5
**ADDITIONAL** [1] - 11:4
**additional** [10] - 21:22, 33:11, 46:23, 47:2, 49:10, 49:12, 54:19, 78:10, 78:21, 81:12
**addressed** [1] - 28:22
**adds** [1] - 63:3
**administer** [1] - 20:7
**administrator** [1] - 20:6
**admissions** [2] - 53:3, 53:5

admit [1] - 49:3
advance [2] - 69:4, 70:7
ADVANCE.... [1] - 10:13
advantage [1] - 12:20
advise [1] - 28:20
ADVISOR [1] - 9:12
advisor [5] - 36:10, 36:12, 37:12, 37:16, 38:4
advocacy [1] - 73:15
AEP [1] - 27:15
afraid [2] - 44:21, 44:23
AFTER [1] - 11:14
afternoon [2] - 51:19, 51:23
agencies [4] - 18:20, 18:22, 19:13, 19:23
Agency [1] - 20:7
AGENDA [1] - 8:3
agenda [1] - 32:9
agents [1] - 27:4
ago [4] - 36:23, 43:19, 55:2, 71:22
agree [7] - 16:14, 23:9, 63:9, 66:11, 66:13, 69:25
agreed [2] - 27:14, 71:1
agreed-upon [1] - 27:14
agreement [2] - 39:24, 54:11
ahead [5] - 27:13, 27:25, 57:9, 64:10, 69:21
air [3] - 31:7, 50:4, 50:8
AL [1] - 2:18
ALABAMA [1] - 2:16
ALAN [2] - 5:3, 6:20
Alan [6] - 35:15, 44:10, 44:11, 50:23, 67:5, 67:6
Alan's [4] - 68:22, 69:25, 70:10, 70:18
albeit [1] - 20:20
Albertin [2] - 69:9, 69:12
Albertin's [1] - 69:13
alcohol [2] - 13:16, 15:1
ALL [2] - 1:9, 10:7
ALLEN [2] - 6:17, 7:4
allotted [1] - 46:15
allow [2] - 14:3, 40:15
allowed [6] - 40:8, 40:9, 40:11, 40:16,

40:22, 47:18
amend [2] - 31:11, 47:20
AMEND [1] - 8:21
amendments [1] - 66:7
AMERICA [6] - 3:3, 3:3, 3:4, 3:5, 3:7, 3:8
AMONG [1] - 10:22
amplifications [1] - 44:17
ANADARKO [2] - 5:6, 5:7
Anadarko [9] - 48:2, 50:11, 52:10, 52:13, 52:15, 53:9, 53:24, 54:10, 78:22
Anadarko's [1] - 54:1
AND [8] - 4:4, 6:11, 8:7, 8:16, 8:25, 9:5, 10:5, 11:5
ANDREW [1] - 3:13
Andy [25] - 27:7, 29:15, 30:15, 30:25, 31:5, 35:5, 35:21, 41:1, 43:9, 44:11, 46:4, 47:19, 49:15, 50:12, 51:24, 54:13, 55:9, 56:3, 56:4, 56:12, 64:3, 66:11, 74:4, 81:5, 81:10
Andy's [1] - 40:10
answer [6] - 17:11, 20:15, 57:20, 69:3, 82:1
answers [1] - 41:20
ANTHONY [1] - 1:24
anticipate [1] - 60:8
ANTICIPATE [1] - 10:8
anticipated [1] - 60:14
anticipating [1] - 53:4
ANY [1] - 8:8
anyway [4] - 15:12, 44:12, 57:9, 60:6
anyway...all [1] - 12:23
APC [1] - 27:15
apologies [2] - 30:7, 69:4
apologize [3] - 30:25, 52:16, 66:19
APPEAL [1] - 9:5
appeal [6] - 32:11, 32:13, 32:19, 32:20, 32:21, 33:3
appealed [1] - 33:7
appear [1] - 12:25
APPEARANCES [7] - 1:15, 2:1, 3:1, 4:1, 5:1, 6:1, 7:1

apply [1] - 64:5
applying [1] - 25:13
appoint [1] - 13:4
APPOINTED [1] - 8:6
appointed [1] - 13:5
appreciate [17] - 12:18, 13:21, 15:7, 16:24, 17:24, 21:9, 26:12, 27:1, 30:16, 34:17, 45:2, 48:21, 55:24, 58:23, 64:3, 75:16, 78:9
appreciated [1] - 15:22
approach [3] - 20:10, 55:10, 68:24
appropriate [7] - 22:8, 25:9, 28:23, 37:14, 40:21, 44:4, 48:5
April [1] - 47:14
APRIL [1] - 1:5
area [1] - 37:12
AREAUX [1] - 5:17
argue [1] - 42:19
argument [1] - 48:24
arrangements [1] - 46:5
ARRANGEMENTS [1] - 9:20
ASBILL [1] - 4:9
aspect [2] - 37:2, 73:21
assume [2] - 17:5, 39:11
assuming [1] - 80:17
assumption [1] - 69:11
assure [1] - 30:15
AT [3] - 8:11, 10:11, 11:8
attach [1] - 45:19
attached [2] - 41:12, 65:9
attack [1] - 19:14
attempt [1] - 65:14
attempting [1] - 23:7
attention [4] - 45:9, 54:8, 67:4, 74:16
attorney [3] - 42:11, 43:2, 66:8
ATTORNEY [1] - 2:16
attorney-client [1] - 42:11
attorneys [3] - 23:7, 31:23, 43:7
Audio [1] - 69:20
audio [1] - 81:25
August [3] - 22:16, 23:10, 73:22
AUGUST [1] - 10:17

auspices [1] - 73:1
authenticity [2] - 77:23, 78:1
AUTHENTICITY [1] - 10:24
AUTHENTICITY.......... ......... [1] - 11:2
authored [1] - 65:5
auto [1] - 20:12
available [3] - 66:4, 66:5, 74:24
AVENUE [5] - 1:21, 2:13, 2:17, 6:13, 6:21
avoid [1] - 49:11
avoiding [1] - 54:6
award [1] - 48:4
awhile [1] - 81:22

B

BABIUCH [1] - 3:14
BACK [1] - 11:14
background [1] - 46:24
backup [1] - 29:9
bags [1] - 46:10
ball [2] - 50:8, 60:19
Barbara [6] - 40:10, 41:25, 42:10, 42:19, 43:16, 43:18
Barbara's [2] - 44:6, 45:21
BARBIER [1] - 11:6
Barbier [10] - 70:2, 70:6, 70:17, 70:22, 71:8, 71:9, 74:17, 75:8, 76:20, 79:3
BARBIER'S [1] - 10:13
BARR [5] - 2:7, 48:10, 48:12, 48:20, 50:1, 50:6
Barr [1] - 50:1
Barron [7] - 38:18, 38:19, 38:21, 39:6, 39:9, 39:10
BARRON.................. ...................... [1] - 9:14
BARROW [1] - 6:16
Barry [5] - 37:6, 37:15, 38:12, 38:15, 39:2
BARRY [1] - 9:13
base [2] - 44:1, 59:11
based [1] - 34:7
basis [7] - 24:12, 52:2, 74:25, 76:9, 76:12, 76:14, 81:8
batch [2] - 24:20,

25:17
batches [1] - 24:16
Bates [1] - 62:19
Baxter [2] - 77:15
Bay [1] - 13:20
BAYLEN [1] - 2:8
BE [1] - 10:3
be.. [1] - 59:18
bearing [1] - 47:7
beautiful [1] - 69:5
became [2] - 23:18
becomes [1] - 67:18
beep [4] - 43:11, 44:22, 59:16
BEEPING [1] - 10:6
beeping [2] - 43:11, 56:22
BEFORE [1] - 1:12
begin [1] - 26:4
begins [1] - 44:17
behalf [2] - 17:7, 50:2
behind [1] - 23:15
belabor [1] - 69:4
belief [2] - 65:3, 66:10
beliefs [1] - 65:2
below [1] - 62:13
belt [2] - 55:11, 60:7
Ben [2] - 81:4, 81:8
benefit [3] - 30:17, 64:6, 64:15
berate [1] - 50:12
BERTAUT [1] - 4:18
best [3] - 28:12, 55:10, 82:17
better [6] - 15:14, 29:1, 29:9, 62:2, 69:24
between [10] - 14:9, 16:3, 28:10, 28:17, 51:12, 58:15, 60:16, 66:8, 68:21, 78:5
beyond [4] - 32:13, 40:11, 40:12, 55:13
bibliography [1] - 65:9
bidder [1] - 27:20
bifurcating [1] - 68:19
big [1] - 31:2
bigger [1] - 34:20
billions [1] - 55:7
BINGHAM [1] - 5:12
bit [3] - 60:14, 63:3, 76:7
BLANK [1] - 6:20
blind [1] - 46:1
BLOSSMAN [1] - 5:17
Bly [2] - 77:14, 77:15
board [2] - 14:2, 74:10
boat [1] - 80:5

Bob [1] - 78:5
BOCKIUS [1] - 6:3
body [1] - 41:7
boils [1] - 41:3
bookmarked [1] - 33:16
BOP [3] - 8:5, 13:1, 28:9
border [1] - 24:24
BOULEVARD [1] - 2:4
BOX [1] - 1:18
BP [35] - 3:3, 3:3, 3:4, 3:5, 3:6, 3:7, 3:8, 9:11, 14:9, 16:16, 17:8, 17:23, 21:5, 25:11, 27:15, 34:3, 35:17, 38:22, 39:23, 42:25, 46:20, 46:25, 47:6, 47:12, 47:17, 51:24, 52:10, 52:15, 53:2, 53:9, 53:20, 61:23, 66:11, 78:17, 78:21
BP'S [1] - 11:3
BP's [3] - 20:15, 35:24, 78:3
BRANCH [1] - 2:12
Braniff [7] - 37:15, 38:12, 38:13, 38:15, 38:20, 38:21, 39:2
Braniff's [1] - 37:6
BRANIFF.................
....................... [1] - 9:13
break [1] - 12:9
breaking [1] - 24:16
breaks [1] - 49:12
BRENNAN [1] - 4:9
Brian [2] - 50:1, 50:4
BRIAN [1] - 2:7
brief [1] - 79:21
briefing [1] - 32:2
briefly [2] - 75:22, 81:7
briefs [1] - 41:15
bring [3] - 45:9, 45:16, 73:21
BRINGING [1] - 10:19
bringing [3] - 46:11, 67:4, 74:20
BROADWAY [1] - 5:21
broken [1] - 24:15
brought [4] - 29:18, 42:17, 45:20, 68:17
building [1] - 13:2
BUILDING [1] - 6:21
bumps [2] - 14:7, 14:9
bunch [1] - 29:14
bundled [2] - 70:18, 70:21

bundler [1] - 73:3
burden [1] - 54:19
business [3] - 19:3, 25:9, 78:12
busy [3] - 12:21, 30:7, 30:9
buttons [1] - 59:7
BY [30] - 1:4, 1:17, 1:21, 1:24, 2:3, 2:7, 2:12, 2:17, 2:21, 3:9, 3:13, 3:18, 4:6, 4:10, 4:14, 4:18, 4:22, 5:3, 5:9, 5:12, 5:17, 5:21, 6:3, 6:12, 6:16, 6:20, 7:3, 7:11, 7:11, 8:13

**C**

CA [1] - 2:14
Cab [1] - 63:15
CALEB [1] - 10:10
Caleb [1] - 63:15
calendar [3] - 39:3, 39:23, 51:16
CALLED [1] - 12:4
Calloway [1] - 63:15
Cameron [4] - 33:23, 37:14, 37:21, 37:22
CAMERON [1] - 4:17
CAMP [1] - 2:21
CANAL [2] - 1:24, 1:25
cancel [1] - 73:19
candidly [1] - 62:2
cannot [1] - 20:10
capping [4] - 13:9, 16:2, 16:15, 81:20
CAPPING [1] - 8:10
Captain [1] - 13:4
CAPTAIN [1] - 8:6
care [4] - 17:5, 39:25, 49:23, 63:12
carefully [1] - 65:1
CARMELITE [1] - 4:18
CARONDELET [1] - 4:19
CARTER [1] - 4:10
CARVER [1] - 5:16
case [4] - 19:11, 22:3, 23:18, 34:9, 52:19, 55:18, 55:21, 55:23, 66:4, 68:14, 72:1
cases [3] - 23:22, 31:25, 69:7
Castell [1] - 72:5
catch [1] - 12:21
Cathy [2] - 82:15, 82:21
CATHY [1] - 7:7
Cathy_Pepper@laed

.uscourts.gov [1] - 82:23
cathy_Pepper@laed.
uscourts.gov [1] - 7:10
causes [1] - 28:17
cautionary [1] - 53:25
cc [2] - 57:18, 59:6
CCR [2] - 7:7, 82:21
cement [4] - 42:7, 46:22, 47:8, 47:18
CENTER [1] - 7:4
CENTRE [1] - 4:6
CERTAIN [1] - 8:23
certain [2] - 31:21, 53:17
certainly [10] - 16:13, 16:15, 21:3, 21:11, 21:25, 37:9, 68:19, 69:8, 80:15, 80:16
CERTIFICATE [1] - 82:14
certification [2] - 56:7, 57:16
CERTIFIED [1] - 7:8
Certified [3] - 82:15, 82:16, 82:21
certify [1] - 82:17
chain [1] - 25:4
CHAMBERS [1] - 6:16
chance [1] - 43:13
changes [1] - 81:13
chart [8] - 61:7, 61:19, 61:24, 62:11, 62:15, 62:22, 62:24, 63:4
check [5] - 39:1, 56:14, 56:15, 58:24, 80:14
checking [1] - 40:3
CHICAGO [1] - 3:15
chiefs [1] - 16:14
chisel [1] - 55:15
choice [1] - 39:8
CHRYSLER [1] - 6:21
Chu [1] - 25:19
Chu's [2] - 22:9, 24:1
circulate [1] - 68:10
circulated [1] - 53:8
cited [1] - 69:9
CIVIL [2] - 1:6, 2:12
claiming [1] - 61:21
claims [2] - 31:21, 47:16
CLAIMS [1] - 8:24
clarification [3] - 26:18, 67:7, 67:11
clarified [1] - 66:24
clarifying [1] - 66:24
clarity [1] - 67:24

class [1] - 74:11
CLAWBACK [1] - 9:18
clawback [4] - 45:10, 45:12, 45:17, 45:22
clean [1] - 64:7
cleaned [1] - 64:9
cleanup [3] - 35:4, 50:22, 51:7
clear [6] - 64:18, 64:19, 64:23, 64:24, 69:4
clearly [2] - 45:18, 47:11
client [4] - 42:11, 54:25, 66:8, 80:7
clients [2] - 17:9, 79:23
CLINGMAN [7] - 4:10, 32:19, 33:2, 37:1, 37:17, 38:7, 63:13
close [3] - 59:17, 71:9, 78:12
closed [1] - 19:16
closer [2] - 14:18, 14:19
closing [1] - 48:23
closure [1] - 37:25
Coast [4] - 24:5, 79:23, 80:4, 80:18
coauthor [1] - 79:10
COAUTHOR [1] - 11:10
coding [2] - 70:23, 71:2
Cohen [1] - 12:24
colleague [2] - 13:12, 23:16
colleagues [1] - 14:1
collect [1] - 24:4
collected [3] - 19:23, 23:1, 24:4
collectively [1] - 14:11
collector [1] - 73:3
color [2] - 70:23, 71:2
column [2] - 80:9, 80:13
combined [1] - 81:11
combo [1] - 47:6
coming [5] - 45:22, 46:6, 52:12, 56:16, 58:7, 72:25, 77:4, 77:23, 78:12
comment [11] - 13:18, 22:18, 35:6, 41:22, 49:5, 61:4, 61:9, 61:23, 69:25, 73:10, 79:16
comments [4] - 34:18, 52:21, 53:11, 73:11
Commission [6] -

