UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | CIVIL ACTION<br><br>MDL 2179 |
| Member Case:   Michael Gros et al. v. DRC Emergency Services, LLC et al.; 11-1824 | SECTION "J" (2) |

### ORDER

The captioned case has recently been reassigned and referred to me by Judge Barbier. Record Doc. No. 4012. Accordingly,

**IT IS ORDERED** that a status conference is hereby **SCHEDULED** in this matter on **SEPTEMBER 29, 2011 at 10:30 a.m.** before Magistrate Judge Joseph C. Wilkinson, Jr., 500 Poydras Street, Hale Boggs Building, Room B409, New Orleans, Louisiana. The purpose of the conference is to discuss scheduling and select pre-trial and trial dates, if appropriate. Parties who wish to participate in the conference by telephone may make arrangements to do so by calling the undersigned magistrate judge's chambers at 504-589-7630.

New Orleans, Louisiana, this   14th   day of September, 2011.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**

ALL COUNSEL OF RECORD
IN C.A. NO. 11-1824


HON. CARL J. BARBIER


HAROLD J. FLANAGAN
FLANAGAN PARTNERS, LLP
201 ST. CHARLES AVENUE
SUITE 2405
NEW ORLEANS, LA 70170


BENJAMIN H. BANTA
THE KULLMAN FIRM
1100 POYDRAS ST.
1600 ENERGY CENTRE
P. O. BOX 60118
NEW ORLEANS, LA 70160