UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * * | MDL NO.: 2179 SECTION: "J"-(1) |
| | * | JUDGE CARL J. BARBIER |
| THIS DOCUMENT RELATES TO: 11-CV-2024 | * * * | MAGISTRATE JUDGE SALLY SHUSHAN |

******************************************************************************

ORDER

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Louis Bayhi, who moves to substitute Matthew E. Lundy and Hunter W. Lundy of the law firm of Lundy, Lundy, Soileau & South, LLP as counsel for Plaintiff in place of Lawrence Blake Jones, David C. Whitmore and Joshua L. Rubenstein of Scheuermann & Jones, LLC.

Matthew E. Lundy and Hunter W. Lundy of the law firm of Lundy, Lundy, Soileau & South, LLP as counsel for Plaintiff in place of Lawrence Blake Jones, David C. Whitmore and Joshua L. Rubenstein of Scheuermann & Jones, LLC.

New Orleans, Louisiana this 14th day of September, 2011.

_____
United States District Judge