"Certification of Funds in the Registry"

PRINCIPAL: $ 631,125.00

Financial Deputy: _chuck_  Date: 9/14/11

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179<br><br>SECTION: J |
| Applies to:<br>11-cv-1476 | * * * * | JUDGE BARBIER<br><br>MAGISTRATE JUDGE KNOWLES |

## ORDER

In light of the parties' agreement to place certain contested funds[1] in the trust account of Phillip F. Cossich, Esq., who will act as trustee until the dispute over the funds is resolved,

**IT IS ORDERED** that the Clerk of Court is authorized and directed to draw a check on the funds on deposit in the registry of this Court in the principal amount of $631,125.00 plus all interest earned, less the assessment fee for the administration of funds, payable to Phillip F. Cossich, Esq. of Cossich, Sumich, Parsiola & Taylor, L.L.C., 8397 Highway 23, Suite 100, Belle Chase, LA 70037.

This Order modifies in part the Court's previous Order of July 29, 2011 (Rec. Doc. 3477).

New Orleans, Louisiana, this 14th day of September, 2011.

_____
UNITED STATES DISTRICT JUDGE

---

[1] The subject funds were deposited by Order of the Court dated March 25, 2011(Rec. Doc. 1775).