

# BP
## GULF OF MEXICO
## REGIONAL
## OIL SPILL RESPONSE PLAN



*BP*
*200 Westlake Park Blvd.*
*Houston, TX 77079*

*Developed by:*

*The Response Group*
*Emergency Response | Pre-Planning & Support*

*Houston, TX - Anchorage, AK - Boston, MA - Chicago, IL*
*www.responsegroupinc.com*
*281.880.5000*



# BP
## Regional Oil Spill Response Plan – Gulf of Mexico

**Section 2**
Preface

## 2. PREFACE

## TABLE OF CONTENTS

1. **BP OSRP QUICK GUIDE** ......................................................... **1-1**

2. **PREFACE** ............................................................................ **2-1**
   - A. Table of Contents.................................................. 2-1
   - B. Record of Revision – Update Procedures ……………………........ 2-9
   - FIGURES:
     - 2-1 Record of Revision Form...................................... 2-10
     - 2-2 Notebook Distribution (Hardcopy / CD)....................... 2-11
     - 2-3 Notebook Distribution (Quick Guide) ......................... 2-13
     - 2-4 Abbreviations / Acronyms.................................... 2-14

3. **INTRODUCTION**...................................................................... **3-1**
   - A. Type of Facilities Covered……………………………….. ........ 3-1
   - B. Purpose and Use………………………………………….. 3-2
   - C. Types of Lease and ROW Pipelines……………………. ....... 3-3
   - D. Facility Information Statement…………………………… 3-3
   - E. Contract Certification Statement………………………… 3-3

4. **SPILL RESPONSE ORGANIZATION**................................................. **4-1**
   - A. Qualified Individual/Incident Commander……………………… 4-1
   - B. Spill Management Team (SMT)……………………............... 4-1
   - C. Spill Response Operating Team (SROT)……………………...... 4-3
   - D. Oil Spill Removal Organizations (OSRO's)……………………....... 4-4
   - FIGURES:
     - 4-1 Incident Management Team Organizational Structure................... 4-5
     - 4-2 IMT Duties & Responsibilities Checklist......................... 4-6

5. **INCIDENT COMMAND POST AND COMMUNICATIONS** ........................... **5-1**
   - A. Spill Response Operations Center ..................................... 5-1
   - B. Communications ....................................................... 5-2
   - FIGURES
     - 5-1   BP Incident Command Post Location Map ................................ 5-4
     - 5-2   BP Alternate Incident Command Post Location Map ................. 5-5
     - 5-3   GOM – Handheld Frequency Assignment for Spill Response..... 5-6
     - 5-4   USCG Monitored Frequencies.................................... 5-7
     - 5-5   TGLO – Handheld Radio Frequency Assignments ................. 5-8
     - 5-6   USCG VHF-FM High Sites ...................................... 5-9

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2

Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 2, Page 1 of 19 Pages
© The Response Group 06/2009

**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 2
Preface

6.  **SPILL DETECTION/SOURCE IDENTIFICATION & CONTROL** ................. 6-1
      A. Spill Detection ................................................... 6-1
      B. Pipeline Spill Detection and Location ................................. 6-2
      C. Source Control ................................................. 6-3

7.  **QI, IMT, SROT AND OSRO NOTIFICATIONS** ........................................ 7-1
      A. Reporting Procedures ............................................. 7-1
      B. Company Contact Information ....................................... 7-1
      C. SROT Contact Information ......................................... 7-1
      D. OSRO Contact Information ........................................ 7-2
      E. Internal Spill Reporting Forms ..................................... 7-2
      FIGURES
      7-1   BP IMT Organizational Chart ................................... 7-3
      7-2   Incident Management Team Activation Procedure.................... 7-4
      7-3   GOM PLBD Incident Notifications Flow Chart....................... 7-5
      7-4a  Production Assets (Non-D&C Related) Incident Notification ....... 7-6
      7-4b  BP Owned Facilities – D&C Incident Notification ................. 7-7
      7-4c  MODU Incident Notification .................................... 7-8
      7-4d  Vessels – Incident Notification ................................ 7-9
      7-5a  Incident Management Team Organizational List ................... 7-10
      7-5b  IMT Locations ................................................ 7-15
      7-6   External/OSRO Contact Information List .......................... 7-16
      7-7   BP Spill Reporting Form ....................................... 7-18

8.  **EXTERNAL NOTIFICATIONS**…….. .......................................................... 8-1
      A. Reporting Procedures ............................................. 8-1
      B. External Contact Information ....................................... 8-1
      C. External Spill Reporting Forms ..................................... 8-1
      FIGURES
      8-1   Notification Status Report .................................... 8-2
      8-2   Federal Agency Regulatory Notifications ........................ 8-3
      8-3   State of Texas Regulatory Notifications ........................ 8-8
      8-4   State of Louisiana Regulatory Notifications .................... 8-10
      8-5   State of Mississippi Regulatory Notifications................... 8-14
      8-6   State of Alabama Regulatory Notifications....................... 8-15
      8-7   State of Florida Regulatory Notifications....................... 8-16
      8-8   Alabama & Florida Local Notifications .......................... 8-17
      8.9a  Minerals Management Service Areas of Responsibility ........... 8-18
      8.9b  United States Coast Guard Areas of Responsibility ............... 8-19

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 2, Page 2 of 19 Pages
© The Response Group 06/2009

9.   **AVAILABLE TECHNICAL EXPERTISE** ......................................................... **9-1**
    FIGURES
        9-1 Texas ................................................................................. 9-2
        9-2 Louisiana .......................................................................... 9-4
        9-3 Mississippi……. ................................................................ 9-6
        9-4 Alabama…….. .................................................................. 9-6
        9-5 Florida ............................................................................... 9-7
        9-6 Gulf Coast…….. ............................................................... 9-10

10.   **SPILL ASSESMENT** ............................................................................... **10-1**
        A.  Locating a Spill ................................................................. 10-1
        B.  Determining the Size and Volume of a Spill ...................... 10-1
        C.  Predicting Spill Movement ................................................ 10-3
        D.  Monitoring and Tracking the Spill Movement .................... 10-4
    FIGURES
        10-1   Oil Coverage Estimation Chart ..................................... 10-5
        10-2   Oil Volume Estimation Chart ......................................... 10-6
        10-3   Spill Trajectory Request Form ...................................... 10-7

11.   **RESOURCE IDENTIFICATION** ............................................................... **11-1**
        A.  Tools to Pre-identify Ecological and Environmental Resources ......... 11-1
        B.  Sensitive Area Identification ............................................. 11-3
    FIGURES
        11-1   Land Segment Contact Areas ....................................... 11-5
        11-2   ESI Shoreline Habitat Rankings .................................... 11-6
        11-3   Sensitive Biological & Human Use Resources .............. 11-7
        11-4   ESI Map / Data .............................................................. 11-9

12.   **STRATEGIC RESPONSE PLANNING** .................................................... **12-1**
        A.  Incident Objectives ........................................................... 12-1
        B.  Typical Objectives and Response Strategies/Tactics ....... 12-1
        C.  ICS Planning Cycle .......................................................... 12-1
        D.  Best Response .................................................................. 12-2
    FIGURES
        12-1   Response Strategy Matrix ............................................. 12-3
        12-2   Response Objectives & Strategies ............................... 12-4
        12-3a Planning Cycle Matrix – Planning "P" ........................... 12-7
        12-3b Planning Cycle Matrix – Planning Cycle ...................... 12-9
        12-3c Planning Cycle Matrix – Best Response/Planning Cycle ......... 12-10

Title of Document:  Regional Oil Spill Response Plan                     UPS-US-SW-GOM-HSE-DOC-00177-2
Authority: Dan R. Replogle,                                 Custodian:  Earnest Bush,
GoM EMS Mgmt Representative                        Environmental Coordinator
Scope:  GoM EMS                                   Document Administrator:  Kristy McNease,
Issue Date:  12/01/00                              GoM HSSE Document Mgmt Administrator
Revision Date:  06/30/09                          Issuing Dept.:  GOM SPU
Next Review Date: 06/30/11                      Control Tier:  Tier 2 - GoM Region
                                                 Section 2, Page 3 of 19 Pages
                                                 © The Response Group 06/2009

**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 2
Preface

**13.  RESOURCE PROTECTION METHODS..........................................13-1**

    A.  Shoreline Protection Methods - Offshore/Nearshore/Shoreline ......... 13-1
    B.  Waterfowl and Wildlife Protection ..................................................... 13-2

    FIGURES
        13-1  Offshore/Shoreline Protection Methods ................................... 13-3
        13-2  Protection Methods Vs. Physical Setting ................................. 13-5
        13-3  Protection Methods for Waterfowl & Wildlife ............................ 13-7

**14.  MOBILIZATION AND DEPLOYMENT METHODS ..................... 14-1**

    A.  Overview .......................................................................................... 14-1
    B.  General Response Strategy ............................................................. 14-1
    C.  Transportation of Equipment, Personnel and Resources.................. 14-2
    D.  Staging Area List.............................................................................. 14-3

    FIGURES
        14-1  NRC Equipment Location Map ............................................... 14-4
        14-2  Pre-Staged Equip. Time Cross Reference (water)................... 14-5
        14-3  Pre-Staged Equip. Time Cross Reference (land ..................... 14-6
        14-4  Estimated Response Time Maps ............................................ 14-8
        14-5  Pre-Identified Staging Areas ................................................ 14-13

**15.  OIL AND DEBRIS REMOVAL PROCEDURES ......................... 15-1**

    A.  Offshore Procedures ........................................................................ 15-1
    B.  Shallow Water Procedures ............................................................... 15-1

    FIGURES
        15-1  Offshore Cleanup Procedures ................................................ 15-3
        15-2  Shoreline Cleanup Techniques............................................... 15-4
        15-3  Marsh Cleanup Techniques ................................................. 15-10

**16.  OIL AND DEBRIS DISPOSAL PROCEDURES ....................... 16-1**

    A.  Procedures to Store, Transfer and Dispose of Oil and Oily
    Debris  .............................................................................................. 16-1
    B.  Oil and Oily Debris Temporary Storage............................................ 16-3
    C.  Decanting and Recycling Methods ................................................... 16-3
    D.  Disposal Methods, Equipment and Transportation ........................... 16-4
    E.  Designated Disposal Sites ............................................................... 16-4
    F.  Disposal Regulatory Guidelines ....................................................... 16-9

    FIGURES
        16-1  Disposal Options .................................................................. 16-11
        16-2  Marine Portable Tanks.......................................................... 16-11
        16-3  Supplemental Offshore Vessels …………………………..…..16-12

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 2, Page 4 of 19 Pages
© The Response Group 06/2009

**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 2
Preface

**17. WILDLIFE REHABILITATION PROCEDURES ........................................... 17-1**
- A. Overview ............................................................................................. 17-1
- B. Authorization ...................................................................................... 17-3
- C. Wildlife Rehabilitation Plan ................................................................ 17-3
- D. Agency/Contractor Notifications ........................................................ 17-4
- E. Equipment/Supplies Necessary to Operate a Rehab Center ........... 17-4

FIGURES
- 17-1 Clinical Findings Associated With Oil Contamination ............ 17-6
- 17-2 Primary Professional Wildlife Service ..................................... 17-7
- 17-3 Federal and State Wildlife Agency Notifications..................... 17-8
- 17-4 Wildlife Rehabilitation Center Space Requirements.............. 17-9

**18. DISPERSANT USE PLAN ............................................................................ 18-1**
- A. Overview ............................................................................................. 18-1
- B. Dispersants Inventory ........................................................................ 18-1
- C. Toxicity Data ...................................................................................... 18-1
- D. Dispersant Effectiveness.................................................................... 18-2
- E. Application Equipment ....................................................................... 18-3
- F. Application Methods ........................................................................... 18-4
- G. Conditions for Use ............................................................................. 18-4
- H. Approval Procedures and Forms ....................................................... 18-5

FIGURES
- 18-1 Dispersant Use Decision Tree ................................................. 18-6
- 18-2 Dispersant Inventory – Gulf Coast .......................................... 18-7
- 18-3 Dispersant Pre-Approval Initial Call Checklist ....................... 18-8
- 18-4 FOSC Dispersant Use Checklist.............................................. 18-9
- 18-5 FOSC Dispersant Use Flowchart.............................................. 18-14
- 18-6 FOSC Dispersant Use Oil Table .............................................. 18-15
- 18-7 FOSC Decision/Implementation Element Checklist ............. 18-16
- 18-8 Dispersant Application Form for Region VI RRT Dispersant 18-19
- 18-9 Material Safety Data Sheet – Corexit 9500.......................... 18-21
- 18-10 Material Safety Data Sheet – Corexit 9527 .......................... 18-31

**19. *IN-SITU* BURNING PLAN .......................................................................... 19-1**
- Introduction ............................................................................................ 19-1
- A. *In-Situ* Burning Equipment ................................................................ 19-1
- B. *In-Situ* Burning Procedures .............................................................. 19-2
- C. Environmental Effects ........................................................................ 19-4
- D. Safety Provisions ............................................................................... 19-5
- E. Conditions for Use .............................................................................. 19-6
- F. Decision Processes ............................................................................ 19-7
- G. Approval Procedure & Forms ............................................................ 19-9

Title of Document: Regional Oil Spill Response Plan
Authority: Dan R. Replogle,
GoM EMS Mgmt Representative
Scope: GoM EMS
Issue Date: 12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian: Earnest Bush,
Environmental Coordinator
Document Administrator: Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.: GOM SPU
Control Tier: Tier 2 - GoM Region
Section 2, Page 5 of 19 Pages
© The Response Group 06/2009

| | BP | Section 2 |
|---|---|---|
| | Regional Oil Spill Response Plan – Gulf of Mexico | Preface |

FIGURES
19-1    BP In-Situ Burn Decision Flowchart ...................................... 19-10
19-2    In-Situ Burn Pre-ignition Checklist ....................................... 19-11
19-3    In-Situ Burn Plan ................................................................. 19-12

**20.   ALTERNATIVE CHEMICAL RESPONSE STRATEGIES ......................... 20-1**

**21.   DOCUMENTATION** ................................................................. **21-1**
         A.   Documentation Overview ............................................................ 21-1
         B.   Documentation Unit Leader ......................................................... 21-1
         C.   Standard for Records ................................................................. 21-2
         D.   Essential Documentation ............................................................ 21-2
         E.   PREP Documentation ................................................................ 21-6

**22.   PREVENTION MEASURES FOR FACILITIES IN STATE WATERS ......... 22-1**

Title of Document:  Regional Oil Spill Response Plan                UPS-US-SW-GOM-HSE-DOC-00177-2
Authority:  Dan R. Replogle,                                        Custodian:  Earnest Bush,
GoM EMS Mgmt Representative                                         Environmental Coordinator
Scope:  GoM EMS                                                     Document Administrator:  Kristy McNease,
Issue Date:  12/01/00                                               GoM HSSE Document Mgmt Administrator
Revision Date:  06/30/09                                            Issuing Dept.:  GOM SPU
Next Review Date: 06/30/11                                          Control Tier:  Tier 2 - GoM Region
                                                                    Section 2, Page 6 of 19 Pages
                                                                    © The Response Group 06/2009



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 2
Preface

# APPENDICES

**A.    FACILITY INFORMATION** ......................................................**A-1**
    A.  Table 1 – Production Platforms & Structures in OCS Waters .............A-3
    B.  Table 2 – ROW Pipelines in OCS Waters.............................................A-6
    C.  Table 3 – Production Platforms & Structures in State Waters...........A-13
    D.  Table 4 – ROW Pipelines in State Waters ........................................A-15
    FIGURES
        A-1 Gulf of Mexico Facilities Overview Map .........................................A-2

