

## Alabama Gulf Response

Contact Us  |  RestoreTheGulf.gov  |  BP.com  |  Home

Search:

- Home
- Community Info
- News
- Alabama Activity
- Gulf Seafood
- Tourism
- Partners
- Maintenance and Monitoring
- Claims
- Contact us

You are here: Home ▶ Alabama News ▶ Vessels of Opportunity

# Vessels of Opportunity

## Guardians of the Gulf

Vessels of Opportunity (VOOs) are the backbone of the nation's ocean-going response to the Deepwater Horizon oil spill.  The majority of vessels in this fleet of privately owned water craft -- currently numbering more than 2,000 -- perform critical functions such as boom deployment and tending, skimming oil, gathering tar balls, assisting in the capture of oiled wildlife, delivering cargo and providing surveillance.



The VOO program is designed to provide cash flow to local fisherman and other boat operators whose earning capacity has been diminished or eliminated during the oil spill.  Like most people living in the Gulf of Mexico region, they also want an opportunity to help protect their environment.  Mark Howard, a VOO operator in Mississippi, has a 25-foot center console, open fisherman boat that he used to fish for Amberjack, Red Snapper and other species before the spill.  "I'm a member of a conservation organization, and I probably would have done this for nothing, but it's nice to recover some of my income," he says.

Before boat owners are called to duty, they all must take safety training, and advanced spill response training is given to many vessel operators. Since early May, the Mobile, Alabama Incident Command Post for the Deepwater Horizon oil spill has expanded its VOO trainers from four to approximately 20, and more than 7,700 vessel operators are currently in training to meet the demand.

Getting the right resources to the right locations quickly is critical for the VOO program to be effective.  Some VOOs are equipped with a Global Positioning System (GPS), and their locations are tracked in real time.  When oil is spotted, the GPS capability assists in dispatching additional vessels if needed to help recover the oil.

While VOOs range from skiffs to commercial fishing boats, the program currently has a need for boats larger than 50 feet in length to tackle the bigger jobs off-shore.  One VOO recently collected enough oil solids to make a large tar ball weighing more than one ton.

Mark Howard now runs a team of eight boats that patrol the waters of Mississippi.  "We start each day with the 7 a.m. safety meeting and then head out," he says.  "Yesterday we ran state line to state line looking for underwater oil."

When asked about the future, he says, "There's no doubt that we're making a difference.  I'm here for the long haul."

For more information on the VOO fleet or information on how to volunteer a vessel, please visit: http://www.deepwaterhorizonresponse.com

 Share

### Follow Us

- Follow BP on Twitter
- BP America Facebook
- BP on YouTube
- BP on Flickr

### Resources

**Environment & Community** - To report oil on the beach, shoreline or other environment or community impacts, please contact the National Response Center at 1-800-424-8802    or 202-267-2675    or online at

### Links

- RestoreTheGulf.gov
- Site Index
- Legal Notice
- Privacy Statement

BP.com

www.nrc.uscg.mil

**Wildlife -**     866-557-1401

**Information and assistance -**
281-366-5511

Download Plug-Ins

© 2010 BP p.l.c.