## Off-Hire Deactivation Check Sheet

Vessel Name: __My Angel II__   USCG Documentation #: __1060187__ or
State Registration #: _____   Vessel Length: __19__ FT.   Homeport: __Biloxi, MS__
Circle One – Recreational or (Commercial Boater/Fisherman) – If Commercial, please provide License type and Number __Shrimp & Fish__   VoO Contract Number __MOB 58046__

Please confirm decontamination procedure was completed: (YES) or NO (circle one)

Please provide the following information:
1. On hire Date: __5-31-10__
2. Off hire Date including time: __7-19-10__
3. Amount of Days Activated: __49 Days__

Did you incur any damages to your vessel during the activation period: YES or (NO) (circle one)
If yes, please provide details _____

Did you or anyone in your crew incur any personal injury during activation: YES or (NO) (circle one)
If yes please provide details _____

Has all equipment provided to you for your VoO mission been returned to BP? YES or (NO) (circle one)
Please provide the date of return and name of person who accepted it: _____

Contact Information:
Vessel Owner __Hoi Nguyen__
Captain __Hoi Nguyen__
Crew member(s) 1. __Tam Nguyen__
             2. __Duc Nguyen__

Would you be willing to participate in the VESSEL OF OPPORTUNITY program again: YES or NO (circle one)

Date: __7-18-10__ Owner/Captain __Hoi Nguyen__ Signature: __X Tony__
Date: __7-18-10__ Inspector: __Harvey Schindler__ Signature: __HS__

Confidential

BP-HZN-2179VOO00002389