09/20/2010 14:09 FAX 2283920208     PDQ PRINTING                    ☒002/011

mob #58046

# INVOICE

**Company / Owner (Person to be paid):** My Angel II
**Address:** 15317 Lisa Dr.
**City, State, Zip Code:** Biloxi, MS 39532
**Phone Number:** (228) 323-3549

**INVOICE #** MA 101
**TODAY'S DATE** July 5, 2010

**TO:**
BP Vessels of Opportunity
c/o Danos & Curole Staffing, LLC
PO Box 1460
Larose, LA 70373

**FOR:**
Vessels of Opportunity
**Vessel Name:** My Angel II
**Vessel License #:** 1060183
**BP Contract #:** 58046

| TIME PERIOD WORKED – (Cannot be a future date) | | | | |
|---|---|---|---|---|
| **Beginning Date:** May 31 - 2010 | | | | |
| **Ending Date:** June 13 - 2010 | | | | |
| WORK LOCATION - Where did you work out of: ie...Venice, Mobile, etc. | | | | |

| DESCRIPTION | QUANTITY | DAYS | RATE | AMOUNT |
|---|---|---|---|---|
| **Vessel Services:** | | | | |
| 79' waterline 94' overall length — Vessel > 65' | N/A | 14 | $3,000 / day | $42,000 |
| Vessel >45' - 65' | N/A | | $2,000 / day | |
| Vessel 30' - 45' | N/A | | $1,500 / day | |
| Vessel < 30' | N/A | | $1,200 / day | |
| **Initial Fuel Costs:** | | | | |
| Crew Member Rates | | | $200/8hr day | |
| Crew Member Rates | 4 | 14 | $300/12hr day | $16,800 |
| **Crew Member Training** | | | | |
| Training Location: Biloxi Mississippi | | | | |
| Training Class Name: MGCC | | | | |
| Crew Members: H. Nguyen | 3 | 1 | $200/8hr day | $600 |
| Tran Van Nam | | | | |
| Duc Ngoc Nguyen | | | | |
| Nguyen Tam Thanh | | | | |
| **Specialized Equipment:** | | | | |
| food / groceries | | 14 | | |
| | | | **TOTAL $** | $59,400 |

Once completed
Email invoices to: voo@danos.com
Fax invoices to: 985-693-4698
Mail invoices to: Danos & Curole Staffing, 13083 Hwy 308, Larose, LA 70373

Confidential

BP-HZN-2179VOO00000082

09/20/2010 14:10 FAX  2283920209      PDQ PRINTING                              ☒003/011

mob # 58046

# INVOICE

**Company / Owner (Person to be paid):** My Angel II
**Address:** 15217 Lisa DR
**City, State, Zip Code:** Biloxi, MS 39532
**Phone Number:** (228) 323-3549

**INVOICE** ma 102
**TODAY'S DATE** 7-10-10

**TO:**
BP Vessels of Opportunity
c/o Danos & Curole Staffing, LLC
PO Box 1460
Larose, LA 70373

**FOR:**
Vessels of Opportunity
**Vessel Name:** My Angel II
**Vessel License #:** 1060187
**BP Contract #:** 58046

**TIME PERIOD WORKED** – (Cannot be a future date)
**Beginning Date:** June 14, 2010
**Ending Date:** June 27, 2010

**WORK LOCATION** – Where did you work out of: i.e. Venice, Mobile, etc.

| DESCRIPTION | QUANTITY | DAYS | RATE | AMOUNT |
|---|---|---|---|---|
| **Vessel Services:** | | | | |
| 29' waterline 94' total length — Vessel > 65' | N/A | 14 | $3,000 / day | $42,000 |
| Vessel >45' - 65' | N/A | | $2,000 / day | |
| Vessel 30' - 45' | N/A | | $1,500 / day | |
| Vessel < 30' | N/A | | $1,200 / day | |
| **Initial Fuel Costs:** | | | | |
| Crew Member Rates | | | $200/8hr day | |
| Crew Member Rates | 4 | 14 | $300/12hr day | $16,800 |
| **Crew Member Training** | | | | |
| Training Location: Biloxi, MS | | | | |
| Training Class Name: MGCC | | | | |
| Crew Members: Ho Nguyen | | | $200/8hr day | |
| Tran Van Nam | | | | |
| Duc Ngoc Nguyen | | | | |
| Nguyen Tam Thanh | | | | |
| **Specialized Equipment:** | | | | |
| Food/groceries | | 14 | | |
| | | | **TOTAL $** | $58,800 |

