U.S. Department of
Homeland Security

United States
Coast Guard



Area DECON Unit Leader
Unified Area Command
Deepwater Horizon

Unified Area Command
1087 Downtowner Blvd
Mobile Al 36609
(251) 445-3010

16450
Date: **16SEP10**

# VERIFICATION OF FINAL DECONTAMINATION

To: Master of vessel **MY ANGEL II**   Doc#, IMO#, or Reg# **1060187**

Statement of vessel condition: Vessel decontamination verified complete and vessel poses no apparent pollution risk to the environment due to oil contamination or damage as a result of oil spill response efforts or transit through effected waters. Vessel appears in apparent good order and fit for intended routes and service.

**MSTI AARON HARCOURT** /s/
Vessel Decon Examiner, U. S. Coast Guard (print/sign)
By Direction

**Hoi Nguyen** /s/
Vessel Master (print/sign)

Vessel Type: **SHRIMP BOAT**

Location: **BILOXI, MS**

Was the vessel assessment available:   Yes   (No)

USCG Team Members: **MSTI HARCOURT, DC1 HERING**

COPY   Coka check Rua tau