**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL by the OIL RIG | * | MDL No. 2179 |
| | "DEEPWATER HORIZON" in the | * | |
| | GULF OF MEXICO, on | * | SECTION J |
| | APRIL 20, 2010 | * | |
| | | * | JUDGE BARBIER |
| THIS DOCUMENT RELATES: | | * | MAG. JUDGE SHUSHAN |
| | | * | |
| IN RE: TRITON ASSET LEASING GmbH | | * | |
| Case No. 2:10-cv-02771-CJB-SS | | * | |
| | | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION FOR LEAVE TO FILE LIMITATION**
**SHORT FORM JOINDERS BEYOND THE APRIL 20, 2011 DEADLINE**

NOW INTO COURT, through undersigned counsel, come Bartolo & Guidry Fitness, LLC, Elite Fitness BC, LLC, Elite PS-Zack's BC, LLC, Elite Fitness Uptown, LLC, and Kevin Beach ("Movants") who move this Court for leave to file late Short Form Joinders in the limitation proceeding brought by Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., As Owner, Managing Owners, Owners Pro Hac Vice, and/or Operators of the MODU Deepwater Horizon, and as grounds therefore shows the Court as follows:

1.      This Court established a deadline for the filing of claims in the Transocean limitation

proceeding for April 20, 2011.

2.      Movants contacted counsel after the Court-established deadline seeking assistance in filing claims for damages incurred as a result of the Deepwater Horizon explosion and resulting oil spill.

3.      Movants did not timely file in the Transocean limitation proceeding.

4.      No prejudice will result from the acceptance of the proposed Short Form Joinders, which are attached hereto as Exhibits 1, 2, 3, 4, and 5. No action has been taken in the limitation proceeding which could cause prejudice to any other party to the proceeding.

For these reasons, Movants requests that the Court grant Movants' leave to file the Short Form Joinders attached hereto and that the Court deem said Short Form Joinders as timely filed.

Respectfully submitted:

/s/ Christine E. Sevin
Walter J. Leger, Jr., Bar. No. 8278
Christine E. Sevin, Bar No. 32683
LEGER & SHAW
600 Carondelet Street, Floor 9
New Orleans, Louisiana 70130
Telephone: (504) 588-9043
Facsimile: (504) 588-9980
Email: wleger@legershaw.com
          csevin@legershaw.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that on September 16, 2011, I electronically filed the foregoing document with the Clerk of Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF System, and provided notice by and through LexisNexis to all counsel of record.

                   /s/ Christine E. Sevin             
                   CHRISTINE E. SEVIN