UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:   OIL SPILL by the OIL RIG | * | MDL No. 2179 |
| "DEEPWATER HORIZON" in the | * | |
| GULF OF MEXICO, on | * | SECTION J |
| APRIL 20, 2010 | * | |
| | * | JUDGE BARBIER |
| THIS DOCUMENT RELATES: | * | MAG. JUDGE SHUSHAN |
| | * | |
| IN RE: TRITON ASSET LEASING GmbH | * | |
| Case No. 2:10-cv-02771-CJB-SS | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the Motion For Leave to File Short Form Joinders Beyond the April 20, 2011 Deadline and Supporting Memorandum:

It is ORDERED that Movants, Bartolo & Guidry Fitness, LLC, Elite Fitness BC, LLC, Elite PS-Zack's BC, LLC, Elite Fitness Uptown, LLC, and Kevin Beach, are hereby granted leave to file the Short Form Joinders attached to this motion as Exhibits 1, 2, 3, 4, and 5 into the record of Civil Action No. 10-8888, which shall be considered a timely filed claim in the Transocean Limitation (Civil Action No. 10-2771), as well as joinder in the Bundle B1 and/or B3 Amended Master Complaints, in accordance with Pre-Trial Order Nos. 24 and 25.

Signed this ___ day of _____, 2011.

_____
Honorable Carl J. Barbier, U.S. District Court Judge