**MINUTE ENTRY**
**BARBIER, J.**
**Sept. 16, 2011**
**JS-10: 40 minutes.**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : : : : : | MDL NO. 2179 SECTION: J JUDGE BARBIER MAG. JUDGE SHUSHAN |

.. .. .. .. .. .. .. .. .. .. .. .. . .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..

**COURTROOM DEPUTY:**              **COURT REPORTER:**
**STEPHANIE KALL**                 **CATHY PEPPER**

**FRIDAY, SEPTEMBER 16, 2011 8:30 A.M.**
**JUDGE CARL J. BARBIER PRESIDING**

**STATUS CONFERENCE**

**Plaintiffs' Liaison Counsel, Defense Liaison Counsel, and Government Coordinating Counsel introduced themselves to the Court. The matters listed below were discussed:**

**The Court briefly discussed certain recently-issued Orders, including Pretrial Order 41 (Case Management Order 3), concerning the trial plan for the Limitation Trial.**

**BP Counsel Andy Langan reported on the status of recent conditional transfer orders and number of active cases within the MDL.**

**BP Counsel Andy Langan reported on the status of cases before various state courts.**

**BP Counsel Andy Langan and Bill Stradley, counsel for the individual investors, reported on the status of MDL 2185 before Judge Ellison in the Southern District of**

1

Texas.

BP Counsel Don Haycraft provided an update on the continued progress of written and deposition discovery.

BP Counsel Rob Gasaway reported on issues relating to the custody and preservation of the blowout preventer.

Mike Underhill, Coordinating Counsel for the Federal Government, reported on the status of testing of cement and certain rock samples.

BP Counsel Andy Langan and Plaintiffs' Counsel Steve Herman presented a joint report on the Vessels of Opportunity ("VoO") cases.  Counsel jointly requested the Court to extend the deadline for depositions (see Rec. Doc. 3207, para. 11) to October 28, 2011.  The Court GRANTED the request and stated it would issue an Order to that effect. The parties have agreed upon a private mediator for the six VoO "focus" cases that are to be mediated.

BP Counsel Andy Langan reported on the status of insurance coverage cases.

The Court reported on the status of creating a process for pro se and represented litigants to dismiss or amend Short Form Joinders.  The parties have submitted a proposed Order to the Court, which the Court will GRANT.  The proposed Order shall become Pretrial Order 42.

BP Counsel Andy Langan reported on a proposed Order relating to the use of sample reference material (oil) in support of spill impact research.  The Court deferred ruling on the proposed Order in light of concerns raised by counsel for Halliburton.  Counsel will confer and attempt to resolve any remaining issues.

The Court reported on Transocean's pending Motion for Order Noting Entry of Default (Rec. Doc. 2182).  Following comment and clarification from counsel, the Court stated it would GRANT effective after this date (September 16, 2011).  The Court will allow claims filed on this date or earlier, regardless of whether leave of Court was sought to file after the April 20, 2011 monition date.  The Court will issue an Order to this effect.

The Court thanked counsel for their continued cooperation, both with each other and the Court.

The Status Conference ended at 9:10.

**(Oral Arguments on certain Motions followed the Status Conference)**

**The next status conference will be held on OCTOBER 21, 2011 at 9:30 a.m.**

**ATTORNEYS: See attached list.**