# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–September 16, 2011

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Andrew Langan | 312-862-2084 | BP |
| Don Godwin | 214-939-4412 | Halliburton |
| Alan York | 713-595-8301 | " |
| Jenny Martinez | 214-939-4650 | " |
| Ky Kirby | 202-373-6795 | Anadarko |
| Michael Lyle | 202-682-7157 | Seacor, O'Briens, NRC |
| Jeremy Grabill | 212-310-5717 | Seacor, O'Briens, NRC |
| Jim Dragna | 213 680 6436 | ANADARKO |
| Rachel Clingman | 7134706189 | TO |
| David Beck | 713-951-6209 | CAMERON |
| Phil Wittmann | 581-3200 | Cameron |
| Mike Underhill | 415-436-6648 | U.S. |
| Steve Roberts | 7134706192 | TRANSOCEAN |
| Steve Herman | (504) 581-4892 | Plaintiffs |
| Jim Roy | (337) 278-7892 | Plaintiffs |
| Luther Strange | | AL |
| Don Haycraft | | |
| Corey Maze | | AL |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–September 16, 2011

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Brian Burr | 6505722164 | PSC |
| Marla Clark | 281.366-3503 | BP |
| Larry Wilson | 504.525-8100 | HB |
| Gary Russo | 377-279-1005 | WFT |
| Tony Daly | 448-0180 | Plaintiff |
| Winfield J Sinclair | 334-353-9110 | Al[abama] |
| Corey Maze | 334-242-7300 | Al[abama] |
| Patty Mills | 334-242-7300 | Al[abama] |
| [illegible] Frynn | 285 661-4193 | PSC |
| David Franco | 504 265 6562 | Plaintiff |
| Dennis Barrow | 713 659 6420 | Dr. [illegible] Corp |
| CHRIS HANNAN | 566-5212 | UNDERWRITERS |
| JIMMY ROUSSEL | 566-5278 | " |
| Becky Newbury | 826-3417 | Times Picayune |
| Ryan Babcock | 312 862-7003 | BP |
| Salonne Canfield | 504 940 7274 | CNS |
| Amy Jaasma | 713 650 0022 | TO |
| Andrew Langan | 9857836289 | TO |

# Attendance Record

## MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

### Status Conference–September 16, 2011

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| John Eisley | 713 224-8380 | Transocean |
| Debra Bossard | 713 201 0401 | APC |
| Denis Soohen | 713 890 5105 | MI |
| David Goodwin | 415-591-0000 | BP |
| Scott Simmons | 896-7909 | Gallo |
| Travis C. Barton | 512-495-6074 | Cameron |
| Karen Case | 281 366 4294 | BP |
| Alan Dew | 985-876-6410 | Terrebonne Parish DA |
| Victor Umbrello | 225-... | St. Tammany Par. etc |
| Samuel M. Ward | 568-1933 | |
| Bill Stradley | 713 654 1122 | MDL 2185 Ind. Houston |
| Jimmy Williamson | (713) 223-3330 | PSC |
| Sam Rees | 504-391-7435 | Tobatex MRM Eng |
| Stephen Murray, Sr. | 504 525 8100 | Plaintiffs |
| Mike Esty | 601 613-1617 | PSC |
| Sam Boyd | 504 569-0235 | DRC |
| Ervin ... | 305 476-7400 | PSC |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–September 16, 2011

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Carmelite Bertaut | 581-3200 | Cameron |
| Jim Dunkirk(?) | 641-1810 | PSC |
| Chris Bartnell(?) | 201-4808 | PSC |
| Mark Joyles(?) | 595-3371 | N/A |
| Mekel Alvarez | 599-3385 | TS |
| Beth Larsen | 312 804-2694 | BP |
| Frank Munaco(?) | 281 366 3159 | BP |
| Brenick Duval(?) | 985-876-6410 | Joe Waitz - DA |
| Jayne Conroy | 212 784 6402 | TT |
| Elizabeth Cabraser | 415 806 200 | PSC |
| Scott Bickford | 581 9068 | Plaq. Parish |
| William Dills | 713-292-4034 | PSC |
| P.E. O'Keefe | 504 585 3200 | O'Brien's/NRC |
| Frank Petosa | 864/318-0368 | PSC |
| Mike Palmintier | 225 408 5228 | PSC |
| D.C. Waters | 7573742957 | PSC |
| Tony Fletcher | 361-887 0500 | PSC |

