UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig  *  | MDL NO. 2179; CA 10-2771 |
| "Deepwater Horizon" in the Gulf  * | |
| of Mexico, on April 20, 2010  * | SECTION:  J |
| * | |
| Applies to: *All Cases*  * | JUDGE BARBIER |
| * | |
| (Including No. 10-2771)  * | MAGISTRATE SHUSHAN |
| * | |
| *    *    *    *    *    *    *    *    *    *    *    *    * | |

## PRETRIAL ORDER NO. 42

**[Approving forms for Short-Form Joinder and Plaintiff Profile Form amendments and dismissals; Deeming amendment and dismissal forms to be filed within the MDL and Limitation Action; Adopting forms for the release of medical and employer information; Vacating Pretrial Order 34]**

To further the efficient and effective management of the coordinated actions herein — and for the convenience of *pro se* plaintiffs in particular — by facilitating the amendment of Short-Form Joinders and Plaintiff Profile Forms and the dismissal of Short-Form Joinders and individual Complaints,

**IT IS ORDERED** as follows:

1. Whether through counsel or *pro se*, any entity or individual who has filed a Short-Form Joinder or served a Plaintiff Profile Form may amend their Short-Form Joinder or Plaintiff Profile Form using the Amendment Form reflected in EXHIBIT 1 ["Amendment Form"], and may dismiss their Short-Form Joinder or individual Complaint using the Dismissal Form reflected in EXHIBIT 2 ["Dismissal Form"], subject to the provisions below.

2. The Amendment Form or Dismissal Form may be filed without payment of a filing fee.

1

3. Pretrial Order No. 24 is hereby amended to allow for the filing of the Amendment Form and Dismissal Form in CA 10-8888.

4. Any Amendment Form or Dismissal Form filed to amend or dismiss a Short-Form Joinder shall be filed in CA 10-8888.

5. Any Amendment Form or Dismissal Form filed in CA 10-8888 to amend or dismiss a Short-Form Joinder shall be deemed to be the simultaneous filing of an amendment or dismissal in MDL 2179 [No. 10-md-2179] and the Limitation Action [No. 10-2771].

6. Any Amendment Form filed to amend a Plaintiff Profile Form shall be served on all counsel using LexisNexis® File & Serve, as provided in Pretrial Order No. 12 [Doc. 600].

7. Any Dismissal Form filed to dismiss only an individual Complaint, and not a Short-Form Joinder, shall be filed in MDL 2179 [No. 10-md-2179].

8. For plaintiffs who filed both an individual Complaint and a Short-Form Joinder — per Paragraph 14 of Pretrial Order No. 25 [Doc. 983] — the filing of a Dismissal Form in CA 10-8888 shall be deemed the simultaneous filing of a motion to dismiss both the plaintiff's individual Complaint and the Short-Form Joinder.

9. Attorneys filing Dismissal Forms on behalf of a client must elect whether the dismissal is "with" or "without" prejudice.

10. Dismissal Forms filed by *pro se* plaintiffs shall be deemed requests for dismissal without prejudice, and such dismissals shall be deemed to dismiss the actions or claims asserted without prejudice.

11. Any Dismissal Form filed in accordance with this Order shall be deemed a motion to voluntarily dismiss with or without prejudice; and such motions are hereby deemed **GRANTED**; the Court will not issue a separate order granting voluntary dismissal.

12. Any attorney filing Amendment or Dismissal Forms on behalf of more than one claimant must file them separately.

13. Any Bundle A or Bundle B3 plaintiff who alleges personal injury must complete the authorization form reflected in EXHIBIT 3 ["Authorization And Direction for Disclosure And Release Of Medical Records"]. Bundle A plaintiffs must complete authorization forms with respect to any medical provider who has rendered care since January 1, 2008. Bundle B3 plaintiffs must complete authorization forms with respect to any medical provider who has rendered care since April 20, 2010. In addition, a Bundle A plaintiff must complete the authorization form reflected in EXHIBIT 4 ["Authorization And Direction for Disclosure And Release Of Employee/Personnel Records"] for each of the plaintiff's employers from January 1, 2008 to present. A Bundle B3 plaintiff who claims damages for lost work-time must complete the authorization form reflected in EXHIBIT 4 for each employer from January 1, 2010 to the present. Accordingly, the Court hereby adopts the authorization forms reflected in EXHIBITS 3 & 4 as the court-approved forms for the release of medical records and employee/personnel records to be used for Pleading Bundle A and Bundle B3 claims. These authorization forms must not be filed publicly, but shall be sent directly to Liskow & Lewis, One Shell Square, 701 Poydras Street, Suite 5000, New Orleans, LA 70139-5099, or served on all counsel using LexisNexis® File & Serve, as provided in Pretrial Order No. 12 [Doc. 600]. Any and all documents obtained in connection with these authorizations shall be treated as "Confidential Access Restricted" under the Order Protecting Confidentiality (Pretrial Order No. 13), and subject to full copies of same being made available to the Plaintiff (or his attorney if applicable) and the PSC through Plaintiff Liaison Counsel.

14. Any amendment made through an Amendment Form shall be subject to the provisions of Pretrial Order No. 20 addressing Direct Filing [Doc. 904].

15. The dismissal of an action or claim without prejudice pursuant to the terms of this Order shall not waive or otherwise affect any defendant's substantive or procedural rights (if any) under any release which may have been obtained through settlement.  The plaintiff reserves the right to challenge the scope or validity of any release with respect to some or all of plaintiff's actions or claims (if any).  The defendants reserve the right to assert that a release signed by the plaintiff has terminated that particular plaintiff's case, and to assert any other defense of any kind.

16. The provisions set forth in Pretrial Orders Nos. 24 and 25 shall continue to govern the procedures by which the defendants shall answer or otherwise respond to the Master Complaints and/or Master Answers and Claims in Limitation filed in this litigation, including actions or claims which may be amended or dismissed *via* the Amendment or Dismissal Forms adopted herein; no defenses, objections, motions or exceptions for lack of jurisdiction, lack of presentment, mootness, lack of standing, or any other defense that may be specific or unique to any particular plaintiff shall be waived, and all such defenses, objections, motions and/or exceptions specific to any particular plaintiff shall be reserved.  In addition, any and all rights under the Hague Convention shall not be deemed to be waived by the entry of this Order, and are hereby preserved.

17. No provision of this order shall be construed to change any procedural requirement set out in the Federal Rules of Civil Procedure, Local Rules, or prior orders of this Court, unless expressly stated herein.

18. No provision of this Order shall be construed to amend the April 20, 2011 monition date set in CA 10-2771 [*See* Doc. 569] or to alter the procedural significance thereof.

19. No provision of this Order shall be construed to permit the assertion of any class actions or class claims as part of the Master Claim in Limitation [CA 10-2771] or otherwise as part of the Limitation Action [CA 10-2771].

20. In light of the recent decision from the United States Court of Appeals, Fifth Circuit, *In re: The St. Joe Co.,* No. 11-30410 (5th Cir. Aug. 8, 2011) (per curiam), Pretrial Order No. 34 [Rec. Doc. 1918], respecting dismissals without prejudice, is hereby **VACATED**.

New Orleans, Louisiana this 16th day of September, 2011.

_____
**UNITED STATES DISTRICT JUDGE**