**AUTHORIZATION AND DIRECTION FOR DISCLOSURE**
**AND RELEASE OF EMPLOYEE/PERSONNEL RECORDS**

**EMPLOYER:**

**Name:** _____

**Address:** _____

_____

**EMPLOYEE:**

**Name:** _____

**Date of Birth:** _____

**Social Security No:** _____

**YOU ARE HEREBY AUTHORIZED AND DIRECTED** to disclose and release to the law firm of **Liskow & Lewis, One Shell Square, 701 Poydras Street, Suite 5000, New Orleans, LA 70139-5099,** and/or its duly authorized representative any and all records, files, documents and other information concerning my employment with the above person, firm, corporation or entity.

Dated this _____ day of _____ 201\_\_\_.

_____
Employee Signature

_____
Printed Employee Signature

_____

_____
Employee Address