UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | § § § § § § | MDL No. 2179 <br> SECTION: J |
| This document relates to: <br><br> 2:11-cv-01051 | § § § § § § § § | Judge Carl J. Barbier <br> Magistrate Judge Sally Shushan |

**DEFENDANT M-I L.L.C.'S MOTION TO DISMISS
HALLIBURTON ENERGY SERVICES, INC.'S CROSSCLAIMS**

Defendant M-I L.L.C. ("M-I") respectfully moves this Court to dismiss Halliburton Energy Services's Inc.'s ("HESI") Crossclaims asserted against M-I in HESI's Answer to Class Action Petition for Damages and Cross-Claims (Rec. Doc. 3784) under Federal Rule of Civil Procedure 12(b)(6).

Under Rule 12(b)(6), the Court should dismiss a claim that "fail[s] to state a claim upon which relief can be granted." *Cuvillier v. Taylor*, 503 F.3d 397, 401 n.3 (5th Cir. 2007) (citation and internal quotation marks omitted).

For these reasons, and as set forth more fully in the attached Memorandum of Law in Support of Defendant M-I L.L.C.'s Motion to Dismiss, M-I respectfully requests dismissal of the claims against it.

September 16, 2011

DB1/ 68141175.1

Respectfully submitted,

**OF COUNSEL:**
MORGAN, LEWIS & BOCKIUS LLP

MORGAN, LEWIS & BOCKIUS LLP

Derek E. Leon
dleon@morganlewis.com
Texas Bar No. 24002463
5300 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131
Telephone: 	(305) 415-3000
Facsimile: 	(305) 415-3001

By: */s/ Hugh E. Tanner*
Hugh E. Tanner
htanner@morganlewis.com
Texas Bar No. 19637400
1000 Louisiana, Suite 4000
Houston, Texas  77002
Telephone: 	(713) 890-5000
Facsimile: 	(713) 890-5001

Denise Scofield
dscofield@morganlewis.com
Texas Bar No. 00784934
1000 Louisiana, Suite 4000
Houston, Texas  77002
Telephone: 	(713) 890-5000
Facsimile: 	(713) 890-5001

**ATTORNEYS FOR DEFENDANT M-I L.L.C.**

**ATTORNEYS FOR DEFENDANT M-I L.L.C.**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing *Defendant M-I L.L.C.'s Motion to Dismiss Halliburton Energy Services, Inc.'s Crossclaims* has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 16th day of September, 2011.

>  */s/ Hugh E. Tanner*
>  Hugh E. Tanner