**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG | § | MDL No. 2179 |
| "DEEPWATER HORIZON" in the | § | |
| GULF OF MEXICO on | § | SECTION: J |
| APRIL 20, 2010 | § | |
| | § | |
| | § | Judge Carl J. Barbier |
| This document relates to: | § | Magistrate Judge Sally Shushan |
| | § | |
| 2:11-cv-01051 | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |

## <u>ORDER</u>

Considering the Defendant M-I L.L.C.'s Motion to Dismiss Halliburton Energy Services, Inc.'s Crossclaims for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6):

**IT IS HEREBY ORDERED** that all claims asserted against Defendant M-I L.L.C. are dismissed.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE