**MINUTE ENTRY**
**J. BARBIER**
**JS 10: 1hr. 20 min.**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : : : : : : | MDL NO. 2179<br><br>SECTION: J<br><br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

**COURTROOM DEPUTY:**            **COURT REPORTER:**
**STEPHANIE KALL**                **CATHY PEPPER**

**FRIDAY, SEPTEMBER 16, 2011    8:30 A.M.**
**JUDGE CARL J. BARBIER PRESIDING**

**MOTION HEARING**

**BP PARTIES, ANADARKO AND MOEX OFFSHORE'S MOTIONS FOR JUDGMENT ON THE PLEADINGS ON INSURANCE ACTIONS [3211, 3378, 3902]:**

Argued; ORDERED: TAKEN UNDER ADVISEMENT.

**MOTIONS TO DISMISS THE FIRST AMENDED COMPLAINTS OF THE STATES OF LOUISIANA AND ALABAMA [2630, 2631, 2637, 2638, 2639, 2642, 2644, 2645, 2646, 2647, 2649, 2651, 2653, 2655, 2656]:**

Argued; ORDERED: TAKEN UNDER ADVISEMENT.

**Movants and respondents are to each file a joint supplemental brief, not to exceed 10 pages, by Friday, September 23, 2011.**

**ATTORNEYS: See attached list**