## Attendance Record

## MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

### Status Conference–September 16, 2011

### PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Andrew Langen | 312-862-2064 | BP |
| Don Godwin | 214-939-4412 | Halliburton |
| Alan York | 713-595-8301 | " " |
| Jenny Martinez | 214-939-4630 | " " |
| Ky Kirby | 202-373-6795 | Anadarko |
| Michael Lyle | 202-682-7547 | Sutter, O'Brien, NKer |
| Jeremy Grabill | 212-310-717 | Sutter, O'Brien, NRC |
| Jim DRAgna | 213 680 6436 | ANADARKO |
| Rachel Clingman | 7134706189 | TO |
| David Beck | 713-951-6209 | CAMERON |
| Phil Wittmann | 581-3200 | Cameron |
| Mike Underhill | 415-436-6648 | US |
| Steve Roberts | 7134206192 | TRANSOCEAN |
| Steve Herman | (504) 581-4892 | Plaintiffs |
| Jim Roy | (337) 278-7892 | Plaintiffs |
| Luther Strange | | AL |
| Don Haycraft | | |
| Corey Maze | | AL |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–September 16, 2011

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Brian Barr | 850 572 2164 | PSC |
| Marla Clark | 281.366-3503 | BP |
| Corey Wilson | 504.525 8100 | FS |
| Gary Russo | 337.279-100 | WFT |
| Nu 2df | 448-0180 | Plaintiff |
| Winfield J. Sinki | 334-353-9110 | Alabama |
| Corey Maze | 334 242-7300 | Alabama |
| Patty Mills | 334-242-7300 | Alabama |
| Ow la Tny m | 248 644-4193 | PSC |
| David Francis | 504 261 6362 | Plaintiff |
| Dennis Barrow | 713 659 6420 | Dr. Op |
| CHRIS HANNAN | 566-5212 | UNDERWRITERS |
| JIMMY Roussel | 566-5278 | " |
| Becky Mackey | 826-3417 | Transocean |
| Ryan Babewit | 312 862-7003 | BP |
| Salome Canfield | 504 940 7774 | CNS |
| Amy Jaasma | 713 650 0022 | TO |
| Andrew Lennon | 9857836289 | TT |

# Attendance Record

## MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

### Status Conference–September 16, 2011

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| John Easley | 713 224-8350 | Transocean |
| Debora Bonnard | 713 201 0401 | APC |
| Denise Scofield | 713 890 5105 | MI |
| David Goodwin | 415 591-6000 | BP |
| Scott Simmons | 896-7909 | Gallo |
| Travis C. Barton | 512-495-6034 | Cameron |
| Karen Case | 281 366 4294 | BP |
| Stan Duw | 985-876-6410 | Terrebonne Parish DA |
| Victor Marcello | 225 687 6396 | St Tammany Par. et al |
| Soleil Milord | 568-1933 | |
| Bill Stradley | 713 654 1122 | MDL 2185 Ind. Houston |
| Jimmy Williamson | (713) 223-3330 | PSC |
| Sam Rees | 504 391 7435 | Totex + MRM Eng |
| Stephen Murray, Sr. | 504 525 3100 | Plaintiffs |
| Mike Esty | 601 613-1617 | PSC |
| Sen Boyd | 404 564-0235 | DRC |
| Erin Gooms | 305 476-7400 | PSC |

# Attendance Record

## MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

### Status Conference–September 16, 2011

### PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Caynette Betant | 581-3200 | Cameron |
| Anne Thornhill | 641 5010 | PSC |
| Chris Bartuck | 201-4808 | PSC |
| Mark Taylor | 575-3371 | N/A |
| Mekel Alvarez | 599-3385 | TIS |
| Beth Lorsen | 312 804-2694 | BP |
| Frank Munga | 281 366 3159 | BP |
| Bezenck Duval | 985-876-6410 | Joe Waitz - DA |
| Jayne Conroy | 212 784 6402 | TT |
| Elizabeth Cabraer | 415 606 2100 | TSC |
| Scott Bickford | 581 9065 | Plg Parish |
| William Dills | 713-292-4034 | PSC |
| RE O'Keefe | 504 585 3200 | O'Brien's/NRC |
| Frank Petosa | 954/318-0568 | PSC |
| Mike Parmintier | 225 408 5228 | PSC |
| DC Waters | 757 374 2957 | PS |
| Tony Fletcher | 361-887 0500 | PSC |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–September 16, 2011

