UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| In Re: | Oil Spill by the Oil Rig | : | MDL NO. 2179 |
| | "Deepwater Horizon" in the | : | |
| | Gulf of Mexico, on | : | SECTION: J |
| | April 20, 2010 | : | |
| | | : | JUDGE BARBIER |
| This Document Relates to All Cases | | : | MAG. JUDGE SHUSHAN |

. .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   .

**UNOPPOSED MOTION FOR ENTRY OF
ORDER RELATING TO THE DEFINITION OF A SAMPLE**

The United States and other parties to this action are actively collecting samples of sediment, oil, dispersant, animal tissue, and other substances in an ongoing effort to evaluate the extent and effects of the oil spill that is the subject of this Multi-District Litigation. This Court has already entered four orders governing the disposition of these samples (Pretrial Orders 30, 35, 37, and 39). No party objects to the entry of this fifth order addressing yet another aspect of sample preservation.[1]

Many field researchers working at the direction of the United States or other parties have raised questions about materials that were erroneously or unsuccessfully collected in the course of their work. For instance, many analyses require that sea creatures not come into contact with any foreign materials between collection and analysis. Yet, because of conditions during collection at sea, a certain percentage of creatures pulled onto the ship are accidentally dropped on the ship deck. These creatures can no longer be part of the study and the field researchers were uncertain whether they were required to preserve those creatures.

---

[1] The United States sent an email to Liaison Counsel on September 2, 2011 notifying the parties of the proposed order and requesting objections on or before September 16, 2011 at 6 p.m. *See* Exhibit 1. Undersigned counsel has received no objections to this proposed order. Accordingly, the motion is unopposed.

Similarly, biologists studying the density or diversity of biological organisms in the sediment of the Gulf necessarily must pull up some sediment in the course of collecting the biological organisms. The scientists were uncertain whether they needed to preserve the sediment they washed off the biological organisms under the existing protective orders.

In addition, many sampling efforts are directed at capturing a particular species of organisms. Yet many collection procedures may result in the inadvertent collection of other species. For instance, the collection of fish and other swimming animals is often accomplished through nets which collect many different species of fish, only some of which are the intended target of the sampling effort.

These examples are but three of the myriad questions facing scientists trying to conform their studies to the legal requirements of this Court's pretrial orders. In order to ensure that the scientists can perform their work without having to constantly consult with counsel, the United States and BP negotiated the proposed order submitted with this motion. This order sets forth when materials being collected become a sample that must be preserved. Specifically it provides that material becomes subject to the preservation requirement when all of the steps identified in the sampling protocol are completed and, if applicable, a sample identification number has been assigned. This definition ensures that the parties are all on equal footing with respect to the handling of samples and that the scientists can pursue their work with minimal interference from lawyers.

In addition, the proposed order provides relief on two other issues that have arisen. The first issue is related to the circumstances that make the preservation of samples infeasible or unsafe. Occasionally, when the researchers go out to collect sea creatures such as jellyfish the containers that are brought on the vessel for use in capturing the samples are not large enough to

hold the creature.  In such instance, the scientists would be permitted to dispose of the creature or that portion of the creature that will not fit into the sample container.  In addition, when preservation of the material would jeopardize the safety of the vehicle (e.g., if the samples would weigh too much), the scientists may discard samples to ensure safety.  The second issue arises when samples are contaminated during shipment to the lab.  The order allows parties to dispose of such samples, though they must make some record of the disposal and the reason for the disposal.

In all, this Order addresses a number of other preservation questions that would otherwise give rise to motions for relief from this Court's prior orders and consume the parties' and this Court's time on collateral issues.  No party opposes the order and the United States respectfully requests its entry.

Respectfully submitted,

IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources
　Division

JAMES NICOLL
Senior Counsel
NANCY FLICKINGER
Senior Attorney
SARAH HIMMELHOCH
Senior Litigation Counsel
DEANNA CHANG
SCOTT CERNICH
A. NATHANIEL CHAKERES
JUDY HARVEY
MATT LEOPOLD
Trial Attorneys
Environment & Natural Resources Division
P.O. Box 7611
Washington, DC 20044-7611

TONY WEST
Assistant Attorney General
Civil Division

PETER F. FROST
Director, Torts Branch, Civil Division
Admiralty and Aviation
STEPHEN G. FLYNN
Assistant Director
MICHELLE DELEMARRE
SHARON SHUTLER
JESSICA SULLIVAN
JESSICA MCCLELLAN
DAVID PFEFFER
MALINDA LAWRENCE
Trial Attorneys
Torts Branch, Civil Division
P.O. Box 14271
Washington, D.C. 20044-4271

/s/ Sarah D. Himmelhoch
_____

| | |
|---|---|
| STEVEN O'ROURKE<br>Senior Attorney<br>Environmental Enforcement Section<br>SARAH D. HIMMELHOCH<br>Senior Litigation Counsel for E-Discovery<br>Environment & Natural Resources Division<br>U.S. Department of Justice<br>P.O. Box 7611<br>Washington, D.C. 20044<br>Telephone: 202-514-2779/202-514-0180<br>Facsimile: 202-514-2583<br>E-mail: steve.o'rourke@usdoj.gov<br>         sarah.himmelhoch@usdoj.gov | R. MICHAEL UNDERHILL, T.A.<br>Attorney in Charge, West Coast Office<br>Torts Branch, Civil Division<br>U.S. Department of Justice<br>7-5395 Federal Bldg., Box 36028<br>450 Golden Gate Avenue<br>San Francisco, CA 94102-3463<br>Telephone: 415-436-6648<br>Facsimile: 415-436-6632<br>E-mail: mike.underhill@usdoj.gov |

JIM LETTEN
United States Attorney
SHARON D. SMITH
Assistant United States Attorney
Eastern District of Louisiana
Hale Boggs Federal Building
500 Poydras Street, Ste. B-210
New Orleans, LA 70130

Attorneys for the UNITED STATES OF AMERICA

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 16th day of September, 2011.

/s/ Sarah D. Himmelhoch