UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG         * | MDL NO. 2179 |
|     "DEEPWATER HORIZON" IN THE     * | |
| GULF OF MEXICO, on APRIL 20, 2010 * | |
| * | SECTION J |
| * | |
| Relates to: *All Cases*                        * | JUDGE BARBIER |
| * | |
| (Including No. 10-2771)                       * | MAG. JUDGE SHUSHAN |
| * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PLAINTIFFS' SUBMISSION OF PHASE ONE TRIAL
EXPERT RELIANCE EXHIBIT LISTS**

**NOW INTO COURT** come Plaintiffs, and, in accord with the Court's Order of September 2, 2011 [Doc 3916], respectfully submit the following Expert Reliance Exhibit Lists for Phase One of the February 2012 Limitation and Liability Trial:

  a. Consolidated PSC Expert Reliance Exhibit List

  b. Bea-Gale Expert Reliance List

  c. Pritchard Expert Reliance List

  d. Hurst Expert Reliance List

  e. Perkin Expert Reliance List

  f. Webster Expert Reliance List

The PSC further adopts the Reliance Exhibit Lists associated with the testimony of U.S. Experts, Benge, Huffman, Davis *et al*, and Heenan.

This 16th day of September, 2011.

Respectfully submitted,

| | |
|---|---|
| ____/s/    Stephen J. Herman_____ | ____/s/ James Parkerson Roy_____ |
| **Stephen J. Herman**, La. Bar No. 23129 | **James Parkerson Roy**, La. Bar No. 11511 |
| **HERMAN HERMAN KATZ & COTLAR LLP** | **DOMENGEAUX WRIGHT ROY & EDWARDS LLC** |
| 820 O'Keefe Avenue | 556 Jefferson Street, Suite 500 |
| New Orleans, Louisiana 70113 | Lafayette, Louisiana 70501 |
| Telephone: (504) 581-4892 | Telephone: (337) 233-3033 |
| Fax No. (504) 569-6024 | Fax No. (337) 233-2796 |
| E-Mail: sherman@hhkc.com | E-Mail: jimr@wrightroy.com |
| *Plaintiffs Liaison Counsel* | *Plaintiffs Liaison Counsel* |

### PLAINTIFFS' STEERING COMMITTEE

| | |
|---|---|
| Brian H. Barr<br>LEVIN, PAPANTONIO, THOMAS, MITCHELL,<br>ECHSNER & PROCTOR, PA<br>316 South Baylen St., Suite 600<br>Pensacola, FL 32502-5996<br>Office:  (850) 435-7045<br>Telefax: (850) 436-6187<br>E-Mail: bbarr@levinlaw.com<br><br>Jeffrey A. Breit<br>BREIT DRESCHER & IMPREVENTO<br>999 Waterside Drive, Suite 1000<br>Norfolk, VA 23510<br>Office:  (757) 670-3888 | Robin L. Greenwald<br>WEITZ & LUXENBERG, PC<br>700 Broadway<br>New York, NY   10003<br>Office:   (212) 558-5802<br>Telefax: (212) 344-5461<br>E-Mail:   rgreenwald@weitzlux.com<br><br>Rhon E. Jones<br>BEASLEY, ALLEN, CROW, METHVIN, PORTIS &<br>MILES, P. C.<br>218 Commerce St., P.O. Box 4160<br>Montgomery, AL 36104<br>Office:  (334) 269-2343 |

Telefax: (757) 670-3895
E-Mail: jbreit@bdbmail.com

Elizabeth J. Cabraser
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA   94111-3339
Office:   (415) 956-1000
Telefax: (415) 956-1008
E-Mail:   ecabraser@lchb.com

Philip F. Cossich, Jr.
COSSICH, SUMICH, PARSIOLA & TAYLOR
8397 Highway 23, Suite 100
Belle Chasse, LA   70037
Office:   (504) 394-9000
Telefax: (504) 394-9110
E-Mail:   pcossich@cossichlaw.com Robert T. Cunningham
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P. O. Box 66705
Mobile, AL   36660
Office:   (251) 471-6191
Telefax: (251) 479-1031
E-Mail:   rtc@cunninghambounds.com

Alphonso Michael "Mike" Espy
MORGAN & MORGAN, P.A.
188 East Capitol Street, Suite 777
Jackson, MS 39201
Office: (601) 949-3388
Telefax: (601) 949-3399
E-Mail:   mike@mikespy.com

Calvin C. Fayard, Jr.
FAYARD & HONEYCUTT
519 Florida Avenue, SW
Denham Springs, LA   70726
Office:   (225) 664-4193
Telefax: (225) 664-6925
E-Mail:   calvinfayard@fayardlaw.com

Ervin A. Gonzalez
COLSON HICKS EIDSON
255 Alhambra Circle, Penthouse

Telefax: (334) 954-7555
E-Mail:   rhon.jones@beasleyallen.com

Matthew E. Lundy
LUNDY, LUNDY, SOILEAU & SOUTH, LLP
501 Broad Street
Lake Charles, LA   70601
Office:   (337) 439-0707
Telefax: (337) 439-1029
E-Mail:   mlundy@lundylawllp.com

Michael C. Palmintier
deGRAVELLES, PALMINTIER,
HOLTHAUS & FRUGE'
618 Main Street
Baton Rouge, LA   70801-1910
Office:   (225) 344-3735
Telefax: (225) 344-0522
E-Mail:   mpalmintier@dphf-law.com Paul M. Sterbcow
LEWIS, KULLMAN, STERBCOW & ABRAMSON
601 Poydras Street, Suite 2615
New Orleans, LA   70130
Office:   (504) 588-1500
Telefax:   (504) 588-1514
E-Mail:   sterbcow@lksalaw.com

Scott Summy
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX   75219
Office:   (214) 521-3605
Telefax: (214) 599-1172
E-Mail:   ssummy@baronbudd.com

Mikal C. Watts (PSC)
WATTS GUERRA CRAFT, LLP
Four Dominion Drive, Building 3, Suite 100
San Antonio, TX 78257
Office: (210) 447-0500
Telefax: (210) 447-0501
E-Mail:   mcwatts@wgclawfirm.com

| | |
|---|---|
| Coral Gables, FL 33134<br>Office: (305) 476-7400<br>Telefax: (305) 476-7444<br>E-Mail:   ervin@colson.com | |

**CERTIFICATE OF SERVICE**

**WE HEREBY CERTIFY** that the above and foregoing Submission will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing will be electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 16th day of September, 2011.

/s/   James Parkerson Roy and Stephen J. Herman