# MDL2179 PSC
# BEA-GALE RELIANCE EXHIBITS

| TRIAL EX NO. | BATES RANGE | DATE | SUBJECT / DESCRIPTION |
|---|---|---|---|
| **TREX-00001** | | 8-SEP-10 | BLY DEEPWATER HORIZON ACCIDENT INVESTIGATION REPORT |
| **TREX-00088** | MODUSI-01-0-000001 --- MODUSI-01-0-000345 | APRIL, 2010 | MODUSPEC RIG CONDITION ASSESSMENT OF THE DWH |
| **TREX-00093** | BP-HZN-2179MDL00057261 --- BP-HZN-2179MDL00057372 | 2/8/2011 | DRILLING AND WELL OPERATIONS PRACTICE - E&P DEFINED OPERATING PRACTICE |
| **TREX-00096** | BP-HZN-BLY00097030 - BP-HZN-BLY00097033 | | E-MAIL - FROM: CORSER, KENT SENT: TUE JUN 22 21:33:30 2010 - TO: BROCK, TONY; ROBINSON, STEVE W (ALASKA) SUBJECT: FW: JOHN GUIDE EMAIL CAPTURE |
| **TREX-00097** | BP-HZN-2179MDL00060995 | 04/26/10 | E-MAIL - FROM: MOREL, BRIAN P SENT: MONDAY, APRIL 26, 2010 6:40 AM - TO: HOLIK, CYNTHIA M SUBJECT: FW: OPS NOTE |
| **TREX-00102** | BP-HZN-BLY00094096 --- BP-HZN-BLY00094143 | 2/8/2011 | BOOTS & COOTS INCIDENT INVESTIGATION OF WELL MC252#1 - REVIEW OF 9-7/8" X 7" CASING NEGATIVE TEST |
| **TREX-00103** | BP-HZN-CEC020346 (BP-HZN-MBI00021427-29) --- | 05/07/10 | 05/07/2010 INTERVIEW OF GUILLOT, ANDERSON & WETHERBEE |
| **TREX-00119A** | BP-HZN-MBI00173371 --- | AUGUST, 2009 | AUGUST 2009 AUTHORIZATION FOR EXPENDITURE MEMO # GOM-SPU-FM-2009-S |
| **TREX-00119B** | BP-HZN-MBI00178400 --- | 01/27/10 | JANUARY 27, 2010 AUTHORIZATION FOR EXPENDITURE MEMO # GOM-SPU-AFE-2009-57 |
| **TREX-00119C** | BP-HZN-MBI00178405 --- | 03/22/10 | MARCH 22, 2010 SECOND SUPPLEMENTAL AUTHORIZATION FOR EXPENDITURE MEMO # GOM-SPU-FM-2009-57 |
| **TREX-00119E** | BP-HZN-MBI00126333 --- | 04/13/10 | 04/13/2010 EMAIL FROM BRIAN MOREL REGARDING "PRESSURE TO GET MACONDO FINISHED" |
| **TREX-00153** | BP-HZN BLY00124223 (BP-HZN BLY00124217-31) --- | 07/01/10 | BP INCIDENT INVESTIGATION TEAM - NOTES OF INTERVIEW WITH JOHN GUIDE |
| **TREX-00275** | BP-HZN-IIT-0008871 --- BP-HZN-IIT-0008930 | 09/01/09 | DEEPWATER HORIZON FOLLOW UP RIG AUDIT, MARINE ASSURANCE AUDIT AND OUT OF SERVICE PERIOD 2009 |

| TRIAL EX NO. | BATES RANGE | DATE | SUBJECT / DESCRIPTION |
|---|---|---|---|
| TREX-00759 | BP-HZN-CEC020334 (BP-HZN-2179MDL00321874-75) --- BP-HZN-CEC020361 | 04/27/10 | 04/27/2010 EMAIL FROM PAT O'BRYAN REGARDING BLADDER EFFECT |
| TREX-00765 | BP-HZN-MBI00195280 --- BP-HZN-MBI00195301 | | GDP 3.1-0001 |
| TREX-00785 | BP-HZN-2179MDL00650169 --- BP-HZN-2179MDL00650175 | | 2010 SPU OMS GAPS /ASSESSMENT |
| TREX-00860 | BP-HZN-2179MDL00333159 --- | | GULF OF MEXICO SPU OPERATING PLAN OMS HANDBOOK |
| TREX-00861 | --- | | FIGURE 2: BARRIERS AND ESCALATION CONTROLS |
| TREX-00866 | BP-HZN-2179MDL00333155 --- | | GOM SPU – OPERATING PLAN – OMS HANDBOOK |
| TREX-00869 | --- | | ALASKA DEPARTMENT OF ENVIRONMENTAL CONSERVATION: SITUATION REPORT |
| TREX-00870 | | | UNITED STATES DEPARTMENT OF LABOR NEWS RELEASE - US DEPARTMENT OF LABORS OSHA ISSUES RECORD BREAKING FINES TO BP |
| TREX-00889 | TRN-MDL00467823 --- TRN-MDL00467830 | 02/04/10 | EMAIL TO PAUL JOHNSON ON FEB. 4, 2010 WITH BONUS WORKSHEET ATTACHED |
| TREX-00929 | TRN-HCEC-00090493 - TRN-HCEC-00090685        TDD006-000505 - TDD006-000697 | 03/01/10 | CONSULTING SERVICES - LLOYD'S REGISTER EMEA - ABERDEEN ENERGY |
| TREX-00937 | TRN-MDL-00351151 --- | | TRANSOCEAN AUGUST AUDIT HS&E MANAGEMENT SYSTEM ASSESSMENT |
| TREX-01035 | BP-HZN-2179MDL00452101 --- | | EXCEL SPREADSHEET: DAILY & TOTAL DRILLING FLUID DISCHARGES, LOSSES & RECOVERING VOLUMES |
| TREX-01126 | BP-HZN-2179MDL00286815 - BP-HZN-2179MDL00286816 | | E-MAIL - FROM: SIMS, DAVID C  SENT: SUN MAR 14 04:53:00 2010 - SUBJECT: RE: CALL |
| TREX-01129 | BP-HZN-2179MDL00311590 --- | 04/15/10 | "ARE YOU GOING TO FIRE ME?" EMAIL FROM J GUIDE TO D SIMS OF 04/15/2010 |
| TREX-01136 | BP-HZN-2179MDL00025882 - BP-HZN-2179MDL00025884 | | E-MAIL - FROM: PAINE, KATE (QUADRIL ENERGY LT) SENT: FRI MAR 19 01:44:47 2010 - SUBJECT: RE: LESSON LEARNED - PLAN FORWARD: MACONDO |

