# MDL2179 PSC
# PRITCHARD RELIANCE EXHIBITS

| TRIAL EX NO. | BATES RANGE | DATE | SUBJECT / DESCRIPTION |
|---|---|---|---|
| TREX-00001 | | 8-SEP-10 | BLY DEEPWATER HORIZON ACCIDENT INVESTIGATION REPORT |
| TREX-00080 | | | 80 |
| TREX-00081 | | | 81 |
| TREX-00082 | | | 82 |
| TREX-00083 | | | 83 |
| TREX-00084 | | | 84 |
| TREX-00085 | | | 85 |
| TREX-00086 | | | 86 |
| TREX-00087 | | | 87 |
| TREX-00088 | MODUSI-01-0-000001 --- MODUSI-01-0-000345 | APRIL, 2010 | MODUSPEC RIG CONDITION ASSESSMENT OF THE DWH |
| TREX-00089 | | | 89 |
| TREX-00090 | | | 90 |
| TREX-00215 | | 2/14/2011 | GP 10-10 - WELL CONTROL: GROUP PRACTICE - BP GROUP ENGINEERING TECHNICAL PRACTICES |
| TREX-00291 | | 2/18/2011 | MC 25 2#1 MACONDO PROSPECT: DRILLING PROGRAM, JANUARY 2010, FINAL |
| TREX-00570 | | 3/11/2011 | FORM MMS-124 - ELECTRONIC VERSION: APPLICATION FOR PERMIT TO MODIFY |
| TREX-00760 | | | 760 |
| TREX-00862 | | | 862 |
| TREX-00863 | | | 863 |

| TRIAL EX NO. | BATES RANGE | DATE | SUBJECT / DESCRIPTION |
|---|---|---|---|
| TREX-00866 | BP-HZN-2179MDL00333155 --- | | GOM SPU – OPERATING PLAN – OMS HANDBOOK |
| TREX-00902 | | | 902 |
| TREX-01048 | | | 1048 |
| TREX-01070 | BP-HZN-2179MDL00044180 - BP-HZN-2179MDL00044182 | | E-MAIL - FROM: BELLOW, JONATHAN M SENT: MON MAR 15 14:29:57 2010 - SUBJECT: FW: SOME THOUGHTS AND HELP REQUESTED, PP DETECTION, MACANDO |
| TREX-01087 | BP-HZN-2179MDL00011147 - BP-HZN-2179MDL00011149 | 4/11/2011 | E-MAIL - FROM: BODEK, ROBERT SENT: SAT MAR 27  02:30:19 2010 - SUBJECT: RE: KIRA TUSHMAN - MACONDO OPS VISIT |
| TREX-01095 | | | 1095 |
| TREX-01134 | | 4/7/2011 | DRILLING & COMPLETIONS MOC INITIATE (DATE INITIATED 4/15/2010) |
| TREX-01204 | | | 1204 |
| TREX-01220 | | | 1220 |
| TREX-01246 | | | 1246 |
| TREX-01312 | | | 1312 |
| TREX-01403 | | | 1403 |
| TREX-01405 | | | 1405 |
| TREX-01515 | | | 1515 |
| TREX-01532 | | | 1532 |
| TREX-01533 | | | 1533 |
| TREX-01568 | | | 1568 |
| TREX-01575 | | | 1575 |
| TREX-01869 | | 5/3/2011 | APPLICATION FOR REVISED NEW WELL |
| TREX-02283 | | | 2283 |

| TRIAL EX NO. | BATES RANGE | DATE | SUBJECT / DESCRIPTION |
|---|---|---|---|
| TREX-02386 | | | 2386 |
| TREX-02888A | | | 2888A |
| TREX-02915 | | | 2915 |
| TREX-02917 | BP-HZN-IIT-0001177 - BP-HZN-0001288    BP-HZN-2179MDL00057261 - BP-HZN-2179MDL00057372 | | DRILLING AND WELL OPERATIONS PRACTICE - E&P DEFINED OPERATING PRACTICE |
| TREX-03254 | | | 3254 |
| TREX-03375 | BP-HZN-BLY00140873-910 | 5/25/2010 | BP TECHNICAL MEMORANDUM - POST WELL SUBSURFACE DESCRIPTION OF MACONDO WELL (MC 252) |
| TREX-03497 | | 7/7/2011 | COLOR CHART ENTITLED "MACONDO HISTORY OF LOST RETURNS," ONE PAGE |
| TREX-03498 | | 7/7/2011 | COLOR CHART ENTITLED "MACONDO HISTORY OF KICKS," ONE PAGE |
| TREX-03714 | | | 3714 |
| TREX-03995 | | | 3995 |
| TREX-04093 | | | 4093 |
| TREX-04149 | | | 4149 |
| TREX-04153 | | | 4153 |
| TREX-04156 | | | 4156 |
| TREX-04160 | | | 4160 |
| TREX-04199 | | | 4199 |
| TREX-04509 | | | 4509 |
| TREX-06254 | BP-HZN-2179MDL02340758 | | REDACTED DOCUMENT TITLED BP GOVERNANCE ISSUES, 21 JUNE 2010, MARKED AS HIGHLY CONFIDENTIAL |

