# MDL2179 PSC
# HURST RELIANCE EXHIBITS

| TRIAL EX NO. | BATES RANGE | DATE | SUBJECT / DESCRIPTION |
|---|---|---|---|
| TREX-03375 | BP-HZN-BLY00140873-910 | 5/25/2010 | BP TECHNICAL MEMORANDUM - POST WELL SUBSURFACE DESCRIPTION OF MACONDO WELL (MC 252) |
| TREX-07239 | AE-HZN-2179MDL00120407-415 | 5/2/2010 | EMAIL RE MACONDO TEMPERATURES |
| TREX-20003 | | 8/26/2011 | FINAL REPORT WITH APPENDIX A - INCLUDES REFERENCES LIST, FIGURES LIST, CURRICULUM VITAE, RULE 26 DISCLOSURE |
| TREX-20003.001 | | 8/26/2011 | APPENDIX B TO FINAL REPORT - PRESENTATION - SLIDE 1 - THE IMPORTANCE OF GEOLOGICAL UNDERSTANDING IN THE MITIGATION OF DRILLING RISK AND SAFETY |
| TREX-20003.002 | | 8/26/2011 | APPENDIX B TO FINAL REPORT - PRESENTATION - SLIDE 2 - THE IMPORTANCE OF SOUND GEOLOGICAL UNDERSTANDING TO ENSURING SAFE AND SUCCESSFUL DRILLING PRACTICE |
| TREX-20003.003 | | 8/26/2011 | APPENDIX B TO FINAL REPORT - PRESENTATION - SLIDE 3 - THREE CONVERGING FACTORS |
| TREX-20003.004 | | 8/26/2011 | APPENDIX B TO FINAL REPORT - PRESENTATION - SLIDE 4 - THE GULF OF MEXICO - A MAJOR PETROLEUM AREA |
| TREX-20003.005 | | 8/26/2011 | APPENDIX B TO FINAL REPORT - PRESENTATION - SLIDE 5 - GOM'S MISSISSIPPI CANYON HAS A GEOLOGICALLY-ACTIVE "UNSTABLE" SEAFLOOR |
| TREX-20003.006 | | 8/26/2011 | APPENDIX B TO FINAL REPORT - PRESENTATION - SLIDE 6 - CONVERGING EVIDENCE: LINKAGE BETWEEN GEOLOGICAL CONDITIONS RELEVANT TO SAFE E&P DRILLING PRACTICE |
| TREX-20003.007 | | 8/26/2011 | APPENDIX B TO FINAL REPORT - PRESENTATION - SLIDE 7 - US OFFSHORE GULF OF MEXICO - AN AREA OF MAJOR SHALLOW-CRUSTAL INSTABILITY |
| TREX-20003.008 | | 8/26/2011 | APPENDIX B TO FINAL REPORT - PRESENTATION - SLIDE 8 - US OFFSHORE GULF OF MEXICO - AN AREA OF MAJOR SHALLOW-CRUSTAL INSTABILITY |
| TREX-20003.009 | | 8/26/2011 | APPENDIX B TO FINAL REPORT - PRESENTATION - SLIDE 9 - US OFFSHORE GULF OF MEXICO - SALT TECTONICS |

| TRIAL EX NO. | BATES RANGE | DATE | SUBJECT / DESCRIPTION |
| --- | --- | --- | --- |
| TREX-20003.010 | | 8/26/2011 | APPENDIX B TO FINAL REPORT - PRESENTATION - SLIDE 10 - US OFFSHORE GULF OF MEXICO - THE GOLDEN ZONE AND MACONDO 252 #1 |
| TREX-20003.011 | | 8/26/2011 | APPENDIX B TO FINAL REPORT - PRESENTATION - SLIDE 11 - MAPPING THE GOLDEN ZONE - A CONCEPT THAT DESCRIBES THE GEOLOGICAL CONDITIONS IN WHICH COMMERCIAL HYDROCARBONS OCCUR |
| TREX-20003.012 | | 8/26/2011 | APPENDIX B TO FINAL REPORT - PRESENTATION - SLIDE 12 - GOLDEN ZONE - >90% OF GLOBAL LIGHT OIL AND GAS IS IN A TEMPERATURE WINDOW BETWEEN 60° - 120° C (140° - 248° F) |
| TREX-20003.013 | | 8/26/2011 | APPENDIX B TO FINAL REPORT - PRESENTATION - SLIDE 13 - GOLDEN ZONE - FUNDAMENTAL CHANGES IN THE POROSITY AND PERMEABILITY OF MUDSTONE (SEALS) AND SANDSTONE (RESERVOIRS) ARE DRIVEN BY TEMPERATURE INCREASE |
| TREX-20003.014 | | 8/26/2011 | APPENDIX B TO FINAL REPORT - PRESENTATION - SLIDE 14 - GOLDEN ZONE: IMPLICATIONS FOR DRILLING SAFETY |
| TREX-20003.015 | | 8/26/2011 | APPENDIX B TO FINAL REPORT - PRESENTATION - SLIDE 15 - IDENTIFYING THE GOLDEN ZONE IN THE US GOM |
| TREX-20003.016 | | 8/26/2011 | APPENDIX B TO FINAL REPORT - PRESENTATION - SLIDE 16 - US OFFSHORE GULF OF MEXICO - GOLDEN ZONE REGIONAL DISTRIBUTION |
| TREX-20003.017 | | 8/26/2011 | APPENDIX B TO FINAL REPORT - PRESENTATION - SLIDE 17 - DEFINING HPHT CONDITIONS IN US GULF OF MEXICO RESERVOIRS |
