# MDL2179 PSC
# WEBSTER RELIANCE EXHIBITS

| TRIAL EX NO. | BATES RANGE | DATE | SUBJECT / DESCRIPTION |
|---|---|---|---|
| TREX-00001 | | 8-SEP-10 | BLY DEEPWATER HORIZON ACCIDENT INVESTIGATION REPORT |
| TREX-00075 | | 2005 | MODUSPEC SUPPLEMENTAL AUDIT |
| TREX-00596 | BP-HZN-2179MDL00330768 - BP-HZN-2179MDL00331163 | 3/15/2011 | WELL CONTROL HANDBOOK |
| TREX-00939 | TRN-USCG-MMS-00033216 - TRN-USCG-MMS-00033281 TRN-MDL-00033216 - TRN-MDL-00033281 | 12/19/2008 | TRANSOCEAN - ISM / ISPS MODU HANDBOOK (REVISION DATE: DECEMBER 19, 2008) |
| TREX-00957 | TRN-MDL-00351151-00351222 | AUG-09 | BP SAFETY AUDIT |
| TREX-00986 | | | CHIEF COUNSEL'S REPORT_2011: NATIONAL COMMISSION ON THE BP DEEPWATER HORIZON OIL SPILL AND OFFSHORE DRILLING |
| TREX-01164 | | 4/11/2011 | DNV - FINAL REPORT FOR UNITED STATES DEPARTMENT OF THE INTERIOR, VOLUME I (20 MARCH 2011) |
| TREX-01352 | CAM-DOI 000000259 - CAM-DOI 000000250 | 5/27/2003 | CAMERON EB 886 D - PREVENTIVE MAINTENANCE OF CAMERON BLOWOUT PREVENTERS. |
| TREX-01461 | | 22-APR-11 | UNITED STATES COAST GUARD REPORT |
| TREX-01768 | TRN-MDL-0039124-0039126 | APR-09 | DNV SURVEY REPORT |
| TREX-03293 | TRN-MDL-00038591-0038677 | APRIL 1-14 | MODUSPEC RIG CONDITION ASSESSMENT |
| TREX-03339 | TRN-INV-00000296-00000306 | 24-JUN-10 | WITNESS STATEMENT OF STEPHEN BERTONE TO TRANSOCEAN |
| TREX-03813 | TRN-MDL-00119531-00119723 | MARCH 12 - 16, 2010 | LLOYD'S REGISTER EMEA, NORTH AMERICA DIVISION SUMMARY REPORT: SAFETY MANAGEMENT AND SAFETY CULTURE / CLIMATE REVIEWES |
| TREX-04248 | | JUN-11 | TRANSCOCEAN INVESTIGATIVE REPORT |

| TRIAL EX NO. | BATES RANGE | DATE | SUBJECT / DESCRIPTION |
|---|---|---|---|
| TREX-04423 | BP-HZN-2179MDL03106206 - BP-HZN-2179MDL03106207 | 7/20/2011 | E-MAIL MICHAEL BYRD TO CURTIS JACKSON AND OTHERS, DATED NOVEMBER 14, 2001 |
| TREX-06141 | | 2010 | EMAIL CHAIN BETWEEN BP EXECUTIVES REGARDING MODUSPEC AUDIT |
| TREX-20004 | | | EXPERT REPORT OF WEBSTER |
| TREX-20032 | | 9/14/2011 | BUREAU OF OCEAN ENERGY MANAGEMENT, REGULATION AND ENFORCEMENT (BOEMRE)/U.S. COAST GUARD JOINT INVESTIGATION TEAM (JIT) FINAL INVESTIGATIVE REPORT |
| TREX-20033 | | | 46 U.S.C. § 3201, ET SEQ. |
| TREX-20034 | | | 33 CFR 96 |
| TREX-20035 | | 14-OCT-10 | WARTSILA SUBMISSION LETTER TO JIT |
| TREX-20036 | TRN-MDL-00396357-00396358 | 18-FEB-10 | ABS CLASS SURVEY AUDIT REPORT |
| TREX-20037 | | JUL-08 | ABS GUIDE FOR BUILDING / CLASSING MODUS |
| TREX-20038 | TRN-MDL-00448974---448993 | 5-JAN-10 | ABS SURVEY MANAGER FOR DWH |
| TREX-20039 | | MAR-97 | API RECOMMENDED PRACTICE 53 (THIRD EDITION) |
| TREX-20040 | | AUG-11 | DEEPWATER HORIZON MARINE CASUALTY INVESTIGATION REPORT, REPUBLIC OF MARSHALL ISLANDS |
| TREX-20041 | TRN-MDL-000102464-00102879 | 27-OCT-00 | DEEPWATER HORIZON OPERATION MANUAL, VOLUME 2 OF 2 |
| TREX-20042 | TRN-MDL-00060065-00060732 | MAR-01 | DEEPWATER HORIZON OPERATIONS MANUAL |
| TREX-20043 | | JAN-11 | DEEPWATER: THE GULF OIL DISASTER AND THE FUTURE OF OFFSHORE DRILLING, REPORT TO THE PRESIDENT |
| TREX-20044 | TRN-MDL-0039027-0039028 | 13-APR-07 | DNV DOCUMENT OF COMPLIANCE |
| TREX-20045 | TRN-MDL-0052407 | JUN-09 | DWH FAILURE MODES, EFFECTS AND CRITICALITY ANALYSIS OF THE DP SYSTEM |
| TREX-20046 | | 16-APR-09 | IMO CODE FOR THE CONSTRUCTION AND EQUIPMENT OF MODUS |
| TREX-20047 | | | ISM CODE |

| TRIAL EX NO. | BATES RANGE | DATE | SUBJECT / DESCRIPTION |
|---|---|---|---|
| **TREX-20048** | TRN-MDL-00100650-00101340 | 28-APR-10 | MAINTENANCE MANUAL -- KONGSBERG INEGRATED AUTOMATED SYSTEM -DWH, VOLUME 1 OF 3 |
| **TREX-20049** | TRN-MDL-0039674-0040292 | FEB-10 | MAINTENANCE MANUAL -- KONGSBERG INEGRATED AUTOMATED SYSTEM -DWH, VOLUME 3 OF 3 |
| **TREX-20050** | | 5-OCT-10 | TESTIMONY OF ANDREA FLEYTAS TO JIT |
| **TREX-20051** | | 23-JUL-10 | TESTIMONY OF MICHAEL WILLIAMS TO JIT |
| **TREX-20052** | TRN-MDL-00365900 | | 30 CFR 250 |