UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: Oil Spill by the OIL RIG          )          MDL. NO. 2179
      "DEEPWATER HORIZON"in          )
      the GULF OF MEXICO, on          )
      APRIL 20, 2010          )
                )          SECTION: J
      This Document relates to:          )
                )          JUDGE BARBIER
      2:10-CA-10-8888          )          MAG. JUDGE SHUSHAN

## ORDER

Considering the Motion of the Claimants/Plaintiffs to Dismiss with Prejudice Pursuant to *Rule 41(a)(2)*:

**IT IS HEREBY ORDERED** that all claims of the following Claimants/Plaintiffs are dismissed with Prejudice.

| Document No. | Cause No. | Plaintiff/Claimant |
|---|---|---|
| 1.   53086 | CA-10-8888 | Oran Eric Cohen |
| 2.   53169 | CA-10-8888 | William Paul Condon |
| 3.   48736 | CA-10-8888 | Thomas & Katherine Thomson |
| 4.   51600 | CA-10-8888 | Michael M. Bush |

New Orleans, Louisiana this 16th day of September, 2011.

_____
UNITED STATES DISTRICT COURT JUDGE