AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| Willaim Boateng <br><br> *Plaintiff* <br><br> v. <br><br> BP, plc, et al <br><br> *Defendant* | ) <br> ) <br> ) <br> ) Civil Action No. MDL 10-2179 J(1) <br> ) <br> ) 11-1383 <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BP, Products North America, Inc.
3200 Somerulos Street
Baton Rouge, LA 70802

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Darryl J. Becnel
Becnel Law Firm, LLC
P.O. Drawer H, 106 West 7th Street
Reserve, LA 70084

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

*[signature: Stephanie Kall]*
Deputy clerk's signature

Date: Jun 13 2011

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **BP Product North America, Inc**
was received by me on *(date)* **9-16-11**.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Paula Glaser/Prentice Hall** , who is
designated by law to accept service of process on behalf of *(name of organization)* **BP Products North America Inc** on *(date)* **9-16-11** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **9-19-11**

*[signature]*
Server's signature

**Salvadore Christina, Jr**
Printed name and title

**Po Drawer H Reserve La 70084**
Server's address

Additional information regarding attempted service, etc: