# KANNER & WHITELEY, L.L.C.
701 Camp Street
New Orleans, Louisiana 70130
(504) 524-5777
FAX: (504) 524-5763

September 14, 2011

**Via Electronic Mail**:  Sally_Shushan@laed.uscourts.gov
The Honorable Sally Shushan
United States Magistrate Judge
United States District Court for the
Eastern District of Louisiana
500 Poydras Street, Room B-345
New Orleans, LA 70130

Re:   In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, MDL No. 2179 – Compliance with Discovery Order to the State of LA. [Rec. Doc. 3965].

Dear Judge Shushan,

The State of Louisiana hereby submits this report concerning the Order issued by your Honor on September 9, 2011. [Rec. Doc. 3965][Regarding Louisiana's Motion for Reconsideration (Rec. doc. 3956)] ("Reconsideration Order").[1] The State greatly appreciates this Court's accommodation regarding Louisiana's compliance with the Court's discovery Order of September 1, 2011. As the State has previously advised this Court, the State has commenced this undertaking and intends to produce the materials sought by BP as soon as practicable. However, even with the relief graciously granted by this Court following Louisiana's Motion to Reconsider, the State must again report that given the volume of information it is required to search, the collection, review and production likely will not be fully complete by the deadlines set forth in the Reconsideration Order.

Additionally, Louisiana would like to clarify that, contrary to the suggestions made by BP, the State takes its discovery obligations seriously and has, since very soon following the *Deepwater Horizon* incident, undertaken an extensive discovery preservation effort. In addition, following the receipt of the discovery requests from Defendants, the State sought to collect any information regarding the issues in Phase 1 that was unique to Louisiana. The State's objections to the breadth of BP's discovery requests, in connection with Phase 1 of the limitation proceedings, were made in good faith in light of what was likely to be limited additional information relating specifically to the cause of the explosion and sinking of the *Deepwater*

---

[1] On September 8, 2011, the State sought reconsideration and/or relief from this Court's Order dated September 1, 2011, granting, in part, BP's Motion to Compel Louisiana's Responses to BP's Discovery Requests. 9/1/11 Order [Regarding BP's Motion to Compel Discovery from Louisiana (Rec. Doc. 3795)] [Rec. Doc. 3882].

*Horizon* (not already produced in the context of these proceedings or otherwise publicly available). The State's efforts to narrow the discovery were motivated not by an attempt to evade its obligations, but by an attempt to balance the demand on the public fisc by using and exhausting existing manpower and technological resources. While the State continues to believe the BP requests to be overbroad, the State is making every effort to comply with the discovery obligations as outlined in your Honor's Order of September 9, 2011.

We reiterate that the State of Louisiana is doing everything it can to identify and produce Phase 1 materials as soon as possible, but does not at this point in time, anticipate a completed production under the terms sought by BP within the currently applicable deadlines. While the State intends to continue its production efforts consistent with this Court's direction, we are obligated to advise of our concerns regarding the State's ability to comply fully with your Honor's Reconsideration Order. As the deadlines in the discovery Order arrive, the State will advise of specifics regarding any inability to comply. Should you wish any additional information, please do not hesitate to ask. Your continued consideration is greatly appreciated.

Sincerely,

KANNER & WHITELEY, L.L.C.

By:____/*Elizabeth Petersen*/_____
     Elizabeth B. Petersen