

DALLAS  HOUSTON

*Attorneys and Counselors*

Renaissance Tower
1201 Elm Street, Suite 1700
Dallas, Texas 75270-2041
214.939.4400
800.662.8393
214.760.7332  Fax

GodwinRonquillo.com

JENNY L. MARTINEZ - SHAREHOLDER
DIRECT DIAL:      214.939.4620
DIRECT FAX:       214.527.3119
JMARTINEZ@GODWINRONQUILLO.COM

September 15, 2011

Magistrate Judge Sally Shushan
U.S. District Court
Eastern District of Louisiana
500 Poydras Street
Room B345
New Orleans, LA  70130

      Re:    In re: Oil Spill By The Oil Rig "Deepwater Horizon" In The Gulf Of Mexico on April 20, 2010, MDL No. 2179 – Response to BP Letter of September 13, 2011

Dear Judge Shushan:

      Halliburton Energy Services, Inc. ("HESI") submits this letter in response to the BP Parties' ("BP") request for reconsideration of the Court's order compelling BP to supplement its responses to certain HESI discovery requests ("BP Letter") (Dkt. 3903).  The BP Letter mischaracterizes the sufficiency of BP's responses to HESI's Interrogatory No. 7 and Request for Admission No. 115.  The Court's order was proper and BP's duty to supplement its responses should remain in place.

**Interrogatory No. 7:**

      Interrogatory No. 7 requests the following: "[e]xplain BP's policies and procedures regarding the design and interpretation of negative tests, and how such policies and procedures are communicated to BP well site leaders."  Ex. A at 6.  BP's response to this request refers to "BP's policy," but it fails to identify, or direct HESI to a document that identifies, that policy. Ex. B at 2; *see also* Ex. A at 6-7.  In addition, BP's response provides no information as to how the policies and procedures are communicated to BP's well site leaders.

      BP argues that it properly responded because BP does not have a "'policy or procedure' on how to 'design or interpret' a negative test."  BP Letter at 2.  Interrogatory No. 7 is broader than BP suggests.  Interrogatory No. 7 asks for BP's policies and procedures *regarding the design and interpretation* of negative tests, not BP's policies and procedures on *how to* design and interpret such tests.  Ex. A at 6.  BP's passing reference to an unidentified policy that

Magistrate Judge Sally Shushan
September 15, 2011
Page 2

requires a negative pressure test is nonresponsive.  BP Letter at 2.  Similarly, neither BP's statement that the negative test is developed by "a combination of the drilling contractor and BP engineering and operations teams," nor BP's statement that "BP, Transocean, MI Swaco and other contractors were involved in designing and interpreting the negative test" provides sufficient answers to this interrogatory.

BP's response fails to identify the policies and procedures and fails to indicate how the policies and procedures are communicated to BP's well site leaders.  Therefore, BP's request for reconsideration of the Court's order regarding HESI's Interrogatory No. 7 should be denied.

**Request for Admission No. 115:**

BP may have accounted for HESI's typographical error when responding to Request for Admission No. 115, but BP's response is still deficient.  BP Letter at 3.  HESI's Request for Admission No. 115 asks BP to admit or deny whether the 13.1 ppg sand depicted in that diagram *is above* the "main hydrocarbon zones," which BP admits are identified in the diagram as the 12.6 ppg sands.  *See* Ex. D (page 54 of the Bly Report).  HESI did not, as the BP Letter suggests by italicizing relevant portions of BP's response, request an admission that page 54 of the Bly Report labels the 12.6 ppg sands as the "Primary Reservoir Sands."  *See* Ex. C at 58.  Therefore, BP failed to respond to the request presented.

Because BP failed to admit or deny as requested, BP's request for reconsideration of the Court's order regarding HESI's Request for Admission No. 115 should be denied.

BP's responses to the foregoing requests are insufficient.  HESI, therefore, respectfully requests that the Court deny BP's request for reconsideration.  HESI does not oppose BP's request for an extension of the deadline for BP to amend or to supplement its responses to HESI's Interrogatory No. 7 and Request for Admission No. 115.

Very truly yours,

*Jenny Martinez*

Jenny L. Martinez

Attachments
JLM/MWL

cc:   Donald E. Godwin
      R. Alan York
      Susan Hays
      Carolyn Raines

1745749 v1-24010/0002 CORR