# EXHIBIT F

Anadarko Petroleum Corporation

Safety & Health Manual




2007 Edition

CONFIDENTIAL

ANA-MDL-000031086

## Message from the CEO

The safety and well-being of all personnel working at every Anadarko location is one of my top priorities. A healthy environment and safe workplace are important to me and are critical to our overall business success.

This manual outlines the basic safety requirements I ask everyone to follow and integrate throughout our business. A publication of this size cannot encompass all requirements for every situation, but it does provide a set of rules that, if applied properly, will protect people, the environment and our assets.

Please follow these rules and, where necessary, take extra time and precautions to be safe. If situations arise which are not covered by this manual, please discuss them with your supervisor or safety representative and seek clarification on what is expected.

Our challenge is to continually improve our safety performance. I urge you to identify areas where we can do this and offer your ideas to your supervisor or your local safety representative. I assure you that we will listen and where appropriate, we will change the current process if it will make us all safer.

Remember, there is no job too important not to take the time to do it safely.

*Jim Hackett*

Jim Hackett

ANA-MDL-000031087

# Table of Contents

|  |  | Page |
|---|---|---|
| Purpose and Scope |  | 1 |
| Employee Acknowledgement Form |  |  |
| (sent to local safety representative) |  | 3 |
| Employee Acknowledgement Form |  |  |
| (kept in this manual) |  | 5 |

**Section**

| 1.0 | General Information | 7 |
|---|---|---|
| 1.1 | Manager/Supervisor Responsibilities | 7 |
| 1.2 | Employee Responsibilities | 8 |
| 1.3 | Contractors | 9 |
| 1.4 | Visitors | 10 |
| 1.5 | Government Safety and Health Inspections | 11 |
| 1.6 | Emergency Plans | 12 |
| 1.7 | Incident Management Plan (IMP) | 13 |
| 1.8 | Safety Meetings/Training | 13 |
| 1.9 | Access to Occupational Medical Records | 14 |
| 1.10 | Anadarko EHS Passport | 14 |

| 2.0 | Incident Reporting | 17 |
|---|---|---|
| 2.1 | General | 17 |
| 2.2 | Employee Injury/Illness Report | 18 |
| 2.3 | Vehicle Accident Report | 18 |
| 2.4 | Property Damage/Loss Report | 19 |
| 2.5 | Third Party Injury/Illness Report | 19 |
| 2.6 | Third Party Property Damage Report | 20 |

| 3.0 | Office Safety | 21 |
|---|---|---|
| 3.1 | General | 21 |
| 3.2 | Ergonomics | 23 |

| 4.0 | Personal Protective Equipment (PPE) | 29 |
|---|---|---|
| 4.1 | General | 29 |
| 4.2 | Proper Job Attire | 29 |
| 4.3 | Head Protection | 30 |
| 4.4 | Eye and Face Protection | 30 |

ANA-MDL-000031088

## Table of Contents

| Section | | Page |
|---|---|---|
| 4.5 | Hand Protection | 32 |
| 4.6 | Foot Protection | 33 |
| 4.7 | Hearing Protection | 33 |
| 4.8 | Respiratory Protection | 34 |
| 4.9 | Fall Protection | 35 |
| 4.10 | Personal Flotation Devices (PFDs) | 36 |
| | | |
| **5.0** | **Safe Practices** | **37** |
| 5.1 | Pre-Job Planning and Post-Job Wrap-Up | 37 |
| 5.2 | Housekeeping | 38 |
| 5.3 | Safety Signs | 39 |
| 5.4 | Barricades | 40 |
| 5.5 | Shop Safety | 43 |
| 5.6 | Machinery | 43 |
| 5.7 | Valves | 48 |
| 5.8 | Ladders | 49 |
| 5.9 | Scaffolds | 51 |
| 5.10 | Stairs and Walkways | 52 |
| 5.11 | Blowdown Lines (Open-ended Pressure Relieving Lines) | 52 |
| 5.12 | Relief Valves | 53 |
| 5.13 | Storage Tank Access | 54 |
| 5.14 | Rail Car Access | 54 |
| 5.15 | Hand Tools | 55 |
| 5.16 | Air Hoses, Tools and Air Compressors | 56 |
| 5.17 | Pressure Vessels | 57 |
| 5.18 | Flowlines, Gathering Lines, Transmission Lines and Process Piping | 59 |
| 5.19 | Abrasive Blasting | 60 |
| 5.20 | Ground Disturbance | 61 |
| 5.21 | Welding Precautions | 62 |
| 5.22 | Isolation/Opening of Equipment/Piping | 66 |
| 5.23 | Product Transfer and Handling | 67 |
| | | |
| **6.0** | **Work Control** | **69** |
| 6.1 | Work Permits - General | 69 |
| 6.2 | Permit-to-Work | 71 |
| 6.3 | Hot Work | 72 |

## Table of Contents

| Section | | Page |
|---|---|---|
| 6.4 | Confined Space Entry | 74 |
| 6.5 | Excavations | 76 |
| 6.6 | Control of Hazardous Energy (Lockout/Tagout) | 79 |
| | | |
| **7.0** | **Material Handling** | **83** |
| 7.1 | General | 83 |
| 7.2 | Proper Lifting and Carrying Techniques | 83 |
| 7.3 | Crane Operation | 84 |
| 7.4 | Rigging/Slings | 87 |
| 7.5 | Forklift Operations | 88 |
| 7.6 | Personnel Lifts | 89 |
| 7.7 | Compressed Gas Cylinders | 90 |
| 7.8 | Sample Cylinders | 93 |
| 7.9 | Pipe Handling and Storage | 93 |
| 7.10 | Drum Handling and Storage | 95 |
| | | |
| **8.0** | **Electrical Safety** | **97** |
| 8.1 | General | 97 |
| 8.2 | Ground Fault Circuit Interrupter (GFCI) | 99 |
| 8.3 | Power Hand Tools | 99 |
| 8.4 | Lighting | 100 |
| 8.5 | Explosion Proof or Intrinsically Safe Electrical Equipment | 101 |
| | | |
| **9.0** | **Chemical Safety** | **103** |
| 9.1 | Chemical Safety Program | 103 |
| 9.2 | Specific Chemicals | 105 |
| | Asbestos | 106 |
| | Benzene | 107 |
| | Condensate | 107 |
| | Crude Oil | 108 |
| | Hydrogen Sulfide ($H_2S$) | 109 |
| | Natural Gas | 111 |
| | Naturally Occurring Radioactive Material (NORM) | 112 |
| | Polychlorinated Biphenyls (PCBs) | 112 |

ANA-MDL-000031089

## Table of Contents

| Section | | Page |
|---|---|---|
| | Produced Water | 113 |
| | Sulfur Dioxide ($SO_2$) | 113 |
| 9.3 | Hazardous Chemical Spill or Release | 114 |
| **10.0** | **Fire Safety** | **115** |
| 10.1 | General | 115 |
| 10.2 | Personal Electronic Devices (PEDs) | 118 |
| 10.3 | Fire Extinguishers | 120 |
| 10.4 | Fire Drills | 122 |
| **11.0** | **Medical and First Aid** | **123** |
| 11.1 | Bloodborne Pathogens | 123 |
| 11.2 | First Aid/CPR/AED Training | 124 |
| 11.3 | First Aid Kits | 124 |
| 11.4 | Heat Exposure | 125 |
| 11.5 | Cold Exposure | 126 |
| 11.6 | International Travel | 128 |
| **12.0** | **Transportation Safety** | **129** |
| 12.1 | Motor Vehicle Operation | 129 |
| 12.2 | Trucks | 130 |
| 12.3 | Snowmobiles | 132 |
| 12.4 | Utility Vehicles (i.e. Kawasaki Mule) | 132 |
| 12.5 | Tractors, Loaders and Backhoes | 132 |
| 12.6 | Boats | 134 |
| 12.7 | Material or Personnel Transfer between Boats and Facilities | 134 |
| 12.8 | Helicopter and Fixed Wing Aircraft Travel | 136 |
| 12.9 | Helicopter Specific Aircraft Travel | 137 |

**Appendix**
| A | Basic Crane Hand Signals | 140 |
|---|---|---|
| B | High Voltage Line Clearances | 141 |
| C | Rigging Angle Chart | 142 |
| D | Physical Effects of $H_2S$ | 143 |
| E | Heat Index Chart | 144 |
| F | Wind Chill Chart | 145 |
| G | Calculating Fall Clearance Distance | 146 |

# Purpose and Scope

This Safety & Health Manual is one means of communicating Anadarko's safety and health expectations to all employees, in a conveniently sized, easily accessible format. This Safety & Health Manual serves as a tool to help protect human health and life in all Anadarko operated locations throughout the world and to help minimize safety and health risk during our day-to-day work. This Safety & Health Manual is not intended to replace the numerous programs, procedures and guidelines that are in place to support site-specific work practices, but will serve as a guide to those more detailed documents. This Safety & Health Manual compliments conformance to governmental and local safety and health rules and regulations and serves as a reference source for maintaining uniform safety and health practices by specifying minimum rules and standards.

1

ANA-MDL-000031090

**Employee Acknowledgement Form**

As an Anadarko employee, I recognize that my safety responsibilities include:

1. Complying with Anadarko safety and health policies, programs and procedures;
2. Seeking supervisory guidance when unsure of correct work procedures;
3. Performing job duties safely. This includes setting a safe example, properly using safety equipment and devices, using safe work practices, as well as keeping equipment and tools in good working order;
4. Reviewing and familiarizing myself with the contents of this Safety & Health Manual;
5. Taking an active part in safety programs, including participating in safety meetings/activities and completing required training;
6. Immediately reporting every accident, as well as unsafe work conditions or practices, to the manager/supervisor;
7. Accepting the obligation and responsibility to make and keep the workplace safe and free of recognized hazards;
8. Learning the hazards of each job, taking the necessary precautions and making suggestions for corrective actions or improvements; and
9. Helping less experienced personnel work safely and understand Anadarko's safety and health expectations.

