A. Guidelines

1. A Permit-to-Work Program is a process that documents maintenance and repair activities to ensure that all personnel involved and affected are aware of the activity. The process assists in identifying any other permits that may be required to conduct the work safely.
2. Personnel performing work under a Permit-to-Work must be trained on the written Permit-to-Work Program in effect at that facility.

6.3 Hot Work
(For detailed information, refer to the Anadarko Hot Work Program)

A Hot Work Permit is required in any operation that can produce a spark or flame or other source of ignition having sufficient energy to cause ignition, where the potential for flammable vapors, gases or dusts exist or when in an Electrically Classified Location (Class 1, Division 1 and 2). This determination will be made on a job-by-job basis by the supervisor in charge.

Employees performing the Hot Work at a location must be trained on the written Hot Work procedure in effect at that location.

A. Guidelines

1. When work requires the introduction of an ignition source, the Hot Work Program should be reviewed.

2. Examples of activities which present ignition sources include:

- Welding;
- Cutting or burning;
- Use of open flames;
- Grinding;
- Soldering;
- Chipping;
- Breaking concrete;
- Abrasive blasting;
- Hot tapping lines or vessels;
- Use of non-explosion proof electrical equipment (tools, coils, heaters, lights, extension cords, motors, etc.); and
- Use of non-intrinsically safe electrical equipment (laptops, personal data assistants, flashlights, pagers, cell phones, etc.).

B. Atmospheric Conditions for Hot Work Permit

1. A Hot Work Permit shall not be issued unless the following atmospheric conditions are present:

| Test | Level |
|------|-------|
| Oxygen | between 19.5% and 23.5% |
| LEL/LFL | <10.0% |

2. The work will stop, personnel removed from the work area and the permit suspended if the flammability reading equals or exceeds 10% of the Lower Explosive Limit (LEL) or Lower Flammable Limit (LFL).

CONFIDENTIAL

ANA-MDL-000031126

6.4 Confined Space Entry
(For detailed information, refer to the Anadarko Confined Space Entry Program)

Entry into confined spaces presents potential hazards to personnel, even though the work itself might not ordinarily be hazardous. Entry into a confined space requires training, planning and preparedness. Confined spaces that are classified as being a Permit-Required Confined Space pose special hazards and when possible, will not be entered by Anadarko employees. Specialty contractors typically will be used in projects requiring entry into Permit-Required Confined Spaces. If Anadarko employees must enter a Permit-Required Confined Space, the local safety representative and the Area/Location Supervisor must be notified prior to entry.

Employees performing work under the Confined Space Entry Program must be trained on the Anadarko Confined Space Entry procedures in effect at that facility.

A. Defining Confined Space

1. A confined space is a space meeting all three of the following criteria:

    a. The space is large enough for a person to enter; and
    b. The space has limited means of entry or exit. "Limited means of entry or exit" includes climbing over something, or passing through a less than door-size entrance or exit; and
    c. The space is not designed for continuous personnel occupancy.

74

Examples of confined spaces include:

- A cellar, valve vault, below grade sump or machinery crawl space in which a person could enter, while it is in normal operating mode;
- A storage tank that has been drained and opened for inspection or repair; and
- A vessel that has been drained and opened for inspection and maintenance.

2. If a space is determined to be a confined space, the space must further be evaluated to determine if it is a Permit-Required Confined Space by answering the following questions:

    a. Does the space contain or have the potential to contain an atmosphere that is toxic, flammable, asphyxiating or immediately dangerous to life or health (IDLH)?
    b. Does the space contain a material that can engulf the confined space entrant (i.e., a liquid or finely divided solids)?
    c. Does the space contain mechanical, electrical, or configuration hazards? A mechanical hazard might be rotating equipment in a confined space. An electrical hazard might be an electrical heating element in a confined space. A configuration hazard might be sloping sides or floor which could cause a person to slide into a constriction in the confined space.
    d. Does the space contain any other recognized serious safety or health hazards?

75

ANA-MDL-000031127

If any one of the above 4 questions is answered with a "yes", then the space is a Permit-Required Confined Space and a written permit is required for entry.

3. Specialized training is required for personnel who enter and support a Permit-Required Confined Space entry. Contact your local safety representative for further guidance.

6.5 Excavations
(For detailed information, refer to the Anadarko Excavation Program)

An excavation is defined as any man-made cut, cavity, trench, or depression in an earth surface formed by earth removal.

Whenever ground is to be disturbed, prior to the disturbance, the area to be disturbed should be investigated to determine whether any underground objects are present. These underground objects could be Anadarko or non-Anadarko controlled property.

A. Examples of underground objects may include:

1. Electrical lines;
2. Telephone, cable, or fiber optic lines;
3. Pressurized pipelines (including water lines); and
4. Non-pressurized pipelines.

B. The area that you are working in may be serviced by a One-Call consortium (North America) to identify underground objects. If this service is not available, appropriate con-

tacts should be made to determine if any underground objects are present. This may include contacting:

1. One-Call consortium (if available);
2. Local utility companies;
3. Local communication companies;
4. Local Anadarko supervisor; and
5. Other oil, gas, and pipeline operators in area.

C. General Requirements

1. For trench excavations that are 4 feet (1.2 m) or more in depth, a means of egress, such as a stairway, ladder or ramp, must be provided such that personnel are not required to travel laterally more than 25 feet (7.6 m) to reach an egress point.
2. Personnel shall not be allowed under loads handled by lifting or digging equipment.
3. When mobile equipment is operated next to an excavation or is required to approach the excavation and the operator does not have a clear view of the edge, barricades, hand or mechanical signals or stop logs will be used to guide the equipment operator.
4. Excavations with water accumulation require special attention. If it rains, the potential for cave-in increases. This may require additional precautions including removing the water, waiting for it to dry out, adjusting the slope or utilizing shoring.
5. Materials shall not be stored closer than 2 feet (0.6 m) from the edge of the excavation. This includes excavated soil,

CONFIDENTIAL

ANA-MDL-000031128

equipment and other work materials, unless special precautions are taken.

6. Fall protection is required when personnel or equipment are permitted to cross over excavations which are 6 feet (1.8 m) or deeper. This includes handrails on walkways or bridges.

7. Daily inspections by the Competent Person will be conducted and documented when employee exposure can be reasonably anticipated.

D. Protective System Requirements

1. Personnel working within the excavation will be protected from cave-ins by sloping, shoring, shielding or some equivalent means.

2. Protection is not required if the excavation is made entirely in solid rock or the excavation is less than 5 feet (1.5 m) deep and examination by a Competent Person finds no potential for a cave-in.

3. If sloping is utilized, then the soil must be classified and the appropriate ratio of horizontal to vertical sloping dimensions must be used. This soil classification will be determined by a Competent Person.

E. Hazardous Atmospheres

1. If a Hazardous Atmosphere (i.e., oxygen deficient, flammable, toxic) could be present, then the excavation atmosphere must be tested. Based on the results of the atmospheric tests, the following may be required:

   a. Confined Space Entry Permit;

b. Hot Work Permit;

c. Respiratory protection equipment;

d. Ventilation;or

e. Depending on the configuration of the excavation, personnel entering may be required to wear a safety harness and a lifeline.

6.6 Control of Hazardous Energy (Lockout/Tagout) (For detailed information, refer to the Anadarko Control of Hazardous Energy (Lockout/Tagout) Program)

The control of hazardous energy ensures that personnel are isolated from hazardous energy sources before performing service, maintenance, repair or replacement activities on equipment. The unexpected activation or sudden release of stored energy or inadvertent contact with energized equipment may result in injury or equipment damage.

A. General

1. Anadarko requires the control of hazardous energy, such as electrical, pneumatic and stored pressure, when working on equipment where the release of energy or inadvertent start-up of equipment could cause injury to personnel. The control of hazardous energy will be by a positive means and under the direct control of persons involved with the work.

2. A positive means of control is typically accomplished through lockout. Lockout is the use of a lock and a tag attached to a lockout device such as a hasp or chain. Each person involved in the work will have a lock and a tag at each lockout

point. If a lock box is used, each person will be required to place their lock and tag on the lock box.

3. For equipment that cannot be locked out, a tagout may be used. A tagout is acceptable as long as all personnel are aware of the tagout in effect and have been trained on its use.

4. Contract personnel are required to furnish their own lockout/tagout equipment.

5. Affected Employees working with Lockout/Tagout must be trained on the written Lockout/Tagout program in effect for their work location. Authorized Employees will have additional training on specific lockout/tagout procedures.

6. When activities require multiple isolation points or in situations as identified by the Area/Location Supervisor, a Master Isolation List will be generated which identifies the specific points of isolation.

B. Steps to Controlling Hazardous Energy

1. Preparation and Identification: Before an Authorized or Affected Employee turns off a machine or equipment, the Authorized Employee shall have knowledge of the type and magnitude of the energy, the hazards of the energy to be controlled and the method or means to control the energy.

2. Machine or Equipment Shutdown: The machine or equipment shall be turned off or shut down using the procedures established for the machine or equipment. An orderly shutdown must be utilized to avoid any additional or increased hazards to personnel as a result of the equipment stoppage.

80

3. Machine or Equipment Isolation: All energy isolating devices that control the energy to the machine or equipment shall be physically located and operated in such a manner as to isolate the machine or equipment from the energy sources.

4. Application of Locks/Tags: Lockout or tagout devices shall be affixed to each energy-isolating device by Authorized Employees.

   a. Lockout devices, where used, shall be affixed in a manner that will hold the energy isolating devices in a "safe" or "off" position.

   b. Tagout devices, when used, shall clearly indicate that the operation or movement of energy isolating devices from the "safe" or "off" position is prohibited. Where a tag cannot be affixed directly to the energy isolating device, the tag shall be located as close as safely possible to the device in a position immediately obvious to anyone attempting to operate the device.

5. Released of Stored Energy: Following the application of lockout or tagout devices to energy isolating devices, all potentially hazardous stored or residual energy shall be relieved, disconnected, restrained and otherwise rendered safe. If there is a possibility of re-accumulation of stored energy to a hazardous level, verification of isolation shall be continued until the servicing or maintenance is completed or until the possibility of such accumulation no longer exists.

6. Verification of Isolation: Prior to starting

81

ANA-MDL-000031130

work on machines or equipment that have been locked out or tagged out, Authorized Employees shall verify that the isolation and de-energization of the machine or equipment has been accomplished by attempting to start or operate the equipment. Remember to turn all controls back to the "safe" or "off" position.

