UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION J |
| This Document applies to:<br>*No. 10-02771 ONLY* | JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

**ORDER NOTING DEFAULTS RELATIVE
TO CIVIL ACTION NO. 10-2771**

THIS COURT having heretofore duly issued a monition against all persons claiming damages against the DEEPWATER HORIZON, and Limitation Petitioners Transocean Offshore Deepwater Drilling Inc., Transocean Holdings LLC, Transocean Deepwater Inc. and Triton Asset Leasing GmbH, for any loss, damage, injury or death caused by or resulting from the Incident of April 20, 2011, all as is more fully set forth in the Complaint filed in Civil Action No. 10-cv-2771, and requiring persons claiming damage to file claims on or before April 20, 2011, subject to the right of any interested person to question or controvert the same, and publication of said monition having been duly given as required by the Rules and practices of this Court, all of which appears by the return filed herein;

Considering the size and complexity of this Multidistrict Litigation, as well as the Court's authority under Supplemental Admiralty Rule F(4) to enlarge the time within which claims may be filed when cause is shown;

IT IS ORDERED that claims filed on or before September 16, 2011 in Civil Action Nos. 10-cv-2771, 10-cv-8888, or 10-cv-9999 are allowed.

It appearing from the record of the Court that Claims and Answers have been presented pursuant to said monition and that due proclamation has been made to all persons having or claiming damage for any loss, damage, injury, or death arising out of the Incident of April 20, 2010, and the return of said monition to appear and answer the Complaint herein and present their claims, and no other person or persons or corporations having appeared in Civil Action Nos. 10-cv-2771, 10-cv-8888, or 10-cv-9999, now on Motion of counsel for Petitioners Transocean Offshore Deepwater Drilling Inc., Transocean Holdings LLC, Transocean Deepwater Inc. and Triton Asset Leasing GmbH:

IT IS FURTHER ORDERED THAT THE DEFAULT of all persons or corporations claiming damages against Petitioners Transocean Offshore Deepwater Drilling Inc., Transocean Holdings LLC, Transocean Deepwater Inc. and Triton Asset Leasing GmbH and their underwriters, for any and all loss, damage, injury, or death caused by or resulting from the Incident of April 20, 2010, and not having filed a claim in the aforesaid proceedings on or before September 16, 2011 are HEREBY NOTED.

IT IS FURTHER ORDERED that all issues raised by the Complaint filed herein in Civil Action No. 10-cv-2771 and Answers thereto stand for trial before this Court according to the rules and practices thereof.

IT IS FURTHER ORDERED that all proofs of claim so filed as heretofore be and the same are hereby suspended until trial and determination of this action.

SIGNED IN NEW ORLEANS, LOUISIANA this 19th day of September, 2011.

_____
UNITED STATES DISTRICT JUDGE