UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
|     "Deepwater Horizon" in the Gulf | * | |
|     of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| | * | JUDGE BARBIER |
| This Document Applies to: | * | |
| Vessels of Opportunity ("VoO") Contract | * | MAG. JUDGE SHUSHAN |
| Cases | * | |

## ORDER

**[Amendment to Case Management Order Regarding Vessels of Opportunity Program Contract Matters, Rec. Doc. 3207]**

During the Status Conference held on September 16, 2011, the parties jointly requested the Court to extend the deadline for completing certain depositions in the VoO Contract Cases. The Court stated it would grant this request. Accordingly,

**IT IS ORDERED** that the deadline contained in Paragraph 11 of the Case Management Order for the VoO Contract Matters (Rec. Doc. 3207) is hereby **EXTENDED** from September 30, 2011 to October 28, 2011.

New Orleans, Louisiana, this 19th day of September, 2011.

_____
UNITED STATES DISTRICT JUDGE