MINUTE ENTRY
WILKINSON, M.J.
SEPTEMBER 19, 2011

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | CIVIL ACTION<br><br>MDL 2179 |
| Member Case:   Michael Gros et al. v. DRC Emergency Services, LLC et al.; 11-1824 | SECTION "J" (2) |

A status conference was conducted in this case on this date. Participating via telephone were: Melanie Mabile Mulcahy and Eric Derbes, representing plaintiffs; Ben Banta, representing defendants.

During the conference, counsel orally consented to proceed before a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c). A written form of consent is currently being circulated among the parties. A scheduling order setting forth pretrial, trial and other deadlines will be entered upon receipt of a fully executed consent form.

By separate order, Judge Barbier will sever C.A. No. 11-1824 from the MDL. The Clerk is directed to docket this minute entry and all future matters in this case in the record of C.A. No. 11-1824.

MJSTAR: 0 : 20

Defendants must file their answers and/or responsive motions no later than **September 30, 2011**.

Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) must be exchanged no later than **October 7, 2011**.

Settlement possibilities were discussed.

In light of the conference conducted on this date, **IT IS FURTHER ORDERED** that the status conference previously set in this matter before me on September 29, 2011, is hereby CANCELLED.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**