UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL, 20, 2010 | * * * * * | MDL 2179 |
| | | SECTION J(2) |
| | | JUDGE BARBIER |
| This Document Applies to: Case No. 11-1824 | * * * * | MAG. JUDGE WILKINSON |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ORDER

Member case 11-1824 was previously reassigned and referred to Magistrate Judge Joseph C. Wilkinson for pretrial management (Rec. Doc. 4012).  The Magistrate Judge informs the Court that all parties consent to trying the case before him.  Therefore,

**IT IS ORDERED** that *Gros, et al. v. DRC Emergency Services, LLC, and DRC Marine LLC*, No. 11-1824, is hereby **SEVERED** from MDL 2179 and **REFERRED** to Magistrate Judge Wilkinson for trial.  This Order is contingent upon the parties filing a statement of consent in accordance with Fed. R. Civ. Proc. 73(b).

New Orleans, Louisiana this 19th day of September, 2011.

_____
UNITED STATES DISTRICT JUDGE