# Exhibit 23

**Chen, Philip T.**

| | |
|---|---|
| **From:** | Raines, Carolyn [CRaines@GodwinRonquillo.com] |
| **Sent:** | Wednesday, September 14, 2011 11:50 AM |
| **To:** | Chen, Philip T. |
| **Cc:** | jmartinez@GodwinRonquillo.com |
| **Subject:** | RE: HESI's Supplemental Production |

Philip,

The documents produced on September 9, 2011, are HAL_1150370 - HAL_1228060 and include the documents regarding the Non-Privileged Post Incident Activities.  I am in the process of confirming whether or not there are any additional documents and will let you know.

Thanks

Carolyn

> **From:** Chen, Philip T. [mailto:pchen@kirkland.com]
> **Sent:** Monday, September 12, 2011 7:36 PM
> **To:** Raines, Carolyn; Harding, Barbara M.
> **Cc:** Martinez, Jenny; Mitchell, David S.
> **Subject:** RE: HESI's Supplemental Production
>
> Carolyn:
>
> Could you kindly let me know what the Bates ranges are on the production from last week and this week relating to this subject matter, and also whether we should expect additional productions of materials relating to individual-led post-incident activities.
>
> Thanks,
> Philip.
>
> Philip T. Chen
> Kirkland & Ellis LLP
> 333 South Hope Street · Los Angeles, CA 90071
> Tel +1-213-680-8341 · Fax +1-213-680-8500
> philip.chen@kirkland.com

> **From:** Raines, Carolyn [mailto:CRaines@GodwinRonquillo.com]
> **Sent:** Thursday, September 08, 2011 3:22 PM
> **To:** Harding, Barbara M.; Chen, Philip T.
> **Cc:** jmartinez@GodwinRonquillo.com
> **Subject:** HESI's Supplemental Production
>
> Barbara,
>
> Our vendor is currently processing the bulk of documents related to testing or modeling that was not done at the direction of counsel (*i.e.* the "Non-Privileged Post Incident Activities"), and they will be posted to  HESI's FTP site tomorrow.  The remaining documents will be produced next week.

Thanks

Carolyn

# GODWIN RONQUILLO PC

**Carolyn R. Raines**
1201 Elm Street, Suite 1700
Dallas, Texas 75270-2041
214.939.4452 Direct   (800.662.8393 Toll Free)
214.527.3137 Fax
CRaines@GodwinRonquillo.com
GodwinRonquillo.com

This electronic transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender that is protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510 and 2521 and may be legally privileged. This message (and any associated files) is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this communication in error, please notify Godwin Ronquillo PC immediately by telephone (800.662.8393) and destroy the original message. Messages sent to and from us may be monitored.

IRS Circular 230 Required Notice--IRS regulations require that we inform you as follows: Any U.S. federal tax advice contained in this communication (including any attachments) is not intended to be used and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or tax-related matter[s].

```
************************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
************************************************************
```

# Exhibit 24



GODWIN RONQUILLO

A Professional Corporation

*Attorneys and Counselors*

Renaissance Tower
1201 Elm Street, Suite 1700
Dallas, Texas 75270-2041

214.939.4400
800.662.8393
214.760.7332  Fax

**GodwinRonquillo**.com

CAROLYN R. RAINES - SHAREHOLDER
DIRECT DIAL:       214.939.4452
DIRECT FAX:       214.527.3137
CRaines@GodwinRonquillo.com

September 3, 2011

**BY EMAIL**

Stephen J. Herman                    General Luther Strange
MDL 2179 Plaintiffs Liaison Counsel  Office of the Attorney General
Herman Herman Katz & Cotlar          501 Washington Avenue
820 O'Keefe Avenue                   Montgomery, AL  36130
New Orleans, LA  70113-1116

James P. Roy                         R. Michael Underhill
MDL 2179 Plaintiffs Liaison Counsel  U.S. Department of Justice
Domengeaux Wright Roy & Edwards      P. O. Box 36028
556 Jefferson Street                 450 Golden Gate Avenue
P. O. Box 3668                       San Francisco, CA  94102-3463
Lafayette, LA  70502

Don K. Haycraft                      J. Andrew Langan
MDL 2179 Defense Liaison Counsel     Kirkland & Ellis LLP
701 Poydras Street, Suite 5000       300 North LaSalle
New Orleans, LA 70139-5099           Chicago, Illinois 60654

Re:     In Re: the Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on
        April 20, 2010, MDL No. 2179

Dear Counsel:

        Pursuant to Pre-Trial Order No. 14 in MDL NO. 2179, Halliburton Energy Services, Inc. ("HESI") notifies all parties that the documents described below are protected from disclosure by the attorney client and work product privileges.  The emails, and the accompanying attachments, were prepared by or for HESI's consulting experts at the request and direction of HESI's counsel in anticipation of litigation and reflect communications with HESI's counsel.

        HESI hereby requests that all parties who have received or have access to the following documents:

• HAL_0120110 - HAL_0120243,

**GODWIN RONQUILLO PC**

September 3, 2011
Page 2

- HAL_0534805,

- HAL_0710201 - HAL_0710212,

- HAL_0709187,

- HAL_0579568 - HAL_0579569,

- HAL_0579531 - HAL_0579532,

- HAL_0579763 - HAL_0579764,

- HAL_0608108 - HAL_0608109,

- HAL_0579766 - HAL_0579768, and

- HAL_0579769 - HAL_0579771

promptly refrain from further copying or distribution, and return or destroy all copies of the documents.  Pre-Trial Order No. 914 ¶ 8.

HESI's inadvertent production of these documents shall not result in a waiver of any privilege or work product protection in this action for the produced documents or for any other privileged or immune materials containing the same or similar subject matter.  Nor shall the fact of HESI's inadvertent production in this action be used as a basis for arguing that a claim of privilege or work product has been waived in any other proceeding.  *Id.* ¶ 9.

HESI appreciates your cooperation in this matter.

Very truly yours,

Carolyn R. Raines

cc:    Don Godwin
       Bruce Bowman
       R. Alan York
       Jenny Martinez

# Exhibit 25



A Professional Corporation

*Attorneys and Counselors*

Renaissance Tower
1201 Elm Street, Suite 1700
Dallas, Texas 75270-2041

214.939.4400
800.662.8393
214.760.7332  Fax

GodwinRonquillo.com

CAROLYN R. RAINES - SHAREHOLDER
DIRECT DIAL:    214.939.4452
DIRECT FAX:    214.527.3137
CRaines@GodwinRonquillo.com

August 26, 2011

**BY EMAIL**

Stephen J. Herman
MDL 2179 Plaintiffs Liaison Counsel
Herman Herman Katz & Cotlar
820 O'Keefe Avenue
New Orleans, LA  70113-1116

General Luther Strange
Office of the Attorney General
501 Washington Avenue
Montgomery, AL  36130

James P. Roy
MDL 2179 Plaintiffs Liaison Counsel
Domengeaux Wright Roy & Edwards
556 Jefferson Street
P. O. Box 3668
Lafayette, LA  70502

R. Michael Underhill
U.S. Department of Justice
P. O. Box 36028
450 Golden Gate Avenue
San Francisco, CA  94102-3463

Don K. Haycraft
MDL 2179 Defense Liaison Counsel
701 Poydras Street, Suite 5000
New Orleans, LA 70139-5099

J. Andrew Langan
Kirkland & Ellis LLP
300 North LaSalle
Chicago, Illinois 60654

Re:    In Re: the Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on
April 20, 2010, MDL No. 2179

Dear Counsel:

Pursuant to Pre-Trial Order No. 14 in MDL NO. 2179, Halliburton Energy Services, Inc. ("HESI") notifies all parties that the documents described below are privileged.

HESI asserts that HAL_0530895 to HAL_0530896 is protected from disclosure by the attorney-client privilege because the email reflects communications with HESI's counsel, specifically Kelley Green.  HESI will provide a redacted version of the document.

HESI asserts that HAL_0858950 to HAL_0858998; HAL_0607631 to HAL_0607679 and HAL_1050853 to HAL_1050901 are protected from disclosure by the attorney client and work product privileges because the emails and the accompanying attachments, reflect communications with HESI's counsel and were prepared at the direction of HESI's counsel.

**GODWIN RONQUILLO PC**

August 26, 2011
Page 2

HESI asserts that HAL_1076248 to HAL_1076250 is protected from disclosure by the attorney-client and work product privileges. The email reflects communications with HESI's counsel, specifically Jeff Turner, and is a substantive communication that HESI employees performed at the direction of HESI's counsel outside of the normal course of business.

HESI asserts that HAL_1070583 to HAL_1070587 and HAL_1070574 to HAL_1070577 are protected from disclosure by the attorney-client privilege because certain emails contained in these documents reflect communications with HESI's counsel, specifically Bert Cornelison. HESI will provide redacted versions of the documents.

HESI asserts that HAL_0114603 is protected from disclosure by the attorney-client privilege because the email reflects communications with HESI's counsel, specifically Christina Ibrahim.

Finally, HESI asserts that HAL_0608221 and HAL_0216363 are protected from disclosure by the attorney client and work product privileges because they reflect communications with HESI's counsel and were prepared at the direction of HESI's counsel.

HESI hereby requests that all parties who have received or have access to these documents promptly refrain from further copying or distribution, and return or destroy all copies of the documents. Pre-Trial Order No. 914 ¶ 8.

HESI's inadvertent production of these documents shall not result in a waiver of any privilege or work product protection in this action for the produced documents or for any other privileged or immune materials containing the same or similar subject matter. Nor shall the fact of HESI's inadvertent production in this action be used as a basis for arguing that a claim of privilege or work product has been waived in any other proceeding. *Id.* ¶ 9.

HESI appreciates your cooperation in this matter.

Very truly yours,

Carolyn R. Raines

cc:    Don Godwin
       Bruce Bowman
       R. Alan York
       Jenny Martinez

# Exhibit 26

**From:** Anthony Badalamenti
**Sent:** Mon Sep 13 16:32:38 2010
**To:** Kris Ravi; Jesse Gagliano; Ronnie Faul
**Subject:** MC Canyon 252 volume and height cals June 11 2010.xls
**Importance:** Normal
**Attachments:** MC Canyon 252 volume and height cals June 11 2010.xls

<<...>>

HAL_0579568

Exhibit 27

**From:** Raines, Carolyn [mailto:CRaines@GodwinRonquillo.com]
**Sent:** Tuesday, September 13, 2011 2:54 PM
**To:** airpino@irpinolaw.com; Pixton, Allan; Bobo Cunningham; bboudreaux@joneswalker.com; Brenda Toryani; CMaze@ago.state.al.us; deepwater.horizon@usdoj.gov; Defense Steering Committee; DefenseLiaison2179@liskow.com; Maher, Erin; jimr@wrightroy.com; lstrange@ago.state.al.us; Mike.Underhill@usdoj.gov; PMills@ago.state.al.us; Sarah.Himmelhoch@usdoj.gov; Shaun G. Clarke; sherman@hhkc.com; sterbcow@lksalaw.com; Nelson, Thomas; BillL@wrightroy.com
**Cc:** dgodwin@godwinronquillo.com; Bowman, Bruce; York, R. Alan; jmartinez@GodwinRonquillo.com; Hill, Gavin
**Subject:** Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010, MDL 2179

Counsel,

Please see the attached correspondence.

