# Exhibit P

```
 1              UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF LOUISIANA

 3

 4
     IN RE:  OIL SPILL            MDL NO. 2179
 5   BY THE OIL RIG
     "DEEPWATER HORIZON"          SECTION:  J
 6   IN THE GULF OF
     MEXICO, ON                   JUDGE BARBIER
 7   APRIL 20, 2010               MAG. JUDGE SHUSHAN

 8
```

**VOLUME I**

(30)(b)96)Deposition of **Halliburton**, through its designated representative, **RICHARD FRANK VARGO**, and **RICHARD FRANK VARGO** individually, 102 Kent Circle, Lafayette, Louisiana 70508, taken in the Pan American Life Center, Mardi Gras Room, 11th Floor, 601 Poydras Street, New Orleans, Louisiana 70130, reported on Wednesday, March 30th, 2011.

1  reviewed that I don't remember seeing in the
2  main Bly document about another zone that had
3  come in, another hydrocarbon-bearing zone
4  that was in and around that brine, but that's
5  not -- I don't see that on here,
6  but --
7        Q.    Can I interrupt you just a
8  second?
9        A.    Yeah.
10       Q.    Tell us at what level --
11     MS. HARDING:
12           Object to the form of the answer.
13     THE WITNESS:
14           I'm sorry.
15  EXAMINATION BY MR. THORNHILL:
16       Q.    Okay, that's a new one.  At what
17  level is it that you're pointing to as the
18  brine in terms of --
19       A.    Well, I can't see that on here.
20  Seventeen -- I can't read it on this.  I know
21  it's in the range of around 17,654 feet.
22  From some of the Bly documents, this was
23  cement review that was done by BP around
24  June, I believe it was, or they indicated
25  that in June they found another

```
 1   hydrocarbon-bearing zone, although it may be
 2   small, another hydrocarbon-bearing zone.  I
 3   don't remember the exact depth, 17,400 some
 4   odd feet, in that area, but I don't see that
 5   on here, but anyhow, we believe we had a
 6   channel from around the productive sands up
 7   through -- up through all this area.  If you
 8   recall, I said we did a cleanout.
 9         MR. GODWIN:
10               Sorry, Mr. Vargo, when you're
11   talking about "we" and "they" and whatever,
12   if you try to use names, if it's Halliburton,
13   fine, but whatever, I think he wants you to
14   be responsive.  There was an objection made.
15   Be mindful of that.
16         MS. HARDING:
17               Object to the form of the answer
18   and object to the form with respect to
19   Mr. Godwin's comments.
20   EXAMINATION BY MR. THORNHILL:
21         Q.    Go ahead, sir.
22         A.    Okay.  So what I believe was
23   occurring was we didn't do a cleanout trip,
24   we had gas that had come in -- we were at a
25   very close balance point, meaning the mud
```

```
 1              UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF LOUISIANA

 3

 4    IN RE:  OIL SPILL BY    MDL NO. 2179
      THE OIL RIG
 5    "DEEPWATER HORIZON"     SECTION:  J
      IN THE GULF OF
 6    MEXICO, ON APRIL 20,    JUDGE BARBIER
      2010                    MAG. JUDGE SHUSHAN
 7

 8

 9
```

17                        **VOLUME II**

18              (30)(b)(6)Deposition of **HALLIBURTON**,

19     through its designated representative,

20     **RICHARD FRANK VARGO**, and **RICHARD FRANK VARGO**,

21     individually, 102 Kent Circle, Lafayette,

22     Louisiana 70508, taken in the Pan American

23     Life Center, Mardi Gras Room, 11th Floor, 601

24     Poydras Street, New Orleans, Louisiana, on

25     Thursday, March 31st, 2011.

```
 1                   Object to form.
 2         THE WITNESS:
 3                   I understand that -- that there
 4   are some errors in the report.
 5   EXAMINATION BY MS. HARDING:
 6         Q.   Okay.  Do you believe that you
 7   know what all of the errors are in the
 8   report?
 9         MR. GODWIN:
10                   Object to form.
11         THE WITNESS:
12                   I believe, based on the reports
13   that BP has generated, what BP's belief that
14   the errors are.  Excuse me.
15   EXAMINATION BY MS. HARDING:
16         Q.   Okay.  But do you have a -- what
17   -- what belief does Halliburton have with
18   respect to the errors?
19         A.   That -- that there are some
20   errors on depth and the location of some of
21   the -- of some of the zones, as well as the
22   fact that we didn't have all the information
23   on all of the zones.  So all the information
24   wasn't in here --
25         Q.   Okay.
```

```
 1         A.      -- that reflected the actual
 2  well.
 3         Q.      Can you get -- can you just --
 4  is there anything else that you -- that
 5  you --
 6         A.      Of course, BP has to provide us
 7  that information so that -- so that we have
 8  the proper information.  But I don't think
 9  all of the information that we were provided
10  was -- was exactly accurate at the time of
11  this.
12         Q.      Okay.  What information do you
13  think that -- that Halliburton was provided
14  by P -- by BP that was not accurate?
15         A.      The zones, where the zones were
16  coming in and the pore pressures.
17         Q.      So you think that the zones --
18  the -- the location of the zones?
19         A.      Yes.
20         Q.      And the -- and what else?
21         A.      I believe I said pore pressure.
22         Q.      The pore pressure?
23                 For which zone?
24         A.      For the zones that BP had found
25  in the well.
```

1      Q.      Okay.  And your position is that
2  Halliburton didn't have the accurate data for
3  that?
4      A.      BP didn't give us all the
5  accurate information where the zones were
6  coming in, no.
7      Q.      Okay.  Do you have any -- have
8  you looked at any correspondence or any
9  documents where BP was providing data to
10 Halliburton that -- that went into the
11 OptiCem report?
12     A.      With regard to pore pressure?
13     Q.      With -- with regard to any of
14 the things that you just listed.
15     A.      I reviewed several e-mails, but
16 I don't remember seeing anything with regard
17 to depths of -- of zones of interest and pore
18 pressures and frac gradients for depth.
19     Q.      So how did -- how did
20 Mr. Gagliano -- who -- who performed these
21 runs; correct?
22     A.      Mr. Gagliano did perform these,
23 yes.
24     Q.      Okay.  How did he get the
25 information that he used in this OptiCem