# Exhibit Q

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:  OIL SPILL          MDL NO. 2179
BY THE OIL RIG
"DEEPWATER HORIZON"        SECTION:  J
IN THE GULF OF
MEXICO, ON                 JUDGE BARBIER
APRIL 20, 2010             MAG. JUDGE SHUSHAN

     Deposition of SAMUEL JOHN DeFRANCO, 3311 Sage Terrace, Katy, Texas 77450, taken in the Pan American Life Center, Bayou Room III, 11th Floor, 601 Poydras Street, New Orleans, Louisiana 70130, reported on Tuesday, April 12th, 2011.

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                                    Reported By:
SAMUEL JOHN DeFRANCO                April 12, 2011  DIANE TEWIS CLARK, RPR, RMR, CRR

Page 399

```
 1              Page 9.
 2      MS. HARDING:
 3              I'm sorry.
 4      THE WITNESS:
 5              You don't mind if I look at the
 6   document to see what it is?
 7   EXAMINATION BY MR. HILL:
 8      Q.      I would like you to just focus
 9   on Page 9, if you don't mind.  I know it's
10   not your document so I don't expect you
11   know --
12      MS. HARDING:
13              I object to form.
14      THE WITNESS:
15              Yes, sir, go ahead.
16   EXAMINATION BY MR. HILL:
17      Q.      Have you looked at the table
18   there?
19      A.      Not really.
20      Q.      Have you ever --
21      A.      I mean, I scanned it here.
22      Q.      Look at the table.
23      A.      Okay, I will look at it.
24      Q.      According to this document,
25   which is identified as BP -- or on this page
```

Case 2:10-md-02179-CJB-DPC   Document 4067-11   Filed 09/19/11   Page 4 of 6

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                    Reported By:
SAMUEL JOHN DeFRANCO                    April 12, 2011   DIANE TEWIS CLARK, RPR, RMR, CRR

Page 400

```
 1   of the document as BP-HZN-Bly00173436, there
 2   is a sand name named Sand M57B.  Do you see
 3   that?
 4         A.    I do.
 5         Q.    It's identified as having a pore
 6   pressure of 14.15?
 7         A.    Yes, sir.
 8         Q.    And it even provides the top and
 9   bottom of the formations based on two
10   different measuring tools; is that correct?
11         MS. HARDING:
12               Object to form.
13         THE WITNESS:
14               Could you ask the last question
15   again?
16   EXAMINATION BY MR. HILL:
17         Q.    You see where two different
18   measuring tools identify the depth of this
19   M57B formation?
20         MS. HARDING:
21               Object to form.
22         THE WITNESS:
23               I don't know what an LWD is.
24   EXAMINATION BY MR. HILL:
25         Q.    Okay.  Do you know --
```

Case 2:10-md-02179-CJB-DPC   Document 4067-11   Filed 09/19/11   Page 5 of 6

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                                                Reported By:
SAMUEL JOHN DeFRANCO                          April 12, 2011   DIANE TEWIS CLARK, RPR, RMR, CRR

Page 401

```
 1         A.    I don't know the wire line tools
 2   either.
 3         Q.    Do you know who prepared this
 4   document?
 5         A.    I don't.
 6         Q.    You've never seen it before?
 7         A.    No, sir.
 8         Q.    Okay.  Well, assuming we can
 9   take it at its word, there is a reference
10   here that says that this M57B sand is
11   identified as hydrocarbon on June 2010, you
12   see that?
13         A.    Yes, I do.
14       MS. HARDING:
15             Object to form.
16   EXAMINATION BY MR. HILL:
17         Q.    Is that what the document says?
18         A.    It says identified as
19   hydrocarbon, June 2010, not a measured
20   pressure.
21         Q.    And then down at the bottom
22   there's a note, it says:  "All data comes
23   from BP petrophysical review done by 25 May,
24   2010."
25             Do you see that?
```

Case 2:10-md-02179-CJB-DPC   Document 4067-11   Filed 09/19/11   Page 6 of 6

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                               Reported By:
SAMUEL JOHN DeFRANCO                  April 12, 2011   DIANE TEWIS CLARK, RPR, RMR, CRR

Page 402

1    A.    Yes, I do, sir.

2    Q.    Do you have any understanding as
3  to who would have done a BP petrophysical
4  review?

5    A.    I don't.

6    Q.    Now, if we go back to -- if we
7  go back to Page 127, I think was the -- we
8  will just stick with 127 since that graphic
9  is in the section that you were subsequently
10 responsible for assisting with; correct?

11   A.    Uh-huh (indicating
12 affirmatively).

13   MS. HARDING:
14         Object -- object to form.

15 EXAMINATION BY MR. HILL:

16   Q.    I want to make sure I understand
17 what's being depicted here, okay?  This is
18 essentially, if I understand this correctly,
19 this is the position of the hydrocarbons in
20 the wellbore as of a specific point in time,
21 2138 hours; correct?

22   A.    Yes, sir.

23   Q.    And this is BP's depiction of
24 that; correct?

25   A.    Yeah, if the BOP was closed.