# Exhibit C

From: Bodek, Robert
Sent: Tue Apr 13 16:53:58 2010
To: Skripnikova, Galina
Cc: Ritchie, Bryan; Bondurant, Charles H; Morel, Brian P; Walz, Gregory S; Cocales, Brett W; Guide, John; Hafle, Mark E
Subject: RE: Top hydrocrabon bearing zone?
Importance: Normal

I can buy that. Tha't the shallowest sand that we see legitimate DEN/NEU cross-over on the triple combo log

Bobby

From: Skripnikova, Galina
Sent: Tuesday, April 13, 2010 11:51 AM
To: Bodek, Robert
Cc: Ritchie, Bryan; Bondurant, Charles H; Morel, Brian P; Walz, Gregory S; Cocales, Brett W; Guide, John; Hafle, Mark E
Subject: RE: Top hydrocrabon bearing zone?

I think the shallowest HC sand is at 17,803 md

From: Bodek, Robert
Sent: Tuesday, April 13, 2010 11:30 AM
To: Skripnikova, Galina
Cc: Ritchie, Bryan; Bondurant, Charles H; Morel, Brian P; Walz, Gregory S; Cocales, Brett W; Guide, John; Hafle, Mark E
Subject: Top hydrocrabon bearing zone?

Galina,
The drilling team, in their cement procedure preparations, needs to know the depth of the shallowest hydrocarbon-bearing interval in the open hole. From your calculations, could you provide the depth of the shallowest hydrocarbon zone and 'reply all' to this email.
Thanks!

**Bobby Bodek**
BP America Inc.
*Geological Operations Coordinator*
Gulf of Mexico Exploration - Tiger Team
(o) 281.366.3862
(c) 713.213.7553

3512
Exhibit No. _____
Worldwide Court Reporters, Inc.

Confidential                                                       BP-HZN-MBI 00126428

# Exhibit D

From: McAughan, Kelly
Sent: Tue Apr 13 01:41:13 2010
To: Bodek, Robert; Skripnikova, Galina
Cc: Bondurant, Charles H; Albertin, Martin L.; Bellow, Jonathan M
Subject: RE: MDT pressures...how many do we need?
Importance: Normal
Attachments: RE: Fluid Sampling

Attached is the email I sent earlier with the three points.

---

**From:** Bodek, Robert
**Sent:** Monday, April 12, 2010 8:27 PM
**To:** Skripnikova, Galina
**Cc:** Bondurant, Charles H; Albertin, Martin L.; Bellow, Jonathan M; McAughan, Kelly
**Subject:** Re: MDT pressures...how many do we need?

I believe that Kelly sent out a list of three pressures that we would like to get above the main pay on the way out of the hole. The drilling team needs these for future well planning. Kelly please confirm the the rig has the three depths that we discussed this afternoon.

Sent from my iPhone

On Apr 12, 2010, at 8:25 PM, "Skripnikova, Galina" < Galina.Skripnikova@bp.com> wrote:
> I agree with Chuck, we should try to take pressure at 17805 md sand. Unfortunately, I don't see any more potential candidates above the main pay - maybe one at 17,765 md (if to assume CMR is a bit off depth with Density).
>
> Then we will take some pressures in M56.
>
> Thanks

---

**From:** Bondurant, Charles H
**Sent:** Monday, April 12, 2010 7:17 PM
**To:** Bodek, Robert; Albertin, Martin L.
**Cc:** Skripnikova, Galina; Bellow, Jonathan M
**Subject:** RE: MDT pressures...how many do we need?
3 trys should suffice with wireline. They should be able to target a gnat on the back of a donkey right?

Chuck Bondurant
BP Geologist EGoMX
 Westlake 4 02065B
 Office # (281) 366-7848

CONFIDENTIAL
BP-HZN-2179MDL00005587

**From:** Bodek, Robert
**Sent:** Monday, April 12, 2010 7:10 PM
**To:** Albertin, Martin L.
**Cc:** Bondurant, Charles H; Skripnikova, Galina; Bellow, Jonathan M
**Subject:** Re: MDT pressures...how many do we need?

How long are we talking for each "attempt"? I'm thinking after 3 tries, we move on. All the 'sands' we're targeting aren't more than a few feet thick. I think three tries/sand is reasonable. Thoughts??

