1                  UNITED STATES DISTRICT COURT

2                  EASTERN DISTRICT OF LOUISIANA

3
   ********************************************************************
4
   IN RE:  OIL SPILL BY THE
5  OIL RIG *DEEPWATER HORIZON*
   IN THE GULF OF MEXICO ON
6  APRIL 20, 2010

7                            CIVIL ACTION NO. 10-MD-2179 "J"
                             NEW ORLEANS, LOUISIANA
8                            FRIDAY, SEPTEMBER 16, 2011, 9:08 A.M.

9
   THIS DOCUMENT RELATES TO
10 ALL CASES

11 ********************************************************************

12

13           TRANSCRIPT OF MONTHLY STATUS CONFERENCE PROCEEDINGS
              HEARD BEFORE THE HONORABLE CARL J. BARBIER
14                    UNITED STATES DISTRICT JUDGE

15
   APPEARANCES:
16

17
   FOR THE PLAINTIFFS'
18 LIAISON COUNSEL:             DOMENGEAUX WRIGHT ROY & EDWARDS
                                BY:  JAMES P. ROY, ESQUIRE
19                              P. O. BOX 3668
                                556 JEFFERSON STREET
20                              LAFAYETTE, LA  70502

21
                                HERMAN HERMAN KATZ & COTLAR
22                              BY:  STEPHEN J. HERMAN, ESQUIRE
                                820 O'KEEFE AVENUE
23                              NEW ORLEANS, LA  70113

24

25

```
 1   APPEARANCES CONTINUED:

 2

 3   FOR THE PLAINTIFFS:      BREIT DRESCHER IMPREVENTO & WALKER
                              BY:  JEFFREY A. BREIT, ESQUIRE
 4                            1000 DOMINION TOWER
                              999 WATERSIDE DRIVE
 5                            NORFOLK, VA  23510

 6

 7                            LEVIN PAPANTONIO THOMAS MITCHELL
                              RAFFERTY & PROCTOR
 8                            BY:  BRIAN H. BARR, ESQUIRE
                              316 SOUTH BAYLEN STREET, SUITE 600
 9                            PENSACOLA, FL  32502

10

11                            CUNNINGHAM BOUNDS
                              BY:  ROBERT T. CUNNINGHAM, ESQUIRE
12                            1601 DAUPHIN STREET
                              MOBILE, AL  36604
13

14

15                            LIEFF CABRASER HEIMANN & BERNSTEIN
                              BY:  ELIZABETH J. CABRASER, ESQUIRE
16                            275 BATTERY STREET, 29TH FLOOR
                              SAN FRANCISCO, CA  94111

17

18                            WILLIAMSON & RUSNAK
                              BY:  JIMMY WILLIAMSON, ESQUIRE
19                            4310 YOAKUM BOULEVARD
                              HOUSTON, TX  77006
20

21

22                            WATTS GUERRA CRAFT
                              BY:  MIKAL C. WATTS, ESQUIRE
23                            4 DOMINION DRIVE
                              BUILDING 3, SUITE 100
24                            SAN ANTONIO, TX  78257

25
```

1   APPEARANCES CONTINUED:

2

3                               WEITZ & LUXENBERG
                                BY:  ROBIN L. GREENWALD, ESQUIRE
4                               700 BROADWAY
                                NEW YORK CITY, NY  10003
5

6
                                MORGAN & MORGAN
7                               BY:  ALPHONSO M. ESPY, ESQUIRE
                                     FRANK M. PETOSA, ESQUIRE
8                               188 EAST CAPITOL STREET, SUITE 777
                                JACKSON, MS  39201
9

10
                                MARTÍNEZ, GONZALES, KALBAC & KANE
11                              BY:  ERVIN A. GONZALEZ, ESQUIRE
                                255 ALHAMBRA CIRCLE, PENTHOUSE
12                              CORAL GABLES, FL  33134

13

14                              COSSICH SUMICH PARSIOLA & TAYLOR
                                BY:  PHILIP F. COSSICH, JR., ESQUIRE
15                              8397 HIGHWAY 23, SUITE 100
                                BELLE CHASSE, LA  70037
16

17
                                DEGRAVELLES PALMINTIER HOLTHAUS & FRUGE
18                              BY:  MICHAEL C. PALMINTIER, ESQUIRE
                                618 MAIN STREET
19                              BATON ROUGE, LA  70801

20

21                              BEASLEY ALLEN CROW METHVIN
                                PORTIS & MILES
22                              BY:  RHON E. JONES, ESQUIRE
                                POST OFFICE BOX 4160
23                              MONTGOMERY, AL  36013

