1              UNITED STATES DISTRICT COURT

2              EASTERN DISTRICT OF LOUISIANA

3

    ********************************************************

4

    IN RE:  OIL SPILL BY THE

5   OIL RIG *DEEPWATER HORIZON*
    IN THE GULF OF MEXICO ON

6   APRIL 20, 2010

7                          CIVIL ACTION NO. 10-MD-2179 "J"
                           NEW ORLEANS, LOUISIANA

8                          FRIDAY, SEPTEMBER 16, 2011, 9:08 A.M.

9

    THIS DOCUMENT RELATES TO:

10       11-274
    C/W 11-275

11

    ********************************************************

12

13          TRANSCRIPT OF ORAL ARGUMENT ON INSURANCE MOTIONS
               HEARD BEFORE THE HONORABLE CARL J. BARBIER

14                  UNITED STATES DISTRICT JUDGE

15

16  APPEARANCES:

17

18  FOR THE PLAINTIFFS'
    LIAISON COUNSEL:          DOMENGEAUX WRIGHT ROY & EDWARDS

19                            BY:  JAMES P. ROY, ESQUIRE
                              P. O. BOX 3668

20                            556 JEFFERSON STREET
                              LAFAYETTE, LA  70502

21

22                            HERMAN HERMAN KATZ & COTLAR
                              BY:  STEPHEN J. HERMAN, ESQUIRE

23                            820 O'KEEFE AVENUE
                              NEW ORLEANS, LA  70113

24

25

```
 1   APPEARANCES CONTINUED:

 2


 3   FOR THE PLAINTIFFS:        BREIT DRESCHER IMPREVENTO & WALKER
                                BY:  JEFFREY A. BREIT, ESQUIRE
 4                              1000 DOMINION TOWER
                                999 WATERSIDE DRIVE
 5                              NORFOLK, VA  23510

 6


 7                              LEVIN PAPANTONIO THOMAS MITCHELL
                                RAFFERTY & PROCTOR
 8                              BY:  BRIAN H. BARR, ESQUIRE
                                316 SOUTH BAYLEN STREET, SUITE 600
 9                              PENSACOLA, FL  32502

10


11                              CUNNINGHAM BOUNDS
                                BY:  ROBERT T. CUNNINGHAM, ESQUIRE
12                              1601 DAUPHIN STREET
                                MOBILE, AL  36604
13

14


15                              LIEFF CABRASER HEIMANN & BERNSTEIN
                                BY:  ELIZABETH J. CABRASER, ESQUIRE
16                              275 BATTERY STREET, 29TH FLOOR
                                SAN FRANCISCO, CA  94111
17


18                              WILLIAMSON & RUSNAK
                                BY:  JIMMY WILLIAMSON, ESQUIRE
19                              4310 YOAKUM BOULEVARD
                                HOUSTON, TX  77006
20


21                              WATTS GUERRA CRAFT
                                BY:  MIKAL C. WATTS, ESQUIRE
22                              4 DOMINION DRIVE
                                BUILDING 3, SUITE 100
23                              SAN ANTONIO, TX  78257

24

25
```

```
 1  APPEARANCES CONTINUED:

 2

 3                      WEITZ & LUXENBERG
                        BY:  ROBIN L. GREENWALD, ESQUIRE
 4                      700 BROADWAY
                        NEW YORK CITY, NY  10003
 5

 6
                        MORGAN & MORGAN
 7                      BY:  ALPHONSO M. ESPY, ESQUIRE
                             FRANK M. PETOSA, ESQUIRE
 8                      188 EAST CAPITOL STREET, SUITE 777
                        JACKSON, MS  39201
 9

10
                        MARTÍNEZ, GONZALES, KALBAC & KANE
11                      BY:  ERVIN A. GONZALEZ, ESQUIRE
                        255 ALHAMBRA CIRCLE, PENTHOUSE
12                      CORAL GABLES, FL  33134

13

14                      COSSICH SUMICH PARSIOLA & TAYLOR
                        BY:  PHILIP F. COSSICH, JR., ESQUIRE
15                      8397 HIGHWAY 23, SUITE 100
                        BELLE CHASSE, LA  70037
16

17
                        DEGRAVELLES PALMINTIER HOLTHAUS & FRUGE
18                      BY:  MICHAEL C. PALMINTIER, ESQUIRE
                        618 MAIN STREET
19                      BATON ROUGE, LA  70801

20

21                      BEASLEY ALLEN CROW METHVIN
                        PORTIS & MILES
22                      BY:  RHON E. JONES, ESQUIRE
                        POST OFFICE BOX 4160
23                      MONTGOMERY, AL  36013

24

25
```

```
 1  APPEARANCES CONTINUED:

 2

 3                              FAYARD & HONEYCUTT
                               BY:  CALVIN C. FAYARD, JR., ESQUIRE
 4                              519 FLORIDA AVENUE SW
                               DENHAM SPRINGS, LA 70726
 5

 6                              MARTZELL & BICKFORD
 7                              BY:  SCOTT R. BICKFORD, ESQUIRE
                               338 LAFAYETTE STREET
 8                              NEW ORLEANS, LA  70130

 9

10                              LUNDY, LUNDY, SOILEAU & SOUTH
                               BY:  MATTHEW E. LUNDY, ESQUIRE
11                              501 BROAD STREET
                               LAKE CHARLES, LA  70601
12

13
    FOR STATE INTERESTS:       ALABAMA ATTORNEY GENERAL'S OFFICE
14                              BY:  LUTHER STRANGE, ESQUIRE
                                    COREY L. MAZE, ESQUIRE
15                              500 DEXTER AVENUE
                               MONTGOMERY, AL  36130
16

17
    FOR THE STATE OF
18  LOUISIANA:                 KANNER & WHITELEY
                               BY:  ALLAN KANNER, ESQUIRE
19                              701 CAMP STREET
                               NEW ORLEANS, LA  70130
20

21
                               HENRY DART
22                              ATTORNEYS AT LAW
                               510 NORTH JEFFERSON STREET
23                              COVINGTON, LA  70433

24

25
```

```
 1   APPEARANCES CONTINUED:

 2

 3   FOR THE FEDERAL
     GOVERNMENT INTERESTS:    U.S. DEPARTMENT OF JUSTICE
 4                           TORTS BRANCH, CIVIL DIVISION
                             BY:  R. MICHAEL UNDERHILL, ESQUIRE
 5                           450 GOLDEN GATE AVENUE
                             7TH FLOOR, ROOM 5395
 6                           SAN FRANCISCO, CA  94102

 7

 8   FOR TRANSOCEAN HOLDINGS
     LLC, TRANSOCEAN
 9   OFFSHORE DEEPWATER
     DRILLING INC., AND
10   TRANSOCEAN DEEPWATER
     INC.:                   FRILOT
11                           BY:  KERRY J. MILLER, ESQUIRE
                             ENERGY CENTRE, 36TH FLOOR
12                           1100 POYDRAS STREET
                             NEW ORLEANS, LA  70163
13

14
                             ROYSTON RAYZOR VICKERY & WILLIAMS
15                           BY:  JOHN M. ELSLEY, ESQUIRE
                             PENNZOIL PLACE
16                           711 LOUISIANA STREET, SUITE 500
                             HOUSTON, TX  77002
17

18
                             SUTHERLAND ASBILL & BRENNAN
19                           BY:  STEVEN L. ROBERTS, ESQUIRE
                                  RACHEL G. CLINGMAN, ESQUIRE
20                           1001 FANNIN STREET, SUITE 3700
                             HOUSTON, TX  77002
21

22
                             GOFORTH LEWIS
23                           BY:  DANIEL O. GOFORTH, ESQUIRE
                             4900 WOODWAY, SUITE 750
24                           HOUSTON, TX 77056

25
```

```
 1  APPEARANCES CONTINUED:

 2

 3  FOR BP AMERICA INC.,
    BP AMERICA PRODUCTION
 4  COMPANY, BP COMPANY
    NORTH AMERICA INC.,
 5  BP CORPORATION NORTH
    AMERICA INC.,
 6  BP EXPLORATION &
    PRODUCTION INC.,
 7  BP HOLDINGS NORTH
    AMERICA LIMITED,
 8  BP PRODUCTS NORTH
    AMERICA INC.:           LISKOW & LEWIS
 9                          BY:  DON K. HAYCRAFT, ESQUIRE
                            ONE SHELL SQUARE
10                          701 POYDRAS STREET
                            SUITE 5000
11                          NEW ORLEANS, LA  70139

12

13                          KIRKLAND & ELLIS
                            BY:  J. ANDREW LANGAN, ESQUIRE
14                               RYAN S. BABIUCH, ESQUIRE
                            300 N. LASALLE
15                          CHICAGO, IL  60654

16

17                          KIRKLAND & ELLIS
                            BY:  ROBERT R. GASAWAY, ESQUIRE
18                          655 FIFTEENTH STREET, N.W.
                            WASHINGTON, DC  20005
19

20                          COVINGTON & BURLING
21                          BY:  ALLAN B. MOORE, ESQUIRE
                                 CHRISTOPHER J. WENK, ESQUIRE
22                          1201 PENNSYLVANIA AVENUE, NW
                            WASHINGTON, DC  20004
23

24                          COVINGTON & BURLING
                            BY:  DAVID B. GOODWIN, ESQUIRE
25                          ONE FRONT STREET
                            SAN FRANCISCO, CA  04111
```

```
 1  APPEARANCES CONTINUED:

 2

 3  FOR CAMERON INTERNATIONAL
    CORPORATION:              STONE PIGMAN WALTHER WITTMANN
 4                            BY:  PHILLIP A. WITTMANN, ESQUIRE
                                   CARMELITE M. BERTAUT, ESQUIRE
 5                            546 CARONDELET STREET
                              NEW ORLEANS, LA 70130
 6

 7

                              BECK REDDEN & SECREST
 8                            BY:  DAVID J. BECK, ESQUIRE
                              ONE HOUSTON CENTER
 9                            1221 MCKINNEY STREET, SUITE 4500
                              HOUSTON, TX  77010
10

11
    FOR HALLIBURTON
12  ENERGY SERVICES, INC.:   GODWIN RONQUILLO
                              BY:  DONALD E. GODWIN, ESQUIRE
13                                 JENNY L. MARTINEZ, ESQUIRE
                                   STEFANIE K. MAJOR, ESQUIRE
14                            1201 ELM STREET, SUITE 1700
                              DALLAS, TX  75270
15

16

                              GODWIN RONQUILLO
17                            BY:  R. ALAN YORK, ESQUIRE
                              1331 LAMAR, SUITE 1665
18                            HOUSTON, TX  77010

19

20  FOR ANADARKO
    PETROLEUM CORPORATION,
21  ANADARKO E&P COMPANY
    LP:                       KUCHLER POLK SCHELL
22                            WEINER & RICHESON
                              BY:  DEBORAH D. KUCHLER, ESQUIRE
23                            1615 POYDRAS STREET, SUITE 1300
                              NEW ORLEANS, LA  70112
24

25
```

```
 1   APPEARANCES CONTINUED:

 2

 3                              BINGHAM MCCUTCHEN
                               BY:  JAMES J. DRAGNA, ESQUIRE
 4                             355 SOUTH GRAND AVENUE, SUITE 4400
                               LOS ANGELES, CA  90071
 5

 6                              BINGHAM MCCUTCHEN
 7                             BY:  KY E. KIRBY, ESQUIRE
                                    WARREN A. FITCH, ESQUIRE
 8                                  DAVID B. SALMONS, ESQUIRE
                                    RANDALL M. LEVINE, ESQUIRE
 9                             2020 K STREET, NW
                               WASHINGTON, DC  20006
10

11
     FOR MOEX OFFSHORE
12   2007 LLC:                  PILLSBURY WINTHROP SHAW PITTMAN
                               BY:  EDWARD FLANDERS, ESQUIRE
13                             1540 BROADWAY
                               NEW YORK, NY  10036
14

15
     FOR M-I L.L.C.:            MORGAN, LEWIS & BOCKIUS
16                             BY:  HUGH E. TANNER, ESQUIRE
                                    DENISE SCOFIELD, ESQUIRE
17                                  JAMES B. TARTER, ESQUIRE
                               1000 LOUISIANA STREET, SUITE 4000
18                             HOUSTON, TX  77002

19

20   FOR TRANSOCEAN
     EXCESS UNDERWRITERS:       PHELPS DUNBAR
21                             BY:  GEORGE M. GILLY, ESQUIRE
                                    EVANS M. MCLEOD, ESQUIRE
22                             CANAL PLACE
                               365 CANAL STREET, SUITE 2000
23                             NEW ORLEANS, LA  70130

24

25
```

09:53AM

```
 1   APPEARANCES CONTINUED:

 2

 3   FOR O'BRIEN'S RESPONSE
     MANAGEMENT, INC.,
 4   SEACOR HOLDINGS, INC.,
     SEACOR OFFSHORE LLC,
 5   SEACOR MARINE, LLC,
     SEACOR WORLDWIDE, INC.,
 6   SEACOR MARINE, INC.,
     SEACOR MARINE
 7   INTERNATIONAL, INC.,
     AND SIEMENS FINANCIAL,
 8   INC.:                    WEIL GOTSHAL & MANGES
                              BY:  MICHAEL J. LYLE, ESQUIRE
 9                            1300 I ST., NW, SUITE 900
                              WASHINGTON, DC  20005
10

11                            WEIL GOTSHAL & MANGES
                              BY:  JEREMY T. GRABILL, ESQUIRE
12                            767 FIFTH AVENUE
                              NEW YORK, NY  10153
13

14
     DYNAMIC AVIATION
15   GROUP, INC:              GEIGER LABORDE & LAPEROUSE
                              BY:  LEO R. McALOON, III, ESQUIRE
16                            ONE SHELL SQUARE
                              701 POYDRAS STREET, SUITE 4800
17                            NEW ORLEANS, LA  70139

18

19   FOR WEATHERFORD U.S.,
     L.P.:                    JONES WALKER
20                            BY:  GARY J. RUSSO, ESQUIRE
                              600 JEFFERSON STREET, SUITE 1600
21                            LAFAYETTE, LA 70501

22

23   FOR NATIONAL RESPONSE
     CORPORATION:             MONTGOMERY BARNETT
24                            BY:  PATRICK E. O'KEEFE, ESQUIRE
                              ENTERGY CENTRE
25                            1100 POYDRAS STREET, SUITE 3300
                              NEW ORLEANS, LA  70163
```

```
 1   APPEARANCES CONTINUED:

 2

 3   FOR DRIL-QUIP,
     INC.:                    WARE, JACKSON, LEE & CHAMBERS
 4                            BY:  DON JACKSON, ESQUIRE
                                   C. DENNIS BARROW, JR., ESQUIRE
 5                                 WENDY W. BISHOP, ESQUIRE
                              2929 ALLEN PARKWAY, 42ND FLOOR
 6                            HOUSTON, TEXAS 77019

 7

 8   FOR MDL 2185:            MITHOFF LAW FIRM
                              BY:  WILLIAM STRADLEY, ESQUIRE
 9                            3450 ONE ALLEN CENTER
                              500 DALLAS STREET
10                            HOUSTON, TX  77002

11

12   SPECIAL MASTER:          PROFESSOR FRANCIS E. MCGOVERN
                              DUKE UNIVERSITY SCHOOL OF LAW
13                            CORNER OF SCIENCE & DRIVES
                              BOX 90362
14                            DURHAM, NC 27708

15

16   ALSO PRESENT:            [PLEASE SEE SIGN-IN SHEETS FILED IN THE
                              RECORD]
17

18

19   OFFICIAL COURT REPORTER:    CATHY PEPPER, CRR, RMR, CCR
                                 CERTIFIED REALTIME REPORTER
20                               500 POYDRAS STREET, ROOM HB406
                                 NEW ORLEANS, LA  70130
21                               (504) 589-7779
                                 Cathy_Pepper@laed.uscourts.gov
22

23   PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
     PRODUCED BY COMPUTER.
24

25
```

1                           **I N D E X**

2

3                                                               PAGE

4

5    INSURANCE ACTIONS......................................   12

6    MR. MOORE.............................................   13

7    MR. GILLY.............................................   26

8    MR. ELSLEY............................................   32

9    MR. MOORE.............................................   39

10   THE COURT.............................................   40

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**P-R-O-C-E-E-D-I-N-G-S**

FRIDAY, SEPTEMBER 16, 2011

M O R N I N G   S E S S I O N

(COURT CALLED TO ORDER)

09:08AM 7    THE COURT:  All right.  Let's take up the oral arguments

09:08AM 8  on the motions.  Does counsel have any preference as to whether

09:08AM 9  we take up the insurance motions or the Bundle C motions first?

09:08AM 10    MR. LANGAN:  I guess I was looking at the agenda, and it

09:08AM 11  seemed like insurance was first.

09:08AM 12    THE COURT:  They are listed first, so, unless somebody

09:08AM 13  has some reason not to, I guess we'll take them in the order they

09:08AM 14  are listed.

09:08AM 15        So let's go with the insurance actions first.

09:09AM 16    MR. LANGAN:  I just wanted to introduce my colleague,

09:09AM 17  Mr. Moore, who is going to be arguing for the movers.

09:09AM 18    THE COURT:  I was just going to state what the motions

09:09AM 19  are, and then I'll ask counsel who are going to argue to identify

09:09AM 20  themselves.

09:09AM 21        The first set of motions deal with the insurance

09:09AM 22  actions, which are 11-274 consolidated with 11-275.

