```
 1                  UNITED STATES DISTRICT COURT

 2                  EASTERN DISTRICT OF LOUISIANA

 3
     ********************************************************
 4
     IN RE:  OIL SPILL BY THE
 5   OIL RIG DEEPWATER HORIZON
     IN THE GULF OF MEXICO ON
 6   APRIL 20, 2010

 7                         CIVIL ACTION NO. 10-MD-2179 "J"
                           NEW ORLEANS, LOUISIANA
 8                         FRIDAY, SEPTEMBER 16, 2011, 9:51 A.M.

 9
     THIS DOCUMENT RELATES TO:
10       2:10-CV-04182
         2:10-CV-04183
11
     ********************************************************
12

13          TRANSCRIPT OF ORAL ARGUMENT ON THE STATES' MOTIONS
               HEARD BEFORE THE HONORABLE CARL J. BARBIER
14                  UNITED STATES DISTRICT JUDGE

15

16   APPEARANCES:

17

18   FOR THE PLAINTIFFS'
     LIAISON COUNSEL:          DOMENGEAUX WRIGHT ROY & EDWARDS
19                             BY:  JAMES P. ROY, ESQUIRE
                               P. O. BOX 3668
20                             556 JEFFERSON STREET
                               LAFAYETTE, LA  70502
21

22                             HERMAN HERMAN KATZ & COTLAR
                               BY:  STEPHEN J. HERMAN, ESQUIRE
23                             820 O'KEEFE AVENUE
                               NEW ORLEANS, LA  70113
24

25
```

```
 1  APPEARANCES CONTINUED:

 2

 3  FOR THE PLAINTIFFS:      BREIT DRESCHER IMPREVENTO & WALKER
                             BY:  JEFFREY A. BREIT, ESQUIRE
 4                           1000 DOMINION TOWER
                             999 WATERSIDE DRIVE
 5                           NORFOLK, VA  23510

 6

 7                           LEVIN PAPANTONIO THOMAS MITCHELL
                             RAFFERTY & PROCTOR
 8                           BY:  BRIAN H. BARR, ESQUIRE
                             316 SOUTH BAYLEN STREET, SUITE 600
 9                           PENSACOLA, FL  32502

10

11                           CUNNINGHAM BOUNDS
                             BY:  ROBERT T. CUNNINGHAM, ESQUIRE
12                           1601 DAUPHIN STREET
                             MOBILE, AL  36604
13

14

15                           LIEFF CABRASER HEIMANN & BERNSTEIN
                             BY:  ELIZABETH J. CABRASER, ESQUIRE
16                           275 BATTERY STREET, 29TH FLOOR
                             SAN FRANCISCO, CA  94111

17

18                           WILLIAMSON & RUSNAK
                             BY:  JIMMY WILLIAMSON, ESQUIRE
19                           4310 YOAKUM BOULEVARD
                             HOUSTON, TX  77006
20

21

22                           WATTS GUERRA CRAFT
                             BY:  MIKAL C. WATTS, ESQUIRE
23                           4 DOMINION DRIVE
                             BUILDING 3, SUITE 100
                             SAN ANTONIO, TX  78257
24

25
```

```
 1   APPEARANCES CONTINUED:

 2

 3                        WEITZ & LUXENBERG
                         BY:  ROBIN L. GREENWALD, ESQUIRE
 4                       700 BROADWAY
                         NEW YORK CITY, NY  10003
 5

 6

 7                        MORGAN & MORGAN
                         BY:  ALPHONSO M. ESPY, ESQUIRE
                              FRANK M. PETOSA, ESQUIRE
 8                       188 EAST CAPITOL STREET, SUITE 777
                         JACKSON, MS  39201
 9

10

11                       MARTÍNEZ, GONZALES, KALBAC & KANE
                         BY:  ERVIN A. GONZALEZ, ESQUIRE
                         255 ALHAMBRA CIRCLE, PENTHOUSE
12                       CORAL GABLES, FL  33134

13

14                       COSSICH SUMICH PARSIOLA & TAYLOR
                         BY:  PHILIP F. COSSICH, JR., ESQUIRE
15                       8397 HIGHWAY 23, SUITE 100
                         BELLE CHASSE, LA  70037

16

17

18                       DEGRAVELLES PALMINTIER HOLTHAUS & FRUGE
                         BY:  MICHAEL C. PALMINTIER, ESQUIRE
19                       618 MAIN STREET
                         BATON ROUGE, LA  70801

20

21                       BEASLEY ALLEN CROW METHVIN
                         PORTIS & MILES
22                       BY:  RHON E. JONES, ESQUIRE
                         POST OFFICE BOX 4160
23                       MONTGOMERY, AL  36013

24

25
```

```
 1   APPEARANCES CONTINUED:

 2

 3                              FAYARD & HONEYCUTT
                               BY:  CALVIN C. FAYARD, JR., ESQUIRE
 4                             519 FLORIDA AVENUE SW
                               DENHAM SPRINGS, LA 70726
 5

 6
                               MARTZELL & BICKFORD
 7                             BY:  SCOTT R. BICKFORD, ESQUIRE
                               338 LAFAYETTE STREET
 8                             NEW ORLEANS, LA  70130

 9

10                             LUNDY, LUNDY, SOILEAU & SOUTH
                               BY:  MATTHEW E. LUNDY, ESQUIRE
11                             501 BROAD STREET
                               LAKE CHARLES, LA  70601
12

13
     FOR STATE INTERESTS:      ALABAMA ATTORNEY GENERAL'S OFFICE
14                             BY:  LUTHER STRANGE, ESQUIRE
                                    COREY L. MAZE, ESQUIRE
15                             500 DEXTER AVENUE
                               MONTGOMERY, AL  36130
16

17
     FOR THE STATE OF
18   LOUISIANA:                KANNER & WHITELEY
                               BY:  ALLAN KANNER, ESQUIRE
19                             701 CAMP STREET
                               NEW ORLEANS, LA  70130
20

21
                               HENRY DART
22                             ATTORNEYS AT LAW
                               510 NORTH JEFFERSON STREET
23                             COVINGTON, LA  70433

24

25
```

```
 1  APPEARANCES CONTINUED:

 2

 3  FOR THE FEDERAL
    GOVERNMENT INTERESTS:    U.S. DEPARTMENT OF JUSTICE
 4                           TORTS BRANCH, CIVIL DIVISION
                             BY:  R. MICHAEL UNDERHILL, ESQUIRE
 5                           450 GOLDEN GATE AVENUE
                             7TH FLOOR, ROOM 5395
 6                           SAN FRANCISCO, CA  94102

 7

 8  FOR TRANSOCEAN HOLDINGS
    LLC, TRANSOCEAN
 9  OFFSHORE DEEPWATER
    DRILLING INC., AND
10  TRANSOCEAN DEEPWATER
    INC.:                    FRILOT
11                           BY:  KERRY J. MILLER, ESQUIRE
                             ENERGY CENTRE, 36TH FLOOR
12                           1100 POYDRAS STREET
                             NEW ORLEANS, LA  70163
13

14
                             ROYSTON RAYZOR VICKERY & WILLIAMS
15                           BY:  JOHN M. ELSLEY, ESQUIRE
                             PENNZOIL PLACE
16                           711 LOUISIANA STREET, SUITE 500
                             HOUSTON, TX  77002
17

18
                             SUTHERLAND ASBILL & BRENNAN
19                           BY:  STEVEN L. ROBERTS, ESQUIRE
                                  RACHEL G. CLINGMAN, ESQUIRE
20                           1001 FANNIN STREET, SUITE 3700
                             HOUSTON, TX  77002
21

22
                             GOFORTH LEWIS
23                           BY:  DANIEL O. GOFORTH, ESQUIRE
                             4900 WOODWAY, SUITE 750
24                           HOUSTON, TX 77056

25
```

```
 1   APPEARANCES CONTINUED:

 2

 3   FOR BP AMERICA INC.,
     BP AMERICA PRODUCTION
 4   COMPANY, BP COMPANY
     NORTH AMERICA INC.,
 5   BP CORPORATION NORTH
     AMERICA INC.,
 6   BP EXPLORATION &
     PRODUCTION INC.,
 7   BP HOLDINGS NORTH
     AMERICA LIMITED,
 8   BP PRODUCTS NORTH
     AMERICA INC.:            LISKOW & LEWIS
 9                            BY:  DON K. HAYCRAFT, ESQUIRE
                              ONE SHELL SQUARE
10                            701 POYDRAS STREET
                              SUITE 5000
11                            NEW ORLEANS, LA  70139

12

13                            KIRKLAND & ELLIS
                              BY:  J. ANDREW LANGAN, ESQUIRE
14                                 RYAN S. BABIUCH, ESQUIRE
                              300 N. LASALLE
15                            CHICAGO, IL  60654

16

17                            KIRKLAND & ELLIS
                              BY:  ROBERT R. GASAWAY, ESQUIRE
18                            655 FIFTEENTH STREET, N.W.
                              WASHINGTON, DC  20005
19

20                            COVINGTON & BURLING
21                            BY:  ALLAN B. MOORE, ESQUIRE
                                   CHRISTOPHER J. WENK, ESQUIRE
22                            1201 PENNSYLVANIA AVENUE, NW
                              WASHINGTON, DC  20004
23

24                            COVINGTON & BURLING
                              BY:  DAVID B. GOODWIN, ESQUIRE
25                            ONE FRONT STREET
                              SAN FRANCISCO, CA  04111
```

```
 1   APPEARANCES CONTINUED:

 2


 3   FOR CAMERON INTERNATIONAL
     CORPORATION:                    STONE PIGMAN WALTHER WITTMANN
 4                                   BY:  PHILLIP A. WITTMANN, ESQUIRE
                                          CARMELITE M. BERTAUT, ESQUIRE
 5                                   546 CARONDELET STREET
                                     NEW ORLEANS, LA 70130
 6

 7
                                     BECK REDDEN & SECREST
 8                                   BY:  DAVID J. BECK, ESQUIRE
                                     ONE HOUSTON CENTER
 9                                   1221 MCKINNEY STREET, SUITE 4500
                                     HOUSTON, TX  77010
10

11   FOR HALLIBURTON
12   ENERGY SERVICES, INC.:  GODWIN RONQUILLO
                                     BY:  DONALD E. GODWIN, ESQUIRE
13                                        JENNY L. MARTINEZ, ESQUIRE
                                          STEFANIE K. MAJOR, ESQUIRE
14                                   1201 ELM STREET, SUITE 1700
                                     DALLAS, TX  75270
15

16
                                     GODWIN RONQUILLO
17                                   BY:  R. ALAN YORK, ESQUIRE
                                     1331 LAMAR, SUITE 1665
18                                   HOUSTON, TX  77010

19

20   FOR ANADARKO
     PETROLEUM CORPORATION,
21   ANADARKO E&P COMPANY
     LP:                             KUCHLER POLK SCHELL
22                                   WEINER & RICHESON
                                     BY:  DEBORAH D. KUCHLER, ESQUIRE
23                                   1615 POYDRAS STREET, SUITE 1300
                                     NEW ORLEANS, LA  70112
24

25
```

```
 1  APPEARANCES CONTINUED:

 2

 3                            BINGHAM MCCUTCHEN
                             BY:  JAMES J. DRAGNA, ESQUIRE
 4                            355 SOUTH GRAND AVENUE, SUITE 4400
                             LOS ANGELES, CA  90071
 5

 6                            BINGHAM MCCUTCHEN
 7                            BY:  KY E. KIRBY, ESQUIRE
                                  WARREN A. FITCH, ESQUIRE
 8                                 DAVID B. SALMONS, ESQUIRE
                                  RANDALL M. LEVINE, ESQUIRE
 9                            2020 K STREET, NW
                             WASHINGTON, DC  20006
10

11
    FOR MOEX OFFSHORE
12  2007 LLC:                 PILLSBURY WINTHROP SHAW PITTMAN
                             BY:  EDWARD FLANDERS, ESQUIRE
13                            1540 BROADWAY
                             NEW YORK, NY  10036
14

15
    FOR M-I L.L.C.:           MORGAN, LEWIS & BOCKIUS
16                            BY:  HUGH E. TANNER, ESQUIRE
                                  DENISE SCOFIELD, ESQUIRE
17                                 JAMES B. TARTER, ESQUIRE
                             1000 LOUISIANA STREET, SUITE 4000
18                            HOUSTON, TX  77002

19

20  FOR TRANSOCEAN
    EXCESS UNDERWRITERS:      PHELPS DUNBAR
21                            BY:  GEORGE M. GILLY, ESQUIRE
                                  EVANS M. MCLEOD, ESQUIRE
22                            CANAL PLACE
                             365 CANAL STREET, SUITE 2000
23                            NEW ORLEANS, LA  70130

24

25
```

09:53AM

```
 1   APPEARANCES CONTINUED:

 2

 3   FOR O'BRIEN'S RESPONSE
     MANAGEMENT, INC.,
 4   SEACOR HOLDINGS, INC.,
     SEACOR OFFSHORE LLC,
 5   SEACOR MARINE, LLC,
     SEACOR WORLDWIDE, INC.,
 6   SEACOR MARINE, INC.,
     SEACOR MARINE
 7   INTERNATIONAL, INC.,
     AND SIEMENS FINANCIAL,
 8   INC.:                    WEIL GOTSHAL & MANGES
                              BY:  MICHAEL J. LYLE, ESQUIRE
 9                            1300 I ST., NW, SUITE 900
                              WASHINGTON, DC  20005
10

11                           WEIL GOTSHAL & MANGES
                              BY:  JEREMY T. GRABILL, ESQUIRE
12                            767 FIFTH AVENUE
                              NEW YORK, NY  10153
13

14
     DYNAMIC AVIATION
15   GROUP, INC:              GEIGER LABORDE & LAPEROUSE
                              BY:  LEO R. McALOON, III, ESQUIRE
16                            ONE SHELL SQUARE
                              701 POYDRAS STREET, SUITE 4800
17                            NEW ORLEANS, LA  70139

18

19   FOR WEATHERFORD U.S.,
     L.P.:                    JONES WALKER
20                            BY:  GARY J. RUSSO, ESQUIRE
                              600 JEFFERSON STREET, SUITE 1600
21                            LAFAYETTE, LA 70501

22

23   FOR NATIONAL RESPONSE
     CORPORATION:             MONTGOMERY BARNETT
24                            BY:  PATRICK E. O'KEEFE, ESQUIRE
                              ENTERGY CENTRE
25                            1100 POYDRAS STREET, SUITE 3300
                              NEW ORLEANS, LA  70163
```

Case 2:10-md-02179-CJB-DPC   Document 4070   Filed 09/20/11   Page 10 of 50

10

```
 1   APPEARANCES CONTINUED:

 2

 3   FOR DRIL-QUIP,
     INC.:                    WARE, JACKSON, LEE & CHAMBERS
 4                            BY:  DON JACKSON, ESQUIRE
                                   C. DENNIS BARROW, JR., ESQUIRE
 5                                 WENDY W. BISHOP, ESQUIRE
                             2929 ALLEN PARKWAY, 42ND FLOOR
 6                           HOUSTON, TEXAS 77019

 7

 8   FOR MDL 2185:            MITHOFF LAW FIRM
                             BY:  WILLIAM STRADLEY, ESQUIRE
 9                           3450 ONE ALLEN CENTER
                             500 DALLAS STREET
10                           HOUSTON, TX  77002

11

12   SPECIAL MASTER:          PROFESSOR FRANCIS E. MCGOVERN
                             DUKE UNIVERSITY SCHOOL OF LAW
13                           CORNER OF SCIENCE & DRIVES
                             BOX 90362
14                           DURHAM, NC 27708

15

16   ALSO PRESENT:            [PLEASE SEE SIGN-IN SHEETS FILED IN THE
                             RECORD]
17

18

19   OFFICIAL COURT REPORTER:   CATHY PEPPER, CRR, RMR, CCR
                                CERTIFIED REALTIME REPORTER
20                              500 POYDRAS STREET, ROOM HB406
                                NEW ORLEANS, LA  70130
21                              (504) 589-7779
                                Cathy_Pepper@laed.uscourts.gov
22

23   PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
     PRODUCED BY COMPUTER.
24

25
```

# I N D E X

PAGE

BUNDLE C MOTIONS TO DISMISS THE STATES' CLAIMS......... 13

MR. LANGAN.......................................... 13

MR. MAZE............................................ 22

MR. KANNER.......................................... 33

MR. LANGAN.......................................... 37

THE COURT........................................... 39

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**P-R-O-C-E-E-D-I-N-G-S**

FRIDAY, SEPTEMBER 16, 2011

M O R N I N G   S E S S I O N

(COURT CALLED TO ORDER)

09:51AM   THE COURT:  Let's move on to the next set of motions,
09:51AM   the Bundle C motions to dismiss the States' claims.
09:52AM          All right.  There are multiple motions filed by
09:52AM   various parties to dismiss the first amended complaints of the
09:52AM   States of Louisiana and Alabama.  We can talk about those.
09:52AM          Mr. Langan, are you going to go first?
09:52AM   MR. LANGAN:  Yes, Your Honor.  I'll handle primarily the
09:52AM   arguments on behalf of the movants here.  Other counsel may want
09:52AM   to supplement, but let me see if I can get us started, at least.
09:52AM   THE COURT:  Just remember, if someone else wants to
09:52AM   speak, you're eating into their time.
09:53AM   MR. LANGAN:  Absolutely.  Understood.
09:53AM          So, Your Honor, with respect to this motion, we
09:53AM   need to start with your August 26 B1 order.  In that order, you
09:53AM   held that both the common law and statutory claims under state
09:53AM   law were preempted by OCSLA.  At page 38, you said, and I'm
09:53AM   quoting now, "State law, both statutory and common, is preempted
09:53AM   by maritime law, not withstanding OPA's saving provision.  All
09:53AM   claims brought under state law are dismissed."

