UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION: J |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

## *EX PARTE* MOTION TO WITHDRAW EXHIBITS FROM RECORD DOC. NO. 4067

Defendants BP Exploration & Production Inc. and BP America Production Company, through its counsel Don K. Haycraft, hereby move, pursuant to the requirements of PTO No. 13, to remove from the record of this matter the following exhibits to Record Document Number 4067 (BP's Opposition to Halliburton's Motion for Leave to File Second Amended Cross-Claim) filed last night:

- Exhibits B and F (Rec. Doc. No. 4067-2);
- Exhibit G (Rec. Doc. No. 4067-3);
- Exhibit J (Rec. Doc. No. 4067-4);
- Exhibit K (Rec. Doc. No. 4067-5);
- Exhibit L (Rec. Doc. No. 4067-6);
- Exhibit M (Rec. Doc. No. 4067-7);

967,198

- Exhibit N (Rec. Doc. No. 4067-8); and

- Exhibit O (Rec. Doc. No. 4067-9).

BP will refile Exhibits C, D and E.  BP will provide a copy of the withdrawn exhibits to the Court and the parties.

Respectfully submitted,

/s/ Don K. Haycraft
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana  70139-5099
Telephone:  (504) 581-7979
Facsimile:  (504) 556-4108

and

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL  60654
312-862-2000 (Tel)
312-862-2200 (Fax)

Robert C. "Mike" Brock
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
202-662-5985

**Attorneys for BP Exploration & Production Inc. and BP America Production Company**

**CERTIFICATE OF SERVICE**

  I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 20th day of September, 2011.

             /s/ Don K. Haycraft
             Don K. Haycraft