UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG : MDL NO. 2179
"DEEPWATER HORIZON" in the :
GULF OF MEXICO, on :
APRIL 20, 2010 :
: SECTION: J
:
THIS DOCUMENT RELATES TO: :
:
ALL ACTIONS :
: JUDGE BARBIER
: MAG. JUDGE SHUSHAN
:

## ORDER

Considering the BP Parties" *Ex-Parte* Motion to Withdraw Exhibits From Rec. Doc. No. 4067 filed in consideration of PTO #13;

**IT IS HEREBY ORDERED** that the motion is GRANTED and the exhibits listed below shall be removed from the Docket at Record Document Number 4067 (BP's Opposition to Halliburton's Motion for Leave to File Second Amended Cross-Claim):

- Exhibits B and F (Rec. Doc. No. 4067-2);
- Exhibit G (Rec. Doc. No. 4067-3);
- Exhibit J (Rec. Doc. No. 4067-4);
- Exhibit K (Rec. Doc. No. 4067-5);
- Exhibit L (Rec. Doc. No. 4067-6);
- Exhibit M (Rec. Doc. No. 4067-7);

- Exhibit N (Rec. Doc. No. 4067-8); and

- Exhibit O (Rec. Doc. No. 4067-9).

New Orleans, Louisiana, this _____ day of September, 2011.

_____
**HONORABLE CARL J. BARBIER
UNITED STATES DISTRICT COURT JUDGE**