UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISINAA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * * | MDL NO. 2179 |
| | | CIVIL ACTION NO. 2:11-CV-778 |
| | * | JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: 2:11-CV-778 | * * * | SECTION J |
| JAMES PEARSON and THOMAS EDWARD BLACK | * * | MAGISTRATE JUDGE SHUSHAN |
| | * | MAG. DIV. 1 |
| VERSUS | * * | |
| DRC EMERGENCY SERVICES, LLC | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM IN SUPPORT OF REMOVAL OF NON-COLLATERAL MATTER FROM THE BP OIL SPILL MDL

MAY IT PLEASE THE COURT:

Plaintiffs seek removal of their breach of contract suit for wages and resulting attorney fees from the tort based claims of the BP Oil Spill MDL. As plaintiffs will show their contract suit does not comprise all or even a material part of the same subject matter or the same operative facts as the tort based claims in the BP Oil Spill ML. Defendant, DRC Emergency Services, LLC, has improperly transferred plaintiffs' breach of contract claim despite the fact that this particular case has nothing to do with the BP Oil Spill. The mere fact that DRC is also a defendant in the BP Oil Spill MDL does not automatically mean that all claims brought against it, including those strictly sounding in contract, should be swallowed up into the MDL. Accordingly, removal is warranted.

## BACKGROUND

Plaintiffs, James Pearson, a captain of a vessel, and Thomas Edward Black, his deckhand, originally filed their suit entitled, "Petition for Breach of Contract and Attorney's Fees," in the 24th Judicial District Court for the Parish of Jefferson.

Pearson and Black contend that defendant, DRC, has failed to pay them wages and fees, which they are entitled to pursuant to a contract between the parties. Their issues are simple and straight forward unlike the lengthy and complex determination that will be required to determine who are at fault for the blow-out, oil spill and resulting tort damages in the BP Oil Spill MDL. Are they entitled to the balance of wages or not? The rate of their wages are not be in dispute; just whether they should be paid for the additional days they claim are owed them.

The defendant, DRC Emergency Services, LLC (hereinafter referred to as "DRC"), filed a Petition for Removal based upon diversity and the terms of the charter agreement between the parties. DRC also filed a "Notice of Collateral Proceedings" resulting in plaintiffs' breach of contract suit being transferred into the BP Oil Spill MDL tort litigation.

## ARGUMENT

Plaintiffs accept removal to federal court based upon diversity and the charter agreement between the parties but strenuously seek removal from the tort based BP Oil Spill MDL proceedings. For the reasons to be set forth below, plaintiffs urge their breach of contract suit is not a collateral matter to the tort based BP Oil Spill litigation within the definition of Local Rule 3.1.

Turning first to a consideration of the operation of LR 3.1 in this matter, in reality it allowed counsel for the DRC to have this contract wage claim transferred to the BP Oil Spill MDC by simply alleging, without contradictory proceedings, court review or factual support, that the subject matter

of the removed matter either comprised all or a material part of the subject matter or operative facts of the thousands of tort claims in the BP Oil Spill MDL.

LR 3.1.1 explains that its basis for requiring transfer of similarly aligned or collateral matters is to conserve judicial resources, avoid forum shopping and conflicting court rulings. Plaintiffs submit cumulating their breach of contract action with the tort based MDL claims will serve none of these goals, but will only cause untoward delay in the determination of a fundamental right to one's wages.

Next consider the categories or bundles which have been created to comprise the various tort based claims made in the BP Oil Spill MDL. The bundles comprise claims for economic loss, property damage resulting from either or both the original oil spill and the cleanup. There are also personal injury and wrongful death claims as well as claims for medical monitoring. All such claims are clearly tort based. A petition for breach of contract for wages and attorney's fees does not fit within such tort based bundles. Plaintiffs seek recovery in contract, not an award of damages in tort for either personal injuries or property damages.

## CONCLUSION

In conclusion, plaintiffs' contract claim is the square peg that does not fit in any BP tort based bundles. It does not comprise all or a material part of the subject matter or operative facts of the claims in the BP Oil Spill MDL involving complex deliberations on fault. Attempting to cumulate one action for breach of contract with thousands of claims in the tort based bundles will not conserve judicial resources nor avoid forum shopping or conflicting court rulings. It will only cause untold delay while the MDL is attempting to resolve complex issue of fault instead of quickly resolving

time critical issues involving fundamental rights to wages owed plaintiffs. This non-collateral wage contract claim should be removed from the tort claims that comprise the BP Oil Spill MDL.

Respectfully submitted,

**BOGGS, LOEHN & RODRIGUE**

*(signature)*

**THOMAS E. LOEHN (#8663)**
**CHARLES K. CHAUVIN (#27403)**
**ROBERT F. LAKEY (#7927)**
3616 S. I-10 Service Road, W., Suite 109
Metairie, LA 70001
Telephone: (504) 828-1202
Facsimile: (504) 828-1208
Email: tloehn@yahoo.com
*Attorney for Plaintiffs, James Pearson and Thomas Edward Black*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing pleading has been served upon all counsel of record via the Court's CM/ECF system and by placing same in the United States mail, properly addressed and postage prepaid to counsel for the defendant, this 23rd day of September, 2011.

*(signature)*

L:\Tommy\MISCELLANEOUS Files 010\Pearson & Black v. DRC ( 0102010048)\Pleadings\Memorandum in Support of Motion for Removal of Non-Collateral Matter from the BP Oil Spill MDL (9-20-11) Draft 3.wpd