UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISINAA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * * | MDL NO. 2179 |
| | | CIVIL ACTION NO. 2:11-CV-778 |
| | * | JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: 2:11-CV-778 | * * * | SECTION J |
| JAMES PEARSON and THOMAS EDWARD BLACK | * * * | MAGISTRATE JUDGE SHUSHAN |
| | * | MAG. DIV. 1 |
| VERSUS | * * | |
| DRC EMERGENCY SERVICES, LLC | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## REQUEST FOR ORAL ARGUMENT

PURSUANT to Local Rule 78:1 E, Petitioners, James Pearson and Thomas Edward Black, through undersigned counsel, respectfully request that the parties be allowed to present oral argument in connection with the Motion for Removal of a Non-Collateral Matter which is scheduled for hearing on the 12th day of October, 2011, at 9:30 a.m.

Respectfully submitted,

**BOGGS, LOEHN & RODRIGUE**

_____
**THOMAS E. LOEHN (#8663)**
**CHARLES K. CHAUVIN (#27403)**
**ROBERT F. LAKEY (#7927)**
3616 S. I-10 Service Road, W., Suite 109
Metairie, LA   70001
Telephone: (504) 828-1202
Facsimile: (504) 828-1208
Email: tloehn@yahoo.com
*Attorney for Plaintiffs, James Pearson and Thomas Edward Black*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing pleading has been served upon all counsel of record via the Court's CM/ECF system and by placing same in the United States mail, properly addressed and postage prepaid to counsel for the defendant, this 20th day of September, 2011.

_____