IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  Oil Spill by the Oil Rig<br>              "Deepwater Horizon" in the<br>              Gulf of Mexico, on April 20, 2010<br><br>This Document Relates To:  ALL CASES<br>. .. .. .. .. .. .. .. .. ... . . .. .. .. .. .. .. .. .. .. .. .. | §<br>§<br>§<br>§<br>§<br>§ | MDL NO. 2179<br><br>SECTION:  J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

NOTICE OF VIDEOTAPED
DEPOSITION OF VICTOR EMANUEL

**PLEASE TAKE NOTICE** that the video deposition of Victor Emanuel will be taken under oath and pursuant to the Federal Rules of Civil Procedure and Pre-Trial Order No. 17, as amended by Pre-Trial Order No. 27, on September 27, 2011, commencing at 8:30 a.m.  The deposition will be conducted in a conference room on the 11th floor of the Pan American Life Conference and Media Center, 601 Poydras Street, New Orleans, Louisiana 70130, before a notary public or some other person authorized to administer oaths.  The deposition will be recorded by audio, stenographic, and videographic means.

Respectfully submitted,

**GODWIN RONQUILLO PC**

/s/ Donald E. Godwin
Donald E. Godwin
*Attorney-in-charge*
State Bar No. 08056500
dgodwin@GodwinRonquillo.com
Bruce W. Bowman, Jr.
State Bar No. 02752000
bbowman@GodwinRonquillo.com
Jenny L. Martinez
State Bar No. 24013109
jmartinez@GodwinRonquillo.com
Floyd R. Hartley, Jr.
State Bar No. 00798242
fhartley@GodwinRonquillo.com
Gavin E. Hill
State Bar No.  00796756
ghill@GodwinRonquillo.com
Renaissance Tower
1201 Elm, Suite 1700
Dallas, Texas 75270-2041
Telephone: (214) 939-4400
Facsimile: (214) 760-7332

and

R. Alan York
ayork@GodwinRonquillo.com
Jerry C. von Sternberg
jvonsternberg@GodwinRonquillo.com
Misty Hataway-Coné
mcone@GodwinRonquillo.com
1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone: 713.595.8300
Facsimile: 713.425.7594
**ATTORNEYS FOR DEFENDANT
HALLIBURTON ENERGY SERVICES, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing document, Notice of Videotaped Deposition of Victor Emanuel, has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, on this 20th day of September, 2011.

/s/ Donald E. Godwin
Donald E. Godwin