Morgan, Lewis & Bockius LLP
1000 Louisiana Street
Suite 4000
Houston, TX  77002
Tel.  713.890.5000
Fax: 713.890.5001
www.morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW

**Hugh E. Tanner**
Partner
713.890.5180
htanner@MorganLewis.com

September 20, 2011

The Honorable Sally Shushan
United States District Court
    for the Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

Re:     *In re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*; United States District Court for the Eastern District of Louisiana, No. 2:10-MD-2179-CJB-SS

Dear Judge Shushan:

In accordance with the Court's August 30, 2011 Order (Dkt. No. 3879), M-I L.L.C. intends to call the following adverse witnesses to testify live at trial.

- John LeBleu (BP)
- Patrick O'Bryan (BP)
- Murray Sepulvado (BP)
- Ronald Sepulvado (BP)
- Joseph Keith (Halliburton)
- Bill Ambrose (Transocean)

To the extent that a witness is presently employed by and/or under the control of a party defendant, M-I L.L.C. respectfully requests that the relevant party bring the witness to be questioned at the Phase I Trial.  M-I reserves the right to elicit testimony at trial from witnesses who other parties have requested be presented live.

Very truly yours,

/s/ *Hugh E. Tanner*

Hugh E. Tanner

cc:     All Counsel of Record