UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| THIS DOCUMENT RELATES TO: | |
| ALL ACTIONS | JUDGE BARBIER MAG. JUDGE SHUSHAN |

## ORDER

Considering the BP Parties" *Ex-Parte* Motion to Withdraw Exhibits From Rec. Doc. No. 4067 filed in consideration of PTO #13;

**IT IS HEREBY ORDERED** that the motion is GRANTED and the exhibits listed below shall be removed from the Docket at Record Document Number 4067 (BP's Opposition to Halliburton's Motion for Leave to File Second Amended Cross-Claim):

- Exhibits B and F (Rec. Doc. No. 4067-2);
- Exhibit G (Rec. Doc. No. 4067-3);
- Exhibit J (Rec. Doc. No. 4067-4);
- Exhibit K (Rec. Doc. No. 4067-5);
- Exhibit L (Rec. Doc. No. 4067-6);
- Exhibit M (Rec. Doc. No. 4067-7);

- Exhibit N (Rec. Doc. No. 4067-8); and

- Exhibit O (Rec. Doc. No. 4067-9).

New Orleans, Louisiana this 20th day of September, 2011.

_____
United States District Judge