4195-21306

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | * | MDL NO.: 2179 |
| "DEEP WATER HORIZON" IN THE | * | |
| GULF OF MEXICO, ON APRIL 20, 2010 | * | SECTION "J" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE BARBIER |
| *Adams v. State of LA*, Case No. 11-CV-1051 | * | MAG. JUDGE SHUSHAN |

*********************************************************************

## MOTION TO SUBSTITUTE COUNSEL OF RECORD

On Motion of Defendant, PENETON CORPORATION, and upon suggesting that this Defendant requests that the name of Patrick C. Grace be withdrawn as counsel of record on Defendant's behalf, and that David P. Salley, Jeffrey Farshad and the law firm of Salley, Hite, Mercer & Resor, LLC be substituted therefor.

WHEREFORE, it is prayed that the name of Patrick C. Grace be withdrawn as counsel of record for the Defendant, PENETON CORPORATION, and that David P. Salley, Jeffrey Farshad and the law firm of Salley, Hite, Mercer & Resor, LLC be substituted therefor.

Respectfully submitted,

*s/Patrick C. Grace*
**ANDERSON, STEPHENS & GRACE**
PATRICK C. GRACE (La. Bar no. 16944)
Suite 1060, One Lakeway Center
3900 North Causeway Boulevard
Metairie, Louisiana 70002
Tel: (504) 219-2012
Fax: (504) 837-9508
Email: Patrick.Grace@zurichna.com

1

                            s/ Jeffrey Farshad
**SALLEY, HITE, MERCER & RESOR, L.L.C.**
DAVID P. SALLEY            (#19770)
JEFFREY FARSHAD         (#30497)
365 Canal Street, Suite 1710
New Orleans, Louisiana 70130
Tel:    (504) 566-8800
Fax:   (504) 566-8828
dsalley@shmrlaw.com
jfarshad@shmrlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Substitute Counsel of Record has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 9th day of September, 2011.

                            s/ Patrick C. Grace
PATRICK C. GRACE


                            s/ Jeffrey Farshad
JEFFREY FARSHAD

2