4195-21306

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEP WATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL NO.: 2179<br><br>SECTION "J" |
| THIS DOCUMENT RELATES TO:<br>*Adams v. State of LA*, Case No. 11-CV-1051 | * * | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

*************************************************************************

## ORDER

Considering the Motion to Substitute Counsel of Record filed by PENETON CORPORATION;

IT IS ORDERED that Patrick C. Grace be withdrawn as counsel of record for PENETON CORPORATION, and that David P. Salley, Jeffrey Farshad and the law firm of Salley, Hite, Mercer & Resor, LLC be substituted as counsel of record for PENETON CORPORATION.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

1