UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico, on April 20, 2010** | * | **SECTION: J** |
| | * | |
| | * | **JUDGE BARBIER** |
| **This Document Applies to:** | * | |
| *10-2771* | * | **MAG. JUDGE SHUSHAN** |
| | * | |

## ORDER

The Plaintiffs' Steering Committee ("PSC") filed a Motion (Rec. Doc. 2504) on May 22, 2011, requesting leave to file certain Short-Form Joinders in the Transocean Limitation, Case No.10-cv-2771 (which would be simultaneously joined in the appropriate MDL Master Complaints per Pretrial Orders 24 and 25), after the monition date of April 20, 2011. Attached to the Motion was a list individuals on whose behalf leave was sought, but the actual Short-Form Joinders were not included with the Motion. The Court is also aware that since the PSC filed its motion, the PSC has received additional Short-Form Joinders which it held while this motion was pending.

In light of the Court's ruling during the Status Conference of September 16, 2011, stating it would allow short-forms joinders filed on or before September 16, 2011, regardless of whether leave of Court was sought (Rec. Doc. 4041),

IT IS ORDERED that the Motion is GRANTED. Within <u>seven (7) days</u> of this Order, the PSC shall provide the Clerk of Court's Office (by mail or hand delivery) the Short-Form Joinders for the individuals listed with its Motion and the Short-Form Joinders the PSC received on or before September 16, 2011. The Clerk of Court is instructed to accept and file these Short-Form Joinders into Case No. 10-8888, which shall be considered timely filed in the Transocean Limitation, Case

No. 10-cv-2771, as well as joined in the appropriate MDL Master Complaint in accordance with Pretrial Orders 24 and 25.

IT IS FURTHER ORDERED that upon receiving notice that the Short-Form Joinders provided to the Clerk of Court per the above paragraph have been electronically entered into Case No. 10-8888, the PSC shall promptly file (electronically) a "Notice" in Case No. 10-md-2179 that identifies the Short-Form Joinders filed pursuant to this Order. The Notice shall include the relevant record document numbers of the Short-Form Joinders and certify that the Short-Forms Joinders were received by the PSC on or before September 16, 2011.

New Orleans, Louisiana this 21st day of September, 2011.

_____
UNITED STATES DISTRICT JUDGE