UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISINAA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * * | MDL NO. 2179 CIVIL ACTION NO. 2:11-CV-778 |
| | * | JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: 2:11-CV-778 | * * * | SECTION J |
| JAMES PEARSON and THOMAS EDWARD BLACK | * * | MAGISTRATE JUDGE SHUSHAN |
| VERSUS | * * * | MAG. DIV. 1 |
| DRC EMERGENCY SERVICES, LLC | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### EX-PARTE MOTION TO WITHDRAW MOTION FOR REMOVAL OF NON-COLLATERAL MATTER FROM THE BP OIL SPILL MDL

MAY IT PLEASE THE COURT:

Plaintiffs, through their undersigned counsel, wish to withdraw their Motion for Removal of Non-Collateral Matter from the BP Oil Spill MDL and related documents including their Memorandum in Support, Notice of Submission and Request for Oral Argument. Counsel for defendant, DRC Energy Services, LLC, consents to this withdrawal. The basis for this request for withdrawal of its Motion for Removal of Non-Collateral Matter, (Docket No. 4073), is based on the fact that Plaintiffs' suit present issues concerning a Vessel of Opportunity dispute and thus falls under the "VoO" Case Management Order, (Document No. 3207) filed on 07/08/11 by this Court.

Respectfully submitted,

**BOGGS, LOEHN & RODRIGUE**

_____
**THOMAS E. LOEHN (#8663)**
**CHARLES K. CHAUVIN (#27403)**
**ROBERT F. LAKEY (#7927)**
3616 S. I-10 Service Road, W., Suite 109
Metairie, LA 70001
Telephone: (504) 828-1202
Facsimile: (504) 828-1208
Email: tloehn@yahoo.com
*Attorney for Plaintiffs, James Pearson and Thomas Edward Black*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing pleading has been served upon all counsel of record via the Court's CM/ECF system and by placing same in the United States mail, properly addressed and postage prepaid to counsel for the defendant, this 21st day of September, 2011.

_____

.L:\Tommy\MISCELLANEOUS Files 010\Pearson & Black v. DRC ( 0102010048)\Pleadings\Ex-Parte Motion to Withdraw Motion for Removal of Non-Collateral Matter from the BP Oil Spill MDL 9-21-11.wpd