UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISINAA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * * | MDL NO. 2179 |
| | | CIVIL ACTION NO. 2:11-CV-778 |
| | * | JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: 2:11-CV-778 | * * * | SECTION J |
| JAMES PEARSON and THOMAS EDWARD BLACK | * * | MAGISTRATE JUDGE SHUSHAN |
| | * | MAG. DIV. 1 |
| VERSUS | * * | |
| DRC EMERGENCY SERVICES, LLC | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER TO WITHDRAW
### MOTION FOR REMOVAL OF NON-COLLATERAL MATTER
### FROM THE BP OIL SPILL MDL

Considering the Ex-Parte Motion attached by counsel for plaintiffs and the consent to withdraw by counsel for the defendant, DRC Emergency Services, LLC;

IT IS ORDERED that the Motion for Removal of Non-Collateral Matter from the BP Oil SPILL MDL is hereby withdrawn along with related supporting documents including the Memorandum in Support, Notice of Submission and Request for Oral Argument.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
JUDGE CARL J. BARBIER