# EXHIBIT E

Anadarko Petroleum Corporation

Safety & Health Manual



Petroleum Corporation

2007 Edition

## Message from the CEO

The safety and well-being of all personnel working at every Anadarko location is one of my top priorities. A healthy environment and safe workplace are important to me and are critical to our overall business success.

This manual outlines the basic safety requirements I ask everyone to follow and integrate throughout our business. A publication of this size cannot encompass all requirements for every situation, but it does provide a set of rules that, if applied properly, will protect people, the environment and our assets.

Please follow these rules and, where necessary, take extra time and precautions to be safe. If situations arise which are not covered by this manual, please discuss them with your supervisor or safety representative and seek clarification on what is expected.

Our challenge is to continually improve our safety performance. I urge you to identify areas where we can do this and offer your ideas to your supervisor or your local safety representative. I assure you that we will listen and where appropriate, we will change the current process if it will make us all safer.

Remember, there is no job too important not to take the time to do it safely.

*Jim Hackett*

Jim Hackett

## Table of Contents

|  |  | Page |
|---|---|---|
| **Purpose and Scope** |  | 1 |
| **Employee Acknowledgement Form** |  |  |
| (sent to local safety representative) |  | 3 |
| **Employee Acknowledgement Form** |  |  |
| (kept in this manual) |  | 5 |

| Section |  |  |  |
|---|---|---|---|
| **1.0** | **General Information** |  | **7** |
| 1.1 | Manager/Supervisor Responsibilities |  | 7 |
| 1.2 | Employee Responsibilities |  | 8 |
| 1.3 | Contractors |  | 9 |
| 1.4 | Visitors |  | 10 |
| 1.5 | Government Safety and Health Inspections |  | 11 |
| 1.6 | Emergency Plans |  | 12 |
| 1.7 | Incident Management Plan (IMP) |  | 13 |
| 1.8 | Safety Meetings/Training |  | 13 |
| 1.9 | Access to Occupational Medical Records |  | 14 |
| 1.10 | Anadarko EHS Passport |  | 14 |
|  |  |  |  |
| **2.0** | **Incident Reporting** |  | **17** |
| 2.1 | General |  | 17 |
| 2.2 | Employee Injury/Illness Report |  | 18 |
| 2.3 | Vehicle Accident Report |  | 18 |
| 2.4 | Property Damage/Loss Report |  | 19 |
| 2.5 | Third Party Injury/Illness Report |  | 19 |
| 2.6 | Third Party Property Damage Report |  | 20 |
|  |  |  |  |
| **3.0** | **Office Safety** |  | **21** |
| 3.1 | General |  | 21 |
| 3.2 | Ergonomics |  | 23 |
|  |  |  |  |
| **4.0** | **Personal Protective Equipment (PPE)** |  | **29** |
| 4.1 | General |  | 29 |
| 4.2 | Proper Job Attire |  | 29 |
| 4.3 | Head Protection |  | 30 |
| 4.4 | Eye and Face Protection |  | 30 |

**Table of Contents**

| Section | | Page |
|---|---|---|
| 4.5 | Hand Protection | 32 |
| 4.6 | Foot Protection | 33 |
| 4.7 | Hearing Protection | 33 |
| 4.8 | Respiratory Protection | 34 |
| 4.9 | Fall Protection | 35 |
| 4.10 | Personal Flotation Devices (PFDs) | 36 |
| | | |
| **5.0** | **Safe Practices** | **37** |
| 5.1 | Pre-Job Planning and Post-Job Wrap-Up | 37 |
| 5.2 | Housekeeping | 38 |
| 5.3 | Safety Signs | 39 |
| 5.4 | Barricades | 40 |
| 5.5 | Shop Safety | 43 |
| 5.6 | Machinery | 43 |
| 5.7 | Valves | 48 |
| 5.8 | Ladders | 49 |
| 5.9 | Scaffolds | 51 |
| 5.10 | Stairs and Walkways | 52 |
| 5.11 | Blowdown Lines (Open-ended Pressure Relieving Lines) | 52 |
| 5.12 | Relief Valves | 53 |
| 5.13 | Storage Tank Access | 54 |
| 5.14 | Rail Car Access | 54 |
| 5.15 | Hand Tools | 55 |
| 5.16 | Air Hoses, Tools and Air Compressors | 56 |
| 5.17 | Pressure Vessels | 57 |
| 5.18 | Flowlines, Gathering Lines, Transmission Lines and Process Piping | 59 |
| 5.19 | Abrasive Blasting | 60 |
| 5.20 | Ground Disturbance | 61 |
| 5.21 | Welding Precautions | 62 |
| 5.22 | Isolation/Opening of Equipment/Piping | 66 |
| 5.23 | Product Transfer and Handling | 67 |
| | | |
| **6.0** | **Work Control** | **69** |
| 6.1 | Work Permits - General | 69 |
| 6.2 | Permit-to-Work | 71 |
| 6.3 | Hot Work | 72 |

**Table of Contents**

| Section | | Page |
|---|---|---|
| 6.4 | Confined Space Entry | 74 |
| 6.5 | Excavations | 76 |
| 6.6 | Control of Hazardous Energy (Lockout/Tagout) | 79 |
| | | |
| **7.0** | **Material Handling** | **83** |
| 7.1 | General | 83 |
| 7.2 | Proper Lifting and Carrying Techniques | 83 |
| 7.3 | Crane Operation | 84 |
| 7.4 | Rigging/Slings | 87 |
| 7.5 | Forklift Operations | 88 |
| 7.6 | Personnel Lifts | 89 |
| 7.7 | Compressed Gas Cylinders | 90 |
| 7.8 | Sample Cylinders | 93 |
| 7.9 | Pipe Handling and Storage | 93 |
| 7.10 | Drum Handling and Storage | 95 |
| | | |
| **8.0** | **Electrical Safety** | **97** |
| 8.1 | General | 97 |
| 8.2 | Ground Fault Circuit Interrupter (GFCI) | 99 |
| 8.3 | Power Hand Tools | 99 |
| 8.4 | Lighting | 100 |
| 8.5 | Explosion Proof or Intrinsically Safe Electrical Equipment | 101 |
| | | |
| **9.0** | **Chemical Safety** | **103** |
| 9.1 | Chemical Safety Program | 103 |
| 9.2 | Specific Chemicals | 105 |
| | Asbestos | 106 |
| | Benzene | 107 |
| | Condensate | 107 |
| | Crude Oil | 108 |
| | Hydrogen Sulfide (H$_2$S) | 109 |
| | Natural Gas | 111 |
| | Naturally Occurring Radioactive Material (NORM) | 112 |
| | Polychlorinated Biphenyls (PCBs) | 112 |

**Table of Contents**

| Section | | Page |
|---|---|---|
| | Produced Water | 113 |
| | Sulfur Dioxide (SO$_2$) | 113 |
| 9.3 | Hazardous Chemical Spill or Release | 114 |
| **10.0** | **Fire Safety** | **115** |
| 10.1 | General | 115 |
| 10.2 | Personal Electronic Devices (PEDs) | 118 |
| 10.3 | Fire Extinguishers | 120 |
| 10.4 | Fire Drills | 122 |
| **11.0** | **Medical and First Aid** | **123** |
| 11.1 | Bloodborne Pathogens | 123 |
| 11.2 | First Aid/CPR/AED Training | 124 |
| 11.3 | First Aid Kits | 124 |
| 11.4 | Heat Exposure | 125 |
| 11.5 | Cold Exposure | 126 |
| 11.6 | International Travel | 128 |
| **12.0** | **Transportation Safety** | **129** |
| 12.1 | Motor Vehicle Operation | 129 |
| 12.2 | Trucks | 130 |
| 12.3 | Snowmobiles | 132 |
| 12.4 | Utility Vehicles (i.e. Kawasaki Mule) | 132 |
| 12.5 | Tractors, Loaders and Backhoes | 132 |
| 12.6 | Boats | 134 |
| 12.7 | Material or Personnel Transfer between Boats and Facilities | 134 |
| 12.8 | Helicopter and Fixed Wing Aircraft Travel | 136 |
| 12.9 | Helicopter Specific Aircraft Travel | 137 |
| **Appendix** | | |
| A | Basic Crane Hand Signals | 140 |
| B | High Voltage Line Clearances | 141 |
| C | Rigging Angle Chart | 142 |
| D | Physical Effects of H$_2$S | 143 |
| E | Heat Index Chart | 144 |
| F | Wind Chill Chart | 145 |
| G | Calculating Fall Clearance Distance | 146 |

## Purpose and Scope

This Safety & Health Manual is one means of communicating Anadarko's safety and health expectations to all employees, in a conveniently sized, easily accessible format. This Safety & Health Manual serves as a tool to help protect human health and life in all Anadarko operated locations throughout the world and to help minimize safety and health risk during our day-to-day work. This Safety & Health Manual is not intended to replace the numerous programs, procedures and guidelines that are in place to support site-specific work practices, but will serve as a guide to those more detailed documents. This Safety & Health Manual compliments conformance to governmental and local safety and health rules and regulations and serves as a reference source for maintaining uniform safety and health practices by specifying minimum rules and standards.

1

(this page intentionally left blank)

2

**Employee Acknowledgement Form**

As an Anadarko employee, I recognize that my safety responsibilities include:

1. Complying with Anadarko safety and health policies, programs and procedures;
2. Seeking supervisory guidance when unsure of correct work procedures;
3. Performing job duties safely. This includes setting a safe example, properly using safety equipment and devices, using safe work practices, as well as keeping equipment and tools in good working order;
4. Reviewing and familiarizing myself with the contents of this Safety & Health Manual;
5. Taking an active part in safety programs, including participating in safety meetings/activities and completing required training;
6. Immediately reporting every accident, as well as unsafe work conditions or practices, to the manager/supervisor;
7. Accepting the obligation and responsibility to make and keep the workplace safe and free of recognized hazards;
8. Learning the hazards of each job, taking the necessary precautions and making suggestions for corrective actions or improvements; and
9. Helping less experienced personnel work safely and understand Anadarko's safety and health expectations.

I, _____

(print name)

acknowledge the receipt of this Safety & Health Manual. I further acknowledge that I have read, understand and agree to the above. If I have any questions, I will direct them to my supervisor or local safety representative.

_____        _____
(signature)                              (date)

**Employee to complete and forward this copy to local safety representative**

3

(this page intentionally left blank)

4

**Employee Acknowledgement Form**

As an Anadarko employee, I recognize that my safety responsibilities include:

1. Complying with Anadarko safety and health policies, programs and procedures;
2. Seeking supervisory guidance when unsure of correct work procedures;
3. Performing job duties safely. This includes setting a safe example, properly using safety equipment and devices, using safe work practices, as well as keeping equipment and tools in good working order;
4. Reviewing and familiarizing myself with the contents of this Safety & Health Manual;
5. Taking an active part in safety programs, including participating in safety meetings/activities and completing required training;
6. Immediately reporting every accident, as well as unsafe work conditions or practices, to the manager/supervisor;
7. Accepting the obligation and responsibility to make and keep the workplace safe and free of recognized hazards;
8. Learning the hazards of each job, taking the necessary precautions and making suggestions for corrective actions or improvements; and
9. Helping less experienced personnel work safely and understand Anadarko's safety and health expectations.

I, _____
(print name)

acknowledge the receipt of this Safety & Health Manual. I further acknowledge that I have read, understand and agree to the above. If I have any questions, I will direct them to my supervisor or local safety representative.

_____     _____
(signature)                                          (date)

**Employee to complete and retain this copy in this manual for their Records**

5

(this page intentionally left blank)

## 1.0   General Information

1.1   Manager/Supervisor Responsibilities

A.   Each manager/supervisor is responsible for implementing and maintaining an efficient, safety-oriented workplace and must recognize that safety is an integral part of each operation. The manager/supervisor is best positioned to promote a safety-conscious working environment. Manager/supervisor responsibilities include:

1.   Understanding and supporting Anadarko's safety and health policies, programs and procedures;

2.   Setting a safe example for employees to follow;

3.   Communicating safe work programs/procedures to each employee;

4.   Observing employee work practices;

5.   Ensuring that employees are trained in their job duties;

6.   Initiating, attending and ensuring documentation of regularly scheduled safety meetings with employees;

7.   Performing periodic safety inspections, as necessary, to reduce or control physical and mechanical hazards or unsafe work practices and verifying that emergency safety equipment is in good working order;

8.   Ensuring accidents are reported and appropriately investigated in a timely manner, and recommending and taking appropriate corrective actions;

9.   Staying current on the operation of new equipment and assuring that procedures are updated as necessary;

10.   Requiring employees to comply with established Anadarko safety and health rules;

11. Counseling employees who are not in com-
pliance with safety and health procedures;
and

12. Ensuring that unsafe acts or conditions are
reported immediately and addressed.

## 1.2   Employee Responsibilities

A.   Each employee also has a personal and joint
responsibility with their supervisor to con-
tribute to safe work performance.  Employee
responsibilities include:

1. Complying with Anadarko safety and health
policies, programs and procedures;
2. Seeking supervisory guidance when
unsure of correct work procedures;
3. Performing job duties safely.  This includes
setting a safe example, properly using safe-
ty equipment and devices, using safe work
practices, as well as keeping equipment
and tools in good working order;
4. Reviewing and familiarizing themselves
with the contents of this Safety & Health
Manual;
5. Taking an active part in safety programs,
including participating in safety
meetings/activities, incident investigations
and completing required training;
6. Immediately reporting every accident, as
well as unsafe work conditions or practices,
to the manager/supervisor;
7. Accepting the obligation and responsibility
to make and keep the workplace safe and
free of recognized hazards;
8. Learning the hazards of each job, taking the
necessary precautions and making sug-
gestions for corrective actions or improve-
ments; and

8

9. Helping less experienced personnel work
safely and understand Anadarko's safety
and health expectations.

## 1.3   Contractors
(For detailed information, refer to the Anadarko
Contractor Assessment Program)

A.   Anadarko Practices Concerning Contractors

The primary responsibility for the personal safe-
ty and health of contractor employees rests with
the contractor.  The contractor must conduct
operations to prevent hazards to any person or
property.  For a list of Approved Contractors or
how to add a Contractor to the Program, refer to
the Anadarko Contractor Assessment Program.

Anadarko's practice concerning contractors is to:

1. Select contractors with good safety and
health programs and performance;
2. Communicate site-specific safety and
health matters to the contractor, as well
as their role in an emergency; and
3. Report recognized violations of applica-
ble safety standards to contractor man-
agement.  Be prepared to stop work or
terminate the contract.

B.   Contractor Responsibilities

In recognition of the independent contractor
status, Anadarko expects contractors to:

1. Comply with all contractual requirements;
2. Comply with all safety and health laws,
rules and regulations applicable at loca-
tions where services are performed.
This includes governmental and local

9

laws, rules and regulations;

3. Provide and maintain all required personal protective equipment, safety equipment and instrumentation necessary to perform their work effectively, efficiently and safely;

4. Ensure adequate training of their employees in the proper use of equipment and safe performance of job activities; and

5. Report all injuries and incidents immediately to the appropriate Anadarko manager/supervisor.

## 1.4   Visitors

A. Visitors are persons who do not work at that specific work location. Visitors may include organized tours, government agents, guests, vendors or Anadarko employees from other locations.

B. All visitors must receive an appropriate safety orientation. The safety orientation will include:

- No smoking rule;
- Facility alarms and emergency/evacuation procedures;
- Hazardous locations and substances that may be encountered;
- Personal protective equipment requirements; and
- Reporting of injuries/incidents.

C. Visitors must not tour work locations unescorted unless prior approval has been obtained from local management.

D. Visitors must wear personal protective equipment (PPE) such as a hard hat, safety glasses, hearing protection, proper footwear, etc., as appropriate.

E. The local site may provide PPE to visitors, as needed.

10

## 1.5   Government Safety and Health Inspections

A. Anadarko does not require government agencies to obtain a search warrant to conduct safety and health inspections.

B. Employees having initial contact with a government agent should:

1. Ask for identification or authority of the government agent; and

2. Immediately notify their supervisor of the government agent's presence and intent. If unable to contact the supervisor, contact the next level of management.

C. The senior employee on location should:

1. Determine the type of inspection;

2. Determine the specific operation to be inspected;

3. Establish the duration of the inspection;

4. Determine the government agent's activities during the inspection; such as interviews, records review or observations. Attempt to limit the inspection to the area of specific inquiry;

5. Ensure the government agent is briefed on site safety requirements, has appropriate PPE for the job site and is escorted at all times; and

6. Notify Corporate Safety and Health.

D. When escorting the government agent during the inspection:

1. Take the most direct route to the area of specific inquiry;

2. Maintain detailed notes of the government agent's activities;

11

3. Upon request, permit the government agent to review the records consistent with the basis of the inspection;
4. Upon request, permit employees to participate in the inspection;
5. Employees can be questioned about local work conditions; and
6. Record the same physical measurements and take the same photographs as taken by the government agent.

E. Employees shall not sign inspection documents unless instructed to do so by their manager or legal advisor.

1.6    Emergency Plans

A. Office buildings occupied by Anadarko personnel shall have emergency evacuation plans. Drills shall be conducted at least annually to test the effectiveness of the plan. These drills are to be documented.
B. Manned facilities will have site specific emergency plans. Drills shall be conducted at least annually to test the effectiveness of the plans and these drills will be documented.
C. Personnel should be aware of their responsibilities during an emergency, as outlined in their local plan. Preparedness is the first step to the successful handling of an emergency. Emergencies that could occur on the job include:

• Personnel Injury;
• Unexpected Release of a Hazardous Material;
• Fire or Explosion;
• Transportation Incident;
• Natural Disaster;

• Bomb Threat;
• Terrorist Incident; and
• Demonstration or Cultural Disturbance.

1.7    Incident Management Plan (IMP)

A. Emergency preparedness and response planning is an integral factor in ensuring employee health and safety, protecting the environment, public safety, and Anadarko assets. Each operating division and subsidiary will develop an IMP to aid management, supervisors, employees and contract personnel to know, understand and fulfill the expectations for their positions in the event of an incident.
B. An IMP Guide is available to serve as a reference tool in preparing plans and responding to incidents to ensure people, the environment and Anadarko assets are protected. In addition, this Guide aids in complying with governmental and Anadarko requirements.

1.8    Safety Meetings/Training

A. Safety meetings and training are key to preventing incidents.
B. Supervisors will arrange for employees to attend safety training and regularly scheduled safety meetings. Information from this Safety and Health Manual should be discussed at the meetings as well as applicable safety programs, procedures and policies. Hazards from the work area and the status of corrective measures should be reviewed and discussed. Incidents and lessons learned should be discussed from a preventative perspective and not used to punish, single out or embarrass an employee. Other topics pertinent to field oper-

ations should also be presented as appropriate.

C. Minutes on safety meetings as well as records on safety training must be maintained. Safety meeting proceedings will be summarized including topics discussed and a list of attendees. Safety training records shall include a copy of the training material, attendance log and any assessments conducted. A copy of the records should be forwarded to the local safety representative for review. Original records are to be kept in the local office. Safety meeting minutes will be kept on file for five (5) years. Safety training records are to be kept for the length of employment plus twenty (20) years.

