UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | Oil Spill by the Oil Rig § <br> "Deepwater Horizon" in the Gulf § <br> of Mexico, on April 20, 2010 § <br> § <br> § <br> § <br> § <br> **PERTAINS TO:** § <br> Case No.: 2:10-cv-08888 (Doc. 64559) § <br> 2:10-cv-02771 § | MDL No. 10-2179 <br><br> SECTION "J" <br><br> JUDGE BARBIER <br> MAG. JUDGE SHUSHAN |

## ORDER GRANTING MOTION TO WITHDRAW

THIS CAUSE came before the Court upon the law firm of Davis & Norris, LLP's Motion to Withdraw as attorney for Joseph Scalf. The Court having read and considered argument of counsel and being otherwise fully apprised on all premises, hereby ORDERS AND ADJUDGES as follows:

1. Davis & Norris, LLP's Motion to Withdraw as counsel for Joseph Scalf is hereby Granted.

2. Until alternative counsel files an appearance on Plaintiff's behalf, all correspondence and pleadings for the Plaintiff shall be mailed to: Joseph Scalf, 4814 Cove Creek Drive, Brownsboro, AL. 35741.

DONE AND ORDERED in Chambers, at New Orleans, Louisiana this 21st day of September, 2011.

_____
United States District Judge