UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO.: 2179 |
| | * | SECTION J |
| This document relates to: | * * | |
| | * | JUDGE BARBIER |
| IN RE: TRITON ASSET LEASING GmbH, Case # 2:10-cv-02771-CJB-SS | * * * | MAG. JUDGE SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the Motion for leave to File a Short Form Joinder Beyond the April 20, 2011 Deadline and supporting Memorandum.

IT IS ORDERED that Movant, Blackhawk Flight Foundation, Inc. is hereby granted leave to file the Short Form Joinder attached to its motion as Exhibit 1 into the record of Civil Action 10-8888, which shall be considered a timely filed claim in the Transocean Limitation (Civil Action No. 10-2771), as well as joinder in the Bundle B1 Amended Master Complaint, in accordance with Pre-Trial Order Nos. 24 and 25.

New Orleans, Louisiana this 21st day of September, 2011.

_____
United States District Judge

1