

SUTHERLAND ASBILL & BRENNAN LLP
1001 Fannin, Suite 3700
Houston, Texas 77002
713.470.6100 Fax 713.654.1301
www.sutherland.com

**RACHEL G. CLINGMAN**
DIRECT LINE: 713.470.6189
E-mail: rachel.clingman@sutherland.com

September 20, 2011

<u>**VIA E-MAIL**</u>

Defense Liaison Counsel

  Re: *In Re Oil Spill by the Oil Rig "Deepwater Horizon,"* MDL No. 2179

Dear Counsel:

  In accordance with the Court's Order of August 30th (Docket No. 3879), the Transocean Defendants[1] intend to call the following adverse witnesses to testify live at the Phase I Trial: (1) Murray Sepulvado; (2) Ronald Sepulvado; (3) John Guide; and (4) Andy Inglis.

  In making this designation, considering the Court's request for efficiency, the Transocean Defendants have not designated witnesses designated to appear live at trial by other parties. Accordingly, the Transocean Defendants reserve the right to elicit testimony at trial from witnesses designated by other parties. The Transocean Defendants also reserve the right to call witnesses designated by other parties on their behalf in the event that such witnesses are de-designated by the parties that originally designated them.

  Moreover, the Transocean Defendants reserve the right to amend this list to designate witnesses they cannot reasonably anticipate at this time. Further, they reserve the right to amend this list to include witnesses who testify after the date of this designation. Finally, the Transocean Defendants reserve the right to amend this list to include witnesses who previously refused to testify because of self incrimination or for health reasons if their situation changes.

Sincerely,

Rachel G. Clingman

RGC/ls

---

[1] Triton Asset Leasing GMBH, Transocean Holdings LLC, Transocean Deepwater Inc., and Transocean Offshore Deepwater Drilling Inc.

14447041.1

cc: Hon. Sally Shushan
Plaintiffs' Steering Committee
Attorney General Luther Strange
Corey Maze
R. Michael Underhill

1444704 1.1