# BINGHAM

Ky E. Kirby
Direct Phone:  202.373.6795
Direct Fax:      202.373.6434
ky.kirby@bingham.com

September 20, 2011

**Via E-Mail**

J. Andrew Langan, P.C.
Partner
Kirkland & Ellis LLP
300 North LaSalle
Chicago, Illinois  60654

**Re:    Re MDL 2179:  Request for Presentation of Witnesses Live at Trial**

Dear Andy:

In accordance with the Court's Order of August 30, 2011 [Doc. 3879], Anadarko requests that BP present the following individuals for live examination during the Phase One trial:

John Guide
Curtis Jackson
Ian Little
John Sprague
Barbara Yilmaz

Anadarko reserves the right to elicit testimony at trial from witnessees that other parties have requested be presented live or that other parties present live.  Please note we have not repeated the names of individuals that the PSC and the U.S. already have requested live and whom we also would request live - *e.g.*, Cheryl Grounds, David Sims, etc. Anadarko reserves the right to call witnesses whom other parties have requested be presented live should those requests by other parties be withdrawn.  Finally, Anadarko reserves the right to supplement this request should new information warrant a request for an additional live witness, including witnesses who thus far have refused to testify on Fifth Amendment grounds or for health or other reasons..

We appreciate you cooperation with our request.


Sincerely,

/s/

Ky E. Kirby

Boston
Hartford
Hong Kong
London
Los Angeles
New York
Orange County
San Francisco
Santa Monica
Silicon Valley
Tokyo
Washington

Bingham McCutchen LLP
2020 K Street NW
Washington, DC
20006-1806

T +1.202.373.6000
F +1.202.373.6001
bingham.com

A/74521716.1/3320167-0000350535

J. Andrew Langan, Esq.
September 20, 2011
Page 2

cc: Magistrate Judge Sally Shushan
Mike O'Keefe
Plaintiffs' Liaison Counsel
Hon. Luther Strange
Corey Maze, Esq.
Michael Underhill, Esq.
Defendants' Steering Committee Members

A/74521716.1/3320167-0000350535