

DALLAS  HOUSTON

*Attorneys and Counselors*

Renaissance Tower
1201 Elm Street, Suite 1700
Dallas, Texas 75270-2041
214.939.4400
800.662.8393
214.760.7332  Fax

GodwinRonquillo.com

DONALD E. GODWIN
BOARD CERTIFIED - CIVIL TRIAL LAW -
TEXAS BOARD OF LEGAL SPECIALIZATION
DIRECT DIAL:     214.939.4412
DIRECT FAX:      214.939.4803
DGodwin@GodwinRonquillo.com

September 20, 2011

Magistrate Judge Sally Shushan
U.S. District Court
Eastern District of Louisiana
500 Poydras Street
Room B345
New Orleans, LA  70130

      Re:    *In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*; MDL No. 2179, United States Court Eastern District of Louisiana

Judge Shushan and Counsel:

    In compliance with this Court's August 30, 2011 Order, Halliburton requests as live witnesses at trial the following previously deposed persons associated with other parties:[1]

1. Martin Albertin (BP)

2. Robert Bodek (BP)

3. Brett Cocales (BP)

4. Erick Cunningham (BP)

5. John Guide (BP)

6. Mark Hafle (BP)

7. Bob Kaluza (BP)

8. Darryl Kellingray (BP)

---

[1] Halliburton's understanding of this Court's order is that it applies to previously deposed witnesses associated with other parties, and that a later date will be set by which Halliburton shall identify its own witnesses it plans to call live at trial.

Magistrate Judge Sally Shushan
U.S. District Court
September 20, 2011
Page 2

    9. Lee Lambert (BP)

    10. Brian Morel (BP)

    11. Murray Sepulvado (BP)

    12. David Sims (BP)

    13. Don Vidrine (BP)

    14. Greg Walz (BP)

    15. Geoff Boughton (TO)

    16. Randy Ezell (TO)

    17. Jimmy Harrell (TO)

    18. David McWhorter (CAM)

    19. Fred Sabins (CSI)

    20. Bryan Clawson (WFT)

    21. Leo Lindner (MI)

    22. Robert Beirute (Beirute Consulting)

    Halliburton reserves its right to amend or supplement this list, especially with regard to phase one witnesses who have not yet been deposed. Halliburton also reserves the right to elicit testimony at trial from witnesses that other parties have requested be presented live or that other parties present live.

                                                  Sincerely yours,

                                                  Donald E. Godwin

DEG:fmh
cc:    Steve Herman
       Jim Roy
       Mike Underhill
       Attorney General Luther Strange

Magistrate Judge Sally Shushan
U.S. District Court
September 20, 2011
Page 3

      Corey Maze
      DSC 2179 Distribution List