# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

300 North LaSalle Street
Chicago, Illinois  60654

J. Andrew Langan, P.C.
To Call Writer Directly:
(312) 862-2064
alangan@kirkland.com

(312) 862-2000

www.kirkland.com

Facsimile:
(312) 862-2200

September 20, 2011

**Via E-mail**

The Honorable Sally Shushan
United States Magistrate Judge
500 Poydras Street, Room B345
New Orleans, Louisiana  70130

Re:   *In re: Deepwater Horizon* MDL 2179 --
      Trial Witness Requests by BP

Dear Magistrate Judge Shushan:

We are writing in accordance with the Court's request that the parties identify persons affiliated with other parties who have been deposed that a party requests appear live at trial.

Without waiving objections to BP witnesses who have been named or will be named by other parties, BP lists the following persons:

Transocean[1]
Randy Ezell
Daun Winslow
Owen McWhorter
Larry McMahan
Daniel Farr
Paul Johnson
Micah Brandon Burgess

---

[1] If Transocean deponents Jimmy Harrell and Captain Curt Kutcha reconsider their Fifth Amendment invocations, BP also requests that they be produced as live witnesses at trial.  In addition, Phase I depositions are continuing and BP reserves the right to supplement this list based on ongoing depositions.  Finally, this list does not include BP affiliated witnesses that BP may wish to call live at trial.

Hong Kong    London    Los Angeles    Munich    New York    Palo Alto    San Francisco    Shanghai    Washington, D.C.

## KIRKLAND & ELLIS LLP

The Honorable Sally Shushan
September 20, 2011
Page 2

<u>Halliburton</u>[2]
Tommy Roth
Richard Vargo
Joseph Keith
Nathaniel Chaisson
Tim Quirk

<u>Cameron</u>
David McWhorter
Mel Whitby

\*   \*   \*

Thank you for the Court's consideration.

Sincerely,

*[signature]*

J. Andrew Langan, P.C.

cc: Plaintiffs Liaison Counsel
Defense Liaison Counsel
Mike Underhill, Esq.
Corey Maze, Esq.

---

[2] If Halliburton deponents Jessie Gagliano and Chris Haire reconsider their Fifth Amendment invocations, BP also requests that they be produced as live witnesses at trial.