

U.S. Department of Justice

**Civil Division, Torts Branch**
**Admiralty & Aviation**
P.O. Box 36028
450 Golden Gate Avenue
San Francisco, CA 94102-3463

Telephone: (415) 436-6648
Facsimile:  (415) 436-6632
Email:  mike.underhill@usdoj.gov

*Overnight Delivery Address:*
*7th Floor, Room 7-5395*
*450 Golden Gate Avenue*
*San Francisco, CA 94102-3463*

<u>Via E-Mail</u>

September 13, 2011

Andy Langan
Kirkland & Ellis
300 North LaSalle
Chicago, Ill.  60654

Kerry Miller
Frilot, L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163

Defense Liaison Counsel (E-mail Group)

Re:   *In Re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
       USDC, EDLA, Civ. No. 10-MD-2179-CJB-SS

Dear Counsel:

In accordance with the Court's Order of August 30th (Docket No. 3879), the United States intends to call the following adverse witnesses to testify live at trial.  To the extent that a witness presently is employed by and/or under the control of a party defendant, the United States respectfully requests that the relevant party bring the witness to be questioned at the Phase I Trial:

- o   David Sims (BP)
- o   Greg Walz (BP)
- o   Lee Lambert (BP)
- o   James Kent (Transocean)
- o   Kevin Lacey

As always, we thank you for your courtesy and consideration.

Very truly yours,

/s/ Mike Underhill
R. Michael Underhill
Attorney in Charge
Dept. Of Justice, Torts Branch
West Coast and Pacific Rim Office

cc: Via E-Mail
Steve Herman
Jim Roy
Attorney General Luther Strange
Corey Maze
Robert Cunningham
Paul Sterbcow
Steve O'Rourke
Magistrate Judge Sally Shushan
Mike O'Keefe
Ben Allums