

# LABORDE & NEUNER
### ATTORNEYS AT LAW

CLIFFE E. LABORDE III
FRANK X. NEUNER, JR. *
JAMES L. PATE
BEN L. MAYEAUX
ROBERT E. TORIAN
JAMES D. HOLLIER
MELISSA L. THERIOT *
KEVIN P. MERCHANT
JENNIE P. PELLEGRIN
BRANDON W. LETULIER
JASON T. REED

PROFESSIONAL LAW CORPORATIONS
* ALSO ADMITTED IN TEXAS

ONE PETROLEUM CENTER
SUITE 200
1001 W. PINHOOK ROAD
P.O. BOX 52828 (70505-2828)
LAFAYETTE, LOUISIANA 70503
TELEPHONE: (337) 237-7000
FACSIMILE: (337) 233-9450
www.LN-Law.com

C.E. LABORDE, JR.
(1913-1983)

WILL MONTZ
JEREMY N. MORROW
JED M. MESTAYER
PHILIP H. BOUDREAUX, JR.
CLIFF A. LACOUR
JEFFREY K. COREIL
SARA RODRIGUE
JACLYN BRIDGES
VICTORIA VIATOR

Sep 22 2011
3:38PM

September 21, 2011

The Honorable Sally Shushan
United States District Court
    For the Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

    **RE:  In Re: Oil Spill by the Oil Rig "Deepwater Horizon"
          in the Gulf of Mexico, on April 20, 2010 MDL No. 2179, Section J
          Our File No. 18037**

Dear Judge Shushan,

    In accordance with the Court's August 30, 2011 Order (Document No. 3879), Airborne Support, Inc. and Airborne Support International, Inc. (collectively "Airborne Support" or "Defendants"), have no live adverse witness testimony during Phase I of trial. Airborne Support reserves the right to elicit testimony at trial from witnesses who other parties have requested to be presented live.

                              Truly yours,

                              Ben L. Mayeaux

BLM/mlv
cc:    All Counsel of Record