

**DALLAS** HOUSTON

*Attorneys and Counselors*

Renaissance Tower
1201 Elm Street, Suite 1700
Dallas, Texas 75270-2041

214.939.4400
800.662.8393
214.760.7332 Fax

**GodwinRonquillo.com**

JENNY L. MARTINEZ - SHAREHOLDER
DIRECT DIAL:     214.939.4620
DIRECT FAX:     214.527.3119
JMARTINEZ@GODWINRONQUILLO.COM

September 23, 2011

Magistrate Judge Sally Shushan
U.S. District Court
Eastern District of Louisiana
500 Poydras Street
Room B345
New Orleans, LA  70130

      Re:   *In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*; MDL No. 2179, United States Court Eastern District of Louisiana

Dear Judge Shushan,

HESI submits this letter in response to BP's September 16, 2011 reply in support of its motion to compel (the "Reply").  Although BP did not request Anthony Badalamenti's deposition in its motion to compel, the Reply seeks reconsideration of the Court's June 29, 2011 order denying that deposition.  *See* Doc. 3090.  For the following reasons, BP's request for reconsideration should be denied.

On May 19, 2011,[1] BP requested that the Court order the deposition of Mr. Badalamenti.  BP claimed Mr. Badalamenti's testimony was necessary "to discover the results and communications about [ ] post-incident testing that Halliburton conducted."  *See* Exhibit 1. However, as HESI informed the Court in its response to BP's request, Tim Quirk, HESI's Area Lab Manager for the Gulf of Mexico, had previously testified about post-incident cement testing and fact gathering, and Tommy Roth and Ronnie Faul were to be deposed about the same subject matters.  Accordingly, the Court denied BP's request on June 29, 2011.  Doc. 3090.  As expected, Ronnie Faul answered questions about these topics on June 29-30, 2011; Mr. Roth answered questions about these topics on July 25-26, 2011; and finally, James Bement answered questions

---

[1] Per the Court's June 20, 2011 Order, BP provided updated information relevant to BP's May 19, 2011 request for, among other things, the deposition of Mr. Badalamenti.  *See* Exhibit 1, attached hereto.

1751159 v1-24010/0002 CORR

Page 2

about these topics on September 20, 2011.  BP has received ample factual discovery on these Phase One topics.

In its latest request for reconsideration, BP directs the Court to an email dated May 22, 2010, wherein Ron Sweatman states that Mr. Badalamenti is one of the "key members" of "our team". *See* BP Ex. 1.  BP fails to mention, however, that the "team leader" was Tommy Roth.  Mr. Roth's deposition occurred well after HESI produced this email (May 27, 2011) and well after the Court denied BP's request for Mr. Badalamenti's deposition (June 29, 2011).

BP also directs the Court to Dr. Kris Ravi's deposition testimony regarding the assistance that he, Jesse Gagliano, Anthony Badalamenti, Tommy Roth, and Ronnie Faul provided in preparations for HESI's presentation to the National Academy of Engineering and National Research Counsel. *See* Exhibit 2*,* Ravi Depo. at 102, 110, 128-129, 156-58, 190, and 237.  BP claims that it is entitled to question Mr. Badalamenti about "any statements made by Mr. Gagliano...outside the presence of counsel" during these preparations.  BP Reply at 9-10.  Such questioning is unnecessary because Dr. Ravi already testified about the group conversations with Mr. Gagliano. *See* Exhibit 2. at 102, 110, 128-129, 156-58, 190, and 237.  Moreover, BP had ample opportunity to question Tommy Roth and Ronnie Faul during their respective two day depositions about Mr. Gagliano's statements.

HESI has already presented Tim Quirk, Tommy Roth, Ronnie Faul, James Bement, and Kris Ravi for deposition, and all have testified about the same topics that BP now seeks to cover with Mr. Badalamenti.  HESI objects to BP's request for unnecessary and duplicative Phase One testimony at this late hour and respectfully asks the Court to deny BP's request for reconsideration.

Sincerely,

*Jenny Martinez*

Jenny L. Martinez

cc:   Donald E. Godwin
      R. Alan York

1751159 v1-24010/0002 CORR