OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: September 26, 2011

In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2011

vs.

Case No. 10-MD-2179  Section  J
(pertains to cases: 11-cv-2063 and 11-cv-2064)

Dear Sir:

Please (issue) ~~(reissue)~~ summons on the (complaint) ~~(amended~~ ~~complaint)~~ ~~(xxxxxxxxxxxxxxxxxxxxxxxxxxx)~~ ~~(third party complaint)~~ ~~(xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx)~~ to the following:

1. (name) BP America Production Company through registered agent, The Corporation Company
   (address) 1833 S. Morgan Road, Oklahoma City, Oklahoma  73128

2. (name) _____
   (address) _____

3. (name) _____
   (address) _____

4. (name) _____
   (address) _____

Very truly yours,

/s/ Wayne W. Yuspeh
"Signature"

Attorney for Plaintiffs, Phuc Vu and Loc Truong

Address  3000 W. Esplanade Avenue, Suite 301
         Metairie, Louisiana  70002