UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig<br>"Deepwater Horizon" in the Gulf<br>Of Mexico, on April 20, 2010 | *<br>*<br>*<br>* | MDL No. 2179<br><br>SECTION: J |
| Applies to: *All Cases.* | *<br>* | JUDGE BARBIER<br>MAGISTRATE SHUSHAN |
| * * * * * * * * * * * * * * * * * | * | |

### DEFENDANT CAMERON INTERNATIONAL CORPORATION'S JOINDER IN DEFENDANTS' SUPPLEMENTAL BRIEF ON STATE PENALTIES

Defendant Cameron International Corporation ("Cameron") joins Defendants' Supplemental Brief, except that it adheres to its position that the liability of persons other than statutorily designated responsible parties is governed by the law of Louisiana borrowed as surrogate federal law under OCSLA.

Respectfully submitted,

David J. Beck, T.A.
    dbeck@brsfirm.com
Joe W. Redden, Jr.
    jredden@brsfirm.com
David W. Jones
    djones@brsfirm.com
Geoffrey Gannaway
    ggannaway@brsfirm.com
BECK, REDDEN & SECREST, L.L.P.
One Houston Center
1221 McKinney, Suite 4500
Houston, TX  77010-2010
713-951-3700
713-951-3720 (fax)

and

1070776v.1

/s/ Phillip A. Wittmann
Phillip A. Wittmann, 13625
   pwittmann@stonepigman.com
Carmelite M. Bertaut, 3054
   cbertaut@stonepigman.com
Keith B. Hall, 24444
   khall@stonepigman.com
Jared Davidson, 32419
   jdavidson@stonepigman.com
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
504-581-3200
504-581-3361 (fax)

**ATTORNEYS FOR CAMERON INTERNATIONAL CORPORATION**

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, on the 23rd day of September, 2011 (#40009158).

*/s/ Phillip A. Wittmann*
Phillip A. Wittmann

1070776v.1