IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG
"*DEEPWATER HORIZON*" in the
GULF OF MEXICO, on April 20, 2010

**THIS PLEADING APPLIES TO ALL
CASES IN PLEADING BUNDLE B1**

**THIS PLEADING APPLIES TO:
No. 10-2771**

MDL NO.  2179

SECTION:  J

JUDGE BARBIER
MAGISTRATE JUDGE SHUSHAN

---

**DRIL-QUIP'S ANSWER TO THE FIRST AMENDED MASTER COMPLAINT, CROSS-
CLAIM, AND THIRD-PARTY COMPLAINT FOR PRIVATE ECONOMIC LOSSES IN
ACCORDANCE WITH PTO NO. 11 [CMO NO. 1] SECTION III (B1) ["B1 BUNDLE"]**

---

In accordance with the Court's September 9, 2011 Order regarding deadlines for filing responsive pleadings [Rec. Doc. No. 3972], Dril-Quip, Inc. ("Dril-Quip") hereby responds to Plaintiffs' Master Complaint for Private Economic Losses (the "Complaint"), upon information and belief as follows:[1]

### ANSWER

Plaintiffs' Introduction section includes four (4) unnumbered paragraphs.  With respect to the first unnumbered Introduction paragraph, Dril-Quip admits that on April 20, 2010, a well blowout on the Deepwater Horizon occurred in the Gulf of Mexico (the Incident). Dril-Quip further admits that as a result of the Incident, explosions, fire, and the sinking of the vessel

---

[1] Dril-Quip is not a named party to the Complaint, and Plaintiffs have confirmed that they have not alleged therein any factual basis for fault on account of Dril-Quip's actions in connection with the *Deepwater Horizon*.  *See* Rec. Doc. No. 2131.  Dril-Quip moved to dismiss the Complaint and has contended elsewhere that the Court has yet to address the factual sufficiency of the Plaintiffs' claims and allegations.  *See* Rec. Doc. No. 3999.  Dril-Quip expressly denies that it waives this position by filing this answer to the Complaint.  However, as a result of the Court's Order affirming Dril-Quip's status as a 14(c) defendant, *see* Rec. Doc. No. 3972, and the operation of Federal Rule of Civil Procedure 14(c), Dril-Quip answers herein the Plaintiffs' Complaint out of an abundance of caution and only insofar as the Complaint asserts allegations or claims that could implicate Dril-Quip by operation of law.

occurred.  Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

With respect to the second and third unnumbered Introduction paragraphs, the allegations set forth therein are statements which do not require a response by Dril-Quip but, out of an abundance of caution, are denied.

Regarding the fourth unnumbered paragraph, Dril-Quip notes that Plaintiffs have not named Dril-Quip as a defendant against whom claims have been asserted and, therefore, Dril-Quip denies that Plaintiffs are entitled to recover from Dril-Quip actual, compensatory, and/or punitive damages.  The remaining allegations set forth in the fourth unnumbered Introduction paragraph do not require a response by Dril-Quip but, out of an abundance of caution, are denied.

198.	Dril-Quip admits that on April 20, 2010, a well blowout occurred on the *Deepwater Horizon*, resulting in explosions and fire and the subsequent sinking of the vessel.  To the extent not expressly admitted, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

199.	Dril-Quip admits that oil was discharged from the riser pipe.  Dril-Quip denies the riser pipe connected the *Deepwater Horizon* to the wellhead. Dril-Quip denies that a valve on the wellhead failed to seal the wellhead, causing the well to discharge oil into the Gulf.  To the extent not expressly admitted or denied, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

200.     Dril-Quip denies that crude oil was discharged directly from the wellhead.  Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

201.     Denied as to Dril-Quip.  As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

202.     Denied as to Dril-Quip.  As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

203.     Denied as to Dril-Quip.  As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

204.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

205.     The allegations set forth in Paragraph 205 do not require a response by Dril-Quip, but out of an abundance of caution are denied.

206.     The allegations set forth in Paragraph 206 do not require a response by Dril-Quip, but out of an abundance of caution are denied.

207.     Dril-Quip denies that Plaintiffs are entitled to actual, compensatory, and punitive damages against Dril-Quip.   As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

208.     The allegations set forth in Paragraph 208 do not require a response by Dril-Quip, but out of an abundance of caution are denied.

209.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph (and its subparts), and therefore denies them.

