**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | **MDL No. 2179** |
| **"*Deepwater Horizon*"** in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | **SECTION: J** |
| | * | |
| **This Document Relates to:** | * | |
| ***All Cases in Pleading Bundle B1***; | * | |
| No. 10-2771 | * | |
| | * | |
| | * | **JUDGE BARBIER** |
| | * | **MAGISTRATE SHUSHAN** |
| *  *  *  *  *  *  *  *  *  *  *  * | | |

**JOINT ANSWER OF ANADARKO PETROLEUM CORPORATION**
**AND ANADARKO E&P COMPANY LP TO THE**
**FIRST AMENDED MASTER COMPLAINT, CROSS-CLAIM, AND**
**THIRD-PARTY COMPLAINT FOR PRIVATE ECONOMIC LOSSES**
**IN ACCORDANCE WITH PTO NO. 11 [CMO NO. 1] SECTION III(B1) ["B1 BUNDLE"]**

Anadarko Petroleum Corporation ("APC") and Anadarko E&P Company LP (Anadarko E&P") (together "Anadarko"), by and through their undersigned counsel, answers the First Amended Master Complaint, Cross-Claim, and Third-Party Complaint for Private Economic Losses in Accordance with PTO No. 11 [CMO No. 1] Section III(B1) ["B1 Bundle"] (Rec. Doc. 1128) ("the B1 Master Complaint" or "the Complaint") as follows:

## CLASS ALLEGATIONS

## Rule 9(h)

### Introduction

1.      The allegations in the first unnumbered paragraph at page 46 consist of Plaintiffs' characterization of the nature of their case and require no response.  To the extent a response is deemed required, Anadarko admits that an explosion and fire occurred on the mobile offshore drilling unit ("MODU") *Deepwater Horizon* on April 20, 2010, resulting in the release of oil into the waters of the Gulf of Mexico, but is without sufficient information or knowledge to form a belief as to the truth of the remainder of the allegations in this paragraph and therefore denies same.

2.      The allegations in the second unnumbered paragraph at page 46 consist of Plaintiffs' characterization of the nature of their case and require no response.  To the extent a response is required, Anadarko admits that the Multi-District Litigation Panel transferred pending proceedings to this Court by order entered August 10, 2010, and that on October 19, 2010, this Court entered Case Management Order ("CMO") No. 1, directing the filing of Master Complaints.  Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in this paragraph and therefore denies same.

3.      Certain allegations in the unnumbered paragraph at pages 46-47 are conclusions of law to which no response is required.  The remaining allegations in this paragraph consist of Plaintiffs' characterization of the nature of their case and require no response.

4.      The allegations in the first full unnumbered paragraph at page 47 consist of Plaintiffs' characterization of the nature of their case and require no response.

5.      Anadarko admits that an explosion and fire occurred on the *Deepwater Horizon*

on April 20, 2010 and that the *Deepwater Horizon* subsequently sank on April 22, 2010. Anadarko is without sufficient information or knowledge to form a belief as to the truth of the remainder of the allegations in Paragraph 198 of the Complaint and therefore denies same.

6.      Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 199 of the Complaint and therefore denies same.

7.      Anadarko is without sufficient information or knowledge to form a belief as to the truth of the remainder of the allegations in Paragraph 200 of the Complaint and therefore denies same.

8.      The allegations in Paragraph 201 consist of Plaintiffs' characterizations of the nature of their case and require no response.  To the extent a response is required, Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 201 of the Complaint and therefore denies same insofar as it pertains to Anadarko.

9.      Certain allegations in Paragraph 202 are conclusions of law to which no response is required.  The remaining allegations in Paragraph 202 consist of Plaintiffs' characterization of the nature of their case and require no response.  To the extent a response is required, Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 201 of the Complaint and therefore denies same insofar as it pertains to Anadarko.

10.      Certain allegations in Paragraph 203 are conclusions of law to which no response is required.  The remaining allegations in Paragraph 203 consist of Plaintiffs' characterization of the nature of their case and require no response.  To the extent a response is required, Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 203 of the Complaint and therefore denies same insofar as it pertains to Anadarko.

11.      Anadarko is without sufficient information or knowledge to form a belief as to the

truth of the allegations in Paragraph 204 of the Complaint and therefore denies same.

12.     The allegations in Paragraph 205 are conclusions of law to which no response is required.  To the extent a response is required, Anadarko admits that CMO No. 1 provides for submission of the B1 Master Complaint.  Anadarko is without sufficient information or knowledge to form a belief as to the truth of the remainder of the allegations in Paragraph 205 of the Complaint and therefore denies same.

13.     The allegations in Paragraph 206 constitute a reservation of rights to which no response is required.  To the extent a response is required, Anadarko denies that Plaintiffs are entitled to such rights, and is otherwise without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 206 of the Complaint and therefore denies same.

14.     The allegations in Paragraph 207 are conclusions of law to which no response is required.  To the extent a response is required, Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 207 of the Complaint and therefore denies same.

15.     The allegations in Paragraph 208 are conclusions of law to which no response is required.  To the extent a response is required, Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 208 of the Complaint and therefore denies same.

## PARTIES, JURISDICTION, AND VENUE

16.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 209 of the Complaint and its lettered sub-parts (a) through (m), and therefore denies same.

4

17.     Anadarko admits that BP Exploration & Production, Inc. was a lease holder and the designated operator in the lease granted by the former Minerals Management Service allowing BP Exploration & Production to perform oil exploration, drilling, and production-related operations in Mississippi Canyon Block 252, and that the Coast Guard designated BP Exploration & Production, Inc. as a "responsible party" for the *Deepwater Horizon* incident under the Oil Pollution Act of 1990 ("OPA"), 33 U.S.C. § 2714.  Anadarko is without sufficient information or knowledge to form a belief as to the truth of the remainder of the allegations in Paragraph 210 of the Complaint and therefore denies same.

18.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 211 of the Complaint and therefore denies same.

19.     Certain allegations in Paragraph 212 of the Complaint constitute conclusions of law to which no response is required.  To the extent a response is required, Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 212 of the Complaint and therefore denies same.

20.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 213 of the Complaint and therefore denies same.

21.     Certain allegations in Paragraph 214 of the Complaint constitute conclusions of law to which no response is required.  To the extent a response is required, Anadarko is without sufficient information or knowledge to form a belief as to the truth of any of the allegations in Paragraph 214 of the Complaint and therefore denies same.

22.     Certain allegations in Paragraph 215 of the Complaint constitute conclusions of law to which no response is required.  To the extent a response is required, Anadarko is without sufficient information or knowledge to form a belief as to the truth of any of the allegations in

A/74522722.4

Paragraph 215 of the Complaint and therefore denies same.

23.     Certain allegations in Paragraph 216 of the Complaint constitute conclusions of law to which no response is required.  To the extent a response is required, Anadarko is without sufficient information or knowledge to form a belief as to the truth of any of the allegations in Paragraph 216 of the Complaint and therefore denies same.

24.     Certain allegations in Paragraph 217 of the Complaint constitute conclusions of law to which no response is required.  To the extent a response is required, Anadarko is without sufficient information or knowledge to form a belief as to the truth of any of the allegations in Paragraph 217 of the Complaint and therefore denies same.

25.     Certain allegations in Paragraph 218 of the Complaint constitute conclusions of law to which no response is required.  To the extent a response is required, Anadarko is without sufficient information or knowledge to form a belief as to the truth of any of the allegations in Paragraph 218 of the Complaint and therefore denies same.

26.     The first sentence in Paragraph 219 of the Complaint is a characterization of the references used in the Complaint and requires no response.  Anadarko is without sufficient information or knowledge to form a belief as to the truth of the remainder of the allegations in Paragraph 219 of the Complaint and therefore denies same.

27.     Anadarko admits that according to its Complaint and Petition for Exoneration from Limitation of Liability, Transocean Ltd. was an owner, managing owner, owner *pro hac vice*, and/or operator of the *Deepwater Horizon*.  Anadarko is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations in Paragraph 220 of the Complaint and therefore denies same.

28.     Anadarko is without sufficient information or knowledge to form a belief as to the

6

truth of the allegations in Paragraph 221 of the Complaint and therefore denies same.

29.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 222 of the Complaint and therefore denies same.

30.    Anadarko admits that the Coast Guard designated Transocean Holdings, LLC as a "responsible party" for the *Deepwater Horizon* incident under the Oil Pollution Act of 1990, 33 U.S.C. § 2714.  Anadarko is without sufficient information or knowledge to form a belief as to the truth of the remainder of the allegations in Paragraph 223 of the Complaint and therefore denies same.

31.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 224 of the Complaint and therefore denies same.

32.    Anadarko admits that a Transocean entity provided the *Deepwater Horizon* vessel and personnel to operate it.  Anadarko is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations in Paragraph 225 of the Complaint and therefore denies same.

33.    Anadarko admits that Halliburton provided services on the *Deepwater Horizon*. Anadarko is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations in Paragraph 226 of the Complaint and therefore denies same.

34.    The last sentence in Paragraph 227 of the Complaint is a characterization of the references used in the Complaint and requires no response.  Anadarko is without sufficient information or knowledge to form a belief as to the truth of the remainder of the allegations in Paragraph 227 of the Complaint and therefore denies same.

35.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 228 of the Complaint and therefore denies same.

A/74522722.4

36.     Certain allegations in Paragraph 229 are conclusions of law to which no response is required.  The remaining allegations in Paragraph 229 consist of Plaintiffs' characterization of the nature of their case and require no response.  To the extent a response is required, Anadarko is without sufficient information or knowledge to form a belief as to the truth the allegations in Paragraph 229 of the Complaint and therefore denies same.

37.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 230 of the Complaint and therefore denies same.

38.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 231of the Complaint and therefore denies same.

39.     The allegations in Paragraph 232 are conclusions of law to which no response is required.

40.     Anadarko admits that APC is incorporated in the State of Delaware and is registered to do business in the State of Louisiana, with its principal place of business in The Woodlands, Texas.  Anadarko denies the remainder of the allegations in Paragraph 233 of the Complaint

41.     Anadarko admits that Anadarko E&P is a Delaware limited partnership with its principal place of business in The Woodlands, Texas, and is registered to do business in the State of Louisiana.  Anadarko denies the remainder of the allegations in Paragraph 234 of the Complaint.

42.     Anadarko admits that MOEX Offshore 2007 LLC obtained a 10% ownership interest in the lease for Mississippi Canyon Block 252 in the Gulf of Mexico, and that it was a party to the Macondo Prospect Offshore Deepwater Operating Agreement ("Operating Agreement").  Anadarko is without sufficient information or knowledge to form a belief as to the

8

truth of the remaining allegations in Paragraph 235 of the Complaint and therefore denies same.

43.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 236 of the Complaint and therefore denies same.

44.     Certain allegations in Paragraph 237 are conclusions of law to which no response is required.  Anadarko is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations in Paragraph 237 of the Complaint and therefore denies same.

45.     The allegations in Paragraph 238 of the Complaint constitute conclusions of law to which no response is required.  To the extent a response is required, Anadarko is without sufficient information or knowledge to form a belief as to the truth of any of the allegations in Paragraph 238 of the Complaint and therefore denies same.

46.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 239 of the Complaint and therefore denies same.

47.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 240 of the Complaint and therefore denies same.

48.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 241 of the Complaint and therefore denies same.

49.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 242 of the Complaint and therefore denies same.

50.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 243 of the Complaint and therefore denies same.

51.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 244 of the Complaint and therefore denies same.

52.     Anadarko is without sufficient information or knowledge to form a belief as to the

truth of the allegations in Paragraph 245 of the Complaint and therefore denies same.

53. Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 246 of the Complaint and therefore denies same.

