**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG | § | |
| "DEEPWATER HORIZON" in the | § | MDL No. 2179 |
| GULF OF MEXICO on | § | |
| APRIL 20, 2010 | § | SECTION: J |
| | § | |
| Applies to: | § | Judge Carl J. Barbier |
| | § | Magistrate Judge Sally Shushan |
| All Cases in Pleading Bundle B1; | § | |
| No. 2:10-CV-02771 | § | |

**DEFENDANT M-I L.L.C.'S ANSWER AND AFFIRMATIVE DEFENSES TO FIRST
AMENDED MASTER COMPLAINT, CROSS-CLAIM, AND THIRD-PARTY
COMPLAINT FOR PRIVATE ECONOMIC LOSSES IN ACCORDANCE WITH PTO
NO. 11 [CMO NO. 1] SECTION III (B1) [("B1 BUNDLE")]**

Subject to its Motion to Dismiss Pursuant to Rules 12(b)(1) and 12(b)(6), M-I L.L.C.

("M-I"), for its answer and affirmative defenses to the cross-claims and third-party claims of the

B1 Bundle Plaintiffs ("Plaintiffs"), states as follows:

1.      Paragraph 198 contains background information to which no response is required.

To the extent that a response is necessary, upon information and belief, M-I admits the

allegations of Paragraph 198.

2.      Paragraph 199 contains background information to which no response is required.

To the extent that a response is necessary, upon information and belief, M-I admits the

allegations of Paragraph 199.

3.      Paragraph 200 contains background information to which no response is required.

To the extent that a response is necessary, M-I denies the allegations of Paragraph 200 for lack of

knowledge or information sufficient to form a belief about the truth of said allegations.

4.      M-I denies the allegations of Paragraph 201, insofar as they are directed at M-I.

5.     M-I denies the allegations of Paragraph 202, insofar as they are directed at M-I.

6.     M-I denies the allegations of Paragraph 203, insofar as they are directed at M-I.

7.     M-I denies the allegations of Paragraph 204 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

8.     The allegations of Paragraph 205 do not require a response as they are not allegations of fact.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 205 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

9.     The allegations of Paragraph 206 do not require a response as they are not allegations of fact.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 206 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

10.     The allegations of Paragraph 207 do not require a response as they are not allegations of fact.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 207 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

11.     The allegations of Paragraph 208 do not require a response as they are not allegations of fact.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 208 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

12.     M-I admits the Plaintiffs are individuals and entities who allege they suffered property losses, economic damages, and other costs, including removal costs, as a result of the

spill.  M-I denies the remaining allegations of Paragraph 209, including all subparts, for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

13.     The allegations of Paragraph 210 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 210 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

14.     The allegations of Paragraph 211 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 211 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

15.     The allegations of Paragraph 212 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 212 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

16.     The allegations of Paragraph 213 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 213 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

17.     The allegations of Paragraph 214 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 214 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

18.     The allegations of Paragraph 215 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 215 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

19.     The allegations of Paragraph 216 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 216 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

20.     The allegations of Paragraph 217 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 217 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

21.     The allegations of Paragraph 218 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 218 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

22.     The allegations of Paragraph 219 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 219 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

23.     The allegations of Paragraph 220 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of

Paragraph 220 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

24.     The allegations of Paragraph 221 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 221 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

25.     The allegations of Paragraph 222 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 222 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

26.     The allegations of Paragraph 223 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 223 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

27.     The allegations of Paragraph 224 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 224 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

28.     The allegations of Paragraph 225 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 225 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

29.     The allegations of Paragraph 226 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 226 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

30.     The allegations of Paragraph 227 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 227 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

31.     M-I denies that it is "also known as M-I SWACO" and that its principal place of business is in Wilmington, Delaware.  M-I admits that it provided drilling fluids, attendant services, and a recommended drilling fluids program for the well based upon information provided by the operator and subject to operator approval.  M-I denies the remaining allegations in Paragraph 228.

32.     M-I denies the allegations of Paragraph 229, insofar as they are directed at M-I.

33.     The allegations of Paragraph 230 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 230 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

34.     The allegations of Paragraph 231 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 231 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

35.     M-I denies the allegations of Paragraph 232, insofar as they are directed at M-I.

36.     The allegations of Paragraph 233 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 233 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

37.     The allegations of Paragraph 234 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 234 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

38.     The allegations of Paragraph 235 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 235 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

39.     The allegations of Paragraph 236 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 236 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

40.     The allegations of Paragraph 237 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 237 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

41.     The allegations of Paragraph 238 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of

Paragraph 238 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

42.     The allegations of Paragraph 239 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 239 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

43.     The allegations of Paragraph 240 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 240 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

44.     The allegations of Paragraph 241 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 241 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

45.     The allegations of Paragraph 242 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 242 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

46.     The allegations of Paragraph 243 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 243 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

47.     The allegations of Paragraph 244 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 244 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

48.     The allegations of Paragraph 245 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 245 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

49.     The allegations of Paragraph 246 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 246 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

50.     The allegations of Paragraph 247 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 247 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

51.     The allegations of Paragraph 248 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 248 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

52.     The allegations of Paragraph 249 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of

Paragraph 249 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

53.     The allegations of Paragraph 250 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 250 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

54.     The allegations of Paragraph 251 do not require a response as they are not allegations of fact.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 251 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

55.     M-I admits that the Court has subject-matter jurisdiction over the claims in this case.

56.     M-I admits the allegations in the first sentence of Paragraph 253.  The remaining allegations of Paragraph 253 do not require a response as they are not allegations of fact.  To the extent that a response is necessary, upon information and belief, M-I admits the remaining allegations of Paragraph 253.

57.     M-I admits that the Court has subject-matter jurisdiction over the claims in this case.

58.     M-I admits that the Court has subject-matter jurisdiction over the claims in this case.

59.     M-I admits that the Court has subject-matter jurisdiction over the claims in this case.

60.     M-I admits that venue is proper in this district.

61.     M-I denies the allegations of Paragraph 258, insofar as they are directed at M-I.

62.     Paragraph 259 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 259 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

63.     Paragraph 260 contains background information and allegations which are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 260 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

64.     Paragraph 261 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 261, insofar as they are directed at M-I.

65.     Paragraph 262 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 262 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

66.     Paragraph 263 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 263 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

67.     Paragraph 264 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 264 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

68.     Paragraph 265 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 265 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

69.     Paragraph 266 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 266 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

70.     Paragraph 267 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 267 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

71.     Paragraph 268 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 268 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

72.     Paragraph 269 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 269 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

73.     Paragraph 270 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 270 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

74.     Paragraph 271 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 271 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

75.     Paragraph 272 contains background information to which no response is required. To the extent that a response is necessary, upon information and belief, M-I admits the allegations of Paragraph 272.

