IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" | * | MDL No. 2179 |
| | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | |
| | * | |
| ROBERT SNOW | * | Case No. 2:2010-cv-08888 |
| | * | |
| | * | |
| Claimant | * | Individual Case Document No. 77063 |

### EX PARTE MOTION TO WITHDRAW

**NOW INTO COURT** comes the undersigned counsel, **Brandy Gonzales Scurria** of the firm **Brandy Gonzales Legal Services, LLC**, who upon suggestion to this honorable court that on September 13, 2011 undersigned mailed Robert Snow a letter regarding the status of her representation via certified mail 70101870000216176180. The letter requested a response within 7 days if client desired undersigned to continue representing his interests and advising of the filing of this Motion. On September 13, 2011 undersigned received the signed return receipt indicating delivery on September 14, 2011. To date, undersigned has not received any communication from client. Robert Snow's last known contact information is:

    2817 Acorn Drive, Violet, LA 70092; (504) 439-2101

```
___Fee _____
___Process _____
 x_Dktd _____
___CtRmDep _____
___Doc. No._____
```

1

WHEREFORE, **Brandy Gonzales Scurria**, respectfully prays that she and her firm, **Brandy Gonzales Legal Services, LLC**, be allowed to formally withdraw as counsel of record in the captioned matter.

Dated: September 22, 2011

Respectfully Submitted,

*/s/ Brandy Gonzales Scurria*

Brandy Gonzales Scurria (Bar Roll #29879)
Brandy Gonzales Legal Services, LLC
616 Baronne Street, Suite 300A
New Orleans, LA 70113
Telephone: (504) 814-0563
Facsimile: (504) 613-4579

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I caused the foregoing document to be served by regular mail upon the following:

Robert Snow
2817 Acorn Drive
Violet, LA 70092

*/s/ Brandy Gonzales Scurria*

Brandy Gonzales Scurria

2