# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" | * * | MDL No. 2179 |
| THIS DOCUMENT RELATES TO: | * * | |
| VERNON ERNEST ALFONSO | * * | Case No. 2:2010-cv-08888 |
| Claimant | * | Individual Case Document No. 77082 |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
2011 SEP 26 PM 3: 53
LORETTA G. WHYTE
CLERK

## EX PARTE MOTION TO WITHDRAW

**NOW INTO COURT** comes the undersigned counsel, **Brandy Gonzales Scurria** of the firm **Brandy Gonzales Legal Services, LLC**, who upon suggestion to this honorable court that on September 6, 2011 Vernon Ernest Alfonso verbally informed undersigned that he had retained other counsel and terminated undersigned as counsel of record in this matter. On September 7, 2011 undersigned confirmed in writing the termination of her representation via certified mail 7010 1870 0002 1617 6159 and advising of the filing of this Motion. Vernon Ernest Alfonso's last known contact information is:

2048 Landry Ct., Mereaux, LA 70075; 504-583-9957

WHEREFORE, **Brandy Gonzales Scurria**, respectfully prays that she and her firm, **Brandy Gonzales Legal Services, LLC**, be allowed to formally withdraw as counsel of record in the captioned matter.

Dated: September 7, 2011

Respectfully Submitted,

*/s/ Brandy Gonzales Scurria*

Brandy Gonzales Scurria (Bar Roll #29879)
Brandy Gonzales Legal Services, LLC
616 Baronne Street, Suite 300A
New Orleans, LA 70113
Telephone: (504) 814-0563
Facsimile: (504) 613-4579

___Fee _____
___Process_____
_x_ Dktd _____
___CtRmDep_____
___Doc. No._____

1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I caused the foregoing document to be served by regular mail upon the following:

Vernon Ernest Alfonso
2048 Landry Ct.
Mereaux, LA  70075

_____
Brandy Gonzales Scurria