IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2011 SEP 26 PM 3: 51

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" | * * * | MDL No. 2179 |
| THIS DOCUMENT RELATES TO: | * * | |
| LYNN MARTIN ALFONSO, SR. | * * | Case No. 2:2010-cv-08888 |
| Claimant | * * | Individual Case Document No. 77084 |

### EX PARTE MOTION TO WITHDRAW

**NOW INTO COURT** comes the undersigned counsel, **Brandy Gonzales Scurria** of the firm **Brandy Gonzales Legal Services, LLC**, who upon suggestion to this honorable court that on September 6, 2011 Lynn Martin Alfonso, Sr. verbally terminated undersigned as counsel of record in this matter. On September 7, 2011 undersigned confirmed in writing the termination of her representation via certified mail 7010 1870 0002 1617 6173 and advising of the filing of this Motion. Lynn Martin Alfonso, Sr.'s last known contact information is:

2817 Acorn Drive, Violet, LA 70092; (504) 439-2100

WHEREFORE, **Brandy Gonzales Scurria**, respectfully prays that she and her firm, **Brandy Gonzales Legal Services, LLC**, be allowed to formally withdraw as counsel of record in the captioned matter.

Dated: September 22, 2011

Respectfully Submitted,

*Brandy Gonzales Scurria*

Brandy Gonzales Scurria (Bar Roll #29879)
Brandy Gonzales Legal Services, LLC
616 Baronne Street, Suite 300A
New Orleans, LA 70113
Telephone: (504) 814-0563
Facsimile: (504) 613-4579

___Fee_____
___Process____
X_Dktd_____
___CtRmD_____
___Doc. No.___

1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I caused the foregoing document to be served by regular mail upon the following:

Lynn Martin Alfonso, Sr.
2817 Acorn Drive
Violet, LA  70092

_Brandy Gonzales Scurria_
_____
Brandy Gonzales Scurria

2