# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" | * | **MDL No. 2179** |
| | * | |
| | * | |
| **THIS DOCUMENT RELATES TO:** | * | |
| | * | |
| **LYNN MARTIN ALFONSO, SR.** | * | **Case No. 2:2010-cv-08888** |
| | * | |
| | * | |
| **Claimant** | * | **Individual Case Document No.  77084** |

### ORDER

Considering the foregoing Ex Parte Motion to Withdraw as Counsel of Record filed in the above-captioned action [Ind. Case Doc. No. 77084], it is hereby **ORDERED** that the motion is **GRANTED**, and that Mover, **Brandy Gonzales Scurria** of the firm **Brandy Gonzales Legal Services, LLC**, be and is hereby withdrawn from this proceeding as counsel for Claimant, **Lynn Martin Alfonso, Sr.**

New Orleans, Louisiana, this _____day of _____, 2011.

_____

**HONORABLE CARL J. BARBIER**

___Fee _____
___Process _____
_x_Dktd _____
___CtRmDep _____
___Doc. No._____