IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2011 SEP 26  PM 3: 52

LORETTA G. WHYTE
            CLERK

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" | * * * * | MDL No. 2179 |
| THIS DOCUMENT RELATES TO: | * * * * | |
| LYNN MARTIN ALFONSO, JR. | * * * | Case No. 2:2010-cv-08888 |
| Claimant | * * | Individual Case Document No. 77085 |

## EX PARTE MOTION TO WITHDRAW

**NOW INTO COURT** comes the undersigned counsel, **Brandy Gonzales Scurria** of the firm **Brandy Gonzales Legal Services, LLC**, who upon suggestion to this honorable court that on September 7, 2011 undersigned mailed Lynn Martin Alfonso, Jr. a letter regarding the status of her representation via certified mail 7010 1870 0002 1617 6173.  The letter requested a response within 7 days if client desired undersigned to continue representing his interests and advising of the filing of this Motion.  On September 13, 2011 undersigned received the signed return receipt indicating delivery on September 9, 2011.  To date, undersigned has not received any communication from client.  Lynn Martin Alfonso Jr.'s last known contact information is:

2013 Kenilworth Dr., St. Bernard, LA  70085-5118; (504) 228-1565

___Fee ___
___Process___
_X_ Dktd ___
___CtRmDep___
___Doc. No.___

1

WHEREFORE, **Brandy Gonzales Scurria**, respectfully prays that she and her firm, **Brandy Gonzales Legal Services, LLC**, be allowed to formally withdraw as counsel of record in the captioned matter.

Dated: September 20, 2011

Respectfully Submitted,

*/s/ Brandy Gonzales Scurria*

Brandy Gonzales Scurria (Bar Roll #29879)
Brandy Gonzales Legal Services, LLC
616 Baronne Street, Suite 300A
New Orleans, LA 70113
Telephone: (504) 814-0563
Facsimile: (504) 613-4579

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I caused the foregoing document to be served by regular mail upon the following:

Lynn Martin Alfonso, Jr.
2013 Kenilworth Dr.
St. Bernard, LA 70085-5118

*/s/ Brandy Gonzales Scurria*

Brandy Gonzales Scurria