IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" | * * * | MDL No. 2179 |
| THIS DOCUMENT RELATES TO: | * * | |
| LYNN MARTIN ALFONSO, JR. | * * * | Case No. 2:2010-cv-08888 |
| Claimant | * | Individual Case Document No. 77085 |

### ORDER

Considering the foregoing Ex Parte Motion to Withdraw as Counsel of Record filed in the above-captioned action [Ind. Case Doc. No. 77085], it is hereby **ORDERED** that the motion is **GRANTED**, and that Mover, **Brandy Gonzales Scurria** of the firm **Brandy Gonzales Legal Services, LLC**, be and is hereby withdrawn from this proceeding as counsel for Claimant, **Lynn Martin Alfonso, Jr.**

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
**HONORABLE CARL J. BARBIER**

___Fee_____
___Process_____
_X_Dktd_____
___CtRmDep_____
___Doc. No._____