UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### ORDER

**[Regarding Transocean's Motion to Dismiss Certain Plaintiffs' Claims (Rec. doc. 3873)]**

On August 30, 2011, Transocean Deepwater Drilling, Inc., Transocean Holdings LLC, Transocean Deepwater, Inc., and Triton Asset Leasing GmbH (collectively referred to as "Transocean") filed a motion to dismiss certain plaintiffs' claims for failure to participate in discovery and alternatively motion for a judicial determination terminating Transocean's obligation to continue paying maintenance and cure. The motion seeks an order dismissing with prejudice the claims of certain plaintiffs who asserted their Fifth Amendment right against self-incrimination at their depositions in response to questions concerning their maintenance and cure claims or alternatively an order relieving it of any obligation to continue paying maintenance and cure. The memorandum identifies five persons, Andrea Fleytas, Allen Seraile, Stephen Bertone, James Ingram and William "Bill" Johnson, who asserted their Fifth Amendment privilege against self-incrimination in response to questions concerning their maintenance and cure claims.

IT IS ORDERED that: (1) Transocean's motion is set for hearing (**no oral argument**) on **Wednesday, October 19, 2011**, on briefs; (2) by **Tuesday, October 11, 2011**, Andrea Fleytas, Allen Seraile, Stephen Bertone, James Ingram and William "Bill" Johnson, shall file their

oppositions to the motion and demonstrate why Transocean's motion should not be granted; and (3) by **Tuesday, October 18, 2011**, Transocean may reply to their opposition.

New Orleans, Louisiana, this 27th day of September, 2011.

                                                **SALLY SHUSHAN**
                                                **United States Magistrate Judge**

**Clerk to Notify:**

**Andrea Fleytas  Andrea Fleytas, Allen Seraile, Stephen Bertone,
James Ingram and William "Bill" Johnson, through their counsel:
Kurt Arnold
Arnold & Itkin, LLP
5 Houston Center
1401 McKinney Street, Suite 2550
Houston, TX 77010
Email: karnold@arnolditkin.com**