UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig                    MDL NO. 2179
     "Deepwater Horizon" in the Gulf
     of Mexico, on April 20, 2010            SECTION J

Applies to: *All Cases*                             JUDGE BARBIER
                                                     MAGISTRATE JUDGE SHUSHAN

## ORDER

### [Regarding Allocation for Steve Sutton, Nathan Houck and Michael Odom]

A.    <u>Steve Sutton</u>.

Sutton's deposition is set for one day on Wednesday, October 5, 2011. He has been designated to testify in response to a Rule 30(b)(6) deposition notice. Transocean requests that its examination time be increased from 37 minutes to 90 minutes. It reports that Sutton was responsible for the training and education of those individuals who inspected the Deepwater Horizon.

|  | Standard Allocation | Reductions/ Additions | Revised Allocation |
|---|---|---|---|
| PSC | 145 minutes | minus 11 | 134 minutes |
| U.S. | 55 minutes | no change | 55 minutes |
| States | 45 minutes | minus 25 | 20 minutes |
| Halliburton | 37 minutes | minus 5 | 32 minutes |
| Transocean | 37 minutes | plus 53 | 90 minutes |
| BP | 48 minutes | no change | 48 minutes |
| Cameron | 37 minutes | minus 5 | 32 minutes |
| Anadarko | 22 minutes | minus 7 | 15 minutes |
| MOEX | 8 minutes | no change | 8 minutes |
| Weatherford | 8 minutes | no change | 8 minutes |

|  | | | |
|---|---|---|---|
| M-I Swaco | 8 minutes | no change | 8 minutes |
| Drill Quip | 0 minutes | no change | 0 minutes |
| **Total** | **450 minutes** | | **450 minutes** |

B.   <u>Lt. Nathan Houck</u>.

Houck's deposition is set for Friday, October 7, 2011, for one day. He has been designated to testify in response to a Rule 30(b)(6) deposition notice. Transocean requests that its examination time be increased from 37 minutes to 120 minutes. It reports that Houck was part of the emergency response after April 20, 2010.

|  | Standard Allocation | Reductions/ Additions | Revised Allocation |
|---|---|---|---|
| PSC | 145 minutes | minus 20 | 125 minutes |
| U.S. | 55 minutes | minus 5 | 50 minutes |
| States | 45 minutes | minus 30 | 15 minutes |
| Halliburton | 37 minutes | minus 7 | 30 minutes |
| Transocean | 37 minutes | plus 83 | 120 minutes |
| BP | 48 minutes | minus 7 | 41 minutes |
| Cameron | 37 minutes | minus 7 | 30 minutes |
| Anadarko | 22 minutes | minus 7 | 15 minutes |
| MOEX | 8 minutes | no change | 8 minutes |
| Weatherford | 8 minutes | no change | 8 minutes |
| M-I Swaco | 8 minutes | no change | 8 minutes |
| Drill Quip | 0 minutes | no change | 0 minutes |
| **Total** | **450 minutes** | | **450 minutes** |

C. <u>Lt. Cmdr. Michael Odom.</u>

Odom's deposition is set for Tuesday, October 11, 2011, for one day. He has been designated to testify in response to a Rule 30(b)(6) deposition notice. Transocean requests that its examination time be increased from 37 minutes to 120 minutes. It reports that Odom oversaw the inspections of the Deepwater Horizon.

|  | Standard Allocation | Reductions/ Additions | Revised Allocation |
|---|---|---|---|
| PSC | 145 minutes | minus 20 | 125 minutes |
| U.S. | 55 minutes | minus 5 | 50 minutes |
| States | 45 minutes | minus 30 | 15 minutes |
| Halliburton | 37 minutes | minus 7 | 30 minutes |
| Transocean | 37 minutes | plus 83 | 120 minutes |
| BP | 48 minutes | minus 7 | 41 minutes |
| Cameron | 37 minutes | minus 7 | 30 minutes |
| Anadarko | 22 minutes | minus 7 | 15 minutes |
| MOEX | 8 minutes | no change | 8 minutes |
| Weatherford | 8 minutes | no change | 8 minutes |
| M-I Swaco | 8 minutes | no change | 8 minutes |
| Drill Quip | <u>0 minutes</u> | no change | <u>0 minutes</u> |
| **Total** | **450 minutes** |  | **450 minutes** |

**Any appeal of this order must be filed no later than 4:00 p.m. on Monday, October 3, 2011.**

New Orleans, Louisiana, this 28th day of September, 2011.

                                         **SALLY SHUSHAN**
                                         **United States Magistrate Judge**