UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### ORDER

**[Regarding Depositions of Phase One Experts During Weeks One Through Three]**

On August 30, 2011, an order was issued regarding the depositions of the Retained Experts for the PSC and the U.S. Rec. doc. 3878. On September 9, 2011, BP requested that the PSC produce Dr. William E. Gale, Jr. in addition to Dr. Robert G. Bea. It also requested that the U.S. produce Patrick R. Novak, Dr. J. Neil Robinson and Raymond Merala in addition to Dr. Rory Davis. Rec. doc. 3961. The PSC and BP resolved the issue of Dr. Gale by agreeing that Drs. Bea and Gale will each be made available for one and a half days. The US agreed to produce Mr. Novak, Dr. Robinson and Mr. Merala for one day depositions.

The order of August 30, 2011 provided that all requests for examination time of the experts for the PSC and the U.S. were to be submitted by Wednesday, September 28, 2011.

The deadline for requests for examination of Mr. Novak, Dr. Robinson and Mr. Merala is extended to Wednesday, October 12, 2011. By that same day, the parties shall submit requests for examination of Transocean's experts.

**WEEK ONE**

**Monday - November 14**

| | |
|---|---|
| PSC-David Pritchard | Drilling |
| PSC-Andrew Hurst | Geology |
| PSC-Bob Bea | Process Safety |

**Tuesday - November 15**

| | |
|---|---|
| PSC-David Pritchard | Drilling |
| PSC-Andrew Hurst | Geology |
| PSC-Bob Bea | Process Safety (half day) |

**Wednesday - November 16**

| | |
|---|---|
| PSC-William Gale | Process Safety |
| U.S.-Rory Davis | BOP |
| U.S.- Huffman | Geophysicist |

**Thursday - November 17**

| | |
|---|---|
| PSC-William Gale | Process Safety (half day) |
| U.S.-Glen Benge | Cement |
| U.S.-Rory Davis | BOP |
| U.S.- Huffman | Geophysicist |

**Friday - November 18**

| | |
|---|---|
| U.S.-Glen Benge | Cement |
| PSC-Ed "Geoff" Webster | Maritime |

**Saturday - November 19**

PSC-Ed "Geoff" Webster      Maritime

## WEEK TWO

**Monday - November 21**

U.S.-Richard Heenan         Drilling

U.S.-Neil Robinson          Composite Materials - BOP (one day)

U.S.-Raymond Merala         BOP (one day)

**Tuesday - November 22**

U.S.-Richard Heenan         Drilling

U.S.-Patrick Novak          BOP (one day)

## WEEK THREE

**Monday - November 28**

PSC-Gregg Perkin            BOP

TO-George Birch             Cement

**Tuesday - November 29**

PSC-Gregg Perkin            BOP

TO-George Birch             Cement

TO-Calvin Barnhill          Drilling

**Wednesday - November 30**

TO-John Roberts             Gas Dispersion and Ignition

TO-Calvin Barnhill          Drilling

3

**Thursday - December 1**

| | |
|---|---|
| TO-Greg Childs | BOP |
| TO-John Roberts | Gas Dispersion and Ignition |
| TO-Robert Scates | Gas Dispersion and Ignition |
| TO-Jeff Wolff | Seaworthiness, Marine System and Safety Conditions |

**Friday - December 2**

| | |
|---|---|
| TO-Greg Childs | BOP |
| TO-Robert Scates | Gas Dispersion and Ignition |
| TO-Jeff Wolf | Seaworthiness, Marine System and Safety Conditions |

New Orleans, Louisiana, this 28th day of September, 2011.

_____
**SALLY SHUSHAN**
**United States Magistrate Judge**