# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | |
|---|---|
| Tracy Kleppinger, et al | ) |
| | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) |
| Transocean Offshore Deepwater Drilling, Inc., et al | ) |
| | ) |
| _____ | ) |
| *Defendant* | ) |

Civil Action No.   10-md-2179 (relates to 2:10-03168)

J(1)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Dril-Quip, Inc.
through its registered agent,
Jerry M. Brooks
701 Poydras Street, Suite 375
New Orleans, LA  70139-773

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    R. Todd Elias
Gordon, Elias & Seely, L.L.P.
1811 Bering Drive, Suite 300
Houston, Texas  77057

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Deputy clerk's signature

Date:    Mar 16 2011

## PROOF OF SERVICE

### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for (name of individual and title, if any) _JERRY M. Brooks_

was received by me on (date) _8-7-11_ .

☑ I personally served the summons on the individual at (place) _Wilson Williams, Agent_
_701 Poydras Ste 375 New Orleans, La_ on (date) _8-8-2011_ ; or _12:36 PM_

☐ I left the summons at the individual's residence or usual place of abode with (name) _____
_____ , a person of suitable age and discretion who resides there,
on (date) _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on (name of individual) _Wilson Williams, agent_ , who is
designated by law to accept service of process on behalf of (name of organization) _Dril-Quip, Inc_
_701 Poydras Ste 375 New Orleans, LA_ on (date) _8-8-2011_ ; or _12:36 PM_

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify):

My fees are $ _____ for travel and $ _____ for services, for a total of $ _0.00_ .

I declare under penalty of perjury that this information is true.

Date: _8-8-2011_

_Roy Busiere_
Server's signature

_Roy BUSIERE   Process Server_
Printed name and title

_119 Ivy Dr. Covington, La 70433_
Server's address

Additional information regarding attempted service, etc: