UNITED STATES DISTRICT OF COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL | § | MDL No. 2179 |
| RIG "DEEPWATER HORIZON" | § | |
| IN THE GULF OF MEXICO, | § | SECTION: J |
| ON APRIL 20, 2010 | § | |
| | § | JUDGE BARBIER |
| _____ | § | MAG. JUDGE SHUSHAN |

THIS DOCUMENT RELATES TO ALL CASES

## ORDER

WHEREFORE, on February 25, 2010, the Court entered and order authorizing the Joint Investigation Team ("JIT") to conduct certain testing of the rock and drill cuttings gathered in the immediate aftermath of the *Deepwater Horizon* Incident. This Order permits further destructive testing of the nine chunks of materials identified by the U.S. Geological Survey as cement.

It is hereby ORDERED that the United States may conduct the testing set forth in the attached protocol. The United States shall preserve (as defined in Pretrial Orders 1 and 22) that portion of the chunks not consumed in the analysis and shall Preserve all Information (as defined in Pretrial Order 22) relevant to the analysis of the cement chunks authorized by this Order.

IT IS SO ORDERED this ____ day of July, 2011, at New Orleans, Louisiana.

_____
United States District Judge

The samples will be preserved to the maximum extent possible during the testing. No sample will be completely consumed durring analyses.

As indicated below, some samples may not be large enough to perform all tests or analyses. All tests will be carefully documented.

| order | Analysis | Results | Purpose | Sample amount required | Sample requirements | Comment | Location |
|---|---|---|---|---|---|---|---|
| 1 | Photograph and weigh | digital images - weight of sample | documentation | N/A | non-destructive | | USGS (Denver, CO) |
| 2 | Macro photography - Stereo microscopy | digital images - higher magnification | documentation - identify features for further analyses | N/A | non-destructive | | NETL (Pittsburgh, PA) |
| 3 | Variable pressure SEM w/ x-ray microanalysis | high magnification images - chemical data - phase identification | determine components, structure, texture | N/A | non-destructive | Phase chemistry less accurate than 5. Resolution for x-ray analysis not optimum. Larger samples may not fit into the analysis chamber. | NETL |
| 4 | SEM and x-ray microanalysis - high vacuum mode. Optical petrography. | high magnification images - chemical data - phase identification | Determine components, structure, texture. Determine accurate phase chemistry. Identify trace phases. Identify and document distinctive textures and morphology | Protion of sample. Depends on sample homogenity and grain/feature size. | Requires portion of sample to be removed and processed for analysis. Polished section and/or grain mount(s). Processed sample can be preserved for future analysis and for the record. | More accurate and precise phase chemistry. Ability to analyze grain texture. Ability to do fully quantitative analysis of textures and phase chemistry to the limits of the technique. Optical petrography can be done on same polished sections and grain mounts. | NETL |
| 5 | Density Testing using the procedure set forth in the last paragraph of API RP 10B-4, Section 9.3.2. | Density measurements | Determine to the extent possible density of pieces of cement | N/A | non-destructive (recognizing potential hydration of cement pieces) | Small size of samples influences accuracy. Foreign material (i.e., not part of the cement itself) adhering to outside of cement pieces will be removed prior to density testing with special care not to destroy the sample. Tests will be documented as per BP letter from Philip T. Chen, dated September 23, 2011 | Anticipated Oilfield Testing & Consulting LLC (Houston, TX) |
| 6 | X-ray diffraction analysis (XRD) | x-ray diffractogram for phase identification of crystalline materials | Identify major and minor phases. Confirm SEM identification. Provide estimate of relative proportions of phases | 0.1 - 3 grams | Requires removing and grinding of a portion of the sample. Prepared sample can be preserved for future analysis. | Some samples may be too small for this analysis or results may be less accurate if sample weight is not sufficient. Do not plan to perform this analysis on samples with a weight of less than 6 grams. | USGS/NETL (NETL will provide guidance regarding analytical method and peak identification) |
| 7 | Bulk chemistry - XRF and/or ICPMS | major and trace element bulk chemistry | Obtain accurate and precise bulk chemistry of sample | 0.5 grams | Requires dissolution of portion of sample. | Results will depend on homogenity of sample. Some samples may be too small for this analysis | USGS (NETL will provide ground material) |