# Himmelhoch, Sarah (ENRD)

| | |
|---|---|
| **From:** | York, R. Alan [AYork@GodwinRonquillo.com] |
| **Sent:** | Wednesday, September 14, 2011 4:20 PM |
| **To:** | Cernich, Scott (ENRD); Himmelhoch, Sarah (ENRD); Alexander, Mary Rose; Barrow, Dennis; Colby, Paul; Delgado, Connie Salcido; Funderburk, John C.; Horizon, Deepwater; LeBouef, Susan ; Leith, Cheryl; Lemoine, Michael; Lerner, Daryl; Maher, Erin; Maze, Corey; Mills, Patricia; Nelson, Thomas; Ng, Patrick; O'Brien, Sean; Raines, Carolyn; Savoy, Paul; Schexneider, Angela ; Schubert, Daniel; Strange, Luther; Tsekerides, Theodore; Weigel, Alan M.; Barr, Brian; DeSanctis, Joseph; Eisert, Joseph; Hedgpeth, Tiffany; Israel, Brian; Saunders, Daniel A.; Beck, David J.; Centralized Mailbox; Flanders, Edward; Godwin, Donald; Haycraft, Don K.; Kirby, Ky E.; Kuchler, Deborah D.; Langan, Andrew; Lyle, Michael J.; Miller, Kerry J.; Wittman, Phillip A.; Berman, Lisa (ENRD); Chakeres, Aristide (ENRD); Chang, Deanna (ENRD); Delemarre, Michelle (CIV); Gross, Robert (CIV); Lawrence, Malinda R. (CIV); McClellan, Jessica L. (CIV); Shutler, Sharon (CIV); Stanton, Allison (CIV); Sullivan, Jessica (CIV); Walmsley, Tammy (CIV); Alabama -- Tambling, R.; Florida -- Kent, Russell; Louisiana -- Peterson, Lillie; Louisiana -- Terrell, Megan; Mississippi -- Wood, M.; Texas -- Canaday, Nicholas ; Herman, Stephen J.; Roy, James Parkerson; Cynthia A Vide; Horizon, Deepwater; Henry, Camille (CIV); Josh Hebert; Steve Salaj |
| **Cc:** | Murphy, Silvia; Godwin, Donald |
| **Subject:** | RE: Deepwater Horizon:  Additional Rock Testing |

Scott:

Halliburton is fine with the proposal with the following understandings:(1) material adhering to the cement chunks that is to be removed is not part of the cement blend (meaning it's really a foreign object not part of the slurry) and (2) the foreign object can be removed without destroying the sample.

Please let us know if you have any questions.

Alan

---

**From:** Cernich, Scott (ENRD) [mailto:Scott.Cernich@usdoj.gov]
**Sent:** Sunday, September 11, 2011 4:44 PM
**To:** Cernich, Scott (ENRD); York, R. Alan; Himmelhoch, Sarah (ENRD); Alexander, Mary Rose; Barrow, Dennis; Colby, Paul; Delgado, Connie Salcido; Funderburk, John C.; Horizon, Deepwater; LeBouef, Susan ; Leith, Cheryl; Lemoine, Michael; Lerner, Daryl; Maher, Erin; Maze, Corey; Mills, Patricia; Nelson, Thomas; Ng, Patrick; O'Brien, Sean; Raines, Carolyn; Savoy, Paul; Schexneider, Angela ; Schubert, Daniel; Strange, Luther; Tsekerides, Theodore; Weigel, Alan M.; Barr, Brian; DeSanctis, Joseph; Eisert, Joseph; Hedgpeth, Tiffany; Israel, Brian; Saunders, Daniel A.; Beck, David J.; Centralized Mailbox; Flanders, Edward; Godwin, Donald; Haycraft, Don K.; Kirby, Ky E.; Kuchler, Deborah D.; Langan, Andrew; Lyle, Michael J.; Miller, Kerry J.; Wittman, Phillip A.; Berman, Lisa (ENRD); Chakeres, Aristide (ENRD); Chang, Deanna (ENRD); Delemarre, Michelle (CIV); Gross, Robert (CIV); Lawrence, Malinda R. (CIV); McClellan, Jessica L. (CIV); Shutler, Sharon (CIV); Stanton, Allison (CIV); Sullivan, Jessica (CIV); Walmsley, Tammy (CIV); Alabama -- Tambling, R.; Florida -- Kent, Russell; Louisiana -- Peterson, Lillie; Louisiana -- Terrell, Megan; Mississippi -- Wood, M.; Texas -- Canaday, Nicholas ; Herman, Stephen J.; Roy, James Parkerson; Cynthia A Vide; Horizon, Deepwater; Henry, Camille (CIV); Josh Hebert; Steve Salaj
**Cc:** Murphy, Silvia; Godwin, Donald
**Subject:** RE: Deepwater Horizon: Additional Rock Testing

