# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

333 South Hope Street
Los Angeles, California  90071

| | | |
|---|---|---|
| Philip T. Chen<br>To Call Writer Directly:<br>(213) 680-8341<br>philip.chen@kirkland.com | (213) 680-8400<br><br>www.kirkland.com | Facsimile:<br>(213) 680-8500 |

September 23, 2011

**BY ELECTRONIC MAIL**

Sarah D. Himmelhoch, Esq.
Senior Litigation Counsel for E-Discovery
Environment & Natural Resources Division
U.S. Department of Justice
RFK Main Building
950 Pennsylvania Ave., NW
Washington, DC 20530

Re:   MDL 2179 – *Damon Bankston* Rocks – Density Testing

Dear Sarah:

Thank you for providing BP with an opportunity to comment on Halliburton's request for density testing of cement rocks from the *Damon Bankston*.

BP has no objection to the United States performing the density tests requested by Halliburton but strongly suggests that special care be taken in documenting the testing so that future review and interpretation of the results can be meaningful.

As stated in recent correspondence, the cement samples are small and have other particulate matter attached to them and, thus, it will be difficult to accurately measure their density.  BP further notes that the history and potential desiccation of the samples, and the presence of foreign solids and chemicals, may also affect the results.  Without limitation, factors which may affect the measured density include:

1. the introduction or removal of dissolved minerals and/or other components;

2. alteration of the material from thermal and/or mechanical shock during the incident;

3. the potential presence of foreign materials; and

4. the small size of the samples, which will impact —

   **(i)**   the potential measurement error (weight and volume);

## KIRKLAND & ELLIS LLP

Sarah D. Himmelhoch, Esq.
September 23, 2011
Page 2

      **(ii)**    the significance of any contamination or cracks; and

      **(iii)**    the representativeness of measured sample.

As such, BP requests that any density measurements be well documented with photographs and clear descriptions of how the samples were prepared for testing and the testing methods. If density is determined by Archimedes' principle, BP requests that the sample weights be recorded before and after immersion, along with the immersion time. Among other things, the state of saturation of the samples likely has changed from when the cement was in the well. Any conditioning of the samples before testing should be well documented to allow for later interpretation of the results.

Please do not hesitate to contact me if you have any questions regarding the above.

Sincerely,

Philip T. Chen

cc (via electronic mail):

    R. Michael Underhill
    Steven O'Rourke
    Jessica Sullivan
    Jessica L. McClellan
    Robert R. Gasaway
    Barbara M. Harding