# EXHIBIT A

**TO Objections to PSC List of Sample 300 Exhibits**

| Exhibit | Date | Bates Range | Description | Objection(s) |
|---|---|---|---|---|
| 596 | 3/31/2009 | BP-HZN-2179MDL0330768-1163 | Well Control Handbook | |
| 597 | 2/15/2008 | BP-HZN-IIT-002370-2741; BP-HZN-MBI00131953-2325 | DWH Emergency Response Manual | |
| 670 | 2/10/2010 | BP-HZN-2179MDL00833501 | Emails Guide-Johnson RE: BOP Incident Involving McWhorter | |
| 684 | 3/18/2010 | BP-HZN-2179MDL00289217 | Emails Guide-Johnson RE: Hazard Recognition | |
| 923 | 4/14/2010 | TRN-USCG-MMS-0038609-59; TRN-MDL-00038591-677 | Moduspec USA Rig Condition Assessment | |
| 925 | 11/30/2009 | TRN-USCG-MMS-0032700-3035; TRN-MDL-00032700-3035 | Company Management System | |
| 926 | 4/14/2010 | TRN-USCG-MMS-00043222-25; TRN-MDL-00273897-900 | Operations Advisory- Loss of Well Control During Upper Completion | |
| **929 | 3/9/2010 | TRN-HCEC-0090493-685; TDD006-000505-697 | Lloyd's Register Safety Mgmt. and Safety Culture/Climate Reviews Summary Report | FRE 801/802: Hearsay. |
| **932 | 3/16/2010 | TRN-MDL-00291896-907 | Safety Mgmt. and Safety Culture/Climate Reviews Powerpoint | FRE 403: Cumulative of Exhibit 929, and uses only portions of the full report.<br><br>FRE 801/802: Hearsay. |
| 939 | 2/19/2008 | TRN-USCG-MMS-00033216-81; TRN-MDL-00033216-81 | ISM/ISPS MODU Handbook | |
| **1158 | 10/1/2007 | BP-HZN-MBL00038925-31 | Email from Coltrin w/ Attached Letter and Proposal for DW BOP Risk Assessment Cortez Bank from Ng | FRE 801/802: Hearsay. |
| 1178 | Unknown | TRN-USCG-MMS-39812; TRN-MDL-00039662 | Amended Response to 6/25/2010 Subpoena | |
| **1182 | 9/2/2010 | TRN-MDL-00501869-71 | Emails Babineaux-Stringfellow-Kent RE: TOI DWH N-line inspection | FRE 801/802: Hearsay. |
| 1193 | 2/2010 | None | Rig Move Work List | |
| **1404 | 3/15/2010 | BP-HZN-2179MDL00044180-82 | Emails Bellow-Bennett RE: Reevaluating how to manage real time PPD | FRE 801/802: Hearsay. |
| 1425 | 4/19/2010 | BP-HZN-MBL00191720-26 | Daily Operations Report | |

