UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL No. 2179 SECTION: J JUDGE BARBIER |
| Applies to:  All Cases            2:10-cv-02771 | § § § § | MAG. JUDGE SHUSHAN |

**DEFENDANT HALLIBURTON ENERGY SERVICES, INC.'S
OBJECTIONS TO THE PSC'S SAMPLE 300 TRIAL EXHIBIT LIST**

Pursuant to this Court's Order dated September 2, 2011 [Docket No. 3916], Defendant Halliburton Energy Services, Inc. ("HESI") files its statement of objections other than authenticity to the exhibits identified as the PSC's Sample 300 Trial Exhibit List.  HESI objects to the exhibits as described in the attached Exhibit A, and will meet and confer with the other parties in an attempt to resolve these objections.

Respectfully Submitted,

**GODWIN RONQUILLO PC**

**By:** /s/ *Donald E. Godwin*
Donald E. Godwin
*Attorney-in-charge*
State Bar No. 08056500
dgodwin@GodwinRonquillo.com
Bruce W. Bowman, Jr.
State Bar No. 02752000
bbowman@GodwinRonquillo.com
Jenny L. Martinez
State Bar No. 24013109
jmartinez@GodwinRonquillo.com
Floyd R. Hartley, Jr.
State Bar No. 00798242
fhartley@GodwinRonquillo.com
Gavin E. Hill
State Bar No.  00796756
ghill@GodwinRonquillo.com
Renaissance Tower
1201 Elm, Suite 1700
Dallas, Texas 75270-2041
Telephone: (214) 939-4400
Facsimile: (214) 760-7332

and

R. Alan York
AYork@GodwinRonquillo.com
Jerry C. von Sternberg
JVonSternberg@GodwinRonquillo.com
Misty Hataway-Coné
MCone@GodwinRonquillo.com
1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone:  713.595.8300
Facsimile:  713.425.7594

**ATTORNEYS FOR DEFENDANT HALLIBURTON ENERGY SERVICES, INC.**

## CERTIFICATE OF SERVICE

  I hereby certify that a copy of the foregoing Halliburton Energy Services, Inc.'s Objections to the PSC's Sample 300 Trial Exhibit List was filed electronically with the Clerk of the Court using the CM/ECF system and that notice of this filing will be sent to all counsel through the CM/ECF system on this 28th day of September, 2011.

