UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | : : : | MDL No. 2179 SECTION: J |
| Applies to: All Cases 2-10-cv-02771 …………………………………………………... | : : : : | JUDGE BARBIER MAGISTRATE SHUSHAN |

## THE BP PARTIES' OBJECTIONS TO THE PSC'S SAMPLE EXHIBIT LIST

Pursuant to this Court's Order dated September 2, 2011 [Docket No. 3196] and the Federal Rules of Civil Procedure, Defendants BP p.l.c., BP Products North America Inc. and BP America Inc. (collectively "the BP Parties"), file additional objections to the documents set forth on the PSC's sample exhibit list circulated on September 14, 2011.

The BP Parties reserve the right to object to documents objected to by other parties. The BP Parties further reserve the right to add objections based on any party's motions *in limine*. The BP Parties also reserve the right to add objections as to foundation (including regarding the applicability of the business records exception to the hearsay rule), depending on what foundation is established at a later date. The BP Parties incorporate by reference their September 12, 2011 objections regarding authenticity and other issues.

Also pursuant to the Court's September 2, 2011 Order, The BP Parties will meet and confer with the parties to attempt to resolve these objections.

Dated:  September 28, 2011

        By:  /s/ Don K. Haycraft

        Richard C. Godfrey, P.C.
        (richard.godfrey@kirkland.com)
        J. Andrew Langan, P.C.
        (andrew.langan@kirkland.com)
        Timothy A. Duffy, P.C.
        (tim.duffy@kirkland.com)
        KIRKLAND & ELLIS LLP
        300 North LaSalle Street
        Chicago, Illinois  60654
        Telephone: (312) 862-2000

        Don K. Haycraft (Bar #14361)
        R. Keith Jarrett (Bar #16984)
        LISKOW & LEWIS
        One Shell Square
        701 Poydras Street, Suite 5000
        New Orleans, Louisiana  70139-5099
        Telephone:  (504) 581-7979
        Facsimile:  (504) 556-4108

        *Attorneys for BP p.l.c., BP Products North America Inc. and BP America Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12 on this 28th day of September, 2011.

/s/ Don K. Haycraft