UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## AGENDA

[Working Group[1] Conference on Friday, September 30, 2011]

**NOTE TO CELL PHONE PARTICIPANTS:** Please do not put your phone on hold during the conference as it causes an annoying beeping sound for everyone else. If you cannot participate for part of the conference, put your phone on mute. Likewise for those who type during the conference.

1. **Preservation of BOP.**

2. **ROV at Well Site**.

3. **Completion of Document Production by the US.**

4. **Phase Two Discovery**.

5. **Completion of Phase One written discovery**.

6. **De-Designation of Confidentiality**

7. **Phase One Fact Depositions**.

8. **Written discovery of Phase One Experts**.

9. **Phase One Expert Depositions.**

10. **Exhibits - Authenticity Objections.**

---

[1] The discovery "Working Group" shall be comprised of: one or two representatives of the PSC; one representative from each of the defendants; and coordinating counsel for the United States and coordinating counsel for the States. (Rec. Doc. 1099).

11. **Exhibits - Three Hundred**.

12. **Reliance Exhibits**.

13. **Hayward "Test" Deposition Bundle**.

14. **Deposition Cuts/Designations**.

15. **Technology Issues for February 27 Trial**.

16. **Requests for Witnesses to Testify Live at the trial of Phase One**.

17. **Clean-Up Responder Defendants**.

18. **Trial Planning**

19. <u>**Conference Schedule.**</u>

| | |
|---|---|
| Friday, October 7, 2011 at 9:30 a.m. | WGC followed by meeting of LCC. |
| Friday, October 14, 2011 at 9:30 a.m. | WGC followed by meeting of LCC. |
| Thursday, October 20, 2011 at 4:15 p.m. - Swizzle Stick. | |
| Friday, October 21, 2011 | After Judge Barbier's status conference - WGC followed by meeting of LCC. |
| Friday, October 28, 2011 at 9:30 a.m. | WGC followed by meeting of LCC. |
| Friday, November 4, 2011 at 9:30 a.m. | WGC followed by meeting of LCC. |
| Friday, November 11, 2011 | <u>No conference set</u>. |
| Friday, November 18, 2011 | After Judge Barbier's status conference - WGC followed by meeting of LCC. |
| Friday, November 25, 2011 | <u>No conference set</u>. |
| Friday, December 2, 2011 at 9:30 a.m. | WGC followed by meeting of LCC. |
| Friday, December 9, 2011 at 9:30 a.m. | WGC followed by meeting of LCC. |
| Friday, December 16, 2011 | After Judge Barbier's status conference - WGC followed by meeting of LCC. |

| | |
|---|---|
| Friday, December 23, 2011 | <u>No conference set</u>. |
| Friday, December 30, 2011 | <u>No conference set</u>. |
| Friday, January 6, 2012 at 9:30 a.m. | WGC followed by meeting of LCC. |
| Friday, January 13, 2012 at 9:30 a.m. | WGC followed by meeting of LCC. |
| Friday, January 20, 2012 | After Judge Barbier's status conference - WGC followed by meeting of LCC. |
| Friday, January 27, 2012 at 9:30 a.m. | WGC followed by meeting of LCC. |



_____
United States Magistrate Judge
9/29/11