UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| In re: | Oil Spill by the Oil Rig | * | MDL No. 2179 |
| | "Deepwater Horizon" in the Gulf | * | |
| | Of Mexico, on April 20, 2010 | * | SECTION: J |
| | | * | |
| | Applies to: *All Cases.* | * | JUDGE BARBIER |
| | | * | MAGISTRATE SHUSHAN |

* * * * * * * * * * * * * * * * * * *

### DEFENDANT CAMERON INTERNATIONAL CORPORATION'S OBJECTIONS TO PSC'S SAMPLE EXHIBIT LIST

Pursuant to the Court's Order dated September 2, 2011 [Docket No. 3196] and the Federal Rules of Civil Procedure, Defendant Cameron International Corporation, ("Cameron") files its objections to the documents set forth in the PSC's sample exhibit list circulated on September 14, 2011.

Cameron reserves the right to object to documents objected to by other parties. Cameron further reserves the right to add objections based on any party's motions *in limine*. Cameron also reserves the right to add objections as to foundation (including regarding the applicability of the business records exception to the hearsay rule), depending on what foundation is established at a later date. Cameron incorporates by reference its September 12, 2011 objections regarding authenticity and other issues.

Also pursuant to the Court's September 2, 2011 Order, Cameron will meet and confer with the parties to attempt to resolve these objections.

Respectfully submitted,

| | |
|---|---|
| | */s/ Phillip A. Wittmann* |
| David J. Beck, T.A. | Phillip A. Wittmann, 13625 |
|   dbeck@brsfirm.com |   pwittmann@stonepigman.com |
| Joe W. Redden, Jr. | Carmelite M. Bertaut, 3054 |
|   jredden@brsfirm.com |   cbertaut@stonepigman.com |
| David W. Jones | Keith B. Hall, 24444 |
|   djones@brsfirm.com |   khall@stonepigman.com |
| Geoffrey Gannaway | Jared Davidson, 32419 |
|   ggannaway@brsfirm.com |   jdavidson@stonepigman.com |
| BECK, REDDEN & SECREST, L.L.P. | STONE PIGMAN WALTHER |
| One Houston Center | WITTMANN L.L.C. |
| 1221 McKinney St., Suite 4500 | 456 Carondelet Street |
| Houston, TX 77010 | New Orleans, Louisiana 70130 |
| Phone: (713) 951-3700 | Phone: (504) 581-3200 |
| Fax: (713) 951-3720 | Fax: (504) 581-3361 |

*Attorneys for Cameron International Corporation*

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing Defendant Cameron International Corporation's Objections to PSC's Sample Exhibit List was served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, on the **28th day of September, 2011** and that the foregoing was electronically filed with Clerk of Court of the United State District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with procedures established in MDL 2179, on this the **29th day of September, 2011**.

        */s/ Phillip A. Wittmann*