**Cameron International Corporation's Objections to PSC's List of 300 Tial Exhibits**

| Exhibit | Date | Description | Objection | |
|---|---|---|---|---|
| TREX-01178 | | Amended Response to June 25, 2010 Subpoena | Hearsay | Transocean |
| TREX-01920 | 4/5/2010 | O'Donnell forwarding email between Robert Quitzau, Derek Folger, Paul Chandler, John Kamm and Mike Pfister | Wrong document as compared to the depo exhibit | Anadarko |
| TREX-02032 | 8/24/2010 | MBI Testimony of Jesse Gagliano | Hearsay; 46 U.S.C § 6308 | HESI |
| TREX-02687 | 10/20/2009 | Email from Darrell Hollek to Chuck Meloy | Wrong document as compared to the depo exhibit | Anadarko |
| TREX-03181 | 5/7/2010 | Email - From: Van Lue, Jason To: Stringfellow, William; White, Robert | Wrong document as compared to the depo exhibit | CAMERON |
| TREX-03292 | 4/6/2010 | 2011 Subsea equipment status in preparation for 2011 OSS | Hearsay | Transocean |
| TREX-03419 | 2/22/2010 | E-mail from James Kent | Hearsay | Transocean |
| TREX-03468 | 4/22/2010 | Sworn Statement of Patrick Morgan | Hearsay | Transocean |
| TREX-04447 | 7/8/2010 | BP Incident Investigation Team - Notes of Interview with Mark Hafle | Hearsay; Fed. R. Evid. 403 | BP Parties |
| TREX-06001 | 6/17/2010 | June 17, 2010 Verbatim Transcript, House of Representatives, Committee on Energy and Commerce, Subcommittee on Oversight and Investigations, Committee Hearing on the Deepwater Horizon Oil Spill | Hearsay | BP Parties |
| TREX-06253 | 6/20/2010 | Redacted Minutes of a meeting of the Board of Directors of BP p.l.c. Held on 20th June 2010 at 1 St James's Square, London SW1Y 4PD, marked as CONFIDENTIAL | Hearsay; Fed. R. Evid. 403; Rule 602; Rule 702 | BP Parties |
| TREX-06300 | | National Commission on the Deepwater Horizon oil spill and offshore drilling | Hearsay and document incomplete; Fed. R. Evid. 403 | BP Parties |
| TREX-20013 | | MBI Testimony of Jimmy Harrell | Hearsay; 46 U.S.C § 6308 | Transocean |

LEXISNEXIS FILE & SERVE
40085319
Sep 28 2011
7:58PM
E-SERVICE