UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### ORDER

**[Regarding the PSC's Request for Leave to Serve Discovery]**

On September 26, 2011, the PSC submitted a request for leave to serve written discovery, including requests for admission and/or requests for production relating to a letter, dated July 22, 2010, from the Governor and Attorney General for the State of Texas to Doug Suttles and Jack Lynch of BP. BP opposes the request.

IT IS ORDERED that the PSC's request of September 26, 2011 for leave to serve discovery is DENIED.

New Orleans, Louisiana, this 29th day of September, 2011.

_____
**Sally Shushan**
**United States Magistrate Judge**