UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

500 Poydras Street
New Orleans, LA 70130

(504) 589-7600



U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   SEP 2 7 2011
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| -And- | D. MONTGOMERY | MDL NO. **11-2298** |
| | All Other Similarly Situated Parties<br>*Plaintiffs*, | SECTION: **SECT. J MAG. 1** |
| Vs | | JUDGE |
| | UNITED STATES OF AMERICA DEPARTMENT OF HOMELAND SECURITY UNITED STATES COAST GUARD | MAG. JUDGE Case |
| -And- | | |
| | Director of National Pollution Funds Center - Craig A. Bennett, | |
| | (In his Official Capacity as Director, National Pollution Funds Center United States Coast Guard)<br>*Defendants* | |

## MOTION BY PRO SE LITIGANT TO PARTICIPATE IN ELECTRONIC FILING

I am a Plaintiff in this civil action. I have filed an appearance as a pro se litigant, and I hereby request permission to file electronic documents. In so doing, I consent to the court and opposing counsel using my email address, as listed below, for the purpose of sending me electronic notification of orders, notices, and other documents that are filed in my case.

I understand that hard copies will no longer be issued by the court or opposing counsel. I understand that if my motion is granted, I must complete the Court's required training class on electronic filing for pro se litigants before I can actually begin filing documents electronically. I certify that I can comply with the following requirements:

• A computer with access to the internet.

- Internet Explorer (Version 6 or greater) or Mozilla Firefox (any version).
- Adobe Reader (Version 7 or greater).
- Ability to create PDF files.

_D. Montgomery_
Name of Pro Se Litigant

_33523 Eight Mile RD Bldg A-3 STE 108_
Street Address

_Livonia, MI 48152_
City, State, Zip Code Telephone

Duane_Montgomery@yahoo.com       duane_montgomery@yahoo.com
                                  ^ underscore
Email Address          _[signature]_

_____
Date Signature

Rev. 6/21/10

UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

500 Poydras Street
New Orleans, LA 70130

(504) 589-7600

|  |  |  |
|---|---|---|
| -And- | **D. MONTGOMERY** | **MDL NO.** |
|  | **All Other Similarly Situated Parties** | **SECTION:** |
|  | *Plaintiffs,* | **JUDGE** |
| Vs |  | **MAG. JUDGE** Case |
|  | **UNITED STATES OF AMERICA DEPARTMENT OF HOMELAND SECURITY UNITED STATES COAST GUARD** |  |
| -And- |  |  |
|  | **Director of National Pollution Funds Center - Craig A. Bennett,** |  |
|  | (**In his Official Capacity** as Director, National Pollution Funds Center United States Coast Guard) *Defendants* |  |

**11-2298**

**SECT. J MAG. 1**

### Certificate of Service

I hereby certify that on __September 7, 2011__ [date], a copy of the foregoing "Motion by Pro Se Litigant to Participate in Electronic Filing" was filed and served by mail on the following:

Mr. Craig A. Bennett
Director, National Pollution Funds Center
United States Coast Guard US COAST GUARD STOP 7100
4200 WILSON BLVD STE 1000
ARLINGTON VA 20598-7100

_____
Signature of Pro Se Litigant