# EXHIBIT 2

UNITED STATES DISTRICT OF COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § § § § § | MDL No. 2179 SECTION: J JUDGE BARBIER MAG. JUDGE SHUSHAN |
| Applies to: All Cases 2:10-cv-02771 | | |

**HALLIBURTON ENERGY SERVICES INC.'S *EX PARTE* MOTION FOR LEAVE TO FILE REPLY TO BP'S OPPOSITION**

Halliburton Energy Services, Inc. ("HESI") files this *Ex Parte* Motion for Leave to File Reply to BP's Opposition, and in support of the same, respectfully shows as follows:

On September 1, 2011, HESI filed its Opposed Motion for Leave to File Second Amended Cross-Claims. (Dkt. No. 3893), ("HESI's Motion"). Thereafter, on September 19, 2011, the BP Entities filed their Opposition to HESI's Motion for Leave to File Second Amended Cross-Claims ("BP's Opposition"). Thereafter, the undersigned contacted the Court regarding filing a reply to BP's Opposition. *See* E-mail dated           attached hereto as Exhibit 1. The Court advised that HESI could file its Reply to BP's Opposition on September 29, 2011. Based upon this communication, HESI prepared the attached Reply to BP's Opposition to HESI's Motion for Leave to File Second Amended Cross-Claims attached hereto as Exhibit 2. HESI requests leave to file the attached Reply to BP's Opposition in accordance with counsel's prior communications with the Court. *See* Exhibit 1.

## CONCLUSION

For these reasons, Halliburton Energy Services, Inc. respectfully requests the Court to grant it leave to file the attached Reply to BP's Opposition to HESI's Motion for Leave to File Second Amended Cross-Claims, and for the Court to deem Exhibit 2 filed as of the date of filing this Motion, and for such other and further relief the Court may deem it justly entitled.

Dated: September 29, 2011.

Respectfully Submitted,

**GODWIN RONQUILLO PC**

**By:** /s/ Donald E. Godwin
Donald E. Godwin
*Attorney-in-charge*
State Bar No. 08056500
dgodwin@GodwinRonquillo.com
Bruce W. Bowman, Jr.
State Bar No. 02752000
bbowman@GodwinRonquillo.com
Jenny L. Martinez
State Bar No. 24013109
jmartinez@GodwinRonquillo.com
Floyd R. Hartley, Jr.
State Bar No. 00798242
fhartley@GodwinRonquillo.com
Gavin E. Hill
State Bar No.  00796756
ghill@GodwinRonquillo.com
Renaissance Tower
1201 Elm, Suite 1700
Dallas, Texas 75270-2041
Telephone: (214) 939-4400
Facsimile: (214) 760-7332

and

R. Alan York
AYork@GodwinRonquillo.com
Jerry C. von Sternberg
JVonSternberg@GodwinRonquillo.com
Misty Hataway-Coné
MCone@GodwinRonquillo.com
1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone:  713.595.8300
Facsimile:  713.425.7594

**ATTORNEYS FOR DEFENDANT
HALLIBURTON ENERGY SERVICES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Halliburton Energy Services, Inc.'s Motion for Leave to file Reply to BP's Opposition was filed electronically with the Clerk of the Court using the CM/ECF system and that notice of this filing will be sent to all counsel through the CM/ECF system on this 29th day of September, 2011.

/s/ Donald E. Godwin
Donald E. Godwin