# EXHIBIT 1

**Hunter, Faleen**

---

| | |
|---|---|
| **From:** | Mike_OKeefe@laed.uscourts.gov |
| **Sent:** | Tuesday, September 20, 2011 9:53 AM |
| **To:** | York, R. Alan |
| **Cc:** | andrew.langan@kirkland.com; Godwin, Donald; Don K Haycraft |
| **Subject:** | RE: Halliburton's Motion for Leave to Amend (Rec. doc. 3893) |

Alan:  That will be fine.  Mike

| | |
|---|---|
| From: | "York, R. Alan" <AYork@GodwinRonquillo.com> |
| To: | <Mike_OKeefe@laed.uscourts.gov>, "Godwin, Donald" <DGodwin@GodwinRonquillo.com> |
| Cc: | <andrew.langan@kirkland.com>, "Don K Haycraft" <dkhaycraft@liskow.com> |
| Date: | 09/20/2011 09:11 AM |
| Subject: | RE: Halliburton's Motion for Leave to Amend (Rec. doc. 3893) |

Mike:

Yes Halliburton does plan to file a reply.  For a couple of reasons, including that a couple of our key team members are in London for depositions this week, we would like to file our reply by next Thursday, September 29, if that is acceptable.

Thanks.

Alan

**R. Alan York**
Board Certified - Civil Appellate Law
Texas Board of Legal Specialization

1331 Lamar, Suite 1665
Houston, Texas 77010
713.595.8301 Direct   (800.662.8393 Toll Free)
713.595.8333 Fax
AYork@GodwinRonquillo.com
GodwinRonquillo.com

This electronic transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender that is protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510 and 2521 and may be legally privileged. This message (and any associated files) is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any

dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this communication in error, please notify Godwin Ronquillo PC immediately by telephone (800.662.8393) and destroy the original message. Messages sent to and from us may be monitored.

IRS Circular 230 Required Notice--IRS regulations require that we inform you as follows: Any U.S. federal tax advice contained in this communication (including any attachments) is not intended to be used and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or tax-related matter[s].

---

**From:** Mike_OKeefe@laed.uscourts.gov [mailto:Mike_OKeefe@laed.uscourts.gov]
**Sent:** Tuesday, September 20, 2011 8:07 AM
**To:** York, R. Alan; Godwin, Donald
**Cc:** andrew.langan@kirkland.com; Don K Haycraft
**Subject:** Halliburton's Motion for Leave to Amend (Rec. doc. 3893)

Don and Alan:

BP filed its opposition yesterday (Rec. doc. 4067). Will Halliburton file a reply? If so, please let me know when you anticipate filing it.

Mike

9/29/2011