Date: August 19, 2011



BY U. S. MAIL.

Honorable Carl J. Barbier

Judge, United States District Court

Eastern District of Louisiana, Section "J"

500 Poydras Street, Room C-256

New Orleans, Louisiana 70130.

U. S. DISTRICT COURT
Eastern District of Louisiana

FILED  AUG 2 2 2011

LORETTA G. WHYTE
Clerk

Plaintiffs' reply to Defendants letter dated August 8, 2011. Velma Jean Richards v. British Petroleum- BP, et al. Case # 11- civ. 1096

    Re: 1. Motion to Supplement claim.

    2. Motion- Strike Recommendation, to Consolidation of pending case no. 11- civ. 1096 with MDL- 2179.

    3. Cameron opposition to motion is a case of the "Fox guarding the Hen House" scenario. Stay tuned.

Dear Judge Barbier:

___ Fee_____
___ Process_____
_X_ Dktd_____
_X_ CtRmDep_____
___ Doc. No._____

Federal Rules Civil Procedures 15.

1(a). As noted on Plaintiffs' Civil Cover Sheet @ #IV Nature of suit (Place an "X" in One Box Only) Property Rights / Copyright is marked "X" @ # 820.

1(b). Plaintiff Motion- Dated July 29, 2011 tendered for filing August 2, 2011. U. S. District Court Eastern District of Louisiana by Loretta G. Whyte- Clerk. Plaintiff Copyright Service Request # 1603581571- oil retrieving system. Patent Pending #61408961- oil retrieving system. Author original work of Art- relates back to date of original pleading/ Relation Back of Amendments, i. e. Document- Certification of Registration #VAu1- 069- 851, that has seal of the United States Copyright Office 1870. Title of work: oil retrieving system. Author original work of Art is in the Library of Congress. see enclosed copy.

1(c). In a class action- Registration is a jurisdictional Prerequisite to Copyright Infringement claim.
Plaintiff is the Registered Copyright holder with a Patent Pending of Author original work of Art. Plaintiffs claim- Theft Intellectual Property Copyright is not a similarly situated class action case.

Federal Rules of Civil Procedures 12.

2(a). Motion to Strike- Recommendation to Consolidation, Dated June 10, 2011, tendered for filing June 14, 2011 U. S. District Eastern District of Louisiana Clerk. Plaintiff Motion to Strike consolidation was file before the process was served.

2(b). Plaintiff didn't ask for a Intervention to be a party of MDL-2179 case in her claim- this court. Plaintiff claim #11- civ- 1096 is a Copyright Infringement, with other cause of action as well as. Plaintiff is the only Registered Copyright owner #VAu1- 069- 851- oil retrieving system- Author original work of Art.

2(c). Consolidation would cause undue prejudice to plaintiffs' claim. All of Defendants have been process served.

3(a). Federal district courts have subject- matter jurisdiction over copyright infringement action based on 28 U.S.C. 1331 and 1338.

3(b). Copyright Law of the United States of America and Related Laws contained in Title 17 of the United States Code Chapter 5.

3(c). U. S. Code: Title 18, 1956.

Plaintiff further states the Motion to Amend Claim, Dated May 24, 2011, tendered for filing May 27, 2011. This was due to an act of negligence(erred). The claim was marked by being bound. My claim was subsequently unbound and miss filed. Reasoning for Plaintiff asking court permission to add missing 5 pages to the claim. Starting at number 4 on page 8 of claim. The pleading was a set of 13 pages bound together. As per, Pro se Office pages 1 to 7 included, pages 8 to 12 not included(missing 5 pages) and also page 13 was with the set. Plaintiff asked court permission to add missing pages to Amend Claim. Plaintiff was inform that the last page 13 wasn't signed, so I resent that page also. Plaintiff originally Filed Claim on April 20, 2011. I Finally received back my true copies and sent Claims and Summons to U.S. Marshals Services for service on June 23, 2011.

This is a true "jurisdictional" condition for a cause of action.

Case Questions.
1. Critical Legal Thinking.
2. Business Ethics.
3. Contemporary Business.

The Honorable Carl J. Barbier sits

Page 4 of 6

as the trier of fact. Plaintiff stated on her claim head- list as follows.

1. Velma Jean Richards, Plaintiff, v. British Petroleum- BP, et al., Cameron International, et al., Halliburton, et al., Transocean, et al., Gulf Coast Claims Facility, et al., Defendants. Those filings with the Secretary of State Texas and Louisiana are Foreign for Profit Corporation with Registered Agents.

2. Gulf Coast Claims Facility, et al., is not a Registered Business with the Secretary of State Ohio and is a DBA of Garden City Group at the same address location. Garden City Group is a filing- Foreign for Profit Corporation out of Delaware.

Plaintiff is a American- INDIVIDUAL WITH DISABILITIES EDUCATION ACT(IDEA). Family ties before 1778 in America with a Host Ancestral File.

Respectfully submitted, to Judge Barbier.

Thank you,

*Velma Jean Richards*

"Copyright" 2011- VELMA JEAN RICHARDS, Litigant

305 WEST 72nd. STREET

APT. 11C

845- 337- 9254

V.Rich.@att.blackberry.net

cc: Phil Wittmann- Cameron International, et al. (by U.S. Mail)

<u>pwittmann@stonepigman.com</u>

British Petroleum- BP., et al.

