

RECEIVED

SEP 2 6 2011

CHAMBERS OF
U.S. DISTRICT JUDGE
CARL J. BARBIER

UNITED   STATES   DISTRICT   COURT

EASTERN   DISTRICT   OF   LOUISIANA


Honorable   Carl   J.   Barbier

Judge,   United   States   District   Court

Eastern   District   of   Louisiana,   Section   "J"

500   Poydras   Street,   Room   C- 256

New   Orleans,   Louisiana   70130


U. S. DISTRICT COURT
Eastern District of Louisiana

FILED   SEP 2 6 2011   *CK*

LORETTA G. WHYTE
Clerk

VELMA   JEAN   RICHARDS, Plaintiff,


Notice   of   Motion OPPOSITION   TO

DISMISSAL   OF PLAINTIFF

DECLARATORY   RELIEF.

Submission


                    v.


Civil   Action   No.

11-   1096,   J (1)


BRITISH   PETROLEUM-   BP,   et   al.,

CAMERON   INTERNATIONAL,   et   al.,

HALLIBURTON,   et   al.,

GULF   COAST   CLAIMS   FACILITY,   et   al.,

TRANSOCEAN,   et   al.,   Defendants.

September   23,   2011.

___ Fee___
___ Process___
_X_ Dktd___
_X_ CtRmDep___
___ Doc. No.___

CLAIMS  THEFT  OF  INTELLECTUAL

PROPERTY.


NATURE  OF  SUIT-

COPYRIGHT#VAu1- 069- 851

CAUSE  OF  ACTION-  INFRINGEMENT

Underlying (commercial  derivative).

Defendants  are  all  Foreign  for  Profit Corporation.  Performance  Restricted

Attribution  NON-  COMMERCIAL  NO DERIVATIVE.

Patent  Pending#61408961.


INDIVIDUAL  WITH  DISABILITIES

EDUCATION  ACT(IDEA)


NOTICE  OF  MOTION  SUBMISSION  AND

ORAL  ARGUMENT  DATE.


MOTION  TO  OPPOSE  DISMISSAL  OF PLAINTIFF  DECLARATORY  RELIEF.

## INTRODUCTION

Under  the  Declaratory  Judgment  Act-

relates  to  an  actual  "claim  arising under federal  law  that  another

asserts against him"...

Uniform Commercial Code.

Uniform Commercial Code.

1.  Cost- Shifting (splitting the baby),

2.  Ambrogia & Pietro Lorenzetti Brothers.

3.  ENPERSIN TSA.

4.  Igma v. O' Rourke ( Birth of a Nation) 5. Personal Injury Plaintiff.

6.  The King of Torts- common law Central K.

7. Library of Congress- World

Plaintiff copyright is legal Internationally.

Defendant can't usurp Plaintiff Copyright in District Court. Please Read

U. S. Copyright law and Reconsider. Defendants are Pirates with criminal

background violations. Only Plaintiff can authorize permission for

everything in Copyright law.

Library of Congress- @ bat Oil

Retrieving System with

Patent Pending and Trademark- claim in specification. Also copyrights to

commercial derivative.

9.  Longshore and Harbor Workers' Compensation Act- Chemical/ Petrochemical-

commercial derivative.

10. Fair Debt Collection Practice Act (Insurance, BAD FAITH).

11. "fora" rather than "forum" - Big Controversy.

12. Toga Party- COST- U- MES.

13. Bright Lines- first impression.

14. Examines the interplay between two statutory schemes.

    a. Federal Civil Procedure.

    b. States offer of judgment. provision, e. g. Alabama and

Louisiana.

16. Decision dealing with Cornucopia of the World.

    a. Rebirth of a Nation.

    b. A Global Settlement of Recovery for private Native American Plaintiff and US.

17. Plaintiff VJRichards Trust and a Associated Corporation. Rule-14. Homeowner Association Law "prevailing party" Declaratory Relief- for a commercial derivative in U. S. Copyright Office. United States Patent and Trademark Office- a Regulatory Agency in the United States Of America. Copyright are Legal Internationally- WORLD TRADE ORGANIZATION protects Copyright owner. Plaintiff expressed original work of Art is a text. Permission is the exclusive authority of copyright owner for commercialize.


