**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * * * * * | MDL NO. 2179<br><br>SECTION "J"<br><br>JUDGE CARL J. BARBIER<br><br>MAG. JUDGE SALLY SHUSHAN |

***

## ORDER

Considering the above and foregoing Final Motion of Dismissal;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that all matters in this controversy related to Gulf Coast Claims Facility claims filed by the following Plaintiffs against any party including but not limited to, all British Petroleum entities, all Trans Ocean entities, and all other Defendants listed on Attachment "A" to the *Gulf Coast Claims Facility Release and Covenant Not to Sue* are hereby dismissed in their entirety, without full prejudice, each party to bear its own costs.

| Document No. | Case No. | Plaintiff |
|---|---|---|
| 1.  69790 | 2:10-cv-08888-CJB-SS | Steve Gundlach |

1

| | | | |
|---|---|---|---|
| 2. | 66912 | 2:10-cv-08888-CJB-SS | Jared Gros |
| 3. | 65890 | 2:10-cv-08888-CJB-SS | Nathan Braud |
| 4. | 72024 | 2:10-cv-08888-CJB-SS | Jasmine Cafe |
| 5. | 71619 | 2:10-cv-08888-CJB-SS | John White |
| 6. | 57609 | 2:10-cv-08888-CJB-SS | Robert Diaz |
| 7. | 66060 | 2:10-cv-08888-CJB-SS | Elfoudil Mandi |
| 8. | 46990 | 2:10-cv-08888-CJB-SS | Shiv Lodging, LLC |
| 9. | 57306 | 2:10-cv-08888-CJB-SS | Cubs Motel Corporation |
| 10. | 66004 | 2:10-cv-08888-CJB-SS | Cubs Motel Corporation |
| 11. | 46514 | 2:10-cv-08888-CJB-SS | Andras Welders, LLC |
| 12. | 66020 | 2:10-cv-08888-CJB-SS | Joseph Natal |
| 13. | 66023 | 2:10-cv-08888-CJB-SS | Joseph Natal |
| 14. | 70207 | 2:10-cv-08888-CJB-SS | DC Concrete, LLC |
| 15. | 46540 | 2:10-cv-08888-CJB-SS | Dale Naquin |
| 16. | 51695 | 2:10-cv-08888-CJB-SS | Crescent Coating & Services, Inc |
| 17. | 46527 | 2:10-cv-08888-CJB-SS | Guffey's Sports Tavern |
| 18. | 57310 | 2:10-cv-08888-CJB-SS | Tony Kummet |
| 19. | 69093 | 2:10-cv-08888-CJB-SS | Norma Stoddard |
| 20. | 65908 | 2:10-cv-08888-CJB-SS | Orlando Alvarado Building Contractors |

New Orleans, Louisiana this 30th day of September, 2011

_____
UNITED STATES DISTRICT JUDGE