IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" | * * * * * | MDL No. 2179 |
| THIS DOCUMENT RELATES TO: | * * * | |
| VERNON ERNEST ALFONSO | * * * | Case No. 2:2010-cv-08888 |
| Claimant | * * | Individual Case Document No.  77082 |

## ORDER

Considering the foregoing Ex Parte Motion to Withdraw as Counsel of Record filed in the above-captioned action [Ind. Case Doc. No. 77082], it is hereby **ORDERED** that the motion is **GRANTED**, and that Mover, **Brandy Gonzales Scurria** of the firm **Brandy Gonzales Legal Services, LLC**, be and is hereby withdrawn from this proceeding as counsel for Claimant, **Vernon Ernest Alfonso.**

New Orleans, Louisiana this 30th day of September, 2011.

_____
United States District Judge

___Fee _____
___Process_____
_x_Dktd _____
___CtRmDep_____
___Doc No._____

1