UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010<br><br>*Applies to: All Cases*<br>*and*<br>*10-MAG-09/23-1* | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

## ORDER

**[Modification of Order of October 8, 2010 Regarding Security Zone]**

On October 8, 2010, Magistrate Judge Louis Moore entered an order establishing a "Security Zone" around the wreckage site of the *Deepwater Horizon*. A copy of the October 8, 2010 order is attached as **Exhibit A**. On December 21, 2010, Magistrate Judge Moore modified the October 8, 2010 order by allowing Transocean to send remotely operated vehicles (ROVs) into the Security Zone to inspect the wreckage site. A copy of the December 21, 2010 order is attached as **Exhibit B**. On August 26, 2011, this Court further modified the October 8, 2010 order by allowing BP to send an ROV to inspect the wreckage site. A copy of this August 26, 2011 order is attached as **Exhibit C**.

On September 30, 2011, counsel for Transocean Offshore Deepwater Drilling Inc., Transocean Holdings LLC, Transocean Deepwater Inc. and Triton Asset Leasing GmbH (collectively "Transocean") advised the undersigned that the United States Coast Guard had asked Transocean to investigate the possible source of oil at a surface location near the Macondo well. In response to the U.S. Coast Guard request, Transocean needs to send remotely operated

vehicles ("ROVs") to the Security Zone to inspect the wreckage site, and particularly the riser. The United States does not oppose a temporary lifting of the Security Zone for this purpose.

Considering that the ROVs need to be deployed at the request of the U.S. Coast Guard, the order of Judge Moore of October 8, 2010, is modified to allow the deployment without violation of the Security Zone established by that order.

New Orleans, Louisiana, this 30 day of September, 2011.

SALLY SHUSHAN
United States Magistrate Judge