THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF ) | |
| THE SEARCH OF: ) | 10-MAG-09/23-1 |
| THE PREMISES KNOWN AS ) | |
| The Mobile Offshore Drilling ) | |
| Unit Deepwater Horizon and ) | |
| its surrounding debris field, ) | |
| located at the area known as ) | |
| Mississippi Canyon 252, ) | |
| in the Gulf of Mexico ) | |

## AMENDED ORDER

Considering the Government's Ex Parte Motion for a Protective Order to Establish a Security Zone at the Deepwater Horizon Wreckage Site:

The Court therefore finds that it is necessary and in the interest of the public to protect the search area and any evidence located therein against intentional or unintentional loss or destruction;

**IT IS HEREBY ORDERED** that a security zone is hereby established extending seven hundred fifty feet (750') in all directions from the wreckage site of the Deepwater Horizon and its associated debris field, the precise center point of the Deepwater Horizon wreckage is N28-5491/W088-22.0293, including the sea surface above the same, until further order of this

Exhibit A

Court not to exceed twelve (12) months from the date of this order unless renewed upon good cause;

**IT IS FURTHER ORDERED** that the United States shall maintain and enforce the security zone using vessels, aircraft, or other appropriate means and equipment;

**IT IS FURTHER ORDERED** that the United States shall issue a notice to the general public and shall advise known parties in interest capable of intruding into the security zone by providing said parties with a copy of this Order.

New Orleans, Louisiana, this 8th day of October, 2010.

HONORABLE LOUIS MOORE, JR.
UNITED STATES MAGISTRATE JUDGE

```
                              RECEIVED
                          U.S. DISTRICT COURT
                        EASTERN DISTRICT OF LOUISIANA

                          2010 DEC 21  AM 11: 12

                           LORETTA G. WHYTE
                                CLERK
```

## THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF ) | |
| THE SEARCH OF: ) | 10-MAG-09/23-1 |
| THE PREMISES KNOWN AS ) | |
| The Mobile Offshore Drilling ) | |
| Unit Deepwater Horizon and ) | |
| its surrounding debris field, ) | |
| located at the area known as ) | |
| Mississippi Canyon 252, ) | |
| in the Gulf of Mexico ) | |

### ORDER

Upon consideration of the government's *Ex Parte* Motion to Permit Temporarily Access by Transocean to the Security Zone, the motion is GRANTED.

The Court finds good cause to permit Transocean temporary access to the security zone extending seven hundred fifty feet (750') in all directions from the wreckage of the Deepwater Horizon and its associated debris field, including the sea surface above the same (collectively, the "security zone"). The center point of the Deepwater Horizon wreckage is N28-5491/W088-22.0293.

**IT IS HEREBY ORDERED** that Transocean is and shall be given temporary access to the security zone beginning on or about January 17, 2010, and ending no later than

EXHIBIT B

February 16, 2011, to conduct remotely operated vehicle activities at the Deepwater Horizon not to exceed a ten (10) day period to assess the condition of the rig. The ten (10) day access may occur within a thirty (30) day operational period beginning January 17, 2011, and ending February 16, 2011, due to unpredictable weather and other considerations.

The temporary access to the security zone is granted to Transocean for the limited purpose of allowing Transocean to conduct its own video monitoring and scanning of the wreckage with remotely operated vehicles to assess the condition of the Deepwater Horizon in response to the order entered by the United States Coast Guard On Scene Coordinator on or about December 6, 2010. No objects or materials may be removed from the Deepwater Horizon or related debris field without further order of this Court

IT IS FURTHER ORDERED that Federal Law Enforcement Agents shall be physically present at all times along with Transocean personnel during all operations within the security zone.

So Ordered.

New Orleans, Louisiana, this 21st day of December, 2010.

HONORABLE LOUIS MOORE, JR.
UNITED STATES MAGISTRATE JUDGE

-2-

EXHIBIT B (cont.)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010

Applies to: *All Cases*
and
10-MAG-09/23-1

MDL NO. 2179

SECTION J

JUDGE BARBIER
MAGISTRATE JUDGE SHUSHAN

## ORDER

### [Modification of Order of October 8, 2010 Regarding Security Zone]

Magistrate Judge Louis Moore entered an order on October 8, 2010 establishing a security zone around the wreckage site of the Deepwater Horizon. See attached order as Exhibit A. On August 25, 2011, counsel for BP advised the undersigned that the U.S. Coast Guard had asked BP to investigate the possible source of oil at a surface location near the Macondo well. In response to the Coast Guard request, BP after consultation with the undersigned and counsel for the United States, sent a remotely operated vehicle ("ROV") to the well site to inspect the well head and the interceptor well head. See e-mail from Rob Gasaway attached as Exhibit B.

Considering that the ROV has been deployed at the request of the U.S. Coast Guard, the order of Judge Moore of October 8, 2010, is modified to allow the deployment without violation of the "security zone" established by that order.

New Orleans, Louisiana, this 26th day of August, 2011.

SALLY SHUSHAN
United States Magistrate Judge

EXHIBIT C