UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG, "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * MDL NO. 2179 <br> * <br> * SECTION: J <br> * |
| Relates to: No. 10-2771 | * <br> * JUDGE BARBIER <br> * <br> * MAG. JUDGE SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

**CONSIDERING** the Motion of Claimants-in-Limitation:

**IT IS HEREBY ORDERED** that any purported evidence of the alleged fault of any non-party or immune party, including the United States of America, shall be excluded from admission and consideration at trial.

**SIGNED** this ___ day of _____, 2011, at New Orleans, Louisiana.

                                                                                             _____
                                                                                             **Hon. Carl J. Barbier**
                                                                                             **U.S. District Court Judge**