| Last Name | First Name | Company | Doc # |
|---|---|---|---|
|  |  | Adams Produce Company | 108851 |
|  |  | Kilgore's Brick Pavers | 108855 |
| Agami | Leon | Venetian Investments LLC | 108824 |
| Alexis | Joe | Holiday Inn | 108884 |
| Allen | Sheri |  | 108825 |
| Anderson | Schnell |  | 108737 |
| Anderson | Joseph |  | 108801 |
| Anderson | Mose |  | 108745 |
| Andre | Eliene |  | 108907 |
| Armstead | Brenda |  | 108732 |
| Aufdencamp | Bradley |  | 108823 |
| Bailey | John |  | 108744 |
| Bendolph | Jennifer |  | 108739 |
| Benning | Charles |  | 108730 |
| Bilal | Samuel |  | 108743 |
| Billingsley | Gary | Rest A Shore / Ateze Rental | 108767 |
| Boone | Ronnie |  | 108742 |
| Boudreaux | Mandy | Express Notary & Auto Title Service LLC | 108853 |
| Bourque | George |  | 108741 |
| Brackett | Kenneth |  | 108736 |
| Bracy Wilson | Natasha | Just For You | 108731 |
| Branch | Inett |  | 108740 |
| Brisbi | George | AMKO Fence Company | 108747 & 108748 |
| Brisbi | Ronald |  | 108833 |
| Broussard | Mercedes |  | 108751 |
| Brown | Frank |  | 108814 |

| Last Name | First Name | Company | Doc # |
|---|---|---|---|
| Burrage | Scea | | 108885 |
| Burts | Michael, Jr. | | 108831 |
| Buxton | Ray | | 108874 |
| Byrd | Corrine | Patio Cab Service | 108753 |
| Caradine | Queen | | 108775 |
| Carll | Judy | | 108862 |
| Carlos | Edward | | 108799 |
| Carmouche | Rosemary | | 108834 |
| Carter | Donna | | 108738 |
| Cesar | Guerly | | 108735 |
| Childness | Richard | | 108827 |
| Colbert | Marian | | 108905 |
| Collette | Terry | | 108805 |
| Collette | Kelly | | 108812 |
| Colley | Mary | | 108811 |
| Craig | Inell | | 108733 |
| Davis | Richard | | 108729 |
| Davis | Joshua | | 108849 |
| Dennis | Timothy | | 108798 |
| Dixon | Corey | | 108734 |
| Dixon | Frances | | 108771 |
| Dixon | James | | 108876 & 108728 |
| Dixon | Cynthia | | 108746 |
| Dorisma | Oreste | | 108887 |
| Douglas | Denise | | 108886 |
| Duran | Melissa | | 108861 |

| Last Name | First Name | Company | Doc # |
|---|---|---|---|
| Ellenberg | Diane | Lily's Cafe LLC | 108726 |
| Elliott | Jimmy | | 108725 |
| Fonseca | Kim | | 108860 |
| Fontilus | Renee | | 108889 |
| Fraley | J.T. | | 108724 |
| Frolich | Darryl | | 108723 |
| Gabriel | Wade | | 108857 |
| Galloway | Freddie | | 108906 |
| Gilmore | Mattie | | 108888 |
| Godwin | Alicia | Godwin Wholesale Cars | 108758 |
| Goff | Wayne | | 108772 |
| Golden | Bobby | Neighborhood Fish Salesman | 108864 |
| Grayol | Catherine | | 108727 |
| Griffin | Dora | | 108800 |
| Haggray | Stacy | | 108774 |
| Hartfield | Clara | | 108754 |
| Hartley | Fonterris | | 108871 |
| Haskin, Jr. | Ellis | | 108752 |
| Hawkins | Micheal | | 108809 |
| Hayes | John | | 108822 |
| Hayes | Arthur | | 108815 |
| Henry | Michel | | 108818 |
| Herrera | Leslie | | 108867 |
| Hill | Ronald | Cajun Kitchen | 108756 |
| Hines | Lakesha | | 108808 |
| Hobbs | Gregory | Greg Hobbs Paint | 108755 |

