IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | § § § § § § § § § | MDL NO. 2179 |
| | § | SECTION: J(1) |
| This document relates to: *The St. Joe Company v. Halliburton Energy Services, Inc. and M-I L.L.C. a/k/a M-I SWACO*, E.D. La. Case No. 11-01990 D. Del. Case No. 11-00263 | § § § § § § | JUDGE BARBIER MAGISTRATE SHUSHAN |

## AMENDED[1] *EX PARTE* MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD FOR THE ST. JOE COMPANY

NOW INTO COURT, through undersigned counsel, comes Plaintiff The St. Joe Company ("St. Joe"), and moves this Court pursuant to Local Rule 83.2.11 for permission for:

- Edmond D. Johnson of PEPPER HAMILTON LLP to withdraw, and

- Michael R. Tein of LEWIS TEIN PL to be substituted in his place,

as counsel of record for St. Joe.

---

[1] On September 19, local Delaware counsel for St. Joe, Pepper Hamilton LLP, served a motion to withdraw and substitute Lewis Tein, PL as counsel for St. Joe. It appears that by oversight the motion was not actually filed on PACER. This amended motion, containing this clarifying footnote, is being filed and served today in its place.

St. Joe's former lead counsel, Bickel & Brewer, had not yet filed a notice of appearance in the newly-transferred case against Halliburton and M-I (E.D. La. Case No. 11-01990) when Pepper Hamilton served the prior motion to withdraw and for that reason, Bickel & Brewer is not named in this motion.

Bickel & Brewer served as lead counsel for St. Joe in the previously-dismissed actions before this Court against Halliburton and M-I (E.D. La. Case Nos. 11-258 and 11-259), and in St. Joe's lawsuit against Transocean in Delaware Superior Court.

As a technical matter, undersigned counsel is hereby substituting in only for Pepper Hamilton LLP as counsel of record. To be clear, however, undersigned counsel is also replacing Bickel & Brewer and will prosecute all of St. Joe's claims arising out of the Deepwater Horizon oil spill going forward.

WHEREFORE, the undersigned counsel request this Court to grant the above-requested withdrawal and substitution.

                Respectfully submitted,

                LEWIS TEIN PL
                3059 Grand Avenue, Suite 340
                Coconut Grove, Florida 33133
                Telephone: (305) 442-1101
                Facsimile: (305) 442-6744

By:   */s/ Michael R. Tein*
        MICHAEL R. TEIN
        Florida Bar No.: 993522
        tein@lewistein.com

PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone: (302) 777-6500
Facsimile: (302) 421-8390

By:   */s/ Edmond D. Johnson*
        Edmond D. Johnson
        Delaware Bar No. 2257
        johnsone@pepperlaw.com

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 2nd day of October, 2011.

                                      */s/ Michael R. Tein*
                                      MICHAEL R. TEIN