IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | § § § § § § § § | MDL NO. 2179<br><br>SECTION: J(1) |
| This document relates to:<br>*The St. Joe Company v. Halliburton Energy Services, Inc. and M-I L.L.C. a/k/a M-I SWACO*,<br>E.D. La. Case No. 11-01990<br>D. Del. Case No. 11-00263 | § § § § § § | <br><br><br>JUDGE BARBIER<br>MAGISTRATE SHUSHAN |

## ORDER

Considering the *Ex Parte* Joint Motion to Withdraw and Substitute Counsel of Record for The St. Joe Company ("St. Joe") pursuant to Local Rule 83.2.11, the Motion is hereby **Granted**.

It is ORDERED that PEPPER HAMILTON LLP is discharged as counsel of record for St. Joe and that LEWIS TEIN PL is substituted in its place.

The Clerk's Office shall update the relevant MDL 2179 related dockets accordingly.

New Orleans, Louisiana this ___ day of September, 2011.

_____
United States District Judge