UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig            MDL NO. 2179
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010            SECTION J

Applies to: *All Cases*            JUDGE BARBIER
           MAGISTRATE JUDGE SHUSHAN

**ORDER**

**[Working Group[1] Conference on Friday, September 30, 2011]**

**NOTE TO CELL PHONE PARTICIPANTS:** Please do not put your phone on hold during the conference as it causes an annoying beeping sound for everyone else. If you cannot participate for part of the conference, put your phone on mute. Likewise for those who type during the conference.

This order reflects the action taken by the Working Group Conference on Friday, September 30, 2011.

**1. Preservation of BOP.**

Captain Englebert's appointment as master for the preservation and custodial work for the BOP was effective at midnight on September 30, 2011. BP reported by letter on the status of the capping stack laser scan protocol.

**2. ROV at Well Site**.

By letter dated September 28, 2011, BP reported on the distribution of video from the ROV. Transocean reported that, following the latest report of an oil sheen, it will launch an ROV with the agreement of the DOJ and USCG. An order will be issued to permit the use of a ROV in the restricted zone. Any party that wants a copy of the video from the ROV should contact Transocean

---

[1] The discovery "Working Group" shall be comprised of: one or two representatives of the PSC; one representative from each of the defendants; and coordinating counsel for the United States and coordinating counsel for the States. (Rec. Doc. 1099).

and it will be made available.

3.  **Completion of Document Production by the U.S.**

The U.S. confirmed that Phase One document production was complete with one caveat; there may be some post-April 22, 2010 documents which are produced during privilege review.

The Court will confer with representatives of the U.S. and BP to work on the Phase Two document production issues. A telephone conference is set for Monday, October 3, 2011.

BP reported some progress on the technical issues with the U.S. document production. The Court is available to assist with the technical issues at the request of the parties.

4.  **Phase Two Discovery**.

There was discussion of BP's report on the Phase Two discovery. BP reported that draft written discovery to the U.S. is being circulated for final review by the defendants and will be served on the U.S. after receipt of comments from the other defendants. The U.S. and BP reported that they were working on the Rule 30(b)(6) deposition notices. The parties were asked to proceed with some sense of urgency on Phase Two discovery.

5.  **Completion of Phase One written discovery**.

The parties did not report any remaining Phase One written discovery issues.

6.  **De-Designation of Confidentiality**

There was discussion of the PSC's request for a De-Designation of Confidentiality order and in particular proposed order "C". Halliburton expressed its concern about its documents which are designated confidential and are in the possession of another party and the need for a procedure that protects the rights of the party, who originated the documents. The PSC raised the possibility that inData may be able to remove the confidentiality designation from the trial exhibits where there is

agreement that the exhibit is not confidential.

After Halliburton provides the Court with order "C" with the modifications proposed by it, the order will be entered. The parties will not be required to remove the confidentiality designations from the documents. The PSC shall determine if this can be done by inData for the final trial exhibits.

7. **Phase One Fact Depositions**.

    Barron, Daniel                          November 8

Barron's deposition was moved to November 8 at the request of his counsel, Steve Gordon.

    Powell, Heather                      October 20 (tentative)

BP reported that it will update Ms. Powell's status within the next few days. Ms. Powell is expecting a child and cannot travel. Her baby is due prior to October 20.

    McKay, Lamar                        November 3 and 4

The deadline for requests for examination time was September 30, 2011. An order will be issued for the allocation of the examination time. The parties were encouraged to be mindful of the scope of relevant discovery for Mr. McKay.

    Quibodeaux, John (M-I)

The deposition was canceled by agreement of the requesting party (Halliburton) and the producing party (M-I).

    Coronado, Richard

BP and Cameron are working on a date for the deposition.

    Vidrine, Don

Transocean, with input from Halliburton and the PSC, has twenty-two written questions for

for a Fed. R. Civ. P. 31 deposition of Mr. Vidrine.  Transocean will contact Mr. Vidrine's counsel and report on October 7.

**8.        Written discovery of Phase One Experts**.

BP reported that the parties are working on an order to clarify that an expert's notes are not discoverable and to determine how this affects an expert's communications with his or her staff.  If the parties cannot finalize it by October 7 and desire a telephone conference, they will contact the Court.

