09:44AM 1                    UNITED STATES DISTRICT COURT
                            EASTERN DISTRICT OF LOUISIANA
      2

      3   ******************************************************************

      4   IN RE:  OIL SPILL BY THE
          OIL RIG *DEEPWATER HORIZON*
      5   IN THE GULF OF MEXICO ON
          APRIL 20, 2010
      6
                                    CIVIL ACTION NO. 10-MD-2179 "J"
      7                             NEW ORLEANS, LOUISIANA
09:23AM                             FRIDAY, SEPTEMBER 30, 2011, 9:30 A.M.
      8

      9   THIS DOCUMENT RELATES TO
          ALL ACTIONS
     10
          ******************************************************************
     11

     12             TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS
                   HEARD BEFORE THE HONORABLE SALLY SHUSHAN
     13                  UNITED STATES MAGISTRATE JUDGE

     14

     15   APPEARANCES:

     16
          FOR THE PLAINTIFFS'
     17   LIAISON COUNSEL:         DOMENGEAUX WRIGHT ROY & EDWARDS
                                   BY:  JAMES P. ROY, ESQUIRE
     18                            P. O. BOX 3668
                                   556 JEFFERSON STREET
     19                            LAFAYETTE, LA  70502

     20
                                   HERMAN HERMAN KATZ & COTLAR
     21                            BY:  STEPHEN J. HERMAN, ESQUIRE
                                   820 O'KEEFE AVENUE
     22                            NEW ORLEANS, LA  70113

     23
          FOR THE PLAINTIFFS:      IRPINO LAW FIRM
     24                            BY:  ANTHONY IRPINO, ESQUIRE
                                   ONE CANAL PLACE
     25                            365 CANAL STREET, SUITE 2990
                                   NEW ORLEANS, LA  70130

```
 1    APPEARANCES CONTINUED:

 2

 3                              LEVIN PAPANTONIO THOMAS MITCHELL
                               RAFFERTY & PROCTOR
 4                             BY:  BRIAN H. BARR, ESQUIRE
                               316 SOUTH BAYLEN STREET, SUITE 600
 5                             PENSACOLA, FL  32502

 6

 7                              BREIT DRESCHER IMPREVENTO & WALKER
                               BY:  JEFFREY A. BREIT, ESQUIRE
 8                             1000 DOMINION TOWER
                               999 WATERSIDE DRIVE
 9                             NORFOLK, VA  23510

10

11    FOR THE FEDERAL
      GOVERNMENT INTERESTS:    U.S. DEPARTMENT OF JUSTICE
12                             TORTS BRANCH, CIVIL DIVISION
                               BY:  R. MICHAEL UNDERHILL, ESQUIRE
13                                  SARAH D. HIMMELHOCH, ESQUIRE
                               450 GOLDEN GATE AVENUE
14                             7TH FLOOR, ROOM 5395
                               SAN FRANCISCO, CA  94102
15

16
      FOR THE UNITED STATES
17    OF AMERICA:              ENVIRONMENTAL ENFORCEMENT SECTION
                               U.S. DEPARTMENT OF JUSTICE
18                             BY:  STEVEN O'ROURKE, ESQUIRE
                               P.O. BOX 7611
19                             WASHINGTON, DC  20044

20

21    FOR STATE INTERESTS:     ALABAMA ATTORNEY GENERAL'S OFFICE
                               BY:  COREY L. MAZE, ESQUIRE
22                             500 DEXTER AVENUE
                               MONTGOMERY, AL  36130
23

24

25
```

```
 1  APPEARANCES CONTINUED:

 2

 3  FOR THE STATE OF
    LOUISIANA:                  KANNER & WHITELEY
 4                              BY:  DAVID A. POTE, ESQUIRE
                                701 CAMP STREET
 5                              NEW ORLEANS, LA  70130

 6

 7  FOR BP AMERICA INC.,
    BP AMERICA PRODUCTION
 8  COMPANY, BP COMPANY
    NORTH AMERICA INC.,
 9  BP CORPORATION NORTH
    AMERICA INC.,
10  BP EXPLORATION &
    PRODUCTION INC.,
11  BP HOLDINGS NORTH
    AMERICA LIMITED,
12  BP PRODUCTS NORTH
    AMERICA INC.:              KIRKLAND & ELLIS
13                             BY:  J. ANDREW LANGAN, ESQUIRE
                                    HARIKLIA KARIS, ESQUIRE
14                                  RYAN S. BABIUCH, ESQUIRE
                                    BRIAN A. KAVANAUGH, ESQUIRE
15                             300 N. LASALLE
                               CHICAGO, IL  60654
16

17                             KIRKLAND & ELLIS
                               BY:  ROBERT R. GASAWAY, ESQUIRE
18                                  JOSEPH A. EISERT, ESQUIRE
                               655 FIFTEENTH STREET, N.W.
19                             WASHINGTON, DC  20005

20

21  FOR TRANSOCEAN HOLDINGS
    LLC, TRANSOCEAN
22  OFFSHORE DEEPWATER
    DRILLING INC., AND
23  TRANSOCEAN DEEPWATER
    INC.:                      FRILOT
24                             BY:  KERRY J. MILLER, ESQUIRE
                               ENERGY CENTRE, 36TH FLOOR
25                             1100 POYDRAS STREET
                               NEW ORLEANS, LA  70163
```

```
 1   APPEARANCES CONTINUED:

 2

 3                            SUTHERLAND ASBILL & BRENNAN
                             BY:  STEVEN L. ROBERTS, ESQUIRE
 4                                DAVID A. BAAY, ESQUIRE
                                  AMBER B. SHUSHAN, ESQUIRE
 5                           1001 FANNIN STREET, SUITE 3700
                             HOUSTON, TX  77002
 6

 7
     FOR CAMERON INTERNATIONAL
 8   CORPORATION:             STONE PIGMAN WALTHER WITTMANN
                             BY:  RENEE M. SIEGERT, ESQUIRE
 9                           546 CARONDELET STREET
                             NEW ORLEANS, LA  70130
10

11                           BECK REDDEN & SECREST
12                           BY:  DAVID J. BECK, ESQUIRE
                                  DAVID JONES, ESQUIRE
13                           ONE HOUSTON CENTER
                             1221 MCKINNEY STREET, SUITE 4500
14                           HOUSTON, TX  77010

15

16   FOR HALLIBURTON
     ENERGY SERVICES, INC.:   GODWIN RONQUILLO
17                           BY:  DONALD E. GODWIN, ESQUIRE
                                  JENNY L. MARTINEZ, ESQUIRE
18                                STEFANIE K. MAJOR, ESQUIRE
                             RENAISSANCE TOWER
19                           1201 ELM STREET, SUITE 1700
                             DALLAS, TX  75270
20

21                           GODWIN RONQUILLO
22                           BY:  R. ALAN YORK, ESQUIRE
                             1331 LAMAR, SUITE 1665
23                           HOUSTON, TX  77010

24

25
```

```
 1   APPEARANCES CONTINUED:

 2

 3   FOR ANADARKO
     PETROLEUM CORPORATION,
 4   ANADARKO E&P COMPANY LP:
                             KUCHLER POLK SCHELL
 5                           WEINER & RICHESON
                             BY:  DEBORAH D. KUCHLER, ESQUIRE
 6                           1615 POYDRAS STREET, SUITE 1300
                             NEW ORLEANS, LA  70112
 7

 8
                             BINGHAM MCCUTCHEN
 9                           BY:  WARREN A. FITCH, ESQUIRE
                                  KY E. KIRBY, ESQUIRE
10                           2020 K STREET, NW
                             WASHINGTON, DC  20006
11

12
     FOR MOEX OFFSHORE
13   2007 LLC:               CARVER DARDEN KORETZKY TESSIER
                             FINN BLOSSMAN & AREAUX
14                           BY:  PHILLIP D. NIZIALEK, ESQUIRE
                             1100 POYDRAS STREET, SUITE 3100
15                           NEW ORLEANS, LA  70163

16

17   FOR M-I L.L.C.:         MORGAN, LEWIS & BOCKIUS
                             BY:  JAMES B. TARTER, ESQUIRE
18                                DENISE SCOFIELD, ESQUIRE
                             1000 LOUISIANA STREET, SUITE 4000
19                           HOUSTON, TX  77002

20
     FOR DRIL-QUIP,
21   INC.:                   WARE, JACKSON, LEE & CHAMBERS
                             BY:  C. DENNIS BARROW, JR., ESQUIRE
22                           2929 ALLEN PARKWAY, 42ND FLOOR
                             HOUSTON, TX 77019
23

24

25
```

```
 1  APPEARANCES CONTINUED:

 2

 3  FOR O'BRIEN'S RESPONSE
    MANAGEMENT, INC.,
 4  SEACOR HOLDINGS, INC.,
    SEACOR OFFSHORE LLC,
 5  SEACOR MARINE, LLC,
    SEACOR WORLDWIDE, INC.,
 6  SEACOR MARINE, INC.,
    SEACOR MARINE
 7  INTERNATIONAL, INC.,
    AND SIEMENS FINANCIAL,
 8  INC.:                     WEIL GOTSHAL & MANGES
                              BY:  MICHAEL J. LYLE, ESQUIRE
 9                            1300 I ST., NW, SUITE 900
                              WASHINGTON, DC  20005
10

11
    FOR MARINE SPILL
12  RESPONSE CORPORATION:     BLANK ROME
                              BY:  ALAN M. WEIGEL, ESQUIRE
13                            THE CHRYSLER BUILDING
                              405 LEXINGTON AVENUE
14                            NEW YORK, NY  10174

15

16  FOR WEATHERFORD U.S.,
    L.P.:                     JONES WALKER
17                            BY:  WILLIAM C. BALDWIN, ESQUIRE
                              PLACE ST. CHARLES
18                            201 ST. CHARLES AVENUE
                              NEW ORLEANS, LA 70170
19

20
    DYNAMIC AVIATION
21  GROUP, INC:               GEIGER LABORDE & LAPEROUSE
                              BY:  LEO R. McALOON, III, ESQUIRE
22                            ONE SHELL SQUARE
                              701 POYDRAS STREET, SUITE 4800
23                            NEW ORLEANS, LA  70139

24

25
```

```
 1  APPEARANCES CONTINUED:

 2

 3  MODERN GROUP GP-SUB,
    INC., MODERN GROUP LTD.,
 4  TIGER RENTALS LTD.:      GALLOWAY JOHNSON TOMPKINS
                             BURR & SMITH
 5                           BY:  JOHN E. GALLOWAY, ESQUIRE
                             ONE SHELL SQUARE
 6                           701 POYDRAS STREET, 40TH FLOOR
                             NEW ORLEANS, LA  70139
 7

 8
    FOR NALCO COMPANY:       LATHAM & WATKINS
 9                           BY:  THOMAS J. HEIDEN, ESQUIRE
                             233 SOUTH WACKER DRIVE, SUITE 5800
10                           CHICAGO, IL  60606

11

12  FOR AIRBORNE SUPPORT
    INTERNATIONAL, INC.:     LABORDE & NEUNER
13                           BY:  JED M. MESTAYER, ESQUIRE
                             ONE PETROLEUM CENTER
14                           1001 W. PINHOOK RD., SUITE 200
                             LAFAYETTE, LA 70505
15

16
    FOR NATIONAL RESPONSE
17  CORPORATION:             MONTGOMERY BARNETT
                             BY:  PATRICK E. O'KEEFE, ESQUIRE
18                           ENTERGY CENTRE
                             1100 POYDRAS STREET, SUITE 3300
19                           NEW ORLEANS, LA  70163

20

21  FOR DRC EMERGENCY
    SERVICES, LLC:           FLANAGAN PARTNERS
22                           BY:  SEAN P. BRADY, ESQUIRE
                             201 ST. CHARLES AVENUE, SUITE 2405
23                           NEW ORLEANS, LA  70170

24

25
```

```
 1   APPEARANCES CONTINUED:

 2


 3   FOR MDL 2185:           MITHOFF LAW FIRM
                             BY:  WILLIAM STRADLEY, ESQUIRE
 4                           3450 ONE ALLEN CENTER
                             500 DALLAS STREET
 5                           HOUSTON, TX  77002

 6


 7   OFFICIAL COURT REPORTER:    CATHY PEPPER, CRR, RMR, CCR
                                 CERTIFIED REALTIME REPORTER
 8                               500 POYDRAS STREET, ROOM HB406
                                 NEW ORLEANS, LA  70130
 9                               (504) 589-7779
                                 Cathy_Pepper@laed.uscourts.gov
10
     PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
11   PRODUCED BY COMPUTER.

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**I N D E X**

PAGE

PRESERVATION OF THE BOP.............................. 12

LASER SCAN........................................... 12

DISTRIBUTION OF THE VIDEO FROM THE ROV INSPECTION...... 12

DOCUMENT PRODUCTION BY THE U.S....................... 13

PHASE TWO DISCOVERY.................................. 17

BP'S RULE 30(B)(6) NOTICES........................... 17

COMPLAINT THAT THE U.S. HAS MADE THAT THE DISCOVERY IS     17

TOO BROAD, AND BP'S POSITION THAT IT'S PREMATURE TO

RAISE THE ISSUE......................................

HALLIBURTON'S MOTION TO AMEND ITS CROSS-CLAIM.......... 19

SCHEDULING OF REMAINING PHASE ONE FACT DEPOSITIONS..... 23

DANIEL BARRON........................................ 24

DEADLINE FOR REQUESTING ADDITIONAL TIME FOR     24

MR. LAMAR MCKAY......................................

SEEKING THE COURT'S PERMISSION TO WITHDRAW     26

MR. QUIBODEAUX FROM THE SCHEDULE FOR NEXT TUESDAY......

RICHARD CORONADO..................................... 26

PROPOSED ORDER REGARDING DISCOVERY OF EXPERT MATERIAL.. 27

HEATHER POWELL....................................... 27

PHASE ONE CLEAN-UP DISCOVERY ISSUE................... 28

MR. VIDRINE.......................................... 28

STATUS OF THE PROPOSED ORDER WE WERE ASKED TO SUBMIT     29

ON DISCOVERABILITY OF EXPERTS.........................

1   ISSUED THE SCHEDULE FOR WEEKS ONE THROUGH THREE........   30

2   MR. BIRCH.............................................   30

3   GEORGE BIRCH..........................................   31

4   PHASE ONE EXPERT DEPOSITIONS..........................   31

5   REQUESTS FOR EXAMINATION ON THE EXPERTS...............   32

6   TIME ALLOCATION REQUESTS..............................   32

7   PSC HAS ASKED FOR THE DEFAULT TIME ALLOCATION FOR        42

8   IN-HOUSE EXPERT DEPOSITIONS...........................

9   AUTHENTICITY OBJECTIONS...............................   42

10  RELIANCE EXHIBITS.....................................   46

11  PROPOSED ORDER CIRCULATED ASKING THAT SEVEN DAYS         47

12  ADVANCE NOTICE BE PROVIDED IN PHASE TWO DISCOVERY

13  RELATIVE TO A WITNESS HAVING KNOWLEDGE OF THINGS LIKE

14  CONTAINMENT EFFORTS, CONTROLLED BURNING, ETCETERA......

15  PHASE THREE INVOLVEMENT QUESTIONING IN THE PHASE ONE      48

16  TRIAL.................................................

17  DRAFT PRETRIAL ORDER RELATING TO USE OF SAMPLE           48

18  REFERENCE MATERIAL....................................

19  FINAL FOUR............................................   50

20  HOTEL ROOMS...........................................   50

21  PHASE TWO DISCOVERY AGAINST THE UNITED STATES.........   51

22  LAMAR MCKAY...........................................   51

23  NEXT CONFERENCE IS FRIDAY, OCTOBER 7, 2011, AT 9:30       53

24  A.M...................................................

25  DE-DESIGNATION OF CONFIDENTIALITY.....................   20

| | |
|---|---|
| 1 | **P-R-O-C-E-E-D-I-N-G-S** |
| 09:23AM 2 | FRIDAY, SEPTEMBER 30, 2011 |
| 09:23AM 3 | M O R N I N G   S E S S I O N |
| 09:23AM 4 | (COURT CALLED TO ORDER) |
| 09:23AM 5 | |
| 09:23AM 6 | |
| 09:44AM 7 | THE DEPUTY CLERK:  All rise. |
| 09:44AM 8 | THE COURT:  Okay, friends, everybody have a seat.  How |
| 09:44AM 9 | are you doing? |
| 09:44AM 10 | VOICES:  Good morning. |
| 09:44AM 11 | THE COURT:  Thank you.  Thank you.  Thank you. |
| 09:44AM 12 | I'm sorry I was late this morning.  It's not |
| 09:44AM 13 | because I'm on Paris time, I can assure you.  I'm back on |
| 09:44AM 14 | New Orleans time. |
| 09:45AM 15 | I understand that we have a Shushan in the |
| 09:45AM 16 | courtroom.  Where are you? |
| 09:45AM 17 | MS. SHUSHAN:   Here, Your Honor. |
| 09:45AM 18 | THE COURT:  How are you?  Everybody, this is |
| 09:45AM 19 | Amber Shushan.  So I don't know if that's good or if that's bad, |
| 09:45AM 20 | but there you have it. |
| 09:45AM 21 | Hello, Andrew. |
| 09:45AM 22 | MR. LANGAN:  Good morning, Your Honor.  It's nice to see |
| 09:45AM 23 | you. |
| 09:45AM 24 | THE COURT:  How have you been? |
| 09:45AM 25 | MR. LANGAN:  Fine, thank you. |

09:45AM  1          THE COURT:  Thank you, thank you.  Glad to be back in

09:45AM  2  the saddle?  Hmm, no comment.

09:45AM  3          All right, guys.  I did miss you, believe it or

09:45AM  4  not.  Let's get rolling.  We have a lot to get done today.

09:45AM  5          Preservation of the BOP.  Everybody knows that

09:45AM  6  Captain Englebert takes over as master at midnight tonight, and I

09:45AM  7  become the custodian of the BOP and its miscellaneous parts.  I

09:45AM  8  don't know if that's good or bad, but there it is.

09:46AM  9          Rob Gasaway has reported by letter on the laser

09:46AM 10  scan.  Does anybody have anything they want to talk about

09:46AM 11  relative to the protocol or the scan itself?  If not, we'll move

09:46AM 12  on from there.

09:46AM 13          Rob also reported on distribution of the video from

09:46AM 14  the ROV inspection and reported on the latest sheen.  Does

09:46AM 15  anybody have anything they want to add on those issues?

09:46AM 16          Mr. Roberts.  Where is your microphone?

09:46AM 17       MR. ROBERTS:  Judge, Steve Roberts for Transocean.

09:47AM 18          Regarding the latest report of an oil sheen, we

09:47AM 19  have reached an agreement with the Department of Justice and the

09:47AM 20  U.S. Coast Guard to launch an ROV.  We hope to launch it Saturday

09:47AM 21  or Sunday, depending upon the weather.

09:47AM 22          Until October 8th, however, there still is a

09:47AM 23  restricted zone around the wreckage; so, Mr. Underhill and I have

09:47AM 24  agreed to a modification of the existing order, or very similar

09:47AM 25  to that, that you've done in the past.

09:47AM  1          I'll hand it to Mike.  Mr. Underhill has already

09:47AM  2  seen it and has agreed to it.

09:47AM  3          THE COURT:  Well, I'm --

09:47AM  4          MR. UNDERHILL:  Note that I handed it back without

09:47AM  5  reading it and say, I agree.

09:47AM  6          THE COURT:  Good enough.  Thank you, Steve.  We'll go

09:47AM  7  ahead and get that entered.  I appreciate the update.

09:48AM  8          MR. YORK:  Your Honor --

09:48AM  9          THE COURT:  Mr. York.

09:48AM 10          MR. YORK:  -- Alan York for Halliburton.

09:48AM 11          I'm not sure if the same process was going to be

09:48AM 12  followed as the last time that an ROV was sent out, but, to the

09:48AM 13  extent a request is necessary for a copy of the ROV footage,

09:48AM 14  Halliburton would make a request for a copy of that footage.

09:48AM 15          THE COURT:  I think everybody agrees that whatever is

09:48AM 16  generated will be shared with everybody.

09:48AM 17          MR. ROBERTS:  Whoever wants one, just send me a copy --

09:48AM 18  I mean, a request, and we'll take care of it.

09:48AM 19          THE COURT:  The same as last time.

09:48AM 20          Document production by the U.S. was kind of a bump

09:48AM 21  in the road this week.  Is that a fair statement, Mr. Underhill?

09:48AM 22          MR. UNDERHILL:  No.  It's smooth sailing all the way.

09:48AM 23          THE COURT:  Smooth sailing all the way.  I would

09:48AM 24  describe it as *a bump in the road*.

09:48AM 25          Sarah, are you on the line?

09:48AM 1          MS. HIMMELHOCH:  Yes, Your Honor, I am.  I apologize for

09:48AM 2   not being there in person, but, with the holiday, I wasn't able

09:49AM 3   to travel.

09:49AM 4          THE COURT:  Well, Happy New Year.

09:49AM 5          MS. HIMMELHOCH:  Thank you.

09:49AM 6          THE COURT:  Sarah, let me make sure that I understand

09:49AM 7   that we are talking at this point about Phase Two production

09:49AM 8   only?  Phase One has been taken care of.  What we're talking

09:49AM 9   about as far as production on your latest letter, and on Rob's

09:49AM 10  latest letter, is just Phase Two.  I don't mean to just say just,

09:49AM 11  but it is limited to Phase Two.

09:49AM 12         MS. HIMMELHOCH:  Yes, with one minor caveat, Your Honor,

09:49AM 13  which is that there may still be some documents that relate to

09:49AM 14  Phase One that are in the perk (spelled phonetically) review

09:49AM 15  queue, so there may be some small additional production of

09:49AM 16  pre-April 20th information, but I don't believe that's a

09:49AM 17  significant amount.

09:49AM 18         We've prioritized the privilege review of

09:50AM 19  pre-April 20th information, so our understanding -- or

09:50AM 20  April 22nd, actually.  My understanding is that there will be

09:50AM 21  limited, if any, additional significant production related to

09:50AM 22  Phase One, and the bumps we've hit have been associated with the

09:50AM 23  volume of Phase Two.

09:50AM 24         THE COURT:  Thank you for the clarification.

09:50AM 25         Could we turn Sarah up, please?  Thank you.

09:50AM  1          You're sounding very gentle this morning, Sarah.

09:50AM  2          MS. HIMMELHOCH:  My apologies.  I've also got a cold,

09:50AM  3   which makes it hard for me to project my normally quite vocal,

09:50AM  4   loud voice.

