UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

**AMENDED ORDER[1]**

**[Regarding Depositions of Phase One Experts During Weeks One Through Three]**

On August 30, 2011, an order was issued regarding the depositions of the Retained Experts for the PSC and the U.S. Rec. doc. 3878. On September 9, 2011, BP requested that the PSC produce Dr. William E. Gale, Jr. in addition to Dr. Robert G. Bea. It also requested that the U.S. produce Patrick R. Novak, Dr. J. Neil Robinson and Raymond Merala in addition to Dr. Rory Davis. Rec. doc. 3961. The PSC and BP resolved the issue of Dr. Gale by agreeing that Drs. Bea and Gale will each be made available for one and a half days. The US agreed to produce Mr. Novak, Dr. Robinson and Mr. Merala for one day depositions.

The order of August 30, 2011 provided that all requests for examination time of the experts for the PSC and the U.S. were to be submitted by Wednesday, September 28, 2011.

The deadline for requests for examination of Mr. Novak, Dr. Robinson and Mr. Merala is extended to Wednesday, October 12, 2011. By that same day, the parties shall submit requests for examination of Transocean's experts.

---

[1] This order revises rec. doc. 4132 to move Neil Robinson's deposition to Friday, November 18, 2011.

## WEEK ONE

### Monday - November 14

| | |
|---|---|
| PSC-David Pritchard | Drilling |
| PSC-Andrew Hurst | Geology |
| PSC-Bob Bea | Process Safety |

### Tuesday - November 15

| | |
|---|---|
| PSC-David Pritchard | Drilling |
| PSC-Andrew Hurst | Geology |
| PSC-Bob Bea | Process Safety (half day) |

### Wednesday - November 16

| | |
|---|---|
| PSC-William Gale | Process Safety |
| U.S.-Rory Davis | BOP |
| U.S.- Huffman | Geophysicist |

### Thursday - November 17

| | |
|---|---|
| PSC-William Gale | Process Safety (half day) |
| U.S.-Glen Benge | Cement |
| U.S.-Rory Davis | BOP |
| U.S.- Huffman | Geophysicist |

### Friday - November 18

| | |
|---|---|
| U.S.-Glen Benge | Cement |
| PSC-Ed "Geoff" Webster | Maritime |
| U.S.-Neil Robinson | Composite Materials - BOP (one day) |

**Saturday - November 19**

PSC-Ed "Geoff" Webster    Maritime

## WEEK TWO

**Monday - November 21**

U.S.-Richard Heenan    Drilling

U.S.-Raymond Merala    BOP (one day)

**Tuesday - November 22**

U.S.-Richard Heenan    Drilling

U.S.-Patrick Novak    BOP (one day)

## WEEK THREE

**Monday - November 28**

PSC-Gregg Perkin    BOP

TO-George Birch    Cement

**Tuesday - November 29**

PSC-Gregg Perkin    BOP

TO-George Birch    Cement

TO-Calvin Barnhill    Drilling

**Wednesday - November 30**

TO-John Roberts    Gas Dispersion and Ignition

TO-Calvin Barnhill    Drilling

**Thursday - December 1**

TO-Greg Childs          BOP

TO-John Roberts         Gas Dispersion and Ignition

TO-Robert Scates        Gas Dispersion and Ignition

TO-Jeff Wolff           Seaworthiness, Marine System and Safety Conditions

**Friday - December 2**

TO-Greg Childs          BOP

TO-Robert Scates        Gas Dispersion and Ignition

TO-Jeff Wolf            Seaworthiness, Marine System and Safety Conditions

New Orleans, Louisiana, this 3rd day of October, 2011.

_____
**SALLY SHUSHAN**
**United States Magistrate Judge**