

Frilot L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163
Phone: 504.599.8000
Facsimile: 504.599.8100
www.frilot.com

**Kerry J. Miller**
Telephone: (504)599-8194
Facsimile: (504)599-8145
E-mail: kmiller@frilot.com

September 26, 2011

BY EMAIL

Magistrate Judge Sally Shushan
United States District Court
500 Poydras Street
New Orleans, LA 70130

        Re:    In Re: Deepwater Horizon
                  Civil Action No. 10-md-02179

Dear Judge Shushan:

I am writing on behalf of Transocean to respectfully request that Transocean be allotted 90 minutes of examination time at the deposition of Coast Guard witness Steve Sutton scheduled for October 5, 2011, 120 minutes of examination time at the deposition of Coast Guard witness Lieutenant Nathan Houck scheduled for October 7, 2011, and 120 minutes of examination time at the deposition of Coast Guard witness Lieutenant Commander Michael Odom scheduled for October 11, 2011.

Transocean is currently allocated 37 minutes of examination time for the depositions of the three witnesses pursuant to Your Honor's June 28, 2011 Order. [Doc. No. 3079]. As Your Honor's June 28, 2011 Order notes, the default allocation of examination time may be adjusted on a witness by witness basis for good cause shown. Id.

Good cause exists in this instance to allocate 90 minutes of examination time to Transocean for the deposition of Mr. Sutton and 120 minutes of examination time to Transocean for the deposition of Lieutenant Commander Odom. Mr. Sutton was responsible for the training and education of those that inspected the Deepwater Horizon. Lieutenant Commander Odom oversaw the inspections of the Deepwater Horizon. The subject matter of the depositions of Mr. Sutton and Lieutenant Commander Odom will relate to the inspections and qualifications of the inspectors aboard the Deepwater Horizon. Transocean, more so than other parties, has considerable ground to cover with both witnesses because it was Transocean's rig that was the subject of the inspections.

Good cause also exists in this instance to allocate 120 minutes of examination time to Transocean for the deposition of Lieutenant Houck. Lieutenant Houck was part of the

Honorable Sally Shushan
United States Magistrate Judge
Page 2 of 2
September 26, 2011

emergency response after April 20, 2010.  Regarding the emergency response, there have been allegations that Transocean acted improperly in the immediate aftermath of the explosions to the time of the sinking of the rig by placing water into the rig.  Transocean, therefore, more so than other parties, has more justification to explore the Coast Guard's involvement in the emergency response and rescue efforts.

For these reasons and for good cause shown, Transocean respectfully requests that Transocean be allotted 90 minutes of examination time at the deposition of Mr. Sutton, 120 minutes of examination time at the deposition of Lieutenant Houck, and 120 minutes of examination time at the deposition of Lieutenant Commander Odom.

                                                Respectfully submitted,

                                                /s/ Kerry J. Miller

KJM/jp