From:
"David Beck" <DBECK@brsfirm.com>
To:
<Mike_OKeefe@laed.uscourts.gov>, <Sally_Shushan@laed.uscourts.gov>,
Date:
09/28/2011 06:09 PM
Subject:
Cameron Request for Deposition Time Allocations relating to PSC/US Experts

Judge Shushan:

Cameron requests the following time allocation to examine the PSC/US and Transocean experts:

**Expert** **Time requested**

| Expert | Time requested |
|---|---|
| Rory Davis (US) | 5 hours |
| Raymond Merala (US) | 5 hours |
| Patrick Novak (US) | 2.5 hours |
| Gregg Perkin (PSC) | 5 hours |
| Greg Childs (TO) | 5 hours |
| Neil Robinson (US) | 2.5 hours |

Each of these expert witnesses focuses on the BOP, the basic allegation involving Cameron. Thank you for considering Cameron's requests for time allocation.    David

David J. Beck, Esq.
Beck, Redden & Secrest, L.L.P.
One Houston Center
1221 McKinney Street, Suite 4500
Houston, Texas 77010
Tel:  (713) 951-3700
Fax: (713) 951-3720
**dbeck@brsfirm.com**