From:
Dennis Barrow <dennisbarrow@warejackson.com>
To:
"Sally_Shushan@laed.uscourts.gov" <Sally_Shushan@laed.uscourts.gov>, "'Mike_OKeefe@laed.uscourts.gov'" <Mike_OKeefe@laed.uscourts.gov>
Cc:
"Langan, Andrew" <alangan@kirkland.com>, "CMaze@ago.state.al.us" <CMaze@ago.state.al.us>, "dsc2179@liskow.com" <dsc2179@liskow.com>, James Roy <JIMR@wrightroy.com>, "Mike.Underhill@usdoj.gov" <Mike.Underhill@usdoj.gov>, "sherman@hhkc.com" <sherman@hhkc.com>
Date:
09/28/2011 05:58 PM
Subject:
MDL 2179  --  Deepwater Horizon  -- Expert Depositions


Magistrate Shushan,

Dril-Quip writes in response to your August 31, 2011 order regarding the depositions of the Retained Experts for the PSC and the USA (Rec. doc. 3878).  The order requires that all requests for examination time for these experts be submitted by Wednesday, September 28, 2011.  Dril-Quip respectfully requests time for several of the experts as described below.

Dril-Quip's review of the expert reports from the USA and the PSC concludes that none of the experts express any opinion against or relating to Dril-Quip. The reports do not express any criticism either directly or indirectly towards Dril-Quip.  However, several of the expert reports cover broad subject matter areas that generally include Dril-Quip's narrow involvement in the well.

Dril-Quip understands and respects the notion that examination time is precious in this case, and especially so in expert depositions.  However, as of now Dril-Quip remains a 14-C defendant in the case and needs to be able to defend itself as the need arises, without requesting examination time from other parties with potentially adverse interests.

Accordingly, Dril-Quip respectfully requests a small amount of time (twenty minutes) at the end of the examinations by defendants to question the following experts:

1. Richard Heenan (USA Drilling Exp.);
2. David Pritchard (PSC Drilling Exp.);
3. Robert Bea (PSC System Process Safety Exp.);
4. Benge (USA Cement Exp.);
5. Huffman (USA Pore Pressure Exp.); and
6. Hurst (PSC Pore Pressure Exp.).

Dril-Quip does not request any time for the following experts:

1. Davis (USA BOP Exp.);
2. Perkin (PSC BOP Exp.); and
3. Webster (PSC Maritime Exp.).

These experts express opinions in narrow subject matter areas. It seems unlikely that any issues relevant to Dril-Quip will arise in the depositions.  But, Dril-Quip reserves the right to return to the Court to seek additional time if a relevant issue arises and Dril-Quip is unable to secure any examination time from another party.

Thank you for the Court's consideration.

Sincerely,
Dennis Barrow