From:
"Kirby, Ky E." <Ky.Kirby@bingham.com>
To:
"Sally_Shushan@laed.uscourts.gov" <Sally_Shushan@laed.uscourts.gov>
Cc:
"Dragna, Jim" <jim.dragna@bingham.com>, "Huser, Mary T." <mary.huser@bingham.com>, "Delgado, Connie Salcido" <connie.delgado@bingham.com>, "DWH DSC (dsc2179@liskow.com)" <dsc2179@liskow.com>, "Fitch, Warren Anthony" <Tony.Fitch@bingham.com>, "Jim Roy" <jimr@wrightroy.com>, "lstrange@ago.state.al.us" <lstrange@ago.state.al.us>, "Maze, Corey" <CMaze@ago.state.al.us>, "Mike O'Keefe" <Mike_Okeefe@laed.uscourts.gov>, "Paul M. Sterbcow" <sterbcow@lksalaw.com>, "robert cunningham" <RTC@cunninghambounds.com>, "sherman@hhkc.com" <sherman@hhkc.com>, "Underhill, Mike (CIV)" <Mike.Underhill@usdoj.gov>
Date:
09/28/2011 03:42 PM
Subject:
Anadarko's Request for Time Allocations for PSC and US Expert Depositions

Dear Magistrate Judge Shushan:
Anadarko respectfully requests the following with respect to the PSC and Government experts' depositions:

To properly examine the individuals proffered by the PSC and US as experts, Anadarko believes it needs an allotment of two hours examination time per deponent. However, we recognize the difficult task the Court faces in allocating time among the parties. If the Court determines that it cannot grant the foregoing request, we respectfully request that the Court allot to Anadarko for each of the PSC and Government expert depositions no less than the reduced default time Anadarko was given in connection with the more recent Phase 1 fact depositions -- I.e., 22 minutes for one-day depositions and 45 minutes for two-day depositions. Anadarko also requests that it be permitted to conduct its examinations after examinations have been conducted by other defendants with larger time allocations. Modest time allocations of the length that have been allotted to Anadarko in the more recent Phase I depositions really are most suitable for follow-up examination in order to clarify an expert's previous deposition testimony, explore it a bit further if that seems warranted and/ or cover an area that hasn't been covered (if any).

This request pertains to the PSC and US experts identified below.

Hurst - PSC geology
Benge - US cement
Webster - PSC maritime
Heenan - US drilling
Pritchard - PSC drilling
Huffman - US geophysicist
Perkins - PSC BOP
Bea - PSC process safety (anticipated 1.5 days of deposition, so 33 minutes requested)
Gale - PSC process safety (anticipated 1.5 days of deposition, so 33 minutes requested)
Robinson - US BOP
Davis - US BOP

As always, we appreciate your consideration of our requests.
Sincerely,
Ky E. Kirby
Bingham McCutchen LLP
2020 K Street, N.W.
Washington, D.C. 20006
202-373-6795 (O)
ky.kirby@bingham.com<mailto:ky.kirby@bingham.com>