From:
"Flanders, Edward" <edward.flanders@pillsburylaw.com>
To:
Sally_Shushan@laed.uscourts.gov, Mike_OKeefe@laed.uscourts.gov
Cc:
CMaze@ago.state.al.us, dsc2179@liskow.com, "James Roy" <JIMR@wrightroy.com>, Mike.Underhill@usdoj.gov, sherman@HHKC.com, "Langan, Andrew" <alangan@kirkland.com>
Date:
09/28/2011 02:59 PM
Subject:
MDL 2179--MOEX's request for examination time of experts

Dear Judge Shushan;

Pursuant to the Court's August 31 order requiring all requests for examination time for the PSC's and the US's experts to be submitted by September 28, MOEX respectfully requests the following:

1. Pritchard: 60 min.

2. Hurst: 15 min.

3. Bea-Gale: 15 min.

4. Davis: 0 min.

5. Huffman: 60 min.

6. Benge: 0 min.

7. Webster: 0 min.

8. Heenan: 15 min.

9. Robinson: 0 min.

10. Perkin: 0 min.

11. Birch: 0 min.

Respectfully submitted,

**Ed Flanders** | Partner
**Pillsbury Winthrop Shaw Pittman LLP**
_____

Tel: 212.858.1638 | Desktop Fax: 917.464.6467
1540 Broadway | New York, NY 10036-4039

Email: edward.flanders@pillsburylaw.com