Morgan, Lewis & Bockius LLP
1000 Louisiana Street
Suite 4000
Houston, TX 77002
Tel. 713.890.5000
Fax: 713.890.5001
www.morganlewis.com



Morgan Lewis
COUNSELORS AT LAW

**Hugh E. Tanner**
Partner
713.890.5180
htanner@MorganLewis.com

September 28, 2011

The Honorable Sally Shushan
United States District Court
  for the Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

Re: *In re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*; United States District Court for the Eastern District of Louisiana, No. 2:10-MD-2179-CJB-SS

Dear Judge Shushan:

In accordance with the Court's August 31, 2011 Order (Dkt. No. 3878), M-I L.L.C. respectfully requests examination time of the following PSC and United States expert witnesses:

- David Pritchard —90 minutes
- Andrew Hurst—15 minutes
- Robert G. Bea—60 minutes
- William E. Gale, Jr.—60 minutes
- Rory Davis—15 minutes
- Alan R. Huffman—15 minutes
- Glen Benge—15 minutes
- Ed "Geoff" Webster—15 minutes
- Richard Heenan—45 minutes
- Neil Robinson—15 minutes
- Gregg Perkin—15 minutes
- George Birch—15 minutes

Very truly yours,

/s/ *Hugh E. Tanner*

Hugh E. Tanner