

# JONES WALKER

Glenn G. Goodier
*Not admitted in Alabama*
Direct Dial 504-582-8174
Direct Fax 504-582-8010
ggoodier@joneswalker.com

September 28, 2011

The Honorable Sally Shushan
Magistrate Judge
U.S. District Court for the
Eastern District of Louisiana
500 Poydras Street
Room B345
New Orleans, LA  70130

    Re:   *In re: Oil Spill by the Oil Rig "Deepwater Horizon"
          in the Gulf of Mexico, on April 20, 2010*; 2010 MDL No. 2179
          Weatherford's Request for Examination Time for PSC/U.S. Experts
          Our File:  122018-39

Dear Magistrate Judge Shushan:

     In accordance with the Court's Order dated August 31, 2011, Rec. Doc. 3878, Weatherford U.S. L.P. submits the following requests for examination time for the upcoming depositions of the Retained Experts of the PSC and the United States, respectively:

     Glenn Benge – 1.5 hours (90 minutes)

     Dr. Allen Huffman – 15 minutes

     David Pritchard – 15 minutes

     Dr Andrew Hurst – 10 minutes

     Greg Perkins – 20 minutes

     Bob Bea – 15 minutes

     Ed Webster – 15 minutes

     Richard Heenan – 30 minutes

Honorable Sally Shushan
September 28, 2011
Page 2

      Additionally, to the extent that the deposition of George Birch will still take place, Weatherford U.S. L.P. requests 1.5 hours (90 minutes) for Mr. Birch's deposition. Both Mr. Benge and Mr. Birch specifically address the Weatherford float collar in their respective expert reports regarding cementing. The Weatherford float collar is a cementing tool with specific plug landing functions and back flow prevention functions while waiting on the cement to set. These functions aid in the successful pumping and placement of the cement. Accordingly, Weatherford requests 90 minutes of time for the depositions of Mr. Benge and Mr. Birch so that it can adequately defend its product that was run in the well by BP during the bottom hole cement job that failed and led to the blowout.

      Should you need any further information or have any questions, please do not hesitate to contact me.

                                                         Respectfully submitted,

                                                           Glenn G. Goodier  (by permission)

GGG/dms