

Frilot L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163
Phone: 504.599.8000
Facsimile: 504.599.8100
www.frilot.com

**Kerry J. Miller**
**Telephone: (504)599-8194**
**Facsimile:  (504)599-8145**
**E-mail:  kmiller@frilot.com**

September 28, 2011

Honorable Sally Shushan
United States Magistrate Judge
Eastern District of Louisiana
500 Poydras Street, Room B-345
New Orleans, LA 70130
*E-mail: Sally_Shushan@laed.uscourts.gov*

      Re:     Request for Additional Time for Expert Depositions

             In re: Oil Spill by the Oil Rig "Deepwater Horizon"; 2:10-md-02179-CJB-SS;
             Our File: 56816

Dear Judge Shushan:

I am writing on behalf of Transocean to respectfully request that Transocean be allotted 150 minutes of examination time at the deposition of DOJ cementing expert Glen Benge. Transocean respectfully requests 90 minutes of examination time with DOJ experts Rory Davis, BOP, Neil Robinson, BOP composite materials, and Richard Heenan, drilling. Transocean respectfully requests 60 minutes of examination time with DOJ expert Alan Huffman, geophysicist. Transocean respectfully requests 90 minutes of examination time with the PSC experts Gregg Perkin, BOP, David Pritchard, drilling, and Geoff Webster, maritime. Transocean respectfully requests 60 minutes of examination time with PSC experts Andrew Hurst, geology, Dr. Robert Bea, process safety, and Dr. William Gale, process safety.

Transocean requests 150 minutes with DOJ cementing expert, Glen Benge, because he is the only cementing expert who will testify for the "plaintiffs." Transocean requests 90 minutes with the following DOJ experts for the stated reasons: Rory Davis and Neil Robinson because they will testify regarding the BOP that was owned by Transocean; and  Richard Heenan because he will testify regarding drilling in which Transocean was involved. Transocean requests 60 minutes with DOJ expert Alan Huffman, geologist, to explore his opinions.

Transocean requests 90 minutes with the following PSC experts for the stated reasons: Gregg Perkin because he will testify regarding the BOP that was owned by Transocean; David Pritchard because he will testify regarding drilling in which Transocean was involved; and Geoff Webster because he will testify regarding the DEEPWATER HORIZON that was owned by Transocean.

Honorable Sally Shushan
United States Magistrate Judge
Page 2 of 2
September 28, 2011


Transocean requests 60 minutes with PSC experts Andrew Hurst, geology, Dr. Robert Bea, process safety, and Dr. William Gale, process safety, to explore their opinions.


Respectfully submitted,

FRILOT LLP

                    */s/ Kerry J. Miller*
By:_____
                    Kerry J. Miller
                    Attorney for Transocean



cc:  Counsel Distribution via E-mail