

IRPINO LAW FIRM

September 28, 2011

**VIA E-MAIL**
Honorable Sally Shushan
United States Magistrate Judge
Eastern District of Louisiana
500 Poydras Street, Room B-345
New Orleans, LA 70130

      Re:    *In re: MDL 2179 Oil Spill by the Oil Rig "Deepwater Horizon"*
             PROPOSED CONFIDENTIALITY ORDER

Dear Judge Shushan,

      We have received Transocean's response letter of September 27, 2011 regarding the proposed confidentiality orders. It is our understanding that Transocean would consent to Confidentiality Order "B" "if it was revised to require charts listing only those documents with withdrawn confidentiality designations..." Please be advised that the PSC consents to this request/proposal from Transocean relative to Confidentiality Order "B."

      Thank you for your attention to this matter.

                         Respectfully submitted,

                         Anthony Irpino

cc:    Defense Liaison Counsel (*Via* E-Mail)
        Jim Roy, Esq. (*Via* E-Mail)
        Steve Herman, Esq. (*Via* E-Mail)
        Mike Underhill, Esq. (*Via* E-Mail)
        Hon. Luther Strange (*Via* E-Mail)
        Allan Pixton, Esq. (*Via* E-Mail)
        Amber Shushan, Esq. (*Via* E-Mail)
        Carolyn Raines, Esq. (*Via* E-Mail)