# KIRKLAND & ELLIS LLP

### AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C.  20005

Robert R. Gasaway
To Call Writer Directly:
(202) 879-5175
robert.gasaway@kirkland.com

(202) 879-5000

www.kirkland.com

Facsimile:
(202) 879-5200

September 28, 2011

**By Electronic Mail**

**CONFIDENTIAL**

The Honorable Sally Shushan
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room B-345
New Orleans, Louisiana 70130

Re:     <u>MDL No. 2179 — MC 252 ROV Video & Bubble Samples</u>

Dear Judge Shushan:

I write to update the Court and parties in response to follow-up inquiries from the PSC and others as to ROV video footage and/or any sampling conducted in connection with the August 25, 2011 Remotely Operated Vehicle (ROV) operation that BP undertook at the request of the U.S. Coast Guard to investigate reports of sheens of oil observed in the vicinity of the Macondo Well.

***First***, as noted in my September 6, 2011 letter, BP confirmed using a standard video visual wellhead inspection, that no release of oil is occurring from either Macondo Well MC 252#1 or from Macondo Relief Well MC 252#3.

This ROV video inspection was conducted in the presence of representatives from the Gulf Coast Incident Management Team (GCIMT) (MC252 Unified Command) in New Orleans. GCIMT observers of the live video feed included representatives of the U.S. Coast Guard and the Bureau of Ocean Energy Management, Regulation and Enforcement, as well as representatives from the states of Louisiana, Mississippi, and Florida.

ROV video from the inspection has now been posted by the U.S. Government to the publicly available Web site, http://www.restorethegulf.gov.   The following statement also appears on this Web site: "These visual wellhead inspections, conducted on Aug. 25 and 26, 2011, confirmed that there is no release of oil from either well and that both wells are secure." The ROV video footage of the inspection has separately been provided by BP to the PSC, as well as other MDL 2179 parties, including the State of Alabama, the State of Louisiana, the U.S. Department of Justice, Halliburton, and Anadarko.

Chicago     Hong Kong     London     Los Angeles     Munich     New York     Palo Alto     San Francisco     Shanghai

# KIRKLAND & ELLIS LLP

The Honorable Sally Shushan
September 28, 2011
Page 2


**Second**, per my September 6, 2011 letter, during the course of inspecting both wellheads, BP representatives and GCIMT member observers noticed small, intermittent bubbles emanating from cement ports at the base of the wellheads. These observations are consistent with testing and sampling performed last year that detected nitrogen bubbles, a residual byproduct of the nitrified foam used in setting the wells' surface casing cement.

Several days later, on August 28 and 29, 2010, ROVs returned and collected bubble samples at the MC 252#1 Well, as well as ROV video footage of the sampling as it occurred. But BP has since determined that — to the best of its current knowledge — the sample bottles did not retain a sample that could be reliably analyzed. The sample containers were unable to maintain pressure integrity and the test results are inconclusive as to the sample contents. BP continues to follow-up on the bubble sample analysis and will update the parties if significant new information becomes available.

In the meantime, BP will make ROV video footage of the taking of these samples available to any MDL 2179 party, upon request. In addition, we are also attaching to this letter a representative gas/bubble laboratory test analysis report from sampling of the Macondo Well that was successfully conducted in the summer of 2010, after the Well had been cemented. This document has already been produced as BP-HZN-2179MDL02202321.

Please feel free to contact me with any questions or concerns.

Sincerely,

Robert R. Gasaway

RRG/erl

Attachment

cc (via electronic mail):
    R. Michael Underhill
    Corey Maze
    Liaison Counsel
    Andrew Langan, P.C.
    Joseph A. Eisert
    David E. Grassmick
    Esty R. Lobovits
    Don K. Haycraft

ATTACHMENT



# ANALYSIS REPORT

Lab #:                192341                          Job #:      13505
Sample Name:   10661-7                          Co. Lab#:
Company:        BP
Date Sampled:     / /
Container:        Cylinder
Field/Site Name:
Location:
Formation/Depth:
Sampling Point:
Date Received:   8/01/2010              Date Reported:     8/01/2010

| Component | Chemical mol. % | Delta 13C per mil | Delta D per mil | Delta 15N per mil |
|---|---|---|---|---|
| Carbon Monoxide ------------ | nd | | | |
| Hydrogen Sulfide ----------- | nd | | | |
| Helium ------------------------ | 0.0332 | | | |
| Hydrogen --------------------- | 0.0701 | | | |
| Argon ------------------------- | 0.251 | | | |
| Oxygen ----------------------- | 4.83 | | | |
| Nitrogen ---------------------- | 59.39 | | | |
| Carbon Dioxide -------------- | 0.006 | | | |
| Methane ---------------------- | 35.40 | -73.64 | -196.1 | |
| Ethane ------------------------ | 0.0099 | | | |
| Ethylene ---------------------- | nd | | | |
| Propane ---------------------- | 0.0015 | | | |
| Iso-butane -------------------- | 0.0007 | | | |
| N-butane --------------------- | 0.0015 | | | |
| Iso-pentane ------------------ | 0.0012 | | | |
| N-pentane -------------------- | 0.0013 | | | |
| Hexanes + -------------------- | 0.0065 | | | |

Total BTU/cu.ft. dry @ 60deg F & 14.7psia, calculated:      359
Specific gravity, calculated:      0.828

nd = not detected. na = not analyzed. Isotopic composition of carbon is relative to VPDB. Isotopic composition of hydrogen is relative to VSMOW. Calculations for BTU and specific gravity per ASTM D3588. Chemical compositions are normalized to 100%. Mol. % is approximately equal to vol. %.

CONFIDENTIAL                                            BP-HZN-2179MDL02202321