

**STATE OF ALABAMA**
**OFFICE OF THE ATTORNEY GENERAL**

LUTHER STRANGE
ATTORNEY GENERAL

501 WASHINGTON AVENUE
P.O. BOX 300152
MONTGOMERY, AL 36130-0152
(334) 242-7300
WWW.AGO.STATE.AL.US

September 28, 2011

**BY ELECTRONIC MAIL**
    (cc Liaison Counsel, Coordinating Counsel, and Counsel for the State of Louisiana)

The Honorable Sally Shushan
United States Magistrate Judge

        Re: The States' Request for Time to Depose Lamar McKay

Dear Judge Shushan:

    1. *Request:* The States request **140 minutes** to depose Lamar McKay, a figure that falls conservatively between the 120 and 180 minute requests made by Alabama and Louisiana respectively in our August 24 letters.

    2. *Reasons:* The States were among the most vocal—if not the most vocal—proponents of a 2-day deposition for Mr. McKay, the Chairman and President of BP America. In addition to all of the reasons the States have previously cited for our request (which we will not repeat here), two relevant events have occurred since we last addressed the States' interest in questioning Mr. McKay:

    - Scientific analysis has shown that the oil recently discovered above the Macondo site is from the Macondo well. See Exhibit A. Yesterday, the Coast Guard ordered Transocean to determine the source of the oil, and BP publicly agreed to assist in finding the source. See Exhibit B.

    - BP has applied with the Federal Government to begin drilling in 5,800 feet of water about 250 miles off of Louisiana's coast. See Exhibit C.

With BP now seeking to drill even deeper in the Gulf, the States have a heightened interest in questioning Mr. McKay about the effectiveness and continued vitality of BP's response/clean-up efforts to the previous Spill and its lingering effects, efforts that Mr. McKay oversees.

    3. *Use of Time:* Both States will question Mr. McKay, splitting the time distributed by the Court. The States will be prepared to use our full allotment of time, and we will not cede State time to another party before the deposition. Of course, should prior questioning of Mr. McKay render our time/questioning unnecessarily redundant, we may choose to judiciously cede our time to another party or the Court.

                                        Respectfully,

                                        COREY L. MAZE
                                        *State's Coordinating Counsel Designee*

# Exhibit A



Everything Alabama

# LSU confirms oil from BP well; feds collect samples

Published: Monday, September 26, 2011, 6:59 AM    Updated: Monday, September 26, 2011, 1:04 PM

 **Ben Raines, Press-Register**
By

While the source of the **oil bubbling up around the Deepwater Horizon** site remains a mystery, a Louisiana State University scientist says further chemical analysis has confirmed that the oil originated in **BP**'s well, and not from other nearby sources, as federal officials have suggested.

Federal officials said Friday that they have collected samples of the oil rising to the Gulf's surface near the wellhead in the weeks since the Press-Register went to the site and sent samples to LSU.



Terese Collins and On Wings of Care

A National Oceanic and Atmospheric Administration vessel cruises past blobs of oil bubbling up near the Deepwater Horizon wellhead on Aug. 30, 2011. Federal officials said they have collected samples but have been unable to pinpoint the source. Samples collected by the newspaper came from the BP well, according to chemical analysis by LSU scientists.

But the samples collected by the National Oceanic and Atmospheric Administration did not contain enough oil to determine if the BP well was the source, according to officials.

Neither the government nor BP has conducted testing that could find the spot on the seafloor where the oil is emanating, according to comments from federal agencies.

The Press-Register documented oil bubbling to on the surface on Aug. 23 at the site where the Deepwater Horizon rig exploded in April 2010, killing 11 workers and spawning the **Gulf oil spill**.

## Pilot says she has seen oil at site every week since Aug. 19

Bonny Schumaker — a pilot with the non-profit organization On Wings of Care — first saw oil on the surface in that area on Aug. 19. She said she has flown over the site every week since and has seen oil each time.

"We did take some samples, but there wasn't enough in the samples to determine the source," said Ben Sherman, a NOAA spokesman. "We are planning future sampling in the vicinity of the wellhead."

Sherman said such sampling is primarily the responsibility of the Coast Guard and the Bureau of Ocean Energy Management, Regulation and Enforcement.

BOEMRE officials did not return calls or emails seeking comment during the last 2 weeks. Coast Guard officials said they had not yet been able to locate the area where the oil was bubbling up.

