

Frilot L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163
Phone: 504.599.8000
Facsimile: 504.599.8100
www.frilot.com

**Kerry J. Miller**
Telephone: (504)599-8194
Facsimile: (504)599-8145
E-mail: kmiller@frilot.com

September 29, 2011

J. Andrew Langan, P.C.
Kirland & Ellis LLP
300 North LaSalle Street
Chicago, Illinois 60654

    Re:  Proposed Phase 2 Deposition Time Allocations, MDL No. 2179

Dear Andy:

    This responds to your email dated September 26, 2011, with proposed time allocations regarding the depositions of Phase 2 fact witnesses.  We appreciate that Phase 2 introduces different issues and potentially different party alignments, and that the proposed times are only default allocations.  Nevertheless, Transocean needs more time than has been allocated in order to protect its interests.  Although the evidence makes clear that Transocean was not involved in making decisions on how the well was to be capped, Transocean should have a full and fair opportunity to discover who was, why certain capping options were delayed or abandoned, and other Phase 2 issues that may affect Transocean.  We believe that the allocation as between Transocean and other parties, especially BP, is disproportionate and should be modified.

    Attached is a red-lined copy of your chart reflecting our proposed modifications.  We are, of course, happy to discuss this with you and other counsel as may be appropriate.

                            Sincerely,

                            */s/ Kerry J. Miller*

                            Kerry J. Miller

KJM
ATTACHMENT

cc: All counsel via e-mail distribution

# ATTACHMENT A-1

14781906.1

**Attachment A-1**

**Proposed Time Allocation for One-Day Deposition of BP Fact Witnesses in Phase 2**

| Party | Minutes |
|---|---|
| PSC | 160 |
| US | 75 |
| Anadarko | 25 |
| Transocean | 90 |
| States | 20 |
| HAL/CAM | 20 |
| All others | 30 |
| BP | 30 |
| Total: | 450 minutes (7.5 hours) |

14781906.1

# ATTACHMENT A-2

14781906.1

**Attachment A-2**

**Proposed Time Allocation for Two-Day Deposition of BP Fact Witnesses in Phase 2**

| Party | Minutes |
|---|---|
| PSC | 320 |
| US | 150 |
| Anadarko | 50 |
| Transocean | 180 |
| States | 40 |
| HAL/CAM | 40 |
| All others | 60 |
| BP | 60 |

Total:              900 minutes (15 hours)

14781906.1

# ATTACHMENT B-1

14781906.1

**Attachment B-1**

**Proposed Time Allocation for One-Day Deposition of US Fact Witnesses in Phase 2**

| Party | Minutes |
|---|---|
| BP | 140 |
| PSC | 55 |
| Anadarko | 25 |
| Transocean | 135 |
| States | 20 |
| HAL/CAM | 20 |
| MOEX | 10 |
| All others | 20 |
| US | 25 |
| Total: | 450 minutes (7.5 hours) |

14781906.1

# ATTACHMENT B-2

14781906.1

**Attachment B-2**

**Proposed Time Allocation for Two-Day Deposition of US Fact Witnesses in Phase 2**

| Party | Minutes |
|---|---|
| BP | 280 |
| PSC | 110 |
| Anadarko | 50 |
| Transocean | 270 |
| States | 40 |
| HAL/CAM | 40 |
| MOEX | 20 |
| All others | 40 |
| US | 50 |
| Total: | 900 minutes (15 hours) |

14781906.1