

SCOTT C. BARNES
BRIAN H. BARR
M. ROBERT BLANCHARD
BRANDON L. BOGLE
VIRGINIA M. BUCHANAN
WILLIAM F. CASH III
RACHAEL R. GILMER
KRISTIAN KRASZEWSKI
KIMBERLY R. LAMBERT
FREDRIC G. LEVIN
MARTIN H. LEVIN

ROBERT M. LOEHR
KATHERINE McFARLAND
NEIL E. McWILLIAMS, JR.
Wm. JEMISON MIMS, JR.
CLAY MITCHELL
R. LARRY MORRIS
K. LEA MORRIS
PETER J. MOUGEY
DANIEL A. NIGH
TIMOTHY M. O'BRIEN
MIKE PAPANTONIO

ROBERT E. PRICE
MARK J. PROCTOR
TROY A. RAFFERTY
MATTHEW D. SCHULTZ
AMANDA R. SLEVINSKI
W. CAMERON STEPHENSON
LEO A. THOMAS
BRETT VIGODSKY
AARON L. WATSON

OF COUNSEL:
ROBERT F. KENNEDY, JR.
(LICENSED ONLY IN NEW YORK)

BEN W. GORDON, JR.

LEFFERTS L. MABIE, JR. (1925-1996)
D.L. MIDDLEBROOKS (1926-1997)
DAVID H. LEVIN (1928-2002)
STANLEY B. LEVIN (1938-2009)

September 29, 2011

VIA ELECTRONIC MAIL

The Honorable Sally Shushan
United States Magistrate Judge

  Re:  PSC Request for Time to Depose Lamar McKay

Dear Judge Shushan:

  The PSC requests the standard time allocation for a two-day deposition of 290 minutes for Lamar McKay.  As has been stated previously, Mr. McKay has relevant and material information on Phase II and III.  The PSC believes that Mr. McKay will be able to testify regarding substantial evidence the PSC requires to prove the various elements of the claims related to these two phases.  Given that it bears the burden of proof, the PSC will need its full allocation of time for this deposition.

  The PSC previously set out in our letter of August 25, 2011 the reasons why the PSC believes Mr. McKay has relevant and material information and will not repeat those statements in this letter.  However, given the extensive knowledge and the multitude of issues, the PSC makes the above request.

  Thank you for your consideration.

            Respectfully,

            Brian H. Barr

OFFICE:  316 S. BAYLEN STREET  ·  SUITE 600  ·  PENSACOLA, FL 32502
CORRESPONDENCE:  P.O. BOX 12308  ·  PENSACOLA, FL 32591     CONTACT:  (850) 435-7000  ·  (850) 435-7020 FAX  ·  WWW.LEVINLAW.COM