

FRILOT LLC

ATTORNEYS AT LAW

Frilot L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163
Phone: 504.599.8000
Facsimile: 504.599.8100
www.frilot.com

**Kerry J. Miller**
Telephone: (504)599-8194
Facsimile: (504)599-8145
E-mail: kmiller@frilot.com

September 30, 2011

**BY EMAIL**

Magistrate Judge Sally Shushan
United States District Court
500 Poydras Street
New Orleans, LA 70130

      Re:   In Re: Deepwater Horizon
                Civil Action No. 10-md-02179

Dear Judge Shushan:

      I am writing on behalf of Transocean to respectfully request that Transocean be allotted 75 minutes of examination time at the deposition of BP North America President Lamar McKay scheduled for November 3-4, 2011. Pursuant to Your Honor's August 29, 2011 Order, any party wishing to examine Mr. McKay must submit a request with Your Honor by September 30, 2011, with the amount of examination time sought and a brief explanation of the request. [Doc. No. 3840].

      Transocean only seeks 75 minutes of examination time for Mr. McKay. In comparison, BP is currently allotted 200 minutes of examination time for the one day deposition of Transocean, Ltd.'s President and CEO Steve Newman. Furthermore, pursuant to Your Honor's June 28, 2011 Order, 75 minutes is the standard allocation of deposition time granted to Transocean for two-day depositions. [Doc. No. 3079].

      For these reasons, Transocean respectfully requests that Transocean be allotted 75 minutes of examination time at the deposition of Lamar McKay.

Respectfully submitted,

Kerry J. Miller

KJM/sc