# IN RE: DEEPWATER HORIZON LITIGATION
## MDL NO. 2179

| | |
|---|---|
| JAMES PARKERSON ROY | STEPHEN J. HERMAN |
| Domengeaux Wright Roy & Edwards LLC | Herman, Herman Katz & Cotlar, LLP |
| 556 Jefferson St. Suite 500 | 820 O'Keefe Ave. |
| Lafayette, LA 70501 | New Orleans, LA 70113 |
| E-Mail: jimr@wrightroy.com | E-Mail: sherman@hhkc.com |
| Telephone: (337) 233-3033 | Telephone: (504) 581-4892 |
| Direct: (337) 593-4190 | Direct: (504) 680-0554 |
| Fax: (337) 233-2796 | Fax: (504) 561-6024 |

September 26, 2011

*VIA* E-MAIL

Honorable Sally Shushan
United States Magistrate Judge
Eastern District of Louisiana
500 Poydras Street, Room B-345
New Orleans, LA 70130
E-Mail: Sally_Shushan@laed.uscourts.gov

      Re:  Request for Leave to Serve Focused Discovery to Authenticate BP Statements within State of Texas Document

Dear Judge Shushan,

      Your Honor indicated, during the August 12th Discovery Conference,[1] that the Phase One Written Discovery Deadlines would not be construed to prevent limited, targeted, and necessary attempts to authenticate documents or statements contained therein.

      In this vein, Plaintiffs respectfully seek leave to serve the attached Requests for Admission (and/or Requests for Production) on BP, in an attempt to authenticate statements attributed to BP Counsel in correspondence to BP from the Governor and Attorney General of Texas.[2]

      Plaintiffs respectfully suggest that the proposed discovery requests are the most efficient and appropriate way for the parties to establish the authenticity of the document and/or the veracity of the statements contained therein.

---

[1] *See* TRANSCRIPT (Aug. 12. 2011), pp.65-67.

[2] *See* Letter from Texas Governor Rick Perry and Attorney General Greg Abbott to Doug J. Suttles and Jack Lynch, dated July 22, 2010, attached to the proposed discovery requests as EXHIBIT A.

As always, we appreciate the Court's time and consideration in this matter.

Respectfully submitted,

STEPHEN J. HERMAN, ESQ.
JAMES PARKERSON ROY, ESQ.
*Plaintiffs' Liaison Counsel*

Enclosures
cc: J. Andrew Langan, Esq.  (*Via* E-Mail)
     Defense Liaison Counsel  (*Via* E-Mail)
     Mike Underhill, Esq.  (*Via* E-Mail)
     Hon. Luther Strange  (*Via* E-Mail)