## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In re:  Oil Spill by the Oil Rig          *          MDL No. 2179
      "Deepwater Horizon" in the Gulf     *
      of Mexico, on April 20, 2010       *          SECTION: J
                                          *
      Applies to: *All Cases.*             *          JUDGE BARBIER
                                          *          MAGISTRATE SHUSHAN
*   *   *   *   *   *   *   *   *   *   *   *

### PLAINTIFFS' REQUESTS FOR ADMISSIONS AND/OR REQUEST FOR PRODUCTION OF DOCUMENTS TO THE BP DEFENDANTS REGARDING ACKNOWLEDGMENT OF GROSS NEGLIGENCE BY BP COUNSEL

NOW COME Plaintiffs, through Plaintiffs' Liaison Counsel and the Plaintiffs' Steering Committee, and, pursuant to Rules 26, 33 and 34 of the Federal Rules of Civil Procedure, and PRE-TRIAL ORDER NO. 16, serve the following requests upon BP Exploration & Production, Inc., BP p.l.c., BP America Production Company, and BP North America Products, Inc., (collectively the "BP Defendants" and/or "BP"):

## Definition

"**Gulf Coast States**" means Texas, Louisiana, Mississippi, Alabama, and Florida.

## REQUESTS

**Request for Admission No. 1:**

Please admit that, in or around July of 2010, Jack Lynch, within the course and scope of his capacity as counsel for one or more BP Defendants, participated in a conference call with attorneys general from one or more Gulf Coast States, in which Mr. Lynch acknowledged that gross negligence would be revealed as a cause of the explosion that led to the oil spill.

**Request for Admission No. 2:**

Please admit that the July 22, 2010 letter from Texas Governor Rick Perry and Attorney General Greg Abbott to Doug J. Suttles and Jack Lynch, attached hereto as EXHIBIT A, was received by one or more of the BP Defendants in July of 2010, and maintained thereafter in the ordinary course of BP's business.

**Request for Production:**

If you deny Request for Admission No. 1, in whole or in part, please produce (or identify by specific Bates Number(s)) the written response(s) to EXHIBIT A in which Mr. Lynch and/or the BP Defendants repudiated or otherwise attempted to clarify the statement in the July 22, 2010 letter from Texas Governor Rick Perry and Attorney General Greg Abbott letter to Doug J. Suttles and Jack Lynch that "BP General Counsel Jack Lynch acknowledged that gross negligence would be revealed as a cause of the explosion that led to the oil spill."

This 26th day of September, 2011.

Respectfully submitted,


|  |  |
|---|---|
| /s/  Stephen J. Herman | /s/ James Parkerson Roy |
| **Stephen J. Herman**, La. Bar No. 23129 | **James Parkerson Roy**, La. Bar No. 11511 |
| HERMAN HERMAN KATZ & COTLAR LLP | DOMENGEAUX WRIGHT ROY & EDWARDS LLC |

820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Fax No. (504) 569-6024
E-Mail: sherman@hhkc.com
*Plaintiffs Liaison Counsel.*

556 Jefferson Street, Suite 500
Lafayette, Louisiana 70501
Telephone: (337) 233-3033
Fax No. (337) 233-2796
E-Mail: jimr@wrightroy.com
*Plaintiffs Liaison Counsel.*

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with PRE-TRIAL ORDER NO. 12, this 26th day of September, 2011.

  /s/  Stephen J.  Herman and James Parkerson Roy