**ORDER**

Pursuant to Pre-Trial Order No. 13, the Plaintiff's Steering Committee ("PSC") has been engaged in the process of challenging the designation of specific documents as "Confidential" or "Highly Confidential" by serving written objections upon the respective producing parties. Also pursuant to Pre-Trial Order No. 13, the producing parties have responded to the PSC's objections in writing by either: 1) agreeing to remove the "Confidential" or "Highly Confidential" designation; or 2) stating the reasons for such designation.

IT IS HEREBY ORDERED that to keep the Court and all parties informed as to the status of documents where the producing party has consented to withdraw "Confidential" and/or "Highly Confidential" designations, and to ensure that "Confidential" and "Highly Confidential" bates stamping is physically removed from documents where the producing party consented to withdraw such designations, the following procedures will govern:

(1)     Within three (3) business days of a producing party consenting to withdraw a "Confidential" or "Highly Confidential" document designation, the producing party will serve on all other parties, via LexisNexis, a "Withdrawn Confidentiality Designation Chart" (hereinafter "Chart") identifying its withdrawn confidential designations in the following format:

| Witness Name | Exhibit Number | Bates Number | Withdrawal Notes | Date of Withdrawn Designation by Agreement or Court Order |
|---|---|---|---|---|
| | | | | |

Withdrawn confidential designations shall be identified on the Chart "under the column "Withdrawal Notes" in one of the following two categories: a) withdrawn designations where the producing party is the author of the document or otherwise has discretion to make the withdrawal (e.g., "Producing Party agrees to withdraw its confidential designation"), or b) withdrawn

14304228.1

designations where the producing party is not the author of the document or otherwise does not have discretion to make the withdrawal (e.g., "Producing Party agrees to withdraw its confidential designation and hereby notifies party X [the author of the document] of its need to object to the withdrawal of the confidential designation"). Within ten (10) days of the date of the entry of this Order, all Producing Parties shall serve their first Chart on LexisNexis noting all withdrawn designations to date.

(2) The producing party is responsible for updating its Chart in a cumulative manner so that each subsequent chart includes all confidential designations which have been withdrawn by the producing party. The Chart shall also include any rulings from the Court regarding whether or not a document is entitled to confidential treatment. The producing party is also responsible for serving all other parties, via LexisNexis, with any updated Chart within 3 days of future consent to withdraw confidential document designations. Reasonable requests for extensions of all deadlines will be considered by the challenging party.

(3) The official confidential designation of all documents listed on any Chart governs.

> (a) Where the Chart indicates that the producing party agrees to withdraw the confidential designation and the producing party is the author of the document or has discretion to withdraw the designation, said document is no longer confidential, even if the document still has "Confidential" or "Highly Confidential" physically bates stamped on it.
>
> (b) Where the chart indicates that the producing party agrees to withdraw the confidential designation but the producing party is not the author of the document or otherwise does not have discretion to withdraw the designation, said document will remain confidential for a period of ten (10) days. If during that ten (10) day period, the party responsible for consenting to withdrawal of the confidential designation ("responsible party") fails to

14304228.1

serve all parties, via LexisNexis, with an objection to the Producing Party's withdrawal of said confidential designation, the respective document is no longer confidential, even if the document still has "Confidential" or "Highly Confidential" physically bates stamped on it. However, if the responsible party serves all parties, via LexisNexis, with an objection to the Producing Party's withdrawal of the confidential designation within ten (10) days of same, then the document shall still be recognized and treated as "Confidential" or "Highly Confidential" (whichever designation applies) pursuant to Pre-Trial Order No. 13. If the responsible party objects to the removal of the confidential designation, any other party may at that point move the Court for an order withdrawing the confidential designation.

(4) Within 10 days of notifying the challenging party of consent to withdraw a confidential designation (where the Producing Party has sole discretion to withdraw the confidential designation at issue), or within 10 days of this order, whichever is later, the producing party will reproduce the respective document without any "Confidential" or "Highly Confidential" bates stampingpursuant to the withdrawn designation as noted on the Producing Party's Chart described in Section 1 above. Reasonable requests for extensions of all deadlines will be considered by the challenging party.

(5) Where the Producing Party is not the author of the document and does not have discretion to withdraw the confidential designation at issue but has otherwise indicated that it will withdraw said confidential designation (e.g., "Producing Party agrees to withdraw its Confidential designation and hereby notifies party X [the author of the document] of its need to object to the withdrawal of same"), the Producing Party shall reproduce the respective document (i.e., without any "Confidential" or "Highly Confidential" bates stamping) within 10 days from the deadline of

14304228.1

when the author of the document has to object to the withdrawal of the confidential designation if the author fails to object (as outlined in section 3b above).  Reasonable requests for extensions of all deadlines will be considered by the challenging party.

(6)     All parties are instructed that any documents produced with a "Confidential" or "Highly Confidential" bates stamp shall still be recognized and treated as such pursuant to Pre-Trial Order No. 13, until the Producing Party withdraws said designation as outlined herein or unless the Court rules that a document is not entitled to confidential treatment.

14304228.1