**[Producing Party's] 1ˢᵗ  Document Confidentiality Status Chart**
**Served on [DATE]**

| Witness Name | Exhibit # | Bates # of Document | Designation: (i) Confidential / Highly Confidential;  or, (ii) Designation removed | Reason for Confidentiality Designation | Date of Response | Court Ruling (if any) |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |