# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

300 North LaSalle Street
Chicago, Illinois 60654

| | | |
|---|---|---|
| Mark J. Nomellini<br>To Call Writer Directly:<br>(312) 862-2410<br>mark.nomellini@kirkland.com | (312) 862-2000<br><br>www.kirkland.com | Facsimile:<br>(312) 862-2200 |

September 29, 2011

**Via E-mail**

Honorable Sally Shushan
United States District Court
500 Poydras Street
Room B345
New Orleans, LA 70130

      Re:    *In re: MDL 2179 Oil Spill by the Oil Rig "Deepwater Horizon"*
               PROPOSED CONFIDENTIALITY ORDER

Dear Judge Shushan:

      On behalf of the BP Defendants[1], I write in response to the Plaintiffs' Steering Committee proposed confidentiality orders, which were sent to this Court on September 27, 2011.

      The BP Defendants broadly agree with the proposed Order B, which the PSC advocated as its preferred option, and we understand that Transocean would agree to Order B with a minor change. However, as noted in the PSC's accompanying letter, the BP Defendants object to the provision that permits the PSC to physically remove any "Confidential" or "Highly Confidential" stamping from the documents that the producing parties have agreed to de-designate. Proposed Order B at para. 5.

      Removing the confidentiality stamps from documents in this fashion is make work in an already busy case, as the proposed order makes clear that the cumulative list of de-designated deposition exhibits governs, regardless of any confidentiality stamp on the exhibits themselves. Proposed Order B at para. 4. In any event, the BP Defendants would caution against relying solely on the face of any document to determine whether a document has been de-designated on the ground that many produced documents, namely Excel and PowerPoint files, were produced at the behest of the PSC in native format, and as such do not bear confidentiality designations on their faces.

---

[1]    The BP Defendants consist of BP America Production Company and BP Exploration & Production Inc.

Hong Kong    London    Los Angeles    Munich    New York    Palo Alto    San Francisco    Shanghai    Washington, D.C.

K&E 19973625.2

## KIRKLAND & ELLIS LLP

Honorable Sally Shushan
September 29, 2011
Page 2

      Accordingly, the BP Defendants respectfully submit a modified version of Order B that gives effect to this recommendation.

                              Sincerely,

                              Mark J. Nomellini

MJN/jmo

Attachment (1)

K&E 19973625.2