# ORDER

Pursuant to Pre-Trial Order No. 13, the Plaintiff's Steering Committee ("PSC") has been engaged in the process of challenging the designation of specific documents as Confidential or Highly Confidential by serving written objections upon the respective producing parties. Also pursuant to Pre-Trial Order No. 13, the producing parties have responded to the PSC's objections in writing by either: 1) agreeing to remove the Confidential or Highly Confidential designation; or 2) stating the reasons for such designation.

IT IS HEREBY ORDERED that to keep the Court and all parties informed as to the status of documents where the producing party has consented to withdraw "Confidential" and/or "Highly Confidential" designations, and to ensure that "Confidential" and "Highly Confidential" bates stamping is physically removed from documents where the producing party consented to withdraw such designations, the following procedures will govern:

(1) Within three (3) business days of a producing party responding to confidentiality objections pursuant to PTO #13, the producing party will serve on all other parties, via LexisNexis, a chart (hereafter "Document Confidentiality Status Chart") of its responses to the confidentiality objections. A form chart is attached to this Order.

(2) The Document Confidentiality Status Chart shall include the following information for each document: a) bates number(s), b) deposition exhibit number (if applicable), c) name of deponent applicable to the deposition exhibit (if applicable), d) the producing party's response (e.g., "agrees to remove the designation," "Confidential," or "Highly Confidential"), e) the reason for maintaining the designation (if applicable), and f) any rulings from the Court regarding whether a document is entitled to confidential treatment.

(3) The producing party is responsible for updating its Document Confidentiality Status Chart in a cumulative manner so that each subsequent chart includes responses to all confidentiality objections. The producing party is also responsible for serving all other parties, via LexisNexis, with any updated Document Confidentiality Status Chart within three (3) business days of a producing party responding to confidentiality objections.

(4) The Document Confidentiality Status Chart shall govern. Where the chart indicates that the producing party agrees to remove or withdraw the "Confidential" or "Highly Confidential" designation, said document is no longer confidential, even if the document still has "Confidential" or "Highly Confidential" physically bates stamped on it.

(5) The initial Document Confidentiality Status Chart for each producing party, which shall include all prior responses to document confidentiality challenges, must be served via LexisNexis within ten (10) days from the entry of this Order.

All parties are instructed that any documents produced with a "Confidential" or "Highly Confidential" bates stamp shall still be recognized and treated as such pursuant to Pre-Trial Order No. 13, until the producing party withdraws said designation as outlined herein or unless the Court rules that a document is not entitled to confidential treatment.

New Orleans, Louisiana, this _____ day of September, 2011.

                                                  _____
                                                      SALLY SHUSHAN
                                          United States Magistrate Judge