

**DALLAS**  HOUSTON

*Attorneys and Counselors*

Renaissance Tower
1201 Elm Street, Suite 1700
Dallas, Texas 75270-2041

214.939.4400
800.662.8393
214.760.7332 Fax

GodwinRonquillo.com

CAROLYN R. RAINES
DIRECT DIAL:    214.939.4452
DIRECT FAX:     214.527.3137
CRaines@GodwinRonquillo.com

September 29, 2011

Magistrate Judge Sally Shushan
U.S. District Court
Eastern District of Louisiana
500 Poydras Street
Room B345
New Orleans, LA  70130

Re:   *In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*; MDL No. 2179, United States Court Eastern District of Louisiana

Dear Judge Shushan,

This letter clarifies certain issues addressed in Mr. Irpino's September 27, 2011 letter.

HESI respectfully requests that the Court enter proposed Order C because it provides certain safeguards for confidential documents produced by one party, but authored by another party.  Specifically, proposed Order C provides that if the producing party agrees to withdraw the confidential designation of a document, the document will remain confidential for a period of ten (10) days during which time the author of the document may file an objection to the producing party's withdrawal of the confidential designation.   HESI believes this short period of time to object to the withdrawal of confidential designations is necessary to protect HESI from the harm caused by the disclosure of confidential or highly confidential documents created by HESI.

Mr. Irpino submitted to the Court identical "designation status charts" for each of proposed Orders A, B and C.  Those charts only apply to proposed Order B, not to proposed Orders A and C.  Proposed Orders A and C include the form of the "designation status chart" applicable for those orders in paragraph 1 of each order.   In addition, proposed Order C submitted by Mr. Irpino does not include a date or signature line, and has inconsistent time periods "three (3) business days" versus "3 days" in paragraphs 1 and 2.  Accordingly, HESI submits Proposed Order C containing these revisions.

Sincerely,

Carolyn R. Raines

cc:    Donald E. Godwin
       R. Alan York
       Jenny L. Martinez

1754519 v1-24010/0002 CORR