UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * * | MDL No. 2179  SECTION: J |
| | *This Document Relates To:* 10-cv-02645 | * * * | JUDGE BARBIER MAG. JUDGE SHUSHAN |

*********************************************************************

## ORDER

The Court having considered Plaintiff's Motion To Voluntarily Dismiss Without Prejudice:

It is ORDERED that Plaintiff Prickett Properties, LLC's Motion is hereby GRANTED and its Complaint is dismissed without prejudice.

New Orleans, Louisiana this 3rd day of October, 2011.

_____
United States District Judge