UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * | MDL No. 2179 |
| | | * | SECTION: J |
| | | * * | |
| | *This Document Relates To:* 10-cv-02655 | * * | JUDGE BARBIER MAG. JUDGE SHUSHAN |

**********************************************************************

## ORDER

The Court having considered Plaintiffs' Motion To Voluntarily Dismiss Without Prejudice:

It is ORDERED that Plaintiffs Original Oyster House, Inc.; Original Oyster House II, Inc.; Gumbo Properties, LLC; Superb Food, Inc.; and Premium Properties, Inc.'s Motion is hereby GRANTED and their Complaint is dismissed without prejudice.

New Orleans, Louisiana this 3rd day of October, 2011.

_____
United States District Judge