UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | § § § § § | MDL NO. 2179 <br><br> SECTION:  J <br><br> JUDGE BARBIER |
| This Document Relates to: <br><br> *Duc Truong Le, et al. v. BP PLC, et al* <br> EDLA No. 10-3173 | § § § § § | MAG. JUDGE SHUSHAN |

### ORDER ON PLAINTIFFS' MOTION FOR LEAVE OF COURT TO VOLUNTARILY DISMISS CLAIMS WITHOUT PREJUDICE

Considering the foregoing Motion,

**IT IS HEREBY ORDERED** that Plaintiffs' HAN VO, CA NGUYEN, NGA HO, and COC VAN'S Motion for Leave of Court to Voluntarily Dismiss Claims Without Prejudice is hereby in all things is GRANTED.

**IT IS FURTHER ORDERED THAT** that the claims of Plaintiffs' HAN VO, CA NGUYEN, NGA HO, and COC VAN only, as listed on Exhibit "A" attached to said Motion are hereby dismissed without prejudice.  This Order in no way affects the claims of the remaining Plaintiffs in this Civil Action.

New Orleans, Louisiana this 3rd day of October, 2011.

_____
United States District Judge