UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | § § § § § | MDL NO. 2179<br><br>SECTION:  J<br><br>JUDGE BARBIER |
| This Document Relates to:<br><br>*Shun Y. Chu, et al. v.*<br>*BP PLC, et al*<br>EDLA No. 10-3174 | § § § § § | <br>MAG. JUDGE SHUSHAN |

### ORDER ON PLAINTIFF HAO PHAN'S MOTION FOR LEAVE OF COURT TO VOLUNTARILY DISMISS CLAIMS WITHOUT PREJUDICE

Considering the foregoing Motion,

**IT IS HEREBY ORDERED** that Plaintiff' HAO PHAN'S Motion for Leave of Court to Voluntarily Dismiss Claims Without Prejudice is hereby in all things is GRANTED.

**IT IS FURTHER ORDERED THAT** that the claims of Plaintiff HAO PHAN only, as listed on Exhibit "A" attached to said Motion are hereby dismissed without prejudice. This Order in no way affects the claims of the remaining Plaintiffs in this Civil Action.

New Orleans, Louisiana this 3rd day of October, 2011.

_____
United States District Judge