UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | § § § § § | MDL NO. 2179 SECTION: J JUDGE BARBIER |
| This Document Relates to: | § § | |
| *Liem V. Do, et al. v.* *BP PLC, et al* EDLA No. 10-3180 | § § § § | MAG. JUDGE SHUSHAN |

### ORDER ON PLAINTIFFS' MOTION FOR LEAVE OF COURT TO VOLUNTARILY DISMISS CLAIMS WITHOUT PREJUDICE

Considering the foregoing Motion,

**IT IS HEREBY ORDERED** that Plaintiffs' KIM DUONG, LUCY SIMON, TUYET NGUYEN, JACKLYN PHENGSISOMBOUN, HUNG NGUYEN, RODERICK SIMONS, HEN LAM, LEHA TRAN, THANG LAM, TRI DUONG, and DUONG DOAN'S Motion for Leave of Court to Voluntarily Dismiss Claims Without Prejudice is hereby in all things is GRANTED.

**IT IS FURTHER ORDERED THAT** that the claims of Plaintiffs KIM DUONG, LUCY SIMON, TUYET NGUYEN, JACKLYN PHENGSISOMBOUN, HUNG NGUYEN, RODERICK SIMONS, HEN LAM, LEHA TRAN, THANG LAM, TRI DUONG, and DUONG DOAN only, as listed on Exhibit "A" attached to said Motion are hereby dismissed without prejudice. This Order in no way affects the claims of the remaining Plaintiffs in this Civil Action.

New Orleans, Louisiana this 3rd day of October, 2011.

_____
United States District Judge