UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL No. 2179 |
| | * | SECTION "J" |
| | * * | JUDGE BARBIER |
| This Document Applies to All Cases | * * | MAG. JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## PRETRIAL ORDER NO. 44

**[Amending Pretrial Orders 17 and 27 on Deposition Protocol]**

In order to facilitate an efficient deposition schedule to prepare for the Trial of Liability, Limitation, Exoneration, and Fault Allocation that is scheduled to commence on February 27, 2012, the Court orders that the third sentence of Section I.C.2 of Pretrial Order No. 17 (Rec. Doc. 740), as amended by Pretrial Order No. 27 (Rec. Doc. 1075), is further amended and restated as follows:

> At least seven (7) business days prior to a scheduled deposition, the witness's counsel shall provide Liaison Counsel and the Coordinating Counsel for the United States and the States which make claims in this proceeding (the "States") with a brief statement of the witness's involvement, including whether he or she was involved in containment efforts, such as controlled burning, application of dispersants, use of booms, skimming, etc., as identified in Amended Pretrial Order No. 41.

All other provisions of Pretrial Order No. 17, as amended by Pretrial Order No. 27, remain in full force and effect.

New Orleans, Louisiana, this 3rd day of October , 2011.

_____
United States District Judge