UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL, 20, 2010 | CIVIL ACTION |
| | MDL 2179 |
| Member Case: 10-8888, Rec. Docs.77836 & 104570 | SECTION: J(1) |

## ORDER

Considering the Pro Se Motion to Dismiss (Rec. Doc. 3362) filed by Plaintiff Michael Sharp Speakman,

IT IS ORDERED that all claims asserted by Plaintiff Michael Sharp Speakman in 10-8888, 10-md-2179, and 10-2771 are hereby DISMISSED WITHOUT PREJUDICE.

New Orleans, Louisiana this 3rd day of October, 2011.

_____
UNITED STATES DISTRICT JUDGE