UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL, 20, 2010 | CIVIL ACTION |
| | MDL 2179 |
| Member Case: 10-8888, Rec. Doc. 83579 | SECTION: J(1) |

## ORDER

Considering the Motion to Dismiss (Rec. Doc. 3274) filed by Plaintiff Clay J. Rizzuto.,

IT IS ORDERED that all claims asserted by Plaintiff Clay J. Rizzuto in 10-8888 (Rec. Doc. 83579) are hereby DISMISSED WITHOUT PREJUDICE.

New Orleans, Louisiana this 3rd day of October, 2011.

_____
UNITED STATES DISTRICT JUDGE