# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig
     "Deepwater Horizon" in the
     Gulf of Mexico, on
     April 20, 2010

MDL No. 2179

Section: J

This Document Relates to:

2:10-cv-08888-CJB-SS, Document 40878

Judge Barbier
Mag. Judge Shushan

## ORDER ON MOTION TO DISMISS

Pursuant to a Motion to Dismiss Without Prejudice filed on or about June 9, 2011, it is hereby ordered that a lawsuit filed by Christopher Ignas – Document No. 40878 - on or about April 1, 2011, is dismissed without prejudice from Case No. 2:10-cv-08888.

New Orleans, Louisiana this 3rd day of October, 2011.

_____
United States District Judge