AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | | |
|---|---|---|
| Johnson Bros. Corporation of Louisiana – F. Miller Construction, LLC, a Joint Venture | ) ) ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2:11-cv-00781 |
| BP, p.l.c., et al. | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BP, p.l.c.
1 St James's Square
London, SW1Y 4PD

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Lloyd N. Shields
Shields Mott Lund LLP
650 Poydras Street, Suite 2600
New Orleans, Louisiana 70130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
*Name of clerk of court*

Date: Jul 14 2011

*Deputy clerk's signature*

SFP: 2011-6972
Ref: BP PLC

## CERTIFICATE - ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention
L'autorite soussignee a l'honneur d'attester conformement a l'article 6 de ladite Convention.

**1) that the document has been served the (date) 27 July 2011**
que le demande a ete executee    le (date)

-at (place, street, number)      B.P. Plc International Headquarters
-a (localite, rue, numero)       1, St. James's Square
                                 London
                                 SW1Y 4PD

- in one of the following methods authorised by article 5:
-dans une des formes suivantes prevues a l'article 5:
a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the convention
selon les formes legales (article 5, alinea premier, lettre a)

**b) in accordance with the following particular method** selon la forme particuliere suivante

**It was not possible to serve these documents personally. The service documents were served by posting them through the defendant company's letterbox at the registered address of the company. This method is deemed as good service under Section 1139 of the Companies Act 2006.**

c) by delivery to the addressee, who accepted it voluntarily
par remise simple
The documents referred to in the request have been delivered to:

Les documents mentionnes dans la demande ont ete remis a:
- (identity and description of person)
- (identite et qualite de la personne)

- relationship to the addressee (family, business or other)
- liens de parente de subordination ou autres avec
le desinataire de l'acts

2) that the document has not been served, by reason of the following facts:
que la demande n'a pas ete executee, en raison des faits suivants:

in conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay the expenses details in the attached statement.
Conformement a l'article 12, alinea 2 de ladite Convention, le requerant est prie de payer ou de rembourser les frais dont le detail figure au memoire ci-joint

Annexes
Documents returned
Pieces renvoyees

Done at London
fait a

in appropriate cases, documents
establishing the service:
le cas echeant, les documents
justicatifs de l'execution:

the 1 September, 2011
le

Signature and/or stamp:
Signature et/ou cachet:



- 1 SEP 2011

SFP 2011- 6972

ZURUCKSENDEN - TO RETURN
à retourner - de restituire

# SUMMARY OF THE DOCUMENT TO BE SERVED
## ÉLÉMENTS ESSENTIELS DE L'ACTE

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 novembre 1965.*

(article 5, fourth paragraph)
*(article 5, alinéa quatre)*

**Name and address of the requesting authority:**
*Nom et adresse de l'autorité requérante:*

Abaigeal L. Van Deerlin, Esq., Shields Mott Lund LLP, 650 Poydras Street, Suite 2600
New Orleans, Louisiana, 70130, United States of America

**Particulars of the parties:**
*Identité des parties:*

Plaintiff: Johnson Bros. Corporation of Louisiana -- F. Miller Construction, LLC, a Joint Venture
Defendant: BP, p.l.c.

## JUDICIAL DOCUMENT
*ACTE JUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte:*

Complaint for Damages

**Nature and purpose of the proceedings and, where appropriate, the amount in dispute:**
*Nature et objet de l'instance, le cas échéant, le montant du litige:*

Civil claim for damages arising from the April 20, 2010 BP oil spill. Amount is in excess of $75,000 USD.

**Date and place for entering appearance:**
*Date et lieu de la comparution:*

Date: Within 21 days after service of summons. Place: US District Court for the Eastern District of Louisiana

**Court which has given judgment**:**
*Juridiction qui a rendu la décision:*

**Date of judgment**:**
*Date de la décision:*

**Time limits stated in the document**:**
*Indication des délais figurant dans l'acte:*

## EXTRAJUDICIAL DOCUMENT
*ACTE EXTRAJUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte:*

**Time limits stated in the document:**
*Indication des délais figurant dans l'acte:*