UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### ORDER

### [Regarding Deposition Designations Track]

By the time fact witness depositions are complete, more than 200 persons will have been deposed during Phase One. Provision is made for the submission of all deposition designations to Judge Barbier by December 31, 2011.

### Friday, September 30, 2011

The PSC identified 189 depositions in order of priority.

The vendor inData reports that the deposition designations of the PSC and the U.S. for 29 persons were sent to all parties.

### Friday, October 7, 2011

The PSC shall identify depositions taken before August 31, 2011 in order of priority. All defendants shall submit their designations and highlighted exhibits for the first 15 depositions ("Group One") on the PSC's priority list (including the "final" deposition of Tony Hayward) to inData.

### Friday, October 14, 2011

All parties shall submit cross designations and highlighted exhibits for Group One.[1]

---

[1] It is assumed that inData will use the weekends for the flips, so that if designations are submitted on a Friday, it will be able to turn the depositions around and have them back to the parties on Monday morning.

All non-presenting parties (i.e. parties who did not present the witness at deposition) shall deliver affirmative (case-in-chief) designations for Group Two (depositions 16-30 on the PSC's priority list).

**Friday, October 21, 2011**

All parties shall identify for use at the trial any depositions taken before August 31, 2011, which were not identified by the PSC. The parties shall identify them in their order of priority. The parties shall attempt to put these depositions in a single priority list. If they cannot do this, they shall request that the Court prepare a single priority list.

All parties submit their objections and two page summaries for Group One.

The presenting parties shall submit their counter/affirmative designations for Group Two.

All non-presenting parties shall deliver affirmative designations for Group Three (depositions 31-45 on the PSC's priority list).

**Friday, October 28, 2011**

inData shall present the Group One depositions to Judge Barbier and all counsel.[2]

All parties shall submit their final counter-designations and highlighted exhibits for Group Two.

The presenting parties shall submit their counter/affirmative designations for Group Three.

All non-presenting parties shall deliver affirmative designations for Group Four (depositions 46-60 on the PSC's priority list).

---

[2] Although the schedule provides a week for inData to complete the bundles for delivery to Judge Barbier and all counsel, it expected that inData will be able to complete the bundles in less than a week.

**Friday, November 4, 2011**

All parties submit their objections and two page summaries for Group Two.

All parties shall submit their final counter-designations and highlighted exhibits for Group Three.

The presenting parties shall submit their counter/affirmative designations for Group Four.

All non-presenting parties shall deliver affirmative designations for Group Five (depositions 61-80 on the PSC's priority list).

**Friday, November 11, 2011**

inData shall present the Group Two depositions to Judge Barbier and all counsel.

All parties submit their objections and two page summaries for Group Three.

All parties shall submit their final counter-designations and highlighted exhibits for Group Four.

The presenting parties shall submit their counter/affirmative designations for Group Five.

All non-presenting parties shall deliver affirmative designations for Group Six (depositions 81-100 on the PSC's priority list).

**Friday, November 18, 2011**

The PSC shall designate all Phase One depositions in order of priority including depositions taken between September 1, 2011 and November 11, 2011 (the deadline for completing Phase One Fact depositions).

inData shall present the Group Three depositions to Judge Barbier and all counsel.

All parties submit their objections and two page summaries for Group Four.

All parties shall submit their final counter-designations and highlighted exhibits for Group

Five.

The presenting parties shall submit their counter/affirmative designations for Group Six.

All non-presenting parties shall deliver affirmative designations for Group Seven (depositions 101-133 on the PSC's priority list).

**Friday, November 25, 2011** (day after Thanksgiving)

All parties shall identify for use at the trial any depositions taken between September 1, 2011 and November 11, 2011, which were not identified by the PSC. The parties shall identify them in their order of priority. The parties shall attempt to put these depositions in a single priority list. If they cannot do this, they shall request that the Court prepare a single priority list.

inData shall present the Group Four depositions to Judge Barbier and all counsel.

All parties submit their final objections and two page summaries for Group Five.

All parties shall submit their counter-designations and highlighted exhibits for Group Six.

The presenting parties shall submit their counter/affirmative designations for Group Seven.

All non-presenting parties shall deliver affirmative designations for Group Eight (depositions 134-166 on the PSC's priority list and/or other parties' single priority list).

**Friday, December 2, 2011**

inData shall present the Group Five depositions to Judge Barbier and all counsel.

All parties submit their objections and two page summaries for Group Six.

All parties shall submit their counter-designations and highlighted exhibits for Group Seven.

The presenting parties shall submit their counter/affirmative designations for Group Eight.

All non-presenting parties shall deliver affirmative designations for Group Nine (all remaining depositions on the priority lists of the PSC and all other parties).

**Friday, December 9, 2011**

    inData shall present the Group Six depositions to Judge Barbier and all counsel.

    All parties submit their objections and two page summaries for Group Seven.

    All parties shall submit their final counter-designations and highlighted exhibits for Group Eight.

    The presenting parties shall submit their counter/affirmative designations for Group Nine.

**Friday, December 16, 2011**

    inData shall present the Group Seven depositions to Judge Barbier and all counsel.

    All parties submit their final objections and two page summaries for Group Eight.

    All parties shall submit their counter-designations and highlighted exhibits for Group Nine.

**Friday, December 23, 2011**

    inData shall present the Group Eight depositions to Judge Barbier and all counsel.

    All parties submit their objections and two page summaries for Group Nine.

**Friday, December 30, 2011**

    inData shall present the Group Nine depositions to Judge Barbier and all counsel.

    New Orleans, Louisiana, this 4th day of October, 2011.

    **SALLY SHUSHAN**
    **United States Magistrate Judge**