## CONFERENCE ATTENDANCE RECORD

**DATE:** 9-30-11          **TIME:** 9:30

**CASE NAME: IN RE: DEEPWATER HORIZON, ET AL.**

**DOCKET NUMBER & SECTION: MDL 2179**

DISCOVERY STATUS    CONFERENCE

# ☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| BRIAN KAVANAUGH | BP |
| J.B. Tarter | M-I |
| TONY FITCH | ANADARKO |
| Don Godwin | Halliburton |
| Alan York | " |
| Jenny Martinez | " |
| Stefanie Major | " |
| Jeff Breit | PSC. |
| Brian Barr | PSC |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Phil Nizialek | MOEX |
| Corey Maze | Alabama / States |
| Deb Kuchler | Anadarko |
| Denise StOfun | MI |
| Renee Siegert | Cameron |
| Steve O'Rourke | USA |
| David Pote | LA |
| Dennis Barrow | Dril-Quip |
| Steve Herman | PSC |
| Nafitlia Karis | BP |
| Andrew Langan | BP |
| Rob Gasaway | BP |
| Ryan Babuky | BP |
| Jim Roy | PSC |
| Will Baldwin | WFT |
| Mike Underhill | US |
|  |  |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| ANTHONY IRPINO | PSC |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Sarah Himmelhoch
Joe Eisert
Mike Lyle
Skip McAloon
Tom Hieden
Jed Mestayer
Patrick O'Keefe
Sean Brady
John Galloway