IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" | * * | MDL No. 2179 |
| THIS DOCUMENT RELATES TO: | * * | |
| BRAD ALFONSO | * * | Case No. 2:2010-cv-08888 |
| Claimant | * | Individual Case Document No. 77089 |

### EX PARTE MOTION TO WITHDRAW

**NOW INTO COURT** comes the undersigned counsel, **Brandy Gonzales Scurria** of the firm **Brandy Gonzales Legal Services, LLC**, who upon suggestion to this honorable court that during the week of August 29, 2011 Brad Alfonso verbally terminated undersigned as counsel of record in this matter. On September 7, 2011 undersigned confirmed in writing the termination of her representation via certified mail 7010 1870 0002 1617 6142 and advising of the filing of this Motion. Brad Alfonso's last known contact information is:

2509 Bobwhite Drive, St. Bernard, LA 70085-5608; (504) 495-4338

**WHEREFORE**, **Brandy Gonzales Scurria**, respectfully prays that she and her firm, **Brandy Gonzales Legal Services, LLC**, be allowed to formally withdraw as counsel of record in the captioned matter.

Dated: September 30, 2011

Respectfully Submitted,

*/s/ Brandy Gonzales Scurria*

Brandy Gonzales Scurria (Bar Roll #29879)
Brandy Gonzales Legal Services, LLC
616 Baronne Street, Suite 300A
New Orleans, LA 70113
Telephone: (504) 814-0563
Facsimile: (504) 613-4579

1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I caused the foregoing document to be served by regular mail upon the following:

Brad Alfonso
2509 Bobwhite Drive
St. Bernard, LA 70085-5608

_____
Brandy Gonzales Scurria

2

062S0007828295

$0.840
US POSTAGE
FIRST-CLASS
FROM 70113
SEP 23 2011
stamps.com

Brandy Gonazles Scurria
Brandy Gonazles Legal Services, LLC
616 Baronne Street, Suite 300A
New Orleans, LA 70113

U.S. District Court
Clerk's Office
End D
500 Poydras St Ste C151
New Orleans LA 70130-3367