



UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | ) ) ) ) | MDL No. 2179<br><br>Section: J |
| This Document Relates to:<br>Cooley v. BP PLC, et al.<br>10-CV-391 HSO-JMR | ) ) ) ) ) | <br><br>JUDGE BARBIER<br>MAG. JUDGE SUSHAN |

## Notice of Address Change

Please be advised that the address for Finkelstein Thompson LLP has been changed to:

1077 30th St NW
Suite 150
Washington DC  20007

All other contact information remains the same.



1077 30TH STREET, NW • SUITE 150 • WASHINGTON, DC 20007 • TEL: 202.337.8000 • FAX: 202.337.8090 • TOLL FREE: 877.337.1050

100 BUSH STREET • SUITE 1450 • SAN FRANCISCO, CA 94104 • TEL: 415.398.8700 • FAX: 415.398.8704 • TOLL FREE: 877.800.1450

WWW.FINKELSTEINTHOMPSON.COM