UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| Applies to: *All Cases*. | * | JUDGE BARBIER |
| | * | |
| | * | MAGISTRATE SHUSHAN |

## PRETRIAL ORDER NO. 46

**[Appointing Plaintiffs' Co-Liaison Counsel, Plaintiff Executive Committee, and Plaintiffs' Steering Committee]**

In accordance with the Court's Order of August 8, 2011 (Rec. Doc. 3638), the Court has received a number of applications for appointment and re-appointment to the Plaintiffs' Steering Committee ("PSC"). The Court has reviewed the applications and carefully considered the matter. All applicants are talented and accomplished individuals, but because efficiency dictates that the PSC be a manageable size, the Court appoints or re-appoints the following counsel to the PSC:

- Brian H. Barr
- Jeffery A. Breit
- Elizabeth J. Cabraser
- Philip F. Cossich, Jr.
- Robert T. Cunningham
- Alphonso Michael Espy
- Calvin C. Fayard, Jr.
- Robin L. Greenwald
- Ervin A. Gonzalez

- Rhon E. Jones
- Matthew E. Lundy
- Michael C. Palmintier
- Joseph F. Rice
- Paul M. Sterbcow
- Scott Summy
- Mikal C. Watts
- Conrad S. P. Williams

Additionally, the Court re-appoints James Parkerson Roy and Stephen J. Herman as Plaintiffs' Co-Liaison Counsel and *ex-officio* members of the PSC. The Court re-appoints James Parkerson Roy, Stephen J. Herman, Brian Barr, and Scott Summy to the Plaintiff Executive Committee.

Appointees are charged with the responsibilities outlined in Pretrial Orders Nos. 1 and 8 and any other orders of the Court.

Appointments are for one year from the date of this Order. Appointees may apply to be re-appointed when their terms expire, pursuant to the procedures set forth in Pretrial Order No. 8 and further orders of this Court.

New Orleans, Louisiana, this 5th day of October, 2011.

_____
UNITED STATES DISTRICT JUDGE