UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL No. 2179  SECTION: J  JUDGE BARBIER |
| Applies to:   All Cases               2:10-cv-02771 | § § § § | MAG. JUDGE SHUSHAN |

_____

### HALLIBURTON ENERGY SERVICES INC.'S *EX PARTE* MOTION FOR LEAVE TO FILE SUR-REPLY TO BP'S RESPONSE

Halliburton Energy Services, Inc. ("HESI") files this *Ex Parte* Motion for Leave to File Sur-Reply to BP's Response, and in support of the same, respectfully shows as follows:

On September 1, 2011, HESI filed its Opposed Motion for Leave to File Second Amended Cross-Claims. (Dkt. No. 3893), ("HESI's Motion"). The BP Entities filed their Opposition to HESI's Motion for Leave to File Second Amended Cross-Claims ("BP's Opposition") on September 19, 2011. (Dkt. No. 4067). On September 29, 2011, HESI filed its Reply to BP's Opposition to HESI's Motion for Leave to File Second Amended Cross-Claims. (Dkt. No. 4143).

As anticipated and discussed during the September 30, 2011 weekly status conference, BP filed its Response to HESI's Reply in Support of Its Motion for Leave to File Second Amended Cross-Claim ("BP's Response") on October 3, 2011. (Dkt. No. 4187). During the status conference, the Court and parties agreed that HESI would have an opportunity to file a sur-reply, if necessary, to address issues raised in BP's Response. Accordingly, HESI requests

leave to file the attached Sur-Reply to BP's Response in accordance with counsel's prior communications with the Court.  *See* Exhibit 1.

## CONCLUSION

For these reasons, Halliburton Energy Services, Inc. respectfully requests the Court to grant it leave to file the attached Sur-Reply to BP's Response to Halliburton's Reply in Support of its Motion for Leave to File Second Amended Cross-Claim, and for the Court to deem Exhibit 1 filed as of the date of filing this Motion, and for such other and further relief the Court may deem it justly entitled.

Dated:  October 5, 2011.

Respectfully Submitted,

**GODWIN RONQUILLO PC**

**By:** /s/ *Donald E. Godwin*
Donald E. Godwin
*Attorney-in-charge*
State Bar No. 08056500
dgodwin@GodwinRonquillo.com
Bruce W. Bowman, Jr.
State Bar No. 02752000
bbowman@GodwinRonquillo.com
Jenny L. Martinez
State Bar No. 24013109
jmartinez@GodwinRonquillo.com
Floyd R. Hartley, Jr.
State Bar No. 00798242
fhartley@GodwinRonquillo.com
Gavin E. Hill
State Bar No. 00796756
ghill@GodwinRonquillo.com
Renaissance Tower
1201 Elm, Suite 1700
Dallas, Texas 75270-2041
Telephone: (214) 939-4400
Facsimile: (214) 760-7332

and

R. Alan York
AYork@GodwinRonquillo.com
Jerry C. von Sternberg
JVonSternberg@GodwinRonquillo.com
Misty Hataway-Coné
MCone@GodwinRonquillo.com
1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone:  713.595.8300
Facsimile:  713.425.7594

**ATTORNEYS FOR DEFENDANT
HALLIBURTON ENERGY SERVICES, INC.**

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Halliburton Energy Services, Inc.'s *Ex Parte* Motion for Leave to file Sur-Reply to BP's Response was filed electronically with the Clerk of the Court using the CM/ECF system and that notice of this filing will be sent to all counsel through the CM/ECF system on this 5th day of October, 2011.

                                           /s/ Donald E. Godwin
                                           Donald E. Godwin