UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig            MDL NO. 2179
     "Deepwater Horizon" in the Gulf
     of Mexico, on April 20, 2010         SECTION J

Applies to: *All Cases*                    JUDGE BARBIER
                                                                              MAGISTRATE JUDGE SHUSHAN

**ORDER**

**[Regarding Revised Allocation for Depositions set for October 6-20, 2011]**

On September 7, 2011, BP submitted requests for allocations of time for Phase One Depositions. Rec. doc. 3947. Some of the requests were acted upon in orders dated September 9 and 13, 2011. Rec. docs. 3963 and 4018. BP reminded the Court that no action was taken on requests for allocation of time for depositions set from October 6 through October 20, 2011. BP seeks time additional time for: (1) Greg Meche (2) Phyllis Stelly; (3) Quang Nguyen; (4) Ben Richard; (5) Ricky Morgan; (6) Sarah Sanders; and (7) Roger Dugas. Meche is employed by M-I. The rest are employed by Halliburton.

The default allocation for the remaining Phase One fact one day depositions was set in the June 28, 2011 order (Rec. doc. 3079). The time for the party currently or formerly employing the witness will not be reduced.

**A.**    **Greg Meche.**

Meche's deposition is set for one day on October 6, 2011. He is a compliance specialist for M-I Swaco. BP requests 90 minutes for the deposition. M-I is producing the witness.

|      | Standard Allocation | Reductions/ Additions | Revised Allocation |
|------|---------------------|----------------------|--------------------|
| PSC  | 145 minutes         | minus 4              | 141 minutes        |
| U.S. | 55 minutes          | minus 5              | 50 minutes         |

|  | Standard Allocation | Reductions/ Additions | Revised Allocation |
|---|---|---|---|
| States | 45 minutes | minus 25 | 20 minutes |
| Halliburton | 37 minutes | no change | 37 minutes |
| Transocean | 37 minutes | no change | 37 minutes |
| BP | 48 minutes | plus 42 | 90 minutes |
| Cameron | 37 minutes | minus 12 | 25 minutes |
| Anadarko | 22 minutes | minus 2 | 20 minutes |
| MOEX | 8 minutes | minus 8 | 0 minutes |
| Weatherford | 8 minutes | minus 8 | 0 minutes |
| M-I Swaco | 8 minutes | plus 22 | 30 minutes |
| Drill Quip | <u>0 minutes</u> | no change | <u>0 minutes</u> |
| **Total** | **450 minutes** |  | **450 minutes** |

**B.** **Phyllis Stelly.**

Stelly's deposition is set for one day on October 7, 2011. She was the shift manager at the Halliburton Broussard lab at the time that it performed testing on the Macondo slurry. BP requests 90 minutes. Stelly is being produced by Halliburton.

|  | Standard Allocation | Reductions/ Additions | Revised Allocation |
|---|---|---|---|
| PSC | 145 minutes | no change | 145 minutes |
| U.S. | 55 minutes | no change | 55 minutes |
| States | 45 minutes | minus 25 | 20 minutes |
| Halliburton | 37 minutes | plus 13 | 50 minutes |
| Transocean | 37 minutes | no change | 37 minutes |
| BP | 48 minutes | plus 42 | 90 minutes |

| | | | |
|---|---|---|---|
| Cameron | 37 minutes | minus 6 | 31 minutes |
| Anadarko | 22 minutes | no change | 22 minutes |
| MOEX | 8 minutes | minus 8 | 0 minutes |
| Weatherford | 8 minutes | minus 8 | 0 minutes |
| M-I Swaco | 8 minutes | minus 8 | 0 minutes |
| Drill Quip | <u>0 minutes</u> | no change | <u>0 minutes</u> |
| **Total** | **450 minutes** | | **450 minutes** |

C. **Quang Nguyen.**

Nguyen's deposition is set for one day on October 10. He is an account representative at Halliburton. BP is the only party that requested his deposition. It seeks 210 minutes. Halliburton is producing him.

| | Standard <u>Allocation</u> | Reductions/ <u>Additions</u> | Revised <u>Allocation</u> |
|---|---|---|---|
| PSC | 145 minutes | minus 17 | 128 minutes |
| U.S. | 55 minutes | minus 30 | 25 minutes |
| States | 45 minutes | minus 35 | 10 minutes |
| Halliburton | 37 minutes | no change | 37 minutes |
| Transocean | 37 minutes | minus 22 | 15 minutes |
| BP | 48 minutes | plus 162 | 210 minutes |
| Cameron | 37 minutes | minus 22 | 15 minutes |
| Anadarko | 22 minutes | minus 12 | 10 minutes |
| MOEX | 8 minutes | minus 8 | 0 minutes |
| Weatherford | 8 minutes | minus 8 | 0 minutes |

3

| | | | |
|---|---|---|---|
| M-I Swaco | 8 minutes | minus 8 | 0 minutes |
| Drill Quip | <u>0 minutes</u> | no change | <u>0 minutes</u> |
| **Total** | **450 minutes** | | **450 minutes** |

**D.   Ben Richard**

Richard's deposition is set for one day on October 14, 2011. He is the lab technician in the Halliburton Broussard laboratory who was involved in the final foam stability test. BP requests 150 minutes. He is being produced by Halliburton.

