UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | § § § § § | MDL NO. 2179 SECTION: J JUDGE BARBIER |
| This Document Relates to: TAM TRAN, et al. v. BP Exploration & Production, et al EDLA No. 10-4232 | § § § § § | MAG. JUDGE SHUSHAN |

### ORDER ON PLAINTIFFS' MOTION FOR LEAVE OF COURT TO VOLUNTARILY DISMISS CLAIMS WITHOUT PREJUDICE

Considering the foregoing Motion,

**IT IS HEREBY ORDERED** that Plaintiffs TUYET NGUYEN, HUYEN LE, TRAN THUY, THAO HA, TIM NGUYEN, JOSEPH LE, DUONG PHAN, CUONG TRAN, MINH TRAN, DARLENE MCKENDALL, ALLENA KIM, JONATHAN TRAN, THANH NGUYEN, TRI LE, THAO NGUYEN, DUNG NGUYEN, HANH NGUYEN and THANH TRAN'S Motion for Leave of Court to Voluntarily Dismiss Claims Without Prejudice is hereby in all things is GRANTED.

**IT IS FURTHER ORDERED THAT** that the claims of Plaintiffs TUYET NGUYEN, HUYEN LE, TRAN THUY, THAO HA, TIM NGUYEN, JOSEPH LE, DUONG PHAN, CUONG TRAN, MINH TRAN, DARLENE MCKENDALL, ALLENA KIM, JONATHAN TRAN, THANH NGUYEN, TRI LE, THAO NGUYEN, DUNG NGUYEN, HANH NGUYEN and THANH TRAN only, as listed on Exhibit "A" attached to said Motion are hereby dismissed without prejudice. This Order in no way affects the claims of the remaining Plaintiffs in this Civil Action.

New Orleans, Louisiana this 6th day of October, 2011.

_____
United States District Judge