UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG<br>"DEEPWATER HORIZON"<br>in the GULF OF MEXICO<br>on APRIL 20, 2010<br><br>This Document Relates to:<br><br>*Susie Nguyen, et al. v.*<br>*BP Exploration & Production, et al*<br>EDLA No. 10-4234 | § § § § § § § § § § | MDL NO. 2179<br><br>SECTION:  J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

### ORDER ON PLAINTIFFS' MOTION FOR LEAVE OF COURT TO VOLUNTARILY DISMISS CLAIMS WITHOUT PREJUDICE

Considering the foregoing Motion,

**IT IS HEREBY ORDERED** that Plaintiffs **SON DO, THANH THAI, TAN PHAM, HANG LE, THILE TRAN, PHAN THANH, THOMAS NGUYEN and XUAN NGUYEN'S** Motion for Leave of Court to Voluntarily Dismiss Claims Without Prejudice is hereby in all things is GRANTED.

**IT IS FURTHER ORDERED THAT** that the claims of Plaintiffs **SON DO, THANH THAI, TAN PHAM, HANG LE, THILE TRAN, PHAN THANH, THOMAS NGUYEN and XUAN NGUYEN** only, as listed on Exhibit "A" attached to said Motion are hereby dismissed without prejudice.  This Order in no way affects the claims of the remaining Plaintiffs in this Civil Action.

New Orleans, Louisiana this 6th day of October, 2011.

_____
United States District Judge