UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION J |
| Applies to:<br>*10-2771* | JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

### ORDER

IT IS ORDERED that oppositions to the Motion *in Limine* of Claimants-in-Limitation to Exclude Evidence Regarding the Alleged Fault of Non-Parties and/or Immune Parties (Including the United States)(Rec. Doc. 4158) shall be filed no later than Monday, October 24, 2011, and shall not exceed ten (10) pages.  Any replies shall be filed no later than Monday, October 31, 2011, and shall not exceed five (5) pages.  The matter will be taken under advisement without oral argument.

New Orleans, Louisiana, this 6th day of October, 2011.

_____
UNITED STATES DISTRICT JUDGE