IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | ) ) MDL No. 2179 ) ) |
| | ) SECTION: J ) |
| This document relates to: | ) JUDGE BARBIER ) MAGISTRATE SHUSHAN |
| Case No. 11-01990 | ) ) |

**JOINT *EX PARTE* MOTION FOR THE WITHDRAWAL AND
CONTINUATION OF COUNSEL REPRESENTING M-I L.L.C.**

NOW INTO COURT, through undersigned counsel, comes Defendant M-I L.L.C, and moves this Court pursuant to Local Rule 83.2.11 seeking permission for:

Potter Anderson & Corroon LLP ("Potter Anderson") to withdraw as counsel for M-I L.L.C.;

Morgan Lewis & Bockius LLP ("Morgan Lewis") to continue as counsel for M-I L.L.C..

M-I L.L.C. was named as a defendant in an action pending in the United States District Court for the District of Delaware entitled, *The St. Joe Company v. Halliburton Energy Services, Inc. and M-I L.L.C., a/k/a M-I SWACO,* No. 1:11-cv-00263 GMS. That action has been transferred to this Court as part of the above-captioned Deepwater Horizon Multi-District Litigation. M-I L.L.C. respectfully requests that the Court approve the attached Order permitting the withdrawal of Potter Anderson as counsel in the Multi-District Litigation pending in this

Court because Potter Anderson has no active role in the representation of M-I L.L.C. in the Multi-District Litigation and M-I L.L.C. is adequately represented by Morgan Lewis.

WHEREFORE, for the reasons set forth above, M-I L.L.C. respectfully requests that the Court grant this Motion.

| MORGAN, LEWIS & BOCKIUS LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| By:   /s/ *Hugh E. Tanner*            <br>    Hugh E. Tanner<br>    Denise Scofield<br>    1000 Louisiana - Suite 4000<br>    Houston, TX  77002<br>    Telephone:  (713) 890-5000<br>    E-Mail:  htanner@morganlewis.com<br>              dscofield@morganlewis.com<br><br>*Attorneys for Defendant M-I L.L.C.*<br>*(incorrectly named and sued as "M-I, L.L.C.*<br>*a/k/a M-I SWACO")* | By:   /s/ *John E. James*             <br>    John E. James  (No. 996)<br>    Jonathan A. Choa (No. 5319)<br>    Hercules Plaza - 6th Floor<br>    1313 North Market Street<br>    Wilmington, DE  19801<br>    Telephone:  (302) 984-6000<br>    E-Mail:  jjames@potteranderson.com<br>              jchoa@potteranderson.com<br><br>*Attorneys for Defendant M-I L.L.C.*<br>*(incorrectly named and sued as "M-I, L.L.C.*<br>*a/k/a M-I SWACO")* |

Dated:  October 6, 2011

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY this 6th day of October, 2011, that the above and foregoing Joint Motion for the Withdrawal and Continuation of Counsel Representing M-I L.L.C. has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was filed electronically with the Clerk of the Eastern District of Louisiana using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on December 15, 2010.

                                                                       __/s/ *Hugh E. Tanner*_  
                                                                       Hugh E. Tanner