IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 ) ) ) ) ) ) ) | MDL No. 2179 |
| This document relates to: ) ) ) ) | SECTION: J<br><br>JUDGE BARBIER<br>MAGISTRATE SHUSHAN |
| Case No. 11-01990 ) ) | |

## ORDER

The Joint Motion for the Withdrawal and Continuation of Counsel Representing M-I L.L.C., having been presented to and considered by the Court, it is hereby

ORDERED this ____ day of October, 2011, that the Joint Motion is granted, and Potter Anderson & Corroon LLP is hereby permitted to withdraw as counsel for M-I L.L.C. in the Multi-District Litigation action pending in the United States District Court for the Eastern District of Louisiana.

_____
Carl J. Barbier, United States District Judge

1030122/36786