UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL NO. 2179 |
| | * | SECTION: J |
| These Pleadings apply to: All Cases in Pleading Bundle Section III.B(3) | * * | |
| | * | JUDGE BARBIER |
| | * | |
| | * | MAGISTRATE SHUSHAN |

* * * * * * * * * * * * * * * * * * *

**NOTICE OF WITHDRAWAL OF COUNSEL
FOR LYNDEN INCORPORATED AND LYNDEN AIR CARGO**

1

**PLEASE TAKE NOTICE** that Paul R. Taylor and Jofrey M. McWilliam of Byrnes Keller Cromwell LLP withdraw as counsel for defendants Lynden Air Cargo, LLC, and Lynden Incorporated.  Kevin Tully of Christovich & Kearney, LLP, has already appeared for those two entities and will continue as counsel of record.

RESPECTFULLY SUBMITTED this 6th day of October, 2011.

                                    BYRNES KELLER CROMWELL LLP

                                    By /s/ Paul R. Taylor
                                        Paul R. Taylor, WSBA #14851
                                        Jofrey M. McWilliam, WSBA #28441
                                    1000 Second Avenue, 38th Floor
                                    Seattle, WA  98104
                                    Telephone:  (206) 622-2000
                                    Facsimile:  (206) 622-2522
                                    Email: ptaylor@byrneskeller.com
                                                 jmcwilliam@byrneskeller.com

**CERTIFICATE OF SERVICE**

      WE HEREBY CERTIFY that the above and foregoing Notice of Withdrawal of Counsel for Lynden Incorporated and Lynden Air Cargo has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on October 6, 2011.

                                      /s/ Paul R. Taylor