UNITED STATES DISTRICT COURT
EASTERN   DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WARREN B. DOUSSAN, JR. INDIVIDUALLY and | * | CIVIL ACTION |
| d/b/a AMERICAN CONSULTING & DEVELOPMENT | * | |
| COMPANY, LLC | * | NO.2:11-cv-408 |
| | | 2:10-md-02179 |
| VERSUS | * | |
| | * | |
| BP AMERICA PRODUCTION COMPANY | * | JUDGE BARBIER |
| | * | |
| | * | MAG. SHUSHAN |
| | * | |
| | * | JURY TRIAL DEMANDED |

**************************************************

## FIRST AMENDING AND SUPPLEMENTAL COMPLAINT
## FOR BREACH OF CONTRACT

NOW INTO COURT through undersigned counsel comes Warren B. Doussan, Jr.,

individually and doing business as American Consulting & Development Company, LLC,

(herein Plaintiffs), for the exclusive purpose of amending his Original Complaint pursuant to

Federal Rules of Civil Procedure as follows:

1.

Complainant realleges and reavers all allegations in his Original Complaint as if plead

herein *in extenso*.

2.

Plaintiffs respectfully supplements and amends paragraph 5 of the original Complaint for Breach

of Contract as follows:

5.     The charter agreement provided for fixed rates of hire payable to plaintiffs throughout the

term of charter agreement. Pursuant to the terms of the charter agreement, defendant only made

1

partial payments relating to four (4) of the five (5) chartered vessels totaling $425,144.34. Defendant failed to make any payments relating to charter of the 14' Mediterranean 1 canoe in the amount of $1,169,600 for 731 days at charter rate of $1,200 per day and with captain and deckhand rate at $400 per day.

3.

Plaintiffs respectfully supplements amends paragraph 6 of the original Complaint for Breach of Contract as follows:

6.     The charter period promised was to be for a period of 2 years.  Between May 5, 2010 and May 5, 2012, plaintiffs provided and will be able to provide vessels and crew and made available and will make available on a standby basis vessels and crew as part of defendant's cleanup effort pursuant to the terms of the charter agreement.

4.

Plaintiffs respectfully amend paragraph 8 of the original Complaint for Breach of Contract as follows:

8.     Defendant has breached and continues to breach its contractual duty by not making timely payments due to plaintiffs or lawfully cancelling the charter agreement, despite timely submission of multiple invoices from plaintiff to defendant and amicable written demand for payment of same. Defendant has failed to make payments in the amount $4,312,800 for vessel use and standby use, $1,370,800.00 for crew, $59,486.39 for vessels maintenance, electronics, fuel, oil, safety equipment and repairs, and $50,620.00 for additional needed repairs for a total of $5,793,706.39 which amount is due to plaintiffs in full pursuant to the charter agreement described herein, and for which amount plaintiffs make immediate demand in full, plus future

2

amounts owing and accruing, including attorney's fees incurred in the enforcement of the charter agreement.

5.

Plaintiffs respectfully supplements and amends paragraph 14 of the original Complaint for Breach of Contract as follows

14.  Defendant has breached and continues to breach its contractual duty by not making timely payments due to plaintiffs or lawfully cancelling the charter agreement or any of the related staging area activities, despite timely submission of multiple invoices from plaintiff to defendant and amicable written demand for payment of same. Defendant has failed to make payments in the amount of $29,640.37  for material related to staging area build out, $51,230.94 for labor related to the build out, $33,750 for removal of built structures and limestone, and $18,336,232.20 for use of the 6.46 acres of staging area property and docking facilities at a day rate of .0924 per square foot, totaling $18,450,852.51, which amount is presently due to plaintiffs in full for use of the staging area pursuant to the charter agreement described herein, and for which amount plaintiffs make immediate demand in full, plus future amounts owing and accruing, including attorney's fees incurred in the enforcement of the charter agreement.

6.

Except as herein amended, the Original Complaint remains unchanged.

7.

Plaintiffs respectfully supplements and amends the Prayer to the original Complaint for Breach of Contract as follows:

**WHEREFORE**, Plaintiffs, Warren B. Doussan, Jr., individually and doing business as American Consulting & Development Company, LLC, prays for judgment against defendant BP America Production Company and in their favor for payments due under the terms of the charter agreement in the amount of TWENTY FOUR MILLION TWO HUNDRED FORTY FOUR THOUSAND AND FIVE HUNDRED AND FIFTY EIGHT and 90/100 ($24,244,558.90) DOLLARS, or such greater amounts as may be appropriate under the circumstances, for attorney's fees incurred by the plaintiffs in this cause, for all taxable costs and interest, for any additional relief to which plaintiff may be entitled, and for a trial by jury on all issues raised herein or by way of supplemental or amended complaint.

Respectfully submitted,

 /s/ Robert J. Diliberto
Robert J. Diliberto (LA 24783)
Damon A. Kirin (LA 24729)
Megan E. Snider (LA 33382)
DILIBERTO & KIRIN, L.L.C.
3636 S. I-10 Service Rd. West, Suite 210
Metairie, LA 70001
Telephone:      (504) 828-1600
Fax:                (504) 828-1555