IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG § <br> "DEEPWATER HORIZON" IN THE § <br> GULF OF MEXICO, § <br> ON APRIL 20, 2010 § <br> § <br> § <br> § <br> § <br> **This document relates to:** § <br> *The St. Joe Company v. Halliburton* § <br> *Energy Services, Inc. and M-I L.L.C. a/k/a* § <br> *M-I SWACO*, § <br> E.D. La. Case No. 11-01990 § <br> D. Del. Case No. 11-00263 § | MDL NO. 2179 <br><br><br><br><br><br> SECTION: J(1) <br><br><br><br><br><br> JUDGE BARBIER <br> MAGISTRATE SHUSHAN | |

**UNOPPOSED MOTION TO SET ASIDE DEFAULT AND
FOR LEAVE TO FILE A LIMITATION SHORT FORM JOINDER**

NOW INTO COURT, through undersigned counsel, comes The St. Joe Company ("St. Joe") and moves this Court for leave to file a Short Form Joinder in the limitation proceeding brought by Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., as Owner, Managing Owners, Owners Pro Hac Vice, and/or Operators of the MODU Deepwater Horizon (collectively, "Transocean"), Case No. 10-2771, and as grounds therefore shows the Court as follows:

1.  This Court noted the default of all persons or corporations who did not file claims in the Transocean limitation proceeding prior to September 16, 2011. [DE 4061].

2.  St. Joe's former counsel sought to litigate St. Joe's claims in a forum outside of MDL 2179. Accordingly, St. Joe filed a complaint against Transocean in Delaware Superior

Court on October 14, 2010.[1]  On March 25, 2011, this Court enjoined the continued prosecution of the Delaware lawsuit against Transocean by St. Joe.  [DE 1765].

3. St. Joe desires to adhere to the injunction entered by this Court in the limitation action and to litigate all of its claims in the MDL proceedings.  Undersigned counsel has worked diligently to file the instant motion in an effort to cure St. Joe's default.

4. No prejudice will result from the acceptance of the proposed Short Form Joinder, which is attached hereto as Exhibit 1.  No action has been taken in the Transocean limitation proceeding that could cause prejudice to any other party to the proceeding.

5. Transocean expresses no opposition to the relief sought in this motion subject to the conditions outlined in Paragraph 12 of the accompanying memorandum.

WHEREFORE, St. Joe requests that this Court set aside the default as to St. Joe, grant the above-requested leave to file the Short Form Joinder attached hereto as Exhibit 1, and deem said Short Form Joinder timely filed.

Respectfully submitted,

LEWIS TEIN PL
3059 Grand Avenue, Suite 340
Coconut Grove, Florida 33133
Telephone: (305) 442-1101
Facsimile: (305) 442-6744

By: */s/ Michael R. Tein*
MICHAEL R. TEIN
Florida Bar No.: 993522
tein@lewistein.com

---

[1] St. Joe also filed a complaint against Defendants Halliburton Energy Services, Inc. and M-I, LLC, in Delaware Superior Court on March 27, 2011.  The case was removed to the District Court for the District of Delaware and ultimately transferred to MDL 2179 on August 12, 2011.  [DE 3718].  St. Joe retained undersigned counsel shortly after the transfer, and the undersigned substituted in as counsel of record in MDL 2179 on October 5, 2011.  [DE 4220].

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 6th day of October, 2011.

                                     */s/ Michael R. Tein*
                                      MICHAEL R. TEIN