# LISKOW&LEWIS
A Professional Law Corporation

| One Shell Square | 822 Harding Street | First City Tower |
|---|---|---|
| 701 Poydras Street, Suite 5000 | Post Office Box 52008 | 1001 Fannin Street, Suite 1800 |
| New Orleans, LA 70139 | Lafayette, LA 70505 | Houston, TX 77002 |
| (504) 581-7979 Main | (337) 232-7424 Main | (713) 651-2900 Main |
| (504) 556-4108 Fax | (337) 267-2399 Fax | (713) 651-2908 Fax |

www.Liskow.com

October 6, 2011        **Don K. Haycraft**      **Direct: (504) 556-4128**
                                                   **dkhaycraft@liskow.com**

**<u>Via Email</u>**
Honorable Sally Shushan
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room B-345
New Orleans, Louisiana  70130

      Re:      In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on
               April 20, 2010, MDL No. 2179
               Our File No.:  10451.084

Dear Judge Shushan:

In advance of Friday's conference, we would like to ask for a revised allocation of time for the October 27 deposition of Barry Braniff.  BP is the only party that has requested Mr. Braniff's deposition.  He is in the Well Operations Group/Houston for Transocean.  His subject matter is well control.  As the Court is aware, Transocean has agreed that Mr. Braniff will serve as the Rule 30(b)(6) witness for the Well Advisor Program topic, which has also been agreed upon by BP and Transocean counsel:

> The use, if any, of Transocean's Well Advisor spreadsheet program (or any portion of this program) by rig or shore-based managers related to operations, planned or ongoing, by MARIANAS and DEEPWATER HORIZON for the Macondo prospect

Given BP's interest in this deposition, and the fact that no other party, including the PSC, has shown particular interest in the Well Advisor program, whereby the drilling contractor evaluates its customer's well plan, we believe that BP should be given the majority of time for the examination of Mr. Braniff.  We ask that the Court allocate BP 250 minutes out of the 450 minute total.

LISKOW&LEWIS                                                    Page 2

October 6, 2011

Sincerely,

Don K. Haycraft

DKH/apf

cc:    MDL Liaison and Coordinating Counsel