UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

[Regarding Deposition Designations for Group One]

On October 4, 2011, the Court issued an order regarding Deposition Designations Track (Rec. doc. 4217). The depositions were divided into nine Groups. Group One consists of the first 15 depositions on the PSC's priority list (including the "final" deposition of Tony Hayward). The order provided a schedule for each Group. For Friday, October 7, 2011, the order states:

> All defendants shall submit their designations **and highlighted exhibits** for the first 15 depositions ("Group One") on the PSC's priority list (including the "final" deposition of Tony Hayward) to inData.

Rec. doc. 4217 at 1 (emphasis added). The inclusion of the phrase "and highlighted exhibits" was an error. The parties are not required to submit "highlighted exhibits" for Group One until Friday, October 14, 2011, when they submit their cross designations. Id.

New Orleans, Louisiana, this 5th day of October, 2011.

SALLY SHUSHAN
United States Magistrate Judge