UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig            MDL NO. 2179
   "Deepwater Horizon" in the Gulf
   of Mexico, on April 20, 2010           SECTION J

Applies to: *All Cases*                    JUDGE BARBIER
                                           MAGISTRATE JUDGE SHUSHAN

## ORDER

**[Regarding site security and access to physical evidence at Michoud Assembly facility]**

The U.S. District Court as of October 1, 2011, is the custodian of the evidence located at the Michoud Assembly Facility (MAF). Requests for access to any of the evidence should be made to the undersigned at shushan@laed.uscourts.gov. After approval of a site visit, the primary point of contact for site access is the court appointed Master, Captain Sue Englebert, USCG (Ret). She can be reached at SueEnglebert@sseeservices.com or 703-321-6746. This Order outlines the security restrictions, information requirements, and access limitations associated with the physical evidence related to the Deepwater Horizon Investigation.

Access Requests: All requests for access to DWH evidence must be made to Captain Englebert at least **5 working days** prior to the date requested. All visits will be supervised by Captain Englebert; if she is unavailable for the date/time you propose, she will arrange for an alternate date with you. You must include the following information in your request:

1. Names of all individuals requesting access
2. Citizenship of each individual – for any Foreign National (even those with Permanent Residency Cards) access must be requested at least **60 days** in advance and there is a more extensive form to complete. Direct contact with Captain Englebert is requested for these individuals.
3. Driver's license information,
4. Company and party being represented
5. Evidence you are requesting to review
6. Anticipated length of time for your visit
7. Contact information (office and cell phone; email)

**MAF has final approval of all applicants** and will screen each individual application for entry.

Identification Requirements: All individuals must have 2 forms of picture identification with them when they arrive. If MAF grants access, Visitor passes will be issued by NASA in building 350 prior to entry. After receiving a visitor pass and prior to entering MAF, you should call Captain Englebert to ensure you are aware of the directions to the evidence sites and she can meet you at the site promptly.

Site Security Requirements: You must go through two gates (the Main Gate and a Site Gate) to access either of the two locations on MAF with evidence from the Deepwater Horizon.

a. Access through the Main Gate: The Main Gate to the MAF is controlled by individual identification. Each person entering MAF must possess a MAF Authorized Visitor badge or government credentials. Access badges must be worn unobstructed, on the exterior portion of clothing, above the waist. While on MAF all personnel and vehicles are subject to search and seizure.

b. Accessing the Evidence Storage Sites that contain the various elements recovered from the incident have access control separate from the Main Gate control. All individuals will be escorted by an authorized escort while in the Evidence Storage Sites. Access will be granted on a case-by-case basis as approved by Captain Englebert.
Photography will be allowed. Any bags or other items brought into the sites will be subject to search both when going in and when leaving the area.[1]

New Orleans, Louisiana, this 7th day of October, 2011.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　SALLY SHUSHAN
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] Directions to MAF: From New Orleans it takes approximately 25 minutes to drive East on I-10, to South 510 (Exit 246A), then to Exit 2C and left onto Old Gentilly road. Building 350 (check in for MAF-issued Access badges) is at 13800 Old Gentilly road. More information can be found at: **http://maf.msfc.nasa.gov/**