UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179 |
| | SECTION "J" |
| Relates to: 10-8888 | |
| | JUDGE BARBIER |
| Vessel of Opportunity (VoO) Contract Disputes STEPHEN MARTIN VS. BP AMERICAN PRODUCTION COMPANY (11-2479) | MAG. JUDGE SHUSHAN |

## AMENDED COMPLAINT FOR BREACH OF CONTRACT REGARDING VESSELS OF OPPORTUNITY

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, Stephen Martin, a person of the full age of majority and a resident of the State of Louisiana, who, amends the Original Complaint for Breach of Contract Regarding Vessels of Opportunity (the "Original Complaint") as follows:

### I.

By amending the caption of the case and Paragraph I of the Original Complaint to identify the defendant as United States Maritime Services, LLC. The original language citing BP America Production Company as the defendant should be deleted.

### II.

Amended Paragraph I should now read as follows:

Defendant, United States Maritime Services, LLC, a foreign corporation licensed to do and doing business in this judicial district.

## III.

Plaintiff re-avers and reaffirms all allegations and prayers of the Original Complaint, except as amended herein above.

**WHEREFORE**, plaintiff respectfully requests that this Amended Complaint be filed in the record of this cause.

Respectfully submitted:

/s/ Wm. David Coffey
FRANK E. LAMOTHE, III, T.A. (#7945)
WM. DAIVD COFFEY (#24056)
**LAMOTHE LEA AERTKER, LLC**
724 E. Boston Street
Covington, Louisiana 70433
Telephone:  (985) 249-6800
Facsimile:  (985) 249-6006
felamothe@llajustice.com
dcoffey@llajustice.com

*Attorneys for Plaintiffs*

Service to be made by
Waiver of Service to
United States Maritime Services, Inc.

-2-