UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION J |
| This Document applies to: *ALL CASES* | JUDGE BARBIER |
| | MAGISTRATE SHUSHAN |

## TRANSOCEAN'S SUBMISSION OF PHASE ONE TRIAL EXPERT RELIANCE EXHIBIT LISTS

NOW INTO COURT come Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., and, in accord with the Court's Order of September 2, 2011 [Doc. 3916], respectfully submit the following Expert Reliance Exhibit Lists for Phase One of the February 2012 Limitation and Liability Trial:

a. Consolidated Transocean Expert Reliance Exhibit List

b. Calvin Barnhill

c. Greg Childs

d. Robert Scates and John Roberts

e. Jeff L. Wolfe

Respectfully submitted,

By:   /s/ Steven L. Roberts                    By:    /s/ Kerry J. Miller

Steven L. Roberts (Texas, No. 17019300)          Kerry J. Miller (Louisiana, No. 24562)
Rachel Giesber Clingman (Texas, No. 00784125)    Frilot, L.L.C.
Kent C. Sullivan (Texas, No. 19487300)           1100 Poydras Street, Suite 3700
Teri L. Donaldson (Florida, No. 784310)          New Orleans, Louisiana 70163
Sutherland Asbill & Brennan LLP                  Telephone: (504) 599-8169
1001 Fannin Street, Suite 3700                   Facsimile: (504) 599-8154
Houston, Texas 77002                             Email: kmiller@frilot.com
Telephone: (713) 470-6100
Facsimile: (713) 654-1301                         -and-
Email: steven.roberts@sutherland.com,
rachel.clingman@sutherland.com,                  By:      /s/ Edwin G. Preis, Jr.
kent.sullivan@sutherland.com,                    Edwin G. Preis, Jr. (Louisiana, No. 10703)
teri.donaldson@sutherland.com                    Edward F. Kohnke, IV (Louisiana, No. 07824)
                                                 Preis & Roy PLC
                                                 102 Versailles Boulevard, Suite 400
                                                 Lafayette, Louisiana 70501
                                                 Telephone: (337) 237-6062
                                                 Facsimile: (337) 237-9129

                                                 -and-

                                                 601 Poydras Street, Suite 1700
                                                 New Orleans, Louisiana 70130
                                                 Telephone: (504) 581-6062
                                                 Facsimile: (504) 522-9129
                                                 Email: egp@preisroy.com,
                                                 fk@preisroy.com

Of Counsel:

John M. Elsley (Texas, No. 0591950)
Royston, Rayzor, Vickery & Williams LLP
711 Louisiana Street, Suite 500
Houston, Texas 77002
Telephone: (713) 224-8380
Facsimile: (713) 225-9945
Email: john.elsley@roystonlaw.com

2

Daniel O. Goforth (Texas, No. 08064000)
Goforth Geren Easterling LLP
4900 Woodway, Suite 750
Houston, Texas 77056
Telephone: (713) 650-0022
Facsimile: (713) 650-1669
Email: dangoforth@goforthlaw.com

Brad D. Brian (California, No. 79001)
Allen M. Katz (California, No. 054933)
Munger Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071
Telephone: (213) 683-9100
Facsimile: (213) 683-5180, (213) 683-4018
Email: brad.brian@mto.com, allen.katz@mto.com

*Counsel for Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc. and Transocean Deepwater Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 7th day of October, 2011, I electronically transmitted a PDF version of this document to the Clerk of Court, using the CM/ECF System, for filing and has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12.

/s/  Kerry J. Miller
KERRY J. MILLER