| MDL 2179—Transocean Calvin Barnhill Reliance Exhibits |

| Trial Ex. No. | Bates No. | Date | Subject/Description | Expert/Report |
|---|---|---|---|---|
| TREX-00001 | | 9/8/10 | BP Deepwater Horizon Accident Investigation Report | Barnhill |
| TREX-00002 | | 9/8/10 | BP Accident Investigation Report Appendices - Case No: 210325 | Barnhill |
| TREX-00004 | BP-HZN-CEC020334 - BP-HZN-CEC020340 | | Interview with Don Vidrine | Barnhill |
| TREX-00007 | BP-HZN-MBI00021304 - BP-HZN-MBI00021347 | 4/27/10 | Brian Morel Interview Notes | Barnhill |
| TREX-00094 | BP-HZN-2179MDL00373833 - BP-HZN-2179MDL00373852 | | GP 10-35 - Well Operations: Group Practice - BP Group Engineering Technical Practices | Barnhill |
| TREX-00095 | BP-HZN-2179MDL00353757 - BP-HZN-2179MDL00353773 | 11/18/09 | DWGOM - GP 10-45-1 - Working With Pressure (Supersedes GP 10-45) - DWGOM: Site Technical Practices | Barnhill |
| TREX-00102 | BP-HZN-BLY00094096 - BP-HZN-BLY00094143 | | Boots/Coots - Incident Investigation of Well MC252#1 - Review of 9-7/8" x 7" Casing Negative Test | Barnhill |
| TREX-00126 | CON67 | 4/14/10 | E-Mail - From: Hafle, Mark E Sent: Wed Apr 14 23:09:46 2010 - Subject: Re: Macondo APB | Barnhill |
| TREX-00184 | BP-HZN-2179MDL00269659 - BP-HZN-2179MDL00269673 | 4/16/08 | GP 10-60 - Zonal Isolations Requirements During Drilling Operations and Well Abandonment and Suspension: Group Practice - BP Group Engineering Technical Practices | Barnhill |
| TREX-00186 | BP-HZN-BLY00107700 - BP-HZN-BLY00107732 | 4/18/10 | Macondo #1 - 9 7/8"X 7" Production Casing Design Report - For: Brian Morel | Barnhill |
| TREX-00195 | BP-HZN-BLY00104243 - BP-HZN-BLY00104239 | 5/12/10 | Handwritten Notes - John Guide Interview | Barnhill |
| TREX-00215 | BP-HZN-2179MDL00408005 - BP-HZN-2179MDL00408026 | | GP 10-10 - Well Control: Group Practice - BP Group Engineering Technical Practices | Barnhill |
| TREX-00284 | BP-HZN-BLY00111497 - BP-HZN-BLY00111507 | 7/29/10 | BP Incident Investigation Team - Notes of Interview with Greg Walz | Barnhill |
| TREX-00287 | BP-HZN-2179MDL00315248 | 4/17/10 | E-Mail - From: Morel, Brian P Sent: Sat Apr 17 19:27:09 2010 - Subject: FW: Lab Tests | Barnhill |
| TREX-00296 | BP-HZN-BLY00103032 - BP-HZN-BLY00103038 | 7/8/10 | Interview with Mark Hafle | Barnhill |
| TREX-00358 | BP-HZN-BLY00061629 - BP-HZN-BLY00061643 | 5/10/10 | Jim McKay Handwritten Notes - Brian Morel Interview | Barnhill |
| TREX-00506 | BP-HZN-BLY00125436 - BP-HZN-BLY00125446 | 6/24/10 | Interview with David Sims | Barnhill |
| TREX-00526-A | BP-HZN-BLY00061692 - BP-HZN-BLY00061695 | 8/31/10 | Interview with Ronnie Sepulvado | Barnhill |

| | | MDL 2179—Transocean<br>Calvin Barnhill Reliance Exhibits | | |
|---|---|---|---|---|
| **Trial Ex. No.** | **Bates No.** | **Date** | **Subject/Description** | **Expert/Report** |
| TREX-00529 | BP-HZN-MBI00125959 | 4/12/10 | E-Mail - From: Morel, Brian P Sent: Mon Apr 12 12:21:30 2010 - Subject: RE: Procedures | Barnhill |
| TREX-00533 | BP-HZN-2179MDL00041229 - BP-HZN-2179MDL00041230 | 4/13/10 | E-Mail - From: Sepulvado, Murray R Sent: Tue Apr 13 20:32:26 2010 - Subject: RE: Rev 1 Procedure | Barnhill |
| TREX-00537 | BP-HZN-MBI00126982 | 4/14/10 | E-Mail - From: Morel, Brian P Sent: Wed Apr 14 19:24:50 2010 - Subject: RE: Forward Ops | Barnhill |
| TREX-00543 | BP-HZN-CEC022433 - BPHZN-CEC022434 BP-HZN-2179MDL00405919- BP-HZN-2179MDL00405920 | 4/16/10 | E-Mail - From: Guide, John Sent: Fri Apr 16 18:27:43 2010 - Subject: FW: Additional Centralizers | Barnhill |
| TREX-00545 | BP-HZN-2179MDL00249965 - BP-HZN-2179MDL00249987 | 4/16/10 | E-Mail - From: Morel, Brian P Sent: Fri Apr 16 04:38:03 2010 - Subject: Updated Procedure | Barnhill |
| TREX-00546 | BP-HZN-MBI00171869 | 4/16/10 | E-Mail - From: Sepulvado, Ronald W Sent: Fri Apr 16 12:51:55 2010 - Subject: Relief Notes | Barnhill |
| TREX-00596 | BP-HZN-2179MDL00330768 - BP-HZN-2179MDL00331163 | 3/31/09 | Well Control Handbook | Barnhill |
| TREX-00597 | BP-HZN-IIT-0002370 - BP-HZN-IIT-0002741 BP-HZN-MBI00131953 - BP-HZN-MBI00132325 | | Deepwater Horizon Emergency Response Manual - Volume 1 of 2 | Barnhill |
| TREX-00667 | TRN-USCG-MMS-00043810 - TRN-USCG-MMS-00043818 TRN-MDL-00286767- TRN-MDL-00287075 | 3/31/09 | Well Control Handbook (Revision Date: March 31, 2009) | Barnhill |
| TREX-00679 | BP-HZN-2179MDL00312131 | 4/15/10 | E-Mail - From: Guide, John Sent: Thu Apr 15 17:23:50 2010 - Subject: RE: Stuff for Paul (TOI) | Barnhill |
| TREX-00718 | HAL-CG0000515 - HAL-CG0000527 | | Chaisson Tally Book | Barnhill |
| TREX-00733 | HAL_0010815 - HAL_0010818 | 4/16/10 | E-Mail - From: Morel, Brian P Sent: Friday, April 16, 2010 5:05 PM - Subject: Cement Procedure | Barnhill |
| TREX-00742 | BP-HZN-CEC011406 - BP-HZN-CEC011419 | 4/20/10 | 9 7/8" x 7" Foamed Production Casing Design Post Job Report | Barnhill |
| TREX-00765 | BP-HZN-MBI00195280 - BP-HZN-MBI00195301 | 1/30/09 | Group Defined Operating Practice - Assessment, Prioritization and Management of Risk | Barnhill |

