| | MDL 2179—Transocean<br>Greg Childs Reliance Exhibits | | | |
|---|---|---|---|---|
| **Trial Ex. No.** | **Bates No.** | **Date** | **Subject/Description** | **Expert/Report** |
| TREX-0001 | BP-HZN-BLY0000001 - BP-HZN-BLY0000193 | 9/8/10 | BP Deepwater Accident Investigation Report (Bly Report) | Childs |
| TREX-00215 | BP-HZN-2159MDL00408005 - BP-HZN-2159MDL00408026 | 8/25/09 | BP GP 10-10, Well Control Group Practice | Childs |
| TREX-00274 | BP-HZN-MBI00037507 - BP-HZN-MBI00037508 | 7/17/07 | E-mail from David Sims stating that he can't point to anything TO has done wrong to cause BOP ram failures | Childs |
| TREX-00590 | TRN-USCG_MMS-00043810<br>TRN-USCG_MMS-00044078 - TRN-USCG_MMS-00044107<br>TRN-MDL-00286767<br>TRN-USCG_MMS-000287035 - TRN-USCG_MMS-000287064 | | Transocean Well Control Handbook | Childs |
| TREX-01159 | TRN-USCG_MMS-00038807 - TRN-USCG_MMS-00038854 | 4/20/10 | Event Log | Childs |
| TREX-01164 | | 3/20/11 | DNV Final Report Related to Forensic Examination of Deepwater Horizon Blowout Preventer, Volume I | Childs |
| TREX-01165 | | 3/20/11 | DNV Final Report Related to Forensic Examination of Deepwater Horizon Blowout Preventer, Volume II; Appendices | Childs |
| TREX-01168 | | | 30 C.F.R. § 250.446 | Childs |
| TREX-01169 | | | American Petroleum Institute Recommended Practices 53 | Childs |
| TREX-01172 | TRN-HCJ-00122173 - TRN-HCJ-00122175<br>TRN-MDL-00266675 - TRN-MDL-00266678 | | Deepwater Horizon BOP Major Component Refurbishment and Major Maintenance Completed | Childs |
| TREX-01173 | TRN-HCJ-00122186 - TRN-HCJ-122189<br>TRN-MDL-002666688 - TRN-MDL-00266691 | | Deepwater Horizon Rig Move Maintenance Review | Childs |
| TREX-01176 | TRN-HCJ-00127855 - TRN-HCJ-0027860<br>TRN-MDL-00272357 - TRN-MDL-00272362 | | Horizon Ram Cavity and Ram Block Measurement History | Childs |
| TREX-01183 | BP-HZN-2179MDL00751677 - BP-HZN-2179MDL00751690 | June 2010 | E-mail from Billy Stringfellow Attaching DNV Recertification of BOP | Childs |
| TREX-01193 | | February 2010 | Rig Move Work List | Childs |

| **MDL 2179—Transocean Greg Childs Reliance Exhibits** |
|---|---|---|---|---|
| **Trial Ex. No.** | **Bates No.** | **Date** | **Subject/Description** | **Expert/Report** |
| TREX-01199 | CAM_CIV_0003181 – CAM_CIV_0003190 | 1/1/08 | Cameron EB 702 D – Shearing Capabilities of Shear Rams | Childs |
| TREX-01300 | | September 2004 | West Engineering Shear Ram Capabilities Study | Childs |
| TREX-01356 | BP-HZN-2179MDL00259139 BP-HZN-2179MDL00259157 - BP-HZN-2179MDL00259159 | 12/9/1998 | Drilling Contract, RBS-8D Semisubmersible Drilling Unit, between Vastar Resources, Incorporated and R&B Falcon Drilling, Contract No. 980249 | Childs |
| TREX-01868 | BP-HZN-BLY00087011 - BP-HZN-BLY00087015 | 5/1/10 | Email from Steve Robinson to James Wetherbee addressing BOP Switching Failures | Childs |
| TREX-01869 | BP-HZN-BLY00294826 - BP-HZN-BLY00294833 | | Application for Revised New Well | Childs |
| TREX-01870 | TRN-HCEC-00077244 - TRN-HCEC-00077250 TRN-MDL-00118981 - TRN-MDL-00118987 | 3/14/06 | Transocean Change Proposal, MOC SS-016 | Childs |
| TREX-01876 | BP-HZN-OIG00045764 - BP-HZN-OIG00045784 | 8/25/09 | BP GP 10-10, Well Control Group Practice | Childs |
| TREX-01878 | BP-HZN-BLY00000141 - BP-HZN-BLY00000180 BP-HZN-BLY00299387 - BP-HZN-BLY00299393 BP-HZN-BLY00000758 - BP-HZN-BLY00000760 | | Bly Report, Analysis 5D.  The Blowout Preventer Did Not Seal the Well | Childs |
