**MDL 2179—Transocean**
**Rimkus Reliance Exhibits**

| Trial Ex. No. | Bates No. | Date | Subject/Description | Expert/Report |
|---|---|---|---|---|
| TREX-04248 | | 6/23/11 | Macondo Well Incident, Transocean Investigation Report, Volume I | Rimkus |
| TREX-04304 | | 6/23/11 | Macondo Well Incident, Transocean Investigation Report, Volume II | Rimkus |
| TREX-50002 | | | Expert Report of Robert M. Scates, Ph. D and John S. Roberts, Ph. D. - Gas Dispersion and Ignition | Rimkus |
| TREX-50002.01 | | 9/16/11 | Model of the Gas Dispersion from the Deepwater Horizon (Ansys Fluent 12.1 (3d, pbns, SPE, rke, transient), Page 3 | Rimkus |
| TREX-50002.02 | | | Gas Dispersion Model, Page 7 | Rimkus |
| TREX-50002.03 | | 9/23/11 | Attachment A to Scates/Roberts Expert Report - Results of Gas Dispersion Modeling | Rimkus |
| TREX-50002.04 | | 9/23/11 | Attachment B to Scates/Roberts Expert Report - Wind Measurements | Rimkus |
| TREX-50002.05 | | 9/23/11 | Attachment C to Scates/Roberts Expert Report - Vented Hydrocarbon Composition | Rimkus |
| TREX-50002.06 | | 9/23/11 | Attachment D to Scates/Roberts Expert Report - Total Emission Flow and Emission Point Flow Distribution | Rimkus |
| TREX-50002.07 | | 9/23/11 | Attachment E to Scates/Roberts Expert Report - Supply and Exhaust Fan Flows | Rimkus |
| TREX-50002.08 | | 9/23/11 | Attachment F to Scates/Roberts Expert Report - Location of Individuals | Rimkus |
| TREX-50002.09 | | 9/16/11 | Attachment G to Scates/Roberts Expert Report - Hazard Ratings of Areas | Rimkus |
| TREX-50002.10 | | 9/23/11 | Attachment H to Scates/Roberts Expert Report - Location of Combustible Gas Sensors | Rimkus |
| TREX-50002.11 | | 9/23/11 | Attachment I to Scates/Roberts Expert Report - Location of Air Intakes | Rimkus |
| TREX-50002.12 | | 9/23/11 | Attachment J to Scates/Roberts Expert Report - Wartsila Document Regarding Engine Overspeed Devices | Rimkus |
| TREX-50002.13 | | 9/23/11 | Attachment K to Scates/Roberts Expert Report - Damage to Each Deck as Documented by Deepwater Horizon Personnel | Rimkus |
| TREX-50002.14 | | 9/23/11 | Curriculum Vitae of Robert M. Scates, Ph.D | Rimkus |
| TREX-50002.15 | | 9/23/11 | Curriculum Vitae of John S. Roberts, Ph. D | Rimkus |
| TREX-50170 | | 2004 | A.C. Ely, “Improved Modeling of Sub-grid Pipework within a CFD Flow Simulation,” Master of Science Thesis, University of Leeds, 2004. | Rimkus |

| MDL 2179—Transocean<br>Rimkus Reliance Exhibits | | | | |
|---|---|---|---|---|
| **Trial Ex. No.** | **Bates No.** | **Date** | **Subject/Description** | **Expert/Report** |
| TREX-50171 | | 10/1/11 | Ma Qingchun, and Zhang Laibin, "CFD Simulation Study on Gas Dispersion for Risk Assessment: A Case Study of Sour Gas Well Blowout," Safety Science Volume 49, Issues 8-9, October 2011, Pages 1289-1295. | Rimkus |
| TREX-50172 | | 2009 | Pieter Wesseling, "Principles of Computational Fluid Dynamics," 2009. | Rimkus |
| TREX-50173 | | 2006 | David C. Wilcox, "Turbulence Modeling for CFD," Third Edition, 2006. | Rimkus |
| TREX-50174 | | 1991 | R.V.A. Oliemans, "Computational Fluid Dynamics for the Petrochemical Process Industry," 1991. | Rimkus |
| TREX-50175 | | July 2009 | G. S. Denton, “CFD Simulation of Highly Transient Flows,” Ph.D. Thesis, Department of Chemical Engineering, University College of London, July 2009. | Rimkus |
| TREX-50176 | | | ANSYS Fluid Dynamic Verification Manual | Rimkus |
| TREX-50177 | | | ANSYS Fluent Getting Started Manual | Rimkus |
| TREX-50178 | | | ANSYS Fluent Theory Guide | Rimkus |
| TREX-50179 | | | ANSYS Fluent Users Guide | Rimkus |
| TREX-50180 | | 4/20/10 | Deepwater Horizon, Marine Department Current Report, April 20, 2010 (1730) | Rimkus |
