| | | MDL 2179—Transocean<br>Jeff Wolfe Reliance Exhibits | | |
|---|---|---|---|---|
| **Trial Ex. No.** | **Bates No.** | **Date** | **Subject/Description** | **Expert/Report** |
| TREX-00088 | MODUSI 01 0 000001 - MODUSI 01 0 000345 | 4/14/10 | ModuSpec Rig Condition Assessment Deepwater Horizon | Wolfe |
| TREX-00597 | BP-HZN-IIT-0002370 - BP-HZN-IIT-0002741   BP-HZN-MBI00131953 - BP-HZN-MBI00132325 | 2/15/08 | Transocean Deepwater Horizon Emergency Response Manual, Volume 1 of 2, Issue Number 02, Revision Number 04 | Wolfe |
| TREX-00671 | BP-HZN-2179MDL00141787 - BP-HZN-2179MDL00142399 | 12/1/04 | Transocean Deepwater Horizon Operations Manual, Volume 1 of 2, Revision Number 02 | Wolfe |
| TREX-00929 | TRN-HCEC-00090493 - TRN-HCEC-00090685 TDD006-000505 - TDD006-000697 | 7/2/10 | Lloyd's Register Safety Management and Safety Culture/Climate Summary Review for Deepwater Horizon | Wolfe |
| TREX-00953 | TRN-MDL-0000488930 - TRN-MDL-0000488931 | 4/25/08 | Det Norske Veritas ISM Code Document of Compliance for Transocean Offshore Deepwater Drilling Inc. | Wolfe |
| TREX-01102 | KMI-MDL-002602 - KMI-MDL-002647 | 6/27/06 | Kongsberg Safety Philosophy ESD, PSD, and F&G, AIM Safe | Wolfe |
| TREX-01105 | KMI-MDL-021556 | 1/28/01 | Deepwater Horizon Cause and Effect Matrix | Wolfe |
| TREX-01109 | KMI-MDL-001249 - KMI-MDL-001264 | 9/11/10 | Kongsberg - Overview Kongsberg Maritime Safety System (ESD and F & G) for Deepwater Horizon (RBS8D), Revision A, Version 0.3 | Wolfe |
| TREX-01111 | KMI-MDL-001249 - KMI-MDL-001264 | 2/15/01 | Kongsberg Simrad Operator Manual Fire & Gas Deepwater Horizon, Revision A (As-built) | Wolfe |
| TREX-01118 | TRN-HCEC-00027279 - TRN-HCEC-00027295 TRN-MDL-00069016 - TRN-MDL-00069032 | 8/23/00 | Safety System Design Philosophy RBS8D Project "Deepwater Horizon", rev. 2 | Wolfe |
| TREX-01119 | | 8/14/89 | U.S. Coast Guard Navigation and Vessel Inspection Circular No. 2-89 | Wolfe |
| TREX-01449 | TRN-HCEC-00004727 - TRN-HCEC-00005236 TRN-MDL-00046464 - TRN-MDL-00046973 | 12/15/09 | Transocean Health and Safety Policies and Procedures Manual, Issue Number 03, Revision 07 | Wolfe |
| TREX-01453 | TRN-HCEC-00006423 - TRN-HCEC-00006783 TRN-MDL-00048160 - TRN-MDL-00048520 | 8/31/08 | Transocean Deepwater Horizon Emergency Response Manual, Volume 1 of 2, Issue Number 02, Revision Number 06 | Wolfe |

| Trial Ex. No. | Bates No. | Date | Subject/Description | Expert/Report |
|---|---|---|---|---|
| colspan=5 | **MDL 2179—Transocean Jeff Wolfe Reliance Exhibits** | | | |
| TREX-01776 | TRN-HCJ-00128051 - TRN-HCJ-00128052 | 7/11/07 | Det Norske Veritas Safety Management Certificate for Deepwater Horizon issued under the authority of the Republic of the Marshall Islands | Wolfe |
| TREX-01832 | BP-HZN-2179MDL00033637 - BP-HZN-2179MDL00033638[3] | 3/30/10 | E-Mail - From: Rodriguez, Angel Sent: Tue Mar 30  01:03:37 2010 - Subject: Deepwater Horizon's Rig Audit close out report status (includes attached Deepwater Horizon BP CMID Audit Work List) | Wolfe |
