U.S. Department of Justice
United States Marshals Service



# REQUEST
# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ETRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| United States District Court<br>Eastern District of Louisiana<br>Clerk of Court<br>500 Poydras Street<br>New Orleans, LA 70130 U.S.A. | Senior Master of the Supreme Court<br>Queen's Bench Division<br>Royal Courts of Justice<br>Strand London WC2A 2LL<br>England, U.K. |

The undersigned applicant has the honour to transmit -- in duplicate-- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussignée a l'honneur de faire parvenir--en double exemplaire--à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir:*
*(identité et adresse)*

BP PLC, International Headquarters
1st James's Square, London SW1Y 4PD

☒ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
*a) selon les formes légales (article 5 alinéa premier, lettre a).*

☐ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
*b) selon la forme particulière suivante (article 5, alinéa premier, lettre b) :*

☐ (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*:
*c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents and of the annexes with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes - avec l'attestation figurant au verso.*

Done at New Orleans, La., the 6th September 2011
*Fait à ___, le ___*

List of documents
*Enumération des pièces*

Complaint for Damages - Doc. 1
Assigned to Judge Barbier/Mag. Shushan - Doc. 2

Signature and/or stamp
*Signature et/ou cachet*
Loretta G White, Clerk

*Delete if inappropriate
*Rayer les mentions inutiles.*

Form USM-94
Est. 11/77
(Formerly OBD-116, which was formerly LAA-116, both of which may still be used)

# CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served *
1) *que la demande a été exécutée*
 — the (date) -- *le (date)* ___10-26-2011___
 -- at (place, street, number) - *à (localité, rue, numéro)* ___Strand London WC2A 2LL___
 ___England, U.K.___
 -- in one of the following methods authorized by article 5:
 -- *dans une des formes suivantes prévues à l'article 5:*

   ☒ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
   *a) selon les formes légales (article 5. alinéa premier, lettre a)*

   ☐ (b) in accordance with the following particular method:
   *b) selon la forme particulière suivante:* ___

   ☐ (c) by delivery to the addressee, who accepted it voluntarily.*
   *c) par remise simple.*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*

- (identity and description of person)
- *(Identité et qualité de la personne)*
___SENIOR MASTER OF THE SUPREME COURT___

- relationship to the addressee family, business or other
- *liens de parenté de subordination ou autres avec le destinataire de l'acte:*
___CENTRAL AUTHORITY___

2) that the document has not been served, by reason of the following facts*:
2) *que la demande n'a pas été exécutée, en raison des faits suivants:*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

ANNEXES
*Annexes*

Documents returned:
*Pieces renvoyées*

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at _____ , the _____
*Fait à* _____ , *le* _____

Signature and/or stamp
*Signature et/ou cachet*

## SUMMARY OF THE DOCUMENT TO BE SERVED
*ÉLÉMENTS ESSENTIELS DE L'ACTE*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 novembre 1965.*

**(article 5, fourth paragraph)**
*(article 5, alinéa quatre)*

**Name and address of the requesting authority:**
*Nom et adresse de l'autorité requérante:*
USDC/EDLA Clerk of Court, 500 Poydras Street, New Orleans, LA 70130 U.S.A.

**Particulars of the parties:**
*Identité des parties:*
PARISH OF PLAQUEMINES V. BP PLC, ET AL. C.A. NO. 2:11-CV-00916-CJB-SS

### JUDICIAL DOCUMENT
*ACTE JUDICIA IRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte:*
Complaint for Damages due to the oil spill in the Gulf of Mexico on April 20, 2010

**Nature and purpose of the proceedings and, where appropriate, the amount in dispute:**
*Nature et objet de l'instance, le cas échéant, le montant du litige:*

**Date and place for entering appearance:**
*Date et lieu de la comparution:*

**Court which has given judgment\*\*:**
*Juridiction qui a rendu la décision:*

**Dale of judgment\*\*:**
*Date de la décision:*

**Time limits stated in the document\*\*:**
*Indication des délais figurant dans l'acte:*

### EXTRAJUDICIAL DOCUMENT
*ACTE EXTRAJUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte:*

**Time limits stated in the document:\*\***
*Indication des délais figurant dans l'acte:*



English    Customer Service    USPS Mobile                                    Register / Sign In

Search USPS.com or Track Packages

Quick Tools         Ship a Package    Send Mail    Manage Your Mail    Shop    Business Solutions

# Track & Confirm

GET EMAIL UPDATES    PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| RB648848738US | First-Class Mail International | Delivered | September 26, 2011, 8:07 am | GREAT BRITAIN | Registered Mail™ Return Receipt |
| | | Processed Through Sort Facility | September 22, 2011, 2:55 pm | GREAT BRITAIN | |
| | | Processed Through Sort Facility | September 16, 2011, 6:34 am | ISC NEW YORK NY (USPS) | |
| | | Arrived at Sort Facility | September 16, 2011, 6:30 am | ISC NEW YORK NY (USPS) | |
| | | Acceptance | September 06, 2011, 3:57 pm | NEW ORLEANS, LA 70130 | |



https://tools.usps.com/go/TrackConfirmAction_input?qtc_tLabels1=RB648848738US&qtc_senddate1=&q...   10/10/2011