**U.S. Department of Justice**
United States Marshals Service



# REQUEST
# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ETRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

**Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.**
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 novembre 1965.*

| **Identity and address of the applicant** *Identité et adresse du requérant* | **Address of receiving authority** *Adresse de l'autorité destinataire* |
|---|---|
| United States District Court<br>Eastern District of Louisiana<br>Clerk of Court<br>500 Poydras Street<br>New Orleans, LA 70130 U.S.A. | Senior Master of the Supreme Court<br>Queen's Bench Division<br>Royal Courts of Justice<br>Strand London WC2A 2LL<br>England, U.K. |

**The undersigned applicant has the honour to transmit -- in duplicate-- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e., (identity and address)**
*Le requérant soussignée a l'honneur de faire parvenir--en double exemplaire--à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir: (identité et adresse)*

BP PLC, International Headquarters
1st James's Square, London SW1Y 4PD

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
*a) selon les formes légales (article 5 alinéa premier, lettre a).*

[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
*b) selon la forme particulière suivante (article 5, alinéa premier, lettre b) :*

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*:
*c) le cas échéant, par remise simple (article 5, alinéa 2).*

**The authority is requested to return or to have returned to the applicant a copy of the documents and of the annexes with a certificate as provided on the reverse side.**
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes - avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Complaint for Damages - Doc. 1
Assigned to Judge Barbier/Mag. Shushan - Doc. 2

Done at / *Fait à* New Orleans, La, the / *le* 6 September 2011

Signature and/or stamp
*Signature et/ou cachet*
Loretta G. Whyte, Clerk

*Delete if inappropriate
*Rayer les mentions inutiles.*

Form USM-94
Est. 11/77
(Formerly OBD-116, which was formerly LAA-116, both of which may still be used)

**CERTIFICATE**
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served *
*1) que la demande a été exécutée*
-- the (date) -- *le (date)* 10-26-2011
-- at (place, street, number) - *à (localité, rue, numéro)* Strand London WC2A 2LL England, U.K.

-- in one of the following methods authorized by article 5:
-- *dans une des formes suivantes prévues à l'article 5:*

☒ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
*a) selon les formes légales (article 5. alinéa premier, lettre a)*

☐ (b) in accordance with the following particular method:
*b) selon la forme particulière suivante:* ______

☐ (c) by delivery to the addressee, who accepted it voluntarily.*
*c) par remise simple.*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*

- *(identity and description of person)*
- *(Identité et qualité de la personne)*
SENIOR MASTER OF THE SUPREME COURT

- relationship to the addressee family, business or other
- *liens de parenté de subordination ou autres avec le destinataire de l'acte:*
CENTRAL AUTHORITY

2) that the document has not been served, by reason of the following facts*:
*2) que la demande n'a pas été exécutée, en raison des faits suivants:*

______

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

ANNEXES
*Annexes*

Documents returned:
*Pieces renvoyées*

______
______
______

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

______
______

Done at ______, the ______
*Fait à ______, le ______*

Signature and/or stamp
*Signature et/ou cachet*

______

# SUMMARY OF THE DOCUMENT TO BE SERVED
*ÉLÉMENTS ESSENTIELS DE L'ACTE*

**Convention on the service abroad of judicial and extrajudicial documents In civil or commercial matters, signed at The Hague, November 15, 1965.**

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 novembre 1965.*

**(article 5, fourth paragraph)**
*(article 5, alinéa quatre)*

**Name and address of the requesting authority:**
*Nom et adresse de l'autorité requérante:*
USDC/EDLA Clerk of Court, 500 Poydras Street, New Orleans, LA 70130 U.S.A.

