UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO.: 2179<br><br>SECTION: J |
| THIS DOCUMENT RELATES TO: | JUDGE BARBIER |
| Case No.: 2:10-cv-08888, [Rec. Doc. 63763]; 2:10-cv-02771 | MAG. JUDGE SHUSHAN |

**MOTION TO WITHDRAW AS COUNSEL**

NOW INTO COURT, undersigned counsel moves this Court for an order withdrawing the Dugan Law Firm, APLC as counsel of record for Plaintiff Maria C. Robledo-Valazquez. In support thereof, Movants would show:

1. On or about October 20, 2010, Plaintiff retained the law firm, The Dugan Law Firm, to serve as counsel with regards to her oil spill case.

2. On or about April 19, 2011, the undersigned filed a Short Form Joinder on behalf of Plaintiff, [Rec. Doc. 63763].

3. On October 3, 2011, Plaintiff informed the Dugan Law Firm in writing that she no longer desired to have the Dugan Law Firm represent her, and the parities have terminated their relationship.

4. Considering Plaintiff has chosen to represent herself in this matter, neither she nor any other party will be prejudiced by Movants' withdrawal of counsel.

5. The current mailing address of Plaintiff is 5102 Oak Street Chauvin, Louisiana 70343.

WHEREFORE, undersigned counsel moves this Court for an Order allowing the withdrawal of the Dugan Law Firm, APLC as counsel of record for Maria C. Robledo-Valazquez

in the above captioned case.

Dated: October 10, 2011

                                                       Respectfully submitted,

By:    **THE DUGAN LAW FIRM**

        /s/ David B. Franco
David B. Franco (Tx Bar No. 24072097)
James R. Dugan, II (La Bar No. 24785)
One Canal Place
365 Canal Street, Suite 1000
New Orleans, Louisiana 70130
Telephone: (504) 648 0180
Facsimile: (504) 648 0181

*Counsel for Plaintiff*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Motion to Withdraw as Counsel has been filed electronically with the Clerk of Court using the CM/ECF system and served on all counsel of record through Lexis Nexis File & Serve, electronic mail, facsimile, and/or U.S. Mail. Further, this is to certify that a true and correct copy of the foregoing instrument has been served via U.S. Mail, postage prepaid and properly addressed, on the others listed below on this 10th day of October, 2011.

Maria C. Robledo-Valazquez
5102 Oak Street
Chauvin, LA 70343
(985) 594 4542

                                                                                 /s/ David B. Franco
                                                                                  David B. Franco, Esq.