UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010<br><br>This Document relates to:<br><br>2:10-CA-10-8888 | MDL. NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

### ORDER

Considering the Motion of the Claimants/Plaintiffs to Dismiss with Prejudice Pursuant to *Rule 41(a)(2)*:

**IT IS HEREBY ORDERED** that all claims of the following Claimants/Plaintiffs are dismissed with Prejudice.

| | Document No. | Cause No. | Plaintiff/Claimant |
|---|---|---|---|
| 1. | 52682 | CA-10-8888 | Thomas & Donna Graeser |
| 2. | 51365 | CA-10-8888 | Gregory Timothy Jones |
| 3. | 73627 | CA-10-8888 | Benjamin Edward Pellegrini |
| 4. | 48496 | CA-10-8888 | Jeffrey & Julie St. Pierre |
| 5. | 67567 | CA-10-8888 | Allen & Sandra Gailor |
| 6. | 48288 | CA-10-8888 | Bruce & Eva Creel |

New Orleans, Louisiana, this the ___ day of _____, 2011.

_____
UNITED STATES DISTRICT COURT JUDGE

1