

U.S. Department of Justice

**Civil Division, Torts Branch**
**Admiralty & Aviation**
**P.O. Box 36028**
**450 Golden Gate Avenue**
**San Francisco, CA 94102-3463**
*Overnight Delivery Address:*
*7th Floor, Room 7-5395*
*450 Golden Gate Avenue*
*San Francisco, CA 94102-3463*

Telephone: (415) 436-6648
Facsimile: (415) 436-6632
Email: mike.underhill@usdoj.gov

Via E-Mail                                              October 7, 2011

Magistrate Judge Sally Shushan
United States Magistrate Judge
United States Courthouse, Room B-345
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA. 70130

    Re: *In Re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
          <u>USDC, EDLA, Civ. No. 10-MD-2179-CJB-SS</u>
          DJ #62-32-260

Dear Magistrate Judge Shushan:

    Regarding the issue of compelling the attendance of private party defendant witnesses live at trial, the United States agrees with and adopts the rationale set out in the PSC's letter brief of today. We add that the United States, as well as the PSC, have made extremely limited, tailored requests for witnesses. In making its list, the United States has balanced a number of considerations. On the one hand, we are mindful of the Court's and the parties' desires to minimize the length of trial as much as possible. On the other hand, we have factored in the relative importance of certain critical percipient witnesses, along with the fact that a great deal of discovery has ensued, both document and deposition, after a given witness was deposed. This has led to the situation in which some witnesses were not questioned on facts that may be central to the case. Our adverse live witness list was tailored to address these competing considerations, *i.e.*, keep the number of live witnesses small, yet provide the Court the opportunity to judge the credibility of essential witnesses and also allow questioning that wasn't possible during deposition because of discovery materials that were not yet available.

We thank the Court for its consideration.

                                      Respectfully submitted,

                                      R. Michael Underhill
                                      Attorney in Charge
                                Dept. Of Justice, Torts Branch
                              West Coast and Pacific Rim Office

cc: (via e-mail)

    Mike O'Keefe
    Plaintiffs' Liaison Counsel
    Defendants' Liaison Counsel
    Steve O'Rourke, U.S. DOJ