# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

300 North LaSalle Street
Chicago, Illinois 60654

J. Andrew Langan, P.C.
To Call Writer Directly:
(312) 862-2064
andrew.langan@kirkland.com

(312) 862-2000

www.kirkland.com

Facsimile:
(312) 862-2200

October 7, 2011

**VIA E-MAIL**

The Honorable Sally Shushan
United States Magistrate Judge
United States District Court
500 Poydras Street
New Orleans, LA 70130

Re: In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010, MDL No. 2179

Dear Judge Shushan:

BP writes to respectfully state its views on the ability of any party to serve subpoenas on witnesses for the February 2012 trial. In BP's view, as to corporate parties, the Court has nationwide subpoena power over officers of parties to the proceeding, but otherwise its subpoena power is restricted by Federal Rule of Civil Procedure 45(b)(2). Rule 45(b)(2) permits service of subpoenas on non-parties including individuals residing within the Eastern District or within 100 miles of the courthouse, as well as individuals residing within the state of Louisiana, subject to state subpoena rules. However, subpoenas served within the state of Louisiana but outside the Eastern District and more than 100 miles from the Courthouse are subject to the provisions of Rule 45(c)(3)(A)(ii) and (c)(3)(B)(iii), which limits the Court's ability to issue such subpoenas to individuals who are not parties or officers of parties.

We will respond on October 14 to legal positions on these issues advanced by the PSC and others as appropriate.

Sincerely,

*Andrew Langan*

J. Andrew Langan, P.C.

JAL/cs

cc: Liaison Counsel
    States' Coordinating Counsel
    Michael Underhill

Hong Kong   London   Los Angeles   Munich   New York   Palo Alto   San Francisco   Shanghai   Washington, D.C.