

Frilot L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163
Phone: 504.599.8000
Facsimile: 504.599.8100
www.frilot.com

**Kerry J. Miller**
Telephone: (504)599-8194
Facsimile:  (504)599-8145
E-mail:  kmiller@frilot.com

October 10, 2011

BY EMAIL

Magistrate Judge Sally Shushan
United States District Court
500 Poydras Street
New Orleans, LA 70130

    Re:    In Re: Deepwater Horizon
               Civil Action No. 10-md-02179

Dear Judge Shushan:

I am writing on behalf of Transocean to respectfully request that Transocean be allotted 90 minutes of examination time at the depositions of DOJ BOP experts Patrick Novak and Raymond Merala. Transocean requests 90 minutes of examination time because Patrick Novak and Raymond Merala will testify regarding the BOP that was owned by Transocean.

                                Respectfully submitted,

                                /s/ Kerry J. Miller

KJM/jp

cc: All counsel via e-mail distribution