IN RE: DEEPWATER HORIZON LITIGATION
MDL NO. 2179

| | |
|---|---|
| JAMES PARKERSON ROY | STEPHEN J. HERMAN |
| Domengeaux Wright Roy & Edwards LLC | Herman, Herman Katz & Cotlar, LLP |
| 556 Jefferson St. Suite 500 | 820 O'Keefe Ave. |
| Lafayette, LA 70501 | New Orleans, LA 70113 |
| E-Mail: jimr@wrightroy.com | E-Mail: sherman@hhkc.com |
| Telephone: (337) 233-3033 | Telephone: (504) 581-4892 |
| Direct: (337) 593-4190 | Direct: (504) 680-0554 |
| Fax: (337) 233-2796 | Fax: (504) 561-6024 |

October 10, 2011

*via* E-Mail

The Honorable Sally Shushan
United States Magistrate Judge
500 Poydras Street, Room B345
New Orleans, Louisiana 70130
E-Mail: Sally_Shushan@laed.uscourts.gov

Re: Resolution of Evidentiary Issues

Dear Judge Shushan:

This letter is submitted in response to Mr. Langan's correspondence this date regarding the upcoming motion to strike deadline.

It was and remains our understanding that the Court's intent and purpose with respect to the List of 300 was to provide a means for identifying and resolving significant and/or representative evidentiary issues at a relatively early stage in the process, in order to provide guidance to the parties, and to hopefully obviate unnecessary disputes and/or rulings.

With respect to the Deposition Exhibits, it was and remains our understanding that the Court's intent in allowing Defendants to effectively reserve all objections to the exhibits was to facilitate the deposition preparation / submission process - and the Court's review of the submitted designations - while at the same time allowing the Defendants to raise - and the Court to rule upon - significant evidentiary issues in the most efficient and effective way.

941999.2

As a practical matter, the briefing on the List of 300 may require the Defendants to effectively brief some or all of their "*in limine* issues" at an earlier date. Nevertheless, we agree with the Court that, overall, this is the most effective way of identifying and resolving the significant evidentiary issues in advance of trial.

As always, we appreciate the Court's time and consideration in this matter.

                                                            Respectfully submitted,

                                                            STEPHEN J. HERMAN
                                                            JAMES PARKERSON ROY
                                                            *Plaintiffs' Liaison Counsel*

cc: J. Andrew Langan, Esq.
    Defense Liaison Counsel
    Mike Underhill, Esq.
    Honorable Luther Strange

941999.2