UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig            MDL NO. 2179
     "Deepwater Horizon" in the Gulf
     of Mexico, on April 20, 2010            SECTION J

Applies to: *All Cases*                    JUDGE BARBIER
                                              MAGISTRATE JUDGE SHUSHAN

**ORDER**

[Regarding Allocation for Phase One Experts for the PSC]

The parties submitted requests for examination time for the PSC expert witnesses. On October 4, 2011, an order was issued regarding the allocation of examination time for David Pritchard, one of the Phase One experts for the PSC. Rec. doc. 4218. The remaining Phase One experts for the PSC are Andrew Hurst (Geology), Bob Bea (Process Safety), William Gale (Process Safety), Ed "Geoff" Webster" (Maritime), and Gregg Perkin (BOP). Hurst, Webster and Perkin are set for two days (900 minutes) each. Bea and Gale are co-authors. They are each set for a day and a half (675 minutes).

**A**.   **Andrew Hurst**

The deposition of Andrew Hurst is set for Monday, November 14, and Tuesday, November 15. The requests for examination time, any reductions in the requests and the amount allocated to each party are listed below. The order of examination will be as the parties are listed below.

|            | Request     | Change     | Allocation  |
|------------|-------------|------------|-------------|
| BP         | 300 minutes | no change  | 300 minutes |
| Halliburton| 150 minutes | no change  | 150 minutes |
| Anadarko   | 120 minutes | minus 10   | 110 minutes |
| Transocean | 60 minutes  | no change  | 60 minutes  |

| | | | |
|---|---|---|---|
| Cameron | 70 minutes | minus 20 | 50 minutes |
| Dril Quip | 20 minutes | no change | 20 minutes |
| M-I Swaco | 15 minutes | no change | 15 minutes |
| MOEX | 15 minutes | no change | 15 minutes |
| Weatherford | 10 minutes | no change | 10 minutes |
| BP | It may reserve up to 60 minutes of its time for further cross-examination at this point in the sequence. | | |
| U.S. | 110 minutes | minus 20 | 90 minutes |
| PSC | 90 minutes | minus 10 | 80 minutes |
| States | 0 minutes | | 0 minutes |
| **Total** | **960 minutes** | **minus 60** | **900 minutes** |

B.  **Bob Bea**

The deposition of Bob Bea is set for Monday, November 14, and a half day on Tuesday, November 15.  The requests for examination time, any reductions in the requests and the amount allocated to each party are listed below.  The order of examination will be as the parties are listed below.

| | Request | Change | Allocation |
|---|---|---|---|
| BP | 600 minutes | minus 210 | 390 minutes |
| Halliburton | 90 minutes | minus 40 | 50 minutes |
| Transocean | 60 minutes | minus 5 | 55 minutes |
| M-I Swaco | 60 minutes | minus 35 | 25 minutes |
| Cameron | 70 minutes | minus 45 | 25 minutes |

| | | | |
|---|---|---|---|
| Anadarko | 120 minutes | minus 95 | 25 minutes |
| MOEX | 15 minutes | no change | 15 minutes |
| Dril Quip | 20 minutes | minus 5 | 15 minutes |
| Weatherford | 15 minutes | no change | 15 minutes |
| BP | It may reserve up to 60 minutes of its time for further cross-examination at this point in the sequence. | | |
| U.S. | 110 minutes | minus 80 | 30 minutes |
| PSC | 90 minutes | minus 60 | 30 minutes |
| States | 0 minutes | | 0 minutes |
| **Total** | **1250 minutes** | **minus 575** | **675 minutes** |

C.   **William Gale**

The deposition of William Gale is set for Wednesday, November 16, and a half day on Thursday, November 17. The requests for examination time, any reductions in the requests and the amount allocated to each party are listed below. The order of examination will be as the parties are listed below.

