UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig            MDL NO. 2179
    "Deepwater Horizon" in the Gulf
    of Mexico, on April 20, 2010        SECTION J

Applies to: *All Cases*                    JUDGE BARBIER
                                        MAGISTRATE JUDGE SHUSHAN

## ORDER

**[Regarding Allocation for Deposition of Lamar McKay]**

The deposition of Lamar McKay is set for two days on November 3 and 4, 2011. The following parties made requests: (1) PSC - 290 minutes; (2) the States - 140 minutes; (3) Halliburton - 180 minutes; (4) Transocean - 75; (5) BP - 70 minutes; and (6) Anadarko - 45 minutes.[1]

|  | Standard Allocation | Reductions/ Additions | Revised Allocation |
|---|---|---|---|
| PSC | 290 minutes | no change | 290 minutes |
| U.S. | 110 minutes | minus 30 | 80 minutes |
| States | 110 minutes | plus 30 | 140 minutes |
| Halliburton | 70 minutes | plus 110 | 180 minutes |
| Transocean | 70 minutes | plus 5 | 75 minutes |
| BP | 70 minutes | no change | 70 minutes |
| Cameron | 70 minutes | minus 50 | 20 minutes |
| Anadarko | 45 minutes | no change | 45 minutes |
| MOEX | 20 minutes | minus 20 | 0 minutes |
| Weatherford | 30 minutes | minus 30 | 0 minutes |

---

[1] Nalco's request for 60 minutes was withdrawn after the ruling on the B-3 claims.

| | | | |
|---|---|---|---|
| M-I Swaco | 15 minutes | minus 15 | 0 minutes |
| Drill Quip | <u>0 minutes</u> | no change | <u>0 minutes</u> |
| **Total** | **900 minutes** | | **900 minutes** |

**Any appeal of this order must be filed no later than noon on Friday, October 14, 2011.**

New Orleans, Louisiana, this 11th day of October, 2011.

_____
**SALLY SHUSHAN**
**United States Magistrate Judge**