UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * MDL NO. 2179 <br> * <br> * SECTION: J <br> * |
| These Pleadings apply to: <br> All Cases in Pleading Bundle Section III.B(3) | * <br> * <br> * JUDGE BARBIER <br> * <br> * MAGISTRATE SHUSHAN |

* * * * * * * * * * * * * * * * * * *

## MOTION FOR WITHDRAWAL OF COUNSEL
## FOR LYNDEN INCORPORATED AND LYNDEN AIR CARGO

1

Paul R. Taylor and Jofrey M. McWilliam of Byrnes Keller Cromwell LLP hereby move for an order permitting their withdrawal as counsel of record in this matter for defendants Lynden Air Cargo, LLC, and Lynden Incorporated.

Kevin Tully of Christovich & Kearney, LLP, of New Orleans has already appeared as counsel of record for Lynden Air Cargo, LLC, and Lynden Incorporated and will remain counsel of record.

A proposed order granting the motion for withdrawal is filed herewith.

RESPECTFULLY SUBMITTED this 11th day of October, 2011.

                          BYRNES KELLER CROMWELL LLP

                          By  /s/ Paul R. Taylor
                              Paul R. Taylor, WSBA #14851
                              Jofrey M. McWilliam, WSBA #28441
                           1000 Second Avenue, 38th Floor
                           Seattle, WA  98104
                           Telephone:  (206) 622-2000
                           Facsimile:  (206) 622-2522
                           Email: ptaylor@byrneskeller.com
                                    jmcwilliam@byrneskeller.com

**CERTIFICATE OF SERVICE**

      WE HEREBY CERTIFY that the above and foregoing Motion for Withdrawal of Counsel for Lynden Incorporated and Lynden Air Cargo has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on October 11, 2011.

                    /s/ Paul R. Taylor