UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 <br><br> SECTION:  J |
| These Pleadings apply to: <br> All Cases in Pleading Bundle Section III.B(3) | * * * * * | <br><br> JUDGE BARBIER |
| | * | MAGISTRATE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * **

**[PROPOSED] ORDER GRANTING MOTION FOR WITHDRAWAL OF COUNSEL
FOR LYNDEN INCORPORATED AND LYNDEN AIR CARGO**

1

This matter came before the Court on Motion for Withdrawal of Counsel for Lynden Incorporated and Lynden Air Cargo. The Court has reviewed the Motion and any response thereto.

Accordingly, Motion for Withdrawal of Counsel for Lynden Incorporated and Lynden Air Cargo is hereby GRANTED. Paul R. Taylor and Jofrey M. McWilliam of Byrnes Keller Cromwell LLP withdraw as counsel for defendants Lynden Air Cargo, LLC, and Lynden Incorporated. Kevin Tully of Christovich & Kearney, LLP, has already appeared for those two entities and will continue as counsel of record.

New Orleans, Louisiana, October \_\_\_, 2011.

_____

The Honorable Carl J. Barbier
UNITED STATES DISTRICT JUDGE


PRESENTED BY:

BYRNES KELLER CROMWELL LLP

By  /s/ Paul R. Taylor
    Paul R. Taylor, WSBA #14851
    Jofrey M. McWilliam, WSBA #28441
  1000 Second Avenue, 38th Floor
  Seattle, WA  98104
  Telephone:  (206) 622-2000
  Facsimile:  (206) 622-2522
  Email:   ptaylor@byrneskeller.com
           jmcwilliam@byrneskeller.com
  Attorneys for Defendant
  Lynden Incorporated

**<u>CERTIFICATE OF SERVICE</u>**

WE HEREBY CERTIFY that the above and foregoing [Proposed] Order Granting Motion for Withdrawal of Counsel for Lynden Incorporated and Lynden Air Cargo has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on October 11, 2011.


/s/ Paul R. Taylor