UNITED STATES DISTRICT OF COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL No. 2179 SECTION: J JUDGE BARBIER |
| Applies to: All Cases         2:10-cv-02771 | § § § § | MAG. JUDGE SHUSHAN |

**ORDER GRANTING HALLIBURTON ENERGY SERVICES INC.'S**
***EX PARTE* MOTION FOR LEAVE TO FILE SUR-REPLY TO BP'S RESPONSE**

On this day the Court heard and considered Halliburton Energy Services, Inc.'s *Ex Parte* Motion for Leave to File Sur-Reply to BP's Response. The Court after reviewing the Motion, finds that good cause has been shown, and that Halliburton Energy Services, Inc.'s Motion should be and is in all things GRANTED.

IT IS HEREBY ORDERED that Halliburton Energy Services, Inc. is permitted to file its Sur-Reply to BP's Response, attached to its Motion as Exhibit 1, which is deemed filed on October 5, 2011, the date which Halliburton Energy Services, Inc. sought leave and filed its Motion.

SIGNED on the 11th day of _____October_____, 2011.

_____
United States Magistrate Judge

1758511 v1-24010/0002 PLEADINGS