UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Regarding Deadline for Motions *in Limine* and all Final Pre-Trial Motions]**

IT IS ORDERED that:

1. **Monday, January 23, 2012**, is the deadline for all motions *in limine* and all final pre-trial motions for matters relating to Phase One of the trial commencing on February 27, 2012.

2. The provisions in Case Management Order no. 1 (Rec. doc. 569) and Case Management Order no. 2 (Rec. doc. 1506) providing for a February 1, 2012 deadline for pre-trial motions are VACATED.

New Orleans, Louisiana, this 11th day of October, 2011.

SALLY SHUSHAN
United States Magistrate Judge