UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig                    MDL NO. 2179
    "Deepwater Horizon" in the Gulf
    of Mexico, on April 20, 2010              SECTION J

Applies to: *All Cases*                             JUDGE BARBIER
                                                    MAGISTRATE JUDGE SHUSHAN

## ORDER

**[Regarding Revised Allocation for Deposition of Barry Braniff]**

The deposition of Barry Braniff, a representative of Transocean, is set for one day (450 minutes) on Thursday, October 27, 2011. BP reports that Braniff will serve as Transocean's Rule 30(b)(6) designee for the Well Advisor Program. BP was the only party to request Braniff's deposition. It requests half of the examination time. Rec. doc. 4243.

|  | Standard Allocation | Reductions/ Additions | Revised Allocation |
|---|---|---|---|
| PSC | 145 minutes | minus 45 | 100 minutes |
| U.S. | 55 minutes | minus 30 | 25 minutes |
| States | 45 minutes | minus 35 | 10 minutes |
| Halliburton | 37 minutes | minus 22 | 15 minutes |
| Transocean | 37 minutes | plus 13 | 50 minutes |
| BP | 48 minutes | plus 177 | 225 minutes |
| Cameron | 37 minutes | minus 22 | 15 minutes |
| Anadarko | 22 minutes | minus 12 | 10 minutes |
| MOEX | 8 minutes | minus 8 | 0 minutes |
| Weatherford | 8 minutes | minus 8 | 0 minutes |
| M-I Swaco | 8 minutes | minus 8 | 0 minutes |

|  |  |  |  |
|---|---|---|---|
| Drill Quip | <u>0 minutes</u> | no change | <u>0 minutes</u> |
| **Total** | **450 minutes** |  | **450 minutes** |

**Any appeal of this order must be filed by no later than Tuesday, October 18, 2011.**

New Orleans, Louisiana, this 11th day of October, 2011.

                                             **SALLY SHUSHAN**
                                             **United States Magistrate Judge**