MINUTE ENTRY
SHUSHAN, M.J.
OCTOBER 7, 2011

**MJSTAR:**    01:50

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE<br>OIL RIG "DEEPWATER HORIZON"<br>IN THE GULF OF MEXICO, ON APRIL 20, 2010 | CIVIL ACTION<br><br>NUMBER: 10-MDL-2179<br><br>SECTION: "J" (1) |

MAGISTRATE JUDGE SALLY SHUSHAN PRESIDING

FRIDAY, OCTOBER 7, 2011 AT 9:30 A.M.

CASE MANAGER: Ricky Windhorst

COURT REPORTER: Toni Tusa

    A discovery status conference was held this date before Magistrate Judge Sally Shushan.

PRESENT:    See attached sign-in sheets for attorneys who participated in person and via telephone.

BP Conference 10/7/2011

Jed Nestayer- Airborne Support

Skip McAloon-Dynamic Aviation Group

Bill Stradley- Individual investors in mdl 2179

Ed Flanders-Moex

Wayne Hammett-Transocean

Michael Lyle-NRC, O'Briens, Army Corp(?)

Allan Weigle-Marine Spill Response Corporation

Mark Monellin-BP

John Galloway-Tiger Rentals

Sarah HImmeloch-US