# CONFERENCE ATTENDANCE RECORD

DATE: 10-7-11    TIME: 9:30

CASE NAME: IN RE: DEEPWATER HORIZON, ET AL.

DOCKET NUMBER & SECTION: MDL 2179

DISCOVERY STATUS CONFERENCE

☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Don Godwin | Halliburton |
| Alan York | " |
| Jenny Martinez | " |
| Stefanie Major | " |
| J.B. Tarter | M-I |
| Tony Fitch | Anadarko |
| Edward P. Wegmann | Weatherford |
| Anog Langan | BP |
| Rob Gasaway | BP |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Ryan Babiuch | BP |
| Brian Barr | PSC |
| Carmelite Bertaut | Cameron |
| Phil Wittmann | Cameron |
| Phil Nizialek | MOEX |
| Steve Herman | PSC |
| Rachel Clingman | Transocean |
| R. Mike Underhill | US |
| Lance Sannino | Weatherford |
| Deb Kuchler | Anadarko |
| Corey Maze | Alabama |
| Brian Kavanaugh | BP |
| Don Haycraft | BP |
| Jim Roy | PSC |
| Anthony Irpino | PSC |
| Doug Kraus | Louisiana |
| Dennis Barrow | Dril-Quip |