**U.S. Department of Justice**
**United States Marshals Service**

## PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: Velma Jean Richards | COURT CASE NUMBER: 11-1096-J (1) SOUTHERN DIST. S/TX |
| DEFENDANT: Transocean, et al. | TYPE OF PROCESS: Claim and Summons |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Transocean, et al.

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Transocean - #4 Greenway Plaza - Houston, TX 77046

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Velma Jean Richards
305 West 72nd Street Apt. 11C
New York, NY 10023
Velma Jean Richards 6/23/11

- Number of process to be served with this Form - 285
- Number of parties to be served in this case
- Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service):

713-232-7500

Signature of Attorney or other Originator requesting service on behalf of:
Velma Jean Richards
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: 845-331-____
DATE: 6-23-11

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| 1 | No. 34 | No. 99 | Vita Jones | 6/27/11 |

Address (complete only if different than shown above)
TRANSOCEAN INC.
4 GREENWAY PLAZA, SUITE 700
HOUSTON, TX 77046

Date of Service: 7/11/11  Time: 1:15

| Service Fee | Total Mileage Charges | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 9.00 | 0 | $8 | 71.50 | -0- | |

**REMARKS:**
7/8/11 - Service via certified Mail 7008 0150 0003 3186 5730
7/11/11 - Served via certified mail, signed for by Todd Cobena.
8/5/11 - Served in person at 800 Brazos, Suite 400 Austin, TX 78701 (Toni) Jan.

PRIOR EDITIONS MAY BE USED
1. CLERK OF THE COURT
FORM USM-285
JDLS 11-1096-J Dktd
CtRmDep
Doc. No.

AO 440 (Rev. 04/08) Civil Summons

*Return*

RECEIVED
UNITED STATES MARSHAL

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

11 JUN 30 PM 2:24

SOUTHERN DIST. S/TX

VELMA JEAN RICHARDS
Plaintiff
v.
BRITISH PETROLEUM, ET AL
Defendant

MDL 10-2179

Civil Action No. 11-1096, J (1)

## Summons in a Civil Action

To: *(Defendant's name and address)*
Transocean

RECEIVED UNITED STATES MARSHAL
2011 JUN 27 PM 1:[?]
EASTERN DISTRICT OF LOUISIANA

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
Velma Jean Richards
305 West 72nd Street
New York, NY 10023

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte

Date: May 16 2011

*Deputy Clerk Signature*

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. E/LA 11-1096.J(1); MDL 10-2179

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Capitol Corporate Services 8550 United Plaza B.R. La. Suite 305

was received by me on *(date)* 8/15/11.

☒ I personally served the summons on the individual at *(place)* 8550 United Plaza Suite 305
on *(date)* 8/15/11; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Shawna Smith, who is designated by law to accept service of process on behalf of *(name of organization)* Capitol Corporate Services
on *(date)* 8/15/11; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ 5.00 for travel and $ 55.00 for services, for a total of $ 60.00.

I declare under penalty of perjury that this information is true.

Date: 8/15/11

*Server's signature*

Mitch Underwood  DUSM
*Printed name and title*

777 Florida St. B.R. La.
*Server's address*

Additional information regarding attempted service, etc: