UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEP WATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL NO.: 2179  SECTION "J" |
| THIS DOCUMENT RELATES TO: *Adams v. State of LA*, Case No. 11-CV-1051 | * * | JUDGE BARBIER  MAG. JUDGE SHUSHAN |

*************************************************************************

## ORDER

Considering the Motion to Substitute Counsel of Record filed by PENETON CORPORATION (Rec. Doc. 4081),

The Motion is DENIED AS MOOT. David P. Salley and Jeffery Farshad were previously substituted for Parick C. Grace as counsel for Peneton Corporation by the Court's Order of August 29, 2011 (Rec. Doc. 3844).

New Orleans, Louisiana, this 11th day of October, 2011.

_____
United States District Judge

1