UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) | MDL. NO. 2179 |
| | ) | SECTION: J |
| This Document relates to: | ) ) | JUDGE BARBIER |
| 2:10-CA-10-8888 | ) | MAG. JUDGE SHUSHAN |

### ORDER

Considering the Motion of the Claimants/Plaintiffs to Dismiss with Prejudice Pursuant to *Rule 41(a)(2)*:

**IT IS HEREBY ORDERED** that all claims of the following Claimants/Plaintiffs are dismissed with Prejudice.

| Document No. | Cause No. | Plaintiff/Claimant |
|---|---|---|
| 1. 52682 | CA-10-8888 | Thomas & Donna Graeser |
| 2. 51365 | CA-10-8888 | Gregory Timothy Jones |
| 3. 73627 | CA-10-8888 | Benjamin Edward Pellegrini |
| 4. 48496 | CA-10-8888 | Jeffrey & Julie St. Pierre |
| 5. 67567 | CA-10-8888 | Allen & Sandra Gailor |
| 6. 48288 | CA-10-8888 | Bruce & Eva Creel |

New Orleans, Louisiana this 11th day of October, 2011.

_____
United States District Judge

1