UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL No. 2179 |
| This Document Relates to: | * * | SECTION "J" |
| 2:10-CV-02771 | * * * | |
| *IN RE THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, ET AL., IN A CAUSE FOR EXONERATION FROM OR LIMITATION OF LIABILITY* | * * * * | JUDGE BARBIER MAGISTRATE JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**O'BRIEN'S RESPONSE MANAGEMENT, INC.'S UNOPPOSED MOTION FOR LEAVE TO VOLUNTARILY DISMISS WITHOUT PREJUDICE ITS CONTINGENT CROSS-CLAIM AGAINST THE UNITED STATES OF AMERICA AND TO FILE ITS AMENDED ANSWER AND CLAIM/COUNTERCLAIM**

Pursuant to Federal Rules of Civil Procedure 15(a)(2) and 41(c), O'Brien's Response Management, Inc. ("O'Brien's") hereby moves for leave to voluntarily dismiss its contingent cross-claim against the United States of America without prejudice and to file its Amended Answer and Claim/Counterclaim. O'Brien's seeks this dismissal without prejudice because subsequent to filing its contingent cross-claim against the United States, O'Brien's has determined that it need not pursue such claim against the United States at this time. O'Brien's seeks leave to file its Amended Answer and Claim/Counterclaim to delete all allegations against the United States, leaving unamended both its answer to the Complaint and Petition for Exoneration from or Limitation of Liability (Rec. Doc. 1 on the 2:10-cv-02771 docket) and the Rule 14(c) Third-Party Complaint (Rec. Doc. 1320 on the 2:10-md-02179 docket) filed by Triton

Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling, Inc., and Transocean Deepwater Inc. (collectively referred to as "Petitioners"), and its claim/counterclaim against Petitioners.

O'Brien's has consulted with counsel for the United States and has been informed that the United States does not oppose, and in fact concurs with, this motion.

WHEREFORE, O'Brien's respectfully requests that the Court grant this Unopposed Motion for Leave to Voluntarily Dismiss Without Prejudice Its Contingent Cross-Claim Against the United States of America and to File Its Amended Answer and Claim/Counterclaim.

Dated: October 12, 2011.

                               Respectfully submitted,

                               /s/ Michael J. Lyle
                               Michael J. Lyle (DC Bar #475078, IL Bar #6199227)
                               Eric C. Lyttle (DC Bar #482856)
                               WEIL, GOTSHAL & MANGES LLP
                               1300 Eye Street, NW, Suite 900
                               Washington, D.C. 20005
                               Telephone: (202) 682-7157
                               Facsimile: (202) 857-0940

                               Theodore E. Tsekerides (NY Bar #2609642)
                               Jeremy T. Grabill (NY Bar #4501755)
                               Sylvia E. Simson (NY Bar #4803342)
                               WEIL, GOTSHAL & MANGES LLP
                               767 Fifth Avenue
                               New York, New York  10153
                               Telephone: (212) 310-8218
                               Facsimile: (212) 310-8007

                               Patrick E. O'Keefe (LA Bar #21086)
                               Philip S. Brooks, Jr. (LA Bar #21501)
                               MONTGOMERY, BARNETT, BROWN, REED,
                                    HAMMOND & MINTZ, LLP
                               3300 Energy Centre
                               1100 Poydras Street
                               New Orleans, LA 70163-3300
                               Telephone: (504) 585-3200
                               Facsimile: (504) 585-7688

                               *Attorneys for O'Brien's Response Management, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Unopposed Motion for Leave to Voluntarily Dismiss Without Prejudice Its Contingent Cross-Claim Against the United States of America and to File Its Amended Answer and Claim/Counterclaim has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 12th day of October, 2011.

                                                            /s/ Michael J. Lyle
                                                            Michael J. Lyle