UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL No. 2179 |
| This Document Relates to: | * * | SECTION "J" |
| 2:10-CV-02771 | * * | |
| IN RE THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, ET AL., IN A CAUSE FOR EXONERATION FROM OR LIMITATION OF LIABILITY | * * * * * | JUDGE BARBIER MAGISTRATE JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**NATIONAL RESPONSE CORPORATION'S UNOPPOSED MOTION FOR LEAVE TO VOLUNTARILY DISMISS WITHOUT PREJUDICE ITS CONTINGENT CROSS-CLAIM AGAINST THE UNITED STATES OF AMERICA AND TO FILE ITS AMENDED ANSWER AND CLAIM/COUNTERCLAIM**

Pursuant to Federal Rules of Civil Procedure 15(a)(2) and 41(c), National Response Corporation ("NRC") hereby moves for leave to voluntarily dismiss its contingent cross-claim against the United States of America without prejudice and to file its Amended Answer and Claim/Counterclaim. NRC seeks this dismissal without prejudice because subsequent to filing its contingent cross-claim against the United States, NRC has determined that it need not pursue such claim against the United States at this time. NRC seeks leave to file its Amended Answer and Claim/Counterclaim to delete all allegations against the United States, leaving unamended both its answer to the Complaint and Petition for Exoneration from or Limitation of Liability (Rec. Doc. 1 on the 2:10-cv-02771 docket) and the Rule 14(c) Third-Party Complaint (Rec. Doc. 1320 on the 2:10-md-02179 docket) filed by Triton Asset Leasing GmbH, Transocean Holdings

LLC, Transocean Offshore Deepwater Drilling, Inc., and Transocean Deepwater Inc. (collectively referred to as "Petitioners"), and its claim/counterclaim against Petitioners.

NRC has consulted with counsel for the United States and has been informed that the United States does not oppose, and in fact concurs with, this motion.

WHEREFORE, NRC respectfully requests that the Court grant this Unopposed Motion for Leave to Voluntarily Dismiss Without Prejudice Its Contingent Cross-Claim Against the United States of America and to File Its Amended Answer and Claim/Counterclaim.

Dated: October 12, 2011.

                              Respectfully submitted,

                              /s/ Michael J. Lyle
Michael J. Lyle (DC Bar #475078, IL Bar #6199227)
Eric C. Lyttle (DC Bar #482856)
WEIL, GOTSHAL & MANGES LLP
1300 Eye Street, NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 682-7157
Facsimile: (202) 857-0940

Theodore E. Tsekerides (NY Bar #2609642)
Jeremy T. Grabill (NY Bar #4501755)
Sylvia E. Simson (NY Bar #4803342)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone: (212) 310-8218
Facsimile: (212) 310-8007

Patrick E. O'Keefe (LA Bar #21086)
Philip S. Brooks, Jr. (LA Bar #21501)
MONTGOMERY, BARNETT, BROWN, REED,
    HAMMOND & MINTZ, LLP
3300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-3300
Telephone: (504) 585-3200
Facsimile: (504) 585-7688

*Attorneys for National Response Corporation*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Unopposed Motion for Leave to Voluntarily Dismiss Without Prejudice Its Contingent Cross-Claim Against the United States of America and to File Its Amended Answer and Claim/Counterclaim has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 12th day of October, 2011.

                                              /s/ Michael J. Lyle
                                              Michael J. Lyle