41:4, 41:5, 41:6, 41:11, 42:2, 45:18
communicate [1] - 26:24
communication [3] - 17:4, 22:22, 75:20
COMMUNICATION....
................................. [1] - 10:21
communications [13] - 18:8, 18:19, 18:25, 19:5, 19:18, 19:24, 20:4, 20:9, 20:20, 21:1, 21:19, 22:1, 66:8
COMPANY [3] - 3:4, 5:7
company [1] - 53:16
compel [2] - 27:10, 32:10
COMPEL [2] - 8:13, 9:4
complaining [1] - 74:6
complete [1] - 25:20
completed [1] - 24:20
completing [1] - 26:23
COMPLETION [2] - 8:12, 9:3
completion [2] - 17:15, 32:7
COMPLIANCE [1] - 9:5
compliance [1] - 32:11
compliment [1] - 26:17
complimented [1] - 18:16
comply [1] - 35:11
compress [1] - 68:20
COMPUTER [1] - 7:11
concentrated [1] - 70:1
concept [1] - 16:15
concern [1] - 23:4
concerning [2] - 66:22, 81:22
concerns [1] - 28:1
concluded [1] - 82:11
conditions [1] - 26:16
conduct [1] - 46:20
conducted [1] - 41:10
confer [2] - 36:5, 45:14, 54:10
conference [7] - 15:21, 17:1, 36:19, 38:13, 39:19, 63:17, 69:5, 75:21, 79:2, 79:7, 79:15
CONFERENCE [4] -

1:12, 9:15, 11:6, 11:8
**conferences** [2] - 23:17, 79:4
**confess** [1] - 80:8
**confidential** [17] - 19:2, 25:8, 61:10, 61:11, 61:13, 61:14, 61:17, 61:20, 61:21, 61:22, 62:16, 62:19, 62:22, 62:25, 63:2, 63:5
**confidentiality** [3] - 60:11, 61:19, 62:12
**CONFIDENTIALITY...**
.................. [1] - 10:9
**confirm** [1] - 46:4
**confirmed** [1] - 39:1
**confused** [1] - 38:19
**confusion** [1] - 64:13
**connection** [1] - 61:15
**consecutive** [1] - 68:25
**consider** [2] - 68:3, 79:17
**considered** [4] - 59:23, 65:6, 66:3, 69:8
**consult** [1] - 68:14
**consulted** [1] - 74:3
**consulting** [2] - 40:16, 43:8
**CONTACT** [1] - 10:19
**contact** [5] - 38:22, 74:15, 74:18, 74:20
**contacted** [1] - 39:7
**contemplating** [1] - 73:2
**contemporaneous** [1] - 73:8
**context** [3] - 19:4, 41:19, 45:17
**continue** [4] - 14:9, 24:3, 44:16, 72:8
**CONTINUED** [6] - 2:1, 3:1, 4:1, 5:1, 6:1, 7:1
**continuing** [2] - 44:14, 72:6
**contract** [3] - 14:3, 14:13, 61:16
**contractor** [4] - 46:25, 47:1, 75:6, 75:8
**contractors** [1] - 56:7
**contracts** [1] - 75:14
**contradicted** [1] - 62:5
**contributing** [1] - 16:20
**Control** [2] - 53:16, 53:22

**control** [1] - 53:19
**controversy** [1] - 60:15
**conversation** [2] - 37:25, 41:5
**conversations** [3] - 36:4, 41:8, 42:2
**convinced** [1] - 21:21
**coordinate** [2] - 75:3, 81:8
**copies** [2] - 22:22, 22:25
**copy** [2] - 44:6, 44:11
**Corey** [1] - 38:25
**COREY** [1] - 2:17
**CORPORATION** [4] - 3:5, 4:17, 5:7, 6:20
**correct** [17] - 12:10, 14:12, 15:10, 26:10, 26:11, 29:16, 30:3, 33:9, 36:15, 49:2, 69:16, 69:17, 70:18, 73:24, 74:2, 79:12, 82:17
**correctly** [1] - 57:15
**correspondence** [1] - 45:7
**cost** [1] - 16:5
**costs** [1] - 82:2
**COTLAR** [1] - 1:20
**COUNSEL** [1] - 1:17
**counsel** [5] - 17:9, 38:8, 38:16, 38:17, 41:8
**counter** [1] - 37:7
**counterdesignating** [2] - 75:25, 76:5
**COUNTERDESIGNA TING** [1] - 10:22
**counterdesignations** [1] - 69:14
**couple** [16] - 17:4, 38:9, 40:19, 45:10, 49:6, 49:16, 55:17, 59:7, 60:1, 60:15, 64:9, 67:21, 71:22, 72:5, 78:16, 78:19
**course** [3] - 33:17, 54:2, 62:3
**COURT** [199] - 1:1, 7:7, 8:6, 12:4, 12:7, 12:12, 12:17, 12:20, 13:13, 13:16, 13:21, 14:21, 15:4, 15:9, 15:20, 15:23, 15:25, 16:11, 16:24, 17:12, 17:15, 17:20, 17:22, 18:4, 20:22, 21:19, 22:18, 24:11, 24:21, 25:15, 26:3, 26:7,

26:10, 26:14, 26:19, 27:1, 27:6, 27:13, 27:19, 27:25, 29:12, 29:14, 29:20, 30:3, 30:7, 30:9, 30:14, 30:21, 30:24, 31:5, 31:8, 31:12, 31:15, 31:17, 32:2, 32:4, 32:12, 32:17, 32:20, 32:23, 33:1, 33:6, 33:9, 33:16, 33:20, 34:1, 34:5, 34:17, 34:22, 34:25, 35:2, 35:20, 35:24, 36:8, 36:10, 36:16, 38:2, 38:6, 38:10, 38:25, 39:5, 39:9, 39:16, 39:19, 40:3, 40:5, 41:1, 41:22, 42:15, 42:21, 44:6, 44:18, 44:23, 45:2, 45:4, 45:6, 45:25, 46:4, 46:9, 48:6, 48:15, 48:19, 49:1, 49:5, 49:8, 49:21, 49:25, 50:4, 50:18, 50:21, 50:23, 51:2, 51:6, 51:9, 52:3, 52:7, 52:23, 53:23, 54:7, 54:12, 54:22, 55:1, 55:4, 55:9, 55:24, 56:10, 56:12, 56:15, 56:20, 56:25, 57:3, 57:5, 57:13, 57:20, 57:22, 57:24, 59:1, 59:17, 59:21, 59:24, 60:6, 60:21, 60:25, 62:3, 62:7, 63:8, 63:14, 63:19, 63:25, 64:8, 64:17, 64:25, 65:18, 66:5, 66:9, 66:13, 67:5, 68:2, 68:6, 68:8, 68:22, 69:17, 69:21, 70:18, 71:1, 71:13, 71:17, 73:12, 73:17, 73:19, 73:24, 74:2, 74:13, 74:21, 75:1, 75:16, 75:19, 76:8, 76:20, 77:7, 77:11, 77:18, 77:20, 77:22, 78:9, 78:23, 79:1, 79:11, 79:14, 79:20, 80:11, 80:14, 80:22, 81:2, 81:6, 81:17, 82:1, 82:5, 82:8
**Court** [29] - 16:7, 16:22, 16:23, 17:11, 29:3, 29:5, 30:17, 33:24, 42:18, 53:14, 53:15, 60:19, 64:19,

66:18, 67:4, 71:22, 72:23, 73:9, 74:16, 74:24, 75:6, 75:24, 80:20, 81:13, 82:16, 82:16, 82:17, 82:22, 82:22
**court** [8] - 12:15, 13:5, 36:3, 74:22, 80:7, 80:20, 80:22, 80:24
**Court's** [2] - 26:24, 36:23
**COURT-APPOINTED** [1] - 8:6
**court-appointed** [1] - 13:5
**courthouse** [2] - 74:17, 74:18
**courtroom** [3] - 71:23, 74:18
**cover** [2] - 78:3, 79:5
**covered** [1] - 72:10
**covers** [1] - 73:18
**Cowlam** [1] - 78:5
**create** [1] - 69:11
**critically** [1] - 12:16
**cross** [2] - 65:21, 68:20, 73:11
**crossclaim** [1] - 31:11
**CROSSCLAIM...........**
......................... [1] - 8:22
**crossclaims** [1] - 76:6
**CRR** [2] - 7:7, 82:21
**cure** [1] - 31:22
**CURE..............** [1] - 8:25
**custodial** [8] - 13:5, 37:23, 56:3, 56:5, 56:9, 57:14, 57:16, 58:3
**CUSTODIAL** [2] - 8:7, 10:5
**custodian** [2] - 57:19, 59:6
**cut** [3] - 28:12, 29:6, 72:16
**cuts** [8] - 67:12, 67:13, 67:23, 71:19, 71:24, 72:3, 74:25
**CUTS.........................**
.................. [1] - 10:15
**cyber** [1] - 19:14

## D

**DALLAS** [2] - 4:25, 7:4
**Daniel** [4] - 38:18, 39:6, 39:9, 39:10

**DANIEL** [2] - 4:14, 9:14
**DARDEN** [1] - 5:16
**database** [1] - 74:23
**date** [19] - 14:12, 14:13, 27:15, 27:18, 32:13, 38:15, 39:4, 39:13, 43:23, 49:19, 50:13, 50:19, 58:2, 58:13, 58:14, 58:17, 75:23, 80:3
**dates** [6] - 35:23, 36:25, 42:13, 43:5, 58:3, 59:9
**David** [2] - 37:14, 37:22
**days** [11] - 13:19, 17:4, 20:13, 26:16, 38:9, 43:19, 45:10, 61:8, 61:24, 64:7, 64:9
**DC** [2] - 3:19, 5:14
**de** [5] - 24:5, 60:11, 61:19, 61:22, 62:15
**DE** [1] - 10:9
**de-designated** [1] - 62:15
**de-designating** [1] - 61:22
**de-designation** [2] - 60:11, 61:19
**DE-DESIGNATION** [1] - 10:9
**de-duplicate** [1] - 24:5
**dead** [1] - 79:1
**DEADLINE** [1] - 9:5
**deadline** [18] - 22:15, 22:17, 23:13, 23:15, 27:14, 27:17, 31:12, 31:17, 32:11, 32:13, 33:3, 50:2, 50:6, 68:18, 69:1, 76:1
**DEADLINE.................**
.......................... [1] - 9:6
**deadlines** [2] - 32:5, 77:23
**DEADLINES** [1] - 9:2
**DEADLINES.............**
.......................... [1] - 10:23
**deal** [2] - 37:7, 51:13
**dealing** [1] - 70:2
**dealt** [1] - 19:13
**Deb** [2] - 68:17, 75:20
**DEB'S** [1] - 10:21
**DEBORAH** [1] - 5:9
**decedents** [1] - 80:2
**DECEDENTS** [1] - 11:11

**December** [5] - 76:3, 76:23, 76:25, 77:2
**decided** [2] - 12:20, 30:9
**decision** [1] - 47:15
**deem** [1] - 48:5
**DEEPWATER** [3] - 1:4, 4:4, 4:5
**Deepwater** [1] - 36:13
**defend** [2] - 23:7, 55:20
**defendant's** [1] - 69:6
**defendants** [14] - 52:17, 52:18, 53:11, 65:21, 67:21, 72:3, 72:8, 72:11, 72:17, 72:19, 73:10, 75:25, 76:7, 78:19
**DEFENDANTS..........** ......... [1] - 10:22
**defense** [2] - 73:4, 75:13
**definite** [1] - 80:3
**delay** [4] - 21:8, 63:4, 73:9, 77:13
**delayed** [1] - 28:16
**delivered** [1] - 56:3
**DENISE** [1] - 6:4
**DENNIS** [1] - 6:16
**DEPARTMENT** [1] - 2:11
**departments** [2] - 18:8, 18:13
**depo** [10] - 55:25, 56:2, 56:5, 69:14, 69:15, 71:19, 72:2, 74:25
**DEPO** [2] - 10:5, 10:15
**deponents** [1] - 51:11
**depos** [2] - 73:22, 76:10
**DEPOS.....................** ......... [1] - 10:17
**depose** [1] - 47:21
**deposed** [2] - 37:21, 54:2
**DEPOSITION** [1] - 11:4
**deposition** [32] - 36:24, 37:6, 39:25, 40:21, 41:17, 42:4, 42:24, 43:22, 43:23, 44:4, 44:13, 44:17, 46:13, 46:14, 46:15, 46:16, 47:13, 47:25, 48:1, 48:13, 51:7, 51:14, 51:17, 54:18, 57:3, 66:22, 67:12, 69:9, 70:19, 71:3, 71:10, 78:10

**depositions** [16] - 12:11, 35:13, 46:13, 52:4, 54:20, 55:8, 55:21, 57:2, 60:23, 67:1, 69:8, 72:14, 72:15, 72:23, 72:25, 76:4
**DEPS** [1] - 11:10
**deps** [1] - 79:10
**depth** [1] - 80:12
**describe** [2] - 13:24, 13:25
**designate** [1] - 69:1
**designated** [7] - 40:13, 43:24, 62:15, 70:20, 71:4, 71:6, 73:14
**designating** [1] - 61:22
**designation** [8] - 38:3, 60:11, 61:19, 62:10, 62:12, 62:22, 62:25, 63:3
**DESIGNATION** [1] - 10:9
**designations** [14] - 50:15, 67:20, 68:20, 68:25, 69:14, 70:1, 70:5, 70:9, 70:13, 70:19, 70:24, 71:3, 76:6, 77:24
**DESIGNATIONS........** ............. [1] - 10:25
**designing** [2] - 42:7, 47:7
**DESIRE** [1] - 10:13
**desire** [1] - 70:6
**desk** [1] - 75:20
**detail** [2] - 24:24, 69:25
**details** [1] - 80:23
**determined** [1] - 43:22
**determining** [1] - 19:17
**DEXTER** [1] - 2:17
**dial** [2] - 68:8
**difference** [4] - 14:4, 51:12, 51:22, 55:3
**different** [5] - 15:2, 22:16, 23:3, 36:20, 58:11
**difficult** [1] - 51:13
**difficulties** [1] - 23:12
**digest** [1] - 34:11
**diligence** [1] - 34:18
**diligent** [2] - 30:17, 34:9
**dinner** [1] - 13:14
**direct** [1] - 65:18

**directed** [2] - 17:8, 20:4
**direction** [1] - 36:21
**directly** [1] - 59:8
**disagree** [3] - 37:17, 66:9, 69:22
**disagreement** [1] - 67:6
**disagrees** [1] - 69:19
**disclose** [1] - 42:18
**disclosed** [3] - 37:23, 38:1, 65:15
**disclosing** [1] - 46:21
**disclosures** [1] - 65:4
**discover** [1] - 54:24
**discovery** [11] - 17:16, 19:12, 27:11, 31:22, 32:7, 33:23, 35:3, 52:8, 52:9, 52:14, 60:8
**DISCOVERY** [3] - 8:25, 10:3, 10:7
**DISCOVERY............** - 8:14
**DISCOVERY..............** - 9:3
**DISCOVERY..............** ........ [1] - 9:10
**DISCOVERY..............** ......... [1] - 8:12
**DISCOVERY..............** .............. [1] - 9:7
**DISCOVERY..............** ......................... [1] - 10:2
**discrete** [1] - 30:12
**discuss** [4] - 16:13, 18:3, 37:19, 64:12
**discussed** [2] - 43:2, 73:4
**discussing** [1] - 53:15
**discussion** [5] - 28:8, 28:11, 34:7, 35:17, 81:24
**DISCUSSION** [1] - 9:8
**discussions** [4] - 14:21, 14:23, 16:3, 16:22
**dismiss** [1] - 31:21
**DISMISS** [1] - 8:23
**dismissal** [1] - 81:11
**distinct** [1] - 31:5
**distinctions** [1] - 60:16
**distributed** [1] - 52:16
**DISTRICT** [2] - 1:1, 1:1
**District** [3] - 82:16, 82:17, 82:22
**diving** [1] - 80:9

**DIVISION** [1] - 2:12
**DNV** [2] - 13:23, 14:22
**document** [13] - 23:4, 58:18, 61:13, 62:16, 62:21, 63:2, 63:6, 67:14, 67:16, 67:23, 77:24, 78:6, 78:7
**DOCUMENT** [2] - 1:9, 10:25
**documentation** [2] - 17:5, 17:10
**DOCUMENTS** [1] - 9:19
**documents** [38] - 18:7, 19:17, 20:12, 22:4, 22:5, 22:10, 22:15, 23:19, 23:22, 24:17, 24:18, 24:22, 24:25, 25:1, 25:18, 25:19, 28:16, 32:6, 32:24, 45:11, 53:17, 57:14, 57:17, 58:3, 58:19, 59:2, 61:18, 61:25, 62:11, 62:18, 65:8, 65:16, 72:13, 77:25, 78:21, 79:24
**DOCUMENTS.....** [1] - 9:2
**dollars** [1] - 55:7
**DOMENGEAUX** [1] - 1:17
**DON** [1] - 3:9
**Don** [23] - 15:7, 29:20, 36:11, 36:14, 38:2, 40:1, 41:22, 44:18, 46:10, 46:11, 48:8, 48:16, 56:1, 56:15, 57:20, 57:25, 58:1, 58:14, 58:24, 59:7, 63:16, 78:9
**DONALD** [1] - 4:22
**done** [18] - 21:12, 23:2, 23:20, 26:20, 30:10, 38:23, 57:7, 60:22, 62:25, 64:9, 65:1, 68:1, 70:16, 74:11, 76:25, 80:15, 81:24, 82:3
**DONE........................** ........... [1] - 11:15
**door** [3] - 19:9, 44:15, 63:23
**double** [2] - 43:11, 58:24
**DOUGLAS** [1] - 2:21
**down** [9] - 13:2, 19:13, 19:14, 19:16, 33:19, 41:3, 57:2, 57:3, 80:9
**dozen** [1] - 27:4