**B.    TRAINING INFORMATION** ......................................................**B-1**
    A.  BP OSRC/IC, SMT, and QI Training.....................................................B-1
    B.  Other SMT Members Training .............................................................B-1
    C.  SROT Training ....................................................................................B-1
    D.  Training Records.................................................................................B-1
    FIGURES
        B-1   Training Record Location............................................................B-2
        B-2   Training History – Qualified Individual IMT ................................B-2
        B-3   Training History – MSRC SROT Hands-On Equipment Deployment
        Training......................................................................................B-4
        B-4   Training History – NRC 2005 Equipment Deployment Training...B-6
        B-5   Training History – NRC 2006 Equipment Deployment Training...B-9
        B-6   Training History – NRC 2007 Equipment Deployment Training.B-11
        B-7   Training History – NRC 2008 Equipment Deployment Training.B-12

**C.    DRILL INFORMATION** .............................................................**C-1**
    A.  Response Exercise Program...............................................................C-1
    FIGURES
        C-1   Internal Exercise Documentation Form – Notification Exercise ...C-2
        C-2   Internal Exercise Documentation Form – IMT Tabletop ..............C-3
        C-3   Internal Exercise Documentation Form – Eq. Deployment..........C-5

**D.    CONTRACTUAL AGREEMENTS** ............................................**D-1**
    A.  Contractual Agreements.....................................................................D-1
    B.  Primary Equipment Providers.............................................................D-1
    FIGURES
        D-1   Proof of Contractual Agreements – CCA .....................................D-2
        D-2   Proof of Contractual Agreements– MSRC ...................................D-4
        D-3   Proof of Contractual Agreements– NRC ......................................D-5
        D-4   Proof of Contractual Agreements– ASI........................................D-6
        D-5   Proof of Contractual Agreements– OSRL / EARL.........................D-7
        D-6   Proof of Contractual Agreements– McCloskey Group, Inc ..........D-9
        D-7   Proof of Contractual Agreements– The O'Brien's Group, Inc....D-11

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 2, Page 7 of 19 Pages
© The Response Group 06/2009

| | **BP** | Section 2 |
|---|---|---|
| | Regional Oil Spill Response Plan – Gulf of Mexico | Preface |

**E.   RESPONSE EQUIPMENT** .............................................................. **E-1**
     a.  Equipment Inventory ................................................................ E-1
     b.  Inspection and Maintenance Programs .................................... E-1

**F.   SUPPORT SERVICES & SUPPLIES** .......................................... **F-1**

**G.   NOTIFICATION AND REPORTING FORMS** ................................ **G-1**
     A.  BP Spill Report Form ............................................................... G-2
     B.  MMS – Oil Spill Report ............................................................ G-3
     C.  TGLO Oil Spill Response Completion Report ......................... G-4
     D.  LADEQ Report for Spills of Oil or Hazardous Materials ........ G-5
     E.  Mississippi Spill Reporting Form ............................................ G-6
     F.  MMS Initial Oral Report of Pipeline Break or Leak ............... G-7
     G.  MMS Serious Injury Report ..................................................... G-8
     H.  CG-2692 Report of Marine Accident, Injury or Death ..........G-9
     I.   CG-2692B Report of Required Testing Following Marine Incident ....G-13

**H.   WORST CASE DISCHARGE SCENARIOS** .................................. **H-1**
     A.  General Information ................................................................. H-1
     B.  Worst Case Discharge – Less than 10 miles .......................... H-4
     C.  Worst Case Discharge – Greater than 10 miles ................... H-17
     D.  Worst Case Discharge – Exploratory Well .......................... H-33

**I.   OCEANOGRAPHIC & METEOROLOGICAL INFORMATION FOR
   SUBREGIONAL OSRPs** .............................................................. **I-1**

**J.   BIBLIOGRAPHY** ......................................................................... **J-1**

**K.   MEDIA** .......................................................................................... **K-1**
     A.  Public Statements ................................................................... K-1
     B.  Joint Information Center (JIC) ................................................. K-2
     C.  USCG District 8 Public Affairs ............................................... K-4
     FIGURES
        K-1   Media Contacts ......................................................... K-5

**L.   ICS FORMS** ................................................................................ **L-1**

Title of Document:  Regional Oil Spill Response Plan           UPS-US-SW-GOM-HSE-DOC-00177-2
Authority:  Dan R. Replogle,                           Custodian:  Earnest Bush,
GoM EMS Mgmt Representative                    Environmental Coordinator
Scope:  GoM EMS                                Document Administrator:  Kristy McNease,
Issue Date:  12/01/00                          GoM HSSE Document Mgmt Administrator
Revision Date:  06/30/09                       Issuing Dept.:  GOM SPU
Next Review Date: 06/30/11                 Control Tier:  Tier 2 - GoM Region
                                            Section 2, Page 8 of 19 Pages
                                           © The Response Group 06/2009



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 14
Mobilization and
Deployment
Methods

## 14. MOBILIZATION AND DEPLOYMENT METHODS

### A. Overview

BP puts emphasis on a rapid response to releases of all sizes through a coordinated effort by company Spill Management Team members, government agencies, OSRO's, and other associated support services. Pre-planned response objectives and strategies have been developed and are used in training to ensure and effective and timely response to an oil spill of any magnitude.

### B. General Response Strategy

Upon notification of a major oil release from a BP facility or operation in the Gulf of Mexico, BP response personnel will make the initial notifications to all involved government agencies, OSRO's, and associated support services.

BP has a contract in effect with National Response Corporation (NRC) and Marine Spill Response Corporation (MSRC) as well as other OSRO's, to ensure availability of personnel, services, and equipment on a 24 hour per day basis. The OSRO's can provide personnel, equipment, and materials in sufficient quantities and recovery capacity to respond effectively to oil spills from the facilities and leases covered by this plan, including the worst case discharge scenarios. The list of Oil Spill Removal Organizations (OSRO's) may be reviewed in **Figure 7-7**. NRC has oil spill response equipment located throughout the Gulf Coast area. Much of the equipment is in road-ready condition and available to be transported on short notice to the nearest predetermined staging areas(s). The "road-ready condition" ensures the shortest possible response times for transporting equipment to the staging areas. Major equipment locations for NRC can be found in **Figure 14-1**.

Response times for NRC Vessel of Opportunity Skimming Systems (VOSS) from various locations in their area of coverage are illustrated in the following maps and schedules. The response times used to calculate the ETA of the skimming vessels include the following criteria:

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 14, Page 1 of 14 Pages
© The Response Group 06/2009



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

---

- **Procurement Time**
Time required after "Authorization to Proceed" is received to assemble response equipment and operation personnel, load the needed/ requested equipment, and prepare to get underway toward the spill event.

  A two (2) hour procurement time has been factored in to the travel for the land based VOSS packages.
  A four (4) hour procurement of Supplemental Offshore Vessels and Portable Storage Tanks will be achieved during the land transport of the VOSS units. This is seldom a limiting factor in the actual response.

- **Load-out Time**
The time required to transfer the response equipment to a Supplemental Offshore Vessel of opportunity for carriage to the spill site.

  A two (2) hour load-out time must be added to the tables as the time needed to transfer VOSS packages and Storage Tanks to the Supplemental Offshore Vessels.

- **Travel Time**
This is the over-the-road time calculated according to the Planning standards mandated by OPA-90. It includes an average speed of 35 miles per hour in a straight line over the road. Water based travel is calculated using 8 knots for barges and 12 knots for vessels.

---

The maps illustrated in **Figure 14-2** indicate travel distances from various staging areas in increments of 6 and 12 hours. **Figure 14-3** details estimated travel times between equipment locations and staging areas (For both land and water travel).

## C. Transportation of Personnel, Equipment and Resources

The mobilization and deployment of personnel, equipment, and materials to predetermined staging areas in an expedient manner is essential to the success of the spill response operation. In the event of a substantial oil release into Gulf waters, BP, in cooperation with state police officials, will establish "protected" land routes in an effort to minimize traffic congestion during the movement of personnel, equipment, and materials to staging areas. "Protected" land routes may also be considered for transporting accumulated waste (i.e., oiled debris, sorbents, etc.) from collection areas to designated waste management, treatment, and/or disposal sites.

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 14, Page 2 of 14 Pages
© The Response Group 06/2009



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Transportation resources will include trucking, marine vessels, and aircraft (fixed wing and rotor). Trucking types may include vacuum trucks, flatbeds, pickups, semi-tractor trailers, etc. Aircraft will include airplanes, helicopters and sea planes. Marine vessels will include I.D. boats, tug boats, utility vessels, shallow water barges, crew boats, johnboats, etc. A complete listing of transportation resources can be found in **Appendix F** to support land, air, and water transportation support during an emergency.

**D. Staging Area List**

In the event of a spill in Gulf waters, BP and the primary OSROs will identify one or more onshore staging areas based on spill location and direction of spill movement. Staging areas may be moved to alternate locations during the course of the response as conditions change (i.e., wind, current, etc.). Ideally, staging areas will have adequate parking, access to water (boat ramps, cranes, etc.), lighting, telephones, potable water, restrooms and building(s), as well as having a short route to the spill area(s).

BP has pre-identified staging areas along the Gulf Coast to expedite the process of identifying staging areas during an incident response. For a complete list, see **Figure 14-5**.

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 14, Page 3 of 14 Pages
© The Response Group 06/2009

**BP**

Regional Oil Spill Response Plan – GOM Operations

**Section 14**
Mobilization and Deployment Methods

**Figure 14-1**

## MSRC / NRC Equipment Location Map



MSRC/NRC Equipment Location Map

UPS-US-SW-GOM-HSE-DOC-01177-2
Custodian: Earnest Bush,
Environmental Coordinator
Document Administrator: Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.: GOM SPU
Control Tier: Tier 2 - GoM Region
Section 14, Page 4 of 14 Pages
© The Response Group 06/2009

Title of Document: Regional Oil Spill Response Plan
Authority: Dan R. Replogle,
GoM EMS Mgmt Representative
Scope: GoM EMS
Issue Date: 12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

**Section 14**
Mobilization and Deployment Methods

## Pre-Staged Equipment & Gulf Coast Staging Area Transit Times Cross-Reference (Water)                    Figure 14-2

| Equipment Pre-Staged Location | Aransas Pass, TX | Port O'Connor, TX | Freeport, TX | Galveston, TX | Sabine Pass, TX | Cameron, LA | Morgan City, LA | Grand Isle, LA | Venice, LA | Theodore, AL |
|---|---|---|---|---|---|---|---|---|---|---|
| | Gulf Coast Staging Areas (With transit time in hours) | | | | | | | | | |
| Corpus Christi, TX | 1 | 7 | 6 | 7 | 8 | 10 | 13 | 15 | 16 | 19.5 |
| La Porte, TX | 7 | 2 | 4 | 3 | 4 | 5 | 8.5 | 11 | 12 | 14 |
| Orangefield, TX | 9 | 4 | 5.5 | 4 | 2.5 | 3 | 7 | 9 | 10 | 12 |
| Sulphur, LA | 12 | 7.5 | 8 | 7 | 5.5 | 4.5 | 4 | 6 | 7 | 9 |
| Morgan City, LA | 13.5 | 9 | 10 | 10 | 7 | 6 | 2 | 5 | 6 | 7 |
| O'Fallon, MO | 26 | 21 | 23 | 22 | 21 | 20 | 20 | 20 | 21 | 19 |
| Ellisville, MO | 26 | 21 | 22.5 | 22 | 20.5 | 20 | 20 | 20.5 | 20.5 | 18 |
| Memphis, TN | 31 | 26.5 | 27 | 26 | 24 | 23 | 20 | 18 | 17 | 14.5 |
| Belle Chasse, LA | 15 | 11 | 11.5 | 10 | 8 | 7.5 | 4 | 3 | 3.5 | 5.5 |
| Spanish Fort, AL | 19 | 14 | 15 | 14 | 12 | 11.5 | 8 | 6.5 | 6 | 2 |
| Paducah, KY | 25 | 20 | 21.5 | 20.5 | 19 | 18 | 17 | 18 | 17.5 | 15 |
| Pensacola, FL | 20 | 16 | 16 | 15 | 13 | 12.5 | 9 | 7 | 6.5 | 3 |
| Panama City, FL | 22 | 18 | 18.5 | 17.5 | 16 | 15 | 11 | 9 | 8 | 6 |
| Tampa, FL | 27.5 | 24 | 24.5 | 23.5 | 22 | 21 | 17.5 | 15 | 14 | 13 |
| Jacksonville, FL | 29.5 | 25.5 | 26 | 24 | 23 | 22 | 19 | 17 | 16 | 13.5 |
| Savannah, GA | 30.5 | 26 | 27 | 26 | 24 | 23 | 20 | 18 | 17 | 14 |
| Fort Lauderdale, FL | 45.5 | 44 | 41 | 40 | 36.5 | 35.5 | 31 | 31.5 | 30.5 | 24 |
| Houma, LA | 10 | 9 | 10 | 9.5 | 7.5 | 7 | 3 | 4.5 | 5 | 5.5 |
| Lake Charles, LA | 9 | 7 | 6 | 5 | 4 | 4 | 5 | 8 | 8 | 8 |
| Galveston, TX | 7 | 6.5 | 3.5 | 2 | 4.5 | 7 | 8.5 | 8.5 | 9 | 9 |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 14, Page 5 of 14 Pages
© The Response Group 06/2009