Once completed
Email Invoices to: voo@danos.com
Fax Invoices to: 985-693-4698
Mail invoices to: Danos & Curole Staffing, 13083 Hwy 308, Larose, LA 70373

Confidential                                                                    BP-HZN-2179VOO00000083

mob #58046

# INVOICE

Company / Owner (Person to be paid): MY AnGel II
Address: 15217 Lisa DR
City, State, Zip Code: Biloxi MS 39532
Phone Number: (228) 323-3549
              424-8901

TO:
BP Vessels of Opportunity
c/o Danos & Curole Staffing, LLC
PO Box 1460
Larose, LA 70373

INVOICE # MA 103
TODAY'S DATE _____

FOR:
Vessels of Opportunity
Vessel Name: MY AnGel II
Vessel License #: 1060187
BP Contract #: 58046

| TIME PERIOD WORKED – (Cannot be a future date) | | | | |
|---|---|---|---|---|
| Beginning Date: June 28-2010 | | | | |
| Ending Date: July 11-2010 | | | | |
| WORK LOCATION – Where did you work out of ie...Venice, Mobile, etc. | | | | |

| DESCRIPTION | QUANTITY | DAYS | RATE | AMOUNT |
|---|---|---|---|---|
| **Vessel Services:** | | | | |
| 79' Water line 94" Total length — Vessel > 65' | N/A | 14 | $3,000 / day | $42,000 |
| Vessel >45' - 65' | N/A | | $2,000 / day | |
| Vessel 30' - 45' | N/A | | $1,500 / day | |
| Vessel < 30' | N/A | | $1,200 / day | |
| **Initial Fuel Costs:** | | | | |
| Crew Member Rates | 4 | 9 | $200/8hr day | $7,200 |
| Crew Member Rates | 4 | 5 | $300/12hr day | $6,000 |
| **Crew Member Training** | | | | |
| Training Location: Biloxi MS | | | | |
| Training Class Name: MGCC | | | | |
| Crew Members: Hoi NGuyen | | | $200/8hr day | |
| Tran van Nam | | | | |
| Duc NGoc NGuyen | | | | |
| NGuyen Tam thanh | | | | |
| **Specialized Equipment:** | | | | |
| | | | | |
| Food / groceries | | 14 | | |
| | | | **TOTAL $** | $55,200 |

Once completed
Email invoices to: voo@danos.com
Fax Invoices to: 985-693-4698
Mail invoices to: Danos & Curole Staffing, 13083 Hwy 308, Larose, LA 70373

Confidential                                                                BP-HZN-2179VOO00000084

# INVOICE

**Company / Owner (Person to be paid):** My Angel II
**Address:** 15217 Lisa DR
**City, State, Zip Code:** Biloxi MS 39532
**Phone Number:** (228) 323-3549 / 228-424-8901