# Attendance Record

## MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

### Status Conference–September 16, 2011

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Rhon Jones | 334 451 0301 | PSC |
| John Shogue | 312-207-2459 | Anadarko |
| Matt Lund | 337-439-0707 | PSC |
| Chris Wenk | 202 662-5488 | BP |
| Skip Mutter | 561-0400 | Dynamic |
| F. Martin McLeod | 584-9212 | TO VWRS |
| Edwin Preis | 337-237-6062 | Transocean |
| Tom Johnston | 334-271-7est | Alabama |
| Calvin Robertson | (504) 307-8362 | Tim Terrell |
| Rob Gasaway | (202) 879-5179 | BP |
| Brett Powers | 337-494-0599 | TN |
| Mike Maloney | (713) 759-1600 | Transocean |
| Danny | 713-890-5780 | MI |
| David Magee | 617 951 8241 | Anadarko |
| Bill Jackson | (713) 355-5050 | State of Louisiana |
| Zachary Wool | 504 524 3300 | PSC |
| Stuart Ahn | 214-922-7100 | |

# Attendance Record

## MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

### Status Conference–September 16, 2011

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Steve Roberts | 713-470-6192 | Transocean |
| George Gilly | 584-9284 | TO's XS insurers |
| Lyle Masin | 228-674-1305 | " |
| David Salmons | 703-582-2901 | Anadarko |
| Randall Levine | 202-373-6541 | Anadarko |
| Rebecca E. Putt | 205-482-7200 | State of AL, States Coord Counsel |
| Jeff Breit | 757-615-8882 | PSC |
| Ryan Edwards | 985-902-7514 | Tim Tennell |
| Ed Flanders | (646) 320-5486 | MOEX |
| Denny Ranick | 337-494-0549 | Ascension Marine |
| J.B. Tarter | 713-248-5319 | M-I |
| Robert Cunningham | 251-476-191 | PSC |
| Julia LeMense | 212-558-5573 | PSC |
| Barb Hiller | 334-451-2737 | BP |
| Don Goforth | 713-650-0000 | TO |
| Jack Massey | 713-470-6141 | TO |
| Elizabeth Petersen | 504-524-5777 | Louisiana |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–September 16, 2011

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Don Godwin | (214) 939-4400 | Halliburton |
| Alan York | " | " |
| Jenny Martinez | " | " |
| Stefanie Major | " | " |
| Jim Warren | 601 592 1010 | observing - not appearing |
| Jeff Keiser | 504-210 7325 | PSC |
| Rob Sholas | 202-701-8966 | BP |
| Steve Power | 202 550 5176 | BP |
| Willie Singletoin | 318-631 5200 | Plaintiff - |
| Allan Moore | 202 662 5575 | BP |
| Henry Dart | 985-809-8093 | St of LA |
| Walter J. Leger J. | 504 5889643 | Plaintiffs (D.H. hafemche) |
| Chuck Bourque | 985-876 3891 | Terrebone Parish DA |
| Phil Cossich | 504 394-9000 | PSC |
| David A Baywell | 251-928-2970 | plaintiffs |
| Kern Schnell | 504 717 6091 | Extern |
| John de Gravelles | 225 344 3735 | PSC |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–September 16, 2011

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Mikel Watts | 210-447-0500 | PSC |
| Allan Kanner | 524-5777 | State of Louisiana |
| Erika Heyden | 919-801-nnn | PSC |
| J Dart | 504-236-3414 | PSC |
| J Bilsborrow | 773-934-4930 | PSC |
| Jeffrey Farshad | (504) 566-8836 | Poretine |
| Marija Janes | (504) 566-8800 | Poretine |
| Chris Chacheles | (504) 569-1023 | St. Joe Co. |
| Andy Dove | | DRC |
| Frank Romitti | 985-249-6800 | TTS |
| Jim Caldwell | 281-857-5748 | Hal |
| Jackie Brittain | 504-782-1166 | MOEX |

# at&t
## AT&T TeleConference Services
### Special Services Center
### 800 932-1100   E-mail: teleconference@att.com
## *Conference Participant List*

| | |
|---|---|
| ***To:*** | BEN ALLUMS |
| ***E-mail Address:*** | |
| ***Conference ID #:*** | |
| ***Company Name:*** | US COURTS |
| ***Host's Name:*** | CARL BARBIER |
| ***Name of Conference:*** | OIL SPILL STATUS CONFERENCE |
| ***Date of Conference:*** | FRIDAY, SEPTEMBER 16, 2011 8:30 AM CENTRAL |