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Rhon Jones | 334 451 0301 | PSC |
| John Shugrue | 312-207-2459 | Anadarko |
| Matt Lunn | 337-439-0707 | PSC |
| Chris Wenk | 202 662-5488 | BP |
| Skip Mullin | 561-0400 | Dynamic |
| F. Martin McLeod | 584-9212 | TO VWRS |
| Edwin Reis | 337-257-6062 | Transocean |
| Tom Johnston | 334-271-7 EST | Alabama |
| Calvin Robertson | (504) 307-8362 | Tim Terrell |
| Rob G/S My/M | (2-2) 879-5179 | BP |
| Brett Powers | 337-494-0599 | TT |
| Mike Maloney | (713) 759-1600 | Transocean |
| H. Damy | 713-890-5180 | MI |
| David Magee | 617 951 8241 | Anadarko |
| Bill Jackson | (713) 355-5050 | State of Louisiana |
| Zachary Wool | 504 524 3300 | PSC |
| Stuart Ahn | 214-922-7100 | |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–September 16, 2011

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Steve Roberts | 713-426-6192 | Transocean |
| George Gilly | 584-9289 | TJ's XS insurers |
| Lyle Masuh | 228-674-1305 | " |
| David Salmons | 703-582-2901 | Anadarko |
| Randall Levine | 202-373-6541 | Anadarko |
| Rebecca E. Pitt | 205-482-720 | State of AL, STATES COORD Counsel |
| Jeff Breit | 757-615-882 | PSC |
| Myrond Edward | 985-902-7514 | Tim Tennell |
| Ed Flondel | (646) 320-5486 | MOEX |
| Dury Ranich | 337-494-8749 | Ascension/Marine |
| J.B. Carter | 713-248-5319 | M-I |
| Robert Cunningham | 251-476-191 | PSC |
| Julia Lellerin | 212-858-5573 | PSC |
| Parker Miller | 334-451-2937 | BP |
| Don Goforth | 713-6500000 | TO |
| Jack Missey | 713-470-6141 | BP |
| Elizabeth Petersen | 504-524-5777 | Louisiana |

## Attendance Record

## MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

### Status Conference–September 16, 2011

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Don Godwin | (214) 939-4400 | Halliburton |
| Alan York | " | " |
| Jenny Martinez | " | " |
| Stefanie Major | " | " |
| Jim Warren | 6015921010 | observing – not appearing |
| Jeff Keisor | 504-210-7325 | PSC |
| Rob Sholars | 202-701-9466 | BP |
| Steve Power | 202 550 5176 | BP |
| Willie Singletary | 318-631-5200 | Plaintiff |
| Allan Moore | 2026625575 | BP |
| Henry Dart | 985-809-8093 | St of LA |
| Walter J. Leger J. | 504 5585973 | Plaintiffs (D.H. bofenchi) |
| Chuck Bourque | 985.876.3891 | Terrebonne Parish + DA |
| Phil Cossich | 504 394-9000 | PSC |
| David A. Boswell | 251-928-2970 | plaintiff |
| Kerri Schroe | 504.717.6091 | Extern |
| John de Gravelle | 225 344 3735 | PSC |

# Attendance Record

## MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

### Status Conference–September 16, 2011

### PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Mikel Watts | 210-447-0500 | PSC |
| Allan Gunner | 524-5777 | State of Louisiana |
| Erika Heyden | 919-801-7755 | PSC |
| J. Dent | 504-236-34M | PSC |
| J. Bilsborou | 773-934-4930 | PSC |
| Jeffrey Farshtad | (504) 566-8836 | Poretine |
| Marija Janes | (504) 566-8800 | Poretine |
| Chris Chaneles | (504) 444-2023 | St. Joe Co. |
| Andy Dore | | DRC |
| Voyle Lonith | 985-249-6800 | TIS |
| Jim Caldwell | 281-857-5745 | HSI |
| Jackie Bratton | 504-782-1166 | MOEX |