| TRIAL EX NO. | BATES RANGE | DATE | SUBJECT / DESCRIPTION |
|---|---|---|---|
| TREX-01144 | BP-HZN-BLY00120105 --- BP-HZN-BLY00120106 | 04/17/10 | 4/17/10 EMAILS BETWEEN JOHN GUIDE & DAVID SIMS RE: LAST MINUTE CHANGES AND "FLYING BY THE SEAT OF OUR PANTS" AND QUESTIONS OF AUTHORITY /DANCING TO THE VILLAGE PEOPLE RESPONSE |
| TREX-01323 | BP-HZN-2179MDL00040392 --- BP-HZN-2179MDL00040396 | MARCH, 2010 | EMAIL & ATTACHMENT RE MARCH 8, 2010 KICK LESSONS LEARNED, PORE PRESSURE DETECTION THOUGHTS ETC. |
| TREX-01519.001 | --- | | FIGURE 16: GOM D&C APRIL 2010 |
| TREX-01671 | BP-HZN-2179MDL00655655 --- BP-HZN-2179MDL00655657 | | GREGORY WALTZ ANNUAL INDIVIDUAL PERFORMANCE ASSESSMENT |
| TREX-01685 | BP-HZN-BLY00068635 --- | 04/15/10 | 04/15/2010 EMAIL FROM GREGORY WALZ REGARDING ADDITIONAL CENTRALIZERS |
| TREX-01694 | BP-HZN-BLY00069434 --- | 04/17/10 | CONTINUATION OF 4/17/10 EMAILS BETWEEN JOHN GUIDE & DAVID SIMS RE: LAST MINUTE CHANGES AND "FLYING BY THE SEAT OF OUR PANTS" AND QUESTIONS OF AUTHORITY /DANCING TO THE VILLAGE PEOPLE RESPONSE |
| TREX-01709 | HAL-0028708 --- HAL-0028712 | 04/26/10 | 04/26/2010 EMAIL FROM JESSE GAGLIANO REGARDING THE 9 7/8" X 7" CEMENT LAB TEST BY HALLIBURTON |
| TREX-01734 | BP-HZN-2179MDL00407937 - BP-HZN-2179MDL00408004 | 06/05/08 | GP 48-50 - MAJOR ACCIDENT RISK (MAR) PROCESS: GROUP PRACTICE - BP GROUP ENGINEERING TECHNICAL PRACTICES |
| TREX-01736 | BP-HZN-BLY00204248 --- BP-HZN-BLY00204254 | 05/12/10 | GULF OF MEXICO SPU RISK MANAGEMENT SEEAC BRIEF |
| TREX-01741 | BP-HZN-2179MDL00412928 | | MACONDO PROJECT RISK REGISTER |
| TREX-01741.001 | --- | | FIGURE 10: EXCERPTS FROM RISK REGISTER EXCERPTS |
| TREX-01742 | BP-HZN-2179MDL00205082 - BP-HZN-2179MDL00205105 | 10/14/09 | GDP 4.4-0002 INCIDENT INVESTIGATION (14 OCTOBER 2009) |
| TREX-01984 | BP-HZN-2179MDL01308980 --- | | MURRY SEPULVADO'S 2009 ASSESSMENT |
| TREX-02288 | BP-HZN-CEC026501-519 --- BP-HZN-CEC026519 | 04/01/09 | 2009 PERFORMANCE FEST PRE-READ |

| TRIAL EX NO. | BATES RANGE | DATE | SUBJECT / DESCRIPTION |
|---|---|---|---|
| TREX-02370 | BP-HZN-2179MDL00256297 --- BP-HZN-2179MDL00256310 | | 5/1/10 EMAIL FROM XUEMEI LIU RE: MACONDO FINANCIAL MEMORANDUMS |
| TREX-02514 | BP-HZN-2179MDL01556392 --- BP-HZN-2179MDL01556403 | 06/14/09 | EMAILS RE OMS GAPS STATUS REPORTS & ATTACHMENTS ON CLOSEOUTS |
| TREX-02544 | BP-HZN-2179MDL01497550 --- | 07/01/05 | 2009 D&C TEAM BUILDING |
| TREX-02667 | BP-HZN-2179MDL01802532 --- | | EARL LEE'S 2009 ASSESSMENT |
| TREX-02681 | BP-HZN-2179MDL00333308 --- BP-HZN-2179MDL00333497 | | BEYOND THE BEST COMMON PRACTICE |
| TREX-02919 | BP-HZN-2179MDL01109076 - BP-HZN-2179MDL01109092 | 01/12/10 | BP - PROCESS SAFETY PLANNING 2010, 12 JAN 2010 |
| TREX-03298 | TRN-MDL-00494920 --- TRN-MDL-00495005 | MARCH, 2003 | EVALUATION OF SECONDARY INTERVENTION METHODS IN WELL CONTROL |
| TREX-03400 | TRN-MDL-00519065 --- TRN-MDL-00519127 | JANUARY, 2005 | DEEPWATER HORIZON TECHNICAL RIG AUDIT 2005 |
| TREX-03555 | BP-HZN-2179MDL00290720 --- BP-HZN-2179MDL00290724 | 03/21/10 | 03/21/2010 EMAIL FROM TONY EMMERSON REGARDING 2009 ANNUAL INDIVIDUAL PERFORMANCE ASSESSMENT OF ROBERT KALUZA WITH THE ASSESSMENT ATTACHED |
| TREX-03814 | | 08/18/03 | 8-18-03 MAJOR INCIDENT INVESTIGATION REPORT |
| TREX-03850 | BP-HZN-2179MDL02212519 --- | FEBUARY, 2010 | GROUP OPERATIONS RISK COMMITTEE MINUTES |
| TREX-03864 | BP-HZN-CEC083197 TO BP-HZN-CEC083250 | | BP HSE & OPERATIONS INTEGRITY REPORT, 4Q 2009 (QUARTERLY) DATA, WITH JANUARY 2010 COMMENTARY |
| TREX-03880 | BP-HZN-2179MDL01767997 --- BP-HZN-2179MDL01768012 | 08/13/09 | AUG. 13, 2009 EMAIL FROM JASPER PEIJS TO RUTH TAPLEY WITH OPERATIONS PERFORMANCE INSIGHTS FOR MID-YEAR 2009 ATTACHED |
| TREX-04235 | BP-HZN-2179MDL02406768 (BP-HZN-2179MDL02406767-68) --- | 04/20/09 | EMAIL FROM DAVID ANDREW RE: MANAGEMENT STRUCTURE AND CONTINUITY/ACCOUNTABILITY; MOTIVATION OF SPU'S |