| TRIAL EX NO. | BATES RANGE | DATE | SUBJECT / DESCRIPTION |
|---|---|---|---|
| TREX-06271 | BP-HZN-2179MDL00273856 - 273877 | 6/28/2011 | BP GROUP DEFINED OPERATING PRACTICE, ASSESSMENT, PRIORITIZATION AND MANAGEMENT OF RISK.  DOCUMENT NO. GDP3.1-0001, IMPLEMENTATION DRAFT, MARKED AS CONFIDENTIAL |
| TREX-20002 | | | EXPERT REPORT OF PRITCHARD |
| TREX-20002.001 | | | FIGURE 1: THE HOLISTIC "TRIGGERING" FAILURES OF THE MACONDO CATASTROPHE (PRITCHARD REP. PG. 30) |
| TREX-20002.002 | | | FIGURE 2: MTTF FOR CLASS VII BOPS (PRITCHARD REP. PG. 33) |
| TREX-20002.003 | | | FIGURE 3: INDUSTRY PERSONAL SAFETY RECORD: 1968-2007 (PRITCHARD REP. PG. 33) |
| TREX-20002.004 | | | FIGURE 4: ORIGINAL MACONDO OVERBURDEN PREDICTION: SHALLOW RAPID GROWTH OF FRACTURE GRADIENT  (PRITCHARD REP. PG. 36) |
| TREX-20002.005 | | | FIGURE 5: HURST'S GRAPH OF TYPICAL LEAK-OFF CRITERIA (PRITCHARD REP. PG. 37) |
| TREX-20002.006 | | | FIGURE 6: DEPICTION OF HURST LEAKOFF PRESSURE (LOP) (PRITCHARD REP. PG. 38) |
| TREX-20002.007 | | | FIGURE 7: AREA OF PROBLEMATIC LEAK-OFF PRESSURES IN THE GOLDEN ZONE (PRITCHARD REP. PG. 39) |
| TREX-20002.008 | | | FIGURE 8: ECD LIMITS NOT TO EXCEED 9.6 PPG IN 22-INCH INTERVAL  (PRITCHARD REP. PG. 41) |
| TREX-20002.009 | | | FIGURE 9: MARIANAS APD RIG INFORMATION  (PRITCHARD REP. PG. 44) |
| TREX-20002.010 | | | FIGURE 10: ORIGINAL PP/FG FILED WITH THE MMS  (PRITCHARD REP. PG. 45) |
| TREX-20002.011 | | | FIGURE 11: BP INTERNAL PRELIMINARY MACONDO WELL SCHEMATIC  (PRITCHARD REP. PG. 46) |
| TREX-20002.012 | | | FIGURE 12: ORIGINAL SCHEMATIC FILED WITH THE MMS  (PRITCHARD REP. PG. 47) |

| TRIAL EX NO. | BATES RANGE | DATE | SUBJECT / DESCRIPTION |
|---|---|---|---|
| TREX-20002.013 | | | FIGURE 13: 22-INCH CASING TEST INFORMATION  (PRITCHARD REP. PG. 48) |
| TREX-20002.014 | | | FIGURE 14: EXECUTIVE SUMMARY AND TABLE FROM MISSISSIPPI CANYON 252, NO. 1 (MACONDO) BOD REVIEW  (PRITCHARD REP. PG. 51) |
| TREX-20002.015 | | | FIGURE 15: MOREY VS. APD 16-INCH DEPTH DISCREPANCIES  (PRITCHARD REP. PG. 52) |
| TREX-20002.016 | | | FIGURE 16: 22-INCH EXAMPLE:  ORIGINAL 16-INCH APD PREDICTED SHOE DEPTH EXPOSURE: 12,600 FT (PRITCHARD REP. PG. 53) |
| TREX-20002.017 | | | FIGURE 17: 28-INCH CASING LANDING HOOKLOAD  (PRITCHARD REP. PG. 54) |
| TREX-20002.018 | | | FIGURE 18: 22-INCH CASING LANDING HOOKLOAD  (PRITCHARD REP. PG. 55) |
| TREX-20002.019 | | | FIGURE 19: 18-INCH LANDING HOOKLOAD  (PRITCHARD REP. PG. 59) |
| TREX-20002.020 | | | FIGURE 20: 16-INCH LANDING HOOKLOAD  (PRITCHARD REP. PG. 61) |
| TREX-20002.021 | | | FIGURE 21: APD FOR 18-INCH SHORT SET  (PRITCHARD REP. PG. 62) |
| TREX-20002.022 | | | FIGURE 22: CASING SPECIFICATIONS FOR 18-INCH, 16-INCH, 13-5/8-INCH  (PRITCHARD REP. PG. 64) |
| TREX-20002.023 | | | FIGURE 23: APD SUMMARY REVISIONS FOR NEW RIG: DEEPWATER HORIZON (PRITCHARD REP. PG. 65) |
| TREX-20002.024 | | | FIGURE 24: REVISED APD CASING SPECIFICATIONS FOR THE DEEPWATER HORIZON STARTUP  (PRITCHARD REP. PG. 66) |
| TREX-20002.025 | | | FIGURE 25: REVISED PP/FG FOR APD REVISION FOR THE TRANSOCEAN DEEPWATER HORIZON  (PRITCHARD REP. PG. 67) |
| TREX-20002.026 | | | FIGURE 26: PORTION OF REVISED APD FILING FOR NEW CASING PROGRAM (PRITCHARD REP. PG. 68) |