| TREX-20003.018 | | 8/26/2011 | APPENDIX B TO FINAL REPORT - PRESENTATION - SLIDE 18 - US OFFSHORE GULF OF MEXICO - CAUSES OF EXTENSIVE FORMATION DAMAGE WHEN DRILLING "WEAK" FORMATIONS WITH LOW CONFINING-STRESS |
| TREX-20003.019 | | 8/26/2011 | APPENDIX B TO FINAL REPORT - PRESENTATION - SLIDE 19 - US OFFSHORE GULF OF MEXICO - ORIGIN OF FORMATIONS WITH LOW-CONFINING STRESS |
| TREX-20003.020 | | 8/26/2011 | APPENDIX B TO FINAL REPORT - PRESENTATION - SLIDE 20 - PRE-MACONDO 252 #1 EVIDENCE OF LOW CONFINING-STRESS FORMATIONS IN GOM'S MISSISSIPPI CANYON AREA |
| TREX-20003.021 | | 8/26/2011 | APPENDIX B TO FINAL REPORT - PRESENTATION - SLIDE 21 - HPHT DRILLING PRACTICE IN WEAK FORMATIONS - DEFINING HPHT - IDENTIFYING LOW-CONFINING STRESS |

| TRIAL EX NO. | BATES RANGE | DATE | SUBJECT / DESCRIPTION |
|---|---|---|---|
| TREX-20003.022 | | 8/26/2011 | APPENDIX B TO FINAL REPORT - PRESENTATION - SLIDE 22 - SEAFLOOR INSTABILITY AND PORE PRESSURE ELEVATION: UNDERSTANDING WEAK FORMATIONS IN MACONDO 252 #1 |
| TREX-20003.023 | | 8/26/2011 | APPENDIX B TO FINAL REPORT - PRESENTATION - SLIDE 23 - EVIDENCE FOR REGIONAL HYDRAULIC FRACTURE AND FLUID DISCHARGE FROM DEPTH |
| TREX-20003.024 | | 8/26/2011 | APPENDIX B TO FINAL REPORT - PRESENTATION - SLIDE 24 - GEOLOGICAL WORKFLOW RELEVANT TO SECURE DRILLING PRACTICE ON UNSTABLE-SLOPE SEAFLOORS |
| TREX-20003.025 | | 8/26/2011 | APPENDIX B TO FINAL REPORT - PRESENTATION - SLIDE 25 - CONCLUSIONS - DRILLING IN, AND ADJACENT TO, THE MISSISSIPPI CANYON |
| TREX-20032 | | 9/14/2011 | BUREAU OF OCEAN ENERGY MANAGEMENT, REGULATION AND ENFORCEMENT (BOEMRE)/U.S. COAST GUARD JOINT INVESTIGATION TEAM (JIT) FINAL INVESTIGATIVE REPORT |
| TREX-20053 | | 00/00/96 | AASE, N.E., BJØRKUM, P.A. AND NADEAU, P.H. 1996. THE EFFECT OF GRAIN-COATING MICRO-QUARTZ ON PRESERVATION OF RESERVOIR POROSITY. AAPG BULLETIN VOL. 80, NO. 10 |
| TREX-20054 | | 00/00/84 | BEHRENS, E.W., 1984-85, UNIFITE MUDS IN INTRASLOPE BASINS, NORTHWEST GULF OF MEXICO. GEO-MARINE LETTERS, VOL. 4 |
| TREX-20055 | | 00/00/96 | BJØRKUM, P.A. 1996. HOW IMPORTANT IS PRESSURE IN CAUSING DISSOLUTION OF QUARTZ IN SANDSTONES? JOURNAL OF SEDIMENTARY RESEARCH 66 |
| TREX-20056 | | 00/00/98 | BJØRKUM, P.A., OELKERS, E.H., NADEAU, P.H., WALDERHAUG, O. AND MURPHY, W.M. 1998. POROSITY PREDICTION IN SANDSTONES AS A FUNCTION OF TIME, TEMPERATURE, DEPTH, STYLOLITE FREQUENCY AND HYDROCARBON SATURATION. AAPG BULLETIN VOL. 82, NO. 4 |
| TREX-20057 | | 00/00/08 | BJØRKUM, P.A. AND NADEAU, P.H. 1998. TEMPERATURE CONTROLLED POROSITY/PERMEABILITY REDUCTION, FLUID MIGRATION, AND PETROLEUM EXPLORATION IN SEDIMENTARY BASINS. AUSTRALIAN PETROLEUM PRODUCTION AND EXPLORATION ASSOCIATION JOURNAL 38 |
| TREX-20058 | | 00/00/84 | BJØRLYKKE, K. 1984. FORMATION OF SECONDARY POROSITY. HOW IMPORTANT IS IT? IN: CLASTIC DIAGENESIS, MACDONALD, D.A. AND SURDAM, R.C. (EDS), AAPG MEMOIR 37 |

| TRIAL EX NO. | BATES RANGE | DATE | SUBJECT / DESCRIPTION |
|---|---|---|---|
| TREX-20059 | | 00/00/87 | BROOKS, J.M., KENNICUTT II, M.C., FISHER, C.R., MACKO, S.A., COLE, K., CHILDRESS, J.J., BIDIGARE, R.R. AND VETTER, R.D. 1987. DEEP SEA HYDROCARBON SEEP COMMUNITIES: EVIDENCE FOR ENERGY AND NUTRITIONAL CARBON SOURCES. SCIENCE 238 |