I, _____  _____,
                        (print name)

acknowledge the receipt of this Safety & Health Manual.
I further acknowledge that I have read, understand and agree to the above. If I have any questions, I will direct them to my supervisor or local safety representative.

_____  _____
                (signature)                              (date)

**Employee to complete and forward this copy to local safety representative**

(this page intentionally left blank)

2

3

ANA-MDL-000031091

(this page intentionally left blank)

**Employee Acknowledgement Form**

As an Anadarko employee, I recognize that my safety responsibilities include:

1. Complying with Anadarko safety and health policies, programs and procedures;
2. Seeking supervisory guidance when unsure of correct work procedures;
3. Performing job duties safely. This includes setting a safe example, properly using safety equipment and devices, using safe work practices, as well as keeping equipment and tools in good working order;
4. Reviewing and familiarizing myself with the contents of this Safety & Health Manual;
5. Taking an active part in safety programs, including participating in safety meetings/activities and completing required training;
6. Immediately reporting every accident, as well as unsafe work conditions or practices, to the manager/supervisor;
7. Accepting the obligation and responsibility to make and keep the workplace safe and free of recognized hazards;
8. Learning the hazards of each job, taking the necessary precautions and making suggestions for corrective actions or improvements; and
9. Helping less experienced personnel work safely and understand Anadarko's safety and health expectations.

I, _____ _____,
(print name)

acknowledge the receipt of this Safety & Health Manual.
I further acknowledge that I have read, understand and agree to the above. If I have any questions, I will direct them to my supervisor or local safety representative.

_____ _____
(signature) (date)

**Employee to complete and retain this copy in this manual for their Records**

4

5

CONFIDENTIAL

ANA-MDL-000031092

## 1.0   General Information

1.1   Manager/Supervisor Responsibilities

A. Each manager/supervisor is responsible for implementing and maintaining an efficient, safety-oriented workplace and must recognize that safety is an integral part of each operation. The manager/supervisor is best positioned to promote a safety-conscious working environment. Manager/supervisor responsibilities include:

1. Understanding and supporting Anadarko's safety and health policies, programs and procedures;
2. Setting a safe example for employees to follow;
3. Communicating safe work programs/procedures to each employee;
4. Observing employee work practices;
5. Ensuring that employees are trained in their job duties;
6. Initiating, attending and ensuring documentation of regularly scheduled safety meetings with employees;
7. Performing periodic safety inspections, as necessary, to reduce or control physical and mechanical hazards or unsafe work practices and verifying that emergency safety equipment is in good working order;
8. Ensuring accidents are reported and appropriately investigated in a timely manner, and recommending and taking appropriate corrective actions;
9. Staying current on the operation of new equipment and assuring that procedures are updated as necessary;
10. Requiring employees to comply with established Anadarko safety and health rules;

(this page intentionally left blank)

6

7

ANA-MDL-000031093

11. Counseling employees who are not in compliance with safety and health procedures; and

12. Ensuring that unsafe acts or conditions are reported immediately and addressed.

## 1.2 Employee Responsibilities

A. Each employee also has a personal and joint responsibility with their supervisor to contribute to safe work performance. Employee responsibilities include:

1. Complying with Anadarko safety and health policies, programs and procedures;

2. Seeking supervisory guidance when unsure of correct work procedures;

3. Performing job duties safely. This includes setting a safe example, properly using safety equipment and devices, using safe work practices, as well as keeping equipment and tools in good working order;

4. Reviewing and familiarizing themselves with the contents of this Safety & Health Manual;

5. Taking an active part in safety programs, including participating in safety meetings/activities, incident investigations and completing required training;

6. Immediately reporting every accident, as well as unsafe work conditions or practices, to the manager/supervisor;

7. Accepting the obligation and responsibility to make and keep the workplace safe and free of recognized hazards;

8. Learning the hazards of each job, taking the necessary precautions and making suggestions for corrective actions or improvements; and

8

9. Helping less experienced personnel work safely and understand Anadarko's safety and health expectations.

## 1.3 Contractors
(For detailed information, refer to the Anadarko Contractor Assessment Program)

A. Anadarko Practices Concerning Contractors

The primary responsibility for the personal safety and health of contractor employees rests with the contractor. The contractor must conduct operations to prevent hazards to any person or property. For a list of Approved Contractors or how to add a Contractor to the Program, refer to the Anadarko Contractor Assessment Program.

Anadarko's practice concerning contractors is to:

1. Select contractors with good safety and health programs and performance;

2. Communicate site-specific safety and health matters to the contractor, as well as their role in an emergency; and

3. Report recognized violations of applicable safety standards to contractor management. Be prepared to stop work or terminate the contract.

B. Contractor Responsibilities

In recognition of the independent contractor status, Anadarko expects contractors to:

1. Comply with all contractual requirements;

2. Comply with all safety and health laws, rules and regulations applicable at locations where services are performed. This includes governmental and local

9

ANA-MDL-000031094

laws, rules and regulations;

3. Provide and maintain all required personal protective equipment, safety equipment and instrumentation necessary to perform their work effectively, efficiently and safely;

4. Ensure adequate training of their employees in the proper use of equipment and safe performance of job activities; and

5. Report all injuries and incidents immediately to the appropriate Anadarko manager/supervisor.

1.4 Visitors

A. Visitors are persons who do not work at that specific work location. Visitors may include organized tours, government agents, guests, vendors or Anadarko employees from other locations.

B. All visitors must receive an appropriate safety orientation. The safety orientation will include:

• No smoking rule;
• Facility alarms and emergency/evacuation procedures;
• Hazardous locations and substances that may be encountered;
• Personal protective equipment requirements; and
• Reporting of injuries/incidents.

C. Visitors must not tour work locations unescorted unless prior approval has been obtained from local management.

D. Visitors must wear personal protective equipment (PPE) such as a hard hat, safety glasses, hearing protection, proper footwear, etc., as appropriate.

E. The local site may provide PPE to visitors, as needed.

10

1.5 Government Safety and Health Inspections

A. Anadarko does not require government agencies to obtain a search warrant to conduct safety and health inspections.

B. Employees having initial contact with a government agent should:

1. Ask for identification or authority of the government agent; and

2. Immediately notify their supervisor of the government agent's presence and intent. If unable to contact the supervisor, contact the next level of management.

C. The senior employee on location should:

1. Determine the type of inspection;
2. Determine the specific operation to be inspected;
3. Establish the duration of the inspection;
4. Determine the government agent's activities during the inspection; such as interviews, records review or observations. Attempt to limit the inspection to the area of specific inquiry;
5. Ensure the government agent is briefed on site safety requirements, has appropriate PPE for the job site and is escorted at all times; and
6. Notify Corporate Safety and Health.

D. When escorting the government agent during the inspection:

1. Take the most direct route to the area of specific inquiry;
2. Maintain detailed notes of the government agent's activities;

11

CONFIDENTIAL

ANA-MDL-000031095

3. Upon request, permit the government agent to review the records consistent with the basis of the inspection;

4. Upon request, permit employees to participate in the inspection;

5. Employees can be questioned about local work conditions; and

6. Record the same physical measurements and take the same photographs as taken by the government agent.

E. Employees shall not sign inspection documents unless instructed to do so by their manager or legal advisor.

1.6 Emergency Plans

A. Office buildings occupied by Anadarko personnel shall have emergency evacuation plans. Drills shall be conducted at least annually to test the effectiveness of the plan. These drills are to be documented.

B. Manned facilities will have site specific emergency plans. Drills shall be conducted at least annually to test the effectiveness of the plans and these drills will be documented.

C. Personnel should be aware of their responsibilities during an emergency, as outlined in their local plan. Preparedness is the first step to the successful handling of an emergency. Emergencies that could occur on the job include:

- Personnel Injury;
- Unexpected Release of a Hazardous Material;
- Fire or Explosion;
- Transportation Incident;
- Natural Disaster;
- Bomb Threat;
- Terrorist Incident; and
- Demonstration or Cultural Disturbance.

1.7 Incident Management Plan (IMP)

A. Emergency preparedness and response planning is an integral factor in ensuring employee health and safety, protecting the environment, public safety, and Anadarko assets. Each operating division and subsidiary will develop an IMP to aid management, supervisors, employees and contract personnel to know, understand and fulfill the expectations for their positions in the event of an incident.

B. An IMP Guide is available to serve as a reference tool in preparing plans and responding to incidents to ensure people, the environment and Anadarko assets are protected. In addition, this Guide aids in complying with governmental and Anadarko requirements.

1.8 Safety Meetings/Training

A. Safety meetings and training are key to preventing incidents.

B. Supervisors will arrange for employees to attend safety training and regularly scheduled safety meetings. Information from this Safety and Health Manual should be discussed at the meetings as well as applicable safety programs, procedures and policies. Hazards from the work area and the status of corrective measures should be reviewed and discussed. Incidents and lessons learned should be discussed from a preventative perspective and not used to punish, single out or embarrass an employee. Other topics pertinent to field oper-

12

13

CONFIDENTIAL

ANA-MDL-000031096

ations should also be presented as appropriate.

C. Minutes on safety meetings as well as records on safety training must be maintained. Safety meeting proceedings will be summarized including topics discussed and a list of attendees. Safety training records shall include a copy of the training material, attendance log and any assessments conducted. A copy of the records should be forwarded to the local safety representative for review. Original records are to be kept in the local office. Safety meeting minutes will be kept on file for five (5) years. Safety training records are to be kept for the length of employment plus twenty (20) years.

1.9 Access to Occupational Medical Records (For detailed information, refer to the Anadarko Access to Employee Exposure and Medical Records Program)

A. Employees may access their occupational exposure and medical records upon request. Access may be obtained upon your written request and completion of the Anadarko "Request of Access for Employee Exposure and Medical Records" form. This form is available from the Anadarko EHS website or from your local safety representative.