C. Equipment Specific Lockout Procedures

Equipment that has 2 or more lockout points must have a written procedure that outlines the lockout process. The written procedure includes:

1. The procedural steps for shutting down, isolating, blocking and securing the machine or equipment to control the hazardous energy; and
2. The specific steps for testing the machine to verify the effectiveness of the lockout devices, tagout devices or other energy controls.

## 7.0   Material Handling

Material handling can be accomplished either manually or with mechanical equipment. The following are appropriate handling procedures.

7.1   General

When using mechanical equipment to move material, employees must stay clear of loads including when the load is picked up, moved and set down. Employees must not stand or pass under loads at any time.

When moving material, be aware of pinch points and always have a planned escape route if the material shifts in your direction.

7.2   Proper Lifting and Carrying Techniques

Manual lifting should be avoided as much as possible; however, if no other handling means exist, the following guidelines should be followed:

A. Prior to lifting an object, know the path you will take and where you will place the load;
B. Check the path of travel to assure no obstructions or hazards exist which could cause slipping or tripping;
C. If you feel the object cannot be handled by one person safely (too bulky or heavy), ask for assistance;
D. Inspect the object to be lifted for hand hazards such as jagged edges, burrs, pinch points or slippery surfaces;
E. When lifting an object:

1. Correctly position your feet. Keep them apart about shoulder width, with one foot

CONFIDENTIAL

ANA-MDL-000031131

along side and the other foot behind the object;

2. Bend at the knees and keep your back in a neutral or upright position;
3. Position your body close to the load;
4. Grasp the object with a firm grip, using your palms not just your fingers;
5. Keep your chin in, position your body weight centrally over your feet; and
6. Lift with your legs, in a gradual motion.

F. While carrying the load, do not twist your body when turning, but turn your complete body as a whole; and
G. When setting down a load, reverse the process.

7.3   Crane Operation

Cranes operated by employees must be safely operated and maintained.

A. Employees operating cranes must be authorized and qualified through training and experience.
B. A designated signalman must be in the view of the crane operator at all times. Standard hand signals for controlling crane operations must be used (Appendix A). All hand signals must be given by the designated signalman, but the operator should obey any emergency stop signal given by anyone.
C. Crane booms, cables, rigging, foundation mountings, control cables and safety devices must be visually inspected and determined to be functioning properly by the crane operator each day before starting operations. The inspection will consist of a visual inspection for cracked welds, cable defects, bent

braces, sheave condition, deformed or broken hooks and any other defects.

D. The crane operator must not operate the crane until personnel involved in the operation have been instructed as to the work to be performed.
E. The load limit chart and the boom angle indicator for cranes must be in clear view of the operator. Boom angle indicators must be permanently attached to the boom to show the operating radius. The rated load capacity of the crane must not be exceeded.
F. The crane operator must check load chart, confirm boom length with the chart, establish the load weight and maximum operating radius or corresponding minimum boom angle.
G. Personnel must be clear of loads before the load is picked up or landed and must remain clear at all times. Personnel must not stand or pass under suspended loads.
H. Taglines shall be used to control loads.
I. Crane operation during helicopter approaches or departures is prohibited. If possible, the crane boom must be positioned away from the helideck with the swing brake locked or placed in the cradle when landings or take-offs are in progress. The operator should step out of the cab so the pilot will know that crane operations have ceased.
J. The crane boom must be kept in the cradle when not in use.
K. Operator must properly secure the crane and boom before going off duty or when shutting down operations.
L. When transferring personnel or materials to or from a vessel, the operator must raise the load only high enough off the deck to clear all obstructions. The load should be swung out

84

85

ANA-MDL-000031132

over the water, raised or lowered to a position slightly above the landing deck level, swung over the landing deck, and gently lowered to the deck. If the crane operator cannot swing the load clear of the vessel, the vessel must be moved out from under the load until the load reaches the landing deck. Personnel must wear a personal floatation device (PFD) while being transferred with a personnel basket. Diving operations shall be made aware of over-side crane use and restrictions may be imposed.

M. Appropriate inspections must be made on cranes, cables and hooks. Records of inspections must be maintained for 5 years. Inspection types and frequencies will be dictated by manufacturer's recommendations or regulatory requirements.

N. During operation, at least two wraps of cable must be maintained on the drum at all times.

O. Boom stops must be provided on crane booms to prevent the possibility of overtapping the boom.

P. Safety bolts or latches must be used on crane hooks each time a load is lifted.

Q. Rotating or moving parts on the equipment must be guarded. Guards removed to make repairs, lubrication or adjustments must be replaced immediately after completion of repairs or adjustments.

R. Platforms, walkways, steps, handholds, guardrails and toe boards must be provided on the cranes where necessary to assure safe footing.

S. When working in areas with power lines, high voltage proximity alarms should be mounted on the crane boom.

T. Lifting equipment (auto-cranes, aerial lift trucks), while working near overhead power lines or energized equipment, shall be grounded and barricaded.

U. Cranes operated near, under or over power lines must maintain clearances as outlined in Appendix B, Table 1 (except where the power lines have been de-energized and visibly grounded at a point of work or where insulating barriers, not a part of or an attachment to the crane, have been erected to prevent physical contact with the power lines).

V. Cranes in transit with no load and boom lowered, the clearances outlined in Appendix B, Table 2 must be maintained.

7.4    Rigging/Slings

The rigging of material for lifting and the use of the slings in rigging are important factors towards the safe movement of that material. Safe rigging of material for lifting includes:

A. Riggers will be trained and competent;

B. Prior to use, slings, fittings, fasteners and shackles must be visually inspected for evidence of overloading, excessive wear, kinks, twists or damage. Slings or shackles found to be defective must be removed from service and destroyed;

C. Employees must use gloves when handling slings;

D. Wire rope should be coated or lubricated to protect against wear and corrosion;

E. Slings and shackles should be stored away from direct contact with the weather when not in use;

F. Sharp bends or knots must not be permitted in the slings. Slings should be protected from sharp edges;

G. The date the slings are placed in service and

CONFIDENTIAL

ANA-MDL-000031133

the sling identification number shall be attached to the sling;

H. Good housekeeping must be practiced in crane areas. Do not leave slings scattered on the ground;

I. Slings are not to be fastened to pallets as the lifting point. When the material that is placed on a pallet does not have a lifting point, pallet forks will be used; and

J. Rigging shall be such that the angle of the sling to the load shall never be less than 30 degrees (Appendix C).

7.5 Forklift Operations

Use of forklifts is restricted to qualified operators. Safe operation of a forklift includes:

A. The local supervisor is responsible to assure that the local safety representative is aware of which employees operate Anadarko owned, leased or rented forklifts;

B. Employees operating forklifts will be trained and qualified on the type of forklift they will be operating. Initial training will consist of formal instruction, practical training and evaluation which is pertinent to the equipment to be used and environment where the forklift will be operated;

C. A re-evaluation of the qualified forklift operator will be conducted at least every three years;

D. Inspect the forklift prior to use;

E. Operate the forklift within the rated capacity;

F. Use caution on grades and ramps;

G. Do not use the forklift as a man-lift; and

H. When dismounting or stowing the forklift, set the parking brake, lower the forks and neutralize the controls.

88

7.6 Personnel Lifts

Personnel lifts are any telescoping or articulating device that is used to position personnel at a height such as in a bucket or on a working platform. Use of personnel lifts is restricted to qualified operators.

A. Employees operating personnel lifts will be trained and qualified on the type of lift they will be operating. Initial training will consist of formal instruction, practical training and evaluation which is pertinent to the equipment to be used and environment where the personnel lift will be operated.

B. Lift controls shall be tested prior to use to determine that such controls are in safe working condition.

C. A full-body harness shall be worn and a lanyard attached to the boom or basket when working from a personnel lift.

D. Tying off to an adjacent pole, structure or equipment while working from a personnel lift shall not be permitted.

E. Employees shall not sit or climb on the edge of the basket or use planks, ladders or other devices for a work position.

F. Boom and basket load limits specified by the manufacturer shall not be exceeded.

G. The brakes shall be set and outriggers, when used, shall be positioned on pads or a solid surface. Wheel chocks shall be installed before using a personnel lift on an incline.

H. A personnel lift may not be moved when the boom is elevated in a working position with men in the basket, except for equipment which is specifically designed for this type of operation.

I. Controls shall be plainly marked as to their

89

CONFIDENTIAL

ANA-MDL-000031134

function. Lower controls shall provide for overriding the upper controls. Lower controls shall not be operated unless permission has been obtained from the employee in the lift, except in case of emergency.

J. The insulated portion of a personnel lift shall not be altered in any manner that might reduce its insulating value.

K. Before moving a personnel lift for travel, the boom shall be inspected to see that it is properly cradled and outriggers are in stowed position.

L. Unauthorized repairs and maintenance to the personnel lift shall not be performed by field personnel. Lifts shall be maintained per manufacturer's recommendations.

7.7    Compressed Gas Cylinders

Compressed gas cylinders must be properly handled, used and stored.

A. Handling

1. When necessary to remove compressed gas cylinders, a cart or other mechanical device designed for that purpose should be used. Cylinders may also be rolled on the bottom edge but never dragged.

2. Cylinders handled by a crane must be carried in a cradle, basket or similar device and care taken to prevent them from falling. Slings, ropes or an electromagnet must not be used.

3. Cylinders must not be dropped or allowed to strike each other.

4. Cylinders must not be used for supports or for any other purpose than to contain gas.

90

5. Empty cylinders must be marked and labeled "EMPTY". Valves must be tightly closed and the valve protector caps replaced.

6. Cylinders to be transported must be loaded and secured in an upright position unless they are designed to be used and transported horizontally.

7. Valve protection caps must not be used for lifting the cylinder.

8. Cylinder valves must be kept closed with the valve protector cap in place during handling

B. Use

1. Acetylene cylinders must be used in a secured and upright position.

2. A valve protector cap must be kept on the cylinder except when a regulator is attached or the cylinder is hooked into a manifold system.

3. Threads on a regulator or union must correspond to those on the cylinder valve outlet. Connections must not be forced.

4. A cylinder of compressed gas must not be used without a pressure-reducing regulator attached to the cylinder valve.

5. Regulators and pressure gauges must only be used with gases for which they are designed.

6. The cylinder valve must always be closed before attempting to stop leaks.

7. Leaky or damaged cylinders must be taken out of service immediately. They should be removed to a safe location and observed until safely depressurized. They must be marked and labeled as "DAMAGED".