Regards,

GODWIN RONQUILLO PC

Carolyn R. Raines
1201 Elm Street, Suite 1700
Dallas, Texas 75270-2041
214.939.4452 Direct   (800.662.8393 Toll Free)
214.527.3137 Fax
CRaines@GodwinRonquillo.com
GodwinRonquillo.com

This electronic transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender that is protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510 and 2521 and may be legally privileged. This message (and any associated files) is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this communication in error, please notify Godwin Ronquillo PC immediately by telephone (800.662.8393) and destroy the original message. Messages sent to and from us may be monitored.

IRS Circular 230 Required Notice--IRS regulations require that we inform you as follows: Any U.S. federal tax advice contained in this communication (including any attachments) is not intended to be used and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or tax-related matter[s].


2011.09.13 Letter w-d Clawbacks.pdf



**DALLAS** HOUSTON

*Attorneys and Counselors*

Renaissance Tower
1201 Elm Street, Suite 1700
Dallas, Texas 75270-2041

CAROLYN R. RAINES
DIRECT DIAL:    214.939.4452
DIRECT FAX:     214.527.3137
CRaines@GodwinRonquillo.com

214.939.4400
800.662.8393
214.760.7332 Fax

GodwinRonquillo.com

September 13, 2011

**BY EMAIL**

Stephen J. Herman
MDL 2179 Plaintiffs Liaison Counsel
Herman Herman Katz & Cotlar
820 O'Keefe Avenue
New Orleans, LA  70113-1116

General Luther Strange
Office of the Attorney General
501 Washington Avenue
Montgomery, AL  36130

James P. Roy
MDL 2179 Plaintiffs Liaison Counsel
Domengeaux Wright Roy & Edwards
556 Jefferson Street
P. O. Box 3668
Lafayette, LA  70502

R. Michael Underhill
U.S. Department of Justice
P. O. Box 36028
450 Golden Gate Avenue
San Francisco, CA  94102-3463

Don K. Haycraft
MDL 2179 Defense Liaison Counsel
701 Poydras Street, Suite 5000
New Orleans, LA 70139-5099

J. Andrew Langan
Kirkland & Ellis LLP
300 North LaSalle
Chicago, Illinois 60654

Re:     *In Re: the Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010, MDL No. 2179*

Dear Counsel:

HESI withdraws its clawback of the following documents:

1.     HAL_0710201 - HAL_0710212

2.     HAL_0709187

3.     HAL_0579568 - HAL_0579569

4.     HAL_0579763 - HAL_0579764

5.     HAL_0579531 - HAL_0579532

6.     HAL_0608108 - HAL_0608109

7.     HAL_0570000 - HAL_0570002

**GODWIN RONQUILLO PC**

September 13, 2011
Page 2


Corrective media clawing back the documents described in Nos. 1-6 was provided to all parties on September 6, 2011.  HESI will re-produce these documents to all parties.  No corrective media has been provided yet to the parties for the documents described in No. 7.

Other than the documents described above, HESI confirms that the other emails and accompanying attachments sent to or from Dr. Ravi, that HESI previously clawed back, were prepared at the request and direction of HESI's counsel in anticipation of litigation.

Very truly yours,

Carolyn R. Raines

cc:    Don Godwin
       Bruce Bowman
       R. Alan York
       Jenny Martinez

Exhibit 28

1          UNITED STATES DISTRICT COURT

2          EASTERN DISTRICT OF LOUISIANA

3    IN RE: OIL SPILL          )   MDL NO. 2179

     by the OIL RIG            )

4    "DEEPWATER HORIZON" in    )   SECTION "J"

     the GULF OF MEXICO, ON    )

5    APRIL 20, 2010            )   JUDGE BARBIER

                               )

6                              )   MAG. JUDGE

                               )   SHUSHAN

7

8

9

10

11

12

13

14

15

16

17

18

19

20              VOLUME 1 OF 2

21

22      Deposition of THOMAS ROTH, taken at

23   Hilton St. Charles Hotel, 333 St. Charles

24   Avenue, Le Moyne Room, New Orleans,

25   Louisiana, on the 25th of July, 2011.

**PURSUANT TO CONFIDENTIALITY ORDER**

1    annuluses behind the pipe to the mud line

2    with 14 pounds per gallon mud.  Correct?

3         A.  That's what it says.

4         Q.  Now, did you discuss these data

5    points and these calculations with

6    Mr. Sweatman?

7         A.  Very briefly.

8         Q.  And Mr. Mitchell?

9         A.  I never spoke with Mr. Mitchell.

10        Q.  What did Mr. Sweatman tell you

11   about their calculation?

12        A.  The question to Mr. Sweatman was

13   to identify if the pressure on the annulus

14   could reasonably be expected to raise the

15   casing out of the wellhead to support flow

16   on the annulus, and this is his response

17   to that question.

18        Q.  Well, obviously, he's calculating

19   things by hand, and unless he's writing on

20   his hand, he's probably writing it on a

21   piece of paper, right?

22             MR. MADIGAN:  Object as to

23   form.

24        A.  I don't know.

25        Q.  (BY MR. THORNHILL)  Did you see

PURSUANT TO CONFIDENTIALITY ORDER

1       the calculations?

2            A.  No, I did not.

3            Q.  Where are they?

4            A.  I have not seen them.

5            Q.  Obviously, they were made, right?

6                  MR. HILL:  Object to form.

7                  MR. MADIGAN:  Object as to

8       form.

9            Q.  (BY MR. THORNHILL)  Did you -- did

10      you think he wasn't telling you the truth

11      when he said he made the calculations?

12                  MR. MADIGAN:  Object as to

13      form.

14                  MR. HILL:  The same objection.

15           Q.  (BY MR. THORNHILL)  Go ahead, sir.

16           A.  I have an understanding that Ron

17      completed the calculations, but I -- this

18      is the -- the communication that existed

19      between Ron and I on this subject.  I

20      haven't seen any of his support or -- or

21      data that he used to reach those

22      calculations.

23           Q.  Well, did you and Halliburton

24      present the calculations to the National

25      Academy?

Exhibit 29

From: John Gisclair
Sent: Wed Jun 02 16:27:27 2010
To: Roland Chemali
Cc: Ronald Sweatman; David Hinz; David Churchwell
Subject: RE: Horizon SDL EOWR - Livelink 23 KB
Importance: Normal

Roland,

David should now have the presentations requested, plus a copy of the complete ADI.

Randy Lovorn and his group will also need the data.  As it is easier for him to get it from someone in Houston rather than from me, I asked David if he could be the contact point in Houston for anyone needing the data.

If you need anything else, give me a shout.

Thanks,

John

**From:** Roland Chemali
**Sent:** Wednesday, June 02, 2010 9:28 AM
**To:** John Gisclair
**Cc:** Ronald Sweatman; David Hinz; David Churchwell
**Subject:** FW: Horizon SDL EOWR

John,

I am looking at the slide and the SDL report with David Hinz. David feels that it would be most helpful to get

1. the memory PWD time log
2. the 5 inch gamma ray resistivity sonic log
3. BAT VDL QC Plot
4. Final GeoTap RTS Report

Of course the wireline logs would be most helpful but Ron  Sweatman has told me that they were not made available yet.

Any questions do not hesitate to call.

Many Thanks!
Roland Chemali
Chief Petrophysicist
Halliburton Sperry Drilling
3000 North Sam Houston Parkway
Cell: +1-281-684-9349
Office:+1-281-871-4257

**From:** James Bement - VP Sperry PSL

**Sent:** Tuesday, June 01, 2010 5:47 PM
**To:** Ronald Sweatman; Roland Chemali
**Cc:** Thomas Roth
**Subject:** FW: Horizon SDL EOWR

Ron,

The GoM is pulling the data and I have designated Roland Chemali to act as your focal point. Roland is a Chief petrophysicist.
Is there any chance you have access to the SLB OH logs? This would aide in hydrocarbon typing.

You can expect to hear from Roland tomorrow.

James Bement
Vice President
Halliburton Sperry Drilling
Direct: 281.871.7579
Cell: 713.598.4359

---

**From:** Ronald Sweatman
**Sent:** Tuesday, June 01, 2010 12:32 PM
**To:** Thomas Roth; James Bement - VP Sperry PSL
**Subject:** RE: Horizon SDL EOWR

Tommy,......To my knowledge, it measures the BHP regardless of the source (HH or PP). Let's ask James Bement to help us understand.

James,......Please see emails below and p.49 in Sperry's EOWR report attached. Please comment on the 14.2 ppg EMW from Sperry's PWD tool. Could the 14.2 indicate a HH needed to balance to gas zone PP that also can be ppge pore pressure?

---

**From:** Thomas Roth
**Sent:** Tuesday, June 01, 2010 12:00 PM
**To:** Ronald Sweatman
**Subject:** RE: Horizon SDL EOWR

I don't know Ron.

What does PWD report? Hydrostatic or formation pressure?

BP E&C Committee Briefing of 5-24-10 says "14.2 PPG MW", "13.0 PP Sand at 17,821', and 12.6 PP Pay zone fm 18,083' to 18,136'."

---

**From:** Ronald Sweatman
**Sent:** Tuesday, June 01, 2010 11:51 AM
**To:** Thomas Roth
**Subject:** RE: Horizon SDL EOWR

Tommy,

Page 49, 2nd paragraph says the following:

HAL_1226361

"Circulated bottoms up at 18360' md (TD). Trip gas was 1120 units (37%)with a low mud cut of 13.7-ppg from 14.0-ppg. Pumped 100 bbl HI-VIS sweep and circulated 1-1/2 bottoms up. Gas down to +/-70 units before shutting pumps down. Shut pumps down to take static density with Sperry PWD. Pumped up ESD of 14.2-ppg EMW with Sperry PWD. Shut down and pumped up second static density of 14.19-ppg EMW with Sperry PWD. Took SCRs before pumping out of hole."

Could this be why Shell said the HP gas zone was 14.2 ppge pore pressure?

Regards,
Ron

**From:** Thomas Roth
**Sent:** Tuesday, June 01, 2010 11:32 AM
**To:** Ronald Sweatman
**Subject:** FW: Horizon SDL EOWR

**From:** John Gisclair
**Sent:** Friday, May 21, 2010 12:16 PM
**To:** Thomas Roth
**Subject:** Horizon SDL EOWR

Tommy,

Pages 47 and 49 summarize the rat hole and reaming runs.

Let me know if you need anything else.

John

Confidential

# Exhibit 30

**From:** Ronald Sweatman
**Sent:** Fri Jun 04 11:30:34 2010
**To:** Robert Mitchell; Emad Bakri; David Hinz; John Gisclair; Mohamed Sati; Randy Lovorn
**Cc:** Roland Chemali; Steven Kizziar; Dennis Sullivan; David Braquet
**Subject:** RE: Modeling Review & Planning - Livelink 456 KB
**Importance:** Normal
**Attachments:** 4-19-2010 - 9.875 X 7 in Cement Job.pdf - 91 KB; Macondo_MC 252_1 _Schematic_Rev15 1_04222010.xls - 70 KB; Macondo MC 252 1 wellbore.xls - 87 KB; Negative Test.pdf - 69 KB; 4-18-2010 - Running 9.875 X 7 Casing.pdf - 86 KB

Ronald (Ron) Sweatman

Chief Technical Professional

Global Business & Technical Solutions and CCS

Halliburton

10200 Bellaire Blvd. 3NE14E

Houston, Texas 77072-5206

Office Phone: 281.575.4389

-----Original Appointment-----
From: Ranjan Patel
Sent: Wednesday, June 02, 2010 12:06 PM
To: Ranjan Patel; Robert Mitchell; Emad Bakri; David Hinz; John Gisclair; Mohamed Sati; Randy Lovorn; Ronald Sweatman
Cc: Roland Chemali; Steven Kizziar; Dennis Sullivan; David Braquet
Subject: Updated: Modeling Review & Planning
When: Friday, June 04, 2010 10:00 AM-3:00 PM (GMT-06:00) Central Time (US & Canada).
Where: 3NE 30

When: Friday, June 04, 2010 10:00 AM-3:00 PM (GMT-06:00) Central Time (US & Canada).