Sent from my iPhone

On Apr 12, 2010, at 7:08 PM, "Albertin, Martin L." < Martin.Albertin@bp.com> wrote:
> Chuck is right. To improve the final PPFG interpretation, we could sure use more pressure measurements.
> Marty
>
>> **From:** Bondurant, Charles H
>> **Sent:** Monday, April 12, 2010 6:50 PM
>> **To:** McAughan, Kelly; Lacy, Stuart C (QO Inc.); Albertin, Martin L.; Bellow, Jonathan M; Bodek, Robert; Depret, Pierre-Andre ; Nguyen, Binh Van; Ritchie, Bryan; Skripnikova, Galina
>> **Subject:** RE: Macondo Update 4 pm
>>
>> With BP looking forward to a couple development wells it would very beneficial to understand pressures above our M56 reservoir. Pressure data points (that we understand) come in very handy when planning a well. Taking pressure readings from our previous Geotap points is critical. Not that we should spend all night if the well bore pressures were behaving like earlier today. I feel a more important pressure reading would be from the potential pay sand (stringer) at 17805. This sand should provide a decent sand pressure above our M56 sands and may help us understand the pressure at the geotap point around the 17700 sand.
>>
>> Chuck Bondurant
>> BP Geologist EGoMX
>> Westlake 4 02065B
>> Office # (281) 366-7848
>>
>>> **From:** McAughan, Kelly
>>> **Sent:** Monday, April 12, 2010 6:09 PM
>>> **To:** Lacy, Stuart C (QO Inc.); Albertin, Martin L.; Bellow, Jonathan M; Bodek, Robert; Bondurant, Charles H; Depret, Pierre-Andre ; Nguyen, Binh Van; Ritchie, Bryan; Skripnikova, Galina
>>> **Subject:** RE: Macondo Update 4 pm
>>>
>>> Thanks for the diary Stuart!
>>> I think we shouldn't spend too much time on those upper thin-bedded pressures and maybe one other attempt and that would be sufficient for a good try. Bobby chime in if you disagree.
>>>
>>>> **From:** Lacy, Stuart C (QO Inc.)
>>>> **Sent:** Monday, April 12, 2010 4:12 PM
>>>> **To:** Albertin, Martin L.; Bellow, Jonathan M; Bodek, Robert; Bondurant, Charles H; Depret, Pierre-Andre ; McAughan, Kelly; Nguyen, Binh Van; Ritchie, Bryan; Skripnikova, Galina
>>>> **Subject:** Macondo Update 4 pm
>>>>
>>>> Chaps,

CONFIDENTIAL

BP-HZN-2179MDL00005588

Latest wireline diary update, we're on the second sample point @ 18,086' md and filling the large chamber (it takes a while!). I guess we'll be here another couple of hrs before moving on to the next sample depth @ 18,140' md. Attempts to pump faster lead to plugging the tool.
We'll attempt to get pressures in the thin sands you mentioned on the way out - how much time / how many attempts do you want us to expend? Hopefully we'll get lucky and get straight onto them.
 << File: Macondo MC252 #1 Run 1 Wireline Diary.doc >>
Stuart Lacy
Wellsite Geologist
Macondo  MC252 #1
Deepwater Horizon
281-366-7744

CONFIDENTIAL

BP-HZN-2179MDL00005589

# Exhibit E

From: Bodek, Robert
Sent: Thu Apr 15 13:19:23 2010
To: 'Chandler, Paul'; 'Kamm, John'; 'Naoki Ishii'; 'Quitzau, Robert'
Cc: Ritchie, Bryan; Bondurant, Charles H; Depret, Pierre-Andre ; Nguyen, Binh Van; Skripnikova, Galina; Hafle, Mark E; Morel, Brian P; Guide, John; Cocales, Brett W; Walz, Gregory S; Sims, David C; Beirne, Michael; Patel, Aimee; Vinson, Graham (Pinky); Albertin, Martin L.; Bellow, Jonathan M
Subject: Evaluation complete at Macondo
Importance: Normal

Macondo Partners,
Please be advised that all evaluation is now complete on the Macondo well. At 0700hrs this morning, we finished pulling out of the hole with the last rotary sidewall cores. We cut 40 cores over the course of last night. We are currently laying down the tool and evaluating the total sidewall core recovery. Rotary sidewall cores have been/are going to be processed on location and sent to Omni (Weatherford) Labs in Houston for further analysis. Additional data, including core photographs, should come available next week. Other data including MWD/LWD logs, mud logs, and wireline logs have been posted in WellSpace. Wireline logs are in the 'wireline info' folder and include the graphic, digital, and DLIS files (when applicable) for the triple combo, CMR, ECS, OBMI, MDT, VSP, and CSS. The final Pencore field fluids report, as well as the final Schlumberger MDT summary spreadsheet are also in the 'wireline info' folder. Please look over the posted data and let me know if there's any additional questions, comments, concerns, or requests.
Regards,

*Bobby Bodek*

**BP America Inc.**
*Geological Operations Coordinator*
**Gulf of Mexico Exploration - Tiger Team**
**(o) 281.366.3862**
**(c) 713.213.7553**

CONFIDENTIAL

BP-HZN-2179MDL00002647