24

25

```
 1  APPEARANCES CONTINUED:

 2

 3                            FAYARD & HONEYCUTT
                             BY:  CALVIN C. FAYARD, JR., ESQUIRE
 4                            519 FLORIDA AVENUE SW
                             DENHAM SPRINGS, LA 70726
 5

 6                            MARTZELL & BICKFORD
 7                            BY:  SCOTT R. BICKFORD, ESQUIRE
                             338 LAFAYETTE STREET
 8                            NEW ORLEANS, LA  70130

 9

10                            LUNDY, LUNDY, SOILEAU & SOUTH
                             BY:  MATTHEW E. LUNDY, ESQUIRE
11                            501 BROAD STREET
                             LAKE CHARLES, LA  70601
12

13
    FOR STATE INTERESTS:     ALABAMA ATTORNEY GENERAL'S OFFICE
14                            BY:  LUTHER STRANGE, ESQUIRE
                                  COREY L. MAZE, ESQUIRE
15                            500 DEXTER AVENUE
                             MONTGOMERY, AL  36130
16

17
    FOR THE STATE OF
18  LOUISIANA:               KANNER & WHITELEY
                             BY:  ALLAN KANNER, ESQUIRE
19                            701 CAMP STREET
                             NEW ORLEANS, LA  70130
20

21
                             HENRY DART
22                            ATTORNEYS AT LAW
                             510 NORTH JEFFERSON STREET
23                            COVINGTON, LA  70433

24

25
```

```
 1   APPEARANCES CONTINUED:

 2


 3   FOR THE FEDERAL
     GOVERNMENT INTERESTS:      U.S. DEPARTMENT OF JUSTICE
 4                              TORTS BRANCH, CIVIL DIVISION
                                BY:  R. MICHAEL UNDERHILL, ESQUIRE
 5                              450 GOLDEN GATE AVENUE
                                7TH FLOOR, ROOM 5395
 6                              SAN FRANCISCO, CA  94102

 7


 8   FOR TRANSOCEAN HOLDINGS
     LLC, TRANSOCEAN
 9   OFFSHORE DEEPWATER
     DRILLING INC., AND
10   TRANSOCEAN DEEPWATER
     INC.:                      FRILOT
11                              BY:  KERRY J. MILLER, ESQUIRE
                                ENERGY CENTRE, 36TH FLOOR
12                              1100 POYDRAS STREET
                                NEW ORLEANS, LA  70163

13


14
                                ROYSTON RAYZOR VICKERY & WILLIAMS
15                              BY:  JOHN M. ELSLEY, ESQUIRE
                                PENNZOIL PLACE
16                              711 LOUISIANA STREET, SUITE 500
                                HOUSTON, TX  77002

17


18
                                SUTHERLAND ASBILL & BRENNAN
19                              BY:  STEVEN L. ROBERTS, ESQUIRE
                                     RACHEL G. CLINGMAN, ESQUIRE
20                              1001 FANNIN STREET, SUITE 3700
                                HOUSTON, TX  77002

21


22
                                GOFORTH LEWIS
23                              BY:  DANIEL O. GOFORTH, ESQUIRE
                                4900 WOODWAY, SUITE 750
24                              HOUSTON, TX 77056

25
```

```
 1  APPEARANCES CONTINUED:

 2

 3  FOR BP AMERICA INC.,
    BP AMERICA PRODUCTION
 4  COMPANY, BP COMPANY
    NORTH AMERICA INC.,
 5  BP CORPORATION NORTH
    AMERICA INC.,
 6  BP EXPLORATION &
    PRODUCTION INC.,
 7  BP HOLDINGS NORTH
    AMERICA LIMITED,
 8  BP PRODUCTS NORTH
    AMERICA INC.:           LISKOW & LEWIS
 9                          BY:  DON K. HAYCRAFT, ESQUIRE
                            ONE SHELL SQUARE
10                          701 POYDRAS STREET
                            SUITE 5000
11                          NEW ORLEANS, LA  70139

12

13                          KIRKLAND & ELLIS
                            BY:  J. ANDREW LANGAN, ESQUIRE
14                               RYAN S. BABIUCH, ESQUIRE
                            300 N. LASALLE
15                          CHICAGO, IL  60654

16

17                          KIRKLAND & ELLIS
                            BY:  ROBERT R. GASAWAY, ESQUIRE
18                          655 FIFTEENTH STREET, N.W.
                            WASHINGTON, DC  20005
19

20                          COVINGTON & BURLING
21                          BY:  ALLAN B. MOORE, ESQUIRE
                                 CHRISTOPHER J. WENK, ESQUIRE
22                          1201 PENNSYLVANIA AVENUE, NW
                            WASHINGTON, DC  20004
23

24                          COVINGTON & BURLING
                            BY:  DAVID B. GOODWIN, ESQUIRE
25                          ONE FRONT STREET
                            SAN FRANCISCO, CA  04111
```

```
 1   APPEARANCES CONTINUED:

 2


 3   FOR CAMERON INTERNATIONAL
     CORPORATION:                STONE PIGMAN WALTHER WITTMANN
 4                               BY:  PHILLIP A. WITTMANN, ESQUIRE
                                      CARMELITE M. BERTAUT, ESQUIRE
 5                               546 CARONDELET STREET
                                 NEW ORLEANS, LA 70130
 6


 7

                                 BECK REDDEN & SECREST
 8                               BY:  DAVID J. BECK, ESQUIRE
                                 ONE HOUSTON CENTER
 9                               1221 MCKINNEY STREET, SUITE 4500
                                 HOUSTON, TX  77010
10


11
     FOR HALLIBURTON
12   ENERGY SERVICES, INC.:  GODWIN RONQUILLO
                                 BY:  DONALD E. GODWIN, ESQUIRE
13                                    JENNY L. MARTINEZ, ESQUIRE
                                      STEFANIE K. MAJOR, ESQUIRE
14                               1201 ELM STREET, SUITE 1700
                                 DALLAS, TX  75270
15


16

                                 GODWIN RONQUILLO
17                               BY:  R. ALAN YORK, ESQUIRE
                                 1331 LAMAR, SUITE 1665
18                               HOUSTON, TX  77010

19


20   FOR ANADARKO
     PETROLEUM CORPORATION,
21   ANADARKO E&P COMPANY
     LP:                         KUCHLER POLK SCHELL
22                               WEINER & RICHESON
                                 BY:  DEBORAH D. KUCHLER, ESQUIRE
23                               1615 POYDRAS STREET, SUITE 1300
                                 NEW ORLEANS, LA  70112
24


25
```

```
 1   APPEARANCES CONTINUED:

 2

 3                              BINGHAM MCCUTCHEN
                               BY:  JAMES J. DRAGNA, ESQUIRE
 4                             355 SOUTH GRAND AVENUE, SUITE 4400
                               LOS ANGELES, CA  90071
 5

 6                              BINGHAM MCCUTCHEN
 7                             BY:  KY E. KIRBY, ESQUIRE
                                    WARREN A. FITCH, ESQUIRE
 8                                  DAVID B. SALMONS, ESQUIRE
                                    RANDALL M. LEVINE, ESQUIRE
 9                             2020 K STREET, NW
                               WASHINGTON, DC  20006
10

11   FOR MOEX OFFSHORE
12   2007 LLC:                 PILLSBURY WINTHROP SHAW PITTMAN
                               BY:  EDWARD FLANDERS, ESQUIRE
13                             1540 BROADWAY
                               NEW YORK, NY  10036
14

15   FOR M-I L.L.C.:           MORGAN, LEWIS & BOCKIUS
16                             BY:  HUGH E. TANNER, ESQUIRE
                                    DENISE SCOFIELD, ESQUIRE
17                                  JAMES B. TARTER, ESQUIRE
                               1000 LOUISIANA STREET, SUITE 4000
18                             HOUSTON, TX  77002

19

20   FOR TRANSOCEAN
     EXCESS UNDERWRITERS:      PHELPS DUNBAR
21                             BY:  GEORGE M. GILLY, ESQUIRE
                                    EVANS M. MCLEOD, ESQUIRE
22                             CANAL PLACE
                               365 CANAL STREET, SUITE 2000
23                             NEW ORLEANS, LA  70130

24

25
```