09:09AM 23        There is a motion by BP, which I understand has

09:09AM 24  been joined by MOEX and Anadarko, for judgment on the pleadings

09:10AM 25  in these insurance actions.  There obviously have been

09:10AM 1    oppositions filed by Ranger and various underwriters and, also,

09:10AM 2    by Transocean, who is the named insured on these policies.

09:10AM 3              So if counsel who will do the arguments will

09:10AM 4    identify themselves, we'll go forward.

09:10AM 5              MR. MOORE:  Thank you, Your Honor.  Allan Moore for BP.

09:10AM 6              THE COURT:  Good morning.

09:10AM 7              MR. GILLY:  Good morning, Your Honor.  George Gilly for

09:10AM 8    Transocean's excess underwriters.

09:10AM 9              MR. ELSLEY:  Good morning, Your Honor.  John Elsley for

09:10AM 10   Transocean.

09:10AM 11             THE COURT:  All right.  Very well.

09:10AM 12             MR. MOORE:  Thank you, Your Honor.

09:10AM 13             We're here, as the Court indicated, on

09:10AM 14   BP's Rule 12(c) motion for judgment on the pleadings in the two

09:10AM 15   insurance actions, which, as you correctly identified, are 11-274

09:10AM 16   and 275.

09:10AM 17             The insurance actions and this motion concern two

09:11AM 18   materially identical complaints, the first filed by Ranger, the

09:11AM 19   primary insurer, and the second complaint filed by certain excess

09:11AM 20   insurers.

09:11AM 21             The issue presented, Your Honor, is simply this:

09:11AM 22   If you grant BP's motion as we request, Your Honor, you'll

09:11AM 23   dispose of a specific and pure question of law that is posed by

09:11AM 24   these two materially identical complaints, nothing more.

09:11AM 25             THE COURT:  Let me just ask you this:  Am I also correct

09:11AM 1   to understand that not only are the two complaints essentially

09:11AM 2   identical, but the policies are essentially identical?

09:11AM 3   MR. MOORE:  That's correct.  It's an integrated program,

09:11AM 4   liability program that we're suing in respect to -- or I should

09:11AM 5   say counterclaiming in respect to.  But we're, for present

09:11AM 6   purposes, only concerned with these two complaints and the

09:11AM 7   specific legal question that they pose, and not with other things

09:11AM 8   that are going on in the insurance litigation under other

09:12AM 9   pleadings.

09:12AM 10   The specific issue, Your Honor, if you grant our

09:12AM 11   motion, you will be deciding this question.  It has two parts.

09:12AM 12   The first is, is BP an additional insured under the insurance

09:12AM 13   policies at issue.

09:12AM 14   I think it's helpful, Your Honor, to refer to that

09:12AM 15   as *the status question*.  Does BP have the status of an additional

09:12AM 16   insured under the policies?

09:12AM 17   The second question is, if so, is the scope of

09:12AM 18   BP's coverage as an additional insured under the policies

09:12AM 19   governed by the terms and conditions of the policies themselves,

09:12AM 20   or is the scope of BP's coverage limited to the scope of

09:12AM 21   Transocean's contractual indemnity of BP in the drilling

09:12AM 22   contract?

09:12AM 23   That second question is the scope question.  So we

09:12AM 24   have a status question and a scope question.

09:12AM 25   The first question, Your Honor, is undisputed.

09:12AM 1   Everybody agrees that BP is an additional insured under the

09:13AM 2   policies, at least for some purposes, at least for the purposes

09:13AM 3   that are coextensive, if you will, with the indemnities running

09:13AM 4   from Transocean to BP.

09:13AM 5           So everybody agrees that BP is entitled to

09:13AM 6   additional insured coverage for that -- to that extent, and that

09:13AM 7   BP is an additional insured under the policy.

09:13AM 8           THE COURT:  BP is not named in the policies at all,

09:13AM 9   right?

09:13AM 10          MR. MOORE:  Correct.

09:13AM 11          THE COURT:  They're not referred to as *additional*

09:13AM 12  *insureds* by name.  They become additional insureds, as you said,

09:13AM 13  at least in some respects, by virtue of the fact the insurance

09:13AM 14  policy has language which refers to an insured contract; and,

09:13AM 15  where Transocean has to indemnify someone pursuant to an insured

09:13AM 16  contract, then that party becomes an additional insured under the

09:13AM 17  policy?

09:14AM 18          MR. MOORE:  Close, not quite right, Your Honor.  The

09:14AM 19  drilling contract has a separate insurance provision and separate

09:14AM 20  indemnities.  This is one of the core issues.  The insurance

09:14AM 21  provisions require that BP be listed, be recognized as an

09:14AM 22  additional insured under the policies.

09:14AM 23          Then the policies then grant whatever they grant

09:14AM 24  to, quote, unquote, insureds, and insureds include people who are

09:14AM 25  under an insured contract, who get that status by virtue of an

09:14AM 1   insured contract.

09:14AM 2          The issue, the scope issue then is whether, in

09:14AM 3   effect, the insurers can graft onto the policy the limitation of

09:14AM 4   coverage that they say is coextensive with the indemnity running

09:14AM 5   from Transocean to BP, so that, in effect, the coverage under the

09:14AM 6   policy, if you will, would be a backstop only to the extent of

09:15AM 7   the indemnity running from Transocean to BP.

09:15AM 8          But the first point, Your Honor, is that nobody

09:15AM 9   disputes that BP is an additional insured.  So they admit that,

09:15AM 10  the insurers, in paragraph 11 of the Ranger complaint and

09:15AM 11  paragraph 11 of the Lloyd's complaint.  So, to that extent,

09:15AM 12  Your Honor, you should, in our view, enter a declaratory judgment

09:15AM 13  on the pleadings in BP's favor on that point.

09:15AM 14      THE COURT:  What the other side argues is that the

09:15AM 15  insurance provision in the drilling contract, as you mentioned,

09:15AM 16  that there are insurance requirement provisions and there are

09:15AM 17  indemnity provisions, right?

09:15AM 18      MR. MOORE:  Yes, Your Honor.

09:15AM 19      THE COURT:  The insurance provision apparently requires

09:16AM 20  Transocean to name BP as an additional insured in each of

09:16AM 21  Transocean's policies, except Workers' Compensation, for

09:16AM 22  liabilities assumed by Transocean under the terms of this

09:16AM 23  contract.

09:16AM 24          So don't you have to refer to what liabilities are

09:16AM 25  assumed by Transocean under the terms of the contract to figure

09:16AM 1 out whether BP is -- it's kind of circular, but whether BP is an

09:16AM 2 additional insured for the liabilities that we're talking about

09:16AM 3 in the case?

09:16AM 4 　　　　MR. MOORE:  No, Your Honor.  The Texas Supreme Court

09:16AM 5 addressed this very question in *ATOFINA*, and the Fifth Circuit

09:16AM 6 addressed this very question in *Aubris*.

09:16AM 7 　　　　　　Here is the drilling contract, Your Honor, and here

09:16AM 8 is the insurance provision, Article 20.1.  As you can see,

09:16AM 9 Your Honor, Article 20.1, that's the only insurance provision,

09:16AM 10 and then Exhibit C, to which Your Honor referred, is also part of

09:16AM 11 it.  It's referred to there.

09:16AM 12 　　　　　　But it's a single sentence, and it's a separate

09:16AM 13 provision from the indemnity provisions which follow.  It's very

09:16AM 14 important what this single sentence says.

09:17AM 15 　　　　THE COURT:  Well, it says, "as set forth in Exhibit C."

09:17AM 16 Put Exhibit C up there.

09:17AM 17 　　　　MR. MOORE:  Yes, Your Honor.  I'm going to show you

09:17AM 18 Exhibit C, as well, but may I start with this, Your Honor?

09:17AM 19 　　　　THE COURT:  Sure.

09:17AM 20 　　　　MR. MOORE:  It says, "Without limiting the indemnity

09:17AM 21 obligation or liabilities of contractor or its insurer."  So the

09:17AM 22 first clause indicates, Your Honor, that expressly, without

09:17AM 23 limiting whatever obligations the insurer, Transocean as

09:17AM 24 contractor, its insurer would have, at all times during the term

09:17AM 25 of this contract, contractor shall maintain insurance covering

09:17AM 1  the operations to be formed under this contract as set forth in

09:17AM 2  Exhibit C.

09:17AM 3         I would submit to Your Honor that there are two

09:17AM 4  things you can take from this provision.  Number one, Transocean

09:17AM 5  and BP, or their predecessors, expressly agreed that the

09:17AM 6  insurance to be provided in connection with this contract would

09:17AM 7  be -- that what they are providing in the contract is without

09:17AM 8  limitation of the indemnity obligations of the insurers.  In

09:17AM 9  other words, if the policies are broader, they are broader.

09:18AM 10        The second thing you can take from this is at all

09:18AM 11 times --

09:18AM 12      THE COURT:  I'm not so sure that that's what that says.

09:18AM 13 It says, "without limiting the indemnity obligation or

09:18AM 14 liabilities."  I could see a couple of different ways I could

09:18AM 15 read that --

09:18AM 16      MR. MOORE:  Well, let me turn to that because --

09:18AM 17      THE COURT:  -- as most insurance policies usually are

09:18AM 18 written.  Unfortunately, the people that write these policies are

09:18AM 19 never before the Court when these issues come up here.  I would

09:18AM 20 love to have them here sometimes.

09:18AM 21      MR. MOORE:  Your Honor, and that's why the Texas

09:18AM 22 Supreme Court said in *ATOFINA* and in *Hudson Energy* and the

09:18AM 23 Fifth Circuit said in *Aubris* that when you're faced with an

09:18AM 24 insurer's coverage limiting interpretation of a provision of its

09:18AM 25 insurance policy, you construe -- you construe the provision in

09:18AM 1    favor of the insured, in favor of coverage if the insured's

09:18AM 2    position is at least reasonable, and even if the insurer's

09:19AM 3    position is more reasonable.

09:19AM 4            That's the principle that applies under *ATOFINA* and

09:19AM 5    *Aubris*, and it has nothing to do with sophistication of the

09:19AM 6    insured.  *ATOFINA* was a very sophisticated insured.  It has

09:19AM 7    nothing to do with unequal bargaining power, all these other

09:19AM 8    doctrines that you see being advanced by the insurers --

09:19AM 9            THE COURT:  Put Exhibit C up on the screen.

09:19AM 10           MR. MOORE:  Here is Exhibit C, Your Honor.  It's three

09:19AM 11   pages, but there are two that matter.  What you're interested

09:19AM 12   in --

09:19AM 13           THE COURT:  I'm interested in your missing comma

09:19AM 14   defense.

09:19AM 15           MR. MOORE:  Well, okay.  Can I show you how we get to

09:19AM 16   that point, Your Honor?

09:19AM 17           THE COURT:  Sure.

09:19AM 18           MR. MOORE:  Exhibit C is insurance requirements.  So, as

09:19AM 19   we saw in Article 20, Your Honor, it says, "Without limiting, at

09:19AM 20   all times contractor shall maintain insurance covering the

09:19AM 21   operations to be performed under this contract as set forth in

09:20AM 22   Exhibit C."

09:20AM 23           Exhibit C says these are the insurance

09:20AM 24   requirements, and it lists various ones.  You see it lists

09:20AM 25   Workers' Compensation.  It lists various others.  It lists

09:20AM 1   comprehensive general liability, which is what we're concerned

09:20AM 2   with here.

09:20AM 3           Then we get to this part, and this is where we get

09:20AM 4   to three and the so-called *missing comma issu*e.

09:20AM 5           This says Vastar.  That's BP.  It says, "Vastar,

09:20AM 6   its subsidiaries and affiliated companies, co-owners, and joint

09:20AM 7   venturers, if any, and their employees, officers and agents shall

09:20AM 8   be named as additional insureds in each of contractor's

09:20AM 9   policies," comma, "except Workers' Compensation for liabilities

09:20AM 10  assumed by contractor under the terms of this contract."

09:20AM 11          THE COURT:  Well, doesn't that seem to clearly say that

09:21AM 12  they have to be named as additional insured for liabilities

09:21AM 13  assumed under the terms of the contract?  So we then have to go

09:21AM 14  back and see what liabilities that each party assume under the

09:21AM 15  contract.

09:21AM 16          MR. MOORE:  With respect, Your Honor, it doesn't

09:21AM 17  because --

09:21AM 18          THE COURT:  Is it only because the comma is missing?

09:21AM 19          MR. MOORE:  No, Your Honor.  The comma is -- the missing

09:21AM 20  comma -- they would be the ones who would need the comma, not us.

09:21AM 21          THE COURT:  Oh, I understand, but you're relying --

09:21AM 22  that's your argument is that there is no comma there, and

09:21AM 23  therefore it totally changes the meaning of that clause.

09:21AM 24          MR. MOORE:  No.  Our argument, Your Honor, is that the

09:21AM 25  plain language indicates that at a minimum, at a minimum, the

09:21AM  1    insurance that Transocean is required to obtain must do this.

09:21AM  2             But the insurers who are suing in the case and

09:21AM  3    seeking the judgment they are seeking in this case, they are not

09:22AM  4    parties to this drilling contract.  They are parties to insurance

09:22AM  5    policies, and they are expressly barred under the drilling

09:22AM  6    contract from claiming third-party rights.

09:22AM  7        THE COURT:  If you were right, it seems to me that the

09:22AM  8    language, anything after the words *Workers' Compensation* would be

09:22AM  9    superfluous.  The language wouldn't mean anything, right?

09:22AM 10        MR. MOORE:  No -- well, except Workers' Compensation for

09:22AM 11    liabilities assumed by the contract.

09:22AM 12        THE COURT:  Liabilities assumed by the contract would be

09:22AM 13    irrelevant.  You're saying they are additional insureds for all

09:22AM 14    policies except Workers' Compensation policies.

09:22AM 15        MR. MOORE:  Your Honor, yes.  We're saying that Workers'

09:22AM 16    Compensation, which is 1(a), is the only thing excluded.

09:22AM 17        THE COURT:  Right.  So every other policy, they have to

09:22AM 18    be named as an additional insured.  Put C back up, that last part

09:22AM 19    up again.

09:22AM 20        MR. MOORE:  Right.

09:22AM 21        THE COURT:  So everything after the word *Compensation*,

09:22AM 22    you could put a period there --

09:22AM 23        MR. MOORE:  You could.

09:23AM 24        THE COURT:  -- everything after that is superfluous?

09:23AM 25        MR. MOORE:  You could put a period there.

09:23AM 1          THE COURT:  Yes, and it would have the same meaning that

09:23AM 2  you advocate for.

09:23AM 3          MR. MOORE:  Yes, Your Honor.  That's exactly what -- and

09:23AM 4  our reading has been accepted by the Texas Supreme Court and the

09:23AM 5  Fifth Circuit.

09:23AM 6          Here is *Aubris*.  Here is the additional insured

09:23AM 7  provision -- this doesn't all fit, Your Honor, so let me just

09:23AM 8  show you what I'm showing you.  *Aubris* is the middle, and our

09:23AM 9  case is the one on the right.

09:23AM 10         If you go down, you'll see that *Aubris* -- according

09:23AM 11 to the excess insurers, that the service contract in *Aubris* -- we

09:23AM 12 still haven't got to the insurance policies yet -- the service

09:23AM 13 contract in *Aubris* has virtually identical language in its

09:23AM 14 insurance provision as we have here.  This is their quotation of

09:23AM 15 it.

09:23AM 16         Then, if you see, it says, "additional insureds

09:24AM 17 shall be named as additional insureds in each of contractor's

09:24AM 18 policies except Workers' Compensation; however, such extension of

09:24AM 19 coverage shall not apply with respect to any obligations for

09:24AM 20 which United has specifically agreed to indemnify contractor."

09:24AM 21         I would submit to you, Your Honor, that that

09:24AM 22 language is even more favorable to the argument being advanced to

09:24AM 23 you by the insurers here than the language here in our case.

09:24AM 24 It's very similar.  If anything, it's more advantageous to them.

09:24AM 25         The Fifth Circuit said you lose in arguing that

09:24AM 1    this provision in the underlying service contract limits your

09:24AM 2    rights and obligations as an insurance company because you're not

09:24AM 3    a party to that contract.  If you issued an insurance policy that

09:24AM 4    granted broader coverage, that's what your obligations are.

09:25AM 5         This is just the minimum that they are -- that the

09:25AM 6    contractor is required to obtain.  That is what *Aubris* held, and

09:25AM 7    that is what *ATOFINA* held.  They said the reason for that,

09:25AM 8    Your Honor, is that insurance and indemnity are two separate

09:25AM 9    things.  Where they are treated as separate things, they are two

09:25AM 10   separate things.

09:25AM 11        That's why *Aubris* came out the way it did.  The

09:25AM 12   additional insured won in that case.  The same in *ATOFINA*.

09:25AM 13        THE COURT:  Do you believe that Texas law is distinctly

09:25AM 14   different from what I would just call *general principles* of how

09:25AM 15   we interpret insurance coverage and insurance policies?  Because

09:25AM 16   most of these principles are pretty generic across the board from

09:25AM 17   state to state.

09:25AM 18        MR. MOORE:  I would say the *ATOFINA* rule, as *Aubris*

09:25AM 19   called it, they recognized this as a -- what I'm presenting to

09:26AM 20   you and what we present in our motion as a proposition of law.  I

09:26AM 21   would suggest to you that the *ATOFINA* rule, which applies

09:26AM 22   specifically in this context, and the context was in oil industry

09:26AM 23   service contracts, is a very specific rule in Texas.  Whether

09:26AM 24   that same rule is equally applicable in other jurisdictions may

09:26AM 25   vary a bit from jurisdiction to jurisdiction.