09:53AM 1            So that's your holding.  That's the law of the

09:53AM 2  case.  That holding requires the dismissal of all the claims

09:53AM 3  brought by the States of Alabama and Louisiana that are brought

09:53AM 4  under state law, both common and statutory.  That includes all

09:53AM 5  the claims under Section III of the Alabama amended complaint,

09:53AM 6  and Claims, by my count, III, IV, VI and XI through XXIV of the

09:53AM 7  Louisiana amended complaint.

09:54AM 8            Then the question becomes -- and I know it's been

09:54AM 9  raised in their briefs -- what about the state penalty claims?

09:54AM 10  Well, they have to be dismissed, too, just like any other state

09:54AM 11  law claim.

09:54AM 12            Under your order, the OPA savings clause does not

09:54AM 13  save state law penalty claims.  You flatly said at page 38 that

09:54AM 14  both state law statutory and common law claims are preempted,

09:54AM 15  notwithstanding OPA's saving provisions.

09:54AM 16       THE COURT:  We did say that, although that was in the

09:54AM 17  context of dealing with private, nongovernmental, economic

09:54AM 18  claims.

09:54AM 19       MR. LANGAN:  Understood.

09:54AM 20       THE COURT:  So the other side argues that that should

09:54AM 21  not necessarily control the disposition of their penalty claims.

09:54AM 22       MR. LANGAN:  They do say that, Your Honor, but the

09:54AM 23  reasoning Your Honor reached in the August 26th order is equally

09:54AM 24  applicable here.  You said, "This case does not concern conduct

09:55AM 25  within state borders, waters."  That's what you said at page 12,

09:55AM  1   and you found that state law is inapplicable to this case.

09:55AM  2   Just to hit a couple of the points that they say in

09:55AM  3   their brief, Your Honor, the *Yamaha* case does not provide any

09:55AM  4   support for permitting state law claims to proceed here by the

09:55AM  5   states.  There is no gap to fill.  The Clean Water Act, OCSLA and

09:55AM  6   other federal statutes provide for all the penalties and

09:55AM  7   regulation that Congress saw fit to provide for conduct that

09:55AM  8   occurred on the Outer Continental Shelf, and there, therefore, is

09:55AM  9   no gap.

09:55AM 10   You've already noted --

09:55AM 11   THE COURT:  Is your microphone still on?  How is the

09:55AM 12   volume?  Okay.  All right.  Go ahead.

09:56AM 13   MR. LANGAN:  That's okay.

09:56AM 14   So *Yamaha* is distinguishable because the incident

09:56AM 15   there occurred within state territorial waters, so *Yamaha* is no

09:56AM 16   support for allowing penalty claims to proceed here.

09:56AM 17   Your Honor has already held --

09:56AM 18   THE COURT:  But do you see any basis to distinguish, if

09:56AM 19   we're talking about the police powers of a state government,

09:56AM 20   state sovereign -- you could image scenarios, although they may

09:56AM 21   sound unlikely on their face, but if someone launches a rocket

09:56AM 22   from offshore, in the federal waters, and it lands on someone or

09:56AM 23   someone's property in the State of Alabama or Louisiana and

09:57AM 24   causes injury or death, it would be a criminal act; if it was

09:57AM 25   intentional, it would be a criminal act.

09:57AM  1          Do you not think the States of Alabama or Louisiana

09:57AM  2   could prosecute someone criminally?  I know we're not talking

09:57AM  3   about criminal penalties here --

09:57AM  4          MR. LANGAN:  Right.

09:57AM  5          THE COURT:  -- but I'm just trying to envision various

09:57AM  6   scenarios that could flow, how far-reaching this could be.

09:57AM  7          MR. LANGAN:  Well, Your Honor, we're talking about, of

09:57AM  8   course, you've already held, we're talking about conduct in the

09:57AM  9   federal enclave of the Outer Continental Shelf.

09:57AM 10          THE COURT:  Well, I'm talking about the same thing.  The

09:57AM 11   conduct, the launching of the missile, the rocket, whatever,

09:57AM 12   occurred on the Outer Continental Shelf, but it landed and killed

09:57AM 13   someone standing in the State of Alabama.

09:57AM 14          MR. LANGAN:  That would be a criminal act, and, perhaps,

09:57AM 15   criminally or something, you could imagine that.  But in this

09:57AM 16   case, I think we've got to look at the *Ouellette* case, and that

09:57AM 17   does allow a state to regulate pollution from the source state.

09:57AM 18   Here, there is no source state.

09:57AM 19          The problem with that scenario is, if Your Honor

09:58AM 20   goes down that road, you're going to be allowing multiple state

09:58AM 21   penalty laws to apply to something that occurred on the

09:58AM 22   Outer Continental Shelf.  I mean, there are a number of Gulf

09:58AM 23   states that are involved here, and that would absolutely have a

09:58AM 24   negative effect on the goal you were trying to achieve in the B1

09:58AM 25   order, which is uniformity of maritime law.  So --

09:58AM 1          THE COURT:  Do you know how the Louisiana and Alabama

09:58AM 2    penalty statutes work, how the penalty is determined and

09:58AM 3    calculated?

09:58AM 4          MR. LANGAN:  Generally.

09:58AM 5          THE COURT:  Are they similar to the Clean Water Act?

09:58AM 6          MR. LANGAN:  I think they are in many degrees similar,

09:58AM 7    yes.

09:58AM 8          I think what Your Honor is pointing to is there is

09:58AM 9    already a scheme in place, a federal scheme in place to deal with

09:58AM 10   these things.  The United States is already a plaintiff under the

09:58AM 11   Clean Water Act, and they are already pursuing and announcing

09:58AM 12   that they are going to pursue such penalties.

09:58AM 13         So are we going to have other states layer in on

09:59AM 14   top of that, I mean, for activity that occurred on the Outer

09:59AM 15   Continental Shelf?  That can't be squared with what Your Honor

09:59AM 16   has already ruled.

09:59AM 17         Your Honor, the other thing I was going to mention

09:59AM 18   is, in terms of the cases they cite, every one of the cases they

09:59AM 19   cite did not involve conduct except in the states seeking to

09:59AM 20   regulate.  That's the case in the *Askew* case, which occurred in

09:59AM 21   an oil spill in the state water of Florida.  The *Just v. Chambers*

09:59AM 22   case, the activity occurred within the state limits of Florida.

09:59AM 23   That's the 1941 case from the Supreme Court.  The *Sun Ship v.*

09:59AM 24   *Pennsylvania,* that involved land-based injuries, I believe, in

09:59AM 25   the state of Pennsylvania.  *Huron Portland Cement* involved

09:59AM 1    activity at the Port of Detroit in Michigan.

09:59AM 2            They don't have a case in which there was conduct

09:59AM 3    outside territorial waters in the territory in which they were

09:59AM 4    able to apply their state law penalties, and it can't square with

10:00AM 5    what Your Honor has already done.

10:00AM 6            THE COURT:  Okay.

10:00AM 7            MR. LANGAN:  Your Honor, I need to mention a couple

10:00AM 8    other issues here in the limited time that I have.

10:00AM 9            On presentment, the presentment ruling in your

10:00AM 10   B1 order also applies here to the states.  They are bound by the

10:00AM 11   same state -- the same requirements of OPA to present, as well,

10:00AM 12   for their cleanup and their damage claims.  It's a mandatory

10:00AM 13   condition precedent of an OPA claim under the statute and this

10:00AM 14   Court's order.  They can't present one and then claim for all.

10:00AM 15           We believe --

10:00AM 16           THE COURT:  Let me ask you about that --

10:00AM 17           MR. LANGAN:  Sure.

10:00AM 18           THE COURT:  -- because I'm trying to understand BP's

10:00AM 19   position or defendants' position as to how presentment would work

10:00AM 20   in the context of a case like this.

10:00AM 21           The states apparently allege ongoing damages --

10:00AM 22           MR. LANGAN:  Right.

10:00AM 23           THE COURT:  -- cleanup, natural resource damages, I

10:01AM 24   guess lost tax revenues --

10:01AM 25           MR. LANGAN:  Right.

10:01AM 1        THE COURT:  -- different sorts of ongoing damages.  They

10:01AM 2   allege that they have, and as I appreciate it they have,

10:01AM 3   presented claims to BP.  BP has paid some of those claims, not

10:01AM 4   paid others, or paid less than the amount requested in some

10:01AM 5   cases.

10:01AM 6        I'm trying to understand what it is BP would

10:01AM 7   consider presentment in this context.  Is it that every time they

10:01AM 8   incur a bill, they send it to BP, and if BP doesn't pay within

10:01AM 9   90 days, then they can file suit on that bill?  Then they incur,

10:01AM 10  you know, next month another bill for cleanup or whatever,

10:01AM 11  another month of lost tax revenue, they send another bill, BP

10:01AM 12  doesn't pay that bill, then they can file another suit for that

10:01AM 13  bill?  You see what I'm getting at?

10:01AM 14       MR. LANGAN:  I do.

10:01AM 15       THE COURT:  The strict technical presentment requirement

10:02AM 16  pursuant to the statute seems not to fit this type of

10:02AM 17  circumstance.  At what point have they ever, quote, presented

10:02AM 18  their claim sufficient to get out of the presentment, to get

10:02AM 19  beyond the presentment requirement?

10:02AM 20       MR. LANGAN:  Your Honor, our position is --

10:02AM 21       THE COURT:  It's almost like it's a black hole.

10:02AM 22       MR. LANGAN:  -- they need to present for damages or

10:02AM 23  cleanup costs that have been accrued.  So, in other words, they

10:02AM 24  can't present as to future claims.  We understand that.

10:02AM 25       THE COURT:  So they file a suit --

10:02AM 1          MR. LANGAN:  No.

10:02AM 2          THE COURT:  They file a suit for what is accrued and

10:02AM 3  they've presented and has not been paid.

10:02AM 4          MR. LANGAN:  Correct.

10:02AM 5          THE COURT:  Then what happens the next month, then six

10:02AM 6  months?  They file another suit on that --

10:02AM 7          MR. LANGAN:  Maybe they can amend.

10:02AM 8          THE COURT:  -- or come in and amend their suit?

10:02AM 9          MR. LANGAN:  Maybe they can amend.

10:02AM 10         THE COURT:  So every month we could have an amendment to

10:02AM 11 their lawsuit --

10:02AM 12         MR. LANGAN:  Well, you know, again, I think we need to

10:02AM 13 take a step back as to what is the purpose of the presentment

10:03AM 14 required under OPA.  The purpose is so the responsible party,

10:03AM 15 before anyone goes to court --

10:03AM 16         THE COURT:  Right.

10:03AM 17         MR. LANGAN:  -- can take a look and try to negotiate a

10:03AM 18 settlement.

10:03AM 19             We all know in every settlement context, it happens

10:03AM 20 all the time, people can estimate their future losses and try to

10:03AM 21 negotiate a settlement based upon the estimate of future losses.

10:03AM 22         THE COURT:  I don't know how anybody would do that in

10:03AM 23 this case at this point with natural resource damages.

10:03AM 24         MR. LANGAN:  I understand that.  But our position is, is

10:03AM 25 that they shouldn't be in court until they present it under OPA,

10:03AM 1   and their OPA presentment needs to be for the damages accrued to

10:03AM 2   the time at which they make their presentment.  If they haven't

10:03AM 3   done that, they haven't met the presentment requirement.  I think

10:03AM 4   it's clear that neither the State of Louisiana or Alabama have

10:03AM 5   done that.

10:03AM 6           THE COURT:  Well, I don't know.  Alabama makes specific

10:03AM 7   allegations of various claims that they have presented to BP or

10:03AM 8   the GCCF -- no, I think these go directly to BP, correct?

10:03AM 9           MR. LANGAN:  Right.

10:04AM 10          THE COURT:  -- and they have not been paid.

10:04AM 11          MR. LANGAN:  They have --

10:04AM 12          THE COURT:  What more should they have to allege?

10:04AM 13          MR. LANGAN:  Well, they've made that allegation.  I

10:04AM 14  guess we contest it.

10:04AM 15          THE COURT:  That's what Rule 12(b) is about,

10:04AM 16  allegations, if it's plausible.  Is it plausible?

10:04AM 17          MR. LANGAN:  Fair enough.  Alabama may be differently

10:04AM 18  situated.

10:04AM 19          THE COURT:  They have alleged more specifically than

10:04AM 20  Louisiana has.

10:04AM 21          MR. LANGAN:  I believe they have.

10:04AM 22          THE COURT:  That's my sense.

10:04AM 23          MR. LANGAN:  Your Honor, just the last part I want to

10:04AM 24  make in the limited time I have here is that in terms of

10:04AM 25  significance of the B1 ruling to the state claims, it would be

10:04AM 1   our position that Your Honor's ruling about the extent of

10:04AM 2   maritime law and the ability to achieve punitive damages in a

10:04AM 3   small slice, commercial fisherman and people who have actually

10:04AM 4   been touched by oil, equally applicable to the two state claims,

10:04AM 5   as well; otherwise, *Robins Dry Dock* would apply to their claims,

10:04AM 6   as well.

10:04AM 7           Thank you, Your Honor.

10:04AM 8           THE COURT:  Thank you, Mr. Langan.

10:04AM 9           Mr. Maze.

10:05AM 10          Mr. Maze, I used, I think, your scenario about a

10:05AM 11  rocket being launched from offshore into a state.

10:05AM 12          MR. MAZE:  Number one, Your Honor, I appreciate that.

10:05AM 13          THE COURT:  But we don't have any cases like that.

10:05AM 14          MR. MAZE:  Well, I've got two responses to that.

10:05AM 15  Number one, not only would we criminally prosecute you under

10:05AM 16  Alabama law, but we would try to be recompensated under Alabama

10:05AM 17  law, too, because it matters where the injury occurred.  Both

10:05AM 18  civilly and criminally, the answers are the same.  Alabama law

10:05AM 19  applies because that's where the action -- it's where the

10:05AM 20  effect -- that's where the effect happened.

10:05AM 21          What I want to do first, though, is start with

10:05AM 22  Mr. Langan's point that we can't point out any cases in which the

10:05AM 23  effect not only took effect in state waters -- well, excuse me,

10:05AM 24  let me take it back, that this occurrence starts outside state

10:05AM 25  waters.

10:05AM  1          I've got on the board -- or I hope that I do -- I
10:06AM  2  do now -- there are two cases directly on point.  The first is a
10:06AM  3  Ninth Circuit case that came out just this year that said the
10:06AM  4  State of California can have air pollution regulations 24 miles
10:06AM  5  off the coast.  The defendants in that case raised the exact same
10:06AM  6  argument, said the state has no police power outside the
10:06AM  7  three-mile zone.

10:06AM  8          The Ninth Circuit said, no, that's not correct if
10:06AM  9  two things happen:  Number one, if the state can show that there
10:06AM 10  is an effect within its border, and, number two, if the state
10:06AM 11  regulation doesn't conflict with existing federal law, then the
10:06AM 12  state's police power, our Tenth Amendment police power extends
10:06AM 13  beyond the three-mile line to protect our citizens.

10:06AM 14          They cite numerous cases in which states have
10:06AM 15  regulated outside the three-mile zone, including the
10:06AM 16  Fifth Circuit case that you see below it, where the Fifth Circuit
10:06AM 17  has said Louisiana can have a rule that regulates river and
10:06AM 18  harbor pilots 33 miles out into the ocean, 30 miles beyond the
10:06AM 19  three-mile border, because river and harbor pilots affect the
10:06AM 20  State of Louisiana, and Congress has specifically given the state
10:07AM 21  the power to do so.

10:07AM 22          THE COURT:  Are those cases cited in any brief you
10:07AM 23  filed?

10:07AM 24          MR. MAZE:  They are not, Your Honor.  I admit that they
10:07AM 25  are not.  I have copies of both cases with me and these

10:07AM 1    PowerPoints, as well.

10:07AM 2             But what they both do is, is they both show

10:07AM 3    Your Honor that the states are different than private citizens.

10:07AM 4    I understand that Your Honor's point is the private citizens are

10:07AM 5    here to be recompensated, made whole, and because federal law has

10:07AM 6    done that for them, they don't need the state law.

10:07AM 7             But the states are different.  As sovereigns, we

10:07AM 8    have a police power to punish and deter conduct like this.

10:07AM 9    That's where our penalties come in, and that's where our punitive

10:07AM 10   damages come in.  Federal law doesn't cover that for us.  There

10:07AM 11   is no maritime law for state civil penalties, and OPA

10:07AM 12   specifically says we can impose additional penalties because

10:07AM 13   Congress respects our right to be able to deter this type of

10:07AM 14   conduct.