1.9 Access to Occupational Medical Records (For detailed information, refer to the Anadarko Access to Employee Exposure and Medical Records Program)

A. Employees may access their occupational exposure and medical records upon request. Access may be obtained upon your written request and completion of the Anadarko "Request of Access for Employee Exposure and Medical Records" form. This form is available from the Anadarko EHS website or from your local safety representative.

1.10 Anadarko EHS Passport

A. The Anadarko EHS Passport is a personal record of the employee's EHS activities and contributions. The data recorded reflects the employee's involvement in and commitment to Anadarko EHS programs, policies and procedures.

B. Training is an essential element of the EHS Program and the EHS Passport provides the employee an easy way to track their training participation. The employee is responsible for correctly recording all of their EHS training and contributions and keeping current on all training to maintain and improve their skills. Specific training may be required for participation in various operations or for conducting certain tasks. The Anadarko EHS Passport can provide immediate verification of the employee's qualifications to perform required tasks.

C. The Anadarko EHS Passport also provides company identification with the employee's photograph should it be necessary for controlling access in restricted areas.

D. The Anadarko EHS Passport includes space to list the employee's personal emergency notification information.

14

15

(this page intentionally left blank)

## 2.0    Incident Reporting

2.1    General

A.  Documentation of a Safety and Health Incident is typically accomplished electronically via the Anadarko Intranet for internal reporting. The reporting forms are completed on-line and when submitted, are routed to predetermined supervisory/managerial personnel. Those locations that do not have APC Intranet access may complete a paper copy of the appropriate report form and forward it to their supervisor. The report forms utilized for incident reporting are:

• Employee Injury/Illness Report (APC 412);
• Vehicle Accident Report (APC 252);
• Property Damage/Loss Report (APC 403);
• Third Party Injury/Illness Report (APC 186); and
• Third Party Property Damage Report (APC 186).

This electronic reporting does not replace management notification required within each Division/Subsidiary.

B.  The reporting of incidents described in this Section does not constitute an incident investigation, it is only a report of the facts known at the time when completing the report. An incident investigation will be conducted with the depth of the investigation determined by the severity or potential severity of the incident.

C.  External reports may be required by governmental agencies.

2.2   Employee Injury/Illness Report (APC 412)

    A.   Employees must immediately report any occupational injury/illness to their supervisor, no matter how slight the injury/illness may be.

    B.   The supervisor will review the circumstances related to the injury/illness and complete the Employee Injury/Illness Report form APC 412 as soon as possible, preferably on the same day as the incident.

    C.   Serious injury/illnesses (fatality or multiple injuries) must be reported (phone call) as soon as possible to the Division/Subsidiary office, which will in turn notify the Corporate Safety and Health Department, the Legal Department and the Risk Management Department.

    D.   Names and addresses of witnesses to accidents or injuries must be included on the report form.

2.3   Vehicle Accident Report (APC 252)

    A.   Employees involved in a vehicle accident must stop, render assistance and notify appropriate authorities.

    B.   Accidents involving Anadarko vehicles, or with any vehicle while on Anadarko business, must be immediately reported to the driver's supervisor.

    C.   The supervisor shall review the circumstances related to the vehicle accident and complete the Vehicle Accident Report form APC 252 as soon as possible, preferably on the same day as the incident.

    D.   Serious vehicle accidents (fatality of occupants in vehicles or pedestrians, or serious injury) must be reported (phone call) as soon as possible to the Division/Subsidiary office, which will in turn notify the Corporate Safety and Health Department, the Legal Department and the Risk Management Department.

    E.   Names and addresses of witnesses to vehicle accidents must be included on the report form.

2.4   Property Damage/Loss Report (APC 403)

    A.   Incidents involving damage to or loss of Anadarko property (fires, explosions, etc.) must be reported on Anadarko's Property Damage/Loss Report form APC 403.

    B.   Theft or vandalism of Anadarko property should be reported to the Anadarko Corporate Security Department.   Contact Corporate Security for the appropriate reporting form.

2.5   Third Party Injury/Illness Report (APC 186)

    A.   Contractors shall provide the Anadarko site supervisor with an immediate verbal report of every injury/illness which occurs on Anadarko premises or while conducting business on behalf of Anadarko.

    B.   The site supervisor shall review the circumstances related to the injury/illness and complete the Third Party Incident Report form APC 186 as soon as possible, preferably on the same day as the incident.

    C.   Serious injury/illnesses (loss of life or limb, 3 or more injured in the same incident or 2nd/3rd degree burns) must be reported (phone call) as soon as possible to the Division/Subsidiary office, which will in turn notify the Corporate Safety and Health Department, the Legal Department and the Risk Management Department.

    D.   Names and addresses of witnesses to an accident or injuries must be included on the report form.

2.6    Third Party Property Damage Report (APC 186)

A. Incidents involving damage to or loss of property belonging to others must be reported on Anadarko's Third Party Incident Report form APC 186.

**3.0    Office Safety**

3.1    General

A. An office environment can pose potential hazards. General safety guidelines for employees who work in an office environment include:

1. Walk, do not run;

2. Be familiar with fire escape routes in your building, especially in high-rise buildings. Do not use elevators in case of a fire;

3. Be familiar with the fire reporting system for your building;

4. Most building management policies do not allow smoking inside the building. Check with your building management. In locations where smoking is allowed, matches, cigarettes and cigars must be completely extinguished before disposing of them, whether inside or outside the building. Disposal must be made in the proper receptacle, never in a wastepaper basket;

5. Corridors, storerooms and all other office space will be free of rubbish, excessive paper and magazines or flammable material. Oily or greasy rags must be properly disposed;

6. Electrical cords must be placed so they do not present a tripping hazard. Electrical cords must not be placed across an aisle or passageway without proper protection. Extension cords are only to be used as temporary wiring;

7. Leave the paper cutter blade down and the safety latch hooked when not in use;

8. Electric fans, heaters and similar appliances can cause serious injury if improperly used. Fans must be equipped with

20

21

suitable guards. A portable heater can overload electric circuits and cause a fire and therefore cannot be used without approval. If approved, electric heaters must be kept a safe distance from flammable or combustible materials. Electric heaters must have an auto shut-off tipping safety switch;

9. Defective light fixtures, loose outlet plates, bad insulation on electrical cords and other potential electrical safety hazards must be reported without delay;

10. Wet floors and other slipping or tripping hazards should be corrected immediately;

11. All file cabinets should be loaded with heavy materials placed in the bottom drawers. Do not open more than one file cabinet drawer at a time;

12. Filing cabinet and desk drawers should be closed immediately after use to avoid a bumping or tripping hazard;

13. Furniture that is not designed to be stacked (i.e., bookcases, file cabinets) should not be placed one upon the other;

14. Get help when lifting something heavy;

15. When ascending or descending stairways, always have one hand free to hold the handrail. Take one step at a time. Do not attempt to carry bulky or heavy packages that interfere with good vision of the staircase;

16. Always stand on an approved ladder or step stool when reaching for articles in high places. Never use a swivel chair or chair on casters as a step stool;

17. Approach closed doors with caution as someone may be ready to open it from the other side;

18. Report all injuries to your supervisor

22

immediately. Obtain first aid to prevent infections; and

19. Control your vehicle speed to posted or safe levels in parking lots and parking garages. Watch for cars backing out of parking spaces and for pedestrians walking in the garage.

B. Office personnel going to a field location should be aware of the training and PPE that will be required for their field visit. Visiting office personnel should bring the appropriate PPE with them or make arrangements for it to be furnished at the field location. Visiting office personnel should contact the field supervisor or local safety representative for site-specific requirements.

3.2    Ergonomics

Ergonomics is the applied science concerned with the designing and arranging things people use so that the people and things interact most efficiently and safely.

Typically the ergonomic concern in a field or facility environment is manual lifting and carrying, which is covered in Section 7.2.

The ergonomic concern in an office environment is normally associated with a computer, associated furniture and body posture.

A. Furniture

1. Chair - An important component of an ergonomically friendly office is a supportive chair. For jobs that require sitting for the majority of the day, a supportive chair

23

is very important.  A chair should be adjustable to provide a supportive cradle for your body.

a. When using a computer, your chair should be positioned directly in front of the computer screen as well as the keyboard. Your body should be relaxed but yet maintain a good posture.

b. A proper chair allows enough clearance behind your knees (1 to 2 inches, 3 to 5 cm) when you are seated against the backrest.  Use the backrest of the chair to provide full support, particularly of the lower back. You should adjust the height of your chair to allow for proper arm positioning and leg and foot positioning.

2. Keyboard - Your sitting position will dictate the tilt of the keyboard.  The position of the keyboard should result in your wrists being in the neutral position, not tilted up or down. This position should also allow for your shoulders to be relaxed, with your elbows at 100 to 120 degrees of extension.  Typically, the center of the keyboard should be centered with the monitor.  This will assist you with proper body posture.

3. Monitor - Proper placement of the monitor is very important.  It affects the comfort of your eyes, neck and upper back.  The monitor should be placed directly in front of you to keep your neck straight. The top of the monitor should be positioned at or below eye level and about an arm's length away.  It should not be positioned too high, as a slightly downward gaze

24

should be maintained to view the screen. A consistent upward gaze can cause your eyes to dry and become irritated.  It can also contribute to possible neck, shoulder and upper back discomfort.

a. Avoid having glare on the screen by positioning it out of the way of a glare source.  Avoid reflections from windows or overhead lighting.  Tilt or swivel the monitor screen to eliminate reflections and glare on screen, or add an anti-glare filter.

b. Reduce glare on work surfaces by decreasing overhead lighting and using window shades effectively. Add a task light if necessary to illuminate documents properly.

4. Mouse - The mouse and mouse pad should be placed within easy reach and on the same level as the keyboard. Placement of the mouse should not require excessive reaching.

5. Copyholder - Use a copyholder to place documents as close to the computer screen as possible and at the same height and distance.  This keeps the eye position for the document at the same general plane as the computer screen, which reduces the amount of repetitive neck movement.

B. Body Position

1. Body Posture - Your overall body posture sets the tone for your affected body parts.  Sitting posture typically should be upright.  The angles at your hips and knees should be about 90 degrees, your

25

back should be straight and your feet supported by the floor or footrest.

2. Eyes - Your eyes can be strained by looking at the monitor for long periods of time. Looking up at a monitor for long periods can also cause the eyes to dry out and become red and irritated.

   a. The monitor should be in a position that facilitates a slightly downward gaze of the eyes. Your eyes should be no closer than 20 inches (51 cm) to the monitor.

   b. Take frequent vision breaks by looking as far away as you can every 15 to 20 minutes. This will exercise your eyes and reduce fatigue.

3. Wrists and Elbows - While operating your keyboard or your mouse, your forearms, wrists and hands should be fairly straight and not significantly bent in any direction. During keying, your fingers should be slightly curved but not curled.

   a. The keyboard and mouse should be kept in a position where the elbows maintain a 100 to 110 degree angle. If you are sitting up straight in the chair, your wrist will be slightly below your elbows.

   b. The keyboard and mouse should be close to your lap. Your elbows should be in at your sides and not reaching forward. Elbows should also be relaxed near your torso. Avoid resting your elbows on the hard surface or edge of the table.

   c. Your wrists should be in a straight posi-

tion (not bent) when keying or using a mouse. Wrist rests, when used during pauses, can be helpful in keeping your wrists straight. Float your arms above the keyboard and wrist rest when keying. Avoid resting your wrists on the table or wrist rest while typing.

   d. Avoid hitting the keyboard with excessive force. Studies have shown that the average user hits the keyboard with four times the required force when keying. Avoid holding your pointing devices tightly, your hand should be relaxed.

4. Shoulders - Your shoulders should not be elevated or shrugged. Keep your shoulders relaxed with your elbows close to your sides when working.

5. Head/Neck/Upper Back - Your head should be directly facing your computer screen. Do not extend beyond a maximum of 30 degrees of forward bending and a maximum of 20 degrees twist from side to side. Avoid twisting or bending your trunk or neck when working.

6. Low Back - Maintain good posture when working at the keyboard. Maintain your back curves with the use of back support (either built in to your chair or a cushion). Your buttocks should be pressed against the rear crease of your chair back to fully utilize the back support.

7. Legs/Feet - When working with your computer, keep your feet supported either on the floor or on a footrest to reduce pressure on your lower back. Proper posture includes your thigh to knee degree range from 60 to 90 degrees and your torso to thigh degree

26

27

range from 90 to 120 degrees. With your buttocks planted in the rear crease of your chair, you should have 1 to 2 inches (3 to 5 cm) of space between the front edge of the chair seat and the back of your knees.

C. Taking Breaks

  1. Take periodic rest breaks from your computer work during the day. These breaks can be brief and should include stretching, changing position or standing up for optimal results. Every few hours get up, move around and try to do an alternative work activity.

D. Stretching

  1. Simple stretches can rejuvenate areas of potential fatigue. Examples are Neck Stretch, Neck Rotation, Overhead Reach, Shoulder Flex, Chair Rotation Stretch, Arms Behind Your Back Stretch, Wrist Rotation, Wrist Flex, Finger Extension and Finger Flex. Of course there are many other exercises and your physician should be consulted prior to any exercising.

E. If you have any questions about ergonomics, contact your local safety representative.

28

## 4.0 Personal Protective Equipment (PPE)

(For detailed information, refer to the Anadarko Personal Protective Equipment Program)

4.1 General

A. Anadarko requires the use of PPE while in the workplace. The wearing of a hard hat, safety-toed footwear and safety eyewear is mandatory at Anadarko field locations. The use of other PPE will be dictated by the hazards presented in the workplace and may include hand protection, face protection, hearing protection and respiratory protection. Refer to the local PPE Hazard Assessment.

B. Personnel will maintain their PPE and will replace it when it no longer provides adequate protection. Prior to using PPE, the wearer must be knowledgeable about the proper use, care and limitations.

C. Contractors working at Anadarko locations are responsible for providing and maintaining their own PPE, as well as being aware of the proper PPE applications and limitations.

4.2 Proper Job Attire

A. Proper work clothing will vary according to job and location, but general guidelines include:

  1. Loose clothing, rings, neckties and loose jewelry should not be worn when working around moving machinery;

  2. Clothing saturated with a hazardous (flammable or toxic) material must be removed as soon as possible and not worn again until the clothing has been cleaned;

  3. Personnel should be fully clothed at all

29

times (i.e., shorts and sleeveless tops are unacceptable); and

4. Long hair or beards may constitute a hazard and must be secured when working around moving machinery or rotating tools and equipment.

### 4.3 Head Protection

A. Hard hats meeting ANSI Z89.1 (impact protection, Type I and electrical protection, Class E) or equivalent international standards, must be properly worn by all persons in all work areas, except offices, crew quarters or when an employee is riding in an enclosed vehicle.

B. Hard hats must not be altered by boring holes through the shell, since this weakens the hat and reduces the protection it provides.

C. Hard hats must not be painted as some paint ingredients may degrade the hard hat material, thus reducing the degree of protection.

D. Metal hard hats are not allowed to be worn at Anadarko facilities.

### 4.4 Eye and Face Protection

A. Eye protection equipment shall meet ANSI Z87.1 (or equivalent international standard).

B. Non-prescription spectacle-type safety glasses with side shields are provided to employees.

C. Prescription safety glasses are purchased by Anadarko and provided to employees as required by their job.

D. Anadarko issued eye protection equipment (safety glasses, goggles, face shields, etc.) for employees will be replaced at Anadarko's expense when no longer serviceable.

E. Contact lenses do not provide eye protection. Small foreign particles may become trapped under the lens and damage the cornea. In addition, chemicals splashed in the eyes may concentrate under the lens and prevent proper flushing of the eyes. Contact lens wearers must inform their supervisors and co-workers of their use.

F. Requirements

1. Safety Glasses/Impact Goggles

a. Safety glasses or impact-type goggles must be worn when performing or in the vicinity of activities such as chipping, grinding, buffing, scraping, hammering or during any activity involving flying or falling objects or particles.

2. Chemical Goggles

a. Splash-proof chemical goggles (face shields may be additionally required) must be worn while handling hazardous liquids, powders, vapors or during any other operation where the eyes may be exposed to hazardous materials.

3. Face Shields

a. Face shields offer additional protection to the face and eyes, yet are considered secondary protection. Whenever face shields are used, primary protection such as safety glasses or chemical goggles must also be used.

4. Shaded Lenses

    a. Number 5 or 6 shade lenses, or equivalent international rating, must be worn when cutting material with acetylene gas. Helpers engaged in such work must wear number 4 shade lenses or international equivalent.

    b. Electric arc welding requires the use of a welding helmet fitted with shaded lenses. Helpers must wear shaded lenses to prevent flash burns to the eyes.

5. Eyewash Facilities (fixed and portable)

    a. Eyewash stations will be provided for immediate emergency use at locations where hazardous chemicals (caustic, corrosive, etc.) are used. Eyewash stations must be clearly marked and accessible.

    b. Eyewash stations shall be checked periodically for proper function including water temperature, pressure and quality.

4.5   Hand Protection

A. Personnel must wear appropriate hand protection as required by the job conditions. Examples of appropriate hand protection include:

1. Leather gloves when handling wire rope;
2. Cloth gloves when handling pipe;
3. Appropriate impervious gloves when handling acids, caustics, solvents, cleaning agents, other petroleum hydrocarbons, etc.;

32

4. Rubber gloves approved for electrical work; and
5. Insulated or heat resistant gloves when handling steam hoses or when performing other duties in which regular work gloves do not afford burn protection or protection from cold.

4.6   Foot Protection

A. Safety-toed footwear is required to be worn at Anadarko field locations. Appropriate footwear must be worn as required by the conditions of the job. The safety-toed footwear must meet ASTM F2413 or equivalent international standard. Anadarko will provide approved safety-toed footwear to employees, as needed.

4.7   Hearing Protection
(For detailed information, refer to the Anadarko Hearing Conservation Program)

A. Hearing protection and training will be furnished to employees who are exposed to areas where the noise level is 85 dBA or higher.

B. Warning of high noise areas of 85 dBA or greater may be accomplished through posting signs, noise surveys or notification. Suspected high noise areas must be reported to the Area/Location Supervisor or local safety representative so appropriate actions can be initiated.

C. Different types of hearing protection, including earmuffs and plugs, are available for employee selection.

D. The local safety representative will work with local management to periodically monitor

33

high noise areas to ensure proper employee education and protection is being provided.

4.8 Respiratory Protection
(For detailed information, refer to the Anadarko Respiratory Protection Program)

A. Respiratory protection will be provided to Anadarko employees based on hazard exposure.
B. Employee medical clearance and fit testing must be evaluated prior to using respiratory protective equipment.
C. Employees who are required to use respiratory protection equipment must receive training in the care, use, limitations of the equipment and be familiar with site-specific respiratory protection procedures.
D. Respirators must be routinely inspected, cleaned after use and stored in a sanitary manner. Emergency equipment must be inspected on a monthly basis and records maintained.
E. Only approved (NIOSH/MSHA) or equivalent international standard respirators are to be used. Full face positive pressure self-contained breathing apparatus (SCBA) or full face positive pressure airline respirators with a full emergency egress bottle shall be used when employees are exposed to oxygen deficient or contaminated atmospheres.
F. Respirators other than supplied air or disposable respirators (particulate/dust masks) must be approved by the local safety representative.
G. The wearing of contact lenses with a respirator is permitted with Supervisor approval.
H. The wearing of eyeglasses with a full-face piece respirator will prevent a good face seal.