210.     Dril-Quip admits that BP Exploration was designated as a "Responsible Party" under the OPA.  Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

211.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

212.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

213.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

214.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

215.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

216.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

217.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

218.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

219.     Dril-Quip admits that BP was responsible for engineering the well design and overseeing its contractors and vendors working on various aspects of the well and drilling operations.   To the extent not expressly admitted, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

220.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

221.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

222.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

223.     Dril-Quip admits that Transocean Holdings was designated as a "Responsible Party" under OPA.   To the extent not expressly admitted, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

224.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

225.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

226.     Dril-Quip admits that Halliburton provided cementing services.  To the extent not expressly admitted, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

227.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

228.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

229.     Denied as to Dril-Quip.  As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

230.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

231.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

232.     Denied as to Dril-Quip.  As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

233.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

234.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

235.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

236.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

237.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

238.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

239.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

240.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

241.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

242.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

243.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

244.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

245.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

246.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

247.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

248.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

249.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

250.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

251.     The allegations set forth in Paragraph 251 do not require a response by Dril-Quip, but out of an abundance of caution are denied.

252.     Paragraph 252 contains assertions of law that do not require a response from Dril-Quip.

253.     Paragraph 253 contains assertions of law that do not require a response from Dril-Quip.

254.     Dril-Quip admits that the cited statute can give rise to federal jurisdiction.  To the extent not expressly admitted, all aspects and implications of the allegations in this paragraph are denied.

255.     Dril-Quip admits that the cited statute can give rise to federal jurisdiction.  To the extent not expressly admitted, all aspects and implications of the allegations in this paragraph are denied.

256.     Dril-Quip admits that the cited statute can give rise to federal jurisdiction.  To the extent not expressly admitted, all aspects and implications of the allegations in this paragraph are denied.

257.     Paragraph 257 contains assertions of law that do not require a response from Dril-Quip, but out of an abundance of caution are denied.  Dril-Quip lacks knowledge or information

sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

258.     Dril-Quip admits that on April 20, 2010, a well blowout occurred on the *Deepwater Horizon*, which resulted in one or more explosions or fires.  Dril-Quip further admits that the *Deepwater Horizon* sank on April 22, 2010.  Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

259.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

260.     Dril-Quip admits that on and for a period of time after April 20, 2010, oil was discharged from the well into the Gulf of Mexico.  Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

261.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

262.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

263.     Dril-Quip admits that on April, 20 the well was being prepared for temporary abandonment.  To the extent not expressly admitted, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

264.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

265.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

266.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

267.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

268.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

269.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

270.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

271.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

272.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

273.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

274.     The assertions in this paragraph contain statements of law and other assertions that do not require a response by Dril-Quip but out of an abundance of caution are denied.

275.     The assertions in this paragraph contain statements of law and other assertions that do not require a response by Dril-Quip but out of an abundance of caution are denied.

276.     The assertions in this paragraph contain statements of law and other assertions that do not require a response by Dril-Quip but out of an abundance of caution are denied.

277.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

278.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

279.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

280.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

281.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

282.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

283.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

284.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

285.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

286.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

287.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

288.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

289.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

290.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

291.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

292.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

293.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

294.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

295.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

296.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

297.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

298.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

299.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

300.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

301.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

302.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

303.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

304.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

305.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

306.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

307.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

308.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

309.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

310.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

311.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

312.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

313.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

314.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

315.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

316.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

317.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

318.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

319.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

320.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

321.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

322.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

323.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

324.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

325.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

326.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

327.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

328.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

329.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

330.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

331.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

332.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

333.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

334.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

335.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

336.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

337.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

338.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

339.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

340.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

341.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

342.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

343.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

344.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

345.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

346.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

347.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

348.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

349.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

350.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

351.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

352.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

353.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

354.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

355.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

356.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

357.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

358.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

359.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

360.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

361.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

362.     Dril-Quip admits that BP had not run the lockdown sleeve in the Macondo well as of April 20, 2010.  Dril-Quip denies the "wellhead seal" was broken from pressure below on April 20, 2010.  Dril-Quip denies that the seal assembly is the "second and final barrier against a blowout."   To the extent not expressly admitted, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

363.     Dril-Quip denies the allegations of this paragraph.

364.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

365.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

366.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

367.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

368.     Denied as to Dril-Quip.  As to the named Defendants Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

369.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

370.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

371.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

372.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

373.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

374.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

375.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

376.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

377.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

378.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

379.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

380.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

381.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

382.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

383.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

384.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

385.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

386.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

387.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

388.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

389.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

390.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

391.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

392.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

393.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

394.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

395.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

396.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

397.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

398.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

399.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

400.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

401.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

402.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

403.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

404.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

405.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

406.    Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

407.    Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

408.    Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

409.    Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

410.    Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

411.    Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

412.    Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

413.    Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

414.    Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

415.    Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

416.    Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

417.       Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

418.       Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

419.       Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

420.       Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

421.       Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

422.       Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

423.       Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

424.       Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

425.       Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

426.       Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

427.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

428.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

429.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

430.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

431.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

432.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

433.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

434.     Paragraph 434 contains statements that do not require a response from Dril-Quip, but out an abundance of caution the statements therein are denied.