54. Anadarko admits the allegations of Paragraph 247 of the Complaint. Anadarko further states that on April 15, 2010, Anadarko E&P assigned its 22.5% record title interest in the Macondo lease to APC, which assignment was approved by the MMS, effective April 1, 2010.

55. Certain allegations in Paragraph 248 of the Complaint constitute conclusions of law to which no response is required. To the extent a response is required, Anadarko is without sufficient information or knowledge to form a belief as to the truth of any of the allegations in Paragraph 248 of the Complaint and therefore denies same.

56. Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 249 of the Complaint and therefore denies same.

57. The allegations in Paragraph 250 of the Complaint constitute conclusions of law to which no response is required. To the extent a response is required, Anadarko is without sufficient information or knowledge to form a belief as to the truth of any of the allegations in Paragraph 250 of the Complaint and therefore denies same.

58. The allegations in Paragraph 251 of the Complaint constitute a reservation of rights to which no response is required. To the extent a response is required, Anadarko denies that Plaintiffs have any right to amend their First Amended Master Complaint.

59. The allegations in Paragraph 252 of the Complaint constitute conclusions of law to which no response is required. Nonetheless, Anadarko admits that this Court has jurisdiction over "all Cases of admiralty and maritime jurisdiction" pursuant to Article III, Section 2.

60. The allegations in Paragraph 253 of the Complaint constitute conclusions of law

to which no response is required.  To the extent a response is required, Anadarko admits that Plaintiffs designate this case as an admiralty or maritime case, and that Plaintiffs request a non-jury trial, pursuant to Rule 9(h).

61.     The allegations in Paragraph 254 of the Complaint constitute conclusions of law to which no response is required.  Nonetheless, Anadarko admits that this Court has jurisdiction over the claims asserted against Anadarko in the Complaint pursuant to OPA, 33. U.S.C. § 2717(b).

62.     The allegations in Paragraph 255 of the Complaint constitute conclusions of law to which no response is required.  To the extent response is required, Anadarko denies that the Court has supplemental jurisdiction over any state law claims alleged in the Complaint because state law does not apply to this case.  *See* Order and Reasons, 10-md-02179 (Rec. Doc. 3830) at 18.

63.     The allegations in Paragraph 256 of the Complaint constitute conclusions of law to which no response is required.  Nonetheless, Anadarko admits that this Court has jurisdiction over the claims asserted against Anadarko in the Complaint pursuant to the Admiralty Extension Act, 46 U.S.C. §30101.

64.     The allegations in Paragraph 257 of the Complaint constitute conclusions of law to which no response is required.  To the extent response is required, Anadarko admits that venue is proper in this district.  Anadarko denies that the events or omissions giving rise to the claims asserted in the Complaint occurred in this district, and denies that "the discharge" occurred in this district.

A/74522722.4

## FACTUAL ALLEGATIONS

65.     Anadarko admits that an explosion and fire occurred on the mobile offshore drilling unit ("MODU") *Deepwater Horizon* on April 20, 2010 and that the *Deepwater Horizon* sank.  Anadarko is without sufficient information or knowledge to form a belief as to the truth of the remainder of allegations in Paragraph 258 of the Complaint and therefore denies same.

66.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 259 of the Complaint and therefore denies same.

67.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the remainder of allegations in Paragraph 260 of the Complaint and therefore denies same.

68.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 261 of the Complaint and therefore denies same.

A.      **The Process of Deepwater Offshore Drilling**

69.     Anadarko admits that this paragraph represents Plaintiffs' understanding of deepwater drilling processes to which no response is required.  To the extent a response is required, Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 262 of the Complaint and therefore denies same.

70.     Anadarko admits that this paragraph represents Plaintiffs' understanding of deepwater drilling processes to which no response is required.  To the extent a response is required, Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 263 of the Complaint and therefore denies same.

71.     Anadarko admits that this paragraph represents Plaintiffs' understanding of deepwater drilling processes to which no response is required.  To the extent a response is

required, Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 264 of the Complaint and therefore denies same.

72.     Anadarko admits that this paragraph represents Plaintiffs' understanding of deepwater drilling processes to which no response is required.  To the extent a response is required, Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 265 of the Complaint and therefore denies same.

73.     Anadarko admits that this paragraph represents Plaintiffs' understanding of deepwater drilling processes to which no response is required.  To the extent a response is required, Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 266 of the Complaint and therefore denies same.

74.     Anadarko admits that this paragraph represents Plaintiffs' understanding of deepwater drilling processes to which no response is required.  To the extent a response is required, Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 267 of the Complaint and therefore denies same.

75.     Anadarko admits that this paragraph represents Plaintiffs' understanding of deepwater drilling processes to which no response is required.  To the extent a response is required, Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 268 of the Complaint and therefore denies same.

76.     Anadarko admits that this paragraph represents Plaintiffs' understanding of deepwater drilling processes to which no response is required.  To the extent a response is required, Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 269 of the Complaint and therefore denies same.

77.     Anadarko admits that this paragraph represents Plaintiffs' understanding of

13

deepwater drilling processes to which no response is required.  To the extent a response is required, Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 270 of the Complaint and therefore denies same.

78.     Anadarko admits that this paragraph represents Plaintiffs' understanding of deepwater drilling processes to which no response is required.  To the extent a response is required, Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 271 of the Complaint and therefore denies same.

**B.      The Macondo Lease, and BP's Exploration Plan and Drilling Permit.**

79.     Anadarko admits that BP acquired a ten-year lease from the MMS to search for and exploit hydrocarbon reservoirs at the Macondo Prospect in Mississippi Canyon Block 252, 48 miles off the coast of Louisiana.  Anadarko is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations in Paragraph 272 of the Complaint and therefore denies same.

80.     The allegations in Paragraph 273 of the Complaint constitute conclusions of law to which no response is required.  To the extent a response is required, Anadarko states that 30 C.F.R. §§ 250.201, 250.202 speaks for itself, and Anadarko refers to the source cited for its words, substance, meaning, content or context thereof.

81.     The allegations in Paragraph 274 of the Complaint constitute conclusions of law to which no response is required.  To the extent a response is required, Anadarko states that 30 C.F.R. §§ 250.212, 250.219, 250.227 speaks for itself and Anadarko refers to the source cited for its words, substance, meaning, content or context thereof.

82.     The allegations in Paragraph 275 of the Complaint constitute conclusions of law to which no response is required.  To the extent a response is required, Anadarko states that 30

14

C.F.R. § 250.213 (g) speaks for itself, and Anadarko refers to the source cited for its words, substance, meaning, content or context thereof.

83.     The allegations in Paragraph 276 of the Complaint constitute conclusions of law to which no response is required.  To the extent a response is required, Anadarko states that 30 C.F.R. § 250.219 speaks for itself, and Anadarko refers to the source cited for its words, substance, meaning, content or context thereof.

84.     The allegations in Paragraph 277 of the Complaint constitute conclusions of law to which no response is required.  To the extent a response is required, Anadarko states that 30 C.F.R. § 250.280 speaks for itself, and Anadarko refers to the source cited for its words, substance, meaning, content or context thereof.

85.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 278 of the Complaint and therefore denies same.

86.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 279 of the Complaint and therefore denies same.

87.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 280 of the Complaint and therefore denies same.

**C.      The Macondo Prospect Operating Agreement**

88.     Anadarko admits that BP, APC, Anadarko E&P, and MOEX Offshore executed a Ratification and Joinder of Operating Agreement effective October 1, 2009.  Anadarko denies the remaining allegations in Paragraph 281.

89.     In response to the allegations in Paragraph 282 of the Complaint, Anadarko states that the Operating Agreement speaks for itself, and Anadarko refers to the source cited for its words, substance, meaning, content or context thereof.  Plaintiffs' characterizations of the

15

Operating Agreement and its terms are denied.

90.     In response to the allegations in Paragraph 283 of the Complaint, Anadarko states that the Operating Agreement speaks for itself, and Anadarko refers to the source cited for its words, substance, meaning, content or context thereof.   Plaintiffs' characterizations of the Operating Agreement and its terms are denied.

91.     In response to the allegations in Paragraph 284 of the Complaint, Anadarko states that the Operating Agreement speaks for itself, and Anadarko refers to the source cited for its words, substance, meaning, content or context thereof.   Plaintiffs' characterizations of the Operating Agreement and its terms are denied.

92.     In response to the allegations in Paragraph 284 of the Complaint, Anadarko states that the Operating Agreement speaks for itself, and Anadarko refers to the source cited for its words, substance, meaning, content or context thereof.   Plaintiffs' characterizations of the Operating Agreement and its terms are denied.

**D.     The *Deepwater Horizon*'s Poor Safety and Maintenance Record**

93.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 286 of the Complaint and therefore denies same.

94.     In response to the allegations in Paragraph 287 of the Complaint, Anadarko admits that Transocean leased the *Deepwater Horizon* to BP.  Anadarko states that the December 9, 1998 Drilling Contract between Vastar Resources, Inc. and R&B Falcon Drilling Co. for RBS-8D *Deepwater Horizon* ("Drilling Contract") speaks for itself, and Anadarko refers to the source cited for its words, substance, meaning, content or context thereof.   Anadarko is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations in Paragraph 287 of the Complaint and therefore denies same.

16

95.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 288 of the Complaint and therefore denies same.

96.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 289 of the Complaint and therefore denies same.

97.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 290 of the Complaint and therefore denies same.

E.     **Macondo:  A Troublesome Well**

98.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 291 of the Complaint and therefore denies same.

99.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 292 of the Complaint and therefore denies same.

100.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 293 of the Complaint and therefore denies same.

101.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 294 of the Complaint and therefore denies same.

102.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 295 of the Complaint and therefore denies same.

103.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 296 of the Complaint and therefore denies same.

104.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 297 of the Complaint and therefore denies same.

105.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 298 of the Complaint and therefore denies same.

106.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 299 of the Complaint and therefore denies same.

107.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 300 of the Complaint and therefore denies same.

108.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 301 of the Complaint and therefore denies same.

109.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 302 of the Complaint and therefore denies same.

**F.**     **Reckless Decision-Making in the Rush to Complete the Well**

110.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 303 of the Complaint and therefore denies same.

111.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 304 of the Complaint and therefore denies same.

112.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 305 of the Complaint and therefore denies same.

113.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 306 of the Complaint and therefore denies same.

114.     In response to the allegations of paragraph 307 of the Complaint, Anadarko states that the *Deepwater Horizon* Accident Investigation Report, BP (September 8, 2010) speaks for itself, and Anadarko refers to the source cited for its words, substance, meaning, content or context thereof. Anadarko is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations in Paragraph 307 of the Complaint and therefore denies same.

1.      **Cutting Corners on Well Design**

115.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 308 of the Complaint and therefore denies same.

116.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 309 of the Complaint and therefore denies same.

117.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 310 of the Complaint and therefore denies same.

118.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 311 of the Complaint and therefore denies same.

119.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 312 of the Complaint and therefore denies same.

120.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 313 of the Complaint and therefore denies same.

121.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 314 of the Complaint and therefore denies same.

122.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 315 of the Complaint and therefore denies same.

123.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 316 of the Complaint and therefore denies same.

124.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 317 of the Complaint and therefore denies same.

125.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 318 of the Complaint and therefore denies same.

126.     Anadarko admits that certain allegations in Paragraph 319 represent Plaintiffs' understanding of deepwater drilling processes to which no response is required.  To the extent a response is required, Anadarko is without sufficient information or knowledge to form a belief as to the truth of any of the allegations in Paragraph 319 of the Complaint and therefore denies same.

127.     Anadarko admits that certain allegations in Paragraph 320 represent Plaintiffs' understanding of deepwater drilling processes to which no response is required.  To the extent a response is required, Anadarko is without sufficient information or knowledge to form a belief as to the truth of any of the allegations in Paragraph 320 of the Complaint and therefore denies same.