76.     Paragraph 273 contains background information to which no response is required. To the extent that a response is necessary, upon information and belief, M-I admits the allegations of Paragraph 273.

77.     The allegations of Paragraph 274 do not require a response as they are not allegations of fact.  To the extent that a response is necessary, upon information and belief, M-I admits the allegations of Paragraph 274.

78.     The allegations of Paragraph 275 do not require a response as they are not allegations of fact.  To the extent that a response is necessary, upon information and belief, M-I admits the allegations of Paragraph 275.

79.     The allegations of Paragraph 276 do not require a response as they are not allegations of fact.  To the extent that a response is necessary, upon information and belief, M-I admits the allegations of Paragraph 276.

80.     The allegations of Paragraph 277 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 277 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

81.     The allegations of Paragraph 278 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, upon information and belief, M-I denies the allegations of Paragraph 278 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

82.     Paragraph 279 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 279 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

83.     Paragraph 280 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 280 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

84.     Paragraph 281 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 281 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

85.     Paragraph 282 contains background information and allegations which are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 282 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

86.     Paragraph 283 contains background information and allegations which are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 283 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

87.     Paragraph 284 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 284 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

88.     Paragraph 285 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 285 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

89.     Paragraph 286 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 286 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

90.     Paragraph 287 contains background information and allegations which are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 287 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

91.     M-I denies the allegations of Paragraph 288, insofar as they are directed at M-I.

92.     M-I denies the allegations of Paragraph 289, insofar as they are directed at M-I.

93.     M-I denies the allegations of Paragraph 290, insofar as they are directed at M-I.

94.     M-I denies the allegations of Paragraph 291, insofar as they are directed at M-I.

95.     Paragraph 292 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 292 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

96.     Paragraph 293 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 293 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

97.     M-I denies the allegations of Paragraph 294, insofar as they are directed at M-I.

98.     Paragraph 295 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 295 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

99.     Paragraph 296 contains background information and allegations which are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 296 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

100.     M-I denies the allegations of Paragraph 297, insofar as they are directed at M-I.

101.     Paragraph 298 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 298 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

102.     M-I denies the allegations of Paragraph 299, insofar as they are directed at M-I.

103.     Paragraph 300 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 300, insofar as they are directed at M-I.

104.     M-I denies the allegations of Paragraph 301, insofar as they are directed at M-I.

105.     M-I denies the allegations of Paragraph 302, insofar as they are directed at M-I.

106.     M-I denies the allegations of Paragraph 303, insofar as they are directed at M-I.

107.     Paragraph 304 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 304, insofar as they are directed at M-I.

108.     M-I denies the allegations of Paragraph 305, insofar as they are directed at M-I.

109.     Paragraph 306 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 306, insofar as they are directed at M-I.

110.     Paragraph 307 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 307, insofar as they are directed at M-I.

111.     M-I denies the allegations of Paragraph 308, insofar as they are directed at M-I.

112.     Paragraph 309 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 309 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

113.     Paragraph 310 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 310 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

114.     Paragraph 311 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 311 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

115.     Paragraph 312 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 312, insofar as they are directed at M-I.

116.     Paragraph 313 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 313 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

117.     Paragraph 314 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 314 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

118.     The allegations of Paragraph 315 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 315 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

119.     M-I denies the allegations of Paragraph 316, insofar as they are directed at M-I.

120.     M-I denies the allegations of Paragraph 317, insofar as they are directed at M-I.

121.     Paragraph 318 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 318 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

122.     Paragraph 319 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 319 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

123.     Paragraph 320 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 320 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

124.     Paragraph 321 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 321 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

125.     Paragraph 322 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 322 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

126.     M-I denies the allegations of Paragraph 323, insofar as they are directed at M-I.

127.     Paragraph 324 contains background information to which no response is required. To the extent that a response is necessary, M-I admits the allegations of Paragraph 324.

128.     Paragraph 325 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 325 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

129.   The allegations of Paragraph 326 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 326 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

130.   Paragraph 327 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 327, insofar as they are directed at M-I.

131.   Paragraph 328 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 328 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

132.   The allegations of Paragraph 329 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 329 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

133.   Paragraph 330 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 330 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

134.   The allegations of Paragraph 331 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 331 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

135.     Paragraph 332 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 332, insofar as they are directed at M-I.

136.     Paragraph 333 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 333, insofar as they are directed at M-I.

137.     Paragraph 334 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 334, insofar as they are directed at M-I.

138.     Paragraph 335 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 335, insofar as they are directed at M-I.

139.     Paragraph 336 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 336, insofar as they are directed at M-I.

140.     M-I denies the allegations of Paragraph 337, insofar as they are directed at M-I.

141.     Paragraph 338 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 338 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

142.     Paragraph 339 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 339 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

143.    Paragraph 340 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 340 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

144.    Paragraph 341 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 341 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

145.    Paragraph 342 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 342 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

146.    Paragraph 343 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 343 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

147.    Paragraph 344 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 344 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

148.    Paragraph 345 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 345 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

149.    Paragraph 346 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 346 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

150.    The allegations of Paragraph 347 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of

Paragraph 347 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

151.    Paragraph 348 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 348, including all subparts, for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

152.    The allegations of Paragraph 349 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 349 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

153.    Paragraph 350 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 350 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

154.    Paragraph 351 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 351 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

155.    Paragraph 352 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 352 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

156.    Paragraph 353 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 353 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

157.    Paragraph 354 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 354 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

158.    The allegations of Paragraph 355 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 355 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

159.    The allegations of Paragraph 356 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 356 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

160.    The allegations of Paragraph 357 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 357 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

161.    The allegations of Paragraph 358 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 358 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

162.    Paragraph 359 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 359 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

163.    The allegations of Paragraph 360 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 360 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

164.    Paragraph 361 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 361 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

165.    The allegations of Paragraph 362 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 362 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

166.    Paragraph 363 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 363 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

167.    The allegations of Paragraph 364 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 364 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

168.    M-I denies the allegations of Paragraph 365, insofar as they are directed at M-I.

169.    The allegations of Paragraph 366 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 366 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

170.     M-I admits that on the morning of April 20th Leo Lindner was told of the depth of the displacement.  M-I denies the remaining allegations of Paragraph 367.

171.     M-I admits that Leo Lindner typed a displacement procedure according to BP's specifications and that he distributed the procedure to the company man and others on the rig. M-I denies the remaining allegations of Paragraph 368.

172.     Paragraph 369 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 369 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

173.     Paragraph 370 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 370 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

174.     M-I admits that the displacement of drilling fluid to seawater had to be suspended to allow the operator and crew to conduct a negative pressure test, per BP's specifications.  M-I denies the remaining allegations of Paragraph 371.