> Counsel,
> Please let me know by Wednesday if you have any comments or concerns on this.  We can schedule a call to discuss if necessary.

Thank you,
Scott

---

**From:** Cernich, Scott (ENRD)
**Sent:** Thursday, September 08, 2011 7:53 PM
**To:** York, R. Alan; Himmelhoch, Sarah (ENRD); Alexander, Mary Rose; Barrow, Dennis; Colby, Paul; Delgado, Connie Salcido; Funderburk, John C.; Horizon, Deepwater; LeBouef, Susan ; Leith, Cheryl; Lemoine, Michael; Lerner, Daryl; Maher, Erin; Maze, Corey; Mills, Patricia; Nelson, Thomas; Ng, Patrick; O'Brien, Sean; Raines, Carolyn; Savoy, Paul; Schexneider, Angela ; Schubert, Daniel; Strange, Luther; Tsekerides, Theodore; Weigel, Alan M.; Barr, Brian; DeSanctis, Joseph; Eisert, Joseph; Hedgpeth, Tiffany; Israel, Brian; Saunders, Daniel A.; Beck, David J.; Centralized Mailbox; Flanders, Edward; Godwin, Donald; Haycraft, Don K.; Kirby, Ky E.; Kuchler, Deborah D.; Langan, Andrew; Lyle, Michael J.; Miller, Kerry J.; Wittman, Phillip A.; Berman, Lisa (ENRD); Chakeres, Aristide (ENRD); Chang, Deanna (ENRD); Delemarre, Michelle (CIV); Gross, Robert (CIV); Lawrence, Malinda R. (CIV); McClellan, Jessica L. (CIV); Shutler, Sharon (CIV); Stanton, Allison (CIV); Sullivan, Jessica (CIV); Walmsley, Tammy (CIV); Alabama -- Tambling, R.; Florida -- Kent, Russell; Louisiana -- Peterson, Lillie; Louisiana -- Terrell, Megan; Mississippi -- Wood, M.; Texas -- Canaday, Nicholas ; Herman, Stephen J.; Roy, James Parkerson; Cynthia A Vide; Horizon, Deepwater; Henry, Camille (CIV); Josh Hebert; Steve Salaj
**Cc:** Murphy, Silvia; Godwin, Donald
**Subject:** RE: Deepwater Horizon: Additional Rock Testing

Alan, et al.,

So you know, we also received a request to perform a density test by another party, but without a proposed protocol.  We have received no objections to Halliburton's proposal and we do not object to adding the density testing as proposed.

However, we think it is important to note from the outset that with small samples such as these, the error rate of the method is increased due to limitations in accurately measuring weight and water volumes.  We also considered the option of using a picnometer, but it is our understanding that the amount of sample required is larger than any sample we have on hand.