**TO Objections to PSC List of Sample 300 Exhibits**

| | | | | |
|---|---|---|---|---|
| 1426 | 4/20/2010 | TRN-MDL-00466859-63 | Daily Drilling Report | |
| 1441 | 2/9/2010 | TRN-MDL-00481481-88 | NAM Level II Investigation Report Draft | |
| 1523 | 4/5/2010 | TRN-USCG-MMS-00042595-96; TRN-MDL-00273270-71 | Well Operations Group Advisory-Monitoring well control integrity of mechanical barriers | |
| 1525 | 12/23/2009 | TRN-USCG-MMS-00042597-605; TRN-MDL-00273272-80 | TO 711 Well Control Incident Powerpoint | |
| **1761 | 12/23/2009 | TRN-MDL-00607583-622 | Shell's Incident Investigation Report Bardolino Well Control Incident | FRE 801/802: Hearsay. |
| 2194 | 5/20/2009 | TRN-MDL-01146603-07 | Emails Archer-Wiseman-Nuttall-McMahan-Trich RE: Flow show | |
| 2195 | 5/23/2009 | TRN-MDL-01240070-78 | Email McMahan-Saltiel RE: Drillers Training Pack w/ Attached Fast Track Program | |
| 2198 | 3/7/2010 | TRN-MDL-01175073-133 | Email Clyne-Moro RE: 711 WC Incident w/ Attached Powerpoint | |
| 3259 | 5/16/2007 | TRN-MDL-01120767-777 | Subsea Maintenance Philosophy Family 400 | |
| 3287 | 11/21/2004 | TRN-MDL-00119512 | Email Hay-DWH Maintenance RE: MOC for lower ram | |
| 3291 | 3/17/2010 | TRN-MDL-00483932-33 | Email Hay-Dicello-Johnson RE: BP audit/rig move | |
| 3292 | 4/6/2010 | TRN-MDL-00401409-12 | Subsea Equipment Status in Preparation for 2011 OSS | |
| 3405 | 9/24/2009 | TRN-MDL-00478589-652 | BP DWH Follow Up Rig Audit, Marine Assurance Audit and Out of Service Period | |
| 3419 | 2/22/2010 | TRN-MDL-00303083-84 | Emails Kent-McWhorter-Trahan RE: Tracking BOP issues | |
| 3420 | 2/21/2010 | TRN-MDL-00985307-09 | Emails Trahan-Kent-McWhorter RE: Horizon BOP leak | |
| 3423 | 3/17/2010 | TRN-MDL-00985611 | Emails Kent-Ingram | |
| 3431 | 1/28/2010 | TRN-MDL-00896797 | Emails Kent-Hay | |
| **3468 | 4/22/2010 | TRN-MDL-00106236-52 | Sworn Statement of Patrick Morgan | FRE 801/802: Hearsay. |
| 3586 | 2/2/2010 | TRN-MDL-00396589 | Emails: Lindsey-Johnson RE: DWH CMS Presentation | |

2

TO Objections to PSC List of Sample 300 Exhibits

| | | | | |
|---|---|---|---|---|
| 3749 | Unknown | TRN-MDL-533207-74 | Deepwater Horizon Bridge Procedures Guide | |
| 3793 | 4/5/2010 | TRN-MDL-00642011 | Well Operations Group Advisory-Monitoring Well Control Integrity of Mechanical Barriers | |
| 3984 | 6/14/2001 | TRN-MDL-01547876-81 | RAM Type BOP Family 401 | |
| **4140 | 11/22/2009 | TRN-INV-01138417-22 | RMS Gas Detection | FRE 801/802: Hearsay. |
| 4141 | 4/10/2008 | TRN-MDL-01545921 | Request for Exemption | |
| **4256 | 3/1/2010 | None | Graph of Transocean's 10 Worst Kicks in 2009 | FRE 801/802: Hearsay. |
| 4279 | 2/20/2010 | TRN-MDL-00303064 | Emails Kent-McWhorter RE: Slip Joint Repairs | |
| 4309 | 11/21/2004 | TRN-INV-01262577-79 | Emails Harrell-Reed with attached Change Proposal RE: BOP Test Rams | |
| 4902 | 5/16/2010 | TRN-INV-00690288-90 | Emails Ryan-Johnson-Sannan RE: Macondo Kick Tolerance | |
| 4911 | Unknown | TRN-MDL-01851695 | Master/OIM Relationship & Master's Responsibilities and Authority | |
| 7114 | 4/5/2010 | TRN-USCG-MMS-00043226-28 | Email Braniff with attached Advisory RE: Advisory of Procedure for Monitoring Integrity of Mechanical Barriers | |
| 7122 | Unknown | TRN-MDL-00868608-12 | Drilling Deepwater Wells Powerpoint | |
| **7124 | 12/23/2009 | None | Shell Incident Investigation Powerpoint RE: Transocean S711 | FRE 403: Cumulative of Exhibit 1761, and uses only portions of the full report.<br><br>FRE 801/802: Hearsay. |
| 7134 | 8/20/2004 | TRN-MDL-00872232-57 | Loss of Well Control and Emergency Response Powerpoint RE: August 20, 2004 Event Sienna Up-1 Exploration Well | |
| **20013 | - | - | MBI Testimony of Jimmy Harrell | MBI testimony is not admissible in a civil case.  *See* 46 U.S.C.A. § 6308. |

3

**TO Objections to PSC List of Sample 300 Exhibits**

| ** 1351 | Unknown | TRN-MDL-00406377-380 | Responses from Company Reps and TO workers to Questions posed by Johnson | FRE 801/802: Hearsay.<br><br>Designated by the PSC to be offered against BP. TO objects in the event that the exhibit is also offered against TO. |
|---|---|---|---|---|

4