          /s/ *Donald E. Godwin*
          Donald E. Godwin

# EXHIBIT A

## MDL2179 PSC -- "Sample 300" Trial Exhibit List

| EX NO. | BATES RANGE | DATE | PSC's SUBJECT/DESCRIPTION | OBJECTIONS |
|---|---|---|---|---|
| TREX-04996 | BP-HZN-179MDL000261741-<br>BP-HZN-179MDL000261742 | 04/23/10 | Email to Alan O'Donnell from Dawn Peyton estimating Macondo blowout AOF flow rate at 45,000 BPD | (1) The document fails to comply with the FRE 106 rule of completeness because it is not clear if the attachment is attached; (2) opinion contained in the document is improper pursuant to FRE 701 because a lay witness is offering expert opinion. |
| **BP PARTIES** | | | | |
| TREX-00986 | None | 01/11/11 | Chief Counsel's Report_2011: National Commission on the BP Deepwater Horizon Oil Spill and Offshore Drilling | (1) Pursuant to FRE 802, the report is inadmissible hearsay because it is an out of court statement offered to prove the truth of the matters asserted; (2) to the extent that the report attempts to provide expert opinions, it fails to comply with FRE 702 because there is no evidence that (a) the experts are qualified to offer opinions, (b) the report is based upon sufficient facts or data, (c) the report is the product of reliable principles and methods, or (d) the witness(es) applied principles and methods reliably to the facts. |
| TREX-01047 | BP-HZN-2179MDL00884526 -<br>BP-HZN-2179MDL00884527 | 10/14/09 | Email from Robert Bodek to Earl Fly re: "Alex Voltaire" | (1) Pursuant to FRE 802, this email is inadmissible hearsay because it is an out of court statement offered to prove the truth of the matter asserted; (2) the email, referencing a mud program from October 2009, is irrelevant and inadmissible under FRE 402; and (3) to the extent that the prejudicial nature of the email outweighs any relevance, it should be excluded pursuant to FRE 403. |
| TREX-01057 | BP-HZN-2179MDL00270472 | 02/13/10 | Email from Robert Bodek to Brian Morel re: Macondo LOT #4 | To the extent the email attempts to provide an expert opinion regarding the quality of the cement job, it fails to comply with FRE 702 because there is no evidence that (a) Bodek is qualified to offer opinions on cement jobs, (b) the opinion is based upon sufficient facts or data, (c) the opinion is the product of reliable principles and methods, or (d) Bodek applied principles and methods reliably to the facts. |
| TREX-01966 | BP-HZN-2179MDL00321874<br>BP-HZN-MBI0021237 -<br>BP-HZN-MBI00021282 | 04/27/10 | (1) Email from Patrick O'Bryan to Mike Zanghi re: Bladder effect; (2) Temporary Abandonment Procedure; (3) handwritten notes of Bob Kaluza; (4) handwritten notes from interview of Lee Lambert; (5) typed notes from Kaluza interview | Pursuant to FRE 802, the interview notes should be excluded as out of court statements offered to prove to the truth of the matter asserted. |
| TREX-04447 | BP-HZN-BLY00144208 -<br>BP-HZN-BLY00144214 | 07/08/10 | BP Incident Investigation Team - Notes of Interview with Mark Hafle, dated July 8, 2010 | Pursuant to FRE 802 and 805, the interview transcript should be excluded as out of court statements offered to prove to the truth of the matters asserted. |
| TREX-04448 | None | 05/28/10 | Hafle, Mark - Testimony before the Marine Board of Investigation. | At this time, HESI objects as follows: (1) this question calls for a legal conclusion: 33:1-5; (2) these questions are speculative/call for speculation: 45:13-45:17; (3) HESI objects to the colloquy and improper statements contained in 36:19-21 and 39:2-3. Because every line in the transcript is designated, HESI reserves the right to object to other questions if and when the PSC discloses the specific testimony to be presented to the court. |