Transocean, et al.

Halliburton, et al.

Gulf Coast Claims Facility, et al.

Defense Liaison Counsel

Defense Steering Committee

Plaintiff's Liaison Counsel

Mr. R. Michael Underhill

Mr. Corey L. Maze

Ms. Mary Rose Alexander

Mr. Ben Allums

Mr. Michael O'Keefe

# STONE PIGMAN WALTHER WITTMANN L.L.C.

### COUNSELLORS AT LAW

546 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130-3588
(504) 581-3200
FAX (504) 581-3361
www.stonepigman.com

PHILLIP A. WITTMANN
DIRECT DIAL: (504) 593-0804
DIRECT FAX: (504) 596-0804
E-Mail: pwittmann@stonepigman.com

OUR FILE NUMBER

45,600
43,382

August 8, 2011

**BY EMAIL**

Honorable Carl J. Barbier
Judge, United States District Court
Eastern District of Louisiana, Section "J"
500 Poydras Street, Room C-256
New Orleans, Louisiana 70130

Re:  *Velma Jean Richards v. British Petroleum-BP, et al.*
     No. 11-cv-1096 c/w MDL 2179

Dear Judge Barbier:

We write concerning the Motion to Supplement Claim (R.Doc. 3520) that is pending in the subject suit, which has been consolidated into MDL 2179. No response to that motion is required of Cameron or any other party in the suit pursuant to Pre-Trial Order No. 15, issued in MDL 2179. PTO 15 expressly provides that all pending and future motions are continued without date and that no responses to motions are due until two weeks before the hearing date set by the Court.

Cameron will file an opposition to the motion whenever required by the Court to do so.

Please let us know if the Court has any questions of Cameron in this regard.

Thank you for your consideration.

Respectfully yours,

*Phil Wittmann*

Phillip A. Wittmann

PAW/cmb

1065910v.1

STONE PIGMAN WALTHER WITTMANN L.L.C.

PAGE 2

August 8, 2011

    cc:    Ms. Velma Jean Richards (by U. S. Mail)
            Defense Liaison Counsel
            Defense Steering Committee
            Plaintiff's Liaison Counsel
            Mr. R. Michael Underhill
            Mr. Luther Strange
            Mr. Corey L. Maze
            Ms. Mary Rose Alexander
            Mr. Ben Allums
            Mr. Michael O'Keefe



### UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 61/408,961 | 01/18/2011 | | 110 | | | |

**CONFIRMATION NO. 1071**

Velma Jean Richards
305 West 72nd Street 11C
New York, NY 10023

**FILING RECEIPT**

*OC000000046594887*

Date Mailed: 03/16/2011

Receipt is acknowledged of this provisional patent application. It will not be examined for patentability and will become abandoned not later than twelve months after its filing date. Any correspondence concerning the application must include the following identification information: the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF INVENTION. Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this receipt. **If an error is noted on this Filing Receipt, please submit a written request for a Filing Receipt Correction. Please provide a copy of this Filing Receipt with the changes noted thereon. If you received a "Notice to File Missing Parts" for this application, please submit any corrections to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections**

**Applicant(s)**
    Velma Jean Richards, New York, NY;
**Power of Attorney:** None

**If Required, Foreign Filing License Granted:** 03/16/2011

The country code and number of your priority application, to be used for filing abroad under the Paris Convention, is **US 61/408,961**

**Projected Publication Date:** None, application is not eligible for pre-grant publication

**Non-Publication Request:** No

**Early Publication Request:** No
**\*\* SMALL ENTITY \*\***
**Title**
    OIL RETRIEVING SYSTEM(DEVICE)

## PROTECTING YOUR INVENTION OUTSIDE THE UNITED STATES

Since the rights granted by a U.S. patent extend only throughout the territory of the United States and have no effect in a foreign country, an inventor who wishes patent protection in another country must apply for a patent in a specific country or in regional patent offices. Applicants may wish to consider the filing of an international application under the Patent Cooperation Treaty (PCT). An international (PCT) application generally has the same effect as a regular national patent application in each PCT-member country. The PCT process **simplifies** the filing of patent applications on the same invention in member countries, but **does not result** in a grant of "an international

page 1 of 3

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VAu 1-069-851**

Effective date of registration:

May 31, 2011

---

## Title
**Title of Work:** oil retrieving system

## Completion/Publication
**Year of Completion:** 2010

## Author
- **Author:** velma jean richards
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** velma jean richards
305west 72nd street apt.11c, new york, NY, 10023

## Rights and Permissions
**Name:** velma jean richards
**Email:** v.rich@att.blackberry.net    **Telephone:** 845-337-9254
**Address:** 305west 72nd street apt.11c
new york, NY 10023

## Certification
**Name:** velma jean richards
**Date:** May 2, 2011

Page 1 of 1

**From:** Velma Jean Richards
305 W 72nd St. Apt. 11C
New York, N.Y. 10023

# ReadyPost.

Utility Mailer

**To:** Honorable Carl J. Babier Judge
United States District Court
Eastern District of Louisiana Section J
500 Poydras Street Room C-256
New Orleans, Louisiana 70130

U.S. MARSHALS



U.S. POSTAGE PAID
NEW YORK, NY
10023
AUG 20 '11
AMOUNT
$1.48
0003510-05