Defendants underlying (commercial derivative) Infringement- didn't get permission from- original author expression of her art.


18. 268 F. 3d. 1323/Collin County, Tex v. Homeowner's Ass'n for Values Essential to Neighborhoods (Haven), 915 F. 2d. 167, 171 (5th cir. 1990)/ Di Rosario v. Haven (1987) 196 Cal. App. 3d. 1224.

According, because "it is the underlying cause of action of the defendant against the plaintiff that is actually litigated in a declaratory judgment action, PLAINTIFF IS THE MASTER OF HER CLAIM. "I.E., IT IS UP TO PLAINTIFF TO DECIDE WHO THE PARTIES TO THE LAWSUIT WILL BE AND WHICH CLAIMS WILL BE ASSERTED.

DEFENDANTS IS REQUIRED TO RESPOND TO PLAINTIFF CLAIM...A DECLARATORY RELIEF.

Litigation:

Antitrust

Securities

Intellectual  Property

Shareholder  Derivative

Trust  and  Estates

Commercial

Tax

ETC.

a party bring a declaratory judgment action must have been a proper party, had the defendants brought suit on the underlying cause of action, FEDERAL RULES OF CIVIL PROCEDURES

FRCP- 1948, 1963, 1966,1970,ETC.

I'd @ affidavit page 1- 76 , plaintiffs claim@ pg.#1-13, Specifications pg. 41 of affidavit line # 2. I claim and specify that this Machine, (c) 2010 Trademark and process differs from previous Patent and Technology Device/ Intellectual Property, Excerpts from New York Times, Freedom of Information Act and Privacy Act.

Defendants underlying cause of action commercial derivative- Copyright infringement.

Defendants exploited my original expressed work of Art as a commercial derivative without permission 1- 7, in Pleading pg.#1 ,2 ,3 @ #2, 3, 4, 5, 9, 12.

Plaintiff original application for Patent was filed on November 1, 2010. see letter dated 11/22/2010 from USPTO.

Case in point:

Patent Application beginning with #61 are US/United States. Application beginning#62 are GB/ Great Britain, i.e. England. Plaintiff VJRichards application Patent is US#61408961.

Case in point:

Patent Application#GB10210128, Owner: Paul F. Jauncey, Country of Residence GB, Publication#GB2473165, Application filing date: 13 December 2010. Patent Application Title: Oil Spill recovery method, vessel and apparatus.
This Application was filed after I filed my OIL RETRIEVING SYSTEM in the US. See letter From USPTO , dated 11-22-2010. re: original filing date.
Plaintiff Specification- OIL RETRIEVING SYSTEM.

Plaintiff claim to Trademark- in affidavit pg#41 line#3- 17.
Copyright#VAu1- 069- 851. Trademark used by Defendant is a Commercial Derivative- underlying cause of action- Infringement.
Usurpation for commercial use.

Case in point:

When Bill Clinton was going through his Impeachment. I was doing research at Brooklyn Law School. I came across Baron de Monteuieu in the spirit of the laws, advocated for a separation of powers between the political legislature and executive body. Their principal was that no

person should be able to usurp all powers of the state in contrast to absolutist theory. I called the White House, and said this to the telephone operator- the Republican conservatives can't usurp the power of the President. I received a letter from President Clinton. I also wrote President Clinton and the First lady and did a Fundraiser for them at the Cathedral in N. Y. I also called WABC radio station in N.Y. and said this to Shaun Hannity, so he double team me in the conversation and hung- up. Usurp became Mr. Hannity mantra. True story! go to the tape, my voice.

case in point:

Cameron International web page@ Title: Hinge over Subsea Template (Host R) System. See Plaintiff claim pg.# 1- 13@pg. 3 line#1. Specification pg. 1- 76 affidavit pg.#40# 6 and B. Defendant want Fair use in Plaintiff Trademark Property Rights.