| Last Name | First Name | Company | Doc # |
|---|---|---|---|
| Hosty | Damon | | 108873 |
| Howard | LaQwanda | | 108762 |
| Hughes | Jacqueline | Jackie's Touch of Class | 108813 |
| Hughes | Elaine | | 108761 |
| Hupp | Jason | | 108830 |
| Inman | Ronald | | 108750 |
| Jackson | Yolanda | | 108776 |
| Jackson | Michael | Michael Jackson Flooring & Remodeling | 108777 |
| Jasper | Alvina | | 108764 |
| Jean | Iterlia | | 108893 |
| Jemison | Mary Eloise | | 108765 |
| Johnson | Torrey | | 108763 |
| Johnson | Bobby | | 108759 |
| Jones | Augustus | | 108892 |
| Joseph | Elsie | | 108890 |
| Keys | Ernestine | | 108773 |
| Kirksey | Linda | | 108766 |
| Lavergne | Dennis | Lavergne's Fresh Shrimp | 108768 |
| LeBant | Ella | | 108821 |
| Leger | Macarthur | | 108865 |
| Lewis | Katrina | | 108826 |
| Lott | Bobby | | 108770 |
| Love | Malcolm | | 108870 |
| Lyons | Angela | Ravens House of Style | 108836 |
| Macaluso | Sharon K & Paul | | 108908 |
| Manning | LaVonne | | 108760 |

| Last Name | First Name | Company | Doc # |
|---|---|---|---|
| Mannoel | Mateli | | 108896 |
| Mareno | Frances | | 108835 |
| McBride | Richard | | 108875 |
| McDonald | Ralph | | 108828 |
| McDonald | Darlene | Express Notary & Auto Title Service LLC | 108854 |
| McDuff | Gary | | 108749 |
| McNair | Robert | | 108819 |
| Meredith | Brett | | 108757 |
| Mervil | Mez | | 108894 |
| Mitchell | Levi | | 108820 |
| Nelson | Cynthia | | 108846 |
| Nero | Isreal, III | | 108769 |
| Patel | Pooja | | 108859 |
| Patel | Mayor | | 108858 |
| Patel | Kishor | Econolodge | 108882 |
| Penton | Marlin | | 108783 |
| Perera | Malcolm | | 108838 |
| Pierce | Ronald, Jr. | | 108844 |
| Pierce | Yolanda | | 108837 |
| Plesime | Dieu | | 108897 |
| Redaelli | Aldo | | 108810 |
| Rice | Melvin | | 108793 |
| Richards | Debra | | 108817 |
| Roberson | Boyce | | 108807 |
| Robert | Julio Jean | | 108868 |
| Rogers | Chrea | | 108786 |

| Last Name | First Name | Company | Doc # |
|---|---|---|---|
| Rose | Ronald | | 108790 |
| Saarinen | Kathy | | 108784 |
| Saint Jean | Adolphe | | 108898 |
| Samuels | LeStryet | | 108843 |
| Scarabin | Clifford | | 108791 |
| Simmons | Sandraus | | 108795 |
| Smedley | Willie | | 108804 |
| Smith | Emily | | 108802 |
| Smith | Santez | | 108803 |
| Smith | Thomas Jr. | | 108901 |
| Sprinkles | Quintin | | 108816 |
| Stander | Darren | | 108869 |
| Suggs | Patricia | | 108840 |
| Tait | Tammy | Sister II Sister | 108778 |
| Teel | Monica | | 108781 |
| Thomas | Debra | | 108792 |
| Thrash, Jr. | Walter | | 108782 |
| Tisdale | Rachel | | 108850 |
| Torres | Leonardo | | 108829 |
| Tran | Vi Tuong | | 108788 |
| Underwood | Frank | | 108779 |
| Wallace | Earline | | 108785 |
| Walton | William | | 108797 |
| Washington | Barbara | | 108900 |
| Washington- Dailey | Sharon | | 108796 |
| Weaver | Ronald | | 108789 |
| Whitehead | Linda | | 108787 |

| Last Name | First Name | Company | Doc # |
|---|---|---|---|
| Whitlock | Harolyn | | 108780 |
| Wiggins | Theodore | | 108899 |
| Williams | Jessie | | 108902 |
| Williams | Karen | | 108883 |
| Williams | Salanda | | 108806 |
| Williams | Hillard | | 108903 |
| Wilson | Shelby | | 108842 |
| Windham | Samuel | | 108794 |
| Wysingle | Quentin | | 108904 |
| Zimero | Andremian | | 108866 |
| Zirlott | Charlene | | 108839 |