**9.        Phase One Expert Depositions.**

BP will make a final decision by Wednesday, October 5, on whether it wants to take George Birch's deposition.  In the meantime, he will be identified on the deposition schedule as tentative for one day.

Cameron made two points: (1) two experts on the same subject matter should not be scheduled for the same day; and (2) co-authors of a report should not be scheduled for the same day.  After the conference the U.S. and Cameron conferred on the scheduling of Neil Robinson.  His deposition will be reset for Friday, November 18, 2011.

There was extended discussion about the allocation of the examination time for experts and the sequence of the examination.

**10.       Phase One "In-House" Expert Depositions**

The PSC asks for its "default" time to be allocated to these witnesses.

**11.     Exhibits - Authenticity Objections and the Three Hundred Exhibits.**

The parties shall meet and confer on the authenticity objections to the deposition exhibits and the non-authenticity objections to the PSC's list of three hundred exhibits. The parties shall update the Court on the status of meet-and-confer efforts on Friday, October 7, 2011.

There was clarification that if a full document is substituted for a portion of the document used in the deposition, the full document will bear the exhibit number used in the deposition. If a party wants to review and object to an exhibit on the Three Hundred List which was identified for another party, it may do so.

**Thursday, October 17, 2011,** is the deadline for the party contesting the authenticity of a document to file a motion to bring the issue before the Court where the objection was raised on September 12, 2011. It is also the deadline for the defendants to file motions to strike any of the Three Hundred exhibits. At the October 7, 2011 conference, the Court will consider whether these deadlines should be modified in light of the meet-and-confer process.

**12.     Clean-Up Responder Defendants.**

There was no objection to the order proposed by the Clean-Up Responder Defendants for seven days advance notice in Phase II discovery where a witness has knowledge of information relevant to the Clean-Up Responder Defendants, for example, containment efforts. O'Brien's, Seacor and NRC will take the lead on submitting the order. The Court reported that Judge Barbier does not intend to permit any Phase III questioning during the trial on Phase One.

**13.     Draft Pre-trial Order Relating to Use of Sample Reference Material.**

There were no objections. BP shall present the order for signing by the Court.

**14.    Trial Schedule.**

The Men's Final Four NCAA basket ball games will be played in New Orleans on Saturday, March 31 and Monday, April 2. The parties are unable to book hotel rooms during this event. They suggest that there be no trial days from Thursday, March 30, through Tuesday, April 3. The Court will discuss the issue with Judge Barbier.

**15.    Conference Schedule.**

| | |
|---|---|
| Friday, October 7, 2011 at 9:30 a.m. | WGC followed by meeting of LCC. |
| Friday, October 14, 2011 at 9:30 a.m. | WGC followed by meeting of LCC. |
| Friday, October 21, 2011 | After Judge Barbier's status conference - WGC followed by meeting of LCC. |
| Friday, October 28, 2011 at 9:30 a.m. | WGC followed by meeting of LCC. |
| Friday, November 4, 2011 at 9:30 a.m. | WGC followed by meeting of LCC. |
| Friday, November 11, 2011 | <u>No conference set</u>. |
| Friday, November 18, 2011 | After Judge Barbier's status conference - WGC followed by meeting of LCC. |
| Friday, November 25, 2011 | <u>No conference set</u>. |
| Friday, December 2, 2011 at 9:30 a.m. | WGC followed by meeting of LCC. |
| Friday, December 9, 2011 at 9:30 a.m. | WGC followed by meeting of LCC. |
| Friday, December 16, 2011 | After Judge Barbier's status conference - WGC followed by meeting of LCC. |
| Friday, December 23, 2011 | <u>No conference set</u>. |
| Friday, December 30, 2011 | <u>No conference set</u>. |
| Friday, January 6, 2012 at 9:30 a.m. | WGC followed by meeting of LCC. |
| Friday, January 13, 2012 at 9:30 a.m. | WGC followed by meeting of LCC. |

| | |
|---|---|
| Friday, January 20, 2012 | After Judge Barbier's status conference - WGC followed by meeting of LCC. |
| Friday, January 27, 2012 at 9:30 a.m. | WGC followed by meeting of LCC. |

New Orleans, Louisiana, this 3rd day of October, 2011.

                                          **SALLY SHUSHAN**
                                          **United States Magistrate Judge**