09:50AM  5          THE COURT:  What I'm going to suggest is this:  Rob and

09:50AM  6   Sarah, if we could set a time, perhaps, this afternoon for a call

09:50AM  7   to discuss further Rob's request for deadlines and, Sarah, your

09:50AM  8   detailed response.  I think we've got a lot of work to do, but I

09:51AM  9   presume that everybody will delegate to Rob and Sarah the

09:51AM 10   responsibility to work with me to see if we can't get this worked

09:51AM 11   out a little more efficiently.

09:51AM 12          Does anybody object to us doing that?  No

09:51AM 13   objections being heard.  Sarah, what's your schedule for today,

09:51AM 14   and, Rob, what's your schedule?

09:51AM 15          MS. HIMMELHOCH:  I am at your discretion, Your Honor.

09:51AM 16          MR. GASAWAY:  I am, as well, Your Honor.

09:51AM 17          THE COURT:  Are you have traveling this afternoon?

09:51AM 18          MR. GASAWAY:  You know, I was.

09:51AM 19          THE COURT:  No, no, no.  We're going to accommodate it.

09:51AM 20          MR. GASAWAY:  I was going to leave from Liskow at about

09:51AM 21   3:00.

09:51AM 22          THE COURT:  Oh, okay.  Well, we should be able to do it

09:51AM 23   before then, I'm hoping.  Let's see how the morning goes.  I want

09:51AM 24   to have a trial planning meeting followed by a brief liaison

09:51AM 25   counsel meeting.  If we can crack through this, we might be able

09:51AM 1    to do it lunchtime-ish.  Sarah, I know lunchtime for us is not

09:52AM 2    lunchtime for you.

09:52AM 3              So why don't we try to cover this between the three

09:52AM 4    of us, rather than involve everybody in this discussion.

09:52AM 5         MR. GASAWAY:  That makes sense to BP, Your Honor.

09:52AM 6         MS. HIMMELHOCH:  That's fine with us.

09:52AM 7         MR. GASAWAY:  Your Honor, let me mention one piece of

09:52AM 8    progress that was made last night.

09:52AM 9         THE COURT:  Please.

09:52AM 10        MR. GASAWAY:  In terms of the technical piece of this,

09:52AM 11   putting aside the deadline piece, I was happy to see that my

09:52AM 12   colleague, Mr. Pixton, got an e-mail out with an eight-item

09:52AM 13   agenda for a technical discussion last night.

09:52AM 14             Sarah, I was happy to see, responded positively

09:52AM 15   this morning, and she's going to get back to us on Monday.  So we

09:52AM 16   think that process is already well underway.

09:52AM 17        THE COURT:  So you don't need me involved in technical

09:52AM 18   at all; everybody has agreed the technical issues will be

09:52AM 19   discussed between you guys?

09:52AM 20        MS. HIMMELHOCH:  That's correct, Your Honor, until we

09:52AM 21   can't reach agreement on something.

09:52AM 22        THE COURT:  That's right.  Good, since I don't know much

09:52AM 23   about technical issues.

09:52AM 24        MR. GASAWAY:  It continues to be our position, to the

09:53AM 25   extent that you can be helpful, as with the technical discussion

09:53AM 1    of the BOP.  I want to be clear --

09:53AM 2         THE COURT:  In other words, staying after it.

09:53AM 3         MR. GASAWAY:  -- we want to stay after it.  If you need

09:53AM 4    to speak directly with the technical consultants, as with the

09:53AM 5    BOP, we think that could be helpful.

09:53AM 6         THE COURT:  Happy to do it.

09:53AM 7         MR. GASAWAY:  But we think it makes sense to do as Sarah

09:53AM 8    suggested, let's have a meeting between the parties and the

09:53AM 9    experts, and that process is already underway, Your Honor.

09:53AM 10         THE COURT:  Good.  At any time that either of you think

09:53AM 11    that my involvement would be helpful, feel free.  We need to move

09:53AM 12    it along.

09:53AM 13         MR. GASAWAY:  Amen, Your Honor, thank you.

09:53AM 14         THE COURT:  Sarah, thank you.  Let's see how the morning

09:53AM 15    goes, and toward the end of the general conference, we'll talk

09:53AM 16    about what time we'll get back together.

09:53AM 17         MS. HIMMELHOCH:  Okay.

09:53AM 18         THE COURT:  Next, on Phase Two discovery, it looks like

09:54AM 19    everybody is making progress.  Rob, by the way, I appreciated

09:54AM 20    your update on that.  That was very helpful to breeze through

09:54AM 21    yesterday, and I appreciate that.

09:54AM 22         Let's see.  I think, Rob, you have updated me on

09:54AM 23    most of the things that I was looking for a status update on.

09:54AM 24         We do have the issue of BP's Rule 30(b)(6) notices,

09:54AM 25    and the complaint that the U.S. has made that the discovery is

09:54AM 1    too broad, and BP's position that it's premature to raise the

09:54AM 2    issue.  I guess that's just not ripe at this time.

09:54AM 3                  Mike, what do you think?

09:54AM 4          MR. UNDERHILL:  I think we've worked that out.

09:54AM 5          THE COURT:  Have you?

09:54AM 6          MR. UNDERHILL:  We had a sidebar exchange.  Actually,

09:55AM 7    Tim Duffy and I did.  So I think we've reached an accord on that.

09:55AM 8    We're going to have to work out the topics, all the parties

09:55AM 9    are --

09:55AM 10         THE COURT:  No, I understand.

09:55AM 11         MR. UNDERHILL:  -- but I think on the number of notices,

09:55AM 12   we're square.

09:55AM 13         THE COURT:  Good.  That's great.

09:55AM 14                  Otherwise, I think, Rob, your update was good, and

09:55AM 15   I appreciate it.  That considerably shortens that discussion.

09:55AM 16                  I do want you guys to continue with some sense of

09:55AM 17   urgency to try to get this rolled together, to get the

09:55AM 18   30(b)(6) notices done, because once we've got that done, then we

09:55AM 19   can see what the scope is, whether they are too broad, whether

09:55AM 20   we've got to take some action to work on those further.

09:55AM 21                  So don't break your necks, but there is a sense of

09:55AM 22   let's keep going.  If you need me to come in and push on

09:55AM 23   somebody, please let me know.  That's my best talent.

09:56AM 24         MR. GASAWAY:  You've got it, Your Honor.  Thank you.

09:56AM 25         THE COURT:  With the rulings that we got out this week,

09:56AM 1  have we got any other outstanding Phase One issues that we've

09:56AM 2  missed or perhaps have not been brought to us?

09:56AM 3          MR. LANGAN:  Andy Langan for BP, Your Honor.

09:56AM 4               I think we're pretty much up to date.

09:56AM 5               This may fall in this category.  Halliburton's

09:56AM 6  motion to amend its cross-claim.  They have sought leave to file

09:56AM 7  a reply.  Perfectly fine with us.

09:57AM 8          THE COURT:  That will be granted.  It will be filed in

09:57AM 9  the report.

09:57AM 10         MR. LANGAN:  Mr. Godwin has graciously agreed that BP

09:57AM 11 may file a surreply promptly.

09:57AM 12         MR. GODWIN:  Two pages, Your Honor.

09:57AM 13         MR. LANGAN:  I offered 50, he said two.  Could we maybe

09:57AM 14 talk more like five or six?

09:57AM 15         THE COURT:  How about five double spaced?

09:57AM 16         MR. LANGAN:  Five.  We can do that by --

09:57AM 17         THE COURT:  12 point font.

09:57AM 18         MR. LANGAN:  -- no later than Monday, maybe even as soon

09:57AM 19 as today.

09:57AM 20         THE COURT:  That's fine.

09:57AM 21         MR. LANGAN:  Thank you, Your Honor.

09:57AM 22         THE COURT:  I have not made it through the reply brief

09:57AM 23 yet.  I started on it this morning, but I've not --

09:57AM 24         MR. LANGAN:  I would hold off until you have -- you have

09:57AM 25 a long agenda here, Your Honor.

09:57AM 1      MR. GODWIN:  When Andy files that, Your Honor, I don't

09:57AM 2  know that we would need to say anything in response, but, if we

09:57AM 3  did, I'll try to take it up with Andy.

09:57AM 4      THE COURT:  A sur sur surreply?

09:57AM 5      MR. GODWIN:  A sur sur surreply.  If we need something

09:57AM 6  very brief, we'll come to you with it, but perhaps Andy and I can

09:58AM 7  work it out.

09:58AM 8      MR. LANGAN:  Thank you.  That'll be fine.

09:58AM 9      MR. GODWIN:  Thank you, Judge.

09:58AM 10      THE COURT:  Other than that, though, nobody is aware of

09:58AM 11  any other Phase One outstanding issues that we've missed?  Good.

09:58AM 12          All right.  De-designation of confidentiality.  It

09:58AM 13  seems to me, guys, that we've got a lot of people lined up for

09:58AM 14  B and a lot of people lined up for C, and then we got a wrath of

09:58AM 15  I'll take B with a modification.  Do I have that right, Anthony?

09:58AM 16      MR. IRPINO:  Yes, Your Honor.

09:58AM 17      THE COURT:  I was going to just say let's go with C.

09:58AM 18  Does anybody have a problem with that?

09:58AM 19      MR. IRPINO:  Which C, because Halliburton just submitted

09:58AM 20  a revised C?

09:58AM 21      THE COURT:  Come on up, Anthony.

09:59AM 22      MR. IRPINO:  Anthony Irpino for the PSC.

09:59AM 23          I was just asking which C?  I've got Alan here for

09:59AM 24  Halliburton, so I don't want to speak.

09:59AM 25      THE COURT:  Alan, would that be C1 or C2?

09:59AM 1        MR. YORK:  Bundles?  I'm kidding.  We've got so many

09:59AM 2   acronyms and references in this case.

09:59AM 3            Honestly, Your Honor, I just stand to say that our

09:59AM 4   only concern that we have tried to express is this.  There are

09:59AM 5   Halliburton documents that are in BP's possession that they have

09:59AM 6   produced in this case.  There are BP documents in Halliburton's

09:59AM 7   possession that we have produced.

09:59AM 8            Our biggest concern and our focus is that if BP

09:59AM 9   agrees to de-designate something that they have claimed to be

09:59AM 10  confidential that is a Halliburton document, there should be some

09:59AM 11  window of time for Halliburton to say, wait a minute, that's our

09:59AM 12  document, it is confidential.  The same should hold true for

09:59AM 13  other parties, just because there is so much crossover.

10:00AM 14           So I don't know whether it's C1, C2, B1 or B2, but

10:00AM 15  that's our concern.

10:00AM 16      THE COURT:  Mr. Herman, you look like you want to talk.

10:00AM 17      MR. HERMAN:  Good morning, Your Honor.  Steve Herman for

10:00AM 18  the plaintiffs.

10:00AM 19      THE COURT:  Good morning.

10:00AM 20      MR. HERMAN:  I've been somewhat out of the loop on this,

10:00AM 21  but I just started to read some of the stuff last night.

10:00AM 22           Hopefully, I won't complicate things further, but

10:00AM 23  it just occurred to me, it seemed that somebody's objection, I

10:00AM 24  think it was BP's, was that there is a lot of other work to do,

10:00AM 25  and why should they have to waste time doing this.

10:00AM 1          It seems to me, just thinking off the top of my

10:00AM 2    head at one in the morning last night, why don't we just give the

10:00AM 3    master list to Worldwide and Indata, and when they present the

10:00AM 4    final exhibits to the Court or, I guess, ultimately into the

10:00AM 5    record, they can, I think, scrape the confidential markings off

10:00AM 6    with -- you know, I mean, I think on an Adobe PDF, you can just

10:01AM 7    use like kind of a white out or something, and make it their

10:01AM 8    responsibility.

10:01AM 9          We'll have a master list that everybody has agreed

10:01AM 10   to.  We give it to them.  Because for exhibits that aren't going

10:01AM 11   into the record, I'm not sure what the urgency is anyway.  I

10:01AM 12   mean, the public has a right to know and all of that stuff, and

10:01AM 13   we can work that out with them on some basis, but it seems to me

10:01AM 14   that for the urgency of the situation, since most of the exhibits

10:01AM 15   seem to be going through Worldwide and Indata, that might be an

10:01AM 16   efficient way to do it.

10:01AM 17        THE COURT:  Very good suggestion.  Does anybody object

10:01AM 18   to Alan's revision to version C, giving the parties time to look

10:01AM 19   at other parties' de-designations?  Good.

10:01AM 20          Does anybody object to the idea of electronic white

10:01AM 21   out for the final documents that will be submitted as exhibits

10:01AM 22   that have been de-designated?

10:02AM 23        MR. LANGAN:  Andy Langan for BP.

10:02AM 24          I don't think we object to that.  I think one of

10:02AM 25   our concerns was just everybody should know that it's dangerous

10:02AM 1   to rely on the face of a document --

10:02AM 2           THE COURT:  I agree with that.

10:02AM 3           MR. LANGAN:  -- as to whether or not it's truly been

10:02AM 4   de-designated because of the production in native, which is a

10:02AM 5   different issue than what Steve is talking about, which is that

10:02AM 6   the exhibits are actually going to be used at trial.

10:02AM 7               We didn't want to have to do it ourselves, and we

10:02AM 8   didn't want there to be any reliance on the lack of a stamp.

10:02AM 9           THE COURT:  I agree with that.  I don't want you to have

10:02AM 10  to do it yourself.  I think that's make work.  I totally agree

10:02AM 11  with that.

10:02AM 12              Let's take it one step at a time.  Alan, would you

10:02AM 13  please get to me version C with your modifications allowing time

10:02AM 14  for a party to look at another party's de-designation, and we'll

10:02AM 15  go ahead and enter that as the de-designation order.

10:03AM 16              Thank you, Anthony, for bringing the issue up.

10:03AM 17          MR. YORK:  I'm happy to do so.

10:03AM 18          THE COURT:  Thank you, Alan.

10:03AM 19              Relative to the parties undertaking to take off the

10:03AM 20  designation, I don't want that to happen.  If Indata and

10:03AM 21  Worldwide can do that, I think that's great, and let's have at

10:03AM 22  it.  Okay?  So that should take care of that one.

10:03AM 23              Now, let's get to the scheduling of remaining

10:03AM 24  Phase One fact depositions.

10:03AM 25              Mr. Maze, how are you doing?

10:03AM 1              MR. MAZE:  I am very good.

10:03AM 2              THE COURT:  I'm glad to hear it.

10:03AM 3                   Let's see.  Andy, you were going to report on

10:03AM 4     Daniel Barron and your discussions with Steve Gordon.

10:03AM 5              MR. LANGAN:  That's correct, Your Honor.  That's why I

10:03AM 6     rise.

10:03AM 7                   I think we notified the parties maybe last Monday

10:03AM 8     about this.  Mr. Gordon, counsel for Mr. Barron, asked to move

10:04AM 9     this one from October 11th to November 8th.  I don't know that's

10:04AM 10    officially been done.

10:04AM 11                  As I said in my note at the time, we would be happy

10:04AM 12    to proceed on the 11th of October.  This is not about what BP

10:04AM 13    wants.  We're just the messenger here.

10:04AM 14             THE COURT:  Does anybody have any other smart ideas, or

10:04AM 15    do you just agree we're going to move it to November the 8th?  I

10:04AM 16    think that's a consensus.  We'll go from October 11th to

10:04AM 17    November 8th, Daniel Barron.

10:04AM 18                  Today is the deadline for requesting additional

10:04AM 19    time for Mr. Lamar McKay.  I do want to suggest that everybody

10:04AM 20    think about the deposition of Mr. McKay and what is relevant and

10:05AM 21    what is not relevant.

10:05AM 22                  What I saw this week was a letter from a party

10:05AM 23    whose name I will not mention, but I was concerned that some of

10:05AM 24    the questioning might go beyond the scope of this trial and the

10:05AM 25    issues involved in this trial.

10:05AM 1                 So just a cautionary note.  Think about what this

10:05AM 2    case is all about and try to remember what the issues in this

10:05AM 3    case are.  Okay?

10:05AM 4         MR. LANGAN:  Your Honor, we appreciate that.  I'm sure

10:05AM 5    Mr. McKay does.

10:05AM 6                 I just wanted to note that we don't intend to make

10:05AM 7    a formal time request.  We're assuming that we'll get our normal,

10:05AM 8    which has typically been 30 minutes or more of time, for the

10:05AM 9    presenting party.

10:05AM 10        THE COURT:  We'll have to work that out.

10:05AM 11        MR. LANGAN:  In fact, we'd take as much as an hour,

10:05AM 12   since it's going to be two days.

10:06AM 13        THE COURT:  True.  We've had some requests that if we

10:06AM 14   granted all the requests, they would be five-day depositions,

10:06AM 15   so -- but, yes, Andy, that's my presumption.

10:06AM 16        MR. LANGAN:  Thank you, Your Honor.

10:06AM 17        THE COURT:  We haven't sat down to look at how many

10:06AM 18   hours have been requested yet, but we will try to give you your

10:06AM 19   defaults.

10:06AM 20        MR. LANGAN:  Thank you.

10:06AM 21        THE COURT:  Halliburton, we already have your request,

10:06AM 22   and we agree that you will get your time allocation.

10:06AM 23        MR. GODWIN:  Thank you, Your Honor.

10:06AM 24        THE COURT:  Okay.

10:06AM 25        MS. SCOFIELD:  Your Honor, may I approach?

10:06AM 1      THE COURT:  Certainly, come on up.  How are you today?

10:06AM 2      MS. SCOFIELD:  I'm fine.

10:06AM 3           Good morning, I'm Denise Scofield for M-I.

10:06AM 4           I'm seeking the Court's permission to withdraw

10:06AM 5  Mr. Quibodeaux from the schedule for next Tuesday.

10:06AM 6           We've spoken with Alan York from Halliburton.

10:06AM 7  Halliburton is the only party who requested Mr. Quibodeaux's

10:07AM 8  deposition.  Having interviewed Mr. Quibodeaux, we have confirmed

10:07AM 9  that he has really no relevant knowledge whatsoever, so therefore

10:07AM 10  his deposition would not be a useful venture of our time.

10:07AM 11      THE COURT:  Great.  I think that's a wonderful thing.

10:07AM 12  Less is better.

10:07AM 13      MS. SCOFIELD:  Thank you.

10:07AM 14      THE COURT:  You're welcome.

10:07AM 15           Last, but not least, is Richard Coronado.  Any

10:07AM 16  update on that?

10:07AM 17           Mr. Beck.

10:07AM 18      MR. BECK:  Good morning, Your Honor.  David Beck for

10:07AM 19  Cameron.

10:07AM 20           We had worked this out with BP.  I think Mr. Langan

10:07AM 21  sent a letter to the Court, and that accurately sets forth the

10:07AM 22  essence of our agreement.

10:07AM 23      THE COURT:  So we're just not going to select a date

10:07AM 24  until we know what the decision is.

10:07AM 25      MR. BECK:  Correct.

10:07AM  1          THE COURT:  Good.  We'll just carry it over.

10:07AM  2              How do we stand on the proposed order regarding

10:08AM  3  discovery of expert material?

10:08AM  4          MR. FITCH:  Judge, before we leave that topic --

10:08AM  5          THE COURT:  Oh, I'm sorry.  Go ahead.

10:08AM  6          MR. FITCH:  Tony Fitch, Anadarko.

10:08AM  7          THE COURT:  Good morning, Tony.  How are you?

10:08AM  8          MR. FITCH:  I'm fine, Judge.  It's nice to see you back.

10:08AM  9              I wanted to ask Andy, through the Court, whether

10:08AM 10  the Heather Powell October 20th deposition presently shown as

10:08AM 11  tentative --

10:08AM 12          THE COURT:  I think Heather is still pregnant.

10:08AM 13          MR. LANGAN:  That is true.  In fact, anticipating

10:08AM 14  Mr. Fitch's question, we have been in touch with her personal

10:08AM 15  counsel in the last 24 hours reminding her of this request.  I

10:08AM 16  hope to have an update well in advance of October 20th about

10:08AM 17  whether we'll go on that date or some other date, depending on

10:08AM 18  her delivery and the like.  So we have not forgotten.

10:08AM 19          THE COURT:  Right.  October 20th was the tentative date.

10:08AM 20  I don't remember when she was expecting, but it's prior to

10:08AM 21  October 20th.

10:08AM 22          MR. LANGAN:  That is correct.

10:09AM 23              I'm prepared to address the other issue after

10:09AM 24  Mr. Miller --

10:09AM 25          MR. MILLER:  Do you want to go?

10:09AM 1      MR. LANGAN:  -- on the expert thing.

10:09AM 2      MR. MILLER:  Yes, I just remembered --

10:09AM 3          Kerry Miller for Transocean.

10:09AM 4          -- one Phase One clean-up discovery issue.

10:09AM 5          You'll recall that we mentioned a couple of

10:09AM 6  conferences ago the status of Mr. Vidrine.  He's not able to sit

10:09AM 7  for a deposition.  I spoke with his individual counsel in

10:09AM 8  Baton Rouge, I don't know, a month ago or whatever it was, about

10:09AM 9  whether or not he could respond to written deposition questions.

10:09AM 10     THE COURT:  Right.

10:09AM 11     MR. MILLER:  He said, well, why don't you prepare them,

10:09AM 12 we'll see; not optimistic, but we'll see.

10:09AM 13         What we've done since then is we took the lead in

10:09AM 14 preparing some written questions for Mr. Vidrine, tried to keep

10:09AM 15 it to a manageable number, written deposition questions.

10:09AM 16         We then circulated it to the group.  I think

10:09AM 17 Halliburton had some input, and Paul Sterbcow had some input.  BP

10:09AM 18 said, we're just going to hold off for now; we don't have input

10:09AM 19 for now; we'll see what happens with Mr. Vidrine.

10:10AM 20         At any rate, we have 22 questions for him, with

10:10AM 21 input from Halliburton, Transocean, and from the PSC.

10:10AM 22         The issue is should I contact Mr. Habans again, or

10:10AM 23 should the Court contact Mr. Habans in connection with the --

10:10AM 24 because I think the process is he's going to look at them, he's

10:10AM 25 going to speak with Mr. Vidrine or Mr. Vidrine's doctors about

10:10AM 1   his ability to answer them, and then provide a response back to

10:10AM 2   us.  So it's really a process question.