Scientists use a technique called gas chromatography to analyze the precise chemical makeup of the oil contained in each subsea reservoir. Each well in the Gulf has a unique chemical fingerprint based on the ratios of different compounds contained in the oil.

After LSU analyzed the samples provided by the Press-Register, scientists with both BP and the government contacted Ed Overton — the LSU chemist who did most of NOAA's oil analysis during the spill — to suggest additional parameters he might test to confirm the oil came from BP's well.

## NOAA official says match doesn't mean match

In a Sept. 15 email, NOAA's Sherman suggested that samples collected by the newspaper might not actually be from BP's well, which is designated MC252 and called the Macondo well.

"Yes, the oil that you took was confirmed as MC252, but it does not necessarily mean it is in any way related to the (Deepwater Horizon) spill. Most of the oil throughout the region can be preliminarily identified as MC252 type," the email read. Sherman went on to say that NOAA's Scientific Support Coordinator had consulted with the LSU chemists and determined that the oil might not be from the BP well.

Overton said federal officials were wrong. He said he rechecked the newspaper's oil samples using the more refined analysis recommended by BP's scientists and federal officials.

"They were suggesting I had jumped the gun when I said it matched (BP's well)," Overton said last week. "They are incorrect. I have double-checked, and I am even more convinced after using the suggestions that BP made that this was the Macondo oil. I think it is 99.9 percent confirmed that it came from that reservoir.

"It is a dead-ringer match . I was amazed that the ratios matched as good as they did."

Overton said BP also provided him with samples from nearby oil sources, none of which matched the oil collected by the newspaper.

## BP says company will continue to look for source of sheens

BP officials said Friday that an inspection by a remote controlled underwater vehicle failed to find any leaks around the main well or the relief well.

"There are other possible sources of sheens, including limited residual oil that could be trapped in the riser of

the Deepwater Horizon rig," read the BP statement. "We continue to work with the Coast Guard and NOAA to identify oil sheens found in the vicinity of Mississippi Canyon 252."

Petroleum engineers say that it is important to determine where the oil is coming from in order to rule out the possibility that it is moving up around the outside of the sealed well pipe.

"There are instruments that can be deployed to detect the hydrocarbons," said Robert Bea, a petroleum engineer at the University of California and a member of the Deepwater Horizon Study Group, which includes more than 50 top scientists. "The oil companies use subsea-towed 'sniffers' for this purpose."

BP officials declined to answer whether the company would use a hydrocarbon sniffer, which can trace oil in the water column from the surface to the seafloor.

"This is crazy. I don't understand why they are not doing that," said Overton, who with his colleagues recently earned NOAA's "Superior Accomplishment Award" for oil analysis done for the government during the oil spill.

"Whether it is coming from the well itself, or coming from the riser pipe, you can't say unless you go down there and look," Overton said. "There's oil coming up. Where is it coming from? Send an ROV with a sniffer down and see if you see anything. As much money as has been spent, go spend a little more instead of denying that there is a problem."

**Oil emerges in Gulf near Deepwater Horizon well**

In this video shot near the site of the Deepwater Horizon accident, globs of oil are seen blooming on the Gulf surface in iridescent yellow circles. Chemical analysis of the Press-Register's samples by LSU scientists found that the oil could be from the BP well, but results were not conclusive. BP meanwhile said no oil was present when the company flew over the area Saturday.

© 2011 al.com. All rights reserved.

# Exhibit B



Everything Alabama

# Updated: Feds order Transocean to investigate oil floating above well responsible for Deepwater Horizon spill

Published: Tuesday, September 27, 2011, 4:18 PM   Updated: Tuesday, September 27, 2011, 9:52 PM

 **Ben Raines, Press-Register**
By



**Enlarge**  Press-Register staff
The Press-Register's Ben Raines scoops oil where it bubbled to the surface of the Gulf of Mexico on August, 23, 2011 within one mile northeast of BP's Macondo well site. (Press-Register/Jeff Dute)

**Deepwater oil seepage** gallery (10 photos)

- 
- 
- 
- 
- 

*Updated at 6:59 p.m. to reflect BP comment at close of story.*

MOBILE, Alabama — The U.S. Coast Guard announced Tuesday that it would require Transocean, owner of the drilling rig that exploded and unleashed the **Gulf spill**, to determine the source of the BP oil found floating above the wellhead.