| | Standard Allocation | Reductions/ Additions | Revised Allocation |
|---|---|---|---|
| PSC | 145 minutes | minus 10 | 135 minutes |
| U.S. | 55 minutes | minus 10 | 45 minutes |
| States | 45 minutes | minus 30 | 15 minutes |
| Halliburton | 37 minutes | plus 3 | 40 minutes |
| Transocean | 37 minutes | minus 2 | 35 minutes |
| BP | 48 minutes | plus 102 | 150 minutes |
| Cameron | 37 minutes | minus 22 | 15 minutes |
| Anadarko | 22 minutes | minus 7 | 15 minutes |
| MOEX | 8 minutes | minus 8 | 0 minutes |
| Weatherford | 8 minutes | minus 8 | 0 minutes |
| M-I Swaco | 8 minutes | minus 8 | 0 minutes |
| Drill Quip | <u>0 minutes</u> | no change | <u>0 minutes</u> |
| **Total** | **450 minutes** | | **450 minutes** |

**E.   Ricky Morgan**

Morgan's deposition is set for one day on October 17, 2011. He was involved in the post-incident testing at the Duncan facility. BP requests 150 minutes. Halliburton is producing the witness.

|  | Standard Allocation | Reductions/ Additions | Revised Allocation |
|---|---|---|---|
| PSC | 145 minutes | minus 10 | 135 minutes |
| U.S. | 55 minutes | minus 10 | 45 minutes |
| States | 45 minutes | minus 30 | 15 minutes |
| Halliburton | 37 minutes | plus 3 | 40 minutes |
| Transocean | 37 minutes | minus 2 | 35 minutes |
| BP | 48 minutes | plus 102 | 150 minutes |
| Cameron | 37 minutes | minus 22 | 15 minutes |
| Anadarko | 22 minutes | minus 7 | 15 minutes |
| MOEX | 8 minutes | minus 8 | 0 minutes |
| Weatherford | 8 minutes | minus 8 | 0 minutes |
| M-I Swaco | 8 minutes | minus 8 | 0 minutes |
| Drill Quip | 0 minutes | no change | 0 minutes |
| **Total** | **450 minutes** |  | **450 minutes** |

**F.    Sarah Sanders**

Sanders' deposition is set for October 18, 2011 for one day. She was copied on post-incident email discussing a project to improve deficiencies in Halliburton's database used to manage lab testing. BP is the only party that sought Sanders' deposition. Halliburton is producing the witness. BP requests 90 minutes.

5

|  | Standard Allocation | Reductions/ Additions | Revised Allocation |
|---|---|---|---|
| PSC | 145 minutes | no change | 145 minutes |
| U.S. | 55 minutes | no change | 55 minutes |
| States | 45 minutes | minus 25 | 20 minutes |
| Halliburton | 37 minutes | plus 13 | 50 minutes |
| Transocean | 37 minutes | no change | 37 minutes |
| BP | 48 minutes | plus 42 | 90 minutes |
| Cameron | 37 minutes | minus 6 | 31 minutes |
| Anadarko | 22 minutes | no change | 22 minutes |
| MOEX | 8 minutes | minus 8 | 0 minutes |
| Weatherford | 8 minutes | minus 8 | 0 minutes |
| M-I Swaco | 8 minutes | minus 8 | 0 minutes |
| Drill Quip | 0 minutes | no change | 0 minutes |
| **Total** | **450 minutes** |  | **450 minutes** |

G. **Roger Dugas**

Dugas' deposition is set for one day on October 20, 2011. He supervised Jesse Gagliano's work on the Macondo well. BP is the only party requesting Dugas' deposition. It requests 210 minutes. Halliburton is the producing party.

|  | Standard Allocation | Reductions/ Additions | Revised Allocation |
|---|---|---|---|
| PSC | 145 minutes | minus 17 | 128 minutes |
| U.S. | 55 minutes | minus 30 | 25 minutes |

| | | | |
|---|---|---|---|
| States | 45 minutes | minus 35 | 10 minutes |
| Halliburton | 37 minutes | no change | 37 minutes |
| Transocean | 37 minutes | minus 22 | 15 minutes |
| BP | 48 minutes | plus 162 | 210 minutes |
| Cameron | 37 minutes | minus 22 | 15 minutes |
| Anadarko | 22 minutes | minus 12 | 10 minutes |
| MOEX | 8 minutes | minus 8 | 0 minutes |
| Weatherford | 8 minutes | minus 8 | 0 minutes |
| M-I Swaco | 8 minutes | minus 8 | 0 minutes |
| Drill Quip | <u>0 minutes</u> | no change | <u>0 minutes</u> |
| **Total** | **450 minutes** | | **450 minutes** |

Any appeal of this order as to the allocations for Greg Meche and Phyllis Stelly must be filed by no later than 8:30 a.m. on Thursday, October 6, 2011.

Any appeal of this order as to the remaining allocations must be filed by no later than Tuesday, October 11, 2011.

New Orleans, Louisiana, this 5th day of October, 2011.

                                                                                       _____
                                                                                       **SALLY SHUSHAN**
                                                                                       **United States Magistrate Judge**