| **MDL 2179—Transocean Calvin Barnhill Reliance Exhibits** |
| Trial Ex. No. | Bates No. | Date | Subject/Description | Expert/Report |
|---|---|---|---|---|
| TREX-00795 | BP-HZN-BLY00097031-32 | 4/17/10 | Computer Screen Snapshot - D. Sims' reply E-mail to J. Guide's E-mail Complaining About the Engineering/Operations Confusion, Morel's Concerns, and Cement Spacer Issues | Barnhill |
| TREX-00806 | HAL_0502206 - HAL_05022062 | | National Commission on the BP Deepwater Horizon Oil Spill and Offshore Drilling Cement Testing Results | Barnhill |
| TREX-00820 | | 4/20/10 | Deepwater Horizon IADC Report | Barnhill |
| TREX-00824 | | 4/28/10 | Transcription of Shane Albers Interview Notes | Barnhill |
| TREX-00831 | BP-HZN-MBI00076083 - BP-HZN-MBI00076085 | 11/12/09 | E-Mail - From: Morel, Brian P Sent: Thu Nov 12 21:33:45 2009 - Subject: FW: Drill Collars: Type and Quantity? | Barnhill |
| TREX-00834 | BP-HZN-MBI00199222 - BPHZN-MBI00199253 | 4/13/10 | BP-Macondo Lead Impression Tool (LIT) and Lock Down Sleeve (LDS) Running Procedure | Barnhill |
| TREX-00907 | BP-HZN-BLY00125462 - BP-HZN-BLY00125469 | 7/7/10 | BP Investigation Team: Notes of Interview with John Sprague | Barnhill |
| TREX-00908 | BP-HZN-2179MDL00358546 | 4/14/10 | MC 252 #1 - Macondo Production Casing & TA - Forward Planning Decision Tree | Barnhill |
| TREX-00986 | | 2011 | Chief Counsel's Report_2011: National Commission on the BP Deepwater Horizon Oil Spill and Offshore Drilling | Barnhill |
| TREX-00987 | BP-HZN-2179MDL00315248 | 4/17/10 | E-Mail - From: Morel, Brian P Sent: Sat Apr 17 19:27:09 2010 - Subject: FW: Lab Tests | Barnhill |
| TREX-01025 | BP-HZN-MBI00117976; BP-HZN-MBI00118014 - BP-HZN-MBI00118015 | 4/2/10 | E-Mail - From: Albertin, Martin L. Sent: Fri Apr 02 16:34:40 2010 - Subject: RE: Macondo 9-78 LOT FIT Worksheet.xls | Barnhill |
| TREX-01026 | BP-HZN-2179MDL00016162 - BP-HZN-2179MDL00016226 | | Drilling Fluids Program | Barnhill |
| TREX-01035 | BP-HZN-2179MDL00452101 | | Daily and Total Drilling Fluid Discharges, Losses and Recovering Volumes | Barnhill |
| TREX-01036 | BP-HZN-MBI00129100 | 4/20/10 | E-Mail - From: Maxie, Doyle W (MI SWACO) Sent: Tue Apr 20 15:34:08 2010 - Subject: VH | Barnhill |
| TREX-01095 | BP-HZN-2179MDL00004909 | 4/5/10 | E-Mail - From: Albertin, Martin L. Sent: Mon Apr 05 20:10:44 2010 - Subject: RE: Macondo Sand pressures | Barnhill |
| TREX-01132 | BP-HZN-MBI00112983 | 3/18/10 | E-Mail - From: Morel, Brian P Sent: Thu Mar 18 14:32:36 2010 - Subject: Macondo - Updated PP/FG and Mud Schedule | Barnhill |
| TREX-01133 | BP-HZN-MBI00110676 | 3/14/10 | E-Mail - From: Hafle, Mark E Sent: Sun Mar 14 14:16:19 2010 - Subject: RE: FIT or LOT for Bypass | Barnhill |
| TREX-01143 | BP-HZN-2179MDL00852514 | | E-Mail - From: Sims, David C Sent: Wed Mar 10 20:39:57 2010 - Subject: RE: Macondo | Barnhill |