| TREX-01880 | BP-HZN-BLY00296547 - BP-HZN-BLY00296548 | | Solenoid 103 – Did it Really Fail? | Childs |
| TREX-01890 | BP-HZN-CEC029558 - BP-HZN-CEC029566 | 6/30/03 | BP Incident Report: Drift Off and Emergency Riser Disconnect | Childs |
| TREX-01896 | BP-HZN-2179MDL00000884 - BP-HZN-2179MDL00000911 | | Application for Permit to Drill a New Well | Childs |
| TREX-03124 | | 4/30/11 | DNV Addendum to Final Report Related to Forensic Examination of Deepwater Horizon Blowout Preventer | Childs |
| TREX-03130 | 016862 - 016902 | | Laboratory Notebook from DNV Testing | Childs |
| TREX-03139 | | 5/27/11 | DNV, Solenoid 103 Original Wiring Connections | Childs |
| TREX-03148 | | 6/15/11 | DNV Phase I Test Data; Dugal-Whitehead, N., Test Preparation Sheet-Test of Blue SEM Batteries | Childs |

| Trial Ex. No. | Bates No. | Date | Subject/Description | Expert/Report |
|---|---|---|---|---|
|  | **MDL 2179—Transocean** **Greg Childs Reliance Exhibits** | | | |
| TREX-03167 | CAM_CIV_0225658 - CAM_CIV_0225660 | 5/14/10 | E-mail from David McWhorter Re Shear Testing | |
| TREX-03168 | CAM_CIV_0012630 | 6/21/07 | Cameron Product Advisory #12114, EB 702 D Update Regarding Shearing Capabilities of Cameron Shear Rams | Childs |
| TREX-03175 | CAM_CIV_0130520 - CAM_CIV_0130521 | 3/31/11 | Cameron Safety Alert 22070, DNV Issues Final Report for U.S. Department of the Interior, Forensic Examination of the Deepwater Horizon Blowout Preventer | Childs |
| TREX-03259 | TRN-MDL-01120767 - TRN-MDL-01120777 | 5/16/07 | Transocean Subsea Maintenance Philosophy | Childs |
| TREX-03276 | TRN-MDL-01086873 - TRN-MDL-01086874 | 6/18/10 | Letter from Pharr Smith Related to Transocean's BOP Maintenance Philosophy | Childs |
| TREX-03279 | TRN-MDL-01119375 - TRN-MDL-01119381 | 8/31/10 | E-mail from Pharr Smith to Rob Turlak Re Recertification | Childs |
| TREX-03298 | TRN-MDL-00494920 - TRN-MDL-00495005 | 3/18/03 | WEST Engineering Services, Inc. Evaluation of Secondary Intervention Methods in Well Control for US Minerals Management Service | Childs |
| TREX-03335 | TRN-INV-00103130 - TRN-INV-00103136 | 3/14/06 | Transocean – Change Proposal SS-016; Approved | Childs |
| TREX-03343 | TRN-HCEC-00007822 - TRN-HCEC-00008055 | September 2000 | Deepwater Horizon TL BOP Stack Operation & Maintenance Manual, Initial Release, Rev. A | Childs |
| TREX-03602 | CAM_CIV_0046703 - CAM_CIV_0046721 | 5/26/10 | Cameron Controls, Daily Report Sheet, Subsea Pod Intervention, Horizon, BP | Childs |
| TREX-03605 | CAM_CIV_0003275 - CAM_CIV_0003276 | 9/8/04 | Cameron EB 891 D: AMF/Deadman Battery Replacement | Childs |
| TREX-03795 | TRN-INV-01523282 - TRN-INV-01523284 | 10/25/10 | E-mail from Geoff Boughton Re Weekly Report from Michoud | Childs |
| TREX-03797 | TRN-INV-01798503 - TRN-INV-01798507 | 5/9/10 | E-mail from Ron Guidry Re Solenoid Repair and Replacement | Childs |
| TREX-03798 | TRN-MDL-01547899 - TRN-MDL-01547905 | 9/9/02 | Transocean Technical Bulletin – Instructions for Rebuilding Cameron Controls Solenoid Valve | Childs |
| TREX-03808 | | June 2011 | Transocean Investigation Report Volume I | Childs |
| TREX-03948 | | | Event Timeline | Childs |
| TREX-03952 | CAM_CIV_0012821 | 10/16/07 | Cameron EB 895D: Operating Pressure General Recommendations for Annular BOPs | Childs |

| | MDL 2179—Transocean<br>Greg Childs Reliance Exhibits | | | |
|---|---|---|---|---|
| **Trial Ex. No.** | **Bates No.** | **Date** | **Subject/Description** | **Expert/Report** |