| TREX-50181 | TRN-MDL-01632591 - TRN-MDL-01632658 | 2006 | Deepwater Horizon Bridge Procedures Guide, 2006 | Rimkus |
| TREX-50182 | TRN-INV-01998485 - TRN-INV-01998487 | | Deepwater Horizon Wind Speed Scaling Spreadsheet | Rimkus |
| TREX-50183 | | | Joint World Meteorological – Intergovernmental Oceanic Commission of Unesco, Technical Commission for Oceanography and Marine Meteorologist Observations Programme Area, Observing System Monitoring Center (OSMC), www.osmc.noaa.gov (accessed August 9, 2011) | Rimkus |
| TREX-50184 | | | National Oceanic and Atmospheric Administration’s National Data Bouy Center, Measurement Descriptions and Units, www.ndbc.noaa.gov/measdes.shtml (accessed August 9, 2011) | Rimkus |
| TREX-50185 | TRN-MDL-00488950 TRN-MDL-00493499 | | Transocean Investigation Team Interview of Andrea Fleytas | Rimkus |
| TREX-50186 | | 4/20/10 | Deepwater Enterprise, Marine Department Current Report | Rimkus |
| TREX-50187 | | 4/20/10 | Deepwater Enterprise, Morning Report. | Rimkus |

| MDL 2179—Transocean<br>Rimkus Reliance Exhibits | | | | |
|---|---|---|---|---|
| **Trial Ex. No.** | **Bates No.** | **Date** | **Subject/Description** | **Expert/Report** |
| TREX-50188 | | | A. Peña, S-E. Gryning, and C.B. Hasager, “Measurements and Modeling of the Wind Speed Profile in the Marine Atmospheric Boundary Layer,” *Boundary Layer Meteorology* , Vol. 129, Number 3, 2008, pp. 479-495. | Rimkus |
| TREX-50189 | BP-HZN-2179MDL00063084 | 6/30/10 | Volatile Oil Reservoir Fluid Study for BP, OCS-G-32306 Well No. 1 ST00BP01, Report No: 36126-19-5010068508, Core Lab Reservoir Optimization. | Rimkus |
| TREX-50190 | | 2011 | C.M. Reddy, et al., “Composition and Fate of Gas and Oil Released to the Water Column During the Deepwater Horizon Oil Spill,” Proceedings of the National Academy of Sciences, Early Edition, 2011. | Rimkus |
| TREX-50191 | | 2/8/93 - 2/10/93 | B.M. Zagalai, D.W. Montgomery, C.L. Redus, and T.K. Tan, "Simulation of Rapid Depressurization and Blowdown of an Offshore Oil Pipeline," SPE Asia Pacific Oil and Gas Conference, Singapore. | Rimkus |
| TREX-50192 | | 2002 | V. Derevich, and R. S. Gromadskaya, "Modeling of Oil Hydrodynamics and Mass Transfer in Wells during Intensive Gas Release," Theoretical Foundations of Chemical Engineering, Volume 36, Number 5, pp. 427-437. | Rimkus |
| TREX-50193 | | 11/7/00 - 11/10/00 | A.R. Hasan, C.S. Kabir, and D. Lin, "Modeling Wellbore Dynamics During Oil Well Blowout," International Oil and Gas Conference and Exhibition in China, Beijing, China. | Rimkus |
| TREX-50194 | | 1991 | Wilson C. Chin, "Borehole Flow Modeling in Horizontal, Deviated, and Vertical Wells." | Rimkus |
| TREX-50195 | | 1998 | K. Adamson, *et al.* , “High-Pressure, High-Temperature Well Construction,” Oilfield Review, Summer 1998, pp. 36-49. | Rimkus |
| TREX-50196 | TRN-INV-00402110 | 11/9/00 | Photo: 11-9-00 V-V mix hopper- inbd chem lkg aft | Rimkus |
| TREX-50197 | TRN-INV-00402112 | 11/9/00 | Photo: 11-9-00 V-V mix hopper- outbd chem lkg aft | Rimkus |
| TREX-50198 | TRN-INV-00401999 | 7/26/00 | Photo: 7-26-00 stbd main diverter and C&K diverter lines | Rimkus |
| TREX-50199 | TRN-INV-00402004 | 8/29/00 | Photo: 8-29-00 mini trip tank in place | Rimkus |
| TREX-50200 | TRN-INV-00402000 | 9/18/00 | Photo: 9-18-00 stbd div ovrbd & c&k ovrbds | Rimkus |
| TREX-50201 | TRN-INV-00402001 | 9/6/00 | Photo: 9-6-00 stbd diverter ovrbd lines 01- lkg aft | Rimkus |
| TREX-50202 | TRN-INV-00402086 | | Photo: dee's pictures 023 | Rimkus |
| TREX-50203 | TRN-INV-00402123 | 6/15/05 | Photo: DEEP WATER HORIZON JUNE 15, 2005 022 | Rimkus |