| TREX-01887 | BP-HZN-BLY00294766 - BP-HZN-BLY00294825 | 9/30/09 | Deepwater Horizon Follow Up Rig Audit, Marine Assurance Audit and Out of Service Period September 2009 | Wolfe |
| TREX-03074 | TRN-MDL-01100247 - TRN-MDL-01100318 | 5/1/10 | ABS Survey Manager Survey Status Report (For Owner) Deepwater Horizon | Wolfe |
| TREX-03075 | TRN-MDL-00171605 TRN-MDL-00171893 | | Deepwater Horizon Licensing Information from ABS | Wolfe |
| TREX-03746 | HCG 059-000026 TRN-MDL-00265612 | 4/21/10 | U.S. Coast Guard Witness Statement of Curt Kuchta | Wolfe |
| TREX-04140 | TRN-INV-01138417 - TRN-INV-01138422 | 8/09 - 4/10 | RMS for Gas Detection Maintenance, Aug. 2009-Apr. 2010 | Wolfe |
| TREX-04145 | TRN-INV-00842534 - TRN-INV-00842536 | 7/15/10 | SPM01-Gas Detector Checks-Work Done Report - 20 Apr 2010 | Wolfe |
| TREX-04146 | TRN-MDL-00079093 - TRN-MDL-00079190 | 1/1/10 - 5/6/2010 | RMS II Equipment History, FGDS System (01 Jan 2010 – 06 May 2010) | Wolfe |
| TREX-04361 | HCG059-000120 TRN-HCJ-00121062 TRN-MDL-00265564 | 4/21/10 | U.S. Coast Guard Witness Statement of Steve Bertone | Wolfe |
| TREX-04370 | HCG 059-000103-104 TRN-MDL-00120330 - TRN-MDL-00120331 | 4/21/10 | U.S. Coast Guard Witness Statement of Paul Meinhart | Wolfe |
| TREX-04377 | BP-HZN-2179MDL01270743 - BP-HZN-2179MDL01270920 | 10/7/09 | E-mail from Angel Rodriguez to Murry Sepulvado Dated October 7, 2009 with BP CMID MODU Annex for Deepwater Horizon, Sep. 2009 | Wolfe |
| TREX-04469 | HCG059-000126 TRN-MDL-00265400 | 4/21/10 | U.S. Coast Guard Witness Statement of Andrea Fleytas | Wolfe |
| TREX-04603 | TRN-MDL-00527083 | 6/18/09 | Transocean Deepwater Horizon Emergency Response Manual, Station Bill, Revision 8 | Wolfe |
| TREX-06164 | BP-HZN-CEC043461 - BP-HZN-CEC043570 | 9/14/01 | BP Deepwater Horizon Integrated Acceptance Audit, August - September 2001 | Wolfe |

| | MDL 2179—Transocean<br>Jeff Wolfe Reliance Exhibits | | | |
|---|---|---|---|---|
| **Trial Ex. No.** | **Bates No.** | **Date** | **Subject/Description** | **Expert/Report** |
| TREX-06165 | BP-HZN-2179MDL01797388 - BP-HZN-2179MDL01797450 | 1/29/05 | BP Deepwater Horizon Technical Audit, January 2005 | Wolfe |
| TREX-06166 | BP-HZN-MBI00050937 - BP-HZN-MBI00051018 | 1/23/08 | BP Deepwater Horizon Technical Rig Audit, January 2008 | Wolfe |
| TREX-50003 | | | Expert Report of Jeff L. Wolfe Deepwater Horizon – Seaworthiness, Marine System, and Safety Condition on April 20, 2010 | Wolfe |
| TREX-50003.01 | | | Curriculum Vitae of Jeff Wolfe | Wolfe |
| TREX-50003.02 | | 9/23/2011 | Figure 1 in Jeff Wolfe Expert Report - Automated Sensor and Manual Call Point Locations throughout the Rig | Wolfe |
| TREX-50003.03 | | 9/23/2011 | Figure 2 in Jeff Wolfe Expert Report - Automated Sensor and Manual Call Point Locations on the Drill Floor and Helideck | Wolfe |