**Particulars of the parties:**
*Identité des parties:*
PLAQUEMINES PORT, HARBOR & TERMINAL DIST. V. BP PLC, ET AL. C.A. NO. 2:11-CV-00917-CJB-SS

**JUDICIAL DOCUMENT**
*ACTE JUDICIA IRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte:*
Complaint for Damages due to the oil spill in the Gulf of Mexico on April 20, 2010

**Nature and purpose of the proceedings and, where appropriate, the amount in dispute:**
*Nature et objet de l'instance, le cas échéant, le montant du litige:*

**Date and place for entering appearance:**
*Date et lieu de la comparution:*

**Court which has given judgment**:**
*Juridiction qui a rendu la décision:*

**Dale of judgment**:**
*Date de la décision:*

**Time limits stated in the document**:**
*Indication des délais figurant dans l'acte:*

**EXTRAJUDICIAL DOCUMENT**
*ACTE EXTRAJUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte:*

**Time limits stated in the document:****
*Indication des délais figurant dans l'acte:*

English Customer Service USPS Mobile Register / Sign In



Search USPS.com or Track Packages

Quick Tools Ship a Package Send Mail Manage Your Mail Shop Business Solutions

# Track & Confirm

PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
| --- | --- | --- | --- | --- | --- |
| RB648848738US | First-Class Mail International | Delivered | September 26, 2011, 8:07 am | GREAT BRITAIN | Registered Mail™ Return Receipt |
| | | Processed Through Sort Facility | September 22, 2011, 2:55 pm | GREAT BRITAIN | |
| | | Processed Through Sort Facility | September 16, 2011, 6:34 am | ISC NEW YORK NY (USPS) | |
| | | Arrived at Sort Facility | September 16, 2011, 6:30 am | ISC NEW YORK NY (USPS) | |
| | | Acceptance | September 06, 2011, 3:57 pm | NEW ORLEANS, LA 70130 | |

**Registered No.** RB648848738US

**Date Stamp**

To Be Completed By Post Office

| Reg. Fee | $11.50 | | |
| --- | --- | --- | --- |
| Handling Charge | $0.00 | Return Receipt | $2.30 |
| Postage | $10.97 | Restricted Delivery | $0.00 |
| Received by | | | |

Customer Must Declare Full Value $ $0.00

☐ With Postal Insurance
☐ Without Postal Insurance

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

LAFAYETTE SQUARE 10 09/06/11 NEW ORLEANS LA 70130

OFFICIAL USE

To Be Completed By Customer (Please Print) All Entries Must Be In Ballpoint or Typed

FROM: 70130 Scott Bickford JMH
Martzell & Bickford
338 Lafayette Street
New Orleans, LA 70130 USA

TO: Senior Master of the Supreme Court
Queen's Bench Division
Royal Courts of Justice
Strand London WC2A 2LL
England, U.K.

PS Form **3806**, **Receipt for Registered Mail** Copy 1 - Customer
May 2004 (7530-02-000-9051) (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

PS Form **2865**, March 2007 (Reverse) PSN 7530-01-000-9775

Completed by the office of origin. (A remplir par le bureau d'origine.)

Item Description (Nature de l'envoi) ☐ Registered Article (Envoi recommandé) ☒ Letter (Lettre) ☐ Printed Matter (Imprimé) ☐ Other (Autre) ☐ Express Mail International

☐ Insured Parcel (Colis avec valeur déclarée) Insured Value (Valeur déclarée) Article Number

Office of Mailing (Bureau de dépôt) Date of Posting (Date de dépôt)

Addressee Name or Firm (Nom ou raison sociale du destinataire)
Senior Master of the Supreme Court/Queen's Bench Division

Street and No. (Rue et No.)
Strand London WC2A 2LL

Place and Country (Localité et pays)
England, U.K.

Completed at destination. (A compléter à destination.)

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail. (Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à expéditeur.)

☐ The article mentioned above was duly delivered. (L'envoi mentionné ci-dessus a été dûment livré.) Date

Signature of Addressee (Signature du destinataire) Office of Destination Employee Signature (Signature de l'agent du bureau du destination)

Postmark of the office of destination (Timbre du bureau de destination)

RECEIVED OCT 10 2011 S. R. BICKFORD