| | Request | Change | Allocation |
|---|---|---|---|
| BP | 600 minutes | minus 210 | 390 minutes |
| Halliburton | 90 minutes | minus 40 | 50 minutes |
| Transocean | 60 minutes | minus 5 | 55 minutes |
| M-I Swaco | 60 minutes | minus 35 | 25 minutes |
| Cameron | 70 minutes | minus 45 | 25 minutes |
| Anadarko | 120 minutes | minus 95 | 25 minutes |

should be

|             |              |              |              |
|-------------|--------------|--------------|--------------|
| MOEX        | 15 minutes   | no change    | 15 minutes   |
| Dril Quip   | 20 minutes   | minus 5      | 15 minutes   |
| Weatherford | 15 minutes   | no change    | 15 minutes   |
| BP          | It may reserve up to 60 minutes of its time for further cross-examination at this point in the sequence. | | |
| U.S.        | 110 minutes  | minus 80     | 30 minutes   |
| PSC         | 90 minutes   | minus 60     | 30 minutes   |
| States      | 0 minutes    | _____     | 0 minutes    |
| **Total**   | **1215 minutes** | **minus 540** | **675 minutes** |

D.   **Geoff Webster**

The deposition of Geoff Webster is set for Friday, November 18, and Saturday, November 19. The requests for examination time, any reductions in the requests and the amount allocated to each party are listed below. The order of examination will be as the parties are listed below.

|             | Request      | Change       | Allocation   |
|-------------|--------------|--------------|--------------|
| Transocean  | 150 minutes  | no change    | 150 minutes  |
| BP          | 120 minutes  | no change    | 120 minutes  |
| Halliburton | 120 minutes  | no change    | 120 minutes  |
| Anadarko    | 120 minutes  | no change    | 120 minutes  |
| Cameron     | 70 minutes   | no change    | 70 minutes   |
| M-I Swaco   | 60 minutes   | no change    | 60 minutes   |
| Weatherford | 15 minutes   | no change    | 15 minutes   |
| MOEX        | 0 minutes    | no change    | 0 minutes    |

| | | | |
|---|---|---|---|
| Dril Quip | 0 minutes | no change | 0 minutes |
| Transocean | It may reserve up to 30 minutes of its time for further cross-examination at this point in the sequence. | | |
| U.S. | 110 minutes | no change | 110 minutes |
| PSC | 90 minutes | no change | 90 minutes |
| States | 0 minutes | _____ | 0 minutes |
| **Total** | **855 minutes** | **no change** | **855 minutes** |

E.   **Gregg Perkin**

The deposition of Gregg Perkin is set for Monday, November 28, and Tuesday, November 29. The requests for examination time, any reductions in the requests and the amount allocated to each party are listed below. The order of examination will be as the parties are listed below.

BP requested 600 minutes. Cameron requested 300 minutes. For Perkin's finding nos. 1-5, 8-12, and 14-18, the focus is on BP. For finding nos. 6 and 7, the focus is on both BP and Transocean. Cameron is not mentioned in any of the findings except finding no. 13, in which it is identified as the as a source of an "acoustic trigger" which Perkin states BP should have provided as a backup control system. In finding no. 19, Perkin states his opinion as to why the blind shear ram failed. Because BP is the primary focus of Perkin's report, Cameron's requested time will sustain a greater proportionate reduction than BP's in order to fit all of the requests within 900 minutes.

| | Request | Change | Allocation |
|---|---|---|---|
| BP | 600 minutes | minus 60 | 540 minutes |
| Transocean | 90 minutes | minus 10 | 80 minutes |

| | | | |
|---|---|---|---|
| Cameron | 300 minutes | minus 210 | 90 minutes |
| Halliburton | 120 minutes | minus 70 | 50 minutes |
| Weatherford | 20 minutes | no change | 20 minutes |
| M-I Swaco | 15 minutes | no change | 15 minutes |
| Anadarko | 120 minutes | minus 75 | 45 minutes |
| Dril Quip | 0 minutes | no change | 0 minutes |
| MOEX | 0 minutes | no change | 0 minutes |
| BP | It may reserve up to 60 minutes of its time for further cross-examination at this point in the sequence. | | |
| U.S. | 110 minutes | minus 80 | 30 minutes |
| PSC | 90 minutes | minus 60 | 30 minutes |
| States | 0 minutes | | 0 minutes |
| **Total** | **1465 minutes** | **minus 565** | **900 minutes** |

All allocations are without prejudice of the right of the parties to alter the examination time or the sequence of examination by agreement.

New Orleans, Louisiana, this 11th day of October, 2011.

_____
**SALLY SHUSHAN**
**United States Magistrate Judge**

6