**DR** [2] - 9:17, 9:19
**Dr** [10] - 39:25, 40:13, 40:15, 40:21, 41:4, 42:5, 42:12, 43:7, 43:17, 45:11
**draft** [2] - 38:3, 52:16
**drawing** [1] - 14:2
**DRIL** [1] - 6:15
**DRIL-QUIP** [1] - 6:15
**DRILLING** [1] - 4:4
**drop** [1] - 27:23
**due** [1] - 21:5
**duplicate** [1] - 24:5
**duplication** [1] - 22:21
**during** [1] - 19:12

## E

**E&P** [1] - 5:7
**e-mail** [20] - 14:24, 15:12, 22:21, 22:24, 25:22, 40:9, 44:8, 45:21, 46:5, 50:24, 52:1, 58:17, 60:4, 68:10, 68:17, 74:4, 77:11, 79:23, 80:23, 81:22
**e-mailing** [1] - 57:11
**e-mails** [7] - 24:1, 24:8, 25:1, 25:3, 25:11
**eager** [1] - 35:16
**ear** [2] - 25:21, 25:24
**early** [7] - 28:20, 29:1, 29:8, 51:22, 53:11, 64:9
**earthquake** [1] - 19:15
**Eastern** [1] - 82:17
**EASTERN** [1] - 1:1
**EDWARD** [1] - 5:21
**EDWARDS** [1] - 1:17
**effort** [3] - 50:17, 52:14, 65:14
**eight** [1] - 43:12
**EISERT** [1] - 3:18
**either** [5] - 21:5, 37:14, 66:3, 71:9, 79:17
**electronically** [1] - 24:25
**ELLIS** [2] - 3:13, 3:17
**ELM** [1] - 4:24
**emanates** [1] - 33:11
**emphasize** [2] - 14:16, 17:8
**employee** [1] - 57:16
**employees** [1] - 56:8
**en** [1] - 18:9
**end** [3] - 18:10, 33:13,

70:24
**ended** [1] - 77:10
**ENERGY** [2] - 4:6, 4:22
**energy** [1] - 20:6
**ENGLEBERT** [1] - 8:6
**Englebert** [1] - 13:4
**entire** [2] - 61:24, 70:8
**entirely** [1] - 57:6
**entirety** [2] - 37:3, 37:18
**entitled** [2] - 41:14, 82:18
**enumerate** [1] - 49:1
**Environmental** [1] - 20:7
**EOP** [5] - 18:19, 18:24, 20:19, 24:10, 34:16
**equipment** [1] - 81:23
**EQUIPMENT** [1] - 11:14
**error** [1] - 38:12
**ESI** [4] - 33:23, 53:6, 59:5, 59:7
**especially** [1] - 26:20
**ESQUIRE** [36] - 1:17, 1:21, 1:24, 2:3, 2:7, 2:12, 2:13, 2:17, 2:21, 3:9, 3:13, 3:14, 3:14, 3:18, 3:18, 4:6, 4:10, 4:10, 4:14, 4:18, 4:18, 4:22, 4:23, 4:23, 5:3, 5:9, 5:12, 5:13, 5:17, 5:21, 6:3, 6:4, 6:12, 6:16, 6:20, 7:3
**estimate** [2] - 25:20, 25:23
**estimates** [1] - 18:23
**etcetera** [4] - 64:13, 65:7, 65:10, 66:8
**etched** [1] - 55:14
**ethic** [2] - 30:23, 30:24
**ethical** [1] - 23:6
**evaluating** [1] - 45:12
**evening** [1] - 41:25
**event** [6] - 30:19, 42:1, 45:8, 64:16, 65:10, 78:19
**evidence** [2] - 65:11, 65:17
**EWEN** [1] - 10:1
**Ewen** [1] - 51:10
**exactly** [10] - 21:20, 30:21, 34:24, 37:22, 52:6, 56:5, 58:21, 67:25, 73:17, 78:7
**examination** [2] - 43:19, 65:18

**examined** [1] - 40:15
**example** [2] - 76:17, 78:22
**excerpt** [1] - 70:1
**excerpts** [2] - 69:16, 72:4
**exchanges** [1] - 74:4
**exchanging** [1] - 28:2
**excluded** [2] - 66:6, 66:7
**executing** [1] - 42:8
**Executive** [10] - 18:9, 18:20, 19:8, 19:19, 19:21, 20:9, 24:6, 25:23, 26:5, 26:20
**exhibit** [5] - 66:24, 69:2, 69:12, 69:15, 72:4
**EXHIBIT** [1] - 10:12
**exhibits** [5] - 63:21, 65:10, 66:22, 67:1, 67:2
**existed** [1] - 37:23
**existence** [1] - 25:13
**existing** [1] - 27:16
**exists** [1] - 61:17
**expand** [1] - 44:14
**expansive** [1] - 54:5
**expect** [3] - 49:3, 72:12, 76:24
**expedite** [1] - 26:14
**expedited** [1] - 73:25
**expending** [1] - 16:8
**expert** [13] - 33:10, 40:14, 40:16, 43:8, 43:25, 50:14, 60:23, 65:11, 66:8, 69:6, 69:7, 79:10
**EXPERT** [1] - 11:10
**expert's** [1] - 65:17
**experts** [2] - 47:10, 65:5
**explain** [1] - 48:25
**explicitly** [1] - 54:3
**EXPLORATION** [1] - 3:6
**express** [1] - 53:25
**expressed** [1] - 16:2
**expressly** [1] - 54:3
**extend** [1] - 40:12
**extended** [1] - 40:11
**extent** [6] - 21:14, 21:16, 28:23, 52:8, 61:17, 65:12
**extra** [1] - 76:7
**eyeball** [1] - 20:13

**F**

**faced** [1] - 20:16
**facility** [2] - 19:14
**fact** [8] - 13:17, 13:18, 22:24, 43:24, 45:17, 51:21, 54:19, 55:21
**factual** [1] - 40:17
**failing** [1] - 48:4
**FAILURE** [1] - 8:24
**failure** [1] - 31:21
**fair** [3] - 55:15, 66:23, 68:2
**faith** [1] - 65:14
**familiar** [1] - 19:22
**FANNIN** [1] - 4:11
**fans** [1] - 13:20
**far** [2] - 35:18, 55:14
**fast** [3] - 19:7, 20:18, 23:23
**faults** [1] - 30:23
**favor** [2] - 15:8, 30:18
**favorable** [1] - 31:4
**FEDERAL** [1] - 2:11
**feed** [1] - 72:6
**feedback** [1] - 72:20
**felt** [1] - 42:4
**few** [3] - 33:14, 58:12, 64:7
**fewer** [1] - 74:1
**fifteen** [1] - 22:22
**FIFTEENTH** [1] - 3:19
**FIFTH** [1] - 6:13
**fight** [1] - 45:22
**figure** [3] - 28:11, 35:25, 36:17
**figured** [2] - 28:21, 67:3
**file** [7] - 29:16, 29:23, 37:23, 56:3, 56:5, 56:9, 58:4
**FILE............** [1] - 10:5
**filed** [1] - 31:20
**FILED** [1] - 8:23
**files** [3] - 20:5, 28:7, 28:12
**FILES** [1] - 8:15
**fill** [3] - 78:20, 78:23, 79:1
**final** [2] - 78:16, 81:14
**finally** [3] - 66:17, 74:3, 81:6
**financial** [1] - 81:21
**FINANCIAL** [1] - 6:11
**fine** [11] - 17:12, 29:21, 31:15, 33:6, 34:17, 35:19, 51:24, 52:1, 63:23, 70:13, 82:7

**finishing** [1] - 59:17
**FINN** [1] - 5:17
**fire** [1] - 19:13
**firm** [1] - 38:15
**FIRM** [2] - 1:23, 7:3
**firmed** [1] - 38:21, 39:12
**first** [24] - 13:10, 15:13, 19:11, 23:18, 24:9, 25:17, 34:7, 39:8, 40:21, 42:4, 45:14, 55:11, 56:21, 58:16, 68:16, 70:13, 71:24, 71:25, 72:10, 72:22, 74:11, 76:10, 76:13, 77:10
**first-class** [1] - 74:11
**Fitch** [3] - 50:11, 52:13, 53:24
**FITCH** [7] - 5:12, 12:13, 12:18, 50:11, 52:13, 53:24, 73:20
**five** [5] - 22:22, 23:17, 55:8, 55:21, 74:9
**fix** [2] - 23:23, 28:24
**FL** [1] - 2:19
**FLANDERS** [1] - 5:21
**flat** [1] - 74:5
**flip** [1] - 38:18
**FLOOR** [3] - 2:14, 4:6, 6:17
**Florence** [1] - 51:10
**FLORENCE................** ................. [1] - 10:1
**Flow** [3] - 18:19, 23:25, 25:19
**flow** [5] - 18:23, 20:20, 24:8, 47:18, 50:4
**focus** [2] - 38:23, 71:24
**focused** [1] - 49:18
**focusing** [1] - 67:25
**FOIA** [11] - 18:21, 18:22, 18:25, 19:1, 19:7, 20:21, 20:25, 21:4, 21:10, 21:14, 24:22
**folks** [3] - 58:7, 67:9, 76:18
**follow** [1] - 33:14
**FOLLOWING** [1] - 9:8
**following** [1] - 34:7
**Fontana** [4] - 68:15, 74:14, 74:23, 75:13
**football** [1] - 13:19
**footnote** [1] - 33:22
**footnotes** [1] - 69:9
**footprint** [1] - 53:21
**FOR** [30] - 1:16, 1:23,

2:11, 2:16, 2:20, 3:3, 4:3, 4:17, 4:21, 5:6, 5:16, 6:3, 6:7, 6:15, 6:19, 7:3, 8:6, 8:9, 8:21, 8:24, 9:1, 9:2, 9:11, 9:18, 9:20, 10:19, 11:3, 11:4, 11:12
**foregoing** [1] - 82:17
**forest** [1] - 19:13
**forgotten** [1] - 34:2
**form** [5] - 20:21, 21:11, 79:16, 81:3, 81:11
**FORM........................** .................... [1] - 11:13
**format** [4] - 25:2, 25:12, 28:13
**forth** [9] - 14:24, 15:13, 28:7, 28:10, 28:17, 29:3, 36:25, 70:5, 70:11
**FORTH......................** .................... [1] - 8:16
**forty** [1] - 74:9
**forty-five** [1] - 74:9
**forward** [6] - 14:19, 17:1, 22:7, 44:13, 54:19, 67:12
**foundational** [1] - 72:14
**four** [3] - 23:17, 57:2, 74:14
**FRANCISCO** [1] - 2:14
**frankly** [2] - 23:6, 42:17
**fraud** [1] - 49:3
**fraudulent** [1] - 46:20
**freely** [1] - 47:18
**Friday** [9] - 29:19, 33:4, 63:22, 64:2, 65:1, 66:2, 72:2, 79:3, 79:7
**FRIDAY** [4] - 1:7, 11:7, 11:8, 12:2
**friend** [1] - 13:11
**friends** [4] - 13:23, 16:21, 47:22, 66:25
**FRILOT** [1] - 4:5
**FROM** [2] - 9:9, 11:11
**front** [5] - 33:25, 54:15, 62:6, 62:7, 70:24
**FRONT** [1] - 10:4
**FRTG** [1] - 24:8
**fully** [2] - 42:18, 54:24
**functionality** [2] - 14:19, 15:14

**FURTHER** [1] - 8:7
**future** [1] - 28:23

# G

**Galena** [1] - 47:3
**games** [1] - 13:19
**GASAWAY** [19] - 3:18, 14:16, 14:23, 15:5, 15:12, 15:22, 17:7, 17:14, 20:25, 21:20, 25:17, 25:24, 26:8, 26:11, 27:22, 28:1, 28:6, 28:25, 29:13
**Gasaway** [6] - 13:12, 13:13, 17:7, 17:25, 23:25, 82:6
**Gasaway's** [1] - 23:16
**GATE** [1] - 2:13
**gather** [1] - 22:3
**gear** [1] - 77:18
**gee** [1] - 53:14
**general** [2] - 42:14, 43:4
**GENERAL'S** [1] - 2:16
**generally** [1] - 16:14
**generated** [2] - 21:5, 47:5
**generic** [1] - 66:22
**geologist** [2] - 46:25, 47:14
**GETTING** [1] - 11:14
**given** [3] - 46:15, 51:21, 56:6
**glad** [4] - 34:8, 45:25, 80:24, 80:25
**globo** [1] - 18:9
**GO** [1] - 11:12
**goal** [1] - 72:8
**Godwin** [5] - 40:1, 48:24, 56:1, 57:15, 57:25
**GODWIN** [34] - 4:22, 4:22, 5:3, 15:6, 29:21, 31:3, 31:7, 31:16, 40:1, 40:7, 41:24, 42:16, 42:22, 43:14, 44:8, 44:10, 44:19, 46:3, 46:12, 48:9, 48:11, 48:18, 48:21, 49:3, 55:25, 56:11, 56:17, 57:21, 57:23, 57:25, 58:2, 58:15, 59:9, 59:13
**Goforth** [1] - 39:15
**GOFORTH** [2] - 4:13, 4:14
**GOLDEN** [1] - 2:13
**goodness'** [1] - 57:8

**Gordan** [1] - 39:7
**Gordon** [3] - 38:19, 38:22, 39:10
**GOTSHAL** [1] - 6:12
**GOVERNMENT** [1] - 2:11
**governs** [2] - 62:12, 62:15
**grant** [1] - 32:10
**GRANT** [1] - 9:4
**granted** [1] - 30:5
**great** [4] - 38:10, 49:14, 52:23, 82:8
**Green** [1] - 13:20
**Group** [3] - 18:19, 23:25, 25:19
**group** [3] - 37:7, 38:13, 68:9
**Guard** [4] - 24:5, 79:23, 80:4, 80:18
**guess** [12] - 12:12, 18:4, 18:6, 29:17, 38:25, 39:11, 61:2, 62:14, 70:10, 71:7, 72:25, 74:17
**Guide** [1] - 77:10
**guinea** [2] - 64:14, 72:1
**GULF** [1] - 1:5
**gumbo** [1] - 15:11
**guns** [1] - 81:15
**guys** [8] - 16:25, 45:25, 48:21, 50:21, 52:8, 60:6, 81:2, 81:18

# H

**Hafle** [2] - 77:15, 77:16
**HAFLE** [1] - 77:16
**half** [1] - 46:23
**HALLIBURTON** [2] - 4:21, 9:18
**Halliburton** [19] - 29:18, 29:24, 31:10, 39:24, 40:1, 40:16, 43:8, 45:9, 45:15, 46:15, 46:22, 47:2, 47:8, 47:12, 48:2, 56:1, 60:16, 61:6, 67:6
**HALLIBURTON'S** [1] - 8:21
**Halliburton's** [1] - 30:5
**HALLIBURTON.........
.................** [1] - 8:18
**handful** [1] - 33:12