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

**Section 14**
Mobilization and Deployment Methods

## Pre-Staged Equipment & Gulf Coast Staging Area Transit Times Cross-Reference (Land) — Figure 14-3

| Equipment Pre-Staged Location | Aransas Pass, TX | Port O'Connor, TX | Freeport, TX | Galveston, TX | Sabine Pass, TX | Cameron, LA | Morgan City, LA | Grand Isle, LA | Venice, LA | Theodore, AL |
|---|---|---|---|---|---|---|---|---|---|---|
| | Gulf Coast Staging Areas (With transit time in hours) | | | | | | | | | |
| Corpus Christi, TX | 1 (21 mi) | 3 (97.4 mi) | 6 (178 mi) | 8 (250 mi) | 10 (306 mi) | 11 (342 mi) | 16 (493 mi) | 20 (597 mi) | 21 (630 mi) | 22 (662 mi) |
| La Porte, TX | 7 (222 mi) | 6 (173 mi) | 2 (62.6 mi) | 1 (37.7 mi) | 1 (85.4) | 4 (121 mi) | 9 (272 mi) | 12.5 (376 mi) | 14 (409 mi) | 15 (442 mi) |
| Orangefield, TX | 10 (311 mi) | 9 (261 mi) | 6 (171 mi) | 5 (143 mi) | 1 (32.1 mi) | 2 (67.9 mi) | 6 (185 mi) | 10 (289 mi) | 11 (322 mi) | 12 (355 mi) |
| Sulphur, LA | 11 (335 mi) | 9.5 (286 mi) | 6.5 (196 mi) | 6 (168 mi) | 2 (64.4 mi) | 1.5 (47.8 mi) | 5 (154 mi) | 9 (258 mi) | 10 (291 mi) | 11 (324 mi) |
| Morgan City, LA | 16 (487 mi) | 14.5 (437 mi) | 11.5 (347 mi) | 11 (319 mi) | 7 (216 mi) | 5 (157 mi) | 0 | 3.5 (105 mi) | 5 (151 mi) | 7 (212 mi) |
| O'Fallon, MO | 37 (1,115 mi) | 34.5 (1,033 mi) | 34.5 (944 mi) | 31 (931 mi) | 29 (884 mi) | 28 (853 mi) | 25 (753 mi) | 26 (777 mi) | 26 (774 mi) | 23.5 (705 mi) |
| Ellisville, MO | 37 (1,098 mi) | 34 (1,015 mi) | 31 (927 mi) | 30 (913 mi) | 29 (866 mi) | 28 (836 mi) | 24.5 (735 mi) | 25.5 (760 mi) | 25 (756 mi) | 23 (687 mi) |
| Memphis, TN | 28 (851 mi) | 27 (801 mi) | 24 (711 mi) | 23 (683 mi) | 19 (580 mi) | 18 (549 mi) | 15 (449 mi) | 16 (473 mi) | 16 (470 mi) | 13.5 (401 mi) |
| Belle Chasse, LA | 19 (559 mi) | 17 (509 mi) | 14 (419 mi) | 13 (391 mi) | 10 (288 mi) | 8.5 (257 mi) | 1 (94.5 mi) | 4 (119 mi) | 2 (65.1 mi) | 5 (142 mi) |
| Spanish Fort, AL | 23 (678 mi) | 21 (629 mi) | 18 (539 mi) | 17 (510 mi) | 13.5 (407 mi) | 12.5 (377 mi) | 8 (234 mi) | 9 (258 mi) | 8 (229 mi) | 1 (23.8 mi) |
| Paducah, KY | 36 (1,069 mi) | 30 (905 mi) | 27 (815 mi) | 29 (884 mi) | 26 (781 mi) | 25 (750 mi) | 22 (650 mi) | 22.5 (674 mi) | 22.5 (671 mi) | 20 (593 mi) |
| Pensacola, FL | 24 (726 mi) | 22.5 (677 mi) | 19.5 (586 mi) | 19 (558 mi) | 15 (455 mi) | 14 (425 mi) | 9 (282 mi) | 10 (306 mi) | 9.5 (277 mi) | 2.5 (71.6 mi) |
| Panama City, FL | 28.5 (853 mi) | 27 (804 mi) | 24 (714 mi) | 23 (686 mi) | 19 (582 mi) | 18 (552 mi) | 14 (409 mi) | 14.5 (433 mi) | 13.5 (404 mi) | 7 (199 mi) |
| Tampa, FL | 35 (1,182 mi) | 38 (1,133 mi) | 35 (1,042 mi) | 34 (1,014 mi) | 30 (911 mi) | 29 (881 mi) | 25 (738 mi) | 25.5 (762 mi) | 25 (733 mi) | 18 (528 mi) |
| Jacksonville, FL | 36 (1,071 mi) | 34 (1,022 mi) | 31 (932 mi) | 30 (904 mi) | 27 (800 mi) | 26 (770 mi) | 21 (627 mi) | 22 (651 mi) | 21 (622 mi) | 14 (417 mi) |
| Savannah, GA | 40 (1,207 mi) | 39 (1,158 mi) | 36 (1,068 mi) | 35 (1,040 mi) | 31 (936 mi) | 30 (906 mi) | 25.5 (763 mi) | 26 (787 mi) | 25 (758 mi) | 18.5 (553 mi) |
| Fort Lauderdale, FL | 45.5 (1,366 mi) | 44 (1,317 mi) | 41 (1,226 mi) | 40 (1,198 mi) | 36.5 (1,095 mi) | 35.5 (1,065 mi) | 31 (922 mi) | 31.5 (946 mi) | 30.5 (917 mi) | 24 (712 mi) |
| Ingleside, TX | 1 (5 mi) | 3 (82.5 mi) | 5.5 (164 mi) | 8 (244 mi) | 10 (300 mi) | 11 (336 mi) | 16 (487 mi) | 19 (591 mi) | 20.8 (624 mi) | 22 (657 mi) |
| Galveston, TX | 7 (241 mi) | 4.75 (166 mi) | 1.5 (46 mi) | 0 | 2.75 (92 mi) | 3.75 (128 mi) | 8 (279 mi) | 11 (385 mi) | 12 (417 mi) | 13 (450 mi) |
| Port Arthur, TX | 10 (292 mi) | 8 (242 mi) | 5 (152 mi) | 4 (124 mi) | 1 (14.4 mi) | 2 (50.3 mi) | 7 (200 mi) | 10 (304 mi) | 11 (337 mi) | 12 (370 mi) |
| Lake Charles, LA | 9.75 (340 mi) | 9 (314 mi) | 5.75 (203 mi) | 4.75 (163 mi) | 2 (69 mi) | 1.5 (53 mi) | 4 (143 mi) | 7 (248 mi) | 8 (280 mi) | 9 (314 mi) |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 14, Page 6 of 14 Pages
© The Response Group 06/2009



| | BP |
|---|---|
| | Regional Oil Spill Response Plan – Gulf of Mexico |

**Section 14**
Mobilization and Deployment Methods

## Pre-Staged Equipment & Gulf Coast Staging Area Transit Times Cross-Reference (Land) (continued)                    Figure 14-3

| Equipment Pre-Staged Location | Aransas Pass, TX | Port O'Connor, TX | Freeport, TX | Galveston, TX | Sabine Pass, TX | Cameron, LA | Morgan City, LA | Grand Isle, LA | Venice, LA | Theodore, AL |
|---|---|---|---|---|---|---|---|---|---|---|
| | Gulf Coast Staging Areas (With transit time in hours) | | | | | | | | | |
| Baton Rouge, LA | 16 (469 mi) | 14 (419 mi) | 11 (329 mi) | 10 (301 mi) | 7 (198 mi) | 5.5 (167 mi) | 2 (62.9 mi) | 5.5 (159 mi) | 5 (156 mi) | 6 (188 mi) |
| Pascagoula, MS | 21 (638 mi) | 20 (588 mi) | 17 (498 mi) | 16 (470 mi) | 12 (367 mi) | 11 (336 mi) | 6.5 (193 mi) | 7 (218 mi) | 6 (189 mi) | 1 (26.9 mi) |
| Houma, LA | 14.75 (517 mi) | 14 (494 mi) | 10.75 (379 mi) | 10 (354 mi) | 7 (245 mi) | 6.25 (221 mi) | 1 (35 mi) | 2 (72 mi) | 3.5 (124 mi) | 5.25 (185 mi) |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 14, Page 7 of 14 Pages
© The Response Group 06/2009

**BP**

Regional Oil Spill Response Plan – GOM Operations

Section 14
Mobilization and Deployment Methods

Figure 14-4

Texas Estimated Response Time Map



Texas Estimated Time Response Map

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian: Earnest Bush,
Environmental Coordinator
Document Administrator: Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.: GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 14, Page 8 of 14 Pages
© The Response Group 06/2009

Title of Document: Regional Oil Spill Response Plan
Authority: Dan R. Replogle,
GoM EMS Mgmt Representative
Scope: GoM EMS
Issue Date: 12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

East Texas / West Louisiana Estimated Response Time Map

**Section 14**
Mobilization and Deployment Methods

**Figure 14-4**

**BP**
Regional Oil Spill Response Plan – GOM Operations

East Texas/West La Estimated Response Time Map

UPS-US-SW-GOM-HSE-DOC-0177-2
Custodian: Earnest Bush, Environmental Coordinator
Document Administrator: Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.: GOM SPU
Control Tier: Tier 2 - GoM Region
Section 14, Page 9 of 14 Pages
© The Response Group 06/2009

Title of Document: Regional Oil Spill Response Plan
Authority: Dan R. Replogle,
GoM EMS Mgmt Representative
Scope: GoM EMS
Issue Date: 12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

Central Louisiana Estimated Response Time Map

BP
Regional Oil Spill Response Plan – GOM Operations

Section 14
Mobilization and Deployment Methods

Figure 14-4

Central Louisiana Estimated Response Time Map

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian: Earnest Bush,
Environmental Coordinator
Document Administrator: Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.: GOM SPU
Control Tier: Tier 2 - GoM Region
Section 14, Page 10 of 14 Pages
© The Response Group 06/2009

Title of Document: Regional Oil Spill Response Plan
Authority: Dan R. Replogle,
GoM EMS Mgmt Representative
Scope: GoM EMS
Issue Date: 12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11



Mississippi and Alabama Estimated Response Time Map

UPS-US-SW-GOM-HSE-DOC-0177-2
Custodian: Earnest Bush,
Environmental Coordinator
Document Administrator: Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.: GOM SPU
Control Tier: Tier 2 - GoM Region
Section 14, Page 11 of 14 Pages
© The Response Group 06/2009

## Section 14
Mobilization and
Deployment
Methods

## Figure 14-4

## BP
Regional Oil Spill Response Plan – GOM Operations

## Mississippi & Alabama Estimated Response Time Map

Title of Document:  Regional Oil Spill Response Plan
Authority: Dan R. Replogle,
GoM EMS Mgmt Representative
Scope: GoM EMS
Issue Date: 12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

## BP
### Regional Oil Spill Response Plan – GOM Operations

## Florida Estimated Response Time Map



Florida Estimated Response Time Map

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian: Earnest Bush,
Environmental Coordinator
Document Administrator: Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.: GoM SPU
Control Tier: Tier 2 - GoM Region
Section 14, Page 12 of 14 Pages
© The Response Group 06/2009

Title of Document: Regional Oil Spill Response Plan
Authority: Dan R. Replogle,
GoM EMS Mgmt Representative
Scope: GoM EMS
Issue Date: 12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 14
Mobilization and
Deployment
Methods

| Pre-Identified Staging Areas – Louisiana | | | Figure 14-5 | |
|---|---|---|---|---|

| LOCATION | COMPANY NAME | PHONE | CRANE | TRAILER |
|---|---|---|---|---|
| Abbeville | AMBAR | 337-893-5267 | Yes | Yes |
| Amelia | ASCO | 985-631-0621 | Yes | Yes |
| Berwick | Baroid Drilling Fluids | 985-385-1010 | Yes | Yes |
| | Berry Brothers | 985-384-8770 | Yes | Yes |
| | Berwick Supply | 985-384-5073 | No | No |
| | L & L Oil Company, Inc. | 985-385-6202 | Yes | Yes |
| | M-I Drilling Fluids | 985-385-2660 | Yes | Yes |
| | Spirit Star | 985-384-8894 | Yes | Access |
| Cameron | AMBAR | 337-775-5995 | Yes | Yes |
| | Baker Hughes | 337-775-5125 | Yes | Yes |
| | Baroid Drilling Fluids | 337-775-5512 | Yes | Yes |
| | Halliburton Services, Inc. | 337-775-5872 | Access | Yes |
| | M-I Drilling Fluids | 337-775-5311 | Yes | Yes |
| | Midstream Fuel Service | 337-775-5226 | Yes | No |
| Chenier | Crain Brothers | 337-538-2411 | Yes | No |
| Dulac | Baker Hughes | 985-563-4537 | Yes | Yes |
| | M-I Drilling Fluids | 985-563-4413 | Yes | Yes |
| Fourchon | Newpark Environmental | 985-396-2755 | Yes | Yes |
| | ASCO | 985-396-2737 | Yes | No |
| | Martin Terminal, Inc. | 985-396-2701 | Yes | Yes |
| | ASCO | 985-396-2711 | Yes | Yes |
| | Baroid Drilling Fluids | 985-396-2681 | Yes | Yes |
| Golden Meadow | M-I Drilling Fluids | 985-396-2851 | Yes | Yes |
| Grand Isle | MSRC Clean Gulf | 985-580-0924 | Yes | Yes |
| Intracoastal City | AMBAR | 337-893-7120 | Yes | No |
| | Baker Hughes | 337-893-2772 | Yes | Yes |
| | Baroid Drilling Fluids | 337-893-3536 | Yes | Yes |
| | Broussard Brothers, Inc. | 337-893-5303 | Yes | Yes |
| | ASCO | 337-893-6084 | Yes | Yes |
| | M-I Drilling Fluids | 337-893-5852 | Yes | Yes |
| Lafayette | M-I Drilling Fluids | 337-233-1714 | Yes | Yes |
| New Orleans | Avondale Shipyard | 504-436-2121 | Yes | Yes |
| Venice | Baker Hughes | 985-534-2379 | Yes | Yes |
| | Halliburton Services, Inc. | 985-534-2386 | Yes | Yes |
| | M-I Drilling | 985-534-7422 | Yes | Yes |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 14, Page 13 of 14 Pages
© The Response Group 06/2009



| | **BP** | **Section 14** |
| | Regional Oil Spill Response Plan – Gulf of Mexico | Mobilization and Deployment Methods |

### Pre-Identified Staging Areas – Texas                                    Figure 14-5

| LOCATION | COMPANY NAME | PHONE | CRANE | TRAILER |
|---|---|---|---|---|
| Aransas Pass | Halliburton Services, Inc. | 361-758-0273 | Access | Yes |
| Corpus Christi | Halliburton Services Inc. | 361-888-8153 | Access | Yes |
| Freeport | Baker Hughes | 979-244-4180 | Yes | Yes |
| | Offshore Oil Services | 979-233-1851 | Yes | Yes |
| | Midstream Fuel Service | 979-233-0176 | Yes | Yes |
| Galveston | AMBAR | 409-744-7109 | Yes | Yes |
| | Halliburton Services, Inc. | 409-740-0866 | No | No |
| | Midstream Fuel Service | 409-744-7159 | Yes | Yes |
| | Midstream Fuel Service | 409-744-7126 | Yes | No |
| | Midstream Fuel Service | 409-744-3282 | Yes | Yes |
| Harbor Island | Baker Hughes | 361-758-0296 | Yes | Yes |
| Port Aransas | Midstream Fuel Service | 361-758-0296 | Yes | Yes |
| Port O'Connor | Midstream Fuel Service | 361-983-2631 | Yes | Yes |
| Sabine Pass | Sabine Offshore Services | 409-971-2377 | Yes | No |
| | Midstream Fuel Service | 409-971-2144 | Access | Yes |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 14, Page 14 of 14 Pages
© The Response Group 06/2009



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

## 15. OIL AND DEBRIS REMOVAL PROCEDURES

### A.  Offshore Procedures

Containment and r emoval of oi l and oi led debr is during t he co urse o f an oi l sp ill r esponse i s essential in mitigating the impact, and subsequent liability, of the release.

Offshore removal pr ocedures are dependent up on the l ocation o f the i ncident, r esponse t ime, weather conditions, volume spilled, and other variables. Responding to an oil spill in open water is preferred so as to prevent product from reaching sensitive shoreline resources.

Offshore cleanup procedures, and the associated limitations of each, are listed in **Figure 15-1**.

If oiled debris is present at offshore locations, the material may be placed on a vessel or barge in a manner that will not allow seepage. The debris will be transferred to an appropriate location, segregated by t ypes (i.e., so rbent m aterial, t rash, sa nd, v egetation, et c.), and pl aced i nto designated r oll-off boxes or alternate containers lined with impervious material (i.e., pre-cut polyethylene sh eet l iners) t o p revent addi tional co ntamination. The r oll-off box es will be manifested and transported to designated disposal sites in accordance with applicable regulation.

BP has standing contracts with multiple Oil Spill Response Organizations who maintain dedicated offshore response vessels in the Gulf of Mexico area to mitigate offshore spills. These vessels have permanently assigned crew members and can generally respond in two hours or less. The vessels in question maintain the necessary spill containment and recovery equipment to respond effectively to spills as requested. Vessels are also equipped with communications and/or tracking systems that allow for continuous contact and location status updates. For a co mplete listing of spill response equipment see **Appendix E**.