**TO:**
BP Vessels of Opportunity
c/o Danos & Curole Staffing, LLC
PO Box 1460
Larose, LA 70373

**INVOICE #** MA 104
**TODAY'S DATE** 7/22/10

**FOR:** Vessels of Opportunity
**Vessel Name:** My Angel II
**Vessel License #:** 1060187
**BP Contract #:** 58046

**TIME PERIOD WORKED – (Cannot be a future date)**
Beginning Date: July 12-10
Ending Date: July 19-10

**WORK LOCATION** – Where did you work out of: ie...Venice, Mobile, etc.

| DESCRIPTION | QUANTITY | DAYS | RATE | AMOUNT |
|---|---|---|---|---|
| **Vessel Services:** | | | | |
| 79 Waterlien 94' Total Length  Vessel > 65' | N/A | 8 | $3,000 / day | $24,000 |
| Vessel >45' - 65' | N/A | | $2,000 / day | |
| Vessel 30' - 45' | N/A | | $1,500 / day | |
| Vessel < 30' | N/A | | $1,200 / day | |
| **Initial Fuel Costs:** | | | | |
| Crew Member Rates | 4 | 3 | $200/8hr day | $2,400 |
| Crew Member Rates | 4 | 5 | $300/12hr day | $6,000 |
| **Crew Member Training** | | | | |
| Training Location: Biloxi MS | | | | |
| Training Class Name: MGCC | | | | |
| Crew Members: Hoi Nguyen | 1 | 1 | $200/8hr day | $200 |
| Tran V Nam | | | | |
| Duc Ngoc Nguyen | 2 | 3 | $300/4ohr day | $1,800 |
| Nguyen Tam Thanh | | | | |
| **Specialized Equipment:** | | | oil | $550 |
| Food / Groceries | | | | |
| | | | **TOTAL $** | $34,950 |

Once completed
Email invoices to: voo@danos.com
Fax invoices to: 985-693-4698
Mail invoices to: Danos & Curole Staffing, 13083 Hwy 308, Larose, LA 70373

mob # 58046

# INVOICE

Company / Owner (Person to be paid): My Angel II
Address: 15217 Lisa DR
City, State, Zip Code: Biloxi, MS 39532
Phone Number: (228) 323-3549

TO:
BP Vessels of Opportunity
c/o Danos & Curole Staffing, LLC
PO Box 1460
Larose, LA 70373

INVOICE #: ma 105
TODAY'S DATE: AUG 17

FOR:
Vessels of Opportunity
Vessel Name: My Angel II
Vessel License #: 1060187
BP Contract #: 58046

**TIME PERIOD WORKED** - (Cannot be a future date)

Beginning Date: JULY 20-10
Ending Date: AUG 2-10

WORK LOCATION - Where did you work out of: Ie...Venice, Mobile, etc.
ST BY BILOXI

| DESCRIPTION | QUANTITY | DAYS | RATE | AMOUNT |
|---|---|---|---|---|
| **Vessel Services:** | | | | |
| 79 Waterline 94' total Length — Vessel > 65' | N/A | 14 | $3,000 / day | $42,000 |
| Vessel >45' - 65' | N/A | | $2,000 / day | |
| Vessel 30' - 45' | N/A | | $1,500 / day | |
| Vessel < 30' | N/A | | $1,200 / day | |
| **Initial Fuel Costs:** | | | | |
| Crew Member Rates | 4 | 14 | $200/8hr day | $11,200 |
| Crew Member Rates | | | $300/12hr day | |
| **Crew Member Training** | | | | |
| Training Location: Biloxi Mississippi | | | | |
| Training Class Name: MGCC | | | | |
| Crew Members: Hoi Nguyen | | | $200/8hr day | |
| Duc Nguyen | | | | |
| Nhiem Vo | | | | |
| Ha Nguyen | | | | |
| **Specialized Equipment:** | | | | |
| | | | | |
| | | | | |
| | | | **TOTAL $** | $53,200 |

Once completed
Email invoices to: voo@danos.com
Fax invoices to: 985-693-4698
Mail invoices to: Danos & Curole Staffing, 13083 Hwy 308, Larose, LA 70373

Confidential                                          BP-HZN-2179VOO00000086

mob # 58046

# INVOICE

**Company / Owner (Person to be paid):** My Angel II
**Address:** 15217 Lisa DR
**City, State, Zip Code:** Biloxi, MS 39532
**Phone Number:** (228)-323-3549

**INVOICE #** ma 106
**TODAY'S DATE** AUG 17

**TO:**
BP Vessels of Opportunity
c/o Danos & Curole Staffing, LLC
PO Box 1460
Larose, LA 70373

**FOR:**
Vessels of Opportunity
**Vessel Name:** My Angel II
**Vessel License #:** 1060187
**BP Contract #:** 58046

| TIME PERIOD WORKED – (Cannot be a future date) | | | | |
|---|---|---|---|---|
| **Beginning Date:** AUG 3-10 | | | | |
| **Ending Date:** AUG 16-10 | | | | |
| WORK LOCATION – Where did you work out of: ie...Venice, Mobile, etc. | | | | |
| ST BY BILOXI | | | | |