**NAME** — **AFFILIATION OR INTEREST IN CASE**

1. **BARBIER, JUDGE CARL - HOST**
2. ADVANI, RAKESH — CREDIT SUISSE
3. ALEXANDER, MARY ROSE
4. ARGROVES, DANA — LEXIS
5. ARON, ADAM — MILLENIUM ANALYST
6. BARBER, JOSEPH — ARNOLD & PORTER
7. BOULOS, NADER — KIRKLAND & ELLIS
8. CALVERT, THOMAS B — REPRESENTING PLAINTIFFS
9. CAREGIE, JACK — STRASBURGER PRICE
10. CHRISTINA, SAL — PLAINTIFF ATTORNEY
11. CROW, GEORGE — ATTORNEY REPRESENTING LANE AVIATION
12. CUMMINGS, KRISTIN — ENERGY TEAM OF CREDIT SUISSE
13. ENNIS, MAGAN — PLAINTIFF
14. ESPINO, IRMA — PLAINTIFF
15. EVERS, JAKE
16. FALKENSTEIN, DAVE — PLAINTIFF STEERING COMMITTEE
17. FARAH, MICHAEL — POINT STATE CAPITAL
18. FERRELL, DONALD — PLAINTIFF
19. FITCH, WARREN — BINGHAM MCCUTCHEN ATTORNEY FOR ANADARKO
20. GALLOWAY, JOHN — GALLOWAY JOHNSON
21. HOLLINGSWORTH, SIMON — CREDIT SUISSE
22. HOPKINS, ANDREA — GILBERT LLB
23. ISAAK, DAVID — GERGER & CLARKE
24. ISAKOV, MICHAEL — SAC CAPITAL
25. JENKIN, HUGH — PRIVATE INVESTOR
26. JEWELL, JOHN — JACKSON GILMOUR & DOBBS
27. KANE, KARA — INTERESTED PARTY
28. KATZ, ALLEN — MUNGER TOLLES OLSON
29. KENNEY, ROBERT — US EPA
30. KENT, RUSSELL
31. KULKARNI, KEDAR

*In order to expedite the assembly of your call, some names may have been spelled phonetically.*

*Please feel free to contact us at 1-800-932-1100 if you have any questions or if we can be of further assistance.*
*Thank you for using AT&T Executive TeleConference Service.*

# AT&T TeleConference Services
## Special Services Center
### 800 932-1100    E-mail: teleconference@att.com
### *Conference Participant List*

| | | |
|---|---|---|
| 32. | KUNZELMAN, MICHAEL | ASSOCIATED PRESS |
| 33. | LACOUR, CLIFF | TIDEWATER MARINE |
| 34. | LACOUR, GREG | ATTORNEY FOR IAR |
| 35. | LE, CATHERINE | |
| 36. | LE, CUONG | CUONG M LE PLLC |
| 37. | LEGNER, KYNA | |
| 38. | MALIK, KASHIF | CREDIT SUISSE |
| 39. | MAPLES, F GERALD | PLAINTIFF |
| 40. | MARCHETTI, THOMAS | CREDIT SUISSE |
| 41. | MCCLUSKY, ROBERT | ISLAND OFF SHORE |
| 42. | MENARD, JILL | PLAINTIFF |
| 43. | MESTAYER, JED | AIRBORNE SUPPORT |
| 44. | MORGAN, VINCE | PILLSBURY |
| 45. | MORRIS, GREGORY | PLATTS NEWS JOURNALIST |
| 46. | NARNZADEH, SARA | MILLENIUM PARTNERS |
| 47. | O'ROURKE, STEVE | US DEPARTMENT OF JUSTICE |
| 48. | PAGANO, SUSANNE | BNA |
| 49. | PARISH, JAMES | FRILOT |
| 50. | PEARMAN, NATHAN | ST JOE COMPANY |
| 51. | RICHARDS, BELMA | PLAINTIFF |
| 52. | RICHARDS, SCOTT | INTERESTED PARTY |
| 53. | RIVIERE, BILL | |
| 54. | SERNA, ENRIQUE | ATTORNEY REPRESENTING MEXICAN STATES |
| 55. | SISTO, JOHN | ANALYST |
| 56. | SNIDER, MEGAN | DILIBERTO & KIRIN |
| 57. | TALLUTO, PHYLLIS | DE LA CROIX CORPORATION |
| 58. | TAYLOR, IAN | |
| 59. | TERRELL, MEGAN | LOUISIANA ATTORNEY GENERAL OFFICE |
| 60. | THODE, ANNA | US JUSTICE DEPARTMENT |
| 61. | TIERNEY, CATE | US ENVIRONMENTAL PROTECTION AGENCY |
| 62. | TRAUB, SANDRA | CHARTIS INSURANCE |
| 63. | TUCKER, KIM | MISSISSIPPI ATTORNEY GENERAL |
| 64. | VILLMER, MATHEW | PLAINTIFF COUNCIL |
| 65. | WARNER, LORI | JACKSON GILMOUR & DOBBS |
| 66. | WEIGEL, ALLEN | BRINK BROME |
| 67. | WHITE, SAM | MOORE CAPITAL MANAGEMENT |
| 68. | WIGMORE, MICHAEL | BINGHAM |
| 69. | WOODS, MARY JO | |

*In order to expedite the assembly of your call, some names may have been spelled phonetically.*

*Please feel free to contact us at 1-800-932-1100 if you have any questions or if we can be of further assistance.*
*Thank you for using AT&T Executive TeleConference Service.*