| TRIAL EX NO. | BATES RANGE | DATE | SUBJECT / DESCRIPTION |
|---|---|---|---|
| TREX-04423 | BP-HZN-2179MDL03106206 - BP-HZN-2179MDL03106207 | | E-MAIL MICHAEL BYRD TO CURTIS JACKSON AND OTHERS, DATED NOVEMBER 14, 2001 |
| TREX-04455 | BP-HZN-2179MDL00367260 --- BP-HZN-2179MDL00367267 | | MARK E HAFLE ANNUAL INDIVIDUAL PERFORMANCE ASSESSMENT |
| TREX-06002 | --- | 04/28/08 | LEADING FROM THE TOP REF.: WWW.HSE.GOV.UK/LEADERSHIP/BPSTEVEFLYNN.PPT |
| TREX-06002.001 | --- | | FIGURE 7: EXCERPTS FROM BP POWERPOINT PRESENTATION |
| TREX-06006 | | 02/21/08 | UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF TEXAS, JUDGMENT IN A CRIMINAL CASE, UNITED STATES OF AMERICA V. BP PRODUCTS NORTH AMERICA, MARCH 13, 2009, ATTACHMENTS; 13 PAGES |
| TREX-06008 | | 10/24/07 | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA, UNITED STATES OF AMERICA V. BP EXPLORATION (ALASKA), INC. INFORMATION, JUDGMENT IN A CRIMINAL CASE; SEVEN PAGES |
| TREX-06010 | | 10/30/2007 | UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION, UNITED STATES OF AMERICA V. BP AMERICA, INC., DEFERRED PROSECUTION AGREEMENT, ATTACHMENTS; 70 PAGES |
| TREX-06011 | | 06/26/05 | EMERGENCY PLANNING: PREPAREDNESS, PREVENTION & RESPONSE BY CENTER FOR CHEMICAL PROCESS SAFETY, LESSONS FROM GRANGEMOUTH: A CASE HISTORY, BY MICHAEL BROADRIBB, ET AL.; 17 PAGES |
| TREX-06012 | | | MARCH 2007 U.S. CHEMICAL SAFETY AND HAZARD INVESTIGATION BOARD INVESTIGATION REPORT, REFINERY EXPLOSION AND FIRE, BP, TEXAS CITY, TEXAS, MARCH 23, 2005; 341 PAGES |
| TREX-06013 | | | MARCH 2007 BOOZ ALLEN HAMILTON MANAGEMENT SYSTEMS REVIEW, 2006 BPXA GPB OTL INCIDENTS, BP AMERICA INC. FINAL REPORT; 164 PAGES |
| TREX-06014 | --- | | THE GUARDIAN ARTICLE: "BP BOSS WARNS OF SHAKE-UP AFTER DREADFUL RESULTS" |
| TREX-06016 | --- | 04/16/09 | TONY HAYWARD PRESS RELEASE |
| TREX-06017 | --- | 04/15/10 | APRIL 15, 2010 PRESS RELEASE: BP ANNUAL GENERAL MEETING, SPEECHES, TONY HAYWARD |

| TRIAL EX NO. | BATES RANGE | DATE | SUBJECT / DESCRIPTION |
|---|---|---|---|
| TREX-06018 | BP-HZN-2179MDL00633307 --- | | 2010 DRILLING EXCELLENCE PLAN |
| TREX-06020 | BP-HZN-2179MDL00306832 --- BP-HZN-2179MDL00306837 | 08/01/09 | D&C HSSE ORGANIZATION CHANGE AUGUST '09 |
| TREX-06023 | --- | | BP SUSTAINABILITY REPORTING 2009: SAFETY: HTTP://WWW.BP.COM/LIVEASSETS/BP_INTERNET/GLOBALBP/STAGINGGLOBAL_ASSETS/E_S_ASSETS/E_S_ASSETS_2009/DOWNLOADS_PDFS/SAFETY.PDF |
| TREX-06025 | BP-HZN-2179MDL00650168 --- | | FROM 'BP PARTIES' DATABASE, SPU OMS GAPS POWERPOINT; EIGHT PAGES |
| TREX-06025.001 | --- | | FIGURE 8: EXCERPTS FROM GULF OF MEXICO GAP ASSESSMENT |
| TREX-06025.002 | --- | | FIGURE 9: EXCERPTS FROM GULF OF MEXICO GAP ASSESSMENT |
| TREX-06026 | | | FAILURE TO LEARN, THE BP TEXAS CITY REFINERY DISASTER, BY ANDREW HOPKINS; 200 PAGES |
| TREX-06027 | | | PRINTOUT FROM IWATCH NEWS, RENEGADE REFINER: OSHA SAYS BP "SYSTEMIC SAFETY PROBLEM," BY JIM MORRIS, M.B. BELL, MAY 17, 2010; THREE PAGES |
| TREX-06028 | | | PRINTOUT FROM OSHA WEBSITE, OSHA FACT SHEET, BP HISTORY FACT SHEET; TWO PAGES |
| TREX-06086 | BP-HZN-2179MDL01793819 - 1793840 | | JUNE 18, 2009 E-MAIL FROM KAL JASSAL TO HARRY THIERENS, SUBJECT: ATTACHMENTS, ATTACHING GULF OF MEXICO SPU, GOM D&C RISK MANAGEMENT, ASSESSMENT, RECOMMENDATIONS AND IMPLEMENTATION PLAN, MARKED CONFIDENTIAL |
| TREX-06166 | BP-HZN-MBI00050937 --- BP-HZN-MBI00051018 | JANUARY, 2008 | DEEPWATER HORIZON TECHNICAL RIG AUDIT 2008 |
| TREX-06168 | BP-HZN-2179MDL00209289 --- BP-HZN-2179MDL00209292 | SEPTEMBER, 2009 | EMAILS CONCERNING RIG CONDITION OF THE DEEPWATER HORIZON AND PARTNERS QUESTIONS |
| TREX-06247 | BP-HZN-2179MDL02004462 --- BP-HZN-2179MDL02004465 | 01/09/08 | SEEAC MEETING MINUTES |

| TRIAL EX NO. | BATES RANGE | DATE | SUBJECT / DESCRIPTION |
|---|---|---|---|
| TREX-06257 | BP-HZN-2179MDL00333196 --- | 11/03/08 | THE BP OPERATING MANAGEMENT SYSTEM FRAMEWORK : PART 1 AN OVERVIEW OF OMS |
| TREX-06262 | BP-HZN-BLY00188729 - 188920 | | FATAL ACCIDENT INVESTIGATION REPORT, ISOMERIZATION UNIT EXPLOSION FINAL REPORT, TEXAS CITY, TEXAS, USA, DATE OF INCIDENT: MARCH 23, 2005, DATE OF REPORT, DECEMBER 9, 2005, APPROVED FOR RELEASE BY J. MOGFORD, INVESTIGATION TEAM LEADER, MARKED AS CONFIDENTI |
| TREX-06294 | BP-HZN-2179MDL00346653 --- | | JOHN GUIDE'S 2009 ASSESSMENT |
| TREX-07062 | BP-HZN-2179MDL00344298 --- | 04/13/10 | GOM OVERVIEW FOR DOUG SUTTLES |
| TREX-07063 | BP-HZN-2179MDL01797934 --- | | IAN LITTLE'S 2009 ASSESSMENT |
| TREX-07099 | BP-HZN-2179MDL00346653 ---  BP-HZN-2179MDL00346657 | | JOHN GUIDE ANNUAL INDIVIDUAL PERFORMANCE ASSESSMENT |
| TREX-07172 | BP-HZN-BLY00151043 --- | | RISK MITIGATION PLAN |
| TREX-07179 | BP-HZN-2179ML00333155 --- BP-HZN-2179ML00333196 | | GULF OF MEXICO SPU OPERATING PLAN (OMS HANDBOOK) |
| TREX-20001 | | | EXPERT REPORT OF DRS BEA & GALE, INCLUDING APPENDICES |
| TREX-20001.001 | --- | | FIGURE 1: RISK MANAGEMENT GOAL (ALARP-AS LOW AS REASONABLY PRACTICABLE) |
| TREX-20001.002 | --- | | FIGURE 3: SAFETY PYRAMID |
| TREX-20001.003 | --- | | FIGURE 4: BP GROUP RISK MANAGEMENT ORGANIZATIONAL STRUCTURE |
| TREX-20001.004 | --- | | FIGURE 5: BP GROUP REPORTING LINE |
| TREX-20001.005 | --- | | FIGURE 6: EXPLORATION WELLS (IDENTIFIABLE RIGS) |
| TREX-20001.006 | --- | | CHART: MANAGEMENT FOCUS ON PROFITS AND COST CUTTING |