| TRIAL EX NO. | BATES RANGE | DATE | SUBJECT / DESCRIPTION |
|---|---|---|---|
| TREX-20002.027 | | | FIGURE 27: APD REVISIONS FOR DATA CORRECTION DEEPWATER HORIZON STARTUP (PRITCHARD REP. PG. 69) |
| TREX-20002.028 | | | FIGURE 28: APD REVISIONS FOR SIDETRACK OPERATIONS, CASING SPECIFICATIONS (PRITCHARD REP. PG. 70) |
| TREX-20002.029 | | | FIGURE 29: WELL SCHEMATIC FOR SIDETRACK  (PRITCHARD REP. PG. 72) |
| TREX-20002.030 | | | FIGURE 30: REVISED PORE PRESSURE/FRACTURE GRADIENT FOR SIDETRACK (PRITCHARD REP. PG. 73) |
| TREX-20002.031 | | | FIGURE 31: APD PORE PRESSURE/FRACTURE GRADIENT FILED WITH INCORRECT WATER DEPTH  (PRITCHARD REP. PG. 74) |
| TREX-20002.032 | | | FIGURE 32: APD FILING SUMMARY FOR 9-7/8-INCH LINER  (PRITCHARD REP. PG. 75) |
| TREX-20002.033 | | | FIGURE 33: REVISED CASING SPECIFICATIONS FILED WITH MMS FOR 9-7/8-INCH LINER (PRITCHARD REP. PG. 76) |
| TREX-20002.034 | | | FIGURE 34: WELL SCHEMATIC FOR 9-7/8-INCH LINER  (PRITCHARD REP. PG. 77) |
| TREX-20002.035 | | | FIGURE 35: REVISED ACTUAL CASING SPECIFICATIONS AND TESTS  (PRITCHARD REP. PG. 78) |
| TREX-20002.036 | | | FIGURE 36: REVISED APD FOR 7 X 9-7/8-INCH LONG STRING  (PRITCHARD REP. PG. 80) |
| TREX-20002.037 | | | FIGURE 37: CASING SPECIFICATIONS FOR LONG STRING  (PRITCHARD REP. PG. 81) |
| TREX-20002.038 | | | FIGURE 38: APD WELL SCHEMATIC FOR LONG STRING  (PRITCHARD REP. PG. 82) |
| TREX-20002.039 | | | FIGURE 39: CASING TEST SPECIFICATIONS FOR LONG STRING  (PRITCHARD REP. PG. 83) |
| TREX-20002.040 | | | FIGURE 40: MACONDO APD FOR WELLBORE ABANDONMENT  (PRITCHARD REP. PG. 84) |

| TRIAL EX NO. | BATES RANGE | DATE | SUBJECT / DESCRIPTION |
|---|---|---|---|
| TREX-20002.041 | | | FIGURE 41: FINAL WELLBORE CONFIGURATION TO MMS  (PRITCHARD REP. PG. 85) |
| TREX-20002.042 | | | FIGURE 42: MACONDO ABANDONMENT PROCEDURES  (PRITCHARD REP. PG. 87) |
| TREX-20002.043 | | | FIGURE 43: CAPTURES OF PRODUCTIVE VS. NONPRODUCTIVE DRILL TIMES BY BP CODE  (PRITCHARD REP. PG. 95) |
| TREX-20002.044 | | | FIGURE 44: ROTATING TIME VS. PT AND NPT  (PRITCHARD REP. PG. 96) |
| TREX-20002.045 | | | FIGURE 45: PRODUCTIVE, NONPRODUCTIVE, AND WASTED TIME  (PRITCHARD REP. PG. 97) |
| TREX-20002.046 | | | FIGURE 46: MACONDO DRILLDOWN MUD WEIGHT APPLICATIONS VS. LEAK OFF  (PRITCHARD REP. PG. 98) |
| TREX-20002.047 | | | FIGURE 47: MACONDO DRILL TIME AND HIGHLIGHTED EVENTS  (PRITCHARD REP. PG. 100) |
| TREX-20002.048 | | | FIGURE 48: DRILL TIMELINE WITH HAZARDS AND SPERRY INSITE® DATA  (PRITCHARD REP. PG. 101) |
| TREX-20002.049 | | | FIGURE 49: 18-INCH SHOE TEST REPORT TO MMS OF 11.76 PPG  (PRITCHARD REP. PG. 121) |
| TREX-20002.050 | | | FIGURE 50: UNDERBALANCE NOTED WELL BEFORE STUCK PIPE WITH WELL CONTROL  (PRITCHARD REP. PG. 125) |
| TREX-20002.051 | | | FIGURE 51: HIGH GAS PRIOR TO STUCK PIPE AND WELL CONTROL  (PRITCHARD REP. PG. 127) |
| TREX-20002.052 | | | FIGURE 52: DEXPONENTS PRIOR TO STUCK PIPE AND WELL CONTROL AND HIGH GAS  (PRITCHARD REP. PG. 127) |
| TREX-20002.053 | | | FIGURE 53: EXAMPLE OF IMPOSED CONTROL DRILLING: BYPASS  (PRITCHARD REP. PG. 128) |
| TREX-20002.054 | | | FIGURE 54: CONTROL DRILLING IN 11-7/8-INCH LINER SECTION  (PRITCHARD REP. PG. 129) |