| TREX-20060 | | 00/00/05 | BULLER, A.T., BJØRKUM, P.A., NADEAU, P.H. AND WALDERHAUG, O. 2005, DISTRIBUTION OF HYDROCARBONS IN SEDIMENTARY BASINS. RESEARCH & TECHNOLOGY MEMOIR NO. 7, STATOIL ASA, STAVANGER, 15 |
| TREX-20061 | | 00/00/69 | BURST, J.F. JR. 1969. DIAGENESIS OF GULF COAST CLAYEY SEDIMENTS AND ITS POSSIBLE RELATION TO PETROLEUM MIGRATION. AAPG BULLETIN VOL. 53, NO. 1 |
| TREX-20062 | | 00/00/86 | CHILDRESS, J.J., FISHER, C.R., BROOKS, J.M., KENNICUTT II, M.C., BIDIGARE, R.R. AND ANDERSON, A.E. 1986. A METHANO-TROPHIC MARINE MOLLUSCAN (BIVALVIA, MYTILIDAE) SYMBIOSIS: MUSSELS FUELLED BY GAS. SCIENCE 233 |
| TREX-20063 | | 00/00/08 | DEBRUIJN, G., SKEATES, C., GREENAWAY, R., HARRISON, D., PARRIS, M., JAMES, S., MUELLER, F., RAY, S., RIDING, M., TEMPLE, L. AND WUTHERICH, K. 2008. HIGH-PRESSURE, HIGH-TEMPERATURE TECHNOLOGIES. SCHLUMBERGER OILFIELD REVIEW, AUTUMN 2008 |
| TREX-20064 | | 00/00/07 | DRILLING CONTRACTOR, 2007. ORMEN LANGE LEADS THE WAY FOR NORTH SEA INNOVATION WITH BIG BORE, DEEPWATER GAS WELLS. PAPER AT IADC WORLD DRILLING 2007, 19-20 JUNE 2007, PARIS |
| TREX-20065 | | 00/00/93 | EHRENBERG, S.N. 1993. PRESERVATION OF ANOMALOUSLY HIGH POROSITY IN DEEPLY BURIED SANDSTONES BY GRAIN-COATING CHLORITE: EXAMPLES FROM THE NORWEGIAN CONTINENTAL SHELF. AAPG BULLETIN VOL. 77, NO. 7 |
| TREX-20066 | | 00/00/05 | EHRENBERG, S.N. AND NADEAU, P.H. 2005. SANDSTONE VS. CARBONATE PETROLEUM RESERVOIRS: A GLOBAL PERSPECTIVE ON POROSITY-DEPTH AND POROSITY-PERMEABILITY RELATIONSHIPS. AAPG BULLETIN VOL. 89, NO. 4 |
| TREX-20067 | | 00/00/07 | EHRENBERG, S.N., NADEAU, P.H. AND AQRAWI, A.A.M. 2007. A COMPARISON OF KHUFF AND ARAB RESERVOIR POTENTIAL THROUGHOUT THE MIDDLE EAST. AAPG BULLETIN VOL. 91, NO. 3 |
| TREX-20068 | | 00/00/08 | EHRENBERG, S.N., NADEAU, P.H. AND STEEN, Ø., 2008A, A MEGASCALE VIEW OF RESERVOIR QUALITY IN PRODUCING SANDSTONES FROM THE OFFSHORE GULF OF MEXICO. AAPG BULLETIN VOL. 92, NO. 2 |

| TRIAL EX NO. | BATES RANGE | DATE | SUBJECT / DESCRIPTION |
|---|---|---|---|
| TREX-20069 | | 00/00/08 | EHRENBERG, S.N., AQRAWI, A.A.M. AND NADEAU, P.H. 2008B. AN OVERVIEW OF RESERVOIR QUALITY IN PRODUCING CRETACEOUS STRATA OF THE MIDDLE EAST. PETROLEUM GEOSCIENCE 14 |
| TREX-20070 | | 00/00/09 | ESRAFILI-DIZAJI, B. AND RAHIMPOUT-BONAB, H. 2009. EFFECTS OF DEPOSITIONAL AND DIAGENETIC CHARACTERISTICS ON CARBONATE RESERVOIR QUALITY: A CASE STUDY FROM THE SOUTH PARS GAS FIELD IN THE PERSIAN GULF. PETROLEUM GEOSCIENCE 15 |
| TREX-20071 | | 00/00/96 | EVANS, D., KING, E.L., KENYON, N.H., BRETT, C. AND WALLIS, D. 1996. EVIDENCE FOR THE LONG-TERM INSTABILITY IN THE STOREGGA SLIDE OF WESTERN NORWAY. MARINE GEOLOGY 130 |
| TREX-20072 | | 00/00/08 | FÆRSETH, R.B. AND SÆTERSMOEN, B.H. 2008, GEOMETRY OF A MAJOR SLUMP STRUCTURE IN THE STOREGGA SLIDE REGION OFFSHORE WESTERN NORWAY. NORWEGIAN JOURNAL OF GEOLOGY 88 |
| TREX-20073 | | 00/00/72 | GEYER, R.A. AND SWEET, W.E. JR. 1972, NATURAL HYDROCARBON SEEPAGE IN THE GULF OF MEXICO. SOCIETY OF PETROLEUM ENGINEERS (SPE), SYMPOSIUM ON ENVIRONMENTAL CONSERVATION, LAFAYETTE, LOUSIANA. PAPER # 4199-MS |
| TREX-20074 | | 00/00/92 | GILES, M.R., STEVENSON, S., MARTON, S.V., CANNON, S.J.C., HAMILTON, P.J., MARSHALL, J.D. AND SAMWAYS, G.M. 1992. THE RESERVOIR PROPERTIES AND DIAGENESIS OF THE BRENT GROUP: A REGIONAL PERSPECTIVE. IN: GEOLOGY OF THE BRENT GROUP, MORTON A.C., HASZELDINE, R |