1.10 Anadarko EHS Passport

A. The Anadarko EHS Passport is a personal record of the employee's EHS activities and contributions. The data recorded reflects the employee's involvement in and commitment to Anadarko EHS programs, policies and procedures.

B. Training is an essential element of the EHS Program and the EHS Passport provides the

employee an easy way to track their training participation. The employee is responsible for correctly recording all of their EHS training and contributions and keeping current on all training to maintain and improve their skills. Specific training may be required for participation in various operations or for conducting certain tasks. The Anadarko EHS Passport can provide immediate verification of the employee's qualifications to perform required tasks.

C. The Anadarko EHS Passport also provides company identification with the employee's photograph should it be necessary for controlling access in restricted areas.

D. The Anadarko EHS Passport includes space to list the employee's personal emergency notification information.

14

15

ANA-MDL-000031097

(this page intentionally left blank)

## 2.0    Incident Reporting

2.1    General

A.   Documentation of a Safety and Health Incident is typically accomplished electronically via the Anadarko Intranet for internal reporting. The reporting forms are completed on-line and when submitted, are routed to predetermined supervisory/managerial personnel. Those locations that do not have APC Intranet access may complete a paper copy of the appropriate report form and forward it to their supervisor. The report forms utilized for incident reporting are:

   • Employee Injury/Illness Report (APC 412);
   • Vehicle Accident Report (APC 252);
   • Property Damage/Loss Report (APC 403);
   • Third Party Injury/Illness Report (APC 186); and
   • Third Party Property Damage Report (APC 186).

This electronic reporting does not replace management notification required within each Division/Subsidiary.

B.   The reporting of incidents described in this Section does not constitute an incident investigation, it is only a report of the facts known at the time when completing the report. An incident investigation will be conducted with the depth of the investigation determined by the severity or potential severity of the incident.

C.   External reports may be required by governmental agencies.

16

17

ANA-MDL-000031098

2.2   Employee Injury/Illness Report (APC 412)

    A. Employees must immediately report any occupational injury/illness to their supervisor, no matter how slight the injury/illness may be.

    B. The supervisor will review the circumstances related to the injury/illness and complete the Employee Injury/Illness Report form APC 412 as soon as possible, preferably on the same day as the incident.

    C. Serious injury/illnesses (fatality or multiple injuries) must be reported (phone call) as soon as possible to the Division/Subsidiary office, which will in turn notify the Corporate Safety and Health Department, the Legal Department and the Risk Management Department.

    D. Names and addresses of witnesses to accidents or injuries must be included on the report form.

2.3   Vehicle Accident Report (APC 252)

    A. Employees involved in a vehicle accident must stop, render assistance and notify appropriate authorities.

    B. Accidents involving Anadarko vehicles, or with any vehicle while on Anadarko business, must be immediately reported to the driver's supervisor.

    C. The supervisor shall review the circumstances related to the vehicle accident and complete the Vehicle Accident Report form APC 252 as soon as possible, preferably on the same day as the incident.

    D. Serious vehicle accidents (fatality of occupants in vehicles or pedestrians, or serious injury) must be reported (phone call) as soon as possible to the Division/Subsidiary office, which will in turn notify the Corporate Safety and Health Department, the Legal Department and the Risk Management Department.

18

    E. Names and addresses of witnesses to vehicle accidents must be included on the report form.

2.4   Property Damage/Loss Report (APC 403)

    A. Incidents involving damage to or loss of Anadarko property (fires, explosions, etc.) must be reported on Anadarko's Property Damage/Loss Report form APC 403.

    B. Theft or vandalism of Anadarko property should be reported to the Anadarko Corporate Security Department. Contact Corporate Security for the appropriate reporting form.

2.5   Third Party Injury/Illness Report (APC 186)

    A. Contractors shall provide the Anadarko site supervisor with an immediate verbal report of every injury/illness which occurs on Anadarko premises or while conducting business on behalf of Anadarko.

    B. The site supervisor shall review the circumstances related to the injury/illness and complete the Third Party Incident Report form APC 186 as soon as possible, preferably on the same day as the incident.

    C. Serious injury/illnesses (loss of life or limb, 3 or more injured in the same incident or 2nd/3rd degree burns) must be reported (phone call) as soon as possible to the Division/Subsidiary office, which will in turn notify the Corporate Safety and Health Department, the Legal Department and the Risk Management Department.

    D. Names and addresses of witnesses to an accident or injuries must be included on the report form.

19

ANA-MDL-000031099

2.6   Third Party Property Damage Report (APC 186)

    A. Incidents involving damage to or loss of property belonging to others must be reported on Anadarko's Third Party Incident Report form APC 186.

## 3.0   Office Safety

    3.1   General

      A. An office environment can pose potential hazards. General safety guidelines for employees who work in an office environment include:

1. Walk, do not run;
2. Be familiar with fire escape routes in your building, especially in high-rise buildings. Do not use elevators in case of a fire;
3. Be familiar with the fire reporting system for your building;
4. Most building management policies do not allow smoking inside the building. Check with your building management. In locations where smoking is allowed, matches, cigarettes and cigars must be completely extinguished before disposing of them, whether inside or outside the building. Disposal must be made in the proper receptacle, never in a wastepaper basket;
5. Corridors, storerooms and all other office space will be free of rubbish, excessive paper and magazines or flammable material. Oily or greasy rags must be properly disposed;
6. Electrical cords must be placed so they do not present a tripping hazard. Electrical cords must not be placed across an aisle or passageway without proper protection. Extension cords are only to be used as temporary wiring;
7. Leave the paper cutter blade down and the safety latch hooked when not in use;
8. Electric fans, heaters and similar appliances can cause serious injury if improperly used. Fans must be equipped with

20

21

ANA-MDL-000031100

suitable guards. A portable heater can overload electric circuits and cause a fire and therefore cannot be used without approval. If approved, electric heaters must be kept a safe distance from flammable or combustible materials. Electric heaters must have an auto shut-off tipping safety switch;

9. Defective light fixtures, loose outlet plates, bad insulation on electrical cords and other potential electrical safety hazards must be reported without delay;

10. Wet floors and other slipping or tripping hazards should be corrected immediately;

11. All file cabinets should be loaded with heavy materials placed in the bottom drawers. Do not open more than one file cabinet drawer at a time;

12. Filing cabinet and desk drawers should be closed immediately after use to avoid a bumping or tripping hazard;

13. Furniture that is not designed to be stacked (i.e., bookcases, file cabinets) should not be placed one upon the other;

14. Get help when lifting something heavy;

15. When ascending or descending stairways, always have one hand free to hold the handrail. Take one step at a time. Do not attempt to carry bulky or heavy packages that interfere with good vision of the staircase;

16. Always stand on an approved ladder or step stool when reaching for articles in high places. Never use a swivel chair or chair on casters as a step stool;

17. Approach closed doors with caution as someone may be ready to open it from the other side;

18. Report all injuries to your supervisor

22

immediately. Obtain first aid to prevent infections; and

19. Control your vehicle speed to posted or safe levels in parking lots and parking garages. Watch for cars backing out of parking spaces and for pedestrians walking in the garage.

B. Office personnel going to a field location should be aware of the training and PPE that will be required for their field visit. Visiting office personnel should bring the appropriate PPE with them or make arrangements for it to be furnished at the field location. Visiting office personnel should contact the field supervisor or local safety representative for site-specific requirements.

3.2 Ergonomics

Ergonomics is the applied science concerned with the designing and arranging things people use so that the people and things interact most efficiently and safely.

Typically the ergonomic concern in a field or facility environment is manual lifting and carrying, which is covered in Section 7.2.

The ergonomic concern in an office environment is normally associated with a computer, associated furniture and body posture.

A. Furniture

1. Chair - An important component of an ergonomically friendly office is a supportive chair. For jobs that require sitting for the majority of the day, a supportive chair

23

ANA-MDL-000031101

is very important. A chair should be adjustable to provide a supportive cradle for your body.

a. When using a computer, your chair should be positioned directly in front of the computer screen as well as the keyboard. Your body should be relaxed but yet maintain a good posture.
b. A proper chair allows enough clearance behind your knees (1 to 2 inches, 3 to 5 cm) when you are seated against the backrest. Use the backrest of the chair to provide full support, particularly of the lower back. You should adjust the height of your chair to allow for proper arm positioning and leg and foot positioning.

2. Keyboard - Your sitting position will dictate the tilt of the keyboard. The position of the keyboard should result in your wrists being in the neutral position, not tilted up or down. This position should also allow for your shoulders to be relaxed, with your elbows at 100 to 120 degrees of extension. Typically, the center of the keyboard should be centered with the monitor. This will assist you with proper body posture.
3. Monitor - Proper placement of the monitor is very important. It affects the comfort of your eyes, neck and upper back. The monitor should be placed directly in front of you to keep your neck straight. The top of the monitor should be positioned at or below eye level and about an arm's length away. It should not be positioned too high, as a slightly downward gaze

24

should be maintained to view the screen. A consistent upward gaze can cause your eyes to dry and become irritated. It can also contribute to possible neck, shoulder and upper back discomfort.

a. Avoid having glare on the screen by positioning it out of the way of a glare source. Avoid reflections from windows or overhead lighting. Tilt or swivel the monitor screen to eliminate reflections and glare on screen, or add an anti-glare filter.
b. Reduce glare on work surfaces by decreasing overhead lighting and using window shades effectively. Add a task light if necessary to illuminate documents properly.

4. Mouse - The mouse and mouse pad should be placed within easy reach and on the same level as the keyboard. Placement of the mouse should not require excessive reaching.
5. Copyholder - Use a copyholder to place documents as close to the computer screen as possible and at the same height and distance. This keeps the eye position for the document at the same general plane as the computer screen, which reduces the amount of repetitive neck movement.