91

                    ANA-MDL-000031135

8. Sparks, molten metal, electrical currents, excessive heat or flames must not be permitted to come in contact with the cylinder or attachments. This includes propane or welder's torches and space heaters.

9. Oil or grease must never be used as a lubricant on valves or attachments to oxygen cylinders since oil and oxygen under pressure can be a fire hazard. Also, oxygen regulators must not be handled with greasy or oily hands or gloves.

10. Cylinder contents must only be used for the purposes for which they were intended.

C. Storage

1. Oxygen cylinders must not be stored within 20 feet (6.1 m) of fuel gas cylinders or combustible/flammable materials (especially oil or grease), unless protected by a noncombustible barrier at least 5 feet (1.5 m) high having a fire resistance rating of at least one-half hour.

2. Cylinders must be stored and secured in an upright position and in a safe, dry, well-ventilated place, not exposed to heat.

3. Acetylene cylinders must not be stored in a horizontal position.

4. Compressed gas cylinders must not be accepted from the supplier without the cylinder contents labeled and valve protector caps in place.

5. Cylinder valves must be kept closed during storage with valve protection cap in place.

6. Empty cylinders, properly labeled as

"empty", shall be stored separate from full cylinders.

7.8 Sample Cylinders

A. Sample Cylinders shall be shipped or transported in an approved container with the applicable shipping labels.

B. When shipping on common carriers, shipping papers shall be filled out and accompany the sample cylinders.

C. End caps shall be installed on all cylinders shipped or transported.

D. All cylinders shall be appropriately stamped with DOT 3E, 3AL or equivalent international markings on the cylinder. Other stamping or engraving on cylinders is prohibited.

E. All liquid sample cylinders shall have proper relief devices.

F. When internal or external corrosion, denting, bulging or evidence of rough usage exists, the cylinder shall be removed from service and destroyed.

G. Proper PPE shall be used while collecting samples.

7.9 Pipe Handling and Storage

Proper handling and storage of pipe must be observed.

A. Handling

1. A suitable hardwood handstick should be used for handling threaded pipe 3 inches (7.6 cm) or more in diameter.

2. When two or more persons are carrying pipe on their shoulders, each person should carry the pipe on the same shoulder.

92

93

 ANA-MDL-000031136

3. When handling pipe mechanically, fingers and hands should not be put into ends of pipe and care should be taken to stand clear.
4. Always roll pipe from the ends or from behind in order to remain clear should the pipe roll out of control.
5. Keep feet and hands from underneath the pipe when lowering it.
6. When stringing pipe from a truck, workers on the ground should remain behind the truck while the truck is moving.
7. When leveling or cutting fiberglass pipe, dust goggles and mask must be worn by the equipment operator.
8. When unspooling polypipe, review manufacturer's recommendations.

B. Storage

1. All stored pipe shall be secured to prevent movement.
2. Suitable skids must be provided for the safe handling of pipe.
3. Pipe racks should be kept in an orderly and safe condition. Space around pipe racks shall have no obstructions that might cause stumbling or falling when loading or unloading pipe.
4. Pipe racks shall be level.
5. Pipe should be racked evenly, joint above joint and should overhang the rack by approximately the same length at each end.
6. Hardwood stripping (stringers) shall be between each pipe layer.
7. Bottom layer of pipe should be pinned or blocked securely on all four corners.
8. Each successive layer shall be effective-

94

ly chocked or blocked. Chocks or blocks may be made of wood or plastic.
9. Pipe should never be racked on ground type racks to extend more than 10 feet (3 m) high from the rack sills.
10. Personnel must never stand in front of a pipe rack when pipe is being rolled. Personnel shall not attempt to catch out of control rolling or falling pipe.
11. Forklifts are to be operated only by trained and authorized personnel.
12. Personnel shall have proper PPE, at a minimum, hard hat, safety toed boots, safety glasses and work gloves.

7.10 Drum Handling and Storage

The contents of drums can be potentially hazardous and therefore must be properly handled and stored. Full drums pose handling issues due to weight as well as storage issues due to the material contained inside.

A. Handling

1. Manual Handling

a. Drums should be handled by either a hand truck, a dolly equipped for drum handling or a drum tilter.
b. If it is necessary to handle a drum by manual means:

(1) Do not roll drums with the feet;
(2) Roll drums by gripping chimes or otherwise keeping the hands on center or top;
(3) If a drum starts to fall, do not attempt to catch it; and

95

ANA-MDL-000031137

(4) Be aware of pinch points when setting drums.

2. Mechanical Handling

   a. When drums are moved by forklifts, cranes or other mechanical means, drums should be properly secured.

   b. Drums should not be lifted any higher than necessary for safe transport.

   c. Caution should be taken to ensure that drums are not punctured.

B. Storage

1. Drums should be stored as appropriate for the contents. Review the storage recommendations for the material from the respective MSDS.

2. Drums must be labeled as to the contents.

3. Empty drums should be returned to the vendor, disposed of or recycled. Consult with your local environmental representative for proper disposal or recycle procedures.

## 8.0 Electrical Safety
(For detailed information, refer to the Anadarko Electrical Safe Work Practices Program)

Employees must be trained in basic electrical safety. Work on electrical equipment and systems, which includes troubleshooting and repair, must be performed only by Qualified Persons.

8.1 General

A. Qualified Persons must use lockout/tagout procedures when working on electrical equipment that can be activated by a switch or disconnect.

B. Pull and junction boxes for systems over 600 volts must have their covers permanently marked with wording such as "DANGER, HIGH VOLTAGE" or "DANGER, 600 VOLTS".

C. Each disconnecting means for equipment or circuits shall be legibly marked to indicate the equipment or circuit it applies to. In addition, "ON" and "OFF" shall be clearly distinguishable.

D. Electrical switchgear must be labeled to identify the equipment it controls.

E. Employees must not wear rings, watches or similar metallic objects while working on electrical systems.

F. Where feasible, electrical systems (circuits) must be de-energized ("cold") and tested before performing work. Work on energized ("hot") electrical systems must be authorized by a supervisor. If work must be performed on a "hot" energized circuit, only Qualified Persons shall do the work and suitable protective equipment must be used (i.e., certified non-conductive gloves, mats, blankets, line insulators, hot sticks) to provide insulation from the ground and conductors.

CONFIDENTIAL

ANA-MDL-000031138

G. Hands, shoes and clothing should be dry when any energized electrical equipment is handled.

H. Interlocks must not be rendered inoperative by removal, modification or destruction, except by a Qualified Person.

I. Employees should avoid being near switch boxes, pumping units or other electrically operated equipment during an electrical storm.

J. When high structures or equipment are operated near electrical power lines, the lines should be de-energized and tested when feasible. If this is not possible, proper clearance between the equipment and the power lines must be maintained. Refer to Appendix B, Table 1.

K. Overload protection (fuses and/or circuit breakers) must be provided to protect the circuit's maximum current carrying capacity (i.e., a 30 amp fuse must not be used on a 20 amp circuit).

L. A fuse puller must be utilized to remove and replace fuses. A fuse puller must be kept clean and dry to prevent a conductive film from forming on the surface of the fuse puller.

M. Substitutes for fuses are prohibited.

N. Electrical connections to ground must not be made to gas pipe, steam pipe, sprinkler systems or light protection systems.

O. Electrical motors must be externally grounded through a ground cable connection from the base of the motor to the ground rod. On offshore platforms of structural steel, the steel deck is considered as the ground and ground cable connections must be attached to the deck.

P. Water must not be used on electrical equipment fires. When possible, electrical equipment must be de-energized before fighting a fire.

Q. Extension cords must be of a three-wire grounded type, free of splices and is not a substitute for permanent wiring.

R. Employees must not stand in front of an electrical switch box when opening or closing a switch.

S. The covers and all bolts on electrical boxes must be replaced and tightened upon completion of work.

T. Repairs or other work will not be performed by Anadarko employees on any electrical system not owned or operated by Anadarko.

U. Non-qualified personnel must not attempt to make repairs to electrical equipment. Defective appliances, lines or cords, electrical equipment, etc., must be taken out of service, tagged and be reported to an Anadarko supervisor.

8.2    Ground Fault Circuit Interrupter (GFCI)

All portable electric tools and lights, that may be used in wet or damp locations, shall be used with ground fault circuit interrupters (GFCI) or be included in an assured grounding program. Low voltage lights may be used in lieu of lights with GFCI.

8.3    Power Hand Tools

Misuse of power hand tools can create potential hazardous conditions. Proper handling and use of power tools include:

A. The power supply source must be disconnected before repairs or services are performed on the tools;

B. Where there is a danger of explosion or fire, pneumatic (air operated) power tools should be used;

CONFIDENTIAL

ANA-MDL-000031139

C. Natural gas shall not be used for pneumatic power tools;

D. Electrically operated tools must not be used on tanks, lines, vessels, in compressor stations or other areas where flammable gases may be present until these areas have been checked with a gas detector and determined to be gas free. For additional information, refer to the Anadarko Hot Work Program;

E. Portable electric tools and equipment must be Underwriters Laboratory (U.L.) listed or approved by applicable international certifying body, double insulated or be grounded through a third wire;

F. Outlets supplying power to portable electric tools which may be used in a wet location (i.e., outdoors) must have ground fault circuit interrupter (GFCI) protection or be included in an assured grounding program; and

G. Electrical powered tools and equipment with deteriorated or inadequate insulation, defective cords, etc., must be tagged and removed from service until repaired. Taped splices in cords are not considered properly repaired and must not be used.

8.4   Lighting

Improper lighting maintenance or installation may create a hazardous condition.

A. OSHA or equivalent international electrical safety guidelines for hazardous locations must be followed in those locations where flammable gas or liquids may be present. Portable lights used in hazardous locations must be approved for the intended hazardous atmosphere.

B. The outside globe and guard on stationary lights or on portable hand lights must be maintained and in place during use.

C. Portable lights and cords must be kept in good repair. The cords must be checked for bad insulation and the lights checked for cracked or broken protective globes.

D. When changing a broken or burned out light bulb, the circuit must be de-energized.

8.5   Explosion Proof or Intrinsically Safe Electrical Equipment

Electrical equipment, used or installed in a potentially flammable or explosive location, must be rated, installed and maintained as specified by the manufacturer. For information regarding the classification of areas for electrical installations, refer to API RP500, "Recommended Practice for Classification of Locations for Electrical Installations at Petroleum Facilities Classified as Class 1, Division 1 and Division 2" (or applicable international standard).