Where: 3NE 30

*~*~*~*~*~*~*~*~*~*

Sent on Behalf of Ron Sweatman

All,

Please see our proposed agenda below:

·     Explain our assigned tasks and relevant incident information (Ron)

·     What we have been asked to model

·     BP's presentation to Congress

·     Key notes on BP's and other testimony to the CG-MMS Joint Investigation Board

·     Summary of our ideas: e.g., how the kick initiated, how the casing moved into the BOP stack, etc

·     Review past modeling input/output for casing loads/uplift (Robert presents and leads Q&A)

·     Show casing weight & uplift hand calculations vs WellCat output

·     Describe temperature changes via WellCat

·     Present ideas for kick initiation (How HH reduced by casing hanger seal activation, etc)

·     What can WellCat do and not do to simulate the actual event?

·     How to develop WellCat to fit the new applications?

·     Review past modeling input/output for kick simulations (Emad presents and leads Q&A)

·     Present kick simulations with "old" model to understand how kick migrated up hole

·     Describe how the "new" model works better than the old one

·     Present ideas for kick initiation if different than ones from Robert

·     Review status to get Sperry data for new input for our models (Roland leads & John calls in to report status)

·     The memory PWD time log

·     5 inch gamma ray resistivity sonic log

·     BAT VDL QC Plot

·     Final GeoTap RTS Report

·     Is the PWD tool showing 14.2 as the highest pore pressure (EOWR p.49)?

·     Were there any cuttings in the mud column to account for the 0.2 ppg higher ESD than the 14.0 mud wt.?

·     Why only 2 hydrocarbon zones reported by BP vs the 5 indicated on the Sperry log?

·     What are the pore pressures of the 3 unreported hydrocarbon zones?

·     Why 2 top zones were not in BP's plan to locate TOC above them at the required 500 ft of cement fill?

·     Any Sperry log data showing the zones taking the mud losses and their PP/FG?

·     Plan forward (Open discussion)

·     Wrap up and summarize action items

Please reply with any changes you want to make to the agenda.

Confidential

Thanks and regards,

Ron

---

Ranjan Patel has invited you to a Unified MeetingPlace e-Conference:

| | |
|---|---|
| Date/Time: | JUN 4, 2010 at 10:00 AM America/Chicago |
| Length: | 300 |
| Frequency: | 1 |

| | |
|---|---|
| Meeting ID: | 6913 |
| Meeting Password: | |

| | |
|---|---|
| Phone Number (US): | +12818714999 |
| Cisco IP Phone Number: | 88-250-4999 |

Alternate Regional Phone Numbers:

| | |
|---|---|
| Angola-Luanda | +244 222698109 |
| Australia | +61 864244999 |
| Belgium-Brussels | +32 23333599 |
| Brunei | +673 3229298 |
| Canada-Calgary | +1 4032182222 |
| Canada-Mt Pearl | +1 7097244333 |
| Canada-Nisku | +1 7809792599 |
| China | +86 1059247099 or +86 8009907099 |
| Egypt | +202 27591180 |
| Germany-Celle | +49 5141999599 |
| India | +65 65112098 |
| Indonesia | +62 2178546610 |
| Italy-Milan | +39 0237012799 |
| Malaysia-Kuala Lumpur | +603 92066911 or +603 21714998 |
| Malaysia-Kemaman | +609 8628111 |

HAL_1226377

Malaysia-Labuan          +6085 404311 or +603 92066911

Malaysia-Miri            +6085 404311

Malaysia-Senai           +607 5974411

Malaysia-TEC             +605 3746811

Netherlands-Rijswijk     +31 703071599

New Zealand              +64 67559275

Norway                   +47 51837999

Papua New Guinea         +61 864244999

Russia-Moscow            +7 4957558305

Russia-Nizhnevartovsk    +7 3466292799

Singapore                +65 65112098

Thailand                 +66 22788182

UK                       +44 1224776999

Vietnam                  +84 839103914-ext-4999


To attend the Web Conference:

1.  Go to: http://meetingplace.corp.halliburton.com

2.  Enter Meeting ID, and click Attend Meeting.


For External Data Participants to attend the Web Conference:

1.  Go to: http://meetingplace.halliburton.com

2.  When prompted, sign in as a guest, enter Meeting ID and click Attend Meeting.


For more info about this MeetingPlace e-Conference, contact: Ranjan Patel, 281.575.4006


TEST YOUR BROWSER BEFORE YOU ATTEND YOUR FIRST WEB CONFERENCE

Visit http://meetingplace.halliburton.com/test/ to test your web browser for compatibility with the web conference.


For more information about using MeetingPlace please visit:

User Help at http://meetingplace.halliburton.com/mpweb/html/help/000/output/index.html


Confidential                                                      HAL_1226378

Confidential

HAL_1226379

Exhibit 31

**From:** John Gisclair
**Sent:** Fri Jun 04 09:39:59 2010
**To:** Roland Chemali
**Subject:** RE: Horizon SDL EOWR - Livelink 30 KB
**Importance:** Normal

Roland,

Redacted

If it's possible, could we cover the portions of the agenda requiring my participation before noon?

Thanks,

John

From: Roland Chemali
Sent: Thursday, June 03, 2010 5:04 PM
To: David Hinz
Cc: John Gisclair; Ronald Sweatman; David Braquet
Subject: FW: Horizon SDL EOWR

David,

For tomorrow's meeting, If you wish I can address the slides and let you discuss the logs.

Roland Chemali

Chief Petrophysicist

Halliburton Sperry Drilling

3000 North Sam Houston Parkway

Cell: +1-281-684-9349

Office:+1-281-871-4257

From: David Hinz
Sent: Wednesday, June 02, 2010 7:23 PM
To: Roland Chemali; John Gisclair
Cc: Ronald Sweatman; David Churchwell; David Braquet
Subject: RE: Horizon SDL EOWR

All-

There was a question if we could identify lost circulation zones from the LWD data.  Attached are plots of the GR and Res data while drilling, with

the trip out data from runs 14 and 15 plotted as a comparison.

On the trip out on run 14 there appears to be OBM filling fractures at about 17295' MD.  On the trip out for run 15 the OBM filled fractures do not appear or the data density was so more we missed the zone.

Dave Hinz
Global Product Launch Manager - LWD
Halliburton
Sperry Drilling
Office:   281-871-7765
Cell:      713-859-9589
e-mail   david.hinz@halliburton.com <mailto:david.hinz@halliburton.com>

From: Roland Chemali
Sent: Wednesday, June 02, 2010 9:28 AM
To: John Gisclair
Cc: Ronald Sweatman; David Hinz; David Churchwell
Subject: FW: Horizon SDL EOWR

John,

I am looking at the slide and the SDL report with David Hinz. David feels that it would be most helpful to get

1.   the memory PWD time log

2.   the 5 inch gamma ray resistivity sonic log

3.   BAT VDL QC Plot

4.   Final GeoTap RTS Report

Of course the wireline logs would be most helpful but Ron  Sweatman has told me that they were not made available yet.

Any questions do not hesitate to call.

Many Thanks!

Roland Chemali

Chief Petrophysicist

Halliburton Sperry Drilling

3000 North Sam Houston Parkway

Cell: +1-281-684-9349

Office:+1-281-871-4257

From: James Bement - VP Sperry PSL
Sent: Tuesday, June 01, 2010 5:47 PM
To: Ronald Sweatman; Roland Chemali

Confidential

Cc: Thomas Roth
Subject: FW: Horizon SDL EOWR

Ron,

The GoM is pulling the data and I have designated Roland Chemali to act as your focal point. Roland is a Chief petrophysicist.

Is there any chance you have access to the SLB OH logs? This would aide in hydrocarbon typing.

You can expect to hear from Roland tomorrow.

James Bement

Vice President

Halliburton Sperry Drilling

Direct: 281.871.7579

Cell: 713.598.4359

---

From: Ronald Sweatman
Sent: Tuesday, June 01, 2010 12:32 PM
To: Thomas Roth; James Bement - VP Sperry PSL
Subject: RE: Horizon SDL EOWR

Tommy,…….To my knowledge, it measures the BHP regardless of the source (HH or PP). Let's ask James Bement to help us understand.

James,……Please see emails below and p.49 in Sperry's EOWR report attached. Please comment on the 14.2 ppg EMW from Sperry's PWD tool. Could the 14.2 indicate a HH needed to balance to gas zone PP that also can be ppge pore pressure?

---

From: Thomas Roth
Sent: Tuesday, June 01, 2010 12:00 PM
To: Ronald Sweatman
Subject: RE: Horizon SDL EOWR

I don't know Ron.

What does PWD report? Hydrostatic or formation pressure?

Confidential

HAL_1226403

BP E&C Committee Briefing of 5-24-10 says "14.2 PPG MW", "13.0 PP Sand at 17,821', and 12.6 PP Pay zone fm 18,083' to 18,136'."

---

From: Ronald Sweatman
Sent: Tuesday, June 01, 2010 11:51 AM
To: Thomas Roth
Subject: RE: Horizon SDL EOWR

Tommy,

Page 49, 2nd paragraph says the following:

"Circulated bottoms up at 18360' md (TD). Trip gas was 1120 units (37%)with a low mud cut of 13.7-ppg from 14.0-ppg. Pumped 100 bbl HI-VIS sweep and circulated 1-1/2 bottoms up. Gas down to +/-70 units before shutting pumps down. Shut pumps down to take static density with Sperry PWD. Pumped up ESD of 14.2-ppg EMW with Sperry PWD. Shut down and pumped up second static density of 14.19-ppg EMW with Sperry PWD. Took SCRs before pumping out of hole."

Could this be why Shell said the HP gas zone was 14.2 ppge pore pressure?

Regards,

Ron

---

From: Thomas Roth
Sent: Tuesday, June 01, 2010 11:32 AM
To: Ronald Sweatman
Subject: FW: Horizon SDL EOWR

---

From: John Gisclair
Sent: Friday, May 21, 2010 12:16 PM
To: Thomas Roth
Subject: Horizon SDL EOWR

Tommy,

Pages 47 and 49 summarize the rat hole and reaming runs.

Let me know if you need anything else.

John

Confidential

# Exhibit 32

From: Ronald Sweatman
Sent: Mon Jun 14 21:08:21 2010
To: Robert Mitchell; Billy Hendricks; Mark Proett; David Braquet; Dennis Sullivan; Steven Kizziar; Roland Chemali; Randy Lovorn; Mohamed Sati; John Gisclair; David Hinz; Emad Bakri
Subject: Must read letter for BP_DW Horizon modeling review! - Livelink 28 KB
Importance: Normal


All,

Please read the attached "judgment day" letter from the House E&C Committee to BP and let's discuss associated modeling information in our meeting Thursday. The Committee gives us credit for warning BP of serious trouble!