09:53AM

```
 1   APPEARANCES CONTINUED:

 2

 3   FOR O'BRIEN'S RESPONSE
     MANAGEMENT, INC.,
 4   SEACOR HOLDINGS, INC.,
     SEACOR OFFSHORE LLC,
 5   SEACOR MARINE, LLC,
     SEACOR WORLDWIDE, INC.,
 6   SEACOR MARINE, INC.,
     SEACOR MARINE
 7   INTERNATIONAL, INC.,
     AND SIEMENS FINANCIAL,
 8   INC.:                    WEIL GOTSHAL & MANGES
                              BY:  MICHAEL J. LYLE, ESQUIRE
 9                            1300 I ST., NW, SUITE 900
                              WASHINGTON, DC  20005
10

11                            WEIL GOTSHAL & MANGES
                              BY:  JEREMY T. GRABILL, ESQUIRE
12                            767 FIFTH AVENUE
                              NEW YORK, NY  10153
13

14
     DYNAMIC AVIATION
15   GROUP, INC:              GEIGER LABORDE & LAPEROUSE
                              BY:  LEO R. McALOON, III, ESQUIRE
16                            ONE SHELL SQUARE
                              701 POYDRAS STREET, SUITE 4800
17                            NEW ORLEANS, LA  70139

18

19   FOR WEATHERFORD U.S.,
     L.P.:                    JONES WALKER
20                            BY:  GARY J. RUSSO, ESQUIRE
                              600 JEFFERSON STREET, SUITE 1600
21                            LAFAYETTE, LA 70501

22

23   FOR NATIONAL RESPONSE
     CORPORATION:             MONTGOMERY BARNETT
24                            BY:  PATRICK E. O'KEEFE, ESQUIRE
                              ENTERGY CENTRE
25                            1100 POYDRAS STREET, SUITE 3300
                              NEW ORLEANS, LA  70163
```

```
 1   APPEARANCES CONTINUED:

 2

 3   FOR DRIL-QUIP,
     INC.:                   WARE, JACKSON, LEE & CHAMBERS
 4                           BY:  DON JACKSON, ESQUIRE
                                  C. DENNIS BARROW, JR., ESQUIRE
 5                                WENDY W. BISHOP, ESQUIRE
                             2929 ALLEN PARKWAY, 42ND FLOOR
 6                           HOUSTON, TEXAS 77019

 7

 8   FOR MDL 2185:           MITHOFF LAW FIRM
                             BY:  WILLIAM STRADLEY, ESQUIRE
 9                           3450 ONE ALLEN CENTER
                             500 DALLAS STREET
10                           HOUSTON, TX  77002

11

12   SPECIAL MASTER:         PROFESSOR FRANCIS E. MCGOVERN
                             DUKE UNIVERSITY SCHOOL OF LAW
13                           CORNER OF SCIENCE & DRIVES
                             BOX 90362
14                           DURHAM, NC 27708

15

16   ALSO PRESENT:           [PLEASE SEE SIGN-IN SHEETS FILED IN THE
                             RECORD]

17

18

19   OFFICIAL COURT REPORTER:    CATHY PEPPER, CRR, RMR, CCR
                                 CERTIFIED REALTIME REPORTER
20                               500 POYDRAS STREET, ROOM HB406
                                 NEW ORLEANS, LA  70130
21                               (504) 589-7779
                                 Cathy_Pepper@laed.uscourts.gov

22

23   PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
     PRODUCED BY COMPUTER.
24

25
```

# I N D E X

PAGE

RECORD DOCUMENT 3986, ORDER REGARDING THE SHARED      16
DATABASE.............................................
PRETRIAL ORDER 41....................................  16
CONDITIONAL TRANSFER ORDER REPORT AND TRANSFER STATUS..  17
STATUS OF THE STATE CASES............................  18
JUDGE ELLISON'S 2185 MDL.............................  20
REPORT ON WRITTEN AND DEPOSITION DISCOVERY...........  22
BOP STATUS...........................................  23
CEMENT TESTING.......................................  24
VESSELS OF OPPORTUNITY CASES.........................  26
INSURANCE COVERAGE CASES.............................  28
SHORT FORM FILINGS AND DISMISSAL ISSUES..............  28
BP'S MOTION FOR ENTRY OF AN ORDER RELATING TO THE USE  31
OF SAMPLE REFERENCE MATERIAL IN SUPPORT OF SPILL
IMPACT RESEARCH, WHICH CLARIFIES PRETRIAL ORDER
NUMBER 1.............................................
PENDING MOTION BY TRANSOCEAN FOR ENTRY OF DEFAULT......  33
NUMBER OF PENDING MOTIONS FOR LEAVE TO FILE LATE-FILED  33
CLAIMS, TO ALLOW LATE-FILED CLAIMS...................
NEXT STATUS CONFERENCE WILL BE FRIDAY, OCTOBER 21ST,   36
AT 9:30 A.M..........................................

**P-R-O-C-E-E-D-I-N-G-S**

FRIDAY, SEPTEMBER 16, 2011

M O R N I N G   S E S S I O N

(COURT CALLED TO ORDER)

08:32AM  THE DEPUTY CLERK:  All rise.

08:32AM  THE COURT:  Good morning, everyone.

08:32AM  VOICES:  Good morning, Your Honor.

08:32AM  THE COURT:  Stephanie, you can call the case.

08:32AM  THE DEPUTY CLERK:  MDL Number 10-2179, *In re:  Oil Spill*
08:32AM  *By the Oil Rig Deepwater Horizon in the Gulf of Mexico on*
08:32AM  *April 20, 2010.*

08:32AM  THE COURT:  All right.  If counsel would make your
08:32AM  appearances, please.  Remember that we do have people listening
08:32AM  in on the phone.  They cannot speak.  They are in a listen-only
08:33AM  mode.  But it's important that you speak into microphones
08:33AM  whenever you're speaking so that those folks and everyone in the
08:33AM  courtroom can hear you.

08:33AM  MR. HERMAN:  Good morning, Your Honor.  Steve Herman for
08:33AM  the plaintiffs.

08:33AM  MR. FAYARD:  Good morning, Your Honor.  Calvin Fayard
08:33AM  for the PSC.

08:33AM  MR. STRANGE:  Good morning, Your Honor.  Luther Strange,
08:33AM  coordinating counsel for the States and Alabama.

08:33AM 1          MR. BREIT:  Behind Luther, Jeffrey Breit for the PSC.

08:33AM 2          THE COURT:  That's a bad place to be, behind Luther.

08:33AM 3   I'll never see you, Mr. Breit.

08:33AM 4          MR. UNDERHILL:  There was a shadow somewhere behind

08:33AM 5   Attorney General Strange, Your Honor.

08:33AM 6                Mike Underhill on behalf of the United States.

08:33AM 7          MR. BARR:  Good morning, Your Honor.  Brian Barr on

08:33AM 8   behalf of the PSC.

08:33AM 9          MR. ROY:  Good morning, Your Honor.  Jim Roy with the

08:33AM 10  PSC.

08:33AM 11         MR. WATTS:  Good morning, Your Honor.  Mikal Watts for

08:33AM 12  the PSC.

08:33AM 13         MR. LUNDY:  Good morning, Your Honor.  Matt Lundy, PSC.

08:34AM 14         MR. COSSICH:  Good morning, Judge.  Phil Cossich, PSC.

08:34AM 15         MR. JONES:  Rhon Jones, PSC.

08:34AM 16         MR. ESPY:  Good morning, Your Honor.  Mike Espy for the

08:34AM 17  PSC.

08:34AM 18         MR. FLANDERS:  Good morning, Your Honor.  Ed Flanders

08:34AM 19  for MOEX.

08:34AM 20         MS. LEMENSE:  Good morning, Your Honor.  Julia LeMense

08:34AM 21  for Robin Greenwald, PSC.

08:34AM 22         MR. PALMINTIER:  Good morning, Judge.  Mike Palmintier

08:34AM 23  for the PSC.

08:34AM 24         MR. GONZALEZ:  Good morning, Judge.  Ervin Gonzalez,

08:34AM 25  PSC.

08:34AM  1          MS. CABRASER:  Good morning, Your Honor.

08:34AM  2     Elizabeth Cabraser, PSC.

08:34AM  3          MR. CUNNINGHAM:  Good morning, Your Honor.

08:34AM  4     Robert Cunningham, PSC.

08:34AM  5          MR. RUSSO:  Good morning, Your Honor.  Gary Russo,

08:34AM  6     Weatherford.

08:34AM  7          MR. GOFORTH:  Good morning, Your Honor.  Dan Goforth,

08:34AM  8     Transocean.

08:34AM  9          MS. SCOFIELD:  Good morning.  Denise Scofield for M-I.

08:34AM 10          MR. TANNER:  Good morning, Your Honor.  Hugh Tanner,

08:34AM 11     M-I.