09:26AM 1               I can tell you this, that this very question, that

09:26AM 2  Texas, maybe uniquely, Texas is very clear in *ATOFINA*, and the

09:26AM 3  Fifth Circuit is very clear in *Aubris*, that that's the rule in

09:26AM 4  Texas.

09:26AM 5               The broader principle, I would agree with

09:26AM 6  Your Honor that the broader principle that you interpret

09:26AM 7  insurance policy provisions in favor of the insured and against

09:26AM 8  coverage limiting interpretations being advanced by the insurers,

09:26AM 9  where the insured is at least reasonable in its interpretation of

09:26AM 10  the policies, that is a generally -- a broad rule, and it's

09:27AM 11  followed in Texas, and it's followed in Texas irrespective of

09:27AM 12  ambiguity, irrespective of bargaining power, sophistication of

09:27AM 13  the insured. Because *ATOFINA* followed it, and *ATOFINA* was a

09:27AM 14  sophisticated insured. *Aubris* followed it, Your Honor.

09:27AM 15               Those courts -- for the insurers to be right here,

09:27AM 16  Your Honor, for the insurers to be right, those cases have to be

09:27AM 17  wrong. It's that stark. It's that direct an issue.

09:27AM 18        THE COURT: I need to ask you to wrap it up. I'll give

09:27AM 19  you about 30 seconds. Your 15 minutes are up.

09:27AM 20        MR. MOORE: The other cases they rely on, the chief one

09:27AM 21  they rely on -- this goes to your point, Your Honor -- *Becker* was

09:27AM 22  decided under maritime and Louisiana law. So, to the extent

09:27AM 23  *Becker* does differ from ATOFINA and *Aubris*, we would say that

09:27AM 24  Texas law is different, and you have to follow *ATOFINA* and

09:27AM 25  *Aubris*.

09:27AM 1          We would say further, Your Honor, that *LeBlanc* and

09:27AM 2  *Oryx*, the other two cases they rely on, don't deal with this

09:27AM 3  issue.

09:27AM 4          THE COURT:  That would be *LeBlanc* in Louisiana.

09:28AM 5          MR. MOORE:  Of course, Your Honor.  Absolutely.  My

09:28AM 6  mistake.

09:28AM 7          *LeBlanc* is a case in which they didn't -- it wasn't

09:28AM 8  an insurance case, and they didn't address this issue.

09:28AM 9          And, likewise, in *Oryx*, you'll see from our papers,

09:28AM 10 *Oryx* didn't address this question either.  Plus, the language at

09:28AM 11 issue in those cases was distinctly different from the language

09:28AM 12 in the policies here.

09:28AM 13         A final point, Your Honor, the key issue, because

09:28AM 14 this is a case against insurance companies, it's not an issue

09:28AM 15 against Transocean, the key issue is can these insurers point to

09:28AM 16 anything in the insurance policies that expressly incorporates,

09:28AM 17 as required by Texas law -- you can incorporate another contract,

09:28AM 18 but you have to do it expressly -- and that's what the *Urrutia*

09:28AM 19 case -- express and clearly is the language of the *Urrutia* case

09:28AM 20 on which they rely -- can they point to any provision in which

09:28AM 21 the limitation they are arguing for is incorporated, and they

09:29AM 22 cannot.

09:29AM 23         For that reason, we should prevail, Your Honor.

09:29AM 24 I'll stop with that and save a moment for rebuttal, if that's

09:29AM 25 appropriate.

09:29AM 1          THE COURT:  Thank you very much, Mr. Moore.

09:29AM 2          MR. MOORE:  Thank you.

09:29AM 3          THE COURT:  Who is going to go first?  Mr. Gilly.

09:29AM 4          MR. GILLY:  Good morning, Your Honor.  George Gilly for

09:29AM 5  Transocean's excess underwriters.

09:29AM 6              I know you're on top of the briefs, and I can tell

09:29AM 7  by your questions that you're on top of the issues.

09:29AM 8              I'll try to give some general overview comments,

09:29AM 9  and then I'm going to turn the floor over to Transocean's lawyer.

09:29AM 10             We all know the goal of contract interpretation is

09:29AM 11 to determine the parties' mutual intent.  It's clear that BP does

09:29AM 12 not want that to be done.  BP doesn't even want discovery about

09:29AM 13 that.  BP wants you to ignore the parties' mutual intent.

09:29AM 14             BP also wants you to ignore the traditional risk

09:29AM 15 allocation in the oil patch, with which you're familiar.  For

09:29AM 16 purposes of this case, it means that the operator protects the

09:29AM 17 drilling contractor from well pollution, pollution from under the

09:30AM 18 water.

09:30AM 19             What does the contractor do?  The contractor makes

09:30AM 20 the oil company an additional insured on the contractor's

09:30AM 21 liability policies to the extent of the risk -- I was going to

09:30AM 22 underline it if he left it here -- assumed by the contractor in

09:30AM 23 the drilling contract.

09:30AM 24             Turning to these documents, as you noted, there is

09:30AM 25 no mention of BP, its predecessors or any oil companies in the

09:30AM 1    insurance policies.  BP wants you to read the drilling contract.

09:30AM 2    We agree with that.  You start with the article, and then you go

09:30AM 3    to the exhibit.

09:30AM 4              By the way, that exhibit is one way, all

09:30AM 5    obligations are on Transocean, so common sense will tell us that

09:30AM 6    BP or its predecessor drafted it, Transocean didn't draft it, and

09:30AM 7    discovery would confirm that, too.

09:30AM 8              But we want you to read --

09:30AM 9         THE COURT:  You mean the drilling contract?

09:30AM 10        MR. GILLY:  The drilling contract, in particular

09:30AM 11   Exhibit C, which is all obligations on Transocean, the insurance

09:30AM 12   exhibit.

09:31AM 13             We and BP want you to read the drilling contract in

09:31AM 14   Exhibit C.  The difference is, as you jumped on, Your Honor, BP

09:31AM 15   wants to leave out those words, and it says that they mean

09:31AM 16   nothing and that you should ignore them.  When you get to just

09:31AM 17   before them, all stop, everything is halt, ignore everything

09:31AM 18   beyond it.

09:31AM 19             Your Honor, those words are traditional.  They mean

09:31AM 20   something.  They only mean one thing.  Frankly, I think BP knows

09:31AM 21   what they mean.

09:31AM 22             BP wants you to find that in 1998, these

09:31AM 23   contracting parties negotiated six single-spaced pages of

09:31AM 24   indemnity and then overwrote all of that with unlimited

09:31AM 25   additional insured protection.  Because, as you know, to the

09:31AM 1   extent there is insurance, if BP is an unlimited AI, additional
09:31AM 2   insured, the indemnity goes out the window.
09:31AM 3           BP wants you to believe that Vastar Resources did
09:31AM 4   in 1998 what no other oil company has done before or since, used
09:32AM 5   restrictive additional insured language and got unlimited in
09:32AM 6   scope additional insured protection.
09:32AM 7           BP also wants you to ignore that after extensive
09:32AM 8   negotiations in September 2009, BP and Transocean executed
09:32AM 9   Amendment 38 to the drilling contract, which added nine new
09:32AM 10  single-spaced pages of indemnity, all of which would have been
09:32AM 11  totally unnecessary and irrelevant if BP were an unlimited
09:32AM 12  additional insured.
09:32AM 13          Significant, as I know you know, you know what this
09:32AM 14  says about restrictive in scope of the AI in the exhibit.  The
09:32AM 15  new indemnity provisions keep the indemnity obligation on BP to
09:32AM 16  protect Transocean for well pollution.
09:32AM 17          Now, they didn't come into effect because
09:32AM 18  Amendment 38 was to come into effect in September 2010.
09:32AM 19  Obviously, the accident prevented that from happening.
09:32AM 20          BP wants you --
09:33AM 21      THE COURT:  How do you distinguish -- I'm assuming you
09:33AM 22  don't think the *ATOFINA* and *Aubris* cases are -- well, they can be
09:33AM 23  distinguished or they are not controlling for some reason.  Why
09:33AM 24  don't you talk about that for a minute.
09:33AM 25      MR. GILLY:  Yes, sir.  Mr. Elsley will probably go into

09:33AM 1  it --

09:33AM 2          THE COURT:  Well, if he's going to speak about that,

09:33AM 3  that's fine.

09:33AM 4          MR. GILLY:  He's going to cover that, Your Honor.  But

09:33AM 5  I'll say quite simply, it can be complicated or it can be simple.

09:33AM 6  I'll give you the simple version.  The policies were different.

09:33AM 7          Our policies refer to the contract to define the

09:33AM 8  scope of the additional insured protection.  The policy in

09:33AM 9  *ATOFINA* did not.  The policy in *Aubris* did, but it was a

09:33AM 10 different provision.

09:33AM 11         The Fifth Circuit, contrary to what BP's lawyer

09:33AM 12 just told you, the Fifth Circuit did look at the contract in

09:33AM 13 *Aubris*.

09:33AM 14         So there is no firm and fast rule established by

09:34AM 15 *ATOFINA* that Texas law says you never look beyond an insurance

09:34AM 16 policy.  I don't want to steal his thunder, but, as our briefs

09:34AM 17 explain, our insurance policies say, but only to the extent as

09:34AM 18 may be required under contract or agreement.  And they say,

09:34AM 19 "where required by written contract, bid or work order as may be

09:34AM 20 required by contract."

09:34AM 21         BP wants you to ignore that it received, at least

09:34AM 22 annually, from Transocean's insurance broker a certificate of

09:34AM 23 insurance -- I realize that's not a policy, but it is a notice of

09:34AM 24 what the insurance is in place -- and that policy every year said

09:34AM 25 BP was an additional insured, quote, as required by written

09:34AM 1    contract.

09:34AM 2           BP never complained about that language.  It never

09:34AM 3    questioned it, and nor should it because it's traditional and it

09:34AM 4    explained that BP was getting exactly what the parties bargained

09:34AM 5    for.

09:34AM 6         THE COURT:  What your clients are suggesting is that

09:35AM 7    this shouldn't be decided on a Rule 12(c) motion and should be --

09:35AM 8    is it you or Transocean or both who suggest this should be

09:35AM 9    converted to a summary judgment?

09:35AM 10        MR. GILLY:  Well, I think that's mainly Transocean's

09:35AM 11   suggestion.  What our clients would like is to prevail on a

09:35AM 12   declaratory judgment that the only additional insured

09:35AM 13   protection -- again, we're reasonably reading all of the

09:35AM 14   documents -- that BP is owed is for the risk for which Transocean

09:35AM 15   owes contractual defense and indemnity to BP.

09:35AM 16          As you may know, Transocean, in connection with all

09:35AM 17   of that, and its underwriters, in connection with all that, are

09:35AM 18   settling, for example, the Transocean employee claims because

09:35AM 19   that is clearly something for which Transocean owes indemnity,

09:35AM 20   and that clearly is something that defines the scope of the

09:35AM 21   additional insured protection.  Transocean and its underwriters

09:35AM 22   are honoring that.

09:35AM 23          Let me mention something else.  On May 10, 2010,

09:35AM 24   Transocean sent a well indemnity demand letter to BP basically

09:36AM 25   saying, this is what the contract says, there are obviously well

09:36AM 1    pollution claims.  Under Article 21, you owe us indemnity.

09:36AM 2        Six weeks later, in a very lengthy letter, BP's

09:36AM 3    lawyers responded, and they gave a whole lot of reasons why BP

09:36AM 4    wasn't going to honor that obligation, but not once did they

09:36AM 5    mention anything about additional insured protection or unlimited

09:36AM 6    in scope additional insured protection.

09:36AM 7        That's significant, Your Honor, because if BP

09:36AM 8    thought it had bargained for and obtained an unlimited in scope

09:36AM 9    additional insured status, it for darned sure would have put it

09:36AM 10   in that letter because that would have thrown Transocean's well

09:36AM 11   indemnity claim out the window, at least for the first billion

09:36AM 12   dollars.  There is no explanation as to why BP can now take this

09:36AM 13   position.

09:36AM 14       We think the reading of *ATOFINA* is strained.  We

09:36AM 15   think its application doesn't fit here.  Frankly, there are other

09:36AM 16   real world common sense reasons that this shouldn't apply, that

09:36AM 17   BP shouldn't prevail.

09:37AM 18       If BP was right on this position, why haven't all

09:37AM 19   the other oil companies in all the prior years that have similar

09:37AM 20   or identical wording in the contracts and similar or identical

09:37AM 21   wording in the policies, why haven't they come forward and said

09:37AM 22   that they are entitled to unlimited additional insured status?

09:37AM 23   You know that hasn't happened.

09:37AM 24       Another example, if BP somehow were to prevail on

09:37AM 25   this, Your Honor, then we could look out into the oil patch that

09:37AM 1   we all are so much involved in, and the indemnity provisions in

09:37AM 2   every drilling contract and every service agreement and every

09:37AM 3   vessel charter would be written out because the customers, the

09:37AM 4   oil companies, would get a hundred percent without limitation

09:37AM 5   additional insured protection.

09:37AM 6          Nobody bargained for that.  Nobody agreed to that.

09:37AM 7   Nobody should want that.  Nobody should let that happen.

09:37AM 8          It would be much more straightforward if BP would

09:37AM 9   come to you and say, we know that we didn't bargain for unlimited

09:37AM 10  additional insured protection, but we find Transocean's insurance

09:38AM 11  dollars so attractive to us that we want to come in here and make

09:38AM 12  a twisted argument to try to say that *ATOFINA* means we win,

09:38AM 13  because that is exactly what this motion is all about.

09:38AM 14          Thank you, Your Honor.

09:38AM 15      THE COURT:  All right.  Thank you.

09:38AM 16          All right, Mr. Elsley.

09:38AM 17      MR. ELSLEY:  Good morning, Your Honor.

09:38AM 18      THE COURT:  Good morning.

09:38AM 19      MR. ELSLEY:  John Elsley for Transocean.

09:38AM 20      THE COURT:  Your client suggested what I ought to do is

09:38AM 21  convert this motion to a motion for summary judgment and allow

09:38AM 22  some directed discovery on that; is that what you're asking for?

09:38AM 23      MR. ELSLEY:  Well, Your Honor, two points about

09:38AM 24  discovery.  Yes, we did file a motion to convert.  I mean, point

09:38AM 25  one about discovery, under Texas law, the Court has the authority

09:38AM  1    and should, if in determining the parties' intent from a

09:38AM  2    contract, which is the principle job of the Court when construing

09:38AM  3    a contract, the Court may look at the surrounding circumstances

09:39AM  4    involved in the drafting of the contract.  So that issue of

09:39AM  5    surrounding circumstances, discovery is relevant to that.

09:39AM  6             But the second --

09:39AM  7        THE COURT:  The circumstances surrounding the drafting

09:39AM  8    of the drilling contract, the insurance policy, or both?

09:39AM  9        MR. ELSLEY:  Both.  Both.

09:39AM 10        THE COURT:  Okay.

09:39AM 11        MR. ELSLEY:  Now, the second point about discovery, in

09:39AM 12    addition to the surrounding circumstances, is that BP asked for a

09:39AM 13    presumption, a presumption against the insurers in this case.

09:39AM 14             In order to resolve that issue, fact issues are

09:39AM 15    present, who drafted the policy, issues like that, was this a

09:39AM 16    policy that the insurers imposed upon the insured, or was this a

09:39AM 17    policy, a manuscript policy, where the parties actually

09:39AM 18    negotiated the terms.

09:39AM 19             All of those issues you can't determine from just

09:39AM 20    the face of the pleadings.  So, to the extent that BP is asking

09:39AM 21    for any type of presumption to be applied in this case in their

09:39AM 22    favor in favor of coverage, we submit you would have to allow

09:40AM 23    discovery, Your Honor.

09:40AM 24             Now, Your Honor, you asked Mr. Gilly what the

09:40AM 25    difference was between our case and -- BP refers to it as

09:40AM 1   *ATOFINA*, I refer to it as *Evanston*.  *Evanston* is different from

09:40AM 2   this case for two reasons.

09:40AM 3           First, the additional insured endorsement in the

09:40AM 4   *Evanston* policy made no reference whatsoever to another contract,

09:40AM 5   none whatsoever.

09:40AM 6           Second, the *Evanston* service contract contained a

09:40AM 7   free-standing provision requiring additional insured coverage

09:40AM 8   without any qualification or condition.

09:40AM 9           If you look at the policies in this case, they

09:40AM 10  recognize additional insureds where required by written contract,

09:40AM 11  bid or work order, or only to the extent as may be required under

09:41AM 12  contractor agreement, or if obliged by any oral or written

09:41AM 13  insured contract where the named insured assumes the tort

09:41AM 14  liability of another.

09:41AM 15          The common thread to all of these policy provisions

09:41AM 16  in this case is a requirement that additional insured status is

09:41AM 17  spelled out in another contract, and that contract is the

09:41AM 18  drilling contract.

09:41AM 19          You asked Mr. Moore, you asked him straightaway,

09:41AM 20  don't we have to look at the drilling contract to decide this

09:41AM 21  issue?  He said no.  Absolutely, you do, and it's that language

09:41AM 22  which requires you to look at the drilling contract.

09:41AM 23          BP is wrong in another respect about *Evanston*, or

09:41AM 24  *ATOFINA*.  *Evanston* does not espouse a policies only approach.