10:07AM 15        THE COURT:  How does your penalty -- and if you know, if

10:07AM 16   Louisiana is different or the same -- how does it work?

10:07AM 17        MR. MAZE:  They are actually similar.  They both work on

10:07AM 18   the number of days oil is in the water.  I think they are

10:08AM 19   actually both $25,000 a day, which goes to Mr. Langan's point.

10:08AM 20   He said it would be unfair if all of the states' rules apply.

10:08AM 21   The answer is, no, that's not unfair; that's exactly the point.

10:08AM 22        THE COURT:  They don't work like the Clean Water Act,

10:08AM 23   which is based on the volume of discharge?

10:08AM 24        MR. MAZE:  Alabama's does not.  I believe there is one

10:08AM 25   of the five Gulf states that it's a choice, I believe it's Texas,

10:08AM 1    but Alabama and Louisiana are both per day in the water.

10:08AM 2            The point is, is to prevent you from allowing the

10:08AM 3    oil to get to the water to begin with.  Then once it gets there,

10:08AM 4    you need to get it out as soon as possible.

10:08AM 5        THE COURT:  In a case like this, I think they are still

10:08AM 6    finding oil in --

10:08AM 7        MR. MAZE:  You could walk on an Alabama beach today and

10:08AM 8    find tar balls.

10:08AM 9        THE COURT:  I'm talking about up in Alaska from 1989,

10:08AM 10   occasionally.  So how would we ever know when it was, quote, out

10:08AM 11   of the waters to end the penalties?

10:08AM 12       MR. MAZE:  Well, the Alabama statute works with the

10:09AM 13   addition of oil into our waters, each day that oil is added into

10:09AM 14   a water body in Alabama.  I guess you could say at some point if

10:09AM 15   there is no more oil being added into the certain areas, it would

10:09AM 16   stop.

10:09AM 17           I would say, however, for today's present purposes,

10:09AM 18   the only question is whether or not to summarily dismiss our

10:09AM 19   penalty claims.  The answer there would be no, because these fill

10:09AM 20   in a gap to the maritime law, and they don't conflict with any

10:09AM 21   law.

10:09AM 22           In fact, Congress has said specifically that we

10:09AM 23   could do it.  The question of whether or not when it gets cut off

10:09AM 24   is really more of a question to determine when we get to the

10:09AM 25   damages phase of trial, which --

10:09AM 1          THE COURT:  I'm just trying to understand how they work.

10:09AM 2          MR. MAZE:  Yes, sir.

10:09AM 3          THE COURT:  Because there are some state laws, I know

10:09AM 4   Louisiana does, and we're not directly talking about this today,

10:09AM 5   but I believe the local governments have asserted claims based on

10:09AM 6   Louisiana statutes -- or a statute, wildlife statute, that

10:09AM 7   imposes a penalty per bird --

10:09AM 8          MR. MAZE:  Per bird.

10:09AM 9          THE COURT:  -- or per fish or per duck.

10:09AM 10         MR. MAZE:  Right.  The district attorney's brief talks

10:09AM 11  about the per bird.  Yes.  They actually -- I have talked to them

10:10AM 12  recently -- they go out and count the birds.  That's literally

10:10AM 13  what they have to do to determine their claim.

10:10AM 14         THE COURT:  Alabama doesn't have a statute like that?

10:10AM 15         MR. MAZE:  No.  We have not alleged a statute like that,

10:10AM 16  no.  Ours, we have alleged a water -- our primary allegation for

10:10AM 17  the penalties provision is the Water Pollution Control Act, which

10:10AM 18  is number of days that oil has entered the water.

10:10AM 19              To Mr. Langan's point, the whole purpose of having

10:10AM 20  these is to prevent BP or another defendant from allowing oil to

10:10AM 21  get to our water.  What they would like you to do is to say that

10:10AM 22  no state can penalize any oil that gets into their water if it

10:10AM 23  happens somewhere else.

10:10AM 24              But if you take away the statutory civil penalties,

10:10AM 25  and you take away our right to have putative damages, which I'll

10:10AM 1   get to in a moment, the states have been left with nothing of our

10:10AM 2   Tenth Amendment police power to punish and deter this conduct.

10:10AM 3           It's the fact that these five states can punish you

10:10AM 4   civilly in the corporate pocketbook, that's what gives a company

10:10AM 5   like BP the incentive not to allow this to happen again.  I don't

10:10AM 6   think anybody disputes that we can criminally prosecute, but you

10:11AM 7   can see BP's history.  Every time one of these events occurs,

10:11AM 8   they simply let the CEO retire, they put a new one in.  So if you

10:11AM 9   prosecute someone, it really doesn't teach BP a lesson.  They do

10:11AM 10  it again.

10:11AM 11          THE COURT:  Well, to be fair, they have other incentives

10:11AM 12  not to do this.

10:11AM 13          MR. MAZE:  Correct.  They do have compensatory damages.

10:11AM 14          THE COURT:  The federal government is coming after them,

10:11AM 15  Clean Water Act penalties and so forth.

10:11AM 16          MR. MAZE:  Right.  To that point, the federal government

10:11AM 17  doesn't have to give a dime of that Clean Water Act money to the

10:11AM 18  states, the entities that are actually hurt.  Even though the

10:11AM 19  states wrote the constitution and we reserve the right to punish

10:11AM 20  and deter with our police power, the federal government doesn't

10:11AM 21  have to give a dime of that money to us, even though it's where

10:11AM 22  the oil hit.  It hit our shores.

10:11AM 23          THE COURT:  The Clean Water Act money goes into the

10:11AM 24  trust or fund --

10:11AM 25          MR. MAZE:  Currently, yes, it does.  There is

10:11AM 1  legislation, hopefully --

10:11AM 2          THE COURT:  There is some proposed legislation, which

10:11AM 3  apparently -- I'm just reading it in the newspaper --

10:11AM 4          MR. MAZE:  Right.

10:11AM 5          THE COURT:  -- like everybody else -- apparently the

10:11AM 6  congressmen and senators from the Gulf states have, I think,

10:11AM 7  agreed to direct some of that money to the states.

10:12AM 8          MR. MAZE:  Right.  That's our hope; but, again, we can't

10:12AM 9  trust that that will happen.  But we can't allow a system where

10:12AM 10 the states themselves, who reserve the right to have the police

10:12AM 11 power to protect, to punish and deter, to not be able to

10:12AM 12 penalize, themselves.

10:12AM 13         Again, Mr. Langan's point is that the event

10:12AM 14 occurred outside the waters.  Nothing about our civil penalties

10:12AM 15 attacks anything that happened in federal waters.  Had the oil

10:12AM 16 never crossed Alabama's three-mile border, we wouldn't be seeking

10:12AM 17 civil penalties.  The only thing that we're penalizing as the

10:12AM 18 State of Alabama is the moment the oil crossed our line and it

10:12AM 19 stayed in our borders.

10:12AM 20         Had they kept the oil out at the *Deepwater Horizon*

10:12AM 21 site, there wouldn't be a civil penalty.  It's only the fact that

10:12AM 22 everything happened within our waters is the reason that we're

10:12AM 23 allowed to do this.

10:12AM 24         Now, one thing I'd like to do with probably the

10:12AM 25 remainder of my time is to actually go through the effect of

10:12AM 1   Your Honor's B1 order.

10:12AM 2           What I have done is put together a chart.  I'm not

10:12AM 3   going to reargue whether state law should apply on top of federal

10:12AM 4   law.  What I'm going to do is apply your Court's rationale and

10:12AM 5   show you how the compensatory and punitive damages work.

10:13AM 6           Again, for the private citizens, the point with

10:13AM 7   private citizens is to make them whole.  Because you can see on

10:13AM 8   the top, when we're talking about compensatory damages, whether

10:13AM 9   or not you have a physical injury or a *Robins Dry Dock* claim,

10:13AM 10  either OPA or maritime law or both allows those to be

10:13AM 11  recompensated; therefore, the Alabama law is unnecessary.

10:13AM 12  Because you have conflicting standards, then they are conflict

10:13AM 13  preempted.

10:13AM 14          But in the case of the state, the same could be

10:13AM 15  said of compensatories; but, when you get to punitive damages,

10:13AM 16  what BP has argued in their most recent brief, the ten-page

10:13AM 17  brief, is you have to limit our punitive damages, which, again,

10:13AM 18  comes from our police power to punish and deter, simply to those

10:13AM 19  very minute parts of the claim that allege physical injury.

10:13AM 20          Assuming that's correct -- and I don't, I believe

10:13AM 21  that state law should apply across the board or maritime across

10:13AM 22  the board, either way, to give you punitives all the way -- but

10:13AM 23  even if BP is correct, what Mr. Langan hasn't said is that leaves

10:13AM 24  a gap in federal law for punitive damages.

10:14AM 25          When you're talking about damages for claims that

10:14AM 1   didn't allege physical injury, maritime law doesn't speak to it,

10:14AM 2   and OPA specifically says the states have the power.  Alabama

10:14AM 3   statute says the sovereign state, not private citizens but the

10:14AM 4   sovereign state, can seek punitive damages under our statute to

10:14AM 5   do so.

10:14AM 6           So if you'll see the chart here where I'm circling,

10:14AM 7   because there is no federal law here, Alabama law applies as a

10:14AM 8   supplement.

10:14AM 9           I'll give you an example.  As the Court knows, for

10:14AM 10  over 200 years, wrongful death didn't have a maritime cause of

10:14AM 11  action.  Before DOSHA, there was no cause of action under federal

10:14AM 12  statute.

10:14AM 13          So what the Supreme Court said was, well, the

10:14AM 14  states can pass wrongful death statutes that supplement.  Here is

10:14AM 15  the language.  It had been recognized that states couldn't modify

10:14AM 16  or supplement the maritime law providing a wrongful death remedy.

10:14AM 17          By the same token, if BP is correct that you can't

10:14AM 18  have maritime punitive damages for nonphysical injury, if a state

10:14AM 19  like Alabama has a punitive damage statute, it applies as a

10:15AM 20  supplement, just as the wrongful death statute.

10:15AM 21          THE COURT:  Your argument basically eviscerates the

10:15AM 22  maritime rule of *Robins Dry Dock*, doesn't it?

10:15AM 23          MR. MAZE:  It says that we can add onto an additional --

10:15AM 24          THE COURT:  If anyone can get around it by making a

10:15AM 25  claim under state law, then there is nothing left to

10:15AM  1    *Robins Dry Dock.*

10:15AM  2          MR. MAZE:  It would apply to the extent that -- for

10:15AM  3    compensatory and punitive damages under *Robins Dry Dock*, it would

10:15AM  4    apply; but, to the extent that a state has suffered, let's say,

10:15AM  5    tax loss, we could have punitives under Alabama law.

10:15AM  6          Again, as Your Honor has already recognized in his

10:15AM  7    B1 order --

10:15AM  8          THE COURT:  So you're limiting this argument to your

10:15AM  9    penalty claims?

10:15AM  10         MR. MAZE:  Yes.  Right here, the penalty claims here --

10:15AM  11   I'm sorry, I'm still learning how to use the technology.  The

10:15AM  12   only place it would apply on the chart would be here, for state

10:15AM  13   penalties, because there is no federal law for the state

10:16AM  14   penalties; and, also, here, where you have punitive damages for

10:16AM  15   nonphysical injuries, because that's where the gaps in the

10:16AM  16   federal law occur.  Any time that federal law applies in one of

10:16AM  17   the other gaps, there is no gap for state law to fill.

10:16AM  18         Again, the only question before the Court today is

10:16AM  19   do I dismiss wholly Alabama's punitive law claims and their state

10:16AM  20   penalty claims?  The answer would be no, because even where

10:16AM  21   federal law doesn't apply, Alabama has a statute that applies its

10:16AM  22   sovereign police power to punish and deter, and that's what each

10:16AM  23   of these statutes does.  Because of that, that is a right that we

10:16AM  24   protected in the constitution, the Tenth Amendment, when we wrote

10:16AM  25   Article 1 and 3 vesting jurisdiction over admiralty cases to the

10:16AM 1  Court, we still reserved our power under the Tenth Amendment to

10:16AM 2  have the police power to punish and deter in an oil pollution

10:16AM 3  case, as the Court said in *Askew*.  Because of that, we filled the

10:16AM 4  gaps.

10:16AM 5          So the only answer that the Court has to give today

10:16AM 6  is because either Alabama law or federal law would apply in each

10:17AM 7  gap, I do not have to dismiss the claims.  We go forward.

10:17AM 8          When we get to a damages point, we can talk about

10:17AM 9  the specifics of which particular one applies.  I can

10:17AM 10 certainly -- I have copies of the chart, as well, if the Court

10:17AM 11 and the defense attorneys would like it.  But, for today, you can

10:17AM 12 clearly see that there is a law that applies to each one, and,

10:17AM 13 thus, dismissal is not proper.

10:17AM 14         If I can, I'm actually going to reserve the rest of

10:17AM 15 my time.  I think the Court understands our argument on

10:17AM 16 presentment; so, if I may, I'll reserve my time.  If there is

10:17AM 17 anything that Mr. Kanner for Louisiana would like to clear up

10:17AM 18 with regard to Louisiana -- I think he definitely wanted to say

10:17AM 19 something about presentment, because I think you had our

10:17AM 20 arguments flip flopped.

10:17AM 21         THE COURT:  I'll hear from Mr. Kanner.

10:17AM 22         MR. MAZE:  Oh, yes.  The one thing I did want to

10:17AM 23 mention, the Ninth Circuit case that I had mentioned earlier,

10:17AM 24 it's on cert. in the Supreme Court and will be decided in

10:17AM 25 conference on September 26th.  So we'll know within the next

10:17AM 1    month whether the Supreme Court likely has an issue with the

10:17AM 2    states applying their own laws and regulations outside the

10:17AM 3    three-mile border.

10:17AM 4            THE COURT:  All right.  Very well.

10:17AM 5            Mr. Kanner, Mr. Maze has left you about three minutes.

10:18AM 6            MR. KANNER:  Thank you, Your Honor.  It's kind of like

10:18AM 7    following a Mardi Gras parade, all the lights and excitement.

10:18AM 8            We wholeheartedly endorse everything that Mr. Maze

10:18AM 9    presented.  I think he did an excellent and outstanding job on

10:18AM 10   the state police power issues.

10:18AM 11           On presentment, you're exactly right in focusing on

10:18AM 12   the issue of, okay, when is presentment enough?  Mr. Langan said,

10:18AM 13   oh, you've got the whole accrual issue.  We would argue that

10:18AM 14   that's wrong.

10:18AM 15           If you look at the precise language that Congress

10:18AM 16   used in 2713(c), it says, after presentment, quote, the claimant

10:18AM 17   may elect to commence an action in court against the responsible

10:18AM 18   party or guarantor or to present the claim to the fund.

10:18AM 19           They use the language of *commence an action in*

10:18AM 20   *cour*t.  They don't say, an action for just that claim.  Because

10:18AM 21   we all know, Federal Rule of Civil Procedure Number 1, we try to

10:19AM 22   bring all of the disputes together at one time.

10:19AM 23           I think it was Congress' idea that, well, you start

10:19AM 24   working it out.  When the process breaks down at a certain point,

10:19AM 25   you can be in court.  None of that has interfered with ongoing

10:19AM  1    negotiations on discrete issues.

10:19AM  2         THE COURT:  How do we apply, in the context of this

10:19AM  3    case -- again, as I recall, the statutory language says

10:19AM  4    presentment requires that you present a claim for a sum certain,

10:19AM  5    so how does that work in a case like this, in your view?

10:19AM  6         MR. KANNER:  Well, both Louisiana and Alabama have

10:19AM  7    alleged -- have presented claims.  I think --

10:19AM  8         THE COURT:  Am I right when I said Louisiana, and I

10:19AM  9    think Alabama, too, has presented a number of claims, some have

10:19AM 10    been paid, some haven't been paid, some have been paid in part?

10:19AM 11    Is that essentially what it is?

10:19AM 12         MR. KANNER:  Yes.  Both have alleged that in various

10:19AM 13    paragraphs in the complaint.  I think that Louisiana actually

10:20AM 14    talked about the seafood safety, the tax, you know, the bridge

10:20AM 15    issues, etcetera, and we cited those in our ten-page response for

10:20AM 16    the Court.

10:20AM 17         But here, the problem is you are never going to

10:20AM 18    have a sum certain if you're a state government.  You've got a

10:20AM 19    three-year statute of limitations.  Okay.  You're going to have

10:20AM 20    to make some projections into the future, which are not going to

10:20AM 21    be a sum certain.  Hopefully, they are not speculative.

10:20AM 22         So, right now, we're working through different

10:20AM 23    areas.  I think that we've met the presentment requirement that

10:20AM 24    allows us to get into court and file suit.

10:20AM 25         As you know, Louisiana, we have a little extra

10:20AM 1   pressure of the one-year mark to try to make sure all of our

10:20AM 2   claims are brought in.  I think that that was perfectly

10:20AM 3   appropriate.  I think that we have succeeded in presenting a

10:20AM 4   claim.

10:20AM 5          We're not asking the Court to litigate those claims

10:21AM 6   at this point in time.  There is going to be a whole lot that

10:21AM 7   happens between now and, you know, the point in time when we

10:21AM 8   finally start focusing on those claims.