Specially designed eyeglass adapters should be obtained and used if the employee must wear prescription glasses when using a full-face piece respirator.
I. Facial hair between the respirator face piece and the face is prohibited (i.e., beards, long sideburns).
J. There are strict requirements for compressors supplying breathing air. The local safety representative shall approve the use of these compressors.

4.9 Fall Protection
(For detailed information, refer to the Anadarko Fall Protection Program)

Employees shall be protected from falling from heights of 4 feet (1.2 m) or more. Fall protection refers to the use of permanent guardrails, temporary guardrails or personal fall arrest system.

A. When working on elevated surfaces 4 to 6 feet (1.2 to 1.8 m) in height, permanent or temporary guardrails are required. Personal fall arrest systems are not acceptable as fall protection.
B. When working on elevated surfaces which are 6 feet (1.8 m) or greater in height, personal fall arrest equipment or permanent or temporary guardrails are required.
C. Walking and working surfaces shall be free of floor holes and openings. Floor holes and openings shall be either covered or guarded.
D. If a temporary floor opening is necessary, it shall be covered, protected by guardrails or attended.

34

35

4.10   Personal Flotation Devices (PFDs)

A. A personal flotation device (PFD) includes a work vest or life jacket. PFDs must meet U.S.C.G. approval or equivalent international standards.

1. Work vest will be U.S.C.G. approved Type V or equivalent international standard.
2. Life jacket will be U.S.C.G. approved Type I or equivalent international standard.

B. Employees who work over or near water must wear a fully secured PFD in the performance of their job duties, except when working on immovable installations where guardrails are provided or in enclosed areas. In addition, employees on offshore platforms are required to wear a PFD when working at the +10 foot (3 m) level and below.

C. Employees are responsible for the care and maintenance of the Anadarko provided PFD. A PFD must be replaced when it is no longer an effective flotation device.

D. Employees must wear a PFD when boarding or disembarking vessels.

E. Wearing a PFD is not mandatory while riding in the cabin of a crew or supply boat. However, when outside the cabin, employees must wear a PFD.

F. A PFD must be worn while performing work on cargo vessels, tugs or barges.

G. Inflatable life jacket must be worn when traveling over water by helicopter.

H. Life jacket must be worn while conducting platform abandonment drills.

36

# 5.0   Safe Practices

5.1   Pre-Job Planning and Post-Job Wrap-Up

Pre-job planning is a pre-requisite for any job. The pre-job planning for the work may be a simple exercise involving only you, or it may involve many people.

A. Factors to consider prior to starting a job may include:

1. Has the work been defined?
2. Is a permit required?
3. Have the hazards been identified and evaluated?
4. Will the job create any hazards?
5. Have the hazards been eliminated or reduced?
6. Are the right people involved?
7. Are the proper tools available?
8. Is the appropriate PPE identified?
9. What safe work practices are to be used?
10. Have precautions been taken to prevent a spill or release?
11. Have the MSDS for chemicals involved been reviewed?
12. Have affected employees been notified?

B. After completing a job, the post-job wrap-up is just as important as preparing for the work. Factors to consider for work closure may include:

1. Has the equipment been returned to a safe state?
2. Has the appropriate job documentation been completed?
3. Have the tools been returned to their proper place?

37

4. Do any tools or PPE need to be serviced, repaired or replaced?
5. Has good housekeeping been practiced?

## 5.2   Housekeeping

Good housekeeping at Anadarko's facilities helps prevent accidents. Good housekeeping means keeping the work area as clean and orderly as possible. Good housekeeping practices include:

A. Floors should be kept clean and dry. Clean up any oil, water or other substances that are spilled on the floor;
B. Aisles and walking areas shall be appropriately marked and kept free of tools, equipment or other obstructions;
C. Keep all stairways, landings etc., free of any tripping hazards. Immediately report inadequate lighting;
D. Tools and equipment shall be returned to tool boards, tool chests or other storage areas when they are not in use. Tools shall be kept clean and in good repair;
E. Oily rags shall be stored in covered metal containers to prevent fires;
F. Paints, cleaning materials, solvents and other flammables should be stored in proper containers and kept in areas that are removed from ignition sources in order to prevent fires;
G. Weeds shall be kept under control and away from sources of ignition. Also, the inside of dikes around flammable storage tanks must be kept free of vegetation; and
H. Lube oil from equipment shall be cleaned up regularly to prevent hazardous accumulations around compressors and other machinery.

38

## 5.3   Safety Signs

Safety signs are to be posted throughout the work areas to identify hazards, warn or provide instruction. Standardized colors, symbols and key words are used on signs to provide a consistent method of communication. While signs are considered a permanent means of communication, tags may be used as a temporary means of relaying a message.

The following criteria shall be observed in displaying signs or tags at Anadarko operated facilities. For international locations, consult with your local safety representative for additional requirements.

A. Danger Signs

1. Danger Signs should be used only where an immediate hazard exists and personnel need to be made aware that special precautions are necessary.
2. Danger Signs are colored red, black and white.

B. Caution Signs

1. Caution Signs should be used only to warn against potential hazards or to caution against unsafe practice.
2. Caution Signs standard background color is yellow. If a sign contains a black panel, then the letters on the panel are yellow. Any letters used against the yellow background shall be black.
3. All walkway obstructions that cannot be removed should be painted yellow with a black stripe to indicate physical hazards.

39

C.  Instruction Signs

1.  Safety Instruction Signs should be used where there is a need for general instructions and suggestions relative to safety measures.
2.  Safety Instruction Signs standard background color is white.  If it contains a green panel, then the letters on the panel shall be white.  Any letters on the white background shall be black.

D.  Tags

1.  Tags are temporary means of warning personnel of a hazardous condition or defective equipment.
2.  Within the Lockout/Tagout Program, tags are used to identify or control mechanical or equipment hazards.  Tags must be used with a positive control means.  See the Anadarko Control of Hazardous Energy (Lockout/Tagout) Program for further details.

E.  Barricade Tape

1.  Barricade Tape is a temporary means of warning employees and the general public of an unsafe condition.  Barricade Tape is used to block access to trenches or to cordon off unsafe areas and can be used to temporarily limit access to a specific area.

5.4  Barricades

Barricades isolate hazardous areas to prevent access by pedestrian and vehicle traffic.

A.  Barricades shall be constructed to safeguard personnel when hazardous conditions exist including:

1.  When overhead work creates a hazardous condition below;
2.  When tripping hazards are created;
3.  When excavations are made;
4.  When a condition exists that may cause a harmful substance to drain, spill, spray or leak on any personnel;
5.  When driving hazards are created;
6.  When cleaning vessels, pipes or equipment;
7.  When spray painting is being done;
8.  When radiological examinations are being performed;
9.  When lifting devices (such as autocranes, cranes and aerial lift trucks) are elevated near energized overhead lines;
10. When employees are exposed to un-insulated energized conductors or circuit parts; and
11. When sandblasting on equipment involved in a process that cannot be moved to an isolated area and traffic is expected.

B.  General requirements for barricades include:

1.  Barricades are to be clearly visible from all avenues of approach;
2.  Barricades shall be placed far enough from the hazards to protect personnel from the hazard;
3.  Barricades may be made of safety tape, pendant type flagging, physical barriers

40

41

such as saw horses, fencing, cones or manned by personnel as long as sufficient warning is provided;

4. Tape or pendant type barricades should be installed at a level not higher than five (5) feet or lower than two (2) feet from the surface on which a person would approach;

5. Barricades around excavations or hazardous areas in plant boundaries shall be illuminated at night to ensure that they are seen;

6. No one shall enter a barricaded area unless they are part of the work force assigned to perform the work inside of the barricade;

7. Operations personnel shall be allowed to perform their normal job functions. If they must cross a barricade, work shall stop during the time they are required to be there;

8. Barricades shall be removed whenever a hazard is eliminated. No one shall remove barricade without receiving authorization from the person in charge of the project or operation; and

9. Barricades shall be used in conjunction with safety signs where it is necessary to prevent or limit employee access to work areas exposing employees to un-insulated energized conductors or circuit parts. Conductive barricades may not be used where they might cause an electrical contact hazard.

## 5.5   Shop Safety

Specific safe work practices in the shop area may be required depending on the work performed or the equipment and material used and stored. General safe work practices for shop activities include:

A. Shops must be kept clean and orderly;

B. Junk, scrap and waste must be placed in containers or specialized areas and disposed of frequently;

C. Shops should be well lighted;

D. Machines, benches and work areas should be located to allow free handling of materials and equipment;

E. Fire fighting equipment must be provided for the potential hazard involved and readily accessible;

F. A first aid kit must be provided, stocked and readily available;

G. PPE must be provided as needed and maintained in good condition;

H. Bench and pedestal grinders must be equipped with tool/work rests and adjusted to clear the abrasive wheel by not more than 1/8 inch (3.2 mm). In addition, protective shield guards must be provided on grinders and the grinding wheel must be rated for the RPM of the motor; and

I. Compressed gas cylinders must be secured to prevent tipping.

## 5.6   Machinery

Machine guarding and utilization of proper operating, maintenance and repair procedures is an important component of workplace safety.

42

43

A. Guarding

Moving equipment hazards are readily apparent and the use of machine guards will reduce employee exposure. Employees should not be able to reach over, under, around or through a guard to contact a point of operation or rotating parts. The following guidelines should be used:

1. Guarding of machinery can take many forms but must be effective in preventing personnel contact with the hazard. The forms of guarding include enclosures, barriers, fences and interlock systems;
2. Power transmission points must be guarded. This includes counterweights on pumping units, fly wheels, rotating shafts, V-belt drives, gears, moving parts, etc.

   a. All flywheels, rotating shafts, pulleys, couplings and belt or chain drives, if less than 7 feet (2.1 m) from the floor level or working surface, will have the hazard points enclosed with a stationary guard constructed of appropriate material.
   b. All fan blades, if the lowest point is less than 7 feet (2.1 m) above the floor or working level, are to be appropriately guarded.
   c. Pumping unit horse head or carrier bar, if less than 7 feet (2.1 m) from the working surface, must be guarded.
   d. Rotating counterbalance weights on pumping units shall be protected by guardrails.
   e. Pumping unit horse heads must be properly secured with throat bolts.

3. Machinery guards must be in place before starting and during operation of the equipment;
4. Guards removed from machinery for the purpose of making repairs must be replaced before the equipment is returned to service; and
5. Safety interlocks or guards must never be circumvented. If the safety guard is damaged such that employee protection is compromised or the safety interlock fails, it must be repaired or replaced before returning the equipment to service.

B. Pumping Units

Pumping units pose potential hazards and should be approached with caution. When working on a pumping unit, the lockout/tagout procedure will be implemented.

1. Counterbalance weights on pumping units must be secured in a safe position (up/down), with the brake set before working on or around the unit.
2. When working under or near counterbalance weights, safety chains, blocks or beams should be used as a positive stop for the counterbalance weights to prevent accidental movement.
3. Electric and gas fueled prime movers shall be locked out prior to initiating work on the equipment.
4. For additional information, refer to the Anadarko Control of Hazardous Energy (Lockout/Tagout) Program and equipment specific procedures.

44

45

C. Rotating Machinery

Rotating machinery consists primarily of compressors, engines, turbines and pumps. Rotating machinery can be dangerous due to potential high speeds and pressures used in their operation. In addition to controlling hazardous energy (refer to the Anadarko Control of Hazardous Energy Program), the following safety precautions must be observed when working around rotating machinery:

1. Compressors

a. Repairs must not be initiated until the equipment is shutdown and de-energized. Lockout/Tagout is required.
b. Before starting repairs, the suction and discharge valve must be closed, locked out and the pressure bled off.
c. Before starting repairs, block any part that might move or roll (flywheels, shafts, etc.).
d. Compressor alarms and shutdowns must be checked periodically.

2. Engines/Turbines/Motors

a. Repairs must not be initiated until the fuel supply is shut off and the starting circuits disconnected and locked out.
b. Pressurized lines must be bled off, blocked and locked out as appropriate.
c. When turbines are shut down for maintenance, service air or gas supply to the auxiliary lube oil pump must be shut off and locked out to prevent accidental operation.
d. Engines must be located in well-ven-

tilated areas and as far away as practical from headers, separators, oil storage tanks, etc.
e. Air starters should be used instead of gas starters where practicable. If gas starters are used, exhaust piping must be securely anchored and equipped for safe venting outside the enclosure to a safe area. A bleeder valve must be installed between the starter and the starter valve. The bleeder valve is used to release unused gas or liquid accumulations. Before activating the gas starter, the integrity of the vent line should be checked.
f. If a fuel tank is an integral part of the engine, it must not be filled while the engine is running or hot.
g. When starting engines using a rope starter, employees must not wrap the rope around their hand or wrist. The starting rope must be equipped with a pull handle.
h. Engines or motors that start automatically must have proper warning signs.

3. Pumps

a. Prior to initiating repairs or maintenance, the pump must be shut down, isolated, locked out and the internal pressure bled down.
b. Main electrical disconnects and valves must be locked out prior to initiating work.
c. A pressure relief valve must be part of the discharge manifold on every power driven pump with the exception of centrifugal pumps. The pressure relief valve

46

47

must be placed ahead of any isolating valve on the line which must be secured in the open position.

d. Relief valve outlets must be vented to a safe location.

e. When discharge extensions (vent) are necessary, they must be securely anchored.

### 5.7 Valves

Valves are isolation and control points. The potential for hazards associated with valves is effectively eliminated when proper procedures are used and appropriate maintenance is routinely conducted.

A. General

1. A leaking valve must not be plugged with a bull plug or its equivalent. A nipple and an extra valve should be used.

2. Employees must not climb on valves or lines to reach overhead equipment or to create shortcuts. A stairway or step stand shall be used.

B. Valve Actuation

1. Employees must not operate (open or close) a valve unless they are knowledgeable of the effect of the valve's actuation.

2. Valves which are a part of emergency shutdown systems must be inspected at least annually. Regulatory agencies may require more frequent inspections. Record of inspections should be kept for a period of 5 years.

48

### 5.8 Ladders

Ladders are tools that are used to reach points at height for maintenance, repair or operations. Ladders must be properly used and maintained.

A. General

1. The condition of the ladder must be checked before each use. Defective ladders must be removed from service, tagged, then repaired or destroyed.

2. When climbing or descending a ladder, 3 points of contact must be maintained at all times (i.e., two feet and one hand, or two hands and one foot). Employees must face the ladder and have free use of both hands. Hands should grasp the side rails and not rungs.

B. Portable Ladders

1. Wooden ladders must conform to provisions of ANSI A14.1 or equivalent international standard.

2. Metal ladders should conform to provisions of ANSI A14.2 or equivalent international standard.

3. Metal ladders must not be used for electrical work or where they may contact electrical conductors. Special nonconductive ladders (certified wooden, fiberglass, etc.) are available for electrical maintenance work.

4. When moving or setting portable ladders, survey overhead for potential hazards.

5. A ladder must not be used in a horizontal position as a walkway or scaffold.

49

6. Portable ladders must be equipped with safety feet to prevent slippage.
7. Wooden ladders must not be painted.
8. Employees must not lean from ladders to reach the work, reposition the ladder instead.
9. Do not stand on the top two steps of a ladder.
10. The top of a ladder should be secured or the ladder held by another person. The base of the ladder should be placed away from the wall by a distance of about 1/4 of the working length of the ladder. Straight and extension ladders must extend 3 1/2 feet (1.1 m) beyond the top resting point when used for climbing onto a platform. This will allow employees safe access to and exit from the ladder.
11. A folding stepladder must not be used in a straight, closed position.
12. Based on the nominal length of the extension ladder, each section of a multi-section ladder must overlap the adjacent section by at least the number of feet indicated in the table below:

| Nominal Length of Ladder (Ft/m) | Overlap (Ft/m) |
|---|---|
| Up to and including 36/11 | 3/0.9 |
| Over 36/11, up to and including 48/14.6 | 4/1.2 |
| Over 48/14.6, up to 60/18.3 | 5/1.5 |

C. Fixed Ladders

1. Permanently fixed ladders must be vertical to 75 degrees from horizontal and have toe clearance of at least 7 inches (17.8 cm).
2. Permanently fixed ladders must be securely fastened at the top and bottom.

50

Long ladders should be secured at intermediate points.
3. Ladders over 20 feet (6.1 m) in length must be caged or support the use of fall arrest equipment.
4. Ladder rungs should be no more than 12 inches (30.5 cm) apart.
5. Cages should extend 42 inches (106.7 cm) above the platform and ladder extensions should extend 36 inches (91.4 cm) above the platform.
6. There shall be at least 15 inches (38.1 cm) clearance on each side of the ladder, measured from the centerline of the ladder.

5.9    Scaffolds

Scaffolds are a work platform at height. Safe use of scaffolds requires a competent person knowledgeable in the erection and inspection of the scaffolding. Scaffold builders should be experienced and trained. Safe work practices when working with scaffolding include:

A. Guard rails must be installed on all open sides and ends of scaffolds and platforms. Toe boards are required where employees can walk or work under the scaffold;
B. Secure planks on platforms so they cannot move;
C. Extend and secure scaffold planks at least 6 inches (15.2 cm) over their end supports, but not more than 12 inches (30.5 cm);
D. Tools must not be thrown to or from a scaffold. Tools must be handed or sent up and down using a line;
E. Employees must not work on scaffolds during storms or high winds;
F. Ladders used to climb to scaffolds should be securely attached at the top and bottom;

51

G. Where feasible, scaffolds should be secured to adjacent buildings or tanks for added support;

H. When scaffolds are erected above a work or walk area, the area must be posted to warn of overhead hazards;

I. Employees, equipment, tools, etc., must be removed from scaffolding prior to movement; and

J. Scaffolds must be inspected prior to initial use each day. These inspections must be documented. A scaffold inspection tag system should be used.