435.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

436.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

437.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

438.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

439.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

440.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

441.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

442.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

443.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

444.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

445.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

446.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

447.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

448.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

449.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

450.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

451.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

452.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

453.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

454.    Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

455.    Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

456.    Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

457.    Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

458.    Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

459.    Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

460.    Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

461.    Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

462.    Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

463.    Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

464.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

465.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

466.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

467.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

468.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

469.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

470.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

471.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

472.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

473.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

474.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

475.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

476.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

477.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

478.     Dril-Quip admits that on April 20, 2010, a well blowout on the *Deepwater Horizon* occurred in the Gulf of Mexico.  Dril-Quip further admits that as a result, explosions, fire, and the sinking of the vessel occurred, and that oil flowed from the Macondo well, some of which flowed into and upon waters of the Gulf of Mexico.  Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

479.     Dril-Quip admits that on and for a period of time after April 20, 2010, oil flowed from the well into the Gulf of Mexico.  Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

480.      Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

481.      Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

482.      Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

483.      Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

484.      Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

485.      Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

486.      Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

487.      Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

488.      Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

489.      Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

490.      Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

491.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

492.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

493.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

494.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

495.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

496.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

497.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

498.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

499.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

500.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

501.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

502.        Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

503.        Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

504.        Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

505.        Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

506.        Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

507.        Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

508.        Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

509.        Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

510.        Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

511.        Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

512.        Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

513.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

514.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

515.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

516.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

517.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

518.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

519.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

520.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

521.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

522.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

523.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

524.       Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

525.       Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

526.       Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

527.       Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

528.       Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

529.       Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

530.       Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

531.       Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

532.       Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

533.       Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

534.       Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

535.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

536.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

537.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

538.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

539.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

540.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

541.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

542.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

543.     Paragraph 543 contains statements of law and does not require a response from Dril-Quip, but out of an abundance of caution, this paragraph is denied.

544.     Dril-Quip admits that Plaintiffs seek certification of a class action.  To the extent not expressly admitted, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

545.     Dril-Quip admits that Plaintiffs "may also seek certification" of an OPA Subclass and/or state-wide subclasses.  To the extent not expressly admitted, Dril-Quip lacks knowledge

or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

546.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

547.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

548.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

549.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

550.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

551.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

552.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

553.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

554.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

555.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

556.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

557.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

558.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

559.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

560.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

561.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

562.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

563.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

564.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

565.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

566.     Dril-Quip denies any misconduct and/or that compensatory and/or punitive damages are appropriate as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

567.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

568.     Dril-Quip denies it engaged, participated, or otherwise was involved in outrageous, grossly negligent, willful, wanton, and/or reckless conduct and denies that punitive damages are appropriate as to Dril-Quip.  As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

569.     Dril-Quip adopts and incorporates by reference its responses to Plaintiffs' allegations as set forth above.

570.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

571.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

572.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

573.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

574.     Dril-Quip adopts and incorporates by reference its responses to Plaintiffs' allegations in Paragraphs 266-270.  Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

575.     Dril-Quip adopts and incorporates by reference its responses to Plaintiffs' allegations in Paragraphs 222-235.  Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

576.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

577.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

578.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

579.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

580.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

581.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

582.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

583.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

584.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

585.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

586.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

587.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

588.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

589.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

590.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

591.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

592.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

593.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

594.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

595.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph (and its subparts), and therefore denies them.

596.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

597.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

598.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

599.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

600.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

601.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

602.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

603.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

604.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

605.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

606.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

607.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

608.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

609.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

610.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

611.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

612.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

613.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

614.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

615.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

616.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

617.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

618.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

619.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

620.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

621.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

622.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

623.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

624.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

625.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

626.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

627.     Paragraph 627 contains no assertions, but out of an abundance of caution is denied.

628.     Dril-Quip adopts and incorporates by reference its responses to Plaintiffs' allegations as set forth above.

629.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

630.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

631.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

632.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

633.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

634.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

635.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

636.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

637.     Dril-Quip adopts and incorporates by reference its responses to Plaintiffs' allegations as set forth above.

638.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

639.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

640.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

641.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

642.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

643.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

644.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

645.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

646.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

647.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

648.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

649.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

650.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

651.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

652.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

653.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

654.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

655.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

656.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

657.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

658.     The allegations set forth in Paragraph 658 are statements of law that do not require a response by Dril-Quip, but out of an abundance of caution are denied.