128.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 321 of the Complaint and therefore denies same.

129.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 322 of the Complaint and therefore denies same.

**2.      Using Too Few Centralizers**

130.     Anadarko admits that certain allegations in Paragraph 323 represent Plaintiffs' understanding of deepwater drilling processes to which no response is required.  To the extent a response is required, Anadarko is without sufficient information or knowledge to form a belief as to the truth of any of the allegations in Paragraph 323 and therefore denies same.

131.     In response to the allegations in Paragraph 324 of the Complaint, Anadarko states that American Petroleum Institute ("API") Recommended Practice 65 speaks for itself, and Anadarko refers to the source cited for its words, substance, meaning, content or context thereof.

132.     Anadarko is without sufficient information or knowledge to form a belief as to the

truth of the allegations in Paragraph 325 of the Complaint and therefore denies same.

133.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 326 of the Complaint and therefore denies same.

### 3.    Skipping Critical "Bottoms Up" Mud Circulation

134.    Anadarko admits that certain allegations in Paragraph 327 represent Plaintiffs' understanding of deepwater drilling processes to which no response is required.  To the extent a response is required, Anadarko is without sufficient information or knowledge to form a belief as to the truth of any of the allegations in Paragraph 327 and therefore denies same.

135.    In response to the allegations in Paragraph 328 of the Complaint, Anadarko states that API guidelines speak for themselves, and Anadarko refers to the source cited for its words, substance, meaning, content or context thereof.

136.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 329 of the Complaint and therefore denies same.

137.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 330 of the Complaint and therefore denies same.

138.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 331 of the Complaint and therefore denies same.

139.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 332 of the Complaint and therefore denies same.

### 4.    Cementing:  The Incorrect Cement Mixture And A Failed Seal

140.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 333 of the Complaint and therefore denies same.

141.    Certain allegations in Paragraph 334 of the Complaint constitute conclusions of

law to which no response is required.  To the extent a response is required, Anadarko is without sufficient information or knowledge to form a belief as to the truth of any of the allegations in Paragraph 334 of the Complaint and therefore denies same.

142.    Certain allegations in Paragraph 335 of the Complaint constitute conclusions of law to which no response is required.  To the extent a response is required, Anadarko is without sufficient information or knowledge to form a belief as to the truth of any of the allegations in Paragraph 335 of the Complaint and therefore denies same.

143.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 336 of the Complaint and therefore denies same.

144.    Anadarko admits that certain allegations in Paragraph 337 represent Plaintiffs' understanding of deepwater drilling processes to which no response is required.  To the extent a response is required, Anadarko is without sufficient information or knowledge to form a belief as to the truth of any of the allegations in Paragraph 337 and therefore denies same.

145.    Anadarko admits that certain allegations in Paragraph 338 represent Plaintiffs' understanding of deepwater drilling processes to which no response is required.  To the extent a response is required, Anadarko is without sufficient information or knowledge to form a belief as to the truth of any of the allegations in Paragraph 338 and therefore denies same.

146.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 339 of the Complaint and therefore denies same.

147.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 340 of the Complaint and therefore denies same.

148.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 341 of the Complaint and therefore denies same.

A/74522722.4

149.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 342 of the Complaint and therefore denies same.

150.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 343 of the Complaint and therefore denies same.

151.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 344 of the Complaint and therefore denies same.

152.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 345 of the Complaint and therefore denies same.

153.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 346 of the Complaint and therefore denies same.

154.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 347 of the Complaint and therefore denies same.

155.     In response to the allegations of Paragraph 348 of the Complaint and its lettered sub-parts (a) through (d) Anadarko states that the Presidential Commission Report and Chief Counsel Report speak for themselves.  To the extent response is deemed required, Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 348 of the Complaint and therefore denies same.

156.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 349 of the Complaint and therefore denies same.

157.     Anadarko admits that certain allegations in Paragraph 350 represent Plaintiffs' understanding of deepwater drilling processes to which no response is required.  To the extent a response is required, Anadarko is without sufficient information or knowledge to form a belief as to the truth of any of the allegations in Paragraph 350 and therefore denies same.

23

158.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 351 of the Complaint and therefore denies same.

159.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 352 of the Complaint and therefore denies same.

160.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 353 of the Complaint and therefore denies same.

161.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 354 of the Complaint and therefore denies same.

### 5.     **Despite Red Flags, Drilling Defendants Skip Crucial "Bond Log" Test of Cement Integrity**

162.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 355 of the Complaint and therefore denies same.

163.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 356 of the Complaint and therefore denies same.

164.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 357 of the Complaint and therefore denies same.

165.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 358 of the Complaint and therefore denies same.

166.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 359 of the Complaint and therefore denies same.

167.     The allegations contained in Paragraph 360 consist of conclusions of law to which no response is required.  To the extent they require a response, Anadarko states that 30 C.F.R. § 250.428 speaks for itself, and Anadarko refers to the source cited for its words, substance, meaning, content or context thereof.

168.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 361 of the Complaint and therefore denies same.

### 6.     The Casing Hanger Lockdown Sleeve:  Another Skipped Safety Precaution

169.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 362 of the Complaint and therefore denies same.

170.     Anadarko admits that certain allegations in Paragraph 363 represent Plaintiffs' understanding of deepwater drilling processes to which no response is required.  To the extent a response is required, Anadarko is without sufficient information or knowledge to form a belief as to the truth of any of the allegations in Paragraph 363 and therefore denies same.

171.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 364 of the Complaint and therefore denies same.

### G.     Premature And Nonstandard Mud Displacement Begins

172.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 365 of the Complaint and therefore denies same.

173.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 366 of the Complaint and therefore denies same.

174.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 367 of the Complaint and therefore denies same.

175.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 368 of the Complaint and therefore denies same.

### H.     The Well Fails Key Pressure Tests, Yet Drilling Defendants Press On

176.     Anadarko admits that certain allegations in Paragraph 369 represent Plaintiffs' understanding of deepwater drilling processes to which no response is required.  To the extent a

response is required, Anadarko is without sufficient information or knowledge to form a belief as to the truth of any of the allegations in Paragraph 369 and therefore denies same.

177.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 370 of the Complaint and therefore denies same.

178.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 371 of the Complaint and therefore denies same.

179.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 372 of the Complaint and therefore denies same.

180.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 373 of the Complaint and therefore denies same.

181.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 374 of the Complaint and therefore denies same.

182.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 375 of the Complaint and therefore denies same.

183.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 376 of the Complaint and therefore denies same.

184.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 377 of the Complaint and therefore denies same.

185.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 378 of the Complaint and therefore denies same.

186.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 379 of the Complaint and therefore denies same.

187.    Anadarko is without sufficient information or knowledge to form a belief as to the

A/74522722.4

truth of the allegations in Paragraph 380 of the Complaint and therefore denies same.

**I.**     **Unorthodox Spacer Fluid Mixture And Volume Potentially Interfered with Pressure Tests And BOP Functionality**

188.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 381 of the Complaint and therefore denies same.

189.     Anadarko admits that certain allegations in Paragraph 382 represent Plaintiffs' understanding of deepwater drilling processes to which no response is required.  To the extent a response is required, Anadarko is without sufficient information or knowledge to form a belief as to the truth of any of the allegations in Paragraph 382 and therefore denies same.

190.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 383 of the Complaint and therefore denies same.

191.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 384 of the Complaint and therefore denies same.

192.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 385 of the Complaint and therefore denies same.

193.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 386 of the Complaint and therefore denies same.

**J.**     **Drilling Defendants Ignore And Overlook Warning Signs of The Imminent Blowout**

194.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 387 of the Complaint and therefore denies same.

195.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 388 of the Complaint and therefore denies same.

196.     Certain allegations in Paragraph 389 of the Complaint constitute conclusions of law to which no response is required.  To the extent a response is required, Anadarko is without

27

sufficient information or knowledge to form a belief as to the truth of any of the allegations in Paragraph 389 of the Complaint and therefore denies same.

197.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 390 of the Complaint and therefore denies same.

198.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 391 of the Complaint and therefore denies same.

199.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 392 of the Complaint and therefore denies same.

200.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 393 of the Complaint and therefore denies same.

201.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 394 of the Complaint and therefore denies same.

202.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 395 of the Complaint and therefore denies same.

203.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 396 of the Complaint and therefore denies same.

204.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 397 of the Complaint and therefore denies same.

205.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 398/ of the Complaint and therefore denies same.

206.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 399 of the Complaint and therefore denies same.

207.    Anadarko is without sufficient information or knowledge to form a belief as to the

truth of the allegations in Paragraph 400 of the Complaint and therefore denies same.

208.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 401 of the Complaint and therefore denies same.

209.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 402 of the Complaint and therefore denies same.

**K.      Attempts at Well Control:  Too Little, Too Late**

210.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 403 of the Complaint and therefore denies same.

211.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 404 of the Complaint and therefore denies same.

212.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 405 of the Complaint and therefore denies same.

213.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 406 of the Complaint and therefore denies same.

214.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 407 of the Complaint and therefore denies same.

215.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 408 of the Complaint and therefore denies same.

216.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 409 of the Complaint and therefore denies same.

217.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 410 of the Complaint and therefore denies same.

A/74522722.4

**L.** **Faulty Vessel Safety Equipment Exacerbates The Blowout, Causing Vessel Explosions, Fire, and Sinking**

218.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 411 of the Complaint and therefore denies same.

219.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 412 of the Complaint and therefore denies same.

220.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 413 of the Complaint and therefore denies same.

221.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 414 of the Complaint and therefore denies same.

`        **1.**      **The Failure of The BOP**

222.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 415 of the Complaint and therefore denies same.

223.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 416 of the Complaint and therefore denies same.

224.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 417 of the Complaint and therefore denies same.

225.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 418 of the Complaint and therefore denies same.

226.    Anadarko admits that certain allegations in Paragraph 419 represent Plaintiffs' understanding of the BOP's AMF to which no response is required.  To the extent a response is required, Anadarko is without sufficient information or knowledge to form a belief as to the truth of any of the allegations in Paragraph 419 and therefore denies same.

227.    Anadarko is without sufficient information or knowledge to form a belief as to the

truth of the allegations in Paragraph 420 of the Complaint and therefore denies same.

228.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 421 of the Complaint and therefore denies same.

229.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 422 of the Complaint and therefore denies same.

230.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 423 of the Complaint and therefore denies same.

231.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 424 of the Complaint and therefore denies same.

232.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 425 of the Complaint and therefore denies same.

233.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 426 of the Complaint and therefore denies same.

234.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 427 of the Complaint and therefore denies same.

235.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 428 of the Complaint and therefore denies same.

236.    Anadarko admits that certain allegations in Paragraph 429 represent Plaintiffs' understanding of BOP functionality to which no response is required.  To the extent a response is required, Anadarko is without sufficient information or knowledge to form a belief as to the truth of any of the allegations in Paragraph 429 and therefore denies same.

237.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 430 of the Complaint and therefore denies same.

31

238.    In response to the allegations of Paragraph 431 of the Complaint, Anadarko states that 29 C.F.R. § 1910.119 speaks for itself.  Anadarko is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations in Paragraph 431 of the Complaint and therefore denies same.

239.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 432 of the Complaint and therefore denies same.

240.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 433 of the Complaint and therefore denies same.

241.    Certain allegations in Paragraph 434 of the Complaint constitute a reservation of rights to which no response is required.  To the extent a response is required, Anadarko denies that Plaintiffs have any right to amend the Complaint.  Anadarko is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations in Paragraph 434 of the Complaint and therefore denies same.

242.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 435 of the Complaint and therefore denies same.