175.     M-I denies the allegations of Paragraph 372, insofar as they are directed at M-I.

176.     Paragraph 373 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 373 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

177.     Paragraph 374 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 374, insofar as they are directed at M-I.

178.     Paragraph 375 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 375 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

179.     Paragraph 376 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 376 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

180.     Paragraph 377 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 377 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

181.     The allegations of Paragraph 378 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 378 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

182.     Paragraph 379 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 379 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

183.     M-I denies the allegations of Paragraph 380, insofar as they are directed at M-I.

184.     M-I denies the allegations of Paragraph 381, insofar as they are directed at M-I.

185.     Paragraph 382 contains background information to which no response is required. To the extent that a response is necessary, M-I admits the allegations of Paragraph 382.

186.     M-I denies the allegations of Paragraph 383, insofar as they are directed at M-I.

187.     M-I admits that approximately 425-450 barrels of spacer material were used during the mud displacement process.  M-I denies the remaining allegations of Paragraph 384.

188.    M-I denies the allegations of Paragraph 385.

189.    M-I denies the allegations of Paragraph 386 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

190.    Paragraph 387 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 387 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

191.    M-I denies the allegations of Paragraph 388, insofar as they are directed at M-I.

192.    Paragraph 389 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 389 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

193.    Paragraph 390 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 390, insofar as they are directed at M-I.

194.    Paragraph 391 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 391 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

195.    Paragraph 392 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 392 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

196.    Paragraph 393 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 393 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

197.     Paragraph 394 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 394 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

198.     Paragraph 395 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 395 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

199.     Paragraph 396 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 396 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

200.     M-I denies the allegations of Paragraph 397, insofar as they are directed at M-I.

201.     Paragraph 398 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 398 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

202.     Paragraph 399 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 399 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

203.     Paragraph 400 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 400 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

204.     Paragraph 401 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 401 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

205.     Paragraph 402 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 402 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

206.     Paragraph 403 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 403 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

207.     Paragraph 404 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 404 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

208.     M-I denies the allegations of Paragraph 405, insofar as they are directed at M-I.

209.     Paragraph 406 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 406 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

210.     Paragraph 407 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 407 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

211.     Paragraph 408 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 408 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

212.     Paragraph 409 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 409 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

213.     Paragraph 410 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 410 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

214.     Paragraph 411 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 411 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

215.     Paragraph 412 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 412 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

216.     Paragraph 413 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 413 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

217.     Paragraph 414 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 414 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

218.     Paragraph 415 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 415 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

219.     Paragraph 416 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 416 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

220.     Paragraph 417 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 417 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

221.     Paragraph 418 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 418 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

222.     Paragraph 419 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 419 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

223.     Paragraph 420 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 420 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

224.     Paragraph 421 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 421, insofar as they are directed at M-I.

225.     Paragraph 422 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 422, insofar as they are directed at M-I.

226.     Paragraph 423 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 423, insofar as they are directed at M-I.

227.     Paragraph 424 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 424 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

228.     Paragraph 425 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 425 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

229.     Paragraph 426 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 426 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

230.     Paragraph 427 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 427 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

231.     Paragraph 428 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 428 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

232.     Paragraph 429 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 429 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

233.     M-I denies the allegations of Paragraph 430, insofar as they are directed at M-I.

234.     M-I denies the allegations of Paragraph 431, insofar as they are directed at M-I.

235.     M-I denies the allegations of Paragraph 432, insofar as they are directed at M-I.

236.     Paragraph 433 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 433 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

237.     The allegations of Paragraph 434 do not require a response as they are not allegations of fact.   To the extent that a response is necessary, M-I denies the allegations of Paragraph 434 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

238.     M-I denies the allegations of Paragraph 435, insofar as they are directed at M-I.

239.     M-I denies the allegations of Paragraph 436, insofar as they are directed at M-I.

240.     Paragraph 437 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 437 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

241.     Paragraph 438 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 438, insofar as they are directed at M-I.

242.     Paragraph 439 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 439, insofar as they are directed at M-I.

243.     Paragraph 440 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 440 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

244.     M-I denies the allegations of Paragraph 441, insofar as they are directed at M-I.

245.     M-I denies the allegations of Paragraph 442, insofar as they are directed at M-I.

246.    M-I denies the allegations of Paragraph 443, insofar as they are directed at M-I.

247.    M-I denies the allegations of Paragraph 444, insofar as they are directed at M-I.

248.    The allegations of Paragraph 445 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 445 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

249.    M-I denies the allegations of Paragraph 446, insofar as they are directed at M-I.

250.    M-I denies the allegations of Paragraph 447, insofar as they are directed at M-I.

251.    Paragraph 448 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 448 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

252.    The allegations of Paragraph 449 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 449 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

253.    Paragraph 450 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 450 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

254.    Paragraph 451 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 451 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

255.     Paragraph 452 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 452 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

256.     Paragraph 453 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 453 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

257.     Paragraph 454 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 454 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

258.     Paragraph 455 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 455 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

259.     Paragraph 456 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 456 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

260.     Paragraph 457 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 457 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

261.     Paragraph 458 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 458 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

262.    Paragraph 459 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 459 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

263.    M-I denies the allegations of Paragraph 460, insofar as they are directed at M-I.

264.    Paragraph 461 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 461, insofar as they are directed at M-I.

265.    Paragraph 462 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 462, insofar as they are directed at M-I.

266.    Paragraph 463 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 463 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

267.    Paragraph 464 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 464, insofar as they are directed at M-I.

268.    Paragraph 465 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 465 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

269.    M-I denies the allegations of Paragraph 466, insofar as they are directed at M-I.

270.    M-I denies the allegations of Paragraph 467, insofar as they are directed at M-I.

271.    The allegations of Paragraph 468 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of

Paragraph 468 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

272.    The allegations of Paragraph 469 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 469 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

273.    The allegations of Paragraph 470 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 470 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

274.    The allegations of Paragraph 471 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 471 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

275.    The allegations of Paragraph 472 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 472 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

276.    The allegations of Paragraph 473 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 473 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

277.    The allegations of Paragraph 474 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 474 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

278.    The allegations of Paragraph 475 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 475 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

279.    M-I denies the allegations of Paragraph 476, insofar as they are directed at M-I.

280.    M-I denies the allegations of Paragraph 477, insofar as they are directed at M-I.

281.    Paragraph 478 contains background information to which no response is required. To the extent that a response is necessary, upon information and belief, M-I admits the allegations of Paragraph 478.