Regarding the order of the analyses, Halliburton's proposed protocol states:

*Given that the testing protocols proposed by the United States may potentially be destructive of the cement samples used, HESI respectfully requests that the proposed density testing be conducted prior to the testing procedures being proposed by the United States.*

We have discussed this with the various labs that will perform the testing and, as you can imagine, the order of such testing is complicated.  As you will note from the photos, some of the cement pieces appear to have material adhering to them.  In order to perform density testing on those pieces, we would need to remove any such material so as to obtain the density of the cement, rather the density of the cement plus whatever is stuck to it.

The scientists we are working with have suggested that we perform the SEM work (Items 3 and 4 in the previously circulated protocol and attached here) first.  This will allow the SEM scientist to look at the samples closely before they have been cleaned and/or scraped and then prepare the samples as necessary for SEM analysis.  We do not anticipate that the SEM analysis will require any significant destruction of the samples and we will refrain from destroying any significant portion of any sample.

Barring serious concerns about potential hydration of the samples prior to XRD, we would then plan to perform the density tests.  The XRD and other partially destructive tests would follow in accordance with the attached protocol.

As noted in the protocol, at the outset **we would not plan to perform XRD or bulk chemistry on samples smaller than 6 grams**.  That decision can be revisited once we have the data from the other samples and the preliminary tests on small samples.

I hope my note is not overly confusing.  We are happy to discuss this further.  Please keep in mind that this orchestration requires the samples to move between and among three separate labs located in Houston, Denver, and Pittsburgh.

Best,
Scott

Scott M. Cernich
Trial Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044-7611
Telephone (202) 514-0056
Facsimile  (202) 514-8395

Overnight mail:
ENRD Mailroom, Room 2121
601 D Street, NW
Washington, DC 20004

---

**From:** York, R. Alan [mailto:AYork@GodwinRonquillo.com]
**Sent:** Wednesday, August 31, 2011 2:50 PM
**To:** Himmelhoch, Sarah (ENRD); Alexander, Mary Rose; Barrow, Dennis; Colby, Paul; Delgado, Connie Salcido; Funderburk, John C.; Horizon, Deepwater; LeBouef, Susan ; Leith, Cheryl; Lemoine, Michael; Lerner, Daryl; Maher, Erin; Maze, Corey; Mills, Patricia; Nelson, Thomas; Ng, Patrick; O'Brien, Sean; Raines, Carolyn; Savoy, Paul; Schexneider, Angela ; Schubert, Daniel; Strange, Luther; Tsekerides, Theodore; Weigel, Alan M.; Barr, Brian; DeSanctis, Joseph; Eisert, Joseph; Hedgpeth, Tiffany; Israel, Brian; Saunders, Daniel A.; Beck, David J.; Centralized Mailbox; Flanders, Edward; Godwin, Donald; Haycraft, Don K.; Kirby, Ky E.; Kuchler, Deborah D.; Langan, Andrew; Lyle, Michael J.; Miller, Kerry J.; Wittman, Phillip A.; Berman, Lisa (ENRD); Chakeres, Aristide (ENRD); Chang, Deanna (ENRD); Delemarre, Michelle (CIV); Gross, Robert (CIV); Lawrence, Malinda R. (CIV); McClellan, Jessica L. (CIV); Shutler, Sharon (CIV); Stanton, Allison (CIV); Sullivan, Jessica (CIV); Walmsley, Tammy (CIV); Alabama -- Tambling, R.; Florida -- Kent, Russell; Louisiana -- Peterson, Lillie; Louisiana -- Terrell, Megan; Mississippi -- Wood, M.; Texas -- Canaday, Nicholas ; Herman, Stephen J.; Roy, James Parkerson; Cynthia A Vide; Horizon, Deepwater; Henry, Camille (CIV); Josh Hebert; Steve Salaj
**Cc:** Cernich, Scott (ENRD); Murphy, Silvia; Godwin, Donald
**Subject:** RE: Deepwater Horizon: Additional Rock Testing

Sarah:

Attached please find a request by Halliburton to include a density test on the 9 "cement rocks."  Please let us know if you have any questions.