## MDL2179 PSC -- "Sample 300" Trial Exhibit List

| EX NO. | BATES RANGE | DATE | PSC's SUBJECT/DESCRIPTION | OBJECTIONS |
|---|---|---|---|---|
| TREX-06300 | | | National Commission on the Deepwater Horizon oil spill and offshore drilling - Excerpt - pgs 122-127 | (1) Pursuant to FRE 802, the report is inadmissible hearsay because it is an out of court statement offered to prove the truth of the matters asserted; (2) to the extent that the report attempts to provide expert opinions, it fails to comply with FRE 702 because there is no evidence that (a) the experts are qualified to offer opinions, (b) the report is based upon sufficient facts or data, (c) the report is the product of reliable principles and methods, or (d) the witness(es) applied principles and methods reliably to the facts, (3) and to the extent that the Plaintiffs have not entered the entire report, this excerpt should be excluded pursuant to FRE 106. |
| **HESI** | | | | |
| TREX-00001 | BP-BLY-00056 | 09/08/10 | Bly Report, Page 56 | (1) Pursuant to FRE 802, the report is inadmissible hearsay because it is an out of court statement offered to prove the truth of the matters asserted; (2) to the extent that the report attempts to provide expert opinions, it fails to comply with FRE 702 because there is no evidence that (a) the experts are qualified to offer opinions, (b) the report is based upon sufficient facts or data, (c) the report is the product of reliable principles and methods, or (d) the witness(es) applied principles and methods reliably to the facts. |
| TREX-00002 | TRN-INV-00776377 - TRN-INV-00776410; TRN-INV-01871042 - TRN-INV-01871075; TRN-INV-00943798 - TRN-INV-00943831; OSE129-003049 - OSE129-003082; TRN-INV-01224395 - TRN-INV-01224428; etc. | 04/23/10 | Bly Report Appendices - Appendix K. Laboratory Analysis of Cementing Operations on the Deepwater Horizon (from CSI Technologies) | (1) Pursuant to FRE 802, the report is inadmissible hearsay because it is an out of court statement offered to prove the truth of the matters asserted; (2) to the extent that the report attempts to provide expert opinions, it fails to comply with FRE 702 because there is no evidence that (a) the experts are qualified to offer opinions, (b) the report is based upon sufficient facts or data, (c) the report is the product of reliable principles and methods, or (d) the witness(es) applied principles and methods reliably to the facts. |
| TREX-00380 | BP-HZN-BLY00185542-BP-HZN-BLY00185566 | 05/14/09 | BP "Final Draft" Last Revision: 5/14/09 Cement Slurry and Spacer Testing Protocol and Test Matrix for BP-GOM in draft form | (1) The face of the document says "DRAFT", thus it is unclear if this is an actual "protocol"; (2) testing requirements, if any, are governed by the contract, not this document; thus this document is irrelevant to any claims against HESI and inadmissible under FRE 402. |
| TREX-00816 | BP-HZN-BLY00061275-BP-HZN-BLY00061280 | 05/14/10 | Handwritten Notes: Interview of Jesse Gagliano by BP, dated May 14, 2010 | Pursuant to FRE 802, the notes are inadmissible hearsay because they are out of court statements offered to prove the truth of the matters asserted. |
| TREX-01601 | HAL_0001532-HAL_0001533 | 02/12/10 | Email exchange between Joseph Keith and Greg Navarett, Kelly Gray, Randy Hopper, Earl Fly, Jose Ortiz, John Gisclair and Ghris Wilson | Pursuant to FRE 402, the document contains information irrelevant to any issue in the suit and is therefore inadmissible. |
| TREX-02003 | HAL_0048470-HAL_0048471 | 01/19/10 | Email from Mark Traylor to Probert, Bement, and Lewis re: BP Performance Guarantee | (1) Pursuant to FRE 802, the document is inadmissible hearsay because it is an out of court statement offered to prove the truth of the matters asserted; (2) pursuant to FRE 402, the document is irrelevant to any claim in this litigation. |

## MDL2179 PSC -- "Sample 300" Trial Exhibit List

| EX NO. | BATES RANGE | DATE | PSC's SUBJECT/DESCRIPTION | OBJECTIONS |
|---|---|---|---|---|
| TREX-02004 | HAL_0048472-HAL_0048473 | 01/19/10 | Email from Jim Grier to Abernathy, Goster, Vaclavik, Klungyveit, Sutherland, and Bement re: Contractual Side Agreements | (1) Pursuant to FRE 802, the document is inadmissible hearsay because it is an out of court statement offered to prove the truth of the matters asserted; (2) pursuant to FRE 402, the document is irrelevant to any claim in this litigation. |
| TREX-02032 | None | 08/24/10 | MBI Testimony of Jesse Gagliano | At this time, HESI objects as follows: (1) these questions assume facts not in evidence: 267:5-6, 378:21-379:21; (2) this question lacks the proper foundation and is misleading: 361:15-18; (3) these questions call for speculation: 354:2-355:2; and (4) this line of questioning is based on an incomplete hypothetical and is misleading: 357:2-25.  Because every line in the transcript is designated, HESI reserves the right to object to other questions if and when the PSC discloses the specific testimony to be presented to the court. |
| TREX-02968 | BP-HZN-BLY00048343-BP-HZN-BLY00048477 | 07/15/10 | CSI Analysis of Cementing Operation on the Deepwater Horizon and Possible Contributing Factors to Loss of Well Control | (1) Pursuant to FRE 802, the report is inadmissible hearsay because it is an out of court statement offered to prove the truth of the matters asserted; (2) to the extent that the report attempts to provide expert opinions, it fails to comply with FRE 702 because there is no evidence that (a) the experts are qualified to offer opinions, (b) the report is based upon sufficient facts or data, (c) the report is the product of reliable principles and methods, or (d) the witness(es) applied principles and methods reliably to the facts. |
| TREX-03092 | HAL_0575126-HAL_0575133 | 07/23/10 | Email from George Fuller to Ronnie Faul re: Centralization | (1) Pursuant to FRE 402, this document is irrelevant to any claim in this litigation and is therefore inadmissible; (2) pursuant to FRE 802, the document is inadmissible hearsay because it is an out of court statement offered to prove the truth of the matters asserted. |
| TREX-03770 | HAL_0576793-HAL_0576795 | 01/31/10 | Email from Christopher Haire to Jesse Gagliano re: well to well | (1) The face of the document says "DRAFT"; thus it is unclear if this is an actual "protocol"; (2) any testing requirements are governed by the contract, not this document, thus this document is irrelevant to any claims against HESI. |
| TREX-04572 | None | 10/26/10 | Letter and Report from Chevron to National Oil Spill Commission | (1) Pursuant to FRE 802, the report is inadmissible hearsay because it is an out of court statement offered to prove the truth of the matters asserted; (2) to the extent that the report attempts to provide expert opinions, it fails to comply with FRE 702 because there is no evidence that (a) the experts are qualified to offer opinions, (b) the report is based upon sufficient facts or data, (c) the report is the product of reliable principles and methods, or (d) the witness(es) applied principles and methods reliably to the facts. |
| TREX-04576 | CVX80311 00000556 - CVX80311 00000566 | 10/13/10 | Handwritten Notes: BP Deepwater Horizon Testing Commission Testing | (1) Pursuant to FRE 802, the document is inadmissible hearsay because it is an out of court statement offered to prove the truth of the matters asserted; (2) to the extent that the document attempts to provide expert opinions, it fails to comply with FRE 702 because there is no evidence that (a) the experts are qualified to offer opinions, (b) the document is based upon sufficient facts or data, (c) the document is the product of reliable principles and methods, or (d) the witness(es) applied principles and methods reliably to the facts. |