Defendants claim for a common law Infringement Trademark- False Claim Act. See- Performance Restricted Attribution non- commercial no derivative. All Defendants are foreign for profit corporations- Commercial

Dismissal of Plaintiff Declaratory. Relief is a Summary Judgment, Demurrer suit in law to Quiet Title- Plaintiff Copyright.
Plaintiff didn't give permission to Defendants to exploit her Art Internationally. False Claim Act.

Preliminary Statement

"I'd Here the court agrees with BP that Plaintiff have not identified a cause of action that would entitle them to their requested relief". CONTRACTUAL/TORT, BREACHES, FRAUD AND RECOVERY OF REASONABLE VALVE OF THE LEGAL REFERRAL AND BUSINESS(DECKER ISLAND) THAT RENDERED, VARIOUS OTHER PLEADING WERE FILED IN THIS ACTIONS.

Intellectual Property Rights-
underlying- meaning derivative(copyright infringement) Commercial.

The Pleading- pg.#1- 13. of the claim I'd.@ numerous federal cause of action and criminal violations. Pleaded Piracy in Plaintiff claim@ pg.#11 #19.

Plaintiff moving for Summary Judgment, Business works and Private Attorney General works. A private person standing to bring a lawsuit to vindicate the private and public interest. Defendants False claim of non-commercial.

Although Plaintiff is a Disable Native American, this is not a Child Custody Case. Plaintiff ask for help against Foreign for Profit Corporation, abusing American citizens. Plaintiff claim pg.#1- 13, Affidavit pg. # 1- 76.

Statement of Case- Authorities,
U.S. High Country Broadcasting Co., 3F. 3d. 1244 (9th cir. 1993).

Ohio Bell v. Public Utilities Commission, 301 U.S . 292 (1937) waiver of fundamental rights will never be presumed. Brady v. U.S., 397 U.S. 742, (1970) waiver must a knowingly intelligent act due process, as guaranteed by U.S. Constitute. Direct, Vicarious and Contributory Infringement. Infringer 17 U.S.C. 107.

Marilyn Bartlett, Plaintiff,- Appellee v. New York State Board of Law Examiners, 97- 9162. tobacco documents 1902;  half the shares were held.

James K. Simpson et al., Appellants, va. Austin Dall et al., Appellee.

Wrotnowski v. Connecticut Secretary of State, Docket at Supreme Court no. 08A469. Nov.26, 2008. How our Heritage is sold out- Oil for Immigration.

74 Nw. U.L. Rev. 721 (1979-1980).

267 F. 2d. 247, LA Salle National Bank not personally but as Trustee, under Trust no. 17365 and Aaron B. Weiner, Plaintiffs- Appellants v. 222 East Chestnut Street Corporation, Defendant- Appellee no. 12478 U. S. Court of Appeals Seventh Circuit.

Tax Refund Suits against Collectors of Internal Revenue; Plumb, Williams T. Jr. Law Review, taxpayer might give bond and litigate the merits of the tax in defense of a suit Vol. Lx May 1947 no.5, f0 Harv. L. Rev. 685(1949-1947).

Forum Juridicum framing and Reviewing a Desegregation De Cree: of the Chancellor's Foot and Fifth Circuit Control; Baier, Paul R..

Legends about the Civil Justice System so Ariz. L. Rev. 717 (1998) Oil Strike in Hell: Contemporar Legends about the Civil Justice System, an; Galanter, Marc. 1. The "Jaundiced View" of American Civil Justice.

11 Fair Empl. Prac. Dec. P. 10, 504 Sandra Lee Kaplan Plaintiff- Appellee v. International Alliance of Theatrical and Stage employees and Motion Pictures Machine operators of the United States and Canada, local 659, International Photographers of Motion Pictures Industries, Defendants- Appellants no. 73-2555, 73-3392 Court of Appeals Ninth Circuit.

728 F. 2d. 748 State of Louisiana, Guste v. M/v. Testabank M/s| Open Jurist, Sidney D. Torres, 3rd., Kenneth B. Krobert  Chalmette, La., for Gulf Outlet et al... Court of Appeals Fifth Circuit.

U.S.A. BP Exploration & Production., et al.,.