10:10AM 3             THE COURT:  Either is fine.  If you would prefer for us

10:10AM 4   to do it, supply me with the questions.  If you would prefer to

10:10AM 5   do it, I think that's fine.

10:10AM 6             MR. MILLER:  I think what I'll do is I'll at least call

10:10AM 7   Mr. Habans this week and ask him if he has a preference.  If he

10:10AM 8   doesn't, I'll go ahead and forward those to him.  In any case,

10:10AM 9   I'll report back next Friday.

10:10AM 10            THE COURT:  That's great.  But if he would prefer that

10:10AM 11  it come from the Court, I'll be glad to get it out.

10:10AM 12            MR. MILLER:  That may be the case, so that's why I'm

10:11AM 13  going to ask him the question.

10:11AM 14            THE COURT:  Thanks.  I had forgotten that.

10:11AM 15                 Andy?

10:11AM 16            MR. LANGAN:  Yes, Your Honor, you were, I think, about

10:11AM 17  to ask about the status of the proposed order we were asked to

10:11AM 18  submit on discoverability of experts.

10:11AM 19                 A draft we had prepared as of Wednesday is

10:11AM 20  attachment five to Mr. Gasaway's letter of yesterday.  However,

10:11AM 21  it's not final because we've gotten additional input from

10:11AM 22  Mr. Underhill and the department on this, which I think

10:11AM 23  Mr. Herman, as of this morning, has said we agree.  So I think we

10:11AM 24  have some meeting and conferring to still do.

10:11AM 25                 There may be issues remaining that you'll have to

10:11AM 1 resolve, but I think we're fairly close.

10:11AM 2         THE COURT:  Yes, it looks that way.

10:11AM 3         MR. LANGAN:  Yes.

10:11AM 4         THE COURT:  So that's good.

10:11AM 5          If you need it, let me know.  But I think, in

10:11AM 6 theory, it looks like you all are close, and it will be very

10:11AM 7 helpful to have in place before the first deposition.

10:11AM 8         MR. LANGAN:  I think we'll try to push it to conclusion,

10:11AM 9 to the extent we can, before next Friday, present you with

10:12AM 10 whatever is close enough to final, and you can resolve whatever

10:12AM 11 remaining issues there are.

10:12AM 12         THE COURT:  We'll work it out at that point.

10:12AM 13         MR. UNDERHILL:  I think we're really close.  I gave Andy

10:12AM 14 and all the parties a redraft of Andy's with some minor tweaks.

10:12AM 15 So we're down to about two or three fairly small things, I think.

10:12AM 16         THE COURT:  Great.  If you all want to, if you can't get

10:12AM 17 through it and want to just do a quick conference call next week,

10:12AM 18 you can certainly do that.

10:12AM 19         We have issued the schedule for weeks one through

10:12AM 20 three.  Is there anything that anybody saw that doesn't look

10:12AM 21 right?  Oh, of course, there is, Kerry.

10:12AM 22         MR. MILLER:  I think it's November.  You can take

10:12AM 23 Mr. Birch off.  He was set for November 28th.  I think it's the

10:12AM 24 28th.

10:12AM 25         MR. LANGAN:  I think in our submission we noted that we

10:12AM  1    would like to reserve on Birch.

10:13AM  2         THE COURT:  That seemed to be something of a minor

10:13AM  3    dispute.

10:13AM  4         MR. LANGAN:  Correct.  So before Mr. Maze makes it

10:13AM  5    official, perhaps we could --

10:13AM  6         MR. MAZE:  I've scratched one day but not the other.

10:13AM  7         THE COURT:  Let's put George Birch, one day with a

10:13AM  8    question mark.

10:13AM  9              How do you want to bring that up?  I do have that

10:13AM 10    here under Phase One expert depositions.  Do you all want to,

10:13AM 11    Andy, take the lead on bringing up the issue of whether or not

10:13AM 12    Mr. Birch can be withdrawn at this point?

10:13AM 13         MR. LANGAN:  Yes.  We'll make a final decision, and

10:13AM 14    perhaps, by next Wednesday or so, we'll make our case on that.

10:13AM 15         THE COURT:  Yes, that will be fine.

10:13AM 16         MR. LANGAN:  Thank you.

10:13AM 17         MR. MILLER:  I think you've clarified it, but I think

10:13AM 18    that's the issue.  The issue is how could he sit for a deposition

10:13AM 19    if he has been withdrawn as an expert.

10:13AM 20         THE COURT:  That's right.  So somebody has to tell me

10:14AM 21    that, and that would be Andy.

10:14AM 22         MR. MILLER:  That would be Andy because I think from our

10:14AM 23    standpoint he's been withdrawn, and from the PSC's standpoint

10:14AM 24    he's been withdrawn.

10:14AM 25         THE COURT:  Correct.  So Andy is going to think about

10:14AM 1   it.  If he wants to pursue it, he's going to explain to me what

10:14AM 2   entitlement he has.

10:14AM 3                   Alan?

10:14AM 4           MR. YORK:  We support the withdrawal.

10:14AM 5           THE COURT:  You support the withdrawal?  Thank you.  So

10:14AM 6   the only person --

10:14AM 7           MR. LANGAN:  To me, that clinches it the other way, but

10:14AM 8   that's just me, Your Honor.

10:14AM 9                   We'll make a decision, and Wednesday is our day to

10:14AM 10  come forward and say what.

10:14AM 11          THE COURT:  That would be great.

10:14AM 12                  We looked at the requests for examination on the

10:14AM 13  experts, and we would have taken five days.  So we are looking

10:14AM 14  now at scheduling weeks 4 through 6, and we'll grapple with that

10:15AM 15  when the time is right.

10:15AM 16                  Anything else with regard to scheduling experts

10:15AM 17  that we need to talk about?

10:15AM 18          MR. LANGAN:  You've gotten numerous time allocation

10:15AM 19  requests.  Is that issue encompassed in your question, because I

10:15AM 20  had a couple comments about that?

10:15AM 21          THE COURT:  Let's get the comments.  It is encompassed,

10:15AM 22  yes.

10:15AM 23          MR. LANGAN:  Well, just this.  I want to take a step

10:15AM 24  back, if I could.  I think a very important principle here is,

10:15AM 25  Your Honor has made clear that both Your Honor and Judge Barbier

10:15AM  1    adhere to the principle of the four corners rule.

10:15AM  2             If the expert report doesn't have opinions

10:15AM  3    criticizing -- not to pick on Weatherford or Dril-Quip -- if

10:15AM  4    there is nothing in the report about Weatherford or Dril-Quip or

10:15AM  5    MOEX or whomever, and that is the case for a large number of

10:16AM  6    these reports, I'm not sure I understand why there is any need

10:16AM  7    for parties to take a half an hour to confirm nine or ten times

10:16AM  8    that there is nothing in the report about Weatherford or MOEX.

10:16AM  9    So that's Point Number 1.  We have the four corners rule to rely

10:16AM 10    on.

10:16AM 11             Point Number 2 is, for better or for worse, the

10:16AM 12    reality is, is that the vast majority of these reports are

10:16AM 13    singularly focused on BP.  I don't understand, for instance, why

10:16AM 14    Transocean or whomever needs 180 minutes or 120 minutes to

10:16AM 15    extract more explanation from that expert about why they are

10:16AM 16    focused on BP.

10:16AM 17             We deserve, we believe, and need the vast majority

10:16AM 18    of the time, and that's why we asked for it.  So we hope --

10:16AM 19    that's our position, and we feel very strongly about this.

10:16AM 20        THE COURT:  All right, Andy, I'm with you.

10:16AM 21             On the first issue that you raised, Andy, the

10:16AM 22    request, I think, was Weatherford, wasn't it?

10:16AM 23        MR. LANGAN:  Just as example.

10:17AM 24        THE COURT:  I'm just using it as an example where the

10:17AM 25    requester -- and I'm not sure it was Weatherford -- but the

10:17AM 1   requester said, we don't see anything directed specifically at us
10:17AM 2   in this expert report, but it's a very general report, and so we
10:17AM 3   want the time because we want to make sure.  Is that the same
10:17AM 4   example you're thinking about?
10:17AM 5           MR. LANGAN:  Well, or M-I or Dril-Quip.  Maybe
10:17AM 6   Weatherford didn't ask for time.  I'm just pointing out that the
10:17AM 7   parties that weren't really mentioned in the report, the time is
10:17AM 8   precious, and so I don't understand -- given the four corners
10:17AM 9   rule that everybody can rely on, I don't understand why we need
10:17AM 10  to allocate any time for people not mentioned in the reports.
10:17AM 11          THE COURT:  Thank you.
10:17AM 12              Kerry?
10:17AM 13          MR. MILLER:  I think Andy was just speaking out of
10:17AM 14  fondness for Transocean, but our requests were probably pretty
10:17AM 15  moderate in terms of the expert time, certainly more moderate
10:18AM 16  than some.
10:18AM 17          THE COURT:  I think he withdrew the reference to
10:18AM 18  Transocean.  That was my distinct impression.
10:18AM 19          MR. MILLER:  I think we're more moderate than a lot of
10:18AM 20  the other parties here when it comes to that issue.
10:18AM 21          MS. KARIS:  Your Honor, Carrie Karis.
10:18AM 22              I just want to add to what Mr. Langan was just
10:18AM 23  indicating.  Definitely, there is the issue of the Weatherfords
10:18AM 24  or Dril-Quips, if you will, of the case that don't have any
10:18AM 25  direct interest or aren't at issue with respect to some of these

10:18AM  1   experts, but I think it goes beyond that.

10:18AM  2           For example, the PSC's experts, Mr. Pritchard and

10:18AM  3   Bea, which submitted a 400-page report, right up front in the

10:18AM  4   report, the expert says, this report does not address issues or

10:18AM  5   possible deficiencies relating to third-party contractors, anyone

10:18AM  6   at all.  Other than BP, that's the position the expert took.

10:18AM  7           That's perfectly fine, but that's an example where

10:18AM  8   there is an expert who has expressly said he is not going to

10:19AM  9   address deficiencies of third-party contractors.  400 pages are

10:19AM 10   dedicated to being critical of our client, BP.  That's an example

10:19AM 11   where multiple parties want to examine Mr. Pritchard now, but, of

10:19AM 12   course, that would cut into our ability to do that.

10:19AM 13           So we think we need a vast majority of the time, if

10:19AM 14   not all the time, frankly, given those positions.  So I just want

10:19AM 15   to be clear, it's not just a Weatherford/Dril-Quip issue.

10:19AM 16           THE COURT:  It's the target issue.

10:19AM 17           MS. KARIS:  Correct.

10:19AM 18           THE COURT:  Thank you.

10:19AM 19           MR. BECK:  Your Honor, David Beck for Cameron.

10:19AM 20           In scheduling these experts' depositions, we

10:19AM 21   respectfully ask the Court to keep two considerations in mind.

10:19AM 22           The first one is that we are probably doing the

10:19AM 23   same thing that most other parties are doing, that is, we

10:19AM 24   assigned chief responsibility for certain expert topics to

10:19AM 25   particular individuals.

10:19AM 1      Obviously, if a deposition is set on the same topic

10:20AM 2 on the same day, so that you are in a situation, using the BOP as

10:20AM 3 an example, where you've got two BOP experts taken

10:20AM 4 simultaneously, that really presents a problem for us.

10:20AM 5      THE COURT:  No question about it.

10:20AM 6      MR. BECK:  I understand we're going to have to

10:20AM 7 multitrack some of these.  That's not a problem when the subjects

10:20AM 8 are different.  It's just when the subjects are identical.

10:20AM 9      The second consideration we ask you to keep in mind

10:20AM 10 is when a deposition is being taken of experts and they have

10:20AM 11 signed the same report.  We'd respectfully ask the Court to

10:20AM 12 consider that they not somehow be set for the same time because

10:20AM 13 we are having the same person probably deposing both of them.

10:20AM 14      THE COURT:  Well, let's talk about that.  Because except

10:20AM 15 for the Bea/Gayle deposition, I thought we had agreed that there

10:21AM 16 would be a lead deponent for coauthored reports.  Is that

10:21AM 17 misunderstanding on my part?

10:21AM 18      MR. BECK:  No.  No.  I think that's right.  But it's

10:21AM 19 just when we have somebody else who has signed on the report,

10:21AM 20 too, we would like that that second person's deposition not be

10:21AM 21 set at the same precise time as the other because one will

10:21AM 22 naturally follow the other.  That's the only thing we're asking.

10:21AM 23      THE COURT:  I may be missing something, but I thought --

10:21AM 24 you're talking about Bea/Gayle.  So, in other words, you don't

10:21AM 25 want those two depositions going forward at the same time.

10:21AM  1          MR. HERMAN:  I think that's been taken care of.

10:21AM  2          THE COURT:  Yes, I think that's right.

10:21AM  3              David, to the largest extent possible, we have

10:21AM  4  tried not to schedule the same specialty at the same time for the

10:22AM  5  reasons that you state, which is, Don would like to have only one

10:22AM  6  cement deposition going at a time, and I understand that you

10:22AM  7  would like to have only one BOP deposition going at one time.  So

10:22AM  8  I hope we have taken care of that.

10:22AM  9          MR. UNDERHILL:  I think there is one.

10:22AM 10          MR. BECK:  Loretta Robinson is another one.

10:22AM 11          MR. UNDERHILL:  I don't think this reflects.  There were

10:22AM 12  two -- this is our BOP report, Your Honor.

10:22AM 13              Mike Underhill, on behalf of the United States.

10:22AM 14              I think that doesn't reflect that Ray Morella and

10:22AM 15  Pat Novak, that we agreed to one day, to Andy's request for that,

10:22AM 16  and I think that they may have been double tracked, possibly with

10:22AM 17  Neil Robinson.  I don't have my schedule, but I think that's what

10:22AM 18  David may be referring to.

10:22AM 19          THE COURT:  Is that what you are talking about?

10:22AM 20          MR. BECK:  Yes, it is.

10:22AM 21          THE COURT:  Okay, David.  Thank you.

10:22AM 22          MR. UNDERHILL:  We'll supply the body whenever we're

10:22AM 23  told to; so, however the Court and the parties work it out, we'll

10:23AM 24  do it.

10:23AM 25          THE COURT:  Why don't you talk to the body and find some

10:23AM 1    alternative dates that we can accommodate David's problem.

10:23AM 2         MR. UNDERHILL:  Well, I think they had flexibility.  It

10:23AM 3    was really deferring to the Court and Mike to figure -- you know,

10:23AM 4    tell us when.  So, I mean, we're happy to work with the other

10:23AM 5    folks to figure out a good date, if that's what you want us to

10:23AM 6    do.

10:23AM 7         THE COURT:  David, why don't you pick a date, and let us

10:23AM 8    know what you like.  If it's okay with you and it's okay with the

10:23AM 9    witness, we'll move it.

10:23AM 10        MR. UNDERHILL:  What I'd suggest is that rather than

10:23AM 11   have me decide somebody else's schedule, I'll get David in touch

10:23AM 12   with Rachel Hankey from our team, who is more or less leading the

10:23AM 13   charge on the BOP depos, and they can work those out.

10:23AM 14        THE COURT:  Anything else like that that comes up --

10:23AM 15   Tony, you've got another thing like that?

10:23AM 16        MR. FITCH:  A little bit different, Judge.

10:23AM 17            Tony Fitch from Anadarko.

10:23AM 18            It's clear that everyone is going to have to take

10:23AM 19   haircuts on the time requests that they've made here; but, I

10:24AM 20   think all of the parties do have some specific reasons for why

10:24AM 21   they asked for more time, at least some of us, from some

10:24AM 22   depositions and less time for other depositions.

10:24AM 23            I think we'd just respectfully ask the Court to

10:24AM 24   keep that in mind as you're making these overall judgments,

10:24AM 25   because we are making these calculations on what we've seen and,

10:24AM 1    also, on what we expect from our own experts, and all of us have

10:24AM 2    certain things in mind.

10:24AM 3            THE COURT:  It's a very difficult situation.  There is

10:24AM 4    no question about it.  Everybody needs a haircut because, as I

10:24AM 5    said, I think we came up with five days of requests on one

10:24AM 6    witness, and obviously that can't happen.  But we will try to pay

10:24AM 7    very close attention.

10:24AM 8            MR. FITCH:  Maybe the Court will be tolerant in one or

10:24AM 9    two instances where last-minute post-decision screens for one

10:24AM 10   more --

10:24AM 11           THE COURT:  Maybe.  Maybe.

10:24AM 12           Does anybody want to respond to the four corners

10:25AM 13   argument about if your name is not in the report, you're not a

10:25AM 14   target?  Denise wants to respond.

10:25AM 15           MR. BECK:  Would you say that one more time?

10:25AM 16           THE COURT:  I will.  David, I don't think this is a

10:25AM 17   problem for you, but if your client's name is not in the report,

10:25AM 18   the four corners doctrine applies.

10:25AM 19           Denise.

10:25AM 20           MS. SCOFIELD:  Our issue is simply that there may be

10:25AM 21   things that come out of these depositions that our experts can

10:25AM 22   use and rely upon in preparing their report.

10:25AM 23           Simply because M-I's name isn't mentioned in the

10:25AM 24   report for which we've asked for time doesn't mean the issues in

10:25AM 25   which we have been implicated throughout the discovery phase of

10:25AM 1    this case thus far aren't going to come to bear on M-I's ultimate

10:25AM 2    position in the case.

10:25AM 3           THE COURT:  Okay.  Good, thank you.

10:25AM 4           MR. FITCH:  Judge, on behalf of Anadarko, again,

10:26AM 5    Tony Fitch.

10:26AM 6           The problem with that is that for those of us who

10:26AM 7    are the subject of not only cross-claims but kind of derivative

10:26AM 8    theory claims, we still have concerns about some aspects of the

10:26AM 9    report, defensive or offensive, even though we're not named in

10:26AM 10    it.  So I'm not sure that four corners doctrine works entirely.

10:26AM 11           THE COURT:  Good.

10:26AM 12           MR. MILLER:  I would add an extra ingredient to the four

10:26AM 13    corners doctrine in terms of whether a party should have

10:26AM 14    examination time for an expert whose report is focused on BP.

10:26AM 15           That is, if in BP's examination -- I think we all

10:26AM 16    agree, if a report is focused against BP, they should go first in

10:26AM 17    the examination of the expert.  If BP does not mention the other

10:26AM 18    party's name in its examination, that is, does not say, hey, but,

10:26AM 19    expert, isn't that really a criticism of Halliburton or really a

10:26AM 20    criticism of Transocean, if BP doesn't do it, then I think that's

10:27AM 21    right.

10:27AM 22           But, if their direct examination attempts to

10:27AM 23    convert that expert into offering opinions or testimony that are

10:27AM 24    adverse to another party who doesn't appear in the four corners,

10:27AM 25    as you would do in a cross-examination, doesn't your opinion

10:27AM 1    apply with equal force to Halliburton, doesn't your opinion apply

10:27AM 2    with equal force to Transocean, then, obviously, we need some

10:27AM 3    time in those depositions to respond to that testimony and those

10:27AM 4    questions, and that's what we fear in connection with the four

10:27AM 5    corners.

10:27AM 6            THE COURT:  Thank you, Kerry.

10:27AM 7            MR. BARROW:  Your Honor, Dennis Barrow for Dril-Quip.

10:27AM 8                 Briefly, on the four corners comment, our concern

10:27AM 9    in these depositions are it is accurate that the PSC and the

10:27AM 10   U. S. experts don't mention us.  That's consistent with the fact

10:27AM 11   the PSC and the U. S. didn't sue us, didn't bring any claims

10:27AM 12   against us.  But there was a 14(c) tender against us, and we have

10:27AM 13   cross-claims against us.

10:27AM 14                So we're concerned that, to the extent that the

10:27AM 15   defendants, in asking questions of the expert, raise issues that

10:27AM 16   are relevant to us, we need to be able to address those.  That's

10:28AM 17   why we think it's necessary, even though the expert doesn't

10:28AM 18   express it directly.

10:28AM 19           THE COURT:  It's a very complicated case as far as

10:28AM 20   cross-claims, counterclaims, etcetera, so I understand the issue.

10:28AM 21                Mr. O'Rourke, good morning.

10:28AM 22           MR. O'ROURKE:  *Bon jour,* Your Honor.

10:28AM 23                Obviously, none of the experts from BP or

10:28AM 24   Transocean are going to mention our client, the United States,

10:28AM 25   but we still want to have a chance.

10:28AM 1        THE COURT:  Not in this phase.

10:28AM 2        MR. O'ROURKE:  Right.  Not in this phase.  But, for

10:28AM 3   example, a report by Transocean that says everything Transocean

10:28AM 4   did was great is not going to mention the U. S., but we still

10:28AM 5   want to get some time.  Thanks.

10:28AM 6        MR. LANGAN:  Your Honor, Andy Langan.

10:28AM 7        Just a couple comments, please, if I may.  If we're

10:28AM 8   thinking about haircuts, may I suggest a promising place to start

10:28AM 9   is the PSC's request for 90 minutes for redirect and

10:28AM 10  rehabilitation that they are anticipating will be necessary.  So

10:29AM 11  we had it more in mind like five minutes, so, you know, anyway.

10:29AM 12       THE COURT:  That point has been raised and so noted.

10:29AM 13       MR. LANGAN:  Secondly, Mr. Miller just said that

10:29AM 14  everybody agrees that BP goes first.  Actually, Your Honor's

10:29AM 15  August 10th order says no such thing.  We would rather rely on

10:29AM 16  your August 10th order about order of examination than

10:29AM 17  Mr. Miller's passing comment.

10:29AM 18       THE COURT:  Thank you.

10:29AM 19       All right.  Anything else on expert scheduling,

10:29AM 20  Phase One only?  All right.

10:29AM 21       We noted the PSC has asked for the default time

10:29AM 22  allocation for in-house expert depositions.  We haven't crossed

10:29AM 23  that bridge yet, but we've made note of it, and we'll consider

10:29AM 24  it.

10:29AM 25       We are progressing on the authenticity objections.

10:30AM 1   The exhibits, the 300 exhibits, I was surprised, happily
10:30AM 2   surprised at what came in.  I thought it was, in most cases,
10:30AM 3   moderate and pleasantly surprised.  So I think that seems to be
10:30AM 4   working.  Does anybody have anything they want to comment on
10:30AM 5   there?