The announcement came one month after the Press-Register collected samples of oil bubbling up on the surface of the Gulf of Mexico and sent them to Louisiana State University for scientific analysis.

The newspaper **visited the well site** 4 days after Bonny Schumaker with On Wings of Care and the Gulf Restoration Network first observed oil on the surface during an Aug. 19 overflight.

Coast Guard Capt. John Burton, commanding officer of the Morgan City Marine Safety Unit, said the agency routinely issues Notices of Federal Interest to companies believed to be responsible for sheens found floating on the Gulf's surface. He said federal officials do not believe the well is leaking.

Burton said the Press-Register samples, coupled with repeated sightings of sheens in the area by Schumaker and interviews with LSU chemist Ed Overton, suggested that oil originating from BP's well was making its way to the surface.

The notice stated that the oil on the surface suggests "the possibility of a release from the riser pipe or other debris on the ocean floor from the April 20, 2010, **Deepwater Horizon** incident."

"They did the survey of the well, and it doesn't seem to be coming from there, so we're looking at other sources. One of the possible sources is the wreckage of the Transocean rig," Burton said. "One option is to send down a remote vehicle. Certainly a survey of the wreckage, a survey of the riser pipe is appropriate."

The notice also says that Transocean may be responsible for debris removal costs.

"If a volume of oil has remained in the riser, there is no question that it is oil from BP's Macondo well," Transocean PR spokesperson Lou Colasuonno said in an email.

"As owner and operator, BP is the responsible party for all fluids that emanated from the Macondo well head, and BP has repeatedly acknowledged that responsibility. Transocean has accepted responsible party status for rig fluids, such as diesel fuel, consistent with the law. We take this very seriously, and we are committed to working with BP, the Coast Guard, and other parties to investigate these reports."

In the weeks after LSU's Ed Overton described the Press-Register's oil samples as a **"dead ringer match"** for oil from BP's well, federal officials suggested the oil might have come from another source, such as a natural seep.

Overton, who did much of the government's oil sampling work during the BP spill, conducted additional analyses suggested by BP and federal scientists and ruled out natural seeps and nearby production wells.

He urged officials to conduct a thorough survey of the wreckage of the Deepwater Horizon using machines designed to sniff for oil underwater to determine the source of the oil on the surface.

Petroleum engineers have said it was important to rule out other, more remote possibilities, such as oil bubbling up around the outside of the sealed well.

"Transocean will come up with the best way to determine if they are the responsible source," Burton said.

---

A BP spokesman said the company would work with the Coast Guard to identify the source of the oil at the site.

"As we have said and the U. S. Coast Guard now confirms, the Macondo well is not leaking oil and is not the source of the sheens," said spokesman Ray Melick. "We will continue to cooperate with the Coast Guard to investigate other possible sources, including Transocean's riser."

© 2011 al.com. All rights reserved.

# Exhibit C



Everything New Orleans

# 18 months after the Gulf oil spill, BP is dipping its toe into drilling

Published: Sunday, September 25, 2011, 9:01 AM     Updated: Sunday, September 25, 2011, 9:46 AM

 By **Richard Thompson, The Times-Picayune**

More than a year after its crews began pumping cement into the blown-out Macondo well to shut it down permanently and end a months-long **oil spill**, BP is taking steps to get back to work in the Gulf of Mexico. But the company, the largest oil producer in the Gulf, is treading carefully. BP has been issued just two deepwater permits since the incident, to plug and abandon a pair of wells drilled long before the spill.



"I think BP's kind of licking their wounds and trying to figure out at what point do they go in and actually apply for deepwater exploration rights," said Eric Smith, an associate director at the Tulane Energy Institute.

That tide began to shift last week, when BP filed its first deepwater exploration plan since its Macondo well erupted in April 2010. In the application, BP proposed drilling four wells in 5,800 feet of water, about 250 miles off the Louisiana coast. Federal regulators have 30 days from Sept. 21 to evaluate the plan.

But BP has by no means been sitting on the sidelines since the Deepwater Horizon drilling rig exploded and sank last year, killing 11 rig workers and causing one of the worst environmental disasters in U.S. history. Though the company had not aggressively sought out its own permits for new drilling projects until last week, some of the initiatives BP had been pursuing in

BP

BHP Billiton announced recently that it had drilled a successful appraisal well in a Gulf field called Mad Dog, on behalf of BP. The field may hold as much as 4 billion barrels of oil equivalent, according to BP.

partnership with other operators have found recent success.