| | MDL 2179—Transocean<br>Calvin Barnhill Reliance Exhibits | | | |
|---|---|---|---|---|
| **Trial Ex. No.** | **Bates No.** | **Date** | **Subject/Description** | **Expert/Report** |
| TREX-01164 | | 3/20/11 | DNV - Final Report for United States Department of the Interior, Volume I (20 March 2011) | Barnhill |
| TREX-01165 | | 3/20/11 | DNV - Final Report for United States Department of the Interior, Volume II (20 March 2011) | Barnhill |
| TREX-01210 | BP-HZN-2179MDL00876814 - BP-HZN-2179MDL00876816 | 5/7/10 | E-Mail - From: Bodek, Robert Sent: Fri May 07 00:32:18 2010 - Subject: Re: 14" MoC Document | Barnhill |
| TREX-01234 | BP-HZN-2179MDL00011120 - BP-HZN-2179MDL00011122 | 3/19/10 | E-Mail - From: Paine, Kate (QuaDril Energy LT) Sent: Fri Mar 19 05:06:10 2010 - Subject: FW: Lesson learned - Plan forward: Macondo | Barnhill |
| TREX-01241 | BP-HZN-MBI00126338 - BP-HZN-MBI00126339 | 4/13/10 | E-Mail - From: Bodek, Robert Sent: Tue Apr 13 13:43:50 2010 - Subject: RE: Macondo TD | Barnhill |
| TREX-01339 | | 3/15/10 | Application for Bypass | Barnhill |
| TREX-01344 | BP-HZN-2179MDL00058858 | 4/3/10 | DWH PPFG Report | Barnhill |
| TREX-01361 | BP-HZN-MBI00253828 | 4/15/10 | E-Mail - From: Guide, John Sent: Thu Apr 15 02:48:20 2010 - Subject: Re: Meeting | Barnhill |
| TREX-01364 | BP-HZN-MBI00222540 - BP-HZN-MBI00222541 | | E-Mail - To: Guide, John - Subject: RE: call | Barnhill |
| TREX-01376 | BP-HZN-BLY00163802 - BP-HZN-BLY00163902 | | Drilling and Well Operations Practice - E&P Defined Operating Practice | Barnhill |
| TREX-01388 | HAL_0010699 - HAL_0010720 HAL_0117330 - HAL_0117351 | 4/15/10 | Macondo #1 - 9 7/8" x 7" Production Casing Design Report - For: Brian Morel | Barnhill |
| TREX-01390 | BP-HZN-MBI00128655 - BP-HZN-MBI00128657 | 4/18/10 | E-Mail - From: Morel, Brian P Sent: Sun Apr 18 13:42:56 2010 - Subject: RE: Lab Tests | Barnhill |
| TREX-01454 | TRN-USCG-MMS-00043810 - TRN-USCG-MMS-00044205 TRN-MDL-00286767 - TRN-MDL-00287162 | | Transocean - Well Control Handbook | Barnhill |
| TREX-01455 | BP-HZN-IIT-0009274 - BP-HZN-IIT-0009279 BP-HZN-MBI00136940 - BP-HZN-MBI00136945 | 4/19/10 | Deepwater Horizon IADC Report | Barnhill |
| TREX-01500 | BP-HZN-2179MDL00414144; BP-HZN-2179MDL00417995 - BP-HZN-2179MDL00417996; BP-HZN-2179MDL00418722 - BP-HZN-2179MDL00418723 | 4/20/10 | Sperry Sun - Surface Time Log E-Mail - From: Greg Navarette Sent: Wed Apr 21 22:02:49 2010 - Subject: Various Logs and ASCII Data | Barnhill |

| | MDL 2179—Transocean<br>Calvin Barnhill Reliance Exhibits | | | |
|---|---|---|---|---|
| **Trial Ex. No.** | **Bates No.** | **Date** | **Subject/Description** | **Expert/Report** |
| TREX-01513 | BP-HZN-2179MDL01016932 - BP-HZN-2179MDL01016950 | | GP 10-15 - Pore Pressure Prediction: Group Practice - BP Group Engineering Technical Practices | Barnhill |
| TREX-01514 | BP-HZN-2179MDL00408027 - BP-HZN-2179MDL00408043 | | GP 10-16 - Pore Pressure Detection During Well Operations: Group Practice - BP Group Engineering Technical Practices | Barnhill |
| TREX-01575 | BP-HZN-2179MDL00408286 - BP-HZN-2179MDL00408296 | 4/16/08 | GP 10-75 - Simultaneous Operations: Group Practice - BP Group Engineering Technical Practices | Barnhill |
| TREX-01690 | BP-HZN-2179MDL00179308 SLB-EC-000909 | | Cost to complete CBL | Barnhill |
| TREX-01692 | | 4/15/11 | MC 252 #1 (Macondo): TD Forward Plan Review: Production Casing & TA Options | Barnhill |
| TREX-01699 | BP-HZN-CEC022145 - BP-HZN-CEC022153 | | MC 252 #1 (Macondo): TD Forward Plan Review: Production Casing & TA Options | Barnhill |
| TREX-01704 | HAL_0011208 - HAL_0011221 | 4/18/10 | Gagliano email to Cocales, Vidrine, Rig, Guide, Morel, Hafle, Walz, etc. re: Updated Info for Prod Casing Job | Barnhill |
| TREX-01721 | BP-HZN-2179MDL00643468 - BP-HZN-2179MDL00643481 | 6/11/08 | GP 10-40 - Drilling Rig Audits and Rig Acceptance: Group Practice - BP Group Engineering Technical Practices | Barnhill |
| TREX-01804 | BP-HZN-SNR00019040 - BP-HZN-SNR00019041 | 4/17/10 | Galiano reply email to Morel, Hafle, Cocales, Walz re: Revised OptiCem Report with additional centralizers (4/17/10) | Barnhill |
| TREX-01809 | BP-HZN-2179MDL00250582 | 4/16/10 | E-Mail - From: Morel, Brian P Sent: Fri Apr 16 20:20:45 2010 -Subject: RE: Cement Procedure | Barnhill |
| TREX-01810 | BP-HZN-2179MDL00249967 - BP-HZN-2179MDL00249987 | 4/15/10 | MC 252 #1 (Macondo): TD forward Plan Review: Production Casing & TA Options | Barnhill |
| TREX-01816 | BP-HZN-BLY00070087 | 4/18/10 | E-Mail - From: Morel, Brian P Sent: Sun Apr 18 17:09:05 2010 - Subject: Re: Negative Test | Barnhill |
| TREX-01919 | APC-SHS2A-000001082 - APC-SHS2A-000001084 | 8/28/09 | BP - Authorization for Expenditure (AFE) to Anadarko | Barnhill |
| TREX-01962 | BP-HZN-BLY00110007 - BP-HZN-BLY00110008 | 4/11/10 | E-Mail - From: Reiter, Doris Sent: Sun Apr 11 14:26:40 2010 - Subject: RE: Macondo Update and Forward Plan Awareness | Barnhill |
| TREX-01967 | BP-HZN-2179MDL00059632 | 4/5/10 | DWH PPFG Report | Barnhill |
| TREX-01968 | BP-HZN-2179MDL00272297 - BP-HZN-2179MDL00272317 | | E-Mail - From: Morel, Brian P Sent: Mon Apr 12 17:57:25 2010 - Subject: Rev 1 Procedure | Barnhill |
| TREX-02010 | BP-HZN-BLY00125127 - BP-HZN-BLY00125135 | 5/24/10 | E-Mail - From: Morel, Brian P Sent: Mon May 24 17:30:01 2010 - Subject: FW: Updated Info for Prod Casing job | Barnhill |
| TREX-02033 | | 6/11/10 | Telephone Interview of Jesse Marc Gagliano | Barnhill |