| TREX-03954 | BP-HZN-JIT0007175<br>BP-HZN-2179MDL01155979 | | Shear Calculation Spreadsheet | Childs |
| TREX-03976 | | 10/28/08 | Cameron Engineering Report Abstract | Childs |
| TREX-03977 | BP-HZN-BLY00362322 | | Table Containing Shear Data for Tubulars | Childs |
| TREX-04100 | BP-HZN-CEC029828 -<br>BP-HZN-CEC029829 | 8/24/06 | E-mail from G. Coltrin Re BOP Shear Rams with Shear Data Attached | Childs |
| TREX-04101 | BP-HZN-BLY00103459 -<br>BP-HZN-BLY00103461 | 7/21/10 | E-mail from T. Knudsen Re BOP Shear Rams with Shear Data | Childs |
| TREX-04104 | BP-HZN-BLY00353998 -<br>BP-HZN-BLY00354001 | 7/28/10 | Terms of Reference – Establishing BOP Shear Capabilities | Childs |
| TREX-04112 | BP-HZN-MBI00021461 -<br>BP-HZN-MBI00021464<br>BP-HZN-MBI00021479 -<br>BP-HZN-MBI00021480<br>BP-HZN-MBI00021507 -<br>BP-HZN-MBI00021509<br>BP-HZN-MBI00021538 -<br>BP-HZN-MBI00021547 | 12/9/98 | Drilling Contract, Vastar and R&B Falcon | Childs |
| TREX-04304 | | 6/1/11 | Macondo Well Incident, Transocean Investigation Report, Volume II | Childs |
| TREX-04306 | TRN-INV-01747000 -<br>TRN-INV-017470001 | 5/13/10 | E-mail from P. Smith Re MUX Batteries | Childs |
| TREX-04423 | BP-HZN-2179MDL03106206 -<br>BP-HZN-2179MDL03106207 | 11/14/01 | Email from Michael Byrd to Curtis Jackson and Don Weisinger | Childs |
| TREX-07001 | | 10/30/98 | Cameron EB 852D: Shear Ram Product Line | Childs |
| TREX-07003 | | 10/10/06 | West Engineering Services: Using BOP at Pressures in Excess of Rated Working Pressure | Childs |
| TREX-07004 | BP-HZN-BLY00063678 | | BP Gulf of Mexico – MMS APD Worksheet | Childs |
| TREX-07008 | | | Erwin Shearing Calculations | Childs |
| TREX-07013 | | 5/24/11 | DNV: Test procedure for wiring of Solenoid 103Y | Childs |
| TREX-07025 | CAM_CIV_0079411 – 79413 | 11/11/09 | Cameron Customer Contact Report re EB 902D presentation | Childs |
| TREX-07030 | CAM_CIV_0012825 – 12829 | 2/25/09 | Cameron EB 902D: Inspection and Recertification | Childs |
| TREX-33008 | DNV007-000191<br>DNV007- 000193 | 2/28/11 | DNV Phase I Test Data; Dugal-Whitehead, N., Test Preparation Sheet – BOP Solenoid Drop Out and Pick Voltage Test of Yellow Pod 3A Solenoid | Childs |

| | MDL 2179—Transocean<br>Greg Childs Reliance Exhibits | | | |
|---|---|---|---|---|
| **Trial Ex. No.** | **Bates No.** | **Date** | **Subject/Description** | **Expert/Report** |
| TREX-33020 | | 3/1/11 | DNV Phase I Test Data; Dugal-Whitehead, N., Test Preparation Loaded Battery Summary Data Test of Deepwater Horizon Blowout Preventer Batteries – Yellow | Childs |
| TREX-50001 | | 9/23/10 | Expert Report of Greg Childs - Blowout Preventer (BOP) | Childs |
| TREX-50001.01 | | | Attachment A to Greg Childs' Report - Cameron EB 702 D, Rev B10, Shearing Capabilities of Cameron Shear Rams | Childs |
| TREX-50001.02 | | | Attachment B to Greg Childs' Report - Cameron EB702 Shear Calculations Summary by Greg Childs | Childs |
| TREX-50001.03 | | | Attachment C to Greg Childs' Report - Cameron EB 702 D, Rev B10, Shearing Capabilities of Cameron Shear Rams | Childs |
| TREX-50001.04 | | | Curriculum Vitae of E.G.(Greg) Childs, P.E. | Childs |
| TREX-50001.05 | | | Figure 1: Cutaway View of Deepwater Horizon BOP Stack Components | Childs |
| TREX-50001.06 | | | Figure 2: Cameron Blind Shear Rams, Known as Shearing Blind Rams, are Designed to Shear Drill Pipe and Seal the Wellbore | Childs |
| TREX-50001.07 | | | Figure 3: Cameron SBR Shown Closed Against 5.5" Drill Pipe; Upper Blade on the Left, Lower on the Right | Childs |