| TREX-50204 | TRN-INV-00402088 | 6/15/05 | Photo: DEEP WATER HORIZON JUNE 15, 2005 024 | Rimkus |
| TREX-50205 | TRN-INV-00384926 | 1/1/01 | Photo: DSCN2595 | Rimkus |

| MDL 2179—Transocean<br>Rimkus Reliance Exhibits | | | | |
|---|---|---|---|---|
| **Trial Ex. No.** | **Bates No.** | **Date** | **Subject/Description** | **Expert/Report** |
| TREX-50206 | TRN-INV-00795445 | | Photo: DWH Aft_Starboard.3 | Rimkus |
| TREX-50207 | TRN-INV-00795108 | | Photo: Gumbo Box Camera | Rimkus |
| TREX-50208 | TRN-INV-00402116 | 3/5/01 | Photo: Sackrm 3-05-01 | Rimkus |
| TREX-50209 | TRN-INV-00402117 | 3/5/01 | Photo: Sackroom 3-05-01 | Rimkus |
| TREX-50210 | | August 1998 | M. N. Malik, M. Afzal and G. F. Tariq, and N. Ahmed, “Mathematical Modeling and Computer Simulation of Transient Flow in Centrifuge Cascade Pipe Network with Optimizing Techniques,” *Computers & Mathematics with Applications* , Volume 36, Issue 4, pp. 63-76. | Rimkus |
| TREX-50211 | TRN-INV-00570385 - TRN-INV-00570386 | | Engineering Drawings of Deepwater Horizon: Arr’t. of Ventilation Sys., Drawing Number HRBS-H68-000-H1010-1 | Rimkus |
| TREX-50212 | TRN-INV-00570393 - TRN-INV-00570394 | | Engineering Drawings of Deepwater Horizon: Arr’t. of Ventilation Sys., Drawing Number HRBS-H68-000-H1010-2 | Rimkus |
| TREX-50213 | TRN-INV-00570395 - TRN-INV-00570396 | | Engineering Drawings of Deepwater Horizon: Arr’t. of Ventilation Sys., Drawing Number HRBS-H68-000-H1010-3 | Rimkus |
| TREX-50214 | TRN-INV-00570397 - TRN-INV-00570398 | | Engineering Drawings of Deepwater Horizon: Arr’t. of Ventilation Sys., Drawing Number HRBS-H68-000-H1010-4 | Rimkus |
| TREX-50215 | TRN-INV-00570399 - TRN-INV-00570400 | | Engineering Drawings of Deepwater Horizon: Arr’t. of Ventilation Sys., Drawing Number HRBS-H68-000-H1010-5 | Rimkus |
| TREX-50216 | TRN-INV-00570401 - TRN-INV-00570402 | | Engineering Drawings of Deepwater Horizon: Arr’t. of Ventilation Sys., Drawing Number HRBS-H68-000-H1010-6 | Rimkus |
| TREX-50217 | TRN-INV-00570403 - TRN-INV-00570404 | | Engineering Drawings of Deepwater Horizon: Arr’t. of Ventilation Sys., Drawing Number HRBS-H68-000-H1010-7 | Rimkus |
| TREX-50218 | TRN-INV-00570405 - TRN-INV-00570406 | | Engineering Drawings of Deepwater Horizon: Arr’t. of Ventilation Sys., Drawing Number HRBS-H68-000-H1010-8 | Rimkus |
| TREX-50219 | TRN-INV-00570407 - TRN-INV-00570408 | | Engineering Drawings of Deepwater Horizon: Arr’t. of Ventilation Sys., Drawing Number HRBS-H68-000-H1010-9 | Rimkus |
| TREX-50220 | TRN-INV-00345151 - TRN-INV-00345152 | | Engineering Drawings of Deepwater Horizon: Arr’t. of Ventilation Sys., Drawing Number HRBS-H68-000-H1010-10 | Rimkus |
| TREX-50221 | TRN-INV-00570387 - TRN-INV-00570388 | | Engineering Drawings of Deepwater Horizon: Arr’t. of Ventilation Sys., Drawing Number HRBS-H68-000-H1010-11 | Rimkus |
| TREX-50222 | TRN-INV-00345153 - TRN-INV-00345154 | | Engineering Drawings of Deepwater Horizon: Arr’t. of Ventilation Sys., Drawing Number HRBS-H68-000-H1010-12 | Rimkus |
| TREX-50223 | TRN-INV-00570391 - TRN-INV-00570392 | | Engineering Drawings of Deepwater Horizon: Arr’t. of Ventilation Sys., Drawing Number HRBS-H68-000-H1010-13 | Rimkus |

| MDL 2179—Transocean<br>Rimkus Reliance Exhibits | | | | |
|---|---|---|---|---|
| **Trial Ex. No.** | **Bates No.** | **Date** | **Subject/Description** | **Expert/Report** |
| TREX-50224 | TRN-INV-00570381 - TRN-INV-00570382 | | Engineering Drawings of Deepwater Horizon:  Arrangement of Ventilation System for Section & Elevation, Drawing Number HRBS-H68-000-H1080-1 | Rimkus |