| TREX-50003.04 | | 9/23/2011 | Figure 3 in Jeff Wolfe Expert Report - Automated Sensor and Manual Call Point Locations on the Main Deck | Wolfe |
| TREX-50003.05 | | 9/23/2011 | Figure 4 in Jeff Wolfe Expert Report - Automated Sensor and Manual Call Point Locations on the Second Deck; Green Blocks Represent the Shale Shakers | Wolfe |
| TREX-50003.06 | | 9/23/2011 | Figure 5 in Jeff Wolfe Expert Report - Automated Sensor and Manual Call Point Locations on the Third Deck; Yellow Blocks Represent the Engine/Generator Rooms; Blue Blocks Represent the Mud Pumps | Wolfe |
| TREX-50003.07 | | 9/23/2011 | Figure 6 in Jeff Wolfe Expert Report - Alarm Indication Panels on the Deepwater Horizon | Wolfe |
| TREX-50003.08 | | 9/23/2011 | Figure 7 in Jeff Wolfe Expert Report - Photograph of Deepwater Horizon Driller Workstation. | Wolfe |
| TREX-50003.09 | | 9/23/2011 | Figure 8 in Jeff Wolfe Expert Report - Electro-pneumatic Overspeed Trip Device | Wolfe |
| TREX-50003.10 | | 9/23/2011 | Figure 9 in Jeff Wolfe Expert Report - Mechanical Overspeed Trip Device | Wolfe |
| TREX-50003.11 | | 9/23/2011 | Figure 10 in Jeff Wolfe Expert Report - Photograph and Diagrams of Rig Saver Device | Wolfe |
| TREX-50324 | TRN-MDL-00272528 | 10/19/09 | American Bureau of Shipping Certificate of Classification, Deepwater Horizon, A1, Column Stabilized Drilling Unit, AMS, ACCU, DPS-3 | Wolfe |
| TREX-50325 | ABSDWH004017-4020 | n/a | American Bureau of Shipping Drydocking Survey Checklist, Report Number MC1722260-D | Wolfe |

| Trial Ex. No. | Bates No. | Date | Subject/Description | Expert/Report |
|---|---|---|---|---|
| colspan="5" | | | | |

<table>
<tr><th colspan="5">MDL 2179—Transocean<br>Jeff Wolfe Reliance Exhibits</th></tr>
<tr><th>Trial Ex. No.</th><th>Bates No.</th><th>Date</th><th>Subject/Description</th><th>Expert/Report</th></tr>
<tr><td>TREX-50326</td><td>TRN-MDL-01134503 - TRN-MDL-01134513</td><td>9/25/09</td><td>American Bureau of Shipping Statutory Survey Report for Deepwater Horizon, Report Number MC1722260</td><td>Wolfe</td></tr>
<tr><td>TREX-50327</td><td>TRN-MDL-01100188 - TRN-MDL-01100194</td><td>3/11/10</td><td>American Bureau of Shipping Statutory Survey Report for Deepwater Horizon, Report Number MC1794166</td><td>Wolfe</td></tr>
<tr><td>TREX-50328</td><td>TRN-HCJ-00076328 - TRN-HCJ-00076331</td><td>4/18/10</td><td>IADC Daily Drilling Report Report, Apr. 18, 2010, Deepwater Horizon at MC 252#1 ST0D</td><td>Wolfe</td></tr>
<tr><td>TREX-50329</td><td>TRN-MDL-00272560 - TRN-MDL-00272562</td><td>6/11/06</td><td>Mobile Offshore Drilling Unit Safety Certificate (1989), Deepwater Horizon</td><td>Wolfe</td></tr>
<tr><td>TREX-50330</td><td>TRN-MDL-01101586 - TRN-MDL-01101589</td><td>12/22/09</td><td>Republic of the Marshall Islands Report of Safety Inspection for MODU/MOU, Date of Inspection: 17-Dec-09.</td><td>Wolfe</td></tr>