**handle** [1] - 80:21
**hands** [1] - 43:3
**hang** [2] - 44:21, 45:1
**hangs** [1] - 59:15
**happy** [11] - 16:22, 28:19, 30:21, 35:18, 45:23, 54:10, 56:14, 59:25, 80:4, 82:6
**hard** [2] - 12:10, 35:8, 74:20
**HARD** [1] - 10:19
**Harding** [5] - 40:10, 41:3, 41:13, 43:15, 45:23
**hardware** [1] - 74:22
**HAS** [1] - 8:23
**hash** [1] - 45:24
**Haycraft** [1] - 36:11
**HAYCRAFT** [10] - 3:9, 12:11, 36:15, 36:22, 37:11, 37:22, 38:5, 38:8, 74:9, 78:5
**Hayward** [1] - 67:12, 70:5, 71:25
**Hayward's** [1] - 72:2
**HB406** [1] - 7:8
**head** [4] - 34:20, 60:18, 66:17
**head-on** [1] - 60:18
**heads** [2] - 77:4, 78:1
**hear** [9] - 34:4, 43:8, 43:14, 50:5, 56:19, 56:23, 59:17, 76:11, 79:15
**HEARD** [1] - 1:12
**heard** [2] - 13:1, 55:5
**hearing** [2] - 13:19, 25:25
**heck** [1] - 36:3
**hell** [1] - 59:18
**help** [2] - 12:14, 58:2
**helpful** [7] - 25:15, 26:22, 29:12, 59:3, 68:13, 76:11, 76:12
**Herbsaint** [1] - 15:9
**hereby** [2] - 16:19, 82:17
**HERMAN** [18] - 1:20, 1:21, 35:21, 60:2, 64:3, 64:12, 64:18, 65:3, 65:20, 66:6, 68:12, 69:2, 76:16, 78:15, 78:25, 81:4, 81:10
**Herman** [5] - 35:5, 63:21, 78:14, 78:15, 81:2
**Herman's** [1] - 66:10
**hesitant** [1] - 64:12
**high** [6] - 21:3, 21:18,

22:2, 22:20, 22:23, 74:20
**HIGH** [1] - 10:19
**high-level** [1] - 22:2
**HIGH-SPEED** [1] - 10:19
**high-speed** [1] - 74:20
**highlighted** [2] - 67:15, 67:16
**highly** [1] - 62:19
**Himmelhoch** [1] - 44:20
**HIMMELHOCH** [23] - 2:13, 17:19, 17:21, 18:2, 18:15, 22:20, 24:15, 24:23, 25:21, 26:4, 26:24, 27:3, 27:9, 27:14, 27:21, 28:5, 28:19, 29:11, 34:20, 34:24, 44:20, 44:25, 45:3
**hit** [3] - 35:2, 46:1, 55:13
**hitting** [1] - 60:18
**hold** [5] - 44:24, 56:24, 57:1, 61:24, 64:10
**HOLDINGS** [3] - 3:7, 4:3, 6:8
**Holloway** [1] - 63:15
**HOLLOWAY..............
.........................** [1] - 10:10
**Homeland** [1] - 20:8
**honestly** [1] - 19:7
**Honor** [72] - 13:22, 16:1, 17:14, 17:19, 18:2, 26:12, 27:22, 29:13, 31:9, 32:1, 32:3, 33:2, 33:17, 34:3, 34:13, 34:15, 35:1, 35:5, 35:14, 36:2, 36:9, 37:1, 38:11, 40:1, 40:4, 40:8, 40:11, 40:14, 40:20, 41:2, 41:14, 41:21, 42:16, 42:23, 43:16, 44:20, 45:5, 45:24, 47:10, 48:4, 48:22, 49:4, 49:7, 49:16, 50:1, 50:17, 50:20, 51:7, 53:1, 53:13, 54:14, 54:17, 55:2, 56:11, 56:18, 59:4, 59:14, 59:22, 62:6, 63:13, 63:23, 64:3, 64:5, 67:7, 68:7, 71:18, 77:8, 79:9, 79:19, 79:21, 81:15, 81:19

**Honor's** [7] - 30:23, 35:11, 40:24, 45:9, 53:13, 55:17, 59:5
**HONORABLE** [1] - 1:12
**hope** [8] - 32:6, 49:18, 52:20, 53:25, 54:4, 54:5, 72:21, 79:22
**hopefully** [7] - 33:25, 34:13, 34:15, 46:16, 53:11, 56:16, 65:23
**hoping** [5] - 15:17, 19:22, 47:22, 48:3, 72:9
**hopper** [1] - 72:6
**Horizon** [2] - 36:13, 80:2
**HORIZON** [2] - 1:4, 11:12
**hour** [1] - 74:6
**hours** [1] - 46:23
**House** [1] - 24:2
**HOUSTON** [7] - 2:4, 4:11, 4:15, 5:4, 6:5, 6:17, 7:5
**Houston** [1] - 37:15
**hundred** [1] - 78:17
**hurricane** [1] - 19:15
**hydrocarbon** [1] - 47:7
**hydrocarbon-bearing** [1] - 47:7
**hydrocarbons** [1] - 47:18

# I

**idea** [6] - 15:23, 55:6, 55:20, 68:22, 68:24, 70:10
**identification** [1] - 31:24
**identified** [2] - 59:2, 59:5
**identify** [2] - 47:6, 65:7
**II** [11] - 10:2, 10:7, 52:8, 52:24, 53:2, 53:6, 53:21, 54:1, 54:16, 54:24, 60:6
**II........** [1] - 10:4
**IL** [1] - 3:15
**impeachment** [1] - 65:20
**implicate** [2] - 60:23, 60:24
**impolitic** [1] - 74:19
**important** [4] - 47:5, 47:25, 50:7, 54:24

**impression** [5] - 12:9, 31:5, 34:18, 68:12, 70:7
**impressive** [1] - 30:11
**improper** [1] - 74:19
**improperly** [1] - 33:13
**improve** [1] - 81:8
**improvements** [1] - 81:4
**IN** [8] - 1:4, 1:5, 8:15, 8:24, 10:7, 10:13, 10:19, 11:14
**inadvertent** [1] - 30:22, 30:25
**INC** [15] - 3:3, 3:4, 3:5, 3:6, 3:8, 4:4, 4:5, 4:22, 6:7, 6:8, 6:9, 6:10, 6:11, 6:12, 6:16
**incident** [3] - 40:23, 42:9, 42:15
**include** [2] - 24:22, 70:19
**inconsistent** [1] - 23:5
**indeed** [1] - 71:2
**individual** [2] - 18:8, 31:23
**individuals** [2] - 19:16, 20:8
**info** [1] - 56:12
**information** [13] - 17:3, 17:13, 19:3, 20:16, 21:15, 21:16, 25:8, 25:9, 35:16, 42:5, 47:8, 59:8, 67:8
**informed** [1] - 35:10
**Inglis** [1] - 77:16
**INGLIS** [1] - 77:16
**Ingliss** [1] - 77:15
**initial** [4] - 14:21, 37:1, 68:12, 71:24
**ink** [1] - 69:23
**inquire** [1] - 41:14
**inquiry** [1] - 37:12
**insignificant** [1] - 21:19
**insofar** [2] - 42:6, 43:3
**instance** [2] - 18:18, 22:10
**instead** [1] - 28:9
**instigated** [1] - 50:12
**instructed** [1] - 62:18
**instructions** [1] - 40:24
**intend** [6] - 13:4, 40:12, 65:10, 65:16, 76:16, 76:18
**intent** [1] - 53:18
**interactions** [1] - 34:8

**interest** [5] - 14:11, 14:14, 16:2, 52:18, 81:22
**interested** [3] - 16:12, 22:6, 22:7
**INTERESTS** [2] - 2:11, 2:16
**interior** [1] - 20:6
**internal** [2] - 51:11, 70:25
**internally** [1] - 76:2
**international** [2] - 51:11, 52:4
**INTERNATIONAL** [2] - 4:17, 6:11
**INTERNET** [1] - 10:19
**Internet** [4] - 74:20, 75:5, 75:7, 75:9
**interpleader** [1] - 39:20
**INTERPLEADER** [1] - 9:15
**interrogatories** [1] - 53:3
**INTERROGATORY** [1] - 8:19
**Interrogatory** [1] - 30:1
**intervening** [1] - 36:19
**intervention** [2] - 33:24, 36:7
**interviews** [1] - 41:9
**investigate** [1] - 17:10
**investigation** [2] - 29:24, 29:25
**invited** [1] - 15:25
**invoking** [1] - 13:18
**involve** [2] - 13:16, 18:8
**involved** [10] - 16:7, 18:22, 23:18, 26:25, 27:2, 37:16, 39:21, 46:21, 53:16, 53:20
**IRPINO** [7] - 1:23, 1:24, 60:13, 60:22, 61:2, 62:4, 62:9
**Irpino** [1] - 60:10
**irritating** [1] - 57:6
**IS** [4] - 8:6, 11:7, 11:8, 11:15
**isolating** [1] - 47:19
**issue** [38] - 14:2, 14:10, 16:14, 17:1, 18:10, 27:22, 28:25, 29:7, 31:2, 31:10, 32:15, 32:16, 34:16, 36:11, 37:24, 38:5, 38:6, 40:19, 41:3, 41:13, 51:8, 52:14, 53:14, 60:16, 60:18,

61:6, 61:15, 66:22, 68:9, 69:3, 75:12, 75:25, 79:10, 80:16, 81:16, 81:20, 81:21, 81:23
**ISSUE** [2] - 8:21, 11:14
**ISSUE................** [1] - 11:10
**issued** [1] - 12:15
**issues** [24] - 14:7, 28:2, 28:6, 28:21, 29:4, 34:12, 39:20, 42:22, 43:17, 45:15, 46:9, 46:19, 53:6, 53:18, 53:19, 54:20, 73:6, 74:15, 74:23, 75:5, 75:14, 75:16, 80:5, 80:19
**ISSUES** [2] - 8:15, 9:16
**issuing** [1] - 54:9
**item** [2] - 27:8, 35:10
**ITEMS** [1] - 8:3
**ITS** [1] - 9:11

**J**

**JACKSON** [1] - 6:16
**JAMES** [2] - 1:17, 6:3
**JEFFERSON** [1] - 1:18
**JENNY** [1] - 4:23
**Jim** [7] - 48:6, 64:14, 64:17, 75:1, 75:23, 77:20, 79:25
**Jimmy** [4] - 13:10, 15:25, 16:1, 34:1
**JIMMY** [1] - 2:3
**job** [5] - 17:22, 18:15, 42:8, 47:8, 63:11, 67:5, 73:5, 74:11
**John** [1] - 77:10
**Johnson** [1] - 77:16
**Johnson's** [1] - 37:20
**joint** [5] - 52:10, 52:14, 53:10, 60:12
**JOINT................** [1] - 10:3
**JOSEPH** [1] - 3:18
**JR** [1] - 6:16
**JUDGE** [4] - 1:13, 10:13, 11:6, 11:7
**Judge** [23] - 31:16, 44:5, 44:19, 46:3, 46:24, 48:18, 51:5, 52:5, 56:1, 56:17, 57:21, 59:13, 68:5, 70:2, 70:6, 70:17,

70:22, 71:8, 71:9, 74:17, 75:8, 76:20, 79:3
**judge** [8] - 12:13, 31:3, 46:12, 50:11, 55:22, 55:25, 73:13, 76:4
**July** [3] - 21:15, 53:17, 53:18
**juncture** [2] - 43:6, 44:5
**JUSTICE** [1] - 2:11
**justified** [1] - 16:8

**K**

**Kaluza** [1] - 77:17
**KANNER** [1] - 2:20
**KATZ** [1] - 1:20
**Kay** [1] - 47:1
**keep** [4] - 23:22, 35:9, 35:18, 68:19
**keeping** [1] - 50:8
**Keith** [2] - 77:15, 77:16
**KERRY** [1] - 4:6
**Kerry** [1] - 69:19
**Kerry's** [1] - 72:20
**killer** [1] - 69:20
**kin** [1] - 80:1
**KIN** [1] - 11:11
**kind** [9] - 16:9, 16:23, 28:9, 60:18, 63:25, 64:21, 67:8, 70:11, 78:13
**kinds** [1] - 26:15
**KIRBY** [1] - 5:13
**KIRKLAND** [2] - 3:13, 3:17
**knock** [1] - 52:22
**knowledgeable** [2] - 37:10, 37:19
**knows** [6] - 16:7, 16:10, 16:23, 23:3, 39:21, 63:20
**KORETZKY** [1] - 5:16
**KRAUS** [1] - 2:21
**KUCHLER** [8] - 5:8, 5:9, 40:4, 57:4, 75:22, 76:11, 76:17, 77:6
**Ky** [1] - 57:10
**KY** [1] - 5:13
**Kym** [2] - 74:19, 75:10
**Kym's** [1] - 75:2

**L**

**L.L.C** [1] - 6:3
**LA** [10] - 1:19, 1:22, 1:25, 2:22, 3:11, 4:7, 4:19, 5:10, 5:18, 7:9
**labels** [1] - 25:9
**lack** [1] - 50:16
**Lacy** [10] - 46:13, 46:23, 46:24, 47:3, 47:13, 47:21, 57:17, 58:4, 58:7, 59:2
**Lacy's** [4] - 48:1, 55:25, 56:5, 57:14
**LACY'S** [1] - 10:5
**LACY.........................
..................** [1] - 9:21
**LAFAYETTE** [1] - 1:19
**LAMAR** [1] - 5:4
**LANGAN** [48] - 3:13, 29:17, 29:22, 30:4, 30:8, 30:11, 30:16, 30:23, 31:1, 31:9, 31:14, 32:9, 32:15, 33:10, 35:5, 36:2, 38:23, 39:7, 39:10, 39:13, 39:18, 41:2, 43:13, 45:5, 45:7, 46:7, 48:23, 49:6, 49:16, 49:22, 50:16, 50:20, 51:24, 52:6, 54:14, 54:23, 55:2, 55:5, 55:16, 56:13, 57:2, 63:23, 66:11, 68:7, 79:9, 79:12, 79:19, 81:15
**Langan** [2] - 35:5, 51:24, 66:11, 81:6
**language** [1] - 62:5
**large** [4] - 18:18, 19:24, 23:2, 30:8
**LASALLE** [1] - 3:15
**LASER** [1] - 8:9
**laser** [1] - 13:9
**last** [26] - 13:1, 13:14, 13:19, 14:8, 15:9, 17:4, 23:24, 28:3, 36:19, 38:13, 38:19, 40:9, 41:25, 43:17, 45:10, 46:18, 49:12, 50:24, 53:24, 55:17, 55:25, 62:4, 62:17, 72:2, 81:2
**last-minute** [1] - 49:12
**late** [3] - 41:25, 51:20, 51:23
**latest** [1] - 72:22
**LAW** [2] - 1:23, 7:3
**lawyers** [5] - 29:5,

42:13, 42:14, 42:25, 43:4
**layers** [1] - 27:4
**learned** [1] - 22:16
**least** [6] - 12:15, 46:1, 48:10, 57:6, 72:9, 81:2
**leave** [6] - 16:25, 31:7, 31:10, 47:20, 57:7, 59:19
**LEAVE** [1] - 8:21
**LEE** [1] - 6:16
**left** [1] - 58:8
**legitimate** [1] - 23:7
**less** [2] - 52:18, 60:15
**letter** [11] - 17:25, 21:15, 22:14, 36:11, 36:18, 37:2, 41:15, 44:7, 56:7, 79:10, 79:16
**letters** [3] - 28:2, 28:10, 28:22
**level** [4] - 16:11, 17:10, 22:2, 25:13
**levels** [3] - 16:9, 16:17, 16:18
**LEVIN** [1] - 2:6
**LEWIS** [3] - 3:8, 4:13, 6:3
**LEXINGTON** [1] - 6:21
**LIAISON** [1] - 1:17
**limine** [1] - 71:11
**limit** [1] - 43:21
**LIMITED** [1] - 3:7
**limited** [3] - 21:1, 44:12, 55:7
**limits** [1] - 54:18
**line** [8] - 12:24, 12:25, 15:18, 27:23, 29:5, 56:22, 71:5
**LINE**........................
........... [1] - 10:6
**LISKOW** [1] - 3:6
**list** [10] - 56:13, 59:23, 66:21, 66:24, 69:2, 71:23, 76:13, 76:15, 78:15, 78:16
**LIST**..........................
......... [1] - 10:12
**listed** [5] - 26:21, 62:11, 62:21, 62:24, 63:21
**listen** [1] - 65:1
**listening** [1] - 63:8
**listing** [1] - 59:1
**litigating** [1] - 23:6
**live** [2] - 38:6, 64:2
**LLC** [4] - 4:3, 5:16, 6:8, 6:9
**loading** [1] - 54:16