### B.  Shallow Water Procedures

The recovery and di sposal of oily debris during shallow water cleanup operations is essential in preserving se nsitive env ironmental r esources and habi tats. Response per sonnel sh ould be trained in all aspects of spill response, including the proper procedures to recover and t ransport oily debr is safely w hile minimizing dam age t o s urrounding eco systems. Areas sensitive to f oot traffic should have p lywood sh eets deployed to prevent r oot dam age to plants and v egetation. Oily debris may be collected

via sh allow dr aft boat s/barges, l ight v ehicles (where appl icable), t owable bl adders, et c. The debris will be handled in a manner which will prevent seepage to occur and will be segregated by type (i.e., sorbent material, vegetation, soil, etc.). The debris will be transferred into roll-off boxes, hauling trucks, or other suitable containers lined with polyethylene liners and will be m anifested and transported to designated disposal sites.

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 15, Page 1 of 10 Pages
© The Response Group 06/2009



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

**Section 15**
Oil and Debris
Removal
Procedures

In the event the above areas are contaminated, a damage assessment will be conducted prior to initial response efforts to evaluate damage and will include the following information:

| |
|---|
| Type of oil; |
| Amount of oil spilled; |
| Degree to which oil covers vegetation; |
| Season; |
| Degree of oil weathering prior to impact; and |
| Requirements for storage and disposal of recovered materials. |

Shallow water and sh oreline cl eanup pr ocedures, and asso ciated l imitations, ar e de tailed i n **Figure 15-2** (Shallow Water Cleanup Procedures).

Marsh cleanup techniques may be reviewed in **Figure 15-3**.

Title of Document: Regional Oil Spill Response Plan
Authority: Dan R. Replogle,
GoM EMS Mgmt Representative
Scope: GoM EMS
Issue Date: 12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian: Earnest Bush,
Environmental Coordinator
Document Administrator: Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.: GOM SPU
Control Tier: Tier 2 - GoM Region
Section 15, Page 2 of 10 Pages
© The Response Group 06/2009



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 15
Oil and Debris
Removal
Procedures

**Offshore Cleanup Procedures**                                        **Figure 15-1**

| Method | Applicability | Limitations |
|---|---|---|
| Mechanical Recovery | Fast response units/I.D. boats and skimming systems with various containment booming methods. | Successful in removing oil in sea states of 0-4. Used in all sizes of spills. Limited by weather conditions. |
| Containment Booming ("V" booming, "J" booming, teardrop booming, boat booming, dynamic booming. | Contains oil to prevent spreading. Various booming techniques may be utilized dependent upon prevailing conditions. | Successful in containing all types of oil in sea states of 0-4. Used in all sizes of spills. Limited by weather conditions. |
| Chemical Dispersion | Application of chemical to disperse oil from surface into suspension in the water column. May be applied by airplane or boat. | Limited by weather conditions. Pre-approval areas in water depths of 20 meters or more. Regulatory approval required for depths less than 20 meters. |
| In-Situ Burning | Burning oil to prevent spreading. | Limited by weather conditions, thickness and volatility of oil. Must be conducted within several hours of spill. |
| Natural Dispersion | Allow natural elements (i.e., wave action, evaporation, etc.) to remove oil from water. | No limitations. Used in circumstances of small and large spills that pose no threat to sensitive areas. |
| Diversion Booming | Deployed at an angle to approaching slick to divert oil away from sensitive shoreline resources. | Wave heights less than 1 ft.; protects shoreline resources (i.e., tidal inlets, salt marshes, sand/mud flats, etc.) |
| Sorbent Booming | Backup boom to absorb entrained oil. Deployed in conjunction with containment boom across approaching oil slick. | Limited by weather conditions. Successful in quiet seas with little wind. |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 15, Page 3 of 10 Pages
© The Response Group 06/2009



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 15
Oil and Debris
Removal
Procedures

## Shoreline Cleanup Techniques                                    Figure 15-2

| Cleanup Technique | Description & Requirements | Primary Use of Cleanup Technique | Physical and Biological Effect of Use |
|---|---|---|---|
| 1. Motor grader/ elevating scraper | Motor grader forms windrows for pickup by elevating scraper. Heavy equipment access, good trafficability. | Used primarily on sand and gravel beaches where oil penetration is 0 to 3 cm, and trafficability of beach is good. Can also be used on mudflats. | Removes only upper 3 cm of beach. Natural replenishment of substrate. |
| 2. Elevating scraper | Elevating scraper picks up contaminated material directly off beach. Heavy equipment access, good trafficability. | Used on sand and gravel beaches where oil penetration is 0 to 3 cm. Can also be used on mudflats. Also used to remove tar balls or flat patties from the surface of a beach. | Removes upper 3 to 10 cm of beach. Minor reduction of beach stability. Erosion and beach retreat. Slow restabilization of substrate. |
| 3. Motor grader/front-end loader | Motor grader forms windrows for pickup by front-end loader. Heavy equipment access, good trafficability. | Used on gravel and sand beaches where oil penetration is less that 2 to 3 cm. This method is slower than using a motor grader and elevating scraper but can be used when elevating scrapers are not available. Can also be used on mudflats. | Removes only upper 3 cm of beach. Removes shallow burrowing organisms. Natural replenishment of substrate. |
| 4. Front-end loader-rubber-tired or tracked | Front-end loader picks up materials directly off beach and hauls it to unloading area. Heavy equipment access, fair to good trafficability for rubber-tired loader. | Used on mud, sand or gravel beaches when oil penetration is moderate and oil contamination is light to moderate. Rubber-tired front-end loaders are preferred because they are faster and minimize the disturbance of the surface. Front-end loaders are the preferred choice for removing cobble sediments. If rubber-tired loader cannot operate, tracked loaders are the next choice. Can also be used to remove extensively oil-contaminated vegetation. | Removes 10 to 25 cm of beach. Reduction of beach stability. Erosion and beach retreat. Removes almost all shallow and deep burrowing organisms. Restabilization of the physical environment is slow. |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 15, Page 4 of 10 Pages
© The Response Group 06/2009



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

## Shoreline Cleanup Techniques (Cont'd)                    Figure 15-2

| Cleanup Technique | Description & Requirements | Primary Use of Cleanup Technique | Physical and Biological Effect of Use |
|---|---|---|---|
| 5. Bulldozer/ rubber-tired front-end loader | Bulldozer pushes contaminated substrate into piles for pickup by front-end loader. Heavy equipment access, fair to good trafficability. | Used on coarse sand, gravel or cobble beaches where oil penetration is deep, oil contamination extensive and trafficability of the beach is poor. Can also be used to remove heavily oil contaminated vegetation. | Removes 15 to 50 cm of beach stability. Severe erosion and cliff or beach retreat. Inundation of backshores. Very slow restabilization of substrate. |
| 6. Backhoe | Operates from top of a bank or beach to remove contaminated sediments and loads into trucks. Heavy equipment access, requires stable substrate at top of bank. | Used to remove oil contaminated sediment (primarily mud or silt) on steep bank. | Removes 25 to 50 cm of beach or bank. Severe reduction of beach stability and beach retreat. Restabilization of substrate and organisms is extremely slow. |
| 7. Dragline or clamshell | Operates from top of contaminated area to remove oiled sediments. Heavy equipment access. | Used on sand, gravel or cobble beaches where trafficability is very poor (i.e., tracked equipment cannot operate) and oil contamination is extensive. | Removes 25 to 50 cm of beach. Severe reduction of beach stability. Erosion and beach retreat. Restabilization of substrate and indigenous fauna is extremely slow. |
| 8. High pressure flushing (hydro-blasting) | High pressure water streams remove oil from substrate where it is channeled to recovery area. Light vehicular access, recovery equipment. | Used to remove oil coatings from boulders, rock and man-made structures; preferred method of removing oil from these surfaces. | Can disturb surface of substrate. Oil not recovered may be toxic to organisms. Wildlife agency approval required. |
| 9. Steam cleaning | Steam removes oil from substrate where it is channeled to recovery area. Light vehicular access, recovery equipment and fresh water access. | Used to remove oil coatings from boulders, rocks and man-made structures. | Adds heat (>100˚C) to surface. Mortality of organisms due to heat is likely. Oil not recovered may be toxic to organisms. |
| 10. Sand blasting | Sand moving at high velocity removes oil from substrate. Light vehicular access, supply of clean sand. | Used to remove thin accumulations of oil residue from man-made structures. | Adds material to the environment. Potential recontamination, erosion and deeper penetration into substrate. Oil not recovered may be toxic to organisms. |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 15, Page 5 of 10 Pages
© The Response Group 06/2009



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

**Section 15**
Oil and Debris
Removal
Procedures

## Shoreline Cleanup Techniques (Cont'd)                    Figure 15-2

| Cleanup Technique | Description & Requirements | Primary Use of Cleanup Technique | Physical and Biological Effect of Use |
|---|---|---|---|
| 11. Manual scraping | Oil is scraped from substrate manually using hand tools. Foot or light vehicular access. | Used to remove oil from lightly contaminated boulders, rocks and man-made structures or heavy oil accumulation when other techniques are not allowed. | Selective removal of material. Labor-intensive activity can disturb sediments. Oil not recovered may be toxic to organisms |
| 12. Sump and pump/ vacuum | Oil collects in sump as it moves down the beach and is removed by pump or vacuum truck. Requires recovery equipment. | Used on firm sand or mud beaches in the event of continuing oil contamination where sufficient alongshore currents exist and on streams and rivers in conjunction with diversion booming. | Requires excavation of a sump 60 to 120 cm deep on shoreline. Some oil will probably remain on beach. Oil not recovered may be toxic to organisms. |
| 13. Manual removal of oiled materials | Oiled sediments and debris are removed by hand, shovels, rakes, wheelbarrows, etc. Foot or light vehicular traffic. | Used on mud, sand, gravel and cobble beaches when oil contamination is light or sporadic and oil penetration is slight or on beaches where access for heavy equipment is not available. | Removes 3 cm or less of beach. Selective. Sediments disturbance and erosion potential. Removes and disturbs small and burrowing organisms. |
| 14. Low pressure flushing | Low pressure water spray flushes oil from substrate where it is channeled to recovery points. Light vehicular traffic, recovery equipment. | Used to flush light oils that are not sticky from lightly contaminated mud substrates, cobbles, boulders, rocks, man-made structures and vegetation. | Does not disturb surface to any great extent. Potential for recontamination. Oil not recovered may be toxic to organism's downslope of cleanup. |
| 15. Beach cleaner | Pulled by tractor or self-propelled across beach, picking up tar balls or patties. Light vehicular traffic, recovery equipment. | Used on sand or gravel beaches, lightly contaminated with oil in the form of hard patties or tar balls. Can also remove small quantities of contaminated debris. | Disturbs upper 5 to 10 cm of beach, and shallow burrowing organisms. Wildlife agency approval required. |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 15, Page 6 of 10 Pages
© The Response Group 06/2009



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

**Section 15**
Oil and Debris
Removal
Procedures

## Shoreline Cleanup Techniques (Cont'd)　　　　　　Figure 15-2

| Cleanup Technique | Description & Requirements | Primary Use of Cleanup Technique | Physical and Biological Effect of Use |
|---|---|---|---|
| 16. Manual sorbent application | Sorbents are applied manually to contaminated areas to soak up oil. Disposal containers for sorbents, foot or boat access. | Used to remove pools of light, nonsticky oil from mud, boulders, rocks and manmade structures. | Selective removal of material. Labor intensive activity can disturb sediments. Possible ingestion of sorbents by birds and small animals. |
| 17. Manual cutting | Oiled vegetation is cut by hand, collected and stuffed into bags or containers for disposal. Deploy plywood sheets for foot traffic. | Used on oil contaminated vegetation. | Disturbs sediments because of extensive use of labor; can cause erosion. Foot traffic may cause root damage and slow recovery. Destroys animal habitats. |
| 18. Burning | Upwind end of contaminated area is ignited and allowed to burn to down-wind end. Light vehicular or boat access, fire control equipment. | Used on any substrate or vegetation where sufficient oil has collected to sustain ignition; if oil is a type that will support ignition and air pollution regulations so allow. | Causes heavy air pollution; adds heat to substrate, can cause erosion if root system damaged. Kills surface organisms and residual matter may be toxic. Approval of Air Pollution Agency. |
| 19. Vacuum trucks, vacuum pumps or portable skimmers | Oil collects in sumps behind booms and in natural depressions/collection points and is removed by vacuum trucks, vacuum pumps or portable skimmers. | Used to pick up oil on shorelines where pools of oil have formed in natural depressions, or in the absence of skimming equipment to recover floating oil from the water surface. Also used on firm sand or mud beaches where longshore current exists and on stream and river in construction with diversion and containment booming. | Some oil may be left on shoreline or in water increasing potential for long-term toxic effects. |

Title of Document: Regional Oil Spill Response Plan
Authority: Dan R. Replogle,
GoM EMS Mgmt Representative
Scope: GoM EMS
Issue Date: 12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian: Earnest Bush,
Environmental Coordinator
Document Administrator: Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.: GOM SPU
Control Tier: Tier 2 - GoM Region
Section 15, Page 7 of 10 Pages
© The Response Group 06/2009



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 15
Oil and Debris
Removal
Procedures

## Shoreline Cleanup Technique (Cont'd)                     Figure 15-2

| Cleanup Technique | Description & Requirements | Primary Use of Cleanup Technique | Physical and Biological Effect of Use |
|---|---|---|---|
| 20. Push contaminated substrate into surf | Bulldozer pushes contaminated substrate into surf zone to accelerate natural cleaning. Heavy equipment access, high energy shoreline. | Used on contaminated cobble and lightly contaminated gravel beaches where removal of sediments may cause erosion of the beach or backshore area. | Disruption of top layer of substrate; leaves some oil in intertidal area. Potential recontamination. Kills most organisms inhabiting the uncontaminated substrate. |
| 21. Breaking up pavement | Tractor fitted with a ripper is operated up and down beach. Heavy equipment access, high energy shoreline. | Used on low amenity cobble, gravel or sand beaches or beaches where substrate removal will cause erosion where thick layers of oil have created a pavement on the beach surface. | Disruption of sediments. Leaves oil on beach. Disturbs shallow and deep burrowing organisms. |
| 22. Disc into substrate | Tractor pulls discing equipment along contaminated area. Heavy equipment access, fair to good trafficability. | Used on nonrecreational sand or gravel beaches that are lightly contaminated. | Leaves oil buried in sand. Disrupts surface layer of substrate. Disturbs shallow burrowing organisms. Possible toxic effects from buried oil. |
| 23. Natural recovery | No action taken. Oil left to degrade naturally. Exposed high energy environment. | Used for oil contamination on high energy beaches (primarily cobble, boulder and rock) where wave action will remove most oil contamination in a short period of time. | Some oil may remain on beach and could contaminate clean areas. Potential toxic effects and smothering by the oil. Potential incorporation of oil into the food web. Potential elimination of habitat if organisms will not settle on residual oil. |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 15, Page 8 of 10 Pages
© The Response Group 06/2009



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

## Shoreline Cleanup Techniques (Cont'd)     Figure 15-2

| Cleanup Technique | Description & Requirements | Primary Use of Cleanup Technique | Physical and Biological Effect of Use |
|---|---|---|---|
| 24. Oil Mop | Various size units to be used onshore or with shallow draft jon boats in water with little or no current. Boat or light vehicle access. | Used to recover oil from natural or artificial containment. | |
| 25. Removal by Excavation | Contaminated soil is excavated and replaced with clean soil. Heavy excavation equipment access, clean soil. | Used on contaminated soils when drinking water wells are threatened and contaminated does not exceed 20-30 feet. | Severe reduction of substrate/beach stability. Removes all shallow and seep burrowing organisms. Restabilization of the physical and biological environment is extremely slow. |
| 26. Recovery of oil from groundwater | Contaminated oil is pumped out. Heavy equipment access. | Used on contaminated ground water wills or by trenching. | Oil may remain in substrate and spread during inclement weather conditions. |
| 27. *In-Situ* Treatment | Contaminated substrate is tilled into the ground or organic fertilizers are applied. Heavy equipment access. | Used on contaminated soils where groundwater is not threatened or has been cleaned. | Leaves oil buried in substrate. Disrupts surface layer of substrate and disturbs shallow burrowing organisms. Possible toxic effects from buried oil. |
| 28. Bio-remediation | Nutrients and/or micro organisms are applies to accelerate the degradation of the oil. | May be used on rocky or sandy beaches, in marshlands or pooled oil. | Formal application for use must be obtained. Not suitable in restricted water bodies. |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
© The Response Group 06/2009