| DESCRIPTION | QUANTITY | DAYS | RATE | AMOUNT |
|---|---|---|---|---|
| **Vessel Services:** | | | | |
| 79' Waterline 94' total length  Vessel > 65' | N/A | 14 | $3,000 / day | $42,000 |
| Vessel >45' – 65' | N/A | | $2,000 / day | |
| Vessel 30' – 45' | N/A | | $1,500 / day | |
| Vessel < 30' | N/A | | $1,200 / day | |
| **Initial Fuel Costs:** | | | | |
| Crew Member Rates | 4 | 14 | $200/8hr day | $11,200 |
| Crew Member Rates | | | $300/12hr day | |
| **Crew Member Training** | | | | |
| Training Location: Biloxi Mississippi | | | | |
| Training Class Name: MGCC | | | | |
| Crew Members: Hoi Nguyen | | | $200/8hr day | |
| Duc Nguyen | | | | |
| Nhiem Vo | | | | |
| Ha Nguyen | | | | |
| **Specialized Equipment:** | | | | |
| | | | | |
| | | | | |
| | | | **TOTAL $** | $53,200 |

Once completed
Email invoices to: voo@danos.com
Fax invoices to: 985-693-4698
Mail invoices to: Danos & Curole Staffing, 13083 Hwy 308, Larose, LA 70373

Confidential

BP-HZN-2179VOO00000087

09/20/2010 14:13 FAX 2283920209     PDQ PRINTING     @008/011

MOB # 58046

# INVOICE

Company / Owner (Person to be paid): MY AnGeL II
Address: 15217 Lisa DR
City, State, Zip Code: Biloxi MS 39532
Phone Number: (228) 323-3549

INVOICE #: MA 107
TODAY'S DATE: AUG 17

TO:
BP Vessels of Opportunity
c/o Danos & Curole Staffing, LLC
PO Box 1460
Larose, LA 70373

FOR:
Vessels of Opportunity
Vessel Name: MY ANGeL II
Vessel License #: 1060187
BP Contract #: 58046

**TIME PERIOD WORKED** - (Cannot be a future date)

Beginning Date: AUG 17 - 10
Ending Date: AUG 30 - 10

**WORK LOCATION** - Where did you work out of: ie...Venice, Mobile, etc.

ST BY Biloxi

| DESCRIPTION | | QUANTITY | DAYS | RATE | AMOUNT |
|---|---|---|---|---|---|
| Vessel Services: | | | | | |
| 79' Water Line 94' OveRall Lenght | Vessel >65' | N/A | 14 | $3,000 / day | $42,000 |
| | Vessel >45' - 65' | N/A | | $2,000 / day | |
| | Vessel 30' - 45' | N/A | | $1,500 / day | |
| | Vessel < 30' | N/A | | $1,200 / day | |
| Initial Fuel Costs: | | | | | |
| Crew Member Rates | | 4 | 14 | $200/8hr day | 11,200 |
| Crew Member Rates | | | | $300/12hr day | |
| Crew Member Training | | | | | |
| Training Location: Biloxi mississippi | | | | | |
| Training Class Name: MGCC | | | | | |
| Crew Members: Hon Nguyen | | | | $200/8hr day | |
| Duc Nguyen | | | | | |
| nhiem VO | | | | | |
| Ha Nguyen | | | | | |
| Specialized Equipment: | | | | | |
| | | | | | |
| | | | | | |
| | | | | TOTAL $ | $53,200 |

Once completed
Email invoices to: voo@danos.com
Fax invoices to: 985-693-4698
Mail invoices to: Danos & Curole Staffing, 13083 Hwy 308, Larose, LA 70373

Confidential

BP-HZN-2179VOO00000088

MOB # 58046

# INVOICE

Company / Owner (Person to be paid): MY ANGEL II
Address: 15217 LISA DR
City, State, Zip Code: BILOXI MS 39532
Phone Number: (228) 323-3549

INVOICE #: MA108
TODAY'S DATE: AUG 17

TO:
BP Vessels of Opportunity
c/o Danos & Curole Staffing, LLC
PO Box 1460
Larose, LA 70373