| TRIAL EX NO. | BATES RANGE | DATE | SUBJECT / DESCRIPTION |
|---|---|---|---|
| TREX-20001.007 | --- | | CHART: MANAGEMENT FOCUS ON PERSONAL SAFETY OVER PROCESS SAFETY |
| TREX-20001.008 | --- | | CHART: LACK OF OVERSIGHT BY MANAGEMENT |
| TREX-20001.009 | --- | | CHART: ORGANIZATIONAL STRUCTURE, REORGANIZATION, AND PERSONNEL SHUFFLING |
| TREX-20001.010 | --- | | CHART: BLINDNESS TO RISK |
| TREX-20001.011 | --- | | CHART: FAILED AUDITS |
| TREX-20001.012 | --- | | CHART: FAILED POLICIES AND PROCEDURES |
| TREX-20001.013 | --- | | CHART: INTEGRITY MANAGEMENT FAILURES |
| TREX-20001.014 | --- | | CHART: KEY DECISIONS AT MACONDO |
| TREX-20001.015 | --- | | FIGURE 11: GULF OF MEXICO CASH COSTS |
| TREX-20001.016 | --- | | FIGURE 12: GULF OF MEXICO PRODUCTION |
| TREX-20001.017 | --- | | FIGURE 13: EXPLORATION & PRODUCTION 2010 PLANNED CAPITAL EXPENDITURES |
| TREX-20001.018 | --- | | FIGURE 14: GULF OF MEXICO 2010 PLANNED CAPITAL EXPENDITURES |
| TREX-20001.019 | BP-HZN-2179MDL01821953 --- | | FIGURE 15: GOM D&C NOVEMBER 2009 |
| TREX-20001.020 | --- | | CHART: KEY DECISIONS AT MACONDO |

| TRIAL EX NO. | BATES RANGE | DATE | SUBJECT / DESCRIPTION |
|---|---|---|---|
| TREX-20001.021 | --- | | FIGURE 17: PRIORITY CODES AND CONDITIONS LEVELS FROM APRIL 2010 AUDIT |
| TREX-20001.022 | --- | | FIGURE 18: SHEARING CAPABILITIES WITH HYDROSTATIC PRESSURES CONSIDERED |
| TREX-20006 | | | UK HSE MAJOR INCIDENT INVESTIGATION REPORT (GRANGEMOUTH) |
| TREX-20032 | | 9/14/2011 | BUREAU OF OCEAN ENERGY MANAGEMENT, REGULATION AND ENFORCEMENT (BOEMRE)/U.S. COAST GUARD JOINT INVESTIGATION TEAM (JIT) FINAL INVESTIGATIVE REPORT |
| TREX-20290 | --- | | PROFESSOR BEA'S FULL CURRICULUM VITAE, ATTACHED AS APPENDIX A |
| TREX-20291 | --- | | DR. GALE'S FULL CURRICULUM VITAE, ATTACHED AS APPEDIX B |
| TREX-20292 | BP-HZN-2179MDL00010256 --- | | 3/12/10 EMAILS FROM JONATHAN BELLOW AND STAURT LACY RE MARCH 8, 2010 KICKS AND THE FLOW CHECK OF SANDS ABANDONED "FOR INCREASED PERFORMANCE" |
| TREX-20293 | BP-HZN-2179MDL00006076 --- | | 3/16/10 EMAIL FROM ROBERT BODEK RE: LESSONS LEARNED FROM MARCH 8, 2010 KICKS |
| TREX-20294 | --- | 05/03/04 | RECOMMENDED PRACTICE FOR DEVELOPMENT OF A SAFETY AND ENVIRONMENTAL MANAGEMENT PROGRAM FOR OFFSHORE OPERATIONS AND FACILITIES, API RECOMMENDED PRACTICE 75 |
| TREX-20295 | --- | 1994 | GUIDELINES FOR PREVENTING HUMAN ERROR IN PROCESS SAFETY, CENTER FOR CHEMICAL PROCESS SAFETY |
| TREX-20296 | --- | 1989 | GUIDELINES FOR CHEMICAL PROCESS QUANTITATIVE RISK ANALYSIS, CENTER FOR CHEMICAL PROCESS SAFETY |
| TREX-20297 | --- | | IN TOO DEEP |
| TREX-20298 | --- | 04/20/11 | BP-A YEAR OF CHANGE,  REF. HTTP://WWW.YOUTUBE.COM/WATCH?V=XC1U5-H1LBU. |
| TREX-20299 | BP-HZN-2179MDL01437553 --- | | GOM OVERVIEW FOR DOUG SUTTLES DATED APRIL 13, 2010 |
| TREX-20300 | BP-HZN-CEC028404-598 --- | 03/03/09 | BP STRATEGY PRESENTATION FROM LONDON |

| TRIAL EX NO. | BATES RANGE | DATE | SUBJECT / DESCRIPTION |
|---|---|---|---|
| TREX-20301 | BP-HZN-MBI19552 --- | | AFE SUMMARY FOR THE MACONDO WELL, OCTOBER 7, 2010: HTTP://WWW.DEEPWATERINVESTIGATION.COM/EXTERNAL/CONTENT/DOCUMENT/3043/914919/1/AFE%20SUMMARY%20FOR%20THE%20MACONDO%20WELL.PDF |
| TREX-20302 | BP-HZN-MBI192558 --- | | AFE SUMMARY FOR THE MACONDO WELL, OCTOBER 7, 2010: HTTP://WWW.DEEPWATERINVESTIGATION.COM/EXTERNAL/CONTENT/DOCUMENT/3043/914919/1/AFE%20SUMMARY%20FOR%20THE%20MACONDO%20WELL.PDF |
| TREX-20303 | BP-HZN-MBI192559 --- | | AFE SUMMARY FOR THE MACONDO WELL, OCTOBER 7, 2010: HTTP://WWW.DEEPWATERINVESTIGATION.COM/EXTERNAL/CONTENT/DOCUMENT/3043/914919/1/AFE%20SUMMARY%20FOR%20THE%20MACONDO%20WELL.PDF |
| TREX-20304 | --- | 10/07/10 | MBI HEARINGS EXHIBIT, AFE SUMMARY FOR THE MACONDO WELL: HTTP://WWW.DEEPWATERINVESTIGATION.COM/EXTERNAL/CONTENT/DOCUMENT/3043/914919/1/AFE%20SUMMARY%20FOR%20THE%20MACONDO%20WELL.PDF |
| TREX-20305 | BP-HZN-BLY 47298 --- | | BREAKDOWN OF BP COMPARABLE PROJECTS BY COST (MACONDO IN BOTTOM 10 PERCENTILE) (CITED FROM CHIEF COUNSEL'S REPORT, CHAPTER 5, CITE 194) |
| TREX-20306 | BP-HZN-MBI128953 --- | 04/19/10 | EMAIL FROM DIANNE CHMURA RE: MACONDO STATS |
| TREX-20307 | BP-HZN-MBI125958 --- | 04/12/10 | EMAIL FROM BRIAN MOREL TO DAVID SIMS RE: MACONDO SCHEDULE |
| TREX-20308 | --- | 2003 | "MANAGING RAPIDLY DEVELOPING CRISIS: REAL TIME PREVENTION OF SYSTEM ACCIDENTS," REPORT/PPT TO BP |
| TREX-20309 | --- | 2003 | "HUMAN & ORGANIZATIONAL FACTORS IN DESIGN AND OPERATION OF DEEPWATER STRUCTURES," REPORT/PPT TO BP |
| TREX-20310 | --- | | INTERNATIONAL SAFETY MANAGEMENT CODE (ISM CODE), INTERNATIONAL MARITIME ORGANIZATION, REF. HTTP://WWW.IMO.ORG/OURWORK/HUMANELEMENT/SAFETYMANAGEMENT/DOCUMENTS/ISMCODE_4MARCH2010_.PDF |
| TREX-20311 | --- | 2000 | PROCESS SAFETY MANAGEMENT REF. HTTP://WWW.OSHA.GOV/PUBLICATIONS/OSHA3132.PDF |
| TREX-20312 | --- | 2000 | PROCESS SAFETY MANAGEMENT, U.S. DEPARTMENT OF LABOR OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION OSHA 3132 |