| TRIAL EX NO. | BATES RANGE | DATE | SUBJECT / DESCRIPTION |
|---|---|---|---|
| TREX-20002.055 | | | FIGURE 55: CONTROL DRILLING IN 9-7/8-INCH SECTION  (PRITCHARD REP. PG. 132) |
| TREX-20002.056 | | | FIGURE 56: INTENDED DEPTH FOR THE 9-7/8-INCH LINER VS. ACTUAL  (PRITCHARD REP. PG. 133) |
| TREX-20002.057 | | | FIGURE 57: SPERRY DATA INDICATION OVERBALANCED DRILLING IN THE RESERVOIR  (PRITCHARD REP. PG. 136) |
| TREX-20002.058 | | | FIGURE 58: SUMMARY OF CEMENT BONDING: CASINGS 9-7/8-INCH THROUGH THE 13-5/8-INCH  (PRITCHARD REP. PG. 139) |
| TREX-20002.059 | | | FIGURE 59: FIRST HYDROCARBON SHOW BEGAN AT 17,467 FT GAS ENTRY  (PRITCHARD REP. PG. 139) |
| TREX-20002.060 | | | FIGURE 60: BOND LOGS OF 13-5/8-INCH, 11-7/8-INCH, AND 9-7/8-INCH LINERS  (PRITCHARD REP. PG. 140) |
| TREX-20002.061 | | | FIGURE 61: RISERLESS SECTION DEXPONENT AND EXTRAORDINARY ECD ABOVE LOT  (PRITCHARD REP. PG. 150) |
| TREX-20002.062 | | | FIGURE 62: 18-INCH LOT MISREPORTED TO THE MMS  (PRITCHARD REP. PG. 151) |
| TREX-20002.063 | | | FIGURE 63: FAST HOLE, RE-CIRCULATED GAS  (PRITCHARD REP. PG. 151) |
| TREX-20002.064 | | | FIGURE 64: FAST HOLE, CUTTINGS LOADING BELOW THE 18-INCH CASING SECTION  (PRITCHARD REP. PG. 153) |
| TREX-20002.065 | | | FIGURE 65: APPLIED MUD WEIGHT, LEAKOFF, AND ECD  (PRITCHARD REP. PG. 154) |
| TREX-20002.066 | | | FIGURE 66: LOSS FULL RETURN, 2/17 AND 2/18  (PRITCHARD REP. PG. 155) |
| TREX-20002.067 | | | FIGURE 67: FIRST SIGNS OF PACKOFF, MARCH 7 AND 8, 2010  (PRITCHARD REP. PG. 157) |
| TREX-20002.068 | | | FIGURE 68: WELL SCHEMATIC EXTRACTED FROM FINAL APD FILING; BP VERSION  (PRITCHARD REP. PG. 161) |

| TRIAL EX NO. | BATES RANGE | DATE | SUBJECT / DESCRIPTION |
|---|---|---|---|
| TREX-20002.069 | | | FIGURE 69: WELL SCHEMATIC EXTRACTED FROM FINAL APD FILING; MMS VERSION (PRITCHARD REP. PG. 161) |
| TREX-20002.070 | | | FIGURE 70: LOSSES INDUCED IN THE FINAL HOLE INTERVAL  (PRITCHARD REP. PG. 162) |
| TREX-20002.071 | | | FIGURE 71: FINAL HOLE SECTION  (PRITCHARD REP. PG. 162) |
| TREX-20002.072 | | | FIGURE 72: 8-1/2 X 12-1/4-INCH BALLOONING  (PRITCHARD REP. PG. 163) |
| TREX-20002.073 | | | FIGURE 73: SPERRY DATA BALLOONED WELL  (PRITCHARD REP. PG. 164) |
| TREX-20002.074 | | | FIGURE 74: SEVERE LOSSES IN RESERVOIR, HYDRAULIC OVERBALANCE  (PRITCHARD REP. PG. 165) |
| TREX-20002.075 | | | FIGURE 75: REAL-TIME DATA AND THE CATASTROPHE  (PRITCHARD REP. PG. 166) |
| TREX-20002.076 | | | FIGURE 76: MACONDO ACTUAL VS. PLANNED CASING INSERTIONS (PRITCHARD REP. PG. 169) |
| TREX-20002.077 | | | FIGURE 77: SUBSURFACE GEOPHYSICAL DATA (PRITCHARD REP. PG. 188) |
| TREX-20002.078 | | | FIGURE 78: PRESSURE RAMP INTO THE 18-INCH HOLE SECTION  (PRITCHARD REP. PG. 191) |
| TREX-20002.079 | | | FIGURE 79: NATIONAL COMMISSION REPORT EXTRACTIONS (PRITCHARD REP. PG. 196) |
| TREX-20002.080 | | | FIGURE 80: SHELL POSITION ON DESIGN (PRITCHARD REP. PG. 198) |
| TREX-20002.081 | | | FIGURE 81: THE REAL CONSEQUENCES (PRITCHARD REP. PG. 200) |
| TREX-20002.082 | | | FIGURE 82: FLOW OF DWOP (PRITCHARD REP. PG. 201) |