| TREX-20075 | | 00/00/98 | GILES, M.R., INDRELID, S.L. AND JAMES, D.M.D. 1998. COMPACTION – THE GREAT UNKNOWN IN BASIN MODELLING. IN: BASIN MODELING: PRACTICE AND PROGRESS, DUPPENBECKER, S.J. AND ILIFFE, J.E. (EDS), GEOLOGICAL SOCIETY OF LONDON SPECIAL PUBLICATION 141 |
| TREX-20076 | | 00/00/92 | GLUYAS, J.G. AND COLEMAN, M. 1992. MATERIAL FLUX AND POROSITY CHANGES DURING SEDIMENT DIAGENESIS. NATURE 356 |
| TREX-20077 | | 00/00/93 | GLUYAS, J.G., ROBINSON, A.G., EMERY, D., GRANT, S.M. AND OXTOBY, N.H. 1993. THE LINK BETWEEN PETROLEUM EMPLACEMENT AND SANDSTONE CEMENTATION. IN: PETROLEUM GEOLOGY: NORTH-WEST EUROPE – PROCEEDINGS OF THE 4TH PETROLEUM GEOLOGY CONFERENCE, PARKER, J. (ED), |

| TRIAL EX NO. | BATES RANGE | DATE | SUBJECT / DESCRIPTION |
|---|---|---|---|
| TREX-20078 | | 00/00/02 | HEAD, I.M., JONES, D.M. AND LARTER, S. R. 2003. BIOLOGICAL ACTIVITY IN THE DEEP SUBSURFACE AND THE ORIGIN OF HEAVY OIL. NATURE 246 |
| TREX-20079 | | 00/00/79 | HOFFMAN, J. AND HOWER, J. 1979. CLAY MINERAL ASSEMBLAGES AS LOW GRADE METAMORPHIC GEOTHERMOMETERS: APPLICATION TO THE THRUST FAULTED DISTURBED BELT OF MONTANA, USA. IN: SCHOLLE, P. AND SCHLUGER, P.R. (EDS), ASPECTS OF DIAGENESIS, SEPM SPECIAL PUBLICATION |
| TREX-20080 | | 00/00/02 | HOVLAND, M., GARDNER, J.V. AND JUDD, A.G. 2002. THE SIGNIFICANCE OF POCKMARKS TO UNDERSTANDING FLUID FLOW PROCESSES AND GEOHAZARDS. GEOFLUIDS 2 |
| TREX-20081 | | 00/00/76 | HOWER, J., ESLINGER, E.V., HOWER, M. AND PERRY, E.A. 1976. MECHANISM OF BURIAL METAMORPHISM OF ARGILLACEOUS SEDIMENTS: 1. MINERALOGICAL AND CHEMICAL EVIDENCE. GEOLOGICAL SOCIETY OF AMERICA BULLETIN 87 |
| TREX-20082 | | 00/00/57 | HUBBERT, M.K. AND WILLIS, D.G. 1957, MECHANICS OF HYDRAULIC FRACTURING. TRANS. AIME 210 |
| TREX-20083 | | 00/00/88 | KENNICUTT II, M.C., BROOKS, J.M. AND DENOUX, G.J. 1988. LEAKAGE OF DEEP, RESERVOIRED PETROLEUM TO THE NEAR SURFACE ON THE GULF OF MEXICO CONTINENTAL SLOPE. MARINE CHEMISTRY 24 |
| TREX-20084 | | 00/00/04 | LEE, E.Y.-D. AND GEORGE, R.A. 2004. HIGH-RESOLUTION GEOLOGICAL AUV SURVEY RESULTS ACROSS A PORTION OF THE EASTERN SIGSBEE ESCARPMENT. AAPG BULLETIN VOL. 88, NO. 6 |
| TREX-20085 | | 00/00/05 | LOTHE, A.E., BORGE, H. & SYLTA, Ø., 2005, EVALUATION OF LATE CAP ROCK FAILURE AND HYDROCARBON TRAPPING USING A LINKED PRESSURE AND STRESS SIMULATOR. IN: P. BOULT & J. KALDI (EDS.), EVALUATING FAULT AND CAP ROCK SEALS. AAPG HEDBERG SERIES 2 |
| TREX-20086 | | 00/00/93 | MACDONALD, I.R., GUINASSO, N.L. JR., ACKLESON, S.G., AMOS, J.F., DUCKWORTH, R., SASSEN, R. AND BROOKS, J.M. 1993. NATURAL OIL SLICKS IN THE GULF OF MEXICO VISIBLE FROM SPACE. JOURNAL OF GEOPHYSICAL RESEARCH 98 |
| TREX-20087 | | 00/00/96 | MACDONALD, I.R., REILLY, J.F. JR, BEST, S.E., VENKATARAMAIAH, R., SASSEN, R., AMOS, J.F. AND GUINASSO, N.L. JR. 1996. A REMOTE-SENSING INVENTORY OF ACTIVE OIL SEEPS AND CHEMOSYNTHETIC COMMUNITIES IN THE NORTHERN GULF OF MEXICO. IN: SCHUMACHER, D. AND ABRA |

| TRIAL EX NO. | BATES RANGE | DATE | SUBJECT / DESCRIPTION |
|---|---|---|---|
| **TREX-20088** | | 00/00/00 | MACDONALD, I.R., BUTHMAN, D.B., SAGER, W.W., PECCINI, M.B. AND GUINASSO, N.L. JR. 2000. PULSED OIL DISCHARGE FROM A MUD VOLCANO. GEOLOGY 28 |