B. Body Position

1. Body Posture - Your overall body posture sets the tone for your affected body parts. Sitting posture typically should be upright. The angles at your hips and knees should be about 90 degrees, your

25

                    ANA-MDL-000031102

back should be straight and your feet supported by the floor or footrest.

2. Eyes - Your eyes can be strained by looking at the monitor for long periods of time. Looking up at a monitor for long periods can also cause the eyes to dry out and become red and irritated.

   a. The monitor should be in a position that facilitates a slightly downward gaze of the eyes. Your eyes should be no closer than 20 inches (51 cm) to the monitor.

   b. Take frequent vision breaks by looking as far away as you can every 15 to 20 minutes. This will exercise your eyes and reduce fatigue.

3. Wrists and Elbows - While operating your keyboard or your mouse, your forearms, wrists and hands should be fairly straight and not significantly bent in any direction. During keying, your fingers should be slightly curved but not curled.

   a. The keyboard and mouse should be kept in a position where the elbows maintain a 100 to 110 degree angle. If you are sitting up straight in the chair, your wrist will be slightly below your elbows.

   b. The keyboard and mouse should be close to your lap. Your elbows should be in at your sides and not reaching forward. Elbows should also be relaxed near your torso. Avoid resting your elbows on the hard surface or edge of the table.

   c. Your wrists should be in a straight posi-

tion (not bent) when keying or using a mouse. Wrist rests, when used during pauses, can be helpful in keeping your wrists straight. Float your arms above the keyboard and wrist rest when keying. Avoid resting your wrists on the table or wrist rest while typing.

   d. Avoid hitting the keyboard with excessive force. Studies have shown that the average user hits the keyboard with four times the required force when keying. Avoid holding your pointing devices tightly, your hand should be relaxed.

4. Shoulders - Your shoulders should not be elevated or shrugged. Keep your shoulders relaxed with your elbows close to your sides when working.

5. Head/Neck/Upper Back - Your head should be directly facing your computer screen. Do not extend beyond a maximum of 30 degrees of forward bending and a maximum of 20 degrees twist from side to side. Avoid twisting or bending your trunk or neck when working.

6. Low Back - Maintain good posture when working at the keyboard. Maintain your back curves with the use of back support (either built in to your chair or a cushion). Your buttocks should be pressed against the rear crease of your chair back to fully utilize the back support.

7. Legs/Feet - When working with your computer, keep your feet supported either on the floor or on a footrest to reduce pressure on your lower back. Proper posture includes your thigh to knee degree range from 60 to 90 degrees and your torso to thigh degree

26

27

ANA-MDL-000031103

range from 90 to 120 degrees. With your buttocks planted in the rear crease of your chair, you should have 1 to 2 inches (3 to 5 cm) of space between the front edge of the chair seat and the back of your knees.

C. Taking Breaks

1. Take periodic rest breaks from your computer work during the day. These breaks can be brief and should include stretching, changing position or standing up for optimal results. Every few hours get up, move around and try to do an alternative work activity.

D. Stretching

1. Simple stretches can rejuvenate areas of potential fatigue. Examples are Neck Stretch, Neck Rotation, Overhead Reach, Shoulder Flex, Chair Rotation Stretch, Arms Behind Your Back Stretch, Wrist Rotation, Wrist Flex, Finger Extension and Finger Flex. Of course there are many other exercises and your physician should be consulted prior to any exercising.

E. If you have any questions about ergonomics, contact your local safety representative.

28

## 4.0   Personal Protective Equipment (PPE)

(For detailed information, refer to the Anadarko Personal Protective Equipment Program)

4.1   General

A. Anadarko requires the use of PPE while in the workplace. The wearing of a hard hat, safety-toed footwear and safety eyewear is mandatory at Anadarko field locations. The use of other PPE will be dictated by the hazards presented in the workplace and may include hand protection, face protection, hearing protection and respiratory protection. Refer to the local PPE Hazard Assessment.

B. Personnel will maintain their PPE and will replace it when it no longer provides adequate protection. Prior to using PPE, the wearer must be knowledgeable about the proper use, care and limitations.

C. Contractors working at Anadarko locations are responsible for providing and maintaining their own PPE, as well as being aware of the proper PPE applications and limitations.

4.2   Proper Job Attire

A. Proper work clothing will vary according to job and location, but general guidelines include:

1. Loose clothing, rings, neckties and loose jewelry should not be worn when working around moving machinery;

2. Clothing saturated with a hazardous (flammable or toxic) material must be removed as soon as possible and not worn again until the clothing has been cleaned;

3. Personnel should be fully clothed at all

29

ANA-MDL-000031104

times (i.e., shorts and sleeveless tops are unacceptable); and

4. Long hair or beards may constitute a hazard and must be secured when working around moving machinery or rotating tools and equipment.

4.3 Head Protection

A. Hard hats meeting ANSI Z89.1 (impact protection, Type I and electrical protection, Class E) or equivalent international standards, must be properly worn by all persons in all work areas, except offices, crew quarters or when an employee is riding in an enclosed vehicle.

B. Hard hats must not be altered by boring holes through the shell, since this weakens the hat and reduces the protection it provides.

C. Hard hats must not be painted as some paint ingredients may degrade the hard hat material, thus reducing the degree of protection.

D. Metal hard hats are not allowed to be worn at Anadarko facilities.

4.4 Eye and Face Protection

A. Eye protection equipment shall meet ANSI Z87.1 (or equivalent international standard).

B. Non-prescription spectacle-type safety glasses with side shields are provided to employees.

C. Prescription safety glasses are purchased by Anadarko and provided to employees as required by their job.

D. Anadarko issued eye protection equipment (safety glasses, goggles, face shields, etc.) for employees will be replaced at Anadarko's expense when no longer serviceable.

30

E. Contact lenses do not provide eye protection. Small foreign particles may become trapped under the lens and damage the cornea. In addition, chemicals splashed in the eyes may concentrate under the lens and prevent proper flushing of the eyes. Contact lens wearers must inform their supervisors and co-workers of their use.

F. Requirements

1. Safety Glasses/Impact Goggles

a. Safety glasses or impact-type goggles must be worn when performing or in the vicinity of activities such as chipping, grinding, buffing, scraping, hammering or during any activity involving flying or falling objects or particles.

2. Chemical Goggles

a. Splash-proof chemical goggles (face shields may be additionally required) must be worn while handling hazardous liquids, powders, vapors or during any other operation where the eyes may be exposed to hazardous materials.

3. Face Shields

a. Face shields offer additional protection to the face and eyes, yet are considered secondary protection. Whenever face shields are used, primary protection such as safety glasses or chemical goggles must also be used.

31

CONFIDENTIAL

ANA-MDL-000031105

4. Shaded Lenses

    a. Number 5 or 6 shade lenses, or equivalent international rating, must be worn when cutting material with acetylene gas. Helpers engaged in such work must wear number 4 shade lenses or international equivalent.

    b. Electric arc welding requires the use of a welding helmet fitted with shaded lenses. Helpers must wear shaded lenses to prevent flash burns to the eyes.

5. Eyewash Facilities (fixed and portable)

    a. Eyewash stations will be provided for immediate emergency use at locations where hazardous chemicals (caustic, corrosive, etc.) are used. Eyewash stations must be clearly marked and accessible.

    b. Eyewash stations shall be checked periodically for proper function including water temperature, pressure and quality.

4.5   Hand Protection

    A. Personnel must wear appropriate hand protection as required by the job conditions. Examples of appropriate hand protection include:

        1. Leather gloves when handling wire rope;

        2. Cloth gloves when handling pipe;

        3. Appropriate impervious gloves when handling acids, caustics, solvents, cleaning agents, other petroleum hydrocarbons, etc.;

32

        4. Rubber gloves approved for electrical work; and

        5. Insulated or heat resistant gloves when handling steam hoses or when performing other duties in which regular work gloves do not afford burn protection or protection from cold.

4.6   Foot Protection

    A. Safety-toed footwear is required to be worn at Anadarko field locations. Appropriate footwear must be worn as required by the conditions of the job. The safety-toed footwear must meet ASTM F2413 or equivalent international standard. Anadarko will provide approved safety-toed footwear to employees, as needed.

4.7   Hearing Protection
(For detailed information, refer to the Anadarko Hearing Conservation Program)

    A. Hearing protection and training will be furnished to employees who are exposed to areas where the noise level is 85 dBA or higher.

    B. Warning of high noise areas of 85 dBA or greater may be accomplished through posting signs, noise surveys or notification. Suspected high noise areas must be reported to the Area/Location Supervisor or local safety representative so appropriate actions can be initiated.

    C. Different types of hearing protection, including earmuffs and plugs, are available for employee selection.

    D. The local safety representative will work with local management to periodically monitor

33

ANA-MDL-000031106

high noise areas to ensure proper employee education and protection is being provided.

4.8 Respiratory Protection
(For detailed information, refer to the Anadarko Respiratory Protection Program)

A. Respiratory protection will be provided to Anadarko employees based on hazard exposure.
B. Employee medical clearance and fit testing must be evaluated prior to using respiratory protective equipment.
C. Employees who are required to use respiratory protection equipment must receive training in the care, use, limitations of the equipment and be familiar with site-specific respiratory protection procedures.
D. Respirators must be routinely inspected, cleaned after use and stored in a sanitary manner. Emergency equipment must be inspected on a monthly basis and records maintained.
E. Only approved (NIOSH/MSHA) or equivalent international standard respirators are to be used. Full face positive pressure self-contained breathing apparatus (SCBA) or full face positive pressure airline respirators with a full emergency egress bottle shall be used when employees are exposed to oxygen deficient or contaminated atmospheres.
F. Respirators other than supplied air or disposable respirators (particulate/dust masks) must be approved by the local safety representative.
G. The wearing of contact lenses with a respirator is permitted with Supervisor approval.
H. The wearing of eyeglasses with a full-face piece respirator will prevent a good face seal.