A. Electrical equipment in flammable or explosive atmospheres must be explosion-proof or intrinsically safe and meet NEC (National Electric Code, Article 500) or applicable international requirements for such electrical installations.

B. Explosion-proof equipment must be maintained in good condition to retain the integrity for which it was designed.

C. Explosion-proof caps, covers, boxes, etc., must be secured and seated to maintain the integrity of the system.

D. For non-intrinsically safe Personal Electronic Devices (devices such as PDAs, cell phones and laptops), refer to Section 10.2 for additional information.

100

101

ANA-MDL-000031140

(this page intentionally left blank)

## 9.0 Chemical Safety

(For detailed information, refer to the Anadarko Hazard Communication Program)

9.1 Chemical Safety Program

Chemical safety information, as defined in the OSHA Hazard Communication Standard (29 CFR 1910.1200) and applicable state, local or international standards, must be included in Anadarko's local written Hazard Communication Program. Employees shall be trained on the Hazard Communication Program specific to their location.

The written compliance program must address the following elements:

- Hazard Determination;
- Written Program;
- Chemical Safety Information (Material Safety Data Sheets - MSDSs);
- Labeling; and
- Employee Training.

Employees must be familiar with applicable chemical safety information whenever working with hazardous chemicals or with equipment that contains or has contained hazardous chemicals.

Chemical safety information for each chemical may be found in a MSDS (United States), Workplace Hazardous Materials Information System safety data sheet (WHMIS, Canada), Control of Substances Hazardous to Health safety data sheet (COSHH, UK) or other chemical safety sheet formats consistent with international requirements, depending on the locale of the operations.

CONFIDENTIAL

ANA-MDL-000031141

A. General Chemical Safety Precautions

Hazardous chemicals may be in the form of liquid, gas, powder or solid. Appropriate precautions must be taken to properly protect yourself.

Information specific to a chemical should come from its chemical safety data sheet. Some general safety precautions include:

1. Appropriate protective equipment will be utilized when working with hazardous chemicals. This may include chemical goggles, chemical gloves, face shields, hard hats, chemical boots, chemical aprons, slicker suits and respiratory protection. Refer to the specific chemical safety data sheet for specific PPE requirements;

2. Skin, eye contact and inhalation of gases or vapors must be avoided;

3. Hazardous chemical containers must be clearly labeled, tightly sealed, segregated and stored close to the floor in a dry place away from flames;

4. Hands and other affected areas must be washed with soap and water as soon as possible after coming in contact with hazardous chemicals;

5. The procedures to be followed when mixing hazardous chemicals include:

   a. Chemical safety data sheets should always be reviewed prior to any work with chemicals so that the properties of the chemicals are known;

   b. When making caustic solutions, the chemicals should be stirred vigorously to reduce heating and splattering;

   c. When diluting a chemical (such as acids and caustics) with water, the chemical must be added to the water. Water must not be added to the chemical. This is done to prevent chemical reactions and splattering; and

   d. Hazardous chemicals should be mixed in small test batches until certain of the reaction.

6. If a spill occurs, the area should be cleaned up as soon as possible;

7. If a hazardous chemical comes in contact with the skin or eyes, the affected area must be thoroughly flushed with running water for at least 15 minutes. Medical attention should be obtained as soon as possible;

8. Hazardous chemicals must not be discharged into public sewer systems, waterways or tributaries. Hazardous chemicals must be disposed of properly. Consult your local environmental representative for permissible disposal procedures; and

9. Eyewash and shower facilities (stationary or portable) should be readily available in areas where hazardous chemicals are routinely handled.

9.2   Specific Chemicals

This Section contains general information related to chemicals that are or have been common to the exploration and production industry. Prior to your use or potential exposure to workplace chemicals, you must review the chemical safety sheet for those specific chemicals.

104

105

ANA-MDL-000031142

A. Asbestos

1. Asbestos is a fibrous mineral that has excellent thermal insulating properties. In the past, asbestos was widely used in insulation and building material. However, it has been found that asbestos can cause several serious health effects.

2. Employees should be aware that asbestos containing material might exist in older Anadarko facilities. Anadarko's practice is to contain or remove friable material containing asbestos in order to prevent a potential exposure hazard to employees.

3. Qualified contractors shall be used for activities involving maintenance, construction, repair, renovation, demolition, salvage, disposal or other handling of materials containing asbestos.

4. Employees who remove or dispose of small quantities of asbestos containing materials shall be trained and must comply with appropriate regulations.

5. Governmental agencies require notification prior to the removal and disposal of asbestos containing material. To comply with this requirement, your local safety or environmental representative must be notified prior to initiation of those activities.

6. Where asbestos is used in such items as gaskets, packing glands, etc., precautions must be taken to prevent the generation of airborne fibers which can occur through cutting, tearing, grinding or other handling of the materials in a way that changes its integrity.

7. For additional information regarding asbestos, consult your local safety or environmental representative.

B. Benzene

1. Crude oil, condensate and natural gas may contain benzene. Benzene has been recognized as a carcinogen.

2. Every effort should be made to avoid breathing hydrocarbon vapors while gauging tanks, repairing line leaks, cleaning up spills, pigging operations, etc. If you have any questions concerning benzene, contact your local safety representative.

3. PPE may include chemical gloves, chemical goggles and respiratory protection.

4. Adequate ventilation may be used to control exposure.

C. Condensate

1. Condensate appears as a clear to straw colored liquid. It is quite fluid and has a mild pungent odor. Condensate is lighter than water and is not very soluble in water. Condensate is a flammable liquid and its vapors are heavier than air. Condensate may contain benzene or $H_2S$, therefore precautions should be taken to avoid breathing the vapors.

2. PPE may include chemical gloves, chemical goggles and respiratory protection.

3. Adequate ventilation may be used to control inhalation exposure.

4. If a condensate spill occurs, the area should be cleaned up as soon as possible but only after first determining that it is

106

107

ANA-MDL-000031143

safe to do so.

5. Ignition sources are not to be introduced in areas where condensate is present or has been present without first monitoring the atmosphere. Refer to the Anadarko Hot Work Program.

D. Crude Oil

1. Crude oil appears as a tan, greenish to black liquid. Crude oil can be quite viscous to very fluid and has a mild pungent odor. Crude oil is typically lighter than water and not very soluble in water. Crude oil can be flammable or combustible, depending on its specific gravity. Vapors from crude oil are heavier than air. Crude oil may contain benzene or $H_2S$, therefore precautions should be taken to avoid breathing the vapors.

2. PPE may include chemical gloves, chemical goggles and respiratory protection.

3. Adequate ventilation may be used to control exposure.

4. If a crude oil spill occurs, the area should be cleaned up as soon as possible but only after first determining that it is safe to do so.

5. Ignition sources are not to be introduced in areas where crude oil is present or has been present without first monitoring the atmosphere. Refer to the Anadarko Hot Work Program.

108

E. Hydrogen Sulfide ($H_2S$)
(For detailed information, refer to the Anadarko Hydrogen Sulfide Program)

1. General

a. When $H_2S$ is suspected or encountered, measurements must be made to determine exposure levels. The local safety representative must be notified so that protective measures can be implemented.

b. Employees subject to $H_2S$ exposure above 10 ppm are required to use respiratory protection equipment.

2. Characteristics

a. $H_2S$ is a highly toxic, colorless gas, heavier than air, soluble in water, with the odor of rotten eggs in low concentrations. $H_2S$ may be present in toxic concentrations with crude oil, water and gas in some producing fields. Exposure may occur while gauging tanks, repairing leaks, working in confined spaces, tank and vessel cleaning and repairs. $H_2S$ is flammable and produces sulfur dioxide when burned.

3. Toxicity

a. Exposure to high concentrations of $H_2S$ can cause immediate death. $H_2S$ is an extremely toxic and irritating gas. The principle hazard is poisoning by inhalation. $H_2S$ in the bloodstream reduces its oxygen-carrying capacity, thereby depressing the

109

CONFIDENTIAL

ANA-MDL-000031144

nervous system. Sufficiently high concentrations cause blockage of the phrenic nerve resulting in immediate collapse and death due to respiratory failure and asphyxiation.

b. The "rotten egg" odor of $H_2S$ is not a reliable warning signal because higher concentrations (approximately 100 ppm and greater) temporarily deaden the sense of smell. The only positive means of determining the amount of $H_2S$ present is by testing with an approved $H_2S$ detector. Reliance solely on the sense of smell can be fatal.

4. Detection

a. Various types of monitoring equipment are readily available to determine the presence of $H_2S$. These include the hand pump with detector tube, direct reading portable monitor, fixed monitor or alarm system and personal monitor or alarm system.

b. Monitoring equipment must be tested and calibrated frequently according to the manufacturer's recommendations or regulatory requirements.

c. Detection using detector tubes or lead acetate type tapes is prohibited as personnel monitors for employee protection.

110

5. Training

a. Employees must not work in an $H_2S$ area without first receiving training on:

- Hazards associated with $H_2S$;
- The use of respiratory protection;
- Emergency response training; and
- First aid/CPR.

b. This training must be conducted at least annually.

6. Physical Effects

a. The physical effects of $H_2S$ can be found in Appendix D:

F. Natural Gas

1. Natural gas is a colorless gas, which is typically odorless. It can be lighter or heavier than air depending upon its chemical composition. Natural gas is a flammable gas. Natural gas may contain benzene or $H_2S$ therefore precautions should be taken to avoid breathing the vapors.

2. PPE may include safety glasses, chemical goggles, chemical gloves and respiratory protection.

3. Adequate ventilation may be used to control exposure.

4. If a natural gas release occurs, leave the area, do not engage any electrical device and notify your supervisor.

5. Ignition sources are not to be introduced in areas where natural gas is present or has been present without first monitoring

111

CONFIDENTIAL     ANA-MDL-000031145

the atmosphere. Refer to the Anadarko Hot Work Program.

G. Naturally Occurring Radioactive Material (NORM)

1. NORM is associated with produced oil, gas and water. NORM may be found in scale deposited in tubulars, surface piping, vessels, pumps and other producing or processing equipment.

2. Equipment shall be surveyed prior to:

a. Opening for maintenance or cleaning;
b. Transporting; and
c. Selling, disposing or donating.