This letter and many other newly released documents can be downloaded at:
http://energycommerce.house.gov/index.php?option=com_content&amp;view=article&amp;id=2043:chairmen-send-letter-to-bp-ceo-prior-to-hearing&amp;catid=122:media-advisories&amp;Itemid=55

Some of the documents discuss the use of our software to design the casing and cement job for the well. Some of BP's decisions on our software results and other key factors are astonishing and very incriminating!

Thanks and Regards,
Ron

Ronald (Ron) Sweatman
Chief Technical Professional
Global Business & Technical Solutions and CCS
Halliburton
10200 Bellaire Blvd. 3NE14E
Houston, Texas 77072-5206
Office Phone: 281.575.4389


-----Original Appointment-----
From: Robert Mitchell
Sent: Monday, June 14, 2010 3:45 PM
To: Robert Mitchell; Ronald Sweatman; Billy Hendricks; Mark Proett; David Braquet; Dennis Sullivan; Steven Kizziar; Roland Chemali; Randy Lovorn; Mohamed Sati; John Gisclair; David Hinz; Emad Bakri
Subject: BP_DW Horizon modeling review
When: Thursday, June 17, 2010 8:00 AM-3:30 PM (GMT-06:00) Central Time (US & Canada).
Where: Landmark CityWest Building 2, Ocean 11 conference room 17th floor

When: Thursday, June 17, 2010 8:00 AM-3:30 PM (GMT-06:00) Central Time (US & Canada).

Where: Landmark CityWest Building 2, Ocean 11 conference room 17th floor


*~*~*~*~*~*~*~*~*

Update on our assigned tasks and relevant incident information (Ron)

• New vs old modeling tasks:

• New: Swab/Surge pressures while running casing, plot surge vs FG profiles, no pit volume changes (Randy) while running casing,

• Old: kick simulation, HC zones PP/FG, crossflows when & where, mud losses & where, casing liftoff, temp "geothermal" profiles vs time, HH losses & when,, N2 breakout effect, etc

• Key points from BP's testimony this week

• Summarize our latest ideas: e.g., how & when the kick initiated, crossflow & losses during cementing, how and when the casing moved into the BOP stack, etc

• Review status or results of Sperry data for new input for our models (Roland leads & John calls in to report status)

Αγενδα

- Review timeline of events on rig (John Gisclair)
- Briefly summarize data provided by Sperry so far (Roland)
- Any missing data and how to get it?
- Review past modeling input/output for kick simulations (Emad presents and leads Q&A)
- How we narrowed down the conditions to simulate a kick
- Present kick simulations with "new" model to understand how kick migrated up hole
- Discuss any new ideas for kick initiation/simulation
- Review past modeling input/output for casing loads/uplift (Robert presents and leads Q&A)
- Show slide with casing weight & uplift hand calculations vs WellCat output
- Present slide of temperature changes after the cement job via WellCat
- Slide to show how HH was reduced by casing hanger seal activation and $\Delta$ PVT
- $\Delta$T vs mud losses
- Effect of natural gas dissolved in mud that could have broken out at ML
- Effect of N2 if it broke out of the foam cement
- What can WellCat do and not do to simulate the actual event?
- How to develop WellCat to fit the new applications?
- Plan forward (open discussion)
- Wrap up and summarize action items

HAL_1228021

Exhibit 33

From: Emad Bakri
Sent: Sun Jun 06 19:37:23 2010
To: John Gisclair; Steven Kizziar; Dennis Sullivan
Cc: Roland Chemali; David Braquet; Mohamed Sati; Randy Lovorn; David Hinz; Ronald Sweatman; Robert Mitchell
Subject: Data required for modeling - Livelink 55 KB
Importance: Normal


Gents

As per our discussion during Friday's meeting, the data required for the modeling are:

-Mud reports (including mud rheology if available all the Fann data) for drilling the 8 ½" hole till the accident took place in April 20[th].
-Temp "Geothermal" profile
-PP & FG Profile
-Mud Logs that contain all the losses/kicks data in addition to the gas data.

I know that some of these data were already distributed during the meeting on Friday but I just thought to keep it in the list especially I noticed that there are different versions of data are coming out as we continue to work in this project.

Regards

Emad Bakri

---

**From:** Ronald Sweatman
**Sent:** Friday, June 04, 2010 11:31 AM
**To:** Robert Mitchell; Emad Bakri; David Hinz; John Gisclair; Mohamed Sati; Randy Lovorn
**Cc:** Roland Chemali; Steven Kizziar; Dennis Sullivan; David Braquet
**Subject:** RE: Modeling Review & Planning


Ronald (Ron) Sweatman
Chief Technical Professional
Global Business & Technical Solutions and CCS
Halliburton
10200 Bellaire Blvd. 3NE14E
Houston, Texas 77072-5206
Office Phone: 281.575.4389


-----Original Appointment-----
**From:** Ranjan Patel
**Sent:** Wednesday, June 02, 2010 12:06 PM
**To:** Ranjan Patel; Robert Mitchell; Emad Bakri; David Hinz; John Gisclair; Mohamed Sati; Randy Lovorn; Ronald Sweatman
**Cc:** Roland Chemali; Steven Kizziar; Dennis Sullivan; David Braquet
**Subject:** Updated: Modeling Review & Planning
**When:** Friday, June 04, 2010 10:00 AM-3:00 PM (GMT-06:00) Central Time (US & Canada).
**Where:** 3NE 30

When: Friday, June 04, 2010 10:00 AM-3:00 PM (GMT-06:00) Central Time (US & Canada).
Where: 3NE 30

*~*~*~*~*~*~*~*~*~*

Confidential

<u>Sent on Behalf of Ron Sweatman</u>

All,

Please see our proposed agenda below:
- Explain our assigned tasks and relevant incident information (Ron)
  - What we have been asked to model
  - BP's presentation to Congress
  - Key notes on BP's and other testimony to the CG-MMS Joint Investigation Board
  - Summary of our ideas: e.g., how the kick initiated, how the casing moved into the BOP stack, etc
- Review past modeling input/output for casing loads/uplift (Robert presents and leads Q&A)
  - Show casing weight & uplift hand calculations vs WellCat output
  - Describe temperature changes via WellCat
  - Present ideas for kick initiation (How HH reduced by casing hanger seal activation, etc)
  - What can WellCat do and not do to simulate the actual event?
  - How to develop WellCat to fit the new applications?
- Review past modeling input/output for kick simulations (Emad presents and leads Q&A)
  - Present kick simulations with "old" model to understand how kick migrated up hole
  - Describe how the "new" model works better than the old one
  - Present ideas for kick initiation if different than ones from Robert
- Review status to get Sperry data for new input for our models (Roland leads & John calls in to report status)
  - The memory PWD time log
  - 5 inch gamma ray resistivity sonic log
  - BAT VDL QC Plot
  - Final GeoTap RTS Report
  - Is the PWD tool showing 14.2 as the highest pore pressure (EOWR p.49)?
  - Were there any cuttings in the mud column to account for the 0.2 ppg higher ESD than the 14.0 mud wt.?
  - Why only 2 hydrocarbon zones reported by BP vs the 5 indicated on the Sperry log?
  - What are the pore pressures of the 3 unreported hydrocarbon zones?
  - Why 2 top zones were not in BP's plan to locate TOC above them at the required 500 ft of cement fill?
  - Any Sperry log data showing the zones taking the mud losses and their PP/FG?
- Plan forward (Open discussion)
- Wrap up and summarize action items

Please reply with any changes you want to make to the agenda.

Thanks and regards,
Ron

_____

Ranjan Patel  has invited you to a Unified MeetingPlace e-Conference:

**Date/Time:**          JUN 4, 2010 at 10:00 AM America/Chicago
Length:               300
Frequency:            1

**Meeting ID:**         6913
Meeting Password:

**Phone Number (US):**        +12818714999
**Cisco IP Phone Number:**    88-250-4999

**Alternate Regional Phone Numbers:**

Angola-Luanda       +244 222698109
Australia           +61 864244999
Belgium-Brussels    +32 23333599

Confidential

HAL_1228023

| | |
|---|---|
| Brunei | +673 3229298 |
| Canada-Calgary | +1 4032182222 |
| Canada-Mt Pearl | +1 7097244333 |
| Canada-Nisku | +1 7809792599 |
| China | +86 1059247099 or +86 8009907099 |
| Egypt | +202 27591180 |
| Germany-Celle | +49 5141999599 |
| India | +65 65112098 |
| Indonesia | +62 2178546610 |
| Italy-Milan | +39 0237012799 |
| Malaysia-Kuala Lumpur | +603 92066911 or +603 21714998 |
| Malaysia-Kemaman | +609 8628111 |
| Malaysia-Labuan | +6085 404311 or +603 92066911 |
| Malaysia-Miri | +6085 404311 |
| Malaysia-Senai | +607 5974411 |
| Malaysia-TEC | +605 3746811 |
| Netherlands-Rijswijk | +31 703071599 |
| New Zealand | +64 67559275 |
| Norway | +47 51837999 |
| Papua New Guinea | +61 864244999 |
| Russia-Moscow | +7 4957558305 |
| Russia-Nizhnevartovsk | +7 3466292799 |
| Singapore | +65 65112098 |
| Thailand | +66 22788182 |
| UK | +44 1224776999 |
| Vietnam | +84 839103914-ext-4999 |

**To attend the Web Conference:**
1. Go to: http://meetingplace.corp.halliburton.com
2. Enter Meeting ID, and click Attend Meeting.

**For External Data Participants to attend the Web Conference:**
1. Go to: http://meetingplace.halliburton.com
2. When prompted, sign in as a guest, enter Meeting ID and click Attend Meeting.


For more info about this MeetingPlace e-Conference, contact: Ranjan Patel, 281.575.4006

**TEST YOUR BROWSER BEFORE YOU ATTEND YOUR FIRST WEB CONFERENCE**
Visit http://meetingplace.halliburton.com/test/ to test your web browser for compatibility with the web conference.

For more information about using MeetingPlace please visit:
User Help at http://meetingplace.halliburton.com/mpweb/html/help/000/output/index.html

---

Confidential

HAL_1228024

# Exhibit 34

**From:** John Gisclair
**Sent:** Fri Jun 04 09:39:59 2010
**To:** Roland Chemali
**Subject:** RE: Horizon SDL EOWR - Livelink 30 KB
**Importance:** Normal

Roland,

I've been informed that I will be needed at 1:00 p.m. to meet with Tony Angelle and one of the cementers that was on the Horizon at the time of the accident. I've been working to recreate the last few days of rig activities as they correlate to sensor responses on the SDL and cementing time logs.

If it's possible, could we cover the portions of the agenda requiring my participation before noon?

Thanks,

John

---

**From:** Roland Chemali
**Sent:** Thursday, June 03, 2010 5:04 PM
**To:** David Hinz
**Cc:** John Gisclair; Ronald Sweatman; David Braquet
**Subject:** FW: Horizon SDL EOWR

David,

For tomorrow's meeting, If you wish I can address the slides and let you discuss the logs.