08:34AM 12          MR. GASAWAY:  Good morning, Your Honor.  Rob Gasaway for

08:34AM 13     BP.

08:34AM 14          MR. SHUGRUE:  Good morning, Your Honor.  John Shugrue

08:35AM 15     for Anadarko.

08:35AM 16          MR. SOLOMONS:  Good morning, Your Honor.  David Solomons

08:35AM 17     for Anadarko.

08:35AM 18          MR. GOODWIN:  Good morning, Your Honor.  David Goodwin

08:35AM 19     for BP.

08:35AM 20          MR. WENK:  Good morning, Your Honor.  Christopher Wenk

08:35AM 21     for BP.

08:35AM 22          MR. BARROW:  Good morning, Your Honor.  Dennis Barrow

08:35AM 23     for Dril-Quip.

08:35AM 24          MR. LYLE:  Good morning, Your Honor.  Michael Lyle for

08:35AM 25     Seacor, O'Brien's, and NRC.

08:35AM 1          MR. GRABILL:  Good morning, Your Honor.  Jeremy Grabill

08:35AM 2     for Seacor, O'Brien's, and NRC, as well.

08:35AM 3          MS. CLINGMAN:  Good morning.  Rachel Clingman,

08:35AM 4     Transocean.

08:35AM 5          MR. ROBERTS:  Good morning, Judge.  Steve Roberts,

08:35AM 6     Transocean.

08:35AM 7          MR. MILLER:  And Kerry Miller, Transocean.

08:35AM 8          MS. MARTINEZ:  Jenny Martinez, Halliburton.

08:35AM 9          MR. GODWIN:  Good morning, Your Honor.  Don Godwin for

08:35AM 10    Halliburton.

08:35AM 11         MR. YORK:  Alan York for Halliburton.

08:35AM 12         MS. KIRBY:  Ky Kirby for Anadarko.

08:35AM 13         MR. DRAGNA:  Good morning, Judge.  Jim Dragna, Anadarko.

08:35AM 14         MR. WITTMANN:  Phil Wittmann, Cameron.

08:35AM 15         MR. BECK:  David Beck, Your Honor, Cameron.

08:35AM 16         MR. MOORE:  Allan Moore, BP.

08:35AM 17         MR. HAYCRAFT:  Don Haycraft, BP.

08:36AM 18         MR. LANGAN:  Andy Langan for BP, Your Honor.

08:36AM 19         THE COURT:  All right.  Good morning to all of you and

08:36AM 20    to all of the attendees.

08:36AM 21              I think we have a relatively short status

08:36AM 22    conference agenda this morning, following which we'll entertain

08:36AM 23    the oral arguments on the two sets of motions that are scheduled

08:36AM 24    for today.

08:36AM 25              So, first, I'll just mention a couple of recently

08:36AM 1   issued orders.  That's not the Record Document Number.  The first

08:36AM 2   one is actually Record Document 3986, which is the order that I

08:36AM 3   recently entered at the request of counsel regarding the shared

08:36AM 4   database.

08:36AM 5          I mentioned this morning to liaison counsel that

08:36AM 6   it's important that counsel contact and confer with our Clerk's

08:36AM 7   office on that, because there are some, I won't say concerns, but

08:37AM 8   there are some technical issues that I think they can help you

08:37AM 9   all work out and make your task easier in that respect.

08:37AM 10         Then I issued, also this week, Pretrial Order 41,

08:37AM 11  which is Case Management Order Number 3, which basically adopts

08:37AM 12  the so-called *Trial Plan* that had been under discussion for some

08:37AM 13  time.

08:37AM 14         I believe that there are a couple of concerns or

08:37AM 15  issues about one particular part of that.  Where is

08:37AM 16  Mr. Underhill?  Do you want to say anything?  I know what your

08:37AM 17  concerns are, and we'll -- yes.

08:37AM 18         MR. UNDERHILL:  Mike Underhill on behalf of the

08:37AM 19  United States, Your Honor.

08:37AM 20         We just had a question of clarification, and that

08:37AM 21  was that the way that the Trial Plan was phrased, it appeared

08:38AM 22  that only the PSC was presenting the evidence.  We assumed that

08:38AM 23  was an oversight, so we'd request the Court kindly, and we can

08:38AM 24  submit proposed language that would add the United States and the

08:38AM 25  States to that so we're all appearing there and it's clear to

08:38AM 1  everyone what our roles are.

08:38AM 2       THE COURT:  I think, as I mentioned in liaison counsel

08:38AM 3  meeting earlier today, that it was not the Court's intention to

08:38AM 4  do that.  I didn't focus on that particular part, honestly.  I'll

08:38AM 5  blame that on Miss Kirby over there, since I largely adopted her

08:38AM 6  Trial Plan, with some tweaking.  Anyway, we'll get that

08:38AM 7  addressed.

08:38AM 8       MR. UNDERHILL:  Thank you.  That saves my job, by the

08:38AM 9  way, so I thank the Court.  I don't thank Ky for that.  She's

08:38AM 10 usually less subtle than that.

08:38AM 11      Thank you, Your Honor.

08:38AM 12      THE COURT:  We'll try to address that and alleviate your

08:38AM 13 concerns and State counsel's concerns on that.

08:39AM 14      All right.  Conditional transfer order report and

08:39AM 15 transfer status.

08:39AM 16      MR. LANGAN:  Good morning, Your Honor.  Andy Langan for

08:39AM 17 BP.

08:39AM 18      Since our August 9th report, the Judicial Panel has

08:39AM 19 issued two more conditional transfer orders applicable to three

08:39AM 20 total cases.

08:39AM 21      In terms of what remains in dispute before the

08:39AM 22 Panel, it looks to us like there are five conditional transfer

08:39AM 23 orders involving 17 cases in which objections have been filed.

08:39AM 24 We believe the Panel will take those up at its September 27th

08:39AM 25 setting without oral argument.

08:39AM 1          Then, in addition to that, there are three more

08:39AM 2   objections that have been filed to conditional transfer orders

08:39AM 3   involving three more cases that probably won't be decided by the

08:39AM 4   Panel until its December 1st hearing, just in terms of the way

08:39AM 5   the briefing schedule is tracking.

08:39AM 6          So that's our report on that, Your Honor.

08:39AM 7          THE COURT:  All right.  As I understand, we have

08:40AM 8   approximately 500 -- or 504, actually, active cases.  There were

08:40AM 9   more than that filed, but some have been dismissed for various

08:40AM 10  reasons.

08:40AM 11         MR. LANGAN:  That's our understanding, yes.

08:40AM 12         THE COURT:  All right.  Why don't you just stay there

08:40AM 13  and talk about the status of the state cases.

08:40AM 14         MR. LANGAN:  Yes, Your Honor.  We think there are about

08:40AM 15  34 total cases related to the incident or injury response cases

08:40AM 16  in state court.  Nine of those are in the State of Texas.  Of

08:40AM 17  those cases in Texas, we just wanted to highlight the fact that

08:40AM 18  six of them are set for trial, including a couple this fall -- or

08:40AM 19  at least one this fall that involves a post-incident worker

08:40AM 20  response injury claim.

08:40AM 21         We have been working with Special Master McGovern

08:40AM 22  and Your Honor in terms of coordinating discovery in those cases

08:40AM 23  and think that's going pretty well.