09:41AM 25  *Evanston* is not any different than maritime law is or general

09:41AM 1  contract law is about the interpretation of contracts and the
09:41AM 2  interpretation of policies.
09:41AM 3          For example, the *Evanston* court quotes the
09:42AM 4  additional insured provision from the service contract, not just
09:42AM 5  from the policies.  The additional insured provision in the
09:42AM 6  *Evanston* policy read, ATOFINA shall be named as an additional
09:42AM 7  insured in each of contractor's policies.
09:42AM 8          Now, that language does not tie additional insured
09:42AM 9  status to an indemnity agreement or to the liabilities assumed by
09:42AM 10 the contractor, as it does in this case.
09:42AM 11         And it's that language, for liabilities assumed by
09:42AM 12 Transocean under the terms of this contract, that can mean only
09:42AM 13 one thing.  It refers to the indemnity provisions in the drilling
09:42AM 14 contract.
09:42AM 15         Counsel also referred to the *Aubris* case.  I would
09:42AM 16 like to quote to you, if you'll allow me to, an excerpt from the
09:42AM 17 *Aubris* case on page 487.  And it says, "To determine the
09:42AM 18 additional insured's question presented in this appeal, we now
09:43AM 19 turn to consider the relationship between and among the policy,
09:43AM 20 the additional insured provision in the services agreement, and
09:43AM 21 the indemnity provisions in the service agreement."
09:43AM 22         That's exactly what Transocean and the insurers ask
09:43AM 23 you to do.  Not what BP asks you to do, ignore the drilling
09:43AM 24 contract.  Look at all -- look at both the drilling contract and
09:43AM 25 the policies.

09:43AM 1          So the Court should first begin with the insurance

09:43AM 2    policies.  If the policies provide for additional insured

09:43AM 3    coverage, is that additional insured coverage determined by a

09:43AM 4    separate agreement?  In this case, it does by the very language

09:43AM 5    which I referred to you earlier.

09:43AM 6          THE COURT:  What's your response to Mr. Moore's quote

09:43AM 7    from the policy in the *Aubris* case which said that, in that case,

09:43AM 8    United shall be named as additional insureds in each of the

09:43AM 9    policies except Workers' Compensation, and they did have -- well,

09:44AM 10   actually they had a semicolon there -- however, such extension of

09:44AM 11   coverage shall not apply with respect to any obligations for

09:44AM 12   which United has specifically agreed to indemnify contractor?

09:44AM 13         MR. ELSLEY:  Very simple response, Your Honor.  In that

09:44AM 14   case, the Fifth Circuit panel focused on the word *specifically*.

09:44AM 15   They read that provision.  Again, they are reading the service

09:44AM 16   contract, as well as the policy provision.  Both had the word

09:44AM 17   *specifically* in the service contract and the policy.  The court

09:44AM 18   decided that the word "specifically," that was a reference to a

09:44AM 19   specific indemnity agreement, not a general indemnity agreement.

09:44AM 20         So the court -- there were two constructions given,

09:44AM 21   one by one party and one by another, and the Court said both of

09:44AM 22   them were reasonable and sided with one party.

09:45AM 23         In this case, that word is absent.  If the word

09:45AM 24   "specifically" had not been in that policy and in that additional

09:45AM 25   insured provision, the court would have gone the other way,

09:45AM 1    literally.

09:45AM 2              We referred to other cases in our briefs,

09:45AM 3    Your Honor.  Excuse me.  *Becker*, *LeBlanc*, and *Oryx*.  Why do we

09:45AM 4    cite those cases?  Because each demonstrates that when a contract

09:45AM 5    does condition its additional insured coverage on another

09:45AM 6    contract, the courts applying the same rule of interpretation as

09:45AM 7    *Evanston* and *Aubris* can reach the opposite conclusion as *Evanston*

09:45AM 8    based upon the particularized wording of those contracts.

09:45AM 9              In this case, BP has offered a strained reading of

09:45AM 10   the drilling contract.  You asked Mr. Moore, aren't you reading

09:46AM 11   out the language for liabilities assumed by contractor under the

09:46AM 12   terms of this contract?  Indeed, that's what they are trying to

09:46AM 13   ask this Court to do.

09:46AM 14             They try to argue that the drilling contract only

09:46AM 15   refers to or creates an exception for liabilities assumed by

09:46AM 16   contractor under the terms of this contract from Workers'

09:46AM 17   Compensation.  Well, they may have a point if there was a period

09:46AM 18   after "Workers' Compensation," but that means that "for

09:46AM 19   liabilities assumed by contractor under the terms of this

09:46AM 20   contract" is superfluous.

09:46AM 21             The Court must give meaning to that, and that

09:46AM 22   language can only mean one thing.  The Court must look to the

09:46AM 23   policy, the Court must look to the drilling contract, and the

09:46AM 24   Court must look to the very language and determine whether under

09:46AM 25   the indemnity provisions did BP -- did Transocean assume the

09:46AM 1  liability of BP for well pollution.  I believe in this case they
09:46AM 2  concede, they concede that is a BP obligation.
09:46AM 3          THE COURT:  If you need to wrap up, 30 seconds.
09:47AM 4          MR. ELSLEY:  Your Honor, in the final analysis, it goes
09:47AM 5  back to what Mr. Gilly said.  The primary goal of the court
09:47AM 6  interpreting a contract is to give effect to the written
09:47AM 7  expression of the parties.  The intent here is clear.  BP and
09:47AM 8  Transocean allocated oil pollution risks as it is typically done
09:47AM 9  in the oil patch.  Large oil companies like BP, they take the
09:47AM 10 larger risks, that of well pollution, while contractors such as
09:47AM 11 Transocean take the smaller risks, pollution from the rig.
09:47AM 12         Because the contractors are smaller, smaller
09:47AM 13 companies, their pollution risks are smaller.  They can purchase
09:47AM 14 insurance to cover their risks.  But even BP's CEO has already
09:47AM 15 said it's cost prohibitive to insure an oil company's well
09:47AM 16 pollution risks in a Macondo-type incident, so companies like BP
09:47AM 17 are self-insured.
09:47AM 18         But its attorneys want to convince the Court that a
09:48AM 19 drilling contractor could afford to insure well pollution risks,
09:48AM 20 and in this case Transocean did purchase insurance coverage to
09:48AM 21 cover BP's well pollution risks.
09:48AM 22         It's as if they are suggesting that the parties in
09:48AM 23 this case did something completely alien to what the parties do
09:48AM 24 in the normal situation in the drilling patch.  Of course, that's
09:48AM 25 not what the parties intended.  Thank you.

09:48AM 1       THE COURT:  Thank you, Mr. Elsley.

09:48AM 2          Mr. Moore, I'll give you one minute.

09:48AM 3      MR. MOORE:  Thank you, Your Honor.  This all comes back

09:48AM 4 to *ATOFINA* and *Aubris*, Your Honor.  Those cases cannot be

09:48AM 5 reconciled with what is being suggested here.  They answer

09:48AM 6 definitively the precise question presented.  The language in the

09:48AM 7 service contract, in terms of the insurance requirement that the

09:48AM 8 contractor was required to provide, was, if anything, more

09:48AM 9 favorable to the insurers' argument in those cases than here.

09:48AM 10       The language in the insurance policies, which is

09:49AM 11 what this case is about, is virtually identical.  Those cases

09:49AM 12 arose in the oil and gas industry, Your Honor.  So the answer to

09:49AM 13 Mr. Gilly's point is *Aubris* and *ATOFINA* already won this issue,

09:49AM 14 this precise issue in this context.

09:49AM 15       That goes to the Rule 12(c) question, Your Honor.

09:49AM 16 Both those cases decided this issue as a pure question of Texas

09:49AM 17 insurance law.  If it's a pure question of Texas insurance law,

09:49AM 18 when would you ever have, we would submit, Your Honor, a more

09:49AM 19 appropriate circumstance for a Rule 12(c) motion than controlling

09:49AM 20 decisions from the Texas State Supreme Court and from the

09:49AM 21 Fifth Circuit both saying our position is correct.

09:49AM 22       Just lastly, Your Honor, in terms of common sense,

09:49AM 23 assume for a moment, assume for a moment that the insurance

09:49AM 24 policies at issue in the case provided very, very narrow

09:49AM 25 coverage, and that the drilling contract provided broader

09:50AM 1    requirements on Transocean to obtain coverage.  There is no doubt

09:50AM 2    that the insurers would be standing in front of this Court and

09:50AM 3    saying, as a matter of common sense, Your Honor, we're only

09:50AM 4    parties to our insurance policies, our obligations are determined

09:50AM 5    by our insurance policies, and those are narrower obligations.

09:50AM 6         The fact is that they didn't do what we've

09:50AM 7    challenged them to do in this motion.  They cannot point,

09:50AM 8    Your Honor, to any provision in the insurance policies, which is

09:50AM 9    what this is about.

09:50AM 10        We keep talking about Exhibit C, Your Honor.  This

09:50AM 11   is in the contract to which they are not parties, and which is

09:50AM 12   between BP and Transocean.  It is specifying the minimum

09:50AM 13   requirement, that's *ATOFINA*'s words, this is the service contract

09:50AM 14   insurance provisions dealing with the minimum requirement that

09:50AM 15   the contractor is required to provide in terms of insurance.

09:50AM 16        Then you look to -- and that's what Mr. Elsley has

09:50AM 17   done is he has conflated the status question with the scope

09:51AM 18   question.  *Aubris* says you look to the service contract for the

09:51AM 19   status of an additional insured.  Here, it's undisputed.  BP is

09:51AM 20   an additional insured.

09:51AM 21        Then, you look to the insurance policies to

09:51AM 22   determine the scope of the insurer's insurance obligation.

09:51AM 23   That's what those cases held, and it's the exact same question

09:51AM 24   presented here, Your Honor.

09:51AM 25        THE COURT:  Thank you, Mr. Moore.  I'll take this under

09:51AM 1    advisement.

2                    (WHEREUPON, at 9:51 a.m., the proceedings were

3    concluded.)

4                                  *    *    *

5

6

7                           REPORTER'S CERTIFICATE

8

9        I, Cathy Pepper, Certified Realtime Reporter, Registered

10   Merit Reporter, Certified Court Reporter of the State of

11   Louisiana, Official Court Reporter for the United States District

12   Court, Eastern District of Louisiana, do hereby certify that the

13   foregoing is a true and correct transcript, to the best of my

14   ability and understanding, from the record of the proceedings in

15   the above-entitled and numbered matter.

16

17

18                              *s/Cathy Pepper*_____

19                              Cathy Pepper, CRR, RMR, CCR
                                Certified Realtime Reporter
20                              Official Court Reporter
                                United States District Court
21                              Cathy_Pepper@laed.uscourts.gov

22

23

24

25

## 0

**04111** [1] - 6:25

## 1

**1(a** [1] - 21:16
**10** [1] - 30:23
**10-MD-2179** [1] - 1:7
**100** [2] - 2:23, 3:15
**1000** [2] - 2:4, 8:17
**10003** [1] - 3:4
**1001** [1] - 5:20
**10036** [1] - 8:13
**10153** [1] - 9:12
**11** [2] - 16:10, 16:11
**11-274** [2] - 12:22, 13:15
**11-275** [1] - 12:22
**1100** [2] - 5:12, 9:25
**12** [1] - 11:5
**12(c** [4] - 13:14, 30:7, 39:15, 39:19
**1201** [2] - 6:22, 7:14
**1221** [1] - 7:9
**13** [1] - 11:6
**1300** [2] - 7:23, 9:9
**1331** [1] - 7:17
**15** [1] - 24:19
**1540** [1] - 8:13
**16** [2] - 1:8, 12:2
**1600** [1] - 9:20
**1601** [1] - 2:12
**1615** [1] - 7:23
**1665** [1] - 7:17
**1700** [1] - 7:14
**188** [1] - 3:8
**1998** [2] - 27:22, 28:4

## 2

**20** [2] - 1:6, 19:19
**20.1** [2] - 17:8, 17:9
**2000** [1] - 8:22
**20004** [1] - 6:22
**20005** [2] - 6:18, 9:9
**20006** [1] - 8:9
**2007** [1] - 8:12
**2009** [1] - 28:8
**2010** [3] - 1:6, 28:18, 30:23
**2011** [2] - 1:8, 12:2
**2020** [1] - 8:9
**21** [1] - 31:1
**2185** [1] - 10:8
**23** [1] - 3:15
**23510** [1] - 2:5

**255** [1] - 3:11
**26** [1] - 11:7
**275** [2] - 2:15, 13:16
**27708** [1] - 10:14
**2929** [1] - 10:5
**29TH** [1] - 2:15
**2:11-CV-274** [1] - 1:10
**2:11-CV-275** [1] - 1:10

## 3

**3** [1] - 2:23
**30** [2] - 24:19, 38:3
**300** [1] - 6:14
**316** [1] - 2:8
**32** [1] - 11:8
**32502** [1] - 2:9
**3300** [1] - 9:25
**33134** [1] - 3:12
**338** [1] - 4:7
**3450** [1] - 10:9
**355** [1] - 8:4
**36013** [1] - 3:23
**36130** [1] - 4:15
**365** [1] - 8:22
**36604** [1] - 2:12
**3668** [1] - 1:19
**36TH** [1] - 5:11
**3700** [1] - 5:20
**38** [2] - 28:9, 28:18
**39** [1] - 11:9
**39201** [1] - 3:8

## 4

**4** [1] - 2:22
**40** [1] - 11:10
**4000** [1] - 8:17
**4160** [1] - 3:22
**42ND** [1] - 10:5
**4310** [1] - 2:19
**4400** [1] - 8:4
**450** [1] - 5:5
**4500** [1] - 7:9
**4800** [1] - 9:16
**487** [1] - 35:17
**4900** [1] - 5:23

## 5

**500** [4] - 4:15, 5:16, 10:9, 10:20
**5000** [1] - 6:10
**501** [1] - 4:11
**504** [1] - 10:21
**510** [1] - 4:22
**519** [1] - 4:4

**5395** [1] - 5:5
**546** [1] - 7:5
**556** [1] - 1:20
**589-7779** [1] - 10:21

## 6

**600** [2] - 2:8, 9:20
**60654** [1] - 6:15
**618** [1] - 3:18
**655** [1] - 6:18

## 7

**700** [1] - 3:4
**70037** [1] - 3:15
**701** [3] - 4:19, 6:10, 9:16
**70112** [1] - 7:23
**70113** [1] - 3:12
**70130** [5] - 4:8, 4:19, 7:5, 8:23, 10:20
**70139** [2] - 6:11, 9:17
**70163** [2] - 5:12, 9:25
**70433** [1] - 4:23
**70501** [1] - 9:21
**70502** [1] - 1:20
**70601** [1] - 4:11
**70726** [1] - 4:4
**70801** [1] - 3:19
**711** [1] - 5:16
**750** [1] - 5:23
**75270** [1] - 7:14
**767** [1] - 9:12
**77002** [4] - 5:16, 5:20, 8:18, 10:10
**77006** [1] - 2:19
**77010** [2] - 7:9, 7:18
**77019** [1] - 10:6
**77056** [1] - 5:24
**777** [1] - 3:8
**78257** [1] - 2:23
**7TH** [1] - 5:5

## 8

**820** [1] - 1:23
**8397** [1] - 3:15

## 9

**900** [1] - 9:9
**90071** [1] - 8:4
**90362** [1] - 10:13
**94102** [1] - 5:6
**94111** [1] - 2:16
**999** [1] - 2:4

**9:08** [1] - 1:8
**9:51** [1] - 41:2

## A

**A.M** [1] - 1:8
**a.m** [1] - 41:2
**ability** [1] - 41:14
**above-entitled** [1] - 41:15
**absent** [1] - 36:23
**absolutely** [2] - 25:5, 34:21
**accepted** [1] - 22:4
**accident** [1] - 28:19
**according** [1] - 22:10
**ACTION** [1] - 1:7
**actions** [5] - 12:15, 12:22, 12:25, 13:15, 13:17
**ACTIONS..................
....................** [1] - 11:5
**added** [1] - 28:9
**addition** [1] - 33:12
**additional** [54] - 14:12, 14:15, 14:18, 15:1, 15:6, 15:7, 15:11, 15:12, 15:16, 15:22, 16:9, 16:20, 17:2, 20:8, 20:12, 21:13, 21:18, 22:6, 22:16, 22:17, 23:12, 26:20, 27:25, 28:1, 28:5, 28:6, 28:12, 29:8, 29:25, 30:12, 30:21, 31:5, 31:6, 31:9, 31:22, 32:5, 32:10, 34:3, 34:7, 34:10, 34:16, 35:4, 35:5, 35:6, 35:8, 35:18, 35:20, 36:2, 36:3, 36:8, 36:24, 37:5, 40:19, 40:20
**address** [2] - 25:8, 25:10
**addressed** [2] - 17:5, 17:6
**admit** [1] - 16:9
**advanced** [3] - 19:8, 22:22, 24:8
**advantageous** [1] - 22:24
**advisement** [1] - 41:1
**advocate** [1] - 22:2
**affiliated** [1] - 20:6
**afford** [1] - 38:19
**agenda** [1] - 12:10
**agents** [1] - 20:7
**agree** [2] - 24:5, 27:2