10:21AM 9          But I think to try to read it the way Mr. Langan

10:21AM 10  does would basically say that a defendant who doesn't want to

10:21AM 11  cooperate can really keep you at a distance.

10:21AM 12         That reminds me, on Transocean, Anadarko and MOEX,

10:21AM 13  we've asked for declaratory judgment.  They are all denying

10:21AM 14  liability.  You can't present a claim to them because they won't

10:21AM 15  accept a claim.  We've tried actually presenting claims to them

10:21AM 16  in various contexts, and those have been denied, as well.

10:21AM 17         So I think that's why we have declaratory judgment

10:21AM 18  power.  I just want to give you the citation, 2717(f)(2), "The

10:21AM 19  court shall enter a declaratory judgment on liability for removal

10:21AM 20  costs or damages that will be binding on any subsequent action or

10:21AM 21  actions to recover further removal costs or damages."  So that's

10:22AM 22  something that, at the appropriate time, we need to get buttoned

10:22AM 23  down.

10:22AM 24         The last thing I want to say -- well, the

10:22AM 25  penultimate thing I want to say is if Your Honor would look at

10:22AM 1    2718, just following up on what Mr. Maze said, your ruling,

10:22AM 2    strictly speaking, dealt with 2718(a)(1), within such state.  If

10:22AM 3    you look, you will notice that (a)(2) does not use that *within*

10:22AM 4    *such state* limitation.  Subpart (b), preservation of state funds,

10:22AM 5    does not use that limitation.  That's one difference between

10:22AM 6    Louisiana and Alabama.  We have a state -- what's called *a mini*

10:22AM 7    *OPA statute*, LOSPRA, and that would come under that.

10:22AM 8            Under C, it says, "Additional requirements and

10:22AM 9    liability; penalties."  Again, they are not using *within such*

10:22AM 10   *state* language there, and I think that that's a very clear

10:23AM 11   distinction you can draw.

10:23AM 12           THE COURT:  Louisiana's penalty statute, is it based on

10:23AM 13   the volume of discharge, or is it based on the number of days

10:23AM 14   that oil is in the water, so to speak?

10:23AM 15           MR. KANNER:  Days in the Gulf.  We believe that the

10:23AM 16   damage is ongoing.  To the extent it has not been mitigated when

10:23AM 17   it could have been mitigated, additional penalties are warranted.

10:23AM 18           Every day this week, Your Honor, I've gotten photos

10:23AM 19   e-mailed to me from different state offices about what they are

10:23AM 20   discovering.

10:23AM 21           THE COURT:  Well, I understand that.  I'm just trying to

10:23AM 22   understand how the penalty statute works.

10:23AM 23           MR. KANNER:  Yes.

10:23AM 24           THE COURT:  Now, what about this other penalty statute

10:23AM 25   that the local district attorneys are pursuing for wildlife,

10:23AM 1   injury or destruction of wildlife?  Is that something separate

10:23AM 2   from the penalties that you're pursuing?

10:23AM 3            MR. KANNER:  Yes, ours are Clean Water Act-like

10:24AM 4   penalties under the state environmental department.  The Wildlife

10:24AM 5   and Fisheries has penalties that are listed under or incorporated

10:24AM 6   under the LOSPRA statute.  Again, that's for the local damage to

10:24AM 7   birds, fish.

10:24AM 8            THE COURT:  That works on a per bird or per fish --

10:24AM 9            MR. KANNER:  Yes, I think there is a penalty schedule.

10:24AM 10           Last point, Your Honor, in case there has been any

10:24AM 11  confusion about this, it's the intent of the State of Louisiana,

10:24AM 12  as much as possible, going forward to make sure that we focus on

10:24AM 13  our similarities with the other plaintiffs, the PSC, State of

10:24AM 14  Alabama, and the United States.  We look forward to supporting

10:24AM 15  your efforts to keep this trial on track for February for the

10:24AM 16  good of the people of the State of Louisiana.

10:24AM 17           THE COURT:  All right.  Thank you, Mr. Kanner.

10:25AM 18           Mr. Langan.

10:25AM 19           MR. LANGAN:  Your Honor, if I just could have a minute

10:25AM 20  here.  I just have a couple of points.

10:25AM 21           THE COURT:  60 seconds.

10:25AM 22           MR. LANGAN:  On presentment, the presentment requirement

10:25AM 23  which Your Honor held as a condition precedent to bringing a case

10:25AM 24  has to mean something.  It can't be the case that, to take an

10:25AM 25  example, Alabama can allege that a $31,000 claim was presented

10:25AM 1    and denied.

10:25AM 2            THE COURT:  But the statute -- I don't have the statute

10:25AM 3    right in front of me, but Mr. Kanner just quoted it, and I had

10:25AM 4    read it, obviously, before -- I think it's part of 2717, does

10:25AM 5    seem to anticipate the sort of scenario that I'm concerned about.

10:25AM 6    One of my concerns is that you have a situation where there are

10:25AM 7    ongoing damages, and at what point have they, quote, satisfied

10:25AM 8    presentment such that they can come to court and get a ruling on

10:25AM 9    liability?

10:25AM 10           If they've satisfied it on some of their claims,

10:25AM 11   some of their damages, it seems like 2717 envisions that exact

10:26AM 12   scenario where the Court can then declare, okay, these are the

10:26AM 13   liability findings that would then apply to any further claims in

10:26AM 14   the future, arising out of the same incident, obviously.

10:26AM 15           MR. LANGAN:  But would Your Honor agree, then, if

10:26AM 16   somebody presents a $31,000 claim, alleges it's been rejected,

10:26AM 17   and says, okay, I'm coming to court for a $50 million claim, I

10:26AM 18   mean, that makes a mockery of the presentment requirement, okay,

10:26AM 19   but that's what they are saying.

10:26AM 20           They are saying, if we presented at all, we can

10:26AM 21   bring everything.  That's just absurd, and it would undermine the

10:26AM 22   whole intent of the statute, which is to present to the

10:26AM 23   responsible party and try to resolve it without going to court.

10:26AM 24           THE COURT:  Right.

10:26AM 25           MR. LANGAN:  That's the whole point of presentment.

10:26AM 1        I understand Your Honor's practical concern, and

10:26AM 2   our answer is they need to present what's accrued.  We understand

10:26AM 3   that they are alleging that there might be continuing issues that

10:27AM 4   might be brought later, but they need to present what's accrued

10:27AM 5   so far; otherwise, the presentment requirement is meaningless.

10:27AM 6        THE COURT:  This may be beyond the pleadings, but is it

10:27AM 7   BP's position that Alabama is holding back, they've incurred a

10:27AM 8   lot of damages or expenses that they haven't asked BP or anybody

10:27AM 9   to reimburse them for?

10:27AM 10       MR. LANGAN:  I don't want to say that.  I just want to

10:27AM 11  make sure we're square on the law about their need to present

10:27AM 12  what's accrued.  I don't think the allegations they have made --

10:27AM 13  they have taken the position in their briefs that their $31,000

10:27AM 14  presentment was enough, and we're saying that can't be right as a

10:27AM 15  matter of law.

10:27AM 16       THE COURT:  All right.

10:27AM 17       MR. LANGAN:  Your Honor, I know my 60 seconds is almost

10:27AM 18  up.  We really haven't briefed --

10:27AM 19       THE COURT:  Almost up.  You've slowed the clock here.

10:27AM 20       MR. LANGAN:  We haven't briefed the issue of state law

10:27AM 21  penalties at all, and we certainly haven't briefed Mr. Maze's new

10:27AM 22  cases.  Five pages in a week?

10:27AM 23       THE COURT:  This is what I'll do.  I'm going to take

10:28AM 24  these motions under advisement, obviously.  I'm going to allow

10:28AM 25  either side to file any supplemental briefing, not to exceed -- I

10:28AM   1    hate to say this, but I'll give ten pages each.

10:28AM   2            They filed -- well, I was going to say they filed

10:28AM   3    something I haven't granted yet, but I'm wrong about that.  But

10:28AM   4    Mr. Maze introduced some new cases in arguments here today that

10:28AM   5    were slightly -- well, were in addition to what had previously

10:28AM   6    been submitted.  Obviously, I'm going to consider those.

10:28AM   7            So I just want one brief from each side.  So

10:28AM   8    20 pages is all I want to read.

10:28AM   9            MR. LANGAN:  The timing?

10:28AM  10            THE COURT:  Seven days from today.

10:28AM  11            MR. LANGAN:  Thank you, Your Honor.

10:28AM  12            THE COURT:  All right.  Does anybody have anything else

10:28AM  13    this morning?

10:28AM  14            All right.  I don't know what you guys are going to

10:28AM  15    do with yourselves with not having to go visit Judge Shushan this

10:29AM  16    morning.  I'm sure she's missing all of you, though.

10:29AM  17            Have a good day.  Thank you for your cooperation.

         18            (WHEREUPON, at 10:29 a.m., the proceedings were

         19    concluded.)

         20                          *    *    *

         21

         22

         23

         24

         25

1                        REPORTER'S CERTIFICATE

2

3          I, Cathy Pepper, Certified Realtime Reporter, Registered

4     Merit Reporter, Certified Court Reporter of the State of

5     Louisiana, Official Court Reporter for the United States District

6     Court, Eastern District of Louisiana, do hereby certify that the

7     foregoing is a true and correct transcript, to the best of my

8     ability and understanding, from the record of the proceedings in

9     the above-entitled and numbered matter.

10

11

12                              *s/Cathy Pepper*_____

13                              Cathy Pepper, CRR, RMR, CCR
                                Certified Realtime Reporter
14                              Official Court Reporter
                                United States District Court
15                              Cathy_Pepper@laed.uscourts.gov

16

17

18

19

20

21

22

23

24

25

## $

**$25,000** [1] - 24:19
**$31,000** [3] - 37:25, 38:16, 39:13
**$50** [1] - 38:17

## 0

**04111** [1] - 6:25

## 1

**1** [2] - 31:25, 33:21
**10-MD-2179** [1] - 1:7
**100** [2] - 2:23, 3:15
**1000** [2] - 2:4, 8:17
**10003** [1] - 3:4
**1001** [1] - 5:20
**10036** [1] - 8:13
**10153** [1] - 9:12
**10:29** [1] - 40:18
**1100** [2] - 5:12, 9:25
**12** [1] - 14:25
**12(b** [1] - 21:15
**1201** [2] - 6:22, 7:14
**1221** [1] - 7:9
**13** [2] - 11:5, 11:6
**1300** [2] - 7:23, 9:9
**1331** [1] - 7:17
**1540** [1] - 8:13
**16** [2] - 1:8, 13:2
**1600** [1] - 9:20
**1601** [1] - 2:12
**1615** [1] - 7:23
**1665** [1] - 7:17
**1700** [1] - 7:14
**188** [1] - 3:8
**1941** [1] - 17:23
**1989** [1] - 25:9

## 2

**20** [2] - 1:6, 40:8
**200** [1] - 30:10
**2000** [1] - 8:22
**20004** [1] - 6:22
**20005** [2] - 6:18, 9:9
**20006** [1] - 8:9
**2007** [1] - 8:12
**2010** [1] - 1:6
**2011** [2] - 1:8, 13:2
**2020** [1] - 8:9
**2185** [1] - 10:8
**22** [1] - 11:7
**23** [1] - 3:15
**23510** [1] - 2:5

## 24

**24** [1] - 23:4
**255** [1] - 3:11
**26** [1] - 13:20
**26th** [2] - 14:23, 32:25
**2713(c** [1] - 33:16
**2717** [2] - 38:4, 38:11
**2717(f)(2** [1] - 35:18
**2718** [1] - 36:1
**2718(a)(1** [1] - 36:2
**275** [1] - 2:15
**27708** [1] - 10:14
**2929** [1] - 10:5
**29TH** [1] - 2:15
**2:10-CV-04183** [1] - 1:10
**2:10-CVP04182** [1] - 1:10

## 3

**3** [2] - 2:23, 31:25
**30** [1] - 23:18
**300** [1] - 6:14
**316** [1] - 2:8
**32502** [1] - 2:9
**33** [2] - 11:8, 23:18
**3300** [1] - 9:25
**33134** [1] - 3:12
**338** [1] - 4:7
**3450** [1] - 10:9
**355** [1] - 8:4
**36013** [1] - 3:23
**36130** [1] - 4:15
**365** [1] - 8:22
**36604** [1] - 2:12
**3668** [1] - 1:19
**36TH** [1] - 5:11
**37** [1] - 11:9
**3700** [1] - 5:20
**38** [2] - 13:22, 14:13
**39** [1] - 11:10
**39201** [1] - 3:8

## 4

**4** [1] - 2:22
**4000** [1] - 8:17
**4160** [1] - 3:22
**42ND** [1] - 10:5
**4310** [1] - 2:19
**4400** [1] - 8:4
**450** [1] - 5:5
**4500** [1] - 7:9
**4800** [1] - 9:16
**4900** [1] - 5:23

## 5

**500** [4] - 4:15, 5:16, 10:9, 10:20
**5000** [1] - 6:10
**501** [1] - 4:11
**504** [1] - 10:21
**510** [1] - 4:22
**519** [1] - 4:4
**5395** [1] - 5:1
**546** [1] - 7:5
**556** [1] - 1:20
**589-7779** [1] - 10:21

## 6

**60** [2] - 37:21, 39:17
**600** [2] - 2:8, 9:20
**60654** [1] - 6:15
**618** [1] - 3:18
**655** [1] - 6:18

## 7

**700** [1] - 3:4
**70037** [1] - 3:15
**701** [3] - 4:19, 6:10, 9:16
**70112** [1] - 7:23
**70113** [1] - 1:23
**70130** [5] - 4:8, 4:19, 7:5, 8:23, 10:20
**70139** [2] - 6:11, 9:17
**70163** [2] - 5:12, 9:25
**70433** [1] - 4:23
**70501** [1] - 9:21
**70502** [1] - 1:20
**70601** [1] - 4:11
**70726** [1] - 4:4
**70801** [1] - 3:19
**711** [1] - 5:16
**750** [1] - 5:23
**75270** [1] - 7:14
**767** [1] - 10:22
**77002** [4] - 5:16, 5:20, 8:18, 10:10
**77006** [1] - 2:19
**77010** [2] - 7:9, 7:18
**77019** [1] - 10:6
**77056** [1] - 5:24
**777** [1] - 3:8
**78257** [1] - 2:23
**7TH** [1] - 5:5

## 8

**820** [1] - 1:23

**8397** [1] - 3:15

## 9

**90** [1] - 19:9
**900** [1] - 9:9
**90071** [1] - 8:4
**90362** [1] - 10:13
**94102** [1] - 5:6
**94111** [1] - 2:16
**999** [1] - 2:4
**9:51** [1] - 1:8

## A

**a)(2** [1] - 36:3
**a.m** [1] - 40:18
**A.M** [1] - 1:8
**ability** [2] - 22:2, 41:8
**able** [3] - 18:4, 24:13, 28:11
**above-entitled** [1] - 41:9
**absolutely** [2] - 13:18, 16:23
**absurd** [1] - 38:21
**accept** [1] - 35:15
**accrual** [1] - 33:13
**accrued** [6] - 19:23, 20:2, 21:1, 39:2, 39:4, 39:12
**achieve** [2] - 16:24, 22:2
**Act** [9] - 15:5, 17:5, 17:11, 24:22, 26:17, 27:15, 27:17, 27:23, 37:3
**act** [3] - 15:24, 15:25, 16:14
**Act-like** [1] - 37:3
**ACTION** [1] - 1:7
**action** [7] - 22:19, 30:11, 33:17, 33:19, 33:20, 35:20
**actions** [1] - 35:21
**activity** [3] - 17:14, 17:22, 18:1
**add** [1] - 30:23
**added** [2] - 25:13, 25:15
**addition** [2] - 25:13, 40:5
**Additional** [1] - 36:8
**additional** [3] - 24:12, 30:23, 36:17
**admiralty** [1] - 31:25
**admit** [1] - 23:24
**advisement** [1] -

**39:24
affect** [1] - 23:19
**agree** [1] - 38:15
**agreed** [1] - 28:7
**ahead** [1] - 15:12
**air** [1] - 31:8
**AL** [3] - 2:12, 3:23, 4:15
**ALABAMA** [1] - 4:13
**Alabama** [32] - 13:11, 14:3, 14:5, 15:23, 16:1, 16:13, 17:1, 21:4, 21:6, 21:17, 22:16, 22:18, 25:1, 25:7, 25:12, 25:14, 26:14, 28:18, 29:11, 30:2, 30:7, 30:19, 31:5, 31:21, 32:6, 34:6, 34:9, 36:6, 37:14, 37:25, 39:7
**Alabama's** [3] - 24:24, 28:16, 31:19
**ALAN** [1] - 7:17
**Alaska** [1] - 25:9
**ALHAMBRA** [1] - 3:11
**ALLAN** [2] - 4:18, 6:21
**allegation** [2] - 21:13, 26:16
**allegations** [3] - 21:7, 21:16, 39:12
**allege** [6] - 18:21, 19:2, 21:12, 29:19, 30:1, 37:25
**alleged** [5] - 21:19, 26:15, 26:16, 34:7, 34:12
**alleges** [1] - 38:16
**alleging** [1] - 39:3
**ALLEN** [3] - 3:21, 10:5, 10:9
**allow** [4] - 16:17, 27:5, 28:9, 39:24
**allowed** [1] - 28:23
**allowing** [4] - 15:16, 16:20, 25:2, 26:20
**allows** [2] - 29:10, 34:24
**almost** [3] - 19:21, 39:17, 39:19
**ALPHONSO** [1] - 3:7
**ALSO** [1] - 10:16
**amend** [3] - 20:7, 20:8, 20:9
**amended** [3] - 13:10, 14:5, 14:7
**Amendment** [4] - 23:12, 27:2, 31:24, 32:1
**amendment** [1] - 20:10