5.10   Stairs and Walkways

To minimize potential injury associated with stairs and walkways, employees should observe safe work practices which include:

A. When traveling up or down stairways, avoid carrying tools, supplies, groceries, etc., in a manner that would prevent free use of one hand at all times. Use the handrails;

B. Stairs and walkways should be equipped with lighting when visibility is poor;

C. All tank steps, walkways and stairs must be free of obstructions such as tools, equipment and material; and

D. When walkways and steps are provided, they must be used. Do not take shortcuts.

5.11   Blowdown Lines (Open-ended Pressure Relieving Lines)

A. Blowdown lines must be secured.

B. Use of sharp or 90 degree bends should be minimized.

C. Manually operated inline valves must be opened and closed slowly to prevent sudden pressure surges.

52

D. Blowdown lines and tie-downs should be checked for corrosion, pitting, holes, etc.

5.12   Relief Valves

Relief valves function to protect equipment from overpressure. In doing so, the relief valves also protects employees from exposure to the potential hazards of an equipment overpressure. As a minimum, the following shall be observed:

A. Relief valves shall be tested and the testing interval shall be:

1. According to manufacturer specifications;

2. By regulation; or

3. As determined by type of service and experience.

B. Test results shall be documented and the records maintained;

C. Testing of relief valves will be performed by experienced personnel;

D. Repair of relief valves will be performed by certified personnel;

E. Valves tested and found to be in need of repair shall be disassembled, repaired and tested prior to being placed back into service;

F. The set pressure for relief valves shall not be higher than the recommended maximum allowable working pressure of the equipment it is protecting;

G. If block valves are installed between the relief valve and the equipment to be protected or the vent line outlet, then the block valve must be secured in the open position. Block valves are not allowed on air receivers or boilers;

H. Relief valve vents shall be arranged to avoid creating a hazard;

53

I.  Piping from the pressure relief vent valve shall
    not be smaller than the vent itself.  The valve
    and vent line must be sized to handle the vol-
    ume from the equipment being protected;
J.  Fluid accumulation in the vent line and the
    relief valve must be prevented;
K.  For relief valves in corrosive service where a
    rupture disc is used to protect a relief valve, a
    pressure indicator should be located between
    the rupture disc and the relief valve; and
L.  Relief valves shall be visually inspected.  Valves
    showing evidence of tampering, leaking or hav-
    ing visible damage are to be repaired.

5.13  Storage Tank Access

Storage tanks are prevalent in our industry.
Precautions to be observed when working on or
near storage tanks include:

A.  Employees should use available stairways
    and walkways; and
B   Employees shall not climb onto a tank roof
    without safeguards such as planking, scaffolds
    or fall protection.  For detailed information,
    refer to the Anadarko Fall Protection Program.

5.14  Rail Car Access

Rail car loading, unloading or inspecting occurs at
some facilities.  Precautions to be observed when
accessing rail cars include:

A.  Employees shall not jump from rail car to rail car;
B.  Employees shall use available stairways and
    walkways; and
C.  Employees shall not climb on rail car roofs with-
    out fall protection.  For detailed information,
    refer to the Anadarko Fall Protection Program.

5.15  Hand Tools

Hand tools are necessary for typical maintenance
and repair activities.   Care must be taken to
assure that these tools are in good order and are
used properly.  Proper care and use of hand tools
include:

A.  Tools and equipment must be visually
    inspected and repaired (if necessary) prior to
    use.   Unrepairable tools must be removed
    from service and reported;
B.  Tools must be used for the purpose for which
    designed;
C.  A safe position should be assumed before
    applying pressure to a tool handle;
D.  When possible, holders should be used when
    striking hammer-wrenches, chisels, punches,
    rods, stakes, etc., to prevent hand injuries.
    Eye protection must be worn when striking
    tools are used;
E.  Tools must be kept clean and functional;
F.  The "mushrooming" or upsetting heads of
    impact tools such as chisels and sledgeham-
    mers should be dressed (filed off) as needed;
G.  Ball peen and sledgehammers must be used
    in conjunction with striking tools.  The use of
    claw hammers is prohibited;
H.  A hammer must not be struck against anoth-
    er hammer;
I.  Jaws on adjustable (crescent) wrenches
    must be tightened around the fitting or nut,
    with the force applied to the side of the sta-
    tionary jaw.  A crescent wrench should not be
    used if a box or open-end wrench of the cor-
    rect size is available;
J.  Wrenches should be pulled rather than
    pushed when possible;
K.  Tools not bolted, tied or secured in an approved

manner must be removed from elevations where they may fall on employees below; and

L. Handles on sledges, hammers, mauls and the like must be securely wedged into the heads. Wooden handles must not be painted, nor should cracked or split handles be taped.

5.16   Air Hoses, Tools and Air Compressors

Proper care and use of air tools and hoses include:

A. Air hoses should be raised over aisles and work areas to prevent tripping hazards;
B. Eye protection must be worn when using air tools for cleaning. Pressure must not exceed 30 psig (2.1 bar);
C. The work area must be checked for possible hazards and employees in the area notified before using an air hose;
D. Hoses must be kept clean, in good condition and stored when not in use;
E. Air hoses should not be used to raise or lower tools;
F. Pressurized air lines not equipped with quick disconnect couplings must be secured with "safety pins" to prevent accidental separation of the couplings;
G. Air pressure must be bled off the system prior to disconnecting hoses equipped with non-closing couplings;
H. Employees must not use compressed air for dusting off clothing;
I. Air compressors and air receiver tanks must be equipped with spring-loaded pressure relief safety valves which are tested periodically. Block valves must not be placed between the air receiver tank and the pressure relief valve;
J. Compressed air receiver (volume) tanks

must be equipped with a drainpipe and a valve installed at the lowest possible point to provide for water drainage. Liquid accumulation in these tanks must be drained at regular intervals. Automatic drain valves must be tested periodically;

K. Air receiver tanks must be equipped with readily visible pressure gauges;
L. Automatic starting compressors must have a warning sign stating that the unit starts automatically;
M. Pressure relieving valves and gauges must be rated and set at air receiver manufacturer specifications; and
N. Leaking pressure relief valves must be replaced as soon as possible.

5.17   Pressure Vessels

Pressure vessels must be rated for the intended service and properly protected from overpressure.

A. Pressure vessels must be equipped with suitable piping, valves, pressure relief devices, rupture discs, pressure gauges and fluid level gauge glasses.

1. Block Valves

a. The pressure of a flowing well must not be controlled by a block valve in the flowline at the tank battery header or between the header and the separator. In switching from one pressure vessel to another, the valves to the pressure vessel being activated must be opened first and flow established before the valves on the pressure vessel being deactivated are closed.

56

57

2.  Fluid Level Gauge Glasses

   a.  Fluid level gauge glasses on pressure vessels should be protected by guards.

3.  Pressure Gauges

   a.  Separators must be equipped with working pressure gauges. The pressure rating of the gauge should be in the working pressure range of the vessel (i.e., a 2000 psi (138 bar) gauge should not be used on a 125 psi (8.6 bar) working pressure separator).

4.  Pressure Relief Devices

   a.  Pressure Relief Valve

      (1)  Pressure vessels must be equipped with pressure relief valves and pressure gauges. Refer to Section 5.12 for requirements.

   b.  Rupture Disc

      (1)  If rupture discs are utilized as secondary protection, they must be installed so that a block valve will not be located between the rupture disc and the pressure vessel or between the rupture disk and the vent outlet.

      (2)  The rupture disc must be rated at a pressure not to exceed 121% the maximum allowable working pressure of the vessel.

58

5.  Fired Vessels

   a.  Prior to lighting a heater treater, employees involved should review the proper lighting procedure.

   b.  The bung in the fire lighting orifice to the burner must be reinstalled and kept in place after the pilot has been lit.

B.  Pressure Vessel Repair and Modifications

   Pressure vessels that have an API or ASME National Board code stamp shall only be repaired or modified by a certified code shop. The code shop must issue a new U1A and properly stamp the vessel to document such repairs or modifications.

5.18  Flowlines, Gathering Lines, Transmission Lines and Process Piping

   Proper caution must be exercised when working on or around these lines.

   A.  Employees must not stand in front of bull plugs, connections, chokes, etc. when they are removed from these lines even though the pressure has been bled off.

   B.  Before removing bolts from flange connections, fittings or installations, pipe connections should be supported properly or tied down. If a line is in a bind, employees must stand back from the line to prevent it from springing back and striking them.

   C.  When cutting or disconnecting a line that is on a stand, employees must stand back so that the line will not drop on their feet.

   D.  Employees should not stand or walk on pressurized lines. If a pressurized line is located

59

in the pathway, an elevated walkway should be built over the line.

### 5.19  Abrasive Blasting

Abrasive blasting, whether performed in a shop, in a facility or on a location, must be performed with care.   Attention must be given to the abrasive work itself as well as the location of the work to be conducted.

A. All persons involved with or working in the general area of the abrasive blasting operations must wear an approved respirator.

B. Abrasive blasting of steel surfaces in the vicinity of flammable or explosive mixtures constitutes a hazard, principally due to static electricity.

C. Prior to abrasive blasting, the surface will be tested for hazardous material such as heavy metals or asbestos containing materials.

D. Supervisor approval shall be obtained before abrasive blasting begins.   The Supervisor should inspect the area and equipment to be abrasive blasted to assure that proper conditions exist and that adequate equipment is present and will be operated by competent personnel.   This may include working under the Respiratory Protection Program, Hot Work Program, Confined Space Entry Program, etc.

E. No abrasive blasting shall be allowed in the immediate vicinity of operating electric motors or air intakes of operating internal combustion engines unless such equipment has been stopped and protected against the abrasive particles that will contaminate the equipment.

F. Abrasive blast hoses should be the static-dissipating type.   There shall be no leaks at

hose couplings or the nozzle holder.   The abrasive blasting nozzle shall be a self-closing type.

G. First aid and fire equipment must be available.   Work crews must be familiar with the proper use of this equipment.

### 5.20  Ground Disturbance

Whenever ground is to be disturbed, prior to the disturbance, the area to be disturbed should be investigated to determine whether any underground objects are present.   These underground objects could be Anadarko or non-Anadarko controlled property.

A. Examples of underground objects may include:

1. Electrical lines;
2. Telephone, cable, or fiber optic lines;
3. Pressurized pipelines (including water lines); and
4. Non-pressurized pipelines.

B. The area that you are working in may be serviced by a One-Call consortium (North America) to identify underground objects.   If this service is not available, appropriate contacts should be made to determine if any underground objects are present.   This may include contacting:

1. One-Call consortium (if available);
2. Local utility companies;
3. Local communication companies;
4. Local Anadarko supervisor; and
5. Other oil, gas, and pipeline operators in area.

60

61

C. Refer to Section 6.5 (Excavations) for information concerning excavation requirements prior to ground disturbance.

5.21  Welding Precautions
(for more detailed information refer to the Anadarko Hot Work Program)

Welding is an activity which introduces an ignition source into the work area. Depending on the work area, a Hot Work Permit may be required. Employees authorizing welding activities must be familiar with the Anadarko Hot Work Program.

A.  General

1. Prior to any welding or cutting work, the location supervisor must be notified.

2. Welders are responsible for the maintenance of their equipment and for the protection and safety of personnel in the immediate work area.

3. Welding must be performed by authorized personnel.

4. The welder and welder's helper must use the PPE, including clothing and eye protection, required for the job.

5. At least one 30 lb BC fire extinguisher must be available for use at all welding operations. One person other than the welder must stand by with a fire extinguisher to serve as a "fire watch" during welding or cutting operations. While the welder is welding, the fire watch's sole responsibility is to conduct "fire watch".

6. When a welder is cutting or welding on a pipe, no one is permitted to be in front of or near the open pipe end.

7. Welding or cutting operations must not be performed in a confined space until the area has been tested for oxygen and flammable levels and the appropriate permits posted. Atmospheric testing for toxics may also be conducted. Refer to the Anadarko Confined Space Entry Program.

8. When welding or cutting on equipment, ensure that the equipment is properly isolated from service. Refer to the Anadarko Control of Hazardous Energy Program (Lockout/Tagout).

9. Hot Taps are specialized operations and require additional precautions. See 5.21D.

10. Ventilation must be provided for welding operations. If adequate ventilation cannot be provided, respiratory protection must be worn.

11. Mechanical drum cutters should be utilized whenever cutting drums and barrels. Steel drums, barrels or other closed vessels which have contained flammable liquids or gases must be thoroughly steam cleaned, filled with water or made safe by other approved methods before a cutting torch is applied.

12. When welding in a hazardous area, the atmosphere should be continually checked with a calibrated combustible gas detector to warn of any dangerous changes in the atmosphere.

13. Regardless of where welding or cutting operations are conducted, a physical inspection of the immediate work area shall be completed prior to initiating welding or cutting and after the completion of the welding or cutting to ensure that no hazardous conditions exist.

14. Review welder certification requirements for the job.

62

63

15. Pressure vessels that have an API or ASME National Board code stamp shall only be repaired or modified by a certified code shop. The code shop must issue a new U1A and properly stamp the vessel to document such repairs or modifications.

B. Oxyacetylene Welding

1. Oxygen and acetylene hoses must be protected from flying sparks and hot slag. The hoses must be inspected frequently for leaks, wear and loose connections. Immediate action must be taken to replace bad hoses and to correct unsafe conditions.
2. The hoses on oxyacetylene welding units should be racked when not in use. Master valves on oxygen and acetylene cylinders must be closed and the pressure bled from regulators and hoses after use.
3. Torches should be examined frequently for leaky valves, nozzles or damaged tips.
4. Close the cylinder valve immediately if a hose catches fire.
5. Spark igniters must be used to light welding torches. Matches and cigarette lighters must not be used.
6. Flashback arrestors (check valves) must be provided in the hose system to prevent the flame from passing down the hose into the fuel gas system.
7. Acetylene cylinders must be used and stored in a secured upright position.

C. Electric Arc Welding

1. Welders using electric arc welding equipment should provide a protective screen around the arc where practicable.

64

2. Suitable precautions must be taken to avoid shock from electric arc welding equipment. Employees must not stand in water while performing electric arc welding. PPE such as rubber boots, rubber pads, etc., must be used when it is necessary to perform arc welding in wet or high humidity conditions. Additionally, energized ("hot") electrode holders must not be dipped in water.
3. Cables with damaged insulation or exposed conductors must not be used. If it is necessary to repair damaged cable, the repair section should have an insulating quality equal to that of the original cable. Splices must never be made within 10 feet (3 m) of the electrode holder.
4. Cables must be protected from vehicular traffic or other hazards which may subject them to being pinched or cut. Only the amount of cable necessary to do the job should be unrolled.
5. Electric arc welding equipment must be turned off when not in use.

D. Hot Tap

Hot Tap refers to welding performed on equipment in service for the purpose of hot tapping and sleeving. Hot tapping shall be performed in accordance with the Hot Work Program. For Gulf of Mexico operations, also refer to the MMS approved Welding and Burning Plan.

1. Planning the job includes:

a. Identify the line and the product in the line;

65

b. Identify the temperature and pressure on the line;

c. Thickness testing has been done and documented;

d. Welder and hot tap personnel are qualified for the job;

e. All safety precautions have been taken; and

f. Management approval has been given.

2. A person knowledgeable in hot tap procedures will supervise the operation.

3. The weld must be inspected before permitting hot tap drilling.

4. In-service welding shall be done only by welders that have successfully passed an in-service welding test (eg. API 1104 Appendix B, or equivalent).

5.22    Isolation/Opening of Equipment/Piping

Prior to performing inspections, repairs, or other maintenance activities on vessels or equipment, employees must safely take measures to physically isolate the equipment from the flow of hydrocarbons, de-pressurize, drain or purge and open it for access. The proper isolation, rendering safe and opening of vessels and equipment is especially important if vessel entry is necessary or hot work is to be performed.

A. Formulation of a valid equipment isolation and opening plan should be reviewed on a case-by-case basis. The equipment to be worked on should be visually inspected, noting the presence of isolation valves, equipment design, process pressure, lockout points, flanges, product within the equipment, potential ignition sources and the appropriate

PPE that will be needed. Depending on the project, there may be other considerations. Programs to reference for more detailed information include Anadarko's Permit-to-Work, Control of Hazardous Energy, Confined Space Entry, Hot Work, PPE and Electrical Safe Work Practices.

B. In general, the equipment is isolated, valves are closed and locked, the contents safely depressurized and drained and then the joints between the closed valves and the equipment are separated to fit blinds or to disconnect and offset piping sections.

C. Depending on the work to be performed, the vessel or equipment may need to be purged. This purging or gas-freeing may be accomplished by steaming, water flooding or the use of inert gas. The method of purging or gas-freeing may be dictated by the type of work and the type of equipment to be purged. Consideration should be given to equipment layout which may include pockets of product that may not be easily purged. Engineering should be consulted prior to purging or gas-freeing operations.

5.23    Product Transfer and Handling

A. A "qualified" person shall conduct transfer operations. A person is "qualified" if they have been made aware of the nature of the hazardous material which is to be loaded or unloaded, they have been instructed on the procedures to be followed in emergencies, they are authorized to move the cargo tank and have the means to do so. Any person that is required to load or unload a hazardous material shall be trained in the proper loading and unloading of the product.

B. At least one "qualified" person shall remain in the immediate vicinity of the transfer operation at all times.

C. Piping, valves and other equipment shall be protected from corrosion, weathering and mechanical damage.

D. Long grass or weeds shall not be permitted within ten (10) feet of a product container or loading rack. LPG containers shall not be diked.

E. Permanent containers shall be properly grounded. Electrical devices shall comply with the National Electrical Code Article 500 for electrically classified areas.

F. There shall be no open flames or hot work permitted within 100 feet of a transfer operation. Smoking is only permitted in designated smoking areas.

G. No one is permitted to remain in the cab during transfer operations.

H. Any employee shall have the right to refuse to load or unload any vehicle that in their judgment is mechanically unsafe.

I. A proper Bill of Lading is required for each load and proper placards must be in place.

## 6.0   Work Control

Topics described in this Section relate to types of work in specific potentially hazardous situations. These programs reduce or eliminate potentially hazardous situation through specific procedures. Employees involved with activities that are covered by specific work control programs must be familiar with the respective Anadarko program.

### 6.1   Work Permits - General

At Anadarko locations, employees are expected to use appropriate work permits as dictated by the job to be performed. Work permits are used to assure that employees, who are involved in or could be affected by the permitted work, are aware of the scope of the job, the conditions, the hazards and can facilitate the appropriate precautions.

A. Guidelines

1. Permits are required for jobs involving confined space entry, hot work, and in some locations, maintenance work.

2. The permit is a written authorization that specifies the location, time and type of work to be performed. The permit documents that hazards have been identified and that necessary protective measures have been taken.

B. Responsibility/Authority

1. A valid permit must be prepared and signed by the Issuer, who is typically the person in charge of the facility or senior person onsite, prior to initiating the work. The Issuer must personally inspect the

job-site, surrounding work area and complete the permit prior to signing the permit and initiating the designated work. The Issuer is responsible for the work performed under the issued permit.

C. Posting of Permit

1. The White Copy of the permit must be displayed in the immediate work area during the job operation.
2. The Pink Copy of the permit should be posted at a controlled site, such as a Control Room.
3. The Yellow Copy of the permit will remain in the Permit book.

D. Permit Duration

1. "Permitted" work is valid for the time specified on the permit form.

E. Suspension of Permits

Anyone, at anytime, may stop work due to an identified hazard that may affect the permitted work.

1. If a hazardous condition develops in the course of work, then the work must be stopped immediately and the permit suspended.
2. The permit must be suspended at the expiration time specified on the permit if the work is not completed.
3. A new permit must be issued if the original permit has been suspended.

70

F. Working under a Permit

1. Work shall not begin until all conditions required by the permit have been met.
2. If an interruption in the work occurs, such as a lunch break or rest break, the work will not resume until the work area is re-inspected, tested and determined to be satisfactory.
3. Should an unsafe condition develop in the course of work, the work must be stopped immediately and the permit be suspended. The work site must be re-evaluated and a new permit issued.