659.     Dril-Quip adopts and incorporates by reference its responses to Plaintiffs' allegations as set forth above.

660.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

661.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

662.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

663.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

664.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

665.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

666.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

667.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

668.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

669.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

670.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

671.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

672.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

673.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

674.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

675.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

676.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

677.     The allegations set forth in Paragraph 677 contain statements of law and do not require a response by Dril-Quip, but out of an abundance of caution are denied.

678.     Dril-Quip adopts and incorporates by reference its responses to Plaintiffs' allegations as set forth above.

679.     The allegation set forth in this paragraph contains statements of law and does not require a response by Dril-Quip, but of an abundance of caution is denied.

680.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

681.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

682.     Dril-Quip adopts and incorporates by reference its responses to Plaintiffs' allegations in Paragraphs 222-235 as set forth above.  As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

683.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

684.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

685.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

686.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

687.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

688.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

689.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

690.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

691.     Dril-Quip adopts and incorporates by reference its responses to Plaintiffs' allegations as set forth above.

692.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

693.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

694.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

695.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

696.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

697.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

698.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

699.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

700.     Dril-Quip adopts and incorporates by reference its responses to Plaintiffs' allegations as set forth above.

701.      Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

702.      Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

703.      Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

704.      Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

705.      Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

706.      Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

707.      Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

708.      Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

709.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

710.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

711.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

712.     Dril-Quip adopts and incorporates by reference its responses to Plaintiffs' allegations as set forth above.

713.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

714.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

715.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

716.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

717.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

718.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

719.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

720.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

721.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

722.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

723.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

724.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

725.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

726.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

727.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

728.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

729.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

730.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

731.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

732.     Dril-Quip adopts and incorporates by reference its responses to Plaintiffs' allegations as set forth above.

733.     Dril-Quip admits that on and for a period of time after April 20, 2010, oil flowed from the well into the Gulf of Mexico.   Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

734.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

735.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

736.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

737.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

738.      Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

739.      Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

740.      Dril-Quip adopts and incorporates by reference its responses to Plaintiffs' allegations in Paragraphs 222-235 as set forth above.  Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

741.      Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

742.      Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

743.      Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

744.      Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

745.      Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

746.      Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

747.      Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

748.     Dril-Quip adopts and incorporates by references its responses to Plaintiffs' allegations as set out above.

749.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

750.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

751.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

752.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

753.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

754.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

755.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

756.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

757.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

758.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

759.      Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

760.      Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

761.      Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

762.      Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

763.      Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

764.      Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

765.      Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

766.      Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

767.      Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

768.      Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

769.     Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph and therefore denies them.

770.     Denied as to Dril-Quip. As to the named Defendants, Dril-Quip lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of this paragraph and therefore denies them.

The allegations set forth in the unnumbered "Declaratory Relief Against BP" paragraph contain statements of law and do not require a response by Dril-Quip, but out of an abundance of caution are denied.

Dril-Quip denies that Plaintiffs and the Class and/or Subclass Members are entitled to the relief sought in the unnumbered "Prayer for Relief" (and its subparts).

## AFFIRMATIVE DEFENSES

1.     Dril-Quip sets forth its affirmative defenses which apply to all live claims unless otherwise noted.  By setting forth these affirmative defenses, Dril-Quip does not assume the burden of proving any fact, issue, or element of a cause of action where such burden properly belongs to the Plaintiffs.

### Standing

2.     The Plaintiffs lack standing because they have not alleged nor can they prove an actual or threatened injury caused by Dril-Quip's conduct and redressable by this court.

### Proper Parties

3.     The Plaintiffs are not the proper parties to assert claims for natural resource damages.

### Ripeness

4.     The Plaintiffs' claims for relief are not ripe.

**Failure to State a Claim**

5.     The Plaintiffs have failed to state a claim upon which relief can be granted.

6.     The Plaintiffs have failed to plead much less satisfy conditions precedent to recovery.

7.     The Plaintiffs' claims are barred to the extent that the Plaintiffs seek to impose liability retroactively for conduct that was not actionable at the time it occurred.