243.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 436 of the Complaint and therefore denies same.

244.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 437 of the Complaint and therefore denies same.

245.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 438 of the Complaint and therefore denies same.

246.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 439 of the Complaint and therefore denies same.

247.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 440 of the Complaint and therefore denies same.

248.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 441 of the Complaint and therefore denies same.

249.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 442 of the Complaint and therefore denies same.

250.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 443 of the Complaint and therefore denies same.

251.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 444 of the Complaint and therefore denies same.

252.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 445 of the Complaint and therefore denies same.

253.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 446 of the Complaint and therefore denies same.

254.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 447 of the Complaint and therefore denies same.

255.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 448 of the Complaint and therefore denies same.

256.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 449 of the Complaint and therefore denies same.

**2.      Poor Vessel Maintenance and Reckless Bypass of Safety Systems**

257.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 450 of the Complaint and therefore denies same.

33

258.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 451 of the Complaint and therefore denies same.

259.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 452 of the Complaint and therefore denies same.

260.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 453 of the Complaint and therefore denies same.

261.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 454 of the Complaint and therefore denies same.

262.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 455 of the Complaint and therefore denies same.

263.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 456 of the Complaint and therefore denies same.

264.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 457 of the Complaint and therefore denies same.

265.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 458 of the Complaint and therefore denies same.

266.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 459 of the Complaint and therefore denies same.

267.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 460 of the Complaint and therefore denies same.

**M.     Drilling Defendants' Culture of Complacency**

268.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 461 of the Complaint and therefore denies same.

269.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 462 of the Complaint and therefore denies same.

270.     In response to the allegations of Paragraph 463 of the Complaint, Anadarko states that the NAE interim report referred to speaks for itself.  To the extent a response is required, Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 463 of the Complaint and therefore denies same.

271.     In response to the allegations of Paragraph 464 of the Complaint, Anadarko states that the NAE interim report referred to speaks for itself.  To the extent a response is required, Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 464 of the Complaint and therefore denies same.

272.     In response to the allegations of Paragraph 465 of the Complaint, Anadarko states that the NAE interim report referred to speaks for itself.  To the extent a response is required, Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 465 of the Complaint and therefore denies same.

273.     Certain allegations in Paragraph 466 of the Complaint constitute conclusions of law to which no response is required.  To the extent they require a response, Anadarko states that 33 C.F.R. 250.107 speaks for itself, and Anadarko refers to the source cited for its words, substance, meaning, content or context thereof.  Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 466 of the Complaint and therefore denies same.

274.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 467 of the Complaint and therefore denies same.

275.     In response to the allegations of Paragraph 468 of the Complaint, Anadarko states

that report of the *Deepwater Horizon* Study Group referred to therein speaks for itself.  Anadarko is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations in Paragraph 468 of the Complaint and therefore denies same.

276.    Certain allegations in Paragraph 469 of the Complaint constitute conclusions of law to which no response is required.  To the extent a response is required, Anadarko is without sufficient information or knowledge to form a belief as to the truth of any of the allegations in Paragraph 469 of the Complaint and therefore denies same.

277.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 470 of the Complaint and therefore denies same.

278.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 471 of the Complaint and therefore denies same.

279.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 472 of the Complaint and therefore denies same.

280.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 473 of the Complaint and therefore denies same.

281.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 474 of the Complaint and therefore denies same.

282.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 475 of the Complaint and therefore denies same.

283.    To the extent the allegations of Paragraph 476 of the Complaint refer to Anadarko by use of the general and undefined term "Defendants," Anadarko denies the allegations. Anadarko is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations in Paragraph 476 of the Complaint and therefore denies same.

A/74522722.4

284.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 477 of the Complaint and therefore denies same.

**N.      Defendants Misrepresent The Severity of The Spill And Their Oil Spill Response Capabilities**

285.     In response to Paragraph 478, Anadarko admits that an explosion and fire occurred on the *Deepwater Horizon* on April 20, 2010.  Anadarko admits that the *Deepwater Horizon* sank on April 22, 2010.  Anadarko admits that the *Deepwater Horizon* was connected to the wellhead at the seafloor by a marine riser pipe. Anadarko admits that the events on the *Deepwater Horizon* resulted in the flow of oil and gas into the waters of the Gulf of Mexico. Anadarko is without sufficient information or knowledge to form a belief as to the truth of the remainder of the allegations in Paragraph 478 and therefore denies same.

286.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 479 of the Complaint and therefore denies same.

287.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 480 of the Complaint and therefore denies same.

288.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 481 of the Complaint and therefore denies same.

289.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 482 of the Complaint and therefore denies same.

290.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 483 of the Complaint and therefore denies same.

291.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 484 of the Complaint and therefore denies same.

292.     In response to the allegations of Paragraph 485 of the Complaint, Anadarko states

that the document referenced therein speaks for itself.   Anadarko is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations in Paragraph 485 of the Complaint and therefore denies same.

293.    Insofar as they pertain to Anadarko, Anadarko denies the allegations in Paragraph 486.  Anadarko is without sufficient information or knowledge to form a belief as to the truth of the remainder of the allegations in Paragraph 486 of the Complaint and therefore denies same.

**O.    The Spill's Impact on Plaintiffs, The Environment, And The Coastal Zone Economy**

294.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 487 of the Complaint and therefore denies same.

295.    Certain allegations in Paragraph 488 of the Complaint constitute conclusions of law to which no response is required.  To the extent they require a response, Anadarko states that 40 C.F.R. § 401.15 speaks for itself, and Anadarko refers to the source cited for its words, substance, meaning, content or context thereof. Anadarko is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations in Paragraph 488 of the Complaint and therefore denies same.

296.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 489 of the Complaint and therefore denies same.

297.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 490 of the Complaint and therefore denies same.

298.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 491 of the Complaint and therefore denies same.

299.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 492 of the Complaint and therefore denies same.

300.     In response to Paragraph 493, Anadarko admits that the National Oceanographic and Atmospheric Administration imposed certain restrictions on commercial and recreational fishing in the Gulf of Mexico after April 20, 2011.  Anadarko is without sufficient information or knowledge to form a belief as to the truth of the remainder of the allegations in Paragraph 493 of the Complaint and therefore denies same.

301.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 494 of the Complaint and therefore denies same.

302.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 495 of the Complaint and therefore denies same.

303.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 496 of the Complaint and therefore denies same.

304.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 497 of the Complaint and therefore denies same.

305.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 498 of the Complaint and therefore denies same.

306.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 499 of the Complaint and therefore denies same.

307.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 500 of the Complaint and therefore denies same.

308.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 501 of the Complaint and therefore denies same.

309.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 502 of the Complaint and therefore denies same.

310.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 503 of the Complaint and therefore denies same.

311.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 504 of the Complaint and therefore denies same.

312.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 505 of the Complaint and therefore denies same.

313.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 506 of the Complaint and therefore denies same.

314.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 507 of the Complaint and therefore denies same.

315.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 508 of the Complaint and therefore denies same.

316.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 509 of the Complaint and therefore denies same.

317.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 510 of the Complaint and therefore denies same.

318.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 511 of the Complaint and therefore denies same.

319.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 512 of the Complaint and therefore denies same.

320.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 513 of the Complaint and therefore denies same.

321.    Anadarko is without sufficient information or knowledge to form a belief as to the

truth of the allegations in Paragraph 514 of the Complaint and therefore denies same.

322.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 515 of the Complaint and therefore denies same.

323.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 516 of the Complaint and therefore denies same.

324.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 517 of the Complaint and therefore denies same.

325.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 518 of the Complaint and therefore denies same.

326.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 519 of the Complaint and therefore denies same.

327.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 520 of the Complaint and therefore denies same.

328.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 521 of the Complaint and therefore denies same.

329.    Anadarko admits that the United States Department of the Interior Minerals Management Service ("MMS") issued a six-month moratorium on deepwater drilling in the Gulf of Mexico on May 28, 2010.  Certain allegations in Paragraph 522 of the Complaint constitute conclusions of law to which no response is required.  To the extent a response is required, Anadarko denies the remaining allegations in Paragraph 522 of the Complaint.

330.    In response to the allegations of Paragraph 523 of the Complaint, Anadarko states that the document referenced therein speaks for itself, and Anadarko refers to the source cited in the first sentence of Paragraph 523 for its words, substance, meaning, content or context thereof.

A/74522722.4

Anadarko is without sufficient information or knowledge to form a belief as to the truth of the remainder of the allegations in Paragraph 523 of the Complaint and therefore denies same.

331.    In response to the allegations of Paragraph 524 of the Complaint, Anadarko states that the document referenced therein speaks for itself, and Anadarko refers to the source cited in Paragraph 524 for its words, substance, meaning, content or context thereof.

332.    In response to the allegations of Paragraph 525 of the Complaint, Anadarko admits that the United States District Court for the Eastern District of Louisiana granted a preliminary injunction as to the drilling moratorium on June 22, 2010.

333.    In response to the allegations of Paragraph 526 of the Complaint, Anadarko admits that the United States Department of the Interior lost its appeal of the injunction and issued new suspensions on July 12, 2010.  Anadarko further states that the document referred to therein speaks for itself, and Anadarko refers to the source cited in the last two sentences of Paragraph 526 for its words, substance, meaning, content or context thereof.

334.    In response to the allegations of Paragraph 527 of the Complaint, Anadarko admits that the United States Department of Interior's Bureau of Ocean Energy Management, Regulation, and Enforcement ("BOEMRE") lifted the drilling moratorium on October 12, 2010. Anadarko is without sufficient information or knowledge to form a belief as to the truth of any of the remaining allegations in Paragraph 527 of the Complaint and therefore denies same.

335.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 528 of the Complaint and therefore denies same.

336.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 529 of the Complaint and therefore denies same.

337.    Anadarko is without sufficient information or knowledge to form a belief as to the

truth of the allegations in Paragraph 530 of the Complaint and therefore denies same.

338.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 531 of the Complaint and therefore denies same.

339.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 532 of the Complaint and therefore denies same.

340.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 533 of the Complaint and therefore denies same.

341.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 534 of the Complaint and therefore denies same.

342.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 535 of the Complaint and therefore denies same.

343.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 536 of the Complaint and therefore denies same.

344.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 537 of the Complaint and therefore denies same.

345.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 538 of the Complaint and therefore denies same.

346.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 539 of the Complaint and therefore denies same.

347.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 540 of the Complaint and therefore denies same.

348.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 541 of the Complaint and therefore denies same.

349.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 542 of the Complaint and therefore denies same.

350.    Paragraph 543 of the Complaint is a reservation of rights to which no response is required.  To the extent a response is required, Anadarko denies that Plaintiffs have any right to amend the Complaint.

## CLASS ACTION ALLEGATIONS

351.    The allegations in Paragraph 544 consist of Plaintiffs' characterization of the alleged class and require no response.  To the extent a response is required, Anadarko is without sufficient information or knowledge to form a belief as to the truth the allegations in Paragraph 544 of the Complaint and therefore denies same.

352.    The allegations in Paragraph 545 and its unnumbered subparts consist of Plaintiffs' characterizations of  alleged subclasses and a reservation of rights and therefore require no response.  To the extent a response is required, Anadarko is without sufficient information or knowledge to form a belief as to the truth the allegations in Paragraph 545 of the Complaint and therefore denies same.

353.    The allegations in Paragraph 546 of the Complaint constitute conclusions of law to which no response is required.  To the extent a response is required Anadarko denies the allegations of Paragraph 546 of the Complaint.

**A.**    **Numerosity of the Class and/or Subclass -- F.R.C.P. 23(a)(1)**

354.    The allegations in Paragraph 547 of the Complaint constitute conclusions of law to which no response is required.  To the extent a response is required, Anadarko denies the allegations.