282.    Paragraph 479 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 479 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

283.    Paragraph 480 contains background information and allegations which are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 480 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

284.    Paragraph 481 contains background information and allegations which are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary,

M-I denies the allegations of Paragraph 481 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

285.    Paragraph 482 contains background information and allegations which are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 482 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

286.    Paragraph 483 contains background information and allegations which are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 483 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

287.    Paragraph 484 contains background information and allegations which are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 484 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

288.    Paragraph 485 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 485 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

289.    The allegations of Paragraph 486 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 486 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

290.    Paragraph 487 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 487 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

291.    Paragraph 488 contains background information and allegations which are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 488 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

292.    Paragraph 489 contains background information and allegations which are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 489 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

293.    M-I denies the allegations of Paragraph 490, insofar as they are directed at M-I, for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

294.    M-I denies the allegations of Paragraph 491, insofar as they are directed at M-I, for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

295.    M-I denies the allegations of Paragraph 492, insofar as they are directed at M-I, for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

296.    M-I denies the allegations of Paragraph 493, insofar as they are directed at M-I, for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

297.    Paragraph 494 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 494 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

298.    M-I denies the allegations of Paragraph 495, insofar as they are directed at M-I, for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

299.    Paragraph 496 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 496 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

300.    Paragraph 497 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 497 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

301.    M-I denies the allegations of Paragraph 498, insofar as they are directed at M-I, for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

302.    Paragraph 499 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 499 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

303.    M-I denies the allegations of Paragraph 500, insofar as they are directed at M-I, for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

304.    M-I denies the allegations of Paragraph 501, insofar as they are directed at M-I, for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

305.    M-I denies the allegations of Paragraph 502, insofar as they are directed at M-I, for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

306.    M-I denies the allegations of Paragraph 503, insofar as they are directed at M-I, for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

307.    M-I denies the allegations of Paragraph 504, insofar as they are directed at M-I, for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

308.    M-I denies the allegations of Paragraph 505, insofar as they are directed at M-I, for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

309.    Paragraph 506 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 506 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

310.    Paragraph 507 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 507 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

311.    Paragraph 508 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 508 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

312.    Paragraph 509 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 509 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

313.    The allegations of Paragraph 510 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 510 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

314.    Paragraph 511 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 511 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

315.    Paragraph 512 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 512 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

316.    Paragraph 513 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 511 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

317.    The allegations of Paragraph 514 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 514 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

318.    M-I denies the allegations of Paragraph 515, insofar as they are directed at M-I, for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

319.    M-I denies the allegations of Paragraph 516, insofar as they are directed at M-I, for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

320.    M-I denies the allegations of Paragraph 517, insofar as they are directed at M-I, for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

321.    M-I denies the allegations of Paragraph 518, insofar as they are directed at M-I, for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

322.    The allegations of Paragraph 519 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 519 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

323.    The allegations of Paragraph 520 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 520 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

324.    M-I denies the allegations of Paragraph 521, insofar as they are directed at M-I, for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

325.     M-I admits that on May 28, 2010, the United States Department of the Interior Minerals Management Service issued a six-month moratorium on all new and existing deepwater drilling in the Gulf of Mexico.  M-I denies the remaining allegations of Paragraph 522, insofar as they are directed at M-I, for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

326.     Paragraph 523 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 523 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

327.     Paragraph 524 contains background information to which no response is required. To the extent that a response is necessary, M-I admits the allegations of Paragraph 524.

328.     Paragraph 525 contains background information to which no response is required. To the extent that a response is necessary, M-I admits the allegations of Paragraph 525.

329.     Paragraph 526 contains background information to which no response is required. To the extent that a response is necessary, upon information and belief, M-I admits the allegations of Paragraph 526.

330.     Paragraph 527 contains background information to which no response is required. To the extent that a response is necessary, upon information and belief, M-I admits the allegations of Paragraph 527.

331.     Paragraph 528 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 528 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

332.    Paragraph 529 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 529 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

333.    Paragraph 530 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 530 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

334.    Paragraph 531 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 531 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

335.    Paragraph 532 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 532 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

336.    Paragraph 533 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 533 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

337.    Paragraph 534 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 534 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

338.    Paragraph 535 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 535 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

339.    Paragraph 536 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 536 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

340.    Paragraph 537 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 537 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

341.    Paragraph 538 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 538 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

342.    Paragraph 539 contains background information to which no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 539 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

343.    M-I denies the allegations of Paragraph 540, insofar as they are directed at M-I, for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

344.    M-I denies the allegations of Paragraph 541, insofar as they are directed at M-I, for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

345.    M-I denies the allegations of Paragraph 542, insofar as they are directed at M-I, for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

346.    The allegations of Paragraph 543 do not require a response as they are not allegations of fact.  To the extent that a response is necessary, M-I denies the allegations of

Paragraph 543 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

347.    The allegations of Paragraph 544 do not require a response as they are not allegations of fact.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 544.

348.    The allegations of Paragraph 545 do not require a response as they are not allegations of fact.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 545.

349.    Paragraph 546 contains legal conclusions, and therefore no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 546.

350.    M-I denies the allegations of Paragraph 547.

351.    Paragraph 548 contains legal conclusions, and therefore no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 548.

352.    Paragraph 549 contains legal conclusions, and therefore no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 549.

353.    Paragraph 550 contains legal conclusions, and therefore no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 550, including all subparts.

354.    Paragraph 551 contains legal conclusions, and therefore no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 551.

355.    Paragraph 552 contains legal conclusions, and therefore no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 552.

356.     Paragraph 553 contains legal conclusions, and therefore no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 553.

357.     Paragraph 554 contains legal conclusions, and therefore no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 554.

358.     Paragraph 555 contains legal conclusions, and therefore no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 555.

359.     Paragraph 556 contains legal conclusions, and therefore no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 556.

360.     Paragraph 557 contains legal conclusions, and therefore no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 557.

361.     Paragraph 558 contains legal conclusions, and therefore no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 558.

362.     Paragraph 559 contains legal conclusions, and therefore no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 559.

363.     Paragraph 560 contains legal conclusions, and therefore no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 560.

364.     Paragraph 561 contains legal conclusions, and therefore no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 561.

365.     Paragraph 562 contains legal conclusions, and therefore no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 562.

366.     Paragraph 563 contains legal conclusions, and therefore no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 563.

367.     Paragraph 564 contains legal conclusions, and therefore no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 564.

368.     Paragraph 565 contains legal conclusions, and therefore no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 565.

369.     Paragraph 566 contains legal conclusions, and therefore no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 566.

370.     Paragraph 567 contains legal conclusions, and therefore no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 567.

371.     Paragraph 568 contains legal conclusions, and therefore no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 568.

372.     M-I repeats and realleges its answers to Paragraphs 198-568.

373.     M-I admits that it provided drilling fluids, attendant services, and a recommended drilling fluids program for the well based upon information provided by the operator and subject to operator approval.  M-I denies the remaining allegations of Paragraph 570.