Thank you.

Alan York

**R. Alan York**
Board Certified - Civil Appellate Law
Texas Board of Legal Specialization

GODWIN RONQUILLO PC

1331 Lamar, Suite 1665
Houston, Texas 77010
713.595.8301 Direct   (800.662.8393 Toll Free)
713.595.8333 Fax
AYork@GodwinRonquillo.com
GodwinRonquillo.com

This electronic transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender that is protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510 and 2521 and may be legally privileged. This message (and any associated files) is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this communication in error, please notify Godwin Ronquillo PC immediately by telephone (800.662.8393) and destroy the original message. Messages sent to and from us may be monitored.

IRS Circular 230 Required Notice--IRS regulations require that we inform you as follows: Any U.S. federal tax advice contained in this communication (including any attachments) is not intended to be used and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or tax-related matter[s].

> **From:** Himmelhoch, Sarah (ENRD) [mailto:Sarah.Himmelhoch@usdoj.gov]
> **Sent:** Thursday, August 25, 2011 4:55 PM
> **To:** Alexander, Mary Rose; Barrow, Dennis; Colby, Paul; Delgado, Connie Salcido; Funderburk, John C.; Horizon, Deepwater; LeBouef, Susan ; Leith, Cheryl; Lemoine, Michael; Lerner, Daryl; Maher, Erin; Maze, Corey; Mills, Patricia; Nelson, Thomas; Ng, Patrick; O'Brien, Sean; Raines, Carolyn; Savoy, Paul; Schexneider, Angela ; Schubert, Daniel; Strange, Luther; Tsekerides, Theodore; Weigel, Alan M.; Barr, Brian; DeSanctis, Joseph; Eisert, Joseph; Hedgpeth, Tiffany; Israel, Brian; Saunders, Daniel A.; Beck, David J.; Centralized Mailbox; Flanders, Edward; Godwin, Donald; Haycraft, Don K.; Kirby, Ky E.; Kuchler, Deborah D.; Langan, Andrew; Lyle, Michael J.; Miller, Kerry J.; Wittman, Phillip A.; Berman, Lisa (ENRD); Chakeres, Aristide (ENRD); Chang, Deanna (ENRD); Delemarre, Michelle (CIV); Gross, Robert (CIV); Lawrence, Malinda R. (CIV); McClellan, Jessica L. (CIV); Shutler, Sharon (CIV); Stanton, Allison (CIV); Sullivan, Jessica (CIV); Walmsley, Tammy (CIV); Alabama -- Tambling, R.; Florida -- Kent, Russell; Louisiana -- Peterson, Lillie; Louisiana -- Terrell, Megan; Mississippi -- Wood, M.; Texas -- Canaday, Nicholas ; Herman, Stephen J.; Roy, James Parkerson; Cynthia A Vide; Horizon, Deepwater; Henry, Camille (CIV); Josh Hebert; Steve Salaj

**Cc:** Cernich, Scott (ENRD); Murphy, Silvia
**Subject:** RE: Deepwater Horizon: Additional Rock Testing

Counsel –

Attached is a proposed order authorizing the testing described in the email I sent on August 8, 2011 (I include the text below. The attachments are omitted because of their size. If you wish another copy of the attachments please advise).

Please advise me on or before August 31 at 6 pm eastern if you object to the entry of this proposed order.

Thank you in advance for your cooperation in this important matter.