## MDL2179 PSC -- "Sample 300" Trial Exhibit List

| EX NO. | BATES RANGE | DATE | PSC's SUBJECT/DESCRIPTION | OBJECTIONS |
|---|---|---|---|---|
| TREX-04842 | Beirute 30(b)(6) 05515-05523 | | Beirute Power Point- "If Someone Were to Ask Me What Do I Need to Do to Get a BAD Cement Job? This is What I would Tell Them" | (1) Pursuant to FRE 802, the document is inadmissible hearsay because it is an out of court statement offered to prove the truth of the matters asserted; (2) to the extent that the document attempts to provide expert opinions, it fails to comply with FRE 702 because there is no evidence that (a) the experts are qualified to offer opinions, (b) the document is based upon sufficient facts or data, (c) the document is the product of reliable principles and methods, or (d) the witness(es) applied principles and methods reliably to the facts. |
| TREX-04846 | BP-HZN-2179MDL02246879 - BP-HZN-2179MDL02246887 | 01/30/09 | Email from Charles Taylor to Sauter, Beirute, Rogers, and Kellingray re: Development of a BP GoM "Cementing" Scorecard | Pursuant to FRE 402, the document contains information irrelevant to any issue in the suit and is therefore inadmissible. |
| TREX-20012 | BP-HZN-BLY00174217 - BP-HZN-BLY00174219 | | N2 Job Summaries | (1) Pursuant to FRE 802, the summaries are inadmissible hearsay because they are out of court statements offered to prove the truth of the matters asserted; (2) to the extent that the summaries attempt to provide expert opinions, they fail to comply with FRE 702 because there is no evidence that (a) the experts are qualified to offer opinions, (b) the summaries are based upon sufficient facts or data, (c) the summaries are the product of reliable principles and methods, (d) the witness(es) applied principles and methods reliably to the facts. |
| | | | **Transocean** | |
| TREX - 01441 | TRN-MDL-00481481 - TRN-MDL-00481488 | 02/09/10 | Transocean - Deepwater Horizon BOP Test Rams, February 9, 2010 - NAM LEVEL II INVESTIGATION | Pursuant to FRE 802, the document is inadmissible hearsay because it is an out of court statement offered to prove the truth of the matters asserted. |
| TREX - 04256 | | | Graph, Transocean's 10 Worst Kicks - 2009 | The graph appears to be part of a larger set of documents and/or is a summary of other documents that are not included in TREX - 04256. |