746 F. 2d. 1033.

40 fed. R. Serv.  2d. 608, 224 U.S .P. Q

114 Louisiana World Exposition Inc. no. 84-3032 Court of Fifth Circuit.

823 F. 129

1987- 2 cases 67, 8 Fed. R. Serv. 3d. 557. Union City Barg line, Inc. And Union City Fuel- Company Inc. Plaintiff- Appellants, v. Union Carbide Corporation, E.W.

Saybolt and Company, Inc. and Gulf Coast Petroleum Products, Inc. Defendants Appellee's no. 85- 2878 Court of Appeals, Fifth Circuit.

The Kermanj Foundation Bio Medica and Genetic Research Foundation v. Broward County Property Appraiser's Office et al., Seventh Circuit affirmed federal district court.

Symposium: Return to Missouri  v. Holland: Federalism and International Law: Note: The split on Sanctioning Pro se Litigants under 28 U.S.C. 1927: Choose wisely when picking a side, Eight Circuit(c). 2008 curators of the University of Missouri. Law Review author- Kelsey Whitt, excerpts.

Microsoft Conclusion of Law and Final order civil action no. 98-1232 (TPJ), 98- (TPJ).

The St. Joe Company, Plaintiff v. C. A. no.1: 10 cv. 968 LPS...

776. F. 2d. 506.

AMBASE Corporation and Carteret BanCorp, Inc., Plaintiff, and Federal Deposit Insurance Plaintiff- Intervenor v. The United States,COFC no.93-531C Aug. 31, 2011 .
268 F. 3d 1323/ Myland/VAL-COM ACQUISITIONS TRUST et al., v. Wells FARGO BANK NATIONAL ASSOCIATION, civil no. 3: 10-cv.-1331L Brian Saul and Document 18. Collin County, Tex v. Homeowner's Ass'n for Value Essential to

Neighborhoods(Haven),915 F. 2d. 167, 171 5th cir. 1990) Di Rosario v. Haven(1987) 196 Cal. App. 3d. 1224[242.

Vermont Agency of Natural Resources v. U.S. ex rel  Steven and the Future of Public Law.

(L.A. Wenger Contracting Co. 2010 NY Slip Op. 52236 (U) Sup. Ct. Suffolk County) Section 7-1.18 of the Estates, Power & Trust Law.

Cherry River Music Co. v. Simitar Entertainment Inc. 38F. Supp. Ed. 310 (S.D.N.Y. 1998).

Igma v. O'Rourke , G042685 4th District Div. 3 April 26, 2010.

Regency Outdoor Advertising, Inc.  v. City of Los Angeles, 39 Cal. 4th 507, 532(2006).

ABBA  v.  Cooper.

BIHUN  v.  AT&T.

Christensen  v. Stevedoring Services of America 557 F. 3d. 1049 (9th cir, Mar 2, 2009 and Van Skike, v. Directors, 557 F. 3d. 1041( 9th cir. Mar. 2, 2009).

National Petroleum Refiners, Ass'n v. FTC 482 F. 2d. 672 (D.C. Cir. 1973), certi denied, 415 U.S. 951 (1974).

Early Stage Patent Infringement (July 4, 2011, Patexia. July 4, 2011... Taylor Valve Technology Inc.  v. Scientific Lining & coating... Plaintiff Lawyer(s): Gerard M. O'Rourke Defendant(s) Best Buys;... Ogma LLC v...

Di Rosario v. Haven(1987) 196 Cal. App. 3d. 1224[242

The Gift School  v. Grahavac Construction Co.

Associated Industries  v. Ickes cited in County of  Inyo  v. City  of  Angeles.

In Cedar- Sinai Medical Center  v. Superior Court(1998) 18 Cal. 4th 1, 12[74 Cal. Rptr. 2d. 248, 954 P. 2d. 511] Intentional Spoliation of Evidence.

Tewan De-Ox Sys., Inc.,  v. Mountain States| Rosen LLC., case no. 10-50137 (5th cir. April 5, 2011) (Prado J.) Group One v. Hallmark 5th Cir. Opinion in Water Service 5th Cir. Ventura -Patent Pending are not publish as per USPTO.