10:30AM 6          MR. LANGAN:  We've reached out to Mr. Herman to try to
10:30AM 7   get a meet and confer process going about our objections.  So we
10:30AM 8   hope the process will work well, as well.
10:30AM 9          THE COURT:  Good.
10:30AM 10         MR. BECK:  Judge, David Beck.
10:30AM 11             That's what I was going to suggest.  I looked at
10:30AM 12  our authenticity objections last night.  If you order the parties
10:30AM 13  to sit down and discuss those, I think most of those can be
10:30AM 14  resolved.
10:30AM 15         THE COURT:  I think so, too.
10:30AM 16         MR. BECK:  Frankly, I think a lot of the substantive
10:30AM 17  objections could be resolved.
10:30AM 18         THE COURT:  I agree.  I was pleasantly surprised on both
10:31AM 19  fronts.  It looks to me like most of this is resolvable, so I'm
10:31AM 20  encouraged.
10:31AM 21         MR. HERMAN:  Steve Herman for the plaintiffs.
10:31AM 22             We're optimistic, as well.  We're trying to reach
10:31AM 23  out to everyone to set up meet and confers.  I can report to the
10:31AM 24  Court that it appears that with the authenticity objections,
10:31AM 25  almost all of them are curable.

10:31AM 1          I think we kind of have a consensus agreement that

10:31AM 2     in many of the depositions apparently different lawyers put

10:31AM 3     different markings on, and I think most of them are going to be

10:31AM 4     cured by giving Worldwide the original as-produced PDF or .tif,

10:31AM 5     and they are going to renumber it and make that the official

10:31AM 6     final deposition exhibit.  In some cases, they can take off the

10:31AM 7     confidentiality marking, too.

10:31AM 8          So I think there are only 35 documents that are

10:31AM 9     objected to for authenticity.  We have already gone through, and

10:31AM 10    we kind of have notes and we'll set up meetings or calls or

10:31AM 11    whatever.

10:31AM 12         On the list of 300, I don't expect -- we might have

10:32AM 13    some disagreements at the end of the day, but we should be able

10:32AM 14    to work through those within the next couple weeks --

10:32AM 15         THE COURT:  I agree.  I was pleased.

10:32AM 16         To a large extent, I think that's going to take

10:32AM 17    care of Deb's question when we get to trial planning about

10:32AM 18    whether or not the deposition cuts should, in fact, have

10:32AM 19    foundational questions in or out; and, it indicates to me they

10:32AM 20    should be out, that you all don't need to designate foundation

10:32AM 21    questions in your deposition cuts.

10:32AM 22         But we'll get to that when we get to Trial Plan.  I

10:32AM 23    jump ahead.

10:32AM 24              Kerry?

10:32AM 25         MR. MILLER:  A couple of clerical clarification

10:32AM 1    questions.  This is, I guess, mostly directed to Steve and Alan

10:32AM 2    first.

10:32AM 3                    On the issue of Worldwide --

10:32AM 4          THE COURT:  The firm that can do anything?

10:32AM 5          MR. MILLER:  The firm that can do anything.  This is

10:32AM 6    very modest.  Like I said, this is a clarification question.

10:32AM 7    I've got some issues around the house I'm going to contact

10:33AM 8    Kym Fontana about and see if he can help me out.

10:33AM 9          MR. UNDERHILL:  For a price, he'll do it.

10:33AM 10         MR. MILLER:  I'm sure he will.

10:33AM 11               This notion that Worldwide is going to take the

10:33AM 12   clean document and substitute it for the document that someone

10:33AM 13   scribbled some notes on, when they remark it, is it going to bear

10:33AM 14   the original deposition/trial exhibit number, or if, for example,

10:33AM 15   it's a BP document, is it going to bear a new 20,000, whatever

10:33AM 16   BP's sequence is, 10,000 number?  It'll have its original number

10:33AM 17   back?

10:33AM 18         MR. HERMAN:  I hope so.

10:33AM 19         THE COURT:  We anticipated it would have its original

10:33AM 20   deposition number from first use.

10:33AM 21         MR. HERMAN:  Yes, or else it's going to create a lot of

10:33AM 22   confusion.

10:33AM 23         MR. MILLER:  That was my question.

10:33AM 24               The second question is, on the 300 exhibits, we

10:33AM 25   paid attention to the 50 exhibits that were purported to be

10:33AM 1   introduced against Transocean, didn't pay nearly as much

10:34AM 2   attention to the other 250.  Were we supposed to do that or not?

10:34AM 3   Because I saw sort of some of the differences in what the parties

10:34AM 4   came back with.

10:34AM 5          THE COURT:  That's up to you.  The other exhibits are

10:34AM 6   really not material to you, so do you care?

10:34AM 7          MR. LANGAN:  We've agreed a whole bunch of stuff is

10:34AM 8   coming in against TO with the PSC.  We're glad Kerry didn't look.

10:34AM 9          MR. MILLER:  I didn't say I didn't look.  I said I

10:34AM 10  didn't pay as much attention to those.

10:34AM 11         THE COURT:  Kerry, if you want to go back and look

10:34AM 12  again, nobody is going to call foul.  I don't see a need for it.

10:34AM 13  Everybody else has looked at these documents.  I think we've got

10:34AM 14  what we've got; but, if you want to go back and take another

10:34AM 15  look, feel free.

10:34AM 16         MR. MILLER:  Just a question.

10:34AM 17         THE COURT:  Knock yourself out.

10:34AM 18            We're moving along on the reliance exhibits, and

10:34AM 19  that appears to be going fine.  Everybody now knows what reliance

10:35AM 20  exhibits are?  I withdraw that statement.

10:35AM 21            Now, who is on the line for the cleanup responder

10:35AM 22  defendants?  Who have I got on the line?

10:35AM 23         MR. LYLE:  Your Honor, you have Mike Lyle from

10:35AM 24  Weil Gotshal for O'Brien's, Seacor and NRC.

10:35AM 25         THE COURT:  Hey, Mike.  How are you doing?

10:35AM 1          MR. LYLE:  Fine, thank you, Your Honor.  I think there

10:35AM 2    are other responders on, as well.

10:35AM 3          MR. HEIDEN:  Your Honor, this is Tom Heiden on behalf of

10:35AM 4    Nalco.

10:35AM 5          THE COURT:  Hello, Tom, how are you doing today?

10:35AM 6          MR. HEIDEN:  I'm doing fine, Judge.  How are you?

10:35AM 7          THE COURT:  Good, thanks.

10:35AM 8          MR. McALOON:  Skip McAloon for Dynamic Aviation Group,

10:35AM 9    Judge.

10:35AM 10         THE COURT:  Hi, Skip.

10:35AM 11         MR. GALLOWAY:  John Galloway, Your Honor, for

10:35AM 12   Tiger Rentals.

10:35AM 13         THE COURT:  Okay, good morning.

10:35AM 14         MR. BRADY:  Sean Brady for DRC Emergency Services, LLC.

10:35AM 15         THE COURT:  Okay, Sean, thanks.

10:35AM 16         We had a proposed order circulated asking that

10:36AM 17   seven days advance notice be provided in Phase Two discovery

10:36AM 18   relative to a witness having knowledge of things like containment

10:36AM 19   efforts, controlled burning, etcetera.  Did anybody have an

10:36AM 20   objection to that proposed order?  Any objection?

10:36AM 21         It seems like a reasonable request to me.  So who

10:36AM 22   wants to take the lead on getting that to me in final form, and

10:36AM 23   we'll go ahead and get that entered?

10:36AM 24         MR. LYLE:  Your Honor, this is Mike Lyle for O'Brien's,

10:36AM 25   Seacor and NRC.

10:36AM  1            We'll take the lead on getting that to Your Honor.

10:36AM  2            THE COURT:  That would be great.  I appreciate that.

10:36AM  3            Now, clean-up responder defendants also asked about

10:37AM  4    Phase Three involvement questioning in the Phase One trial.

10:37AM  5            Just to put your minds at rest, I spoke to

10:37AM  6    Judge Barbier, and he does not intend that there be any

10:37AM  7    Phase Three questioning in the Phase One trial.

10:37AM  8            He may take Phase Two questioning on a case-by-case

10:37AM  9    basis, if it's just brief testimony, take another half hour,

10:37AM 10    he'll consider that; but, because of the issue you guys raised,

10:37AM 11    he has said he will not take Phase Three.  Do you guys feel

10:37AM 12    better?

10:37AM 13            MR. LYLE:  Your Honor, Mike Lyle, again, for Seacor,

10:37AM 14    O'Brien's and NRC.

10:37AM 15            We're happy with that, very happy with that.  Thank

10:37AM 16    you very much.

10:37AM 17            THE COURT:  So I think we've taken care of your two

10:37AM 18    issues for this week, at least, right?

10:38AM 19            MR. LYLE:  Yes, ma'am.

10:38AM 20            THE COURT:  Now, next up is the draft pretrial order

10:38AM 21    relating to use of sample reference material.  I guess that's

10:38AM 22    Mr. Gasaway again, right?

10:38AM 23            MR. GASAWAY:  Good morning, Your Honor.  Rob Gasaway for

10:38AM 24    BP.

10:38AM 25            THE COURT:  Rob, have you gotten any objections to your

10:38AM  1  draft order?

10:38AM  2          MR. GASAWAY:  We have not.

10:38AM  3          THE COURT:  Why don't you go ahead and submit that, as

10:38AM  4  well, in final form, and we'll go ahead and get that issued.

10:38AM  5          MR. GASAWAY:  I'll do that, Your Honor.  Thank you.

10:38AM  6          THE COURT:  Thank you.

10:38AM  7              Let's see what we've got.  That is the end of my

10:38AM  8  regular meeting agenda, other than to remind everybody that we

10:38AM  9  have a Swizzle Stick appearance on October 20th.  Deb, is it 4:00

10:39AM 10  or 4:15?

10:39AM 11          MS. KUCHLER:  For some reason, the Swizzle Stick said it

10:39AM 12  had to be 4:15.  So it's 4:15 to 6:15.  E-invites are going out

10:39AM 13  today to everybody we can think of.  Obviously, if we leave

10:39AM 14  anybody off --

10:39AM 15          THE COURT:  If somebody happened to show up at 4:00, do

10:39AM 16  you think it would be okay?

10:39AM 17          MS. KUCHLER:  Well, I will be there at 4:00.

10:39AM 18          THE COURT:  My point is, I think we all thought it would

10:39AM 19  be 4 o'clock; so, it's 4:15, but if you happen to show up

10:39AM 20  Thursday at 4:00, I'll bet you the Swizzle Stick will --

10:39AM 21          MS. KUCHLER:  The hosts from Bingham and Kuchler Polk

10:39AM 22  will be there a little early, so.

10:39AM 23          THE COURT:  Now, what do we have to cover before we go

10:39AM 24  off the record and into our trial planning meeting?

10:39AM 25          MR. MILLER:  This is a trial planning issue, but it's

10:39AM 1   purely logistical.

10:39AM 2              We're due to start February 27th.

10:40AM 3         THE COURT:  We're not due to start.

10:40AM 4         MR. MILLER:  We will start.  I hear you.  Like I say,

10:40AM 5   it's purely logistical, and I wanted to do it in open court to

10:40AM 6   give a number of people this.

10:40AM 7              The Final Four is due to be played, the college

10:40AM 8   basketball Final Four is due to be played in New Orleans the

10:40AM 9   first week of April.  We have been looking to book hotel rooms.

10:40AM 10  Mardi Gras is not a problem.  Jazz Fest is not a problem.  The

10:40AM 11  Final Four is a problem.

10:40AM 12             So we would like to introduce and request maybe

10:40AM 13  after the first month of trial a brief hiatus surrounding

10:40AM 14  Final Four weekend.

10:40AM 15        THE COURT:  What's the date?

10:40AM 16        MR. MILLER:  It's the first week of April.  We would

10:40AM 17  suggest, Your Honor, the games are played on Saturday and on

10:40AM 18  Monday.  So we were suggesting taking Thursday, Friday and, I

10:40AM 19  think, Monday off.

10:40AM 20             We would ordinarily take a Friday off, but maybe

10:40AM 21  Thursday, Friday, Monday, Tuesday, I guess, maybe.  Everybody

10:40AM 22  will be cleared out by that point in time.

10:40AM 23             I'll give you the exact dates, but it's the first

10:41AM 24  Monday in April, I think.  Hotels are impossible to come by for

10:41AM 25  lawyers and witnesses.

10:41AM 1   THE COURT:  The fact that Jazz Fest and Mardi Gras can't

10:41AM 2 compete with the Final Four is amazing.

10:41AM 3    Rob, you've got something on the agenda?

10:41AM 4    We'll take that up, Kerry.  That's a really good

10:41AM 5 point.

10:41AM 6   MR. GASAWAY:  Very quickly, Your Honor.  Item 3G on my

10:41AM 7 long letter has to do with Phase Two discovery against the

10:41AM 8 United States.

10:41AM 9    Your Honor asked Anadarko and BP to take the lead

10:41AM 10 on that and to complete it by the end of the month.  I wanted to

10:41AM 11 apprise Mike and the parties, and just not letting it get buried,

10:41AM 12 that we have circulated draft discovery to all of the defendants

10:41AM 13 on our side, the defendant parties.  We would like just a few

10:41AM 14 extra days to take comments, if any, from Halliburton, Cameron

10:41AM 15 and others, and then serve that on the United States promptly

10:41AM 16 after we get those comments and get them incorporated.

10:41AM 17   THE COURT:  Fine by me.  Thanks, Rob.

10:41AM 18   MR. GASAWAY:  Thank you, Your Honor.

10:42AM 19   THE COURT:  Anything else on the regular agenda?

10:42AM 20   MR. MAZE:  Corey Maze on behalf of the States.

10:42AM 21    I've talked to Mr. Pote, and I can hear Mr. Kanner

10:42AM 22 in my head as I'm thinking it, when you divvy up the time for

10:42AM 23 Lamar McKay, it would be very helpful to the states if you define

10:42AM 24 what you meant by "this trial."

10:42AM 25    You did a very good job of not calling us out on

10:42AM  1    our letter --

10:42AM  2            THE COURT:  I thought so, yes.

10:42AM  3            MR. MAZE:  -- but, obviously, it was directed at us.  We

10:42AM  4    understood that when we did it, but our issue is we have

10:42AM  5    different things, such as NRD, we're going to prove punitive

10:42AM  6    damages, etcetera.

10:42AM  7            Andy has made it very clear to this Court on many

10:42AM  8    occasions that they will not bring Lamar McKay back for the

10:42AM  9    states at any other time.  If you're going to say that we're

10:42AM  10   limited to questions of this trial, we will certainly do that.

10:42AM  11           THE COURT:  No, no, Corey.  Why don't we do this, when

10:42AM  12   we break, why don't you and I look at the letter, and I'll point

10:42AM  13   out specifically what was of concern to us.

10:42AM  14           MR. MAZE:  I understood.  Yes, we'll do that.  I want to

10:43AM  15   do this just for clarification for both states; because we both

10:43AM  16   intend to be there, we want to follow exactly what Your Honor

10:43AM  17   wants.

10:43AM  18           THE COURT:  Absolutely.  I know you do.  Any questioning

10:43AM  19   of Mr. McKay for the entire proceeding is fair game.  Andy only

10:43AM  20   wants to bring him once, and we all understand that.

10:43AM  21           What we'll do is we'll sit down and look at the

10:43AM  22   letter.  There was a little something that caused some concern.

10:43AM  23   I'll be glad to talk to you about it.

10:43AM  24           MR. MAZE:  That's fine.  For the record, and in a show

10:43AM  25   of solidarity, I got my hair cut just for today to show you that

10:43AM  1    we are willing to play along and take less.

10:43AM  2            THE COURT:  You look nice.

10:43AM  3            MR. MAZE:  Thank you, Your Honor.  I appreciate that.

10:43AM  4            THE COURT:  Anything else on the regular agenda?  If

10:43AM  5    not, what we can do is take a quick break and go into the trial

10:43AM  6    planning meeting, which I don't believe needs to be on the

10:43AM  7    record.  Unless somebody disagrees, we can let the courtroom

10:43AM  8    personnel go, turn the lights on and --

10:43AM  9            MR. LANGAN:  Stay here.

10:44AM 10            THE COURT:  -- stay here.

11            [REPORTER'S NOTE:  NEXT CONFERENCE IS FRIDAY, OCTOBER 7,

12    2011, AT 9:30 A.M.]

13            (WHEREUPON, at 10:44 a.m., the proceedings were

14    concluded.)

15                              *    *    *

16

17                        REPORTER'S CERTIFICATE

18        I, Cathy Pepper, Certified Realtime Reporter, Registered
      Merit Reporter, Certified Court Reporter of the State of
19    Louisiana, Official Court Reporter for the United States District
      Court, Eastern District of Louisiana, do hereby certify that the
20    foregoing is a true and correct transcript, to the best of my
      ability and understanding, from the record of the proceedings in
21    the above-entitled and numbered matter.

22

23                              s/Cathy Pepper
                                Cathy Pepper, CRR, RMR, CCR
                                Certified Realtime Reporter
24                              Official Court Reporter
                                United States District Court
25                              Cathy_Pepper@laed.uscourts.gov

## 1

**1** [1] - 33:9
**10,000** [1] - 45:16
**10-MD-2179** [1] - 1:6
**1000** [2] - 2:8, 5:18
**1001** [2] - 4:5, 7:14
**10174** [1] - 6:14
**10:44** [1] - 53:13
**10th** [2] - 42:15, 42:16
**1100** [3] - 3:25, 5:14, 7:18
**11th** [3] - 24:9, 24:12, 24:16
**12** [4] - 9:3, 9:4, 9:5, 19:17
**120** [1] - 33:14
**1201** [1] - 4:19
**1221** [1] - 4:13
**13** [1] - 9:6
**1300** [2] - 5:6, 6:9
**1331** [1] - 4:22
**14(c** [1] - 41:12
**1615** [1] - 5:6
**1665** [1] - 4:22
**17** [3] - 9:7, 9:8, 9:9
**1700** [1] - 4:19
**180** [1] - 33:14
**19** [1] - 9:12

## 2

**2** [1] - 33:11
**20** [2] - 1:5, 10:25
**20,000** [1] - 45:15
**200** [1] - 7:14
**20005** [2] - 3:19, 6:9
**20006** [1] - 5:10
**20044** [1] - 2:19
**2007** [1] - 5:13
**201** [2] - 6:18, 7:22
**2010** [1] - 1:5
**2011** [4] - 1:7, 10:23, 11:2, 53:12
**2020** [1] - 5:10
**20th** [7] - 14:16, 14:19, 27:10, 27:16, 27:19, 27:21, 49:9
**2185** [1] - 8:3
**22** [1] - 28:20
**22nd** [1] - 14:20
**23** [1] - 9:13
**233** [1] - 7:9
**23510** [1] - 2:9
**24** [3] - 9:14, 9:15, 27:15
**2405** [1] - 7:22
**250** [1] - 46:2

## 3 (column 2 top)

**26** [2] - 9:17, 9:19
**27** [2] - 9:20, 9:21
**27th** [1] - 50:2
**28** [2] - 9:22, 9:23
**28th** [2] - 30:23, 30:24
**29** [1] - 9:24
**2929** [1] - 5:22
**2990** [1] - 1:25

## 3

**30** [5] - 1:7, 10:1, 10:2, 11:2, 25:8
**30(B)(6** [1] - 9:8
**30(b)(6** [2] - 17:24, 18:18
**300** [4] - 3:15, 43:1, 44:12, 45:24
**31** [2] - 10:3, 10:4
**3100** [1] - 5:14
**316** [1] - 2:4
**32** [2] - 10:5, 10:6
**32502** [1] - 2:5
**3300** [1] - 7:18
**3450** [1] - 8:4
**35** [1] - 44:8
**36130** [1] - 2:22
**365** [1] - 1:25
**3668** [1] - 1:18
**36TH** [1] - 3:24
**3700** [1] - 4:5
**3:00** [1] - 15:21
**3G** [1] - 51:6

## 4

**4** [2] - 32:14, 49:19
**400** [1] - 35:9
**400-page** [1] - 35:3
**4000** [1] - 5:18
**405** [1] - 6:13
**40TH** [1] - 7:6
**42** [2] - 10:7, 10:9
**42ND** [1] - 5:22
**450** [1] - 2:13
**4500** [1] - 4:13
**46** [1] - 10:10
**47** [1] - 10:11
**48** [2] - 10:15, 10:17
**4800** [1] - 6:22
**4:00** [4] - 49:9, 49:15, 49:17, 49:20
**4:15** [4] - 49:10, 49:12, 49:19

## 5

**50** [4] - 10:19, 10:20, 19:13, 45:25
**500** [3] - 2:22, 8:4, 8:8
**504** [1] - 8:9
**51** [2] - 10:21, 10:22
**53** [1] - 10:23
**5395** [1] - 2:14
**546** [1] - 4:9
**556** [1] - 1:18
**5800** [1] - 7:9
**589-7779** [1] - 8:9

## 6

**6** [1] - 32:14
**600** [1] - 2:4
**60606** [1] - 7:10
**60654** [1] - 3:15
**655** [1] - 3:18
**6:15** [1] - 49:12

## 7

**7** [2] - 10:23, 53:11
**701** [3] - 3:4, 6:22, 7:6
**70112** [1] - 5:6
**70113** [1] - 1:22
**70130** [4] - 1:25, 3:5, 4:9, 8:8
**70139** [2] - 6:23, 7:6
**70163** [3] - 3:25, 5:15, 7:19
**70170** [2] - 6:18, 7:23
**70502** [1] - 1:19
**70505** [1] - 7:14
**75270** [1] - 4:19
**7611** [1] - 2:18
**77002** [2] - 4:5, 5:19, 8:5
**77010** [2] - 4:14, 4:23
**77019** [1] - 5:22
**7TH** [1] - 2:14

## 8

**820** [1] - 1:21
**8th** [4] - 12:22, 24:9, 24:15, 24:17

## 9

**90** [1] - 42:9
**900** [1] - 6:9
**94102** [1] - 2:14

(column 4 top)

**999** [1] - 2:8
**9:30** [3] - 1:7, 10:23, 53:12

## A