Earlier this month, Chevron unveiled a new oil discovery at its Moccasin prospect in the Gulf of Mexico, a project that BP has an almost 44 percent stake in.

A day later, BHP Billiton announced that it had drilled a successful appraisal well in a Gulf field called Mad Dog, on behalf of BP. The field may hold as much as 4 billion barrels of oil equivalent, according to BP.

And in February, BP received some good news when Noble Energy received the first drilling permit under the government's new safety rules; BP has a 46.5 percent stake in that well.

"For them to be able to participate in a Chevron well and get a percentage of the stake as a result of that, shouldn't be shocking to anybody," Smith said, adding that those types of deals typically can take upwards of five years to cement, and probably were under way before the spill.

To be sure, BP has not been able to completely move past last year's accident.

The Bureau of Ocean Energy Management, Regulation, and Enforcement, which regulates the offshore drilling industry, said recently that it is preparing to notify companies involved in the Deepwater Horizon oil spill that it will pursue civil fines for alleged violations.

The expectation of fines probably has hung over the heads of company executives as they plot what's next, industry analysts and political observers say.

For his part, Smith said he believes BP is "lying low and waiting; obviously, they were waiting for the other shoe to fall."



Michael DeMocker/The Times-Picayune

An oil slick moves away from the scene as fireboats try to extinguish the blaze on the Deepwater Horizon oil rig south of Venice after an explosion in April 2010.

### Ending older projects

As it slowly resumes work in the Gulf, BP appears to be filling its agenda at least in the short term with work associated with plugging old wells and finishing off older projects that were under way before the oil spill.

The two permits BP has secured since the moratorium was lifted are for drilling associated with plugging a pair of wells in the Gulf's Atlantis field, "where we've got 200 people back out to work on one of the floating rigs," BP chief executive Bob Dudley said in a July conference call with reporters about the company's quarterly earnings.

"We have plans, we have people working, ready to go back to work, but it's not right for us to comment on individual permits," Dudley said. "And I would add to that that our voluntary principles on getting back to work in the Gulf for us is something that's important that we want to do."



View full size

Dudley acknowledged that BP, like many energy companies, incurs costs when its drilling rigs are idle. Getting back to work on plugging efforts will ease that pressure.

"So, all things considered, we have a clear plan," Bernard Looney, BP's executive vice president of development, told analysts in July, adding that BP has "a clear permitting schedule in our mind, and as we get ready and as the regulator allows us permission to proceed, we will proceed on that path."

**No different standards**

Federal regulators have said that they won't hold BP to different standards as it begins applying for new drilling permits.

Still, Edward Chervenak, an assistant professor of political science at the University of New Orleans, suspects that some environmentalists could be leaning on the federal government to let "some time go by, so it's not fresh in people's memories."

"I think that environmentalists are a big part of the Democratic coalition," Chervenak said, "and they may be putting pressure on the Obama administration, saying 'we need to go slow here, the regulations are all set up, and make sure that this doesn't happen again before they start granting these leases.'"

And with the Obama administration planning in December to hold the first auction of oil and natural gas drilling tract leases in the Gulf of Mexico since last year's Deepwater disaster, some observers speculated that BP may play a quieter role.

Mark Gilman, an oil and gas analyst at the Benchmark Company, said last week that he expects "next to

nothing of a drilling nature" to come from BP in the coming months.

"They're taking it very, very slowly, so that the activity level is going to be quite low," said Gilman, adding that he doesn't see that changing until mid-2012.

"I would not expect them to be hugely active," he said about the upcoming lease sale, which will auction off drilling tracts in the western Gulf. Over the years BP has acquired a "very strong portfolio" of tracts in the Gulf. And the company might have a desire to spend some time evaluating that portfolio, "which has been in a suspended state for obvious reasons for much some time now," he said.

But in that call with analysts, Bob Fryar, BP's executive vice president for exploration and production, dismissed concerns that the company would not be a major presence in the Gulf going forward.

"I just would remind everyone that the Gulf of Mexico is a very prolific basin and these wells make substantial rates when they come online," Fryar said. "So I won't get into the numbers of exactly how many wells it takes, but these are big wells and as we get the rigs back going we do anticipate that we can get it ramped up in time here."

*Richard Thompson can be reached at rthompson@timespicayune.com or 504.826.3496.*

© 2011 NOLA.com. All rights reserved.