| | MDL 2179—Transocean<br>Calvin Barnhill Reliance Exhibits | | | |
|---|---|---|---|---|
| **Trial Ex. No.** | **Bates No.** | **Date** | **Subject/Description** | **Expert/Report** |
| TREX-02040 | HAL_0010336 - HAL_0010354 | 4/14/10 | Macondo #1 - 9 7/8" x 7" Production Casing Design Report - For: Brian Morel | Barnhill |
| TREX-02042 | BP-HZN-2179MDL00011184 - BP-HZN-2179MDL00011185 | 4/16/10 | E-Mail - From: Hafle, Mark E Sent: Fri Apr 16 14:30:35 2010 - Subject: RE: Production Casing and Design Proposal & OptiCem Report | Barnhill |
| TREX-02158 | BP-HZN-BLY00130264 - BP-HZN-BLY00130268 | 4/20/10 | Interview of Lee Lambert - 10am April 29, 2010 (with Handwritten Notes) | Barnhill |
| TREX-02200 | BP-HZN-2179MDL01340115 - BP-HZN-2179MDL01340134 | 8/4/04 | bp - NAX - DW Gulf of Mexico Deepwater Well Control Guidelines | Barnhill |
| TREX-02242 | BP-HZN-2179MDL00045111 | 4/13/10 | E-Mail - From: Morel, Brian P Sent: Tue Apr 13 12:13:29 2010 - Subject: FW: Macondo | Barnhill |
| TREX-02386 | BP-HZN-2179MDL00368642 - BP-HZN-2179MDL00368768 | | BP GoM Deepwater SPU - Well Control Response Guide | Barnhill |
| TREX-02389 | BP-HZN-2179MDL00335948 - BP-HZN-2179MDL00336409 | | Well Control Manual - December 2000 Issue 3 | Barnhill |
| TREX-02390 | BP-HZN-2179MDL00336410 - BP-HZN-2179MDL00336757 | | Well Control Manual - December 2000 Issue 3 | Barnhill |
| TREX-02391 | BP-HZN-2179MDL00336758 - BP-HZN-2179MDL00336889 | | Well Control Manual - December 2000 Issue 3 | Barnhill |
| TREX-02580 | HAL_0010648 - HAL_0010650 | 4/15/10 | E-Mail - From: Morel, Brian P Sent: Thursday, April 15, 2010 4:00 PM Subject: RE: OptiCem Report | Barnhill |
| TREX-02584 | BP-HZN-MBI00129068 - BP-HZN-MBI00129069 BPD107-217469 - BPD107-217470 | 4/20/10 | E-Mail - From: Morel, Brian P Sent: Tue Apr 20 14:31:49 2010 - Subject: RE: Circulation | Barnhill |
| TREX-02846 | BP-HZN-2179MDL02319416 - BP-HZN-2179MDL02319419 | | Letter to Naoki Ishii from Michael Beirne dated 3/29/10; Re: Second Supplemental AFE #X2-000X8 | Barnhill |
| TREX-02879 | DWHMX00108110 | 1/27/10 | BP Supplemental Authorization for Expenditure | Barnhill |
| TREX-03036 | BPD106-000592 - BPD106-000608 BP-HZN-BLY00061768 - BP-HZN-BLY00061784 | 5/4/10 | Tabler Tally Book - From Tabler Interview 5/4/10 | Barnhill |
| TREX-03188 | BP-HZN-BLY00061514 - BP-HZN-BLY00061517 | 4/28/10 | Bob Kaluza Interview (marked "Confidential") | Barnhill |
| TREX-03190 | BP-HZN-2179MDL00321874 - BP-HZN-2179MDL00321875 | | E-mail from Patrick L. O'Bryan to Mike Zanghi; Date: April 27, 2010; Subject: RE: Bladder effect | Barnhill |

6

| | MDL 2179—Transocean<br>Calvin Barnhill Reliance Exhibits | | | |
|---|---|---|---|---|
| **Trial Ex. No.** | **Bates No.** | **Date** | **Subject/Description** | **Expert/Report** |
| TREX-03196 | BP-HZN-2179MDL00015194 - BP-HZN-2179MDL00015195 | 4/20/10 | E-mail from Leo Lindner to Robert Kaluza; Subject: Macondo Displacement Procedure (marked "Confidential") | Barnhill |
| TREX-03203 | | | Cathleenia Willis Interview Notes | Barnhill |
| TREX-03375 | BP-HZN-BLY00140873 - BP-HZN-BLY00140910 | | Gulf of Mexico SPU Technical Memorandum Post-Well Subsurface Description of Macondo well (MS 252) | Barnhill |
| TREX-03532 | BP-HZN-OSC00005378 - BP-HZN-OSC00005418 | 7/26/10 | Gulf of Mexico SPU; Technical Memorandum | Barnhill |
| TREX-03538 | BP-HZN-MBI00126430 | 4/13/10 | E-mail string, most recent e-mail from Galina Skripnikova to Robert Bodek, et al., dated Tue Apr 13 16:57:04 2010; Subject: RE: Top hydrocarbon bearing zone? | Barnhill |
| TREX-03540 | | 4/10/10 | Triple Combo Log | Barnhill |
| TREX-03541 | | 4/11/10 | Laminate Sand Analysis | Barnhill |
| TREX-03565 | BP-HZN-BLY00072942 | 4/25/10 | Email from Ronald Sepulvado to John Guide Dated April 25, 2010; Subject: Negative Test, marked as Confidential | Barnhill |
| TREX-03572 | TRN-HCJ-00121085 - TRN-HCJ-00121096 | 4/23/10 | Interview of Robert Kaluza, Well Site Leader, April 23, 2010, marked as Confidential | Barnhill |
| TREX-03576 | BP-HZN-BLY00045995 - BP-HZN-BLY00045999 | 4/25/10 | Notes from Interview of Robert Kaluza by Keith Daigle (marked "Confidential") | Barnhill |
| TREX-03720 | BP-HZN-2179MDL00009604 | 4/5/10 | E-mail from Mr. Bennett to Mr. Albertin, et al., dated April; 05 10:18:37 2010; Subject: Macondo Update 5am | Barnhill |
| TREX-03722 | BP-HZN-2179MDL00025983 | 4/5/10 | E-mail from Mr. Sant to Mr. Albertin, dated April 05 19:41:46 2010; Subject: RE: Macondo Sand pressures | Barnhill |
| TREX-03741 | BP-HZN-2179MDL00426906 and attachment | 4/22/10 | E-mail string, most recent e-mail from Mr. Albertin to Mr. Johnston, et al., dated April 22 02:54:30 2010, Subject: RE: PPFG for Macondo | Barnhill |
| TREX-03808 | | 6/23/11 | Macondo Well Incident Transocean Investigation Report, Volume 1, June 2011 | Barnhill |
| TREX-04006 | BP-HZN-BLY00235651 - BP-HZN-BLY00235660 | | Application for Revised Bypass | Barnhill |
| TREX-04030 | BP-HZN-SNR00000441 - BP-HZN-SNR00000450 | 4/14/10 | Application for Revised Bypass | Barnhill |
| TREX-04044 | BP-HZN-OGR000748 - BP-HZN-OGR000756 | 4/15/10 | Application for Revised Bypass | Barnhill |
| TREX-04045 | BP-HZN-OGR000735 - BP-HZN-OGR000747 | 4/15/10 | Application for Revised Bypass | Barnhill |