| TREX-50001.08 | | | Figure 4: Cameron Casing Shear Rams, Known as Super Shear Rams, are Designed to Shear Casing and Larger Tubulars But Do Not Seal the Wellbore | Childs |
| TREX-50001.09 | | | Figure 5: Drill Pipe Tool Joint Lifted by Flow into the Upper Annular BOP Element | Childs |
| TREX-50001.10 | | | Figure 6: Illustration and Photograph of Drill Pipe Tool Joint Erosion in the Upper Annular (Photograph Taken During Forensic Examination at Michoud) | Childs |
| TREX-50001.11 | | | Figure 7: Photograph of Eroded Drill Pipe Tool Joint from the Upper Annular (at Michoud) | Childs |
| TREX-50001.12 | | | Figure 8: DNV's Three Dimensional Scans of the Drill Pipe Tool Joint from the Upper Annular | Childs |
| TREX-50001.13 | | | Figure 9: DNV's Illustration of the Drill Pipe Bowed in the Wellbore. The Oval Represents the Blind Shear Ram Cavity. | Childs |
| TREX-50001.14 | | | Figure 10: Rupture of the Drill Pipe at the Upper Annular | Childs |
| TREX-50001.15 | | | Figure 11: Tensile Failure of the Drill Pipe at the Upper Annular | Childs |

| | MDL 2179—Transocean<br>Greg Childs Reliance Exhibits | | | |
|---|---|---|---|---|
| **Trial Ex. No.** | **Bates No.** | **Date** | **Subject/Description** | **Expert/Report** |
| TREX-50001.16 | | | Figure 12: Eroded BOP Body Area at the Blind Shear Ram | Childs |
| TREX-50001.17 | | | Figure 13: Sheared Drill Pipe Forced Through the Upper Annular | Childs |
| TREX-50001.18 | | | Figure 14: Final Position of the Riser | Childs |
| TREX-50001.19 | | | Figure 15: Stress' graph showing the upward load on the drill pipe starting at 21:39.<br>The load at 21:43:40 when the annular was closed begins to exceed the drill pipe weight. | Childs |
| TREX-50001.20 | | | Figure 16: Cameron SBR Closing on the Drill Pipe That Was Forced Off-Center | Childs |
| TREX-50001.21 | | | Figure 17: DNV's Comparison of the Recovered Drill Pipe Segments and Final Model<br>(Left – Viewed facing the Upper BSR Block; Right – Viewed facing Lower | Childs |
| TREX-50001.22 | | | Figure 18: Left illustration depicts DNV's model of what the drill pipe could have looked like. The middle illustration is a model of the actual drill pipe with the foldover section not shown. The right-most illustration is the laser model showing final deformations on the drill pipe. | Childs |
| TREX-50001.23 | | | Figure 19: Erosion Damage of the Blind Shear Ram Blocks and the Wellbore.<br>(The image on the left is viewed from the kill side, while the image on the right is from the opposite direction.) | Childs |
| TREX-50001.24 | | | Figure 20: DNV Models Showing Drill Pipe Position and Standoff Between the Upper and Lower Blind Shear Ram Blocks | Childs |
| TREX-50001.25 | | | Figure 21: DNV's Blind Shear Ram Model Showing the 2.2 Inch Standoff Between the Lower Blade and the Blade Packer | Childs |
| TREX-50001.26 | BP-HZN-OIG00045778 | | Figure 22: Excerpt from BP's Best Practices Manual, GP 10-10. | Childs |
| TREX-50001.27 | | | Figure 23: Position of the Blind Shear Rams and VBRs Following AMF Activation | |
| TREX-50001.28 | | | Figure 24: Blind Shear Ram ST Lock in the Locked Position Following AMF Activation | Childs |
| TREX-50001.29 | | | Figure 25: Data Acquisition Screen Shot from DNV Testing, June 6, 2011, Showing the Pulse Timing. | Childs |
| TREX-50144 | TRN-INV-01827692 | 3/8/11 | Investigation Ticket – Determine if shearing capability prevented shearing and sealing of the well | Childs |