| TREX-50225 | TRN-INV-00570383 - TRN-INV-00570384 | | Engineering Drawings of Deepwater Horizon:  Arrangement of Ventilation System for Section & Elevation, Drawing Number HRBS-H68-000-H1080-2 | Rimkus |
| TREX-50226 | TRN-INV-00570377 - TRN-INV-00570378 | | Engineering Drawings of Deepwater Horizon: Arrangement of Ventilation System for Main Deck, El. 41500, Drawing Number HRBS-H68-000-H1060 | Rimkus |
| TREX-50227 | TRN-INV-00570379 - TRN-INV-00570380 | | Engineering Drawings of Deepwater Horizon: Arrangement of Ventilation System for Substructure, Drawing Number HRBS-H68-000-H1070 | Rimkus |
| TREX-50228 | TRN-INV-00570375 - TRN-INV-00570376 | | Engineering Drawings of Deepwater Horizon: Arrangement of Ventilation System for Second Deck, El. 38000, Drawing Number HRBS-H68-000-H1050 | Rimkus |
| TREX-50229 | TRN-INV-00570373 - TRN-INV-00570374 | | Engineering Drawings of Deepwater Horizon: Arrangement of Ventilation System for Third Deck, El. 34500, Drawing Number HRBS-H68-000-H1040 | Rimkus |
| TREX-50230 | TRN-INV-00570342 - TRN-INV-00570343 | | Engineering Drawings of Deepwater Horizon: Arr't. of Ventilation Sys. For Column, Drawing Number HRBS-H68-000-H1030-1 | Rimkus |
| TREX-50231 | TRN-INV-00570358 - TRN-INV-00570360 | | Engineering Drawings of Deepwater Horizon: Arr't. of Ventilation Sys. For Column, Drawing Number HRBS-H68-000-H1030-2 | Rimkus |
| TREX-50232 | TRN-INV-00570361 - TRN-INV-00570363 | | Engineering Drawings of Deepwater Horizon: Arr't. of Ventilation Sys. For Column, Drawing Number HRBS-H68-000-H1030-3 | Rimkus |
| TREX-50233 | TRN-INV-00570364 - TRN-INV-00570365 | | Engineering Drawings of Deepwater Horizon: Arr't. of Ventilation Sys. For Column, Drawing Number HRBS-H68-000-H1030-4 | Rimkus |
| TREX-50234 | TRN-INV-00570366 - TRN-INV-00570367 | | Engineering Drawings of Deepwater Horizon: Arr't. of Ventilation Sys. For Column, Drawing Number HRBS-H68-000-H1030-5 | Rimkus |
| TREX-50235 | TRN-INV-00570368 - TRN-INV-00570370 | | Engineering Drawings of Deepwater Horizon: Arr't. of Ventilation Sys. For Column, Drawing Number HRBS-H68-000-H1030-6 | Rimkus |
| TREX-50236 | TRN-INV-00570371 - TRN-INV-00570372 | | Engineering Drawings of Deepwater Horizon: Arr't. of Ventilation Sys. For Column, Drawing Number HRBS-H68-000-H1030-7 | Rimkus |
| TREX-50237 | TRN-INV-00570344 - TRN-INV-00570345 | | Engineering Drawings of Deepwater Horizon: Arr't of Ventilation Sys. For Pontoon, Drawing Number HRBS-H68-000-H1020-1 | Rimkus |

**MDL 2179—Transocean**
**Rimkus Reliance Exhibits**

| Trial Ex. No. | Bates No. | Date | Subject/Description | Expert/Report |
|---|---|---|---|---|
| TREX-50238 | TRN-INV-00570346 - TRN-INV-00570347 | | Engineering Drawings of Deepwater Horizon: Arr't of Ventilation Sys. For Pontoon, Drawing Number HRBS-H68-000-H1020-2 | Rimkus |
| TREX-50239 | TRN-INV-00570348 - TRN-INV-00570349 | | Engineering Drawings of Deepwater Horizon: Arr't of Ventilation Sys. For Pontoon, Drawing Number HRBS-H68-000-H1020-3 | Rimkus |
| TREX-50240 | TRN-INV-00570350 - TRN-INV-00570351 | | Engineering Drawings of Deepwater Horizon: Arr't of Ventilation Sys. For Pontoon, Drawing Number HRBS-H68-000-H1020-4 | Rimkus |
| TREX-50241 | TRN-INV-00570352 - TRN-INV-00570354 | | Engineering Drawings of Deepwater Horizon: Arr't of Ventilation Sys. For Pontoon, Drawing Number HRBS-H68-000-H1020-5 | Rimkus |
| TREX-50242 | TRN-INV-00570355 - TRN-INV-00570357 | | Engineering Drawings of Deepwater Horizon: Arr't of Ventilation Sys. For Pontoon, Drawing Number HRBS-H68-000-H1020-6 | Rimkus |
| TREX-50243 | TRN-INV-00043511 | | Engineering Drawings of Deepwater Horizon: Drill Floor Plan, Drawing Number A-AA 1011 | Rimkus |