<tr><td>TREX-50331</td><td>TRN-INV-00085711 - TRN-INV-00085816</td><td>3/16/10</td><td>RMS II Equipment History report, System: ELPG, Component: ENG, 16 Mar 2009 to 16 Mar 2010</td><td>Wolfe</td></tr>
<tr><td>TREX-50332</td><td>PSC-MDL2179014036 - PSC-MDL2179014074</td><td>7/19/11</td><td>Subpoena Response of Wartsila North America to BP MDL Plaintiffs' Steering Committee</td><td>Wolfe</td></tr>
<tr><td>TREX-50333</td><td>TRN-MDL-00030777</td><td>11/22/09</td><td>Transocean Deepwater Horizon Safety Drill Report, Abandon Ship Drill</td><td>Wolfe</td></tr>
<tr><td>TREX-50334</td><td>TRN-MDL-00030749</td><td>10/18/09</td><td>Transocean Deepwater Horizon Safety Drill Report, Fire Drill</td><td>Wolfe</td></tr>
<tr><td>TREX-50335</td><td>TRN-INV-02643133 - TRN-INV-02643171</td><td>4/1/10</td><td>Transocean Deepwater Horizon Safety Drill Reports, Apr. 2010</td><td>Wolfe</td></tr>
<tr><td>TREX-50336</td><td>TRN-MDL-01101583</td><td>7/27/09</td><td>U.S. Coast Guard Certificate of Compliance</td><td>Wolfe</td></tr>
<tr><td>TREX-50337</td><td>HCG059-000007</td><td>4/21/10</td><td>U.S. Coast Guard Witness Statement of Brandon Boullion</td><td>Wolfe</td></tr>
<tr><td>TREX-50338</td><td>HCG059-000008</td><td>4/21/10</td><td>U.S. Coast Guard Witness Statement of Brian Dolliole</td><td>Wolfe</td></tr>
<tr><td>TREX-50339</td><td>HCG059-000016.</td><td>4/21/10</td><td>U.S. Coast Guard Witness Statement of Chad Murray</td><td>Wolfe</td></tr>
<tr><td>TREX-50340</td><td>HCG059-000043</td><td>4/21/10</td><td>U.S. Coast Guard Witness Statement of Darin Rupinski</td><td>Wolfe</td></tr>
<tr><td>TREX-50341</td><td>HCG059-000049</td><td>4/22/10</td><td>U.S. Coast Guard Witness Statement of David Young</td><td>Wolfe</td></tr>
<tr><td>TREX-50342</td><td>HCG059-000056</td><td>4/21/10</td><td>U.S. Coast Guard Witness Statement of Eric Estrada</td><td>Wolfe</td></tr>
<tr><td>TREX-50343</td><td>HCG059-000059</td><td>4/21/10</td><td>U.S. Coast Guard Witness Statement of Greg Meche</td><td>Wolfe</td></tr>
<tr><td>TREX-50344</td><td>HCG059-000043</td><td>4/21/10</td><td>U.S. Coast Guard Witness Statement of Kevin Eugen</td><td>Wolfe</td></tr>
<tr><td>TREX-50345</td><td>HCG059-000090</td><td>4/21/10</td><td>U.S. Coast Guard Witness Statement of Michael Williams</td><td>Wolfe</td></tr>
<tr><td>TREX-50346</td><td>HCG059-000094</td><td>4/21/10</td><td>U.S. Coast Guard Witness Statement of Miles Randall Ezell</td><td>Wolfe</td></tr>
<tr><td>TREX-50347</td><td>HCG059-000114</td><td>4/21/10</td><td>U.S. Coast Guard Witness Statement of Shane Faulk</td><td>Wolfe</td></tr>
<tr><td>TREX-50348</td><td>HCG059-000115</td><td>4/21/10</td><td>U.S. Coast Guard Witness Statement of Stanley Carden</td><td>Wolfe</td></tr>
<tr><td>TREX-50349</td><td>HCG059-000123</td><td>4/21/10</td><td>U.S. Coast Guard Witness Statement of Steven Richards</td><td>Wolfe</td></tr>