**LOADING** [1] - 10:4
**log** [7] - 24:19, 47:5, 47:6, 47:9, 47:10, 47:14
**logging** [1] - 47:4
**logs** [2] - 47:5, 47:10
**London** [2] - 46:5, 51:13, 56:2
**LONDON**....................
............ [1] - 9:20
**look** [17] - 23:3, 30:4, 30:11, 30:13, 30:15, 30:19, 38:14, 43:24, 44:1, 47:10, 60:25, 61:7, 61:23, 63:9, 70:14, 76:20, 78:6
**looked** [5] - 47:9, 61:3, 66:16, 66:21, 81:7
**looking** [7] - 14:17, 21:9, 24:2, 25:6, 32:4, 58:19, 66:20
**looks** [1] - 49:25
**loop** [1] - 35:19
**loose** [1] - 58:25
**lose** [1] - 79:13
**LOUISIANA** [4] - 1:1, 1:7, 2:20, 6:4
**Louisiana** [2] - 82:16, 82:17
**LOUISIANA'S** [1] - 9:1
**Louisiana's** [1] - 32:4
**love** [1] - 22:9
**lovely** [2] - 17:22, 18:16
**low** [1] - 59:19
**lower** [1] - 16:11
**lowest** [1] - 27:20
**LP** [1] - 5:7
**Lucas** [2] - 77:14, 77:15

## M

**Macondo** [2] - 37:24, 38:4
**MAGISTRATE** [1] - 1:13
**mail** [20] - 14:24, 15:12, 22:21, 22:24, 25:22, 40:9, 44:8, 45:21, 46:5, 50:24, 52:1, 58:17, 60:4, 68:10, 68:17, 74:4, 77:11, 79:23, 80:23, 81:22
**mailing** [1] - 57:11
**mails** [7] - 24:1, 24:8, 25:1, 25:3, 25:11

**maintenance** [1] - 31:22
**MAINTENANCE** [1] - 8:25
**MAJOR** [1] - 4:23
**majority** [1] - 20:19
**MANAGEMENT** [1] - 6:7
**MANGES** [1] - 6:12
**MARINE** [4] - 6:9, 6:10, 6:10, 6:19
**MARK** [1] - 3:14
**Mark** [12] - 12:24, 15:17, 34:3, 34:5, 34:17, 34:25, 56:18, 57:9, 57:22, 57:23, 59:10, 59:13
**mark** [3] - 57:25, 58:15, 59:1
**MARTINEZ** [1] - 4:23
**master** [1] - 13:5
**MASTER** [1] - 8:6
**match** [1] - 24:25
**materials** [4] - 66:5, 65:21, 66:3
**matter** [4] - 16:19, 43:5, 51:20, 82:18
**matters** [4] - 40:15, 40:17, 42:12, 42:14
**MAZE** [2] - 2:17, 59:19
**McCarthy** [1] - 13:19
**MCCUTCHEN** [1] - 5:12
**MDL** [1] - 7:3
**mean** [2] - 12:15, 31:1
**means** [4] - 22:25, 51:16, 55:6, 76:1
**meantime** [1] - 20:19
**MECHANICAL** [1] - 7:11
**meet** [4] - 36:5, 45:14, 54:10, 60:20
**MEETING** [1] - 10:11
**meeting** [8] - 23:12, 41:18, 68:3, 70:7, 71:8, 73:19, 79:18, 81:20
**memory** [1] - 30:2
**mention** [2] - 29:17, 37:20
**mentioned** [1] - 22:5
**mentions** [1] - 64:14
**mere** [1] - 13:24
**Merit** [1] - 82:16
**met** [2] - 38:19, 63:16
**metadata** [3] - 28:7, 28:15, 59:6
**METADATA** [1] - 8:15
**methodologies** [1] - 65:6

**MEXICO** [1] - 1:5
**MI** [1] - 6:3
**MICHAEL** [1] - 2:12
**mid** [1] - 25:22
**might** [13] - 20:13, 30:12, 37:8, 37:9, 44:3, 61:16, 65:20, 65:21, 65:22, 76:9, 76:25
**Mike** [7] - 14:25, 15:13, 26:16, 28:3, 29:2, 64:10, 81:21
**Mike's** [1] - 15:2
**MILLER** [28] - 4:6, 32:1, 32:3, 32:16, 32:18, 32:21, 32:25, 33:7, 33:17, 33:21, 36:9, 36:18, 38:11, 39:3, 39:12, 39:15, 51:7, 51:10, 52:4, 63:16, 69:20, 69:22, 70:23, 71:7, 71:16, 81:19, 82:4, 82:7
**Miller** [3] - 31:20, 32:9, 51:25
**million** [2] - 23:19, 23:21
**mind** [3] - 35:25, 63:3, 73:7
**minds** [1] - 41:18
**mini** [1] - 73:15
**minimalistic** [2] - 16:6, 72:13
**minimized** [2] - 67:18, 70:10
**minor** [1] - 60:17
**minute** [1] - 49:12
**minutes** [5] - 46:15, 47:24, 48:4, 48:9
**misled** [1] - 47:17
**miss** [1] - 23:14
**misstated** [1] - 14:15
**MITCHELL** [1] - 2:6
**MITHOFF** [1] - 7:3
**modify** [1] - 35:25
**MODIFY** [1] - 9:11
**MOEX** [2] - 5:16, 27:17
**moment** [1] - 34:21
**Monday** [13] - 32:14, 32:17, 32:18, 32:21, 33:5, 39:20, 52:22, 58:16, 68:4, 72:3, 72:7, 76:18, 78:12
**MONDAY**.............. [1]
- 10:11
**MONDAY**..................
................... [1] -
9:16
**money** [1] - 16:8

**MONTGOMERY** [1] - 2:18
**months** [1] - 55:18
**mooted** [4] - 28:25, 29:1, 29:8
**Morel** [1] - 77:16
**MORGAN** [1] - 6:3
**morning** [11] - 12:7, 18:5, 34:5, 34:6, 43:9, 47:19, 49:4, 52:17, 53:25, 56:14, 81:7
**morning's** [1] - 15:21
**Morrison** [2] - 49:9, 49:11
**MORRISON**................
..................... [1] -
9:22
**most** [4] - 28:22, 37:25, 42:24, 52:15
**MOTION** [5] - 8:20, 8:21, 8:23, 9:1, 9:4
**motion** [9] - 30:5, 30:6, 31:10, 31:20, 31:24, 32:4, 32:10, 47:20, 71:11
**motions** [5] - 27:10, 29:15, 29:18, 29:23, 77:25
**MOTIONS** [3] - 8:13, 8:18, 11:2
**MOTIONS**.................
..................... [1] -
8:17
**move** [5] - 17:1, 27:8, 38:11, 50:10, 51:1
**moved** [1] - 43:2
**moving** [3] - 68:13, 68:19, 75:15
**MR** [225] - 12:11, 12:13, 12:18, 13:11, 13:14, 13:17, 13:22, 14:16, 14:23, 15:5, 15:6, 15:7, 15:11, 15:12, 15:22, 15:24, 16:1, 16:13, 17:7, 17:14, 20:25, 21:20, 25:17, 25:24, 26:1, 26:8, 26:11, 26:18, 27:22, 28:1, 28:6, 28:25, 29:13, 29:17, 29:21, 29:22, 30:4, 30:8, 30:11, 30:16, 30:23, 31:1, 31:3, 31:7, 31:9, 31:14, 31:16, 32:1, 32:3, 32:9, 32:15, 32:16, 32:18, 32:21, 32:25, 33:7, 33:10, 33:17, 33:21, 33:22, 34:3,

34:6, 35:1, 35:5, 35:14, 35:17, 35:21, 36:2, 36:9, 36:15, 36:18, 36:22, 37:11, 37:22, 38:5, 38:8, 38:11, 38:23, 39:3, 39:7, 39:10, 39:12, 39:13, 39:15, 39:17, 39:18, 40:1, 40:7, 41:2, 41:24, 42:16, 42:22, 43:13, 43:14, 44:8, 44:9, 44:10, 44:19, 45:5, 45:7, 46:3, 46:7, 46:12, 48:8, 48:9, 48:10, 48:11, 48:12, 48:14, 48:18, 48:20, 48:21, 48:23, 49:3, 49:6, 49:16, 49:22, 50:1, 50:6, 50:11, 50:16, 50:20, 50:22, 50:24, 51:5, 51:7, 51:10, 51:24, 52:4, 52:6, 52:13, 53:1, 53:24, 54:9, 54:14, 54:23, 55:2, 55:5, 55:16, 55:25, 56:11, 56:13, 56:17, 56:18, 56:21, 57:2, 57:10, 57:14, 57:21, 57:23, 57:25, 58:1, 58:2, 58:5, 58:15, 58:24, 59:4, 59:9, 59:12, 59:13, 59:14, 59:19, 59:22, 59:25, 60:2, 60:4, 60:13, 60:22, 61:2, 62:4, 62:9, 63:16, 63:23, 64:3, 64:5, 64:12, 64:18, 65:3, 65:20, 66:6, 66:11, 66:15, 67:6, 68:7, 68:12, 69:2, 69:20, 69:22, 70:23, 71:7, 71:16, 71:18, 73:15, 73:18, 73:20, 73:21, 73:25, 74:3, 74:9, 74:10, 74:14, 74:22, 75:12, 75:18, 76:16, 77:8, 77:13, 77:19, 77:21, 78:5, 78:15, 78:25, 79:9, 79:12, 79:19, 79:21, 80:13, 80:17, 80:25, 81:4, 81:10, 81:15, 81:19, 82:4, 82:7
**MS** [34] - 17:19, 17:21, 18:2, 18:15, 22:20, 24:15, 24:23, 25:21, 26:4, 26:24, 27:3, 27:9, 27:14, 27:21, 28:5, 28:19, 29:11,

32:19, 33:2, 34:20, 34:24, 37:1, 37:17, 38:7, 40:4, 44:20, 44:25, 45:3, 57:4, 63:13, 75:22, 76:11, 77:6, 77:6
**mute** [1] - 57:7
**mutual** [1] - 27:14

## N

**N.W** [1] - 3:19
**name** [4] - 14:4, 38:14, 43:4, 50:9
**named** [1] - 35:13
**names** [3] - 35:23, 42:13, 71:23
**narrowed** [1] - 54:20
**native** [1] - 25:2
**necessary** [1] - 34:15
**necks** [1] - 49:13
**need** [37] - 14:24, 15:3, 15:14, 16:23, 19:18, 22:3, 31:23, 36:6, 39:22, 47:24, 48:3, 48:8, 48:9, 48:12, 48:23, 54:19, 55:18, 55:19, 56:8, 59:20, 60:19, 61:5, 64:10, 67:25, 70:15, 71:2, 74:15, 74:21, 75:1, 75:10, 75:11, 75:15, 76:1, 79:5, 80:22, 82:5
**needed** [1] - 43:23
**needing** [1] - 60:8
**NEEDING**..................
......... [1] - 10:8
**needs** [6] - 21:11, 39:21, 64:25, 65:12, 66:23, 74:15
**Neil** [3] - 49:19, 49:20, 49:21
**NEIL** [1] - 9:24
**new** [1] - 25:6
**NEW** [13] - 1:7, 1:22, 1:25, 2:22, 3:11, 4:7, 4:19, 5:10, 5:18, 5:22, 6:13, 6:22, 7:9
**New** [6] - 39:11, 49:20, 51:12, 51:19, 51:23
**news** [1] - 74:7
**next** [38] - 15:17, 17:11, 25:22, 26:5, 27:8, 28:20, 29:1, 29:8, 29:19, 32:21, 33:3, 33:4, 35:2, 40:2, 40:23, 41:17, 42:11, 46:3, 49:9,

53:11, 54:13, 56:25, 60:10, 60:20, 63:22, 65:1, 66:2, 67:25, 76:15, 77:4, 77:9, 79:2, 79:4, 79:7, 79:18, 80:1
**NEXT** [3] - 11:6, 11:8, 11:11
**nice** [3] - 63:11, 69:5, 76:25
**night** [8] - 13:14, 14:8, 15:9, 28:3, 40:9, 43:17, 46:18, 51:20
**night's** [1] - 13:19
**NIZIALEK** [1] - 5:17
**NO** [1] - 1:6
**NOAA** [2] - 20:6, 22:10
**NOMELLINI** [13] - 3:14, 34:3, 34:6, 35:1, 56:18, 56:21, 57:10, 57:14, 58:1, 58:5, 58:24, 59:4, 59:12
**Nomellini** [3] - 23:18, 34:3, 56:18
**nonBP** [1] - 56:7
**nondeposition** [1] - 67:2
**none** [2] - 13:17, 80:17
**nonprivileged** [1] - 24:18
**NOON** [1] - 10:11
**noon** [1] - 68:4
**NORTH** [4] - 3:4, 3:5, 3:7, 3:8
**NOTE** [2] - 43:10, 79:7
**note** [5] - 53:25, 54:5, 56:21, 66:15, 71:14
**noted** [2] - 23:25, 54:8
**notes** [1] - 30:3
**nothing** [2] - 43:3, 55:14
**notice** [2] - 31:23, 54:5
**noticed** [1] - 53:13
**November** [3] - 72:22, 75:24, 77:1
**number** [3] - 45:11, 58:11, 65:24
**Number** [2] - 55:12, 55:13
**NUMBER** [1] - 9:18
**numbered** [1] - 82:18
**numbers** [2] - 69:15, 76:22
**NW** [1] - 5:13
**NY** [3] - 5:22, 6:13, 6:22

## O

**O'BRIEN'S** [1] - 6:7
**o'clock** [1] - 51:18
**O'KEEFE** [1] - 1:21
**O'Rourke** [1] - 14:18
**object** [1] - 80:18
**objection** [8] - 16:4, 16:16, 27:19, 51:3, 63:20, 71:10, 80:19
**objections** [13] - 67:17, 67:19, 67:23, 68:19, 68:21, 69:1, 70:2, 70:10, 70:14, 70:20, 71:9, 77:23, 77:25
**OBJECTIONS**...........
..................... [1] - 10:24
**OBJECTIONS**...........
..................... [1] - 11:1
**OBJECTIONS**...........
..................................
. [1] - 10:14
**observe** [1] - 12:14
**obstacles** [2] - 19:20, 20:17
**obtuseness** [1] - 66:19
**obviously** [10] - 14:17, 17:8, 21:20, 26:8, 28:15, 55:22, 72:18, 73:22, 75:13, 76:21
**occasion** [2] - 54:15, 54:23
**occasions** [1] - 40:19
**occurred** [1] - 19:6
**Oceaneering** [1] - 53:12
**October** [17] - 27:15, 27:18, 38:15, 39:1, 39:8, 39:11, 49:19, 51:1, 51:2, 51:4, 51:16, 51:18, 51:19, 72:10, 72:17, 78:1
**OF** [24] - 1:1, 1:5, 1:12, 2:11, 2:20, 8:8, 8:9, 8:12, 8:15, 9:1, 9:2, 9:3, 9:4, 9:10, 9:18, 10:7, 10:9, 11:5, 11:11, 11:12
**offer** [2] - 65:11, 65:16
**office** [2] - 39:7, 62:8
**Office** [10] - 18:9, 18:20, 19:8, 19:19, 19:21, 20:9, 24:6, 25:23, 26:5, 26:20
**OFFICE** [1] - 2:16

**OFFICIAL** [1] - 7:7
**official** [1] - 62:10
**Official** [2] - 82:16, 82:22
**officials** [2] - 22:2, 22:4
**OFFSHORE** [3] - 4:4, 5:16, 6:8
**often** [1] - 21:10
**OIL** [2] - 1:4, 1:4
**OK** [1] - 46:5
**olden** [1] - 20:13
**ON** [7] - 1:5, 9:8, 9:16, 10:4, 10:6, 10:11
**once** [4] - 22:21, 49:22, 63:4, 64:8
**one** [60] - 12:13, 12:14, 14:3, 17:4, 19:13, 21:8, 21:22, 22:5, 22:8, 22:10, 22:11, 23:22, 25:21, 26:1, 27:9, 27:22, 29:23, 30:1, 30:23, 37:2, 37:7, 40:2, 40:10, 40:22, 42:1, 42:8, 46:13, 46:14, 46:23, 47:4, 48:1, 48:2, 50:12, 50:22, 51:10, 55:25, 57:3, 58:9, 60:16, 62:1, 64:13, 64:23, 65:13, 66:15, 66:18, 67:14, 67:23, 68:16, 68:23, 69:5, 70:22, 71:5, 71:7, 73:6, 73:21, 79:21, 79:22, 81:10
**ONE** [3] - 1:24, 3:9, 7:4
**one-and-a-half** [1] - 46:23
**one-day** [2] - 46:14
**ones** [2] - 30:19, 61:9
**ongoing** [1] - 18:12
**ONLY**........ [1] - 11:6
**open** [1] - 44:15
**operations** [2] - 47:4, 47:5
**opinion** [3] - 14:4, 44:1, 65:17
**opinions** [1] - 40:17
**opponents** [1] - 66:25
**Opportunity** [1] - 35:3
**OPPORTUNITY** [1] - 9:10
**opportunity** [2] - 36:16, 66:25
**oppose** [3] - 31:13, 33:18, 33:21
**opposed** [2] - 29:11, 65:9