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Section 15
Oil and Debris
Removal
Procedures

**Marsh Cleanup Techniques**                                    **Figure 15-3**

| Cleanup Technique | Description for Use | Equipment Required | Environmental Impact |
|---|---|---|---|
| Low Pressure Water Flushing | <u>Preferred Method:</u> Use in small channels around clumps of plants and trees and on vegetation along channel banks and the shoreline | Small jon boat and small gasoline-driven pumps; intake and discharge hoses; small floater skimmer; portable storage tank. | Minimal impact if flushing is done from land. Some marsh vegetation may be crushed. |
| <u>Sorbents:</u> Loose sorbents, pads or rolls | <u>Loose sorbents:</u> Use in small channels or pools with low currents. <u>Pads or Rolls:</u> Use in shallow pools and on shorelines without debris accumulation. | Light curtain boom; empty barrels for storing recovered sorbent. Can also be herded with water spray. | Loose sorbents are difficult to retrieve. Retrieval can crush marsh grasses. |
| Oil Mop | <u>Preferred Method:</u> Use in small channels or pools with free floating oil. Use upstream from containment boom and along marsh shorelines. | Oil Mop system; portable storage tanks for recovering oil; pulleys. | Minimal impacts. |
| Vegetation cutting and removal (***Note***: Use only when flushing fails to remove oil from plants) | Hand cutting of vegetation in small channels. Mechanical cutting along banks of channels or shoreline. | <u>Hand cutting:</u> Shears, power brush cutters or sickles; mechanical cutting; weed harvester. | Damages marsh surface. Foot traffic damages plants. |
| Burning (For use on spartina-type (grass-like) marshes only.) | Use in large contaminated areas. Can use if oil will burn. Probably suitable when marsh is on die-back stage. | Portable propane flame throwers or weed burners. | Produces considerable air pollution. Requires local approval by government agencies. Areas not contaminated by oil are subject to damage by fire. |
| Marsh burning | Use when toxic and persistent oils have deeply contaminated substrata. | Pump contaminated liquids from the marsh, using available materials, dam or divert the flow of water into the marsh area. | <u>Major impact:</u> Destroys much wildlife. Restoration may occur over several years as water returns to the marsh. |
| Soiled Vegetation Removal | Use when toxic and persistent oils have deeply contaminated substrata. | Dragline, dredge, clamshell, front-end loader, backhoe, bulldozer | <u>Major impact:</u> Destroys marsh areas. Requires complete subsequent restoration. |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date: 06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GOM SPU
Control Tier:  Tier 2 - GoM Region
Section 15, Page 10 of 10 Pages
© The Response Group 06/2009



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Appendix H
Worst Case
Discharge

## APPENDIX H – WORST CASE DISCHARGE

### A. General Information

Worst case discharge scenarios were selected based on projected discharge volume, proximity to shorelines, areas of environmental and/or economic sensitivity, and marine and shoreline resources. The lack of significant differences between operations, products, resources, and sensitivities helped to establish potential discharge volume and location as the primary decisive factors for Worst Case Discharge selections.

The following Appendix contains worst case discharge assessments and response plans for a BP facility within 10 miles of shore, outside 10 miles from shore and from an exploratory well. MMS regulations in 30 CFR 254.47 define the parameters for worst case discharge calculations. For an oil production platform facility, the size of the worst case discharge scenario is the sum of:

- Maximum capacity of all oil storage tanks and flowlines on the facility.
- The volume of oil calculated to leak from a break in any pipelines connected to the facility considering shutdown time, the effect of hydrostatic pressure, gravity frictional wall forces and other factors.
- The daily production volume from an uncontrolled blowout of the highest capacity well associated with the facility flowing for 30 days.

The discharge rates from an uncontrolled blowout for oil production facilities were calculated using the following:

- Reservoir characteristics
- Reservoir pressure data
- Reservoir drive mechanisms
- Reservoir depletion rates
- Wellbore completion configurations
- Casing and production tubing sizes
- Casing and tubing friction factors
- Production history
- Static and flowing bottom hole pressures
- Water intrusion (where appropriate)

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GoM SPU
Control Tier:  Tier 2 - GoM Region
Appendix H, Page 1 of 45 Pages
© The Response Group 06/2009



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Appendix H
Worst Case
Discharge

In addition to the worst case discharge volumes, the individual summaries also include the following maps and information:

1. Overview Map
2. Land Impact Probability Map
3. On-Water Recovery Response Equipment Location Map
4. On-Water Recovery Response Equipment Status Boards
5. Dispersant Application Map
6. Dispersant Application Status Boards

The location of the nearest response contractor, and estimated time for mobilization and deployment of response resources to Company operated facilities and ROW pipelines has been calculated and included in this section where applicable. Times provided for mobilization and depl   oyment ar e est imates  and w ill depend on    meteorological conditions, sea state, and availability of vessels and manpower.

| Worst Case Discharge Scenario Summary Listing ||||
|---|---|---|---|
| **WCD Type** | **Name of Facility** | **Area/Block** | **Distance from Shore (Miles)** |
| < 10 Miles | SP 89 Pipeline | SP 89 | 9.53 |
| > 10 Miles | MC 778 PDQ | MC 778 | 68 |
| Exploratory Well | Living Color Well | MC 462 | 33 |
| Flower Gardens | N/A |||

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GoM SPU
Control Tier:  Tier 2 - GoM Region
Appendix H, Page 2 of 45 Pages
© The Response Group 06/2009



**BP**

Regional Oil Spill Response Plan        – Gulf of Mexico

## D.  Worst Case Discharge scenario for Exploratory Well from Offshore Drilling

### 1)  Worst Case Summary

BP has determined that its worst case scenario for discharge       from a mobile drilling rig operation would occur from the  Mississippi Canyon 462     lease . MC 462   is a planned exploration well t argeted for Miocene oi l r eservoirs. Given t he anticipated reservoir thickness and hi storical pr oductivity index f or t he M iocene,  worst ca se discharge i s expected to be     250,000   barrels of cr ude oi l per day . Calculations are based on formulas de ned by MMS regulations.       The oil has an   estimated  API gravity of 26°.

### 2)  Facility Information

- ■  ████████████
- ■  ████████████
- ■  ████████████
- ■  Distance to Shore:    33 miles
- ■  API  Gravity: 26 ° (Estimated)
- ■  Oil Storage Volume: 0 barrels

### 3)  Worst Case Discharge Volume

| Criteria | Barrels |
|---|---|
| Highest capacity well uncontrolled blowout volume associated with   exploration well | 250,000 |
| **TOTAL WORST CASE DISCHARGE** | **2  0,000** |

### 4)  Land Segment Identification

Land areas that could be potentially impacted by a    n MC 462 oil spill were determined using t he M MS Oi l Spill Risk A nalysis Model ( OSRAM) t rajectory r esults. The OSRAM est imates the  probability t hat oi l sp ills f rom desi gnated l ocations would contact sh oreline and o  shore nat ural r esources. These pr obabilities indicate, i n terms of percentage, the chance that an oil spill occurring in a particular launch area will contact a certain county or parish within 3, 10, and 30 days.

Title of Document: Regional Oil Spill Response Plan
Authority: Dan R Replogle ,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date: 12/01/00
Revision Date:   06/30/09
Next Review Date: 06/30/11

UPS -US -SW -GOM -HSE -DOC -00177 -2
Custodian: Earnest Bush,
Environmental Coordinator
Document Administrator: Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.: GoM SPU
Control Tier: Tier 2    - GoM Region
Appendix H,  Page 30  of 45 Pages
© The Response Group 06/2009



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

OCS Launch Block #57 was utilized as MC 462's point of origin. Land segments identified by the model are listed below:

| Area and Spill Site | Land Segment Contact | Percent Impact Chance | | |
|---|---|---|---|---|
| | Land Segment No. & County/ Parish & State | 3 Days | 10 Days | 30 Days |
| Mississippi Canyon 462 | Cameron, LA | -- | -- | 1 |
| | Vermilion, LA | -- | -- | 1 |
| | Terrebonne, LA | -- | 1 | 2 |
| | Lafourche, LA | -- | 1 | 2 |
| | Jefferson, LA | -- | -- | -- |
| | Plaquemines, LA | 4 | 14 | 21 |
| | St. Bernard, LA | -- | 1 | 3 |
| | Hancock, MS | -- | -- | 1 |
| | Harris, MS | -- | -- | 1 |
| | Jackson, MS | -- | -- | 1 |
| | Mobile, AL | -- | -- | 1 |
| | Baldwin, AL | -- | -- | 1 |
| | Escambia, FL | -- | -- | 1 |
| | Okaloosa, FL | -- | -- | 1 |
| | Walton, FL | -- | -- | 1 |
| | Bay, FL | -- | -- | 1 |

**5) Resource Identification**

The land segment that has the highest probability of being impacted by a release from MC 462 is Plaquemines Parish, Louisiana, at 21 percent. Sources listing the resources within Plaquemines Parish are identified in **Section 11**.

**6) Response**

BP will make every effort to respond to the Worst Case Discharge as effectively as possible. BP has contracted with National Response Corporation (NRC) and Marine Spill Response Corporation (MSRC) as primary Oil Spill Removal Organizations. Contact information for the OSROs can be found in **Figure 7-6A**. Upon notification of the spill, BP would request a partial or full mobilization of the resources identified in the attached **Appendix E**, including, but not limited to, dispersant aircraft from ASI & MSRC and NRC & MSRC skimming vessels. The Qualified Individual, Person in Charge, Incident Commander or designee may contact other service companies if the Unified Command deems such services necessary to the response efforts.

An Adios model was run on a similar product. The results indicate 5% of the product would be evaporated or naturally dispersed within 12 hours, leaving approximately 237,500 barrels on the water.

Title of Document:  Regional Oil Spill Response Plan
Authority: Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GoM SPU
Control Tier:  Tier 2 - GoM Region
Appendix H, Page 31 of 45 Pages
© The Response Group 06/2009



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Appendix H
Worst Case
Discharge

Tables below outline equipment as well as temporary storage equipment to be considered in order to cope with an initial spill of 250,000 bbls. The list estimates individual times needed for procurement, load out, travel time to the site and deployment.

Offshore response strategies may include attempting to skim utilizing MSRC & NRC's Oil Spill Response Vessels (OSRVs), Oil Spill Response Barges (OSRBs), ID Boats, and Quick Strike OSRVs, which have a combined derated recovery rate of 491,721 barrels/day. Temporary storage associated with the identified skimming and temporary storage equipment equals 299,066 barrels.

Dispersants may be a viable response option. If appropriate, 4 to 5 sorties (1,200 gallons to 2,000 gallons per sortie) from the DC-3 within the first 12 hour operating day of the response. Using a 1:20 application rate, 90% effectiveness, and assuming 4-5 sorties per day the systems could disperse approximately 5,486 to 6,857 barrels of oil per day based on the NOAA Dispersant Planner. Additionally, 3 to 4 sorties (300 gallons per sortie) from MSRC's BE-90 and one sortie (3250 gallons per sortie) from MSRC's C-130A could be completed within the first 12 hour operating day of the response. Using the same assumptions as above, these two aircraft could disperse approximately 1,778 to 1,907 barrels of oil in the first day. On each subsequent day, the BE-90 and the C-130A would be able to complete 4-5 sorties each (300 and 3250 gallons per sortie, respectively), for a total amount of 6,080-7,600 barrels of oil per day dispersed.

If the spill went unabated, shoreline impact would depend upon existing environmental conditions. Nearshore response may include the deployment of shoreline boom on beach areas, or protection and sorbent boom on vegetated areas. Strategies would be based upon surveillance and real time trajectories provided by The Response Group that depict areas of potential impact given actual sea and weather conditions. Strategies from the Area Contingency Plan, The Response Group and Unified Command would be consulted to ensure that environmental and special economic resources would be correctly identified and prioritized to ensure optimal protection. The Response Group shoreline response guides depict the protection response modes applicable for oil spill clean-up operations. Each response mode is schematically represented to show optimum deployment and operation of the equipment in areas of environmental concern. Supervisory personnel have the option to modify the deployment and operation of equipment allowing a more effective response to site-specific circumstances. (For more information on resource identification, see **Section 11**; for more information on resource protection methods, see **Section 13**.)

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GoM SPU
Control Tier:  Tier 2 - GoM Region
Appendix H, Page 32 of 45 Pages
© The Response Group 06/2009



Title of Document: Regional Oil Spill Response Plan
Authority: Dan R Replogle ,
GoM EMSMgmt Representative
Scope: GoM EMS
Issue Date: 12/01/00
Revision Date:  06/30/09
Next Review Date: 06/30/11

UPS -US -SW -GOM -HSE -DOC -00177 -2
Custodian: Earnest Bush,
Environmental Coordin ator
Document Administrator: Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.: GoM SPU
Control Tier: Tier 2  - GoM Region
Appendix H,  Page 33  of 45 Pages
© The Response Group 06/2009



Title of Document: Regional Oil Spill Response Plan
Authority: Dan R Replogle ,
GoM EMSMgmt Representative
Scope: GoM EMS
Issue Date: 12/01/00
Revision Date:   06/30/09
Next Review Date: 06/30/11

UPS -US -SW /-GOM -HSE -DOC -00177 -2
Custodian: Earnest Bush,
Environmental Coordin ator
Document Administrator: Kristy McNease,
GoM HSEEDocument Mgmt Administrator
Issuing Dept : GoM SPU
Control Tier: Tier 2  - GoM Region
Appendix H , Page 34  of 45 Pages
© The Response Group 06/2009



**Appendix H** Worst Case Discharge

**BP** Regional Oil Spill Response Plan – Gulf of Mexico

MISSISSIPPI CANYON BLOCK # 462 Worst Case Discharge
MSRC/NRC Equipment Location Map

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian: Earnest Bush,
Environmental Coordinator
Document Administrator: Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept. - GoM SPU
Control Tier: Tier 2 - GoM Region
Appendix H, Page 35 of 45 Pages
© The Response Group 06/2009

Title of Document: Regional Oil Spill Response Plan
Authority: Dan R Replogle ,
GoM EMSMgmt Representative
Scope: GoM EMS
Issue Date: 12/01/00
Revision Date:    06/30/09
Next Review Date: 06/30/11