FOR:
Vessels of Opportunity
Vessel Name: MY ANGEL II
Vessel License #: 1060187
BP Contract #: 58046

| TIME PERIOD WORKED - (Cannot be a future date) | | | | | |
|---|---|---|---|---|---|
| Beginning Date: AUG 31-10 | | | | | |
| Ending Date: SEP 13-10 | | | | | |
| WORK LOCATION - Where did you work out of: Ie...Venice, Mobile, etc. | | | | | |
| ST BY BILOXI | | | | | |
| DESCRIPTION | | QUANTITY | DAYS | RATE | AMOUNT |
| Vessel Services: | | | | | |
| 79' Waterline 94' Overall Lenght | Vessel >65' | N/A | 14 | $3,000 / day | $42,000 |
| | Vessel >45' - 65' | N/A | | $2,000 / day | |
| | Vessel 30' - 45' | N/A | | $1,500 / day | |
| | Vessel < 30' | N/A | | $1,200 / day | |
| Initial Fuel Costs: | | | | | |
| Crew Member Rates | | 4 | 14 | $200/8hr day | 11,200 |
| Crew Member Rates | | | | $300/12hr day | |
| Crew Member Training | | | | | |
| Training Location: Biloxi Mississippi | | | | | |
| Training Class Name: MGCC | | | | | |
| Crew Members: Hoi Nguyen | | | | $200/8hr day | |
| Duc Nguyen | | | | | |
| Nhiem Vo | | | | | |
| Ha Nguyen | | | | | |
| Specialized Equipment: | | | | | |
| | | | | | |
| | | | | | |
| | | | | TOTAL $ | $53,200 |

Once completed
Email invoices to: voo@danos.com
Fax invoices to: 985-693-4698
Mail invoices to: Danos & Curole Staffing, 13083 Hwy 308, Larose, LA 70373

Confidential                                            BP-HZN-2179VOO00000089

# INVOICE

**Company / Owner (Person to be paid):** MY ANGEL II
**Address:** 15217 LISA DR
**City, State, Zip Code:** BILOXI MS 39532
**Phone Number:** (228) 323-3549

**INVOICE #:** MA 109
**TODAY'S DATE:** AUG 17

**TO:**
BP Vessels of Opportunity
c/o Danos & Curole Staffing, LLC
PO Box 1460
Larose, LA 70373

**FOR:**
Vessels of Opportunity
**Vessel Name:** MY ANGEL II
**Vessel License #:** 1060187
**BP Contract #:** 58046

| TIME PERIOD WORKED - (Cannot be a future date) | |
|---|---|
| **Beginning Date:** | SEP 14 – 10 |
| **Ending Date:** | SEP 16 – 10 |
| **WORK LOCATION** - Where did you work out of: ie...Venice, Mobile, etc. | |

| DESCRIPTION | QUANTITY | DAYS | RATE | AMOUNT |
|---|---|---|---|---|
| **Vessel Services:** | | | | |
| 79' Waterline 94' Overall Length   Vessel ≥ 65' | N/A | 3 | $3,000 / day | $9,000 |
| Vessel >45' - 65' | N/A | | $2,000 / day | |
| Vessel 30' - 45' | N/A | | $1,500 / day | |
| Vessel < 30' | N/A | | $1,200 / day | |
| **Initial Fuel Costs:** | | | | |
| Crew Member Rates | 4 | 3 | $200/8hr day | 2,400 |
| Crew Member Rates | | | $300/12hr day | |
| **Crew Member Training** | | | | |
| Training Location: Biloxi Mississippi | | | | |
| Training Class Name: MGCC | | | | |
| Crew Members: Hoi Nguyen | | | $200/8hr day | |
| Duc Nguyen | | | | |
| Nhiem Vo | | | | |
| Ha Nguyen | | | | |
| **Specialized Equipment:** | | | | |
| | | | | |
| | | | **TOTAL $** | $11,400 |

Once completed
Email invoices to: voo@danos.com
Fax invoices to: 985-693-4698
Mail invoices to: Danos & Curole Staffing, 13083 Hwy 308, Larose, LA 70373

Confidential                                      BP-HZN-2179VOO00000090