| TRIAL EX NO. | BATES RANGE | DATE | SUBJECT / DESCRIPTION |
|---|---|---|---|
| TREX-20313 | --- | 01/01/90 | MANAGEMENT OF PROCESS HAZARDS, API RECOMMENDED PRACTICE 750 |
| TREX-20314 | --- |  | AMERICAN INSTITUTE OF CHEMICAL ENGINEERS GLOBAL CONGRESS ON PROCESS SAFETY; HTTP://WWW.AICHE.ORG/CONFERENCES/SPECIALTY/GCPS.ASPX. |
| TREX-20315 | --- | 07/01/74 | FLIXBOROUGH EXPLOSION (NYPROUK) ACCIDENT SUMMARY |
| TREX-20316 | --- | 09/28/08 | STATE OF LOUISIANA LOSS PREVENTION POLICY STATEMENT, GOVERNOR BOBBY JINDAL, HTTP://DOA.LOUISIANA.GOV/ORM/PDF/LP_POLICY_STATEMENT.PDF. |
| TREX-20317 | --- | 03/21/08 | U.S. CHEMICAL SAFETY BOARD'S VIDEO, "ANATOMY OF DISASTER," : HTTP://WWW.CSB.GOV/VIDEOROOM/DETAIL.ASPX?VID=16&F=0&CID=1&PG=1&F_ALL=Y . |
| TREX-20318 | --- |  | OIL & GAS WELL DRILLING AND SERVICING ETOOL ON OSHA WEBSITE: HTTP://WWW.OSHA.GOV/SLTC/ETOOLS/OILANDGAS/INDEX.HTML |
| TREX-20319 | --- |  | OIL & GAS WELL DRILLING, SERVICING AND STORAGE ON OSHA WEBSITE: HTTP://WWW.OSHA.GOV/SLTC/OILGASWELLDRILLING/INDEX.HTML |
| TREX-20320 | --- | 06/12/05 | RELIABILITY BASED DESIGN CRITERIA FOR COASTAL AND OCEAN STRUCTURES, THE INSTITUTION OF ENGINEERS, AUSTRALIA, BARTON ACT |
| TREX-20321 | --- | 04/01/10 | PROCESS SAFETY PERFORMANCE INDICATORS FOR THE REFINING AND PETROCHEMICAL INDUSTRIES, ANSI/API RECOMMENDED PRACTICE RP-754, FIRST EDITION |
| TREX-20322 | --- | 01/01/07 | THE REPORT OF THE BP U.S. REFINERIES INDEPENDENT SAFETY REVIEW PANEL ("THE BAKER PANEL REPORT"): HTTP://WWW.BP.COM/LIVEASSETS/BP_INTERNET/GLOBALBP/GLOBALBP_UK_ENGLISH/SP/STAGING/LOCAL_ASSETS/ASSETS/PDFS/BAKER_PANEL_REPORT.PDF |
| TREX-20323 | --- | 2008 | FAILURE TO LEARN: THE BP TEXAS CITY REFINERY DISASTER |
| TREX-20324 | --- |  | AMERICAN PETROLEUM INSTITUTE RE-ISSUED RP-752, MANAGEMENT OF HAZARDS ASSOCIATED WITH LOCATION OF PROCESS PLANT PERMANENT BUILDINGS |
| TREX-20325 | --- | 06/27/05 | "DESIGN FOR RELIABILITY: HUMAN AND ORGANIZATIONAL FACTORS," HANDBOOK OF OFFSHORE ENGINEERING. |
| TREX-20326 | --- |  | OIL RIG DISASTERS WEBSITE; SUMMARY OF IXTOC INCIDENT: HTTP://HOME.VERSATEL.NL/THE_SIMS/RIG/IXTOC1.HTM |

| TRIAL EX NO. | BATES RANGE | DATE | SUBJECT / DESCRIPTION |
|---|---|---|---|
| TREX-20327 | --- | | IXTOC OIL SPILL ASSESSMENT FINAL REPORT HTTP://INVERTEBRATES.SI.EDU/MMS/REPORTS/IXTOC_EXEC.PDF |
| TREX-20328 | --- | 03/19/82 | IXTOC OIL SPILL ASSESSMENT FINAL REPORT EXECUTIVE SUMMARY, PREPARED FOR BUREAU OF LAND MANAGEMENT CONTRACT NO. AA851-CTO-71, ERCO/ENERGY RESOURCES COMPANY, CAMBRIDGE, MA |
| TREX-20329 | --- | 06/27/05 | BUILDING PROCESS SAFETY CULTURE, TOOLS TO ENHANCE PROCESS SAFETY PERFORMANCE, CENTER FOR CHEMICAL PROCESS SAFETY, AMERICAN INSTITUTE OF CHEMICAL ENGINEERS, PIPER ALPHA CASE HISTORY |
| TREX-20330 | --- | | OIL RIG DISASTERS WEBSITE; SUMMARY OF ODYSSEY INCIDENT:HTTP://HOME.VERSATEL.NL/THE_SIMS/RIG/O-ODYSSEY.HTM |
| TREX-20331 | BP-HZN-2179MDL01808592 --- | 10/01/09 | EMAIL FROM KEVIN LACY RE: SAFETY LEADERSHIP |
| TREX-20332 | BP-HZN-2179MDL01334603 --- | 07/07/08 | BP GRP 3.1-0001, SELECTION OF HAZARD EVALUATION AND RISK ASSESSMENT TECHNIQUES , BP GROUP RECOMMENDED PRACTICE. |
| TREX-20333 | --- | 02/28/08 | MMS/USCG MOA: OCS-04, "FLOATING OFFSHORE FACILITIES": HTTP://WWW.USCG.MIL/HQ/CG5/CG522/CG5222/DOCS/MOU/FLOATING_OFFSHORE_FACILITIES.PDF |
| TREX-20334 | --- | 06/25/05 | EXPLORATION & PRODUCTION: THE OIL & GAS REVIEW. |
| TREX-20335 | --- | | ENVIRONMENTAL STANDARDS FOR OFFSHORE DRILLING, INTERNATIONAL ASSOCIATION OF DRILLING CONTRACTORS (IADC) |
| TREX-20336 | --- | 06/22/05 | "RISK BASED LIFE-CYCLE ENGINEERING OF PIPELINE SYSTEMS: HUMAN AND ORGANIZATIONAL FACTORS." |
| TREX-20337 | BP-HZN-2179MDL00333192 --- | | BP BOARD OF DIRECTORS OVERSIGHT |
| TREX-20338 | --- | | SEEAC ROLE AND STRUCTURE (WWW.BP.COM). |
| TREX-20339 | --- | 06/29/05 | BP SUSTAINABILITY REPORT 2007 |
| TREX-20340 | --- | 01/01/11 | "RISK ASSESSMENT AND MANAGEMENT: CHALLENGES OF THE MACONDO WELL BLOWOUT DISASTER," DEEPWATER HORIZON STUDY GROUP WORKING PAPER |