| TRIAL EX NO. | BATES RANGE | DATE | SUBJECT / DESCRIPTION |
|---|---|---|---|
| TREX-20002.083 | | | FIGURE 83: 30 CFR 250 400 MMS REQUIREMENTS ON EXCEEDING DRILLING MARGIN (PRITCHARD REP. PG. 203) |
| TREX-20002.084 | | | FIGURE 84: 30 CFR-250 400 CEMENTING REQUIREMENTS (PRITCHARD REP. PG. 218) |
| TREX-20002.085 | | | FIGURE 85: FIRST HYDROCARBON TRANSMISSIBLE SHOW AT 17,467 FT (PRITCHARD REP. PG. 219) |
| TREX-20002.086 | | | FIGURE 86: TOC FOR 7 X 9-7/8-INCH AT 17,260 FT. ISOLATION REQUIRES 17,467 FT. (PRITCHARD REP. PG. 219) |
| TREX-20002.087 | | | FIGURE 87: MOREY CASING DESIGN REVIEW (PRITCHARD REP. PG. 227) |
| TREX-20002.088 | | | FIGURE 88: BP WELL CONTROL BARRIERS AND "BOWTIES" (PRITCHARD REP. PG. 275) |
| TREX-20002.089 | | | FIGURE 89: THE ITEMS THAT DEFEAT BARRIERS OF WELL CONTROL (PRITCHARD REP. PG. 275) |
| TREX-20002.090 | | | FIGURE 90: ORGANIZATIONAL ACCIDENTS THEORY (PRITCHARD REP. PG. 284) |
| TREX-20002.091 | | | FIGURE 91: PRESSURE REGRESSION IN THE PRODUCTION INTERVAL (PRITCHARD REP. PG. 286) |
| TREX-20002.092 | | | FIGURE 92: THE FIRST HYDROCARBON: METHANE GAS AT 17,467 FT MD, THE M57D SAND (PRITCHARD REP. PG. 288) |
| TREX-20002.093 | | | FIGURE 93: LOG OF METHANE GAS AT 17,467 FT MD, THE M57D SAND (PRITCHARD REP. PG. 289) |
| TREX-20002.094 | | | FIGURE 94: ORIGINAL DESIGN DEFICIENCIES: PORE PRESSURE AND BURST (PRITCHARD REP. PG. 291) |
| TREX-20002.095 | | | FIGURE 95: MACONDO ORIGINAL CASING PLAN VS. FINAL (PRITCHARD REP. PG. 292) |
| TREX-20002.096 | | | FIGURE 96: THE DESIGN AND BURST PLATES (PRITCHARD REP. PG. 293) |

| TRIAL EX NO. | BATES RANGE | DATE | SUBJECT / DESCRIPTION |
|---|---|---|---|
| TREX-20002.097 | | | FIGURE 97: THE FOLLY OF BURST PLATES (PRITCHARD REP. PG. 295) |
| TREX-20002.098 | | | FIGURE 98: THE BP DESIGN DILEMMA ON HARD SHUT-IN (PRITCHARD REP. PG. 296) |
| TREX-20002.099 | | | FIGURE 99: ORIGINAL PORE PRESSURE/FRACTURE GRADIENT WITH OPTIMUM CASING SEATS (PRITCHARD REP. PG. 299) |
| TREX-20002.100 | | | FIGURE 100: FINAL PP/FG WITH OPTIMUM CASING SEATS (PRITCHARD REP. PG. 300) |
| TREX-20002.101 | | | FIGURE 101: SPERRY INSITE® EXTRACTION OF CEMENT PUMPING PRESSURES (PRITCHARD REP. PG. 313) |
| TREX-20002.102 | | | FIGURE 102: PERCENT OF WELLS WITH INTERMEDIATE CASING TIED BACK TO WELLHEAD (PRITCHARD REP. PG. 333) |
| TREX-20002.103 | | | FIGURE 103: BP WELL CONTROL RESPONSE GUIDE (PRITCHARD REP. PG. 334) |
| TREX-20002.104 | | | FIGURE 104: WELL CONTROL RESPONSE AND CAPPING STACK JANUARY 2010: (PRITCHARD REP. PG. 335) |
| TREX-20002.105 | | | FIGURE 105: BPS PARTICIPATION IN AN INDUSTRY STUDY ON BLOWOUTS: SCANDPOWER (PRITCHARD REP. PG. 336) |
| TREX-20002.106 | | | FIGURE 106: THE SCANDPOWER DATA BASE STUDY (PRITCHARD REP. PG. 336) |
| TREX-20002.107 | | | FIGURE 107: SCANDPOWER BLOWOUT FREQUENCY (PRITCHARD REP. PG. 337) |
| TREX-20002.108 | | | FIGURE 108: GAS VS. OIL BLOWOUTS (PRITCHARD REP. PG. 339) |
| TREX-20002.109 | | | FIGURE 109: RELIEF WELLS HONORED INSTALLATION OF THE PROTECTIVE INTERMEDIATE CASING TO WELLHEAD (PRITCHARD REP. PG. 340) |
| TREX-20002.110 | | | FIGURE 110: FIRST HYDROCARBONS IN POROUS MEDIA: 17,467 FT; TOC OF 16,467 FT IS REQUIRED (PRITCHARD REP. PG. 349) |