| **TREX-20089** | | 00/00/00 | MARCHAND, A.M.E., HASZELDINE, R.S., MACAULY, C.I., SWENNE, R. AND FALLICK, A.E. 2000. QUARTZ CEMENTATION INHIBITED BY CRESTAL OIL CHARGE: MILLER DEEP WATER SANDSTONE. CLAY MINERALS 35 |
| **TREX-20090** | | 00/00/10 | MCGEE, T. 2010. GEOLOGIC CHARACTERISTICS IN THE VICINITY OF THE DEEPWATER HORIZON OIL SPILL. 2010 IEEE/OES US/EU BALTIC INTERNATIONAL SYMPOSIUM (BALTIC). 25-27 AUGUST, 2020, RIGA, LATVIA. ISBN 978-1-4244-9227 |
| **TREX-20091** | | 00/00/04 | MIKLOV, A.V., GLOBAL ESTIMATES OF HYDRATE-BOUND GAS IN MARINE SEDIMENTS: HOW MUCH IS REALLY OUT THERE? EARTH SCIENCE REVIEWS 66 |
| **TREX-20092** | | 00/00/99 | NADEAU, P.H. 1999. FUNDAMENTAL PARTICLES: AN INFORMAL HISTORY. CLAY MINERALS 34 |
| **TREX-20093** | | 00/00/11 | NADEAU, P.H. 2011A. EARTH'S ENERGY "GOLDEN ZONE": A SYNTHESIS FROM MINERALOGICAL RESEARCH. CLAY MINERALS 46 |
| **TREX-20094** | | 00/00/11 | NADEAU, P.H., 2011B. EARTH'S ENERGY "GOLDEN ZONE CONCEPT FOR UNDERSTANDING OVERPRESSURE DEVELOPMENT AND DRILLING SAFETY IN ENERGY EXPLORATION. DEEPWATER HORIZON STUDY GROUP WORKING PAPER – JANUARY 2011 |
| **TREX-20095** | | 00/00/84 | NADEAU, P.H., WILSON. M.J., MCHARDY, W.J. AND TAIT, J.M. 1984. INTERSTRATIFIED CLAY AS FUNDAMENTAL PARTICLES. SCIENCE 225 |
| **TREX-20096** | | 00/00/02 | NADEAU, P.H., PEACOR, D.R., YAN, J. AND HILLIER, S., 2002A, I/S PRECIPITATION IN PORE SPACE AS THE CAUSE OF GEOPRESSURING IN MESOZOIC MUDSTONES, EGERSUND BASIN, NORWEGIAN CONTINENTAL SHELF. AMERICAN MINERALOGIST 87 |
| **TREX-20097** | | 00/00/02 | NADEAU, P.H., WALDERHAUG, O., BJØRKUM, P.A. AND HAY, S. 2002B. CLAY DIAGENESIS, SHALE PERMEABILITY AND IMPLICATIONS FOR PETROLEUM SYSTEMS ANALYSIS. EAGE ANNUAL CONFERENCE, FLORENCE, ABSTRACT G003 |
| **TREX-20098** | | 00/00/05 | NADEAU, P.H., BJØRKUM, P.A. AND WALDERHAUG, O., 2005, PETROLEUM SYSTEM ANALYSIS: IMPACT OF SHALE DIAGENESIS ON RESERVOIR FLUID PRESSURE, HYDROCARBON MIGRATION AND BIODEGRADATION RISKS. IN: A.G. DORÉ & B. VINING (EDS.), PETROLEUM GEOLOGY: NORTH-WEST EUROPE |

| TRIAL EX NO. | BATES RANGE | DATE | SUBJECT / DESCRIPTION |
|---|---|---|---|
| TREX-20099 | | 00/00/07 | NADEAU, P.H. AND STEEN, Ø. 2007. THE THERMAL STRUCTURE OF SEDIMENTARY BASINS: MAPPING THE "GOLDEN ZONE" WORLDWIDE. NORWEGIAN GEOLOGICAL SOCIETY, WINTER CONFERENCE, STAVANGER, NORWAY, NGF ABSTRACTS AND PROCEEDINGS |
| TREX-20100 | | 04/00/96 | OELKERS, E.H., BJØRKUM, P.A. AND MURPHY, W.M. 1996. A PETROGRAPHIC AND COMPUTATIONAL INVESTIGATION OF QUARTZ CEMENTATION AND POROSITY REDUCTION IN NORTH SEA SANDSTONES. AMERICAN JOURNAL OF SCIENCE 296 |
| TREX-20101 | | 00/00/98 | OELKERS, E.H., NADEAU, P.H., BJØRKUM, P.A., WALDERHAUG, O. AND MURPHY, W.M. 1998. A CLOSED-SYSTEM FOUR COMPONENT MODEL FOR COMPUTING THE POROSITY AND PERMEABILITY OF SEDIMENTARY BASIN SANDSTONES, GOLDSCHMIDT CONFERENCE, TOULOUSE 1998. MINERALOGICAL MAGAZI |
| TREX-20102 | | 00/00/00 | OELKERS, E.H., BJØRKUM, P.A., WALDERHAUG, O., NADEAU, P.H. AND MURPHY, W.M. 2000. MAKING DIAGENESIS OBEY THERMODYNAMICS AND KINETICS: THE CASE OF QUARTZ CEMENTATION IN SANDSTONES FROM OFFSHORE MID-NORWAY. APPLIED GEOCHEMISTRY 15 |