Specially designed eyeglass adapters should be obtained and used if the employee must wear prescription glasses when using a full-face piece respirator.
I. Facial hair between the respirator face piece and the face is prohibited (i.e., beards, long sideburns).
J. There are strict requirements for compressors supplying breathing air. The local safety representative shall approve the use of these compressors.

4.9 Fall Protection
(For detailed information, refer to the Anadarko Fall Protection Program)

Employees shall be protected from falling from heights of 4 feet (1.2 m) or more. Fall protection refers to the use of permanent guardrails, temporary guardrails or personal fall arrest system.

A. When working on elevated surfaces 4 to 6 feet (1.2 to 1.8 m) in height, permanent or temporary guardrails are required. Personal fall arrest systems are not acceptable as fall protection.
B. When working on elevated surfaces which are 6 feet (1.8 m) or greater in height, personal fall arrest equipment or permanent or temporary guardrails are required.
C. Walking and working surfaces shall be free of floor holes and openings. Floor holes and openings shall be either covered or guarded.
D. If a temporary floor opening is necessary, it shall be covered, protected by guardrails or attended.

34

35

CONFIDENTIAL

ANA-MDL-000031107

4.10   Personal Flotation Devices (PFDs)

A. A personal flotation device (PFD) includes a work vest or life jacket. PFDs must meet U.S.C.G. approval or equivalent international standards.

   1. Work vest will be U.S.C.G. approved Type V or equivalent international standard.
   2. Life jacket will be U.S.C.G. approved Type I or equivalent international standard.

B. Employees who work over or near water must wear a fully secured PFD in the performance of their job duties, except when working on immovable installations where guardrails are provided or in enclosed areas. In addition, employees on offshore platforms are required to wear a PFD when working at the +10 foot (3 m) level and below.

C. Employees are responsible for the care and maintenance of the Anadarko provided PFD. A PFD must be replaced when it is no longer an effective flotation device.

D. Employees must wear a PFD when boarding or disembarking vessels.

E. Wearing a PFD is not mandatory while riding in the cabin of a crew or supply boat. However, when outside the cabin, employees must wear a PFD.

F. A PFD must be worn while performing work on cargo vessels, tugs or barges.

G. Inflatable life jacket must be worn when traveling over water by helicopter.

H. Life jacket must be worn while conducting platform abandonment drills.

36

## 5.0   Safe Practices

5.1   Pre-Job Planning and Post-Job Wrap-Up

Pre-job planning is a pre-requisite for any job. The pre-job planning for the work may be a simple exercise involving only you, or it may involve many people.

A. Factors to consider prior to starting a job may include:

   1. Has the work been defined?
   2. Is a permit required?
   3. Have the hazards been identified and evaluated?
   4. Will the job create any hazards?
   5. Have the hazards been eliminated or reduced?
   6. Are the right people involved?
   7. Are the proper tools available?
   8. Is the appropriate PPE identified?
   9. What safe work practices are to be used?
   10. Have precautions been taken to prevent a spill or release?
   11. Have the MSDS for chemicals involved been reviewed?
   12. Have affected employees been notified?

B. After completing a job, the post-job wrap-up is just as important as preparing for the work. Factors to consider for work closure may include:

   1. Has the equipment been returned to a safe state?
   2. Has the appropriate job documentation been completed?
   3. Have the tools been returned to their proper place?

37

ANA-MDL-000031108

4.  Do any tools or PPE need to be serviced, repaired or replaced?
5.  Has good housekeeping been practiced?

5.2   Housekeeping

Good housekeeping at Anadarko's facilities helps prevent accidents. Good housekeeping means keeping the work area as clean and orderly as possible. Good housekeeping practices include:

A.  Floors should be kept clean and dry. Clean up any oil, water or other substances that are spilled on the floor;
B.  Aisles and walking areas shall be appropriately marked and kept free of tools, equipment or other obstructions;
C.  Keep all stairways, landings etc., free of any tripping hazards. Immediately report inadequate lighting;
D.  Tools and equipment shall be returned to tool boards, tool chests or other storage areas when they are not in use. Tools shall be kept clean and in good repair;
E.  Oily rags shall be stored in covered metal containers to prevent fires;
F.  Paints, cleaning materials, solvents and other flammables should be stored in proper containers and kept in areas that are removed from ignition sources in order to prevent fires;
G.  Weeds shall be kept under control and away from sources of ignition. Also, the inside of dikes around flammable storage tanks must be kept free of vegetation; and
H.  Lube oil from equipment shall be cleaned up regularly to prevent hazardous accumulations around compressors and other machinery.

38

5.3   Safety Signs

Safety signs are to be posted throughout the work areas to identify hazards, warn or provide instruction. Standardized colors, symbols and key words are used on signs to provide a consistent method of communication. While signs are considered a permanent means of communication, tags may be used as a temporary means of relaying a message.

The following criteria shall be observed in displaying signs or tags at Anadarko operated facilities. For international locations, consult with your local safety representative for additional requirements.

A.  Danger Signs

1.  Danger Signs should be used only where an immediate hazard exists and personnel need to be made aware that special precautions are necessary.
2.  Danger Signs are colored red, black and white.

B.  Caution Signs

1.  Caution Signs should be used only to warn against potential hazards or to caution against unsafe practice.
2.  Caution Signs standard background color is yellow. If a sign contains a black panel, then the letters on the panel are yellow. Any letters used against the yellow background shall be black.
3.  All walkway obstructions that cannot be removed should be painted yellow with a black stripe to indicate physical hazards.

39

                    ANA-MDL-000031109

C. Instruction Signs

1. Safety Instruction Signs should be used where there is a need for general instructions and suggestions relative to safety measures.
2. Safety Instruction Signs standard background color is white. If it contains a green panel, then the letters on the panel shall be white. Any letters on the white background shall be black.

D. Tags

1. Tags are temporary means of warning personnel of a hazardous condition or defective equipment.
2. Within the Lockout/Tagout Program, tags are used to identify or control mechanical or equipment hazards. Tags must be used with a positive control means. See the Anadarko Control of Hazardous Energy (Lockout/Tagout) Program for further details.

E. Barricade Tape

1. Barricade Tape is a temporary means of warning employees and the general public of an unsafe condition. Barricade Tape is used to block access to trenches or to cordon off unsafe areas and can be used to temporarily limit access to a specific area.

5.4 Barricades

Barricades isolate hazardous areas to prevent access by pedestrian and vehicle traffic.

40

A. Barricades shall be constructed to safeguard personnel when hazardous conditions exist including:

1. When overhead work creates a hazardous condition below;
2. When tripping hazards are created;
3. When excavations are made;
4. When a condition exists that may cause a harmful substance to drain, spill, spray or leak on any personnel;
5. When driving hazards are created;
6. When cleaning vessels, pipes or equipment;
7. When spray painting is being done;
8. When radiological examinations are being performed;
9. When lifting devices (such as autocranes, cranes and aerial lift trucks) are elevated near energized overhead lines;
10. When employees are exposed to uninsulated energized conductors or circuit parts; and
11. When sandblasting on equipment involved in a process that cannot be moved to an isolated area and traffic is expected.

B. General requirements for barricades include:

1. Barricades are to be clearly visible from all avenues of approach;
2. Barricades shall be placed far enough from the hazards to protect personnel from the hazard;
3. Barricades may be made of safety tape, pendant type flagging, physical barriers

41

ANA-MDL-000031110

such as saw horses, fencing, cones or manned by personnel as long as sufficient warning is provided;

4. Tape or pendant type barricades should be installed at a level not higher than five (5) feet or lower than two (2) feet from the surface on which a person would approach;

5. Barricades around excavations or hazardous areas in plant boundaries shall be illuminated at night to ensure that they are seen;

6. No one shall enter a barricaded area unless they are part of the work force assigned to perform the work inside of the barricade;

7. Operations personnel shall be allowed to perform their normal job functions. If they must cross a barricade, work shall stop during the time they are required to be there;

8. Barricades shall be removed whenever a hazard is eliminated. No one shall remove barricade without receiving authorization from the person in charge of the project or operation; and

9. Barricades shall be used in conjunction with safety signs where it is necessary to prevent or limit employee access to work areas exposing employees to un-insulated energized conductors or circuit parts. Conductive barricades may not be used where they might cause an electrical contact hazard.

5.5   Shop Safety

Specific safe work practices in the shop area may be required depending on the work performed or the equipment and material used and stored. General safe work practices for shop activities include:

A. Shops must be kept clean and orderly;

B. Junk, scrap and waste must be placed in containers or specialized areas and disposed of frequently;

C. Shops should be well lighted;

D. Machines, benches and work areas should be located to allow free handling of materials and equipment;

E. Fire fighting equipment must be provided for the potential hazard involved and readily accessible;

F. A first aid kit must be provided, stocked and readily available;

G. PPE must be provided as needed and maintained in good condition;

H. Bench and pedestal grinders must be equipped with tool/work rests and adjusted to clear the abrasive wheel by not more than 1/8 inch (3.2 mm). In addition, protective shield guards must be provided on grinders and the grinding wheel must be rated for the RPM of the motor; and

I. Compressed gas cylinders must be secured to prevent tipping.

5.6   Machinery

Machine guarding and utilization of proper operating, maintenance and repair procedures is an important component of workplace safety.