3. NORM surveys should only be conducted by trained personnel and shall be documented.

4. When NORM is detected, the safety and environmental representatives shall be notified.

5. When conducting maintenance or repair of NORM contaminated equipment, proper PPE will be used.

6. When transporting NORM contaminated equipment, applicable regulations will be followed.

7. NORM will only be disposed of at Anadarko approved licensed facilities. Contact the local environmental representative prior to disposal.

H. Polychlorinated Biphenyls (PCBs)

1. PCBs are toxic to humans. Exposure can occur via inhalation, ingestion or skin absorption. PCBs can cause skin disorders, irritation of the eyes, ears, nose and

112

throat. In addition, adverse reproductive and carcinogenic effects may occur.

2. Some transformers and capacitors contain electrical fluids or oil contaminated with PCBs. Regulatory guidelines must be followed for proper handling and disposal.

3. All transformers should be checked for PCBs. Records of the equipment containing PCBs must be maintained.

4. A warning label should be affixed and readily visible on PCB contaminated equipment.

5. In the event of a spill containing PCBs, PPE must be used.

6. The local safety and environmental representatives should be contacted for further information.

I. Produced Water

1. Produced water is a colorless, slightly cloudy to milky liquid with variable salinity. It may have no odor, a slight salty odor, or a slight hydrocarbon odor. Produced water gas may contain benzene or $H_2S$ and therefore precautions should be taken to avoid breathing the vapors.

2. PPE may include safety glasses, chemical goggles, chemical gloves and respiratory protection.

3. If a release occurs, attempt to contain and control the release only after it is determined safe to do so.

J. Sulfur Dioxide ($SO_2$)

1. $SO_2$ is typically encountered in gas form and as a by-product of the combustion of

113

ANA-MDL-000031146

$H_2S$. $SO_2$ is a toxic, colorless gas with an irritating pungent odor, is heavier than air and is nonflammable.

2. Employees subject to $SO_2$ exposure above 2 ppm are required to use respiratory protection equipment.

3. The local safety and environmental representatives should be contacted for further information.

9.3 Hazardous Chemical Spill or Release

A. Personnel expected to respond to a spill or release of a hazardous chemical must be trained in accordance with their response duties. At a minimum, personnel will be trained to an awareness level which includes how to recognize that a hazardous spill or release has occurred, how to protect themselves and others, how to report the incident and how to secure the area.

B. Contractors listed on local emergency response plans shall be appropriately trained in accordance with their duties to respond to a hazardous chemical spill or release.

114

## 10.0 Fire Safety

10.1 General

A. Caution must always be exercised regarding potential fire hazards which may be present within a given oil field, drilling or workover location, gas processing plant, offshore facility or office building. A fire hazard absent one day may be present the following day. In locations where a fire or explosion may occur, the rules to be followed include:

1. Areas where smoking, burning or the use of an ignition source is prohibited include:

   a. Areas where "No Smoking" signs are posted;

   b. Any area or part of a building which contains flammable liquids or in which flammable liquid vapors may be present;

   c. The vicinity of tanks, separators, or other vessels containing or having contained, oil or other flammable liquids;

   d. The vicinity of an oil or gas well;

   e. The vicinity of a water well being produced by gas lift;

   f. The vicinity of a pipeline pump or other machinery or equipment transporting or containing crude oil, gas or other flammable liquids;

   g. The vicinity where there has been or is a leak of flammable liquids;

   h. The vicinity of gas operated chemical pumps;

   i. The rotary floor of drilling or workover rigs;

115

CONFIDENTIAL

ANA-MDL-000031147

j. Any place on an offshore platform, except in approved locations; and

k. All other Electrically Classified Locations.

2. Matches or cigarette lighters must not be taken into areas containing flammable materials or Electrically Classified Locations;

3. Designated areas should be established for the storage of flammable liquids. When gasoline is stored, a label containing the words "Gasoline" and "Flammable" must be attached to the container. Gasoline is not permitted on offshore platforms;

4. Engine-magnetos, spark plugs or other ignition devices must not be tested in places where flammable gas vapors are present;

5. Natural gas starter piping, connections and vents must be checked after performing repairs or maintenance and before attempting to start engine. Vents must be vented outside any building or enclosure;

6. Cans of oil, kerosene, oily rags, waste, etc., are prohibited near stoves, furnaces, or gas fires;

7. Oily rags, waste and other combustible materials must be stored in labeled, covered metal containers to prevent fire from spontaneous combustion;

8. Manufacturer's procedures must be followed when lighting fired vessels;

9. Flammable liquids (i.e., gasoline, condensate) must not be used as cleaning agents;

10. Flammable aerosol (i.e., paints, insect spray, most paint removers) must not be used near open flames or other ignition sources;

11. Bonding and grounding procedures must be followed during the transfer or collection of flammable liquids into portable containers to prevent ignition from static electricity.

a. Bonding minimizes the difference in electrical potential between two or more conductive objects and will prevent sparking between them. Bonding is the joining of metallic parts to form an electrically conductive path which will assure electrical conductivity and the capacity to safely conduct any current likely to be imposed.

b. Grounding minimizes the difference in electrical potential between the objects and ground. A ground is a conducting connection between an electrical circuit or equipment and the earth or to some conducting body that serves in place of the earth.

12. Thief hatch (sample or gauging port) covers must be kept closed on oil, water and condensate tanks except when tanks are being gauged or cleaned;

13. Quantities of flammable or combustible liquids in excess of 25 gallons shall be stored outdoors or in approved flammable storage cabinets. The maximum allowable storage of liquids stored in such a cabinet is 60 gallons for flammable liquids and 120 gallons for combustible liquids. Whenever possible large

CONFIDENTIAL

ANA-MDL-000031148

quantities of flammables should be stored out of doors, in a safe designated area. Cabinets used for the storage of flammable liquids must be ventilated and appropriately labeled; and

14. Gasoline or other flammable products must be transported or stored in U.L. (or equivalent international standard) approved safety containers.

B. Fire Protection Measures

Proper fire protection measures provide a degree of safety from fires.

1. Fire proofing should be inspected periodically and repaired if found damaged.

2. Smoke, ultraviolet (UV), infrared (IR), gas and heat detectors should be inspected in accordance with the manufacturer's recommendations, regulatory requirements or at least quarterly.

3. Anadarko-owned sleeping quarters must be equipped with smoke detectors which must be tested monthly. Employees must not remove the battery from a smoke detector without replacing it immediately.

4. Fire doors must not be left in the open position.

10.2 Personal Electronic Devices (PEDs)

A. Personal Electronic Devices (PEDs) such as cell phones, pagers, radios, cameras, Personal Digital Assistants (PDAs), laptops or similar equipment that are not intrinsically safe shall not be brought into Classified Locations* unless the location is determined

118

to be safe. This includes testing the atmosphere for explosive or flammable concentrations of gas or vapors. If the atmospheric tests indicate that the LEL/LFL is above 10%, then a Hot Work Permit is required. Classified Locations are defined as Class 1, Division 1 or Class 1, Division 2 locations, as referenced in API RP 500 and the National Electric Code, Article 500.

B. Equipment and wiring approved as intrinsically safe may be used in any hazardous (classified) location for which the equipment is designed. Intrinsically safe equipment is not capable of releasing sufficient electrical or thermal energy under normal or abnormal conditions to cause ignition of a specific flammable or combustible atmospheric mixture in its most easily ignitable concentration.

C. This Policy applies to all Anadarko work locations. If there is any question as to whether or not a PED is intrinsically safe, contact your supervisor or safety representative. If there is any question as to whether a location is considered a Classified Location, refer to the location classification drawing or contact your supervisor or safety representative.

**\*Classified Locations**

Class I, Division 1

A Class I, Division 1 location is a location:
- In which hazardous concentrations of flammable gases or vapors may exist under normal operating conditions;
- In which hazardous concentrations of gases or vapors may exist frequently because of repair or maintenance operations or because of leakage;
- In which breakdown or faulty operation of

119

ANA-MDL-000031149

equipment or processes might release hazardous concentrations of flammable gases or vapors and might also cause simultaneous failure of electrical equipment.

### Class I, Division 2

A Class I, Division 2 location is a location:

- In which volatile flammable liquids or flammable gases are handled, processed or used, but in which the hazardous liquids, vapors, or gases will normally be confined within closed containers or closed systems from which they can escape only in case of accidental rupture or breakdown of such containers or systems, or in case of abnormal operation of equipment;
- In which hazardous concentrations of gases or vapors are normally prevented by positive mechanical ventilation, and which might become hazardous through failure or abnormal operations of the ventilating equipment;
- That is adjacent to a Class I, Division 1 location, and to which hazardous concentrations of gases or vapors might occasionally be communicated unless such communication is prevented by adequate positive-pressure ventilation from a source of clean air, and safeguards against ventilation failure are provided.

### 10.3   Fire Extinguishers

Successful fire protection depends on preparedness. Properly maintained fire extinguishers and trained employees are elements of fire safety preparedness.

#### A. General

1. Fire fighting equipment must be conspicuously located, identified and readily accessible.
2. Employees expected to use fire extinguishing equipment shall be trained in its use.
3. Water spray, sprinklers, halon, $CO_2$, dry chemical and foam systems must be inspected and tested according to manufacturer's instructions or regulatory requirements.
4. Extinguishers must have the manufacturer's name plate permanently attached.
5. A discharged fire extinguisher must be replaced immediately with a fully charged unit of equal rating.

#### B. Fire Extinguisher - Inspection and Maintenance

1. Monthly inspection and annual maintenance must be performed on all fire extinguishers.
2. The monthly inspection and annual maintenance documentation must be maintained for each unit.
3. Hydrostatic testing of extinguisher shells must be performed according to the required intervals based upon the material of construction. In addition, extinguisher shells showing evidence of corrosion or mechanical damage must be subjected to a hydrostatic pressure test or be replaced. All hydrostatic testing must be documented and the records retained.
4. Extinguishers removed from the premises for servicing must be replaced by a spare extinguisher of equal rating.
5. Extinguishers must be recharged after each use or as indicated by an inspection. Recharging is the replacement or

120

121

ANA-MDL-000031150

replenishment of the extinguishing agent. It also includes the replenishment of the expelling agent for certain types of extinguishers.

6. Only those replacement materials specified on the name plate are to be used for recharging. The use of other recharging materials may clog or impair the efficiency, causing malfunction or resulting in rupture of the extinguisher.

10.4 Fire Drills

Fire drills are another element of fire safety preparedness. Familiarization with your role is essential to your safety as well as the safety of others.