Roland Chemali
Chief Petrophysicist
Halliburton Sperry Drilling
3000 North Sam Houston Parkway
Cell: +1-281-684-9349
Office:+1-281-871-4257

---

**From:** David Hinz
**Sent:** Wednesday, June 02, 2010 7:23 PM
**To:** Roland Chemali; John Gisclair
**Cc:** Ronald Sweatman; David Churchwell; David Braquet
**Subject:** RE: Horizon SDL EOWR

All-

There was a question if we could identify lost circulation zones from the LWD data. Attached are plots of the GR and Res data while drilling, with the trip out data from runs 14 and 15 plotted as a comparison.

On the trip out on run 14 there appears to be OBM filling fractures at about 17295' MD. On the trip out for run 15 the OBM filled fractures do not appear or the data density was so more we missed the zone.

Dave Hinz
Global Product Launch Manager - LWD
Halliburton
Sperry Drilling
Office:  281-871-7765
Cell:    713-859-9589

Confidential

e-mail   david.hinz@halliburton.com

**From:** Roland Chemali
**Sent:** Wednesday, June 02, 2010 9:28 AM
**To:** John Gisclair
**Cc:** Ronald Sweatman; David Hinz; David Churchwell
**Subject:** FW: Horizon SDL EOWR

John,

I am looking at the slide and the SDL report with David Hinz. David feels that it would be most helpful to get

1. the memory PWD time log
2. the 5 inch gamma ray resistivity sonic log
3. BAT VDL QC Plot
4. Final GeoTap RTS Report

Of course the wireline logs would be most helpful but Ron  Sweatman has told me that they were not made available yet.

Any questions do not hesitate to call.

Many Thanks!
Roland Chemali
Chief Petrophysicist
Halliburton Sperry Drilling
3000 North Sam Houston Parkway
Cell: +1–281–684–9349
Office:+1–281–871–4257

**From:** James Bement - VP Sperry PSL
**Sent:** Tuesday, June 01, 2010 5:47 PM
**To:** Ronald Sweatman; Roland Chemali
**Cc:** Thomas Roth
**Subject:** FW: Horizon SDL EOWR

Ron,

The GoM is pulling the data and I have designated Roland Chemali to act as your focal point. Roland is a Chief petrophysicist.
Is there any chance you have access to the SLB OH logs? This would aide in hydrocarbon typing.

You can expect to hear from Roland tomorrow.

James Bement
Vice President
Halliburton Sperry Drilling
Direct: 281.871.7579
Cell: 713.598.4359

**From:** Ronald Sweatman

Confidential

**Sent:** Tuesday, June 01, 2010 12:32 PM
**To:** Thomas Roth; James Bement - VP Sperry PSL
**Subject:** RE: Horizon SDL EOWR

Tommy,......To my knowledge, it measures the BHP regardless of the source (HH or PP). Let's ask James Bement to help us understand.

James,......Please see emails below and p.49 in Sperry's EOWR report attached. Please comment on the 14.2 ppg EMW from Sperry's PWD tool. Could the 14.2 indicate a HH needed to balance to gas zone PP that also can be ppge pore pressure?

---

**From:** Thomas Roth
**Sent:** Tuesday, June 01, 2010 12:00 PM
**To:** Ronald Sweatman
**Subject:** RE: Horizon SDL EOWR

I don't know Ron.

What does PWD report? Hydrostatic or formation pressure?

BP E&C Committee Briefing of 5-24-10 says "14.2 PPG MW", "13.0 PP Sand at 17,821', and 12.6 PP Pay zone fm 18,083' to 18,136'."

---

**From:** Ronald Sweatman
**Sent:** Tuesday, June 01, 2010 11:51 AM
**To:** Thomas Roth
**Subject:** RE: Horizon SDL EOWR

Tommy,

Page 49, 2nd paragraph says the following:

"Circulated bottoms up at 18360' md (TD). Trip gas was 1120 units (37%)with a low mud cut of 13.7-ppg from 14.0-ppg. Pumped 100 bbl HI-VIS sweep and circulated 1-1/2 bottoms up. Gas down to +/-70 units before shutting pumps down. Shut pumps down to take static density with Sperry PWD. Pumped up ESD of 14.2-ppg EMW with Sperry PWD. Shut down and pumped up second static density of 14.19-ppg EMW with Sperry PWD. Took SCRs before pumping out of hole."

Could this be why Shell said the HP gas zone was 14.2 ppge pore pressure?

Regards,
Ron

---

**From:** Thomas Roth
**Sent:** Tuesday, June 01, 2010 11:32 AM
**To:** Ronald Sweatman
**Subject:** FW: Horizon SDL EOWR

---

**From:** John Gisclair
**Sent:** Friday, May 21, 2010 12:16 PM
**To:** Thomas Roth
**Subject:** Horizon SDL EOWR

Tommy,

                                          HAL_1228027

Pages 47 and 49 summarize the rat hole and reaming runs.

Let me know if you need anything else.

John

Confidential

HAL_1228028

Exhibit 35

From: Robert Mitchell
Sent: Tue Jun 15 10:25:13 2010
To: Robert Mitchell; Ronald Sweatman; Billy Hendricks; Mark Proett; David Braquet; Dennis Sullivan; Steven Kizziar; Roland Chemali; Randy Lovorn; Mohamed Sati; John Gisclair; David Hinz; Emad Bakri
Subject: BP_DW Horizon Modeling Review
Importance: Normal


When: Thursday, June 17, 2010 8:30 AM-3:30 PM (GMT-06:00) Central Time (US & Canada).
Where: Landmark CityWest Building 2, Ocean 11 conference room 17th floor

Note: The GMT offset above does not reflect daylight saving time adjustments.

*~*~*~*~*~*~*~*~*

This is now a MeetingPlace meeting which can be attended by phone or online.  See call details below.

Update on our assigned tasks and relevant incident information (Ron)
* New vs. old modeling tasks:
* New: Swab/Surge pressures while running casing, plot surge vs. FG profiles, no pit volume changes (Randy) while running casing,
* Old: kick simulation, HC zones PP/FG, crossflows when & where, mud losses & where, casing liftoff, temp "geothermal" profiles vs. time, HH losses & when,, N2 breakout effect, etc
* Key points from BP's testimony this week
* Summarize our latest ideas: e.g., how & when the kick initiated, crossflow & losses during cementing, how and when the casing moved into the BOP stack, etc
* Review status or results of Sperry data for new input for our models (Roland leads & John calls in to report status)
Agenda
* Review timeline of events on rig (John Gisclair)
* Briefly summarize data provided by Sperry so far (Roland)
* Any missing data and how to get it?
* Review past modeling input/output for kick simulations (Emad presents and leads Q&A)
* How we narrowed down the conditions to simulate a kick
* Present kick simulations with "new" model to understand how kick migrated up hole
* Discuss any new ideas for kick initiation/simulation
* Review past modeling input/output for casing loads/uplift (Robert presents and leads Q&A)
* Show slide with casing weight & uplift hand calculations vs. WellCat output
* Present slide of temperature changes after the cement job via WellCat
* Slide to show how HH was reduced by casing hanger seal activation and $\Delta$ PVT
* $\Delta$T vs. mud losses
* Effect of natural gas dissolved in mud that could have broken out at ML
* Effect of N2 if it broke out of the foam cement
* What can WellCat do and not do to simulate the actual event?
* How to develop WellCat to fit the new applications?
* Plan forward (open discussion)
* Wrap up and summarize action items


Update on our assigned tasks and relevant incident information (Ron)
* New vs. old modeling tasks:
* New: Swab/Surge pressures while running casing, plot surge vs. FG profiles, no pit volume changes (Randy)

HAL_1228029

while running casing,
* Old: kick simulation, HC zones PP/FG, crossflows when & where, mud losses & where, casing liftoff, temp "geothermal" profiles vs. time, HH losses & when,, N2 breakout effect, etc
* Key points from BP's testimony this week
* Summarize our latest ideas: e.g., how & when the kick initiated, crossflow & losses during cementing, how and when the casing moved into the BOP stack, etc
* Review status or results of Sperry data for new input for our models (Roland leads & John calls in to report status)
Agenda
* Review timeline of events on rig (John Gisclair)
* Briefly summarize data provided by Sperry so far (Roland)
* Any missing data and how to get it?
* Review past modeling input/output for kick simulations (Emad presents and leads Q&A)
* How we narrowed down the conditions to simulate a kick
* Present kick simulations with "new" model to understand how kick migrated up hole
* Discuss any new ideas for kick initiation/simulation
* Review past modeling input/output for casing loads/uplift (Robert presents and leads Q&A)
* Show slide with casing weight & uplift hand calculations vs. WellCat output
* Present slide of temperature changes after the cement job via WellCat
* Slide to show how HH was reduced by casing hanger seal activation and Δ PVT
* ΔT vs. mud losses
* Effect of natural gas dissolved in mud that could have broken out at ML
* Effect of N2 if it broke out of the foam cement
* What can WellCat do and not do to simulate the actual event?
* How to develop WellCat to fit the new applications?
* Plan forward (open discussion)
* Wrap up and summarize action items

---

Marti Berryman has invited you to a Unified MeetingPlace e-Conference:

Date/Time:            JUN 17, 2010 at 8:30 AM America/Chicago
Length:            420
Frequency:            1

Meeting ID:            6183
Meeting Password:

Phone Number (US):            +12818714999
Cisco IP Phone Number:  88-250-4999

Alternate Regional Phone Numbers:

Angola-Luanda          +244 222698109
Australia       +61 864244999
Belgium-Brussels       +32 23333599
Brunei          +673 3229298
Canada-Calgary +1 4032182222
Canada-Mt Pearl +1 7097244333
Canada-Nisku    +1 7809792599
China          +86 1059247099 or +86 8009907099

Confidential

Egypt          +202 27591180
Germany-Celle      +49 5141999599
India     +65 65112098
Indonesia      +62 2178546610
Italy-Milan       +39 0237012799
Malaysia-Kuala Lumpur   +603 92066911 or +603 21714998
Malaysia-Kemaman     +609 8628111
Malaysia-Labuan  +6085 404311 or +603 92066911
Malaysia-Miri      +6085 404311
Malaysia-Senai  +607 5974411
Malaysia-TEC      +605 3746811
Netherlands-Rijswijk   +31 703071599
New Zealand      +64 67559275
Norway      +47 51837999
Papua New Guinea     +61 864244999
Russia-Moscow      +7 4957558305
Russia-Nizhnevartovsk   +7 3466292799
Singapore      +65 65112098
Thailand      +66 22788182
UK          +44 1224776999
Vietnam +84 839103914-ext-4999

To attend the Web Conference:
1.  Go to: http://meetingplace.corp.halliburton.com
2.  Enter Meeting ID, and click Attend Meeting.

For External Data Participants to attend the Web Conference:
1.  Go to: http://meetingplace.halliburton.com
2.  When prompted, sign in as a guest, enter Meeting ID and click Attend Meeting.

For more info about this MeetingPlace e-Conference, contact: Marti Berryman, 713-839-2359

TEST YOUR BROWSER BEFORE YOU ATTEND YOUR FIRST WEB CONFERENCE
Visit http://meetingplace.halliburton.com/test/ to test your web browser for compatibility with the web conference.