08:40AM 24         As I mentioned, in August there may come a time in

08:40AM 25  which we'll ask for some intervention by the Court in terms of

08:41AM 1    trying to make sure nothing gets ahead of what's going on here in

08:41AM 2    terms of incident-related cases, casualty-related cases.

08:41AM 3            THE COURT:  Yes.  I know there are some miscellaneous

08:41AM 4    contract-type cases, but most of those are personal injury suits

08:41AM 5    of various types.  It looks like most of the personal injury

08:41AM 6    cases are brought by response workers.

08:41AM 7            MR. LANGAN:  That's true.

08:41AM 8            THE COURT:  I know that Professor McGovern, at my

08:41AM 9    request, had had some discussions with some of the folks in the

08:41AM 10   case that was -- I think, looked like it was moving forward --

08:41AM 11           MR. LANGAN:  Right.

08:41AM 12           THE COURT:  -- a little faster than we were on that one

08:41AM 13   issue.  I think we've been able to, at least for now, have that

08:41AM 14   under control, so to speak.

08:41AM 15           I have had discussions with Judge Shushan about

08:42AM 16   this, too, in that once I issue my ruling, my order, which

08:42AM 17   hopefully will be shortly, on the B3 bundle motion to dismiss,

08:42AM 18   she and I will talk and, of course, confer with counsel about

08:42AM 19   what discovery may remain that needs to be done on those types of

08:42AM 20   cases.

08:42AM 21           MR. LANGAN:  For instance, the dispersant issues, to

08:42AM 22   take an example --

08:42AM 23           THE COURT:  Right, exactly.  That's primarily what I'm

08:42AM 24   thinking of, yes.

08:42AM 25           MR. LANGAN:  Right.

08:42AM  1          THE COURT:  Anything else?  Does anybody else need to

08:42AM  2  say anything on the state claims, pending lawsuits in state

08:42AM  3  court, that is?

08:42AM  4          All right.  The other MDL, Judge Ellison's 2185

08:42AM  5  MDL.

08:42AM  6          MR. LANGAN:  Yes, Your Honor.  We set forth the status

08:43AM  7  in the report we filed on September 13th.

08:43AM  8          Since that time, yesterday Judge Ellison did issue

08:43AM  9  an order in the derivative actions dismissing the derivative

08:43AM 10  action against BP PLC and other defendants based on the doctrine

08:43AM 11  of forum non conveniens.

08:43AM 12          So there is a post opinion.  If Your Honor would

08:43AM 13  like a copy, I'm happy to forward a copy.  But Judge Ellison did

08:43AM 14  dispose of the derivative action yesterday.

08:43AM 15          The motion to dismiss the securities litigation

08:43AM 16  remains fully briefed.

08:43AM 17          Then the ERISA case and the dividend class actions

08:43AM 18  are in the process of being briefed in the ERISA case and a

08:43AM 19  responsive pleading is due in the dividend case, I believe, on

08:43AM 20  September 22nd.

08:43AM 21          As we've said before, in the meantime we're making

08:43AM 22  our document production and depositions available to the MDL 2185

08:43AM 23  plaintiffs.  They have been invited to participate, and I think

08:43AM 24  that cooperation is going along pretty well.

08:43AM 25          THE COURT:  Do you see that the order by Judge Ellison

08:44AM  1   is going to affect that in any way?

08:44AM  2        MR. LANGAN:  I'd have to think about it.  The security

08:44AM  3   cases remain pending.  The ERISA cases remain pending.  So I

08:44AM  4   don't see us changing what we're doing.

08:44AM  5             We're going to continue to make our discovery

08:44AM  6   available to those plaintiffs as long as there is a pending MDL

08:44AM  7   there.  If that changes, we'll let Your Honor know.

08:44AM  8        THE COURT:  All right.  Is anyone here with 2185 on the

08:44AM  9   plaintiffs' side that wants to speak to that?

08:44AM 10        MR. STRADLEY:  I'm Bill Stradley with the Mithoff Law

08:44AM 11   Firm.  We represent the securities plaintiffs and individual

08:44AM 12   investors.

08:44AM 13             With respect to the order that was issued yesterday

08:44AM 14   by Judge Ellison on the derivative plaintiffs, we don't feel that

08:45AM 15   that affects our claims --

08:45AM 16        THE COURT:  You're in the securities part of that MDL?

08:45AM 17        MR. STRADLEY:  Correct.  Individual investors.

08:45AM 18        THE COURT:  So anything else you need to add?

08:45AM 19        MR. STRADLEY:  No, sir.  I think insofar as our class is

08:45AM 20   concerned, it remains pending, and we will proceed as we would

08:45AM 21   have normally.

08:45AM 22        THE COURT:  Judge Ellison has not ruled on the motions,

08:45AM 23   the Rule 12 motions in your case, correct?

08:45AM 24        MR. STRADLEY:  That's correct.  They have been fully

08:45AM 25   briefed, and they are under submission.

08:45AM 1          THE COURT:  Thank you, Mr. Stradley.

08:45AM 2          MR. STRADLEY:  Thank you, sir.

08:45AM 3          THE COURT:  Anybody else?

08:45AM 4              All right.  Report on written and deposition

08:45AM 5    discovery.

08:45AM 6          MR. HAYCRAFT:  Good morning, Judge.  As you know,

08:45AM 7    extensive discovery continues, and I'll give an update.

08:45AM 8              188 depositions now have been taken.  44 remain for

08:46AM 9    the coming two or three months.

08:46AM 10             The newest development since our last report in

08:46AM 11   August is that expert reports have begun to be produced by the

08:46AM 12   parties.  Expert depositions have begun to be scheduled.  So

08:46AM 13   everything remains well in hand.

08:46AM 14             The pace continues at a fairly staggering rate.

08:46AM 15   The report this month lists that 20 million pages have now been

08:46AM 16   produced by the numerous parties, with the United States of late

08:46AM 17   producing vast quantities of documents.

08:46AM 18             In the depositions themselves, we're up to

08:46AM 19   5,666 deposition exhibits, which is an astounding number.

08:46AM 20             As Your Honor well knows, we meet generally on

08:46AM 21   Fridays with Judge Shushan, who works through the many issues

08:47AM 22   that arise out of both the written and the deposition discovery

08:47AM 23   and issues involving the physical evidence, like the BOP and now

08:47AM 24   the preservation of the BOP.

08:47AM 25             THE COURT:  Will you all be able to survive two Fridays

08:47AM   1    without her?

08:47AM   2         MR. HAYCRAFT:  We're going through withdrawal today,

08:47AM   3    and, I don't know, next week will be tough.

08:47AM   4         THE COURT:  All right.  Well, I'm sure I can't take her

08:47AM   5    place, but I'm here if you need me.

08:47AM   6         MR. HAYCRAFT:  We'll keep that in mind, Your Honor.

08:47AM   7         THE COURT:  I'm not going anywhere.

08:47AM   8         Does anybody want to say anything on ongoing

08:47AM   9    discovery, deposition issues?

08:47AM  10         BOP status.

08:47AM  11         MR. GASAWAY:  Good morning, Your Honor.

08:47AM  12         THE COURT:  Good morning.

08:47AM  13         MR. GASAWAY:  Rob Gasaway for BP.  Just a couple of

08:47AM  14    housekeeping items to report.