**agreed** [4] - 18:5, 22:20, 32:6, 36:12
**agreement** [9] - 29:18, 32:2, 34:12, 35:9, 35:20, 35:21, 36:4, 36:19
**agrees** [2] - 15:1, 15:5
**AI** [1] - 28:1, 28:14
**AL** [3] - 2:12, 3:23, 4:15
**ALABAMA** [1] - 4:13
**ALAN** [1] - 7:17
**ALHAMBRA** [1] - 3:11
**alien** [1] - 38:23
**Allan** [1] - 13:5
**ALLAN** [2] - 4:18, 6:21
**ALLEN** [3] - 3:21, 10:5, 10:9
**allocated** [1] - 38:8
**allocation** [1] - 26:15
**allow** [3] - 32:21, 33:22, 35:16
**ALPHONSO** [1] - 3:7
**ALSO** [1] - 10:16
**ambiguity** [1] - 24:12
**Amendment** [2] - 28:9, 28:18
**AMERICA** [6] - 6:3, 6:3, 6:4, 6:5, 6:7, 6:8
**ANADARKO** [2] - 7:20, 7:21
**Anadarko** [1] - 12:24
**analysis** [1] - 38:4
**AND** [2] - 5:9, 9:7
**ANDREW** [1] - 6:13
**ANGELES** [1] - 8:4
**annually** [1] - 29:22
**answer** [2] - 39:5, 39:12
**ANTONIO** [1] - 2:23
**appeal** [1] - 35:18
**APPEARANCES** [10] - 1:16, 2:1, 3:1, 4:1, 5:1, 6:1, 7:1, 8:1, 9:1, 10:1
**applicable** [1] - 23:24
**application** [1] - 31:15
**applied** [1] - 33:21
**applies** [2] - 19:4, 23:21
**apply** [3] - 22:19, 31:16, 36:11
**applying** [1] - 37:6
**approach** [1] - 34:24
**appropriate** [2] - 25:25, 39:19
**APRIL** [1] - 1:6
**argue** [2] - 12:19, 37:14

**argues** [1] - 16:14
**arguing** [3] - 12:17, 22:25, 25:21
**ARGUMENT** [1] - 1:13
**argument** [5] - 20:22, 20:24, 22:22, 32:12, 39:9
**arguments** [2] - 12:7, 13:3
**arose** [1] - 39:12
**Article** [4] - 17:8, 17:9, 19:19, 31:1
**article** [1] - 27:2
**ASBILL** [1] - 5:18
**assume** [4] - 20:14, 37:25, 39:23
**assumed** [12] - 16:22, 16:25, 20:10, 20:13, 21:11, 21:12, 26:22, 35:9, 35:11, 37:11, 37:15, 37:19
**assumes** [1] - 34:13
**assuming** [1] - 28:21
**AT** [1] - 4:22
**ATOFINA** [23] - 17:5, 18:22, 19:4, 19:6, 23:7, 23:12, 23:18, 23:21, 24:2, 24:13, 24:23, 24:24, 28:22, 29:9, 29:15, 31:14, 32:12, 34:1, 34:24, 35:6, 39:4, 39:13
**ATOFINA's** [1] - 40:13
**ATTORNEY** [1] - 4:13
**attorneys** [1] - 38:18
**ATTORNEYS** [1] - 4:22
**attractive** [1] - 32:11
**Aubris** [25] - 17:6, 18:23, 19:5, 22:6, 22:8, 22:10, 22:11, 22:13, 23:6, 23:11, 23:18, 24:3, 24:14, 24:23, 24:25, 28:22, 29:9, 29:13, 35:15, 35:17, 36:7, 37:7, 39:4, 39:13, 40:18
**authority** [1] - 32:25
**AVENUE** [7] - 1:23, 4:4, 4:15, 5:5, 6:22, 8:4, 9:12
**AVIATION** [1] - 9:14

## B

**BABIUCH** [1] - 6:14
**backstop** [1] - 16:6
**BARBIER** [1] - 1:13
**bargain** [1] - 32:9

**bargained** [3] - 30:4, 31:8, 32:6
**bargaining** [2] - 19:7, 24:12
**BARNETT** [1] - 9:23
**BARR** [1] - 2:8
**barred** [1] - 21:5
**BARROW** [1] - 10:4
**based** [1] - 37:8
**BATON** [1] - 3:19
**BATTERY** [1] - 2:15
**BAYLEN** [1] - 2:8
**BEASLEY** [1] - 3:21
**BECK** [2] - 7:7, 7:8
**Becker** [3] - 24:21, 24:23, 37:3
**become** [1] - 15:12
**becomes** [1] - 15:16
**BEFORE** [1] - 1:13
**begin** [1] - 36:1
**BELLE** [1] - 3:15
**BERNSTEIN** [1] - 2:14
**BERTAUT** [1] - 7:4
**best** [1] - 41:13
**between** [3] - 33:25, 35:19, 40:12
**beyond** [2] - 27:18, 29:15
**BICKFORD** [2] - 4:6, 4:7
**bid** [2] - 29:19, 34:11
**billion** [1] - 31:11
**BINGHAM** [2] - 8:3, 8:6
**BISHOP** [1] - 10:5
**bit** [1] - 23:25
**board** [2] - 23:16
**BOCKIUS** [1] - 8:15
**BOULEVARD** [1] - 2:19
**BOUNDS** [1] - 2:11
**BOX** [3] - 1:19, 3:22, 10:13
**BP** [72] - 6:3, 6:3, 6:4, 6:5, 6:6, 6:7, 6:8, 12:23, 13:5, 14:12, 14:15, 14:21, 15:1, 15:4, 15:5, 15:7, 15:8, 15:21, 16:5, 16:7, 16:9, 16:20, 17:1, 18:5, 20:5, 26:11, 26:12, 26:13, 26:14, 26:25, 27:1, 27:6, 27:13, 27:14, 27:20, 27:22, 28:1, 28:3, 28:7, 28:8, 28:11, 28:15, 28:20, 29:21, 29:25, 30:2, 30:4, 30:14, 30:15, 30:24, 31:3, 31:7,

31:12, 31:17, 31:18, 31:24, 32:8, 33:12, 33:20, 33:25, 34:23, 35:23, 37:9, 37:25, 38:1, 38:2, 38:7, 38:9, 38:16, 40:12, 40:19
**BP's** [9] - 13:14, 13:22, 14:18, 14:20, 16:13, 29:11, 31:2, 38:14, 38:21
**BRANCH** [1] - 5:4
**BREIT** [2] - 2:3, 2:3
**BRENNAN** [1] - 5:18
**BRIAN** [1] - 2:8
**briefs** [3] - 26:6, 29:16, 37:2
**BROAD** [1] - 4:11
**broad** [1] - 24:10
**broader** [6] - 18:9, 23:4, 24:5, 24:6, 39:25
**BROADWAY** [2] - 3:4, 8:13
**broker** [1] - 29:22
**BUILDING** [1] - 2:23
**Bundle** [1] - 12:9
**BURLING** [2] - 6:20, 6:24
**BY** [49] - 1:4, 1:19, 1:22, 2:3, 2:8, 2:11, 2:15, 2:18, 2:22, 3:3, 3:7, 3:11, 3:14, 3:18, 3:22, 4:3, 4:7, 4:10, 4:14, 4:18, 5:4, 5:11, 5:15, 5:19, 5:23, 6:9, 6:13, 6:17, 6:21, 6:24, 7:4, 7:8, 7:12, 7:17, 7:22, 8:3, 8:7, 8:12, 8:16, 8:21, 9:8, 9:11, 9:15, 9:20, 9:24, 10:4, 10:8, 10:23, 10:23

## C

**C/W** [1] - 1:10
**CA** [4] - 2:16, 5:6, 6:25, 8:4
**CABRASER** [2] - 2:14, 2:15
**CALLED** [1] - 12:4
**CALVIN** [1] - 4:3
**CAMERON** [1] - 7:3
**CAMP** [1] - 4:19
**CANAL** [2] - 8:22, 8:22
**cannot** [3] - 25:22, 39:4, 40:7
**CAPITOL** [1] - 3:8

**CARL** [1] - 1:13
**CARMELITE** [1] - 7:4
**CARONDELET** [1] - 7:5
**case** [32] - 17:3, 21:2, 21:3, 22:9, 22:23, 23:12, 25:7, 25:8, 25:14, 25:19, 26:16, 33:13, 33:21, 33:25, 34:2, 34:9, 34:16, 35:10, 35:15, 35:17, 36:4, 36:7, 36:14, 36:23, 37:9, 38:1, 38:20, 38:23, 39:11, 39:24
**cases** [2] - 24:16, 24:20, 25:2, 25:11, 28:22, 37:2, 37:4, 39:4, 39:9, 39:11, 39:16, 40:23
**Cathy** [2] - 41:9, 41:19
**CATHY** [1] - 10:19
**Cathy_Pepper@laed .uscourts.gov** [1] - 41:21
**cathy_Pepper@laed. uscourts.gov** [1] - 10:21
**CCR** [2] - 10:19, 41:19
**CENTER** [2] - 7:8, 10:9
**CENTRE** [2] - 5:11, 9:24
**CEO** [1] - 38:14
**certain** [1] - 13:19
**certificate** [1] - 29:22
**CERTIFICATE** [1] - 41:7
**CERTIFIED** [1] - 10:19
**Certified** [3] - 41:9, 41:10, 41:19
**certify** [1] - 41:12
**challenged** [1] - 40:7
**CHAMBERS** [1] - 10:3
**changes** [1] - 20:23
**CHARLES** [1] - 4:11
**charter** [1] - 32:3
**CHASSE** [1] - 3:15
**CHICAGO** [1] - 6:15
**chief** [1] - 24:20
**CHRISTOPHER** [1] - 6:21
**CIRCLE** [1] - 3:11
**Circuit** [9] - 17:5, 18:23, 22:5, 22:25, 24:3, 29:11, 29:12, 36:14, 39:21
**circular** [1] - 17:1
**circumstance** [1] - 39:19

**circumstances** [4] - 33:3, 33:5, 33:7, 33:12
**cite** [1] - 37:4
**CITY** [1] - 3:4
**CIVIL** [2] - 1:7, 5:4
**claim** [1] - 31:11
**claiming** [1] - 21:6
**claims** [2] - 30:18, 31:1
**clause** [2] - 17:22, 20:23
**clear** [4] - 24:2, 24:3, 26:11, 38:7
**clearly** [4] - 20:11, 25:19, 30:19, 30:20
**client** [1] - 32:20
**clients** [2] - 30:6, 30:11
**CLINGMAN** [1] - 5:19
**close** [1] - 15:18
**co** [1] - 20:6
**co-owners** [1] - 20:6
**coextensive** [2] - 15:3, 16:4
**colleague** [1] - 12:16
**comma** [1] - 19:13, 20:4, 20:9, 20:18, 20:19, 20:20, 20:22
**comments** [1] - 26:8
**common** [5] - 27:5, 31:16, 34:15, 39:22, 40:3
**companies** [8] - 20:6, 25:14, 26:25, 31:19, 32:4, 38:9, 38:13, 38:16
**company** [3] - 23:2, 26:20, 28:4
**COMPANY** [3] - 6:4, 7:21
**company's** [1] - 38:15
**Compensation** [12] - 16:21, 19:25, 20:9, 21:8, 21:10, 21:14, 21:16, 21:21, 22:18, 36:9, 37:17, 37:18
**complained** [1] - 30:2
**complaint** [3] - 13:19, 16:10, 16:11
**complaints** [4] - 13:18, 13:24, 14:1, 14:6
**completely** [1] - 38:23
**complicated** [1] - 29:5
**comprehensive** [1] - 20:1
**COMPUTER** [1] - 10:23
**concede** [2] - 38:2

**concern** [1] - 13:17
**concerned** [2] - 14:6, 20:1
**concluded** [1] - 41:3
**conclusion** [1] - 37:7
**condition** [2] - 34:8, 37:5
**conditions** [1] - 14:19
**confirm** [1] - 27:7
**conflated** [1] - 40:17
**connection** [3] - 18:6, 30:16, 30:17
**consider** [1] - 35:19
**consolidated** [1] - 12:22
**constructions** [1] - 36:20
**construe** [2] - 18:25
**construing** [1] - 33:2
**contained** [1] - 34:6
**context** [3] - 23:22, 39:14
**CONTINUED** [9] - 2:1, 3:1, 4:1, 5:1, 6:1, 7:1, 8:1, 9:1, 10:1
**contract** [77] - 14:22, 15:14, 15:16, 15:19, 15:25, 16:1, 16:15, 16:23, 16:25, 17:7, 17:25, 18:1, 18:6, 18:7, 19:21, 20:10, 20:13, 20:15, 21:4, 21:6, 21:11, 21:12, 22:11, 22:13, 23:1, 23:3, 25:17, 26:10, 26:23, 27:1, 27:9, 27:10, 27:13, 28:9, 29:7, 29:12, 29:18, 29:19, 29:20, 30:1, 30:25, 32:2, 33:2, 33:3, 33:4, 33:8, 34:4, 34:6, 34:10, 34:13, 34:17, 34:18, 34:20, 34:22, 35:1, 35:4, 35:12, 35:14, 35:24, 36:16, 36:17, 37:4, 37:6, 37:10, 37:12, 37:14, 37:16, 37:20, 37:23, 38:6, 39:7, 39:25, 40:11, 40:13, 40:18
**contracting** [1] - 27:23
**contractor** [20] - 17:21, 17:24, 17:25, 19:20, 20:10, 22:20, 23:6, 26:17, 26:19, 26:22, 34:12, 35:10, 36:12, 37:11, 37:16, 37:19, 38:19, 39:8,

40:15
**contractor's** [4] - 20:8, 22:17, 26:20, 35:7
**contractors** [2] - 38:10, 38:12
**contracts** [4] - 23:23, 31:20, 35:1, 37:8
**contractual** [2] - 14:21, 30:15
**contrary** [1] - 29:11
**controlling** [2] - 28:23, 39:19
**convert** [2] - 32:21, 32:24
**converted** [1] - 30:9
**convince** [1] - 38:18
**CORAL** [1] - 3:12
**core** [1] - 15:20
**COREY** [1] - 4:14
**CORNER** [1] - 10:13
**CORPORATION** [4] - 6:5, 7:3, 7:20, 9:23
**correct** [5] - 13:25, 14:3, 15:10, 39:21, 41:13
**correctly** [1] - 13:15
**COSSICH** [2] - 3:14, 3:14
**cost** [1] - 38:15
**COTLAR** [1] - 1:22
**counsel** [4] - 12:8, 12:19, 13:3, 35:15
**COUNSEL** [1] - 1:18
**counterclaiming** [1] - 14:5
**couple** [1] - 18:14
**course** [2] - 25:5, 38:24
**court** [5] - 35:3, 36:17, 36:20, 36:25, 38:5
**Court** [23] - 13:13, 17:4, 18:19, 18:22, 22:4, 32:25, 33:2, 33:3, 36:1, 36:21, 37:13, 37:21, 37:22, 37:23, 37:24, 38:18, 39:20, 40:2, 41:10, 41:11, 41:12, 41:20, 41:20
**COURT** [47] - 1:1, 10:19, 12:4, 12:7, 12:12, 12:18, 13:6, 13:11, 13:25, 15:8, 15:11, 16:14, 16:19, 17:15, 17:19, 18:12, 18:17, 19:9, 19:13, 19:17, 20:11, 20:18, 20:21, 21:7, 21:12, 21:17, 21:21, 21:24,

22:1, 23:13, 24:18, 25:4, 26:1, 26:3, 27:9, 28:21, 29:2, 30:6, 32:15, 32:18, 32:20, 33:7, 33:10, 36:6, 38:3, 39:1, 40:25
**COURT**.....................
....................... [1] -
11:10
**courts** [2] - 24:15, 37:6
**cover** [3] - 29:4, 38:14, 38:21
**coverage** [20] - 14:18, 14:20, 15:6, 16:4, 16:5, 18:24, 19:1, 22:19, 23:4, 23:15, 24:8, 33:22, 34:7, 36:3, 36:11, 37:5, 38:20, 39:25, 40:1
**covering** [2] - 17:25, 19:20
**COVINGTON** [3] - 4:23, 6:20, 6:24
**CRAFT** [1] - 2:21
**creates** [1] - 37:15
**CROW** [1] - 3:21
**CRR** [2] - 10:19, 41:19
**CUNNINGHAM** [2] - 2:11, 2:11
**customers** [1] - 32:3

## D

**DALLAS** [2] - 7:14, 10:9
**DANIEL** [1] - 5:23
**darned** [1] - 31:9
**DART** [1] - 4:21
**DAUPHIN** [1] - 2:12
**DAVID** [3] - 6:24, 7:8, 8:8
**DC** [4] - 6:18, 6:22, 8:9, 9:9
**deal** [2] - 12:21, 25:2
**dealing** [1] - 40:14
**DEBORAH** [1] - 7:22
**decide** [1] - 34:20
**decided** [4] - 24:22, 30:7, 36:18, 39:16
**deciding** [1] - 14:11
**decisions** [1] - 39:20
**declaratory** [2] - 16:12, 30:12
**DEEPWATER** [3] - 1:5, 5:9, 5:10
**defense** [2] - 19:14, 30:15