**AMERICA** [6] - 6:3, 6:3, 6:4, 6:5, 6:7, 6:8
**amount** [1] - 19:4
**ANADARKO** [2] - 7:20, 7:21
**Anadarko** [1] - 35:12
**AND** [2] - 5:9, 9:7
**ANDREW** [1] - 6:13
**ANGELES** [1] - 8:4
**announcing** [1] - 17:11
**answer** [5] - 24:21, 25:19, 31:20, 32:5, 39:2
**answers** [1] - 22:18
**anticipate** [1] - 38:5
**ANTONIO** [1] - 2:23
**APPEARANCES** [10] - 1:16, 2:1, 3:1, 4:1, 5:1, 6:1, 7:1, 8:1, 9:1, 10:1
**applicable** [2] - 14:24, 22:4
**applies** [8] - 18:10, 22:19, 30:7, 30:19, 31:16, 31:21, 32:9, 32:12
**apply** [14] - 16:21, 18:4, 22:5, 24:20, 29:3, 29:4, 29:21, 31:2, 31:4, 31:12, 31:21, 32:6, 34:2, 38:13
**applying** [1] - 33:2
**appreciate** [2] - 19:2, 22:12
**appropriate** [1] - 35:3, 35:22
**APRIL** [1] - 1:6
**areas** [2] - 25:15, 34:23
**argue** [1] - 33:13
**argued** [1] - 29:16
**argues** [1] - 14:20
**argument** [4] - 23:6, 30:21, 31:8, 32:15
**ARGUMENT** [1] - 1:13
**arguments** [3] - 13:14, 32:20, 40:4
**arising** [1] - 38:14
**Article** [1] - 31:25
**ASBILL** [1] - 5:18
**Askew** [2] - 17:20, 32:3
**asserted** [1] - 26:5
**assuming** [1] - 29:20
**AT** [1] - 4:22
**attacks** [1] - 28:15
**ATTORNEY** [1] - 4:13
**attorney's** [1] - 26:10

**attorneys** [2] - 32:11, 36:25
**ATTORNEYS** [1] - 4:22
**August** [2] - 13:20, 14:23
**AVENUE** [7] - 1:23, 4:4, 4:15, 5:5, 6:22, 8:4, 9:12
**AVIATION** [1] - 9:14

**B**

**B1** [6] - 13:20, 16:24, 18:10, 21:25, 29:1, 31:7
**BABIUCH** [1] - 6:14
**balls** [1] - 25:8
**BARBIER** [1] - 1:13
**BARNETT** [1] - 9:23
**BARR** [1] - 2:8
**BARROW** [1] - 10:4
**based** [6] - 17:24, 20:21, 24:23, 26:5, 36:12, 36:13
**basis** [1] - 15:18
**BATON** [1] - 3:19
**BATTERY** [1] - 2:15
**BAYLEN** [1] - 2:8
**beach** [1] - 25:7
**BEASLEY** [1] - 3:21
**BECK** [2] - 7:7, 7:8
**becomes** [1] - 14:8
**BEFORE** [1] - 1:13
**begin** [1] - 25:3
**behalf** [1] - 13:14
**BELLE** [1] - 3:15
**below** [1] - 23:16
**BERNSTEIN** [1] - 2:14
**BERTAUT** [1] - 7:4
**best** [1] - 41:7
**between** [2] - 35:7, 36:5
**beyond** [4] - 19:19, 23:13, 23:18, 39:6
**BICKFORD** [2] - 4:6, 4:7
**bill** [6] - 19:8, 19:9, 19:10, 19:11, 19:12, 19:13
**binding** [1] - 35:20
**BINGHAM** [2] - 8:3, 8:6
**bird** [4] - 26:7, 26:8, 26:11, 37:8
**birds** [2] - 26:12, 37:7
**BISHOP** [1] - 10:5
**black** [1] - 19:21
**board** [3] - 23:1,

29:21, 29:22
**BOCKIUS** [1] - 8:15
**body** [1] - 25:14
**border** [2] - 23:10, 23:19, 28:16, 33:3
**borders** [2] - 14:25, 28:19
**BOULEVARD** [1] - 2:19
**bound** [1] - 18:10
**BOUNDS** [1] - 2:11
**BOX** [3] - 1:19, 3:22, 10:13
**BP** [22] - 6:3, 6:3, 6:4, 6:5, 6:6, 6:7, 6:8, 19:3, 19:6, 19:8, 19:11, 21:7, 21:8, 26:20, 27:5, 27:9, 29:16, 29:23, 30:17, 39:8
**BP's** [3] - 18:18, 27:7, 39:7
**BRANCH** [1] - 5:4
**breaks** [1] - 33:24
**BREIT** [2] - 2:3, 2:3
**BRENNAN** [1] - 5:18
**BRIAN** [1] - 2:8
**bridge** [1] - 34:14
**brief** [6] - 15:3, 23:22, 26:10, 29:16, 29:17, 40:7
**briefed** [3] - 39:18, 39:20, 39:21
**briefing** [1] - 39:25
**briefs** [2] - 14:9, 39:13
**bring** [3] - 33:22, 38:21
**bringing** [1] - 37:23
**BROAD** [1] - 4:11
**BROADWAY** [2] - 3:4, 8:13
**brought** [5] - 13:25, 14:3, 35:2, 39:4
**BUILDING** [1] - 2:23
**BUNDLE** [1] - 11:5
**Bundle** [1] - 13:8
**BURLING** [2] - 6:20, 6:24
**buttoned** [1] - 35:22
**BY** [49] - 1:4, 1:19, 1:22, 2:3, 2:8, 2:11, 2:15, 2:18, 2:22, 3:3, 3:7, 3:11, 3:14, 3:18, 3:22, 4:3, 4:7, 4:10, 4:14, 4:18, 5:4, 5:11, 5:15, 5:19, 5:23, 6:9, 6:13, 6:17, 6:21, 6:24, 7:4, 7:8, 7:12, 7:17, 7:22, 8:3, 8:7, 8:12, 8:16, 8:21, 9:8,

9:11, 9:15, 9:20, 9:24, 10:4, 10:8, 10:22, 10:23

**C**

**CA** [4] - 2:16, 5:6, 6:25, 8:4
**CABRASER** [2] - 2:14, 2:15
**calculated** [1] - 17:3
**California** [1] - 23:4
**CALLED** [1] - 13:4
**CALVIN** [1] - 4:3
**CAMERON** [1] - 7:3
**CAMP** [1] - 4:19
**CANAL** [2] - 8:22, 8:22
**CAPITOL** [1] - 3:8
**CARL** [1] - 1:13
**CARMELITE** [1] - 7:4
**CARONDELET** [1] - 7:5
**case** [25] - 14:2, 14:24, 15:1, 15:3, 16:16, 17:20, 17:22, 17:23, 18:2, 18:20, 20:23, 23:3, 23:5, 23:16, 25:5, 29:14, 32:3, 32:23, 34:3, 34:5, 37:10, 37:23, 37:24
**cases** [12] - 17:18, 19:5, 22:13, 22:22, 23:2, 23:14, 23:22, 23:25, 31:25, 39:22, 40:4
**CATHY** [1] - 10:19
**Cathy** [2] - 41:3, 41:13
**cathy_Pepper@laed. uscourts.gov** [1] - 10:21
**Cathy_Pepper@laed .uscourts.gov** [1] - 41:15
**causes** [1] - 15:24
**CCR** [2] - 10:19, 41:13
**Cement** [1] - 17:25
**CENTER** [2] - 7:8, 10:9
**CENTRE** [2] - 5:11, 9:24
**CEO** [1] - 27:8
**cert** [1] - 32:24
**certain** [5] - 25:15, 33:24, 34:4, 34:18, 34:21
**certainly** [2] - 32:10, 39:21
**CERTIFICATE** [1] - 41:1

**CERTIFIED** [1] - 10:19
**Certified** [3] - 41:3, 41:4, 41:13
**certify** [1] - 41:6
**Chambers** [1] - 17:21
**CHAMBERS** [1] - 10:3
**CHARLES** [1] - 4:11
**chart** [4] - 29:2, 30:6, 31:12, 32:10
**CHASSE** [1] - 3:15
**CHICAGO** [1] - 6:15
**choice** [1] - 24:25
**CHRISTOPHER** [1] - 6:21
**CIRCLE** [1] - 3:11
**circling** [1] - 30:6
**Circuit** [3] - 23:3, 23:8, 23:16, 32:23
**circumstance** [1] - 19:17
**citation** [1] - 35:18
**cite** [3] - 17:18, 17:19, 23:14
**cited** [2] - 23:22, 34:15
**citizens** [6] - 23:13, 24:3, 24:4, 29:6, 29:7, 30:3
**CITY** [1] - 3:4
**CIVIL** [2] - 1:7, 5:4
**civil** [5] - 24:11, 26:24, 28:14, 28:17, 28:21
**Civil** [1] - 33:21
**civilly** [2] - 22:18, 27:4
**claim** [17] - 14:11, 18:13, 18:14, 19:18, 26:13, 29:9, 29:19, 30:25, 33:18, 33:20, 34:4, 35:4, 35:14, 35:15, 37:25, 38:16, 38:17
**claimant** [1] - 33:16
**claims** [36] - 13:8, 13:21, 13:25, 14:2, 14:5, 14:9, 14:13, 14:14, 14:18, 14:21, 15:4, 15:16, 18:12, 19:3, 19:24, 21:7, 21:25, 22:4, 22:5, 25:19, 26:5, 29:25, 31:9, 31:10, 31:19, 31:20, 32:7, 34:7, 34:9, 35:2, 35:5, 35:8, 35:15, 38:10, 38:13
**Claims** [1] - 14:6
**CLAIMS........** [1] - 11:5
**clause** [1] - 14:12
**Clean** [8] - 15:5, 17:5, 17:11, 24:22, 27:15,

27:17, 27:23, 37:3
**cleanup** [4] - 18:12, 18:23, 19:10, 19:23
**clear** [3] - 21:4, 32:17, 36:10
**clearly** [1] - 32:12
**CLINGMAN** [1] - 5:19
**clock** [1] - 39:19
**coast** [1] - 23:5
**coming** [2] - 27:14, 38:17
**commence** [2] - 33:17, 33:19
**commercial** [1] - 22:3
**common** [4] - 13:21, 13:23, 14:4, 14:14
**COMPANY** [3] - 6:4, 7:21
**company** [1] - 27:4
**compensatories** [1] - 29:15
**compensatory** [4] - 27:13, 29:5, 29:8, 31:3
**complaint** [3] - 14:5, 14:7, 34:13
**complaints** [1] - 13:10
**COMPUTER** [1] - 10:23
**concern** [2] - 14:24, 39:1
**concerned** [1] - 38:5
**concerns** [1] - 38:6
**concluded** [1] - 40:19
**condition** [2] - 18:13, 37:23
**conduct** [9] - 14:24, 15:7, 16:8, 16:11, 17:19, 18:2, 24:8, 24:14, 27:2
**conference** [1] - 32:25
**conflict** [3] - 23:11, 25:20, 29:12
**conflicting** [1] - 29:12
**confusion** [1] - 37:11
**Congress** [5] - 15:7, 23:20, 24:13, 25:22, 33:15
**Congress'** [1] - 33:23
**congressmen** [1] - 28:6
**consider** [2] - 19:7, 40:6
**constitution** [2] - 27:19, 31:24
**contest** [1] - 21:14
**context** [5] - 14:17, 18:20, 19:7, 20:19, 34:2
**contexts** [1] - 35:16

**Continental** [5] - 15:8, 16:9, 16:12, 16:22, 17:15
**CONTINUED** [9] - 2:1, 3:1, 4:1, 5:1, 6:1, 7:1, 8:1, 9:1, 10:1
**continuing** [1] - 39:3
**control** [1] - 14:21
**Control** [1] - 26:17
**cooperate** [1] - 35:11
**cooperation** [1] - 40:17
**copies** [2] - 23:25, 32:10
**CORAL** [1] - 3:12
**COREY** [1] - 4:14
**CORNER** [1] - 10:13
**corporate** [1] - 27:4
**CORPORATION** [4] - 6:5, 7:3, 7:20, 9:23
**correct** [8] - 20:4, 21:8, 23:8, 27:13, 29:20, 29:23, 30:17, 41:7
**COSSICH** [2] - 3:14, 3:15
**costs** [3] - 19:23, 35:20, 35:21
**COTLAR** [1] - 1:22
**counsel** [1] - 13:14
**COUNSEL** [1] - 1:18
**count** [2] - 14:6, 26:12
**couple** [3] - 15:2, 18:7, 37:20
**course** [1] - 16:8
**court** [10] - 20:15, 20:25, 33:17, 33:20, 33:25, 34:24, 35:19, 38:8, 38:17, 38:23
**COURT** [70] - 1:1, 10:19, 13:4, 13:7, 13:16, 14:16, 14:20, 15:11, 15:18, 16:5, 16:10, 17:1, 17:5, 18:6, 18:16, 18:18, 18:23, 19:1, 19:15, 19:21, 19:25, 20:2, 20:5, 20:8, 20:10, 20:16, 20:22, 21:6, 21:10, 21:12, 21:15, 21:19, 21:22, 22:8, 22:13, 23:22, 24:15, 24:22, 25:5, 25:9, 26:1, 26:3, 26:9, 26:14, 27:11, 27:14, 27:23, 28:2, 28:5, 30:21, 30:24, 31:8, 32:21, 33:4, 34:2, 34:8, 36:12, 36:21, 36:24, 37:8, 37:17,

37:21, 38:2, 38:24, 39:6, 39:16, 39:19, 39:23, 40:10, 40:12
**Court** [19] - 17:23, 30:9, 30:13, 31:18, 32:1, 32:3, 32:5, 32:10, 32:15, 32:24, 33:1, 34:16, 35:5, 38:12, 41:4, 41:5, 41:6, 41:14, 41:14
**Court's** [2] - 18:14, 29:4
**COURT**.....................
....................... [1] -
11:10
**cover** [1] - 24:10
**COVINGTON** [3] - 4:23, 6:20, 6:24
**CRAFT** [1] - 2:21
**criminal** [4] - 15:24, 15:25, 16:3, 16:14
**criminally** [5] - 16:2, 16:15, 22:15, 22:18, 27:6
**crossed** [2] - 28:16, 28:18
**CROW** [1] - 3:21
**CRR** [2] - 10:19, 41:13
**CUNNINGHAM** [2] - 2:11, 2:11
**cut** [1] - 25:23

**D**

**DALLAS** [2] - 7:14, 10:9
**damage** [4] - 18:12, 30:19, 36:16, 37:6
**damages** [27] - 18:21, 18:23, 19:1, 19:22, 20:23, 21:1, 22:2, 24:10, 25:25, 26:25, 27:13, 29:5, 29:8, 29:15, 29:17, 29:24, 29:25, 30:4, 30:18, 31:3, 31:14, 32:8, 35:20, 35:21, 38:7, 38:11, 39:8
**DANIEL** [1] - 5:23
**DART** [1] - 4:21
**DAUPHIN** [1] - 2:12
**DAVID** [3] - 6:24, 7:8, 8:8
**days** [6] - 19:9, 24:18, 26:18, 36:13, 36:15, 40:10
**DC** [4] - 6:18, 6:22, 8:9, 9:9
**deal** [1] - 17:9

**dealing** [1] - 14:17
**dealt** [1] - 36:2
**death** [5] - 15:24, 30:10, 30:14, 30:16, 30:20
**DEBORAH** [1] - 7:22
**decided** [1] - 32:24
**declaratory** [3] - 35:13, 35:17, 35:19
**declare** [1] - 38:12
**Deepwater** [1] - 28:20
**DEEPWATER** [3] - 1:5, 5:9, 5:10
**defendant** [2] - 26:20, 35:10
**defendants** [1] - 23:5
**defendants'** [1] - 18:19
**defense** [1] - 32:11
**definitely** [1] - 32:18
**DEGRAVELLES** [1] - 3:17
**degrees** [1] - 17:6
**DENHAM** [1] - 4:4
**denied** [2] - 35:16, 38:1
**DENISE** [1] - 8:16
**DENNIS** [1] - 10:4
**denying** [1] - 35:13
**DEPARTMENT** [1] - 5:3
**department** [1] - 37:4
**destruction** [1] - 37:1
**deter** [8] - 24:8, 24:13, 27:2, 27:20, 28:11, 29:18, 31:22, 32:2
**determine** [2] - 25:24, 26:13
**determined** [1] - 17:2
**Detroit** [1] - 18:1
**DEXTER** [1] - 4:15
**difference** [1] - 36:5
**different** [6] - 19:1, 24:3, 24:7, 24:16, 34:22, 36:19
**differently** [1] - 21:17
**dime** [2] - 27:17, 27:21
**direct** [1] - 28:7
**directly** [3] - 21:8, 23:2, 26:4
**discharge** [2] - 24:23, 36:13
**discovering** [1] - 36:20
**discrete** [1] - 34:1
**DISMISS** [1] - 11:5
**dismiss** [5] - 13:8, 13:10, 25:18, 31:19, 32:7