G. Distribution

1. Upon completion of the job, copies of permits should be distributed as described below:

   a. White Copy, with any attachments, is to be filed at the facility office;
   b. Pink Copy, with any attachments, is to be sent to the safety representative; and
   c. Yellow Copy remains in the permit book.

6.2 Permit-to-Work
(For detailed information, refer to the Anadarko Permit-to-Work Program)

The Anadarko Permit-to-Work Program requires written documentation and approval of maintenance and repair activities. Typically, offshore platforms and Process Safety Management (PSM) facilities work within the guidelines of the Anadarko Permit-to-Work Program.

71

A. Guidelines

1. A Permit-to-Work Program is a process that documents maintenance and repair activities to ensure that all personnel involved and affected are aware of the activity. The process assists in identifying any other permits that may be required to conduct the work safely.
2. Personnel performing work under a Permit-to-Work must be trained on the written Permit-to-Work Program in effect at that facility.

6.3 Hot Work
(For detailed information, refer to the Anadarko Hot Work Program)

A Hot Work Permit is required in any operation that can produce a spark or flame or other source of ignition having sufficient energy to cause ignition, where the potential for flammable vapors, gases or dusts exist or when in an Electrically Classified Location (Class 1, Division 1 and 2). This determination will be made on a job-by-job basis by the supervisor in charge.

Employees performing the Hot Work at a location must be trained on the written Hot Work procedure in effect at that location.

A. Guidelines

1. When work requires the introduction of an ignition source, the Hot Work Program should be reviewed.

2. Examples of activities which present ignition sources include:

- Welding;
- Cutting or burning;
- Use of open flames;
- Grinding;
- Soldering;
- Chipping;
- Breaking concrete;
- Abrasive blasting;
- Hot tapping lines or vessels;
- Use of non-explosion proof electrical equipment (tools, coils, heaters, lights, extension cords, motors, etc.); and
- Use of non-intrinsically safe electrical equipment (laptops, personal data assistants, flashlights, pagers, cell phones, etc.).

B. Atmospheric Conditions for Hot Work Permit

1. A Hot Work Permit shall not be issued unless the following atmospheric conditions are present:

| Test | Level |
|------|-------|
| Oxygen | between 19.5% and 23.5% |
| LEL/LFL | <10.0% |

2. The work will stop, personnel removed from the work area and the permit suspended if the flammability reading equals or exceeds 10% of the Lower Explosive Limit (LEL) or Lower Flammable Limit (LFL).

6.4    Confined Space Entry
        (For detailed information, refer to the Anadarko
        Confined Space Entry Program)

Entry into confined spaces presents potential
hazards to personnel, even though the work itself
might not ordinarily be hazardous.  Entry into a
confined space requires training, planning and
preparedness.  Confined spaces that are classi-
fied as being a Permit-Required Confined Space
pose special hazards and when possible, will not
be entered by Anadarko employees.  Specialty
contractors typically will be used in projects
requiring entry into Permit-Required Confined
Spaces.  If Anadarko employees must enter a
Permit-Required Confined Space, the local safe-
ty representative and the Area/Location
Supervisor must be notified prior to entry.

Employees performing work under the Confined
Space Entry Program must be trained on the
Anadarko Confined Space Entry procedures in
effect at that facility.

A.  Defining Confined Space

    1.  A confined space is a space meeting all
        three of the following criteria:

        a.  The space is large enough for a per-
            son to enter; and
        b.  The space has limited means of entry
            or exit.  "Limited means of entry or
            exit" includes climbing over some-
            thing, or passing through a less than
            door-size entrance or exit; and
        c.  The space is not designed for contin-
            uous personnel occupancy.

74

Examples of confined spaces include:

• A cellar, valve vault, below grade
  sump or machinery crawl space in
  which a person could enter, while it is
  in normal operating mode;
• A storage tank that has been drained
  and opened for inspection or repair;
  and
• A vessel that has been drained and
  opened for inspection and mainte-
  nance.

2.  If a space is determined to be a confined
    space, the space must further be evaluat-
    ed to determine if it is a Permit-Required
    Confined Space by answering the follow-
    ing questions:

    a.  Does the space contain or have the
        potential to contain an atmosphere
        that is toxic, flammable, asphyxiating
        or immediately dangerous to life or
        health (IDLH)?
    b.  Does the space contain a material that
        can engulf the confined space entrant
        (i.e., a liquid or finely divided solids)?
    c.  Does the space contain mechanical,
        electrical, or configuration hazards?
        A mechanical hazard might be rotat-
        ing equipment in a confined space.
        An electrical hazard might be an elec-
        trical heating element in a confined
        space.  A configuration hazard might
        be sloping sides or floor which could
        cause a person to slide into a con-
        striction in the confined space.
    d.  Does the space contain any other recog-
        nized serious safety or health hazards?

75

If any one of the above 4 questions is answered with a "yes", then the space is a Permit-Required Confined Space and a written permit is required for entry.

3. Specialized training is required for personnel who enter and support a Permit-Required Confined Space entry. Contact your local safety representative for further guidance.

6.5   Excavations
(For detailed information, refer to the Anadarko Excavation Program)

An excavation is defined as any man-made cut, cavity, trench, or depression in an earth surface formed by earth removal.

Whenever ground is to be disturbed, prior to the disturbance, the area to be disturbed should be investigated to determine whether any underground objects are present. These underground objects could be Anadarko or non-Anadarko controlled property.

A. Examples of underground objects may include:

1. Electrical lines;
2. Telephone, cable, or fiber optic lines;
3. Pressurized pipelines (including water lines); and
4. Non-pressurized pipelines.

B. The area that you are working in may be serviced by a One-Call consortium (North America) to identify underground objects. If this service is not available, appropriate contacts should be made to determine if any underground objects are present. This may include contacting:

1. One-Call consortium (if available);
2. Local utility companies;
3. Local communication companies;
4. Local Anadarko supervisor; and
5. Other oil, gas, and pipeline operators in area.

C. General Requirements

1. For trench excavations that are 4 feet (1.2 m) or more in depth, a means of egress, such as a stairway, ladder or ramp, must be provided such that personnel are not required to travel laterally more than 25 feet (7.6 m) to reach an egress point.
2. Personnel shall not be allowed under loads handled by lifting or digging equipment.
3. When mobile equipment is operated next to an excavation or is required to approach the excavation and the operator does not have a clear view of the edge, barricades, hand or mechanical signals or stop logs will be used to guide the equipment operator.
4. Excavations with water accumulation require special attention. If it rains, the potential for cave-in increases. This may require additional precautions including removing the water, waiting for it to dry out, adjusting the slope or utilizing shoring.
5. Materials shall not be stored closer than 2 feet (0.6 m) from the edge of the excavation. This includes excavated soil.

equipment and other work materials, unless special precautions are taken.

6. Fall protection is required when personnel or equipment are permitted to cross over excavations which are 6 feet (1.8 m) or deeper. This includes handrails on walkways or bridges.

7. Daily inspections by the Competent Person will be conducted and documented when employee exposure can be reasonably anticipated.

D. Protective System Requirements

1. Personnel working within the excavation will be protected from cave-ins by sloping, shoring, shielding or some equivalent means.

2. Protection is not required if the excavation is made entirely in solid rock or the excavation is less than 5 feet (1.5 m) deep and examination by a Competent Person finds no potential for a cave-in.

3. If sloping is utilized, then the soil must be classified and the appropriate ratio of horizontal to vertical sloping dimensions must be used. This soil classification will be determined by a Competent Person.

E. Hazardous Atmospheres

1. If a Hazardous Atmosphere (i.e., oxygen deficient, flammable, toxic) could be present, then the excavation atmosphere must be tested. Based on the results of the atmospheric tests, the following may be required:

a. Confined Space Entry Permit;

78

b. Hot Work Permit;
c. Respiratory protection equipment;
d. Ventilation; or
e. Depending on the configuration of the excavation, personnel entering may be required to wear a safety harness and a lifeline.

6.6   Control of Hazardous Energy (Lockout/Tagout) (For detailed information, refer to the Anadarko Control of Hazardous Energy (Lockout/Tagout) Program)

The control of hazardous energy ensures that personnel are isolated from hazardous energy sources before performing service, maintenance, repair or replacement activities on equipment. The unexpected activation or sudden release of stored energy or inadvertent contact with energized equipment may result in injury or equipment damage.

A. General

1. Anadarko requires the control of hazardous energy, such as electrical, pneumatic and stored pressure, when working on equipment where the release of energy or inadvertent start-up of equipment could cause injury to personnel. The control of hazardous energy will be by a positive means and under the direct control of persons involved with the work.

2. A positive means of control is typically accomplished through lockout. Lockout is the use of a lock and a tag attached to a lockout device such as a hasp or chain. Each person involved in the work will have a lock and a tag at each lockout

79

point. If a lock box is used, each person will be required to place their lock and tag on the lock box.

3. For equipment that cannot be locked out, a tagout may be used. A tagout is acceptable as long as all personnel are aware of the tagout in effect and have been trained on its use.

4. Contract personnel are required to furnish their own lockout/tagout equipment.

5. Affected Employees working with Lockout/Tagout must be trained on the written Lockout/Tagout program in effect for their work location. Authorized Employees will have additional training on specific lockout/tagout procedures.

6. When activities require multiple isolation points or in situations as identified by the Area/Location Supervisor, a Master Isolation List will be generated which identifies the specific points of isolation.

B. Steps to Controlling Hazardous Energy

1. Preparation and Identification: Before an Authorized or Affected Employee turns off a machine or equipment, the Authorized Employee shall have knowledge of the type and magnitude of the energy, the hazards of the energy to be controlled and the method or means to control the energy.

2. Machine or Equipment Shutdown: The machine or equipment shall be turned off or shut down using the procedures established for the machine or equipment. An orderly shutdown must be utilized to avoid any additional or increased hazards to personnel as a result of the equipment stoppage.

80

3. Machine or Equipment Isolation: All energy isolating devices that control the energy to the machine or equipment shall be physically located and operated in such a manner as to isolate the machine or equipment from the energy sources.

4. Application of Locks/Tags: Lockout or tagout devices shall be affixed to each energy-isolating device by Authorized Employees.

   a. Lockout devices, where used, shall be affixed in a manner that will hold the energy isolating devices in a "safe" or "off" position.

   b. Tagout devices, when used, shall clearly indicate that the operation or movement of energy isolating devices from the "safe" or "off" position is prohibited. Where a tag cannot be affixed directly to the energy isolating device, the tag shall be located as close as safely possible to the device in a position immediately obvious to anyone attempting to operate the device.

5. Released of Stored Energy: Following the application of lockout or tagout devices to energy isolating devices, all potentially hazardous stored or residual energy shall be relieved, disconnected, restrained and otherwise rendered safe. If there is a possibility of re-accumulation of stored energy to a hazardous level, verification of isolation shall be continued until the servicing or maintenance is completed or until the possibility of such accumulation no longer exists.

6. Verification of Isolation: Prior to starting

81

work on machines or equipment that have been locked out or tagged out, Authorized Employees shall verify that the isolation and de-energization of the machine or equipment has been accomplished by attempting to start or operate the equipment. Remember to turn all controls back to the "safe" or "off" position.

C.  Equipment Specific Lockout Procedures

Equipment that has 2 or more lockout points must have a written procedure that outlines the lockout process. The written procedure includes:

1.  The procedural steps for shutting down, isolating, blocking and securing the machine or equipment to control the hazardous energy; and
2.  The specific steps for testing the machine to verify the effectiveness of the lockout devices, tagout devices or other energy controls.

82

## 7.0   Material Handling

Material handling can be accomplished either manually or with mechanical equipment. The following are appropriate handling procedures.

7.1   General

When using mechanical equipment to move material, employees must stay clear of loads including when the load is picked up, moved and set down. Employees must not stand or pass under loads at any time.

When moving material, be aware of pinch points and always have a planned escape route if the material shifts in your direction.

7.2   Proper Lifting and Carrying Techniques

Manual lifting should be avoided as much as possible; however, if no other handling means exist, the following guidelines should be followed:

A.  Prior to lifting an object, know the path you will take and where you will place the load;
B.  Check the path of travel to assure no obstructions or hazards exist which could cause slipping or tripping;
C.  If you feel the object cannot be handled by one person safely (too bulky or heavy), ask for assistance;
D.  Inspect the object to be lifted for hand hazards such as jagged edges, burrs, pinch points or slippery surfaces;
E.  When lifting an object:

1.  Correctly position your feet. Keep them apart about shoulder width, with one foot

83

along side and the other foot behind the object;

2. Bend at the knees and keep your back in a neutral or upright position;
3. Position your body close to the load;
4. Grasp the object with a firm grip, using your palms not just your fingers;
5. Keep your chin in, position your body weight centrally over your feet; and
6. Lift with your legs, in a gradual motion.

F. While carrying the load, do not twist your body when turning, but turn your complete body as a whole; and

G. When setting down a load, reverse the process.

7.3   Crane Operation

Cranes operated by employees must be safely operated and maintained.

A. Employees operating cranes must be authorized and qualified through training and experience.

B. A designated signalman must be in the view of the crane operator at all times. Standard hand signals for controlling crane operations must be used (Appendix A). All hand signals must be given by the designated signalman, but the operator should obey any emergency stop signal given by anyone.

C. Crane booms, cables, rigging, foundation mountings, control cables and safety devices must be visually inspected and determined to be functioning properly by the crane operator each day before starting operations.   The inspection will consist of a visual inspection for cracked welds, cable defects, bent

braces, sheave condition, deformed or broken hooks and any other defects.

D. The crane operator must not operate the crane until personnel involved in the operation have been instructed as to the work to be performed.

E. The load limit chart and the boom angle indicator for cranes must be in clear view of the operator.   Boom angle indicators must be permanently attached to the boom to show the operating radius.  The rated load capacity of the crane must not be exceeded.

F. The crane operator must check load chart, confirm boom length with the chart, establish the load weight and maximum operating radius or corresponding minimum boom angle.

G. Personnel must be clear of loads before the load is picked up or landed and must remain clear at all times. Personnel must not stand or pass under suspended loads.

H. Taglines shall be used to control loads.

I. Crane operation during helicopter approaches or departures is prohibited. If possible, the crane boom must be positioned away from the helideck with the swing brake locked or placed in the cradle when landings or take-offs are in progress. The operator should step out of the cab so the pilot will know that crane operations have ceased.

J. The crane boom must be kept in the cradle when not in use.

K. Operator must properly secure the crane and boom before going off duty or when shutting down operations.

L. When transferring personnel or materials to or from a vessel, the operator must raise the load only high enough off the deck to clear all obstructions. The load should be swung out

84

85

over the water, raised or lowered to a position slightly above the landing deck level, swung over the landing deck, and gently lowered to the deck.  If the crane operator cannot swing the load clear of the vessel, the vessel must be moved out from under the load until the load reaches the landing deck.  Personnel must wear a personal floatation device (PFD) while being transferred with a personnel basket.  Diving operations shall be made aware of over-side crane use and restrictions may be imposed.

M.  Appropriate inspections must be made on cranes, cables and hooks.  Records of inspections must be maintained for 5 years.  Inspection types and frequencies will be dictated by manufacturer's recommendations or regulatory requirements.

N.  During operation, at least two wraps of cable must be maintained on the drum at all times.

O.  Boom stops must be provided on crane booms to prevent the possibility of overlapping the boom.

P.  Safety bolts or latches must be used on crane hooks each time a load is lifted.

Q.  Rotating or moving parts on the equipment must be guarded.  Guards removed to make repairs, lubrication or adjustments must be replaced immediately after completion of repairs or adjustments.

R.  Platforms, walkways, steps, handholds, guardrails and toe boards must be provided on the cranes where necessary to assure safe footing.

S.  When working in areas with power lines, high voltage proximity alarms should be mounted on the crane boom.

T.  Lifting equipment (auto-cranes, aerial lift trucks), while working near overhead power lines or energized equipment, shall be grounded and barricaded.

U.  Cranes operated near, under or over power lines must maintain clearances as outlined in Appendix B, Table 1 (except where the power lines have been de-energized and visibly grounded at a point of work or where insulating barriers, not a part of or an attachment to the crane, have been erected to prevent physical contact with the power lines).

V.  Cranes in transit with no load and boom lowered, the clearances outlined in Appendix B, Table 2 must be maintained.

### 7.4   Rigging/Slings

The rigging of material for lifting and the use of the slings in rigging are important factors towards the safe movement of that material.  Safe rigging of material for lifting includes:

A.  Riggers will be trained and competent;

B.  Prior to use, slings, fittings, fasteners and shackles must be visually inspected for evidence of overloading, excessive wear, kinks, twists or damage.  Slings or shackles found to be defective must be removed from service and destroyed;

C.  Employees must use gloves when handling slings;

D.  Wire rope should be coated or lubricated to protect against wear and corrosion;

E.  Slings and shackles should be stored away from direct contact with the weather when not in use;

F.  Sharp bends or knots must not be permitted in the slings.  Slings should be protected from sharp edges;

G.  The date the slings are placed in service and

the sling identification number shall be attached to the sling;

H. Good housekeeping must be practiced in crane areas. Do not leave slings scattered on the ground;

I. Slings are not to be fastened to pallets as the lifting point. When the material that is placed on a pallet does not have a lifting point, pallet forks will be used; and

J. Rigging shall be such that the angle of the sling to the load shall never be less than 30 degrees (Appendix C).

7.5   Forklift Operations

Use of forklifts is restricted to qualified operators. Safe operation of a forklift includes:

A. The local supervisor is responsible to assure that the local safety representative is aware of which employees operate Anadarko owned, leased or rented forklifts;

B. Employees operating forklifts will be trained and qualified on the type of forklift they will be operating. Initial training will consist of formal instruction, practical training and evaluation which is pertinent to the equipment to be used and environment where the forklift will be operated;

C. A re-evaluation of the qualified forklift operator will be conducted at least every three years;

D. Inspect the forklift prior to use;

E. Operate the forklift within the rated capacity;

F. Use caution on grades and ramps;

G. Do not use the forklift as a man-lift; and

H. When dismounting or stowing the forklift, set the parking brake, lower the forks and neutralize the controls.

7.6   Personnel Lifts

Personnel lifts are any telescoping or articulating device that is used to position personnel at a height such as in a bucket or on a working platform. Use of personnel lifts is restricted to qualified operators.

A. Employees operating personnel lifts will be trained and qualified on the type of lift they will be operating. Initial training will consist of formal instruction, practical training and evaluation which is pertinent to the equipment to be used and environment where the personnel lift will be operated.

B. Lift controls shall be tested prior to use to determine that such controls are in safe working condition.

C. A full-body harness shall be worn and a lanyard attached to the boom or basket when working from a personnel lift.

D. Tying off to an adjacent pole, structure or equipment while working from a personnel lift shall not be permitted.

E. Employees shall not sit or climb on the edge of the basket or use planks, ladders or other devices for a work position.

F. Boom and basket load limits specified by the manufacturer shall not be exceeded.

G. The brakes shall be set and outriggers, when used, shall be positioned on pads or a solid surface. Wheel chocks shall be installed before using a personnel lift on an incline.