**Oil Pollution Act**

8.     Dril-Quip asserts all defenses available under the Oil Pollution Act of 1990 ("OPA"), 33 U.S.C. §2701 *et seq*., including without limitation:

   a.  Plaintiffs have failed to make presentment of some or all of their claims as required under OPA.

   b.  Plaintiffs have no right of action against Dril-Quip to the extent it is not a responsible party as defined under OPA.

   c.  OPA eliminates or limits Plaintiffs' alleged rights of recovery for certain economic loss claims.

   d.  OPA does not provide for or allow a determination of joint and several liability but requires an apportionment of fault.

**Duty**

9.     Dril-Quip owes no duty to Plaintiffs because it supplied a component part to a sophisticated purchaser for use in an integrated system, and the component part was not defective when delivered to BP.

**Causation**

10.       The Plaintiffs' complain of harm not caused or contributed to in any manner by Dril-Quip, its alleged servants, employees, agents, or anyone for whom Dril-Quip is responsible. The incident and resulting harm that are subject of the Complaint were caused by the fault, negligence, breach of contract, breach of warranty, and/or statutory and regulatory violations of other persons, entities, or sovereigns for whom Dril-Quip is not legally responsible.

11.       The injuries and resulting damages alleged to have been sustained by the Plaintiffs resulted from a superseding or intervening cause for which Dril-Quip is not responsible.

12.       The injuries and resulting damages alleged to have been sustained by the Plaintiffs were not proximately caused by any acts and/or omissions of Dril-Quip.

13.       The injuries and resulting damages alleged to have been sustained by the Plaintiffs were not foreseeable as a matter of law.

**Damages**

14.       The Plaintiffs may not recover on the claims pleaded in the Complaint because the damages sought are too speculative and remote.

15.       The Plaintiffs have not reasonably mitigated their damages.

16.       Dril-Quip is entitled to set off, should any damages be awarded against it, in the amount recovered by Plaintiffs with respect to the same alleged injuries. Dril-Quip asserts payment and release to the extent that any Plaintiffs' alleged injuries have been or will be fully redressed under OPA or other applicable statute or rule. Dril-Quip is also entitled to have any damages that may be awarded to Plaintiffs reduced by the value of any benefit or payment to Plaintiffs from any collateral source.

17.     Punitive damages are not recoverable against Dril-Quip as a matter of law.

18.     Dril-Quip denies that it has been guilty of any conduct that would support an award of punitive damages.

19.     Any award of punitive damages against Dril-Quip would be in violation of the constitutional safeguards provided to Dril-Quip under the Constitution of the United States.

### Equitable Relief

20.     Plaintiffs' claim for equitable relief are barred because of improper claim splitting, and/or because equitable relief is not available under any of the alleged and remaining causes of action, Plaintiffs have an adequate remedy at law, the hardship that would be imposed on Dril-Quip by the relief is greatly disproportionate to any hardship that the Plaintiffs might suffer in its absence, because the Court lacks any sufficiently certain, non-speculative basis for fashioning such relief and/or because the alleged conduct of Dril-Quip, if any, was undertaken in good faith and for a valid business purpose.

21.     Any affirmative defenses pleaded by the other Defendants and not pleaded by Dril-Quip are incorporated herein to the extent such defenses do not conflict with Dril-Quip's affirmative defenses.

22.     Dril-Quip reserves the right to amend its Answer, Rule 12(b) defenses and other defenses and to assert cross-claim and third-party claims, as appropriate.

### GENERAL DENIAL

Dril-Quip denies all allegations of the Complaint not specifically admitted herein, including but not limited to those set forth in all unnumbered paragraphs and/or sub-headings.

## JURY DEMAND

Dril-Quip respectfully demands trial by jury of all issues in this case pursuant to Rule 38 of the Federal Rules of Civil Procedure.

## PRAYER FOR RELIEF

With respect to the Prayer for Relief, Dril-Quip denies that Plaintiffs are entitled to the relief requested.

Respectfully submitted,

WARE, JACKSON, LEE & CHAMBERS, LLP

BY:  /s/ C. Dennis Barrow, Jr.
    Don Jackson
    Texas Bar No. 10476000
    Fed ID No. 6915
    C. Dennis Barrow, Jr.
    Texas Bar No. 00796169
    Fed ID No. 20624
    2929 Allen Parkway, 42nd Floor
    Houston, TX 77019
    Phone: (713) 659-6400
    Fax: (713) 659-6262
    Counsel for Defendant, Dril-Quip, Inc.

## CERTIFICATE OF SERVICE

I certify that the above and foregoing document will be served on all counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 26th day of September, 2011.

/s/ C. Dennis Barrow, Jr.
C. Dennis Barrow, Jr.