A/74522722.4

**B.**      **Commonality -- F.R.C.P. 23(a)(2)**

355.      The allegations in Paragraph 548 of the Complaint constitute conclusions of law to which no response is required.  To the extent a response is required, Anadarko denies the allegations.

356.      The allegations in Paragraph 549 of the Complaint constitute conclusions of law to which no response is required.  To the extent a response is required, Anadarko is without sufficient information or knowledge to form a belief as to the truth the allegations in Paragraph 549 of the Complaint and therefore denies same.

357.      The allegations in Paragraph 550 of the Complaint and its subparts (a) through (e) constitute statements and/or conclusions of law to which no response is required.  To the extent a response is required, Anadarko denies the allegations.

358.      The allegations in Paragraph 551 of the Complaint constitute conclusions of law to which no response is required.  To the extent a response is required, Anadarko denies the allegations.

**C.**      **Typicality -- F.R.C.P. 23(a)(3)**

359.      The allegations in Paragraph 552 of the Complaint constitute conclusions of law to which no response is required.  To the extent a response is required, Anadarko denies the allegations.

**D.**      **Adequacy of Representation -- F.R.C.P. 23(a)(4)**

360.      The allegations in Paragraph 553 of the Complaint constitute conclusions of law to which no response is required.  To the extent a response is required, Anadarko denies the allegations.

**E.**      **Class Certification under F.R.C.P. 23(b)(3) -- Predominance And Superiority**

361.     The allegation in Paragraph 554 of the Complaint constitutes a conclusion of law to which no response is required.  To the extent a response is required, Anadarko denies the allegation.

362.     The allegations in Paragraph 555 of the Complaint constitute conclusions of law to which no response is required.  To the extent a response is required, Anadarko denies the allegations.

363.     The allegations in Paragraph 556 of the Complaint constitute conclusions of law to which no response is required.  To the extent a response is required, Anadarko admits that this case is governed by federal law, and denies any remaining allegations.

364.     The allegations in Paragraph 557 of the Complaint constitute conclusions of law to which no response is required.  To the extent a response is required, Anadarko denies the allegations.

365.     The allegations in Paragraph 558 of the Complaint constitute conclusions of law to which no response is required.  To the extent a response is required, Anadarko denies the allegations.

**F.**      **Class Certification under F.R.C.P. 23(b)(1)**

366.     The allegations in Paragraph 559 of the Complaint constitute conclusions of law to which no response is required.  To the extent a response is required, Anadarko denies the allegations.

367.     The allegations in Paragraph 560 of the Complaint constitute conclusions of law to which no response is required.  To the extent a response is required, Anadarko denies the allegations.

368.    The allegations in Paragraph 561 of the Complaint constitute conclusions of law to which no response is required.  To the extent a response is required, Anadarko denies the allegations.

369.    The allegations in Paragraph 562 of the Complaint constitute conclusions of law to which no response is required.  To the extent a response is required, Anadarko denies the allegations.

370.    The allegations in Paragraph 563 of the Complaint constitute conclusions of law to which no response is required.  To the extent a response is required, Anadarko denies the allegations.

371.    The allegations in Paragraph 564 of the Complaint constitute conclusions of law to which no response is required.  To the extent a response is required, Anadarko denies the allegations.

372.    The allegations in Paragraph 565 of the Complaint constitute conclusions of law to which no response is required.  To the extent a response is required, Anadarko denies the allegations.

373.    The allegations in Paragraph 566 of the Complaint constitute conclusions of law to which no response is required.  To the extent a response is required, Anadarko denies the allegations.

## G.    Class Certification under F.R.C.P. 23(b)(2)

374.    The allegations in Paragraph 567 of the Complaint constitute conclusions of law to which no response is required.  To the extent a response is required, Anadarko denies the allegations.

**H.**   **Class Certification of Particular Issues under F.R.C.P. 23(c)(4) And Subclasses under 23(c)(5)**

375.   The allegations in Paragraph 568 of the Complaint constitute conclusions of law to which no response is required.   To the extent a response is required, Anadarko denies the allegations.

## CLAIMS FOR RELIEF

### I.   Claims Under General Maritime Law

**A.**   **Negligence**

### All Plaintiffs v. All Defendants

376.   In response to Paragraph 569 of the Complaint, Anadarko restates and incorporates by reference its responses in Paragraphs 1 through 375 above as if fully set forth herein.   In response to Paragraphs 569-627, Anadarko states that the Plaintiffs' claim against Anadarko for negligence under the General Maritime Law has been dismissed by court order as of August 26, 2011 (Rec. Doc. 3830), and therefore no responses are required.

377.   Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 570 of the Complaint and therefore denies same.

378.   The allegations in Paragraph 571 of the Complaint constitute conclusions of law to which no response is required.

379.   The allegations in Paragraph 572 of the Complaint constitute conclusions of law to which no response is required.

380.   The claim contained in Paragraph 573 has been dismissed by court order as of August 26, 2011 (Rec. Doc. 3830), therefore no response is required.   To the extent a response is required, Anadarko denies the allegations contained in Paragraph 573 to the extent they pertain to Anadarko.

381.     The claim contained in Paragraph 574 has been dismissed by court order as of August 26, 2011 (Rec. Doc. 3830), therefore no response is required.  To the extent a response is required, Anadarko denies the allegations contained in Paragraph 574 to the extent they pertain to Anadarko.

382.     The claim contained in Paragraph 575 has been dismissed by court order as of August 26, 2011 (Rec. Doc. 3830), therefore no response is required.  To the extent a response is required, Anadarko is without sufficient information or knowledge to form a belief as to the truth the allegations in Paragraph 575 of the Complaint and therefore denies same.

383.     The allegation in Paragraph 576 of the Complaint constitutes a conclusion of law to which no response is required.  To the extent response is required, the allegation is denied.

384.     The allegations in Paragraph 577 of the Complaint constitute conclusions of law to which no response is required.  Insofar as the allegation refers to Anadarko, Anadarko denies the allegation.  To the extent further response is required, Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 577 of the Complaint and therefore denies same.

385.     The claim contained in Paragraph 578 has been dismissed by court order as of August 26, 2011 (Rec. Doc. 3830) insofar as it pertains to Anadarko, therefore no response is required.  To the extent a response is required, Anadarko denies the allegation.

386.     The allegations in Paragraph 579 of the Complaint constitute conclusions of law to which no response is required.  To the extent a response is required, Anadarko denies  the allegations in Paragraph 579 of the Complaint to the extent they pertain to Anadarko.

387.     The allegations in Paragraph 580 of the Complaint constitute conclusions of law to which no response is required.  To the extent a response is required, Anadarko denies the

allegations insofar as they apply to Anadarko, and further states that the Court has ruled that Anadarko owed no duty to the Plaintiffs in connection with the matters alleged in the Complaint.

388.    The allegations in Paragraph 581 of the Complaint constitute conclusions of law to which no response is required.  To the extent a response is required, Anadarko denies the allegations insofar as they apply to Anadarko, and further states that the Court has ruled that Anadarko owed no duty to the Plaintiffs in connection with the matters alleged in the Complaint.

389.    The allegations in Paragraph 582 of the Complaint constitute conclusions of law to which no response is required.  To the extent a response is required, Anadarko denies the allegations insofar as they apply to Anadarko, and further states that the Court has ruled that Anadarko owed no duty to the Plaintiffs in connection with the matters alleged in the Complaint.

390.    The allegations in Paragraph 583 of the Complaint constitute conclusions of law to which no response is required.  To the extent a response is required, Anadarko denies the allegations insofar as they apply to Anadarko, and further states that the Court has ruled that Anadarko owed no duty to the Plaintiffs in connection with the matters alleged in the Complaint.

391.    The allegations in Paragraph 584 of the Complaint constitute conclusions of law to which no response is required. To the extent a response is required, Anadarko denies the allegations insofar as they apply to Anadarko, and further states that the Court has ruled that Anadarko owed no duty to the Plaintiffs in connection with the matters alleged in the Complaint.

392.    The allegations in Paragraph 585 of the Complaint constitute conclusions of law to which no response is required.  To the extent a response is required, Anadarko denies the allegations insofar as they apply to Anadarko, and further states that the Court has ruled that Anadarko owed no duty to the Plaintiffs in connection with the matters alleged in the Complaint.

393.    The allegations in Paragraph 586 of the Complaint constitute conclusions of law

to which no response is required.  To the extent a response is required, Anadarko denies the allegations insofar as they apply to Anadarko, and further states that the Court has ruled that Anadarko owed no duty to the Plaintiffs in connection with the matters alleged in the Complaint.

394.    The allegations in Paragraph 587 of the Complaint constitute conclusions of law to which no response is required. To the extent a response is required, Anadarko denies the allegations insofar as they apply to Anadarko, and further states that the Court has ruled that Anadarko owed no duty to the Plaintiffs in connection with the matters alleged in the Complaint. Anadarko further states that the Court has ruled that state law is inapplicable to this case.

395.    Anadarko admits the allegations of Paragraph 588 of the Complaint.

396.    The allegations in Paragraph 589 of the Complaint constitute conclusions of law to which no response is required.

397.    The allegations in Paragraph 590 of the Complaint constitute conclusions of law to which no response is required.

398.    The allegations in Paragraph 591 of the Complaint constitute conclusions of law to which no response is required.

399.    The allegations in Paragraph 592 of the Complaint constitute conclusions of law to which no response is required.  To the extent a response is required, Anadarko denies the allegations in Paragraph 592 of the Complaint insofar as they pertain to Anadarko.

400.    In response to Paragraph 593, Anadarko admits that Transocean leased the *Deepwater Horizon* to BP.  Anadarko is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations in Paragraph 593 of the Complaint and therefore denies same.

401.    The allegations in Paragraph 594 of the Complaint constitute conclusions of law

to which no response is required.

402.    The allegations in Paragraph 595 of the Complaint and its subparts (a) through (k) constitute conclusions of law to which no response is required.

403.    The allegations in Paragraph 596 of the Complaint constitute conclusions of law to which no response is required.

404.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 597 of the Complaint and therefore denies same.

405.    The allegations in Paragraph 598 of the Complaint constitute conclusions of law to which no response is required.

406.    The allegations in Paragraph 599 of the Complaint constitute conclusions of law to which no response is required.

407.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 600 of the Complaint and therefore denies same.

408.    The allegations in Paragraph 601 of the Complaint constitute conclusions of law to which no response is required.

409.    The allegations in Paragraph 602 of the Complaint constitute conclusions of law to which no response is required.

410.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 603 of the Complaint and therefore denies same.

411.    The allegations in Paragraph 604 of the Complaint constitute conclusions of law to which no response is required.

412.    The allegations in Paragraph 605 of the Complaint constitute conclusions of law to which no response is required.

413.    The allegations in Paragraph 606 of the Complaint constitute conclusions of law to which no response is required.

414.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 607 of the Complaint and therefore denies same.

415.    The allegations in Paragraph 608 of the Complaint constitute conclusions of law to which no response is required.

416.    The allegations in Paragraph 609 of the Complaint constitute conclusions of law to which no response is required.

417.    The allegations in Paragraph 610 of the Complaint constitute conclusions of law to which no response is required.  To the extent a response is required, Anadarko denies the allegations insofar as they apply to Anadarko, and further states that the Court has ruled that Anadarko owed no duty to the Plaintiffs in connection with the matters alleged in the Complaint.

418.    The allegations in Paragraph 611 of the Complaint and its subparts (a) through (p) constitute conclusions of law to which no response is required.  To the extent a response is required, Anadarko denies the allegations insofar as they apply to Anadarko, and further states that the Court has ruled that Anadarko owed no duty to the Plaintiffs in connection with the matters alleged in the Complaint.