374.     M-I denies the allegations of Paragraph 571, insofar as they are directed at M-I.

375.     The allegations of Paragraph 572 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 572 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

376.     The allegations of Paragraph 573 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 573 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

377.     The allegations of Paragraph 574 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 574 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

378.     The allegations of Paragraph 575 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 575 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

379.     Paragraph 576 contains legal conclusions, and therefore no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 576, insofar as they are directed at M-I.

380.     M-I denies the allegations of Paragraph 577 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

381.     M-I denies the allegations of Paragraph 578, insofar as they are directed at M-I.

382.     M-I denies the allegations of Paragraph 579, insofar as they are directed at M-I.

383.     M-I denies the allegations of Paragraph 580, insofar as they are directed at M-I.

384.     M-I denies the allegations of Paragraph 581, insofar as they are directed at M-I.

385.     M-I denies the allegations of Paragraph 582, insofar as they are directed at M-I.

386.     M-I denies the allegations of Paragraph 583, insofar as they are directed at M-I.

387.     M-I denies the allegations of Paragraph 584, insofar as they are directed at M-I.

388.     M-I denies the allegations of Paragraph 585, insofar as they are directed at M-I.

389.     M-I denies the allegations of Paragraph 586, insofar as they are directed at M-I.

390.     M-I denies the allegations of Paragraph 587, insofar as they are directed at M-I.

391.   M-I denies the allegations of Paragraph 588, insofar as they are directed at M-I, for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

392.   The allegations of Paragraph 589 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 589 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

393.   The allegations of Paragraph 590 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 590 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

394.   The allegations of Paragraph 591 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 591 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

395.   M-I denies the allegations of Paragraph 592, insofar as they are directed at M-I.

396.   M-I denies the allegations of Paragraph 593, insofar as they are directed at M-I.

397.   The allegations of Paragraph 594 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 594 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

398.   The allegations of Paragraph 595 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of

Paragraph 595, including all subparts, for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

399.    The allegations of Paragraph 596 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 596 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

400.    The allegations of Paragraph 597 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 597 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

401.    The allegations of Paragraph 598 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 598 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

402.    The allegations of Paragraph 599 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 599 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

403.    M-I admits that it provided drilling fluids, attendant services, and a recommended drilling fluids program for the well based upon information provided by the operator and subject to operator approval.  M-I denies the remaining allegations of Paragraph 600.

404.    Paragraph 601 contains legal conclusions, and therefore no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 601.

405.    Paragraph 602 contains legal conclusions, and therefore no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 602.

406.    The allegations of Paragraph 603 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 603 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

407.    The allegations of Paragraph 604 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 604 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

408.    The allegations of Paragraph 605 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 605 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

409.    The allegations of Paragraph 606 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 606 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

410.    The allegations of Paragraph 607 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 607 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

411.     The allegations of Paragraph 608 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 608 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

412.     The allegations of Paragraph 609 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 609 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

413.     M-I denies the allegations of Paragraph 610, insofar as they are directed at M-I.

414.     M-I denies the allegations of Paragraph 611, including all subparts, insofar as they are directed at M-I.

415.     M-I denies the allegations of Paragraph 612, insofar as they are directed at M-I.

416.     M-I denies the allegations of Paragraph 613, insofar as they are directed at M-I.

417.     M-I denies the allegations of Paragraph 614, insofar as they are directed at M-I.

418.     M-I denies the allegations of Paragraph 615, insofar as they are directed at M-I.

419.     M-I denies the allegations of Paragraph 616, insofar as they are directed at M-I.

420.     M-I denies the allegations of Paragraph 617, insofar as they are directed at M-I.

421.     M-I denies the allegations of Paragraph 618, insofar as they are directed at M-I.

422.     M-I denies the allegations of Paragraph 619, insofar as they are directed at M-I.

423.     M-I denies the allegations of Paragraph 620, insofar as they are directed at M-I.

424.     M-I denies the allegations of Paragraph 621, insofar as they are directed at M-I.

425.     M-I denies the allegations of Paragraph 622, insofar as they are directed at M-I.

426.     M-I denies the allegations of Paragraph 623, insofar as they are directed at M-I.

427.   M-I denies the allegations of Paragraph 624, insofar as they are directed at M-I.

428.   M-I denies the allegations of Paragraph 625, insofar as they are directed at M-I.

429.   M-I denies the allegations of Paragraph 626, insofar as they are directed at M-I.

430.   Paragraph 627 is blank and contains no allegations, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 627 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

431.   M-I repeats and realleges its answers to Paragraphs 198-626.

432.   M-I denies the allegations of Paragraph 629, insofar as they are directed at M-I.

433.   M-I denies the allegations of Paragraph 630, insofar as they are directed at M-I.

434.   M-I denies the allegations of Paragraph 631, insofar as they are directed at M-I.

435.   The allegations of Paragraph 632 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 632 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

436.   The allegations of Paragraph 633 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 633 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

437.   The allegations of Paragraph 634 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 634 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

438.    M-I denies the allegations of Paragraph 635.

439.    The allegations of Paragraph 636 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 636 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

440.    M-I repeats and realleges its answers to Paragraphs 198-636.

441.    The allegations of Paragraph 638 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 638 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

442.    The allegations of Paragraph 639 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 639 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

443.    The allegations of Paragraph 640 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 640 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

444.    The allegations of Paragraph 641 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 641 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

445.    The allegations of Paragraph 642 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 642 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

446.    The allegations of Paragraph 643 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 643 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

447.    The allegations of Paragraph 644 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 644 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

448.    The allegations of Paragraph 645 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 645 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

449.    The allegations of Paragraph 646 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 646 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

450.    The allegations of Paragraph 647 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of

Paragraph 647 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

451.    The allegations of Paragraph 648 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 648 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

452.    The allegations of Paragraph 649 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 649 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

453.    The allegations of Paragraph 650 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 650 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

454.    The allegations of Paragraph 651 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 651, including all subparts, for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

455.    The allegations of Paragraph 652 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 652 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

456.    The allegations of Paragraph 653 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 653 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

457.    The allegations of Paragraph 654 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 654 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

458.    The allegations of Paragraph 655 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 655 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

459.    The allegations of Paragraph 656 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 656 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

460.    The allegations of Paragraph 657 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 657 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

461.    The allegations of Paragraph 658 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of

Paragraph 658 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

462.    M-I repeats and realleges its answers to Paragraphs 198-658.

463.    The allegations of Paragraph 660 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 660 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

464.    The allegations of Paragraph 661 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 661 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

465.    The allegations of Paragraph 662 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 662 for lac k of knowledge or information sufficient to form a belief about the truth of said allegations.