Sarah D. Himmelhoch
Senior Litigation Counsel for E-Discovery
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044-7611
202-514-0180 (phone)

---

**From:** Himmelhoch, Sarah (ENRD)
**Sent:** Monday, August 08, 2011 9:53 AM
**To:** A&A-EES Deepwater Team; 'Alexander, Mary Rose'; 'Barrow, Dennis'; 'Colby, Paul'; 'Delgado, Connie Salcido'; 'Funderburk, John C.'; Horizon, Deepwater; 'LeBouef, Susan '; 'Leith, Cheryl'; 'Lemoine, Michael'; 'Lerner, Daryl'; 'Maher, Erin'; 'Maze, Corey'; 'Mills, Patricia'; 'Nelson, Thomas'; 'Ng, Patrick'; 'O'Brien, Sean'; 'Raines, Carolyn'; 'Savoy, Paul'; 'Schexneider, Angela '; 'Schubert, Daniel'; 'Strange, Luther'; 'Tsekerides, Theodore'; 'Weigel, Alan M.'; 'Barr, Brian'; 'DeSanctis, Joseph'; 'Eisert, Joseph'; 'Hedgpeth, Tiffany'; 'Israel, Brian'; 'Saunders, Daniel A.'; 'Beck, David J.'; 'Centralized Mailbox'; 'Flanders, Edward'; 'Godwin, Donald E.'; 'Haycraft, Don K.'; 'Kirby, Ky E.'; 'Kuchler, Deborah D.'; 'Langan, Andrew'; 'Lyle, Michael J.'; 'Miller, Kerry J.'; 'Wittman, Phillip A.'; Berman, Lisa (ENRD); Chakeres, Aristide (ENRD); Chang, Deanna (ENRD); Delemarre, Michelle (CIV); Gross, Robert (CIV); Lawrence, Malinda R. (CIV); McClellan, Jessica L. (CIV); Shutler, Sharon (CIV); Stanton, Allison (CIV); Sullivan, Jessica (CIV); Walmsley, Tammy (CIV); 'Alabama -- Tambling, R.'; 'Florida -- Kent, Russell'; 'Louisiana -- Peterson, Lillie'; 'Louisiana -- Terrell, Megan'; 'Mississippi -- Wood, M.'; 'Texas -- Canaday, Nicholas '; 'Herman, Stephen J.'; 'Roy, James Parkerson'; 'Cynthia A Vide'; Horizon, Deepwater; Henry, Camille (CIV); 'Josh Hebert'; 'Steve Salaj'
**Cc:** Cernich, Scott (ENRD); 'Murphy, Silvia'
**Subject:** Deepwater Horizon: Additional Rock Testing

Counsel – I write to request your agreement to some additional testing related to the 40 chunks of rock/cement collected from the Damon Bankston that were the subject of our motion in February. USGS performed that work at the request of the JIT and its report is attached hereto (although the entirety of App. C is much too large to email; we will arrange for distribution separately).

The USGS determined that 9 chunks were cement, 28 chunks were carbonate rock that were not from the well (likely gravel from the "beach" at Port Fourchon), and 3 chunks did not look like cement or carbonate rock, but also probably did not come from the Macondo well. For your convenience, I attach photos of the 9 cement samples as well as a chart indicating sample weights (this information also is included in the USGS report).

The JIT would like to subject the 9 cement samples to further analysis, including X-Ray Diffraction (XRD) and Scanning Electron Microscopy (SEM) (see attached table of planned analyses ("Testing Table")).

5

Some of that testing will be destructive in that it will require some cutting and grinding of the chunks. However, the samples will be preserved to the maximum extent possible during testing and no sample will be completely consumed during the testing.  In the interest of preserving the samples, some tests and analyses will not be performed initially on the very small samples as more fully detailed in the Testing Table, however, based on the initial results further tests could be run on the small samples.  The testing work would be conducted by scientists at USGS in Denver, CO and the National Energy Technology Laboratories ("NETL") in Pittsburgh, PA.

The test results, including the SEM images, will be distributed to the parties upon completion.

The United States will preserve the other 31 pieces and the parties can examine the USGS report and propose any additional testing on those or the cement chunks later, but the United States believes it makes sense to go forward with the proposed testing on the 9 cement chunks ASAP.  Would the parties object to such testing as authorized in the proposed order attached?


Sarah D. Himmelhoch
Senior Litigation Counsel for E-Discovery
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044-7611
202-514-0180 (phone)