William A. Graham Co. v. Haughey, et al., case no.10-2762 3d. Cir. May 16, 2011(Smith, J.).

Penguin Group (USA) Inc. v. American Budha case 09-1739.

Uphold our Heritage
 v.  Town of Woodside.

Apple Inc.  v. Psystar Corp.

The House of the Law.

The Structure of the law obscured.

Bulletin- U.S. Department of Justice.

Foreign Corrupt Practice Act, notable cases- Halliburton, News Corporation.

Application of the Rooker- Feldman Doctrine in Bankruptcy cases.

Social Networking Website and the DMCA: A Safe- Habor from...

Northwestern... Northwestern Law- Northwestern University. School of Law< Above

the Law... Lawyerly Lairs Update: Plaintiff reasoning for propria persona

Litigant.

Torture Victim Protection Act- for Native American Plaintiff against

Multinational Corporation, that abuse Humanity.

Universal City Studio, Inc. v. Reimerdes United States District Court for the

Southern District of New York 82 F. Supp. 2d. 211; 2000 U.S. Dist. Lexis U.S.P.Q.

2d (BNA) 1780 February 2,2000.

U.S.Supreme Court Muller v. State Of Oregon, 208 U.S. 412 (1980) cert. Muller,

Plff in Err., v. State of Oregon.

no.107 argued Jan. 15, 1908.


Adler v. Relynet, Inc. et al.,.


903 F. 2d. 434 The Forum Corporation of North America.


Document 94:: DeMeo v. Kean et al::|:

2007 cv. 01275:: New York...


811F. 2d. 1464.


439 U.S. 322.

Argument


Plaintiff- (c)#VAu1- 069- 851, 2010

Vinegar Solution Patent Pending#61408961 is a Homogeneous mixture. It is

anti- microbe. That is what clean-up the oil in Gulf of Mexico(Seas).

See Plaintiff claim pg.#1- 13. @pg. #1, #4. pg.#2, line#1- 7. Plaintiff

Specification- affidavit pg.1- 76 @pg.40 @#3, and (F). My vinegar solution is

dispersant - chemical $CH_3COOH$.

NAHCO Holding- Associated with Exxon and BP- manufacture chemical

dispersant- for example Sea Brat. Baking Soda- chemical $NAHCO_3$ also used

by this Company.

Case # 99  civ.  3416.  Whistle-  blowing,  issue  of  public concern(Environment  issue).

@#106, line#3.  New  York  City Dumping  Snow-  the  Westside  of Manhattan, NYC. @ #4.  I  told  (i.  e. White  House,  WABC  Radio)  attorney for  the N.Y.C.P.D.

@#171, line#1.  Spoken  as  a  citizen matter  of  public  concern(i. e.  N.Y. Post,  N.Y.C.  Dumping  Snow). @#172-line#15

Water  Pollution  Control  Act,  Clean  Air Act-#16  Marine  Protection  Act. This was  Divine  Intervention,  when  I  look out  my  bedroom  window, overlooking the  park  and  Hudson  River.  Now, I and see  EPA  and  Coast Guard  Patrolling the  Hudson  River  on  the  Westside  of Manhattan-  I'm humble by grace, and the  water  is  so  clean. Thanks,  Vinegar  Solution  and the  hope  of  the  World  Waterways  as  well.  I'm so  humble  that,  after  I had complained  and  yet,  had  the  solution all  the  time.


Trade  Secrets  Disclosure  by  Adam  A. Aucher-  Combining  disclosed Technology can  be  a  protected Trade  Secret.


In  the  Matter  of "Splitting  the  Baby". Defendants  Federal  Court  of  Australia - Kangaroo  Trial. Prayers  for  the  Host-  The  Judgment of  Solomon  in  U.S.  Eastern  District Court  Louisiana.


Representational  Standing: U.S. ex  rel Stevens  and  the  Future  of  Public Law  Litigation.

Franchisor attempts to control the Dispute Resolution Forums.

Allegation of Defendants Act as a Group Sufficient to Plead Copyrights and Trademark Infringement.