**a.m** [1] - 53:13
**A.M** [2] - 1:7, 53:12
**A.M..........................
..........................** [1] -
10:24
**ability** [3] - 29:1, 35:12, 53:20
**able** [6] - 14:2, 15:22, 15:25, 28:6, 41:16, 44:13
**above-entitled** [1] -
53:21
**absolutely** [1] - 52:18
**accommodate** [2] -
15:19, 38:1
**accord** [1] - 18:7
**accurate** [1] - 41:9
**accurately** [1] - 26:21
**acronyms** [1] - 21:2
**action** [1] - 18:20
**ACTION** [1] - 1:6
**ACTIONS** [1] - 1:9
**add** [3] - 12:15, 34:22, 40:12
**ADDITIONAL** [1] -
9:15
**additional** [4] - 14:15, 14:21, 24:18, 29:21
**address** [4] - 27:23, 35:4, 35:9, 41:16
**adhere** [1] - 33:1
**Adobe** [1] - 22:6
**advance** [2] - 27:16, 47:17
**ADVANCE** [1] - 10:12
**adverse** [1] - 40:24
**afternoon** [2] - 15:6, 15:17
**AGAINST** [1] - 10:21
**agenda** [6] - 16:13, 19:25, 49:8, 51:3, 51:19, 53:4
**ago** [2] - 28:6, 28:8
**agree** [10] - 13:5, 23:2, 23:9, 23:10, 24:15, 25:22, 29:23, 40:16, 43:18, 44:15
**agreed** [8] - 12:24, 13:2, 16:18, 19:10, 22:9, 36:15, 37:15, 46:7
**agreement** [4] - 12:19, 16:21, 26:22, 44:1

**agrees** [3] - 13:15, 21:9, 42:14
**ahead** [8] - 13:7, 23:15, 27:5, 29:8, 44:23, 47:23, 49:3, 49:4
**AIRBORNE** [1] - 7:12
**AL** [1] - 2:22
**ALABAMA** [1] - 2:21
**ALAN** [2] - 4:22, 6:12
**Alan** [3] - 13:10, 20:23, 20:25, 23:12, 23:18, 26:6, 32:3, 45:1
**Alan's** [1] - 22:18
**ALL** [1] - 1:9
**ALLEN** [2] - 5:22, 8:4
**allocate** [1] - 34:10
**ALLOCATION** [1] -
10:6, 10:7
**allocation** [3] - 25:22, 32:18, 42:22
**allowing** [1] - 23:13
**almost** [1] - 43:25
**alternative** [1] - 38:1
**amazing** [1] - 51:2
**AMBER** [1] - 4:4
**Amber** [1] - 11:19
**amen** [1] - 17:13
**amend** [1] - 19:6
**AMEND** [1] - 9:12
**AMERICA** [7] - 2:17, 3:7, 3:7, 3:8, 3:9, 3:11, 3:12
**amount** [1] - 14:17
**ANADARKO** [2] - 5:3, 5:4
**Anadarko** [4] - 27:6, 38:17, 40:4, 51:9
**AND** [3] - 3:22, 6:7, 9:10
**ANDREW** [1] - 3:13
**Andrew** [1] - 11:21
**Andy** [20] - 19:3, 20:1, 20:3, 20:6, 22:23, 24:3, 25:15, 27:9, 29:15, 30:13, 31:11, 31:21, 31:22, 31:25, 33:20, 33:21, 34:13, 42:6, 52:7, 52:19
**Andy's** [2] - 30:14, 37:15
**answer** [1] - 29:1
**ANTHONY** [1] - 1:24
**Anthony** [4] - 20:15, 20:21, 20:22, 23:16
**anticipated** [1] - 45:19
**anticipating** [2] -
27:13, 42:10
**anyway** [2] - 22:11,

42:11
**apologies** [1] - 15:2
**apologize** [1] - 14:1
**appear** [1] - 40:24
**appearance** [1] - 49:9
**APPEARANCES** [8] -
1:15, 2:1, 3:1, 4:1,
5:1, 6:1, 7:1, 8:1
**applies** [1] - 39:18
**apply** [2] - 41:1
**appreciate** [6] - 13:7,
17:21, 18:15, 25:4,
48:2, 53:3
**appreciated** [1] -
17:19
**apprise** [1] - 51:11
**approach** [1] - 25:25
**April** [6] - 14:16,
14:19, 14:20, 50:9,
50:16, 50:24
**APRIL** [1] - 1:5
**AREAUX** [1] - 5:13
**argument** [1] - 39:13
**as-produced** [1] -
44:4
**ASBILL** [1] - 4:3
**aside** [1] - 16:11
**ASKED** [2] - 9:24, 10:7
**ASKING** [1] - 10:11
**aspects** [1] - 40:8
**assigned** [1] - 35:24
**associated** [1] - 14:22
**assuming** [1] - 25:7
**assure** [1] - 11:13
**AT** [2] - 10:23, 53:12
**attachment** [1] - 39:20
**attempts** [1] - 40:22
**attention** [4] - 39:7,
45:25, 46:2, 46:10
**ATTORNEY** [1] - 2:21
**August** [2] - 42:15,
42:16
**AUTHENTICITY** [1] -
10:9
**authenticity** [4] -
42:25, 43:12, 43:24,
44:9
**AVENUE** [6] - 1:21,
2:13, 2:22, 6:13,
6:18, 7:22
**AVIATION** [1] - 6:20
**Aviation** [1] - 47:8
**aware** [1] - 20:10

## B

**B1** [1] - 21:14
**B2** [1] - 21:14
**BAAY** [1] - 4:4

**BABIUCH** [1] - 3:14
**bad** [2] - 11:19, 12:8
**BALDWIN** [1] - 6:17
**Barbier** [2] - 32:25,
48:6
**BARNETT** [1] - 7:17
**BARR** [1] - 2:4
**Barron** [3] - 24:4,
24:8, 24:17
**BARRON...................
......................** [1] -
9:14
**BARROW** [2] - 5:21,
41:7
**Barrow** [1] - 41:7
**basis** [2] - 22:13, 48:9
**basketball** [1] - 50:8
**Baton** [1] - 28:8
**BAYLEN** [1] - 2:4
**BE** [1] - 10:12
**Bea** [1] - 35:3
**Bea/Gayle** [2] - 36:15,
36:24
**bear** [3] - 40:1, 45:13,
45:15
**Beck** [4] - 26:17,
26:18, 35:19, 43:10
**BECK** [12] - 4:11,
4:12, 26:18, 26:25,
35:19, 36:6, 36:18,
37:10, 37:20, 39:15,
43:10, 43:16
**become** [1] - 12:7
**BEFORE** [1] - 1:12
**behalf** [4] - 37:13,
40:4, 47:3, 51:20
**best** [2] - 18:23, 53:20
**bet** [1] - 49:20
**better** [3] - 26:12,
33:11, 48:12
**between** [3] - 16:3,
16:19, 17:8
**beyond** [2] - 24:24,
35:1
**biggest** [1] - 21:8
**BINGHAM** [1] - 5:8
**Bingham** [1] - 49:21
**Birch** [4] - 30:23, 31:1,
31:7, 31:12
**BIRCH.......................
...................** [1] -
10:3
**BIRCH.......................
...................** [1] -
10:2
**bit** [1] - 38:16
**BLANK** [1] - 6:12
**BLOSSMAN** [1] - 5:13
**BOCKIUS** [1] - 5:17

**body** [2] - 37:22, 37:25
**Bon** [1] - 41:22
**book** [1] - 50:9
**BOP** [9] - 12:5, 12:7,
17:1, 17:5, 36:2,
36:3, 37:7, 37:12,
38:13
**BOP............................
....** [1] - 9:3
**BOX** [2] - 1:18, 2:18
**BP** [29] - 3:7, 3:7, 3:8,
3:9, 3:10, 3:11, 3:12,
16:5, 19:3, 19:10,
21:6, 21:8, 22:23,
24:12, 26:20, 28:17,
33:13, 33:16, 35:6,
35:10, 40:14, 40:16,
40:17, 40:20, 41:23,
42:14, 45:15, 48:24,
51:9
**BP'S** [2] - 9:8, 9:10
**BP's** [6] - 17:24, 18:1,
21:5, 21:24, 40:15,
45:16
**BRADY** [2] - 7:22,
47:14
**Brady** [1] - 47:14
**BRANCH** [1] - 2:12
**break** [3] - 18:21,
52:12, 53:5
**breeze** [1] - 17:20
**BREIT** [2] - 2:7, 2:7
**BRENNAN** [1] - 4:3
**BRIAN** [2] - 2:4, 3:14
**bridge** [1] - 42:23
**brief** [5] - 15:24,
19:22, 20:6, 48:9,
50:13
**briefly** [1] - 41:8
**bring** [4] - 31:9, 41:11,
52:8, 52:20
**bringing** [2] - 23:16,
31:11
**broad** [2] - 18:1, 18:19
**BROAD** [1] - 9:10
**brought** [1] - 19:2
**BUILDING** [1] - 6:13
**bump** [2] - 13:20,
13:24
**bumps** [1] - 14:22
**bunch** [1] - 46:7
**bundles** [1] - 21:1
**buried** [1] - 51:11
**BURNING** [1] - 10:14
**burning** [1] - 47:19
**BURR** [1] - 7:4
**BY** [36] - 1:4, 1:17,
1:21, 1:24, 2:4, 2:7,
2:12, 2:18, 2:21, 3:4,
3:13, 3:17, 3:24, 4:3,

4:8, 4:12, 4:17, 4:22,
5:5, 5:9, 5:14, 5:17,
5:21, 6:8, 6:12, 6:17,
6:21, 7:5, 7:9, 7:13,
7:17, 7:22, 8:3, 8:10,
8:11, 9:6

## C

**C1** [2] - 20:25, 21:14
**C2** [2] - 20:25, 21:14
**CA** [1] - 2:14
**calculations** [1] -
38:25
**CALLED** [1] - 11:4
**CAMERON** [1] - 4:7
**Cameron** [3] - 26:19,
35:19, 51:14
**CAMP** [1] - 3:4
**CANAL** [2] - 1:24, 1:25
**Captain** [1] - 12:6
**care** [8] - 13:18, 14:8,
23:22, 37:1, 37:8,
44:17, 46:6, 48:17
**CARONDELET** [1] -
4:9
**Carrie** [1] - 34:21
**carry** [1] - 27:1
**CARVER** [1] - 5:13
**case** [14] - 21:2, 21:6,
25:2, 25:3, 29:8,
29:12, 31:14, 33:5,
34:24, 40:1, 40:2,
41:19, 48:8
**case-by-case** [1] -
48:8
**cases** [2] - 43:2, 44:6
**category** [1] - 19:5
**Cathy** [2] - 53:18,
53:23
**CATHY** [1] - 8:7
**Cathy_Pepper@laed
.uscourts.gov** [1] -
53:25
**cathy_Pepper@laed.
uscourts.gov** [1] -
8:9
**caused** [1] - 52:22
**cautionary** [1] - 25:1
**caveat** [1] - 14:12
**CCR** [2] - 8:7, 53:23
**cement** [1] - 37:6
**CENTER** [3] - 4:13,
7:13, 8:4
**CENTRE** [2] - 3:24,
7:18
**certain** [2] - 35:24,
39:2
**certainly** [4] - 26:1,

30:18, 34:15, 52:10
**CERTIFICATE** [1] -
53:16
**CERTIFIED** [1] - 8:7
**Certified** [3] - 53:18,
53:18, 53:23
**certify** [1] - 53:19
**CHAMBERS** [1] - 5:21
**chance** [1] - 41:25
**charge** [1] - 38:13
**CHARLES** [3] - 6:17,
6:18, 7:22
**CHICAGO** [2] - 3:15,
7:10
**chief** [1] - 35:24
**CHRYSLER** [1] - 6:13
**circulated** [3] - 28:16,
47:16, 51:12
**CIRCULATED** [1] -
10:11
**CIVIL** [2] - 1:6, 2:12
**claim** [1] - 19:6
**CLAIM.........** [1] - 9:12
**claimed** [1] - 21:9
**claims** [5] - 40:7, 40:8,
41:11, 41:13, 41:20
**clarification** [4] -
14:24, 44:25, 45:6,
52:15
**clarified** [1] - 31:17
**CLEAN** [1] - 9:22
**clean** [3] - 28:4, 45:12,
48:3
**CLEAN-UP** [1] - 9:22
**clean-up** [2] - 28:4,
48:3
**cleanup** [1] - 46:21
**clear** [5] - 17:1, 32:25,
35:15, 38:18, 52:7
**cleared** [1] - 50:22
**clerical** [1] - 44:25
**CLERK** [1] - 11:7
**client** [2] - 35:10,
41:24
**client's** [1] - 39:17
**clinches** [1] - 32:7
**close** [5] - 30:1, 30:6,
30:10, 30:13, 39:7
**Coast** [1] - 12:20
**coauthored** [1] -
36:16
**cold** [1] - 15:2
**colleague** [1] - 16:12
**college** [1] - 50:7
**coming** [1] - 46:8
**comment** [4] - 12:2,
41:8, 42:17, 43:4
**comments** [5] - 32:20,
32:21, 42:7, 51:14,

51:16
**COMPANY** [4] - 3:8, 5:4, 7:8
**compete** [1] - 51:2
**COMPLAINT** [1] - 9:9
**complaint** [1] - 17:25
**complete** [1] - 51:10
**complicate** [1] - 21:22
**complicated** [1] - 41:19
**COMPUTER** [1] - 8:11
**concern** [6] - 21:4, 21:8, 21:15, 41:8, 52:13, 52:22
**concerned** [2] - 24:23, 41:14
**concerns** [2] - 22:25, 40:8
**concluded** [1] - 53:14
**conclusion** [1] - 30:8
**confer** [1] - 43:7
**conference** [2] - 17:15, 30:17
**CONFERENCE** [3] - 1:12, 10:23, 53:11
**conferences** [1] - 28:6
**conferring** [1] - 29:24
**confers** [1] - 43:23
**confidential** [3] - 21:10, 21:12, 22:5
**confidentiality** [2] - 20:12, 44:7
**CONFIDENTIALITY**... ................ [1] - 10:25
**confirm** [1] - 33:7
**confirmed** [1] - 26:8
**confusion** [1] - 45:22
**connection** [2] - 28:23, 41:4
**consensus** [2] - 24:16, 44:1
**consider** [3] - 36:12, 42:23, 48:10
**considerably** [1] - 18:15
**consideration** [1] - 36:9
**considerations** [1] - 35:21
**consistent** [1] - 41:10
**consultants** [1] - 17:4
**contact** [3] - 28:22, 28:23, 45:7
**CONTAINMENT** [1] - 10:14
**containment** [1] - 47:18
**continue** [1] - 18:16
**CONTINUED** [7] - 2:1,

3:1, 4:1, 5:1, 6:1, 7:1, 8:1
**continues** [1] - 16:24
**contractors** [2] - 35:5, 35:9
**controlled** [1] - 47:19
**CONTROLLED** [1] - 10:14
**convert** [1] - 40:23
**copy** [3] - 13:13, 13:14, 13:17
**Corey** [1] - 51:20, 52:11
**COREY** [1] - 2:21
**corners** [10] - 33:1, 33:9, 34:8, 39:12, 39:18, 40:10, 40:13, 40:24, 41:5, 41:8
**Coronado** [1] - 26:15
**CORONADO**............ ....................... [1] - 9:19
**CORPORATION** [5] - 3:9, 4:8, 5:3, 6:12, 7:17
**correct** [8] - 16:20, 24:5, 26:25, 27:22, 31:4, 31:25, 35:17, 53:20
**COTLAR** [1] - 1:20
**counsel** [4] - 15:25, 24:8, 27:15, 28:7
**COUNSEL** [1] - 1:17
**counterclaims** [1] - 41:20
**couple** [5] - 28:5, 32:20, 42:7, 44:14, 44:25
**course** [2] - 30:21, 35:12
**Court** [18] - 22:4, 26:21, 27:9, 28:23, 29:11, 35:21, 36:11, 37:23, 38:3, 38:23, 39:8, 43:24, 52:7, 53:18, 53:19, 53:19, 53:24, 53:24
**court** [1] - 50:5
**COURT** [141] - 1:1, 8:7, 11:4, 11:8, 11:11, 11:18, 11:24, 12:1, 13:3, 13:6, 13:9, 13:15, 13:19, 13:23, 14:4, 14:6, 14:24, 15:5, 15:17, 15:19, 15:22, 16:9, 16:17, 16:22, 17:2, 17:6, 17:10, 17:14, 17:18, 18:5, 18:10, 18:13, 18:25, 19:8,

19:15, 19:17, 19:20, 19:22, 20:4, 20:10, 20:17, 20:21, 20:25, 21:16, 21:19, 22:17, 23:2, 23:9, 23:18, 24:2, 24:14, 25:10, 25:13, 25:17, 25:21, 25:24, 26:1, 26:11, 26:14, 26:23, 27:1, 27:5, 27:7, 27:12, 27:19, 28:10, 29:3, 29:10, 29:14, 30:2, 30:4, 30:12, 30:16, 31:2, 31:7, 31:15, 31:20, 31:25, 32:5, 32:11, 32:21, 33:20, 33:24, 34:11, 34:17, 35:16, 35:18, 36:5, 36:14, 36:23, 37:2, 37:19, 37:21, 37:25, 38:7, 38:14, 39:3, 39:11, 39:16, 40:3, 40:11, 41:6, 41:19, 42:1, 42:12, 42:18, 43:9, 43:15, 43:18, 44:15, 45:4, 45:19, 46:5, 46:11, 46:17, 46:25, 47:5, 47:7, 47:10, 47:13, 47:15, 48:2, 48:17, 48:20, 48:25, 49:3, 49:6, 49:15, 49:18, 49:23, 50:3, 50:15, 51:1, 51:17, 51:19, 52:2, 52:11, 52:18, 53:2, 53:4, 53:10
**COURT'S** [1] - 9:17
**Court's** [1] - 26:4
**courtroom** [2] - 11:16, 53:7
**cover** [2] - 16:3, 49:23
**crack** [1] - 15:25
**create** [1] - 45:21
**critical** [1] - 35:10
**criticism** [2] - 40:19, 40:20
**criticizing** [1] - 33:3
**cross** [5] - 19:6, 40:7, 40:25, 41:13, 41:20
**CROSS** [1] - 9:12
**cross-claim** [1] - 19:6
**CROSS-CLAIM**......... [1] - 9:12
**cross-claims** [3] - 40:7, 41:13, 41:20
**cross-examination** [1] - 40:25
**crossed** [1] - 42:22
**crossover** [1] - 21:13
**CRR** [2] - 8:7, 53:23

**curable** [1] - 43:25
**cured** [1] - 44:4
**custodian** [1] - 12:7
**cut** [2] - 35:12, 52:25
**cuts** [2] - 44:18, 44:21

# D

**DALLAS** [2] - 4:19, 8:4
**damages** [1] - 52:6
**dangerous** [1] - 22:25
**DANIEL** [1] - 9:14
**Daniel** [2] - 24:4, 24:17
**DARDEN** [1] - 5:13
**date** [8] - 19:4, 26:23, 27:17, 27:19, 38:5, 38:7, 50:15
**dates** [2] - 38:1, 50:23
**DAVID** [3] - 3:4, 4:4, 4:12, 4:12
**David** [9] - 26:18, 35:19, 37:3, 37:18, 37:21, 38:7, 38:11, 39:16, 43:10
**David's** [1] - 38:1
**DAYS** [1] - 10:11
**days** [5] - 25:12, 32:13, 39:5, 47:17, 51:14
**DC** [4] - 2:19, 3:19, 5:10, 6:9
**DE** [1] - 10:25
**de** [7] - 20:12, 21:9, 22:19, 22:22, 23:4, 23:14, 23:15
**de-designate** [1] - 21:9
**de-designated** [2] - 22:22, 23:4
**DE-DESIGNATION** [1] - 10:25
**de-designation** [3] - 20:12, 23:14, 23:15
**de-designations** [1] - 22:19
**DEADLINE** [1] - 9:15
**deadline** [2] - 16:11, 24:18
**deadlines** [1] - 15:7
**Deb** [1] - 49:9
**Deb's** [1] - 44:17
**DEBORAH** [1] - 5:5
**decide** [1] - 38:11
**decision** [4] - 26:24, 31:13, 32:9, 39:9
**dedicated** [1] - 35:10
**DEEPWATER** [3] - 1:4, 3:22, 3:23

**default** [1] - 42:21
**DEFAULT** [1] - 10:7
**defaults** [1] - 25:19
**defendant** [1] - 51:13
**defendants** [4] - 41:15, 46:22, 48:3, 51:12
**defensive** [1] - 40:9
**deferring** [1] - 38:3
**deficiencies** [2] - 35:5, 35:9
**define** [1] - 51:23
**definitely** [1] - 34:23
**delegate** [1] - 15:9
**delivery** [1] - 27:18
**DENISE** [1] - 5:18
**Denise** [3] - 26:3, 39:14, 39:19
**DENNIS** [1] - 5:21
**Dennis** [1] - 41:7
**DEPARTMENT** [2] - 2:11, 2:17
**department** [1] - 29:22
**Department** [1] - 12:19
**deponent** [1] - 36:16
**depos** [1] - 38:13
**deposing** [1] - 36:13
**deposition** [19] - 24:20, 26:8, 26:10, 27:10, 28:7, 28:9, 28:15, 30:7, 31:18, 36:1, 36:10, 36:15, 36:20, 37:6, 37:7, 44:6, 44:18, 44:21, 45:20
**deposition/trial** [1] - 45:14
**depositions** [12] - 23:24, 25:14, 31:10, 35:20, 36:25, 38:22, 39:21, 41:3, 41:9, 42:22, 44:2
**DEPOSITIONS**.... [1] - 9:13
**DEPOSITIONS**......... ................ [1] - 10:4
**DEPOSITIONS**......... ................ [1] - 10:8
**DEPUTY** [1] - 11:7
**derivative** [1] - 40:7
**describe** [1] - 13:24
**deserve** [1] - 33:17
**designate** [2] - 21:9, 44:20
**designated** [2] - 22:22, 23:4
**DESIGNATION** [1] - 10:25
**designation** [4] -

20:12, 23:14, 23:15, 23:20