| | MDL 2179—Transocean<br>Calvin Barnhill Reliance Exhibits | | | |
|---|---|---|---|---|
| **Trial Ex. No.** | **Bates No.** | **Date** | **Subject/Description** | **Expert/Report** |
| TREX-04223 | BP-HZN-MBI 00126666 - BP-HZN-MBI 00126669 | 4/14/10 | April 9, 10, 12, 14, 2010 E-mail String from David Sims to Kemper Howe and from Jayne Gates to David C Sims and others Subject: Nile and Kaskida 180 day clock, marked as Confidential | Barnhill |
| TREX-04278 | | 1/31/10 - 4/18/10 | Deepwater Horizon IADC Reports | Barnhill |
| TREX-04304 | | 6/23/11 | Macondo Well Incident, Transocean Investigation Report, Volume II (Appendix) | Barnhill |
| TREX-04447 | BP-HZN-BLY00144208 - BP-HZN-BLY00144214 | 7/8/10 | BP Incident Investigation Team - Notes of Interview with Mark Hafle | Barnhill |
| TREX-04506 | BP-HZN-CEC020266 - BPHZN-CEC020275 | 5/10/10 | Brian Morel Interview | Barnhill |
| TREX-04507 | BP-HZN-2179MDL00687582 - BP-HZN-2179MDL00687484 | 3/4/10 | E-mail From Jade Morel to Brian Morel | Barnhill |
| TREX-04538 | BP-HZN-2179MDL03072952 - BP-HZN-2179MDL03072954 | 4/15/10 | BP Drilling & Completions MOC Initiate | Barnhill |
| TREX-04645 | TRN-MDL-02070932 - TRN-MDL-02071196 | | Deepwater Horizon Emergency Response Manual, Volume 2 of 2 | Barnhill |
| TREX-04751 | BP-HZN-CEC008683 - BP-HZN-CEC0008711 | 5/13/09 | Application for Permit to Drill a New Well | Barnhill |
| TREX-04752 | BP-HZN-2179MDL00001748 - BP-HZN-2179MDL00001763 | 3/25/10 | Application for Revised Bypass | Barnhill |
| TREX-04776 | | 4/1/10 - 4/15/10 | BP Macondo MC 252 #1 Daily Geological Report, (marked "Confidential") | Barnhill |
| TREX-07085 | | 7/1/10 | BP Incident Investigation Team -- Notes of Interview with John Guide, July 1, 2010 at BP Westlake 1 at 10:30am CDT; 11 pages | Barnhill |
| TREX-50000 | | 9/23/11 | Expert Report of Calvin Barnhill - Macondo Engineering, Operations and Well Control Response | Barnhill |
| TREX-50000.01 | | 9/23/11 | Attachment A to Expert Report of Calvin Barnhill - Macondo Engineering, Operations and Well Control Response | Barnhill |
| TREX-50000.02 | | 9/23/11 | Attachment B to Expert Report of Calvin Barnhill - Macondo Engineering, Operations and Well Control Response | Barnhill |
| TREX-50000.03 | | 9/23/11 | Attachment C to Expert Report of Calvin Barnhill - Macondo Engineering, Operations and Well Control Response | Barnhill |
| TREX-50000.04 | | 9/23/11 | Attachment D Expert Report of Calvin Barnhill - Macondo Engineering, Operations and Well Control Response | Barnhill |
| TREX-50000.05 | | 9/23/11 | Curriculum Vitae - Calvin Barnhill | Barnhill |
| TREX-50000.06 | | 9/23/11 | Fee Schedule - Calvin Barnhill | Barnhill |

| | MDL 2179—Transocean<br>Calvin Barnhill Reliance Exhibits | | | |
|---|---|---|---|---|
| Trial Ex. No. | Bates No. | Date | Subject/Description | Expert/Report |
| TREX-50000.07 | | 9/23/11 | Materials Considered - Calvin Barnhill | Barnhill |
| TREX-50000.08 | | 9/23/11 | Prior Testimony - Calvin Barnhill | Barnhill |
| TREX-50004 | TRN-INV-00734940 - TRN-INV-00735223 | | Marianas IADC Reports | Barnhill |
| TREX-50005 | TRN-INV-00128817 - TRN-INV-00771652 | | Deepwater Horizon Morning Reports | Barnhill |
| TREX-50006 | M-I 00000003; M-I 00000011 - M-I 00000091; M-I 00001797; M-I 00006194 - M-I 00006297; M-I 00008196 - M-I 00008224; M-I 00008466 - M-I 00008469; BP-HZN-2179MDL00756127; BP-HZN-2179MDL00785999 | | MI-Swaco Synthetic-Based Mud Reports; Associated Bates Ranges for 3/1 - 4/19 | Barnhill |
| TREX-50007 | BP-HZN-2179MDL02423083 | 1/31/10 | BP Daily Drilling Report | Barnhill |
| TREX-50008 | BP-HZN-2179MDL01958188 | 2/1/10 | BP Daily Drilling Report | Barnhill |
| TREX-50009 | BP-HZN-2179MDL01263022 | 2/2/10 | BP Daily Drilling Report | Barnhill |
| TREX-50010 | BP-HZN-2179MDL01263012 | 2/3/10 | BP Daily Drilling Report | Barnhill |
| TREX-50011 | BP-HZN-2179MDL01285576 | 2/4/10 | BP Daily Drilling Report | Barnhill |
| TREX-50012 | BP-HZN-2179MDL01262990 | 2/7/10 | BP Daily Drilling Report | Barnhill |
| TREX-50013 | BP-HZN-2179MDL01262985 | 2/8/10 | BP Daily Drilling Report | Barnhill |
| TREX-50014 | BP-HZN-2179MDL01969331 | 2/9/10 | BP Daily Drilling Report | Barnhill |
| TREX-50015 | BP-HZN-2179MDL02703407 | 2/10/10 | BP Daily Drilling Report | Barnhill |
| TREX-50016 | BP-HZN-2179MDL01899895 | 2/11/10 | BP Daily Drilling Report | Barnhill |
| TREX-50017 | BP-HZN-2179MDL02459652 | 2/12/10 | BP Daily Drilling Report | Barnhill |
| TREX-50018 | BP-HZN-2179MDL01938374 | 2/13/10 | BP Daily Drilling Report | Barnhill |
| TREX-50019 | BP-HZN-2179MDL02669642 | 2/14/10 | BP Daily Drilling Report | Barnhill |
| TREX-50020 | BP-HZN-2179MDL02539254 | 2/15/10 | BP Daily Drilling Report | Barnhill |
| TREX-50021 | BP-HZN-2179MDL02467657 | 2/16/10 | BP Daily Drilling Report | Barnhill |
| TREX-50022 | BP-HZN-2179MDL02042863 | 2/17/10 | BP Daily Drilling Report | Barnhill |
| TREX-50023 | BP-HZN-2179MDL02527614 | 2/18/10 | BP Daily Drilling Report | Barnhill |
| TREX-50024 | BP-HZN-2179MDL03062970 | 2/19/10 | BP Daily Drilling Report | Barnhill |
| TREX-50025 | BP-HZN-2179MDL00006317 | 2/20/10 | BP Daily Drilling Report | Barnhill |
| TREX-50026 | BP-HZN-2179MDL00006262 | 2/21/10 | BP Daily Drilling Report | Barnhill |
| TREX-50027 | BP-HZN-2179MDL02116145 | 2/22/10 | BP Daily Drilling Report | Barnhill |
| TREX-50028 | BP-HZN-2179MDL03775185 | 2/23/10 | BP Daily Drilling Report | Barnhill |