| | MDL 2179—Transocean<br>Greg Childs Reliance Exhibits | | | |
|---|---|---|---|---|
| **Trial Ex. No.** | **Bates No.** | **Date** | **Subject/Description** | **Expert/Report** |
| TREX-50145 | TRN-INV-03405383 | 1/14/11 | Investigation Ticket – Were maintenance and operations carried out per the U.S. Regulations (CFR) requirements? | Childs |
| TREX-50146 | TRN-MDL-02791081 - TRN-MDL-02791089 | | E-mail from G. Childs to M. Thibodeaux with attached excerpt from 30 CFR Part 250 referencing API.doc | Childs |
| TREX-50147 | | | RMS II Maintenance Plan – Mark II Pod PMs | Childs |
| TREX-50148 | | December 1997 | American Petroleum Institute, Specification for Drill Through Equipment, 16A, 2nd Edition | Childs |
| TREX-50149 | | July 2004 | American Petroleum Institute, Specification for Control Systems for Drilling Well Control Equipment and Control Systems for Diverter Equipment, 16D, 2nd Edition | Childs |
| TREX-50150 | | 4/27/11 | Stress Engineering Services Inc. Hydraulic Analysis of Macondo #252 Well Prior to Incident of April 20, 2010, Revision 1 | Childs |
| TREX-50151 | | May 2011 | Stress Engineering Services Inc. Structural Analysis of the Macondo #252 Work String | Childs |
| TREX-50152 | | 4/5/10 - 4/15/10<br>4/15/10 - 4/20/10 | Sperry Drilling Services' Data Logs | Childs |
| TREX-50153 | | | INTENTIONALLY LEFT BLANK | Childs |
| TREX-50154 | TRN-INV-00895140 | 5/26/10 | BPTODDI, ERC E-mail to James Bjornstad, et al. | Childs |
| TREX-50155 | | | INTENTIONALLY LEFT BLANK | Childs |
| TREX-50156 | | September 2010 | Expro and Oceaneering Video Taken in the Bore of the BOP on Board the Q4000 | Childs |
| TREX-50157 | TRN-INV-01841838 | 6/25/08 | Letter from Nick Wetzel, U.S. Department of the Interior, to BP | Childs |
| TREX-50158 | TRN-INV-01877450 - TRN-INV-01877478 | 3/24/11 | Assembly and Test Procedure for Cameron Solenoid Valves | Childs |
| TREX-50159 | BP-HZN-2179MDL00161053 - BP-HZN-2179MDL00161067 | 3/15/10 | Application for Bypass | Childs |
| TREX-50160 | | | 30 C.F.R. § 250.447 to 250.449 | Childs |
| TREX-50161 | BP-HZN-MBI00135226 - BP-HZN-MBI00135227 | 2/23/10 | Daily Operations Report | Childs |
| TREX-50162 | | 4/26/10 | Boa Subsea Daily Log | Childs |
| TREX-50163 | CAM_CIV_0003105 - CAM_CIV_0003106 | 11/11/2009 | Cameron Safety Alert 22258, Reduced Fatigue Life of Packer | Childs |
| TREX-50164 | TRN-INV-00125021 - TRN-INV-00125032 | 2/10/10 - 2/11/10 | Deepwater Horizon BOP Subsea Hydrostatic Test, Well Number MC252, Macondo #1 | Childs |
| TREX-50165 | | 8/4/11 - 8/6/11 | Testing Notes from Transocean Internal Investigation | Childs |

| | MDL 2179—Transocean<br>Greg Childs Reliance Exhibits | | | |
|---|---|---|---|---|
| **Trial Ex. No.** | **Bates No.** | **Date** | **Subject/Description** | **Expert/Report** |
| TREX-50166 | TRN-INV-03489816 - TRN-INV-03489826 | 2/25/11 | DNV Phase I Test Data; Dugal-Whitehead, N., Test Preparation Sheet – BOP Solenoid Drop Out and Pick Voltage Test | Childs |
| TREX-50167 | TRN-MDL-02806164 - TRN-MDL-02806169 | 9/20/10 | Email from Ewen Florence to Philippe Leclerc re: Cameron Accumulators true volume | Childs |
| TREX-50168 | TRN-MDL-02795251 - TRN-MDL-02795255 | 5/9/2010 | Email from Geoff Boughtton to Ronald Guidry re: Issue on the Horizon with PIE Connectors | Childs |
| TREX-50169 | TRN-INV-02853662 - TRN-INV-02853668 | 2/9/2011 | DWH SEM Battery change outs | Childs |