| TREX-50244 | TRN-INV-01749754 | | Engineering Drawings of Deepwater Horizon: General Arrangement Second Deck, Drawing Number HRBS-058-000-P0608 | Rimkus |
| TREX-50245 | TRN-INV-03465510 | | Engineering Drawings of Deepwater Horizon: General Arrangement Third Deck, Drawing Number A-AA 1004 | Rimkus |
| TREX-50246 | TRN-INV-03408184 | | Engineering Drawings of Deepwater Horizon: General Arrangement Main Deck, Drawing Number A-AA 1002 | Rimkus |
| TREX-50247 | TRN-INV-00572054 - TRN-INV-00572055 | | Engineering Drawings of Deepwater Horizon: Piping Plan Drill Floor Above El. 4600, Drawing Number HRBS-P61-U00-P6010-1, Rev. 1 | Rimkus |
| TREX-50248 | TRN-INV-03408149 | | Engineering Drawings of Deepwater Horizon: Piping Plan Drill Floor Above El. 4600, Drawing Number HRBS-P61-U00-P6010-2, Rev. 1 | Rimkus |
| TREX-50249 | TRN-INV-03408150 | | Engineering Drawings of Deepwater Horizon: Piping Plan Drill Floor El. 45891 ~ El. 43391, Drawing Number HRBS-P61-U00-P6020-1, Rev. 2 | Rimkus |
| TREX-50250 | TRN-INV-03408152 | | Engineering Drawings of Deepwater Horizon: Piping Plan Drill Floor El. 45891 ~ El. 43391, Drawing Number HRBS-P61-U00-P6020-2, Rev. 2 | Rimkus |
| TREX-50251 | | | Engineering Drawings of Deepwater Horizon: Piping Plan Drill Floor El. 45891 ~ El. 43391, Drawing Number HRBS-P61-U00-P6020-3, Rev. 2 | Rimkus |
| TREX-50252 | TRN-INV-03408151 | | Engineering Drawings of Deepwater Horizon: Piping Plan Drill Floor El. 45891 ~ El. 43391, Drawing Number HRBS-P61-U00-P6020-4, Rev. 2 | Rimkus |
| TREX-50253 | TRN-INV-03408153 | | Engineering Drawings of Deepwater Horizon: Piping Plan Drill Floor El. 45891 ~ El. 43391, Drawing Number HRBS-P61-U00-P6020-5, Rev. 2 | Rimkus |
| TREX-50254 | TRN-INV-00572018 - TRN-INV-00572019 | | Engineering Drawings of Deepwater Horizon: Piping Plan Main Deck El. 41500 (MMA-2), Drawing Number HRBS-P61-U00- P6112, Rev. 2 | Rimkus |

| MDL 2179—Transocean<br>Rimkus Reliance Exhibits | | | | |
|---|---|---|---|---|
| **Trial Ex. No.** | **Bates No.** | **Date** | **Subject/Description** | **Expert/Report** |
| TREX-50255 | TRN-INV-00572020 - TRN-INV-00572021 | | Engineering Drawings of Deepwater Horizon: Piping Plan Main Deck El. 41500 (MA-2-1 & MA2-2), Drawing Number HRBS-P61-U00-P6121, Rev. 1 | Rimkus |
| TREX-50256 | TRN-INV-03408154 | | Engineering Drawings of Deepwater Horizon: Pipe Support Locations Second Deck El. 38000 (MMA4), Drawing Number HRBS-P61-U00-P6212, Rev. 1 | Rimkus |
| TREX-50257 | TRN-INV-03408155 | | Engineering Drawings of Deepwater Horizon: Pipe Support Locations Second Deck El. 38000 (MMA3), Drawing Number HRBS-P61-U00-P6222, Rev. 3 | Rimkus |
| TREX-50258 | TRN-INV-00572118 - TRN-INV-00572119 | | Engineering Drawings of Deepwater Horizon: Piping Plan Main Deck El. 41500 (MMS-2), Drawing Number HRBS-P61-U00-P6133-1, Rev. 1 | Rimkus |
| TREX-50259 | TRN-INV-00572120 - TRN-INV-00572121 | | Engineering Drawings of Deepwater Horizon: Piping Plan Main Deck El. 41500 (MMS-2), Drawing Number HRBS-P61-U00-P6133-2, Rev. 1 | Rimkus |
| TREX-50260 | TRN-INV-02843802 | | Engineering Drawings of Deepwater Horizon: Machinery Arrangement Shale Shaker Room, Drawing Number HRBS-M57-U00-H5100-1 | Rimkus |
| TREX-50261 | TRN-INV-02843803 | | Engineering Drawings of Deepwater Horizon: Machinery Arrangement Shale Shaker Room, Drawing Number HRBS-M57-U00-H5100-2 | Rimkus |
| TREX-50262 | | | Engineering Drawings of Deepwater Horizon: Piping & Instrument Diagram Low Pressure Mud System, Drawing Number HRBS-P78-000-P0031-1, Rev. 4 | Rimkus |
| TREX-50263 | | | Engineering Drawings of Deepwater Horizon: Piping & Instrument Diagram Low Pressure Mud System, Drawing Number HRBS-P78-000-P0031-2, Rev. 4 | Rimkus |