<tr><td>TREX-50350</td><td>HCG059-000142</td><td>4/21/10</td><td>U.S. Coast Guard Witness Statement of Yancy Keplinger</td><td>Wolfe</td></tr>
<tr><td>TREX-50351</td><td></td><td></td><td>43 U.S.C. § 1348 - Sec. 1348.  Enforcement of safety and environmental regulations</td><td>Wolfe</td></tr>
</table>

| Trial Ex. No. | Bates No. | Date | Subject/Description | Expert/Report |
|---|---|---|---|---|
| colspan=5 | | | | |

| Trial Ex. No. | Bates No. | Date | Subject/Description | Expert/Report |
|---|---|---|---|---|
| | | | **MDL 2179—Transocean** <br> **Jeff Wolfe Reliance Exhibits** | |
| TREX-50352 | | | 33 C.F.R. § 146.205 - Requirements for Foreign MODUs | Wolfe |
| TREX-50353 | | | 46 C.F.R. § 107.267; Coast Guard Marine Safety Manual, Vol. II, Section B, Chapter 3 | Wolfe |
| TREX-50354 | | | 46 C.F.R. Part 8, Subpart D - Alternate Compliance Program | Wolfe |
| TREX-50355 | | | 46 U.S.C. § 3316 - Sec. 3316. Classification Societies | Wolfe |
| TREX-50356 | | 1/1/12 | ABS Rules for Building and Classing Steel Vessels, Part 4, Chapter 2, Section 1, Subsection 7.5. | Wolfe |
| TREX-50357 | | | Code for the Construction and Equipment of Mobile Offshore Drilling Units, 1989 (1989 MODU Code) with 1991 and 1994 amendments | Wolfe |
| TREX-50358 | | | International Convention for the Safety of Life at Sea (SOLAS) | Wolfe |
| TREX-50359 | | December 2007 | International Marine Contractors Association (IMCA), Guidelines for the Design and Operation of Dynamically Positioned Vessels (available at http://www.imca-int.com/divisions/marine/publications/103.html) | Wolfe |
| TREX-50360 | | | International Maritime Organization (IMO), Resolution A.890 (21), Guidelines for the Application of Principles of Safe Manning | Wolfe |
| TREX-50361 | | | International Safety Management (ISM) Code | Wolfe |
| TREX-50362 | | 8/17/11 | Republic of the Marshall Islands Deepwater Horizon Marine Casualty Investigation | Wolfe |
| TREX-50363 | | | Republic of the Marshall Islands Marine Notice 2-011-13 (available at http://www.register-iri.com/forms/upload/MN-2-011-13.pdf) | Wolfe |
| TREX-50364 | | | Republic of the Marshall Islands Maritime Act (MI-107) § 811(d) | Wolfe |
| TREX-50365 | | August 2002 | Republic of the Marshall Islands Mobile Offshore Drilling Unit Standards, Rev. 8/02 | Wolfe |
| TREX-50366 | | | Schedule DPV to Marshall Islands Marine Notice No. 7-038-2, Minimum Safe Manning Requirements for Vessels (available at http://www.register-iri.com/forms/upload/MN-7-038-2.pdf) | Wolfe |
| TREX-50367 | | | The International Convention for the Prevention of Pollution from Ships (MARPOL) | Wolfe |
| TREX-50368 | | | U.S. Coast Guard Navigation and Inspection Circular 3-88, Change 1 (available at http://www.uscg.mil/hq/cg5/nvic/pdf/1988/n3-88ch1.pdf) | Wolfe |
| TREX-50369 | | | United Nations Convention of the Law of the Sea | Wolfe |