**order** [25] - 13:7, 19:4, 22:5, 25:10, 25:14, 35:11, 36:23, 38:14, 54:15, 55:17, 56:25, 59:5, 60:12, 61:8, 61:24, 62:1, 62:5, 62:6, 62:11, 72:24, 77:14, 80:20, 80:22, 80:24, 81:11
**ORDER** [1] - 12:4
**Order** [2] - 61:11, 62:21
**orderly** [2] - 52:24, 55:11
**orders** [1] - 12:15
**original** [1] - 53:18
**Orleans** [6] - 39:11, 49:20, 51:12, 51:19, 51:23
**ORLEANS** [10] - 1:7, 1:22, 1:25, 2:22, 3:11, 4:7, 4:19, 5:10, 5:18, 7:9
**otherwise** [2] - 54:21, 66:5
**ought** [4] - 41:14, 43:6, 71:11, 72:7
**OUR** [1] - 9:4
**OUT** [2] - 11:7, 11:12
**overcome** [2] - 19:20, 20:17
**own** [3] - 28:16, 80:4, 80:18

**P**

**pack** [1] - 23:23
**package** [5] - 70:8, 70:12, 70:19, 70:21, 77:1
**packed** [1] - 46:10
**Packer** [1] - 13:20
**page** [11] - 21:3, 21:17, 24:12, 38:14, 38:18, 69:9, 71:5, 72:21, 73:1, 73:6, 73:10
**PAGE** [2] - 8:3, 10:16
**pages** [1] - 23:19
**PAPANTONIO** [1] - 2:6
**papers** [1] - 29:23
**parade** [2] - 35:2, 55:13
**paragraph** [5] - 62:4, 62:5, 62:9, 62:10, 62:17
**PARKWAY** [1] - 6:17
**part** [9] - 16:3, 16:21,

18:15, 18:25, 22:20, 22:23, 37:20, 65:11, 65:18
**PARTICIPATE** [1] - 8:24
**participate** [2] - 15:25, 31:21
**participation** [1] - 35:4
**particular** [1] - 72:13
**particularly** [2] - 24:4, 42:6
**parties** [16] - 17:11, 24:24, 25:6, 26:25, 29:4, 46:17, 52:19, 52:21, 53:9, 60:14, 61:10, 62:18, 71:5, 80:17, 81:1
**parties'** [2] - 23:5, 81:13
**partner** [1] - 36:3
**partners** [1] - 40:10
**parts** [2] - 13:15
**party** [1] - 27:11, 57:4, 57:5, 61:12, 61:16, 62:13, 63:2, 63:6, 70:24, 71:3
**PARTY** [1] - 8:14
**party's** [1] - 62:21
**pass** [2] - 35:15, 35:22
**passed** [1] - 71:23
**past** [2] - 28:24, 74:5
**Patton** [1] - 77:17
**Paul** [1] - 37:20
**paying** [1] - 54:8
**Payne** [1] - 47:1
**PDF** [1] - 25:1
**pen** [1] - 69:23
**PENDING** [1] - 8:17
**pending** [1] - 29:15
**PENSACOLA** [1] - 2:8
**people** [20] - 20:2, 21:6, 22:8, 22:25, 23:3, 37:16, 48:1, 58:18, 58:25, 59:1, 59:7, 59:22, 61:9, 63:8, 64:20, 71:24, 75:2, 75:3, 77:18
**Pepper** [3] - 82:15, 82:20, 82:21
**PEPPER** [1] - 7:7
**per** [1] - 56:1
**perhaps** [5] - 14:1, 14:4, 41:10, 47:23, 59:1
**period** [3] - 12:14, 19:12, 58:6
**permission** [1] - 44:21
**persecuted** [1] - 64:17
**person** [9] - 37:14,

37:19, 37:22, 38:17, 38:21, 48:12, 55:18, 58:10, 59:18
**personal** [2] - 80:5, 80:19
**personally** [1] - 47:4
**persons** [1] - 37:7
**PETROLEUM** [1] - 5:7
**Phase** [17] - 17:16, 32:7, 33:22, 49:24, 52:8, 52:24, 52:25, 53:2, 53:6, 53:18, 53:19, 53:21, 54:1, 54:16, 54:24, 60:6, 79:10
**PHASE** [7] - 8:12, 9:3, 9:7, 10:2, 10:4, 10:7, 11:10
**PHILLIP** [2] - 4:18, 5:17
**phone** [10] - 15:21, 17:18, 35:15, 41:16, 45:24, 51:20, 56:22, 57:7, 60:2, 68:7
**physically** [3] - 62:16, 63:6, 74:24
**picky** [4] - 32:12, 32:13
**piece** [1] - 73:15
**pig** [1] - 72:1
**PIGMAN** [1] - 4:17
**pigs** [1] - 64:14
**PILLSBURY** [1] - 5:20
**pipeline** [1] - 19:25
**PITTMAN** [1] - 5:20
**PLACE** [1] - 1:24
**place** [1] - 18:5
**placeholder** [2] - 79:9, 79:11
**plaintiffs** [2] - 73:9, 77:3
**PLAINTIFFS** [1] - 1:23
**plaintiffs'** [2] - 31:21, 76:6
**PLAINTIFFS'** [2] - 1:16, 8:24
**plan** [4] - 37:13, 52:5, 65:23, 77:3
**PLANNING** [1] - 10:11
**planning** [4] - 36:13, 37:3, 55:15, 68:3
**play** [1] - 19:10
**pleasure** [3] - 20:2, 20:3, 34:9
**plus** [1] - 12:12
**podium** [2] - 13:10, 23:17
**point** [20] - 21:9, 21:21, 26:9, 26:12, 27:6, 36:6, 43:10,

43:15, 55:25, 59:21, 61:1, 66:2, 68:16, 68:18, 70:2, 72:20, 74:15, 77:20, 79:13
**pointed** [2] - 17:25, 57:15
**points** [3] - 22:19, 34:6, 44:13
**POINTS** [1] - 9:8
**policies** [1] - 40:18
**polite** [1] - 13:22
**politics** [1] - 75:14
**POLK** [1] - 5:8
**ponder** [1] - 71:7
**pop** [1] - 63:9
**portion** [1] - 38:4
**portions** [2] - 30:8, 69:8
**position** [3] - 23:11, 42:23, 43:16
**positive** [1] - 36:5
**possible** [7] - 15:17, 22:12, 24:20, 41:6, 45:19, 56:9, 59:19
**possibly** [1] - 41:11
**POST** [1] - 10:17
**post** [6] - 40:23, 42:1, 42:9, 42:15, 73:22
**POYDRAS** [5] - 3:10, 4:7, 5:9, 5:18, 7:8
**practical** [1] - 52:8
**practice** [1] - 56:1
**practices** [1] - 42:7
**pre** [1] - 42:15
**precisely** [1] - 38:5
**precleared** [1] - 75:7
**preincident** [3] - 40:15, 42:6, 43:21
**preparation** [1] - 18:21
**prepare** [1] - 37:11
**prepared** [4] - 18:2, 40:23, 42:8, 79:17
**presentations** [1] - 41:10
**presenting** [1] - 37:17
**preservation** [5] - 13:1, 13:5, 16:4, 16:17, 16:18
**PRESERVATION** [2] - 8:5, 8:7
**preserving** [1] - 16:2, 16:15
**President** [7] - 18:21, 19:19, 19:22, 20:10, 24:6, 25:23, 26:5
**president** [3] - 20:3, 27:2
**President's** [1] - 19:8
**Presidential** [6] - 41:4,

41:5, 41:6, 41:11, 42:2, 45:18
**pressing** [1] - 37:24
**presumably** [4] - 39:21, 55:14, 65:24, 68:11
**pretend** [2] - 23:14, 23:15
**pretrial** [3] - 25:10, 25:14, 74:25
**Pretrial** [2] - 61:11, 62:20
**pretty** [2] - 26:3, 58:5
**prevent** [1] - 27:4
**prevented** [1] - 23:12
**previously** [1] - 56:6
**price** [5] - 14:2, 14:4, 14:10, 14:18, 15:15
**principally** [1] - 65:8
**principle** [1] - 29:11
**priorities** [2] - 23:24, 26:21
**prioritized** [1] - 76:13
**priority** [1] - 16:19
**Privacy** [1] - 25:8
**private** [1] - 41:8
**privately** [1] - 60:4
**privilege** [7] - 20:14, 23:2, 23:5, 23:6, 41:11, 42:11, 45:19
**privileged** [1] - 41:7
**privileges** [1] - 23:8
**problem** [8] - 17:25, 18:11, 19:10, 23:7, 31:16, 32:14, 63:1, 63:22
**procedures** [3] - 40:18, 42:7, 78:4
**PROCEDURES......... ....... [1] - 11:3
**proceed** [2] - 20:23, 60:9
**proceedings** [3] - 43:11, 82:10, 82:18
**PROCEEDINGS** [3] - 1:12, 7:11, 12:1
**PROCESS** [1] - 10:4
**process** [15] - 13:2, 18:10, 21:24, 21:25, 22:17, 24:21, 36:13, 54:16, 55:11, 67:3, 68:13, 68:19, 73:9, 73:23
**processes** [2] - 40:17, 42:7
**PROCTOR** [1] - 2:7
**produce** [9] - 19:25, 20:12, 22:11, 23:19, 24:18, 25:7, 25:8, 66:2

**PRODUCED** [1] - 7:11
**produced** [16] - 18:18,
18:22, 19:5, 19:6,
23:10, 25:6, 53:17,
57:17, 57:21, 58:3,
58:5, 58:18, 58:21,
61:9, 62:18
**producing** [9] - 19:3,
20:5, 22:15, 26:5,
61:12, 62:13, 62:21,
63:1, 63:6
**PRODUCTION** [3] -
3:3, 3:6, 9:2
**production** [21] -
17:23, 18:7, 18:13,
19:19, 19:21, 20:14,
20:19, 21:13, 22:7,
32:5, 32:14, 32:23,
32:25, 33:3, 33:8,
33:11, 34:23, 53:2,
53:6, 58:6, 66:3
**productions** [3] -
28:23, 28:24, 58:11
**PRODUCTS** [1] - 3:8
**program** [8] - 36:10,
36:12, 37:12, 37:16,
37:18, 37:21, 37:23,
38:4
**PROGRAM**................
..................[1] - 9:12
**progress** [2] - 35:18,
36:4
**progressing** [1] - 36:5
**project** [1] - 74:12
**proper** [1] - 45:13
**proposal** [2] - 13:23,
29:7
**propose** [7] - 28:8,
29:19, 33:2, 37:11,
51:15, 51:22, 51:25
**proposed** [1] - 36:19
**proposing** [3] - 16:16,
16:18, 37:4
**protect** [1] - 19:2
**Protection** [1] - 20:7
**protective** [1] - 19:4
**PROTOCOL** [1] - 8:9
**protocol** [2] - 13:9,
82:2
**provide** [1] - 31:24,
44:10
**provided** [2] - 17:3,
31:22
**provides** [1] - 75:6
**PSC** [17] - 16:2, 16:7,
16:8, 16:11, 35:7,
47:22, 50:2, 50:7,
52:11, 52:14, 53:9,
54:1, 54:7, 63:10,
67:12, 68:9, 78:15

**PSC's** [1] - 67:19
**publicly** [2] - 66:4,
66:5
**pull** [2] - 25:21, 80:11
**pulling** [1] - 81:7
**purpose** [1] - 47:7
**purposes** [1] - 70:25
**pursuant** [5] - 40:24,
43:20, 44:14, 62:13,
62:20
**push** [3] - 43:9, 54:4,
59:7
**put** [14] - 25:2, 32:9,
32:13, 44:24, 51:3,
52:15, 56:25, 57:7,
65:23, 66:20, 67:12,
67:14, 69:15, 71:11
**puts** [1] - 57:1
**putting** [1] - 26:12

### Q

**qualifications** [1] -
65:7
**quantity** [1] - 18:18
**quarter** [1] - 74:8
**questioning** [1] - 54:3
**questions** [5] - 20:23,
25:16, 41:20, 59:10,
67:10
**queue** [2] - 24:1, 24:9
**QUICK** [1] - 9:8
**quick** [7] - 34:6, 41:15,
41:16, 50:1, 56:21,
60:2, 81:19
**quickly** [4] - 14:20,
15:15, 24:19, 49:19
**quiet** [2] - 12:14,
31:19
**QUIP** [1] - 6:15
**quite** [2] - 18:16, 55:3
**quote** [3] - 21:3,
65:13, 74:5

### R

**Rachel** [2] - 51:25,
63:16
**RACHEL** [1] - 4:10
**radar** [1] - 75:9
**RAFFERTY** [1] - 2:7
**rains** [1] - 19:15
**raise** [3] - 27:12,
27:22, 34:13
**raised** [3] - 28:22,
61:6, 61:15
**raising** [3] - 43:17,
75:12, 75:16

**ran** [1] - 58:8
**ranch** [2] - 67:9
**range** [5] - 58:13,
58:17, 58:20, 58:23,
59:9
**Rate** [3] - 18:19,
23:25, 25:19
**rate** [4] - 18:23, 20:20,
24:8, 74:5
**rather** [2] - 50:14,
50:19
**Ravi** [9] - 40:13, 40:15,
40:21, 41:4, 42:5,
42:12, 43:7, 43:17,
45:11
**Ravi's** [1] - 39:25
**RAVI**.....................[1]
- 9:19
**RAVI**.........................
......................[1] -
9:17
**RE** [1] - 1:4
**re** [1] - 19:1
**re-reviewing** [1] - 19:1
**reaching** [1] - 35:12
**reaction** [2] - 13:25
**read** [5] - 22:14,
55:16, 55:22, 61:11,
70:8
**readable** [1] - 28:13
**reading** [4] - 21:17,
70:6, 76:21, 77:1
**READING** [1] - 10:13
**ready** [5] - 40:23,
46:10, 64:6, 67:13,
70:1
**real** [5] - 18:11, 50:1,
51:22, 60:2, 69:18
**realize** [2] - 56:6,
68:16
**really** [10] - 15:15,
26:4, 26:22, 32:15,
33:10, 34:9, 35:10,
53:4, 78:20, 79:22
**Realtime** [2] - 82:15,
82:21
**REALTIME** [1] - 7:8
**reason** [6] - 23:10,
24:7, 42:17, 56:23,
68:23, 72:18
**reasonable** [1] - 66:25
**rebuttal** [1] - 48:23
**receive** [5] - 20:16,
22:1, 22:2, 40:9,
56:4
**received** [2] - 13:23,
20:13
**recent** [2] - 28:22,
37:25
**recently** [2] - 13:23,

80:15
**recognize** [1] - 12:8
**recognized** [1] - 62:20
**recollection** [1] - 15:1
**reconsider** [2] - 30:6,
31:3
**RECONSIDER**...........
.........................[1] -
8:20
**reconsideration** [2] -
30:15, 32:5
**RECONSIDERATION**
[1] - 9:1
**record** [4] - 15:2, 54:8,
62:10, 82:18
**RECORDED** [1] - 7:11
**records** [2] - 19:8,
20:11
**redacted** [5] - 20:21,
24:22, 24:25, 25:1,
25:12
**redaction** [1] - 21:11
**redactions** [4] - 19:2,
21:9, 25:3, 25:13
**redirect** [1] - 65:22
**reduced** [1] - 20:20
**reference** [2] - 37:2,
38:13
**referenced** [2] - 65:6,
65:8
**references** [1] - 66:22
**referred** [3] - 22:23,
28:3, 47:6
**referring** [2] - 22:24,
28:14
**regard** [11] - 17:3,
21:23, 22:19, 26:20,
39:24, 40:25, 46:12,
53:1, 56:7, 68:10,
78:1
**REGARD** [1] - 11:2
**REGARDING** [1] -
8:25
**regarding** [3] - 31:22,
46:19, 46:21
**regardless** [1] - 72:9
**Registered** [1] - 82:15
**relate** [2] - 24:8, 45:11
**RELATE** [1] - 9:19
**related** [4] - 18:19,
20:17, 27:9, 45:8
**relates** [3] - 33:18,
45:8, 45:22
**RELATES** [1] - 1:9
**relating** [2] - 20:20,
27:23
**relative** [4] - 32:7,
35:4, 38:3, 70:22
**relatively** [1] - 60:17
**relevant** [4] - 39:20,