# BP
## Regional Oil Spill Response Plan – Gulf of Mexico

**Appendix H**
Worst Case
Discharge

### MC 462 (Exploratory) - Offshore On-Water Recovery Activation List

| Skimming System | Supplier & Phone | Warehouse | Skimming Package | Quantity | Recovery Rate (Barrels/Day) | Storage (Barrels) | Staging Area | Distance to Site from Staging (Miles) | Staging ETA | Loadout Time | ETA to Site | Deployment Time | Total ETA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Seahorse 5 ID Boat | NRC 800-899-4672 | Fourchon, LA | Ord Disk Skimmer | 1 | 1,954 | 100 | Fourchon, LA | 90 | 1 | 0 | 6.5 | 1 | 8.5 |
| | | | 21' Boom | 100' | | | | | | | | | |
| | | | Personnel | 4 | | | | | | | | | |
| | | | 146' Utility Boat | 1 | | | | | | | | | |
| Celeste Elizabeth ID Boat | NRC 800-899-4672 | Fourchon, LA | Ord Disk Skimmer | 1 | 1,954 | 416 | Fourchon, LA | 90 | 1 | 0 | 6.5 | 1 | 8.5 |
| | | | 21' Boom | 100' | | | | | | | | | |
| | | | Personnel | 4 | | | | | | | | | |
| | | | Utility Boat -126' | 1 | | | | | | | | | |
| Louisiana Responder Transrec-350 | MSRC 800-OIL-SPIL | Fort Jackson, LA | Transrec Skimmer | 1 | 10,567 | 4,000 | Fort Jackson, LA | 69 | 2 | 1 | 5 | 1 | 9 |
| | | | 67' Boom | 1320' | | | | | | | | | |
| | | | 210' Vessel | 1 | | | | | | | | | |
| | | | Personnel | 12 | | | | | | | | | |
| | | | 32' Support Boat | 1 | | | | | | | | | |
| Stress 1 | MSRC 800-OIL-SPIL | Fort Jackson, LA | Offshore Skimmer | 1 | 15,840 | | Fort Jackson, LA | 69 | 2 | 1 | 5 | 1 | 9 |
| | | | 67' Offshore Boom | 1320' | | | | | | | | | |
| | | | Personnel | 4 | | | | | | | | | |
| | | | Utility Boat | 1 | | | | | | | | | |
| FOILEX 250 | MSRC 800-OIL-SPIL | Fort Jackson, LA | Offshore Skimmer | 1 | 3,977 | | Fort Jackson, LA | 69 | 2 | 1 | 5 | 1 | 9 |
| | | | 67' Offshore Boom | 1320' | | | | | | | | | |
| | | | Personnel | 4 | | | | | | | | | |
| | | | Utility Boat | 1 | | | | | | | | | |
| FOILEX 200 | MSRC 800-OIL-SPIL | Fort Jackson, LA | Offshore Skimmer | 1 | 1,989 | | Fort Jackson, LA | 69 | 2 | 1 | 5 | 1 | 9 |
| | | | 67' Offshore Boom | 660' | | | | | | | | | |
| | | | Personnel | 4 | | | | | | | | | |
| | | | Utility Boat | 1 | | | | | | | | | |
| DESMI OCEAN | MSRC 800-OIL-SPIL | Fort Jackson, LA | Offshore Skimmer | 1 | 3,017 | | Fort Jackson, LA | 69 | 2 | 1 | 5 | 1 | 9 |
| | | | 67' Offshore Boom | 1320' | | | | | | | | | |
| | | | Personnel | 4 | | | | | | | | | |
| | | | Utility Boat | 1 | | | | | | | | | |
| GT-185 | MSRC 800-OIL-SPIL | Fort Jackson, LA | Offshore Skimmer | 1 | 1,371 | | Fort Jackson, LA | 69 | 2 | 1 | 5 | 1 | 9 |
| | | | 67' Offshore Boom | 660' | | | | | | | | | |
| | | | Personnel | 4 | | | | | | | | | |
| | | | Utility Boat | 1 | | | | | | | | | |
| WP-4 | MSRC 800-OIL-SPIL | Fort Jackson, LA | Offshore Skimmer | 1 | 3,017 | | Fort Jackson, LA | 69 | 2 | 1 | 5 | 1 | 9 |
| | | | 67' Offshore Boom | 660' | | | | | | | | | |
| | | | Personnel | 4 | | | | | | | | | |
| | | | Utility Boat | 1 | | | | | | | | | |
| SOS System AB/AW-363 | NRC 800-899-4672 | Belle Chasse, LA | Marco/VTU Skimmer | 1 | 30,857 | 124 | Venice, LA | 123 | 2.5 | 1 | 9 | 1 | 13.5 |
| | | | 43' Boom | 200' | | | | | | | | | |
| | | | Personnel | 4 | | | | | | | | | |
| | | | Marine Tank | 1 | | | | | | | | | |
| | | | 110' Utility Boat | 1 | | | | | | | | | |
| SOS System FF-332 | NRC 800-899-4672 | Belle Chasse, LA | Vikoma Skimmer | 1 | 3,154 | 100 | Venice, LA | 123 | 2.5 | 1 | 9 | 1 | 13.5 |
| | | | 21' Boom | 200' | | | | | | | | | |
| | | | Personnel | 4 | | | | | | | | | |
| | | | Marine Tank | 1 | | | | | | | | | |
| | | | 110' Utility Boat | 1 | | | | | | | | | |
| M/V Recovery MOSS Unit SS-50 | AMPOL 800-482-6765 | Fourchon, LA | MOSS SS-50 Skimmer | 1 | 3,017 | 200 | Fourchon, LA | 90 | 2 | 1 | 6.5 | 1 | 10.5 |
| | | | 36' Expandi Boom | 720' | | | | | | | | | |
| | | | Personnel | 4 | | | | | | | | | |
| | | | 110' Utility Boat | 1 | | | | | | | | | |
| | | | Crew Boat | 1 | | | | | | | | | |
| GT-185 | MSRC 800-OIL-SPIL | Baton Rouge, LA | Offshore Skimmer | 1 | 1,371 | | Fourchon, LA | 90 | 4.5 | 1 | 6.5 | 1 | 13 |
| | | | 67' Offshore Boom | 660' | | | | | | | | | |
| | | | Personnel | 4 | | | | | | | | | |
| | | | Utility Boat | 1 | | | | | | | | | |
| Mississippi Responder Transrec-350 | MSRC 800-OIL-SPIL | Pascagoula, MS | Transrec Skimmer | 1 | 10,567 | 4,000 | Pascagoula, MS | 135 | 2 | 1 | 9.5 | 1 | 13.5 |
| | | | 67' Boom | 1320' | | | | | | | | | |
| | | | 210' Vessel | 1 | | | | | | | | | |
| | | | Personnel | 12 | | | | | | | | | |
| | | | 32' Support Boat | 1 | | | | | | | | | |
| Stress 1 | MSRC 800-OIL-SPIL | Lake Charles, LA | Offshore Skimmer | 1 | 15,840 | | Fourchon, LA | 90 | 6.5 | 1 | 6.5 | 1 | 15 |
| | | | 67' Offshore Boom | 1320' | | | | | | | | | |
| | | | Personnel | 4 | | | | | | | | | |
| | | | Utility Boat | 1 | | | | | | | | | |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GoM SPU
Control Tier:  Tier 2 - GoM Region
Appendix H, Page 36 of 45 Pages
© The Response Group 06/2009



| | **BP** | **Appendix H** |
|---|---|---|
| | Regional Oil Spill Response Plan – Gulf of Mexico | Worst Case Discharge |

## MC 462 (Exploratory) - Offshore On-Water Recovery Activation List

| Skimming System | Supplier & Phone | Warehouse | Skimming Package | Quantity | Recovery Rate (Barrels/Day) | Storage (Barrels) | Staging Area | Distance to Site from Staging (Miles) | Staging ETA | Loadout Time | ETA to Site | Deployment Time | Total ETA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FOILEX 250 | MSRC 800-OIL-SPIL | Lake Charles, LA | Offshore Skimmer | 1 | 3,977 | | Fourchon, LA | 90 | 6.5 | 1 | 6.5 | 1 | 15 |
| | | | 67' Offshore Boom | 1320' | | | | | | | | | |
| | | | Personnel | 4 | | | | | | | | | |
| | | | Utility Boat | 1 | | | | | | | | | |
| DESMI OCEAN | MSRC 800-OIL-SPIL | Lake Charles, LA | Offshore Skimmer | 1 | 3,017 | | Fourchon, LA | 90 | 6.5 | 1 | 6.5 | 1 | 15 |
| | | | 67' Offshore Boom | 1320' | | | | | | | | | |
| | | | Personnel | 4 | | | | | | | | | |
| | | | Utility Boat | 1 | | | | | | | | | |
| GT-185 | MSRC 800-OIL-SPIL | Pascagoula, MS | Offshore Skimmer | 1 | 1,371 | | Fourchon, LA | 90 | 6.5 | 1 | 6.5 | 1 | 15 |
| | | | 67' Offshore Boom | 860' | | | | | | | | | |
| | | | Personnel | 4 | | | | | | | | | |
| | | | Utility Boat | 1 | | | | | | | | | |
| Stress 1 | MSRC 800-OIL-SPIL | Pascagoula, MS | Offshore Skimmer | 1 | 15,840 | | Fourchon, LA | 90 | 6.5 | 1 | 6.5 | 1 | 15 |
| | | | 67' Offshore Boom | 860' | | | | | | | | | |
| | | | Personnel | 4 | | | | | | | | | |
| | | | Utility Boat | 1 | | | | | | | | | |
| WP-1 | MSRC 800-OIL-SPIL | Pascagoula, MS | Offshore Skimmer | 1 | 3,017 | | Fourchon, LA | 90 | 6.5 | 1 | 6.5 | 1 | 15 |
| | | | 67' Offshore Boom | 860' | | | | | | | | | |
| | | | Personnel | 4 | | | | | | | | | |
| | | | Utility Boat | 1 | | | | | | | | | |
| AARDVAC | MSRC 800-OIL-SPIL | Pascagoula, MS | Offshore Skimmer | 1 | 3,840 | | Fourchon, LA | 90 | 6.5 | 1 | 6.5 | 1 | 15 |
| | | | 67' Offshore Boom | 860' | | | | | | | | | |
| | | | Personnel | 4 | | | | | | | | | |
| | | | Utility Boat | 1 | | | | | | | | | |
| SOS System RM-313 | NRC 800-899-4672 | Spanish Fort, AL | Rope Mop/VTU Skimmer | 1 | 8,352 | 124 | Fourchon, LA | 90 | 7 | 1 | 6.5 | 1 | 15.5 |
| | | | 21' Boom | 300' | | | | | | | | | |
| | | | Personnel | 4 | | | | | | | | | |
| | | | Marine Tank | 1 | | | | | | | | | |
| | | | 110' Utility Boat | 1 | | | | | | | | | |
| Seahorse 4 ID Boat | NRC 800-899-4672 | Morgan City, LA | Ord Disk Skimmer | 1 | 1,954 | 100 | Morgan City, LA | 204 | 1 | 0 | 14.5 | 1 | 16.5 |
| | | | 21' Boom | 100' | | | | | | | | | |
| | | | Personnel | 4 | | | | | | | | | |
| | | | 145' Utility Boat | 1 | | | | | | | | | |
| SOS System AW-321 | NRC 800-899-4672 | Beaumont, TX | VTU Weir Skimmer | 1 | 5,857 | 124 | Fourchon, LA | 90 | 8 | 1 | 6.5 | 1 | 16.5 |
| | | | 21' Boom | 100' | | | | | | | | | |
| | | | Personnel | 4 | | | | | | | | | |
| | | | Marine Tank | 1 | | | | | | | | | |
| | | | 110' Utility Boat | 1 | | | | | | | | | |
| GT-185 | MSRC 800-OIL-SPIL | Port Arthur, TX | Offshore Skimmer | 1 | 1,371 | | Fourchon, LA | 90 | 8 | 1 | 6.5 | 1 | 16.5 |
| | | | 67' Offshore Boom | 860' | | | | | | | | | |
| | | | Utility Boat | 1 | | | | | | | | | |
| SOS System WS/AW-359 | NRC 800-899-4672 | LaPorte, TX | Vikoma/VTU Skimmer | 1 | 12,322 | 124 | Fourchon, LA | 90 | 9 | 1 | 6.5 | 1 | 17.5 |
| | | | 21' Boom | 200' | | | | | | | | | |
| | | | Personnel | 4 | | | | | | | | | |
| | | | Marine Tank | 1 | | | | | | | | | |
| | | | 110' Utility Boat | 1 | | | | | | | | | |
| SOS System AW-325 | NRC 800-899-4672 | LaPorte, TX | VTU Weir Skimmer | 1 | 6,857 | 124 | Fourchon, LA | 90 | 9 | 1 | 6.5 | 1 | 17.5 |
| | | | 21' Boom | 200' | | | | | | | | | |
| | | | Personnel | 4 | | | | | | | | | |
| | | | Marine Tank | 1 | | | | | | | | | |
| | | | 110' Utility Boat | 1 | | | | | | | | | |
| SOS System FF/AW-327 | NRC 800-899-4672 | Panama City, FL | Vikoma/VTU Skimmer | 1 | 10,011 | 124 | Fourchon, LA | 90 | 9 | 1 | 6.5 | 1 | 17.5 |
| | | | 21' Boom | 300' | | | | | | | | | |
| | | | Personnel | 4 | | | | | | | | | |
| | | | Marine Tank | 1 | | | | | | | | | |
| | | | 110' Utility Boat | 1 | | | | | | | | | |
| NRC "Energy" ID Boat | NRC 800-899-4672 | Morgan City, LA | Vikoma Sea Skim | 1 | 7,547 | 300 | Morgan City, LA | 204 | 2 | 1 | 14.5 | 1 | 18.5 |
| | | | 21' Boom | 2100' | | | | | | | | | |
| | | | Personnel | 4 | | | | | | | | | |
| | | | Boom Boat | 1 | | | | | | | | | |
| | | | 110' Utility Boat | 1 | | | | | | | | | |
| SOS System FM/AW-329 | NRC 800-899-4672 | Morgan City, LA | Rope Mop/VTU Skimmer | 1 | 8,352 | 124 | Morgan City, LA | 204 | 2 | 1 | 14.5 | 1 | 18.5 |
| | | | 21' Boom | 200' | | | | | | | | | |
| | | | Personnel | 4 | | | | | | | | | |
| | | | Marine Tank | 1 | | | | | | | | | |
| | | | 110' Utility Boat | 1 | | | | | | | | | |

Title of Document:  Regional Oil Spill Response Plan
Authority: Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator: Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GoM SPU
Control Tier:  Tier 2 - GoM Region
Appendix H, Page 37 of 45 Pages
© The Response Group 06/2009