| TRIAL EX NO. | BATES RANGE | DATE | SUBJECT / DESCRIPTION |
|---|---|---|---|
| TREX-20341 | --- | | HEALTH AND SAFETY EXECUTIVE WEBSITE, HTTP://WWW.HSE.GOV.UK/RISK/THEORY/ALARP2.HTM |
| TREX-20342 | --- | 06/22/05 | LEGAL FRAMEWORK CONSIDERATIONS IN THE DEVELOPMENT OF RISK ACCEPTANCE CRITERIA |
| TREX-20343 | --- | MAY, 2003 | ASSESSING COMPLIANCE WITH THE LAW IN INDIVIDUAL CASES AND THE USE OF GOOD PRACTICE: HTTP://WWW.HSE.GOV.UK/RISK/THEORY/ALARP2.HTM |
| TREX-20344 | BP-HZN-2179MDL00407947 --- | 06/01/08 | MAJOR ACCIDENT RISK (MAR) PROCESS, BP GROUP ENGINEERING TECHNICAL PRACTICES, GP 48-50 |
| TREX-20345 | BP-HZN-2179MDL01464761 (BP-HZN-2179MDL01464760-62) --- | 01/16/11 | HOW WE MANAGE RISK IN GWO - BRIEFING PAPER FOR SEEAC |
| TREX-20346 | --- | | BOARD, SEEAC, OR GORC MINUTES PRIOR TO APRIL 20, 2010. |
| TREX-20347 | BP-HZN-2179MDL00407937 --- BP-HZN-2179MDL00408004 | 06/05/08 | GP 48-50  MAJOR ACCIDENT RISK (MAR) PROCESS |
| TREX-20348 | BP-HZN-2179MDL00407938 --- | 06/05/08 | SEGMENT OF GP 48-50  MAJOR ACCIDENT RISK (MAR) PROCESS |
| TREX-20349 | BP-HZN-2179MDL00407948 --- BP-HZN-2179MDL00407949 | 06/05/08 | SEGMENT OF GP 48-50  MAJOR ACCIDENT RISK (MAR) PROCESS |
| TREX-20350 | --- | | SUMMARY OF BP DEEPWATER DRILLING ACTIVITY IN GOM, ATTACHED AS APPENDIX "C" |
| TREX-20351 | --- | 08/26/10 | USCG/BOEM MARINE BOARD OF INVESTIGATION INTO THE MARINE CASUALTY, EXPLOSION, FIRE, POLLUTION, AND SINKING OF MOBILE OFFSHORE DRILLING UNIT DEEPWATER HORIZON, WITH LOSS OF LIFE IN THE GULF OF MEXICO: HTTP://WWW.C-SPANVIDEO.ORG/PROGRAM/295196-102 |
| TREX-20352 | --- | 02/03/09 | BP PRESS RELEASE |
| TREX-20353 | --- | 01/01/11 | "LOOKING BACK AND FORWARD: COULD SAFETY INDICATORS HAVE GIVEN EARLY WARNINGS ABOUT THE DEEPWATER HORIZON ACCIDENT?" DEEPWATER HORIZON STUDY GROUP WORKING PAPER |
| TREX-20354 | --- | 06/15/05 | MARSH & MCLENNAN PROTECTION CONSULTANTS (M&M PC), LARGE PROPERTY DAMAGE LOSSES IN THE HYDROCARBON-CHEMICAL INDUSTRIES |

| TRIAL EX NO. | BATES RANGE | DATE | SUBJECT / DESCRIPTION |
|---|---|---|---|
| **TREX-20355** | --- | | ONLINE INFLATION CALCULATOR: HTTP://INFLATIONDATA.COM/INFLATION/INFLATION_CALCULATORS/INFLATION_CALCULATOR.ASP#CALCRESULTS |
| **TREX-20356** | --- | 03/20/07 | U.S. CHEMICAL SAFETY BOARD NEWS RELEASE, "U.S. CHEMICAL SAFETY BOARD CONCLUDES "ORGANIZATIONAL AND SAFETY DEFICIENCIES AT ALL LEVELS OF THE BP CORPORATION" CAUSED MARCH 2005 TEXAS CITY DISASTER THAT KILLED 15, INJURED 180," |
| **TREX-20357** | --- | 07/02/10 | BLAST AT BP TEXAS REFINERY IN 2005 FORESHADOWED GULF DISASTER, RYAN KNUTSON, PROPUBLICA: HTTP://WWW.PROPUBLICA.ORG/ARTICLE/BLAST-AT-BP-TEXAS-REFINERY-IN-05-FORESHADOWED-GULF-DISASTER |
| **TREX-20358** | --- | 08/12/10 | BP TO PAY RECORD FINE FOR REFINERY: HTTP://WWW.NYTIMES.COM/2010/08/13/BUSINESS/13BP.HTML |
| **TREX-20359** | --- | 01/01/07 | THE REPORT OF THE BP U.S. REFINERIES INDEPENDENT SAFETY REVIEW PANEL |
| **TREX-20360** | BPISOM00122318 --- | 01/21/05 | BP TEXAS CITY SITE REPORT OF FINDINGS, TEXAS CITY'S PROTECTION PERFORMANCE, BEHAVIORS, CULTURE, MANAGEMENT, AND LEADERSHIP |
| **TREX-20361** | --- | 05/01/07 | WORKING PAPER 53: THINKING ABOUT PROCESS SAFETY INDICATORS |
| **TREX-20362** | --- | 01/01/94 | GUIDELINES FOR PREVENTING HUMAN ERROR IN PROCESS SAFETY, CENTER FOR CHEMICAL PROCESS SAFETY |
| **TREX-20363** | --- | 01/01/89 | GUIDELINES FOR CHEMICAL PROCESS QUANTITATIVE RISK ANALYSIS, CENTER FOR CHEMICAL PROCESS SAFETY |
| **TREX-20364** | --- | 08/08/06 | ALASKAN OIL PIPELINE LEAK RAISES ENVIRONMENTAL CONCERN |
| **TREX-20365** | --- | 08/17/05 | BP TO APPOINT INDEPENDENT PANEL TO REVIEW U.S. REFINERY SAFETY, BP PRESS RELEASE |
| **TREX-20366** | --- | 01/16/07 | STATEMENTS BY JOHN BROWNE, BAKER PANEL CONFERENCE CALL |
| **TREX-20367** | --- | 2008, ISSUE 1 | AN AUDIENCE WITH . . . TONY HAYWARD |
| **TREX-20368** | --- | 2006, ISSUE 3 | INTERVIEW WITH JOHN MOGFORD |