| TRIAL EX NO. | BATES RANGE | DATE | SUBJECT / DESCRIPTION |
|---|---|---|---|
| TREX-20002.111 | | | FIGURE 111: HOOKLOAD BUOYANCY CHANGING PRIOR TO BLOWOUT (PRITCHARD REP. PG. 355) |
| TREX-20002.112 | | | FIGURE 112: INITIAL INDICATION OF KICK (PRITCHARD REP. PG. 360) |
| TREX-20002.113 | | | TABLE 1: GENERAL DEFINITIONS (PRITCHARD REP. PG. 24) |
| TREX-20002.114 | | | TABLE 2: BOP SYSTEMS BY CLASS (PRITCHARD REP. PG. 32) |
| TREX-20002.115 | | | TABLE 3: THE ORIGINAL MACONDO RIG SCHEDULE (PRITCHARD REP. PG. 42) |
| TREX-20002.116 | | | TABLE 4: MARIANAS HOOKLOAD CAPACITY (PRITCHARD REP. PG. 43) |
| TREX-20002.117 | | | TABLE 5: 22-INCH BURST WITH A FULL COLUMN OF GAS (PRITCHARD REP. PG. 50) |
| TREX-20002.118 | | | TABLE 6: MOREY INTERNAL EVALUATION DEPTHS (PRITCHARD REP. PG. 52) |
| TREX-20002.119 | | | TABLE 7: CHECK OF 22-INCH LANDING HOOKLOAD (PRITCHARD REP. PG. 56) |
| TREX-20002.120 | | | TABLE 8: DUAL GRADIENT RISERLESS MUD WEIGHT EQUIVALENCE (PRITCHARD REP. PG. 57) |
| TREX-20002.121 | | | TABLE 9: 18-INCH BURST WITH A FULL COLUMN OF GAS (PRITCHARD REP. PG. 58) |
| TREX-20002.122 | | | TABLE 10: DRILL OUT OF 22-INCH AND MISREPORTING OF LOT TO MMS (PRITCHARD REP. PG. 63) |
| TREX-20002.123 | | | TABLE 11: LOT/FITS REPORTED VS. ACTUAL FROM DAILY RIG REPORTS (PRITCHARD REP. PG. 71) |
| TREX-20002.124 | | | TABLE 12 ABBREVIATIONS/ACRONYMS USED IN OPENWELLS® SUMMARIES AND THE ENERGY INDUSTRY (PRITCHARD REP. PG. 88) |

| TRIAL EX NO. | BATES RANGE | DATE | SUBJECT / DESCRIPTION |
|---|---|---|---|
| TREX-20002.125 | | | TABLE 13: THE MACONDO WELL ANALYSIS WORKBOOK  (PRITCHARD REP. PG. 91) |
| TREX-20002.126 | | | TABLE 14: THE MACONDO TIME CLOCK  (PRITCHARD REP. PG. 92) |
| TREX-20002.127 | | | TABLE 15: BP PRODUCTIVE TIME BREAKDOWNS  (PRITCHARD REP. PG. 93) |
| TREX-20002.128 | | | TABLE 16: NPT BREAKDOWNS  (PRITCHARD REP. PG. 94) |
| TREX-20002.129 | | | TABLE 17: SUMMARY OF DRILLING HAZARDS EVENTS FOR THE TOTAL MACONDO WELL (PRITCHARD REP. PG. 103) |
| TREX-20002.130 | | | TABLE 18: SUMMARY OF KICKS AND LOSSES  (PRITCHARD REP. PG. 112) |
| TREX-20002.131 | | | TABLE 19: MUD LOSSES IN THE 22" HOLE SECTION (PRITCHARD REP. PG. 113) |
| TREX-20002.132 | | | TABLE 20: MUD LOSSES IN THE 18" HOLE SECTION  (PRITCHARD REP. PG. 113) |
| TREX-20002.133 | | | TABLE 21: MUD LOSSES SIDETRACK TO TD  (PRITCHARD REP. PG. 114) |
| TREX-20002.134 | | | TABLE 22: SUMMARY OF WELL CONTROL ON THE 22-INCH DRILL-OUT  (PRITCHARD REP. PG. 116) |
| TREX-20002.135 | | | TABLE 23: SQUEEZE SHOE, FAST DRILLING, INDUCED LOSSES AT 12,350 FT  (PRITCHARD REP. PG. 118) |
| TREX-20002.136 | | | TABLE 24: BP VIOLATED INTERNAL ECD MARGIN REQUIREMENTS (PRITCHARD REP. PG. 120) |
| TREX-20002.137 | | | TABLE 25: SHOE TEST FILED WITH THE MMS MARCH 15, 2010 (PRITCHARD REP. PG. 120) |
| TREX-20002.138 | | | TABLE 26: SUMMARY OF DRILL-OUT OF THE 16-INCH CASING  (PRITCHARD REP. PG. 123) |

| TRIAL EX NO. | BATES RANGE | DATE | SUBJECT / DESCRIPTION |
|---|---|---|---|
| TREX-20002.139 | | | TABLE 27: SUMMARY OF BYPASS DRILLING  (PRITCHARD REP. PG. 128) |
| TREX-20002.140 | | | TABLE 28: SUMMARY OF DRILLING IN THE 11-7/8-INCH LINER SECTION  (PRITCHARD REP. PG. 129) |
| TREX-20002.141 | | | TABLE 29: SET AND DRILL-OUT THE 11-7/8-INCH LINER  (PRITCHARD REP. PG. 130) |
| TREX-20002.142 | | | TABLE 30: DRILLING AND SETTING THE 9-7/8-INCH LINER  (PRITCHARD REP. PG. 131) |
| TREX-20002.143 | | | TABLE 31: DRILL-OUT OF THE 9-7/8-INCH SHOE  (PRITCHARD REP. PG. 133) |
| TREX-20002.144 | | | TABLE 32: DRILLING SUMMARY OF THE PRODUCTION INTERVAL  (PRITCHARD REP. PG. 134) |
| TREX-20002.145 | | | TABLE 33: LOSS EVENT IN THE RESERVOIR  (PRITCHARD REP. PG. 137) |
| TREX-20002.146 | | | TABLE 34: SUMMARY OF OPERATIONS TO RUN 7 X 9-7/8-INCH LINER  (PRITCHARD REP. PG. 148) |
| TREX-20002.147 | | | TABLE 35: CEMENTING TABLE LAST REPORT  (PRITCHARD REP. PG. 165) |
| TREX-20002.148 | | | TABLE 36: MACONDO MOC SUMMARY (PRITCHARD REP. PG. 175) |
| TREX-20002.149 | | | TABLE 37: LOT/FITS REPORTED VS. ACTUAL FROM DAILY RIG REPORTS (PRITCHARD REP. PG. 178) |
| TREX-20002.150 | | | TABLE 38: THE MACONDO RISK REGISTER (PRITCHARD REP. PG. 194) |
| TREX-20002.151 | | | TABLE 39: FAILURE TO RECORD AND REPORT KICK TOLERANCE  (PRITCHARD REP. PG. 208) |
| TREX-20002.152 | | | TABLE 40: SUMMARY OF WELL CONTROL ON 22-INCH DRILL-OUT  (PRITCHARD REP. PG. 240) |