| TREX-20103 | | 00/00/04 | PARSONS, B.S., VOGT, P.R., HAFLIDASON, H. AND JUNG, W-Y. 2004. SEAFLOOR RECONNAISSANCE AND CLASSIFICATION OF THE STOREGGA SLIDE HEADWALL REGION, NORWEGIAN SEA, USING SIDE-SCAN SONAR, VIDEO, AND PHOTOGRAPHS ACQUIRED ON SUBMARINE NR-1. AAPG BULLETIN VOL. 88 |
| TREX-20104 | | 00/00/04 | SAGER, W.W., BRYANT, W.R. AND DOLE, E.H. 2004A. INTRODUCTION: RESOLUTION IS THE SOLUTION. AAPG BULLETIN VOL. 88, NO. 6 |
| TREX-20105 | | 00/00/04 | SAGER, W.W., MACDONALD, I.R. AND ROUSHENG HOU 2004B. SIDE-SCAN SONAR IMAGING OF HYDROCARBON SEEPS ON THE LOUISIANA CONTINENTAL SLOPE. AAPG BULLETIN VOL. 88, NO. 6 |
| TREX-20106 | | 00/00/87 | SALVADOR, A. 1987. LATE TRIASSIC-JURASSIC PALAEOGEOGRAPHY AND ORIGIN OF THE GULF OF MEXICO BASIN. AAPG BULLETIN VOL. 71, NO. 4 |
| TREX-20107 | | 00/00/04 | SASSEN, R., ROBERTS, H.H., CARNEY, R., MILKOV, R.V., DEFREITAS, D.A., LANOIL, B. AND ZHANG, C. 2004 FREE HYDROCARBON GAS, GAS HYDRATE, AND AUTHIGENIC MINERALS IN CHEMOSYNTHETIC COMMUNITIES OF THE NORTHERN GULF OF MEXICO CONTINENTAL SLOPE: RELATION TO MICR |

| TRIAL EX NO. | BATES RANGE | DATE | SUBJECT / DESCRIPTION |
|---|---|---|---|
| **TREX-20108** | | 00/00/03 | SCHNEIDER, F., NADEAU, P.H. & HAY, S., 2003, MODEL OF SHALE PERMEABILITY AS A FUNCTION OF THE TEMPERATURE: APPLICATION TO MESOZOIC MUDSTONES, NORWEGIAN CONTINENTAL SHELF. EAGE. ANNUAL MEETING, STAVANGER, PROGRAM ABSTRACT C26 |
| **TREX-20109** | | 00/00/79 | SCHMIDT, V. AND MCDONALD, D.A. 1979. THE ROLE OF SECONDARY POROSITY IN THE COURSE OF SANDSTONE DIAGENESIS. SEPM SPECIAL PUBLICATION 26 |
| **TREX-20110** | | 00/00/84 | SURDAM, R.C., BOESES, W. AND CROSSEY, L.J. 1984. THE CHEMISTRY OF SECONDARY POROSITY. IN: CLASTIC DIAGENESIS, MCDONALD, D.A. AND SURDAM, R.C. (EDS), AAPG MEMOIR 37 |
| **TREX-20111** | | 00/00/07 | STEEN, Ø. & NADEAU, P.H. 2007. A GLOBAL OVERVIEW OF THE TEMPERATURE GRADIENTS IN CONTINENTAL BASINS AND THEIR RELATIONSHIP WITH TECTONIC SETTINGS. AAPG ANNUAL MEETING, LONG BEACH, AAPG SEARCH AND DISCOVER ARTICLE #90063 |
| **TREX-20112** | | 00/00/04 | TRIPSANAS, E.K., BRYANT, W.R. AND PHANEUF, B. 2004A. SLOPE INSTABILITY PROCESSES CAUSED BY SALT MOVEMENTS IN A COMPLEX DEEP-WATER ENVIRONMENT, BRYANT CANYON AREA, NORTHWEST GULF OF MEXICO. AAPG BULLETIN VOL. 88, NO. 6 |
| **TREX-20113** | | 00/00/04 | TRIPSANAS, E.K., BRYANT, W.R. AND PHANEUF, B. 2004B. DEPOSITIONAL PROCESSES OF UNIFORM MUD DEPOSITS (UNIFITES). HEDBERG BASIN, NORTHWEST GULF OF MEXICO: NEW PERSPECTIVES. AAPG BULLETIN VOL. 88, NO. 6 |
| **TREX-20114** | | 00/00/10 | VIGORITO, M. AND HURST, A. 2010. REGIONAL SAND INJECTITE ARCHITECTURE AS A RECORD OF PORE PRESSURE EVOLUTION AND SAND REDISTRIBUTION IN THE SHALLOW CRUST: INSIGHTS FROM THE PANOCHE GIANT INJECTION COMPLEX, CALIFORNIA. JOURNAL GEOLOGICAL SOCIETY OF LONDON |
| **TREX-20115** | | 00/00/94 | WALDERHAUG, O. 1994. PRECIPITATION RATES FOR QUARTZ CEMENT IN SANDSTONES DETERMINED BY FLUID-INCLUSION MICROTHERMOMETRY AND TEMPERATURE-HISTORY MODELING. JOURNAL OF SEDIMENTARY RESEARCH A64 |
| **TREX-20116** | | 00/00/96 | WALDERHAUG, O. 1996. KINETIC MODELING OF QUARTZ CEMENTATION AND POROSITY LOSS IN DEEPLY BURIED SANDSTONE RESERVOIRS. AAPG BULLETIN VOL. 80, NO. 5 |

| TRIAL EX NO. | BATES RANGE | DATE | SUBJECT / DESCRIPTION |
|---|---|---|---|