42

43

ANA-MDL-000031111

A. Guarding

Moving equipment hazards are readily apparent and the use of machine guards will reduce employee exposure. Employees should not be able to reach over, under, around or through a guard to contact a point of operation or rotating parts. The following guidelines should be used:

1. Guarding of machinery can take many forms but must be effective in preventing personnel contact with the hazard. The forms of guarding include enclosures, barriers, fences and interlock systems;

2. Power transmission points must be guarded. This includes counterweights on pumping units, fly wheels, rotating shafts, V-belt drives, gears, moving parts, etc.

   a. All flywheels, rotating shafts, pulleys, couplings and belt or chain drives, if less than 7 feet (2.1 m) from the floor level or working surface, will have the hazard points enclosed with a stationary guard constructed of appropriate material.

   b. All fan blades, if the lowest point is less than 7 feet (2.1 m) above the floor or working level, are to be appropriately guarded.

   c. Pumping unit horse head or carrier bar, if less than 7 feet (2.1 m) from the working surface, must be guarded.

   d. Rotating counterbalance weights on pumping units shall be protected by guardrails.

   e. Pumping unit horse heads must be properly secured with throat bolts.

44

3. Machinery guards must be in place before starting and during operation of the equipment;

4. Guards removed from machinery for the purpose of making repairs must be replaced before the equipment is returned to service; and

5. Safety interlocks or guards must never be circumvented. If the safety guard is damaged such that employee protection is compromised or the safety interlock fails, it must be repaired or replaced before returning the equipment to service.

B. Pumping Units

Pumping units pose potential hazards and should be approached with caution. When working on a pumping unit, the lockout/tagout procedure will be implemented.

1. Counterbalance weights on pumping units must be secured in a safe position (up/down), with the brake set before working on or around the unit.

2. When working under or near counterbalance weights, safety chains, blocks or beams should be used as a positive stop for the counterbalance weights to prevent accidental movement.

3. Electric and gas fueled prime movers shall be locked out prior to initiating work on the equipment.

4. For additional information, refer to the Anadarko Control of Hazardous Energy (Lockout/Tagout) Program and equipment specific procedures.

45

ANA-MDL-000031112

C. Rotating Machinery

Rotating machinery consists primarily of compressors, engines, turbines and pumps. Rotating machinery can be dangerous due to potential high speeds and pressures used in their operation. In addition to controlling hazardous energy (refer to the Anadarko Control of Hazardous Energy Program), the following safety precautions must be observed when working around rotating machinery:

1. Compressors

   a. Repairs must not be initiated until the equipment is shutdown and de-energized. Lockout/Tagout is required.
   b. Before starting repairs, the suction and discharge valve must be closed, locked out and the pressure bled off.
   c. Before starting repairs, block any part that might move or roll (flywheels, shafts, etc.).
   d. Compressor alarms and shutdowns must be checked periodically.

2. Engines/Turbines/Motors

   a. Repairs must not be initiated until the fuel supply is shut off and the starting circuits disconnected and locked out.
   b. Pressurized lines must be bled off, blocked and locked out as appropriate.
   c. When turbines are shut down for maintenance, service air or gas supply to the auxiliary lube oil pump must be shut off and locked out to prevent accidental operation.
   d. Engines must be located in well-ven-

46

tilated areas and as far away as practical from headers, separators, oil storage tanks, etc.

   e. Air starters should be used instead of gas starters where practicable. If gas starters are used, exhaust piping must be securely anchored and equipped for safe venting outside the enclosure to a safe area. A bleeder valve must be installed between the starter and the starter valve. The bleeder valve is used to release unused gas or liquid accumulations. Before activating the gas starter, the integrity of the vent line should be checked.
   f. If a fuel tank is an integral part of the engine, it must not be filled while the engine is running or hot.
   g. When starting engines using a rope starter, employees must not wrap the rope around their hand or wrist. The starting rope must be equipped with a pull handle.
   h. Engines or motors that start automatically must have proper warning signs.

3. Pumps

   a. Prior to initiating repairs or maintenance, the pump must be shut down, isolated, locked out and the internal pressure bled down.
   b. Main electrical disconnects and valves must be locked out prior to initiating work.
   c. A pressure relief valve must be part of the discharge manifold on every power driven pump with the exception of centrifugal pumps. The pressure relief valve

47

ANA-MDL-000031113

must be placed ahead of any isolating valve on the line which must be secured in the open position.

d. Relief valve outlets must be vented to a safe location.

e. When discharge extensions (vent) are necessary, they must be securely anchored.

5.7    Valves

Valves are isolation and control points. The potential for hazards associated with valves is effectively eliminated when proper procedures are used and appropriate maintenance is routinely conducted.

A. General

1. A leaking valve must not be plugged with a bull plug or its equivalent. A nipple and an extra valve should be used.

2. Employees must not climb on valves or lines to reach overhead equipment or to create shortcuts. A stairway or step stand shall be used.

B. Valve Actuation

1. Employees must not operate (open or close) a valve unless they are knowledgeable of the effect of the valve's actuation.

2. Valves which are a part of emergency shutdown systems must be inspected at least annually. Regulatory agencies may require more frequent inspections. Record of inspections should be kept for a period of 5 years.

48

5.8    Ladders

Ladders are tools that are used to reach points at height for maintenance, repair or operations. Ladders must be properly used and maintained.

A. General

1. The condition of the ladder must be checked before each use. Defective ladders must be removed from service, tagged, then repaired or destroyed.

2. When climbing or descending a ladder, 3 points of contact must be maintained at all times (i.e., two feet and one hand, or two hands and one foot). Employees must face the ladder and have free use of both hands. Hands should grasp the side rails and not rungs.

B. Portable Ladders

1. Wooden ladders must conform to provisions of ANSI A14.1 or equivalent international standard.

2. Metal ladders should conform to provisions of ANSI A14.2 or equivalent international standard.

3. Metal ladders must not be used for electrical work or where they may contact electrical conductors. Special nonconductive ladders (certified wooden, fiberglass, etc.) are available for electrical maintenance work.

4. When moving or setting portable ladders, survey overhead for potential hazards.

5. A ladder must not be used in a horizontal position as a walkway or scaffold.

49

ANA-MDL-000031114

6. Portable ladders must be equipped with safety feet to prevent slippage.
7. Wooden ladders must not be painted.
8. Employees must not lean from ladders to reach the work, reposition the ladder instead.
9. Do not stand on the top two steps of a ladder.
10. The top of a ladder should be secured or the ladder held by another person. The base of the ladder should be placed away from the wall by a distance of about 1/4 of the working length of the ladder. Straight and extension ladders must extend 3 1/2 feet (1.1 m) beyond the top resting point when used for climbing onto a platform. This will allow employees safe access to and exit from the ladder.
11. A folding stepladder must not be used in a straight, closed position.
12. Based on the nominal length of the extension ladder, each section of a multi-section ladder must overlap the adjacent section by at least the number of feet indicated in the table below:

| Nominal Length of Ladder (Ft/m) | Overlap (Ft/m) |
| --- | --- |
| Up to and including 36/11 | 3/0.9 |
| Over 36/11, up to and including 48/14.6 | 4/1.2 |
| Over 48/14.6, up to 60/18.3 | 5/1.5 |

C. Fixed Ladders

1. Permanently fixed ladders must be vertical to 75 degrees from horizontal and have toe clearance of at least 7 inches (17.8 cm).
2. Permanently fixed ladders must be securely fastened at the top and bottom.

Long ladders should be secured at intermediate points.
3. Ladders over 20 feet (6.1 m) in length must be caged or support the use of fall arrest equipment.
4. Ladder rungs should be no more than 12 inches (30.5 cm) apart.
5. Cages should extend 42 inches (106.7 cm) above the platform and ladder extensions should extend 36 inches (91.4 cm) above the platform.
6. There shall be at leeast 15 inches (38.1 cm) clearance on each side of the ladder, measured from the centerline of the ladder.

5.9   Scaffolds

Scaffolds are a work platform at height. Safe use of scaffolds requires a competent person knowledgeable in the erection and inspection of the scaffolding. Scaffold builders should be experienced and trained. Safe work practices when working with scaffolding include:

A. Guard rails must be installed on all open sides and ends of scaffolds and platforms. Toe boards are required where employees can walk or work under the scaffold;
B. Secure planks on platforms so they cannot move;
C. Extend and secure scaffold planks at least 6 inches (15.2 cm) over their end supports, but not more than 12 inches (30.5 cm);
D. Tools must not be thrown to or from a scaffold. Tools must be handed or sent up and down using a line;
E. Employees must not work on scaffolds during storms or high winds;
F. Ladders used to climb to scaffolds should be securely attached at the top and bottom;

50

51

ANA-MDL-000031115

G. Where feasible, scaffolds should be secured to adjacent buildings or tanks for added support;

H. When scaffolds are erected above a work or walk area, the area must be posted to warn of overhead hazards;

I. Employees, equipment, tools, etc., must be removed from scaffolding prior to movement; and

J. Scaffolds must be inspected prior to initial use each day. These inspections must be documented. A scaffold inspection tag system should be used.

5.10   Stairs and Walkways

To minimize potential injury associated with stairs and walkways, employees should observe safe work practices which include:

A. When traveling up or down stairways, avoid carrying tools, supplies, groceries, etc., in a manner that would prevent free use of one hand at all times. Use the handrails;

B. Stairs and walkways should be equipped with lighting when visibility is poor;

C. All tank steps, walkways and stairs must be free of obstructions such as tools, equipment and material; and

D. When walkways and steps are provided, they must be used. Do not take shortcuts.

5.11   Blowdown Lines (Open-ended Pressure Relieving Lines)

A. Blowdown lines must be secured.

B. Use of sharp or 90 degree bends should be minimized.

C. Manually operated inline valves must be opened and closed slowly to prevent sudden pressure surges.

52

D. Blowdown lines and tie-downs should be checked for corrosion, pitting, holes, etc.

5.12   Relief Valves

Relief valves function to protect equipment from overpressure. In doing so, the relief valves also protects employees from exposure to the potential hazards of an equipment overpressure. As a minimum, the following shall be observed:

A. Relief valves shall be tested and the testing interval shall be:

1. According to manufacturer specifications;

2. By regulation; or

3. As determined by type of service and experience.

B. Test results shall be documented and the records maintained;

C. Testing of relief valves will be performed by experienced personnel;

D. Repair of relief valves will be performed by certified personnel;

E. Valves tested and found to be in need of repair shall be disassembled, repaired and tested prior to being placed back into service;

F. The set pressure for relief valves shall not be higher than the recommended maximum allowable working pressure of the equipment it is protecting;

G. If block valves are installed between the relief valve and the equipment to be protected or the vent line outlet, then the block valve must be secured in the open position. Block valves are not allowed on air receivers or boilers;

H. Relief valve vents shall be arranged to avoid creating a hazard;

53

CONFIDENTIAL

ANA-MDL-000031116

I. Piping from the pressure relief valve vent shall not be smaller than the vent itself. The valve and vent line must be sized to handle the volume from the equipment being protected;

J. Fluid accumulation in the vent line and the relief valve must be prevented;

K. For relief valves in corrosive service where a rupture disc is used to protect a relief valve, a pressure indicator should be located between the rupture disc and the relief valve; and

L. Relief valves shall be visually inspected. Valves showing evidence of tampering, leaking or having visible damage are to be repaired.