A. Fire drills must be conducted and documented on a periodic basis, to be determined by Division/Subsidiary Management based upon applicable regulations, or at least annually.
B. Periodic testing of fire alarm systems, as part of the fire drill, must be performed and documented. The frequency shall be dictated by the applicable regulation, manufacturer's recommendation, Division/Subsidiary Management or at least annually.

122

## 11.0 Medical and First Aid

11.1 Bloodborne Pathogens
(For detailed information, refer to the Anadarko Bloodborne Pathogen Program)

Bloodborne Pathogens are microscopic infectious organisms carried by body fluids and can cause disease in humans. These pathogens include hepatitis B virus (HBV), hepatitis C virus (HCV) and human immunodeficiency virus (HIV).

A. For a potential bloodborne infection to occur, contact must take place between broken skin or muccous membranes and infected blood or other body fluids. Contact with potential bloodborne pathogens can occur during emergency care which includes clean up and disposal of any blood or body fluids. Blood and body fluids are considered hazardous waste and require special clean-up materials, transportation and disposal.
B. Administration of emergency care by most employees is not a job duty and would be performed at the discretion of the employee. If emergency care is given, precautions to take include utilizing appropriate PPE such as latex gloves, a CPR pocket mouth shield and eye protection.
C. If an employee is involved in a potential exposure incident, then Anadarko will provide evaluation, post treatment and follow-up as provided in the Anadarko Bloodborne Pathogen Program. Any potential exposure incident experienced on the job should be reported immediately to your supervisor or local safety representative.

123

CONFIDENTIAL

ANA-MDL-000031151

11.2   First Aid/CPR/AED Training

Anadarko provides Emergency First Aid/CPR/AED training to employees who work in areas where emergency medical services are not immediately available.

A. Any First Aid/CPR/AED training provided to employees will be approved by the Anadarko Occupational Health Nurse.
B. Automatic External Defibrillators (AED) are provided and available to Anadarko employees at select Anadarko locations. Training on the proper application and operation of an AED is provided.

11.3   First Aid Kits

First aid supplies (kits) shall be accessible in Anadarko manned facilities and vehicles. Employees shall be familiar with the location of first aid supplies.

A. First aid kits shall be routinely inspected to ensure they are adequately stocked. First aid kits shall include appropriate personal protective equipment for protection from bloodborne pathogen exposure.
B. First aid kits for manned facilities and vehicles shall contain the supplies as approved by the Anadarko Medical Director.
C. Additional or specialized first aid or emergency equipment other than what is provided in Anadarko first aid kits shall be discussed with the local safety representative and approved by the Anadarko Medical Director.

124

11.4   Heat Exposure

Employees can become overheated while working in hot conditions. Appropriate clothing, frequent breaks, plenty of water and proper work management assists with the control of potential heat exposure.

The three stages of Heat Exposure are:

- Heat cramps;
- Heat exhaustion; and
- Heat stroke.

A. Heat Cramps

1. Symptoms
   Heat cramps may include muscle spasms in the stomach and the extremities, visible twitching and moist or cool skin.
2. Treatment
   Move the victim to a cool place and massage the muscles. Give cool water to drink.

B. Heat Exhaustion

1. Symptoms
   Heat exhaustion may include pale, clammy skin, rapid, weak pulse, near normal temperature, weakness, headache, nausea, abdominal or limb cramps and excessive perspiration.
2. Treatment
   Move the victim to a cool place. Have them rest and protect them from chilling. Give cool water to drink, if conscious. Summon emergency services and transport the victim to a physician as soon as possible.

125

CONFIDENTIAL

ANA-MDL-000031152

C. Heat Stroke

1. Symptoms
   Heat stroke symptoms include a high tem-
   perature, a red face and hot and dry skin
   with no sweating. Headaches, dizziness
   and labored breath are common and the
   victim may become unconscious.

2. Treatment
   Move the victim to a cool place and lay
   them down. Remove as much clothing
   as possible and cool their body with cool
   water. It is very important to reduce the
   body temperature as soon as possible.
   Do not pack ice around the victim as it
   may result in shock. Summon emer-
   gency medical services and transport the
   victim to a physician as soon as possible.
   If victim was unconscious and con-
   sciousness returns, watch for signs of
   shock and treat accordingly.

D. Heat Index Chart is found in Appendix E.

11.5  Cold Exposure

The best defense against cold related injuries is
to prioritize and limit outside work during temper-
ature and wind chill extremes, dress for the con-
ditions and use the appropriate PPE for any out-
side work. Special attention should be given to
protection of the face and head, hands, wrists
and feet. Gloves with gauntlets should be used
to prevent exposed skin areas between the jack-
et and gloves.

126

A. Frostbite

Frostbite is the freezing of body tissue. It
may range from minor injury (frostnip) to the
complete freezing of an extremity. Untreated
frostbitten areas will first become reddened
and then become gray or white, particularly
on exposed ear lobes, cheeks or the nose.
Left untreated, the skin becomes numb and
dead white. Watch co-workers for signs of
frostbite. Treatment for frostbite is to trans-
port immediately to a medical facility.

B. Hypothermia

Hypothermia is the lowering of the body core
temperature to the point where the body is no
longer functioning properly. Symptoms
include intense shivering, poor coordination,
stumbling, loss of memory, thickness of
speech and drowsiness. Hypothermia is
often not recognized, and left untreated, may
result in collapse and death.

Dehydration or loss of body fluids occurs
gradually in the cold environment and may
increase the susceptibility of workers to cold
injury due to a significant change in blood
flow to the extremities. Warm, sweet drinks
and soups should be taken to the work site to
provide caloric intake and fluid volume.
Taking certain medication or drugs, such as
nicotine or caffeine, can increase susceptibil-
ity to cold because of their diuretic circulatory
effects and ability to constrict the blood ves-
sels. Workers with a cold, flu or certain dis-
eases, such as diabetes, heart, vascular and
thyroid problems, may be more susceptible to
winter elements. Becoming exhausted or

127

ANA-MDL-000031153

immobilized, especially due to injury, can speed up the effects of cold weather.

It is important to note that most hypothermia cases are reported during cool weather. Treatment is to transport immediately to a medical facility.

C. Wind Chill Chart is found in Appendix F.

11.6    International Travel

    A. Employees traveling outside the United States on Anadarko business are required to contact the Anadarko Medical Department for guidance concerning health issues. International travelers will be provided with immunization as recommended by the CDC for those diseases occurring in the country of destination.

    B. International travelers will be furnished a medical kit for use in case of emergency or general sickness while out of the country on Anadarko business.

    C. Employees to be stationed outside the United States should contact the Anadarko Medical Department as soon as possible after accepting the international assignment. This will facilitate scheduling of appropriate medical screening, immunizations and preparation for the international assignment.

## 12.0    Transportation Safety

12.1    Motor Vehicle Operation

    A. Safe Driving

        1. Requirements of employees driving vehicles while on Anadarko business include:

            a. Operate the vehicles in a safe manner;
            b. Use vehicles for the purpose authorized;
            c. Wear the available seatbelt in the vehicle. The driver of the vehicle is responsible for ensuring the passengers utilize the available seatbelts; and
            d. Have a valid driver's license.

        2. Operation of a vehicle on Anadarko business while under the influence of intoxicating beverages or drugs is prohibited.
        3. Picking up hitchhikers is prohibited.
        4. If involved in a vehicle accident, stop, render assistance and notify appropriate authorities and the appropriate Anadarko supervisor.

    B. General   Guidelines

        1. Defensive driving must be practiced at all times. Defensive driving means the driver must be constantly alert for accident producing situations and be prepared to take necessary evasive action.
        2. Traffic laws must be observed.
        3. Any change in a persons' driver license status shall be reported to their supervisor as soon as possible.

CONFIDENTIAL

ANA-MDL-000031154

4. Automotive equipment must be maintained in a safe condition.
5. Speed must be consistent with road, weather conditions and posted limits.
6. Automotive equipment must not be operated in a non-ventilated building.
7. A vehicle should be parked to minimize backing.
8. Gasoline or other flammable material must not be carried in the trunks of automobiles except in emergency situations.
9. Cargo and heavy tools must not be transported in the passenger section of trucks or vans when passengers are occupying this section.
10. Hard hats or any loose or sharp objects must not be stored in the rear window tray or on the front dash.
11. All Anadarko vehicles should be reviewed to ensure proper vehicle registration and current safety inspection.
12. Employees who are required to operate a vehicle for Anadarko business which requires a Commercial Driver License or other special licensing requirement, will notify their supervisor and local safety representative.

## 12.2 Trucks

### A. General Precautions

1. Trucks must be maintained in good mechanical condition, giving particular attention to brakes, signals, lights, horns, windshield wipers and tires. If a driver detects a mechanical defect or safety hazard in a vehicle, arrangements for repairs should be made at once.

2. Personnel must not be transported in the rear area (truck bed) of trucks.
3. Material hauled in trucks must be loaded or tied down to prevent it from jarring loose or falling off. If a chain binder (boomer) is used, the handle must be secured to prevent accidental release.
4. Trucks are not to be loaded beyond the GVWR.
5. Trucks must be equipped with 30 pound BC or international equivalent rated fire extinguishers and first aid kits.
6. Operators must check for clearances around the truck before starting the unit.
7. The driver of a winch truck is responsible for the condition of the winch lines and guy lines to the gin pole 'A' frame.
8. The winch truck must be equipped with a headache post and a protective barrier between the winch and cab to protect the driver against shifting loads and whipping lines.
9. Loads must not extend directly over a truck cab unless the cab is protected for the specific hazard.
10. Vehicle operators and employees must give proper attention to electric lines and equipment when working or driving vehicles equipped with gin poles, 'A' frames, masts or other protruding objects.
11. Employees must not stand between the truck and a load when there is a strain on the winch line.
12. The winch hook should be securely fastened to the truck bed or other fastening point when not in use.
13. Winch lines should be visually inspected prior to use or anytime they are subjected to potential damage.

CONFIDENTIAL

ANA-MDL-000031155

14. When loads are handled by gin poles or 'A' frames, the gin poles must be securely anchored to the truck bed. The "oil field knot" shall not be used on gin pole or 'A' frame winch lines.

15. Employees should not try to stop a shifting, falling or tumbling load.

16. Employees loading or unloading pipe must not stand between the truck bed and the pipe rack. If the work necessitates a person being in this position, the loading or unloading operation must be stopped and the load secured.