For more information about using MeetingPlace please visit:
User Help at http://meetingplace.halliburton.com/mpweb/html/help/000/output/index.html

---

Confidential

Exhibit 36

**From:** Ronald Sweatman
**Sent:** Tue Jun 01 18:55:18 2010
**To:** James Bement - VP Sperry PSL; Roland Chemali
**Cc:** Thomas Roth
**Subject:** RE: Horizon SDL EOWR - Livelink 1840 KB
**Importance:** Normal
**Attachments:** Sperry log.ppt - 1 MB

James,

I don't have access to the SLB logs. However, the JITF expects to see some of them in their Phase 2 work which requires BP to release all the relevant data.

Roland,

Can you please attend a meeting at Oak Park this Friday from 10:00 am to 2:00 pm to discuss further? Our kick simulation and casing stress teams plan to review their modeling work so far and plan the way forward. We are very interested in the 5 hydrocarbon zones in the attached slide vs the 2 that BP reported. Some of our modeling depends on getting data on these zones.

Thanks and regards,
Ron

Ronald (Ron) Sweatman
Chief Technical Professional
Global Business & Technical Solutions and CCS
Halliburton
10200 Bellaire Blvd. 3NE14E
Houston, Texas 77072-5206
Office Phone: 281.575.4389

---

**From:** James Bement - VP Sperry PSL
**Sent:** Tuesday, June 01, 2010 5:47 PM
**To:** Ronald Sweatman; Roland Chemali
**Cc:** Thomas Roth
**Subject:** FW: Horizon SDL EOWR

Ron,

The GoM is pulling the data and I have designated Roland Chemali to act as your focal point. Roland is a Chief petrophysicist.
Is there any chance you have access to the SLB OH logs? This would aide in hydrocarbon typing.

You can expect to hear from Roland tomorrow.

James Bement
Vice President
Halliburton Sperry Drilling
Direct: 281.871.7579
Cell: 713.598.4359

---

**From:** Ronald Sweatman
**Sent:** Tuesday, June 01, 2010 12:32 PM
**To:** Thomas Roth; James Bement - VP Sperry PSL
**Subject:** RE: Horizon SDL EOWR

Confidential

HAL_1228032

Tommy,......To my knowledge, it measures the BHP regardless of the source (HH or PP). Let's ask James Bement to help us understand.

James,......Please see emails below and p.49 in Sperry's EOWR report attached. Please comment on the 14.2 ppg EMW from Sperry's PWD tool. Could the 14.2 indicate a HH needed to balance to gas zone PP that also can be ppge pore pressure?

---

**From:** Thomas Roth
**Sent:** Tuesday, June 01, 2010 12:00 PM
**To:** Ronald Sweatman
**Subject:** RE: Horizon SDL EOWR

I don't know Ron.

What does PWD report? Hydrostatic or formation pressure?

BP E&C Committee Briefing of 5-24-10 says "14.2 PPG MW", "13.0 PP Sand at 17,821', and 12.6 PP Pay zone fm 18,083' to 18,136'."

---

**From:** Ronald Sweatman
**Sent:** Tuesday, June 01, 2010 11:51 AM
**To:** Thomas Roth
**Subject:** RE: Horizon SDL EOWR

Tommy,

Page 49, 2nd paragraph says the following:

"Circulated bottoms up at 18360' md (TD). Trip gas was 1120 units (37%)with a low mud cut of 13.7-ppg from 14.0-ppg. Pumped 100 bbl HI-VIS sweep and circulated 1-1/2 bottoms up. Gas down to +/-70 units before shutting pumps down. Shut pumps down to take static density with Sperry PWD. Pumped up ESD of 14.2-ppg EMW with Sperry PWD. Shut down and pumped up second static density of 14.19-ppg EMW with Sperry PWD. Took SCRs before pumping out of hole."

Could this be why Shell said the HP gas zone was 14.2 ppge pore pressure?

Regards,
Ron

---

**From:** Thomas Roth
**Sent:** Tuesday, June 01, 2010 11:32 AM
**To:** Ronald Sweatman
**Subject:** FW: Horizon SDL EOWR

---

**From:** John Gisclair
**Sent:** Friday, May 21, 2010 12:16 PM
**To:** Thomas Roth
**Subject:** Horizon SDL EOWR

Tommy,

Pages 47 and 49 summarize the rat hole and reaming runs.

---

Confidential

Let me know if you need anything else.

John

HAL_1228034

Exhibit 37

**From:** Marc Edwards
**Sent:** Fri Apr 23 16:07:31 2010
**To:** Jonathan Lewis - Senior VP D&E
**Subject:** RE: HAL Presentation at SRM Mtg 4-26-10v5.ppt - Livelink 16 KB
**Importance:** Normal

Thanks, can someone from D&E put a slide together for unconventionals for this presentation? We could then combine it if necessary with what we have already?

On the cementing issue, we did a thorough internal investigation which has taken much of the last few days. We are in the clear, the production string was tested as ok at 1100hrs the morning of the incident.

Rgds
Marc

---

**From:** Jonathan Lewis - Senior VP D&E
**Sent:** Friday, April 23, 2010 4:03 PM
**To:** Marc Edwards
**Subject:** RE: HAL Presentation at SRM Mtg 4-26-10v5.ppt

Marc

I believe Tim is referring to the whole well construction process – from bits, BHAs and mud (for Hal at least) and how we optimize these to make hole, through to optimizing the placement of the well in the productive zone (the geo-steering component).

On a different topic, you getting any questions wrt cementing services on the TransOcean Horizon rig?

Regards, Jon

---

**From:** Marc Edwards
**Sent:** Friday, April 23, 2010 3:21 PM
**To:** Jonathan Lewis - Senior VP D&E
**Subject:** RE: HAL Presentation at SRM Mtg 4-26-10v5.ppt

Jonathan,
When Tim talks to well construction, I am assuming he is referring to geo-steering. Is this how you see it?

Rgds
Marc

---

**From:** Jonathan Lewis - Senior VP D&E
**Sent:** Friday, April 23, 2010 2:43 PM
**To:** Tim Probert - President, Global Business Lines & Corp. Development; Maggie Montaigne; Marc Edwards
**Subject:** RE: HAL Presentation at SRM Mtg 4-26-10v5.ppt

Maggie, I'll get the remaining slide on packaged/integrated services to you in the next 24 hours. Will also take a look at the HSE slides.

---

**From:** Tim Probert - President, Global Business Lines & Corp. Development
**Sent:** Friday, April 23, 2010 12:57 PM
**To:** Maggie Montaigne; Jonathan Lewis - Senior VP D&E; Marc Edwards
**Subject:** HAL Presentation at SRM Mtg 4-26-10v5.ppt

I have made an effort to tighten this up a bit.

I have combined HSE, feel free to edit but we had too much material
SQ needs to stand alone
The unconventionl slide needs work as we also need to talk to well construction
We still need the "Packaged and Integrated" slide

Confidential                                                      HAL_0753413

Maggie, you'll need to circulate over the weekend so we can finalize.

Do you have an obligation to give XOM and advance copy or can you do final prints Monday morning?

Tim

HAL_0753414

Exhibit 38

**From:** Tim Probert - President, Global Business Lines & Corp. Development
**Sent:** Fri Aug 13 15:16:29 2010
**To:** Thomas Roth
**Cc:** Marc Edwards; Anthony Badalamenti; Simon Turton; Ronnie Faul
**Subject:** Re: Post Static Kill - Livelink 8 KB
**Importance:** Normal


Thanks Tommy. Chat Monday.....
Tim Probert

President, Global Business Lines and Corporate Development,

Halliburton

---

**From:** Thomas Roth
**To:** Tim Probert - President, Global Business Lines & Corp. Development
**Cc:** Marc Edwards; Anthony Badalamenti; Simon Turton; Ronnie Faul
**Sent:** Fri Aug 13 15:13:56 2010
**Subject:** Post Static Kill

Tim:

I sat with the  Cementing Team this morning to review information obtained through Macondo Static Kill and Cementing Operations.

Prior to initiating Static Kill, BP built constant rate pressure by volume pumped models for multiple flow paths beneath the well cap installed above BOP: Annulus, Casing, Casing + Drill Pipe, and Annulus + Casing. Each curve has unique slope and break points due to the specific geometry of each possible flow path scenario. All curves assume that formation beneath the 9-7/8" drilling liner fractures and injection is established into formation.

Throughout static kill, actual pressure recorded at surface was compared to model predictions. Through the 1st 600 bbls of fluid pumping, actual pressure VS volume pumped curve provides good match to the flow down casing scenario. With 600 bbls mud pumped, leading edge of kill mud arrives at 9-7/8" X 7" production casing crossover. As pumping continues, actual pressure observed at surface deviates from predicted casing flow path plot.

Our underline(initial) conclusions are the following.

1.  Static kill flow path was down the 9-7/8" production casing to the cross over.
2.  Beneath the cross over, flow path is not determined.
    a.  The flow path beneath the crossover could be through the 7" section of production casing and exit the shoe
    b.  The flow path beneath the crossover could exit the production casing beneath the crossover through parted casing or hole in casing and continues down 7" X  9-7/8" drilling liner annulus.

From these observations, blow out through casing scenario or blow out through annulus scenario remains plausible.

We will continue to review data over the week end and regroup on Monday and attempt to confirm initial conclusions and determine our best course of action forward...Tommy

CONFIDENTIAL

HAL_1072346

# Exhibit 39

**From:** Marc Edwards
**Sent:** Fri Aug 06 12:19:16 2010
**To:** Anthony Badalamenti
**Cc:** Thomas Roth
**Subject:** RE: Cement job on Macondo well complete
**Importance:** Normal

Thanks Anthony,

I understand that opinion is suggesting that the mud and cement was pumped down the casing and not the annulus. Is there any further color around this? I have heard that the focus is back on the cement shoe, but really struggle to envisage how this could again be a focus area. Sure perhaps the casing could have collapsed but I just don't see the shoe as the root cause.


Rgds

Marc

**From:** Anthony Badalamenti
**Sent:** Friday, August 06, 2010 6:14 AM
**To:** Marc Edwards
**Cc:** Thomas Roth
**Subject:** Cement job on Macondo well complete


Marc. Latest update from Ronnie Faul, I noticed that you were not included on the distribution below

Anthony

_____

**From:** Ronnie Faul
**To:** Thomas Roth; Anthony Badalamenti; Tim Probert - President, Global Business Lines & Corp. Development
**Sent:** Thu Aug 05 15:48:29 2010
**Subject:** Cement job on Macondo well complete


The cement job on the Macondo blowout well is complete. At 2:10 pm the well was shut in for good to Wait on Cement for 24 hours. The mode and opinion of BP and all associated  personnel at this point is that is was very successful. A brief summary of what was done is below, the post job report is being processed now.

HAL_1056808

7:30      began pumping mud to get injection pressures, establish rates and cool the well down.

Pumped 150 bbls of 14.2 ppg spacer ahead of cement.

8:53      began pumping 14.2 ppg cement. Designed pump rate was 10 bpm with 3 cement units on the boat HOS centerline. Bulk cement delivery issues caused erratic pump rates during the job but density control was excellent. A large rock was found in the cement delivery line to unit 2 which was the cause of the problem.

10:33    finished mixing 506 bbls of cement started displacement with 150 bbls of 13.2 ppg spacer

Continued displacement with 13.2 ppg mud. Pumped 290 bbls at 12 bpm, and 100 bbls at 4 bpm

Began pumping 6.7 ppg base oil, a total of 50 bbls at 3 bpm

12:02    Shut down to begin hesitation squeeze procedure. Projected top of cement at approximately 14700 ft. This is about 2200 ft. below the 9 7/8" X 7" crossover, leaving about 3600 ft of cement in the 7" assuming fluid went where projected.