08:47AM  15         Since we last met, Judge Shushan has entered two

08:47AM  16    orders that are going to pave the way for the transfer of the BOP

08:47AM  17    in terms of its legal custody from the JIT to this Court as of

08:47AM  18    October 1.  Again, it will not be physically transferred --

08:48AM  19         THE COURT:  I hope I don't have to put that thing in my

08:48AM  20    backyard.

08:48AM  21         MR. GASAWAY:  No, Your Honor, it will still stay at

08:48AM  22    Michoud.  You don't have to take custody of it.

08:48AM  23         THE COURT:  Go ahead.

08:48AM  24         MR. GASAWAY:  She did issue one order on September 2nd

08:48AM  25    providing for allocation of costs, as it's in the court custody.

08:48AM 1          Then, on September 13th, she officially appointed

08:48AM 2     Captain Suzanne Englebert as the special master to take care of

08:48AM 3     it.  That was an eminently well-qualified selection because

08:48AM 4     Captain Englebert has already been serving in that position.  So

08:48AM 5     we're well positioned for October 1st, Your Honor.

08:48AM 6          THE COURT:  Judge Shushan and I talked about that, and I

08:48AM 7     concurred in her decision to do that.  I thought that was an

08:48AM 8     excellent idea, also.

08:48AM 9          Very well.  It's not technically on the agenda, I

08:48AM 10    don't know why, but does somebody want to talk about cement

08:48AM 11    testing?  What's the status of that?

08:48AM 12         MR. UNDERHILL:  The best I can, Your Honor -- I wish I

08:49AM 13    had somebody else here with me that could say more, I think I can

08:49AM 14    summarize it, though -- on behalf of the JIT, the

08:49AM 15    Joint Investigation Team, they had rocks that they found -- I

08:49AM 16    hope I get this right -- on the *Damon Bankston*, which is the mud

08:49AM 17    supply boat that was moored next to the *Deepwater Horizon* before

08:49AM 18    the explosion.

08:49AM 19         Those rocks were tested by, I think,

08:49AM 20    U. S. Geological Service labs, and they came out with certain

08:49AM 21    results.  They recommended additional testing be conducted.  I

08:49AM 22    think that we had suggested a protocol for that testing, and I

08:49AM 23    think the only thing remaining was Halliburton -- and Don is free

08:49AM 24    to correct me if I'm wrong -- had requested some tweaks to the

08:49AM 25    protocol.  I think we're ironing out those things.

08:49AM 1          I think we have a lab chosen.  I think it's funded.

08:49AM 2    I think the only thing we're waiting for is a protocol that I

08:49AM 3    presume, by past practice, we would submit to the Court, since

08:49AM 4    there is some destructive testing involved.

08:50AM 5          THE COURT:  To my recollection, the information I had

08:50AM 6    last was that there were about 40 so-called *rock* or *rock samples*

08:50AM 7    that were taken from that standby vessel, and no one knew for

08:50AM 8    sure if these had anything to do with what happened down in the

08:50AM 9    well; and, that after USGS tested them, I think it was decided

08:50AM 10   that nine, approximately nine were consistent with cement.

08:50AM 11         MR. UNDERHILL:  Yes.

08:50AM 12         THE COURT:  That's what has to be tested to determine if

08:50AM 13   that came from the well or not, from the Macondo well, correct?

08:50AM 14         MR. UNDERHILL:  That's correct, Your Honor.

08:50AM 15         THE COURT:  That's in the process?

08:50AM 16         MR. UNDERHILL:  I think, also -- I think the testing

08:50AM 17   might have refined where in the well, what level it came from.

08:50AM 18   Perhaps that makes a difference, perhaps it doesn't, but I think

08:50AM 19   that was part of what was behind the testing.

08:50AM 20         For example, if it was nitrified cement, they would

08:50AM 21   know that that likely came from the bottom of the well.  If it

08:50AM 22   was another kind of cement, perhaps another part.

08:50AM 23         So perhaps I can put my friend Don on the spot.

08:50AM 24   Are we close, are my team and yours, Don, close to getting that

08:51AM 25   done?

08:51AM  1          MR. GODWIN:  Yes, Your Honor.

08:51AM  2              Don Godwin for Halliburton.

08:51AM  3              Mike is correct in his recitation of the status of

08:51AM  4  things, Your Honor, and we're continuing to discuss.

08:51AM  5          THE COURT:  Is there any timeline for this to be done?

08:51AM  6          MR. UNDERHILL:  We were ready to go, but we wanted to

08:51AM  7  try to accommodate Halliburton so that we could agree on an

08:51AM  8  agreed protocol.

08:51AM  9              So, Don, are we close together on that?

08:51AM 10          MR. GODWIN:  Yes, Your Honor.

08:51AM 11          MR. UNDERHILL:  We're ready to go as soon as Don signs

08:51AM 12  off and we can submit it to you.

08:51AM 13          THE COURT:  Again, I think we've established earlier,

08:51AM 14  this is not going to be a months long process.

08:51AM 15          MR. UNDERHILL:  No, no, no.

08:51AM 16          THE COURT:  This is going to be a relatively short

08:51AM 17  process.

08:51AM 18          MR. UNDERHILL:  It's fairly simple lab testing is what's

08:51AM 19  involved, Your Honor.

08:51AM 20          THE COURT:  Okay.

08:51AM 21          MR. GODWIN:  That's correct, Judge.  Thank you.

08:51AM 22              Thanks, Mike.

08:51AM 23          THE COURT:  Vessels of Opportunity cases.

08:51AM 24          MR. LANGAN:  Andy Langan for BP, Your Honor.

08:51AM 25              We, along with the PSC, are in the process of

08:51AM 1   implementing the activity that was called for by your July CMO

08:51AM 2   relating to the six focus cases, if you will.

08:52AM 3            Just two things to note there.  We've agreed with

08:52AM 4   the PSC on the identity of a private mediator to mediate the

08:52AM 5   cases later this fall.  In addition, with Your Honor's

08:52AM 6   indulgence, we would like to adjust the schedule in one respect.

08:52AM 7            By the way, the CMO is Docket 3207.  Paragraph 7

08:52AM 8   talks about completing depositions by the latter part of

08:52AM 9   September.  We would like to extend that to October 28th, if

08:52AM 10  that's okay.  I think the plaintiffs and we are in agreement on

08:52AM 11  that.

08:52AM 12           MR. HERMAN:  Steve Herman for the plaintiffs.

08:52AM 13           Yes, we're in agreement.

08:52AM 14        THE COURT:  So that would extend the so-called

08:52AM 15  *abbreviated discovery deadline*; is that what --

08:52AM 16        MR. LANGAN:  The deposition deadline in paragraph 11 of

08:52AM 17  that CMO would be extended until October 28th.

08:52AM 18        THE COURT:  All right.  Does anybody else have any issue

08:52AM 19  with that?  All right.  Hearing none, I'll grant that request.

08:52AM 20           As I mentioned to liaison counsel this morning,

08:53AM 21  since BP and the plaintiffs with respect to these Vessels of

08:53AM 22  Opportunity cases in this pilot mediation program have agreed,

08:53AM 23  jointly agreed upon the use of a particular private mediator,

08:53AM 24  then I do not see any need for me to enter any kind of order or

08:53AM 25  appointment or anything like that.