**define** [1] - 29:7
**defines** [1] - 30:20
**definitively** [1] - 39:6
**DEGRAVELLES** [1] - 3:17
**demand** [1] - 30:24
**demonstrates** [1] - 37:4
**DENHAM** [1] - 4:4
**DENISE** [1] - 8:16
**DENNIS** [1] - 10:4
**DEPARTMENT** [1] - 5:3
**determine** [5] - 26:11, 33:19, 35:17, 37:24, 40:22
**determined** [2] - 36:3, 40:4
**determining** [1] - 33:1
**DEXTER** [1] - 4:15
**differ** [1] - 24:23
**difference** [2] - 27:14, 33:25
**different** [8] - 18:14, 23:14, 24:24, 25:11, 29:6, 29:10, 34:1, 34:25
**direct** [1] - 24:17
**directed** [1] - 32:22
**discovery** [8] - 26:12, 27:7, 32:22, 32:24, 32:25, 33:5, 33:11, 33:23
**dispose** [1] - 13:23
**disputes** [1] - 16:9
**distinctly** [2] - 23:13, 25:11
**distinguish** [1] - 28:21
**distinguished** [1] - 28:23
**DISTRICT** [3] - 1:1, 1:2, 1:14
**District** [3] - 41:11, 41:12, 41:20
**DIVISION** [1] - 5:4
**doctrines** [1] - 19:8
**DOCUMENT** [1] - 1:9
**documents** [2] - 26:24, 30:14
**dollars** [2] - 31:12, 32:11
**DOMENGEAUX** [1] - 1:18
**DOMINION** [2] - 2:4, 2:22
**DON** [2] - 6:9, 10:4
**DONALD** [1] - 7:12
**done** [4] - 26:12, 28:4, 38:8, 40:17
**doubt** [1] - 40:1

**down** [1] - 22:10
**draft** [1] - 27:6
**drafted** [2] - 27:6, 33:15
**drafting** [2] - 33:4, 33:7
**DRAGNA** [1] - 8:3
**DRESCHER** [1] - 2:3
**DRIL** [1] - 10:3
**DRIL-QUIP** [1] - 10:3
**DRILLING** [1] - 5:9
**drilling** [27] - 14:21, 15:19, 16:15, 17:7, 21:4, 21:5, 26:17, 26:23, 27:1, 27:9, 27:10, 27:13, 28:9, 32:2, 33:8, 34:18, 34:20, 34:22, 35:13, 35:23, 35:24, 37:10, 37:14, 37:23, 38:19, 38:24, 39:25
**DRIVE** [2] - 2:4, 2:22
**DRIVES** [1] - 10:13
**DUKE** [1] - 10:12
**DUNBAR** [1] - 8:20
**DURHAM** [1] - 10:14
**during** [1] - 17:24
**DYNAMIC** [1] - 9:14

## E

**E&P** [1] - 7:21
**EAST** [1] - 3:8
**EASTERN** [1] - 1:2
**Eastern** [1] - 41:12
**EDWARD** [1] - 8:12
**EDWARDS** [1] - 1:18
**effect** [5] - 16:3, 16:5, 28:17, 28:18, 38:6
**either** [1] - 25:10
**ELIZABETH** [1] - 2:15
**ELLIS** [2] - 6:13, 6:17
**ELM** [1] - 7:14
**ELSLEY** [9] - 5:15, 13:9, 32:17, 32:19, 32:23, 33:9, 33:11, 36:13, 38:4
**Elsley** [6] - 13:9, 28:25, 32:16, 32:19, 39:1, 40:16
**ELSLEY**.....................
....................... [1] -
11:8
**employee** [1] - 30:18
**employees** [1] - 20:7
**endorsement** [1] - 34:3
**Energy** [1] - 18:22
**ENERGY** [2] - 5:11,

7:12
enter [1] - 16:12
ENTERGY [1] - 9:24
entitled [3] - 15:5, 31:22, 41:15
equally [1] - 23:24
ERVIN [1] - 3:11
espouse [1] - 34:24
ESPY [1] - 3:7
ESQUIRE [62] - 1:19, 1:22, 2:3, 2:8, 2:11, 2:15, 2:18, 2:22, 3:3, 3:7, 3:7, 3:11, 3:14, 3:18, 3:22, 4:3, 4:7, 4:10, 4:14, 4:14, 4:18, 5:4, 5:11, 5:15, 5:19, 5:19, 5:23, 6:9, 6:13, 6:14, 6:17, 6:21, 6:21, 6:24, 7:4, 7:4, 7:8, 7:12, 7:13, 7:13, 7:17, 7:22, 8:3, 8:7, 8:7, 8:8, 8:8, 8:12, 8:16, 8:16, 8:17, 8:21, 8:21, 9:8, 9:11, 9:15, 9:20, 9:24, 10:4, 10:4, 10:5, 10:8
essentially [2] - 14:1, 14:2
established [1] - 29:14
EVANS [1] - 8:21
Evanston [11] - 34:1, 34:4, 34:6, 34:23, 34:24, 34:25, 35:3, 35:6, 37:7
exact [1] - 40:23
exactly [4] - 22:3, 30:4, 32:13, 35:22
example [3] - 30:18, 31:24, 35:3
except [6] - 16:21, 20:9, 21:10, 21:14, 22:18, 36:9
exception [1] - 37:15
excerpt [1] - 35:16
EXCESS [1] - 8:20
excess [4] - 13:8, 13:19, 22:11, 26:5
excluded [1] - 21:16
excuse [1] - 37:3
executed [1] - 28:8
Exhibit [13] - 17:10, 17:15, 17:16, 17:18, 18:2, 19:9, 19:10, 19:18, 19:22, 19:23, 27:11, 27:14, 40:10
exhibit [4] - 27:3, 27:4, 27:12, 28:14
explain [1] - 29:17

explained [1] - 30:4
explanation [1] - 31:12
EXPLORATION [1] - 6:6
express [1] - 25:19
expression [1] - 38:7
expressly [5] - 17:22, 18:5, 21:5, 25:16, 25:18
extension [1] - 22:18, 36:10
extensive [1] - 28:7
extent [9] - 15:6, 16:6, 16:11, 24:22, 26:21, 28:1, 29:17, 33:20, 34:11

## F

face [1] - 33:20
faced [1] - 18:23
fact [3] - 15:13, 33:14, 40:6
familiar [1] - 26:15
FANNIN [1] - 5:20
fast [1] - 29:14
favor [6] - 16:13, 19:1, 24:7, 33:22
favorable [2] - 22:22, 39:9
FAYARD [2] - 4:3, 4:3
FEDERAL [1] - 5:3
FIFTEENTH [1] - 6:18
Fifth [9] - 17:5, 18:23, 22:5, 22:25, 24:3, 29:11, 29:12, 36:14, 39:21
FIFTH [1] - 9:12
figure [1] - 16:25
file [1] - 32:24
FILED [1] - 10:16
filed [3] - 13:1, 13:18, 13:19
final [2] - 25:13, 38:4
FINANCIAL [1] - 9:7
fine [1] - 29:3
firm [1] - 29:14
FIRM [1] - 10:8
first [14] - 12:9, 12:11, 12:12, 12:15, 12:21, 13:18, 14:12, 14:25, 16:8, 17:22, 26:3, 31:11, 34:3, 36:1
fit [2] - 22:7, 31:15
FITCH [1] - 8:7
FL [2] - 2:9, 3:12
FLANDERS [1] - 8:12
FLOOR [4] - 2:15, 5:5,

5:11, 10:5
floor [1] - 26:9
FLORIDA [1] - 4:4
focused [1] - 36:14
follow [2] - 17:13, 24:24
followed [4] - 24:11, 24:13, 24:14
FOR [18] - 1:18, 2:3, 4:13, 4:17, 5:3, 5:8, 6:3, 7:3, 7:11, 7:20, 8:11, 8:15, 8:20, 9:3, 9:19, 9:23, 10:3, 10:8
foregoing [1] - 41:13
formed [1] - 18:1
forth [3] - 17:15, 18:1, 19:21
forward [2] - 13:4, 31:21
FRANCIS [1] - 10:12
FRANCISCO [3] - 2:16, 5:6, 6:25
FRANK [1] - 3:7
frankly [2] - 27:20, 31:15
free [1] - 34:7
free-standing [1] - 34:7
FRIDAY [2] - 1:8, 12:2
FRILOT [1] - 5:10
front [1] - 40:2
FRONT [1] - 6:25
FRUGE [1] - 3:17

## G

GABLES [1] - 3:12
GARY [1] - 9:20
gas [1] - 39:12
GASAWAY [1] - 6:17
GATE [1] - 5:5
GEIGER [1] - 9:15
general [5] - 20:1, 23:14, 26:8, 34:25, 36:19
GENERAL'S [1] - 4:13
generally [1] - 24:10
generic [1] - 23:16
George [2] - 13:7, 26:4
GEORGE [1] - 8:21
Gilly [5] - 13:7, 26:3, 26:4, 33:24, 38:5
GILLY [7] - 8:21, 13:7, 26:4, 27:10, 28:25, 29:4, 30:10
Gilly's [1] - 39:13
GILLY.......................

.................... [1] -
11:7
given [1] - 36:20
goal [2] - 26:10, 38:5
GODWIN [3] - 7:12, 7:12, 7:16
GOFORTH [2] - 5:22, 5:23
GOLDEN [1] - 5:5
GONZALES [1] - 3:10
GONZALEZ [1] - 3:10
GOODWIN [1] - 6:24
GOTSHAL [2] - 9:8, 9:11
governed [1] - 14:19
GOVERNMENT [1] - 5:3
GRABILL [1] - 9:11
graft [1] - 16:3
GRAND [1] - 8:4
grant [4] - 13:22, 14:10, 15:23
granted [1] - 23:4
GREENWALD [1] - 3:3
GROUP [1] - 9:15
GUERRA [1] - 2:21
guess [2] - 12:10, 12:13
GULF [1] - 1:5

## H

HALLIBURTON [1] - 7:11
halt [1] - 27:17
HAYCRAFT [1] - 6:9
HB406 [1] - 10:20
HEARD [1] - 1:13
HEIMANN [1] - 2:14
held [3] - 23:6, 23:7, 40:23
helpful [1] - 14:14
HENRY [1] - 4:21
hereby [1] - 41:12
HERMAN [3] - 1:22, 1:22
HIGHWAY [1] - 3:15
HOLDINGS [3] - 5:8, 6:7, 9:4
HOLTHAUS [1] - 3:17
HONEYCUTT [1] - 4:3
Honor [65] - 13:5, 13:7, 13:9, 13:12, 13:21, 13:22, 14:10, 14:14, 14:25, 15:18, 16:8, 16:12, 16:18, 17:4, 17:7, 17:9, 17:10, 17:17, 17:18, 17:22, 18:3, 18:21,

19:10, 19:16, 19:19, 20:16, 20:19, 20:24, 21:15, 22:3, 22:7, 22:21, 23:8, 24:6, 24:14, 24:16, 24:21, 25:1, 25:5, 25:13, 25:23, 26:4, 27:14, 27:19, 29:4, 31:7, 31:25, 32:14, 32:17, 32:23, 33:23, 33:24, 36:13, 37:3, 38:4, 39:3, 39:4, 39:12, 39:15, 39:18, 39:22, 40:3, 40:8, 40:10, 40:24
honor [1] - 31:4
HONORABLE [1] - 1:13
honoring [1] - 30:22
HORIZON [1] - 1:5
HOUSTON [10] - 2:19, 5:16, 5:20, 5:24, 7:8, 7:9, 7:18, 8:18, 10:6, 10:10
Hudson [1] - 18:22
HUGH [1] - 8:16
hundred [1] - 32:4

## I

identical [8] - 13:18, 13:24, 14:2, 22:13, 31:20, 39:11
identified [1] - 13:15
identify [2] - 12:19, 13:4
ignore [7] - 26:13, 26:14, 27:16, 27:17, 28:7, 29:21, 35:23
III [1] - 9:15
IL [1] - 6:15
important [1] - 17:14
imposed [1] - 33:16
IMPREVENTO [1] - 2:3
IN [4] - 1:4, 1:5, 10:16
INC [16] - 5:9, 5:10, 6:3, 6:4, 6:5, 6:6, 6:8, 7:12, 9:3, 9:4, 9:5, 9:6, 9:7, 9:8, 9:15, 10:3
incident [1] - 38:16
include [1] - 15:24
incorporate [1] - 25:17
incorporated [1] - 25:21
incorporates [1] - 25:16

**indeed** [1] - 37:12
**indemnify** [3] - 15:15, 22:20, 36:12
**indemnities** [2] - 15:3, 15:20
**indemnity** [26] - 14:21, 16:4, 16:7, 16:17, 17:13, 17:20, 18:8, 18:13, 23:8, 27:24, 28:2, 28:10, 28:15, 30:15, 30:19, 30:24, 31:1, 31:11, 32:1, 35:9, 35:13, 35:21, 36:19, 37:25
**indicated** [1] - 13:13
**indicates** [2] - 17:22, 20:25
**industry** [2] - 23:22, 39:12
**insurance** [62] - 12:9, 12:11, 12:15, 12:21, 12:25, 13:15, 13:17, 14:8, 14:12, 15:13, 15:19, 15:20, 16:15, 16:16, 16:19, 17:8, 17:9, 17:25, 18:6, 18:17, 18:25, 19:18, 19:20, 19:23, 21:1, 21:4, 22:12, 22:14, 23:2, 23:3, 23:8, 23:15, 24:7, 25:8, 25:14, 25:16, 27:1, 27:11, 28:1, 29:15, 29:17, 29:22, 29:23, 29:24, 32:10, 33:8, 36:1, 38:14, 38:20, 39:7, 39:10, 39:17, 39:23, 40:4, 40:5, 40:8, 40:14, 40:15, 40:21, 40:22
**INSURANCE** [2] - 1:13, 11:5
**insure** [2] - 38:15, 38:19
**insured** [61] - 13:2, 14:12, 14:16, 14:18, 15:1, 15:6, 15:7, 15:14, 15:15, 15:16, 15:22, 15:25, 16:1, 16:9, 16:20, 17:2, 19:1, 19:6, 20:12, 24:7, 24:9, 24:13, 24:14, 26:20, 27:25, 28:2, 28:5, 28:6, 28:12, 29:8, 29:25, 30:12, 30:21, 31:5, 31:6, 31:9, 31:22, 32:5, 32:10, 33:16, 34:3, 34:7, 34:13,

34:16, 35:4, 35:5, 35:7, 35:8, 35:20, 36:2, 36:3, 36:25, 37:5, 38:17, 40:19, 40:20
**insured's** [2] - 19:1, 35:18
**insureds** [10] - 15:12, 15:24, 20:8, 21:13, 22:16, 22:17, 34:10, 36:8
**insurer** [4] - 13:19, 17:21, 17:23, 17:24
**insurer's** [3] - 18:24, 19:2, 40:22
**insurers** [16] - 13:20, 16:3, 16:10, 18:8, 19:8, 21:2, 22:11, 22:23, 24:8, 24:15, 24:16, 25:15, 33:13, 34:22, 35:22, 40:2
**insurers'** [1] - 39:9
**integrated** [1] - 14:3
**intended** [1] - 38:25
**intent** [4] - 26:11, 26:13, 33:1, 38:7
**interested** [2] - 19:11, 21:9
**INTERESTS** [2] - 4:13, 5:3
**INTERNATIONAL** [2] - 7:3, 9:7
**interpret** [2] - 23:15, 24:6
**interpretation** [6] - 18:24, 24:9, 26:10, 35:1, 35:2, 37:6
**interpretations** [1] - 24:8
**interpreting** [1] - 38:6
**introduce** [1] - 12:16
**involved** [2] - 32:1, 33:4
**irrelevant** [2] - 21:13, 28:11
**irrespective** [2] - 24:11, 24:12
**issue** [20] - 13:21, 14:10, 14:13, 16:2, 20:4, 24:17, 25:3, 25:8, 25:11, 25:13, 25:14, 25:15, 33:4, 33:14, 34:21, 39:13, 39:14, 39:16, 39:24
**issued** [1] - 23:3
**issues** [6] - 15:20, 18:19, 26:7, 33:14, 33:15, 33:19

**J**

**JACKSON** [3] - 3:8, 10:3, 10:4
**JAMES** [3] - 1:19, 8:3, 8:17
**JEFFERSON** [3] - 1:20, 4:22, 9:20
**JEFFREY** [1] - 2:3
**JENNY** [1] - 7:13
**JEREMY** [1] - 9:11
**JIMMY** [1] - 2:18
**job** [1] - 33:2
**JOHN** [1] - 5:15
**John** [2] - 13:9, 32:19
**joined** [1] - 12:24
**joint** [1] - 20:6
**JONES** [3] - 3:22, 9:19
**JR** [3] - 3:14, 4:3, 10:4
**JUDGE** [1] - 1:14
**judgment** [7] - 12:24, 13:14, 16:12, 21:3, 30:9, 30:12, 32:21
**jumped** [1] - 27:14
**jurisdiction** [2] - 23:25
**jurisdictions** [1] - 23:24
**JUSTICE** [1] - 5:3

**K**

**KALBAC** [1] - 3:10
**KANE** [1] - 3:10
**KANNER** [2] - 4:18, 4:18
**KATZ** [1] - 1:22
**keep** [2] - 28:15, 40:10
**KERRY** [1] - 5:11
**key** [2] - 25:13, 25:15
**kind** [1] - 17:1
**KIRBY** [1] - 8:7
**KIRKLAND** [2] - 6:13, 6:17
**knows** [1] - 27:20
**KUCHLER** [2] - 7:21, 7:22
**KY** [1] - 8:7

**L**

**L.L.C** [1] - 8:15
**L.P** [1] - 9:19
**LA** [18] - 1:20, 1:23, 3:15, 3:19, 4:4, 4:8, 4:11, 4:19, 4:23, 5:12, 6:11, 7:5, 7:23, 8:23, 9:17, 9:21,