**dismissal** [2] - 14:2, 32:13
**dismissed** [2] - 13:25, 14:10
**disposition** [1] - 14:21
**disputes** [2] - 27:6, 33:22
**distance** [1] - 35:11
**distinction** [1] - 36:11
**distinguish** [1] - 15:18
**distinguishable** [1] - 15:14
**district** [2] - 26:10, 36:25
**DISTRICT** [3] - 1:1, 1:2, 1:14
**District** [2] - 41:5, 41:6, 41:14
**DIVISION** [1] - 5:4
**Dock** [5] - 22:5, 29:9, 30:22, 31:1, 31:3
**DOCUMENT** [1] - 1:9
**DOMENGEAUX** [1] - 1:18
**DOMINION** [2] - 2:4, 2:22
**DON** [2] - 6:9, 10:4
**DONALD** [1] - 7:12
**done** [5] - 18:5, 21:3, 21:5, 24:6, 29:2
**DOSHA** [1] - 30:11
**down** [3] - 16:20, 33:24, 35:23
**DRAGNA** [1] - 8:3
**draw** [1] - 36:11
**DRESCHER** [1] - 2:3
**DRIL** [1] - 10:3
**DRIL-QUIP** [1] - 10:3
**DRILLING** [1] - 5:9
**DRIVE** [2] - 2:4, 2:22
**DRIVES** [1] - 10:13
**Dry** [5] - 22:5, 29:9, 30:22, 31:1, 31:3
**duck** [1] - 26:9
**DUKE** [1] - 10:12
**DUNBAR** [1] - 8:20
**DURHAM** [1] - 10:14
**DYNAMIC** [1] - 9:14

**E**

**E&P** [1] - 7:21
**e-mailed** [1] - 36:19
**EAST** [1] - 3:8
**Eastern** [1] - 41:6
**EASTERN** [1] - 1:2
**eating** [1] - 13:17
**economic** [1] - 14:17
**EDWARD** [1] - 8:12

EDWARDS [1] - 1:18
effect [7] - 16:24,
22:20, 22:23, 23:10,
28:25
efforts [1] - 37:15
either [4] - 29:10,
29:22, 32:6, 39:25
elect [1] - 33:17
ELIZABETH [1] - 2:15
ELLIS [2] - 6:13, 6:17
ELM [1] - 7:14
ELSLEY [1] - 5:15
enclave [1] - 16:9
end [1] - 25:11
endorse [1] - 33:8
ENERGY [2] - 5:11,
7:12
enter [1] - 35:19
entered [1] - 26:18
ENTERGY [1] - 9:24
entities [1] - 27:18
entitled [1] - 41:9
environmental [1] -
37:4
envision [1] - 16:5
envisions [1] - 38:11
equally [2] - 14:23,
22:4
ERVIN [1] - 3:11
ESPY [1] - 3:7
ESQUIRE [62] - 1:19,
1:22, 2:3, 2:8, 2:11,
2:15, 2:18, 2:22, 3:3,
3:7, 3:7, 3:11, 3:14,
3:18, 3:22, 4:3, 4:7,
4:10, 4:14, 4:14,
4:18, 5:4, 5:11, 5:15,
5:19, 5:19, 5:23, 6:9,
6:13, 6:14, 6:17,
6:21, 6:21, 6:24, 7:4,
7:4, 7:8, 7:12, 7:13,
7:13, 7:17, 7:22, 8:3,
8:7, 8:7, 8:8, 8:8,
8:12, 8:16, 8:16,
8:17, 8:21, 8:21, 9:8,
9:11, 9:15, 9:20,
9:24, 10:4, 10:4,
10:5, 10:8
essentially [1] - 34:11
estimate [2] - 20:20,
20:21
etcetera [1] - 34:15
EVANS [1] - 8:21
event [1] - 28:13
events [1] - 27:7
eviscerates [1] - 30:21
exact [2] - 23:5, 38:11
exactly [2] - 24:21,
33:11
EXAMINATIONS [1] -

11:3
example [2] - 30:9,
37:25
exceed [1] - 39:25
excellent [1] - 33:9
except [1] - 17:19
EXCESS [1] - 8:20
excitement [1] - 33:7
excuse [1] - 22:23
existing [1] - 23:11
expenses [1] - 39:8
EXPLORATION [1] -
6:6
extends [1] - 23:12
extent [4] - 22:1, 31:2,
31:4, 36:16
extra [1] - 34:25

F

face [1] - 15:21
fact [3] - 25:22, 27:3,
28:21
fair [2] - 21:17, 27:11
FANNIN [1] - 5:20
far [2] - 16:6, 39:5
far-reaching [1] - 16:6
FAYARD [2] - 4:3, 4:3
February [1] - 37:15
Federal [1] - 33:21
FEDERAL [1] - 5:3
federal [20] - 15:6,
15:22, 16:9, 17:9,
23:11, 24:5, 24:10,
27:14, 27:16, 27:20,
28:15, 29:3, 29:24,
30:7, 30:11, 31:13,
31:16, 31:21, 32:6
FIFTEENTH [1] - 6:18
FIFTH [1] - 9:12
Fifth [2] - 23:16
file [7] - 19:9, 19:12,
19:25, 20:2, 20:6,
34:24, 39:25
filed [4] - 13:9, 23:23,
40:2
FILED [1] - 10:16
fill [3] - 15:5, 25:19,
31:17
filled [1] - 32:3
finally [1] - 35:8
FINANCIAL [1] - 9:7
findings [1] - 38:13
FIRM [1] - 10:8
first [4] - 13:10, 13:12,
22:21, 23:2
fish [3] - 26:9, 37:7,
37:8
Fisheries [1] - 37:5

fisherman [1] - 22:3
fit [2] - 15:7, 19:16
FITCH [1] - 8:7
five [1] - 24:25, 27:3,
39:22
FL [2] - 2:9, 3:12
FLANDERS [1] - 8:12
flatly [1] - 14:13
flip [1] - 32:20
FLOOR [4] - 2:15, 5:5,
5:11, 10:5
flopped [1] - 32:20
Florida [2] - 17:21,
17:22
FLORIDA [1] - 4:4
flow [1] - 16:6
focus [1] - 37:12
focusing [2] - 33:11,
35:8
following [1] - 33:7,
36:1
FOR [18] - 1:18, 2:3,
4:13, 4:17, 5:3, 5:8,
6:3, 7:3, 7:11, 7:20,
8:11, 8:15, 8:20, 9:3,
9:19, 9:23, 10:3,
10:8
foregoing [1] - 41:7
forth [1] - 27:15
forward [3] - 32:7,
37:12, 37:14
FRANCIS [1] - 10:12
FRANCISCO [3] -
2:16, 5:6, 6:25
FRANK [1] - 3:7
FRIDAY [2] - 1:8, 13:2
FRILOT [1] - 5:10
front [1] - 38:3
FRONT [1] - 6:25
FRUGE [1] - 3:17
fund [2] - 27:24, 33:18
funds [1] - 36:4
future [5] - 19:24,
20:20, 20:21, 34:20,
38:14

G

GABLES [1] - 3:12
gap [6] - 15:5, 15:9,
25:20, 29:24, 31:17,
32:7
gaps [3] - 31:15,
31:17, 32:4
GARY [1] - 9:20
GASAWAY [1] - 6:17
GATE [1] - 5:5
GCCF [1] - 21:8
GEIGER [1] - 9:15

GENERAL'S [1] - 4:13
generally [1] - 17:4
GEORGE [1] - 8:21
GILLY [1] - 8:21
given [1] - 23:20
goal [1] - 16:24
GODWIN [3] - 7:12,
7:12, 7:16
GOFORTH [2] - 5:22,
5:23
GOLDEN [1] - 5:5
GONZALES [1] - 3:10
GONZALEZ [1] - 3:11
GOODWIN [1] - 6:24
GOTSHAL [2] - 9:8,
9:11
government [5] -
15:19, 27:14, 27:16,
27:20, 34:18
GOVERNMENT [1] -
5:3
governments [1] -
26:5
GRABILL [1] - 9:11
GRAND [1] - 8:4
granted [1] - 40:3
Gras [1] - 33:7
GREENWALD [1] - 3:3
GROUP [1] - 9:15
guarantor [1] - 33:18
GUERRA [1] - 2:21
guess [3] - 18:24,
21:14, 25:14
GULF [1] - 1:5
Gulf [4] - 16:22, 24:25,
28:6, 36:15
guys [1] - 40:14

H

HALLIBURTON [1] -
7:11
handle [1] - 13:13
harbor [2] - 23:18,
23:19
hate [1] - 40:1
HAYCRAFT [1] - 6:9
HB406 [1] - 10:20
hear [1] - 32:21
HEARD [1] - 1:13
HEIMANN [1] - 2:14
held [4] - 13:21, 15:17,
16:8, 37:23
HENRY [1] - 4:21
hereby [1] - 41:6
HERMAN [3] - 1:22,
1:22
HIGHWAY [1] - 3:15
history [1] - 27:7

hit [3] - 15:2, 27:22
holding [3] - 14:1,
14:2, 39:7
HOLDINGS [3] - 5:8,
6:7, 9:4
hole [1] - 19:21
HOLTHAUS [1] - 3:17
HONEYCUTT [1] - 4:3
Honor [29] - 13:13,
13:19, 14:22, 14:23,
15:3, 15:17, 16:7,
16:19, 17:8, 17:15,
17:17, 18:5, 18:7,
19:20, 21:23, 22:7,
22:12, 23:24, 24:3,
31:6, 33:6, 35:25,
36:18, 37:10, 37:19,
37:23, 38:15, 39:17,
40:11
Honor's [4] - 22:1,
24:4, 29:1, 39:1
HONORABLE [1] -
1:13
hope [2] - 23:1, 28:8
hopefully [2] - 28:1,
34:21
Horizon [1] - 28:20
HORIZON [1] - 1:5
HOUSTON [10] - 2:19,
5:16, 5:20, 5:24, 7:8,
7:9, 7:18, 8:18, 10:6,
10:10
HUGH [1] - 8:16
Huron [1] - 17:25
hurt [1] - 27:18

I

idea [1] - 33:23
III [2] - 9:15, 14:5, 14:6
IL [1] - 6:15
image [1] - 15:20
imagine [1] - 16:15
impose [1] - 24:12
imposes [1] - 26:7
IMPREVENTO [1] -
2:3
IN [4] - 1:4, 1:5, 10:16
inapplicable [1] - 15:1
INC [16] - 5:9, 5:10,
6:3, 6:4, 6:5, 6:6,
6:8, 7:12, 9:3, 9:4,
9:5, 9:6, 9:7, 9:8,
9:15, 10:3
incentive [1] - 27:5
incentives [1] - 27:11
incident [2] - 15:14,
38:14
includes [1] - 14:4

including [1] - 23:15
incorporated [1] -
37:5
incur [2] - 19:8, 19:9
incurred [1] - 39:7
injuries [2] - 17:24,
31:15
injury [7] - 15:24,
22:17, 29:9, 29:9,
30:1, 30:18, 37:1
intent [2] - 37:11,
38:22
intentional [1] - 15:25
INTERESTS [2] - 4:13,
5:3
interfered [1] - 33:25
INTERNATIONAL [2] -
7:3, 9:7
introduced [1] - 40:4
involve [1] - 17:19
involved [3] - 16:23,
17:24, 17:25
issue [4] - 33:1, 33:12,
33:13, 39:20
issues [5] - 18:8,
33:10, 34:1, 34:15,
39:3
IV [1] - 14:6

**J**

JACKSON [3] - 3:8,
10:3, 10:4
JAMES [3] - 1:19, 8:3,
8:17
JEFFERSON [3] -
1:20, 4:22, 9:20
JEFFREY [1] - 2:3
JENNY [1] - 7:13
JEREMY [1] - 9:11
JIMMY [1] - 2:18
job [1] - 33:9
JOHN [1] - 5:15
JONES [2] - 3:22, 9:19
JR [3] - 3:14, 4:3, 10:4
Judge [1] - 40:15
JUDGE [1] - 1:14
judgment [3] - 35:13,
35:17, 35:19
jurisdiction [1] - 31:25
JUSTICE [1] - 5:3

**K**

KALBAC [1] - 3:10
KANE [1] - 3:10
KANNER [9] - 4:18,
4:18, 33:6, 34:6,

34:12, 36:15, 36:23,
37:3, 37:9
Kanner [5] - 32:17,
32:21, 33:5, 37:17,
38:3
KANNER...................
......................... [1] -
11:8
KATZ [1] - 1:22
keep [2] - 35:11, 37:15
kept [1] - 28:20
KERRY [1] - 5:11
killed [1] - 16:12
kind [1] - 33:6
KIRBY [1] - 8:7
KIRKLAND [2] - 6:13,
6:17
knows [1] - 30:9
KUCHLER [2] - 7:21,
7:22
KY [1] - 8:7

**L**

L.L.C [1] - 8:15
L.P [1] - 9:19
LA [18] - 1:20, 1:23,
3:15, 3:19, 4:4, 4:8,
4:11, 4:19, 4:23,
5:12, 6:11, 7:5, 7:23,
8:23, 9:17, 9:21,
9:25, 10:20
LABORDE [1] - 9:15
LAFAYETTE [1] -
1:20, 4:7, 9:21
LAKE [1] - 4:11
LAMAR [1] - 7:17
land [1] - 17:24
land-based [1] - 17:24
landed [1] - 16:12
lands [1] - 15:22
LANGAN [40] - 6:13,
13:13, 13:18, 14:19,
14:22, 15:13, 16:4,
16:7, 16:14, 17:4,
17:6, 18:7, 18:17,
18:22, 18:25, 19:14,
19:20, 19:22, 20:1,
20:4, 20:7, 20:9,
20:12, 20:17, 20:24,
21:9, 21:11, 21:13,
21:17, 21:21, 21:23,
37:19, 37:22, 38:15,
38:25, 39:10, 39:17,
39:20, 40:9, 40:11
Langan [6] - 13:12,
22:8, 29:23, 33:12,
35:9, 37:18
Langan's [4] - 22:22,

24:19, 26:19, 28:13
LANGAN...................
......................... [2] -
11:6, 11:9
language [5] - 30:15,
33:15, 33:19, 34:3,
36:10
LAPEROUSE [1] -
9:15
LASALLE [1] - 6:14
last [3] - 21:23, 35:24,
37:10
launched [1] - 22:11
launches [1] - 15:21
launching [1] - 16:11
law [50] - 13:21, 13:22,
13:23, 13:24, 13:25,
14:1, 14:4, 14:11,
14:13, 14:14, 15:1,
15:4, 16:25, 18:4,
22:2, 22:16, 22:17,
22:18, 23:11, 24:5,
24:6, 24:10, 24:11,
25:20, 25:21, 29:3,
29:4, 29:10, 29:11,
29:21, 29:24, 30:1,
30:7, 30:16, 30:25,
31:5, 31:13, 31:16,
31:17, 31:19, 31:21,
32:6, 32:12, 39:11,
39:15, 39:20
LAW [3] - 4:22, 10:8,
10:12
laws [3] - 16:21, 26:3,
33:2
lawsuit [1] - 20:11
layer [1] - 17:13
learning [1] - 31:11
least [1] - 13:15
leaves [1] - 29:23
LEE [1] - 10:3
left [3] - 27:1, 30:25,
33:5
legislation [2] - 28:1,
28:2
LEO [1] - 9:15
less [1] - 19:4
lesson [1] - 27:9
LEVIN [1] - 2:7
LEVINE [1] - 8:8
LEWIS [3] - 5:22, 6:8,
8:15
liability [5] - 35:14,
35:19, 36:9, 38:9,
38:13
LIAISON [1] - 1:18
LIEFF [1] - 2:14
lights [1] - 33:7
likely [1] - 33:1
limit [1] - 29:17

limitation [2] - 36:4,
36:5
limitations [1] - 34:19
LIMITED [1] - 6:7
limited [2] - 18:8,
21:24
limiting [1] - 31:8
limits [1] - 17:22
line [2] - 23:13, 28:18
LISKOW [1] - 6:8
listed [1] - 37:5
literally [1] - 26:12
litigate [1] - 35:5
LLC [4] - 5:8, 8:12,
9:4, 9:5
local [3] - 26:5, 36:25,
37:6
look [6] - 16:16, 20:17,
33:15, 35:25, 36:3,
37:14
LOS [1] - 6:7
LOSPRA [2] - 36:7,
37:6
loss [1] - 31:5
losses [2] - 20:20,
20:21
lost [2] - 18:24, 19:11
LOUISIANA [5] - 1:2,
1:7, 4:18, 5:16, 8:17
Louisiana [25] - 13:11,
14:3, 14:7, 15:23,
16:1, 17:1, 21:4,
21:20, 23:17, 23:20,
24:16, 25:1, 26:4,
26:6, 32:17, 32:18,
34:6, 34:8, 34:13,
34:25, 36:6, 37:11,
37:16, 41:5, 41:6
Louisiana's [1] -
36:12
LP [1] - 7:21
LUNDY [3] - 4:10, 4:10
LUTHER [1] - 4:14
LUXENBERG [1] - 3:3
LYLE [1] - 9:8