H. A personnel lift may not be moved when the boom is elevated in a working position with men in the basket, except for equipment which is specifically designed for this type of operation.

I. Controls shall be plainly marked as to their

function.  Lower controls shall provide for overriding the upper controls.  Lower controls shall not be operated unless permission has been obtained from the employee in the lift, except in case of emergency.

J.  The insulated portion of a personnel lift shall not be altered in any manner that might reduce its insulating value.

K.  Before moving a personnel lift for travel, the boom shall be inspected to see that it is properly cradled and outriggers are in stowed position.

L.  Unauthorized repairs and maintenance to the personnel lift shall not be performed by field personnel.  Lifts shall be maintained per manufacturer's recommendations.

7.7   Compressed Gas Cylinders

Compressed gas cylinders must be properly handled, used and stored.

A.  Handling

1.  When necessary to remove compressed gas cylinders, a cart or other mechanical device designed for that purpose should be used.  Cylinders may also be rolled on the bottom edge but never dragged.

2.  Cylinders handled by a crane must be carried in a cradle, basket or similar device and care taken to prevent them from falling.  Slings, ropes or an electro-magnet must not be used.

3.  Cylinders must not be dropped or allowed to strike each other.

4.  Cylinders must not be used for supports or for any other purpose than to contain gas.

5.  Empty cylinders must be marked and labeled "EMPTY".  Valves must be tightly closed and the valve protector caps replaced.

6.  Cylinders to be transported must be loaded and secured in an upright position unless they are designed to be used and transported horizontally.

7.  Valve protection caps must not be used for lifting the cylinder.

8.  Cylinder valves must be kept closed with the valve protector cap in place during handling

B.  Use

1.  Acetylene cylinders must be used in a secured and upright position.

2.  A valve protector cap must be kept on the cylinder except when a regulator is attached or the cylinder is hooked into a manifold system.

3.  Threads on a regulator or union must correspond to those on the cylinder valve outlet.  Connections must not be forced.

4.  A cylinder of compressed gas must not be used without a pressure-reducing regulator attached to the cylinder valve.

5.  Regulators and pressure gauges must only be used with gases for which they are designed.

6.  The cylinder valve must always be closed before attempting to stop leaks.

7.  Leaky or damaged cylinders must be taken out of service immediately.  They should be removed to a safe location and observed until safely depressurized.  They must be marked and labeled as "DAMAGED".

90

91

8. Sparks, molten metal, electrical currents, excessive heat or flames must not be permitted to come in contact with the cylinder or attachments. This includes propane or welder's torches and space heaters.

9. Oil or grease must never be used as a lubricant on valves or attachments to oxygen cylinders since oil and oxygen under pressure can be a fire hazard. Also, oxygen regulators must not be handled with greasy or oily hands or gloves.

10. Cylinder contents must only be used for the purposes for which they were intended.

C. Storage

1. Oxygen cylinders must not be stored within 20 feet (6.1 m) of fuel gas cylinders or combustible/flammable materials (especially oil or grease), unless protected by a noncombustible barrier at least 5 feet (1.5 m) high having a fire resistance rating of at least one-half hour.

2. Cylinders must be stored and secured in an upright position and in a safe, dry, well-ventilated place, not exposed to heat.

3. Acetylene cylinders must not be stored in a horizontal position.

4. Compressed gas cylinders must not be accepted from the supplier without the cylinder contents labeled and valve protector caps in place.

5. Cylinder valves must be kept closed during storage with valve protection cap in place.

6. Empty cylinders, properly labeled as "empty", shall be stored separate from full cylinders.

7.8   Sample Cylinders

A. Sample Cylinders shall be shipped or transported in an approved container with the applicable shipping labels.

B. When shipping on common carriers, shipping papers shall be filled out and accompany the sample cylinders.

C. End caps shall be installed on all cylinders shipped or transported.

D. All cylinders shall be appropriately stamped with DOT 3E, 3AL or equivalent international markings on the cylinder. Other stamping or engraving on cylinders is prohibited.

E. All liquid sample cylinders shall have proper relief devices.

F. When internal or external corrosion, denting, bulging or evidence of rough usage exists, the cylinder shall be removed from service and destroyed.

G. Proper PPE shall be used while collecting samples.

7.9   Pipe Handling and Storage

Proper handling and storage of pipe must be observed.

A. Handling

1. A suitable hardwood handstick should be used for handling threaded pipe 3 inches (7.6 cm) or more in diameter.

2. When two or more persons are carrying pipe on their shoulders, each person should carry the pipe on the same shoulder.

3. When handling pipe mechanically, fingers and hands should not be put into ends of pipe and care should be taken to stand clear.
4. Always roll pipe from the ends or from behind in order to remain clear should the pipe roll out of control.
5. Keep feet and hands from underneath the pipe when lowering it.
6. When stringing pipe from a truck, workers on the ground should remain behind the truck while the truck is moving.
7. When leveling or cutting fiberglass pipe, dust goggles and mask must be worn by the equipment operator.
8. When unspooling polypipe, review manufacturer's recommendations.

B. Storage

1. All stored pipe shall be secured to prevent movement.
2. Suitable skids must be provided for the safe handling of pipe.
3. Pipe racks should be kept in an orderly and safe condition. Space around pipe racks shall have no obstructions that might cause stumbling or falling when loading or unloading pipe.
4. Pipe racks shall be level.
5. Pipe should be racked evenly, joint above joint and should overhang the rack by approximately the same length at each end.
6. Hardwood stripping (stringers) shall be between each pipe layer.
7. Bottom layer of pipe should be pinned or blocked securely on all four corners.
8. Each successive layer shall be effective-

ly chocked or blocked. Chocks or blocks may be made of wood or plastic.
9. Pipe should never be racked on ground type racks to extend more than 10 feet (3 m) high from the rack sills.
10. Personnel must never stand in front of a pipe rack when pipe is being rolled. Personnel shall not attempt to catch out of control rolling or falling pipe.
11. Forklifts are to be operated only by trained and authorized personnel.
12. Personnel shall have proper PPE, at a minimum, hard hat, safety toed boots, safety glasses and work gloves.

7.10   Drum Handling and Storage

The contents of drums can be potentially hazardous and therefore must be properly handled and stored. Full drums pose handling issues due to weight as well as storage issues due to the material contained inside.

A. Handling

1. Manual Handling

a. Drums should be handled by either a hand truck, a dolly equipped for drum handling or a drum tilter.
b. If it is necessary to handle a drum by manual means:

(1) Do not roll drums with the feet;
(2) Roll drums by gripping chimes or otherwise keeping the hands on center or top;
(3) If a drum starts to fall, do not attempt to catch it; and

94

95

(4) Be aware of pinch points when setting drums.

2. Mechanical Handling

    a. When drums are moved by forklifts, cranes or other mechanical means, drums should be properly secured.

    b. Drums should not be lifted any higher than necessary for safe transport.

    c. Caution should be taken to ensure that drums are not punctured.

B. Storage

1. Drums should be stored as appropriate for the contents. Review the storage recommendations for the material from the respective MSDS.

2. Drums must be labeled as to the contents.

3. Empty drums should be returned to the vendor, disposed of or recycled. Consult with your local environmental representative for proper disposal or recycle procedures.

96

# 8.0 Electrical Safety

(For detailed information, refer to the Anadarko Electrical Safe Work Practices Program)

Employees must be trained in basic electrical safety. Work on electrical equipment and systems, which includes troubleshooting and repair, must be performed only by Qualified Persons.

8.1 General

A. Qualified Persons must use lockout/tagout procedures when working on electrical equipment that can be activated by a switch or disconnect.

B. Pull and junction boxes for systems over 600 volts must have their covers permanently marked with wording such as "DANGER, HIGH VOLTAGE" or "DANGER, 600 VOLTS".

C. Each disconnecting means for equipment or circuits shall be legibly marked to indicate the equipment or circuit it applies to. In addition, "ON" and "OFF" shall be clearly distinguishable.

D. Electrical switchgear must be labeled to identify the equipment it controls.

E. Employees must not wear rings, watches or similar metallic objects while working on electrical systems.

F. Where feasible, electrical systems (circuits) must be de-energized ("cold") and tested before performing work. Work on energized ("hot") electrical systems must be authorized by a supervisor. If work must be performed on a "hot" energized circuit, only Qualified Persons shall do the work and suitable protective equipment must be used (i.e., certified non-conductive gloves, mats, blankets, line insulators, hot sticks) to provide insulation from the ground and conductors.

97

G. Hands, shoes and clothing should be dry when any energized electrical equipment is handled.

H. Interlocks must not be rendered inoperative by removal, modification or destruction, except by a Qualified Person.

I. Employees should avoid being near switch boxes, pumping units or other electrically operated equipment during an electrical storm.

J. When high structures or equipment are operated near electrical power lines, the lines should be de-energized and tested when feasible. If this is not possible, proper clearance between the equipment and the power lines must be maintained. Refer to Appendix B, Table **1**.

K. Overload protection (fuses and/or circuit breakers) must be provided to protect the circuit's maximum current carrying capacity (i.e., a 30 amp fuse must not be used on a 20 amp circuit).

L. A fuse puller must be utilized to remove and replace fuses. A fuse puller must be kept clean and dry to prevent a conductive film from forming on the surface of the fuse puller.

M. Substitutes for fuses are prohibited.

N. Electrical connections to ground must not be made to gas pipe, steam pipe, sprinkler systems or light protection systems.

O. Electrical motors must be externally grounded through a ground cable connection from the base of the motor to the ground rod. On offshore platforms of structural steel, the steel deck is considered as the ground and ground cable connections must be attached to the deck.

P. Water must not be used on electrical equipment fires. When possible, electrical equipment must be de-energized before fighting a fire.

Q. Extension cords must be of a three-wire grounded type, free of splices and is not a substitute for permanent wiring.

R. Employees must not stand in front of an electrical switch box when opening or closing a switch.

S. The covers and all bolts on electrical boxes must be replaced and tightened upon completion of work.

T. Repairs or other work will not be performed by Anadarko employees on any electrical system not owned or operated by Anadarko.

U. Non-qualified personnel must not attempt to make repairs to electrical equipment. Defective appliances, lines or cords, electrical equipment, etc., must be taken out of service, tagged and be reported to an Anadarko supervisor.

8.2    Ground Fault Circuit Interrupter (GFCI)

All portable electric tools and lights, that may be used in wet or damp locations, shall be used with ground fault circuit interrupters (GFCI) or be included in an assured grounding program. Low voltage lights may be used in lieu of lights with GFCI.

8.3    Power Hand Tools

Misuse of power hand tools can create potential hazardous conditions. Proper handling and use of power tools include:

A. The power supply source must be disconnected before repairs or services are performed on the tools;

B. Where there is a danger of explosion or fire, pneumatic (air operated) power tools should be used;

C. Natural gas shall not be used for pneumatic power tools;

D. Electrically operated tools must not be used on tanks, lines, vessels, in compressor stations or other areas where flammable gases may be present until these areas have been checked with a gas detector and determined to be gas free. For additional information, refer to the Anadarko Hot Work Program;

E. Portable electric tools and equipment must be Underwriters Laboratory (U.L.) listed or approved by applicable international certifying body, double insulated or be grounded through a third wire;

F. Outlets supplying power to portable electric tools which may be used in a wet location (i.e., outdoors) must have ground fault circuit interrupter (GFCI) protection or be included in an assured grounding program; and

G. Electrical powered tools and equipment with deteriorated or inadequate insulation, defective cords, etc., must be tagged and removed from service until repaired. Taped splices in cords are not considered properly repaired and must not be used.

8.4   Lighting

Improper lighting maintenance or installation may create a hazardous condition.

A. OSHA or equivalent international electrical safety guidelines for hazardous locations must be followed in those locations where flammable gas or liquids may be present. Portable lights used in hazardous locations must be approved for the intended hazardous atmosphere.

B. The outside globe and guard on stationary lights or on portable hand lights must be maintained and in place during use.

C. Portable lights and cords must be kept in good repair. The cords must be checked for bad insulation and the lights checked for cracked or broken protective globes.

D. When changing a broken or burned out light bulb, the circuit must be de-energized.

8.5   Explosion Proof or Intrinsically Safe Electrical Equipment

Electrical equipment, used or installed in a potentially flammable or explosive location, must be rated, installed and maintained as specified by the manufacturer. For information regarding the classification of areas for electrical installations, refer to API RP500, "Recommended Practice for Classification of Locations for Electrical Installations at Petroleum Facilities Classified as Class 1, Division 1 and Division 2" (or applicable international standard).

A. Electrical equipment in flammable or explosive atmospheres must be explosion-proof or intrinsically safe and meet NEC (National Electric Code, Article 500) or applicable international requirements for such electrical installations.

B. Explosion-proof equipment must be maintained in good condition to retain the integrity for which it was designed.

C. Explosion-proof caps, covers, boxes, etc., must be secured and seated to maintain the integrity of the system.

D. For non-intrinsically safe Personal Electronic Devices (devices such as PDAs, cell phones and laptops), refer to Section 10.2 for additional information.

(this page intentionally left blank)

## 9.0 Chemical Safety

(For detailed information, refer to the Anadarko Hazard Communication Program)

### 9.1 Chemical Safety Program

Chemical safety information, as defined in the OSHA Hazard Communication Standard (29 CFR 1910.1200) and applicable state, local or international standards, must be included in Anadarko's local written Hazard Communication Program. Employees shall be trained on the Hazard Communication Program specific to their location.

The written compliance program must address the following elements:

- Hazard Determination;
- Written Program;
- Chemical Safety Information (Material Safety Data Sheets - MSDSs);
- Labeling; and
- Employee Training.

Employees must be familiar with applicable chemical safety information whenever working with hazardous chemicals or with equipment that contains or has contained hazardous chemicals.

Chemical safety information for each chemical may be found in a MSDS (United States), Workplace Hazardous Materials Information System safety data sheet (WHMIS, Canada), Control of Substances Hazardous to Health safety data sheet (COSHH, UK) or other chemical safety sheet formats consistent with international requirements, depending on the locale of the operations.

A. General Chemical Safety Precautions

Hazardous chemicals may be in the form of liquid, gas, powder or solid. Appropriate precautions must be taken to properly protect yourself.

Information specific to a chemical should come from its chemical safety data sheet. Some general safety precautions include:

1. Appropriate protective equipment will be utilized when working with hazardous chemicals. This may include chemical goggles, chemical gloves, face shields, hard hats, chemical boots, chemical aprons, slicker suits and respiratory protection. Refer to the specific chemical safety data sheet for specific PPE requirements;
2. Skin, eye contact and inhalation of gases or vapors must be avoided;
3. Hazardous chemical containers must be clearly labeled, tightly sealed, segregated and stored close to the floor in a dry place away from flames;
4. Hands and other affected areas must be washed with soap and water as soon as possible after coming in contact with hazardous chemicals;
5. The procedures to be followed when mixing hazardous chemicals include:

   a. Chemical safety data sheets should always be reviewed prior to any work with chemicals so that the properties of the chemicals are known;
   b. When making caustic solutions, the chemicals should be stirred vigorously to reduce heating and splattering;
   c. When diluting a chemical (such as acids and caustics) with water, the chemical must be added to the water. Water must not be added to the chemical. This is done to prevent chemical reactions and splattering; and
   d. Hazardous chemicals should be mixed in small test batches until certain of the reaction.

6. If a spill occurs, the area should be cleaned up as soon as possible;
7. If a hazardous chemical comes in contact with the skin or eyes, the affected area must be thoroughly flushed with running water for at least 15 minutes. Medical attention should be obtained as soon as possible;
8. Hazardous chemicals must not be discharged into public sewer systems, waterways or tributaries. Hazardous chemicals must be disposed of properly. Consult your local environmental representative for permissible disposal procedures; and
9. Eyewash and shower facilities (stationary or portable) should be readily available in areas where hazardous chemicals are routinely handled.

9.2   Specific Chemicals

This Section contains general information related to chemicals that are or have been common to the exploration and production industry. Prior to your use or potential exposure to workplace chemicals, you must review the chemical safety sheet for those specific chemicals.

A. Asbestos

1. Asbestos is a fibrous mineral that has excellent thermal insulating properties. In the past, asbestos was widely used in insulation and building material. However, it has been found that asbestos can cause several serious health effects.

2. Employees should be aware that asbestos containing material might exist in older Anadarko facilities. Anadarko's practice is to contain or remove friable material containing asbestos in order to prevent a potential exposure hazard to employees.

3. Qualified contractors shall be used for activities involving maintenance, construction, repair, renovation, demolition, salvage, disposal or other handling of materials containing asbestos.

4. Employees who remove or dispose of small quantities of asbestos containing materials shall be trained and must comply with appropriate regulations.

5. Governmental agencies require notification prior to the removal and disposal of asbestos containing material. To comply with this requirement, your local safety or environmental representative must be notified prior to initiation of those activities.

6. Where asbestos is used in such items as gaskets, packing glands, etc., precautions must be taken to prevent the generation of airborne fibers which can occur through cutting, tearing, grinding or other handling of the materials in a way that changes its integrity.

106

7. For additional information regarding asbestos, consult your local safety or environmental representative.

B. Benzene

1. Crude oil, condensate and natural gas may contain benzene. Benzene has been recognized as a carcinogen.

2. Every effort should be made to avoid breathing hydrocarbon vapors while gauging tanks, repairing line leaks, cleaning up spills, pigging operations, etc. If you have any questions concerning benzene, contact your local safety representative.

3. PPE may include chemical gloves, chemical goggles and respiratory protection.

4. Adequate ventilation may be used to control exposure.

C. Condensate

1. Condensate appears as a clear to straw colored liquid. It is quite fluid and has a mild pungent odor. Condensate is lighter than water and is not very soluble in water. Condensate is a flammable liquid and its vapors are heavier than air. Condensate may contain benzene or $H_2S$, therefore precautions should be taken to avoid breathing the vapors.

2. PPE may include chemical gloves, chemical goggles and respiratory protection.

3. Adequate ventilation may be used to control inhalation exposure.

4. If a condensate spill occurs, the area should be cleaned up as soon as possible but only after first determining that it is

107

safe to do so.

5. Ignition sources are not to be introduced in areas where condensate is present or has been present without first monitoring the atmosphere. Refer to the Anadarko Hot Work Program.

D. Crude Oil

1. Crude oil appears as a tan, greenish to black liquid. Crude oil can be quite viscous to very fluid and has a mild pungent odor. Crude oil is typically lighter than water and not very soluble in water. Crude oil can be flammable or combustible, depending on its specific gravity. Vapors from crude oil are heavier than air. Crude oil may contain benzene or $H_2S$, therefore precautions should be taken to avoid breathing the vapors.

2. PPE may include chemical gloves, chemical goggles and respiratory protection.

3. Adequate ventilation may be used to control exposure.

4. If a crude oil spill occurs, the area should be cleaned up as soon as possible but only after first determining that it is safe to do so.

5. Ignition sources are not to be introduced in areas where crude oil is present or has been present without first monitoring the atmosphere. Refer to the Anadarko Hot Work Program.