419.    The allegations in Paragraph 612 of the Complaint and its subparts (a) through (p) constitute conclusions of law to which no response is required.  To the extent a response is required, Anadarko denies the allegations insofar as they apply to Anadarko, and further states that the Court has ruled that Anadarko owed no duty to the Plaintiffs in connection with the matters alleged in the Complaint.

420.    The allegations in Paragraph 613 of the Complaint constitute conclusions of law

to which no response is required.  To the extent a response is required, Anadarko denies the allegations insofar as they apply to Anadarko, and further states that the Court has ruled that Anadarko owed no duty to the Plaintiffs in connection with the matters alleged in the Complaint..

421.    The allegations in Paragraph 614 of the Complaint constitute conclusions of law to which no response is required. To the extent a response is required, Anadarko denies the allegations insofar as they apply to Anadarko, and further states that the Court has ruled that Anadarko owed no duty to the Plaintiffs in connection with the matters alleged in the Complaint.

422.    The allegations in Paragraph 615 of the Complaint constitute conclusions of law to which no response is required.  To the extent a response is required, Anadarko denies the allegations insofar as they apply to Anadarko, and further states that the Court has ruled that Anadarko owed no duty to the Plaintiffs in connection with the matters alleged in the Complaint.

423.    The allegations in Paragraph 616 of the Complaint constitute conclusions of law to which no response is required.  To the extent a response is required, Anadarko denies the allegations insofar as they apply to Anadarko, and further states that the Court has ruled that Anadarko owed no duty to the Plaintiffs in connection with the matters alleged in the Complaint.

424.    The allegations in Paragraph 617 of the Complaint constitute conclusions of law to which no response is required.  To the extent a response is required, Anadarko denies the allegations insofar as they apply to Anadarko, and further states that the Court has ruled that Anadarko owed no duty to the Plaintiffs in connection with the matters alleged in the Complaint.

425.    The allegations in Paragraph 618 of the Complaint constitute conclusions of law to which no response is required.  To the extent a response is required, Anadarko denies the allegations insofar as they apply to Anadarko, and further states that the Court has ruled that

Anadarko owed no duty to the Plaintiffs in connection with the matters alleged in the Complaint.

426.    The allegations in Paragraph 619 of the Complaint constitute conclusions of law to which no response is required.  To the extent a response is required, Anadarko denies the allegations insofar as they apply to Anadarko, and further states that the Court has ruled that Anadarko owed no duty to the Plaintiffs in connection with the matters alleged in the Complaint.

427.    The allegations in Paragraph 620 of the Complaint constitute conclusions of law to which no response is required.  To the extent a response is required, Anadarko denies the allegations insofar as they apply to Anadarko, and further states that the Court has ruled that Anadarko owed no duty to the Plaintiffs in connection with the matters alleged in the Complaint.

428.    The allegations in Paragraph 621 of the Complaint constitute conclusions of law to which no response is required.  To the extent a response is required, Anadarko denies the allegations insofar as they apply to Anadarko, and further states that the Court has ruled that Anadarko owed no duty to the Plaintiffs in connection with the matters alleged in the Complaint.

429.    The allegations in Paragraph 622 of the Complaint constitute conclusions of law to which no response is required.  To the extent a response is required, Anadarko denies the allegations insofar as they apply to Anadarko, and further states that the Court has ruled that Anadarko owed no duty to the Plaintiffs in connection with the matters alleged in the Complaint.

430.    The allegations in Paragraph 623 of the Complaint constitute conclusions of law to which no response is required.  To the extent a response is required, Anadarko denies the allegations insofar as they apply to Anadarko, and further states that the Court has ruled that Anadarko owed no duty to the Plaintiffs in connection with the matters alleged in the Complaint.

431.    The allegations in Paragraph 624 of the Complaint constitute conclusions of law to which no response is required.  To the extent a response is required, Anadarko denies the

allegations insofar as they apply to Anadarko, and further states that the Court has ruled that Anadarko owed no duty to the Plaintiffs in connection with the matters alleged in the Complaint.

432.    The allegations in Paragraph 625 of the Complaint constitute conclusions of law to which no response is required.  To the extent a response is required, Anadarko denies the allegations insofar as they apply to Anadarko, and further states that the Court has ruled that Anadarko owed no duty to the Plaintiffs in connection with the matters alleged in the Complaint.

433.    The allegations in Paragraph 626 of the Complaint constitute conclusions of law to which no response is required.  To the extent a response is required, Anadarko denies the allegations insofar as they apply to Anadarko, and further states that the Court has ruled that Anadarko owed no duty to the Plaintiffs in connection with the matters alleged in the Complaint.

434.    Paragraph 627 has no content; therefore no response is required.

**B.    <u>Gross Negligence And Willful Misconduct</u>**

**All Plaintiffs v. Drilling Defendants and Cameron**

435.    In response to Paragraph 628 of the Complaint, Anadarko restates and incorporates by reference its responses in Paragraphs 1 through 434 above as if fully set forth herein.

436.    The allegations in Paragraph 629 of the Complaint constitute conclusions of law to which no response is required.

437.    The allegations in Paragraph 630 of the Complaint constitute conclusions of law to which no response is required.

438.    The allegations in Paragraph 631 of the Complaint constitute conclusions of law to which no response is required.

439.    The allegations in Paragraph 632 of the Complaint constitute conclusions of law

to which no response is required.

440.    The allegations in Paragraph 633 of the Complaint constitute conclusions of law to which no response is required.

441.    The allegations in Paragraph 634 of the Complaint constitute conclusions of law to which no response is required.

442.    The allegations in Paragraph 635 of the Complaint constitute conclusions of law to which no response is required.

443.    The allegations in Paragraph 636 of the Complaint constitute conclusions of law to which no response is required.

**C.    Strict Liability for Manufacturing And/Or Design Defect**

**All Plaintiffs v. Cameron**

444.    In response to Paragraph 637 of the Complaint, Anadarko restates and incorporates by reference its responses in Paragraphs 1 through 443 above as if fully set forth herein.

445.    The allegations in Paragraph 638 of the Complaint constitute conclusions of law to which no response is required.

446.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 639 of the Complaint and therefore denies same.

447.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 640 of the Complaint and therefore denies same.

448.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 641 of the Complaint and therefore denies same.

449.    Anadarko is without sufficient information or knowledge to form a belief as to the

truth of the allegations in Paragraph 642 of the Complaint and therefore denies same.

450.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 643 of the Complaint and therefore denies same.

451.    The allegations in Paragraph 644 of the Complaint constitute conclusions of law to which no response is required.  To the extent a response is required, Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 644 of the Complaint and therefore denies same.

452.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 645 of the Complaint and therefore denies same.

453.    The allegations in Paragraph 646 of the Complaint constitute conclusions of law to which no response is required.  To the extent a response is required, Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 646 of the Complaint and therefore denies same.

454.    The allegations in Paragraph 647 of the Complaint constitute conclusions of law to which no response is required.

455.    The allegations in Paragraph 648 of the Complaint constitute conclusions of law to which no response is required.

456.    The allegations in Paragraph 649 of the Complaint constitute conclusions of law to which no response is required.  To the extent a response is required, Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 649 of the Complaint and therefore denies same.

457.    The allegations in Paragraph 650 of the Complaint constitute conclusions of law to which no response is required.

458.    The allegations in Paragraph 651 of the Complaint constitute conclusions of law to which no response is required.

459.    The allegations in Paragraph 652 of the Complaint constitute conclusions of law to which no response is required.

460.    The allegations in Paragraph 653 of the Complaint constitute conclusions of law to which no response is required.

461.    The allegations in Paragraph 654 of the Complaint constitute conclusions of law to which no response is required.

462.    The allegations in Paragraph 655 of the Complaint constitute conclusions of law to which no response is required.

463.    The allegations in Paragraph 656 of the Complaint constitute conclusions of law to which no response is required.

464.    The allegations in Paragraph 657 of the Complaint constitute conclusions of law to which no response is required.

465.    In response to Paragraph 658, Anadarko states that to the extent Plaintiffs seek relief pursuant to state statutes, those claims have been dismissed by court order as of August 26, 2011 (Rec. Doc. 3830).

**D.**    **Strict Liability for Manufacturing And/Or Design Defect**

**All Plaintiffs v. Weatherford**

466.    In response to Paragraph 659, Anadarko restates and incorporates by reference its responses in Paragraphs 1 through 465 above as if fully set forth herein.

467.    The allegations in Paragraph 660 of the Complaint constitute conclusions of law to which no response is required.

468.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 661 of the Complaint and therefore denies same.

469.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 662 of the Complaint and therefore denies same.

470.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 663 of the Complaint and therefore denies same.

471.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 664 of the Complaint and therefore denies same.

472.     Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 665 of the Complaint and therefore denies same.  Further, the allegations constitute conclusions of law to which no response is required.

473.     The allegations in Paragraph 666 of the Complaint constitute conclusions of law to which no response is required.

474.     The allegations in Paragraph 667 of the Complaint constitute conclusions of law to which no response is required.

475.     The allegations in Paragraph 668 of the Complaint constitute conclusions of law to which no response is required.

476.     The allegations in Paragraph 669 of the Complaint constitute conclusions of law to which no response is required.

477.     The allegations in Paragraph 670 of the Complaint constitute conclusions of law to which no response is required.

478.     The allegations in Paragraph 671 of the Complaint constitute conclusions of law to which no response is required.

479.     The allegations in Paragraph 672 of the Complaint constitute conclusions of law to which no response is required.

480.     The allegations in Paragraph 673 of the Complaint constitute conclusions of law to which no response is required.

481.     The allegations in Paragraph 674 of the Complaint constitute conclusions of law to which no response is required.

482.     The allegations in Paragraph 675 of the Complaint constitute conclusions of law to which no response is required.

483.     The allegations in Paragraph 676 of the Complaint constitute conclusions of law to which no response is required.

484.     In response to Paragraph 677, Anadarko states that to the extent Plaintiffs seek relief pursuant to state statutes, those claims have been dismissed by court order as of August 26, 2011 (Rec. Doc. 3830).

## II.     The Oil Pollution Act

### All Plaintiffs v. BP, Transocean, APC, Anadarko E&P, MOEX Offshore, MOEX USA, and MOECO

485.     In response to Paragraph 678, Anadarko restates and incorporates by reference its responses in Paragraphs 1 through 484 above as if fully set forth herein.

486.     The allegations in Paragraph 679 of the Complaint constitute conclusions of law to which no response is required.  To the extent a response is required, Anadarko states that 33 U.S.C. § 2701, et seq. speaks for itself, and Anadarko refers to the source cited for its words, substance, meaning, content or context thereof.

487.     Anadarko admits that the Coast Guard has named BP as a "responsible party" and Transocean as a "responsible party" under OPA for the *Deepwater Horizon* incident.  The

remaining allegations in Paragraph 680 of the Complaint constitute conclusions of law to which no response is required.

488.    In response to Paragraph 681, Anadarko admits that, on April 20, 2010 and until at least April 28, 2010, MOEX Offshore held a 10% interest in the MMS lease for Block 252, Mississippi Canyon ("the Macondo lease").  Anadarko further states that on February 23, 2010 the MMS approved the assignment by BP of a 2.5% record title interest in the Macondo lease to APC, effective October 1, 2009.  Anadarko further states that on February 23, 2010 the MMS approved the assignment by BP of a 22.5% record title interest in the Macondo lease to Anadarko E&P, effective October 1, 2009.  On April 15, 2010, Anadarko E&P assigned its 22.5% record title interest in the Macondo lease to APC, which assignment was approved by the MMS, effective April 1, 2010.  The second and third sentences of Paragraph 681 contain conclusions of law such that no response is required.  To the extent a response is required, Anadarko denies all remaining allegations in Paragraph 681 of the Complaint.