466.    The allegations of Paragraph 663 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 663 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

467.    The allegations of Paragraph 664 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 664 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

468.    The allegations of Paragraph 665 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 665 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

469.    The allegations of Paragraph 666 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 666 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

470.    The allegations of Paragraph 667 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 667 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

471.    The allegations of Paragraph 668 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 668 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

472.    The allegations of Paragraph 669 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 669 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

473.    The allegations of Paragraph 670 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of

Paragraph 670 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

474.    The allegations of Paragraph 671 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 671 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

475.    The allegations of Paragraph 672 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 672 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

476.    The allegations of Paragraph 673 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 673 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

477.    The allegations of Paragraph 674 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 674 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

478.    The allegations of Paragraph 675 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 675 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

479.    The allegations of Paragraph 676 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 676 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

480.    The allegations of Paragraph 677 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 677 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

481.    M-I repeats and realleges its answers to Paragraphs 198-677.

482.    The allegations of Paragraph 679 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 679 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

483.    The allegations of Paragraph 680 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 680 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

484.    The allegations of Paragraph 681 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 681 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

485.    The allegations of Paragraph 682 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of

Paragraph 682 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

486.    The allegations of Paragraph 683 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 683 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

487.    The allegations of Paragraph 684 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 684 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

488.    The allegations of Paragraph 685 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 685 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

489.    The allegations of Paragraph 686 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 686 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

490.    The allegations of Paragraph 687 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 687 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

491.   The allegations of Paragraph 688 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 688 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

492.   The allegations of Paragraph 689 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 689 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

493.   The allegations of Paragraph 690 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 690 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

494.   M-I repeats and realleges its answers to Paragraphs 198-690.

495.   No response is required to the allegations of Paragraph 692 pursuant to the Court's Order of August 26, 2011 dismissing all state law claims.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 692 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

496.   No response is required to the allegations of Paragraph 693 pursuant to the Court's Order of August 26, 2011 dismissing all state law claims.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 693, insofar as they are directed at M-I.

497.   No response is required to the allegations of Paragraph 694 pursuant to the Court's Order of August 26, 2011 dismissing all state law claims.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 694, insofar as they are directed at M-I.

498.   No response is required to the allegations of Paragraph 695 pursuant to the Court's Order of August 26, 2011 dismissing all state law claims.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 695 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

499.   No response is required to the allegations of Paragraph 696 pursuant to the Court's Order of August 26, 2011 dismissing all state law claims.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 696 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

500.   No response is required to the allegations of Paragraph 697 pursuant to the Court's Order of August 26, 2011 dismissing all state law claims.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 697, insofar as they are directed at M-I.

501.   No response is required to the allegations of Paragraph 698 pursuant to the Court's Order of August 26, 2011 dismissing all state law claims.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 698, insofar as they are directed at M-I.

502.   No response is required to the allegations of Paragraph 699 pursuant to the Court's Order of August 26, 2011 dismissing all state law claims.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 699, insofar as they are directed at M-I.

503.   M-I repeats and realleges its answers to Paragraphs 198-699.

504.   No response is required to the allegations of Paragraph 701 pursuant to the Court's Order of August 26, 2011 dismissing all state law claims.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 701, insofar as they are directed at M-I.

505.   No response is required to the allegations of Paragraph 702 pursuant to the Court's Order of August 26, 2011 dismissing all state law claims.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 702, insofar as they are directed at M-I.

506.   No response is required to the allegations of Paragraph 703 pursuant to the Court's Order of August 26, 2011 dismissing all state law claims.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 703, insofar as they are directed at M-I.

507.   No response is required to the allegations of Paragraph 704 pursuant to the Court's Order of August 26, 2011 dismissing all state law claims.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 704, insofar as they are directed at M-I.

508.   No response is required to the allegations of Paragraph 705 pursuant to the Court's Order of August 26, 2011 dismissing all state law claims.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 705, insofar as they are directed at M-I.

509.   No response is required to the allegations of Paragraph 706 pursuant to the Court's Order of August 26, 2011 dismissing all state law claims.  Alternatively, the allegations of Paragraph 706 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 706 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

510.   No response is required to the allegations of Paragraph 707 pursuant to the Court's Order of August 26, 2011 dismissing all state law claims.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 707, insofar as they are directed at M-I.

511.   No response is required to the allegations of Paragraph 708 pursuant to the Court's Order of August 26, 2011 dismissing all state law claims.  To the extent that a response

is necessary, M-I denies the allegations of Paragraph 708 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

512.    No response is required to the allegations of Paragraph 709 pursuant to the Court's Order of August 26, 2011 dismissing all state law claims.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 709, insofar as they are directed at M-I.

513.    No response is required to the allegations of Paragraph 710 pursuant to the Court's Order of August 26, 2011 dismissing all state law claims.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 710, insofar as they are directed at M-I.

514.    No response is required to the allegations of Paragraph 711 pursuant to the Court's Order of August 26, 2011 dismissing all state law claims.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 711, insofar as they are directed at M-I.

515.    M-I repeats and realleges its answers to Paragraphs 198-711.

516.    No response is required to the allegations of Paragraph 713 pursuant to the Court's Order of August 26, 2011 dismissing all state law claims.  Alternatively, the allegations of Paragraph 713 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 713 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

517.    No response is required to the allegations of Paragraph 714 pursuant to the Court's Order of August 26, 2011 dismissing all state law claims.  Alternatively, the allegations of Paragraph 714 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 714 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

518.     No response is required to the allegations of Paragraph 715 pursuant to the Court's Order of August 26, 2011 dismissing all state law claims.  Alternatively, the allegations of Paragraph 715 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 715 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

519.     No response is required to the allegations of Paragraph 716 pursuant to the Court's Order of August 26, 2011 dismissing all state law claims.  Alternatively, the allegations of Paragraph 716 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 716 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

520.     No response is required to the allegations of Paragraph 717 pursuant to the Court's Order of August 26, 2011 dismissing all state law claims.  Alternatively, the allegations of Paragraph 717 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 717 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

521.     No response is required to the allegations of Paragraph 718 pursuant to the Court's Order of August 26, 2011 dismissing all state law claims.  Alternatively, the allegations of Paragraph 718 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 718 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

522.     No response is required to the allegations of Paragraph 719 pursuant to the Court's Order of August 26, 2011 dismissing all state law claims.  Alternatively, the allegations of Paragraph 719 are not directed at M-I, and therefore no response is required.  To the extent

that a response is necessary, M-I denies the allegations of Paragraph 719 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

523.    No response is required to the allegations of Paragraph 720 pursuant to the Court's Order of August 26, 2011 dismissing all state law claims.  Alternatively, the allegations of Paragraph 720 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 720 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

524.    No response is required to the allegations of Paragraph 721 pursuant to the Court's Order of August 26, 2011 dismissing all state law claims.  Alternatively, the allegations of Paragraph 721 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 721 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