Article: How to sue without standing. The Constitutionality of citizen suits in non- article in tribunals by David Krinsky.

The Trojan Horse: How the Declaratory Judgment Act created a cause of action and expanded federal jurisdiction while the Supreme Court wasn't looking.
Donald L. Doerning
Pace University
Michael B. Mushlin
UCLA Law Review. Vol 36, no.3, 1989
Federal Question Jurisdiction.

IMSLP: Performance Restricted Attribution Non- Commercial No Derivatives.

Eodatis - History of United States and its People, South Africa, and Hungry .

Ben Franklin- Those who sacrifice Liberty for Security deserve neither.

This is not my first rodeo. My ancestry has been Homeland Security-Fighting Terrorism since 1492. Go to the tape @ vagabondmonth. Info Police Forum & Law Enforcement forum@ Officer.com>Public Forums. My voice and words. Choose wisely.

Personal Injury claim & compensation Financial- negligence case causation.

Bad Faith Claims Litigation Brought Against an Individual- Defendants acted negligently and with willful disregard.

Bad Faith Insurance Claim. Plaintiff seeks payment for Denial of Insurance and Punitive damages.

Transformativeness- Plaintiff will be doing transformative work to USPTO re: my Oil Retrieving System in October/2011. Plaintiff is the only one Authorize to do the Transformativeness of the her original expressed art.

Intentional Spoliation of evidence the Supreme Court observed that trial courts are free to adapt standard. jury instructions on willful suppression to sit the circumstances of the case, including the egregiousness of and nature of the inference arising from the spoliation.

Copyright/Prejudgment Interest in Copyright Infringement suit that tracks to date of first Infringement/Jurisdiction.

Plaintiff states, although all Defendants have been served at Registered Agents by U.S. Marshals. Their is a problem with Transocean, Agent Capitol Corporation Service. They continue to harass me by returning the summon and claim. With permission of the court, can the Attorney of record Transocean please rectify this.

Plaintiff states all Defendants are Foreign for Profit Corporation. All Defendants can KISS MY ASS and GET THE FUCK, OUT OF MY HOUSE with prejudice. My Property Rights under uniform Commercial Code.

Conclusion

Based on the foregoing it is evident that Plaintiff is entitled to Declaratory Judgment. I will petition WTO as well.

Please forgive my French above. Americana is also Royal Society and French Academy.

Request Motion Submission to set Oral Argument date for October 26, 2011, before J- Judge Carl J. Barbier.

Wherefore, Plaintiff respectfully request that the court grants the within Motion for oral Arguments. I ask the court to reconsider Plaintiff Declaratory Judgment. Plaintiff is open to direction of the court on how to preceed.

Certificate by Plaintiff, that copies have been served on all counsel of record- U.S. Mail.

Thank  You,

*Velma Jean Richards*

"Copyright"  2011-  VELMA    JEAN

 RICHARDS,  Litigant

305  WEST  72nd.  STREET

APT.  11C

845- 337- 9254.

cc: Phil  Wittman-  Cameron  International,  et  al., (by  U.S.  Mail)

pwittmann@stonepigman.com

British  Petroleum-  BP., et  al.,

Transocean,  et  al.,

Halliburton,  et  al.,

Gulf  Coast  Claims  Facility,  et  al.

Defense  Liaison  Counsel

Defense  Steering  Committee

Plaintiff's  Liaison  Counsel

Mr.  R.  Michael  Underhill

Mr. Corey  L.  Maze

Ms.  Mary  Rose  Alexander

Mr.  Ben  Allums

Mr. Michael  O'keefe

RECEIVED

SEP 26 2011

CHAMBERS OF
U.S. DISTRICT JUDGE
LEWIS A. KAPLAN

EXPRESS MAIL
UNITED STATES POSTAL SERVICE

Flat Rate
Mailing Envelope
For Domestic and International Use

Visit us at usps.com

Addressee Copy
Label 11B, March 2004

Post Office To Addressee

When used internationally
affix customs declarations
(PS Form 2976, or 2976A).

Please recycle.

EP13F

082708_EM_EP13F  OCT 2008