**designations** [1] - 22:19
**detailed** [1] - 15:8
**DEXTER** [1] - 2:22
**differences** [1] - 46:3
**different** [6] - 23:5, 36:8, 38:16, 44:2, 44:3, 52:5
**difficult** [1] - 39:3
**direct** [2] - 34:25, 40:22
**directed** [3] - 34:1, 45:1, 52:3
**directly** [2] - 17:4, 41:18
**disagreements** [1] - 44:13
**disagrees** [1] - 53:7
**discoverability** [1] - 29:18
**DISCOVERABILITY** [1] - 9:25
**discovery** [8] - 17:18, 17:25, 27:3, 28:4, 39:25, 47:17, 51:7, 51:12
**DISCOVERY** [5] - 9:9, 9:20, 9:22, 10:12, 10:21
**DISCOVERY**.............. ...................... [1] - 9:7
**discretion** [1] - 15:15
**discuss** [2] - 15:7, 43:13
**discussed** [1] - 16:19
**discussion** [4] - 16:4, 16:13, 16:25, 18:15
**discussions** [1] - 24:4
**dispute** [1] - 31:3
**distinct** [1] - 34:18
**DISTRIBUTION** [1] - 9:5
**distribution** [1] - 12:13
**DISTRICT** [2] - 1:1, 1:1
**District** [3] - 53:19, 53:19, 53:24
**DIVISION** [1] - 2:12
**divvy** [1] - 51:22
**doctors** [1] - 28:25
**doctrine** [3] - 39:18, 40:10, 40:13
**document** [7] - 13:20, 21:10, 21:12, 23:1, 45:12, 45:15
**DOCUMENT** [2] - 1:9, 9:6

**documents** [6] - 14:13, 21:5, 21:6, 22:21, 44:8, 46:13
**DOMENGEAUX** [1] - 1:17
**DOMINION** [1] - 2:8
**Don** [1] - 37:5
**DONALD** [1] - 4:17
**done** [6] - 12:4, 12:25, 18:18, 24:10, 28:13
**double** [2] - 19:15, 37:16
**down** [4] - 25:17, 30:15, 43:13, 52:21
**draft** [4] - 29:19, 48:20, 49:1, 51:12
**DRAFT** [1] - 10:17
**DRC** [2] - 7:21, 47:14
**DRESCHER** [1] - 2:7
**DRIL** [1] - 5:20
**Dril** [5] - 33:3, 33:4, 34:5, 34:24, 41:7
**DRIL-QUIP** [1] - 5:20
**Dril-Quip** [4] - 33:3, 33:4, 34:5, 41:7
**Dril-Quips** [1] - 34:24
**DRILLING** [1] - 3:22
**DRIVE** [2] - 2:8, 7:9
**due** [4] - 50:2, 50:3, 50:7, 50:8
**Duffy** [1] - 18:7
**DYNAMIC** [1] - 6:20
**Dynamic** [1] - 47:8

## E

**E&P** [1] - 5:4
**E-invites** [1] - 49:12
**e-mail** [1] - 16:12
**early** [1] - 49:22
**Eastern** [1] - 53:19
**EASTERN** [1] - 1:1
**EDWARDS** [1] - 1:17
**efficient** [1] - 22:16
**efficiently** [1] - 15:11
**efforts** [1] - 47:19
**EFFORTS** [1] - 10:14
**eight** [1] - 16:12
**eight-item** [1] - 16:12
**EISERT** [1] - 3:18
**either** [2] - 17:10, 29:3
**electronic** [1] - 22:20
**ELLIS** [2] - 3:12, 3:17
**ELM** [1] - 4:19
**EMERGENCY** [1] - 7:21
**Emergency** [1] - 47:14
**encompassed** [2] - 32:19, 32:21

**encouraged** [1] - 43:20
**end** [4] - 17:15, 44:13, 49:7, 51:10
**ENERGY** [2] - 3:24, 4:16
**ENFORCEMENT** [1] - 2:17
**Englebert** [1] - 12:6
**enter** [1] - 23:15
**entered** [2] - 13:7, 47:23
**ENTERGY** [1] - 7:18
**entire** [1] - 52:19
**entirely** [1] - 40:10
**entitled** [1] - 53:21
**entitlement** [1] - 32:2
**ENVIRONMENTAL** [1] - 2:17
**equal** [2] - 41:1, 41:2
**ESQUIRE** [44] - 1:17, 1:21, 1:24, 2:4, 2:7, 2:12, 2:13, 2:18, 2:21, 3:4, 3:13, 3:13, 3:14, 3:14, 3:17, 3:18, 3:24, 4:3, 4:4, 4:4, 4:8, 4:12, 4:12, 4:17, 4:17, 4:18, 4:22, 5:5, 5:9, 5:9, 5:14, 5:17, 5:18, 5:21, 6:8, 6:12, 6:17, 6:21, 7:5, 7:9, 7:13, 7:17, 7:22, 8:3
**essence** [1] - 26:22
**etcetera** [3] - 41:20, 10:14, 52:6
**ETCETERA.....** [1] - 10:14
**exact** [1] - 50:23
**exactly** [1] - 52:16
**EXAMINATION** [1] - 10:5
**examination** [8] - 32:12, 40:14, 40:15, 40:17, 40:18, 40:22, 40:25, 42:16
**examine** [1] - 35:11
**example** [9] - 33:23, 33:24, 34:4, 35:2, 35:7, 35:10, 36:3, 42:3, 45:14
**except** [1] - 36:14
**exchange** [1] - 18:6
**exhibit** [2] - 44:6, 45:14
**exhibits** [12] - 22:4, 22:10, 22:14, 22:21, 23:6, 43:1, 45:24, 45:25, 46:5, 46:18, 46:20

**EXHIBITS**.................. ...................... [1] - 10:10
**existing** [1] - 12:24
**expect** [2] - 39:1, 44:12
**expecting** [1] - 27:20
**EXPERT** [3] - 9:20, 10:4, 10:8
**expert** [20] - 27:3, 28:1, 31:10, 31:19, 33:2, 33:15, 34:2, 34:15, 35:4, 35:6, 35:8, 35:24, 40:14, 40:17, 40:19, 40:23, 41:15, 41:17, 42:19, 42:22
**experts** [12] - 17:9, 29:18, 32:13, 32:16, 35:1, 35:2, 36:3, 36:10, 39:1, 39:21, 41:10, 41:23
**experts'** [1] - 35:20
**EXPERTS**............... [1] - 10:5
**EXPERTS**............... ....... [1] - 9:25
**explain** [1] - 32:1
**explanation** [1] - 33:15
**EXPLORATION** [1] - 3:10
**express** [2] - 21:4, 41:18
**expressly** [1] - 35:8
**extent** [6] - 13:13, 16:25, 30:9, 37:3, 41:14, 44:16
**extra** [2] - 40:12, 51:14
**extract** [1] - 33:15

## F

**face** [1] - 23:1
**FACT** [1] - 9:13
**fact** [6] - 23:24, 25:11, 27:13, 41:10, 44:18, 51:1
**fair** [2] - 13:21, 52:19
**fairly** [2] - 30:1, 30:15
**fall** [1] - 19:5
**FANNIN** [1] - 4:5
**far** [3] - 14:9, 40:1, 41:19
**fear** [1] - 41:4
**February** [1] - 50:2
**FEDERAL** [1] - 2:11
**Fest** [2] - 50:10, 51:1
**few** [1] - 51:13

**FIFTEENTH** [1] - 3:18
**figure** [2] - 38:3, 38:5
**file** [2] - 19:6, 19:11
**filed** [1] - 19:8
**files** [1] - 20:1
**final** [8] - 22:4, 22:21, 29:21, 30:10, 31:13, 44:6, 47:22, 49:4
**Final** [5] - 50:7, 50:8, 50:11, 50:14, 51:2
**FINAL** [1] - 10:19
**FINANCIAL** [1] - 6:7
**fine** [16] - 11:25, 16:6, 19:7, 19:20, 20:8, 26:2, 27:8, 29:3, 29:5, 31:15, 35:7, 46:19, 47:1, 47:6, 51:17, 52:24
**FINN** [1] - 5:13
**firm** [2] - 45:4, 45:5
**FIRM** [2] - 1:23, 8:3
**first** [11] - 30:7, 33:21, 35:22, 40:16, 42:14, 45:2, 45:20, 50:9, 50:13, 50:16, 50:23
**FITCH** [7] - 5:9, 27:4, 27:6, 27:8, 38:16, 39:8, 40:4
**Fitch** [3] - 27:6, 38:17, 40:5
**Fitch's** [1] - 27:14
**five** [8] - 19:14, 19:15, 19:16, 25:14, 29:20, 32:13, 39:5, 42:11
**five-day** [1] - 25:14
**FL** [1] - 2:5
**FLANAGAN** [1] - 7:21
**flexibility** [1] - 38:2
**FLOOR** [4] - 2:14, 3:24, 5:22, 7:6
**focus** [1] - 21:8
**focused** [4] - 33:13, 33:16, 40:14, 40:16
**folks** [1] - 38:5
**follow** [2] - 36:22, 52:16
**followed** [2] - 13:12, 15:24
**fondness** [1] - 34:14
**font** [1] - 19:17
**Fontana** [1] - 45:8
**footage** [2] - 13:13, 13:14
**FOR** [29] - 1:16, 1:23, 2:11, 2:16, 2:21, 3:3, 3:7, 3:21, 4:7, 4:16, 5:3, 5:12, 5:17, 5:20, 6:3, 6:11, 6:16, 7:8, 7:12, 7:16, 7:21, 8:3, 9:15, 9:18, 10:1,

10:5, 10:7
**force** [2] - 41:1, 41:2
**foregoing** [1] - 53:20
**forgotten** [2] - 27:18, 29:14
**form** [2] - 47:22, 49:4
**formal** [1] - 25:7
**forth** [1] - 26:21
**forward** [3] - 29:8, 32:10, 36:25
**foul** [1] - 46:12
**foundation** [1] - 44:20
**foundational** [1] - 44:19
**Four** [5] - 50:7, 50:8, 50:11, 50:14, 51:2
**four** [10] - 33:1, 33:9, 34:8, 39:12, 39:18, 40:10, 40:12, 40:24, 41:4, 41:8
**FOUR........................
.................... [1] - 10:19
**FRANCISCO** [1] - 2:14
**frankly** [2] - 35:14, 43:16
**free** [2] - 17:11, 46:15
**FRIDAY** [4] - 1:7, 10:23, 11:2, 53:11
**Friday** [5] - 29:9, 30:9, 50:18, 50:20, 50:21
**friends** [1] - 11:8
**FRILOT** [1] - 3:23
**FROM** [2] - 9:5, 9:18
**front** [1] - 35:3
**fronts** [1] - 43:19

**G**

**Galloway** [1] - 47:11
**GALLOWAY** [3] - 7:4, 7:5, 47:11
**game** [1] - 52:19
**games** [1] - 50:17
**Gasaway** [3] - 12:9, 48:22, 48:23
**GASAWAY** [17] - 3:17, 15:16, 15:18, 15:20, 16:5, 16:7, 16:10, 16:24, 17:3, 17:7, 17:13, 18:24, 48:23, 49:2, 49:5, 51:6, 51:18
**Gasaway's** [1] - 29:20
**GATE** [1] - 2:13
**GEIGER** [1] - 6:21
**general** [2] - 17:15, 34:2
**GENERAL'S** [1] - 2:21

**generated** [1] - 13:16
**gentle** [1] - 15:1
**George** [1] - 31:7
**GEORGE** [1] - 10:3
**given** [2] - 34:8, 35:14
**glad** [5] - 12:1, 24:2, 29:11, 46:8, 52:23
**Godwin** [1] - 19:10
**GODWIN** [8] - 4:16, 4:17, 4:21, 19:12, 20:1, 20:5, 20:9, 25:23
**GOLDEN** [1] - 2:13
**Gordon** [2] - 24:4, 24:8
**GOTSHAL** [1] - 6:8
**Gotshal** [1] - 46:24
**GOVERNMENT** [1] - 2:11
**GP** [1] - 7:3
**GP-SUB** [1] - 7:3
**graciously** [1] - 19:10
**granted** [2] - 19:8, 25:14
**grapple** [1] - 32:14
**Gras** [2] - 50:10, 51:1
**great** [8] - 18:13, 23:21, 26:11, 29:10, 30:16, 32:11, 42:4, 48:2
**group** [1] - 28:16
**Group** [1] - 47:8
**GROUP** [3] - 6:21, 7:3, 7:3
**Guard** [1] - 12:20
**guess** [5] - 18:2, 22:4, 45:1, 48:21, 50:21
**GULF** [1] - 1:5
**guys** [6] - 12:3, 16:19, 18:16, 20:13, 48:10, 48:11

**H**

**Habans** [3] - 28:22, 28:23, 29:7
**hair** [1] - 52:25
**haircut** [1] - 39:4
**haircuts** [2] - 38:19, 42:8
**half** [2] - 33:7, 48:9
**HALLIBURTON** [1] - 4:16
**Halliburton** [15] - 13:10, 13:14, 20:19, 20:24, 21:5, 21:10, 21:11, 25:21, 26:6, 26:7, 28:17, 28:21, 40:19, 41:1, 51:14

**HALLIBURTON'S** [1] - 9:12
**Halliburton's** [2] - 19:5, 21:6
**hand** [1] - 13:1
**handed** [1] - 13:4
**Hankey** [1] - 38:12
**happily** [1] - 43:1
**happy** [8] - 16:11, 16:14, 17:6, 23:17, 24:11, 38:4, 48:15
**Happy** [1] - 14:4
**hard** [1] - 15:3
**HARIKLIA** [1] - 3:13
**HAS** [2] - 9:9, 10:7
**HAVING** [1] - 10:13
**HB406** [1] - 8:8
**head** [2] - 22:2, 51:22
**hear** [3] - 24:2, 50:4, 51:21
**HEARD** [1] - 1:12
**heard** [1] - 15:13
**HEATHER** [1] - 9:21
**Heather** [2] - 27:10, 27:12
**HEIDEN** [3] - 7:9, 47:3, 47:6
**Heiden** [1] - 47:3
**hello** [2] - 11:21, 47:5
**help** [1] - 45:8
**helpful** [6] - 16:25, 17:5, 17:11, 17:20, 30:7, 51:23
**hereby** [1] - 53:19
**Herman** [5] - 21:16, 21:17, 29:23, 43:6, 43:21
**HERMAN** [9] - 1:20, 1:21, 21:17, 21:20, 37:1, 43:21, 45:18, 45:21
**hi** [1] - 47:10
**hiatus** [1] - 50:13
**HIMMELHOCH** [9] - 2:13, 14:1, 14:5, 14:12, 15:2, 15:15, 16:6, 16:20, 17:17
**hit** [1] - 14:22
**Hmm** [1] - 12:2
**hold** [3] - 19:24, 21:12, 28:18
**HOLDINGS** [3] - 3:11, 3:21, 6:4
**holiday** [1] - 14:2
**honestly** [1] - 21:3
**Honor** [52] - 11:17, 11:22, 13:8, 14:1, 14:12, 15:15, 15:16, 16:5, 16:7, 16:20, 17:9, 17:13, 18:24,

19:3, 19:12, 19:21, 19:25, 20:1, 20:16, 21:3, 21:17, 24:5, 25:4, 25:16, 25:23, 25:25, 26:18, 29:16, 32:8, 32:25, 34:21, 35:19, 37:12, 41:7, 41:22, 42:6, 46:23, 47:1, 47:3, 47:11, 47:24, 48:1, 48:13, 48:23, 49:5, 50:17, 51:6, 51:9, 51:18, 52:16, 53:3
**Honor's** [1] - 42:14
**HONORABLE** [1] - 1:12
**hope** [6] - 12:20, 27:16, 33:18, 37:8, 43:8, 45:18
**hopefully** [1] - 21:22
**hoping** [1] - 15:23
**HORIZON** [1] - 1:4
**hosts** [1] - 49:21
**HOTEL** [1] - 10:20
**hotel** [1] - 50:9
**hotels** [1] - 50:24
**hour** [3] - 25:11, 33:7, 48:9
**hours** [2] - 25:18, 27:15
**HOUSE** [1] - 10:8
**house** [2] - 42:22, 45:7
**HOUSTON** [7] - 4:5, 4:13, 4:14, 4:23, 5:19, 5:22, 8:5

**I**

**I's** [2] - 39:23, 40:1
**idea** [1] - 22:20
**ideas** [1] - 24:14
**identical** [1] - 36:8
**III** [1] - 6:21
**IL** [2] - 3:15, 7:10
**implicated** [1] - 39:25
**important** [1] - 32:24
**impossible** [1] - 50:24
**impression** [1] - 34:18
**IMPREVENTO** [1] - 2:7
**IN** [5] - 1:4, 1:5, 10:8, 10:12, 10:15
**in-house** [1] - 42:22
**IN-HOUSE** [1] - 10:8
**INC** [18] - 3:7, 3:8, 3:9, 3:10, 3:12, 3:22, 3:23, 4:16, 5:21, 6:3, 6:4, 6:5, 6:6, 6:7,

6:8, 6:21, 7:3, 7:12
**incorporated** [1] - 51:16
**Indata** [3] - 22:3, 22:15, 23:20
**indicates** [1] - 44:19
**indicating** [1] - 34:23
**individual** [1] - 28:7
**individuals** [1] - 35:25
**information** [2] - 14:16, 14:19
**ingredient** [1] - 40:12
**input** [5] - 28:17, 28:18, 28:21, 29:21
**inspection** [1] - 12:14
**INSPECTION.....** [1] - 9:5
**instance** [1] - 33:13
**instances** [1] - 39:9
**intend** [3] - 25:6, 48:6, 52:16
**interest** [1] - 34:25
**INTERESTS** [2] - 2:11, 2:21
**INTERNATIONAL** [3] - 4:7, 6:7, 7:12
**interviewed** [1] - 26:8
**introduce** [1] - 50:12
**introduced** [1] - 46:1
**invites** [1] - 49:12
**involve** [1] - 16:4
**involved** [2] - 16:17, 24:25
**INVOLVEMENT** [1] - 10:15
**involvement** [2] - 17:11, 48:4
**IRPINO** [5] - 1:23, 1:24, 20:16, 20:19, 20:22
**Irpino** [1] - 20:22
**IS** [3] - 9:9, 10:23, 53:11
**ish** [1] - 16:1
**issue** [23] - 17:24, 18:2, 23:5, 23:16, 27:23, 28:4, 28:22, 31:11, 31:18, 32:19, 33:21, 34:20, 34:23, 34:25, 35:15, 35:16, 39:20, 41:20, 45:3, 48:10, 49:25, 52:4
**ISSUE...................** [1] - 9:22
**ISSUE.......................
............... [1] - 9:11
**issued** [2] - 30:19, 49:4
**ISSUED** [1] - 10:1
**issues** [14] - 12:15,

16:18, 16:23, 19:1, 20:11, 24:25, 25:2, 29:25, 30:11, 35:4, 39:24, 41:15, 45:7, 48:18
**it'll** [1] - 45:16
**IT'S** [1] - 9:10
**item** [2] - 16:12, 51:6
**ITS** [1] - 9:12
**itself** [1] - 12:11

## J

**JACKSON** [1] - 5:21
**JAMES** [2] - 1:17, 5:17
**Jazz** [2] - 50:10, 51:1
**JED** [1] - 7:13
**JEFFERSON** [1] - 1:18
**JEFFREY** [1] - 2:7
**JENNY** [1] - 4:17
**job** [1] - 51:25
**JOHN** [1] - 7:5
**John** [1] - 47:11
**JOHNSON** [1] - 7:4
**JONES** [2] - 4:12, 6:16
**JOSEPH** [1] - 3:18
**jour** [1] - 41:22
**JR** [1] - 5:21
**judge** [4] - 12:17, 27:4, 40:4, 43:10
**Judge** [7] - 20:9, 27:8, 32:25, 38:16, 47:6, 47:9, 48:6
**JUDGE** [1] - 1:13
**judgments** [1] - 38:24
**jump** [1] - 44:23
**Justice** [1] - 12:19
**JUSTICE** [2] - 2:11, 2:17

## K

**KANNER** [1] - 3:3
**Kanner** [1] - 51:21
**Karis** [1] - 34:21
**KARIS** [3] - 3:13, 34:21, 35:17
**KATZ** [1] - 1:20
**KAVANAUGH** [1] - 3:14
**keep** [5] - 18:22, 28:14, 35:21, 36:9, 38:24
**Kerry** [6] - 28:3, 30:21, 34:12, 41:6, 44:24, 46:8, 46:11, 51:4
**KERRY** [1] - 3:24

**kidding** [1] - 21:1
**kind** [5] - 13:20, 22:7, 40:7, 44:1, 44:10
**KIRBY** [1] - 5:9
**KIRKLAND** [2] - 3:12, 3:17
**knock** [1] - 46:17
**knowledge** [2] - 26:9, 47:18
**KNOWLEDGE** [1] - 10:13
**knows** [2] - 12:5, 46:19
**KORETZKY** [1] - 5:13
**Kuchler** [1] - 49:21
**KUCHLER** [5] - 5:4, 5:5, 49:11, 49:17, 49:21
**KY** [1] - 5:9
**Kym** [1] - 45:8

## L

**L.L.C** [1] - 5:17
**L.P** [1] - 6:16
**LA** [15] - 1:19, 1:22, 1:25, 3:5, 3:25, 4:9, 5:6, 5:15, 6:18, 6:23, 7:6, 7:14, 7:19, 7:23, 8:8
**LABORDE** [2] - 6:21, 7:12
**lack** [1] - 23:8
**LAFAYETTE** [2] - 1:19, 7:14
**LAMAR** [3] - 4:22, 9:16, 10:22
**Lamar** [3] - 24:19, 51:23, 52:8
**Langan** [5] - 19:3, 22:23, 26:20, 34:22, 42:6
**LANGAN** [38] - 3:13, 11:22, 11:25, 19:3, 19:10, 19:13, 19:16, 19:18, 19:21, 19:24, 20:8, 22:23, 23:3, 24:5, 25:4, 25:11, 25:16, 25:20, 27:13, 27:22, 28:1, 29:16, 30:3, 30:8, 30:25, 31:4, 31:13, 31:16, 32:7, 32:18, 32:23, 33:23, 34:5, 42:6, 42:13, 43:6, 46:7, 53:9
**LAPEROUSE** [1] - 6:21
**large** [2] - 33:5, 44:16

**largest** [1] - 37:3
**LASALLE** [1] - 3:15
**LASER** [1] - 9:4
**laser** [1] - 12:9
**last** [11] - 13:12, 13:19, 16:8, 16:13, 21:21, 22:2, 24:7, 26:15, 27:15, 39:9, 43:12
**last-minute** [1] - 39:9
**late** [1] - 11:12
**latest** [4] - 12:14, 12:18, 14:9, 14:10
**LATHAM** [1] - 7:8
**launch** [2] - 12:20
**LAW** [2] - 1:23, 8:3
**lawyers** [2] - 44:2, 50:25
**lead** [6] - 28:13, 31:11, 36:16, 47:22, 48:1, 51:9
**leading** [1] - 38:12
**least** [4] - 26:15, 29:6, 38:21, 48:18
**leave** [4] - 15:20, 19:6, 27:4, 49:13
**LEE** [1] - 5:21
**LEO** [1] - 6:21
**less** [4] - 26:12, 38:12, 38:22, 53:1
**letter** [10] - 12:9, 14:9, 14:10, 24:22, 26:21, 29:20, 51:7, 52:1, 52:12, 52:22
**letting** [1] - 51:11
**LEVIN** [1] - 2:3
**LEWIS** [1] - 5:17
**LEXINGTON** [1] - 6:13
**LIAISON** [1] - 1:17
**liaison** [1] - 15:24
**lights** [1] - 53:8
**LIKE** [1] - 10:13
**LIMITED** [1] - 3:11
**limited** [4] - 14:11, 14:21, 52:10
**line** [3] - 13:25, 46:21, 46:22
**lined** [2] - 20:13, 20:14
**Liskow** [1] - 15:20
**list** [3] - 22:3, 22:9, 44:12
**LLC** [6] - 3:21, 5:13, 6:4, 6:5, 7:21, 47:14
**logistical** [2] - 50:1, 50:5
**look** [13] - 21:16, 22:18, 23:14, 25:17, 28:24, 30:20, 46:8, 46:9, 46:11, 46:15, 52:12, 52:21, 53:2

**looked** [3] - 32:12, 43:11, 46:13
**looking** [3] - 17:23, 32:13, 50:9
**looks** [4] - 17:18, 30:2, 30:6, 43:19
**loop** [1] - 21:20
**Loretta** [1] - 37:10
**loud** [1] - 15:4
**Louisiana** [2] - 53:19, 53:19
**LOUISIANA** [4] - 1:1, 1:7, 3:3, 5:18
**LP** [1] - 5:4
**LTD** [2] - 7:3, 7:4
**lunchtime** [3] - 16:1, 16:2
**lunchtime-ish** [1] - 16:1
**Lyle** [3] - 46:23, 47:24, 48:13
**LYLE** [6] - 6:8, 46:23, 47:1, 47:24, 48:13, 48:19

## M