| | MDL 2179—Transocean<br>Calvin Barnhill Reliance Exhibits | | | |
|---|---|---|---|---|
| Trial Ex. No. | Bates No. | Date | Subject/Description | Expert/Report |
| TREX-50029 | BP-HZN-2179MDL03772688 | 2/24/10 | BP Daily Drilling Report | Barnhill |
| TREX-50030 | BP-HZN-2179MDL03772792 | 2/25/10 | BP Daily Drilling Report | Barnhill |
| TREX-50031 | BP-HZN-2179MDL03772385 | 2/26/10 | BP Daily Drilling Report | Barnhill |
| TREX-50032 | BP-HZN-2179MDL03774634 | 2/27/10 | BP Daily Drilling Report | Barnhill |
| TREX-50033 | BP-HZN-2179MDL00001908 | 2/28/10 | BP Daily Drilling Report | Barnhill |
| TREX-50034 | BP-HZN-2179MDL00007499 | 3/1/10 | BP Daily Drilling Report | Barnhill |
| TREX-50035 | BP-HZN-2179MDL03773555 | 3/2/10 | BP Daily Drilling Report | Barnhill |
| TREX-50036 | BP-HZN-2179MDL02912103 | 3/3/10 | BP Daily Drilling Report | Barnhill |
| TREX-50037 | BP-HZN-2179MDL03774080 | 3/4/10 | BP Daily Drilling Report | Barnhill |
| TREX-50038 | BP-HZN-2179MDL03772623 | 3/5/10 | BP Daily Drilling Report | Barnhill |
| TREX-50039 | BP-HZN-2179MDL03773306 | 3/6/10 | BP Daily Drilling Report | Barnhill |
| TREX-50040 | BP-HZN-2179MDL03774758 | 3/7/10 | BP Daily Drilling Report | Barnhill |
| TREX-50041 | BP-HZN-2179MDL02636019 | 3/8/10 | BP Daily Drilling Report | Barnhill |
| TREX-50042 | BP-HZN-2179MDL00032054 | 3/9/10 | BP Daily Drilling Report | Barnhill |
| TREX-50043 | BP-HZN-2179MDL03774558 | 3/10/10 | BP Daily Drilling Report | Barnhill |
| TREX-50044 | BP-HZN-2179MDL03772704 | 3/11/10 | BP Daily Drilling Report | Barnhill |
| TREX-50045 | BP-HZN-2179MDL03773330 | 3/12/10 | BP Daily Drilling Report | Barnhill |
| TREX-50046 | BP-HZN-2179MDL00005599 | 3/13/10 | BP Daily Drilling Report | Barnhill |
| TREX-50047 | BP-HZN-2179MDL03773181 | 3/14/10 | BP Daily Drilling Report | Barnhill |
| TREX-50048 | BP-HZN-2179MDL03774773 | 3/15/10 | BP Daily Drilling Report | Barnhill |
| TREX-50049 | BP-HZN-2179MDL03775291 | 3/16/10 | BP Daily Drilling Report | Barnhill |
| TREX-50050 | BP-HZN-2179MDL03775142 | 3/17/10 | BP Daily Drilling Report | Barnhill |
| TREX-50051 | BP-HZN-2179MDL00014477 | 3/18/10 | BP Daily Drilling Report | Barnhill |
| TREX-50052 | BP-HZN-2179MDL00002849 | 3/19/10 | BP Daily Drilling Report | Barnhill |
| TREX-50053 | BP-HZN-2179MDL00003212 | 3/20/10 | BP Daily Drilling Report | Barnhill |
| TREX-50054 | BP-HZN-2179MDL00024721 | 3/21/10 | BP Daily Drilling Report | Barnhill |
| TREX-50055 | BP-HZN-2179MDL00004855 | 3/22/10 | BP Daily Drilling Report | Barnhill |
| TREX-50056 | BP-HZN-2179MDL01285686 | 3/23/10 | BP Daily Drilling Report | Barnhill |
| TREX-50057 | BP-HZN-2179MDL00016515 | 3/24/10 | BP Daily Drilling Report | Barnhill |
| TREX-50058 | BP-HZN-2179MDL00003061 | 3/25/10 | BP Daily Drilling Report | Barnhill |
| TREX-50059 | BP-HZN-2179MDL00001999 | 3/26/10 | BP Daily Drilling Report | Barnhill |
| TREX-50060 | BP-HZN-2179MDL00002703 | 3/27/10 | BP Daily Drilling Report | Barnhill |
| TREX-50061 | BP-HZN-2179MDL00004326 | 3/28/10 | BP Daily Drilling Report | Barnhill |
| TREX-50062 | BP-HZN-2179MDL00005388 | 3/29/10 | BP Daily Drilling Report | Barnhill |
| TREX-50063 | BP-HZN-2179MDL00002855 | 3/30/10 | BP Daily Drilling Report | Barnhill |
| TREX-50064 | BP-HZN-2179MDL00020996 | 3/31/10 | BP Daily Drilling Report | Barnhill |