| TREX-50264 | | | Engineering Drawings of Deepwater Horizon: Piping & Instrument Diagram Low Pressure Mud System, Drawing Number HRBS-P78-000-P0031-3, Rev. 4 | Rimkus |
| TREX-50265 | | | Engineering Drawings of Deepwater Horizon: Piping & Instrument Diagram Low Pressure Mud System, Drawing Number HRBS-P78-000-P0031-4, Rev. 4 | Rimkus |
| TREX-50266 | | | Engineering Drawings of Deepwater Horizon: Piping & Instrument Diagram Low Pressure Mud System, Drawing Number HRBS-P78-000-P0031-5, Rev. 4 | Rimkus |
| TREX-50267 | | | Engineering Drawings of Deepwater Horizon: Piping & Instrument Diagram Low Pressure Mud System, Drawing Number HRBS-P78-000-P0031-6, Rev. 4 | Rimkus |

| MDL 2179—Transocean<br>Rimkus Reliance Exhibits | | | | |
|---|---|---|---|---|
| **Trial Ex. No.** | **Bates No.** | **Date** | **Subject/Description** | **Expert/Report** |
| TREX-50268 | TRN-INV-03408156 | | Engineering Drawings of Deepwater Horizon: Piping & Instrument Diagram High Pressure Mud System, Drawing Number HRBS-P78-000-P0032-1, Rev. 4 | Rimkus |
| TREX-50269 | | | Engineering Drawings of Deepwater Horizon: Piping & Instrument Diagram High Pressure Mud System, Drawing Number HRBS-P78-000-P0032-2, Rev. 4 | Rimkus |
| TREX-50270 | | | Engineering Drawings of Deepwater Horizon: Piping & Instrument Diagram High Pressure Mud System, Drawing Number HRBS-P78-000-P0032-3, Rev. 4 | Rimkus |
| TREX-50271 | | | Engineering Drawings of Deepwater Horizon: Piping & Instrument Diagram High Pressure Mud System, Drawing Number HRBS-P78-000-P0032-4, Rev. 4 | Rimkus |
| TREX-50272 | | | Engineering Drawings of Deepwater Horizon: Piping & Instrument Diagram Mud Return System, Drawing Number HRBS-P78-000-P0045-1, Rev. 4 | Rimkus |
| TREX-50273 | | | Engineering Drawings of Deepwater Horizon: Piping & Instrument Diagram Mud Return System, Drawing Number HRBS-P78-000-P0045-2, Rev. 4 | Rimkus |
| TREX-50274 | | | Engineering Drawings of Deepwater Horizon: Piping & Instrument Diagram Mud Return System, Drawing Number HRBS-P78-000-P0045-3, Rev. 4 | Rimkus |
| TREX-50275 | TRN-INV-03408157 | | Engineering Drawings of Deepwater Horizon: Piping & Instrument Diagram Choke and Kill System, Drawing Number HRBS-P78-000-P0047-1, Rev. 3 | Rimkus |
| TREX-50276 | | | Engineering Drawings of Deepwater Horizon: Piping & Instrument Diagram Choke and Kill System, Drawing Number HRBS-P78-000-P0047-2, Rev. 3 | Rimkus |
| TREX-50277 | | | Engineering Drawings of Deepwater Horizon: Piping & Instrument Diagram Choke and Kill System, Drawing Number HRBS-P78-000-P0047-3, Rev. 3 | Rimkus |
| TREX-50278 | | | Engineering Drawings of Deepwater Horizon: Piping & Instrument Diagram Choke and Kill System Sea Water Service System Lower Hull - Port FWD, HRBS-P78-000-P0023-1, Rev. 2 | Rimkus |

| MDL 2179—Transocean<br>Rimkus Reliance Exhibits | | | | |
|---|---|---|---|---|
| Trial Ex. No. | Bates No. | Date | Subject/Description | Expert/Report |
| TREX-50279 | TRN-INV-00578716 - TRN-INV-00578717 | | Engineering Drawings of Deepwater Horizon: Piping & Instrument Diagram Choke and Kill System Sea Water Service System Lower Hull - Port FWD, HRBS-P78-000-P0023-2, Rev. 2 | Rimkus |
| TREX-50280 | TRN-INV-00578718 - TRN-INV-00578719 | | Engineering Drawings of Deepwater Horizon: Piping & Instrument Diagram Choke and Kill System Sea Water Service System Lower Hull - Port FWD, HRBS-P78-000-P0023-3, Rev. 2 | Rimkus |
| TREX-50281 | TRN-INV-00578720 - TRN-INV-00578721 | | Engineering Drawings of Deepwater Horizon: Piping & Instrument Diagram Choke and Kill System Sea Water Service System Lower Hull - Port FWD, HRBS-P78-000-P0023-4, Rev. 2 | Rimkus |