42:3, 42:6, 44:1
**RELEVANT** [1] - 9:15
**reliance** [4] - 63:21,
66:24, 69:2, 69:15
**RELIANCE** [1] - 10:12
**relief** [1] - 79:5
**relies** [1] - 69:8
**relying** [1] - 69:7
**remainder** [1] - 19:8
**REMAINING** [1] - 8:8
**remaining** [3] - 13:6,
45:15, 72:14
**remember** [4] - 20:5,
21:2, 74:4, 80:8
**remind** [1] - 19:23
**removed** [2] - 19:3,
25:5, 62:12
**removing** [1] - 63:6
**RENAISSANCE** [1] -
4:24
**renew** [1] - 36:24
**repeat** [1] - 64:25
**replies** [1] - 29:16
**reply** [3] - 29:19,
29:23, 29:25
**report** [14] - 13:1,
15:16, 18:16, 21:2,
22:23, 27:24, 34:12,
36:8, 49:15, 51:11,
53:13, 65:9, 65:11,
71:20
**REPORTER** [2] - 7:7,
7:8
**Reporter** [6] - 82:15,
82:16, 82:16, 82:21,
82:22
**REPORTER'S** [3] -
43:10, 79:7, 82:14
**reports** [5] - 50:14,
60:23, 66:21, 69:6,
69:7
**represented** [5] -
38:16, 38:17, 38:18,
39:10, 47:12
**representing** [1] -
37:8
**reproduce** [1] - 63:6
**reproduced** [1] - 63:2
**REQUEST** [5] - 9:11,
9:18, 11:3, 11:4,
11:11
**request** [14] - 21:5,
36:22, 36:24, 41:1,
43:20, 45:10, 45:12,
49:10, 53:2, 53:5,
53:22, 78:3, 78:10,
80:1
**Request** [1] - 35:25
**requested** [1] - 67:15
**requests** [10] - 17:13,

33:18, 33:20, 44:16, 45:17, 49:12, 49:13, 52:9, 53:3, 53:5
**REQUESTS** [1] - 10:3
**require** [1] - 45:1
**requirement** [1] - 65:12
**reserve** [1] - 33:17
**reserved** [1] - 18:5
**resolve** [3] - 49:18, 79:17
**respect** [12] - 27:10, 27:17, 30:5, 34:12, 42:12, 42:25, 52:13, 60:17, 61:4, 61:6, 75:14, 75:23
**RESPECT** [1] - 8:13
**respectfully** [1] - 14:1
**respects** [1] - 48:25
**respond** [3] - 31:23, 47:20, 75:22
**responded** [1] - 30:18
**responders** [1] - 35:9
**responders'** [1] - 35:4
**responding** [1] - 19:12
**RESPONSE** [2] - 6:7, 6:20
**response** [2] - 19:6, 63:18
**responses** [9] - 18:21, 18:22, 19:1, 20:21, 21:4, 21:5, 21:10, 21:14
**responsive** [2] - 20:19, 57:17
**rest** [3] - 23:23, 39:22, 52:17
**restless** [1] - 67:9
**restrictions** [1] - 80:8
**result** [1] - 22:21
**return** [1] - 15:8
**review** [17] - 19:18, 19:22, 19:25, 20:1, 20:12, 20:14, 22:5, 22:8, 23:2, 24:3, 24:22, 25:3, 26:20, 28:16, 31:6, 48:17, 70:22
**reviewed** [4] - 18:9, 18:20, 19:9, 24:13
**reviewer** [1] - 24:17
**reviewing** [5] - 18:22, 19:1, 25:11, 47:14
**revision** [1] - 63:10
**Richard** [1] - 49:9
**RICHARD** [1] - 9:22
**RICHESON** [1] - 5:8
**rid** [1] - 59:16
**RIG** [1] - 1:4

**rig** [2] - 47:3, 47:14
**rights** [1] - 33:17
**RMR** [2] - 7:7, 82:21
**road** [2] - 14:7, 33:19
**Rob** [19] - 13:14, 13:18, 13:22, 13:25, 14:7, 17:3, 17:7, 17:25, 18:4, 18:10, 20:22, 22:19, 23:9, 25:16, 26:7, 26:21, 29:12, 79:24, 81:21
**ROBERT** [1] - 3:18
**Robert** [1] - 14:14
**Robinson** [2] - 77:14, 77:15
**role** [2] - 43:8, 76:18
**roll** [7] - 30:9, 46:10, 60:2, 64:6, 64:8, 64:10, 72:8
**rolling** [13] - 19:21, 20:18, 22:7, 24:12, 24:21, 25:18, 34:22, 75:24, 76:3, 76:8, 76:12, 76:14, 77:4
**ROME** [1] - 6:20
**RONQUILLO** [2] - 4:22, 5:3
**ROOM** [2] - 2:14, 7:8
**room** [1] - 55:20
**ROV** [3] - 8:11, 17:3, 80:16
**ROY** [19] - 1:17, 1:17, 48:8, 48:14, 71:18, 73:15, 73:18, 73:21, 73:25, 74:3, 74:10, 74:14, 74:22, 75:12, 75:18, 77:8, 77:13, 77:19, 77:21
**Roy** [2] - 48:6, 71:17
**rule** [1] - 57:11
**Rule** [2] - 65:4, 66:7
**ruled** [2] - 30:17, 30:18
**ruling** [2] - 44:14, 56:2
**rulings** [1] - 31:4
**run** [1] - 20:11
**RUSNAK** [1] - 2:3
**RYAN** [1] - 3:14

# S

**s/Cathy** [1] - 82:20
**safety** [1] - 80:19
**sake** [1] - 57:8
**SALLY** [1] - 1:12
**SAN** [1] - 2:14
**Sanders** [2] - 50:25, 51:3
**SANDERS**................

........................ [1] - 9:25
**Sarah** [21] - 17:18, 18:6, 22:4, 22:6, 22:18, 24:11, 25:17, 26:1, 26:3, 26:14, 27:8, 27:23, 28:1, 34:7, 34:8, 34:14, 34:15, 44:20, 45:2, 50:25, 57:11
**SARAH** [2] - 2:13, 9:25
**Sarah's** [1] - 34:18
**SARAH**........................
........................ [1] - 9:9
**satisfied** [2] - 17:2, 17:12
**satisfy** [1] - 65:12
**saw** [7] - 15:6, 17:4, 21:15, 23:16, 31:20, 46:5, 66:19
**scan** [1] - 13:9
**SCAN** [1] - 8:9
**scheduled** [1] - 40:2
**SCHEDULING** [1] - 9:4
**scheduling** [2] - 32:10, 49:6
**SCHELL** [1] - 5:8
**SCOFIELD** [1] - 6:4
**scope** [2] - 40:5, 40:10, 43:19
**screeching** [1] - 69:20, 81:25
**scrounge** [1] - 48:16
**SEACOR** [6] - 6:8, 6:8, 6:9, 6:9, 6:10, 6:10
**search** [3] - 20:11, 35:25, 57:18
**SEARCH** [1] - 9:11
**searches** [1] - 58:9
**second** [7] - 21:23, 38:24, 40:22, 42:10, 43:15, 62:9, 68:21
**secondly** [2] - 21:9, 43:24
**seconds** [1] - 43:12
**Secret** [1] - 27:4
**Secretary** [3] - 22:9, 24:1, 25:19
**secretary** [1] - 20:5, 20:6, 20:8
**secretary's** [1] - 24:8
**Section** [1] - 62:13
**Security** [1] - 20:8
**security** [5] - 75:7, 80:5, 80:9, 80:12, 80:18
**see** [31] - 12:8, 12:23,

12:24, 13:8, 14:8, 15:21, 17:1, 19:1, 21:2, 21:20, 21:21, 29:14, 29:15, 30:12, 31:8, 41:6, 45:18, 45:22, 49:8, 50:21, 52:7, 58:22, 60:10, 60:18, 66:12, 68:15, 71:4, 71:5, 74:7, 78:14
**seeing** [1] - 52:5
**seek** [1] - 26:18
**seem** [5] - 17:17, 17:24, 61:24, 63:5, 66:16
**selected** [1] - 50:19
**send** [10] - 24:5, 25:22, 44:6, 44:10, 45:5, 45:7, 45:21, 52:1, 67:13, 79:10
**sense** [7] - 61:12, 62:14, 62:24, 67:22, 68:11, 69:18, 76:23
**sensitive** [2] - 20:9, 22:1
**SENT** [1] - 9:18
**sent** [8] - 42:1, 45:10, 50:24, 53:2, 53:5, 70:21, 79:11, 81:22
**separately** [1] - 45:24
**SEPTEMBER** [6] - 1:7, 10:7, 11:5, 11:7, 11:8, 12:2
**September** [10] - 27:16, 29:22, 30:6, 40:3, 46:14, 50:25, 60:7, 78:11, 79:3, 79:8
**series** [1] - 23:12
**serious** [4] - 47:16, 71:10, 79:22
**serve** [4] - 20:2, 20:3, 52:14, 52:21
**SERVED** [1] - 8:14
**served** [1] - 27:11
**Service** [1] - 27:4
**SERVICES** [1] - 4:22
**set** [11] - 22:9, 32:2, 32:5, 32:11, 35:13, 50:9, 52:11, 61:18, 61:21, 61:25, 70:11
**SET** [2] - 9:2, 9:5
**several** [5] - 20:2, 27:3, 36:23, 43:19, 50:8
**shaken** [1] - 58:25
**shall** [1] - 62:19
**shallow** [3] - 46:19, 46:21, 47:17
**shallower** [1] - 47:11

**shallowest** [2] - 47:7, 47:15
**share** [1] - 59:3
**shared** [1] - 63:21
**SHAW** [1] - 5:20
**Shaw** [3] - 49:19, 49:20, 49:21
**SHAW**........................
........................ [1] - 9:24
**shear** [1] - 78:4
**SHEAR** [1] - 11:3
**SHELL** [1] - 3:9
**shoot** [2] - 58:17, 80:23
**short** [3] - 20:15, 58:22, 81:3
**SHORT** [1] - 11:13
**shortly** [1] - 63:18
**show** [1] - 30:3
**shows** [4] - 47:9, 47:11, 67:16, 73:16
**SHUSHAN** [2] - 1:12, 11:7
**shut** [2] - 19:13, 19:14
**side** [3] - 28:17, 28:18, 73:22
**SIEMENS** [1] - 6:11
**significant** [2] - 20:16, 53:21
**signify** [1] - 20:22
**silent** [1] - 81:15
**simple** [1] - 36:22
**simpler** [1] - 68:24
**simply** [3] - 14:3, 20:11, 25:2
**Sims** [2] - 70:5, 72:5
**simultaneous** [3] - 73:8, 73:13, 73:17
**Singapore** [5] - 51:11, 51:13, 51:17, 51:18, 51:23
**single** [2] - 58:14, 67:22
**SITE** [1] - 11:12
**site** [3] - 17:4, 80:2, 80:10
**SITE**........................
........ [1] - 8:11
**situation** [1] - 64:20
**six** [1] - 23:17
**sketchy** [1] - 21:16
**skit** [1] - 13:15
**Skripnikova** [3] - 47:3, 47:12, 47:13
**sleeves** [1] - 30:10
**slice** [1] - 51:20
**slight** [1] - 38:12
**slightly** [1] - 36:20

**smaller** [1] - 61:18
**Smithsonian** [1] - 16:18
**smooth** [1] - 14:8
**SO** [1] - 8:16
**so..** [1] - 48:7
**so...but** [1] - 55:22
**software** [1] - 74:23
**sold** [1] - 27:19
**sole** [1] - 14:3
**solution** [1] - 29:10
**SOME** [1] - 11:12
**sometime** [1] - 76:2
**sometimes** [1] - 28:17
**somewhat** [1] - 64:18
**soon** [6] - 14:14, 14:17, 22:11, 34:13, 50:13, 76:21
**sooner** [4] - 26:10, 50:13, 50:19
**sorry** [2] - 17:23, 50:4
**sort** [7] - 21:8, 21:11, 28:9, 29:4, 29:6, 45:8, 55:17
**sorted** [1] - 19:17
**sound** [1] - 26:16
**sounds** [3] - 32:3, 37:13, 59:12
**source** [1] - 14:3
**SOUTH** [1] - 2:8
**space** [1] - 79:1
**speaking** [1] - 43:12
**specific** [1] - 41:19
**specifics** [1] - 61:6
**SPEED** [1] - 10:19
**speed** [1] - 74:20
**SPILL** [2] - 1:4, 6:19
**sponsoring** [1] - 65:13
**SQUARE** [1] - 3:9
**square** [1] - 71:12
**stack** [4] - 13:10, 16:2, 16:15, 81:20
**STACK**......................
.................... [1] - 8:10
**stake** [2] - 54:25, 55:7
**stamp** [2] - 62:19, 63:7
**stand** [2] - 63:14, 71:21
**standing** [1] - 78:14
**standpoint** [2] - 61:3, 81:13
**START** [1] - 10:13
**start** [16] - 14:13, 14:14, 14:17, 22:11, 22:21, 34:22, 51:22, 70:6, 72:22, 74:25,

75:10, 75:24, 76:3, 76:21, 77:1, 77:5
**started** [4] - 43:11, 51:17, 70:4, 76:19
**State** [1] - 82:16
**STATE** [2] - 2:16, 2:20
**statements** [1] - 41:9
**states** [5] - 51:21, 52:11, 52:15, 53:8, 53:10
**STATES** [3] - 1:1, 1:13, 8:13
**States** [5] - 23:8, 27:10, 53:8, 82:16, 82:22
**status** [9] - 13:9, 17:23, 18:16, 21:2, 22:23, 23:17, 27:23, 34:11, 42:19
**STATUS** [2] - 1:12, 8:9
**STEFANIE** [1] - 4:23
**STENOGRAPHY** [1] - 7:11
**step** [2] - 41:2, 45:14
**STEPHEN** [1] - 1:21
**Steve** [9] - 38:19, 38:22, 39:10, 63:21, 64:2, 64:11, 66:10, 67:7, 78:15
**STEWART** [2] - 9:21, 10:5
**Stewart** [3] - 46:13, 46:24, 57:14
**Stick** [2] - 57:4, 57:5
**still** [10] - 14:19, 15:15, 16:5, 33:4, 33:23, 37:4, 43:17, 60:11, 62:16, 62:20
**stipulation** [3] - 36:20, 37:4, 66:7
**stipulations** [1] - 54:21
**STONE** [1] - 4:17
**stone** [1] - 55:14
**stop** [1] - 62:23
**STRADLEY** [1] - 7:3
**straight** [1] - 75:17
**straightened** [1] - 14:25
**STREET** [16] - 1:18, 1:25, 2:8, 2:21, 3:10, 3:19, 4:7, 4:11, 4:19, 4:24, 5:9, 5:13, 5:18, 6:4, 7:4, 7:8
**strike** [1] - 60:19
**structure** [1] - 52:19
**stuff** [4] - 33:14, 65:15, 66:6, 74:24
**stupid** [1] - 66:16
**subject** [10] - 36:24,

42:4, 42:14, 43:1, 43:4, 80:4, 80:18, 81:4, 81:12
**submission** [1] - 61:4
**submissions** [1] - 60:13
**submit** [4] - 61:8, 62:14, 69:12, 70:16
**submitted** [3] - 81:5, 81:10, 81:12
**SUBSTANTIVE** [1] - 11:1
**substantive** [1] - 77:24
**suffice** [1] - 48:24
**suggest** [4] - 14:1, 59:14, 59:22, 75:25
**suggestion** [2] - 21:25, 71:8
**SUITE** [10] - 1:25, 2:8, 3:10, 4:11, 4:14, 4:24, 5:4, 5:9, 5:18, 6:4
**suits** [1] - 46:11
**summaries** [5] - 70:9, 70:15, 70:20, 73:2, 73:6
**SUMMARIES**............
............................ [1] - 10:16
**summary** [4] - 70:11, 72:21, 73:10, 73:13
**SUPERVISION** [1] - 8:8
**supervision** [1] - 13:6
**supplies** [1] - 73:3
**support** [2] - 65:6, 72:13
**suppose** [1] - 33:12
**supposed** [7] - 12:14, 23:9, 29:24, 35:23, 66:1, 67:19, 69:14
**surgical** [1] - 30:12
**surprise** [1] - 26:15
**surprised** [1] - 18:14
**suspect** [3] - 45:16, 60:5, 61:17
**suspicions** [1] - 59:24
**SUTHERLAND** [1] - 4:9
**swaths** [1] - 19:25
**swing** [1] - 63:24
**Swizzle** [2] - 57:4, 57:5
**system** [1] - 74:22
**systems** [1] - 75:3