# BP
## Regional Oil Spill Response Plan – Gulf of Mexico

**Appendix H**
Worst Case Discharge

### MC 462 (Exploratory) - Offshore On-Water Recovery Activation List

| Skimming System | Supplier & Phone | Warehouse | Skimming Package | Quantity | Recovery Rate (Barrels/Day) | Storage (Barrels) | Staging Area | Distance to Site from Staging (Miles) | Staging ETA | Loadout Time | ETA to Site | Deployment Time | Total ETA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SOS System FF-358 | NRC 800-899-4672 | Morgan City, LA | Vikoma Skimmer<br>21" Boom<br>Personnel<br>Marine Tank<br>110' Utility Boat | 1<br>200'<br>4<br>1<br>1 | 3,154 | 100 | Morgan City, LA | 204 | 2 | 1 | 14.5 | 1 | 18.5 |
| SOS System RM-358 | NRC 800-899-4672 | Morgan City, LA | Rope Mop Skimmer<br>21" Boom<br>Personnel<br>Marine Tank<br>110' Utility Boat | 1<br>200'<br>4<br>1<br>1 | 1,496 | 100 | Morgan City, LA | 204 | 2 | 1 | 14.5 | 1 | 18.5 |
| FOILEX 250 | MSRC 800-OIL-SPIL | Galveston, TX | Offshore Skimmer<br>67" Offshore Boom<br>Personnel<br>Utility Boat | 1<br>660'<br>4<br>1 | 3,977 | | Fourchon, LA | 90 | 10 | 1 | 6.5 | 1 | 18.5 |
| GT-185 | MSRC 800-OIL-SPIL | Galveston, TX | Offshore Skimmer<br>67" Offshore Boom<br>Personnel<br>Utility Boat | 1<br>660'<br>4<br>1 | 1,371 | | Fourchon, LA | 90 | 10 | 1 | 6.5 | 1 | 18.5 |
| Stress 1 | MSRC 800-OIL-SPIL | Galveston, TX | Offshore Skimmer<br>67" Offshore Boom<br>Personnel<br>Utility Boat | 1<br>660'<br>4<br>1 | 15,840 | | Fourchon, LA | 90 | 10 | 1 | 6.5 | 1 | 18.5 |
| WP-4 | MSRC 800-OIL-SPIL | Galveston, TX | Offshore Skimmer<br>67" Offshore Boom<br>Personnel<br>Utility Boat | 1<br>660'<br>4<br>1 | 3,017 | | Fourchon, LA | 90 | 10 | 1 | 6.5 | 1 | 18.5 |
| GT-260 | AMPOL 800-482-6765 | New Iberia, LA | GT-260 Skimmer<br>36" Expandi Boom<br>Personnel<br>110' Utility Boat<br>Crew Boat | 1<br>720'<br>4<br>1<br>1 | 2,743 | | Intracoastal City, LA | 230 | 2 | 1 | 16.5 | 1 | 20.5 |
| WP-4 | AMPOL 800-482-6765 | New Iberia, LA | Offshore Skimmer<br>36" Expandi Boom<br>Personnel<br>110' Utility Boat<br>Crew Boat | 1<br>720'<br>4<br>1<br>1 | 3,565 | | Intracoastal City, LA | 230 | 2 | 1 | 16.5 | 1 | 20.5 |
| WP-4 | AMPOL 800-482-6765 | New Iberia, LA | Offshore Skimmer<br>36" Expandi Boom<br>Personnel<br>110' Utility Boat<br>Crew Boat | 1<br>720'<br>4<br>1<br>1 | 3,565 | | Intracoastal City, LA | 230 | 2 | 1 | 16.5 | 1 | 20.5 |
| WP-4 | AMPOL 800-482-6765 | New Iberia, LA | Offshore Skimmer<br>36" Expandi Boom<br>Personnel<br>110' Utility Boat<br>Crew Boat | 1<br>720'<br>4<br>1<br>1 | 3,565 | | Intracoastal City, LA | 230 | 2 | 1 | 16.5 | 1 | 20.5 |
| WP-1 | AMPOL 800-482-6765 | New Iberia, LA | Offshore Skimmer<br>36" Expandi Boom<br>Personnel<br>110' Utility Boat<br>Crew Boat | 1<br>720'<br>4<br>1<br>1 | 1,440 | | Intracoastal City, LA | 230 | 2 | 1 | 16.5 | 1 | 20.5 |
| GT-185 | AMPOL 800-482-6765 | New Iberia, LA | Offshore Skimmer<br>36" Expandi Boom<br>Personnel<br>110' Utility Boat<br>Crew Boat | 1<br>720'<br>4<br>1<br>1 | 1,371 | | Intracoastal City, LA | 230 | 2 | 1 | 16.5 | 1 | 20.5 |
| WP-3 | AMPOL 800-482-6765 | New Iberia, LA | Offshore Skimmer<br>36" Expandi Boom<br>Personnel<br>110' Utility Boat<br>Crew Boat | 1<br>720'<br>4<br>1<br>1 | 2,980 | | Intracoastal City, LA | 230 | 2 | 1 | 16.5 | 1 | 20.5 |
| FOILEX 250 | MSRC 800-OIL-SPIL | Ingleside, TX | Offshore Skimmer<br>67" Offshore Boom<br>Personnel<br>Utility Boat | 1<br>660'<br>4<br>1 | 3,977 | | Fourchon, LA | 90 | 13 | 1 | 6.5 | 1 | 21.5 |
| Vikoma 3 Weir | MSRC 800-OIL-SPIL | Ingleside, TX | Offshore Skimmer<br>67" Offshore Boom<br>Personnel<br>Utility Boat | 1<br>660'<br>4<br>1 | 5,657 | | Fourchon, LA | 90 | 13 | 1 | 6.5 | 1 | 21.5 |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2

Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GoM SPU
Control Tier:  Tier 2 - GoM Region
Appendix H, Page 38 of 45 Pages
© The Response Group 06/2009



| | BP | Appendix H |
|---|---|---|
| | Regional Oil Spill Response Plan – Gulf of Mexico | Worst Case Discharge |

## MC 462 (Exploratory) - Offshore On-Water Recovery Activation List

| Skimming System | Supplier & Phone | Warehouse | Skimming Package | Quantity | Recovery Rate (Barrels/Day) | Storage (Barrels) | Staging Area | Distance to Site from Staging (Miles) | Staging ETA | Loadout Time | ETA to Site | Deployment Time | Total ETA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GT-185 | MSRC 800-OIL-SPIL | Ingleside, TX | Offshore Skimmer | 1 | 1,371 | | Fourchon, LA | 90 | 13 | 1 | 6.5 | 1 | 21.5 |
| | | | 67' Offshore Boom | 1320' | | | | | | | | | |
| | | | Personnel | 4 | | | | | | | | | |
| | | | Utility Boat | 1 | | | | | | | | | |
| Stress 1 | MSRC 800-OIL-SPIL | Ingleside, TX | Offshore Skimmer | 1 | 15,840 | | Fourchon, LA | 90 | 13 | 1 | 6.5 | 1 | 21.5 |
| | | | 67' Offshore Boom | 1320' | | | | | | | | | |
| | | | Personnel | 4 | | | | | | | | | |
| | | | Utility Boat | 1 | | | | | | | | | |
| WP-1 | MSRC 800-OIL-SPIL | Ingleside, TX | Offshore Skimmer | 1 | 3,017 | | Fourchon, LA | 90 | 13 | 1 | 6.5 | 1 | 21.5 |
| | | | 67' Offshore Boom | 1320' | | | | | | | | | |
| | | | Personnel | 4 | | | | | | | | | |
| | | | Utility Boat | 1 | | | | | | | | | |
| SOS System RM-313 | NRC 800-899-4672 | Corpus Christi, TX | Rope Mop/VTU Skimmer | 1 | 8,352 | 124 | Fourchon, LA | 90 | 13 | 1 | 6.5 | 1 | 21.5 |
| | | | 21" Boom | 300' | | | | | | | | | |
| | | | Personnel | 4 | | | | | | | | | |
| | | | Marine Tank | 1 | | | | | | | | | |
| | | | 110' Utility Boat | 1 | | | | | | | | | |
| SOS System RM/AW-340 | NRC 800-899-4672 | Corpus Christi, TX | Rope Mop/VTU Skimmer | 1 | 8,352 | 124 | Fourchon, LA | 90 | 13 | 1 | 6.5 | 1 | 21.5 |
| | | | 21" Boom | 200' | | | | | | | | | |
| | | | Personnel | 4 | | | | | | | | | |
| | | | Marine Tank | 1 | | | | | | | | | |
| | | | 110' Utility Boat | 1 | | | | | | | | | |
| Seahorse 6 ID Boat | NRC 800-899-4672 | Cameron, LA | Ord Disk Skimmer | 1 | 1,954 | 100 | Cameron, LA | 283 | 1 | 0 | 20 | 1 | 22 |
| | | | 21" Boom | 100' | | | | | | | | | |
| | | | Personnel | 4 | | | | | | | | | |
| | | | 146' Utility Boat | 1 | | | | | | | | | |
| SOS System AW-338 | NRC 800-899-4672 | Tampa, FL | VTU - Weir Skimmer | 1 | 6,857 | 124 | Fourchon, LA | 90 | 13.5 | 1 | 6.5 | 1 | 22 |
| | | | 21" Boom | 100' | | | | | | | | | |
| | | | Personnel | 4 | | | | | | | | | |
| | | | Marine Tank | 1 | | | | | | | | | |
| | | | 110' Utility Boat | 1 | | | | | | | | | |
| GT-185 | MSRC 800-OIL-SPIL | Tampa, FL | Offshore Skimmer | 1 | 1,371 | | Fourchon, LA | 90 | 13.5 | 1 | 6.5 | 1 | 22 |
| | | | 67' Offshore Boom | 660' | | | | | | | | | |
| | | | Personnel | 4 | | | | | | | | | |
| | | | Utility Boat | 1 | | | | | | | | | |
| Stress 1 | MSRC 800-OIL-SPIL | Tampa, FL | Offshore Skimmer | 1 | 15,840 | | Fourchon, LA | 90 | 13.5 | 1 | 6.5 | 1 | 22 |
| | | | 67' Offshore Boom | 660' | | | | | | | | | |
| | | | Personnel | 4 | | | | | | | | | |
| | | | Utility Boat | 1 | | | | | | | | | |
| WP-1 | MSRC 800-OIL-SPIL | Tampa, FL | Offshore Skimmer | 1 | 3,017 | | Fourchon, LA | 90 | 13.5 | 1 | 6.5 | 1 | 22 |
| | | | 67' Offshore Boom | 660' | | | | | | | | | |
| | | | Personnel | 4 | | | | | | | | | |
| | | | Utility Boat | 1 | | | | | | | | | |
| NRC "DEFENDER" OSRB | NRC 800-899-4672 | Mobile AL | Offshore Skimmer | 1 | 29,485 | 16,500 | Mobile, AL | 159 | 2 | 1 | 17.5 | 1 | 21.5 |
| | | | 43" Boom | 2700' | | | | | | | | | |
| | | | Personnel | 6 | | | | | | | | | |
| | | | 198' Barge | 1 | | | | | | | | | |
| | | | Boom Boat | 1 | | | | | | | | | |
| | | | Offshore Tugs | 2 | | | | | | | | | |
| SOS System FF/AW-362 | NRC 800-899-4672 | Sulphur, LA | Vikoma/VTU Skimmer | 1 | 10,011 | 124 | Cameron, LA | 283 | 2 | 1 | 20 | 1 | 24 |
| | | | 21" Boom | 200' | | | | | | | | | |
| | | | Personnel | 4 | | | | | | | | | |
| | | | Marine Tank | 1 | | | | | | | | | |
| | | | 110' Utility Boat | 1 | | | | | | | | | |
| M/V Responder MOSS Unit GT-185 | AMPOL 800-482-6765 | Cameron, LA | GT-185 Skimmer | 1 | 1,371 | 200 | Cameron, LA | 283 | 2 | 1 | 20 | 1 | 24 |
| | | | 36" Expandi Boom | 720' | | | | | | | | | |
| | | | Personnel | 4 | | | | | | | | | |
| | | | 110' Utility Boat | 1 | | | | | | | | | |
| | | | Crew Boat | 1 | | | | | | | | | |
| SOS System WS/AW-328 | NRC 800-899-4672 | Sulphur, LA | Vikoma/VTU Skimmer | 1 | 12,322 | 124 | Cameron, LA | 283 | 2 | 1 | 20 | 1 | 24 |
| | | | 21" Boom | 200' | | | | | | | | | |
| | | | Personnel | 4 | | | | | | | | | |
| | | | Marine Tank | 1 | | | | | | | | | |
| | | | 110' Utility Boat | 1 | | | | | | | | | |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GoM SPU
Control Tier:  Tier 2 - GoM Region
Appendix H, Page 39 of 45 Pages
© The Response Group 06/2009



| | | **BP** | | | | | | | | **Appendix H** |
| | | Regional Oil Spill Response Plan – Gulf of Mexico | | | | | | | | Worst Case Discharge |

## MC 462 (Exploratory) - Offshore On-Water Recovery Activation List

| Skimming System | Supplier & Phone | Warehouse | Skimming Package | Quantity | Recovery Rate (Barrels/Day) | Storage (Barrels) | Staging Area | Distance to Site from Staging (Miles) | Staging ETA | Loadout Time | ETA to Site | Deployment Time | Total ETA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SOS System AW-302 | NRC 800-899-4672 | Ft. Lauderdale, FL | VTU - Weir Skimmer | 1 | 6,857 | 124 | Fourchon, LA | 90 | 15.5 | 1 | 6.5 | 1 | 24 |
| | | | 21" Boom | 100' | | | | | | | | | |
| | | | Personnel | 4 | | | | | | | | | |
| | | | Marine Tank | 1 | | | | | | | | | |
| | | | 110' Utility Boat | 1 | | | | | | | | | |
| SOS System RM/AW-352 | NRC 800-899-4672 | Ft. Lauderdale, FL | Rope Mop/VTU Skimmer | 1 | 8,352 | 124 | Fourchon, LA | 90 | 15.5 | 1 | 6.5 | 1 | 24 |
| | | | 21" Boom | 300' | | | | | | | | | |
| | | | Personnel | 4 | | | | | | | | | |
| | | | Marine Tank | 1 | | | | | | | | | |
| | | | 110' Utility Boat | 1 | | | | | | | | | |
| Gulf Coast Responder Transrec-350 | MSRC 800-OIL-SPIL | Lake Charles, LA | Transrec Skimmer | 1 | 10,567 | 4,000 | Lake Charles, LA | 320 | 2 | 1 | 23 | 1 | 27 |
| | | | 67" Boom | 1320' | | | | | | | | | |
| | | | 210' Vessel | 1 | | | | | | | | | |
| | | | Personnel | 12 | | | | | | | | | |
| | | | Tow Bladder | 1 | | | | | | | | | |
| NRC "Liberty" ID Boat | NRC 800-899-4672 | Tampa, FL | Ord Mag Skimmer | 1 | 4,752 | 322 | Tampa, FL | 400 | 1 | 0 | 28.5 | 1 | 30.5 |
| | | | 43" Boom | 1000' | | | | | | | | | |
| | | | Personnel | 4 | | | | | | | | | |
| | | | 110' Utility Boat | 1 | | | | | | | | | |
| MSRC "Lightning" | MSRC 800-OIL-SPIL | Tampa, FL | LORI Brush Skimmer | 1 | 5,000 | 50 | Tampa, FL | 400 | 1 | 0 | 28.5 | 1 | 30.5 |
| | | | 67" Boom | 660' | | | | | | | | | |
| | | | Personnel | 4 | | | | | | | | | |
| | | | 47' Fast Response Boat | 1 | | | | | | | | | |
| Texas Responder Transrec-350 | MSRC 800-OIL-SPIL | Galveston, TX | Transrec Skimmer | 1 | 10,567 | 4,000 | Galveston, TX | 366 | 2 | 1 | 26 | 1 | 30 |
| | | | 67" Boom | 1320' | | | | | | | | | |
| | | | 210' Vessel | 1 | | | | | | | | | |
| | | | Personnel | 12 | | | | | | | | | |
| | | | 32' Support Boat | 1 | | | | | | | | | |
| NRC "ADMIRAL" OSRV | NRC 800-899-4672 | Galveston, TX | Offshore Skimmer | 1 | 26,125 | 300 | Galveston, TX | 366 | 2 | 1 | 26 | 1 | 30 |
| | | | 43" Boom | 2700' | | | | | | | | | |
| | | | Personnel | 6 | | | | | | | | | |
| | | | 110' Utility Boat | 1 | | | | | | | | | |
| | | | Crew Boat | 1 | | | | | | | | | |
| MSRC "Quick Strike" | MSRC 800-OIL-SPIL | Ingleside, TX | LORI Brush Skimmer | 1 | 5,000 | 50 | Ingleside, TX | 508 | 2 | 0 | 36.5 | 1 | 39.5 |
| | | | 67" Boom | 660' | | | | | | | | | |
| | | | Personnel | 4 | | | | | | | | | |
| | | | 47' Fast Response Boat | 1 | | | | | | | | | |
| Southern Responder Transrec-350 | MSRC 800-OIL-SPIL | Ingleside, TX | Transrec Skimmer | 1 | 10,567 | 4,000 | Ingleside, TX | 508 | 2 | 1 | 36.5 | 1 | 40.5 |
| | | | 67" Boom | 1320' | | | | | | | | | |
| | | | 210' Vessel | 1 | | | | | | | | | |
| | | | Personnel | 12 | | | | | | | | | |
| | | | Tow Bladder | 1 | | | | | | | | | |
| NRC "VALIANT" OSRB | NRC 800-899-4672 | Corpus Christi, TX | Offshore Skimmer | 1 | 24,000 | 20,892 | Corpus Christi, TX | 533 | 2 | 1 | 59 | 1 | 63 |
| | | | 43" Boom | 2600' | | | | | | | | | |
| | | | Personnel | 6 | | | | | | | | | |
| | | | 199' Barge | 1 | | | | | | | | | |
| | | | Boom Boat | 1 | | | | | | | | | |
| | | | Offshore Tugs | 2 | | | | | | | | | |

| | |
|---|---|
| DERATED RECOVERY RATE (BBLS/DAY) | 491,721 |
| SKIMMING VESSEL STORAGE CAPACITY (BARRELS) | 61,566 |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2

Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GoM SPU
Control Tier:  Tier 2 - GoM Region
Appendix H, Page 40 of 45 Pages
© The Response Group 06/2009



# BP
## Regional Oil Spill Response Plan – Gulf of Mexico

Appendix H
Worst Case
Discharge

### MC 462 (Exploratory) - Offshore On-Water Recovery Storage List

| Skimming System | Supplier & Phone | Warehouse | Skimming Package | Quantity | Recovery Rate (Barrels/Day) | Storage (Barrels) | Staging Area | Distance to Site from Staging (Miles) | Staging ETA | Loadout Time | ETA to Site | Deployment Time | Total ETA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MSRC-452 Offshore Barge | MSRC 800-OIL-SPIL | Fort Jackson, LA | 3000 BBL Bladders | 1 | | 3,000 | Fort Jackson, LA | 69 | 2 | 1 | 7.5 | | 10.5 |
| | | | Offshore Barge | 1 | | 45,000 | | | | | | | |
| | | | Personnel | 4 | | | | | | | | | |
| | | | Offshore Tug | 1 | | | | | | | | | |
| Towable Bladders | MSRC 800-OIL-SPIL | Lake Charles, LA | 500 BBL Bladders | 16 | | 11,000 | Fourchon, LA | 90 | 6.5 | 1 | 10 | | 17.5 |
| | | | 3000 BBL Bladder | 1 | | | | | | | | | |
| MSRC-402 Offshore Barge | MSRC 800-OIL-SPIL | Pascagoula, MS | Offshore Barge | 1 | | 40,300 | Pascagoula, MS | 135 | 2 | 1 | 15 | | 18 |
| | | | Personnel | 4 | | | | | | | | | |
| | | | Offshore Tug | 1 | | | | | | | | | |
| Towable Bladders | MSRC 800-OIL-SPIL | Miami, FL | 500 BBL Bladder | 8 | | 4,000 | Fourchon, LA | 90 | 16 | 1 | 10 | | 27 |
| MSRC-570 Offshore Barge | MSRC 800-OIL-SPIL | Galveston, TX | Offshore Barge | 1 | | 56,900 | Galveston, TX | 366 | 2 | 1 | 40.5 | | 43.5 |
| | | | Personnel | 4 | | | | | | | | | |
| | | | Offshore Tug | 1 | | | | | | | | | |
| MSRC Offshore Tank Barge | MSRC 800-OIL-SPIL | Tampa, FL | 500 BBL Bladders | 2 | | 1,000 | Tampa, FL | 400 | 2 | 1 | 44.5 | | 47.5 |
| | | | Offshore Barge | 1 | | 36,000 | | | | | | | |
| | | | Personnel | 4 | | | | | | | | | |
| | | | Tug - 3000 HP | 1 | | | | | | | | | |
| MSRC-403 Offshore Barge | MSRC 800-OIL-SPIL | Ingleside, TX | Offshore Barge | 1 | | 40,300 | Ingleside, TX | 508 | 2 | 1 | 56.5 | | 59.5 |
| | | | Personnel | 4 | | | | | | | | | |
| | | | Offshore Tug | 1 | | | | | | | | | |

| STORAGE CAPACITY (BARRELS) | 237,500 |
|---|---|
| TOTAL STORAGE CAPACITY (INCLUDING SKIMMING VESSELS) (BARRELS) | 299,066 |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2

Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GoM SPU
Control Tier:  Tier 2 - GoM Region
Appendix H, Page 41 of 45 Pages
© The Response Group 06/2009



Title of Document: Regional Oil Spill Response Plan
Authority: Dan R. Replogle
GoM EMSMgmt Representative
Scope: GoM EMS
Issue Date: 12/01/00
Revision Date: 06/30/09
Next Review Date: 06/30/11



## BP
### Regional Oil Spill Response Plan – Gulf of Mexico

**Appendix H**
Worst Case
Discharge

### MC 462 (Exploratory) - Offshore Aerial Dispersant Activation List

| Aerial Dispersant System | Supplier & Phone | Warehouse | Aerial Dispersant Package | Quantity | Staging Area | Distance to Site from Staging (Miles) | Staging ETA | Loadout Time | ETA to Site | Deployment Time | Total ETA |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DC-3 Aircraft Air Speed - 150 MPH | Airborne Support 985-851-6391 | Houma, LA | DC-4 Dispersant Aircraft | 1 | Houma, LA | 130 | 2 | 0.5 | 0.75 | 0.3 | 3.55 |
| | | | Dispersant - Gallons | 2000 | | | | | | | |
| | | | Spotter Aircraft | 1 | | | | | | | |
| | | | Spotter Personnel | 2 | | | | | | | |
| | | | Crew - Pilots | 2 | | | | | | | |
| DC-3 Aircraft Air Speed - 150 MPH | Airborne Support 985-851-6391 | Houma, LA | DC-3 Dispersant Aircraft | 1 | Houma, LA | 130 | 2 | 0.4 | 0.75 | 0.2 | 3.35 |
| | | | Dispersant - Gallons | 1200 | | | | | | | |
| | | | Spotter Aircraft | 1 | | | | | | | |
| | | | Spotter Personnel | 2 | | | | | | | |
| | | | Crew - Pilots | 2 | | | | | | | |
| BE-90 King Air Aircraft Air Speed - 213 MPH | MSRC 800-OIL-SPIL | Bay St. Louis, MS | BE-90 Dispersant Aircraft | 1 | Stennis INTL., MS **1st Flight** | 133 | 4.00 | 0.20 | 0.65 | 0.20 | 5.05 |
| | | | Dispersant - Gallons | 230-425 | | | | | | | |
| | | | Spotter Aircraft | 1 | | | | | | | |
| | | | Spotter Personnel | 2 | Stennis INTL., MS **2nd Flight** | 133 | 0.65 | 0.20 | 0.65 | 0.20 | 1.70 |
| | | | Crew - Pilots | 2 | | | | | | | |
| C130-A Aircraft Air Speed - 342 MPH | MSRC 800-OIL-SPIL | Coolidge, AZ | C130-A Dispersant Aircraft | 1 | Ellington Field, TX **1st Flight** | 387 | 8 | 0.3 | 1.15 | 0.5 | 10.00 |
| | | | Dispersant - Gallons | 3250 | | | | | | | |
| | | | Spotter Aircraft | 1 | | | | | | | |
| | | | Spotter Personnel | 2 | Stennis INTL., MS **2nd Flight** | 133 | 0.40 | 0.3 | 0.40 | 0.5 | 1.65 |
| | | | Crew - Pilots | 2 | | | | | | | |
| ADDS PACK Air Speed - 330 MPH | Clean Carribean 985-851-6391 | Pt. Everglades, FL | USCG C-130 Aircraft | 1 | Clearwater, FL | 375 | 24-48 | 1 | 1.14 | 0.5 | 26.65 to 50.65 |
| | | | ADDS PACK | 1 | | | | | | | |
| | | | Dispersant - Gallons | 5000 | | | | | | | |
| | | | Spotter Aircraft | 1 | | | | | | | |
| | | | Spotter Personnel | 2 | | | | | | | |
| | | | Crew - Pilots | 2 | | | | | | | |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GoM SPU
Control Tier:  Tier 2 - GoM Region
Appendix H, Page 43 of 45 Pages
© The Response Group 06/2009



**BP**
Regional Oil Spill Response Plan – Gulf of Mexico

Appendix H
Worst Case
Discharge

## MC 462 (Exploratory) - Offshore Boat Spray Dispersant Activation List

| Boat Spray Dispersant System | Supplier & Phone | Warehouse | Boat Spray Dispersant Package | Quantity | Staging Area | Distance to Site from Staging (Miles) | Staging ETA | Loadout Time | ETA to Site | Deployment Time | Total ETA |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Louisiana Responder Transrec-350 | MSRC 800-OIL-SPIL | Fort Jackson, LA | Dispersant Spray System / Dispersant (Gallons) / 210' Vessel / Personnel / 32' Support Boat | 1 / 880 / 1 / 12 / 1 | Fort Jackson, LA | 69 | 2 | 1 | 5 | 1 | 9 |
| M/V Recovery | AMPOL 800-482-6765 | Fourchon, LA | Dispersant Spray System / Dispersant (Gallons) / Personnel / 110' Utility Boat / Crew Boat | 1 / 500 / 4 / 1 / 1 | Fourchon, LA | 90 | 1 | 1 | 6.5 | 1 | 9.5 |
| USCG SMART Team | USCG | Mobile, AL | Personnel / Crew Boat | 4 / 1 | Fourchon, LA | 90 | 3 | 1 | 6.5 | 1 | 11.5 |
| Mississippi Responder Transrec-350 | MSRC 800-OIL-SPIL | Pascagoula, MS | Dispersant Spray System / Dispersant (Gallons) / 210' Vessel / Personnel / 32' Support Boat | 1 / 880 / 1 / 12 / 1 | Pascagoula, MS | 135 | 2 | 1 | 9.5 | 1 | 13.5 |
| Vessel Based Dispersant Spray System | NRC 800-899-4672 | Morgan City, LA | Dispersant Spray System / Dispersant (Gallons) / Personnel / Crew Boat | 1 / 500 / 4 / 1 | Morgan City, LA | 204 | 1 | 1 | 14.5 | 1 | 17.5 |
| M/V Responder | AMPOL 800-482-6765 | Cameron, LA | Dispersant Spray System / Dispersant (Gallons) / Personnel / 110' Utility Boat / Crew Boat | 1 / 500 / 4 / 1 / 1 | Cameron, LA | 283 | 1 | 1 | 20 | 1 | 23 |
| Gulf Coast Responder Transrec-350 | MSRC 800-OIL-SPIL | Lake Charles, LA | Dispersant Spray System / Dispersant (Gallons) / 210' Vessel / Personnel / Tow Bladder | 1 / 880 / 1 / 12 / 1 | Lake Charles, LA | 320 | 2 | 1 | 23 | 1 | 27 |
| Texas Responder Transrec-350 | MSRC 800-OIL-SPIL | Galveston, TX | Dispersant Spray System / Dispersant (Gallons) / 210' Vessel / Personnel / 32' Support Boat | 1 / 880 / 1 / 12 / 1 | Galveston, TX | 366 | 2 | 1 | 26 | 1 | 30 |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GoM SPU
Control Tier:  Tier 2 - GoM Region
Appendix H, Page 44 of 45 Pages
© The Response Group 06/2009



| | **BP** | **Appendix H** |
|---|---|---|
| | Regional Oil Spill Response Plan – Gulf of Mexico | Worst Case Discharge |

### Dispersant Stockpiles by Location (Updated 03/2009)

| Supplier & Phone | Location of Dispersants | Type | Quantity in Gallons |
|---|---|---|---|
| Airborne Support, Inc. (ASI) 985-851-6391 | Houma, LA | Corexit 9527 | 3,355 |
| MSRC (800) OIL-SPIL | Slaughter Beach, DE - DBRC Site | Corexit 9527 | 330 |
| | Chesapeake City, MD - MSRC Site | Corexit 9527 | 9,130 |
| | Portland, ME - OSRV | Corexit 9527 | 330 |
| | Perth Amboy, NJ - OSRV | Corexit 9527 | 330 |
| | Chesapeake City, MD - OSRV | Corexit 9527 | 330 |
| | Virginia Beach, VA - OSRV | Corexit 9527 | 330 |
| | San Juan, PR - MSRC Site | Corexit 9527 | 900 |
| | Kiln, MS - Stennis Airport | Corexit 9527 | 22,260 |
| | Kiln, MS - Stennis Airport | Corexit 9500 | 3,960 |
| | Miami, FL - OSRV | Corexit 9527 | 800 |
| | Pascagoula, MS - OSRV | Corexit 9527 | 800 |
| | Fort Jackson, LA - OSRV | Corexit 9527 | 800 |
| | Lake Charles, LA - OSRV | Corexit 9527 | 800 |
| | Galveston, TX - OSRV | Corexit 9527 | 800 |
| | Corpus Christi - OSRV | Corexit 9527 | 330 |
| | Galveston, TX - MSRC Site | Corexit 9500 | 18,980 |
| | Coolidge, AZ - Coolide Airport | Corexit 9527 | 3,300 |
| | Long Beach, CA - Tesoro Terminal | Corexit 9500 | 10,890 |
| | Terminal Island, CA - OSRV | Corexit 9527 | 600 |
| | Richmond, CA - MSRC Warehouse | Corexit 9527 | 11,500 |
| | Richmond, CA - OSRV | Corexit 9527 | 605 |
| | Everett, WA - Everett Warehouse | Corexit 9527 | 6,495 |
| | Ferndale, WA - CP Refinery | Corexit 9527 | 6,430 |
| | Port Angeles, WA - OSRV | Corexit 9527 | 605 |
| | Astoria, OR - OSRV | Corexit 9527 | 605 |
| | Honolulu, HI - OSRV | Corexit 9527 | 605 |
| NRC National Response Corp. John Hielscher 631-224-9141 ext. 142 | Morgan City, LA | COREXIT 9527 | 1,320 |
| | Morgan City, LA | SPC 1000 | 220 |
| | Morgan City, LA | BIO Disperse | 1,045 |
| | Toa Baja, PR | COREXIT 9527 | 5,005 |
| | St. Croix, VI | COREXT 9527 | 1,650 |
| ONDEO Nalco | Sugarland, TX | Corexit 9500 | 11,000 |
| Clean Caribbean & Americas | Ft. Lauderdale, FL | Corexit 9500 | 30,360 |
| OSR / EARL +44 (0)20 7724 0102 | Southhampton, UK | Corexit 9500 | 5,283 |
| | Bahrain, MENAS Base | Corexit 9500 (1 week activation) | 3,963 |
| | Singapore, SG | Corexit 9500 (1 week activation) | 8,440 |
| | **TOTAL QUANTITY (GALLONS)** | | **174,486** |

Title of Document:  Regional Oil Spill Response Plan
Authority:  Dan R. Replogle,
GoM EMS Mgmt Representative
Scope:  GoM EMS
Issue Date:  12/01/00
Revision Date:  06/30/09
Next Review Date:  06/30/11

UPS-US-SW-GOM-HSE-DOC-00177-2
Custodian:  Earnest Bush,
Environmental Coordinator
Document Administrator:  Kristy McNease,
GoM HSSE Document Mgmt Administrator
Issuing Dept.:  GoM SPU
Control Tier:  Tier 2 - GoM Region
Appendix H, Page 45 of 45 Pages
© The Response Group 06/2009