| TRIAL EX NO. | BATES RANGE | DATE | SUBJECT / DESCRIPTION |
|---|---|---|---|
| **TREX-20369** | --- | 2006, ISSUE 3 | SAFETY: THE NUMBER ONE PRIORITY |
| **TREX-20370** | --- | 2009, ISSUE 3 | STRUCTURED FOR SUCCESS |
| **TREX-20371** | BP-HZN-2179MDL02349045 (BP-HZN-2179MDL02329045) --- | | LETTER FROM JOHN MINGE TO SENATOR LISA MUKOWSKI |
| **TREX-20372** | --- | 07/18/11 | METHANOL SPILL REPORTED AT BP ALASKA OIL FIELD, ASSOCIATED PRESS, HTTP://FINANCE.YAHOO.COM/NEWS/METHANOL-SPILL-REPORTED-AT-BP-APF-3575308898.HTML?X=0 |
| **TREX-20373** | --- | 01/01/10 | RISK INDICATORS FOR MAJOR HAZARDS ON OFFSHORE INSTALLATIONS. SAFETY SCIENCE |
| **TREX-20374** | --- | 01/01/06 | DEVELOPING PROCESS SAFETY INDICATORS, HSG254, UK HEALTH AND SAFETY EXECUTIVE |
| **TREX-20375** | BP-HZN-2179MDL00980469 --- | | 2010 CAPEX FROM 2009 PERFORMANCE & 2010 PLAN |
| **TREX-20376** | BP-HZN-2179MDL01844732 --- | 11/05/09 | WELLSITE LEADER RANKING SPREADSHEET |
| **TREX-20377** | --- | 03/28/11 | LETTER FROM HARIKLIA KARIS TO STEPHEN HERMAN AND JAMES ROY. |
| **TREX-20378** | BP-HZN-2179MDL01844732 --- | | GOM DW WSL 2009 RANKING |
| **TREX-20379** | BP-HZN-2179MDL01582699 --- | | MACONDO DIMS REPORT |
| **TREX-20380** | BP-HZN-CEC022690 --- | 04/15/10 | APRIL 15, 2010 EMAIL FROM BRIAN MOREL RE OPTICEM REPORT |
| **TREX-20381** | SLB-EC-000909 --- | | RE: NOT RUNNING CEMENT BOND LOG SAVED $118,093.34, SCHLUMBERGER ESTIMATED V. ACTUAL COST |
| **TREX-20382** | BP-HZN-BLY00098875 --- BP-HZN-BLY00098876 | | SPACER SLIDE PACKET WITH DETAILED NOTES |
| **TREX-20383** | BP-HZN-2179MDL02534871 --- BP-HZN-2179MDL02534875 | 03/09/10 | MARCH 9, 2010 EMAIL FROM STEVE GULLION TO MERRICK KELLEY RE MACONDO LOCK DOWN SLEEVE |
| **TREX-20384** | BP-HZN-BLY00246658 --- | | BP DRILLING & COMPLETIONS MOC INITIATE & REVIEW OF 4/15/10 BY ERIC MUELLER |

| TRIAL EX NO. | BATES RANGE | DATE | SUBJECT / DESCRIPTION |
|---|---|---|---|
| TREX-20385 | BP-HZN-BLY00116657 --- | 05/20/10 | MAY 20, 2010 EMAIL FROM KIM TEWELEIT REGARDING TEST RAMS MOC TASKS |
| TREX-20386 | BP-HZN-BLY00125441 (BP-HZN-BLY00125436-46) --- | | NOTES FROM DAVID SIMS BLY INVESTIGATION INTERVIEW: ACCOUNTABILITY WAS "NOT VERY CLEAR" AND IT WAS "MORE LIKE WE ARE ALL ACCOUNTABLE." |
| TREX-20387 | BP-HZN-CEC021533 --- | 3/21/10 & 3/22/10 | 03/21/2010 EMAIL FROM PATRICK O'BRYAN REGARDING 03/22/2010 D&C LT SESSION - CURRENT STATE OF OPERATIONS DISCUSSION |
| TREX-20388 | BP-HZN-2179MDL01844732 --- | | GOM DW WSL 2009 RANKING |
| TREX-20389 | BP-HZN-MBI00126180 --- BP-HZN-MBI00126200 | 04/12/10 | 04/12/2010 EMAIL FROM BRIAN MOREL REGARDING MACONDO DRILLING PRODUCTION INTERVAL BP01 |
| TREX-20390 | BP-HZN-MBI00127531 --- | 04/14/10 | 04/14/2010 EMAIL FROM BRIAN MOREL REGARDING FORWARD OPS |
| TREX-20391 | BP-HZN-MBI00126924 --- | 04/14/10 | 04/14/2010 EMAIL FROM BRIAN MOREL REGARDING FORWARD OPS |
| TREX-20392 | --- | 08/02/11 | MACONDO WELL EVALUATION OF 60% FOAM QUALITY FOAM STABILITY TESTING, OILFIELD TESTING & CONSULTING |
| TREX-20393 | --- | 10/28/10 | LETTER FROM BARTLITT TO NATIONAL COMMISSION |
| TREX-20394 | TRN-MDL-00027625 (TRN-MDL-01394556-57) --- | 10/11/04 | TEST RAM "CONVERSION WILL REDUCE THE BUILT IN REDUNDANCY OF THE BOP, THEREBY POTENTIALLY INCREASING CONTRACTOR'S RISK PROFILE . . ." |
| TREX-20395 | BP-HZN-BLY00116657 --- | MAY, 2010; DECEMBER, 2004 | EMAILS RE: MOC FOR DWH BOP TEST RAM |
| TREX-20396 | BP-HZN-CEC044076 --- BP-HZN-CEC044136 | 01/01/04 | SHEAR RAM CAPABILITIES STUDY, WEST ENGINEERING SERVICES |
| TREX-20397 | --- | 01/01/02 | MINI SHEAR STUDY, WEST ENGINEERING SERVICES INC. |
| TREX-20398 | --- | | 30 C.F.R. § 250.107. |
| TREX-20399 | --- | | 30 C.F.R. § 250.416. |
| TREX-20400 | BP-HZN-2179MDL00272834 --- BP-HZN-2179MDL00272841 | 03/08/10 | PERSONNEL ON-BOARD DWH AS OF MARCH 8, 2010 |