| TRIAL EX NO. | BATES RANGE | DATE | SUBJECT / DESCRIPTION |
|---|---|---|---|
| TREX-20002.153 | | | TABLE 41: BP WELL PLANNING APPLICATION ANALYSIS BY RIG (PRITCHARD REP. PG. 274) |
| TREX-20002.154 | | | TABLE 42: NET HYDROCARBON DISTRIBUTION FOR THE MACONDO WELL (PRITCHARD REP. PG. 287) |
| TREX-20002.155 | | | TABLE 43: MMS REGULATION CFR 250.404: ZONAL ISOLATION (PRITCHARD REP. PG. 303) |
| TREX-20002.156 | | | TABLE 44: EXAMPLES OF LISTENING TO TRENDS OF DRILLING (PRITCHARD REP. PG. 304) |
| TREX-20002.157 | | | TABLE 45: MACONDO MOC SUMMARY (PRITCHARD REP. PG. 319) |
| TREX-20002.158 | | | TABLE 46: VIOLATION OF WELL CONTROL REPORTING KICK TOLERANCE AND VOLUME (PRITCHARD REP. PG. 321) |
| TREX-20002.159 | | | TABLE 47: TYPICAL INDUSTRY RISK MATRIX BASED ON VALUE BENEFITS (PRITCHARD REP. PG. 323) |
| TREX-20002.160 | | | TABLE 48: A SIMPLE RISK ANALYSIS OF INTERMEDIATE STRING INSTALLATION (PRITCHARD REP. PG. 324) |
| TREX-20002.161 | | | TABLE 49: RISK ASSESSMENT OF FAST DRILLING (PRITCHARD REP. PG. 326) |
| TREX-20002.162 | | | TABLE 50: RISK ASSESSMENT OF BARRIER REMOVAL VIA DISPLACEMENT: CASE 1-BOP CLOSES, CASE 2-BOP FAILS TO CLOSE (PRITCHARD REP. PG. 329) |
| TREX-20002.163 | | | TABLE 51: RISK ASSESSMENT OF VALIDATING TOC AND CEMENT QUALITY (PRITCHARD REP. PG. 330) |
| TREX-20002.164 | | | TABLE 52: INSTALLATION OF THE PROTECTIVE INTERMEDIATE CASINGS IN THE GOM BY OPERATOR (PRITCHARD REP. PG. 332) |
| TREX-20002.165 | | | EXTRACTION 107: 28" HOLE SECTION DRILLED DEPTH FROM OPENWELLS (PRITCHARD REP. PG. 298) |
| TREX-20002.166 | | | MMS REGULATION CFR 250.404: ZONAL ISOLATION (PRITCHARD REP. PG. 303) |

| TRIAL EX NO. | BATES RANGE | DATE | SUBJECT / DESCRIPTION |
|---|---|---|---|
| TREX-20032 | | 9/14/2011 | BUREAU OF OCEAN ENERGY MANAGEMENT, REGULATION AND ENFORCEMENT (BOEMRE)/U.S. COAST GUARD JOINT INVESTIGATION TEAM (JIT) FINAL INVESTIGATIVE REPORT |
| TREX-20434 | | 1-MAR-11 | THE DEEPWATER HORIZON STUDY GROUP REPORT FOR THE PRESIDENTIAL COMMISSION |
| TREX-20435 | | 11-AUG-10 | FORUM ON OFFSHORE DRILLING, J. FORD BRETT, P.E., TO BOEMRE DIRECTOR BROMWICH HOSTED PANEL SESSION, PENSACOLA, FL |
| TREX-20436 | | 1-MAR-11 | DEEPWATER WELL COMPLEXITY – THE NEW DOMAIN. PREPARED FOR THE PRESIDENTS COMMISSION FOR THE DEEPWATER HORIZON STUDY GROUP |
| TREX-20437 | | 2011 | GEOLOGICAL EVALUATION OF AREAS OF THE MISSISSIPPI SUBMARINE CANYON: IMPLICATIONS FOR HYDROCARBON EXPLORATION RISK, THE GOLDEN ZONE CONCEPT AND CONSIDERATION OF THE SIGNIFICANCE OF THE GEOLOGICAL ENVIRONMENT ON MACONDO-TYPE INCIDENTS |
| TREX-20438 | | 2005 | P. H. NADEAU, STATOIL ASA, NORWAY, EARTH'S ENERGY "GOLDEN ZONE": A TRIUMPH OF MINERALOGICAL RESEARCH, THE MINERALOGICAL SOCIETY CLAY MINERALS GROUP, GEORGE BROWN AWARD LECTURE, MACAULAY INSTITUTE, LECTURE BASED ON PAPER BY BULLER AND NADEAU ET AL, |
| TREX-20439 | | 1-MAR-11 | DHSG STUDY GROUP FOR THE PRESIDENTIAL COMMISSION: THE NEW DOMAIN IN DEEPWATER DRILLING: APPLIED ENGINEERING AND ORGANIZATIONAL IMPACTS ON UNCERTAINTIES AND RISK |
| TREX-20440 | | | "NATIONAL COMMISSION ON THE DEEPWATER HORIZON OIL SPILL AND OFFSHORE DRILLING" REPORT FROM THE CHIEF COUNSEL |
| TREX-20441 | | SEPTEMBER, 2003 | PRACTICAL AND SUCCESSFUL PREVENTION OF ANNULAR PRESSURE BUILDUP; SPE 8513, SPE DRILLING AND COMPLETION CONFERENCE |
| TREX-20442 | | 2003 | HUMAN AND ORGANIZATIONAL FACTORS IN DESIGN AND OPERATION OF DEEPWATER STRUCTURES, REPORT TO BP, HOUSTON, TEXAS |
| TREX-20443 | | 2003 | MANAGING RAPIDLY DEVELOPING CRISIS: REAL TIME PREVENTION OF SYSTEM ACCIDENTS. REPORT TO BP, HOUSTON, TEXAS |