| TREX-20117 | | 00/00/00 | WALDERHAUG, O., LANDER, R.H., BJØRKUM, P.A., OELKERS, E.H., BJØRLYKKE, K.,AND NADEAU P.H. 2000. MODELING OF QUARTZ CEMENTATION AND POROSITY IN RESERVOIR SANDSTONES: EXAMPLES FROM THE NORWEGIAN CONTINENTAL SHELF. IN: R. WORDERN (ED.) QUARTZ CEMENTATION: IN |
| TREX-20118 | | 00/00/01 | WALDERHAUG, O., BJØRKUM, P.A., NADEAU, P.H. AND LANGNES, O. 2001. QUANTITATIVE MODELING OF BASIN SUBSIDENCE CAUSED BY TEMPERATURE-DRIVEN SILICA DISSOLUTION AND REPRECIPITATION. PETROLEUM GEOSCIENCE 7 |
| TREX-20119 | | 00/00/04 | WALDERHAUG, O., OELKERS, E.H. AND BJØRKUM, P.A. 2004. AN ANALYSIS OF THE ROLE OF STRESS, TEMPERATURE AND PH IN CHEMICAL COMPACTION OF SANDSTONES: DISCUSSION. JOURNAL OF SEDIMENTARY RESEARCH 74 |
| TREX-20120 | | 00/00/98 | WAPLES, D.W. 1998. BASIN MODELING: HOW WELL HAVE WE DONE? IN: BASIN MODELING: PRACTICE AND PROGRESS, DUPPENBECKER, S.J. AND ILIFFE, J.E. (EDS), GEOLOGICAL SOCIETY OF LONDON SPECIAL PUBLICATION 141 |
| TREX-20121 | | 00/00/98 | WAPLES, D.W. AND COUPLES, G.D. 1998, 'SOME THOUGHTS ON POROSITY REDUCTION AND ROCK MECHANICS OVER PRESSURE FULID FLOW'. IN: BASIN MODELING: PRACTICE AND PROGRESS, DUPPENBECKER, S.J. AND ILIFFE, J.E. (EDS), GEOLOGICAL SOCIETY OF LONDON SPECIAL PUBLICATION |
| TREX-20122 | | 00/00/60 | WEAVER, C.E. 1960. POSSIBLE USES OF CLAY MINERALS IN THE SEARCH FOR OIL. AAPG BULLETIN VOL. 44, NO. 9 |
| TREX-20123 | | 00/00/08 | FIGURE 1.  LOCATION OF THE MACONDO 252 #1 WELL, NORTHERN GULF OF MEXICO ALONG WITH THE GOM RESERVOIRS DATA BASE USED BY EHRENBERG ET AL. (2008A). |
| TREX-20124 | | 00/00/05 | FIGURE 2. A DEPTH (KM) PLOT OF SUBSURFACE PRESSURE REGIMES (MPA) SHOWING THE DIVERGENCE OF THE HYDROSTATIC AND LITHOSTATIC GRADIENTS WITH INCREASED DEPTH. AN IDEALISED PORE-PRESSURE HISTORY THAT IS REPRESENTATIVE OF A NORTH SEA PRESSURE PROFILE (BULLER AT |
| TREX-20125 | | 00/00/79 | FIGURE 3. TEMPERATURE-DEPENDENT MINERAL ASSEMBLAGES IN MUDSTONES AND SANDSTONES. SOLID LINES REPRESENT THE TEMPERATURE RANGE AT WHICH SPECIFIC MINERALS ARE STABLE, DASHED LINES INDICATE A POSSIBLE RANGE OF OCCURRENCE AND ? INDICATES UNCERTAINTY (MODIFIED |

| TRIAL EX NO. | BATES RANGE | DATE | SUBJECT / DESCRIPTION |
|---|---|---|---|
| TREX-20126 | | 00/00/05 AND 00/00/11 | FIGURE 4. THE THREE-FOLD TEMPERATURE ZONATION OF SEDIMENTARY BASINS: THE EXPULSION ZONE – 120-200°C; THE ACCUMULATION ZONE – 60-120°C; COMPACTION ZONE - <60°C. THE EXPULSION ZONE IS SYNONYMOUS WITH HPHT CONDITIONS AND LIMITED HYDROCARBON RESERVE POTENTIAL |
| TREX-20127 | | 00/00/05 | FIGURE 5. A PLOT OF TEMPERATURE (°C) AGAINST THE BULK OIL TO GAS RATIO FROM >10,000 US GULF OF MEXICO RESERVOIRS. FOUR MAIN COMPOSITIONAL TYPES ARE IDENTIFIED: OIL, WET GAS, DRY GAS AND GAS CONDENSATE (GC); MODIFIED FROM NADEAU ET AL. (2005). |
| TREX-20128 | | 00/00/05 | FIGURE 6. IDEALISED PORE-PRESSURE CURVES FROM THREE DIFFERENT SEDIMENTARY BASINS (A, B, C) PLOTTED AGAINST DEPTH (LEFT) AND TEMPERATURE (RIGHT). OVERPRESSURE RAMPS (SEE FIGURE 2), GREEN, RED AND BLUE ARE SIMILAR BUT OCCUR AT DIFFERENT DEPTHS. WHEN PLOTTED |
| TREX-20129 | | 00/00/11 | FIGURE 7. MERGING OF FIGURES 4 AND 6 ILLUSTRATES THE RELATIONSHIP BETWEEN THE GOM RESERVOIRS DATA AND THE THREE-FOLD GOLDEN ZONE ZONATION. |
| TREX-20130 | | 00/00/11 | FIGURE 8. AN APPROXIMATELY NORTH-SOUTH SECTION THROUGH THE OFFSHORE NORTHERN AREA OF THE GOM (NADEAU 2011A). A THICK PALOEGENE AND NEOGENE SEDIMENTARY FILL IS PRESENT IN THE NORTH. STEEP GREY FEATURES (DIAPIRS) ARE SALT THAT HAS RISEN FROM THE JURASSIC IN |