5.13   Storage Tank Access

Storage tanks are prevalent in our industry. Precautions to be observed when working on or near storage tanks include:

A. Employees should use available stairways and walkways; and

B Employees shall not climb onto a tank roof without safeguards such as planking, scaffolds or fall protection. For detailed information, refer to the Anadarko Fall Protection Program.

5.14   Rail Car Access

Rail car loading, unloading or inspecting occurs at some facilities. Precautions to be observed when accessing rail cars include:

A. Employees shall not jump from rail car to rail car;

B. Employees shall use available stairways and walkways; and

C. Employees shall not climb on rail car roofs without fall protection. For detailed information, refer to the Anadarko Fall Protection Program.

54

5.15   Hand Tools

Hand tools are necessary for typical maintenance and repair activities. Care must be taken to assure that these tools are in good order and are used properly. Proper care and use of hand tools include:

A. Tools and equipment must be visually inspected and repaired (if necessary) prior to use. Unrepairable tools must be removed from service and reported;

B. Tools must be used for the purpose for which designed;

C. A safe position should be assumed before applying pressure to a tool handle;

D. When possible, holders should be used when striking hammer-wrenches, chisels, punches, rods, stakes, etc., to prevent hand injuries. Eye protection must be worn when striking tools are used;

E. Tools must be kept clean and functional;

F. The "mushrooming" or upsetting heads of impact tools such as chisels and sledgehammers should be dressed (filed off) as needed;

G. Ball peen and sledgehammers must be used in conjunction with striking tools. The use of claw hammers is prohibited;

H. A hammer must not be struck against another hammer;

I. Jaws on adjustable (crescent) wrenches must be tightened around the fitting or nut, with the force applied to the side of the stationary jaw. A crescent wrench should not be used if a box or open-end wrench of the correct size is available;

J. Wrenches should be pulled rather than pushed when possible;

K. Tools not bolted, tied or secured in an approved

55

CONFIDENTIAL

ANA-MDL-000031117

manner must be removed from elevations where they may fall on employees below; and

L.  Handles on sledges, hammers, mauls and the like must be securely wedged into the heads. Wooden handles must not be painted, nor should cracked or split handles be taped.

5.16  Air Hoses, Tools and Air Compressors

Proper care and use of air tools and hoses include:

A.  Air hoses should be raised over aisles and work areas to prevent tripping hazards;

B.  Eye protection must be worn when using air tools for cleaning. Pressure must not exceed 30 psig (2.1 bar);

C.  The work area must be checked for possible hazards and employees in the area notified before using an air hose;

D.  Hoses must be kept clean, in good condition and stored when not in use;

E.  Air hoses should not be used to raise or lower tools;

F.  Pressurized air lines not equipped with quick disconnect couplings must be secured with "safety pins" to prevent accidental separation of the couplings;

G.  Air pressure must be bled off the system prior to disconnecting hoses equipped with non-closing couplings;

H.  Employees must not use compressed air for dusting off clothing;

I.  Air compressors and air receiver tanks must be equipped with spring-loaded pressure relief safety valves which are tested periodically. Block valves must not be placed between the air receiver tank and the pressure relief valve;

J.  Compressed air receiver (volume) tanks

must be equipped with a drainpipe and a valve installed at the lowest possible point to provide for water drainage. Liquid accumulation in these tanks must be drained at regular intervals. Automatic drain valves must be tested periodically;

K.  Air receiver tanks must be equipped with readily visible pressure gauges;

L.  Automatic starting compressors must have a warning sign stating that the unit starts automatically;

M.  Pressure relieving valves and gauges must be rated and set at air receiver manufacturer specifications; and

N.  Leaking pressure relief valves must be replaced as soon as possible.

5.17  Pressure Vessels

Pressure vessels must be rated for the intended service and properly protected from overpressure.

A.  Pressure vessels must be equipped with suitable piping, valves, pressure relief devices, rupture discs, pressure gauges and fluid level gauge glasses.

1. Block  Valves

a. The pressure of a flowing well must not be controlled by a block valve in the flowline at the tank battery header or between the header and the separator. In switching from one pressure vessel to another, the valves to the pressure vessel being activated must be opened first and flow established before the valves on the pressure vessel being deactivated are closed.

56

57

   ANA-MDL-000031118

2. Fluid Level Gauge Glasses

    a. Fluid level gauge glasses on pressure vessels should be protected by guards.

3. Pressure Gauges

    a. Separators must be equipped with working pressure gauges. The pressure rating of the gauge should be in the working pressure range of the vessel (i.e., a 2000 psi (138 bar) gauge should not be used on a 125 psi (8.6 bar) working pressure separator).

4. Pressure Relief Devices

    a. Pressure Relief Valve

        (1) Pressure vessels must be equipped with pressure relief valves and pressure gauges. Refer to Section 5.12 for requirements.

    b. Rupture Disc

        (1) If rupture discs are utilized as secondary protection, they must be installed so that a block valve will not be located between the rupture disc and the pressure vessel or between the rupture disk and the vent outlet.

        (2) The rupture disc must be rated at a pressure not to exceed 121% the maximum allowable working pressure of the vessel.

5. Fired Vessels

    a. Prior to lighting a heater treater, employees involved should review the proper lighting procedure.

    b. The bung in the fire lighting orifice to the burner must be reinstalled and kept in place after the pilot has been lit.

B. Pressure Vessel Repair and Modifications

    Pressure vessels that have an API or ASME National Board code stamp shall only be repaired or modified by a certified code shop. The code shop must issue a new U1A and properly stamp the vessel to document such repairs or modifications.

5.18 Flowlines, Gathering Lines, Transmission Lines and Process Piping

    Proper caution must be exercised when working on or around these lines.

    A. Employees must not stand in front of bull plugs, connections, chokes, etc. when they are removed from these lines even though the pressure has been bled off.

    B. Before removing bolts from flange connections, fittings or installations, pipe connections should be supported properly or tied down. If a line is in a bind, employees must stand back from the line to prevent it from springing back and striking them.

    C. When cutting or disconnecting a line that is on a stand, employees must stand back so that the line will not drop on their feet.

    D. Employees should not stand or walk on pressurized lines. If a pressurized line is located

CONFIDENTIAL

ANA-MDL-000031119

in the pathway, an elevated walkway should be built over the line.

5.19 Abrasive Blasting

Abrasive blasting, whether performed in a shop, in a facility or on a location, must be performed with care. Attention must be given to the abrasive work itself as well as the location of the work to be conducted.

A. All persons involved with or working in the general area of the abrasive blasting operations must wear an approved respirator.

B. Abrasive blasting of steel surfaces in the vicinity of flammable or explosive mixtures constitutes a hazard, principally due to static electricity.

C. Prior to abrasive blasting, the surface will be tested for hazardous material such as heavy metals or asbestos containing materials.

D. Supervisor approval shall be obtained before abrasive blasting begins. The Supervisor should inspect the area and equipment to be abrasive blasted to assure that proper conditions exist and that adequate equipment is present and will be operated by competent personnel. This may include working under the Respiratory Protection Program, Hot Work Program, Confined Space Entry Program, etc.

E. No abrasive blasting shall be allowed in the immediate vicinity of operating electric motors or air intakes of operating internal combustion engines unless such equipment has been stopped and protected against the abrasive particles that will contaminate the equipment.

F. Abrasive blast hoses should be the static-dissipating type. There shall be no leaks at hose couplings or the nozzle holder. The abrasive blasting nozzle shall be a self-closing type.

G. First aid and fire equipment must be available. Work crews must be familiar with the proper use of this equipment.

5.20 Ground Disturbance

Whenever ground is to be disturbed, prior to the disturbance, the area to be disturbed should be investigated to determine whether any underground objects are present. These underground objects could be Anadarko or non-Anadarko controlled property.

A. Examples of underground objects may include:

1. Electrical lines;
2. Telephone, cable, or fiber optic lines;
3. Pressurized pipelines (including water lines); and
4. Non-pressurized pipelines.

B. The area that you are working in may be serviced by a One-Call consortium (North America) to identify underground objects. If this service is not available, appropriate contacts should be made to determine if any underground objects are present. This may include contacting:

1. One-Call consortium (if available);
2. Local utility companies;
3. Local communication companies;
4. Local Anadarko supervisor; and
5. Other oil, gas, and pipeline operators in area.

60

61

C. Refer to Section 6.5 (Excavations) for information concerning excavation requirements prior to ground disturbance.

5.21 Welding Precautions
(for more detailed information refer to the Anadarko Hot Work Program)

Welding is an activity which introduces an ignition source into the work area. Depending on the work area, a Hot Work Permit may be required. Employees authorizing welding activities must be familiar with the Anadarko Hot Work Program.