12.3   Snowmobiles

A.   A DOT (or similar international standard) approved helmet must be worn.

B.   Employees authorized to operate a snowmobile must be familiar with the operating manual.

C.   Employees authorized to operate a snowmobile will have successfully completed a snowmobile safety course.

12.4   Utility Vehicle (i.e. Kawasaki Mule)

A.   A DOT (or similar international standard) approved helmet must be worn.

B.   Seatbelts will be worn.

C.   Employees authorized to operate a utility vehicle must be familiar with the operating manual.

D.   Employees authorized to operate a utility vehicle will have successfully completed a utility vehicle safety course.

12.5   Tractors, Loaders and Backhoes

A.   Personnel who operate or work near tractors,

132

loaders and backhoes are at risk of being struck by the equipment or the components. Other risks include rollovers, electrocutions and slides into trenches.

B.   Wheel type agricultural and industrial tractors over 20 hp will be equipped with a Rollover Protection System (ROPS). This includes a roll bar and seatbelt. While operating equipment with ROPS, the seatbelt will be worn.

C.   Employees authorized to operate equipment must be familiar with the operating manual.

D.   Employees authorized to operate tractors, loaders or backhoes will have successfully completed a safety course for the equipment to be operated.

E.   Operators must not operate or hoist items the operator cannot see unless there is a spotter providing signals for such operation and hoisting.

F.   Communications between equipment operator and personnel should be established before each work day begins.

G.   Personnel must be aware of established swing areas and blind spots before the operator works the equipment. Personnel should not be within this swing area.

H.   Personnel should not approach the tractor, backhoe or loader until they signal the operator and receive acknowledgement from the operator to approach the machine.

I.   Never permit anyone to ride in or work from a backhoe or loader bucket. No passengers are allowed on the equipment.

J.   The equipment must not be driven at an unsafe speed.

K.   Caution should be used on steep grades. Equipment should not be operated on grades steeper than specified by the manufacturer.

133

CONFIDENTIAL

L.  Turn off the equipment and lower all attachments before stepping off for any reason.

12.6   Boats

Employees conducting work or riding to a work location by vessel must follow the Captain's or boat operator's instructions. The Captain has ultimate authority over all activities on the vessel. Walk, do not run, on the deck of the vessel. Wear a PFD when boarding or disembarking from a vessel. While the vessel is underway, ride in the available cabin. Riding outside the cabin is not allowed.

12.7   Material or Personnel Transfer between Boats and Facilities

All personnel involved in transfer operations shall discuss and plan procedures prior to movement. All persons connected in any way with the transfer who may be exposed to falling overboard shall wear an approved PFD at all times. All personnel not involved with the transfer shall keep clear of the transfer operations while in progress. Wind and sea conditions shall be evaluated prior to the transfer and the Captain is responsible for determining safe conditions.

A. Dock   Transfer

When transferring from a boat to a dock, it is preferred that a gangway be used. When a gangway is not available and boarding or disembarking is required, extreme caution should be used. Do not carry your luggage while boarding or disembarking. Hand your baggage to the boat deck/dock attendant.

B. Ship   Transfer

When transferring from a ship to a boat or a boat to a ship, a personnel basket should be used. When a personnel basket is not available follow the Captain's instructions. Do not carry your luggage while boarding or disembarking.

C. Swing   Rope Transfer

When utilizing a swing rope, the following procedure should be observed:

1.  For a knotted swing rope, grasp the knotted rope securely. Do not let the rope get between your legs;
2.  To transfer to the platform, catch the rope when boat is on top of swell and swing to the platform by pushing off the boat with your feet;
3.  Always keep feet and legs clear of the platform landing;
4.  Transfer your luggage by basket or by handing it over from the boat to the platform;
5.  The boat Captain or boat operator has authority to prohibit transfer by swing rope if he deems conditions unsafe;
6.  An individual may refuse to do a swing rope transfer if they deem that conditions are unsafe or if they feel that they cannot perform the swing rope transfer; and
7.  To transfer from the platform to the boat, you should time your swing to land on the boat as it reaches its highest point.

D.  Personnel Basket Transfer

1.  Never exceed the rated capacity for the

CONFIDENTIAL

ANA-MDL-000031157

number of persons for the personnel basket.

2. Some weather conditions may require a maximum of two persons transferred per trip.

3. Ride standing on the outside of the personnel basket and loop your arms through the strands.

4. Stay on the personnel basket until it lands and is resting firmly on the deck. Never jump off the personnel basket.

12.8 Helicopter and Fixed Wing Aircraft Travel
(For detailed information, refer to the Anadarko Aviation Department's manuals on helicopter, fixed wing and charter aircraft operations along with multi-engine recommendations for helicopters and emergency evacuation procedures)

A. General

1. Passengers must report their name, weight (both personal and luggage) and destination at check-in. Recognize that some items may be prohibited on board an aircraft. Check with the pilot for a listing of those prohibited items.

2. The decision of the pilot regarding loading of personnel, materials, weight, load distribution and flight operations is final. The pilot is in complete charge of the aircraft and passengers at all times during flight operations.

3. Wear appropriate clothing and footwear for the work location and weather.

4. Do not approach the aircraft until notified by the crew. Follow the crew's instruction for boarding.

5. Hard hats must be secured or carried by

hand when boarding or leaving an aircraft.

6. Caution must be observed when loading or unloading cargo so as not to scrape the aircraft body, the landing struts or puncture the floats.

7. Observe "No Smoking" regulations.

8. Hearing protection shall be worn during flights.

9. Objects must not be thrown around or from any aircraft.

10. Seatbelts must be fastened before take-off and remain fastened until the aircraft has landed and the pilot has signaled that it is safe to disembark.

11. Listen to the preflight briefing and be familiar with the emergency procedures.

12. A person, other than the pilot, who is able to provide assistance, must accompany injured personnel evacuated by aircraft.

13. Employees are required to comply with all local, Anadarko and charterer rules governing any charter flights.

14. All travelers on chartered flights are subject to security procedures.

12.9 Helicopter Specific Aircraft Travel

A. General

1. Passengers must be briefed by the pilot on the normal approach and departure from the aircraft in order to stay away from the tail rotor or blades.

2. Passengers must not pass under or around the tail boom of the aircraft. Specific aircraft and terrain may present hazardous conditions that are not normally encountered. The pilot's instructions must be followed.

136

137

CONFIDENTIAL

3. Passengers must observe the path of the main rotor blades while the rotors are turning. The main rotor blades may dip below the six-foot level, especially during windy conditions.

4. Long objects such as pipes and poles must be carried horizontally and below head height to avoid being struck by the turning rotor blades.

5. No one will be allowed on the heliport during landing or takeoff operations.

6. Disembarking passengers must leave the area beneath the rotor blades as soon as possible.

7. Employees must not approach the helicopter until the disembarking passengers have cleared the aircraft.

B. Offshore

1. Offshore landing areas must be well marked, lighted, cleared and have helicopter nets installed as per regulations.

2. Wind socks or wind indicators shall be provided on offshore facilities and will be illuminated at night.

3. An approved inflatable life jacket must be worn when flying over water. Anyone unfamiliar with correct donning or inflation procedures must consult the pilot for instructions.

4. For flights in cold water areas, full body life suits may be required.

5. Helicopters will not land on offshore facilities when un-ignited and undiffused gas is venting from an offshore facility.

6. Crane operators must exercise caution and be alert while operating a crane in the vicinity of the heliport. When a helicopter is approaching the platform, the crane operator must move the crane boom away from the heliport, put boom in cradle if practical and shut down his operation until the pilot has stopped the rotation of the rotor blades. The crane operator should step out of the cab so the pilot will know the crane operation has been shut down.

CONFIDENTIAL

ANA-MDL-000031159

**Appendix A**
Basic Crane Hand Signals

140

ANA-MDL-000031160

**Appendix B**
High Voltage Line Clearances

**Table 1**
Required Clearances From Overhead High Voltage Lines
when Operating Equipment Nearby

| Line Voltage<br>(Phase to Phase) | Minimum Required<br>Clearance (Ft/m)* |
|---|---|
| Less than or equal to 50,000 | 10/3.0 |
| Over 50,000 – 75,000 | 11/3.4 |
| Over 75,000 – 125,000 | 13/4.0 |
| Over 125,000 – 175,000 | 15/4.6 |
| Over 175,000 – 250,000 | 17/5.2 |
| Over 250,000 – 370,000 | 21/6.4 |
| Over 370,000 – 550,000 | 27/8.2 |
| Over 550,000 – 1,000,000 | 42/12.8 |



*The above clearances apply in any direction, vertical or hor-
izontal.

**Table 2**
Required Minimum Clearances From High Voltage Lines when
a Crane is in Transit with No Load and Boom Lowered

| Line Voltage (Volts) | Minimum Clearance (Ft/m) |
|---|---|
| Less than or equal to 50,000 | 4/1.2 |
| Over 50,000 – 345,000 | 10/3.0 |
| Over 345,000 – 750,000 | 16/4.9 |

141

ANA-MDL-000031161

**Appendix C**
Rigging Angle Chart

Sling Stresses at Various Sling Angles
(The sling angle shall never be less than 30 degrees)

   

$$\frac{\text{Tension in}}{\text{Each Leg}} = (\text{Load}/2) \times \text{Load Angle Factor}$$

| Horizontal Sling Angle | Load Angle Factor | |
|---|---|---|
| 90° | 1.000 | |
| 85° | 1.004 | |
| 80° | 1.015 | |
| 75° | 1.035 | |
| 70° | 1.064 | |
| 65° | 1.104 | |
| 60° | 1.155 | |
| 55° | 1.221 | |
| 50° | 1.305 | |
| 45° | 1.414 | |
| 40° | 1.555 | |
| 35° | 1.742 | |
| 30° | 2.000 | |
| 25° | 2.364 | Not Recommended |
| 20° | 2.924 | Not Recommended |
| 15° | 3.861 | Not Recommended |
| 10° | 5.747 | Not Recommended |
| 5° | 11.490 | Not Recommended |

142

CONFIDENTIAL

ANA-MDL-000031162

**Appendix D**
Physical Effects of $H_2S$

| PPM | Percent | Physical Effects |
|-----|---------|------------------|
| 2 | 0.0002 | Odor threshold. |
| 10 | 0.001 | Obvious and unpleasant odor. Beginning eye irritation. |
| 50 | 0.005 | Inflammation, corneal blistering, sense of smell decreases, headache, cough, and nausea. |
| 100 | 0.01 | IDLH. Kills sense of smell in 3 to 15 minutes; may sting eyes and throat. |
| 200 | 0.02 | Kills sense of smell rapidly; stings eyes and throat. |
| 500 | 0.05 | Dizziness; breathing ceases in a few minutes; needs prompt artificial respiration. |
| 700 | 0.07 | Unconscious quickly; death will result if not rescued promptly. |
| 1000 | 0.10 | Unconscious at once, followed by death within minutes. |