14:10    Final shut down to begin WOC. A total of 6 shut downs were done pumping for a few bbls then shutting down for 15 minutes and increase pressure was seen each time. A final pressure increase of over 500 psi was seen.

Well will be pressure testing Friday morning before announcing plan forward.


Ronnie Faul

GOM Technology Manager - Cementing

Halliburton Energy Services

10200 Bellaire Blvd

Houston Texas, 77072

Office    281.575.3154

Cell      281.687.1728

HAL_1056809

# Exhibit 40

**From:** Anthony Badalamenti
**Sent:** Fri Aug 06 15:15:07 2010
**To:** Marc Edwards; Thomas Roth
**Subject:** FW: Cement job on Macondo well complete
**Importance:** Normal

Marc:

There are several scenarios currently being discussed at BP.

This is what we know:

o    Prior to beginning pumping operations on Tuesday, BP had computer simulations for various fluid paths in the wellbore

o    Tuesday's injection test pressure response indicated that fluid was traveling down the 9-7/8" casing,

o    When the leading edge of the trace fluid reached the 9-7/8" x 7" crossover, a pressure anomaly occurred.

o    BP and their consultants speculated one of the below scenarios occurred

o    Scenario 1: a section of the 5-1/2" drill pipe x 3-1/2 tubing had fallen downhole.  The 5-1/2" drill pipe connection became stuck in the 9-7/8" x 7" casing crossover and fluid was being pumped either around the 5-1/2" drill pipe connection or down the 5-1/2" x 3-1/2" section of pipe down the 7" casing, out the casing shoe and into the formation

o    Scenario 2:  there is a breach (hole or parting) of the 7" casing just below the 9-7/8" x 7" casing cross over and fluid was being pumped out of the 7" casing into the 7" x hole annulus, down the annulus and into the formation.

▪    Note:  The capacity of the 7" casing and the 7" casing annulus were virtually the same, so using formation injection pressure was not an indicator as to the actual fluid path.

Like you, I still think that the incident was caused by an initial flow was up the annulus, the pressure exerted a lifting force on the wellhead, which parted the casing.  However until a full evaluation of the pressure charts and an investigation is conducted both theories can be supported.

According to Ronnie, the US Coast Guard and BP are still in discussions regarding what investigative actions will be taken after all relief well operations are completed.   Some of the actions discussed are:

o    Pull and replace the existing BOP stack and inspect same

CONFIDENTIAL

HAL_1056712

o    Remove as much pipe (drill pipe and casing) as possible and inspect same.

o    Run drill pipe into the well to the lowest point possible, circulate the well with clear brine and run video cameras into the well.

o    Run electric line logs, etc.

I will keep you and Tommy updated as additional info is obtained.   Anthony

_____

**From:** Marc Edwards
**Sent:** Friday, August 06, 2010 12:19 PM
**To:** Anthony Badalamenti
**Cc:** Thomas Roth
**Subject:** RE: Cement job on Macondo well complete

Thanks Anthony,

I understand that opinion is suggesting that the mud and cement was pumped down the casing and not the annulus. Is there any further color around this? I have heard that the focus is back on the cement shoe, but really struggle to envisage how this could again be a focus area. Sure perhaps the casing could have collapsed but I just don't see the shoe as the root cause.

Rgds

Marc

**From:** Anthony Badalamenti
**Sent:** Friday, August 06, 2010 6:14 AM
**To:** Marc Edwards
**Cc:** Thomas Roth
**Subject:** Cement job on Macondo well complete

Marc. Latest update from Ronnie Faul, I noticed that you were not included on the distribution below

Anthony

_____

CONFIDENTIAL                                                                    HAL_1056713

**From**: Ronnie Faul
**To**: Thomas Roth; Anthony Badalamenti; Tim Probert - President, Global Business Lines & Corp. Development
**Sent**: Thu Aug 05 15:48:29 2010
**Subject**: Cement job on Macondo well complete

The cement job on the Macondo blowout well is complete. At 2:10 pm the well was shut in for good to Wait on Cement for 24 hours. The mode and opinion of BP and all associated  personnel at this point is that is was very successful. A brief summary of what was done is below, the post job report is being processed now.

7:30       began pumping mud to get injection pressures, establish rates and cool the well down.

Pumped 150 bbls of 14.2 ppg spacer ahead of cement.

8:53     began pumping 14.2 ppg cement. Designed pump rate was 10 bpm with 3 cement units on the boat HOS centerline. Bulk cement delivery issues caused erratic pump rates during the job but density control was excellent. A large rock was found in the cement delivery line to unit 2 which was the cause of the problem.

10:33    finished mixing 506 bbls of cement started displacement with 150 bbls of 13.2 ppg spacer

Continued displacement with 13.2 ppg mud. Pumped 290 bbls at 12 bpm, and 100 bbls at 4 bpm

Began pumping 6.7 ppg base oil, a total of 50 bbls at 3 bpm

12:02    Shut down to begin hesitation squeeze procedure. Projected top of cement at approximately 14700 ft. This is about 2200 ft. below the 9 7/8" X 7" crossover, leaving about 3600 ft of cement in the 7" assuming fluid went where projected.

14:10   Final shut down to begin WOC. A total of 6 shut downs were done pumping for a few bbls then shutting down for 15 minutes and increase pressure was seen each time. A final pressure increase of over 500 psi was seen.

Well will be pressure testing Friday morning before announcing plan forward.

Ronnie Faul

GOM Technology Manager - Cementing

Halliburton Energy Services

10200 Bellaire Blvd

Houston Texas, 77072

Office    281.575.3154

Cell      281.687.1728

CONFIDENTIAL

Exhibit 41

1              UNITED STATES DISTRICT COURT

2              EASTERN DISTRICT OF LOUISIANA

3      IN RE: OIL SPILL        )    MDL NO. 2179

       by the OIL RIG          )

4      "DEEPWATER HORIZON" in   )    SECTION "J"

       the GULF OF MEXICO, ON   )

5      APRIL 20, 2010           )    JUDGE BARBIER

                                )

6                                )    MAG. JUDGE

                                )    SHUSHAN

7

8

9

10

11

12

13

14

15

16

17

18

19

20                    VOLUME 2 OF 2

21

22         Deposition of THOMAS ROTH, taken at

23     Hilton St. Charles Hotel, 333 St. Charles

24     Avenue, Le Moyne Room, New Orleans,

25     Louisiana, on the 26th of July, 2011.

**PURSUANT TO CONFIDENTIALITY ORDER**

1    Q.  I see no comment from you to

2    anyone on this e-mail.

3              Did you make any comments by

4    phone or otherwise to those who were

5    apparently considering the release of this

6    information?

7    A.  I don't recall making any

8    comments.

9              MR. THORNHILL:  We'll mark it

10   in and the following.

11             (Exhibit Number 4360 marked.)

12   Q.  (BY MR. THORNHILL)  Now, we -- we

13   talked about but we haven't reviewed yet a

14   document 4358, which was your -- I'll call

15   it PowerPoint presentation to Mr. Probert.

16   A.  Which one --

17   Q.  Do you have --

18   A.  -- is it?

19   Q.  -- that handy?

20   A.  4358?

21   Q.  4358.  It's the 187 document.

22             MR. MADIGAN:  Got it.

23             MR. THORNHILL:  Yeah.  All

24   right.

25   Q.  (BY MR. THORNHILL)  Now, did you

**PURSUANT TO CONFIDENTIALITY ORDER**

1       prepare the PowerPoint, Mr. Roth?

2           A.   Yeah.   One second, please.

3                    Yes, sir, this is my work.

4           Q.   Was this PowerPoint intended to be

5       a summary for discussion purposes of the

6       document that we went over first as 4357?

7           A.   This would be the next iteration

8       of that document.   I had the opportunity

9       to review that -- that previous document

10      and then developed this as a follow-up.

11          Q.   So you actually presented that

12      which is in this document, 4358, to

13      Mr. Probert, right?

14          A.   No, sir.   I presented 43 -- I

15      think it's the other one.

16          Q.   The first one, 4357?

17          A.   4357.   I had a meeting with Marc

18      Edwards, my supervisor, Tim Probert.   We

19      reviewed this content.   I received some

20      things that they liked, identified some

21      things they didn't like, and those were

22      captured in my next iteration, which is

23      4358.

24          Q.   And did you then produce for them

25      and discuss with them 4358?

**PURSUANT TO CONFIDENTIALITY ORDER**

785

1      A.  Yes.  Well, I did not discuss that

2  with them.  I completed this document.  I

3  forwarded it to Marc Edwards, who reviewed

4  it.

5      Q.  All right.  Did you have any

6  discussions with him about it?

7      A.  He later prepared this third

8  document, which is 4359.

9      Q.  Okay.

10      A.  He sent this document back to me

11  and asked me to review it for accuracy and

12  correctness.  I confirmed to him that

13  while it was kind of a reduced detail, it

14  was technically accurate and correct.

15      Q.  Okay.  Do you know if Mr. Edwards

16  or Mr. Probert received the information

17  that's shown in any of 4357, '58 or '59?

18      A.  4357, I reviewed with Mr. Edwards

19  and Mr. Probert.  4358, I distributed to

20  Mr. Edwards.  4359 was generated by

21  Mr. Edwards.

22      Q.  And did he present it to

23  Mr. Probert?

24      A.  I don't know.

25      Q.  Was the information in 4358 and '9

PURSUANT TO CONFIDENTIALITY ORDER

1          presented to people after the October 2010

2          date that you gave us for the first

3          document, '57?

4               A.   This is probably November time

5          frame that -- that this was developed.

6          This is --

7               Q.   '58?

8               A.   -- my best guess, yes, sir.

9               Q.   Okay.

10              A.   Yep.   This one would follow the

11         development here, and it's approximately

12         one month's time evolved over that input

13         and development of this follow-up

14         document.

15              Q.   Did Mr. Probert authorize the

16         company to implement the recommendations

17         in any of these three documents?

18              A.   I don't know.

19              Q.   Do you know if Mr. Edwards

20         authorized company personnel to implement

21         the recommendations in any of these three

22         documents?

23              A.   I don't know.

24              Q.   Were you in a position or did you

25         leave the company position over cementing

1   after these documents were prepared so

2   that you would know one way or the other

3   whether these recommendations were

4   implemented?

5        A.   I left these basically as part of

6   my closeout activities over that -- that

7   role.  Decisions to implement have not

8   followed on my movement to a new position.

9        Q.   Okay.  So -- and my suggestion --

10   my -- my question suggested that you

11   prepared the recommendations, but in the

12   time frame given, the fall of 2010, you

13   were ending your work as cementing --

14   global cementing manager, and you

15   transitioned into new business

16   strategies --

17        A.   Yes.

18        Q.   -- and weren't involved in the

19   implementation of any of your

20   recommendations, correct?

21        A.   That's correct.

22        Q.   And as I also understand it, am I

23   correct in saying you don't know if your

24   recommendations were thereafter

25   implemented?

**PURSUANT TO CONFIDENTIALITY ORDER**

1        A.   I don't know.

2        Q.   Do you know if any of your

3    suggestions of interfacing between the

4    engineers at Halliburton and the

5    operator's engineers were ever

6    implemented?