08:53AM 1          If that becomes necessary down the line, if this

08:53AM 2 program goes forward and expands later, maybe we can consider

08:53AM 3 that; but, right now, I don't see any need to do that.

08:53AM 4          MR. LANGAN:  That's fine with us, Your Honor.

08:53AM 5          THE COURT:  Does anybody else have anything else to say

08:53AM 6 about Vessel of Opportunity cases?

08:53AM 7          The insurance coverage cases, I know we're going to

08:53AM 8 have some arguments on the pending motions with respect to those.

08:53AM 9 Was there anything else to report on that?

08:54AM 10         MR. LANGAN:  Your Honor, just very briefly, as we put

08:54AM 11 forth in our Tuesday report, written discovery is continuing as

08:54AM 12 called for in the prior CMO.  Then the responsive pleadings to

08:54AM 13 the interpleader complaints are due on September 30th.  Other

08:54AM 14 than that, the motion for judgment on the pleadings will be

08:54AM 15 argued later today.

08:54AM 16         THE COURT:  Great.  Thanks.

08:54AM 17         Short form filings and dismissal issues.  This is

08:54AM 18 an issue that the parties have been working on for a while now,

08:54AM 19 and I think we're at the point where it looks like that you all

08:54AM 20 have resolved any remaining issues or differences.

08:54AM 21         There has been a proposed pretrial order.  It looks

08:54AM 22 like it would become Pretrial Order 42.  Essentially, as I

08:54AM 23 appreciate it, it would allow any entity or individual who has

08:54AM 24 previously filed a short form joinder to amend their short form

08:55AM 25 by using a specified amendment form, which is going to be

08:55AM 1    attached to this order, or may effect a dismissal by a different

08:55AM 2    so-called *short form dismissal form*; and, that any dismissal on

08:55AM 3    behalf of a pro se litigant would be deemed to be without

08:55AM 4    prejudice, and any dismissal filed by an attorney on behalf of a

08:55AM 5    client would specify whether the attorney was choosing to dismiss

08:55AM 6    with or without prejudice, all of that with the understanding

08:55AM 7    that, of course -- and those motions, those would be deemed

08:56AM 8    motions which would be deemed granted by the Court, so I don't

08:56AM 9    intend to have to enter an order granting these voluntary

08:56AM 10   dismissals every time they are filed.

08:56AM 11          There is also a provision in here that, of course,

08:56AM 12   BP or, I guess, the defendants reserve the right to contest

08:56AM 13   whether any dismissal -- whether somebody could file, for

08:56AM 14   example, a pro se litigant could or even a lawyer could file a

08:56AM 15   without prejudice dismissal, but it could be that their claims

08:56AM 16   would be barred because they have already settled their claims.

08:56AM 17   The defendants obviously would have the right to allege that

08:56AM 18   later, and the moving party would have the right to contest that.

08:56AM 19          There are also, as part of this, two authorization

08:56AM 20   forms which will be required.  A Bundle A or Bundle B3 plaintiff

08:57AM 21   who alleges personal injury will have to complete specified forms

08:57AM 22   for disclosure of medical records, and someone who is claiming

08:57AM 23   damages for lost work would have to execute a specified form,

08:57AM 24   again, for authorization of employee personnel records, all of

08:57AM 25   which would be confidential except for the parties involved, of

08:57AM 1   course, and would not be filed in the public record.

08:57AM 2         I think I've stated the gist of that order.  Does

08:57AM 3   anyone have any -- oh, and we're also, by virtue of this order,

08:57AM 4   we're vacating or setting aside previously entered Pretrial

08:57AM 5   Order 34, which dealt with dismissals without prejudice.  This

08:57AM 6   will supersede and replace that order.

08:58AM 7         Have I stated that correctly, Mr. Herman?

08:58AM 8         MR. HERMAN:  Steve Herman for the plaintiffs.

08:58AM 9         That's all correct, Your Honor.  We appreciate the

08:58AM 10  Court's help in working through these issues.

08:58AM 11        The one thing I might point out -- and hopefully

08:58AM 12  I'll get this right; if not, Andy can correct me -- but for

08:58AM 13  anybody listening in the audience out there, my understanding is

08:58AM 14  if you filed a short form and you want to dismiss, you can use

08:58AM 15  this dismissal form.

08:58AM 16        If, for whatever reason, somebody has filed a short

08:58AM 17  form and a formal complaint for the same plaintiff, they can use

08:58AM 18  this dismissal form to dismiss both of those actions; but, if you

08:58AM 19  filed just an underlying complaint, it's my understanding that

08:58AM 20  you have to file either a formal stipulation or formal motion to

08:58AM 21  dismiss.  You can't use this form to dismiss that kind of

08:58AM 22  formally alleged action.

08:58AM 23        THE COURT:  Yes, that's my understanding, too.

08:58AM 24        MR. LANGAN:  Andy Langan for BP.

08:58AM 25        I think Mr. Herman is correct.

08:58AM 1          Your Honor, we agree with your recitation of what

08:58AM 2     this order is about, and thank you and your law clerk for working

08:59AM 3     through with us on this.  So thank you.

08:59AM 4          THE COURT:  Very well.  Thank you.

08:59AM 5          So I will enter that order today.

08:59AM 6          All right.  We're down to Number 10 on the status

08:59AM 7     conference agenda, BP's motion for entry of an order relating to

08:59AM 8     the use of sample reference material in support of spill impact

08:59AM 9     research, which clarifies Pretrial Order Number 1.

08:59AM 10         MR. LANGAN:  Yes, Your Honor.  We had a brief discussion

08:59AM 11    with Your Honor in chambers about this.

08:59AM 12         We filed it as an unopposed motion.  We have since

08:59AM 13    gotten a comment or two from Halliburton.  We would ask

08:59AM 14    Your Honor's indulgence in being able to work through that

08:59AM 15    comment with Halliburton, engage in a conversation, and then come

08:59AM 16    back to Your Honor or perhaps Judge Shushan later in the month,

08:59AM 17    see if we can resolve it and, if not, resolve any unresolved

08:59AM 18    issues, if that's okay.

09:00AM 19         THE COURT:  Yes.  That is fine.

09:00AM 20         I received Mr. York's, on behalf of Halliburton,

09:00AM 21    his response.  This so-called *reference materials* that we're

09:00AM 22    talking about, as I understand it, include source oil, which is

09:00AM 23    Macondo crude oil that is minimally weathered or altered and has

09:00AM 24    been collected after the crude oil has left the reservoir but

09:00AM 25    before it has been altered or weathered; and, then, weathered

09:00AM   1   oil, which is, obviously, oil that has been subjected to varying

09:00AM   2   degrees of chemical and physical weathering as a result of

09:00AM   3   exposure to the environment, which could include oil combined

09:00AM   4   with dispersants and other chemicals.

09:00AM   5           MR. LANGAN:  Yes.

09:00AM   6           THE COURT:  Then the so-called *surrogate oil*, which, I

09:00AM   7   confess, I had not heard that term before, but, as I understand

09:01AM   8   it, that would be oil that is determined to be similar to the oil

09:01AM   9   collected from the Macondo well and used to supplement volumes of

09:01AM  10   available reference material for purposes of scientific research.