9:25, 10:20
**LABORDE** [1] - 9:15
**LAFAYETTE** [3] - 1:20, 4:7, 9:21
**LAKE** [1] - 4:11
**LAMAR** [1] - 7:17
**LANGAN** [3] - 6:13, 12:10, 12:16
**language** [21] - 15:14, 20:25, 21:8, 21:9, 22:13, 22:22, 22:23, 25:10, 25:11, 25:19, 28:5, 30:2, 34:21, 35:8, 35:11, 36:4, 37:11, 37:22, 37:24, 39:6, 39:10
**LAPEROUSE** [1] - 9:15
**large** [1] - 38:9
**larger** [1] - 38:10
**LASALLE** [1] - 6:14
**last** [1] - 21:18
**lastly** [1] - 39:22
**law** [12] - 13:23, 23:13, 23:20, 24:22, 24:24, 25:17, 29:15, 32:25, 34:25, 35:1, 39:17
**LAW** [3] - 4:22, 10:8, 10:12
**lawyer** [2] - 26:9, 29:11
**lawyers** [1] - 31:3
**least** [7] - 15:2, 15:13, 19:2, 24:9, 29:21, 31:11
**leave** [1] - 27:15
**LeBlanc** [4] - 25:1, 25:4, 25:7, 37:3
**LEE** [1] - 10:3
**left** [1] - 26:22
**legal** [1] - 14:7
**lengthy** [1] - 31:2
**LEO** [1] - 9:15
**letter** [3] - 30:24, 31:2, 31:10
**LEVIN** [1] - 2:7
**LEVINE** [1] - 8:8
**LEWIS** [3] - 5:22, 6:8, 8:15
**liabilities** [15] - 16:22, 16:24, 17:2, 17:21, 18:14, 20:9, 20:12, 20:14, 21:11, 21:12, 35:9, 35:11, 37:11, 37:15, 37:19
**liability** [5] - 14:4, 20:1, 26:21, 34:14, 38:1
**LIAISON** [1] - 1:18
**LIEFF** [1] - 2:14

**likewise** [1] - 25:9
**limitation** [4] - 16:3, 18:8, 25:21, 32:4
**LIMITED** [1] - 6:7
**limited** [1] - 14:20
**limiting** [6] - 17:20, 17:23, 18:13, 18:24, 19:19, 24:8
**limits** [1] - 23:1
**LISKOW** [1] - 6:8
**listed** [3] - 12:12, 12:14, 15:21
**lists** [4] - 19:24, 19:25
**literally** [1] - 37:1
**litigation** [1] - 14:8
**LLC** [4] - 5:8, 8:12, 9:4, 9:5
**Lloyd's** [1] - 16:11
**look** [15] - 29:12, 29:15, 31:25, 33:3, 34:9, 34:20, 34:22, 35:24, 37:22, 37:23, 37:24, 40:16, 40:18, 40:21
**looking** [1] - 12:10
**LOS** [1] - 8:4
**lose** [1] - 22:25
**LOUISIANA** [5] - 1:2, 1:7, 4:18, 5:16, 8:17
**Louisiana** [4] - 24:22, 25:4, 41:11, 41:12
**love** [1] - 18:20
**LP** [1] - 7:21
**LUNDY** [3] - 4:10, 4:10
**LUTHER** [1] - 4:14
**LUXENBERG** [1] - 3:3
**LYLE** [1] - 9:8

**M**

**Macondo** [1] - 38:16
**Macondo-type** [1] - 38:16
**MAIN** [1] - 3:18
**maintain** [2] - 17:25, 19:20
**MAJOR** [1] - 7:13
**MANAGEMENT** [1] - 9:3
**MANGES** [2] - 9:8, 9:11
**manuscript** [1] - 33:17
**MARINE** [3] - 9:5, 9:6, 9:6
**maritime** [2] - 24:22, 34:25
**MARTINEZ** [1] - 7:13
**MARTZELL** [1] - 4:6
**MARTÍNEZ** [1] - 3:10

6

**MASTER** [1] - 10:12
**materially** [2] - 13:18, 13:24
**matter** [3] - 19:11, 40:3, 41:15
**MATTHEW** [1] - 4:10
**MAZE** [1] - 4:14
**McALOON** [1] - 9:15
**MCCUTCHEN** [2] - 8:3, 8:6
**MCGOVERN** [1] - 10:12
**MCKINNEY** [1] - 7:9
**MCLEOD** [1] - 8:21
**MDL** [1] - 10:8
**mean** [9] - 21:9, 27:9, 27:15, 27:19, 27:20, 27:21, 32:24, 35:12, 37:22
**meaning** [3] - 20:23, 22:1, 37:21
**means** [1] - 26:16, 32:12, 37:18
**MECHANICAL** [1] - 10:23
**mention** [3] - 26:25, 30:23, 31:5
**mentioned** [1] - 16:15
**Merit** [1] - 41:10
**METHVIN** [1] - 3:21
**MEXICO** [1] - 1:5
**MI** [1] - 8:15
**MICHAEL** [3] - 3:18, 5:4, 9:8
**middle** [1] - 22:8
**MIKAL** [1] - 2:22
**MILES** [1] - 3:21
**MILLER** [1] - 5:11
**minimum** [5] - 20:25, 23:5, 40:12, 40:14
**minute** [2] - 28:24, 39:2
**minutes** [1] - 24:19
**missing** [4] - 19:13, 20:4, 20:18, 20:19
**mistake** [1] - 25:6
**MITCHELL** [1] - 2:7
**MITHOFF** [1] - 10:8
**MOBILE** [1] - 2:12
**MOEX** [2] - 8:11, 12:24
**moment** [3] - 25:24, 39:23
**MONTGOMERY** [3] - 3:23, 4:15, 9:23
**Moore** [7] - 12:17, 13:5, 26:1, 34:19, 37:10, 39:2, 40:25
**MOORE** [29] - 6:21, 13:5, 13:12, 14:3,

15:10, 15:18, 16:18, 17:4, 17:17, 17:20, 18:16, 18:21, 19:10, 19:15, 19:18, 20:16, 20:19, 20:24, 21:10, 21:15, 21:20, 21:23, 21:25, 22:3, 23:18, 24:20, 25:5, 26:2, 39:3
**Moore's** [1] - 36:6
**MOORE**.....................
.......................... [2] -
11:6, 11:9
**MORGAN** [3] - 3:6, 8:15
**morning** [6] - 13:6, 13:7, 13:9, 26:4, 32:17, 32:18
**most** [2] - 18:17, 23:16
**motion** [13] - 12:23, 13:14, 13:17, 13:22, 14:11, 23:20, 30:7, 32:13, 32:21, 32:24, 39:19, 40:7
**MOTIONS** [1] - 1:13
**motions** [5] - 12:8, 12:9, 12:18, 12:21
**movers** [1] - 12:17
**MR** [48] - 11:6, 11:7, 11:8, 11:9, 12:10, 12:16, 13:5, 13:7, 13:9, 13:12, 14:3, 15:10, 15:18, 16:18, 17:4, 17:17, 17:20, 18:16, 18:21, 19:10, 19:15, 19:18, 20:16, 20:19, 20:24, 21:10, 21:15, 21:20, 21:23, 21:25, 22:3, 23:18, 24:20, 25:5, 26:2, 26:4, 27:10, 28:25, 29:4, 30:10, 32:17, 32:19, 32:23, 33:9, 33:11, 36:13, 38:4, 39:3
**MS** [1] - 3:8
**must** [5] - 21:1, 37:21, 37:22, 37:23, 37:24
**mutual** [2] - 26:11, 26:13

**N**

**N.W** [1] - 6:18
**name** [2] - 15:12, 16:20
**named** [9] - 13:2, 15:8, 20:8, 20:12,

21:18, 22:17, 34:13, 35:6, 36:8
**narrow** [1] - 39:24
**narrower** [1] - 40:5
**NATIONAL** [1] - 9:23
**NC** [1] - 10:14
**need** [3] - 20:20, 24:18, 38:3
**negotiated** [2] - 27:23, 33:18
**negotiations** [1] - 28:8
**never** [4] - 18:19, 29:15, 30:2
**NEW** [15] - 1:7, 1:23, 3:4, 4:8, 4:19, 5:12, 6:11, 7:5, 7:23, 8:13, 8:23, 9:12, 9:17, 9:25, 10:20
**new** [2] - 28:9, 28:15
**nine** [1] - 28:9
**NO** [1] - 1:7
**nobody** [5] - 16:8, 32:6, 32:7
**none** [1] - 34:5
**NORFOLK** [1] - 2:5
**normal** [1] - 38:24
**NORTH** [5] - 4:22, 6:4, 6:5, 6:7, 6:8
**noted** [1] - 26:24
**nothing** [4] - 13:24, 19:5, 19:7, 27:16
**notice** [1] - 29:23
**Number** [1] - 18:4
**numbered** [1] - 41:15
**NW** [3] - 6:22, 8:9, 9:9
**NY** [3] - 3:4, 8:13, 9:12

**O**

**O'BRIEN'S** [1] - 9:3
**O'KEEFE** [2] - 1:23, 9:24
**obligation** [6] - 17:21, 18:13, 28:15, 31:4, 38:2, 40:22
**obligations** [10] - 17:23, 18:8, 22:19, 23:2, 23:4, 27:5, 27:11, 36:11, 40:4, 40:5
**obliged** [1] - 34:12
**obtain** [3] - 21:1, 23:6, 40:1
**obtained** [1] - 31:8
**obviously** [3] - 12:25, 28:19, 30:25
**OF** [7] - 1:2, 1:5, 1:13, 4:17, 5:3, 10:12, 10:13

**offered** [1] - 37:9
**OFFICE** [2] - 3:22, 4:13
**officers** [1] - 20:7
**Official** [2] - 41:11, 41:20
**OFFICIAL** [1] - 10:19
**OFFSHORE** [3] - 5:9, 8:11, 9:4
**oil** [13] - 23:22, 26:15, 26:20, 26:25, 28:4, 31:19, 31:25, 32:4, 38:8, 38:9, 38:15, 39:12
**OIL** [2] - 1:4, 1:5
**ON** [2] - 1:5, 1:13
**once** [1] - 31:4
**one** [14] - 15:20, 18:4, 22:9, 24:20, 27:4, 27:20, 32:25, 35:13, 36:21, 36:22, 37:22, 39:2
**ONE** [5] - 6:9, 6:25, 7:8, 9:16, 10:9
**ones** [2] - 19:24, 20:20
**operations** [2] - 18:1, 19:21
**operator** [1] - 26:16
**opposite** [1] - 37:7
**oppositions** [1] - 13:1
**ORAL** [1] - 1:13
**oral** [2] - 12:7, 34:12
**ORDER** [1] - 12:4
**order** [4] - 12:13, 29:19, 33:14, 34:11
**ORLEANS** [12] - 1:7, 1:23, 4:8, 4:19, 5:12, 6:11, 7:5, 7:23, 8:23, 9:17, 9:25, 10:20
**Oryx** [4] - 25:2, 25:9, 25:10, 37:3
**ought** [1] - 32:20
**overview** [1] - 26:8
**overwrote** [1] - 27:24
**owe** [1] - 31:1
**owed** [1] - 30:14
**owes** [2] - 30:15, 30:19
**owners** [1] - 20:6

**P**

**page** [1] - 35:17
**PAGE** [1] - 11:3
**pages** [3] - 19:11, 27:23, 28:10
**PALMINTIER** [2] - 3:17, 3:18
**panel** [1] - 36:14

**PAPANTONIO** [1] - 2:7
**papers** [1] - 25:9
**paragraph** [2] - 16:10, 16:11
**PARKWAY** [1] - 10:5
**PARSIOLA** [1] - 3:14
**part** [3] - 17:10, 20:3, 21:18
**particular** [1] - 27:10
**particularized** [1] - 37:8
**parties** [14] - 21:4, 27:23, 30:4, 33:17, 38:7, 38:22, 38:23, 38:25, 40:4, 40:11
**parties'** [3] - 26:11, 26:13, 33:1
**parts** [1] - 14:11
**party** [6] - 15:16, 20:14, 21:6, 23:3, 36:21, 36:22
**patch** [4] - 26:15, 31:25, 38:9, 38:24
**PATRICK** [1] - 9:24
**PENNSYLVANIA** [1] - 6:22
**PENNZOIL** [1] - 5:15
**PENSACOLA** [1] - 2:9
**PENTHOUSE** [1] - 3:11
**people** [2] - 15:24, 18:18
**PEPPER** [1] - 10:19
**Pepper** [3] - 41:9, 41:18, 41:19
**percent** [1] - 32:4
**performed** [1] - 19:21
**period** [3] - 21:22, 21:25, 37:17
**PETOSA** [1] - 3:7
**PETROLEUM** [1] - 7:20
**PHELPS** [1] - 8:20
**PHILIP** [1] - 3:14
**PHILLIP** [1] - 7:4
**PIGMAN** [1] - 7:3
**PILLSBURY** [1] - 8:12
**PITTMAN** [1] - 8:12
**place** [1] - 29:24
**PLACE** [2] - 5:15, 8:22
**plain** [1] - 20:25
**PLAINTIFFS** [1] - 2:3
**PLAINTIFFS'** [1] - 1:18
**pleadings** [5] - 12:24, 13:14, 14:9, 16:13, 33:20
**PLEASE** [1] - 10:16
**plus** [1] - 25:10

**point** [12] - 16:8, 16:13, 19:16, 24:21, 25:13, 25:15, 25:20, 32:24, 33:11, 37:17, 39:13, 40:7
**points** [1] - 32:23
**policies** [45] - 13:2, 14:2, 14:13, 14:16, 14:18, 14:19, 15:2, 15:8, 15:22, 15:23, 16:21, 18:9, 18:17, 18:18, 20:9, 21:5, 21:14, 22:12, 22:18, 23:15, 24:10, 25:12, 25:16, 26:21, 27:1, 29:6, 29:7, 29:17, 31:21, 34:9, 34:24, 35:2, 35:5, 35:7, 35:25, 36:2, 36:9, 39:10, 39:24, 40:4, 40:5, 40:8, 40:21
**policy** [28] - 15:7, 15:14, 15:17, 16:3, 16:6, 18:25, 21:17, 23:3, 24:7, 29:8, 29:9, 29:16, 29:23, 29:24, 33:8, 33:15, 33:16, 33:17, 34:4, 34:15, 35:6, 35:19, 36:7, 36:16, 36:17, 36:24, 37:23
**POLK** [1] - 7:21
**pollution** [12] - 26:17, 28:16, 31:1, 38:1, 38:8, 38:10, 38:11, 38:13, 38:16, 38:19, 38:21
**PORTIS** [1] - 3:21
**pose** [1] - 14:7
**posed** [1] - 13:23
**position** [5] - 19:2, 19:3, 31:13, 31:18, 39:21
**POST** [1] - 3:22
**power** [2] - 19:7, 24:12
**POYDRAS** [6] - 5:12, 6:10, 7:23, 9:16, 9:25, 10:20
**precise** [2] - 39:6, 39:14
**predecessor** [1] - 27:6
**predecessors** [2] - 18:5, 26:25
**preference** [1] - 12:8
**present** [3] - 14:5, 23:20, 33:15
**PRESENT** [1] - 10:16
**presented** [4] - 13:21, 35:18, 39:6, 40:24

**presenting** [1] - 23:19
**presumption** [3] - 33:13, 33:21
**pretty** [1] - 23:16
**prevail** [4] - 25:23, 30:11, 31:17, 31:24
**prevented** [1] - 28:19
**primary** [2] - 13:19, 38:5
**principle** [4] - 19:4, 24:5, 24:6, 33:2
**principles** [2] - 23:14, 23:16
**proceedings** [2] - 41:2, 41:14
**PROCEEDINGS** [2] - 10:23, 12:1
**PROCTOR** [1] - 2:7
**PRODUCED** [1] - 10:23
**PRODUCTION** [2] - 6:3, 6:6
**PRODUCTS** [1] - 6:8
**PROFESSOR** [1] - 10:12
**program** [2] - 14:3, 14:4
**prohibitive** [1] - 38:15
**proposition** [1] - 23:20
**protect** [1] - 28:16
**protection** [9] - 27:25, 28:6, 29:8, 30:13, 30:21, 31:5, 31:6, 32:5, 32:10
**protects** [1] - 26:16
**provide** [3] - 36:2, 39:8, 40:15
**provided** [3] - 18:6, 39:24, 39:25
**providing** [1] - 18:7
**provision** [22] - 15:19, 16:15, 16:19, 17:8, 17:9, 17:13, 18:4, 18:24, 18:25, 22:7, 22:14, 23:1, 25:20, 29:10, 34:7, 35:4, 35:5, 35:20, 36:15, 36:16, 36:25, 40:8
**provisions** [12] - 15:21, 16:16, 16:17, 17:13, 24:7, 28:15, 32:1, 34:15, 35:13, 35:21, 37:25, 40:14
**purchase** [2] - 38:13, 38:20
**pure** [3] - 13:23, 39:16, 39:17
**purposes** [4] - 14:6, 15:2, 26:16

**pursuant** [1] - 15:15
**put** [6] - 17:16, 19:9, 21:18, 21:22, 21:25, 31:9

## Q

**qualification** [1] - 34:8
**questioned** [1] - 30:3
**questions** [1] - 26:7
**QUIP** [1] - 10:3
**quite** [2] - 15:18, 29:5
**quotation** [1] - 22:14
**quote** [4] - 15:24, 29:25, 35:16, 36:6
**quotes** [1] - 35:3