**M**

mailed [1] - 36:19
MAIN [1] - 3:18
MAJOR [1] - 7:13
MANAGEMENT [1] -
9:3
mandatory [1] - 18:12
MANGES [2] - 9:8,
9:11
Mardi [1] - 33:7
MARINE [3] - 9:5, 9:6,
9:6

maritime [12] - 13:24,
16:25, 22:2, 24:11,
25:20, 29:10, 29:21,
30:1, 30:10, 30:16,
30:18, 30:22
mark [1] - 35:1
MARTINEZ [1] - 7:13
MARTZELL [1] - 4:6
MARTÍNEZ [1] - 3:10
MASTER [1] - 10:12
matter [2] - 39:15,
41:9
matters [1] - 22:17
MATTHEW [1] - 4:10
maze [6] - 22:9, 22:10,
33:5, 33:8, 36:1,
40:4
MAZE [21] - 4:14,
22:12, 22:14, 23:24,
24:17, 24:24, 25:7,
25:12, 26:2, 26:8,
26:10, 26:15, 27:13,
27:16, 27:25, 28:4,
28:8, 30:23, 31:2,
31:10, 32:22
maze's [1] - 39:21
MAZE.......................
......................... [1] -
11:7
McALOON [1] - 9:15
MCCUTCHEN [2] -
8:3, 8:6
MCGOVERN [1] -
10:12
MCKINNEY [1] - 7:9
MCLEOD [1] - 8:21
MDL [1] - 10:8
mean [4] - 16:22,
17:14, 37:24, 38:18
meaningless [1] -
39:5
MECHANICAL [1] -
10:22
mention [3] - 17:17,
18:7, 32:23
mentioned [1] - 32:23
Merit [1] - 41:4
met [2] - 21:3, 34:23
METHVIN [1] - 3:21
MEXICO [1] - 1:5
MI [1] - 8:15
MICHAEL [3] - 3:18,
5:4, 9:8
Michigan [1] - 18:1
microphone [1] -
15:11
might [2] - 39:3, 39:4
MIKAL [1] - 2:22
mile [6] - 23:7, 23:13,
23:15, 23:19, 28:16,

6

33:3
**MILES** [1] - 3:21
**miles** [3] - 23:4, 23:18
**MILLER** [1] - 5:11
**million** [1] - 38:17
**mini** [1] - 36:6
**minute** [2] - 29:19, 37:19
**minutes** [1] - 33:5
**missile** [1] - 16:11
**missing** [1] - 40:16
**MITCHELL** [1] - 2:7
**MITHOFF** [1] - 10:8
**mitigated** [2] - 36:16, 36:17
**MOBILE** [1] - 2:12
**mockery** [1] - 38:18
**modify** [1] - 30:15
**MOEX** [2] - 8:11, 35:12
**moment** [2] - 27:1, 28:18
**money** [4] - 27:17, 27:21, 27:23, 28:7
**MONTGOMERY** [3] - 3:23, 4:15, 9:23
**month** [5] - 19:10, 19:11, 20:5, 20:10, 33:1
**months** [1] - 20:6
**MOORE** [1] - 6:21
**MORGAN** [3] - 3:6, 8:15
**morning** [2] - 40:13, 40:16
**most** [1] - 29:16
**motion** [1] - 13:19
**MOTIONS** [2] - 1:13, 11:5
**motions** [4] - 13:7, 13:8, 13:9, 39:24
**movants** [1] - 13:14
**move** [1] - 13:7
**MR** [70] - 11:6, 11:7, 11:8, 11:9, 13:13, 13:18, 14:19, 14:22, 15:13, 16:4, 16:7, 16:14, 17:4, 17:6, 18:7, 18:17, 18:22, 18:25, 19:14, 19:20, 19:22, 20:1, 20:4, 20:7, 20:9, 20:12, 20:17, 20:24, 21:9, 21:11, 21:13, 21:17, 21:21, 21:23, 22:12, 22:14, 23:24, 24:17, 24:24, 25:7, 25:12, 26:2, 26:8, 26:10, 26:15, 27:13, 27:16, 27:25, 28:4, 28:8,

30:23, 31:2, 31:10, 32:22, 33:6, 34:6, 34:12, 36:15, 36:23, 37:3, 37:9, 37:19, 37:22, 38:15, 38:25, 39:10, 39:17, 39:20, 40:9, 40:11
**MS** [1] - 3:8
**multiple** [2] - 13:9, 16:20

# N

**N.W** [1] - 6:18
**NATIONAL** [1] - 9:23
**natural** [2] - 18:23, 20:23
**NC** [1] - 10:14
**necessarily** [1] - 14:21
**need** [10] - 13:20, 18:7, 19:22, 20:12, 24:6, 25:4, 35:22, 39:2, 39:4, 39:11
**needs** [1] - 21:1
**negative** [1] - 16:24
**negotiate** [2] - 20:17, 20:21
**negotiations** [1] - 34:1
**never** [2] - 28:16, 34:17
**NEW** [15] - 1:7, 1:23, 3:4, 4:8, 4:19, 5:12, 6:11, 7:5, 7:23, 8:13, 8:23, 9:12, 9:17, 9:25, 10:20
**new** [3] - 27:8, 39:21, 40:4
**newspaper** [1] - 28:3
**next** [4] - 13:7, 19:10, 20:5, 32:25
**Ninth** [3] - 23:3, 23:8, 32:23
**NO** [1] - 1:7
**none** [1] - 33:25
**nongovernmental** [1] - 14:17
**nonphysical** [2] - 30:18, 31:15
**NORFOLK** [1] - 2:5
**NORTH** [5] - 4:22, 6:4, 6:5, 6:7, 6:8
**noted** [1] - 15:10
**nothing** [3] - 27:1, 28:14, 30:25
**notice** [1] - 36:3
**notwithstanding** [1] - 14:15
**number** [7] - 16:22, 23:9, 23:10, 24:18,

26:18, 34:9, 36:13
**Number** [3] - 22:12, 22:15, 33:21
**numbered** [1] - 41:9
**numerous** [1] - 23:14
**NW** [1] - 6:22, 8:9, 9:9
**NY** [3] - 3:4, 8:13, 9:12

# O

**O'BRIEN'S** [1] - 9:3
**O'KEEFE** [2] - 1:23, 9:24
**obviously** [4] - 38:4, 38:14, 39:24, 40:6
**occasionally** [1] - 25:10
**occur** [1] - 31:16
**occurred** [9] - 15:8, 15:15, 16:12, 16:21, 17:14, 17:20, 17:22, 22:17, 28:14
**occurrence** [1] - 22:24
**occurs** [1] - 27:7
**ocean** [1] - 23:18
**OCSLA** [2] - 13:22, 15:5
**OF** [7] - 1:2, 1:5, 1:13, 4:17, 5:3, 10:12, 10:13
**OFFICE** [2] - 3:22, 4:13
**offices** [1] - 36:19
**OFFICIAL** [1] - 10:19
**Official** [2] - 41:5, 41:14
**OFFSHORE** [3] - 5:9, 8:11, 9:4
**offshore** [2] - 15:22, 22:11
**oil** [17] - 17:21, 22:4, 24:18, 25:3, 25:6, 25:13, 25:15, 26:18, 26:20, 26:22, 27:22, 28:15, 28:18, 28:20, 32:2, 36:14
**OIL** [2] - 1:4, 1:5
**ON** [2] - 1:5, 1:13
**once** [1] - 25:3
**ONE** [5] - 6:9, 6:25, 7:8, 9:16, 10:9
**one** [18] - 17:18, 18:14, 22:12, 22:15, 23:9, 24:24, 27:7, 27:8, 28:24, 31:16, 32:9, 32:12, 32:22, 33:22, 35:1, 36:5, 38:6, 40:7
**one-year** [1] - 35:1

**ongoing** [5] - 18:21, 19:1, 33:25, 36:16, 38:7
**OPA** [10] - 14:12, 18:11, 18:13, 20:14, 20:25, 21:1, 24:11, 29:10, 30:2, 36:7
**OPA's** [2] - 13:24, 14:15
**ORAL** [1] - 1:13
**ORDER** [1] - 13:4
**order** [9] - 13:20, 14:12, 14:23, 16:25, 18:10, 18:14, 29:1, 31:7
**ORLEANS** [12] - 1:7, 1:23, 4:8, 4:19, 5:12, 6:11, 7:5, 7:23, 8:23, 9:17, 9:25, 10:20
**otherwise** [2] - 22:5, 39:5
**Ouellette** [1] - 16:16
**Outer** [5] - 15:8, 16:9, 16:12, 16:22, 17:14
**outside** [6] - 18:3, 22:24, 23:6, 23:15, 28:14, 33:2
**outstanding** [1] - 33:9
**own** [1] - 33:2

# P

**page** [5] - 13:22, 14:13, 14:25, 29:16, 34:15
**PAGE** [1] - 11:3
**pages** [3] - 39:22, 40:1, 40:8
**paid** [8] - 19:3, 19:4, 20:3, 21:10, 34:10
**PALMINTIER** [2] - 3:17, 3:18
**PAPANTONIO** [1] - 2:7
**parade** [1] - 33:7
**paragraphs** [1] - 34:13
**PARKWAY** [1] - 10:5
**PARSIOLA** [1] - 3:14
**part** [3] - 21:23, 34:10, 38:4
**particular** [1] - 32:9
**parties** [1] - 13:10
**parts** [1] - 29:19
**party** [3] - 20:14, 33:18, 38:23
**pass** [1] - 30:14
**PATRICK** [1] - 9:24
**pay** [2] - 19:8, 19:12
**penalize** [2] - 26:22,

28:12
**penalizing** [1] - 28:17
**penalties** [21] - 15:6, 16:3, 17:12, 18:4, 24:9, 24:11, 24:12, 25:11, 26:17, 26:24, 27:15, 28:14, 28:17, 31:13, 31:14, 36:9, 36:17, 37:2, 37:4, 37:5, 39:21
**penalty** [18] - 14:9, 14:13, 14:21, 15:16, 16:21, 17:2, 24:15, 25:19, 26:7, 28:21, 31:9, 31:10, 31:20, 36:12, 36:22, 36:24, 37:9
**PENNSYLVANIA** [1] - 6:22
**Pennsylvania** [2] - 17:24, 17:25
**PENNZOIL** [1] - 5:15
**PENSACOLA** [1] - 2:9
**PENTHOUSE** [1] - 3:11
**penultimate** [1] - 35:25
**people** [3] - 20:20, 22:3, 37:16
**PEPPER** [1] - 10:19
**Pepper** [3] - 41:3, 41:12, 41:13
**per** [8] - 25:1, 26:7, 26:8, 26:9, 26:11, 37:8
**perfectly** [1] - 35:2
**perhaps** [1] - 16:14
**permitting** [1] - 15:4
**PETOSA** [1] - 3:7
**PETROLEUM** [1] - 7:20
**phase** [1] - 25:25
**PHELPS** [1] - 8:20
**PHILIP** [1] - 3:14
**PHILLIP** [1] - 7:4
**photos** [1] - 36:18
**physical** [3] - 29:9, 29:19, 30:1
**PIGMAN** [1] - 7:3
**PILLSBURY** [1] - 8:12
**pilots** [2] - 23:18, 23:19
**PITTMAN** [1] - 8:12
**PLACE** [2] - 5:15, 8:22
**place** [3] - 17:9, 31:12
**plaintiff** [1] - 17:10
**plaintiffs** [1] - 37:13
**PLAINTIFFS** [1] - 2:3
**PLAINTIFFS'** [1] - 1:18

**plausible** [2] - 21:16
**pleadings** [1] - 39:6
**PLEASE** [1] - 10:16
**pocketbook** [1] - 27:4
**point** [21] - 19:17,
20:23, 22:22, 23:2,
24:4, 24:19, 24:21,
25:2, 25:14, 26:19,
27:16, 28:13, 29:6,
32:8, 33:24, 35:6,
35:7, 37:10, 38:7,
38:25
**pointing** [1] - 17:8
**points** [2] - 15:2,
37:20
**police** [12] - 15:19,
23:6, 23:12, 24:8,
27:2, 27:20, 28:10,
29:18, 31:22, 32:2,
33:10
**POLK** [1] - 7:21
**pollution** [3] - 16:17,
23:4, 32:2
**Pollution** [1] - 26:17
**Port** [1] - 18:1
**PORTIS** [1] - 3:21
**Portland** [1] - 17:25
**position** [7] - 18:19,
19:20, 20:24, 22:1,
39:7, 39:13
**possible** [2] - 25:4,
37:12
**POST** [1] - 3:22
**power** [15] - 23:6,
23:12, 23:21, 24:8,
27:2, 27:20, 28:11,
29:18, 30:2, 31:22,
32:1, 32:2, 33:10,
35:18
**PowerPoints** [1] -
24:1
**powers** [1] - 15:19
**POYDRAS** [6] - 5:12,
6:10, 7:23, 9:16,
9:25, 10:20
**practical** [1] - 39:1
**precedent** [2] - 18:13,
37:23
**precise** [1] - 33:15
**preempted** [4] - 13:22,
13:23, 14:14, 29:13
**PRESENT** [1] - 10:16
**present** [13] - 18:11,
18:14, 19:22, 19:24,
20:25, 25:17, 33:18,
34:4, 35:14, 38:22,
39:2, 39:4, 39:11
**presented** [9] - 19:3,
19:17, 20:3, 21:7,
33:9, 34:7, 34:9,

37:25, 38:20
**presenting** [2] - 35:3,
35:15
**presentment** [25] -
18:9, 18:19, 19:7,
19:15, 19:18, 19:19,
20:13, 21:1, 21:2,
21:3, 32:16, 32:19,
33:11, 33:12, 33:16,
34:4, 34:23, 37:22,
38:8, 38:18, 38:25,
39:5, 39:14
**presents** [1] - 38:16
**preservation** [1] - 36:4
**pressure** [1] - 35:1
**prevent** [2] - 25:2,
26:20
**previously** [1] - 40:5
**primarily** [1] - 13:13
**primary** [1] - 26:16
**private** [6] - 14:17,
24:3, 24:4, 29:6,
29:7, 30:3
**problem** [2] - 16:19,
34:17
**Procedure** [1] - 33:21
**proceed** [2] - 15:4,
15:16
**proceedings** [2] -
40:18, 41:8
**PROCEEDINGS** [3] -
1:13, 10:22, 13:1
**process** [1] - 33:24
**PROCTOR** [1] - 2:7
**PRODUCED** [1] -
10:23
**PRODUCTION** [2] -
6:3, 6:6
**PRODUCTS** [1] - 6:8
**PROFESSOR** [1] -
10:12
**projections** [1] - 34:20
**proper** [1] - 32:13
**property** [1] - 15:23
**proposed** [1] - 28:2
**prosecute** [4] - 16:2,
22:15, 27:6, 27:9
**protect** [2] - 23:13,
28:11
**protected** [1] - 31:24
**provide** [3] - 15:3,
15:6, 15:7
**providing** [1] - 30:16
**provision** [2] - 13:24,
26:17
**provisions** [1] - 14:15
**PSC** [1] - 37:13
**punish** [6] - 24:8,
27:2, 27:3, 27:19,
28:11, 29:18, 31:22,

32:2
**punitive** [12] - 22:2,
24:9, 29:5, 29:15,
29:17, 29:24, 30:4,
30:18, 30:19, 31:3,
31:14, 31:19
**punitives** [2] - 29:22,
31:5
**purpose** [3] - 20:13,
20:14, 26:19
**purposes** [1] - 25:17
**pursuant** [1] - 19:16
**pursue** [1] - 17:12
**pursuing** [3] - 17:11,
36:25, 37:2
**put** [2] - 27:8, 29:2
**putative** [1] - 26:25

---

## Q

**QUIP** [1] - 10:3
**quote** [4] - 19:17,
25:10, 33:16, 38:7
**quoted** [1] - 38:3
**quoting** [1] - 13:23

---

## R

**RACHEL** [1] - 5:19
**RAFFERTY** [1] - 2:7
**raised** [2] - 14:9, 23:5
**RANDALL** [1] - 8:8
**rationale** [1] - 29:7
**RAYZOR** [1] - 5:14
**RE** [1] - 1:4
**reached** [1] - 14:23
**reaching** [1] - 16:6
**read** [3] - 35:9, 38:4,
40:8
**reading** [1] - 28:3
**really** [4] - 25:24, 27:9,
35:11, 39:18
**REALTIME** [1] - 10:19
**Realtime** [2] - 41:3,
41:13
**reargue** [1] - 29:3
**reason** [1] - 28:22
**reasoning** [1] - 14:23
**recent** [1] - 29:16
**recently** [1] - 26:12
**recognized** [2] -
30:15, 31:6
**recompensated** [3] -
22:16, 24:5, 29:11
**RECORD** [1] - 10:16
**record** [1] - 41:8
**RECORDED** [1] -
10:22