108

E. Hydrogen Sulfide ($H_2S$)
(For detailed information, refer to the Anadarko Hydrogen Sulfide Program)

1. General

a. When $H_2S$ is suspected or encountered, measurements must be made to determine exposure levels. The local safety representative must be notified so that protective measures can be implemented.

b. Employees subject to $H_2S$ exposure above 10 ppm are required to use respiratory protection equipment.

2. Characteristics

a. $H_2S$ is a highly toxic, colorless gas, heavier than air, soluble in water, with the odor of rotten eggs in low concentrations. $H_2S$ may be present in toxic concentrations with crude oil, water and gas in some producing fields. Exposure may occur while gauging tanks, repairing leaks, working in confined spaces, tank and vessel cleaning and repairs. $H_2S$ is flammable and produces sulfur dioxide when burned.

3. Toxicity

a. Exposure to high concentrations of $H_2S$ can cause immediate death. $H_2S$ is an extremely toxic and irritating gas. The principle hazard is poisoning by inhalation. $H_2S$ in the bloodstream reduces its oxygen-carrying capacity, thereby depressing the

109

nervous system. Sufficiently high concentrations cause blockage of the phrenic nerve resulting in immediate collapse and death due to respiratory failure and asphyxiation.

b. The "rotten egg" odor of $H_2S$ is not a reliable warning signal because higher concentrations (approximately 100 ppm and greater) temporarily deaden the sense of smell. The only positive means of determining the amount of $H_2S$ present is by testing with an approved $H_2S$ detector. Reliance solely on the sense of smell can be fatal.

4. Detection

    a. Various types of monitoring equipment are readily available to determine the presence of $H_2S$. These include the hand pump with detector tube, direct reading portable monitor, fixed monitor or alarm system and personal monitor or alarm system.

    b. Monitoring equipment must be tested and calibrated frequently according to the manufacturer's recommendations or regulatory requirements.

    c. Detection using detector tubes or lead acetate type tapes is prohibited as personnel monitors for employee protection.

5. Training

    a. Employees must not work in an $H_2S$ area without first receiving training on:

       • Hazards associated with $H_2S$;
       • The use of respiratory protection;
       • Emergency response training; and
       • First aid/CPR.

    b. This training must be conducted at least annually.

6. Physical Effects

    a. The physical effects of $H_2S$ can be found in Appendix D:

F. Natural Gas

1. Natural gas is a colorless gas, which is typically odorless. It can be lighter or heavier than air depending upon its chemical composition. Natural gas is a flammable gas. Natural gas may contain benzene or $H_2S$ therefore precautions should be taken to avoid breathing the vapors.

2. PPE may include safety glasses, chemical goggles, chemical gloves and respiratory protection.

3. Adequate ventilation may be used to control exposure.

4. If a natural gas release occurs, leave the area, do not engage any electrical device and notify your supervisor.

5. Ignition sources are not to be introduced in areas where natural gas is present or has been present without first monitoring

the atmosphere.  Refer to the Anadarko Hot Work Program.

G.  Naturally Occurring Radioactive Material (NORM)

1.  NORM is associated with produced oil, gas and water.  NORM may be found in scale deposited in tubulars, surface piping, vessels, pumps and other producing or processing equipment.
2.  Equipment shall be surveyed prior to:

   a.  Opening for maintenance or cleaning;
   b.  Transporting; and
   c.  Selling, disposing or donating.

3.  NORM surveys should only be conducted by trained personnel and shall be documented.
4.  When NORM is detected, the safety and environmental representatives shall be notified.
5.  When conducting maintenance or repair of NORM contaminated equipment, proper PPE will be used.
6.  When transporting NORM contaminated equipment, applicable regulations will be followed.
7.  NORM will only be disposed of at Anadarko approved licensed facilities.  Contact the local environmental representative prior to disposal.

H.  Polychlorinated Biphenyls (PCBs)

1.  PCBs are toxic to humans.  Exposure can occur via inhalation, ingestion or skin absorption.  PCBs can cause skin disorders, irritation of the eyes, ears, nose and

112

throat.  In addition, adverse reproductive and carcinogenic effects may occur.
2.  Some transformers and capacitors contain electrical fluids or oil contaminated with PCBs.  Regulatory guidelines must be followed for proper handling and disposal.
3.  All transformers should be checked for PCBs.  Records of the equipment containing PCBs must be maintained.
4.  A warning label should be affixed and readily visible on PCB contaminated equipment.
5.  In the event of a spill containing PCBs, PPE must be used.
6.  The local safety and environmental representatives should be contacted for further information.

I.  Produced Water

1.  Produced water is a colorless, slightly cloudy to milky liquid with variable salinity.  It may have no odor, a slight salty odor, or a slight hydrocarbon odor.  Produced water gas may contain benzene or $H_2S$ and therefore precautions should be taken to avoid breathing the vapors.
2.  PPE may include safety glasses, chemical goggles, chemical gloves and respiratory protection.
3.  If a release occurs, attempt to contain and control the release only after it is determined safe to do so.

J.  Sulfur Dioxide ($SO_2$)

1.  $SO_2$ is typically encountered in gas form and as a by-product of the combustion of

113

$H_2S$. $SO_2$ is a toxic, colorless gas with an irritating pungent odor, is heavier than air and is nonflammable.

2. Employees subject to $SO_2$ exposure above 2 ppm are required to use respiratory protection equipment.

3. The local safety and environmental representatives should be contacted for further information.

9.3 Hazardous Chemical Spill or Release

A. Personnel expected to respond to a spill or release of a hazardous chemical must be trained in accordance with their response duties. At a minimum, personnel will be trained to an awareness level which includes how to recognize that a hazardous spill or release has occurred, how to protect themselves and others, how to report the incident and how to secure the area.

B. Contractors listed on local emergency response plans shall be appropriately trained in accordance with their duties to respond to a hazardous chemical spill or release.

## 10.0   Fire Safety

10.1 General

A. Caution must always be exercised regarding potential fire hazards which may be present within a given oil field, drilling or workover location, gas processing plant, offshore facility or office building. A fire hazard absent one day may be present the following day. In locations where a fire or explosion may occur, the rules to be followed include:

1. Areas where smoking, burning or the use of an ignition source is prohibited include:

   a. Areas where "No Smoking" signs are posted;
   b. Any area or part of a building which contains flammable liquids or in which flammable liquid vapors may be present;
   c. The vicinity of tanks, separators, or other vessels containing or having contained, oil or other flammable liquids;
   d. The vicinity of an oil or gas well;
   e. The vicinity of a water well being produced by gas lift;
   f. The vicinity of a pipeline pump or other machinery or equipment transporting or containing crude oil, gas or other flammable liquids;
   g. The vicinity where there has been or is a leak of flammable liquids;
   h. The vicinity of gas operated chemical pumps;
   i. The rotary floor of drilling or workover rigs;

j. Any place on an offshore platform, except in approved locations; and

k. All other Electrically Classified Locations.

2. Matches or cigarette lighters must not be taken into areas containing flammable materials or Electrically Classified Locations;

3. Designated areas should be established for the storage of flammable liquids. When gasoline is stored, a label containing the words "Gasoline" and "Flammable" must be attached to the container. Gasoline is not permitted on offshore platforms;

4. Engine-magnetos, spark plugs or other ignition devices must not be tested in places where flammable gas vapors are present;

5. Natural gas starter piping, connections and vents must be checked after performing repairs or maintenance and before attempting to start engine. Vents must be vented outside any building or enclosure;

6. Cans of oil, kerosene, oily rags, waste, etc., are prohibited near stoves, furnaces, or gas fires;

7. Oily rags, waste and other combustible materials must be stored in labeled, covered metal containers to prevent fire from spontaneous combustion;

8. Manufacturer's procedures must be followed when lighting fired vessels;

9. Flammable liquids (i.e., gasoline, condensate) must not be used as cleaning agents;

10. Flammable aerosol (i.e., paints, insect spray, most paint removers) must not be used near open flames or other ignition sources;

11. Bonding and grounding procedures must be followed during the transfer or collection of flammable liquids into portable containers to prevent ignition from static electricity.

a. Bonding minimizes the difference in electrical potential between two or more conductive objects and will prevent sparking between them. Bonding is the joining of metallic parts to form an electrically conductive path which will assure electrical conductivity and the capacity to safely conduct any current likely to be imposed.

b. Grounding minimizes the difference in electrical potential between the objects and ground. A ground is a conducting connection between an electrical circuit or equipment and the earth or to some conducting body that serves in place of the earth.

12. Thief hatch (sample or gauging port) covers must be kept closed on oil, water and condensate tanks except when tanks are being gauged or cleaned;

13. Quantities of flammable or combustible liquids in excess of 25 gallons shall be stored outdoors or in approved flammable storage cabinets. The maximum allowable storage of liquids stored in such a cabinet is 60 gallons for flammable liquids and 120 gallons for combustible liquids. Whenever possible large

116

117

quantities of flammables should be stored out of doors, in a safe designated area. Cabinets used for the storage of flammable liquids must be ventilated and appropriately labeled; and

14. Gasoline or other flammable products must be transported or stored in U.L. (or equivalent international standard) approved safety containers.

B. Fire Protection Measures

Proper fire protection measures provide a degree of safety from fires.

1. Fire proofing should be inspected periodically and repaired if found damaged.

2. Smoke, ultraviolet (UV), infrared (IR), gas and heat detectors should be inspected in accordance with the manufacturer's recommendations, regulatory requirements or at least quarterly.

3. Anadarko-owned sleeping quarters must be equipped with smoke detectors which must be tested monthly. Employees must not remove the battery from a smoke detector without replacing it immediately.

4. Fire doors must not be left in the open position.

10.2   Personal Electronic Devices (PEDs)

A. Personal Electronic Devices (PEDs) such as cell phones, pagers, radios, cameras, Personal Digital Assistants (PDAs), laptops or similar equipment that are not intrinsically safe shall not be brought into Classified Locations* unless the location is determined

118

to be safe. This includes testing the atmosphere for explosive or flammable concentrations of gas or vapors. If the atmospheric tests indicate that the LEL/LFL is above 10%, then a Hot Work Permit is required. Classified Locations are defined as Class 1, Division 1 or Class 1, Division 2 locations, as referenced in API RP 500 and the National Electric Code, Article 500.

B. Equipment and wiring approved as intrinsically safe may be used in any hazardous (classified) location for which the equipment is designed. Intrinsically safe equipment is not capable of releasing sufficient electrical or thermal energy under normal or abnormal conditions to cause ignition of a specific flammable or combustible atmospheric mixture in its most easily ignitable concentration.

C. This Policy applies to all Anadarko work locations. If there is any question as to whether or not a PED is intrinsically safe, contact your supervisor or safety representative. If there is any question as to whether a location is considered a Classified Location, refer to the location classification drawing or contact your supervisor or safety representative.

*Classified Locations

Class I, Division 1

A Class I, Division 1 location is a location:

• In which hazardous concentrations of flammable gases or vapors may exist under normal operating conditions;

• In which hazardous concentrations of gases or vapors may exist frequently because of repair or maintenance operations or because of leakage;

• In which breakdown or faulty operation of

119

equipment or processes might release hazardous concentrations of flammable gases or vapors and might also cause simultaneous failure of electrical equipment.

Class I, Division 2

A Class I, Division 2 location is a location:
- In which volatile flammable liquids or flammable gases are handled, processed or used, but in which the hazardous liquids, vapors, or gases will normally be confined within closed containers or closed systems from which they can escape only in case of accidental rupture or breakdown of such containers or systems, or in case of abnormal operation of equipment;
- In which hazardous concentrations of gases or vapors are normally prevented by positive mechanical ventilation, and which might become hazardous through failure or abnormal operations of the ventilating equipment;
- That is adjacent to a Class I, Division 1 location, and to which hazardous concentrations of gases or vapors might occasionally be communicated unless such communication is prevented by adequate positive-pressure ventilation from a source of clean air, and safeguards against ventilation failure are provided.

10.3   Fire Extinguishers

Successful fire protection depends on preparedness. Properly maintained fire extinguishers and trained employees are elements of fire safety preparedness.

A.   General

   1.   Fire fighting equipment must be conspicuously located, identified and readily

120

accessible.
   2.   Employees expected to use fire extinguishing equipment shall be trained in its use.
   3.   Water spray, sprinklers, halon, $CO_2$, dry chemical and foam systems must be inspected and tested according to manufacturer's instructions or regulatory requirements.
   4.   Extinguishers must have the manufacturer's name plate permanently attached.
   5.   A discharged fire extinguisher must be replaced immediately with a fully charged unit of equal rating.

B.   Fire Extinguisher - Inspection and Maintenance

   1.   Monthly inspection and annual maintenance must be performed on all fire extinguishers.
   2.   The monthly inspection and annual maintenance documentation must be maintained for each unit.
   3.   Hydrostatic testing of extinguisher shells must be performed according to the required intervals based upon the material of construction. In addition, extinguisher shells showing evidence of corrosion or mechanical damage must be subjected to a hydrostatic pressure test or be replaced. All hydrostatic testing must be documented and the records retained.
   4.   Extinguishers removed from the premises for servicing must be replaced by a spare extinguisher of equal rating.
   5.   Extinguishers must be recharged after each use or as indicated by an inspection. Recharging is the replacement or

121

replenishment of the extinguishing agent. It also includes the replenishment of the expelling agent for certain types of extinguishers.

6. Only those replacement materials specified on the name plate are to be used for recharging. The use of other recharging materials may clog or impair the efficiency, causing malfunction or resulting in rupture of the extinguisher.

10.4    Fire Drills

Fire drills are another element of fire safety preparedness. Familiarization with your role is essential to your safety as well as the safety of others.

A. Fire drills must be conducted and documented on a periodic basis, to be determined by Division/Subsidiary Management based upon applicable regulations, or at least annually.
B. Periodic testing of fire alarm systems, as part of the fire drill, must be performed and documented. The frequency shall be dictated by the applicable regulation, manufacturer's recommendation, Division/Subsidiary Management or at least annually.

## 11.0    Medical and First Aid

11.1    Bloodborne Pathogens
(For detailed information, refer to the Anadarko Bloodborne Pathogen Program)

Bloodborne Pathogens are microscopic infectious organisms carried by body fluids and can cause disease in humans. These pathogens include hepatitis B virus (HBV), hepatitis C virus (HCV) and human immunodeficiency virus (HIV).

A. For a potential bloodborne infection to occur, contact must take place between broken skin or mucous membranes and infected blood or other body fluids. Contact with potential bloodborne pathogens can occur during emergency care which includes clean up and disposal of any blood or body fluids. Blood and body fluids are considered hazardous waste and require special clean-up materials, transportation and disposal.
B. Administration of emergency care by most employees is not a job duty and would be performed at the discretion of the employee. If emergency care is given, precautions to take include utilizing appropriate PPE such as latex gloves, a CPR pocket mouth shield and eye protection.
C. If an employee is involved in a potential exposure incident, then Anadarko will provide evaluation, post treatment and follow-up as provided in the Anadarko Bloodborne Pathogen Program. Any potential exposure incident experienced on the job should be reported immediately to your supervisor or local safety representative.

122

123

11.2   First Aid/CPR/AED Training

Anadarko provides Emergency First Aid/CPR/AED training to employees who work in areas where emergency medical services are not immediately available.

A. Any First Aid/CPR/AED training provided to employees will be approved by the Anadarko Occupational Health Nurse.
B. Automatic External Defibrillators (AED) are provided and available to Anadarko employees at select Anadarko locations. Training on the proper application and operation of an AED is provided.

11.3   First Aid Kits

First aid supplies (kits) shall be accessible in Anadarko manned facilities and vehicles. Employees shall be familiar with the location of first aid supplies.

A. First aid kits shall be routinely inspected to ensure they are adequately stocked. First aid kits shall include appropriate personal protective equipment for protection from bloodborne pathogen exposure.
B. First aid kits for manned facilities and vehicles shall contain the supplies as approved by the Anadarko Medical Director.
C. Additional or specialized first aid or emergency equipment other than what is provided in Anadarko first aid kits shall be discussed with the local safety representative and approved by the Anadarko Medical Director.

11.4   Heat Exposure

Employees can become overheated while working in hot conditions. Appropriate clothing, frequent breaks, plenty of water and proper work management assists with the control of potential heat exposure.

The three stages of Heat Exposure are:

• Heat cramps;
• Heat exhaustion; and
• Heat stroke.

A. Heat Cramps

1. Symptoms
Heat cramps may include muscle spasms in the stomach and the extremities, visible twitching and moist or cool skin.
2. Treatment
Move the victim to a cool place and massage the muscles. Give cool water to drink.

B. Heat Exhaustion

1. Symptoms
Heat exhaustion may include pale, clammy skin, rapid, weak pulse, near normal temperature, weakness, headache, nausea, abdominal or limb cramps and excessive perspiration.
2. Treatment
Move the victim to a cool place. Have them rest and protect them from chilling. Give cool water to drink, if conscious. Summon emergency services and transport the victim to a physician as soon as possible.

C.  Heat Stroke

1.  Symptoms
Heat stroke symptoms include a high temperature, a red face and hot and dry skin with no sweating.  Headaches, dizziness and labored breath are common and the victim may become unconscious.

2.  Treatment
Move the victim to a cool place and lay them down.  Remove as much clothing as possible and cool their body with cool water.  It is very important to reduce the body temperature as soon as possible. Do not pack ice around the victim as it may result in shock.  Summon emergency medical services and transport the victim to a physician as soon as possible. If victim was unconscious and consciousness returns, watch for signs of shock and treat accordingly.

D.  Heat Index Chart is found in Appendix E.

11.5  Cold Exposure

The best defense against cold related injuries is to prioritize and limit outside work during temperature and wind chill extremes, dress for the conditions and use the appropriate PPE for any outside work.  Special attention should be given to protection of the face and head, hands, wrists and feet.  Gloves with gauntlets should be used to prevent exposed skin areas between the jacket and gloves.

A.  Frostbite

Frostbite is the freezing of body tissue.  It may range from minor injury (frostnip) to the complete freezing of an extremity.  Untreated frostbitten areas will first become reddened and then become gray or white, particularly on exposed ear lobes, cheeks or the nose. Left untreated, the skin becomes numb and dead white.  Watch co-workers for signs of frostbite.  Treatment for frostbite is to transport immediately to a medical facility.

B.  Hypothermia

Hypothermia is the lowering of the body core temperature to the point where the body is no longer functioning properly.   Symptoms include intense shivering, poor coordination, stumbling, loss of memory, thickness of speech and drowsiness.  Hypothermia is often not recognized, and left untreated, may result in collapse and death.

Dehydration or loss of body fluids occurs gradually in the cold environment and may increase the susceptibility of workers to cold injury due to a significant change in blood flow to the extremities.  Warm, sweet drinks and soups should be taken to the work site to provide caloric intake and fluid volume. Taking certain medication or drugs, such as nicotine or caffeine, can increase susceptibility to cold because of their diuretic circulatory effects and ability to constrict the blood vessels.  Workers with a cold, flu or certain diseases, such as diabetes, heart, vascular and thyroid problems, may be more susceptible to winter elements.   Becoming exhausted or

126

127

immobilized, especially due to injury, can speed up the effects of cold weather.