489.    The allegations in Paragraph 682 of the Complaint constitute conclusions of law to which no response is required.  To the extent a response is required, Anadarko is without sufficient information or knowledge to form a belief as to the truth of any of the allegations in Paragraph 682 of the Complaint and therefore denies same.

490.    The allegations in Paragraph 683 of the Complaint constitute conclusions of law to which no response is required.

491.    The allegations in Paragraph 684 of the Complaint constitute conclusions of law to which no response is required.  To the extent a response is required, Anadarko states that the "Statement of BP Exploration & Production Inc. Re Applicability of Limitation of Liability Under Oil Pollution Act of 1990," filed on October 19, 2010, speaks for itself, and Anadarko

refers to the source cited for its words, substance, meaning, content or context thereof.

492.    The allegations in Paragraph 685 of the Complaint constitute conclusions of law to which no response is required.  To the extent a response is required, Anadarko is without sufficient information or knowledge to form a belief as to the truth of any of the allegations in Paragraph 685 of the Complaint and therefore denies same.

493.    The allegations in Paragraph 686 of the Complaint constitute conclusions of law to which no response is required.  To the extent a response is required, the allegations are denied. Anadarko further states that the statutes speaks for itself, and Anadarko refers to the source cited for its words, substance, meaning, content or context thereof.

494.    The allegations in Paragraph 687 of the Complaint constitute conclusions of law to which no response is required.  To the extent a response is required, the allegations are denied. Anadarko further states that the statutes speaks for itself, and Anadarko refers to the source cited for its words, substance, meaning, content or context thereof.

495.    The allegations in Paragraph 688 of the Complaint constitute conclusions of law to which no response is required.  To the extent a response is required, the allegations are denied. Anadarko further states that the statutes speaks for itself, and Anadarko refers to the source cited for its words, substance, meaning, content or context thereof.

496.    The allegations in Paragraph 689 of the Complaint constitute conclusions of law to which no response is required.  To the extent a response is required, the allegations are denied. Anadarko further states that the statutes speaks for itself, and Anadarko refers to the source cited for its words, substance, meaning, content or context thereof.

497.    The allegations in Paragraph 690 of the Complaint constitute conclusions of law to which no response is required.  To the extent a response is required, Anadarko states that the

"Statement of BP Exploration & Production Inc. Re Applicability of Limitation of Liability Under Oil Pollution Act of 1990," filed on October 19, 2010, speaks for itself, and Anadarko refers to the source cited for its words, substance, meaning, content or context thereof.

### III.   State Law Claims for Relief

#### A.   Nuisance

#### The Property Plaintiffs v. Drilling Defendants, Cameron, and Weatherford

498.   In response to Paragraph 691, Anadarko restates and incorporates by reference its responses in Paragraphs 1 through 497 above as if fully set forth herein.  Anadarko further states that the Court has held that state law is inapplicable to this case and all of Plaintiffs' state law claims in the Complaint are dismissed.

499.   Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 692 of the Complaint and therefore denies same.

500.   The allegations in Paragraph 693 of the Complaint constitute conclusions of law to which no response is required.

501.   The allegations in Paragraph 694 of the Complaint constitute conclusions of law to which no response is required.

502.   The allegations in Paragraph 695 of the Complaint constitute conclusions of law to which no response is required.

503.   Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 696 of the Complaint and therefore denies same.

504.   The allegations in Paragraph 697 of the Complaint constitute conclusions of law to which no response is required.

505.   The allegations in Paragraph 698 of the Complaint constitute conclusions of law

to which no response is required.

506.    The allegations in Paragraph 699 of the Complaint constitute conclusions of law to which no response is required.

**B.    Trespass**

**The Property Plaintiffs v. Drilling Defendants, Cameron, and Weatherford**

507.    In response to Paragraph 700, Anadarko restates and incorporates by reference its responses in Paragraphs 1 through 507 above as if fully set forth herein.  Anadarko further states that the Court has held that state law is inapplicable to this case and all of Plaintiffs' state law claims in the Complaint are dismissed.

508.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 701 of the Complaint and therefore denies same.

509.    The allegations in Paragraph 702 of the Complaint constitute conclusions of law to which no response is required.

510.    The allegations in Paragraph 703 of the Complaint constitute conclusions of law to which no response is required.

511.    The allegations in Paragraph 704 of the Complaint constitute conclusions of law to which no response is required.

512.    The allegations in Paragraph 705 of the Complaint constitute conclusions of law to which no response is required.

513.    The allegations in Paragraph 706 of the Complaint constitute conclusions of law to which no response is required.

514.    The allegations in Paragraph 707 of the Complaint constitute conclusions of law to which no response is required.

515.    The allegations in Paragraph 708 of the Complaint constitute conclusions of law to which no response is required.

516.    The allegations in Paragraph 709 of the Complaint constitute conclusions of law to which no response is required.

517.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 710 of the Complaint and therefore denies same.

518.    The allegations in Paragraph 711 of the Complaint constitute conclusions of law to which no response is required.

**C.**    **Fraudulent Concealment**

**All Plaintiffs v. BP, Halliburton, and Transocean**

519.    In response to Paragraph 712, Anadarko restates and incorporates by reference its responses in Paragraphs 1 through 518 above as if fully set forth herein.  Anadarko further states that the Court has held that state law is inapplicable to this case and all of Plaintiffs' state law claims in the Complaint are dismissed.

520.    The allegations in Paragraph 713 of the Complaint constitute conclusions of law to which no response is required.  Anadarko further states that the Court has held that state law is inapplicable to this case.

521.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 714 of the Complaint and therefore denies same.

522.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 715 of the Complaint and therefore denies same.

523.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 716 of the Complaint and therefore denies same.

524.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 717 of the Complaint and therefore denies same.

525.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 718 of the Complaint and therefore denies same.

526.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 719 of the Complaint and therefore denies same.

527.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 720 of the Complaint and therefore denies same.

528.    The allegations in Paragraph 721 of the Complaint constitute conclusions of law to which no response is required.

529.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 722 of the Complaint and therefore denies same.

530.    The allegations in Paragraph 723 of the Complaint constitute conclusions of law to which no response is required.

531.    The allegations in Paragraph 724 of the Complaint constitute conclusions of law to which no response is required.  To the extent a response is necessary, Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 724 of the Complaint and therefore denies same.

532.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 725 of the Complaint and therefore denies same.

533.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of the allegations in Paragraph 726 of the Complaint and therefore denies same.

534.    Anadarko is without sufficient information or knowledge to form a belief as to the

A/74522722.4

truth of the allegations in Paragraph 727 of the Complaint and therefore denies same.

535.     The allegations in Paragraph 728 of the Complaint constitute conclusions of law to which no response is required.

536.     The allegations in Paragraph 729 of the Complaint constitute conclusions of law to which no response is required.

537.     The allegations in Paragraph 730 of the Complaint constitute conclusions of law to which no response is required.

538.     The allegations in Paragraph 731 of the Complaint constitute conclusions of law to which no response is required.

**D.     Strict Liability Pursuant to The Florida Pollutant Discharge Prevention And Control Act (Fla. Stat. § 376.011, *et seq.*)**

**Florida Subclass Members v. BP, Transocean, APC, Anadarko E&P, MOEX Offshore, MOEX USA, and MOECO**

539.     In response to Paragraph 732, Anadarko restates and incorporates by reference its responses in Paragraphs 1 through 538 above as if fully set forth herein.  Anadarko further states that the Plaintiffs' claim against Anadarko pursuant to the Florida Pollutant Discharge Prevention And Control Act (Fla. Stat. § 376.011, *et. seq.*) has been dismissed by the Court.

540.     Anadarko admits that an explosion and fire occurred on the *Deepwater Horizon* on April 20, 2010.  Anadarko admits that the *Deepwater Horizon* sank on April 22, 2010.  Anadarko admits that the events on the *Deepwater Horizon* resulted in the flow of oil and gas into the waters of the Gulf of Mexico.  Anadarko is without sufficient information or knowledge to form a belief as to the truth of the remainder of the allegations in Paragraph 733 and therefore denies same.

541.     The allegations contained in Paragraph 734 of the Complaint constitute conclusions of law to which no response is required.  To the extent they require a response, the

allegations are denied insofar as they apply to Anadarko.  Anadarko further states that Fla. Stat. § 376.031 speaks for itself, and Anadarko refers to the source cited for its words, substance, meaning, content or context thereof. Anadarko further states that this claim has been dismissed by court order as of August 26, 2011 (Rec. Doc. 3830).

542.    The allegations contained in Paragraph 735 of the Complaint constitute conclusions of law to which no response is required.  To the extent they require a response, the allegations are denied insofar as they apply to Anadarko.  Anadarko further states that Fla. Stat. § 376.011-376.21 speaks for itself, and Anadarko refers to the source cited for its words, substance, meaning, content or context thereof. Anadarko further states that this claim has been dismissed by court order as of August 26, 2011 (Rec. Doc. 3830).

543.    The allegations contained in Paragraph 736 of the Complaint constitute conclusions of law to which no response is required.  To the extent they require a response, the allegations are denied insofar as they apply to Anadarko.  Anadarko further states that Fla. Stat. § 376.011-376.21 speaks for itself, and Anadarko refers to the source cited for its words, substance, meaning, content or context thereof.  Anadarko further states that this claim has been dismissed by court order as of August 26, 2011 (Rec. Doc. 3830).

544.    The allegations contained in Paragraph 737 of the Complaint constitute conclusions of law to which no response is required.  To the extent they require a response, the allegations are denied insofar as they apply to Anadarko.  Anadarko further states that statute referenced speaks for itself, and Anadarko refers to the source cited for its words, substance, meaning, content or context thereof.  Anadarko further states that this claim has been dismissed by court order as of August 26, 2011 (Rec. Doc. 3830).

545.    The allegations contained in Paragraph 738 of the Complaint constitute

conclusions of law to which no response is required.  To the extent a response is required, the allegations are denied insofar as they apply to Anadarko.  Anadarko admits that the Coast Guard has named BP as a "responsible party" and Transocean as a "responsible party" under OPA for the *Deepwater Horizon* incident.  Anadarko further states that this claim has been dismissed by court order as of August 26, 2011 (Rec. Doc. 3830).

546.    The allegations contained in Paragraph 739 of the Complaint constitute conclusions of law to which no response is required.  To the extent a response is required, Anadarko admits that, on April 20, 2010 and until at least April 28, 2010, MOEX Offshore held a 10% interest in the MMS lease for Block 252, Mississippi Canyon ("the Macondo lease").  Anadarko admits that on February 23, 2010 the MMS approved the assignment by BP of a 2.5% record title interest in the Macondo lease to APC, effective October 1, 2009.  Anadarko admits that on February 23, 2010 the MMS approved the assignment by BP of a 22.5% record title interest in the Macondo lease to Anadarko E&P, effective October 1, 2009.  On April 15, 2010, Anadarko E&P assigned its 22.5% record title interest in the Macondo lease to APC, which assignment was approved by the MMS, effective April 1, 2010.  Anadarko further states that statute referenced speaks for itself, and Anadarko refers to the source cited for its words, substance, meaning, content or context thereof.  Anadarko further states that this claim has been dismissed by court order as of August 26, 2011 (Rec. Doc. 3830).

547.    The allegations in Paragraph 740 of the Complaint constitute conclusions of law to which no response is required.  To the extent a response is required, Anadarko is without sufficient information or knowledge to form a belief as to the truth of any of the allegations in Paragraph 740 of the Complaint and therefore denies same.