525.    No response is required to the allegations of Paragraph 722 pursuant to the Court's Order of August 26, 2011 dismissing all state law claims.  Alternatively, the allegations of Paragraph 722 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 722 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

526.    No response is required to the allegations of Paragraph 723 pursuant to the Court's Order of August 26, 2011 dismissing all state law claims.  Alternatively, the allegations of Paragraph 723 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 723 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

527.    No response is required to the allegations of Paragraph 724 pursuant to the Court's Order of August 26, 2011 dismissing all state law claims.  Alternatively, the allegations of Paragraph 724 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 724 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

528.    No response is required to the allegations of Paragraph 725 pursuant to the Court's Order of August 26, 2011 dismissing all state law claims.  Alternatively, the allegations of Paragraph 725 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 725 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

529.    No response is required to the allegations of Paragraph 726 pursuant to the Court's Order of August 26, 2011 dismissing all state law claims.  Alternatively, the allegations of Paragraph 726 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 726 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

530.    No response is required to the allegations of Paragraph 727 pursuant to the Court's Order of August 26, 2011 dismissing all state law claims.  Alternatively, the allegations of Paragraph 727 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 727 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

531.    No response is required to the allegations of Paragraph 728 pursuant to the Court's Order of August 26, 2011 dismissing all state law claims.  Alternatively, the allegations of Paragraph 728 are not directed at M-I, and therefore no response is required.  To the extent

that a response is necessary, M-I denies the allegations of Paragraph 728 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

532.     No response is required to the allegations of Paragraph 729 pursuant to the Court's Order of August 26, 2011 dismissing all state law claims.  Alternatively, the allegations of Paragraph 729 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 729 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

533.     No response is required to the allegations of Paragraph 730 pursuant to the Court's Order of August 26, 2011 dismissing all state law claims.  Alternatively, the allegations of Paragraph 730 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 730 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

534.     No response is required to the allegations of Paragraph 731 pursuant to the Court's Order of August 26, 2011 dismissing all state law claims.  Alternatively, the allegations of Paragraph 731 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 731 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

535.     M-I repeats and realleges its answers to Paragraphs 198-731.

536.     No response is required to the allegations of Paragraph 733 pursuant to the Court's Order of August 26, 2011 dismissing all state law claims.  Alternatively, the allegations of Paragraph 733 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 733 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

537.    No response is required to the allegations of Paragraph 734 pursuant to the Court's Order of August 26, 2011 dismissing all state law claims.  Alternatively, the allegations of Paragraph 734 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 734 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

538.    No response is required to the allegations of Paragraph 735 pursuant to the Court's Order of August 26, 2011 dismissing all state law claims.  Alternatively, the allegations of Paragraph 735 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 735 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

539.    No response is required to the allegations of Paragraph 736 pursuant to the Court's Order of August 26, 2011 dismissing all state law claims.  Alternatively, the allegations of Paragraph 736 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 736 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

540.    No response is required to the allegations of Paragraph 737 pursuant to the Court's Order of August 26, 2011 dismissing all state law claims.  Alternatively, the allegations of Paragraph 737 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 737 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

541.    No response is required to the allegations of Paragraph 738 pursuant to the Court's Order of August 26, 2011 dismissing all state law claims.  Alternatively, the allegations of Paragraph 738 are not directed at M-I, and therefore no response is required.  To the extent

that a response is necessary, M-I denies the allegations of Paragraph 738 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

542.   No response is required to the allegations of Paragraph 739 pursuant to the Court's Order of August 26, 2011 dismissing all state law claims.  Alternatively, the allegations of Paragraph 739 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 739 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

543.   No response is required to the allegations of Paragraph 740 pursuant to the Court's Order of August 26, 2011 dismissing all state law claims.  Alternatively, the allegations of Paragraph 740 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 740 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

544.   No response is required to the allegations of Paragraph 741 pursuant to the Court's Order of August 26, 2011 dismissing all state law claims.  Alternatively, the allegations of Paragraph 741 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 741 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

545.   No response is required to the allegations of Paragraph 742 pursuant to the Court's Order of August 26, 2011 dismissing all state law claims.  Alternatively, the allegations of Paragraph 742 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 742 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

546.     No response is required to the allegations of Paragraph 743 pursuant to the Court's Order of August 26, 2011 dismissing all state law claims.  Alternatively, the allegations of Paragraph 743 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 743 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

547.     No response is required to the allegations of Paragraph 744 pursuant to the Court's Order of August 26, 2011 dismissing all state law claims.  Alternatively, the allegations of Paragraph 744 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 744 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

548.     No response is required to the allegations of Paragraph 745 pursuant to the Court's Order of August 26, 2011 dismissing all state law claims.  Alternatively, the allegations of Paragraph 745 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 745 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

549.     No response is required to the allegations of Paragraph 746 pursuant to the Court's Order of August 26, 2011 dismissing all state law claims.  Alternatively, the allegations of Paragraph 746 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 746 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

550.     No response is required to the allegations of Paragraph 747 pursuant to the Court's Order of August 26, 2011 dismissing all state law claims.  Alternatively, the allegations of Paragraph 747 are not directed at M-I, and therefore no response is required.  To the extent

that a response is necessary, M-I denies the allegations of Paragraph 747 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

551.    M-I repeats and realleges its answers to Paragraphs 198-747.

552.    No response is required to the allegations of Paragraph 749 pursuant to the Court's Order of August 26, 2011 dismissing all state law claims.  Alternatively, the allegations of Paragraph 749 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 749 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

553.    No response is required to the allegations of Paragraph 750 pursuant to the Court's Order of August 26, 2011 dismissing all state law claims.  Alternatively, the allegations of Paragraph 750 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 750 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

554.    No response is required to the allegations of Paragraph 751 pursuant to the Court's Order of August 26, 2011 dismissing all state law claims.  Alternatively, the allegations of Paragraph 751 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 751 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

555.    No response is required to the allegations of Paragraph 752 pursuant to the Court's Order of August 26, 2011 dismissing all state law claims.  Alternatively, the allegations of Paragraph 752 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 752 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

556.   No response is required to the allegations of Paragraph 753 pursuant to the Court's Order of August 26, 2011 dismissing all state law claims.  Alternatively, the allegations of Paragraph 753 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 753 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

557.   No response is required to the allegations of Paragraph 754 pursuant to the Court's Order of August 26, 2011 dismissing all state law claims.  Alternatively, the allegations of Paragraph 754 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 754 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

558.   No response is required to the allegations of Paragraph 755 pursuant to the Court's Order of August 26, 2011 dismissing all state law claims.  Alternatively, the allegations of Paragraph 755 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 755 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