**M-I** [1] - 26:3
**M-I's** [2] - 39:23, 40:1
**ma'am** [1] - 48:19
**MADE** [1] - 9:9
**MAGISTRATE** [1] - 1:13
**mail** [1] - 16:12
**MAJOR** [1] - 4:18
**majority** [3] - 33:12, 33:17, 35:13
**manageable** [1] - 28:15
**MANAGEMENT** [1] - 6:3
**MANGES** [1] - 6:8
**Mardi** [2] - 50:10, 51:1
**MARINE** [4] - 6:5, 6:6, 6:6, 6:11
**mark** [1] - 31:8
**marking** [1] - 44:7
**markings** [2] - 22:5, 44:3
**MARTINEZ** [1] - 4:17
**master** [3] - 12:6, 22:3, 22:9
**material** [3] - 27:3, 46:6, 48:21
**MATERIAL.** [1] - 9:20
**MATERIAL.................
.................... [1] -
10:18
**matter** [1] - 53:21

**Maze** [1] - 51:20
**MAZE** [8] - 2:21, 24:1, 31:6, 51:20, 52:3, 52:14, 52:24, 53:3
**maze** [2] - 23:25, 31:4
**McAloon** [3] - 6:21, 47:8
**MCCUTCHEN** [1] - 5:8
**McKay** [6] - 24:19, 24:20, 25:5, 51:23, 52:8, 52:19
**MCKAY.....................
................ [1] - 9:16
**MCKAY.....................
.................... [1] -
10:22
**MCKINNEY** [1] - 4:13
**MDL** [1] - 8:3
**mean** [6] - 13:18, 14:10, 22:6, 22:12, 38:4, 39:24
**meant** [1] - 51:24
**MECHANICAL** [1] - 8:10
**meet** [2] - 43:7, 43:23
**meeting** [7] - 15:24, 15:25, 17:8, 29:24, 49:8, 49:24, 53:6
**meetings** [1] - 44:10
**mention** [6] - 16:7, 24:23, 40:17, 41:10, 41:24, 42:4
**mentioned** [4] - 28:5, 34:7, 34:10, 39:23
**Merit** [1] - 53:18
**messenger** [1] - 24:13
**MESTAYER** [1] - 7:13
**MEXICO** [1] - 1:5
**MI** [2] - 5:17, 34:5
**MICHAEL** [2] - 2:12, 6:8
**microphone** [1] - 12:16
**midnight** [1] - 12:6
**might** [4] - 15:25, 22:15, 24:24, 44:12
**Mike** [9] - 13:1, 18:3, 37:13, 38:3, 46:23, 46:25, 47:24, 48:13, 51:11
**Miller** [3] - 27:24, 28:3, 42:13
**MILLER** [21] - 3:24, 27:25, 28:2, 28:11, 29:6, 29:12, 30:22, 31:17, 31:22, 34:13, 34:19, 40:12, 44:25, 45:5, 45:10, 45:23, 46:9, 46:16, 49:25, 50:4, 50:16

**Miller's** [1] - 42:17
**mind** [5] - 35:21, 36:9, 38:24, 39:2, 42:11
**minds** [1] - 48:5
**minor** [3] - 14:12, 30:14, 31:2
**minute** [2] - 21:11, 39:9
**minutes** [5] - 25:8, 33:14, 42:9, 42:11
**miscellaneous** [1] - 12:7
**miss** [1] - 12:3
**missed** [2] - 19:2, 20:11
**missing** [1] - 36:23
**misunderstanding** [1] - 36:17
**MITCHELL** [1] - 2:3
**MITHOFF** [1] - 8:3
**moderate** [4] - 34:15, 34:19, 43:3
**MODERN** [2] - 7:3, 7:3
**modest** [1] - 45:6
**modification** [2] - 12:24, 20:15
**modifications** [1] - 23:13
**MOEX** [3] - 5:12, 33:5, 33:8
**Monday** [7] - 16:15, 19:18, 24:7, 50:18, 50:19, 50:21, 50:24
**MONTGOMERY** [2] - 2:22, 7:17
**month** [3] - 28:8, 50:13, 51:10
**Morella** [1] - 37:14
**MORGAN** [1] - 5:17
**morning** [18] - 11:10, 11:12, 11:22, 15:1, 15:23, 16:15, 17:14, 19:23, 21:17, 21:19, 22:2, 26:3, 26:18, 27:7, 29:23, 41:21, 47:13, 48:23
**most** [7] - 17:23, 22:14, 35:23, 43:2, 43:13, 43:19, 44:3
**mostly** [1] - 45:1
**MOTION** [1] - 9:12
**motion** [1] - 19:6
**move** [5] - 12:11, 17:11, 24:8, 24:15, 38:9
**moving** [1] - 46:18
**MR** [145] - 9:16, 9:18, 9:23, 10:2, 11:22, 11:25, 12:17, 13:4, 13:8, 13:10, 13:17,

13:22, 15:16, 15:18, 15:20, 16:5, 16:7, 16:10, 16:24, 17:3, 17:7, 17:13, 18:4, 18:6, 18:11, 18:24, 19:3, 19:10, 19:12, 19:13, 19:16, 19:18, 19:21, 19:24, 20:1, 20:5, 20:8, 20:9, 20:16, 20:19, 20:22, 21:1, 21:17, 22:23, 23:3, 23:17, 24:1, 24:5, 25:4, 25:11, 25:16, 25:20, 25:23, 26:18, 26:25, 27:4, 27:6, 27:8, 27:13, 27:22, 27:25, 28:1, 28:2, 28:11, 29:6, 29:12, 29:16, 30:3, 30:8, 30:13, 30:22, 30:25, 31:4, 31:6, 31:13, 31:16, 31:17, 31:22, 32:4, 32:7, 32:18, 32:23, 33:23, 34:5, 34:13, 34:19, 35:19, 36:6, 36:18, 37:1, 37:9, 37:10, 37:11, 37:20, 37:22, 38:2, 38:10, 38:16, 39:8, 39:15, 40:4, 40:12, 41:7, 41:22, 42:2, 42:6, 42:13, 43:6, 43:10, 43:16, 43:21, 44:25, 45:5, 45:9, 45:10, 45:18, 45:21, 45:23, 46:7, 46:9, 46:16, 46:23, 47:1, 47:3, 47:6, 47:8, 47:11, 47:14, 47:24, 48:13, 48:19, 48:23, 49:2, 49:5, 49:25, 50:4, 50:16, 51:6, 51:18, 51:20, 52:3, 52:14, 52:24, 53:3, 53:9
**MS** [18] - 11:17, 14:1, 14:5, 14:12, 15:2, 15:15, 16:6, 16:20, 17:17, 25:25, 26:2, 26:13, 34:21, 35:17, 39:20, 49:11, 49:17, 49:21
**multiple** [1] - 35:11
**multitrack** [1] - 36:7

**N**

**N.W** [1] - 3:18
**NALCO** [1] - 7:8
**Nalco** [1] - 47:4

**name** [5] - 24:23, 39:13, 39:17, 39:23, 40:18
**named** [1] - 40:9
**NATIONAL** [1] - 7:16
**native** [1] - 23:4
**naturally** [1] - 36:22
**nearly** [1] - 46:1
**necessary** [3] - 13:13, 41:17, 42:10
**necks** [1] - 18:21
**need** [16] - 16:17, 17:3, 17:11, 18:22, 20:2, 20:5, 30:5, 32:17, 33:6, 33:17, 34:9, 35:13, 41:2, 41:16, 44:20, 46:12
**needs** [3] - 33:14, 39:4, 53:6
**Neil** [1] - 37:17
**NEUNER** [1] - 7:12
**New** [3] - 11:14, 14:4, 50:8
**NEW** [15] - 1:7, 1:22, 1:25, 3:5, 3:25, 4:9, 5:6, 5:15, 6:14, 6:18, 6:23, 7:6, 7:19, 7:23, 8:8
**new** [1] - 45:15
**next** [8] - 17:18, 26:5, 29:9, 30:9, 30:17, 31:14, 44:14, 48:20
**NEXT** [3] - 9:18, 10:23, 53:11
**nice** [3] - 11:22, 27:8, 53:2
**night** [5] - 16:8, 16:13, 21:21, 22:2, 43:12
**nine** [1] - 33:7
**NIZIALEK** [1] - 5:14
**NO** [1] - 1:6
**nobody** [2] - 20:10, 46:12
**none** [1] - 41:23
**NORFOLK** [1] - 2:9
**normal** [1] - 25:7
**normally** [1] - 15:3
**NORTH** [4] - 3:8, 3:9, 3:11, 3:12
**NOTE** [1] - 53:11
**note** [5] - 13:4, 24:11, 25:1, 25:6, 42:23
**noted** [3] - 30:25, 42:12, 42:21
**notes** [2] - 44:10, 45:13
**nothing** [2] - 33:4, 33:8
**NOTICE** [1] - 10:12
**notice** [1] - 47:17

**notices** [3] - 17:24, 18:11, 18:18
**NOTICES**....................
.......... [1] - 9:8
**notified** [1] - 24:7
**notion** [1] - 45:11
**Novak** [1] - 37:15
**November** [5] - 24:9, 24:15, 24:17, 30:22, 30:23
**NRC** [3] - 46:24, 47:25, 48:14
**NRD** [1] - 52:5
**Number** [2] - 33:9, 33:11
**number** [8] - 18:11, 28:15, 33:5, 45:14, 45:16, 45:20, 50:6
**numbered** [1] - 53:21
**numerous** [1] - 32:18
**NW** [2] - 5:10, 6:9
**NY** [1] - 6:14

**O**

**O'Brien's** [3] - 46:24, 47:24, 48:14
**O'BRIEN'S** [1] - 6:3
**o'clock** [1] - 49:19
**O'KEEFE** [2] - 1:21, 7:17
**O'ROURKE** [3] - 2:18, 41:22, 42:2
**O'Rourke** [1] - 41:21
**object** [4] - 15:12, 22:17, 22:20, 22:24
**objected** [1] - 44:9
**objection** [2] - 21:23, 47:20
**objections** [7] - 15:13, 42:25, 43:7, 43:12, 43:17, 43:24, 48:25
**OBJECTIONS**............
....................... [1] - 10:9
**obviously** [6] - 36:1, 39:6, 41:2, 41:23, 49:13, 52:3
**occasions** [1] - 52:8
**occurred** [1] - 21:23
**OCTOBER** [2] - 10:23, 53:11
**October** [9] - 12:22, 24:9, 24:12, 24:16, 27:10, 27:16, 27:19, 27:21, 49:9
**OF** [16] - 1:1, 1:5, 1:12, 2:11, 2:17, 2:17, 3:3, 9:3, 9:5,

9:13, 9:20, 9:24, 9:25, 10:13, 10:17, 10:25
**offensive** [1] - 40:9
**offered** [1] - 19:13
**offering** [1] - 40:23
**OFFICE** [1] - 2:21
**OFFICIAL** [1] - 8:7
**official** [2] - 31:5, 44:5
**Official** [2] - 53:19, 53:24
**officially** [1] - 24:10
**OFFSHORE** [3] - 3:22, 5:12, 6:4
**oil** [1] - 12:18
**OIL** [2] - 1:4, 1:4
**ON** [3] - 1:5, 9:25, 10:5
**once** [2] - 18:18, 52:20
**ONE** [11] - 1:24, 4:13, 6:22, 7:5, 7:13, 8:4, 9:13, 9:22, 10:1, 10:4, 10:15
**one** [24] - 13:17, 14:12, 16:7, 22:2, 22:24, 23:12, 23:22, 24:9, 28:4, 30:19, 31:6, 31:7, 35:22, 36:21, 37:5, 37:7, 37:9, 37:10, 37:15, 39:5, 39:8, 39:9, 39:15
**One** [11] - 14:8, 14:14, 14:22, 19:1, 20:11, 23:24, 28:4, 31:10, 42:20, 48:4, 48:7
**open** [1] - 50:5
**opinion** [2] - 40:25, 41:1
**opinions** [2] - 33:2, 40:23
**optimistic** [2] - 28:12, 43:22
**ORDER** [5] - 9:20, 9:24, 10:11, 10:17, 11:4
**order** [12] - 12:24, 23:15, 27:2, 29:17, 42:15, 42:16, 43:12, 47:16, 47:20, 48:20, 49:1
**ordinarily** [1] - 50:20
**original** [4] - 44:4, 45:14, 45:16, 45:19
**ORLEANS** [14] - 1:7, 1:22, 1:25, 3:5, 3:25, 4:9, 5:6, 5:15, 6:18, 6:23, 7:6, 7:19, 7:23, 8:8
**Orleans** [2] - 11:14, 50:8

**otherwise** [1] - 18:14
**ourselves** [1] - 23:7
**outstanding** [2] - 19:1, 20:11
**overall** [1] - 38:24
**own** [1] - 39:1

## P

**P.O** [1] - 2:18
**PAGE** [1] - 9:2
**pages** [2] - 19:12, 35:9
**paid** [1] - 45:25
**PAPANTONIO** [1] - 2:3
**Paris** [1] - 11:13
**PARKWAY** [1] - 5:22
**part** [1] - 36:17
**particular** [1] - 35:25
**parties** [18] - 17:8, 18:8, 21:13, 22:18, 23:19, 24:7, 30:14, 33:7, 34:7, 34:20, 35:11, 35:23, 37:23, 38:20, 43:12, 46:3, 51:11, 51:13
**parties'** [1] - 22:19
**PARTNERS** [1] - 7:21
**parts** [1] - 12:7
**party** [8] - 23:14, 24:22, 25:9, 26:7, 35:5, 35:9, 40:13, 40:24
**party's** [2] - 23:14, 40:18
**passing** [1] - 42:17
**past** [1] - 12:25
**Pat** [1] - 37:15
**PATRICK** [1] - 7:17
**Paul** [1] - 28:17
**pay** [3] - 39:6, 46:1, 46:10
**PDF** [2] - 22:6, 44:4
**PENSACOLA** [1] - 2:5
**people** [4] - 20:13, 20:14, 34:10, 50:6
**Pepper** [3] - 53:18, 53:22, 53:23
**PEPPER** [1] - 8:7
**perfectly** [2] - 19:7, 35:7
**perhaps** [5] - 15:6, 19:2, 20:6, 31:5, 31:14
**perk** [1] - 14:14
**permission** [1] - 26:4
**PERMISSION** [1] - 9:17
**person** [3] - 14:2,

32:6, 36:13
**person's** [1] - 36:20
**personal** [1] - 27:14
**personnel** [1] - 53:8
**PETROLEUM** [2] - 5:3, 7:13
**PHASE** [8] - 9:7, 9:13, 9:22, 10:4, 10:12, 10:15, 10:21
**Phase** [22] - 14:7, 14:8, 14:10, 14:11, 14:14, 14:22, 14:23, 17:18, 19:1, 20:11, 23:24, 28:4, 31:10, 42:20, 47:17, 48:4, 48:7, 48:8, 48:11, 51:7
**phase** [3] - 39:25, 42:1, 42:2
**PHILLIP** [1] - 5:14
**phonetically** [1] - 14:14
**pick** [2] - 33:3, 38:7
**piece** [3] - 16:7, 16:10, 16:11
**PIGMAN** [1] - 4:8
**PINHOOK** [1] - 7:14
**Pixton** [1] - 16:12
**place** [2] - 30:7, 42:8
**plaintiffs** [2] - 21:18, 43:21
**PLAINTIFFS** [1] - 1:23
**PLAINTIFFS'** [1] - 1:16
**Plan** [1] - 44:22
**planning** [5] - 15:24, 44:17, 49:24, 49:25, 53:6
**play** [1] - 53:1
**played** [3] - 50:7, 50:8, 50:17
**pleasantly** [1] - 43:3, 43:18
**pleased** [1] - 44:15
**point** [10] - 14:7, 19:17, 30:12, 31:12, 33:11, 42:12, 49:18, 50:22, 51:5, 52:12
**Point** [1] - 33:9
**pointing** [1] - 34:6
**POLK** [1] - 5:4
**Polk** [1] - 49:21
**POSITION** [1] - 9:10
**position** [5] - 16:24, 18:1, 33:19, 35:6, 40:2
**positions** [1] - 35:14
**positively** [1] - 16:14
**possession** [2] - 21:5,