| Trial Ex. No. | Bates No. | Date | Subject/Description | Expert/Report |
|---|---|---|---|---|
| | **MDL 2179—Transocean** <br> **Calvin Barnhill Reliance Exhibits** | | | |
| TREX-50065 | BP-HZN-2179MDL00021053 | 4/1/10 | BP Daily Drilling Report | Barnhill |
| TREX-50066 | BP-HZN-2179MDL00010446 | 4/2/10 | BP Daily Drilling Report | Barnhill |
| TREX-50067 | BP-HZN-2179MDL00011493 | 4/3/10 | BP Daily Drilling Report | Barnhill |
| TREX-50068 | BP-HZN-2179MDL00003449 | 4/4/10 | BP Daily Drilling Report | Barnhill |
| TREX-50069 | BP-HZN-2179MDL00007479 | 4/5/10 | BP Daily Drilling Report | Barnhill |
| TREX-50070 | BP-HZN-2179MDL00004095 | 4/6/10 | BP Daily Drilling Report | Barnhill |
| TREX-50071 | BP-HZN-2179MDL03772344 | 4/7/10 | BP Daily Drilling Report | Barnhill |
| TREX-50072 | BP-HZN-2179MDL02055260 | 4/8/10 | BP Daily Drilling Report | Barnhill |
| TREX-50073 | BP-HZN-2179MDL01287507 | 4/9/10 | BP Daily Drilling Report | Barnhill |
| TREX-50074 | BP-HZN-2179MDL01287513 | 4/10/10 | BP Daily Drilling Report | Barnhill |
| TREX-50075 | BP-HZN-2179MDL00001788 | 4/11/10 | BP Daily Drilling Report | Barnhill |
| TREX-50076 | BP-HZN-2179MDL00015911 | 4/12/10 | BP Daily Drilling Report | Barnhill |
| TREX-50077 | BP-HZN-2179MDL03490019 | 4/13/10 | BP Daily Drilling Report | Barnhill |
| TREX-50078 | BP-HZN-2179MDL00002674 | 4/14/10 | BP Daily Drilling Report | Barnhill |
| TREX-50079 | BP-HZN-2179MDL00003614 | 4/15/10 | BP Daily Drilling Report | Barnhill |
| TREX-50080 | BP-HZN-2179MDL00003541 | 4/16/10 | BP Daily Drilling Report | Barnhill |
| TREX-50081 | BP-HZN-2179MDL00005433 | 4/17/10 | BP Daily Drilling Report | Barnhill |
| TREX-50082 | BP-HZN-2179MDL03426590 | 4/18/10 | BP Daily Drilling Report | Barnhill |
| TREX-50083 | BP-HZN-2179MDL00004012 | 4/19/10 | BP Daily Drilling Report | Barnhill |
| TREX-50084 | BP-HZN-2179MDL00058851 | 4/4/10 | DWH PPFG Report | Barnhill |
| TREX-50085 | BP-HZN-BLY00038424 - BP-HZN-BLY00038461 | | Project Spacer | Barnhill |
| TREX-50086 | BP-HZN-2179MDL00062905 - BP-HZN-2179MDL00062912 | 1/12/10 | Application for Revised New Well | Barnhill |
| TREX-50087 | BP-HZN-2179MDL00001449 - BP-HZN-2179MDL00001456 | 1/25/10 | Application for Revised New Well | Barnhill |
| TREX-50088 | BP-HZN-2179MDL00001333 - BP-HZN-2179MDL00001336 | 3/10/10 | Application for Permit to Modify | Barnhill |
| TREX-50089 | BP-HZN-2179MDL00526317 - BP-HZN-2179MDL00526317 | 4/16/10 | Application for Permit to Modify | Barnhill |
| TREX-50090 | BP-HZN-FIN00000501- BP-HZN-FIN00000542 | February 2009 | Initial Exploration Plan: Macondo 252 | Barnhill |
| TREX-50091 | TRN-MDL-01534954 - TRN-MDL-01535172 | February 2009 | September 2009 Drilling Program | Barnhill |
| TREX-50092 | BP-HZN-2179MDL01313651 - BP-HZN-2179MDL01313766 | January 2010 | January 2010 Drilling Program | Barnhill |

| MDL 2179—Transocean Calvin Barnhill Reliance Exhibits |
| Trial Ex. No. | Bates No. | Date | Subject/Description | Expert/Report |
| --- | --- | --- | --- | --- |
| TREX-50093 | BP-HZN-2179MDL00857580 - BP-HZN-2179MDL00857583 | 5/13/10 | 8.5 x 9.875" Open Hole Mud Loss Event Summary by Lebleu to Hafle, Morel, Cocales, Guide, Walz and Sims | Barnhill |
| TREX-50094 | | | Power Point Presentation: Long String v. Liner | Barnhill |
| TREX-50095 | | 5/24/10 | Power Point Presentation; Interim Incident Investigation Power Point presented to the Presidential Commission | Barnhill |
| TREX-50096 | | | Intentionally left blank | Barnhill |
| TREX-50097 | | | Intentionally left blank | Barnhill |
| TREX-50098 | BP-HZN-CEC009003 - BP-HZN-CEC009019 | 1/27/10 | GoM Exploration Wells MC 252 #1 - Macondo Prospect 9-7/8" Casing Interval; TA Procedure Rev. 0 from Morel, et al. | Barnhill |
| TREX-50099 | BP-HZN-MBI00126181 | 4/12/10 | GoM Exploration Wells MC 252 #1 - Macondo Prospect 9-7/8" Casing Interval; TA Procedure Rev. 1 from B. Morel | Barnhill |
| TREX-50100 | BP-HZN-CEC022025 - BP-HZN-CEC022038 | | PowerPoint Presentation for MC 252 #1 Titled: TD Forward Plan Review: Production Casing & TA Options | Barnhill |
| TREX-50101 | BP-HZN-MBI00192560 | 4/14/10 | BP Supplemental Authorization for Expenditure | Barnhill |
| TREX-50102 | BP-HZN-MBI00143255 - BP-HZN-MBI00143257 | 4/7/10 | BP Drilling & Completions MOC Initiate | Barnhill |
| TREX-50103 | BP-HZN-2179MDL00286880 | 3/14/10 | Cocales E-mail to Morel and Hafle re: FIT or LOT for Bypass | Barnhill |
| TREX-50104 | BP-HZN-MBI00059411 - BP-HZN-MBI00059412 | 3/24/09 | Sims E-mail to Peijs and Hafle re: Macondo production liner cost | Barnhill |
| TREX-50105 | BP-HZN-CEC021880 - BP-HZN-CEC021883 | 3/25/10 | E-mail from Morel to A. Crane (BP) Re: Long String Cost Savings | Barnhill |
| TREX-50106 | | 3/29/10 | Morel Reply E-mail to Gagliano Re: Cementing Liner Proposal | Barnhill |
| TREX-50107 | | 3/29/10 | Cocales Reply E-mail to Morel's 2:08 pm E-mail Re: Cementing Liner Proposal, cc: Gagliano, Guide, Hafle | Barnhill |
| TREX-50108 | BP-HZN-CEC021948 - BP-HZN-CEC021949 | 3/30/10 | Email from Morel to S. Dobbs (BP Engineer) re: Long String Choice | Barnhill |
| TREX-50109 | | | Intentionally left blank | Barnhill |
| TREX-50110 | BP-HZN-2179MDL00007611 - BP-HZN-2179MDL00007614 | 4/5/10 | R. Sant E-mail to B. Morel and M. Albertin and Bodek, Bellow, et. al. re: Macondo Sand Pressures | Barnhill |
| TREX-50111 | BP-HZN-2179MDL01313256 - BP-HZN-2179MDL01313257 | 4/19/10 | Hafle E-mail to Krauss (Baker Hughes) and Morel Re: GT Plug Standby | Barnhill |
| TREX-50112 | | 4/20/10 | Chaisson email to Gagliano re: cementing job and Post Job Report | Barnhill |
| TREX-50113 | | | Intentionally left blank | Barnhill |
| TREX-50114 | BP-HZN-MBI00195376 | 4/20/10 | Morel E-mail to Guide, Hafle, Cocales, Walz, and Sims Re: Cement Job | Barnhill |