| TREX-50282 | TRN-INV-00578722 - TRN-INV-00578723 | | Engineering Drawings of Deepwater Horizon: Piping & Instrument Diagram Choke and Kill System Sea Water Service System Lower Hull - Port FWD, HRBS-P78-000-P0023-5, Rev. 2 | Rimkus |
| TREX-50283 | TRN-INV-00578724 - TRN-INV-00578725 | | Engineering Drawings of Deepwater Horizon: Piping & Instrument Diagram Choke and Kill System Sea Water Service System Lower Hull - Port FWD, HRBS-P78-000-P0023-6, Rev. 2 | Rimkus |
| TREX-50284 | TRN-INV-00578726 - TRN-INV-00578727 | | Engineering Drawings of Deepwater Horizon: Piping & Instrument Diagram Choke and Kill System Sea Water Service System Lower Hull - Port FWD, HRBS-P78-000-P0023-7, Rev. 2 | Rimkus |
| TREX-50285 | CAM_CIV_0022734 | | Engineering Drawings of Deepwater Horizon: Mark 2 Control POD TOP Assembly, Drawing Number SK-122108-21-04, Sheet 1 of 2 | Rimkus |
| TREX-50286 | CAM_CIV_0022735 | | Engineering Drawings of Deepwater Horizon: Mark 2 Control POD TOP Assembly, Drawing Number SK-122108-21-04, Sheet 2 of 2 | Rimkus |
| TREX-50287 | TRN-INV-00345955 - TRN-INV-00345956 | | Engineering Drawings of Deepwater Horizon: Flow Diagram Mark 2 Control POD, Drawing Number SK-122108-21-05, Sheet 1 of 3 | Rimkus |
| TREX-50288 | TRN-INV-00345957 - TRN-INV-00345958 | | Engineering Drawings of Deepwater Horizon: Flow Diagram Mark 2 Control POD, Drawing Number SK-122108-21-05, Sheet 2 of 3 | Rimkus |
| TREX-50289 | TRN-INV-00345959 - TRN-INV-00345960 | | Engineering Drawings of Deepwater Horizon: Flow Diagram Mark 2 Control POD, Drawing Number SK-122108-21-05, Sheet 3 of 3 | Rimkus |
| TREX-50290 | TRN-INV-00030739 | | Engineering Drawings of Deepwater Horizon: Stack Flow Diagram, Drawing Number SK-122124-21-05, Sheet 1 of 3 | Rimkus |
| TREX-50291 | TRN-INV-00030740 | | Engineering Drawings of Deepwater Horizon: Stack Flow Diagram, Drawing Number SK-122124-21-05, Sheet 2 of 3 | Rimkus |
| TREX-50292 | TRN-INV-00030741 | | Engineering Drawings of Deepwater Horizon: Stack Flow Diagram, Drawing Number SK-122124-21-05, Sheet 3 of 3 | Rimkus |

| MDL 2179—Transocean<br>Rimkus Reliance Exhibits | | | | |
|---|---|---|---|---|
| Trial Ex. No. | Bates No. | Date | Subject/Description | Expert/Report |
| TREX-50293 | TRN-INV-00030738 | | Engineering Drawings of Deepwater Horizon: Shear Ram Kit, Drawing Number SK-122-619-21-05 | Rimkus |
| TREX-50294 | TRN-MDL-00488950<br>TRN-MDL-00491660 -<br>TRN-MDL-00491661<br>TRN-MDL-00491690 -<br>TRN-MDL-00491691 | 6/21/10 | Transocean Investigation Team Interview of Paul Meinhart | Rimkus |
| TREX-50295 | TRN-MDL-00488950<br>TRN-MDL-00489710<br>TRN-MDL-00493079 -<br>TRN-MDL-00493080 -<br>TRN-MDL-00493082 | 5/20/10 | Transocean Investigation Team Interview of Jimmy Harrell | Rimkus |
| TREX-50296 | TRN-MDL-00488950<br>TRN-MDL-00493745 -<br>TRN-MDL-00493746 | 5/28/10 | Transocean Investigation Team Interview of Mark Ezell | Rimkus |
| TREX-50297 | TRN-MDL-00488950<br>TRN-MDL00491728<br>TRN-MDL00491741 -<br>TRN-MDL00491742 | 6/2/10 | Transocean Investigation Team Interview of Patrick Morgan | Rimkus |
| TREX-50298 | TRN-MDL-00488950<br>TRN-MDL-00492277 -<br>TRN-MDL-00492278<br>TRN-MDL-00492282 -<br>TRN-MDL-00492284 | 6/2/10 | Transocean Investigation Team Interview of Buddy Trahan | Rimkus |
| TREX-50299 | TRN-MDL-00488950<br>TRN-MDL-00491744 -<br>TRN-MDL-00491745<br>TRN-MDL-00491780 -<br>TRN-MDL-00491782 | 6/30/10 | Transocean Investigation Team Interview of Chad Murray | Rimkus |
| TREX-50300 | TRN-MDL-00488950<br>TRN-MDL-00490943 -<br>TRN-MDL-00490944<br>TRN-MDL-00490971 -<br>TRN-MDL-00490972 | 6/21/10 | Transocean Investigation Team Interview of James Ingram | Rimkus |