**T**

**table** [1] - 54:7
**tackle** [1] - 33:18
**tackling** [1] - 74:12
**tag** [1] - 13:12
**talks** [1] - 21:18
**target** [1] - 75:23
**TARTER** [1] - 6:3
**team** [2] - 13:12, 49:18
**teams** [1] - 76:14
**techie** [3] - 28:6, 28:8, 28:11
**TECHIE** [1] - 8:15
**techie-to-techie** [2] - 28:8, 28:11
**techies** [1] - 29:4
**technical** [3] - 14:7, 23:12, 28:2
**Technical** [3] - 18:19, 23:25, 25:19
**Ted** [1] - 35:14
**teed** [1] - 41:13
**telephone** [2] - 39:19, 43:11
**TELEPHONE** [2] - 9:15, 10:6
**temporary** [1] - 13:2
**ten** [1] - 22:22
**tender** [2] - 67:19, 73:8
**tendered** [1] - 72:25
**tendering** [1] - 72:23
**tentative** [1] - 39:12
**term** [1] - 57:18
**terms** [15] - 16:19, 16:21, 20:12, 21:10, 22:13, 28:6, 28:7, 35:25, 37:19, 43:7, 49:24, 60:24, 64:21, 69:13, 70:15
**TERMS** [1] - 8:15
**TERMS..** [1] - 9:11
**TESSIER** [1] - 5:16
**TEST** [1] - 11:3
**test** [3] - 68:14, 72:1, 78:4
**testifying** [2] - 40:14, 43:25
**testimony** [5] - 67:15, 69:13, 70:21, 71:4, 71:6
**TESTING** [1] - 11:15
**testing** [5] - 13:6, 16:16, 29:4, 81:24, 82:3
**TESTING**................
............ [1] - 8:8
**TEXAS** [1] - 6:17

**text** [1] - 65:9
**THAT** [3] - 9:2, 9:19, 10:8
**THE** [229] - 1:4, 1:5, 1:12, 1:16, 1:23, 2:11, 2:20, 6:21, 8:6, 8:7, 8:9, 8:11, 8:13, 8:14, 9:1, 9:4, 9:5, 9:8, 9:15, 10:4, 10:5, 10:6, 10:7, 10:19, 11:4, 11:10, 11:11, 11:14, 11:15, 12:7, 12:12, 12:17, 12:20, 13:13, 13:16, 13:21, 14:21, 15:4, 15:9, 15:20, 15:23, 15:25, 16:11, 16:24, 17:12, 17:15, 17:20, 17:22, 18:4, 20:22, 21:19, 22:18, 24:11, 24:21, 25:15, 26:3, 26:7, 26:10, 26:14, 26:19, 27:1, 27:6, 27:13, 27:19, 27:25, 29:12, 29:14, 29:20, 30:3, 30:7, 30:9, 30:14, 30:21, 30:24, 31:5, 31:8, 31:12, 31:15, 31:17, 32:2, 32:4, 32:12, 32:17, 32:20, 32:23, 33:1, 33:6, 33:9, 33:16, 33:20, 34:1, 34:5, 34:17, 34:22, 34:25, 35:2, 35:20, 35:24, 36:8, 36:10, 36:16, 38:2, 38:6, 38:10, 38:25, 39:5, 39:9, 39:16, 39:19, 40:3, 40:5, 41:1, 41:22, 42:15, 42:21, 44:6, 44:18, 44:23, 45:2, 45:4, 45:6, 45:25, 46:4, 46:9, 48:6, 48:15, 48:19, 49:1, 49:5, 49:8, 49:21, 49:25, 50:4, 50:18, 50:21, 50:23, 51:2, 51:6, 51:9, 52:3, 52:7, 52:23, 53:23, 54:7, 54:12, 54:22, 55:1, 55:4, 55:9, 55:24, 56:10, 56:12, 56:15, 56:20, 56:25, 57:3, 57:5, 57:13, 57:20, 57:22, 57:24, 59:1, 59:17, 59:21, 59:24, 60:6, 60:21, 60:25, 62:3, 62:7, 63:8, 63:14, 63:19, 63:25, 64:8, 64:17, 64:25,

65:18, 66:5, 66:9, 66:13, 67:5, 68:2, 68:6, 68:8, 68:22, 69:17, 69:21, 70:18, 71:1, 71:13, 71:17, 73:12, 73:17, 73:19, 73:24, 74:2, 74:13, 74:21, 75:1, 75:16, 75:19, 76:8, 76:20, 77:7, 77:11, 77:18, 77:20, 77:22, 78:9, 78:23, 79:1, 79:11, 79:14, 79:20, 80:11, 80:14, 80:22, 81:2, 81:6, 81:17, 82:1, 82:5, 82:8
THEIR [2] - 8:22, 9:5
themselves [1] - 19:23
THEODORE [1] - 6:12
theory [1] - 33:24
they've [5] - 20:4, 36:4, 75:7, 78:6
thinking [1] - 76:2
thinks [1] - 63:10
third [2] - 22:13, 61:21
THIS [1] - 1:9
THOMAS [1] - 2:6
thoughts [1] - 68:10
three [4] - 22:19, 23:19, 46:8, 81:12
thrilled [1] - 39:15
throw [1] - 29:1
TIME [1] - 11:4
timeline [4] - 68:20, 68:21, 70:16, 71:20
timely [1] - 72:21
timing [1] - 22:14
TO [17] - 1:9, 8:13, 8:20, 8:21, 8:23, 8:24, 9:4, 9:11, 9:15, 9:19, 10:3, 10:13, 11:2, 11:12, 12:4, 39:17
today [14] - 17:20, 31:20, 32:6, 35:10, 52:21, 56:3, 56:4, 56:9, 56:16, 64:6, 69:20, 76:17, 79:6
together [7] - 29:5, 52:10, 52:15, 60:12, 66:21, 67:14, 81:7
tomorrow [1] - 52:21
Tony [5] - 50:11, 52:13, 53:24, 54:8, 67:12
top [3] - 26:13, 46:22, 56:13
topic [6] - 38:11, 41:23, 51:8, 54:4, 68:24

Topic [4] - 49:17, 49:23, 50:3, 50:6
TOPIC [1] - 9:23
topics [2] - 41:24, 54:1
torrential [1] - 19:15
TORTS [1] - 2:12
totally [2] - 30:22, 30:25
touch [3] - 37:15, 58:22, 59:11
towards [1] - 16:8
TOWER [1] - 4:24
track [1] - 79:13
traffic [1] - 14:24
transcript [1] - 82:17
TRANSCRIPT [2] - 1:12, 7:11
transmittal [1] - 41:25
TRANSOCEAN [5] - 4:3, 4:3, 4:5, 8:23, 9:11
Transocean [11] - 27:17, 31:8, 31:19, 31:20, 35:25, 37:13, 51:10, 60:17, 63:8, 63:14, 78:18
TRANSOCEAN'S [1] - 11:14
Transocean's [4] - 36:13, 38:8, 62:1, 81:23
treated [1] - 62:20
TRIAL [1] - 10:11
trial [3] - 65:19, 68:3, 72:23
tried [1] - 28:3
triple [1] - 47:6
troops [2] - 35:22, 64:22
true [3] - 21:14, 72:1, 82:17
truth [1] - 15:4
try [11] - 14:6, 15:16, 38:2, 42:19, 54:10, 58:20, 60:7, 71:14, 78:11, 81:8
trying [6] - 47:16, 52:9, 54:17, 66:20, 71:20, 82:2
TSEKERIDES [2] - 6:12, 35:14
Tsekerides [1] - 35:14
Tuesday [7] - 58:17, 68:5, 68:6, 69:24, 71:13, 71:15, 81:12
Tuesday's [2] - 73:19, 75:21
turn [3] - 12:9, 59:20, 78:13

turned [1] - 26:22
turning [1] - 24:6
TWO [3] - 8:18, 9:8, 10:16
two [25] - 23:24, 26:6, 26:10, 26:21, 28:4, 29:18, 29:23, 34:6, 41:24, 44:13, 48:1, 52:18, 56:2, 56:5, 70:15, 72:21, 73:1, 73:6, 73:10, 74:8, 74:9, 78:6, 78:7, 79:4, 79:15
TWO-PAGE [1] - 10:16
two-page [4] - 72:21, 73:1, 73:6, 73:10
TX [7] - 2:4, 4:11, 4:15, 4:25, 5:4, 6:5, 7:5
type [5] - 22:16, 44:3, 68:18, 72:14, 80:2
TYPE [1] - 11:12

## U

U.S [2] - 2:11, 17:23
uh-oh [1] - 66:14
ultimately [2] - 21:2, 72:25
unclear [1] - 27:16
under [7] - 20:2, 25:9, 55:11, 60:7, 62:10, 65:4, 71:20
Underhill [5] - 13:10, 13:21, 26:16, 66:16, 82:5
UNDERHILL [16] - 2:12, 13:11, 13:14, 13:17, 13:22, 15:7, 15:11, 15:24, 26:1, 26:18, 64:5, 66:15, 79:21, 80:13, 80:17, 80:25
understood [3] - 18:7, 22:14, 55:16
unfamiliar [1] - 64:21
unheard [1] - 33:20
UNITED [3] - 1:1, 1:13, 8:13
United [5] - 23:8, 27:10, 53:8, 82:16, 82:22
universe [2] - 65:3, 65:15
unless [7] - 45:1, 54:20, 62:17, 62:21, 63:22, 68:23, 69:19
unnecessary [1] -

63:4
unneeded [1] - 28:17
unquote [1] - 65:13
UNREADABLE [1] - 8:15
unreadable [2] - 28:7, 28:16
unredacted [2] - 24:25, 25:12
unrequested [1] - 33:20
unusual [1] - 64:20
up [57] - 12:21, 13:13, 18:4, 23:17, 23:22, 24:25, 30:9, 31:7, 33:14, 34:7, 35:2, 35:24, 38:3, 38:12, 38:14, 38:21, 39:12, 41:13, 41:19, 42:17, 43:1, 44:17, 44:21, 45:1, 46:19, 46:23, 47:24, 48:16, 49:9, 50:8, 50:23, 51:4, 54:13, 58:8, 59:15, 59:20, 59:25, 60:10, 61:24, 63:17, 64:7, 64:9, 64:10, 68:17, 69:6, 70:21, 73:21, 75:2, 75:10, 77:4, 77:23, 78:1, 78:14, 78:25, 79:1, 81:24
UP [1] - 9:8
upcoming [1] - 60:23
update [5] - 13:8, 17:24, 35:3, 35:24, 36:11
updating [1] - 17:23
UPON [1] - 8:14
urge [1] - 26:19
urgency [2] - 20:15, 26:24
usefulness [1] - 21:17
usual [2] - 12:10, 74:11

## V

value [2] - 66:20, 67:3
various [1] - 65:5
venture [1] - 16:9
versa [1] - 52:11
version [1] - 63:11
versus [1] - 32:11
VERSUS [1] - 9:5
Vessels [1] - 35:3
VESSELS [1] - 9:10
vice [1] - 52:11
view [1] - 46:19
viewing [2] - 74:23,

74:25
violin [1] - 19:11
vis [2] - 54:18
vis-a-vis [1] - 54:18
visit [1] - 80:2
VISIT....... [1] - 11:12
VOICES [1] - 68:5
volume [6] - 21:3, 21:7, 21:18, 22:20, 22:23, 59:19
volunteer [1] - 48:3

## W

wait [6] - 24:13, 61:8, 63:5, 67:22, 77:9, 81:25
waiting [1] - 35:21
walkthrough [1] - 75:2
WALTHER [1] - 4:17
wants [11] - 16:22, 17:16, 35:11, 41:15, 44:6, 61:2, 70:8, 70:9, 75:13, 75:14, 79:16
WARE [1] - 6:16
WARREN [1] - 5:12
WASHINGTON [2] - 3:19, 5:14
wastes [1] - 23:5
wasting [1] - 58:20
water [2] - 80:9, 80:13
ways [1] - 63:24
WE [1] - 9:2
WE'VE [1] - 8:14
weather [2] - 20:17, 26:16
weather-related [1] - 20:17
Wednesday [5] - 32:25, 33:1, 33:3, 46:2, 46:3
week [23] - 15:16, 15:17, 17:11, 25:22, 28:21, 29:1, 29:8, 33:4, 40:2, 40:23, 41:17, 42:11, 46:7, 46:12, 50:18, 50:24, 53:11, 58:16, 68:1, 72:9, 79:2
WEEK [1] - 11:6
weekend [1] - 82:9
weekly [1] - 79:4
weeks [11] - 26:6, 26:10, 36:23, 50:9, 56:2, 56:5, 60:20, 71:22, 78:11, 79:4, 79:15
WEEKS [1] - 11:4

**WEIGEL** [2] - 6:20, 35:17
**Weigel** [2] - 35:8, 35:9
**WEIL** [1] - 6:12
**WEINER** [1] - 5:8
**welcome** [3] - 48:19, 51:6, 77:7
**WELL** [2] - 8:11, 9:12
**WHEREUPON** [1] - 82:10
**White** [1] - 24:2
**WHITELEY** [1] - 2:20
**WHOM** [1] - 8:14
**wide** [1] - 74:5
**width** [1] - 80:12
**Wild** [4] - 53:16, 53:19, 53:20, 53:22
**WILLIAM** [1] - 7:3
**WILLIAMS** [1] - 4:10
**Williams** [1] - 36:3
**WILLIAMSON** [10] - 2:3, 2:3, 16:1, 16:13, 33:22, 53:1, 54:9, 59:22, 59:25, 60:4
**Williamson** - 16:1
**WINTHROP** [1] - 5:20
**wire** [1] - 74:20
**WIRE**.........................
.......................... [1] - 10:20
**wireless** [4] - 74:22, 75:5, 75:6, 75:9
**wireline** [1] - 47:4
**wise** [1] - 75:7
**wish** [1] - 18:3
**WITH** [4] - 8:13, 8:18, 11:2, 11:6
**withdrawn** [2] - 62:22, 62:25
**withheld** [2] - 18:9, 33:13
**witness** [9] - 49:17, 50:3, 50:7, 50:14, 53:18, 65:13, 65:19, 73:14
**WITNESS**..................
...................... [1] - 9:23
**witnesses** [7] - 33:13, 33:14, 35:8, 46:8, 47:4, 54:2, 72:24
**WITTMANN** [3] - 4:17, 4:18, 59:14
**Wong** [1] - 77:17
**wood** [1] - 52:22
**WOODWAY** [1] - 4:14
**words** [2] - 24:13, 41:7
**WORK** [1] - 8:7
**WORK**.......................

.......... [1] - 8:5
**works** [3] - 39:13, 59:5, 73:5
**WORLDWIDE** [1] - 6:9
**Worldwide** [14] - 52:5, 67:13, 70:14, 70:25, 72:3, 72:4, 72:16, 73:1, 73:2, 73:5, 73:8, 74:3, 74:6, 74:11
**WORLDWIDE**............
...............................
. [1] - 10:18
**WRIGHT** [1] - 1:17
**WRITTEN** [4] - 9:3, 9:7, 10:3, 10:7
**written** [6] - 32:7, 33:22, 52:9, 52:14, 60:8, 62:2
**wrote** [2] - 60:10, 63:17

## Y

**y'all** [1] - 74:7
**yesterday** [5] - 18:1, 46:18, 52:17, 54:15, 81:10
**YOAKUM** [1] - 2:4
**YORK** [10] - 5:3, 5:22, 6:13, 6:22, 39:17, 44:9, 50:22, 50:24, 51:5, 67:6
**York** [1] - 67:6
**YOU** [1] - 10:8
**yourself** [1] - 17:21

## Z

**zone** [9] - 46:19, 46:21, 47:7, 47:11, 47:15, 47:18, 47:19, 80:9, 80:12