| TRIAL EX NO. | BATES RANGE | DATE | SUBJECT / DESCRIPTION |
|---|---|---|---|
| TREX-20401 | BP-HZN-2179MDL00273144 --- BP-HZN-2179MDL00273150 | 04/20/10 | PERSONNEL ON-BOARD DWH AS OF APRIL 20, 2010 |
| TREX-20402 | --- | | SUMMARY OF BP FINANCIAL INFORMATION, ATTACHED AS APPENDIX D |
| TREX-20403 | --- | 00/00/2005 | ORGANIZATIONAL FACTORS PRESENTATION |
| TREX-20404 | --- | 00/00/2005 | IMPLEMENTATION |
| TREX-20405 | --- | | IMPLEMENTATION OF HIGH RELIABILITY ORGANIZATION (HRO) DEVELOPMENTS IN BP/AMOCO OPERATIONS |
| TREX-20406 | --- | | WHAT IS AN HRO? |
| TREX-20407 | --- | | IMPLEMENTATION OF HIGH RELIABILITY ORGANIZATION DEVELOPMENTS IN BP OPERATIONS GVP DISCUSSION DETAILS |
| TREX-20408 | --- | 09/00/2001 | NORTH SEA JOINT INDUSTRY REPORT - MINIMUM STRUCTURES - BP AMOCO SPONSOR - AM3681 FINAL REPORT |
| TREX-20409 | --- | 08/00/2000 | OPERATIONS VALUE PROCESS ASSESSMENT |
| TREX-20410 | --- | | 'MEASURING' HIGH RELIABILITY ORGANIZATION (HRO) DEVELOPMENTS IN OPERATIONS WITH QMAS (QUALITY MANAGEMENT ASSESSMENT SYSTEM) |
| TREX-20411 | --- | | SHELL WAY AND BP WAY |
| TREX-20412 | --- | | THEN AND NOW PRESENTATION-TULANE |
| TREX-20412 | --- | 2007 | CENTER FOR CHEMICAL PROCESS SAFETY, GUIDELINES FOR RISK BASED PROCESS SAFETY (2007) |
| TREX-20413 | --- | 2005 | CENTER FOR CHEMICAL PROCESS SAFETY, ESSENTIAL ELEMENTS FOR A SOUND SAFETY CULTURE (2005) |
| TREX-20414 | --- | 2008 | CENTER FOR CHEMICAL PROCESS SAFETY, GUIDELINES FOR HAZARD EVALUATION PROCEDURES (3D 2008) |
| TREX-20415 | --- | 1994 | CENTER FOR CHEMICAL PROCESS SAFETY, GUIDELINES FOR IMPLEMENTING PROCESS SAFETY MANAGEMENT SYSTEMS (1994) |

| TRIAL EX NO. | BATES RANGE | DATE | SUBJECT / DESCRIPTION |
|---|---|---|---|
| TREX-20416 | --- | 1992 | CENTER FOR CHEMICAL PROCESS SAFETY, GUIDELINES FOR INVESTIGATING CHEMICAL PROCESS INCIDENTS (1992) |
| TREX-20417 | --- | 1989 | CENTER FOR CHEMICAL PROCESS SAFETY, TECHNICAL MANAGEMENT OF CHEMICAL PROCESS SAFETY (1989); |
| TREX-20418 | --- | 1985 | CENTER FOR CHEMICAL PROCESS SAFETY, GUIDELINES FOR HAZARD EVALUATION PROCEDURES (1985) |
| TREX-20419 | --- | 2009 | ENERGY INSTITUTE, HIGH PRESSURE/HIGH TEMPERATURE WELL PLANNING (2009 |
| TREX-20420 | --- | 1999 | UNITED KINGDOM OFFSHORE OPERATORS ASSOCIATION, GUIDELINES ON A FRAMEWORK FOR A RISK RELATED DECISION SUPPORT (1999). |
| TREX-20421 | --- | 2009 | UNITED STATES MINERALS MANAGEMENT SERVICE/BUREAU OF ENERGY MANAGEMENT REGULATION AND ENFORCEMENT: CODE OF FEDERAL REGULATIONS 30 CFR PART 250 LESSEE OIL AND GAS AND SULPHUR OPERATIONS ON THE OUTER CONTINENTAL SHELF (2009) |
| TREX-20422 | --- |  | UNITED STATES COAST GUARD: 33 CFR SUBCHAPTER N, OUTER CONTINENTAL SHELF ACTIVITIES, PARTS 140-147 AND 46 CFR, SHIPPING |
| TREX-20423 | --- |  | CANADIAN DEPARTMENT OF JUSTICE AND THE CANADIAN STANDARDS ASSOCIATION: CANADA OIL AND GAS INSTALLATIONS REGULATIONS – CANADA OIL AND GAS OPERATIONS ACT, SOR/96-118, AND CANADA OIL AND GAS DRILLING AND PRODUCTION REGULATIONS (SOR/2009-315); |
| TREX-20424 | --- | 2010 | NORWEGIAN PETROLEUM SAFETY AUTHORITY: REGULATIONS RELATING TO HEALTH, SAFETY, AND THE ENVIRONMENT IN THE PETROLEUM ACTIVITIES AND AT CERTAIN ONSHORE FACILITIES (THE FRAMEWORK REGULATIONS) (2010) |
| TREX-20425 | --- | 2005 | HEALTH AND SAFETY EXECUTIVE-UNITED KINGDOM: OFFSHORE INSTALLATIONS (SAFETY CASE) REGULATIONS 2005 |
| TREX-20426 | --- | 2001 | PROFESSOR BEA DELIVERED SPEECHES, POWER POINT PRESENTATIONS, AND ARTICLES DISCUSSING PROCESS SAFETY PRINCIPLES TO BP MANAGEMENT |
| TREX-20427 | --- | 2003 | PROFESSOR BEA DELIVERED SPEECHES, POWER POINT PRESENTATIONS, AND ARTICLES DISCUSSING PROCESS SAFETY PRINCIPLES TO BP MANAGEMENT |

| TRIAL EX NO. | BATES RANGE | DATE | SUBJECT / DESCRIPTION |
|---|---|---|---|
| **TREX-20428** | --- | 2005 | PROFESSOR BEA DELIVERED SPEECHES, POWER POINT PRESENTATIONS, AND ARTICLES DISCUSSING PROCESS SAFETY PRINCIPLES TO BP MANAGEMENT |
| **TREX-20429** | --- | 2001 | HRO IMPLEMENTATION - BEA TO BP - OCT 2001 |
| **TREX-20430** | --- | 2001 | OPERATIONAL EXCELLENCE - HIGH RELIABILITY ORGANIZATIONS |
| **TREX-20431** | --- | 2010 | OPERATIONS EXCELLENCE CROSS-STREAM COLLABORATION MODEL |
| **TREX-20432** | --- | 2001 | COMPARATIVE EVALUATION OF MINIMUM STRUCTURES AND JACKETS |
| **TREX-20433** | --- | 2009 | REGIONAL OIL SPILL RESPONSE PLAN |