| TRIAL EX NO. | BATES RANGE | DATE | SUBJECT / DESCRIPTION |
|---|---|---|---|
| TREX-20444 | | 1997 | MANAGING THE RISKS OF ORGANIZATIONAL ACCIDENTS, ASHGATE PUBLISHERS |
| TREX-20445 | | 1-MAR-11 | THE DRILLING HORIZONS STUDY GROUP, RISK ASSESSMENT AND MANAGEMENT: CHALLENGES OF THE MACONDO WELL BLOWOUT DISASTER REPORT. |
| TREX-20446 | | MARCH, 2011 | HUMAN & ORGANIZATIONAL FACTORS: RISK ASSESSMENT & MANAGEMENT OF ENGINEERED SYSTEMS |
| TREX-20447 | | 25-SEP-10 | POST WELL SUBSURFACE DESCRIPTION OF MACONDO WELL {MC 252) REPORT |
| TREX-20448 | | SEPTEMBER, 2010 | DRILLING MANAGEMENT, SOCIETY OF PETROLEUM ENGINEERS, JPT, 72 |
| TREX-20449 | | AUGUST, 2010 | "DRILLING HAZARD MANAGEMENT: EXCELLENT PERFORMANCE BEGINS WITH PLANNING," WORLD OIL |
| TREX-20450 | BP-HZN-2179MDL00237055 | | APPLICATION FOR PERMIT TO DRILL - MAY 13, 2009 |
| TREX-20451 | BP-HZN-BLY00235604 | | APPLICATION FOR REVISED WELL - OCTOBER 15, 2009 |
| TREX-20452 | BP-HZN-2179MDL00237040 | | APPLICATION FOR REVISED NEW WELL - JANUARY 12, 2009 |
| TREX-20453 | BP-HZN-BLY00063669 - 00063683 | | APPLICATION FOR BYPASS - MARCH 15, 2010 |
| TREX-20454 | BP-HZN-2179MDL00246297 | | APPLICATION FOR REVISED BYPASS - MARCH 26, 2010 |
| TREX-20455 | BP-HZN-MBI 00127252 | | APPLICATION FOR REVISED BYPASS - APRIL 14, 2010 |
| TREX-20456 | BP-HZN-2179MDL00060001-00060014 | | GOM EXPLORATION WELLS: MACONDO PROSPECT WELL INFORMATION 9/09 |
| TREX-20457 | BP-HZN-2179MDL00057518-543 | | MACONDO PROSPECT APPENDIX 9/09 |
| TREX-20458 | BP-HZN-CEC008333-008346 | | EVALUATION OF CASING DESIGN BASIS FOR MACONDO PROSPECT MISSISSIPPI CANYON BLOCK 252 OCS-G-32306 WELL NO. 1 REVISION 2 - 14 MAY 2009 |
| TREX-20459 | BATES NO BP-HZN-2179MDL00237060 | | APD FILING |
| TREX-20460 | BATES NO BP-HZN-2179MDL00237061 | | 18-INCH LINER SPECIFICATIONS |
| TREX-20461 | BATES NO. BP-HZN-2179MDL00407762-775 | | BP CASING AND TUBING DESIGN INTRODUCTION |

| TRIAL EX NO. | BATES RANGE | DATE | SUBJECT / DESCRIPTION |
|---|---|---|---|
| **TREX-20462** | BATES NO BP-HZN-2179MDL00237060 | | BP 36-INCH CASING PROCEDURES |
| **TREX-20463** | BATES NO. BP-HZN-2179MDL00284914 | | BEYOND THE BEST. SPRAGUE. (2009) |
| **TREX-20464** | BP-HZN-MBI 00110453 | | MOREL. (MARCH 12, 2010). COPY OF MACONDO_MC 252_1 _SCHEMATIC_REV14 3_03122010.XLS |
| **TREX-20465** | BP-HZN-BLY 00163663 - 00163686 | | MACONDO M252, CEMENT LOST RETURNS ANALYSIS, BP INVESTIGATION TEAM, 21-JUNE-2010 |
| **TREX-20466** | | | APPENDIX F OF DAVID PRITCHARD'S REPORT: SPERRY INSITE EXTRACTIONS |