| TREX-20131 | | 00/00/11 | FIGURE 9. PLOT OF RESERVOIR TEMPERATURE AGAINST RESERVOIR PRESSURE (SPECIFIC GRAVITY) FOR 11,864 RESERVOIRS FROM THE US GOM. THE MEDIAN P50 CURVE INCREASES EXPONENTIALLY AT >60°C AND AT 120°C P50 IS >1.4 SG AND ENTERS THE HPHT REGIME (THE EXPULSION ZONE O |
| TREX-20132 | | 00/00/11 | FIGURE 10. A - PLOT OF BURIAL RATE (METRES/MILLION YRS) AGAINST RESERVOIR PRESSURE WITH THE SAME DATA AS IN FIGURE 8; BURIAL RATE IS A PROXY FOR THE RATE OF MECHANICAL COMPACTION. NO OBVIOUS RELATIONSHIP IS PRESENT. BURIAL RATE IS A PROXY FOR LITHOSTATIC |
| TREX-20133 | | 00/00/11 | FIGURE 11. A SCHEMATIC DEPTH V. PRESSURE PLOT SHOWING THE HYDROSTATIC GRADIENT AND THE GLOBAL LEAK-OFF PRESSURE (LOP) TREND. THE 1.7 G/CM3 PRESSURE GRADIENT IS MARKED AND REPRESENTS THE SPECIFIC GRAVITY RESERVOIR PRESSURE THAT IS TYPICAL OF MANY OVERPRESS |

| TRIAL EX NO. | BATES RANGE | DATE | SUBJECT / DESCRIPTION |
|---|---|---|---|
| TREX-20134 | | 00/00/11 | FIGURE 12. THE AREA OF ANOMALOUSLY LOW LOP'S FROM THE LOUISIANA GOM OFFSHORE THAT ARE FOCUSED AROUND THE MISSISSIPPI SUBMARINE CANYON (NADEAU 2011B). LOW LOP'S ARE INDICATIVE OF STRATA WITH LOW CONFINING STRESS AND WEAK PHYSICAL INTEGRITY. THEY ARE LIKELY |
| TREX-20135 | | 00/00/11 | FIGURE 13. A SCHEMATIC LEAK-OFF PRESSURE (LOP) TEST PLOTTED AGAINST TIME. THE TEST IS PERFORMED BY PUMPING DRILLING MUD INTO A BOREHOLE AT A CONSTANT RATE. TYPICALLY LOP TESTS ARE STOPPED WHEN MUD STARTS TO LEAK INTO THE FORMATION – HENCE LEAK-OFF PRESSUR |
| TREX-20136 | | 00/00/11 | FIGURE 14. LOCATION OF EARTHQUAKE EPICENTRES LOCAL TO THE MISSISSIPPI SUBMARINE CANYON. THE AREA IN WHICH ANOMALOUSLY LOW LEAK-OFF PRESSURES (LOP'S) ARE RECORDED IN OFFSHORE LOUISIANA THAT ARE LOCATED AROUND THE MISSISSIPPI CANYON. |
| TREX-20137 | | 00/00/11 | FIGURE 15. A – GRAVITATIONALLY-DRIVEN SLUMPING CHARACTERISES GOM SEAFLOOR INSTABILITY IN THE AREA OF THE MISSISSIPPI CANYON. SERIES OF RETROGRADATIONAL SLUMPS COLLAPSE AND REDISTRIBUTE SEDIMENT. THE SLUMPS ARE INSTANTANEOUS EVENTS WHERE IN EXCESS OF 100 M |
| TREX-20138 | | 00/00/11 | FIGURE 16. OIL SEEP DISTRIBUTION FROM THE GULF OF MEXICO (WWW.SARSEA.ORG/NATURAL_SEEPAGE.HTM). SUPERIMPOSED IS THE PUBLIC-DOMAIN RESERVOIR DATABASE USED IN FIGURES 5, 8 AND 9 FROM WHICH THEIR RELATIONSHIP TO THE GOLDEN ZONE IS DEFINED. |
| TREX-20139 | | 00/00/11 | FIGURE 17. A SYNOPTIC THAT RELATES THE INSTANTANEOUS LEFTWARD/LOWER PORE-PRESSURE SHIFT OF THE LITHOSTATIC GRADIENT (SEE FIGURE 14) CAUSED BY DECREASING THE SEDIMENT LOAD DURING LARGE-SCALE SLUMPING. THE LOWER LITHOSTATIC GRADIENT MOVES ALREADY OVERPRESSU |
| TREX-20140 | | 00/00/08 | FIGURE 18. HIGH-PRESSURE HIGH-TEMPERATURE (HPHT) DEFINITIONS BASED ON THE STABILITY LIMITS OF COMMON WELL-SERVICE-TOOL COMPONENTS, ELASTOMERIC SEALS AND ELECTRONIC DEVICES (DEBRUIJN ET AL. 2008). THE LIMITS ARE NOT DIRECTLY RELATED TO GEOLOGICAL CRITERIA |
| TREX-20141 | | 00/00/08 | FIGURE 19. GEOLOGICALLY-DEFINED HPHT CONDITIONS OF T >120°C AND RESERVOIR PRESSURE (SG) >1.4 G/CM3 FOR GOM DATA (FROM FIGURE 8). MOST HPHT RESERVOIRS OCCUR BELOW THE TECHNOLOGY-DEFINED P AND T LIMITS (GREEN OVAL). MANY SEVERE OVERPRESSURES (ORANGE OVAL) O |