A. General

1. Prior to any welding or cutting work, the location supervisor must be notified.
2. Welders are responsible for the maintenance of their equipment and for the protection and safety of personnel in the immediate work area.
3. Welding must be performed by authorized personnel.
4. The welder and welder's helper must use the PPE, including clothing and eye protection, required for the job.
5. At least one 30 lb BC fire extinguisher must be available for use at all welding operations. One person other than the welder must stand by with a fire extinguisher to serve as a "fire watch" during welding or cutting operations. While the welder is welding, the fire watch's sole responsibility is to conduct "fire watch".
6. When a welder is cutting or welding on a pipe, no one is permitted to be in front of or near the open pipe end.
7. Welding or cutting operations must not be

62

performed in a confined space until the area has been tested for oxygen and flammable levels and the appropriate permits posted. Atmospheric testing for toxics may also be conducted. Refer to the Anadarko Confined Space Entry Program.

8. When welding or cutting on equipment, ensure that the equipment is properly isolated from service. Refer to the Anadarko Control of Hazardous Energy Program (Lockout/Tagout).
9. Hot Taps are specialized operations and require additional precautions. See 5.21D.
10. Ventilation must be provided for welding operations. If adequate ventilation cannot be provided, respiratory protection must be worn.
11. Mechanical drum cutters should be utilized whenever cutting drums and barrels. Steel drums, barrels or other closed vessels which have contained flammable liquids or gases must be thoroughly steam cleaned, filled with water or made safe by other approved methods before a cutting torch is applied.
12. When welding in a hazardous area, the atmosphere should be continually checked with a calibrated combustible gas detector to warn of any dangerous changes in the atmosphere.
13. Regardless of where welding or cutting operations are conducted, a physical inspection of the immediate work area shall be completed prior to initiating welding or cutting and after the completion of the welding or cutting to ensure that no hazardous conditions exist.
14. Review welder certification requirements for the job.

63

CONFIDENTIAL

ANA-MDL-000031121

15. Pressure vessels that have an API or ASME National Board code stamp shall only be repaired or modified by a certified code shop. The code shop must issue a new U1A and properly stamp the vessel to document such repairs or modifications.

B.  Oxyacetylene Welding

1.  Oxygen and acetylene hoses must be protected from flying sparks and hot slag. The hoses must be inspected frequently for leaks, wear and loose connections. Immediate action must be taken to replace bad hoses and to correct unsafe conditions.

2.  The hoses on oxyacetylene welding units should be racked when not in use. Master valves on oxygen and acetylene cylinders must be closed and the pressure bled from regulators and hoses after use.

3.  Torches should be examined frequently for leaky valves, nozzles or damaged tips.

4.  Close the cylinder valve immediately if a hose catches fire.

5.  Spark igniters must be used to light welding torches. Matches and cigarette lighters must not be used.

6.  Flashback arrestors (check valves) must be provided in the hose system to prevent the flame from passing down the hose into the fuel gas system.

7.  Acetylene cylinders must be used and stored in a secured upright position.

C. Electric Arc Welding

1.  Welders using electric arc welding equipment should provide a protective screen around the arc where practicable.

64

2.  Suitable precautions must be taken to avoid shock from electric arc welding equipment. Employees must not stand in water while performing electric arc welding. PPE such as rubber boots, rubber pads, etc., must be used when it is necessary to perform arc welding in wet or high humidity conditions. Additionally, energized ("hot") electrode holders must not be dipped in water.

3.  Cables with damaged insulation or exposed conductors must not be used. If it is necessary to repair damaged cable, the repair section should have an insulating quality equal to that of the original cable. Splices must never be made within 10 feet (3 m) of the electrode holder.

4.  Cables must be protected from vehicular traffic or other hazards which may subject them to being pinched or cut. Only the amount of cable necessary to do the job should be unrolled.

5.  Electric arc welding equipment must be turned off when not in use.

D.  Hot Tap

Hot Tap refers to welding performed on equipment in service for the purpose of hot tapping and sleeving. Hot tapping shall be performed in accordance with the Hot Work Program. For Gulf of Mexico operations, also refer to the MMS approved Welding and Burning Plan.

1.  Planning the job includes:

a. Identify the line and the product in the line;

65

ANA-MDL-000031122

b. Identify the temperature and pressure on the line;

c. Thickness testing has been done and documented;

d. Welder and hot tap personnel are qualified for the job;

e. All safety precautions have been taken; and

f. Management approval has been given.

2. A person knowledgeable in hot tap procedures will supervise the operation.

3. The weld must be inspected before permitting hot tap drilling.

4. In-service welding shall be done only by welders that have successfully passed an in-service welding test (eg. API 1104 Appendix B, or equivalent).

5.22   Isolation/Opening of Equipment/Piping

Prior to performing inspections, repairs, or other maintenance activities on vessels or equipment, employees must safely take measures to physically isolate the equipment from the flow of hydrocarbons, de-pressurize, drain or purge and open it for access. The proper isolation, rendering safe and opening of vessels and equipment is especially important if vessel entry is necessary or hot work is to be performed.

A. Formulation of a valid equipment isolation and opening plan should be reviewed on a case-by-case basis. The equipment to be worked on should be visually inspected, noting the presence of isolation valves, equipment design, process pressure, lockout points, flanges, product within the equipment, potential ignition sources and the appropriate

PPE that will be needed. Depending on the project, there may be other considerations. Programs to reference for more detailed information include Anadarko's Permit-to-Work, Control of Hazardous Energy, Confined Space Entry, Hot Work, PPE and Electrical Safe Work Practices.

B. In general, the equipment is isolated, valves are closed and locked, the contents safely depressurized and drained and then the joints between the closed valves and the equipment are separated to fit blinds or to disconnect and offset piping sections.

C. Depending on the work to be performed, the vessel or equipment may need to be purged. This purging or gas-freeing may be accomplished by steaming, water flooding or the use of inert gas. The method of purging or gas-freeing may be dictated by the type of work and the type of equipment to be purged. Consideration should be given to equipment layout which may include pockets of product that may not be easily purged. Engineering should be consulted prior to purging or gas-freeing operations.

5.23   Product Transfer and Handling

A. A "qualified" person shall conduct transfer operations. A person is "qualified" if they have been made aware of the nature of the hazardous material which is to be loaded or unloaded, they have been instructed on the procedures to be followed in emergencies, they are authorized to move the cargo tank and have the means to do so. Any person that is required to load or unload a hazardous material shall be trained in the proper loading and unloading of the product.

66

67

CONFIDENTIAL

ANA-MDL-000031123

B. At least one "qualified" person shall remain in the immediate vicinity of the transfer operation at all times.

C. Piping, valves and other equipment shall be protected from corrosion, weathering and mechanical damage.

D. Long grass or weeds shall not be permitted within ten (10) feet of a product container or loading rack. LPG containers shall not be diked.

E. Permanent containers shall be properly grounded. Electrical devices shall comply with the National Electrical Code Article 500 for electrically classified areas.

F. There shall be no open flames or hot work permitted within 100 feet of a transfer operation. Smoking is only permitted in designated smoking areas.

G. No one is permitted to remain in the cab during transfer operations.

H. Any employee shall have the right to refuse to load or unload any vehicle that in their judgment is mechanically unsafe.

I. A proper Bill of Lading is required for each load and proper placards must be in place.

68

## 6.0    Work Control

Topics described in this Section relate to types of work in specific potentially hazardous situations. These programs reduce or eliminate potentially hazardous situation through specific procedures. Employees involved with activities that are covered by specific work control programs must be familiar with the respective Anadarko program.

6.1    Work Permits - General

At Anadarko locations, employees are expected to use appropriate work permits as dictated by the job to be performed. Work permits are used to assure that employees, who are involved in or could be affected by the permitted work, are aware of the scope of the job, the conditions, the hazards and can facilitate the appropriate precautions.

A. Guidelines

1. Permits are required for jobs involving confined space entry, hot work, and in some locations, maintenance work.

2. The permit is a written authorization that specifies the location, time and type of work to be performed. The permit documents that hazards have been identified and that necessary protective measures have been taken.

B. Responsibility/Authority

1. A valid permit must be prepared and signed by the Issuer, who is typically the person in charge of the facility or senior person onsite, prior to initiating the work. The Issuer must personally inspect the

69

ANA-MDL-000031124

job-site, surrounding work area and complete the permit prior to signing the permit and initiating the designated work. The Issuer is responsible for the work performed under the issued permit.

C. Posting of Permit

1. The White Copy of the permit must be displayed in the immediate work area during the job operation.
2. The Pink Copy of the permit should be posted at a controlled site, such as a Control Room.
3. The Yellow Copy of the permit will remain in the Permit book.

D. Permit Duration

1. "Permitted" work is valid for the time specified on the permit form.

E. Suspension of Permits

Anyone, at anytime, may stop work due to an identified hazard that may affect the permitted work.

1. If a hazardous condition develops in the course of work, then the work must be stopped immediately and the permit suspended.
2. The permit must be suspended at the expiration time specified on the permit if the work is not completed.
3. A new permit must be issued if the original permit has been suspended.

F. Working under a Permit

1. Work shall not begin until all conditions required by the permit have been met.
2. If an interruption in the work occurs, such as a lunch break or rest break, the work will not resume until the work area is re-inspected, tested and determined to be satisfactory.
3. Should an unsafe condition develop in the course of work, the work must be stopped immediately and the permit be suspended. The work site must be re-evaluated and a new permit issued.

G. Distribution

1. Upon completion of the job, copies of permits should be distributed as described below:

   a. White Copy, with any attachments, is to be filed at the facility office;
   b. Pink Copy, with any attachments, is to be sent to the safety representative; and
   c. Yellow Copy remains in the permit book.

6.2    Permit-to-Work
(For detailed information, refer to the Anadarko Permit-to-Work Program)

The Anadarko Permit-to-Work Program requires written documentation and approval of maintenance and repair activities. Typically, offshore platforms and Process Safety Management (PSM) facilities work within the guidelines of the Anadarko Permit-to-Work Program.

CONFIDENTIAL

ANA-MDL-000031125