REMEMBER: 1% = 10,000 Parts Per Million (PPM)

143

CONFIDENTIAL

ANA-MDL-000031163

**Appendix E**
Heat Index Chart

## Heat Index Chart

| % Relative Humidity | Temperature °F (°C) | | | | | | |
|---|---|---|---|---|---|---|---|
| | 80 (27) | 85 (29) | 90 (32) | 95 (35) | 100 (38) | 105 (41) | 110 (43) |
| 0 | 80 (27) | 85 (29) | 90 (32) | 95 (35) | 100 (38) | 105 (41) | 110 (43) |
| 15 | 76 (24) | 81 (27) | 86 (30) | 91 (33) | 97 (36) | 102 (39) | 108 (42) |
| 20 | 77 (25) | 82 (28) | 87 (31) | 93 (34) | 98 (37) | 105 (41) | 112 (44) |
| 25 | 78 (26) | 83 (28) | 88 (31) | 95 (35) | 102 (39) | 108 (42) | 117 (47) |
| 30 | 78 (26) | 84 (29) | 90 (32) | 96 (36) | 104 (40) | 113 (45) | 123 (51) |
| 35 | 79 (26) | 85 (29) | 91 (33) | 98 (37) | 107 (42) | 117 (47) | 130 (54) |
| 40 | 79 (26) | 86 (30) | 92 (33) | 100 (38) | 110 (43) | 122 (50) | |
| 45 | 80 (27) | 87 (31) | 95 (35) | 104 (40) | 115 (46) | 130 (54) | |
| 50 | 81 (27) | 88 (31) | 97 (36) | 106 (41) | 120 (49) | 126 (52) | |
| 55 | 82 (28) | 89 (32) | 98 (37) | 109 (43) | 126 (52) | | |
| 60 | 83 (28) | 90 (32) | 100 (38) | 113 (45) | 132 (56) | | |
| 65 | 84 (29) | 92 (33) | 103 (39) | 119 (48) | | | |
| 70 | 85 (29) | 94 (34) | 106 (41) | 124 (51) | | | |
| 75 | 86 (30) | 96 (36) | 110 (43) | 130 (54) | | | |
| 80 | 87 (31) | 97 (36) | 114 (46) | | | | |
| 85 | 88 (31) | 100 (38) | 117 (47) | | | | |
| 90 | 89 (32) | 102 (39) | 121 (49) | | | | |
| **Legend** | 80-89 (27-32) | 90-104 (32-40) | 105-129 (41-54) | | | 130+ (54+) | |

80-89 °F (27-32 °C)   Fatigue is possible with prolonged exposure and/or physical activity.

90-104 °F (32-40°C)   Heat cramps, heat exhaustion and heat stroke are possible with prolonged exposure and/or physical activity.

105-129 °F (41-54 °C)   Heat cramps, heat exhaustion, heat stroke are likely. Heat stroke is possible with prolonged exposure and/or physical activity.

130+ °F (54+ °C)   Heat stroke is highly likely with continued exposure.

144

CONFIDENTIAL

ANA-MDL-000031164

**Appendix F**
Wind Chill Chart

## Wind Chill Chart

| Wind mph (kph) | Temperature °F (°C) | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Calm | 40 (4) | 35 (2) | 30 (-1) | 25 (-4) | 20 (-7) | 15 (-9) | 10 (-12) | 5 (-15) | 0 (-18) | -5 (-21) | -10 (-23) | -15 (-26) | -20 (-29) | -25 (-32) | -30 (-34) | -35 (-37) | -40 (-40) | -45 (-43) |
| 5 (8) | 36 (2) | 31 (-1) | 25 (-4) | 19 (-7) | 13 (-11) | 7 (-14) | 1 (-17) | -5 (-21) | -11 (-24) | -16 (-27) | -22 (-30) | -28 (-33) | -34 (-37) | -40 (-40) | -46 (-43) | -52 (-47) | -57 (-49) | -63 (-53) |
| 10 (16) | 34 (1) | 27 (-3) | 21 (-6) | 15 (-10) | 9 (-13) | 3 (-16) | -4 (-20) | -10 (-23) | -16 (-27) | -22 (-30) | -28 (-33) | -35 (-37) | -41 (-41) | -47 (-44) | -53 (-47) | -59 (-51) | -66 (-54) | -72 (-58) |
| 15 (24) | 32 (0) | 25 (-4) | 19 (-7) | 13 (-11) | 6 (-14) | 0 (-18) | -7 (-22) | -13 (-25) | -19 (-28) | -26 (-32) | -32 (-36) | -39 (-39) | -45 (-43) | -51 (-46) | -58 (-50) | -64 (-53) | -71 (-57) | -77 (-61) |
| 20 (32) | 30 (-1) | 24 (-4) | 17 (-8) | 11 (-12) | 4 (-16) | -2 (-19) | -9 (-23) | -15 (-26) | -22 (-30) | -29 (-34) | -35 (-37) | -42 (-41) | -48 (-44) | -55 (-48) | -61 (-52) | -68 (-56) | -74 (-59) | -81 (-63) |
| 25 (40) | 29 (-2) | 23 (-5) | 16 (-9) | 9 (-13) | 3 (-16) | -4 (-20) | -11 (-24) | -17 (-27) | -24 (-31) | -31 (-35) | -37 (-38) | -44 (-42) | -51 (-46) | -58 (-50) | -64 (-53) | -71 (-57) | -78 (-61) | -84 (-64) |
| 30 (48) | 28 (-2) | 22 (-6) | 15 (-9) | 8 (-13) | 1 (-17) | -5 (-21) | -12 (-24) | -19 (-28) | -26 (-32) | -33 (-36) | -39 (-39) | -46 (-43) | -53 (-47) | -60 (-51) | -67 (-55) | -73 (-58) | -80 (-62) | -87 (-66) |
| 35 (56) | 28 (-2) | 21 (-6) | 14 (-10) | 7 (-14) | 0 (-18) | -7 (-22) | -14 (-26) | -21 (-29) | -27 (-33) | -34 (-37) | -41 (-41) | -48 (-44) | -55 (-48) | -62 (-52) | -69 (-56) | -76 (-60) | -82 (-63) | -89 (-67) |
| 40 (64) | 27 (-3) | 20 (-7) | 13 (-11) | 6 (-14) | -1 (-18) | -8 (-22) | -15 (-26) | -22 (-30) | -29 (-34) | -36 (-38) | -43 (-42) | -50 (-46) | -57 (-49) | -64 (-53) | -71 (-57) | -78 (-61) | -84 (-64) | -91 (-68) |
| 45 (72) | 26 (-3) | 19 (-7) | 12 (-11) | 5 (-15) | -2 (-19) | -9 (-23) | -16 (-27) | -23 (-31) | -30 (-34) | -37 (-38) | -44 (-42) | -51 (-46) | -58 (-50) | -65 (-54) | -72 (-58) | -79 (-62) | -86 (-66) | -93 (-69) |
| 50 (80) | 26 (-3) | 19 (-7) | 12 (-11) | 4 (-16) | -3 (-19) | -10 (-23) | -17 (-27) | -24 (-31) | -31 (-35) | -38 (-39) | -45 (-43) | -52 (-47) | -60 (-51) | -67 (-55) | -74 (-59) | -81 (-63) | -88 (-67) | -95 (-71) |
| 55 (88) | 25 (-4) | 18 (-8) | 11 (-12) | 4 (-16) | -3 (-19) | -11 (-24) | -18 (-28) | -25 (-32) | -32 (-36) | -39 (-39) | -46 (-43) | -54 (-48) | -61 (-52) | -68 (-56) | -75 (-59) | -82 (-63) | -89 (-67) | -97 (-72) |
| 60 (97) | 25 (-4) | 17 (-8) | 10 (-12) | 3 (-16) | -4 (-20) | -11 (-24) | -19 (-28) | -26 (-32) | -33 (-36) | -40 (-40) | -48 (-44) | -55 (-48) | -62 (-52) | -69 (-56) | -76 (-60) | -84 (-64) | -91 (-68) | -98 (-72) |

Frostbite Times: 30 minutes    10 minutes    5 minutes

Wind Chill (°F) = $35.74 + 0.6215T - 35.75(V^{0.16}) + 0.4275T(V^{0.16})$
Where, T = Air Temperature (°F) and V = Wind Speed (mph)

Effective 11/01/01

145

CONFIDENTIAL

ANA-MDL-000031165

**Appendix G**
Calculating Fall Clearance Distance

When selecting connecting devices and anchorage con-
nectors, it is important to understand how to calculate
potential fall clearance distance. Fall clearance distance is
defined as the height at which a worker must attach to an
anchorage to avoid contact with a lower level.

### Calculating Fall Clearance Distance Using a Shock-Absorbing Lanyard and D-Ring Anchorage Connector

First, add the length of the shock-absorbing lanyard (6 ft.) to
the maximum elongation of the shock absorber during decel-
eration (3-1/2 ft.) to the average height of a worker (6 ft.).

Then, add a safety factor of 3 ft. to allow for the possibility
of an improperly fit harness, a taller than average worker
and/or a miscalculation of distance.

The total, 18-1/2 ft. is the suggested safe fall clearance dis-
tance for this example.



*NOTE: Should the shock-absorbing lanyard be used in con-
junction with a cross-arm anchorage connector or other, the
additional length of the anchorage connector must be taken
into consideration.*

146

### Calculating Fall Clearance Distance Using a Retractable Lifeline

First, add the maximum free fall distance (2 ft.) with a
retractable lifeline to the maximum deceleration distance
(3-1/2 ft.) to the average height of a worker (6 ft.).

Then, add a safety factor of 3 ft. to allow for the possibility
of an improperly fit harness, a taller than average worker
and/or a miscalculation of distance.

The total, 14-1/2 ft. is the suggested safe fall clearance dis-
tance for this example.



*NOTE: When using a retractable lifeline, the distance is calcu-
lated from the point where the retractable attaches to the back
D-ring of the worker's harness.*

147

CONFIDENTIAL

ANA-MDL-000031166