7        A.   I don't know.

8        Q.   Now, I've already marked and

9    introduced, if you will, those documents.

10             There were some questions that

11   I -- I'm a little confused about, and I --

12   I'll ask you to bear with me on, that

13   relate to things brought up by -- by Gavin

14   in his questions of you.  And I think I

15   have the right documents.

16             MR. THORNHILL:  Gavin, you

17   tell me if this is them.  They appear to

18   be documents that were used and maybe

19   introduced by BP and --

20             MR. HILL:  Do they have

21   numbers?

22             MS. GEBHARDT:  Yes.

23             MR. THORNHILL:  4351.

24             MS. GEBHARDT:  That's for

25   Bates number 677645.

**PURSUANT TO CONFIDENTIALITY ORDER**

Exhibit 42

**From:** Thomas Roth
**Sent:** Sat May 15 06:40:20 2010
**To:** Anthony Badalamenti; Simon Turton
**Subject:** Fw: CMT - EXCOM
**Importance:** Normal

Anthony:

More on Cementing pre-job planning and procedure recommendation review process...Tommy
-------------------------
BlackBerry Wireless Handheld

---

**From:** Marc Edwards
**To:** Thomas Roth
**Sent:** Fri May 14 15:19:50 2010
**Subject:** CMT - EXCOM

Tommy,
Following the GoM incident, Tim has requested that we develop a "stop" work tool/process that enables us to flag up to an operator issues relating to possible problems with cement job design. Let's discuss further on the way up to Duncan Monday.

Please get with Kevin on the capital again and let's once again float up. This time I think we can get traction as what we come up with will be presented to the board in July. Tim suggested some form of scoring mechanism that may be an indicator as to likely issues, i.e. what effect does poor centralisation have on the ability for the job to work etc... can include GFP and so on…

Regards,
Marc Edwards
Senior Vice President – Completion & Production Division
Halliburton
Office: +1 281 575 3115   Cell: +1 713 471 7034

Principal Executive Secretary: Sandy Hardy
sandy.hardy@halliburton.com
+1 281 575 4255 Office

HAL_0579779

# Exhibit 43

**From:** Marc Edwards
**Sent:** Wed Sep 08 17:45:27 2010
**To:** Cathy Mann; Thomas Roth
**Subject:** Re: **MEDIA STMT** for clarification
**Importance:** Normal

Do we have confirmation that these tests were communicated to BP? Their report indicates not...

Also, the final para suggests to the layman that we simply follow orders, even if they are wrong. I know this was our position initially as we needed to emphasize our indemnity position from a contractual perspective but I don't think it is required now. In the CG testimony, BP have hit is with the suggestion that we should have resisited performing the work if we felt their instruction was wrong...

_____

**From:** Cathy Mann
**To:** Thomas Roth; Marc Edwards
**Sent:** Wed Sep 08 17:37:03 2010
**Subject:** RE: **MEDIA STMT** for clarification

Thanks to both ----- So if we're to provide a brief follow-up statement to the media, can we say the following:

************************

For clarification, the components of the casing shoe track and related wiper plug were equipment provided to BP by suppliers other than Halliburton.

Further, Halliburton prepared all pre-job cement design work in accordance with API recommended practices.  Halliburton performed spacer compatibility tests with both mud and cement, and foam stability tests in designing the cement slurry for the production casing.  These laboratory tests were performed successfully and provided to BP prior to the cement slurry being pumped for the Macondo well project.

While Halliburton continues to cooperate with all governmental investigations, the company remains confident that its work on the well was in accordance with the well owner's design and all instructions received.

************************

CONFIDENTIAL

Cathy Mann

Director, Corporate Affairs

Halliburton

Office: +1.281.871.2605

Cathy.Mann@Halliburton.com <mailto:Cathy.Mann@Halliburton.com>

**FIVE IN A ROW!** Halliburton continues to be one of Houston's "Best Places to Work" *2006-2010 (Houston Business Journal)*

**From:** Thomas Roth
**Sent:** Wednesday, September 08, 2010 5:16 PM
**To:** Cathy Mann; Marc Edwards
**Cc:** Sandy Hardy
**Subject:** RE: **MEDIA STMT** for clarification

Cathy:

Below are my revised statements:

The "casing shoe track" is defined by the reamer shoe, the bottom four joints of steel casing and the double valve float collar. All casing equipment and the cement wiper plugs used on this well were provided to BP by suppliers other than Halliburton.  In placing cement into the well, cement is pumped through the casing followed by a rubber wiper plug. The wiper plug is pumped through the steel casing  to the float collar. This forces cement into the annulus and leaves cement in the four bottom most joints of the casing to anchor the steel pipe in the bottom of the well.

Halliburton prepared all pre-job cement design work in accord with API recommended practices. Spacer compatibility tests were performed with both mud and cement. Foam

CONFIDENTIAL

HAL_1056696

stability tests were  also performed in designing cement for the production casing.

**From:** Cathy Mann
**Sent:** Wednesday, September 08, 2010 4:27 PM
**To:** Marc Edwards; Thomas Roth
**Cc:** Sandy Hardy
**Subject:** **MEDIA STMT** for clarification
**Importance:** High

I believe some of the reporting re: cementing including the shoe track is not clear in media reports today and I think it would be helpful to clarify that.  Finally, with regard to our statement re: testing and Marc's earlier comment, I added the cement testing that we conducted per earlier discussions with Tommy.  Can you please confirm/clarify the language in the highlighted sentences below so we may finalize and provide to some of the media?  Tim and Mark McCollum are in agreement with providing this additional color to some of the media who have asked.  Please let me know if you have questions, etc. Thanks.

************************

Upon further review of BP's internal report as published earlier today, Halliburton (NYSE: HAL) noticed a number of substantial omissions and inaccuracies in the document.

For clarification, the cementing shoe track is not part of Halliburton's equipment or cementing services performed as it was provided by another contractor to the well owner.

Further, Halliburton's cementing slurry passed successfully the foam stability testing as well as mud spacing cement compatibility testing.  These tests are part of Halliburton's Cementing Best Practices and were performed in accordance with API specifications prior to the cement slurry being pumped for the Macondo well project.

While Halliburton continues to cooperate with all governmental investigations, the company remains confident that its work on the well was in accordance with the well owner's design and all instructions received.

Halliburton originated oilfield cementing and leads the world in effective, efficient delivery of zonal isolation and engineering for the life of the well, conducting thousands of successful well cementing jobs each year.

HAL_1056697

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Cathy Mann

Director, Corporate Affairs

Halliburton

Office: +1.281.871.2605

Cathy.Mann@Halliburton.com <mailto:Cathy.Mann@Halliburton.com>

**FIVE IN A ROW!** Halliburton continues to be one of Houston's "Best Places to Work"
*2006-2010 (Houston Business Journal)*

HAL_1056698

Exhibit 44

**From:** Kris Ravi
**Sent:** Thu Sep 16 17:44:14 2010
**To:** Anthony Badalamenti
**Cc:** Jesse Gagliano
**Importance:** Normal
**Attachments:** Presentation2.pptx


K. Ravi


(office): 1-281-871-4831
(cell): 1-281-224-8785
(fax): 1-281-871-5810
kris.ravi@halliburton.com

HAL_0579763

# Exhibit 45

1      A.      Gary Keene is ex Halliburton.

2      Q.      What do you mean by "ex

3  Halliburton"?

4      A.      Used to work for Halliburton.  I

10:39  5  believe he was retained as a consultant on

6  this one.

7      Q.      Okay.  And why did Mr. Gagliano

8  send you on the 14th revisions of the

9  schematics that he had sent you on September

10:39  10  the 13th?

11      A.      I don't recall.

12      Q.      Had you asked Mr. Gagliano to

13  revise the well schematics?

14      A.      I would not have.

10:39  15      Q.      Do you know whether anyone else

16  asked Mr. Gagliano to revise the well

17  schematics?

18      A.      I wouldn't know that.

19      Q.      Mr. Thornhill was asking you

10:40  20  early and I'm going to now turn -- this is

21  now going to be tab 7 and 8 about the various

22  presentations that have been introduced as

23  Exhibits 5205 and 5204.  The first is found

24  at tab 7 of the notebook in front of you,

10:40  25  5205.  This is a September the 16th

**PURSUANT TO CONFIDENTIALITY ORDER**

1    PowerPoint presentation.  Do you recognize

2    that document, Dr. Ravi?

3         A.     Yes, I do.

4         Q.     Why did you send the PowerPoint

10:40  5    on September the 16th to Mr. Badalamenti and

6    Mr. Gagliano?

7         A.     We were working as a team.  We

8    were -- that was Anthony, Tommy, and others.

9    So we were capturing comments that our office

10:41  10   sent to everybody who wasn't in the

11   conference room with us.

12        Q.     Let's back up then a bit.  The

13   Bly report was issued on or about September

14   the 8th; is that correct, to the best of your

10:41  15   recollection?

16        A.     Must be sometime in September.

17        Q.     After the Bly report was issued,

18   what were you asked to do?

19        A.     To review the report.

10:41  20        Q.     To review the report and give

21   feedback along with others such as Mr. Faul,

22   Mr. Roth, Mr. Badalamenti.  Were there any

23   other individuals?

24        A.     Jesse Gagliano was there from

10:41  25   time to time.

**PURSUANT TO CONFIDENTIALITY ORDER**

1    Q.    Mr. Gagliano.  And when you say

2    "there," you referenced a conference room.

3    Where was that conference room located?

4    A.    Halliburton office in Houston,

10:41  5    Texas.

6    Q.    Did you meet with this team on a

7    daily basis?

8    A.    No, because I had a lot of other

9    projects going on at the same time.  So I

10:41 10    must have met a few days, maybe only two days

11    for a few hours.

12    Q.    And subsequent -- or at those

13    meetings were you-all coming up with this

14    PowerPoint presentation?

10:42 15    A.    We were -- those -- that was the

16    way we were capturing our thoughts and

17    idea -- feedback.

18    Q.    Okay.  And I have found two

19    versions of the PowerPoint presentation which

10:42 20    are tabs 7 and 8 in the binder in front of

21    you.  What was ultimately done with this

22    PowerPoint presentation?

23    A.    I wouldn't know that.

24    Q.    Okay.  You don't know what was

10:42 25    done after -- strike that question.

**PURSUANT TO CONFIDENTIALITY ORDER**

129

1    Macondo well?  Did you help compile tab --

2    tab 6?

3         A.    I remember seeing this, but I

4    would not have helped compile this because

11:14   5    the lab hours comes from the field lab, so...

6         Q.    So if Mr. Roth testified that

7    you were part of the team that helped put

8    together this cement -- pre-job cement

9    laboratory testing chart, that would --

11:15  10    your -- your testimony is that you were not

11    involved in this; is that correct?

12         A.    We were all part of it, the

13    whole team; but, actually, the lab hours, if

14    you're looking at that, the lab hours, I

11:15  15    would not had knowledge to the lab hours

16    because that's done at the field lab and I'm

17    not involved in the field lab, so...

18         Q.    Okay.  And what other

19    individuals were involved with putting this

11:15  20    together?

21         A.    Jesse Gagliano was there.

22    Ronnie Faul was there.  I'm not sure Ronnie

23    was there all the time.  He was in and out.

24    Anthony Badalamenti was there, so...

11:15  25         Q.    And if I could have you turn to

**PURSUANT TO CONFIDENTIALITY ORDER**