09:01AM  11   I'm a little unclear on how that all works, but --

09:01AM  12           MR. LANGAN:  I think you've got the definition correct.

09:01AM  13           THE COURT:  The issue that Halliburton raises, as I

09:01AM  14   understand it, is whether there is a need for any opportunity for

09:01AM  15   other parties to object before any of these reference materials

09:01AM  16   are released to someone for scientific research, correct?

09:01AM  17           MR. LANGAN:  That is their issue as I understand it.

09:01AM  18           We do have concerns about it becoming unwieldy.  So

09:01AM  19   we want to talk to them about it, understand the concerns they

09:01AM  20   are raising, and then perhaps try to resolve it.

09:02AM  21           But I don't know that we can agree to what they --

09:02AM  22   the way they postulated it in the e-mail they sent the Court.

09:02AM  23           THE COURT:  So you all will continue to confer about

09:02AM  24   that and hopefully be able to come back to the Court, either to

09:02AM  25   me and/or to Judge Shushan when she returns.  I told her I would

09:02AM 1  try to take care of some of her work while she's gone.  Maybe we

09:02AM 2  can get this done before she gets back.

09:02AM 3      MR. LANGAN:  We'll try.  Thank you.

09:02AM 4      THE COURT:  Sure.

09:02AM 5          All right.  So we'll defer entry of that order for

09:02AM 6  the time being.

09:02AM 7          Does anybody else need to say anything on that

09:02AM 8  issue?  Mr. York, do you need to add anything?  Okay.

09:02AM 9          All right.  Number 11, there is a pending motion by

09:02AM 10  Transocean for entry of default.  This is in connection,

09:02AM 11  obviously, with their limitation action.  Related to that, there

09:03AM 12  are a number of pending motions for leave to file late-filed

09:03AM 13  claims, to allow late-filed claims, which are listed, I think, on

09:03AM 14  the agenda there, one by the State of Louisiana and various

09:03AM 15  others.

09:03AM 16          After conferring with liaison counsel,

09:03AM 17  Transocean -- as I understand it, there are no remaining

09:03AM 18  objections to the entry of Transocean's motion for entry of

09:03AM 19  default, but with the understanding that the Court is first going

09:03AM 20  to grant the pending motions for the late filing of claims which

09:03AM 21  are listed.  Those will be granted, and then Transocean's motion

09:03AM 22  for entry of default will be entered.

09:04AM 23          Mr. Miller, do you want to say anything about that?

09:04AM 24  Have I stated that correctly?

09:04AM 25      MR. MILLER:  Kerry Miller on behalf of Transocean.

09:04AM 1          Yes, Your Honor, you have stated it correctly.

09:04AM 2        THE COURT:  PSC?

09:04AM 3        MR. HERMAN:  Yes, Your Honor.  It's our understanding

09:04AM 4 that the default will be essentially from now going forward.  So

09:04AM 5 if there is anybody that filed late but, for whatever reason,

09:04AM 6 slipped through the cracks and there is not a formal motion

09:04AM 7 pending for leave, it's my understanding that Transocean doesn't

09:04AM 8 have any objection or they don't intend the default to

09:04AM 9 retroactively deem their claims to be late.

09:04AM 10          Is that my understanding, Kerry?

09:04AM 11        MR. MILLER:  Yes, Your Honor.  The motion for default

09:04AM 12 would be entered as of today and would apply to -- or, I guess,

09:04AM 13 wouldn't apply to late-filed claims filed into the record of this

09:05AM 14 proceeding, which I think is key, filed into the record of this

09:05AM 15 proceeding as of today.  Because I think --

09:05AM 16        THE COURT:  Of this proceeding meaning what?

09:05AM 17        MR. MILLER:  The limitation case, 10-2771, 10-8888,

09:05AM 18 10-9999.  The concern is that somebody has them, you know, in an

09:05AM 19 office somewhere or what have you and certainly would apply to

09:05AM 20 those; but, as long as it was filed.

09:05AM 21         I think Mr. Herman's comment is that not all

09:05AM 22 late-filed claims have an accompanying motion to file out of

09:05AM 23 time.

09:05AM 24        THE COURT:  I understand.

09:05AM 25        MR. MILLER:  But as long as it's filed in the court

09:05AM  1 record as of today, it would be considered timely by Your Honor.

09:05AM  2    THE COURT:  Yes.  We know there were numbers of folks

09:05AM  3 who, for whatever reason, I guess confusion or whatever or just

09:05AM  4 mistake, some of them would have been timely but were filed or

09:05AM  5 mailed to the wrong place.  Instead of coming to the Court, some

09:06AM  6 of them were sent to, I think, the PSC.  Some of them might have

09:06AM  7 been sent -- I don't know where they were sent, but they were

09:06AM  8 sent to various places.  Then there were some that didn't have

09:06AM  9 postmarks that we received sometime shortly, perhaps, after

09:06AM 10 April 20th, but did not have postmarks, for example.  We couldn't

09:06AM 11 tell exactly when they were mailed, and just assorted other

09:06AM 12 issues like that.

09:06AM 13    So does what Mr. Miller just said clarify your

09:06AM 14 concern, Mr. Herman?

09:06AM 15    MR. HERMAN:  Yes, Your Honor.  Thank you very much.

09:06AM 16    THE COURT:  So what the Court is ordering, just to be

09:06AM 17 absolutely clear, is anyone who has previously filed a claim in

09:06AM 18 this proceeding, in this MDL, meaning, as Mr. Miller stated,

09:06AM 19 either directly into the limitation action, which is 10-2771, or

09:06AM 20 has heretofore filed a claim or answer in 2771, and a claim or

09:07AM 21 short form joinder that has been filed in either 10-9999 or

09:07AM 22 10-8888 will be allowed as late-filed claims, which is within the

09:07AM 23 discretion of the Court under Supplemental Rule F.  Then, later

09:07AM 24 today, I'll sign Transocean's motion for entry of default.

09:07AM 25    All right.  We're going to move on to the oral

09:07AM 1    arguments.  Unless someone has something else to bring up at this

09:07AM 2    time, we'll take up the oral arguments.

09:07AM 3                   I don't know who is staying, who is not staying for

09:07AM 4    the oral arguments, but I'd just remind everyone, I'll remind you

09:08AM 5    again at the end, that our next status conference will be Friday,

09:08AM 6    October 21st, at 9:30 a.m.

7                   (WHEREUPON, at 9:08 a.m., the proceedings were

8    concluded.)

9                                    *    *    *

10

11                            REPORTER'S CERTIFICATE

12

13        I, Cathy Pepper, Certified Realtime Reporter, Registered

14   Merit Reporter, Certified Court Reporter of the State of

15   Louisiana, Official Court Reporter for the United States District

16   Court, Eastern District of Louisiana, do hereby certify that the

17   foregoing is a true and correct transcript, to the best of my

18   ability and understanding, from the record of the proceedings in

19   the above-entitled and numbered matter.

20

21                                 *s/Cathy Pepper*

22                                 Cathy Pepper, CRR, RMR, CCR
                                   Certified Realtime Reporter
23                                 Official Court Reporter
                                   United States District Court
24                                 Cathy_Pepper@laed.uscourts.gov

25