## R

**RACHEL** [1] - 5:19
**RAFFERTY** [1] - 2:7
**RANDALL** [1] - 8:8
**Ranger** [3] - 13:1, 13:18, 16:10
**RAYZOR** [1] - 5:14
**RE** [1] - 1:4
**reach** [1] - 37:7
**read** [6] - 18:15, 27:1, 27:8, 27:13, 35:6, 36:15
**reading** [6] - 22:4, 30:13, 31:14, 36:15, 37:9, 37:10
**real** [1] - 31:16
**realize** [1] - 29:23
**REALTIME** [1] - 10:19
**Realtime** [2] - 41:9, 41:19
**reason** [4] - 12:13, 23:7, 25:23, 28:23
**reasonable** [4] - 19:2, 19:3, 24:9, 36:22
**reasonably** [1] - 30:13
**reasons** [3] - 31:3, 31:16, 34:2
**rebuttal** [1] - 25:24
**received** [1] - 29:21
**recognize** [1] - 34:10
**recognized** [2] - 15:21, 23:19
**reconciled** [1] - 39:5
**RECORD** [1] - 10:16
**record** [1] - 41:14
**RECORDED** [1] - 10:23
**REDDEN** [1] - 7:7
**refer** [4] - 14:14, 16:24, 29:7, 34:1

**reference** [2] - 34:4, 36:18
**referred** [6] - 15:11, 17:10, 17:11, 35:15, 36:5, 37:2
**refers** [4] - 15:14, 33:25, 35:13, 37:15
**Registered** [1] - 41:9
**RELATES** [1] - 1:9
**relationship** [1] - 35:19
**relevant** [1] - 33:5
**rely** [4] - 24:20, 24:21, 25:2, 25:20
**relying** [1] - 20:21
**REPORTER** [2] - 10:19, 10:19
**Reporter** [6] - 41:9, 41:10, 41:11, 41:19, 41:20
**REPORTER'S** [1] - 41:7
**request** [1] - 13:22
**require** [1] - 15:21
**required** [11] - 21:1, 23:6, 25:17, 29:18, 29:19, 29:20, 29:25, 34:10, 34:11, 39:8, 40:15
**requirement** [5] - 16:16, 34:16, 39:7, 40:13, 40:14
**requirements** [3] - 19:18, 19:24, 40:1
**requires** [2] - 16:19, 34:22
**requiring** [1] - 34:7
**resolve** [1] - 33:14
**Resources** [1] - 28:3
**respect** [6] - 14:4, 14:5, 20:16, 22:19, 34:23, 36:11
**respects** [1] - 15:13
**responded** [1] - 31:3
**RESPONSE** [2] - 9:3, 9:23
**response** [2] - 36:6, 36:13
**restrictive** [2] - 28:5, 28:14
**RHON** [1] - 3:22
**RICHESON** [1] - 7:22
**RIG** [1] - 1:5
**rig** [1] - 38:11
**rights** [2] - 21:6, 23:2
**risk** [3] - 26:14, 26:21, 30:14
**risks** [8] - 38:8, 38:10, 38:11, 38:13, 38:14, 38:16, 38:19, 38:21

**RMR** [2] - 10:19, 41:19
**ROBERT** [2] - 2:11, 6:17
**ROBERTS** [1] - 5:19
**ROBIN** [1] - 3:3
**RONQUILLO** [2] - 7:12, 7:16
**ROOM** [2] - 5:5, 10:20
**ROUGE** [1] - 3:19
**ROY** [2] - 1:18, 1:19
**ROYSTON** [1] - 5:14
**rule** [8] - 23:18, 23:21, 23:23, 23:24, 24:3, 24:10, 29:14, 37:6
**Rule** [4] - 13:14, 30:7, 39:15, 39:19
**running** [3] - 15:3, 16:4, 16:7
**RUSNAK** [1] - 2:18
**RUSSO** [1] - 9:20
**RYAN** [1] - 6:14

## S

**s/Cathy** [1] - 41:18
**SALMONS** [1] - 8:8
**SAN** [4] - 2:16, 2:23, 5:6, 6:25
**save** [1] - 25:24
**saw** [1] - 19:19
**SCHELL** [1] - 7:21
**SCHOOL** [1] - 10:12
**SCIENCE** [1] - 10:13
**SCOFIELD** [1] - 8:16
**scope** [14] - 14:17, 14:20, 14:23, 14:24, 16:2, 28:6, 28:14, 29:8, 30:20, 31:6, 31:8, 40:17, 40:22
**SCOTT** [1] - 4:7
**screen** [1] - 19:9
**SEACOR** [6] - 9:4, 9:4, 9:5, 9:5, 9:6, 9:6
**second** [7] - 13:19, 14:17, 14:23, 18:10, 33:6, 33:11, 34:6
**seconds** [2] - 24:19, 38:3
**SECREST** [1] - 7:7
**see** [8] - 17:8, 18:14, 19:8, 19:24, 20:14, 22:10, 22:16, 25:9
**SEE** [1] - 10:16
**seeking** [1] - 21:3
**seem** [1] - 20:11
**self** [1] - 38:17
**self-insured** [1] - 38:17
**semicolon** [1] - 36:10

**sense** [4] - 27:5, 31:16, 39:22, 40:3

**sent** [1] - 30:24

**sentence** [2] - 17:12, 17:14

**separate** [7] - 15:19, 17:12, 23:8, 23:9, 23:10, 36:4

**September** [2] - 28:8, 28:18

**SEPTEMBER** [2] - 1:8, 12:2

**service** [13] - 22:11, 22:12, 23:1, 23:23, 32:2, 34:6, 35:4, 35:21, 36:15, 36:17, 39:7, 40:13, 40:18

**services** [1] - 35:20

**SERVICES** [1] - 7:12

**set** [4] - 12:21, 17:15, 18:1, 19:21

**settling** [1] - 30:18

**shall** [8] - 17:25, 19:20, 20:7, 22:17, 22:19, 35:6, 36:8, 36:11

**SHAW** [1] - 8:12

**SHEETS** [1] - 10:16

**SHELL** [2] - 6:9, 9:16

**show** [3] - 17:17, 19:15, 22:8

**showing** [1] - 22:8

**side** [1] - 16:14

**sided** [1] - 36:22

**SIEMENS** [1] - 9:7

**SIGN** [1] - 10:16

**SIGN-IN** [1] - 10:16

**significant** [2] - 28:13, 31:7

**similar** [3] - 22:24, 31:19, 31:20

**simple** [3] - 29:5, 29:6, 36:13

**simply** [2] - 13:21, 29:5

**single** [4] - 17:12, 17:14, 27:23, 28:10

**single-spaced** [2] - 27:23, 28:10

**situation** [1] - 38:24

**six** [2] - 27:23, 31:2

**smaller** [4] - 38:11, 38:12, 38:13

**so-called** [1] - 20:4

**SOILEAU** [1] - 4:10

**someone** [1] - 15:15

**sometimes** [1] - 18:20

**sophisticated** [2] - 19:6, 24:14

**sophistication** [2] -

**19:5, 24:12**

**SOUTH** [3] - 2:8, 4:10, 8:4

**spaced** [2] - 27:23, 28:10

**SPECIAL** [1] - 10:12

**specific** [5] - 13:23, 14:7, 14:10, 23:23, 36:19

**specifically** [7] - 22:20, 23:22, 36:12, 36:14, 36:17, 36:18, 36:24

**specifying** [1] - 40:12

**spelled** [1] - 34:17

**SPILL** [1] - 1:4

**SPRINGS** [1] - 4:4

**SQUARE** [2] - 6:9, 9:16

**ST** [1] - 9:9

**standing** [2] - 34:7, 40:2

**stark** [1] - 24:17

**start** [2] - 17:18, 27:2

**state** [3] - 12:18, 23:17

**STATE** [2] - 4:13, 4:17

**State** [2] - 39:20, 41:10

**STATES** [2] - 1:1, 1:14

**States** [2] - 41:11, 41:20

**status** [10] - 14:15, 14:24, 15:25, 31:9, 31:22, 34:16, 35:9, 40:17, 40:19

**steal** [1] - 29:16

**STEFANIE** [1] - 7:13

**STENOGRAPHY** [1] - 10:23

**STEPHEN** [1] - 1:22

**STEVEN** [1] - 5:19

**still** [1] - 22:12

**STONE** [1] - 7:3

**stop** [2] - 25:24, 27:17

**STRADLEY** [1] - 10:8

**straightaway** [1] - 34:19

**straightforward** [1] - 32:8

**strained** [2] - 31:14, 37:9

**STRANGE** [1] - 4:14

**STREET** [28] - 1:20, 2:8, 2:12, 2:15, 3:8, 3:18, 4:7, 4:11, 4:19, 4:22, 5:12, 5:16, 5:20, 6:10, 6:18, 6:25, 7:5, 7:9, 7:14, 7:23, 8:9, 8:17, 8:22, 9:16, 9:20, 9:25,

**10:9, 10:20**

**submit** [4] - 18:3, 22:21, 33:22, 39:18

**subsidiaries** [1] - 20:6

**suggest** [2] - 23:21, 30:8

**suggested** [2] - 32:20, 39:5

**suggesting** [2] - 30:6, 38:22

**suggestion** [1] - 30:11

**suing** [2] - 14:4, 21:2

**SUITE** [19] - 2:8, 2:23, 3:8, 3:15, 5:16, 5:20, 5:23, 6:10, 7:9, 7:14, 7:17, 7:23, 8:4, 8:17, 8:22, 9:9, 9:16, 9:20, 9:25

**SUMICH** [1] - 3:14

**summary** [2] - 30:9, 32:21

**superfluous** [3] - 21:9, 21:24, 37:20

**Supreme** [4] - 17:4, 18:22, 22:4, 39:20

**surrounding** [4] - 33:3, 33:5, 33:7, 33:12

**SUTHERLAND** [1] - 5:18

**SW** [1] - 4:4

**T**

**TANNER** [1] - 8:16

**TARTER** [1] - 8:17

**TAYLOR** [1] - 3:14

**term** [1] - 17:24

**terms** [13] - 14:19, 16:22, 16:25, 20:10, 20:13, 33:18, 35:12, 37:12, 37:16, 37:19, 39:7, 39:22, 40:15

**TEXAS** [1] - 10:6

**Texas** [17] - 17:4, 18:21, 22:4, 23:13, 23:23, 24:2, 24:4, 24:11, 24:24, 25:17, 29:15, 32:25, 39:16, 39:17, 39:20

**THE** [53] - 1:4, 1:5, 1:13, 1:18, 2:3, 4:17, 5:3, 10:16, 11:10, 12:7, 12:12, 12:18, 13:6, 13:11, 13:25, 15:8, 15:11, 16:14, 16:19, 17:15, 17:19, 18:12, 18:17, 19:9, 19:13, 19:17, 20:11,

**20:18, 20:21, 21:7, 21:12, 21:17, 21:21, 21:24, 22:1, 23:13, 24:18, 25:4, 26:1, 26:3, 27:9, 28:21, 29:2, 30:6, 32:15, 32:18, 32:20, 33:7, 33:10, 36:6, 38:3, 39:1, 40:25**

**TX** [10] - 2:19, 2:23, 5:16, 5:20, 5:24, 7:9, 7:14, 7:18, 8:18, 10:10

**type** [2] - 33:21, 38:16

**typically** [1] - 38:8

**themselves** [3] - 12:20, 13:4, 14:19

**therefore** [1] - 20:23

**third** [1] - 21:6

**third-party** [1] - 21:6

**THIS** [1] - 1:9

**THOMAS** [1] - 2:7

**thread** [1] - 34:15

**three** [2] - 19:10, 20:4

**thrown** [1] - 31:10

**thunder** [1] - 29:16

**tie** [1] - 35:8

**TO** [2] - 1:9, 12:4

**top** [2] - 26:6, 26:7

**tort** [1] - 34:13

**TORTS** [1] - 5:4

**totally** [2] - 20:23, 28:11

**TOWER** [1] - 2:4

**traditional** [2] - 26:14, 27:19, 30:3

**transcript** [1] - 41:13

**TRANSCRIPT** [2] - 1:13, 10:23

**TRANSOCEAN** [4] - 5:8, 5:8, 5:10, 8:20

**Transocean** [34] - 13:2, 13:10, 15:4, 15:15, 16:5, 16:7, 16:20, 16:22, 16:25, 17:23, 18:4, 21:1, 25:15, 27:5, 27:6, 27:11, 28:8, 28:16, 30:8, 30:14, 30:16, 30:18, 30:19, 30:21, 30:24, 32:19, 35:12, 35:22, 37:25, 38:8, 38:11, 38:20, 40:1, 40:12

**Transocean's** [9] - 13:8, 14:21, 16:21, 26:5, 26:9, 29:22, 30:10, 31:10, 32:10

**treated** [1] - 23:9

**true** [1] - 41:13

**try** [3] - 26:8, 32:12, 37:14

**trying** [1] - 37:12

**turn** [3] - 18:16, 26:9, 35:19

**turning** [1] - 26:24

**twisted** [1] - 32:12

**two** [14] - 13:14, 13:17, 13:24, 14:1, 14:6, 14:11, 18:3, 19:11, 23:8, 23:9, 25:2, 32:23, 34:2, 36:20

**U**

**U.S** [2] - 5:3, 9:19

**under** [31] - 14:8, 14:12, 14:16, 14:18, 15:1, 15:7, 15:16, 15:22, 15:25, 16:5, 16:22, 16:25, 18:1, 19:4, 19:21, 20:10, 20:13, 20:14, 21:5, 24:22, 26:17, 29:18, 31:1, 32:25, 34:11, 35:12, 37:11, 37:16, 37:19, 37:24, 40:25

**UNDERHILL** [1] - 5:4

**underline** [1] - 26:22

**underlying** [1] - 23:1

**underwriters** [5] - 13:1, 13:8, 26:5, 30:17, 30:21

**UNDERWRITERS** [1] - 8:20

**undisputed** [2] - 14:25, 40:19

**unequal** [1] - 19:7

**unfortunately** [1] - 18:18

**uniquely** [1] - 24:2

**UNITED** [2] - 1:1, 1:14

**United** [5] - 22:20, 36:8, 36:12, 41:11, 41:20

**UNIVERSITY** [1] - 10:12

**unless** [1] - 12:12

**unlimited** [8] - 27:24, 28:1, 28:5, 28:11, 31:5, 31:8, 31:22, 32:9

**unnecessary** [1] - 28:11

**unquote** [1] - 15:24

**up** [10] - 12:7, 12:9, 17:16, 18:19, 19:9, 21:18, 21:19, 24:18,

24:19, 38:3
**Urrutia** [2] - 25:18, 25:19

## V

**VA** [1] - 2:5
**various** [3] - 13:1, 19:24, 19:25
**vary** [1] - 23:25
**Vastar** [3] - 20:5, 28:3
**venturers** [1] - 20:7
**version** [1] - 29:6
**vessel** [1] - 32:3
**VICKERY** [1] - 5:14
**view** [1] - 16:12
**virtually** [2] - 22:13, 39:11
**virtue** [2] - 15:13, 15:25

## W

**WALKER** [2] - 2:3, 9:19
**WALTHER** [1] - 7:3
**wants** [9] - 26:13, 26:14, 27:1, 27:15, 27:22, 28:3, 28:7, 28:20, 29:21
**WARE** [1] - 10:3
**WARREN** [1] - 8:7
**WASHINGTON** [4] - 6:18, 6:22, 8:9, 9:9
**water** [1] - 26:18
**WATERSIDE** [1] - 2:4
**WATTS** [2] - 2:21, 2:22
**ways** [1] - 18:14
**WEATHERFORD** [1] - 9:19
**weeks** [1] - 31:2
**WEIL** [2] - 9:8, 9:11
**WEINER** [1] - 7:22
**WEITZ** [1] - 3:3
**WENDY** [1] - 10:5
**WENK** [1] - 6:21
**whatsoever** [2] - 34:4, 34:5
**WHEREUPON** [1] - 41:2
**WHITELEY** [1] - 4:18
**whole** [1] - 31:3
**WILLIAM** [1] - 10:8
**WILLIAMS** [1] - 5:14
**WILLIAMSON** [2] - 2:18, 2:18
**win** [1] - 32:12

**window** [2] - 28:2, 31:11
**WINTHROP** [1] - 8:12
**WITTMANN** [2] - 7:3, 7:4
**won** [2] - 23:12, 39:13
**WOODWAY** [1] - 5:23
**word** [6] - 21:21, 36:14, 36:16, 36:18, 36:23
**wording** [3] - 31:20, 31:21, 37:8
**words** [5] - 18:9, 21:8, 27:15, 27:19, 40:13
**Workers'** [11] - 16:21, 19:25, 20:9, 21:8, 21:10, 21:14, 21:15, 22:18, 36:9, 37:16, 37:18
**world** [1] - 31:16
**WORLDWIDE** [1] - 9:5
**wrap** [2] - 24:18, 38:3
**WRIGHT** [1] - 1:18
**write** [1] - 18:18
**written** [7] - 18:18, 29:19, 29:25, 32:3, 34:10, 34:12, 38:6

## Y

**year** [1] - 29:24
**years** [1] - 31:19
**YOAKUM** [1] - 2:19
**YORK** [4] - 3:4, 7:17, 8:13, 9:12