**recover** [1] - 35:21
**REDDEN** [1] - 7:7
**regard** [1] - 32:18
**Registered** [1] - 41:3
**regulate** [2] - 16:17,
17:20
**regulated** [1] - 23:15
**regulates** [1] - 23:17
**regulation** [2] - 15:7,
23:11
**regulations** [2] - 23:4,
33:2
**reimburse** [1] - 39:9
**rejected** [1] - 38:16
**RELATES** [1] - 1:9
**remainder** [1] - 28:25
**remedy** [1] - 30:16
**remember** [1] - 13:16
**reminds** [1] - 35:12
**removal** [2] - 35:19,
35:21
**REPORTER** [2] -
10:19, 10:19
**Reporter** [6] - 41:3,
41:4, 41:5, 41:13,
41:14
**REPORTER'S** [1] -
41:1
**requested** [1] - 19:4
**required** [1] - 20:14
**requirement** [7] -
19:15, 19:19, 21:3,
34:23, 37:22, 38:18,
39:5
**requirements** [2] -
18:11, 36:8
**requires** [2] - 14:2,
34:4
**reserve** [4] - 27:19,
28:10, 32:14, 32:16
**reserved** [1] - 32:1
**resolve** [1] - 38:23
**resource** [2] - 18:23,
20:23
**respect** [1] - 13:19
**respects** [1] - 24:13
**RESPONSE** [2] - 9:3,
9:23
**response** [1] - 34:15
**responses** [1] - 22:14
**responsible** [3] -
20:14, 33:17, 38:23
**rest** [1] - 32:14
**retire** [1] - 27:8
**revenue** [1] - 19:11
**revenues** [1] - 18:24
**RHON** [1] - 3:22
**RICHESON** [1] - 7:22
**RIG** [1] - 1:5

**river** [2] - 23:17, 23:19
**RMR** [2] - 10:19, 41:13
**road** [1] - 16:20
**ROBERT** [2] - 2:11,
6:17
**ROBERTS** [1] - 5:19
**ROBIN** [1] - 3:3
**Robins** [5] - 22:5,
29:9, 30:22, 31:1,
31:3
**rocket** [3] - 15:21,
16:11, 22:11
**RONQUILLO** [2] -
7:12, 7:16
**ROOM** [2] - 5:5, 10:20
**ROUGE** [1] - 3:19
**ROY** [1] - 1:18, 1:19
**ROYSTON** [1] - 5:14
**rule** [2] - 23:17, 30:22
**Rule** [2] - 21:15, 33:21
**ruled** [1] - 17:16
**rules** [1] - 24:20
**ruling** [5] - 18:9,
21:25, 22:1, 36:1,
38:8
**RUSNAK** [1] - 2:18
**RUSSO** [1] - 9:20
**RYAN** [1] - 6:14

---

## S

**s/Cathy** [1] - 41:12
**safety** [1] - 34:14
**SALMONS** [1] - 8:8
**SAN** [4] - 2:16, 2:23,
5:6, 6:25
**satisfied** [2] - 38:7,
38:10
**save** [1] - 14:13
**saving** [2] - 13:24,
14:15
**savings** [1] - 14:12
**saw** [1] - 15:7
**scenario** [4] - 16:19,
22:10, 38:5, 38:12
**scenarios** [2] - 15:20,
16:6
**schedule** [1] - 37:9
**SCHELL** [1] - 7:21
**scheme** [2] - 17:9
**SCHOOL** [1] - 10:12
**SCIENCE** [1] - 10:13
**SCOFIELD** [1] - 8:16
**SCOTT** [1] - 4:7
**SEACOR** [6] - 9:4, 9:4,
9:5, 9:5, 9:6, 9:6
**seafood** [1] - 34:14
**seconds** [2] - 37:21,
39:17

**SECREST** [1] - 7:7
**Section** [1] - 14:5
**see** [8] - 13:15, 15:18, 19:13, 23:16, 27:7, 29:7, 30:6, 32:12
**SEE** [1] - 10:16
**seek** [1] - 30:4
**seeking** [2] - 17:19, 28:16
**seem** [1] - 38:5
**senators** [1] - 28:6
**send** [2] - 19:8, 19:11
**sense** [1] - 21:22
**separate** [1] - 37:1
**SEPTEMBER** [2] - 1:8, 13:2
**September** [1] - 32:25
**SERVICES** [1] - 7:12
**set** [1] - 13:7
**settlement** [3] - 20:18, 20:19, 20:21
**seven** [1] - 40:10
**shall** [1] - 35:19
**SHAW** [1] - 8:12
**SHEETS** [1] - 10:16
**Shelf** [5] - 15:8, 16:9, 16:12, 16:22, 17:15
**SHELL** [2] - 6:9, 9:16
**Ship** [1] - 17:23
**shores** [1] - 27:22
**show** [3] - 23:9, 24:2, 29:5
**Shushan** [1] - 40:15
**side** [3] - 14:20, 39:25, 40:7
**SIEMENS** [1] - 9:7
**SIGN** [1] - 10:16
**SIGN-IN** [1] - 10:16
**significance** [1] - 21:25
**similar** [3] - 17:5, 17:6, 24:17
**similarities** [1] - 37:13
**simply** [2] - 27:8, 29:18
**site** [1] - 28:21
**situated** [1] - 21:18
**situation** [1] - 38:6
**six** [1] - 20:5
**slice** [1] - 22:3
**slightly** [1] - 40:5
**slowed** [1] - 39:19
**small** [1] - 22:3
**SOILEAU** [1] - 4:10
**someone** [6] - 13:16, 15:21, 15:22, 16:2, 16:13, 27:9
**somewhere** [1] - 26:23

**soon** [1] - 25:4
**sorry** [1] - 31:11
**sort** [1] - 38:5
**sorts** [1] - 19:1
**sound** [1] - 15:21
**source** [2] - 16:17, 16:18
**SOUTH** [3] - 2:8, 4:10, 8:4
**sovereign** [4] - 15:20, 30:3, 30:4, 31:22
**sovereigns** [1] - 24:7
**speaking** [1] - 36:2
**SPECIAL** [1] - 10:12
**specific** [1] - 21:6
**specifically** [5] - 21:19, 23:20, 24:12, 25:22, 30:2
**specifics** [1] - 32:9
**speculative** [1] - 34:21
**SPILL** [1] - 1:4
**spill** [1] - 17:21
**SPRINGS** [1] - 4:4
**square** [2] - 18:4, 39:11
**SQUARE** [2] - 6:9, 9:16
**squared** [1] - 17:15
**ST** [1] - 9:9
**standards** [1] - 29:12
**standing** [1] - 16:13
**start** [4] - 13:20, 22:21, 33:23, 35:8
**started** [1] - 13:15
**starts** [1] - 22:24
**STATE** [2] - 4:13, 4:17
**state** [57] - 13:21, 13:25, 14:4, 14:9, 14:10, 14:13, 14:14, 14:25, 15:1, 15:4, 15:15, 15:19, 15:20, 16:17, 16:18, 16:20, 17:21, 17:22, 17:25, 18:4, 18:11, 21:25, 22:4, 22:11, 22:23, 22:24, 23:6, 23:9, 23:10, 23:20, 24:6, 24:11, 26:3, 26:22, 29:3, 29:14, 29:21, 30:3, 30:4, 30:18, 30:25, 31:4, 31:12, 31:13, 31:17, 31:19, 33:10, 34:18, 36:2, 36:4, 36:6, 36:10, 36:19, 37:4, 39:20
**State** [11] - 13:23, 15:23, 16:13, 21:4, 23:4, 23:20, 28:18, 37:11, 37:13, 37:16, 41:4

**state's** [1] - 23:12
**states** [21] - 15:5, 16:23, 17:13, 17:19, 18:10, 18:21, 23:14, 24:3, 24:7, 24:25, 27:1, 27:3, 27:18, 27:19, 28:6, 28:7, 28:10, 30:2, 30:14, 30:15, 33:2
**States** [7] - 13:11, 14:3, 16:1, 17:10, 37:14, 41:5, 41:14
**STATES** [2] - 1:1, 1:14
**states'** [1] - 24:20
**STATES'** [1] - 11:5
**States'** [1] - 13:8
**statute** [22] - 18:13, 19:16, 25:12, 26:6, 26:14, 26:15, 30:3, 30:4, 30:12, 30:19, 30:20, 31:21, 34:19, 36:7, 36:12, 36:22, 36:24, 37:6, 38:2, 38:22
**statutes** [5] - 15:6, 17:2, 26:6, 30:14, 31:23
**statutory** [6] - 13:21, 13:23, 14:4, 14:14, 26:24, 34:3
**stayed** [1] - 28:19
**STEFANIE** [1] - 7:13
**STENOGRAPHY** [1] - 10:22
**step** [1] - 20:13
**STEPHEN** [1] - 1:22
**STEVEN** [1] - 5:19
**still** [4] - 15:11, 25:5, 31:11, 32:1
**STONE** [1] - 7:3
**stop** [1] - 25:16
**STRADLEY** [1] - 10:8
**STRANGE** [1] - 4:14
**STREET** [28] - 1:20, 2:8, 2:12, 2:15, 3:8, 3:18, 4:7, 4:11, 4:19, 4:22, 5:12, 5:16, 5:20, 6:10, 6:18, 6:25, 7:5, 7:9, 7:14, 7:23, 8:9, 8:17, 8:22, 9:16, 9:20, 9:25, 10:9, 10:20
**strict** [1] - 19:15
**strictly** [1] - 36:2
**submitted** [1] - 40:6
**subpart** [1] - 36:4
**subsequent** [1] - 35:20
**succeeded** [1] - 35:3
**suffered** [1] - 31:4

**sufficient** [1] - 19:18
**suit** [7] - 19:9, 19:12, 19:25, 20:2, 20:6, 20:8, 34:24
**SUITE** [19] - 2:8, 2:23, 3:8, 3:15, 5:16, 5:20, 5:23, 6:10, 7:9, 7:14, 7:17, 7:23, 8:4, 8:17, 8:22, 9:9, 9:16, 9:20, 9:25
**sum** [3] - 34:4, 34:18, 34:21
**SUMICH** [1] - 3:14
**summarily** [1] - 25:18
**Sun** [1] - 17:23
**supplement** [5] - 13:15, 30:8, 30:14, 30:16, 30:20
**supplemental** [1] - 39:25
**support** [2] - 15:4, 15:16
**supporting** [1] - 37:14
**Supreme** [4] - 17:23, 30:13, 32:24, 33:1
**SUTHERLAND** [1] - 5:18
**SW** [1] - 4:4
**system** [1] - 28:9

# T

**talks** [1] - 26:10
**TANNER** [1] - 8:16
**tar** [1] - 25:8
**TARTER** [1] - 8:17
**tax** [4] - 18:24, 19:11, 31:5, 34:14
**TAYLOR** [1] - 3:14
**teach** [1] - 27:9
**technical** [1] - 19:15
**technology** [1] - 31:11
**ten** [3] - 29:16, 34:15, 40:1
**ten-page** [2] - 29:16, 34:15
**Tenth** [4] - 23:12, 27:2, 31:24, 32:1
**terms** [2] - 17:18, 21:24
**territorial** [2] - 15:15, 18:3
**territory** [1] - 18:3
**Texas** [1] - 24:25
**TEXAS** [1] - 10:6
**THE** [77] - 1:4, 1:5, 1:13, 1:18, 2:3, 4:17, 5:3, 10:16, 11:5, 11:10, 13:7, 13:16,

14:16, 14:20, 15:11, 15:18, 16:5, 16:10, 17:1, 17:5, 18:6, 18:16, 18:18, 18:23, 19:1, 19:15, 19:21, 19:25, 20:2, 20:5, 20:8, 20:10, 20:16, 20:22, 21:6, 21:10, 21:12, 21:15, 21:19, 21:22, 22:8, 22:13, 23:22, 24:15, 24:22, 25:5, 25:9, 26:1, 26:3, 26:9, 26:14, 27:11, 27:14, 27:23, 28:2, 28:5, 30:21, 30:24, 31:8, 32:21, 33:4, 34:2, 34:8, 36:12, 36:21, 36:24, 37:8, 37:17, 37:21, 38:2, 38:24, 39:6, 39:16, 39:19, 39:23, 40:10, 40:12
**themselves** [2] - 28:10, 28:12
**therefore** [2] - 15:8, 29:11
**they've** [4] - 20:3, 21:13, 38:10, 39:7
**THIS** [1] - 1:9
**THOMAS** [1] - 2:7
**three** [8] - 23:7, 23:13, 23:15, 23:19, 28:16, 33:3, 33:5, 34:19
**three-mile** [6] - 23:7, 23:13, 23:15, 23:19, 28:16, 33:3
**three-year** [1] - 34:19
**timing** [1] - 40:9
**TO** [3] - 1:9, 11:5, 13:4
**today** [7] - 25:7, 26:4, 31:18, 32:5, 32:11, 40:4, 40:10
**today's** [1] - 25:17
**together** [2] - 29:2, 33:22
**token** [1] - 30:17
**took** [1] - 22:23
**top** [3] - 17:14, 29:3, 29:8
**TORTS** [1] - 5:4
**touched** [1] - 22:4
**TOWER** [1] - 2:4
**track** [1] - 37:15
**transcript** [1] - 41:7
**TRANSCRIPT** [2] - 1:13, 10:22
**Transocean** [1] - 35:12
**TRANSOCEAN** [4] - 5:8, 5:8, 5:10, 8:20

trial [2] - 25:25, 37:15
tried [1] - 35:15
true [1] - 41:7
trust [2] - 27:24, 28:9
try [7] - 20:17, 20:20, 22:16, 33:21, 35:1, 35:9, 38:23
trying [6] - 16:5, 16:24, 18:18, 19:6, 26:1, 36:21
two [5] - 22:4, 22:14, 23:2, 23:9, 23:10
TX [10] - 2:19, 2:23, 5:16, 5:20, 5:24, 7:9, 7:14, 7:18, 8:18, 10:10
type [2] - 19:16, 24:13

## U

U.S [2] - 5:3, 9:19
under [23] - 13:21, 13:25, 14:4, 14:5, 14:12, 17:10, 18:13, 20:14, 20:25, 22:15, 22:16, 30:4, 30:11, 30:25, 31:3, 31:5, 32:1, 36:7, 36:8, 37:4, 37:5, 37:6, 39:24
UNDERHILL [1] - 5:4
undermine [1] - 38:21
understood [2] - 13:18, 14:19
UNDERWRITERS [1] - 8:20
unfair [2] - 24:20, 24:21
uniformity [1] - 16:25
UNITED [2] - 1:1, 1:14
United [4] - 17:10, 37:14, 41:5, 41:14
UNIVERSITY [1] - 10:12
unlikely [1] - 15:21
unnecessary [1] - 29:11
up [5] - 25:9, 32:17, 36:1, 39:18, 39:19

## V

VA [1] - 2:5
various [5] - 13:10, 16:5, 21:7, 34:12, 35:16
vesting [1] - 31:25
VI [1] - 14:6
VICKERY [1] - 5:14

view [1] - 34:5
visit [1] - 40:15
volume [3] - 15:12, 24:23, 36:13

## W

walk [1] - 25:7
WALKER [2] - 2:3, 9:19
WALTHER [1] - 7:3
wants [1] - 13:16
WARE [1] - 10:3
warranted [1] - 36:17
WARREN [1] - 8:7
WASHINGTON [4] - 6:18, 6:22, 8:9, 9:9
Water [9] - 15:5, 17:5, 17:11, 24:22, 26:17, 27:15, 27:17, 27:23, 37:3
water [10] - 17:21, 24:18, 25:1, 25:3, 25:14, 26:16, 26:18, 26:21, 26:22, 36:14
waters [11] - 14:25, 15:15, 15:22, 18:3, 22:23, 22:25, 25:11, 25:13, 28:14, 28:15, 28:22
WATERSIDE [1] - 2:4
WATTS [2] - 2:21, 2:22
WEATHERFORD [1] - 9:19
week [2] - 36:18, 39:22
WEIL [2] - 9:8, 9:11
WEINER [1] - 7:22
WEITZ [1] - 3:3
WENDY [1] - 10:5
WENK [1] - 6:21
WHEREUPON [1] - 40:18
WHITELEY [1] - 4:18
whole [7] - 24:5, 26:19, 29:7, 33:13, 35:6, 38:22, 38:25
wholeheartedly [1] - 33:8
wholly [1] - 31:19
Wildlife [1] - 37:4
wildlife [3] - 26:6, 36:25, 37:1
WILLIAM [1] - 10:8
WILLIAMS [1] - 5:14
WILLIAMSON [2] - 2:18, 2:18
WINTHROP [1] - 8:12

withstanding [1] - 13:24
WITTMANN [2] - 7:3, 7:4
WOODWAY [1] - 5:23
words [1] - 19:23
works [3] - 25:12, 36:22, 37:8
WORLDWIDE [1] - 9:5
WRIGHT [1] - 1:18
wrongful [4] - 30:10, 30:14, 30:16, 30:20
wrote [2] - 27:19, 31:24

## X

XI [1] - 14:6
XXIV [1] - 14:6

## Y

Yamaha [3] - 15:3, 15:14, 15:15
year [3] - 23:3, 34:19, 35:1
years [1] - 30:10
YOAKUM [1] - 2:19
YORK [4] - 3:4, 7:17, 8:13, 9:12
yourselves [1] - 40:15

## Z

zone [2] - 23:7, 23:15