It is important to note that most hypothermia cases are reported during cool weather. Treatment is to transport immediately to a medical facility.

C. Wind Chill Chart is found in Appendix F.

11.6   International Travel

A. Employees traveling outside the United States on Anadarko business are required to contact the Anadarko Medical Department for guidance concerning health issues. International travelers will be provided with immunization as recommended by the CDC for those diseases occurring in the country of destination.

B. International travelers will be furnished a medical kit for use in case of emergency or general sickness while out of the country on Anadarko business.

C. Employees to be stationed outside the United States should contact the Anadarko Medical Department as soon as possible after accepting the international assignment. This will facilitate scheduling of appropriate medical screening, immunizations and preparation for the international assignment.

128

## 12.0   Transportation Safety

12.1   Motor Vehicle Operation

A. Safe Driving

1. Requirements of employees driving vehicles while on Anadarko business include:

   a. Operate the vehicles in a safe manner;
   b. Use vehicles for the purpose authorized;
   c. Wear the available seatbelt in the vehicle. The driver of the vehicle is responsible for ensuring the passengers utilize the available seatbelts; and
   d. Have a valid driver's license.

2. Operation of a vehicle on Anadarko business while under the influence of intoxicating beverages or drugs is prohibited.
3. Picking up hitchhikers is prohibited.
4. If involved in a vehicle accident, stop, render assistance and notify appropriate authorities and the appropriate Anadarko supervisor.

B. General Guidelines

1. Defensive driving must be practiced at all times. Defensive driving means the driver must be constantly alert for accident producing situations and be prepared to take necessary evasive action.
2. Traffic laws must be observed.
3. Any change in a persons' driver license status shall be reported to their supervisor as soon as possible.

129

4. Automotive equipment must be maintained in a safe condition.

5. Speed must be consistent with road, weather conditions and posted limits.

6. Automotive equipment must not be operated in a non-ventilated building.

7. A vehicle should be parked to minimize backing.

8. Gasoline or other flammable material must not be carried in the trunks of automobiles except in emergency situations.

9. Cargo and heavy tools must not be transported in the passenger section of trucks or vans when passengers are occupying this section.

10. Hard hats or any loose or sharp objects must not be stored in the rear window tray or on the front dash.

11. All Anadarko vehicles should be reviewed to ensure proper vehicle registration and current safety inspection.

12. Employees who are required to operate a vehicle for Anadarko business which requires a Commercial Driver License or other special licensing requirement, will notify their supervisor and local safety representative.

12.2 Trucks

A. General Precautions

1. Trucks must be maintained in good mechanical condition, giving particular attention to brakes, signals, lights, horns, windshield wipers and tires. If a driver detects a mechanical defect or safety hazard in a vehicle, arrangements for repairs should be made at once.

130

2. Personnel must not be transported in the rear area (truck bed) of trucks.

3. Material hauled in trucks must be loaded or tied down to prevent it from jarring loose or falling off. If a chain binder (boomer) is used, the handle must be secured to prevent accidental release.

4. Trucks are not to be loaded beyond the GVWR.

5. Trucks must be equipped with 30 pound BC or international equivalent rated fire extinguishers and first aid kits.

6. Operators must check for clearances around the truck before starting the unit.

7. The driver of a winch truck is responsible for the condition of the winch lines and guy lines to the gin pole 'A' frame.

8. The winch truck must be equipped with a headache post and a protective barrier between the winch and cab to protect the driver against shifting loads and whipping lines.

9. Loads must not extend directly over a truck cab unless the cab is protected for the specific hazard.

10. Vehicle operators and employees must give proper attention to electric lines and equipment when working or driving vehicles equipped with gin poles, 'A' frames, masts or other protruding objects.

11. Employees must not stand between the truck and a load when there is a strain on the winch line.

12. The winch hook should be securely fastened to the truck bed or other fastening point when not in use.

13. Winch lines should be visually inspected prior to use or anytime they are subjected to potential damage.

131

14. When loads are handled by gin poles or 'A' frames, the gin poles must be securely anchored to the truck bed. The "oil field knot" shall not be used on gin pole or 'A' frame winch lines.

15. Employees should not try to stop a shifting, falling or tumbling load.

16. Employees loading or unloading pipe must not stand between the truck bed and the pipe rack. If the work necessitates a person being in this position, the loading or unloading operation must be stopped and the load secured.

## 12.3   Snowmobiles

A. A DOT (or similar international standard) approved helmet must be worn.

B. Employees authorized to operate a snowmobile must be familiar with the operating manual.

C. Employees authorized to operate a snowmobile will have successfully completed a snowmobile safety course.

## 12.4   Utility Vehicle (i.e. Kawasaki Mule)

A. A DOT (or similar international standard) approved helmet must be worn.

B. Seatbelts will be worn.

C. Employees authorized to operate a utility vehicle must be familiar with the operating manual.

D. Employees authorized to operate a utility vehicle will have successfully completed a utility vehicle safety course.

## 12.5   Tractors, Loaders and Backhoes

A. Personnel who operate or work near tractors, loaders and backhoes are at risk of being struck by the equipment or the components. Other risks include rollovers, electrocutions and slides into trenches.

B. Wheel type agricultural and industrial tractors over 20 hp will be equipped with a Rollover Protection System (ROPS). This includes a roll bar and seatbelt. While operating equipment with ROPS, the seatbelt will be worn.

C. Employees authorized to operate equipment must be familiar with the operating manual.

D. Employees authorized to operate tractors, loaders or backhoes will have successfully completed a safety course for the equipment to be operated.

E. Operators must not operate or hoist items the operator cannot see unless there is a spotter providing signals for such operation and hoisting.

F. Communications between equipment operator and personnel should be established before each work day begins.

G. Personnel must be aware of established swing areas and blind spots before the operator works the equipment. Personnel should not be within this swing area.

H. Personnel should not approach the tractor, backhoe or loader until they signal the operator and receive acknowledgement from the operator to approach the machine.

I. Never permit anyone to ride in or work from a backhoe or loader bucket. No passengers are allowed on the equipment.

J. The equipment must not be driven at an unsafe speed.

K. Caution should be used on steep grades. Equipment should not be operated on grades steeper than specified by the manufacturer.

132

133

L. Turn off the equipment and lower all attachments before stepping off for any reason.

12.6   Boats

Employees conducting work or riding to a work location by vessel must follow the Captain's or boat operator's instructions. The Captain has ultimate authority over all activities on the vessel. Walk, do not run, on the deck of the vessel. Wear a PFD when boarding or disembarking from a vessel. While the vessel is underway, ride in the available cabin. Riding outside the cabin is not allowed.

12.7   Material or Personnel Transfer between Boats and Facilities

All personnel involved in transfer operations shall discuss and plan procedures prior to movement. All persons connected in any way with the transfer who may be exposed to falling overboard shall wear an approved PFD at all times. All personnel not involved with the transfer shall keep clear of the transfer operations while in progress. Wind and sea conditions shall be evaluated prior to the transfer and the Captain is responsible for determining safe conditions.

A. Dock Transfer

When transferring from a boat to a dock, it is preferred that a gangway be used. When a gangway is not available and boarding or disembarking is required, extreme caution should be used. Do not carry your luggage while boarding or disembarking. Hand your baggage to the boat deck/dock attendant.

B. Ship Transfer

When transferring from a ship to a boat or a boat to a ship, a personnel basket should be used. When a personnel basket is not available follow the Captain's instructions. Do not carry your luggage while boarding or disembarking.

C. Swing Rope Transfer

When utilizing a swing rope, the following procedure should be observed:

1. For a knotted swing rope, grasp the knotted rope securely. Do not let the rope get between your legs;
2. To transfer to the platform, catch the rope when boat is on top of swell and swing to the platform by pushing off the boat with your feet;
3. Always keep feet and legs clear of the platform landing;
4. Transfer your luggage by basket or by handing it over from the boat to the platform;
5. The boat Captain or boat operator has authority to prohibit transfer by swing rope if he deems conditions unsafe;
6. An individual may refuse to do a swing rope transfer if they deem that conditions are unsafe or if they feel that they cannot perform the swing rope transfer; and
7. To transfer from the platform to the boat, you should time your swing to land on the boat as it reaches its highest point.

D. Personnel Basket Transfer

1. Never exceed the rated capacity for the

134

135

number of persons for the personnel basket.

2. Some weather conditions may require a maximum of two persons transferred per trip.

3. Ride standing on the outside of the personnel basket and loop your arms through the strands.

4. Stay on the personnel basket until it lands and is resting firmly on the deck. Never jump off the personnel basket.

12.8   Helicopter and Fixed Wing Aircraft Travel
(For detailed information, refer to the Anadarko Aviation Department's manuals on helicopter, fixed wing and charter aircraft operations along with multi-engine recommendations for helicopters and emergency evacuation procedures)

A.   General

1. Passengers must report their name, weight (both personal and luggage) and destination at check-in. Recognize that some items may be prohibited on board an aircraft. Check with the pilot for a listing of those prohibited items.

2. The decision of the pilot regarding loading of personnel, materials, weight, load distribution and flight operations is final. The pilot is in complete charge of the aircraft and passengers at all times during flight operations.

3. Wear appropriate clothing and footwear for the work location and weather.

4. Do not approach the aircraft until notified by the crew. Follow the crew's instruction for boarding.

5. Hard hats must be secured or carried by

hand when boarding or leaving an aircraft.

6. Caution must be observed when loading or unloading cargo so as not to scrape the aircraft body, the landing struts or puncture the floats.

7. Observe "No Smoking" regulations.

8. Hearing protection shall be worn during flights.

9. Objects must not be thrown around or from any aircraft.

10. Seatbelts must be fastened before take-off and remain fastened until the aircraft has landed and the pilot has signaled that it is safe to disembark.

11. Listen to the preflight briefing and be familiar with the emergency procedures.

12. A person, other than the pilot, who is able to provide assistance, must accompany injured personnel evacuated by aircraft.

13. Employees are required to comply with all local, Anadarko and charterer rules governing any charter flights.

14. All travelers on chartered flights are subject to security procedures.

12.9   Helicopter Specific Aircraft Travel

A.   General

1. Passengers must be briefed by the pilot on the normal approach and departure from the aircraft in order to stay away from the tail rotor or blades.

2. Passengers must not pass under or around the tail boom of the aircraft. Specific aircraft and terrain may present hazardous conditions that are not normally encountered. The pilot's instructions must be followed.

136

137

3. Passengers must observe the path of the main rotor blades while the rotors are turning. The main rotor blades may dip below the six-foot level, especially during windy conditions.
4. Long objects such as pipes and poles must be carried horizontally and below head height to avoid being struck by the turning rotor blades.
5. No one will be allowed on the heliport during landing or takeoff operations.
6. Disembarking passengers must leave the area beneath the rotor blades as soon as possible.
7. Employees must not approach the helicopter until the disembarking passengers have cleared the aircraft.

B. Offshore

1. Offshore landing areas must be well marked, lighted, cleared and have helicopter nets installed as per regulations.
2. Wind socks or wind indicators shall be provided on offshore facilities and will be illuminated at night.
3. An approved inflatable life jacket must be worn when flying over water. Anyone unfamiliar with correct donning or inflation procedures must consult the pilot for instructions.
4. For flights in cold water areas, full body life suits may be required.
5. Helicopters will not land on offshore facilities when un-ignited and undiffused gas is venting from an offshore facility.
6. Crane operators must exercise caution and be alert while operating a crane in the vicinity of the heliport. When a helicopter is approaching the platform, the crane operator must move the crane boom away from the heliport, put boom in cradle if practical and shut down his operation until the pilot has stopped the rotation of the rotor blades. The crane operator should step out of the cab so the pilot will know the crane operation has been shut down.

**Appendix A**
Basic Crane Hand Signals

### Appendix B
High Voltage Line Clearances

#### Table 1
Required Clearances From Overhead High Voltage Lines
when Operating Equipment Nearby

| Line Voltage<br>(Phase to Phase) | Minimum Required<br>Clearance (Ft/m)* |
|---|---|
| Less than or equal to 50,000 | 10/3.0 |
| Over 50,000 – 75,000 | 11/3.4 |
| Over 75,000 – 125,000 | 13/4.0 |
| Over 125,000 – 175,000 | 15/4.6 |
| Over 175,000 – 250,000 | 17/5.2 |
| Over 250,000 – 370,000 | 21/6.4 |
| Over 370,000 – 550,000 | 27/8.2 |
| Over 550,000 – 1,000,000 | 42/12.8 |

*The above clearances apply in any direction, vertical or horizontal.

#### Table 2
Required Minimum Clearances From High Voltage Lines when
a Crane is in Transit with No Load and Boom Lowered

| Line Voltage (Volts) | Minimum Clearance (Ft/m) |
|---|---|
| Less than or equal to 50,000 | 4/1.2 |
| Over 50,000 – 345,000 | 10/3.0 |
| Over 345,000 – 750,000 | 16/4.9 |

141

**Appendix C**
Rigging Angle Chart

Sling Stresses at Various Sling Angles
(The sling angle shall never be less than 30 degrees)

   

Tension in
Each Leg  = (Load/2) x Load Angle Factor

| Horizontal Sling Angle | Load Angle Factor | |
|---|---|---|
| 90° | 1.000 | |
| 85° | 1.004 | |
| 80° | 1.015 | |
| 75° | 1.035 | |
| 70° | 1.064 | |
| 65° | 1.104 | |
| 60° | 1.155 | |
| 55° | 1.221 | |
| 50° | 1.305 | |
| 45° | 1.414 | |
| 40° | 1.555 | |
| 35° | 1.742 | |
| 30° | 2.000 | |
| 25° | 2.364 | Not Recommended |
| 20° | 2.924 | Not Recommended |
| 15° | 3.861 | Not Recommended |
| 10° | 5.747 | Not Recommended |
| 5° | 11.490 | Not Recommended |

142

Appendix D
Physical Effects of $H_2S$

| PPM | Percent | Physical Effects |
|---|---|---|
| 2 | 0.0002 | Odor threshold. |
| 10 | 0.001 | Obvious and unpleasant odor. Beginning eye irritation. |
| 50 | 0.005 | Inflammation, corneal blistering, sense of smell decreases, headache, cough, and nausea. |
| 100 | 0.01 | IDLH. Kills sense of smell in 3 to 15 minutes; may sting eyes and throat. |
| 200 | 0.02 | Kills sense of smell rapidly, stings eyes and throat. |
| 500 | 0.05 | Dizziness; breathing ceases in a few minutes; needs prompt artificial respiration. |
| 700 | 0.07 | Unconscious quickly, death will result if not rescued promptly. |
| 1000 | 0.10 | Unconscious at once, followed by death within minutes. |

REMEMBER: 1% = 10,000 Parts Per Million (PPM)

**Appendix E**
Heat Index Chart

### Heat Index Chart

| % Relative Humidity | \ | Temperature °F (°C) | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 80 (27) | 85 (29) | 90 (32) | 95 (35) | 100 (38) | 105 (41) | 110 (43) |
| 0 | | 80 (27) | 85 (29) | 90 (32) | 95 (35) | 100 (38) | 105 (41) | 110 (43) |
| 15 | | 76 (24) | 81 (27) | 86 (30) | 91 (33) | 97 (36) | 102 (39) | 108 (42) |
| 20 | | 77 (25) | 82 (28) | 87 (31) | 93 (34) | 99 (37) | 105 (41) | 112 (44) |
| 25 | | 78 (26) | 83 (28) | 88 (31) | 95 (35) | 102 (39) | 108 (42) | 117 (47) |
| 30 | | 78 (26) | 84 (29) | 90 (32) | 96 (36) | 104 (40) | 113 (45) | 123 (51) |
| 35 | | 79 (26) | 85 (29) | 91 (33) | 98 (37) | 107 (42) | 117 (47) | 130 (54) |
| 40 | | 79 (26) | 86 (30) | 93 (33) | 100 (38) | 110 (43) | 122 (50) | |
| 45 | | 80 (27) | 87 (31) | 95 (35) | 102 (39) | 114 (46) | 126 (52) | |
| 50 | | 81 (27) | 88 (31) | 96 (36) | 104 (40) | 118 (48) | 132 (56) | |
| 55 | | 81 (27) | 89 (32) | 97 (36) | 106 (41) | 124 (51) | | |
| 60 | | 82 (28) | 90 (32) | 100 (38) | 110 (43) | 132 (56) | | |
| 65 | | 82 (28) | 91 (33) | 102 (39) | 113 (45) | | | |
| 70 | | 83 (28) | 92 (33) | 104 (40) | 119 (48) | | | |
| 75 | | 84 (29) | 94 (34) | 106 (41) | 124 (51) | | | |
| 80 | | 84 (29) | 96 (36) | 109 (43) | | | | |
| 85 | | 85 (29) | 97 (36) | 113 (45) | | | | |
| 90 | | 86 (30) | 99 (37) | 117 (47) | | | | |

**Legend**

| Range | Effect |
|---|---|
| 80-89 °F (27-32 °C) | Fatigue is possible with prolonged exposure and/or physical activity. |
| 90-104 °F (32-40 °C) | Heat cramps, heat exhaustion and heat stroke are possible with prolonged exposure and/or physical activity. |
| 105-129 °F (41-54 °C) | Heat cramps, heat exhaustion and heat stroke are likely. Heat stroke is possible with prolonged exposure and/or physical activity. |
| 130+ °F (54+ °C) | Heat stroke is highly likely with continued exposure. |

144

Appendix F
Wind Chill Chart



Wind Chill Chart

**Appendix G**
Calculating Fall Clearance Distance

When selecting connecting devices and anchorage con-
nectors, it is important to understand how to calculate
potential fall clearance distance. Fall clearance distance is
defined as the height at which a worker must attach to an
anchorage to avoid contact with a lower level.

**Calculating Fall Clearance Distance Using a Shock-
Absorbing Lanyard and D-Ring Anchorage Connector**

First, add the length of the shock-absorbing lanyard (6 ft.) to
the maximum elongation of the shock absorber during decel-
eration (3-1/2 ft.) to the average height of a worker (6 ft.).

Then, add a safety factor of 3 ft. to allow for the possibility
of an improperly fit harness, a taller than average worker
and/or a miscalculation of distance.

The total, 18-1/2 ft. is the suggested safe fall clearance dis-
tance for this example.



*NOTE: Should the shock-absorbing lanyard be used in con-
junction with a cross-arm anchorage connector or other, the
additional length of the anchorage connector must be taken
into consideration.*

**Calculating Fall Clearance Distance Using a
Retractable Lifeline**

First, add the maximum free fall distance (2 ft.) with a
retractable lifeline to the maximum deceleration distance
(3-1/2 ft.) to the average height of a worker (6 ft.).

Then, add a safety factor of 3 ft. to allow for the possibility
of an improperly fit harness, a taller than average worker
and/or a miscalculation of distance.

The total, 14-1/2 ft. is the suggested safe fall clearance dis-
tance for this example.



*NOTE: When using a retractable lifeline, the distance is calcu-
lated from the point where the retractable attaches to the back
D-ring of the worker's harness.*