548.    The allegations contained in Paragraph 741 of the Complaint constitute

conclusions of law to which no response is required.  To the extent they require a response, the allegations are denied insofar as they apply to Anadarko.  Anadarko further states that statute referenced speaks for itself, and Anadarko refers to the source cited for its words, substance, meaning, content or context thereof.  Anadarko further states that this claim has been dismissed by court order as of August 26, 2011 (Rec. Doc. 3830).

549.   The allegations contained in Paragraph 742 of the Complaint constitute conclusions of law to which no response is required.  To the extent they require a response, the allegations are denied.  Anadarko further states that this claim has been dismissed by court order as of August 26, 2011 (Rec. Doc. 3830).

550.   The allegations contained in Paragraph 743 of the Complaint constitute conclusions of law to which no response is required.  To the extent they require a response, the allegations are denied insofar as they apply to Anadarko.  Anadarko further states that statute referenced speaks for itself, and Anadarko refers to the source cited for its words, substance, meaning, content or context thereof.  Anadarko further states that this claim has been dismissed by court order as of August 26, 2011 (Rec. Doc. 3830).

551.   The allegations contained in Paragraph 744 of the Complaint constitute conclusions of law to which no response is required.  To the extent they require a response, the allegations are denied insofar as they apply to Anadarko.  Anadarko further states that statute referenced speaks for itself, and Anadarko refers to the source cited for its words, substance, meaning, content or context thereof.  Anadarko further states that this claim has been dismissed by court order as of August 26, 2011 (Rec. Doc. 3830).

552.   The allegations contained in Paragraph 745 of the Complaint constitute conclusions of law to which no response is required.  Anadarko further states that statute

referenced speaks for itself, and Anadarko refers to the source cited for its words, substance, meaning, content or context thereof.

553.    The allegations contained in Paragraph 746 of the Complaint constitute conclusions of law to which no response is required.  To the extent they require a response, the allegations are denied insofar as they apply to Anadarko.  Anadarko further states that this claim has been dismissed by court order as of August 26, 2011 (Rec. Doc. 3830).

554.    The allegations contained in Paragraph 747 of the Complaint constitute conclusions of law to which no response is required.  To the extent they require a response, the allegations are denied insofar as they apply to Anadarko.  Anadarko further states that this claim has been dismissed by court order as of August 26, 2011 (Rec. Doc. 3830).

## IV.    Punitive Damages Under All Claims

### All Plaintiffs v. BP, Transocean, and Halliburton

555.    In response to Paragraph 748, Anadarko restates and incorporates by reference its responses in Paragraphs 1 through 554 above as if fully set forth herein.

556.    The allegations contained in Paragraph 749 of the Complaint constitute conclusions of law to which no response is required.

557.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of any of the allegations in Paragraph 750 of the Complaint and therefore denies same.

558.    Anadarko is without sufficient information or knowledge to form a belief as to the truth of any of the allegations in Paragraph 751 of the Complaint and therefore denies same.

559.    Certain allegations contained in Paragraph 752 of the complaint are conclusions of law to which no response is required.  To the extent a response is required, Anadarko is without sufficient information or knowledge to form a belief as to the truth of any of the

72

allegations in Paragraph 752 of the Complaint and therefore denies same.

560.    The allegations contained in Paragraph 753 of the Complaint constitute conclusions of law to which no response is required.

561.    The allegations contained in Paragraph 754 of the Complaint constitute conclusions of law to which no response is required.

562.    The allegations contained in Paragraph 755 of the Complaint constitute conclusions of law to which no response is required.

563.    The allegations contained in Paragraph 756 of the Complaint constitute conclusions of law to which no response is required.

564.    The allegations contained in Paragraph 757 of the Complaint constitute conclusions of law to which no response is required.

565.    The allegations contained in Paragraph 758 of the Complaint constitute conclusions of law to which no response is required.

566.    The allegations contained in Paragraph 759 of the Complaint constitute conclusions of law to which no response is required.

567.    The allegations contained in Paragraph 760 of the Complaint constitute conclusions of law to which no response is required.

568.    The allegations contained in Paragraph 761 of the Complaint constitute conclusions of law to which no response is required.

569.    The allegations contained in Paragraph 762 of the Complaint constitute conclusions of law to which no response is required.

570.    The allegations contained in Paragraph 763 of the Complaint constitute conclusions of law to which no response is required.

A/74522722.4

571.   The allegations contained in Paragraph 764 of the Complaint constitute conclusions of law to which no response is required.

572.   The allegations contained in Paragraph 765 of the Complaint constitute conclusions of law to which no response is required.

573.   Certain allegations contained in Paragraph 766 of the complaint are conclusions of law to which no response is required.   To the extent a response is required, Anadarko is without sufficient information or knowledge to form a belief as to the truth of any of the allegations in Paragraph 766 of the Complaint and therefore denies same.

574.   The allegations contained in Paragraph 767 of the Complaint and its subparts (a) through (j) constitute conclusions of law to which no response is required.

575.   The allegations contained in Paragraph 768 of the Complaint constitute conclusions of law to which no response is required.   To the extent a response is required, the allegations are denied insofar as they refer to Anadarko by use of the general undefined term "Defendants."

576.   The allegations contained in Paragraph 769 of the Complaint constitute conclusions of law to which no response is required.

## V.        Declaratory Relief:  Punitive Damages

577.   The claim contained in Paragraph 770 has been dismissed by court order as of August 26, 2011 (Rec. Doc. 3830), therefore no response is required.  To the extent a response is required, certain allegations contained in Paragraph 770 of the Complaint constitute conclusions of law to which no response is required.  The remaining allegations contained in Paragraph 770 of the Complaint constitute characterizations of the relief requested by the Petitioners, not allegations of fact, therefore no response is required.

## VI.   <u>Declaratory Relief Against BP</u>

578.   The claim contained in the unnumbered paragraph on pages 193-194 has been dismissed by court order as of August 26, 2011 (Rec. Doc. 3830), therefore no response is required.   To the extent a response is required, the allegations contained in the unnumbered paragraph on pages 193-194 constitute a characterization of the relief requested by the Petitioners, not allegations of fact, therefore no response is required.

## <u>PRAYER FOR RELIEF</u>

579.   The unnumbered paragraph on page 194 contains characterizations of the relief requested by the Petitioners, not allegations of fact, therefore no response is required.   To the extent Plaintiffs request declaratory relief, that claim has been dismissed by court order as of August 26, 2011 (Rec. Doc. 3830).   To the extent a response is deemed required, Anadarko denies that Plaintiffs are entitled to the relief requested.

## AFFIRMATIVE DEFENSES OF ANADARKO PETROLEUM CORPORATION AND ANADARKO E&P COMPANY LP

### GENERAL DENIAL

Anadarko denies each and every allegation of the Complaint not previously admitted, explained, qualified, or denied.

### FIRST AFFIRMATIVE DEFENSE

The Complaint, in whole or in part, fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Some or all of the claims asserted in the Complaint are precluded because any violations and/or damages that may have occurred were proximately caused by the acts or omissions of persons other than Anadarko, or by the superseding intervention of causes outside the control of Anadarko.

### THIRD AFFIRMATIVE DEFENSE

One or more of the claims in the Complaint do not impose joint and several liability, and, to the extent joint and several liability is appropriate, Anadarko is not jointly and severally liable for the damages alleged in the Complaint based on divisibility of the harms alleged.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiffs have not reasonably mitigated damages.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiffs have reached accord and satisfaction with one or more of the defendants or third party and/or has otherwise received full payment from one or more of the defendants or third party for any damages sustained.

## SIXTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, because Plaintiffs are not entitled under the law to the damages that they seek, the alleged damages sought are too speculative and uncertain, and because of the impossibility of the ascertainment and allocation of such damages.

## SEVENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, to the extent any payment of damages are required by others related to the same incident alleged as the basis for Plaintiffs' claims, and the damages sought by Plaintiffs must be offset to the extent of any such payment of damages.

## EIGHTH AFFIRMATIVE DEFENSE

To the extent Anadarko is found liable to Plaintiffs for any damages or injuries, Anadarko is entitled to have any reward or recovery mitigated or reduced accordingly by the contributory or comparative negligence of other individuals, entities, or vessels.

## NINTH AFFIRMATIVE DEFENSE

If it is determined that Anadarko is found liable to Plaintiffs, Anadarko is entitled to contribution from other parties or entities.  To the extent a counterclaim or cross-claim rather than an affirmative defense is necessary to preserve such right to obtain contribution from any potentially liable party, including the Plaintiffs, Anadarko files this paragraph as a Counterclaim pursuant to Rule 13(a) of the Federal Rules of Civil Procedure, as set forth in full in the Claim, Answer and Cross-Claims of Third Party Defendants Anadarko Petroleum Corporation And Anadarko E&P Company LP, 10-cv-2771 (Limitation Rec. Doc. 338).

## TENTH AFFIRMATIVE DEFENSE

If it is determined that Anadarko is found liable to Plaintiffs, Anadarko is entitled to indemnity from other parties or entities.  To the extent a counterclaim or cross-claim rather than

an affirmative defense is necessary to preserve such right to obtain indemnity from any potentially liable party, including the Plaintiffs, Anadarko files this paragraph as a Counterclaim pursuant to Rule 13(a) of the Federal Rules of Civil Procedure, as set forth in full in the Claim, Answer and Cross-Claims of Third Party Defendants Anadarko Petroleum Corporation And Anadarko E&P Company LP, 10-cv-2771 (Limitation Rec. Doc. 338).

## ELEVENTH AFFIRMATIVE DEFENSE

Plaintiffs have failed to comply with 33 U.S.C. §2713 for purposes of their Oil Pollution Act claim.

## TWELFTH AFFIRMATIVE DEFENSE

If it is determined that Anadarko is liable as a "responsible party" under the Oil Pollution Act for all or any part of Plaintiffs' damages, the amount of Anadarko's liability is limited pursuant to 33 U.S.C. §2704(a).

## THIRTEENTH AFFIRMATIVE DEFENSE

Anadarko will rely on any and all further defenses that become available or appear during discovery proceedings in this action and specifically reserves its right to amend this Answer for purposes of asserting additional defenses.

## PRAYER FOR RELIEF

WHEREFORE, Anadarko prays for judgment as follows:

1.      Judgment on the merits in favor of Anadarko and against the Plaintiffs; and

2.      For such other relief that this Court may deem just and proper.

Respectfully submitted,

DATED: September 26, 2011          BINGHAM McCUTCHEN LLP

/s/ *Ky E. Kirby*
Ky E. Kirby
ky.kirby@bingham.com
David B. Salmons
david.salmons@bingham.com
Michael B. Wigmore
michael.wigmore@bingham.com
Warren Anthony Fitch
tony.fitch@bingham.com
Randall M. Levine
randall.levine@bingham.com
2020 K Street, NW
Washington, DC 20006-1806
Telephone (202) 373-6000
Facsimile (202) 373-6001

James J. Dragna
jim.dragna@bingham.com
Bingham McCutchen LLP
355 South Grand Avenue
Suite 4400
Los Angeles, California 90071-3106
Telephone (213) 680-6436
Facsimile (213) 680-8636

KUCHLER POLK SCHELL
WEINER & RICHESON, LLC

Deborah D. Kuchler, T.A. (La. Bar No. 17013)
dkuchler@kuchlerpolk.com
Janika Polk (La. Bar No. 27608)
jpolk@kuchlerpolk.com

A/74522722.4

Robert Guidry (La. Bar No. 28064)
rguidry@kuchlerpolk.com
1615 Poydras Street, Suite 1300
New Orleans, LA  70112
Tel:  (504) 592-0691
Fax:  (504) 592-0696

A/74522722.4

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 26th day of September, 2011.

*/s/ Ky E. Kirby*

Ky. E. Kirby

A/74522722.4