559.   No response is required to the allegations of Paragraph 756 pursuant to the Court's Order of August 26, 2011 dismissing all state law claims.  Alternatively, the allegations of Paragraph 756 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 756 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

560.   No response is required to the allegations of Paragraph 757 pursuant to the Court's Order of August 26, 2011 dismissing all state law claims.  Alternatively, the allegations of Paragraph 757 are not directed at M-I, and therefore no response is required.  To the extent

that a response is necessary, M-I denies the allegations of Paragraph 757 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

561.    No response is required to the allegations of Paragraph 758 pursuant to the Court's Order of August 26, 2011 dismissing all state law claims.  Alternatively, the allegations of Paragraph 758 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 758 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

562.    No response is required to the allegations of Paragraph 759 pursuant to the Court's Order of August 26, 2011 dismissing all state law claims.  Alternatively, the allegations of Paragraph 759 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 759 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

563.    No response is required to the allegations of Paragraph 760 pursuant to the Court's Order of August 26, 2011 dismissing all state law claims.  Alternatively, the allegations of Paragraph 760 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 760 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

564.    No response is required to the allegations of Paragraph 761 pursuant to the Court's Order of August 26, 2011 dismissing all state law claims.  Alternatively, the allegations of Paragraph 761 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 761 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

565.   No response is required to the allegations of Paragraph 762 pursuant to the Court's Order of August 26, 2011 dismissing all state law claims.  Alternatively, the allegations of Paragraph 762 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 762 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

566.   No response is required to the allegations of Paragraph 763 pursuant to the Court's Order of August 26, 2011 dismissing all state law claims.  Alternatively, the allegations of Paragraph 763 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 763 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

567.   No response is required to the allegations of Paragraph 764 pursuant to the Court's Order of August 26, 2011 dismissing all state law claims.  Alternatively, the allegations of Paragraph 764 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 764 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

568.   No response is required to the allegations of Paragraph 765 pursuant to the Court's Order of August 26, 2011 dismissing all state law claims.  Alternatively, the allegations of Paragraph 765 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 765 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

569.   No response is required to the allegations of Paragraph 766 pursuant to the Court's Order of August 26, 2011 dismissing all state law claims.  Alternatively, the allegations of Paragraph 766 are not directed at M-I, and therefore no response is required.  To the extent

that a response is necessary, M-I denies the allegations of Paragraph 766 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

570.    No response is required to the allegations of Paragraph 767 pursuant to the Court's Order of August 26, 2011 dismissing all state law claims.  Alternatively, the allegations of Paragraph 767 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 767, including all subparts, for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

571.    No response is required to the allegations of Paragraph 768 pursuant to the Court's Order of August 26, 2011 dismissing all state law claims.  Alternatively, the allegations of Paragraph 768 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 768 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

572.    No response is required to the allegations of Paragraph 769 pursuant to the Court's Order of August 26, 2011 dismissing all state law claims.  Alternatively, the allegations of Paragraph 769 are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the allegations of Paragraph 769 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

573.    Paragraph 770 contains legal conclusions, and therefore no response is required. To the extent that a response is necessary, M-I denies the allegations of Paragraph 770.

574.    The allegations of Paragraph 771 (which is unnumbered) are not directed at M-I, and therefore no response is required.  To the extent that a response is necessary, M-I denies the

allegations of Paragraph 771 for lack of knowledge or information sufficient to form a belief about the truth of said allegations.

## AFFIRMATIVE DEFENSES

### FIRST DEFENSE

The allegations of the First Amended Master Complaint, Cross-claim, and Third-Party Complaint for Private Economic Losses fail to state a claim upon which relief can be granted.

### SECOND DEFENSE

The events giving rise to the injuries and damage alleged by Plaintiffs were not the result of any negligence, fault, or want of due care on the part of M-I or those for whom M-I may be responsible.

### THIRD DEFENSE

Neither M-I nor its employees, agents, and/or other representatives, or anyone for whom it was responsible, was in any manner negligent or guilty of any acts or omissions or breach of duty in connection with the blowout, explosions, fire, and oil spill occurring on or about April 20, 2010 involving the Macondo well site at Mississippi Canyon Block 252 and the MODU *Deepwater Horizon* and/or any damages, personal injuries or deaths allegedly sustained by any other party arising out of the blowout, explosions, fire, and oil spill occurring on or about April 20, 2010 made the basis of these proceedings.

### FOURTH DEFENSE

At all material times, parties outside of M-I's control were responsible for the safe operation of the MODU *Deepwater Horizon*.  Therefore, M-I is neither liable nor responsible in law or in fact for any acts, omissions, breach of duty or unseaworthy condition(s) attributable to any defendant, cross-defendant, third-party defendant, and/or the MODU *Deepwater Horizon*.

**FIFTH DEFENSE**

The superseding and/or intervening negligence and/or breach of duty of parties other than M-I was the proximate cause of the blowout, explosions, fire and oil spill occurring on or about April 20, 2010 made the basis of these proceedings.

**SIXTH DEFENSE**

M-I reserves the right to rely on any and all further defenses that become available or appear during discovery proceedings in this action and specifically reserves the right to amend this Answer for purposes of asserting additional defenses.

WHEREFORE, M-I prays that judgment be entered in favor of M-I and against Plaintiffs on their cross-claims and third-party claims against M-I, and for such further relief as may be just and proper.

September 26, 2011

**OF COUNSEL:**
MORGAN, LEWIS & BOCKIUS LLP

Derek E. Leon
dleon@morganlewis.com
Texas Bar No. 24002463
5300 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131
Telephone:  (305) 415-3000
Facsimile:  (305) 415-3001

Denise Scofield
dscofield@morganlewis.com
Texas Bar No. 00784934
1000 Louisiana, Suite 4000
Houston, Texas  77002
Telephone:  (713) 890-5000
Facsimile:  (713) 890-5001

**ATTORNEYS FOR DEFENDANT
M-I L.L.C.**

MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Hugh E. Tanner*
    Hugh E. Tanner
    htanner@morganlewis.com
    Texas Bar No. 19637400
    1000 Louisiana, Suite 4000
    Houston, Texas  77002
    Telephone:  (713) 890-5000
    Facsimile:  (713) 890-5001

**ATTORNEYS FOR DEFENDANT
M-I L.L.C.**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that the above and foregoing Answer and Affirmative Defenses to first Amended Master Complaint, Cross-Claim and Third-Party Complaint for Private Economic Losses in Accordance with PTO No. 11 [CMO No. 1] Section III (B1) [("B1 Bundle")] has been served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the Court's CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL No. 2179, on this 26th day of September, 2011.

　　　　　　　　　　　　　　　　　　 /s/ *Hugh E. Tanner*　　　　　　　　
　　　　　　　　　　　　　　　　　　Hugh E. Tanner