21:7
**possible** [2] - 35:5, 37:3
**possibly** [1] - 37:16
**post** [1] - 39:9
**post-decision** [1] - 39:9
**POTE** [1] - 3:4
**Pote** [1] - 51:21
**Powell** [1] - 27:10
**POWELL...................
.....................** [1] - 9:21
**POYDRAS** [7] - 3:25, 5:6, 5:14, 6:22, 7:6, 7:18, 8:8
**pre** [2] - 14:16, 14:19
**pre-April** [2] - 14:16, 14:19
**precious** [1] - 34:8
**precise** [1] - 36:21
**prefer** [3] - 29:3, 29:4, 29:10
**preference** [1] - 29:7
**pregnant** [1] - 27:12
**premature** [1] - 18:1
**PREMATURE** [1] - 9:10
**prepare** [1] - 28:11
**prepared** [2] - 27:23, 29:19
**preparing** [1] - 28:14, 39:22
**present** [2] - 22:3, 30:9
**presenting** [1] - 25:9
**presently** [1] - 27:10
**presents** [1] - 36:4
**preservation** [1] - 12:5
**PRESERVATION** [1] - 9:3
**presume** [1] - 15:9
**presumption** [1] - 25:15
**PRETRIAL** [1] - 10:17
**pretrial** [1] - 48:20
**pretty** [2] - 19:4, 34:14
**price** [1] - 45:9
**principle** [2] - 32:24, 33:1
**prioritized** [1] - 14:18
**Pritchard** [2] - 35:2, 35:11
**privilege** [1] - 14:18
**problem** [9] - 20:18, 36:4, 36:7, 38:17, 39:17, 40:6, 50:10, 50:11
**proceed** [1] - 24:12

**proceeding** [1] - 52:19
**PROCEEDINGS** [3] - 1:12, 8:10, 11:1
**proceedings** [2] - 53:13, 53:20
**process** [7] - 13:11, 16:16, 17:9, 28:24, 29:2, 43:7, 43:8
**PROCTOR** [1] - 2:3
**produced** [3] - 21:6, 21:7, 44:4
**PRODUCED** [1] - 8:11
**PRODUCTION** [3] - 3:7, 3:10, 9:6
**production** [6] - 13:20, 14:7, 14:9, 14:15, 14:21, 23:4
**PRODUCTS** [1] - 3:12
**progress** [2] - 16:8, 17:19
**progressing** [1] - 42:25
**project** [1] - 15:3
**promising** [1] - 42:8
**promptly** [2] - 19:11, 51:15
**PROPOSED** [3] - 9:20, 9:24, 10:11
**proposed** [4] - 27:2, 29:17, 47:16, 47:20
**protocol** [1] - 12:11
**prove** [1] - 52:5
**provide** [1] - 29:1
**PROVIDED** [1] - 10:12
**provided** [1] - 47:17
**PSC** [7] - 10:7, 20:22, 28:21, 41:9, 41:11, 42:21, 46:8
**PSC's** [3] - 31:23, 35:2, 42:9
**public** [1] - 22:12
**punitive** [1] - 52:5
**purely** [2] - 50:1, 50:5
**purported** [1] - 45:25
**pursue** [1] - 32:1
**push** [2] - 18:22, 30:8
**put** [3] - 31:7, 44:2, 48:5
**putting** [1] - 16:11

## Q

**questioning** [5] - 24:24, 48:4, 48:7, 48:8, 52:18
**QUESTIONING** [1] - 10:15
**questions** [11] - 28:9, 28:14, 28:15, 28:20,

29:4, 41:4, 41:15, 44:19, 44:21, 45:1, 52:10
**queue** [1] - 14:15
**QUIBODEAUX** [1] - 9:18
**Quibodeaux** [2] - 26:5, 26:8
**Quibodeaux's** [1] - 26:7
**quick** [2] - 30:17, 53:5
**quickly** [1] - 51:6
**Quip** [5] - 33:3, 33:4, 34:5, 35:15, 41:7
**QUIP** [1] - 5:20
**Quips** [1] - 34:24
**quite** [1] - 15:3

## R

**Rachel** [1] - 38:12
**RAFFERTY** [1] - 2:3
**raise** [2] - 18:1, 41:15
**RAISE** [1] - 9:11
**raised** [3] - 33:21, 42:12, 48:10
**rate** [1] - 28:20
**rather** [3] - 16:4, 38:10, 42:15
**Ray** [1] - 37:14
**RD** [1] - 7:14
**RE** [1] - 1:14
**reach** [2] - 16:21, 43:22
**reached** [3] - 12:19, 18:7, 43:6
**read** [1] - 21:22
**reading** [1] - 13:5
**reality** [1] - 33:12
**really** [10] - 26:9, 29:2, 30:13, 34:7, 36:4, 38:3, 40:19, 46:6, 51:4
**REALTIME** [1] - 8:7
**Realtime** [2] - 53:18, 53:23
**reason** [1] - 49:11
**reasonable** [1] - 47:21
**reasons** [2] - 37:5, 38:20
**record** [6] - 22:5, 22:11, 49:24, 52:24, 53:7, 53:20
**RECORDED** [1] - 8:10
**REDDEN** [1] - 4:11
**redirect** [1] - 42:9
**redraft** [1] - 30:14
**reference** [2] - 34:17, 48:21

**REFERENCE** [1] - 10:18

**references** [1] - 21:2

**referring** [1] - 37:18

**reflect** [1] - 37:14

**reflects** [1] - 37:11

**regard** [1] - 32:16

**regarding** [2] - 12:18, 27:2

**REGARDING** [1] - 9:20

**Registered** [1] - 53:18

**regular** [3] - 49:8, 51:19, 53:4

**rehabilitation** [1] - 42:10

**relate** [1] - 14:13

**related** [1] - 14:21

**RELATES** [1] - 1:9

**relating** [2] - 35:5, 48:21

**RELATING** [1] - 10:17

**RELATIVE** [1] - 10:13

**relative** [3] - 12:11, 23:19, 47:18

**relevant** [4] - 24:20, 24:21, 26:9, 41:16

**reliance** [3] - 23:8, 46:18, 46:19

**RELIANCE** [1] - 10:10

**rely** [5] - 23:1, 33:9, 34:9, 39:22, 42:15

**REMAINING** [1] - 9:13

**remaining** [3] - 23:23, 29:25, 30:11

**remark** [1] - 45:13

**remember** [2] - 25:2, 27:20

**remembered** [1] - 28:2

**remind** [1] - 49:8

**reminding** [1] - 27:15

**RENAISSANCE** [1] - 4:18

**RENEE** [1] - 4:8

**Rentals** [1] - 47:12

**RENTALS** [1] - 7:4

**renumber** [1] - 44:5

**reply** [2] - 19:7, 19:22

**report** [25] - 12:18, 19:9, 24:3, 29:9, 33:2, 33:4, 33:8, 34:2, 34:7, 35:3, 35:4, 36:11, 36:19, 37:12, 39:13, 39:17, 39:22, 39:24, 40:9, 40:14, 40:16, 42:3, 43:23

**reported** [2] - 12:9, 12:13, 12:14

**REPORTER** [2] - 8:7,

8:7

**Reporter** [6] - 53:18, 53:18, 53:19, 53:23, 53:24

**REPORTER'S** [2] - 53:11, 53:16

**reports** [4] - 33:6, 33:12, 34:10, 36:16

**request** [12] - 13:13, 13:14, 13:18, 15:7, 25:7, 25:21, 27:15, 33:22, 37:15, 42:9, 47:21, 50:12

**requested** [2] - 25:18, 26:7

**requester** [2] - 33:25, 34:1

**requesting** [1] - 24:18

**REQUESTING** [1] - 9:15

**REQUESTS** [1] - 10:5

**requests** [7] - 25:13, 25:14, 32:12, 32:19, 34:14, 38:19, 39:5

**REQUESTS.............**

**...............** [1] - 10:6

**reserve** [1] - 31:1

**resolvable** [1] - 43:19

**resolve** [2] - 30:1, 30:10

**resolved** [2] - 43:14, 43:17

**respect** [1] - 34:25

**respectfully** [1] - 35:21, 36:11, 38:23

**respond** [4] - 28:9, 39:12, 39:14, 41:3

**responded** [1] - 16:14

**responder** [2] - 46:21, 48:3

**responders** [1] - 47:2

**RESPONSE** [3] - 6:3, 6:12, 7:16

**response** [3] - 15:8, 20:2, 29:1

**responsibility** [3] - 15:10, 22:8, 35:24

**rest** [1] - 48:5

**restricted** [1] - 12:23

**review** [2] - 14:14, 14:18

**revised** [1] - 20:20

**revision** [1] - 22:18

**Richard** [1] - 26:15

**RICHARD** [1] - 9:19

**RICHESON** [1] - 5:5

**RIG** [1] - 1:4

**ripe** [1] - 18:2

**rise** [2] - 11:7, 24:6

**RMR** [2] - 8:7, 53:23

**road** [2] - 13:21, 13:24

**Rob** [12] - 12:9, 12:13, 15:5, 15:9, 15:14, 17:19, 17:22, 18:14, 48:23, 48:25, 51:3, 51:17

**Rob's** [2] - 14:9, 15:7

**ROBERT** [1] - 3:17

**Roberts** [2] - 12:16, 12:17

**ROBERTS** [3] - 4:3, 12:17, 13:17

**Robinson** [2] - 37:10, 37:17

**rolled** [1] - 18:17

**rolling** [1] - 12:4

**ROME** [1] - 6:12

**RONQUILLO** [2] - 4:16, 4:21

**ROOM** [2] - 2:14, 8:8

**rooms** [1] - 50:9

**ROOMS.................**

**.................** [1] - 10:20

**Rouge** [1] - 28:8

**ROV** [5] - 9:5, 12:14, 12:20, 13:12, 13:13

**ROY** [2] - 1:17, 1:17

**Rule** [1] - 17:24

**RULE** [1] - 9:8

**rule** [3] - 33:1, 33:9, 34:9

**rulings** [1] - 18:25

**RYAN** [1] - 3:14

**S**

**s/Cathy** [1] - 53:22

**saddle** [1] - 12:2

**sailing** [2] - 13:22, 13:23

**SALLY** [1] - 1:12

**SAMPLE** [1] - 10:17

**sample** [1] - 48:21

**SAN** [1] - 2:7

**Sarah** [12] - 13:25, 14:6, 14:25, 15:1, 15:6, 15:7, 15:9, 15:13, 16:1, 16:14, 17:7, 17:14

**SARAH** [1] - 2:13

**sat** [1] - 25:17

**Saturday** [2] - 12:20, 50:17

**saw** [3] - 24:22, 30:20, 46:3

**scan** [2] - 12:10, 12:11

**SCAN.................**

**.................** [1] - 9:4

**SCHEDULE** [2] - 9:18, 10:1

**schedule** [7] - 15:13, 15:14, 26:5, 30:19, 37:4, 37:17, 38:11

**scheduling** [5] - 23:23, 32:14, 32:16, 35:20, 42:19

**SCHEDULING** [1] - 9:13

**SCHELL** [1] - 5:4

**Scofield** [1] - 26:3

**SCOFIELD** [5] - 5:18, 25:25, 26:2, 26:13, 39:20

**scope** [2] - 18:19, 24:24

**scrape** [1] - 22:5

**scratched** [1] - 31:6

**screens** [1] - 39:9

**scribbled** [1] - 45:13

**Seacor** [3] - 46:24, 47:25, 48:13

**SEACOR** [6] - 6:4, 6:4, 6:5, 6:5, 6:6, 6:6

**SEAN** [1] - 7:22

**Sean** [2] - 47:14, 47:15

**seat** [1] - 11:8

**second** [3] - 36:9, 36:20, 45:24

**secondly** [1] - 42:13

**SECREST** [1] - 4:11

**SECTION** [1] - 2:17

**see** [17] - 11:22, 15:10, 15:23, 16:11, 16:14, 17:14, 17:22, 18:19, 24:3, 27:8, 28:12, 28:19, 34:1, 45:8, 46:12, 49:7

**SEEKING** [1] - 9:17

**seeking** [1] - 26:4

**seem** [1] - 22:15

**select** [1] - 26:23

**send** [1] - 13:17

**sense** [4] - 16:5, 17:7, 18:16, 18:21

**sent** [2] - 13:12, 26:21

**SEPTEMBER** [1] - 1:7, 11:2

**sequence** [1] - 45:16

**serve** [1] - 51:15

**Services** [1] - 47:14

**SERVICES** [2] - 4:16, 7:21

**set** [7] - 15:6, 30:23, 36:1, 36:12, 36:21, 43:23, 44:10

**sets** [1] - 26:21

**SEVEN** [1] - 10:11

**seven** [1] - 47:17

**shared** [1] - 13:16

**sheen** [2] - 12:14, 12:18

**SHELL** [2] - 6:22, 7:5

**shortens** [1] - 18:15

**show** [4] - 49:15, 49:19, 52:24, 52:25

**shown** [1] - 27:10

**Shushan** [2] - 11:15, 11:19

**SHUSHAN** [3] - 1:12, 4:4, 11:17

**side** [1] - 51:13

**sidebar** [1] - 18:6

**SIEGERT** [1] - 4:8

**SIEMENS** [1] - 6:7

**signed** [2] - 36:11, 36:19

**significant** [2] - 14:17, 14:21

**similar** [1] - 12:24

**simply** [2] - 39:20, 39:23

**simultaneously** [1] - 36:4

**singularly** [1] - 33:13

**sit** [4] - 28:6, 31:18, 43:13, 52:21

**situation** [3] - 22:14, 36:2, 39:3

**six** [1] - 19:14

**skip** [1] - 47:8

**Skip** [1] - 47:10

**small** [2] - 14:15, 30:15

**smart** [1] - 24:14

**SMITH** [1] - 7:4

**smooth** [2] - 13:22, 13:23

**solidarity** [1] - 52:25

**someone** [1] - 45:12

**somewhat** [1] - 21:20

**soon** [1] - 19:18

**sorry** [2] - 11:12, 27:5

**sort** [1] - 46:3

**sought** [1] - 19:6

**sounding** [1] - 15:1

**SOUTH** [2] - 2:4, 7:9

**spaced** [1] - 19:15

**speaking** [1] - 34:13

**specialty** [1] - 37:4

**specific** [1] - 38:20

**specifically** [2] - 34:1, 52:13

**spelled** [1] - 14:14

**SPILL** [2] - 1:4, 6:11

**spoken** [1] - 26:6

**square** [1] - 18:12

**SQUARE** [2] - 6:22, 7:5
**ST** [4] - 6:9, 6:17, 6:18, 7:22
**stamp** [1] - 23:8
**stand** [2] - 21:3, 27:2
**standpoint** [1] - 31:23
**start** [4] - 42:8, 50:2, 50:3, 50:4
**started** [2] - 19:23, 21:21
**STATE** [2] - 2:21, 3:3
**state** [1] - 37:5
**State** [1] - 53:18
**statement** [2] - 13:21, 46:20
**states** [3] - 51:23, 52:9, 52:15
**STATES** [3] - 1:1, 1:13, 2:16
**States** [7] - 37:13, 41:24, 51:8, 51:15, 51:20, 53:19, 53:24
**STATES.........** [1] - 10:21
**status** [3] - 17:23, 28:6, 29:17
**STATUS** [2] - 1:12, 9:24
**stay** [3] - 17:3, 53:9, 53:10
**staying** [1] - 17:2
**STEFANIE** [1] - 4:18
**STENOGRAPHY** [1] - 8:10
**step** [2] - 23:12, 32:23
**STEPHEN** [1] - 1:21
**Sterbcow** [1] - 28:17
**Steve** [7] - 12:17, 13:6, 21:17, 23:5, 24:4, 43:21, 45:1
**STEVEN** [2] - 2:18, 4:3
**Stick** [3] - 49:9, 49:11, 49:20
**still** [7] - 12:22, 14:13, 27:12, 29:24, 40:8, 41:25, 42:4
**STONE** [1] - 4:8
**STRADLEY** [1] - 8:3
**STREET** [19] - 1:18, 1:25, 2:4, 3:4, 3:18, 3:25, 4:5, 4:9, 4:13, 4:19, 5:6, 5:10, 5:14, 5:18, 6:22, 7:6, 7:18, 8:4, 8:8
**strongly** [1] - 33:19
**stuff** [3] - 21:21, 22:12, 46:7
**SUB** [1] - 7:3
**subject** [1] - 40:7

**subjects** [2] - 36:7, 36:8
**submission** [1] - 30:25
**SUBMIT** [1] - 9:24
**submit** [2] - 29:18, 49:3
**submitted** [3] - 20:19, 22:21, 35:3
**substantive** [1] - 43:16
**substitute** [1] - 45:12
**sue** [1] - 41:11
**suggest** [6] - 15:5, 24:19, 38:10, 42:8, 43:11, 50:17
**suggested** [1] - 17:8
**suggesting** [1] - 50:18
**suggestion** [1] - 22:17
**SUITE** [15] - 1:25, 2:4, 4:5, 4:13, 4:19, 4:22, 5:6, 5:14, 5:18, 6:9, 6:22, 7:9, 7:14, 7:18, 7:22
**Sunday** [1] - 12:21
**supply** [2] - 29:4, 37:22
**SUPPORT** [1] - 7:12
**support** [2] - 32:4, 32:5
**supposed** [1] - 46:2
**sur** [4] - 20:4, 20:5
**surprised** [4] - 43:1, 43:2, 43:3, 43:18
**surreply** [3] - 19:11, 20:4, 20:5
**surrounding** [1] - 50:13
**SUTHERLAND** [1] - 4:3
**Swizzle** [3] - 49:9, 49:11, 49:20

**T**

**talent** [1] - 18:23
**target** [2] - 35:16, 39:14
**TARTER** [1] - 5:17
**team** [1] - 38:12
**technical** [7] - 16:10, 16:13, 16:17, 16:18, 16:23, 16:25, 17:4
**ten** [1] - 33:7
**tender** [1] - 41:12
**tentative** [2] - 27:11, 27:19
**terms** [3] - 16:10, 34:15, 40:13

**TESSIER** [1] - 5:13
**testimony** [3] - 40:23, 41:3, 48:9
**THAT** [4] - 9:9, 9:10, 10:11
**that'll** [1] - 20:8
**THE** [163] - 1:4, 1:5, 1:12, 1:16, 1:23, 2:11, 2:16, 3:3, 6:13, 9:3, 9:5, 9:6, 9:9, 9:11, 9:17, 9:18, 9:24, 10:1, 10:5, 10:7, 10:15, 10:21, 11:7, 11:8, 11:11, 11:18, 11:24, 12:1, 13:3, 13:6, 13:9, 13:15, 13:19, 13:23, 14:4, 14:6, 14:24, 15:5, 15:17, 15:19, 15:22, 16:9, 16:17, 16:22, 17:2, 17:6, 17:10, 17:14, 17:18, 18:5, 18:10, 18:13, 18:25, 19:8, 19:15, 19:17, 19:20, 19:22, 20:4, 20:10, 20:17, 20:21, 20:25, 21:16, 21:19, 22:17, 23:2, 23:9, 23:18, 24:2, 24:14, 25:10, 25:13, 25:17, 25:21, 25:24, 26:1, 26:11, 26:14, 26:23, 27:1, 27:5, 27:7, 27:12, 27:19, 28:10, 29:3, 29:10, 29:14, 30:2, 30:4, 30:12, 30:16, 31:2, 31:7, 31:15, 31:20, 31:25, 32:5, 32:11, 32:21, 33:20, 33:24, 34:11, 34:17, 35:16, 35:18, 36:5, 36:14, 36:23, 37:2, 37:19, 37:21, 37:25, 38:7, 38:14, 39:3, 39:11, 39:16, 40:3, 40:11, 41:6, 41:19, 42:1, 42:12, 42:18, 43:9, 43:15, 43:18, 44:15, 45:4, 45:19, 46:5, 46:11, 46:17, 46:25, 47:5, 47:7, 47:10, 47:13, 47:15, 48:2, 48:17, 48:20, 48:25, 49:3, 49:6, 49:15, 49:18, 49:23, 50:3, 50:15, 51:1, 51:17, 51:19, 52:2, 52:11, 52:18, 53:2, 53:4, 53:10

**theory** [2] - 30:6, 40:8
**therefore** [1] - 26:9
**they've** [1] - 38:19
**THINGS** [1] - 10:13
**thinking** [4] - 22:1, 34:4, 42:8, 51:22
**third** [2] - 35:5, 35:9
**third-party** [2] - 35:5, 35:9
**THIS** [1] - 1:9
**THOMAS** [2] - 2:3, 7:9
**Three** [3] - 48:4, 48:7, 48:11
**three** [3] - 16:3, 30:15, 30:20
**THREE** [1] - 10:15
**THREE.......** [1] - 10:1
**THROUGH** [1] - 10:1
**throughout** [1] - 39:25
**Thursday** [3] - 49:20, 50:18, 50:21
**tif** [1] - 44:4
**TIGER** [1] - 7:4
**Tiger** [1] - 47:12
**Tim** [1] - 18:7
**TIME** [3] - 9:15, 10:6, 10:7
**TO** [9] - 1:9, 9:10, 9:12, 9:17, 9:24, 10:13, 10:17, 11:4, 46:8
**today** [8] - 12:4, 15:13, 19:19, 24:18, 26:1, 47:5, 49:13, 52:25
**together** [2] - 17:16, 18:17
**tolerant** [1] - 39:8
**Tom** [2] - 47:3, 47:5
**TOMPKINS** [1] - 7:4
**tonight** [1] - 12:6
**Tony** [5] - 27:6, 27:7, 38:15, 38:17, 40:5
**TOO** [1] - 9:10
**took** [2] - 28:13, 35:6
**top** [1] - 22:1
**topic** [2] - 27:4, 36:1
**topics** [2] - 18:8, 35:24
**TORTS** [1] - 2:12
**totally** [1] - 23:10
**touch** [2] - 27:14, 38:11
**toward** [1] - 17:15
**TOWER** [2] - 2:8, 4:18
**tracked** [1] - 37:16
**TRANSCRIPT** [2] - 1:12, 8:10
**transcript** [1] - 53:20
**Transocean** [12] -

12:17, 28:3, 28:21, 33:14, 34:14, 34:18, 40:20, 41:2, 41:24, 42:3, 46:1
**TRANSOCEAN** [3] - 3:21, 3:21, 3:23
**travel** [1] - 14:3
**traveling** [1] - 15:17
**Trial** [1] - 44:22
**trial** [13] - 15:24, 23:6, 24:24, 24:25, 44:17, 48:4, 48:7, 49:24, 49:25, 50:13, 51:24, 52:10, 53:5
**TRIAL.....................**
**......................** [1] - 10:16
**tried** [3] - 21:4, 28:14, 37:4
**true** [4] - 21:12, 25:13, 27:13, 53:20
**truly** [1] - 23:3
**try** [8] - 16:3, 18:17, 20:3, 25:2, 25:18, 30:8, 39:6, 43:6
**trying** [1] - 43:22
**Tuesday** [2] - 26:5, 50:21
**TUESDAY.....** [1] - 9:18
**turn** [2] - 14:25, 53:8
**tweaks** [1] - 30:14
**TWO** [3] - 9:7, 10:12, 10:21
**two** [10] - 19:12, 19:13, 25:12, 30:15, 35:21, 36:3, 36:25, 37:12, 39:9, 48:17
**Two** [8] - 14:7, 14:10, 14:11, 14:23, 17:18, 47:17, 48:8, 51:7
**TX** [7] - 4:5, 4:14, 4:19, 4:23, 5:19, 5:22, 8:5
**typically** [1] - 25:8

**U**

**U.S** [7] - 2:11, 2:17, 6:16, 9:9, 12:20, 13:20, 17:25
**U.S.......................** [1] - 9:6
**ultimate** [1] - 40:1
**ultimately** [1] - 22:4
**under** [1] - 31:10
**UNDERHILL** [13] - 2:12, 13:4, 13:22, 18:4, 18:6, 18:11,

30:13, 37:9, 37:11,
37:22, 38:2, 38:10,
45:9
**Underhill** [5] - 12:23,
13:1, 13:21, 29:22,
37:13
**understood** [2] - 52:4,
52:14
**undertaking** [1] -
23:19
**underway** [2] - 16:16,
17:9
**United** [6] - 37:13,
41:24, 51:8, 51:15,
53:19, 53:24
**UNITED** [4] - 1:1, 1:13,
2:16, 10:21
**unless** [1] - 53:7
**up** [23] - 14:25, 19:4,
20:3, 20:13, 20:14,
20:21, 23:16, 26:1,
28:4, 31:9, 31:11,
35:3, 38:14, 39:5,
43:23, 44:10, 46:5,
48:3, 48:20, 49:15,
49:19, 51:4, 51:22
**UP** [1] - 9:22
**update** [6] - 13:7,
17:20, 17:23, 18:14,
26:16, 27:16
**updated** [1] - 17:22
**urgency** [3] - 18:17,
22:11, 22:14
**USE** [1] - 10:17
**useful** [1] - 26:10

## V

**VA** [1] - 2:9
**vast** [3] - 33:12, 33:17,
35:13
**venture** [1] - 26:10
**version** [2] - 22:18,
23:13
**VIDEO** [1] - 9:5
**video** [1] - 12:13
**Vidrine** [4] - 28:6,
28:14, 28:19, 28:25
**Vidrine's** [1] - 28:25
**VIDRINE..................
......................** [1] -
9:23
**vocal** [1] - 15:3
**voice** [1] - 15:4
**VOICES** [1] - 11:10
**volume** [1] - 14:23

## W

**WACKER** [1] - 7:9
**wait** [1] - 21:11
**WALKER** [2] - 2:7,
6:16
**WALTHER** [1] - 4:8
**wants** [7] - 13:17,
24:13, 32:1, 39:14,
47:22, 52:17, 52:20
**WARE** [1] - 5:21
**WARREN** [1] - 5:9
**WASHINGTON** [4] -
2:19, 3:19, 5:10, 6:9
**waste** [1] - 21:25
**WATERSIDE** [1] - 2:8
**WATKINS** [1] - 7:8
**WE** [1] - 9:24
**weather** [1] - 12:21
**Weatherford** [6] -
33:3, 33:4, 33:8,
33:22, 33:25, 34:6
**WEATHERFORD** [1] -
6:16
**Weatherford/Dril** [1] -
35:15
**Weatherford/Dril-
Quip** [1] - 35:15
**Weatherfords** [1] -
34:23
**Wednesday** [3] -
29:19, 31:14, 32:9
**week** [8] - 13:21,
18:25, 24:22, 29:7,
30:17, 48:18, 50:9,
50:16
**weekend** [1] - 50:14
**WEEKS** [1] - 10:1
**weeks** [3] - 30:19,
32:14, 44:14
**WEIGEL** [1] - 6:12
**Weil** [1] - 46:24
**WEIL** [1] - 6:8
**WEINER** [1] - 5:5
**welcome** [1] - 26:14
**WERE** [1] - 9:24
**whatsoever** [1] - 26:9
**WHEREUPON** [1] -
53:13
**white** [2] - 22:7, 22:20
**WHITELEY** [1] - 3:3
**whole** [1] - 46:7
**WILLIAM** [2] - 6:17,
8:3
**willing** [1] - 53:1
**window** [1] - 21:11
**withdraw** [2] - 26:4,
46:20
**WITHDRAW** [1] - 9:17

**withdrawal** [2] - 32:4,
32:5
**withdrawn** [4] - 31:12,
31:19, 31:23, 31:24
**withdrew** [1] - 34:17
**WITNESS** [1] - 10:13
**witness** [3] - 38:9,
39:6, 47:18
**witnesses** [1] - 50:25
**WITTMANN** [1] - 4:8
**wonderful** [1] - 26:11
**words** [2] - 17:2,
36:24
**works** [1] - 40:10
**Worldwide** [6] - 22:3,
22:15, 23:21, 44:4,
45:3, 45:11
**WORLDWIDE** [1] - 6:5
**worse** [1] - 33:11
**wrath** [1] - 20:14
**wreckage** [1] - 12:23
**WRIGHT** [1] - 1:17
**written** [3] - 28:9,
28:14, 28:15

## Y

**Year** [1] - 14:4
**yesterday** [2] - 17:21,
29:20
**YORK** [7] - 4:22, 6:14,
13:8, 13:10, 21:1,
23:17, 32:4
**York** [3] - 13:9, 13:10,
26:6
**yourself** [2] - 23:10,
46:17

## Z

**zone** [1] - 12:23