| | MDL 2179—Transocean<br>Calvin Barnhill Reliance Exhibits | | | |
|---|---|---|---|---|
| **Trial Ex. No.** | **Bates No.** | **Date** | **Subject/Description** | **Expert/Report** |
| TREX-50115 | BP-HZN-MBI00021237 - BP-HZN-MBI00021282 | 4/20/10 | Morel E-mail to Vidrine, Kaluza, Lambert, Lee, Guide, Hafle, Cocales, Walz Re: Ops Note for Coming Days and Negative Pressure Test | Barnhill |
| TREX-50116 | | | Intentionally left blank | Barnhill |
| TREX-50117 | BP-HZN-MBI00127490 | 4/15/10 | Morel email to Walz, Cocales, Hafle, Guide re: Negative test and mud displacement | Barnhill |
| TREX-50118 | | | Intentionally left blank | Barnhill |
| TREX-50119 | BP-HZN-MBI00114524 - BP-HZN-MBI00114526 | 3/24/10 | I. Little and J. Guide E-mails Re: TO DWH Performance Feedback | Barnhill |
| TREX-50120 | TRN-USCG_MMS-00044376 | 4/2/10 | J. Guide E-mail to P. Johnson and Others Re: DWH 1 Yr. Recordable Free | Barnhill |
| TREX-50121 | BP-HZN-2179MDL00014441 - BP-HZN-2179MDL00014447 | 4/9/10 | Sims E-mail to Kemper Howe, Frazelle, Rich, Sprague, O'Bryan, Guide, Walz, et al. Re: Nile and Kaskida 180 Day Clock | Barnhill |
| TREX-50122 | BP-HZN-CEC021857 | 4/14/10 | E-mail Reply from Miller to Morel and Hafle Re: Macondo APB | Barnhill |
| TREX-50123 | BP-HZN-2179MDL00452491 - BP-HZN-2179MDL00452492 | 4/30/10 | J. Lobule E-mail to Morel, Hafle, Walz, et al Re: Background LCM | Barnhill |
| TREX-50124 | BP-HZN-BLY00111079 - BP-HZN-BLY00111080 | 4/18/10 | Reply from Walz to More, Hafle, Cocales, and Guide re: problems w/ Gagliano and cement testing | Barnhill |
| TREX-50125 | BP-HZN-BLY00069231 - BP-HZN-BLY00069234 | 4/16/10 | Morel E-mail to S Dobbs (BP Completions), Walz, et al Re: LS | Barnhill |
| TREX-50126 | BP-HZN-SNR00019270 - BP-HZN-SNR00019272 | 4/16/10 | Walz Reply E-mail to Morel (from 18:19), Cocales, Hafle Re: Cement Procedure | Barnhill |
| TREX-50127 | | | DWH Specifications Sheets Provided on Transocean's Website | Barnhill |
| TREX-50128 | | | Rig Schematics Obtained from Various Investigation Reports | Barnhill |
| TREX-50129 | | 8/24/07 | IADC Well Control Accreditation Program - Program Number W726 | Barnhill |
| TREX-50130 | | | Certificate of Accreditation: Transocean Houston Training Center | Barnhill |
| TREX-50131 | | | Approved Instructor Certificates for Transocean Houston Training Center | Barnhill |
| TREX-50132 | | | Training Certificates: Jimmy Harrell | Barnhill |
| TREX-50133 | | | Training Certificates: Miles "Randy" Ezell | Barnhill |
| TREX-50134 | | | Training Certificates: Jason Anderson | Barnhill |
| TREX-50135 | | | Training Certificates: Dewey Revette | Barnhill |
| TREX-50136 | | | Training Certificates: Donald Clark | Barnhill |
| TREX-50137 | | | Training Certificates: Stephen Curtis | Barnhill |
| TREX-50138 | HAL_0010592 - HAL_0010611 | 4/15/10 | Macondo # 1 9 7/8 x 7 Production Casing Design Report - For: Brian Morel | Barnhill |

| \ | MDL 2179—Transocean<br>Calvin Barnhill Reliance Exhibits | | | |
|---|---|---|---|---|
| **Trial Ex. No.** | **Bates No.** | **Date** | **Subject/Description** | **Expert/Report** |
| TREX-50139 | BP-HZN-CEC011444 - BP-HZN-CEC011445 | 4/17/10 | 9 7/8 x 7 Production Casing Proposal | Barnhill |
| TREX-50140 | BP-HZN-CEC008381 - BP-HZN-CEC008382 | 4/18/10 | 9 7/8 x 7 Production Casing Proposal | Barnhill |
| TREX-50141 | BP-HZN-MBI00010586 - BP-HZN-MBI00010693 | 9/28/09 | Drilling Fluids Proposal Prepared by Blake Redd | Barnhill |
| TREX-50142 | | | Weatherford Float Collar Schematic | Barnhill |
| TREX-50143 | SLBEC000001 - SLBEC0000005 | | Schlumberger Timeline | Barnhill |