| MDL 2179—Transocean<br>Rimkus Reliance Exhibits | | | | |
|---|---|---|---|---|
| **Trial Ex. No.** | **Bates No.** | **Date** | **Subject/Description** | **Expert/Report** |
| TREX-50301 | TRN-MDL-00488950<br>TRN-MDL-00493652 -<br>TRN-MDL-00493653 | 7/19/10 | Transocean Investigation Team Interview of Joseph Evans | Rimkus |
| TREX-50302 | TRN-MDL-00488950<br>TRN-MDL-00490859 -<br>TRN-MDL-00490860<br>TRN-MDL-00490869 -<br>TRN-MDL-00490870 | 5/28/10 | Transocean Investigation Team Interview of Caleb Holloway | Rimkus |
| TREX-50303 | TRN-MDL-00488950<br>TRN-MDL-00491322 -<br>TRN-MDL-00491323 | 6/2/10 | Transocean Investigation Team Interview of Yancy Keplinger | Rimkus |
| TREX-50304 | TRN-MDL-00488950<br>TRN-MDL-00493495 -<br>TRN-MDL-00493497 | 6/24/10 | Transocean Investigation Team Interview of Andrea Fleytas | Rimkus |
| TREX-50305 | TRN-MDL-00488950<br>TRN-MDL-00491962<br>TRN-MDL-00491993 -<br>TRN-MDL-00491994<br>TRN-MDL-00491999 -<br>TRN-MDL-00492000 | 5/20/10 | Transocean Investigation Team Interview of Christopher Pleasant | Rimkus |
| TREX-50306 | TRN-MDL-00488950<br>TRN-MDL-00492529 -<br>TRN-MDL-00492530<br>TRN-MDL-00492532 -<br>TRN-MDL-00492533 | 6/1/10 | Transocean Investigation Team Interview of David Young | Rimkus |
| TREX-50307 | BP-HZN-MBI00129622 | 5/4/10 | “Bly” Investigation Interview of Brandon Boullioun | Rimkus |
| TREX-50308 | TRN-MDL-00488950<br>TRN-MDL-00491192<br>TRN-MDL-00491214 | 6/1/10 | Transocean Investigation Team Interview of Cole Jones | Rimkus |
| TREX-50309 | TRN-MDL-00488950<br>TRN-MDL-00491699 -<br>TRN-MDL-00491701<br>TRN-MDL-00491704<br>TRN-MDL-00491718 -<br>TRN-MDL-00491720 | 6/16/10 | Transocean Investigation Team Interview of Heber Morales | Rimkus |

| MDL 2179—Transocean<br>Rimkus Reliance Exhibits | | | | |
|---|---|---|---|---|
| **Trial Ex. No.** | **Bates No.** | **Date** | **Subject/Description** | **Expert/Report** |
| TREX-50310 | TRN-MDL-00488950<br>TRN-MDL-00490153<br>TRN-MDL-00490164 -<br>TRN-MDL-00490165 | 6/17/10 | Transocean Investigation Team Interview of Kennedy Cola | Rimkus |
| TREX-50311 | TRN-MDL-00488950<br>TRN-MDL-00489774<br>TRN-MDL-00489778 -<br>TRN-MDL-00489779 | 7/21/10 | Transocean Investigation Team Interview of Joseph Anderson | Rimkus |
| TREX-50312 | | | International Maritime Organization, Code for the Construction and Equipment of Mobile Offshore Drilling Units, 2001 | Rimkus |
| TREX-50313 | TRN-INV-00372315 -<br>TRN-INV-00372316 | | Drawing, Hazardous Area Classification (Above Main Deck Level) | Rimkus |
| TREX-50314 | TRN-INV-00570542 | | Drawing, Hazardous Area Classification (Drill Floor) | Rimkus |
| TREX-50315 | TRN-INV-00372317 | | Drawing, Hazardous Area Classification (Main Deck El 41500) | Rimkus |
| TREX-50316 | TRN-INV-00570546 | | Drawing, Hazardous Area Classification (Second Deck El 38000) | Rimkus |
| TREX-50317 | TRN-INV-00570548 | | Drawing, Hazardous Area Classification (Third Deck El 34500) | Rimkus |
| TREX-50318 | TRN-INV-00570550 | | Drawing, Hazardous Classification (Midship Section) | Rimkus |
| TREX-50319 | TRN-INV-01695276 | | Cause & Effect Matrix for Fire/Gas Safety Sys., Drawing Number HRBS-I69-000-H-0025, Rev. K | Rimkus |
| TREX-50320 | TRN-INV-00195012 | | Kongsberg Simrad, Integrated Automation & Control System, R&B Falcon RBS8D, Deepwater Horizon, Rev. 3, 38-42 | Rimkus |
| TREX-50321 | TRN-MDL-02063282 | | Engineering Recommendation, Deepwater Horizon — Engine Room Ventilation Controls | Rimkus |
| TREX-50322 | | | Detcon Inc., Calibration Equipment Brochure, Cal Gas Kits | Rimkus |
| TREX-50323 | | 5/28/09 | Transocean, Reptitive Work Order 8709-002757-000© | Rimkus |