## Anadarko's Objections to the PSC's "Sample 300" Trial Exhibit List

| TRIAL EX NO. | BATES RANGE | DATE | SUBJECT / DESCRIPTION | DEFENDANT | OBJECTION | NOTES/COMMENTS |
|---|---|---|---|---|---|---|
| TREX-01243 | | 10/1/2009 | Macondo Prospect Offshore Deepwater Operating Agreement and exhibits, effective 10/01/2009, joinder signed 12/17/2009 | ANADARKO | **Incomplete copy, please substitute complete copy** | Ex. 1243 is an incomplete copy of the Joinder, OA and Exhibits.<br><br>The OA portion of the Exhibit is missing **p. 93** and **p. 141** and **p. 18** of the OA is misplaced - it is the last page of the entire Exhibit (p. 241) - rather than following pg. 17 of the OA.<br><br><u>Missing pages:</u><br>APC-HEC1-000001628 (p. 18 of OA is out of order, it can be found on p. 241 of the entire Exhibit).<br><br>APC-HEC1-000001703 (p. 93 of OA).<br><br>APC-HEC1-000001751 (p.141 of OA). |
| TREX-01594 | | 4/12/2010 | Emails between Paul Chandler and Forrest Burton re: missing Macondo logs, "gotta love working with BP" | ANADARKO | | |
| TREX-01595 | | 4/19/2010 | Email from Paul Chandler to Tim Trautman, Stuart Strife, Alan O'Donnell, Forrest Burton, Bert Allbritton and Derek Folger re: missing Macondo reports since April 15, still don't know if last casing string run, etc. | ANADARKO | | |

A/74529867.1

| TRIAL EX NO. | BATES RANGE | DATE | SUBJECT / DESCRIPTION | DEFENDANT | OBJECTION | NOTES/COMMENTS |
|---|---|---|---|---|---|---|
| TREX-01598 | | 1/25/2010 | Email from Nick Huch to Robert Bodek and Paul Chandler forwarding Anadarko's data requirements for Macondo | ANADARKO | | |
| TREX-01902 | | 4/12/2010 | Email from Paul Chandler to Robert Bodek re: missing wireline data | ANADARKO | | |
| TREX-01908 | | 4/4/2010 | Email from Derek Folger to Paul Chandler, Tim Trautman, Robert Quitzau and Forrest Burton re: Macondo Update, "looks like we're back to drilling. I never heard what the issue was earlier." | ANADARKO | | |
| TREX-01914 | | 10/19/2009 | Emails between Robert Strickling and Dawn Peyton re: Value of Interest in Blacktail, Silverton & Mauna Kea (attaching Macondo Prospect presentation, October 15, 2009) | ANADARKO | **FRE 402 - Irrelevant, Outside the Scope of Phase 1 Trial**<br><br>**FRE 403 - Prejudicial, Confusion of Issues** | |
| TREX-01916 | | 10/20/2009 | Email from Richard Hedley to Stuart Strife, Shandell Szabo, Brad Berg, Jim Bryan, Tim Trautman re: "uneasy" that BP does not have AFE ready to send out | ANADARKO | | |
| TREX-01917 | | 11/20/2009 | Emails between Alan O'Donnell, Paul Chandler, Dawn Peyton and Glenn Raney re: "bummer" that BP didn't disclose extent of Marianas damage. | ANADARKO | | |
| TREX-01919 | | 12/17/2009 | August 29, 2009 Authorization for Expenditure (signed by Stuart Strife on 12/17/2009) | ANADARKO | | |

| TRIAL EX NO. | BATES RANGE | DATE | SUBJECT / DESCRIPTION | DEFENDANT | OBJECTION | NOTES/COMMENTS |
|---|---|---|---|---|---|---|
| TREX-~~01920~~<br>**Correct Ex. No.**<br>**TREX-01910** | | 4/5/2010 | Email from Robert Quitzau to Alan O'Donnell forwarding email between Robert Quitzau, Derek Folger, Paul Chandler, John Kamm and Mike Pfister re: question about 12.58 ppg | ANADARKO | | |
| TREX-01920 | | 2/18/2010 | Letter to Michael Bierne, from Nicholas G. Huch enclosing executed version of January 27, 2010 Supplemental AFE (signed by Stuart Strife) | ANADARKO | | |
| TREX-01921 | | 3/30/2010 | Letter to Michael Beirne from Nicholas G. Huch re: Second Supplemental AFE (attaching executed March 22, 2010 Supplemental AFE) | ANADARKO | | |
| TREX-01922 | | 4/15/2010 | Letter from Nicholas G. Huch to Aimee Patel attaching executed 04/04/2010 production casing AFE (signed by Alan O'Donnell) | ANADARKO | | |
| TREX-01923 | | 3/29/2010 | Email from Ben Manoochehri to Bert Allbritton forwarding updated Macondo economics | ANADARKO | | |
| TREX-01926 | | 4/20/2010 | Macondo Post Drill Analysis (Utilizing BP Amplitude Extraction) | ANADARKO | **FRE 402 - Irrelevant, Outside the Scope of Phase 1 Trial**<br>**FRE 403 - Prejudicial, Confusion of Issues**<br>**Illegible, handwritten notes** | |

3

| TRIAL EX NO. | BATES RANGE | DATE | SUBJECT / DESCRIPTION | DEFENDANT | OBJECTION | NOTES/COMMENTS |
|---|---|---|---|---|---|---|
| TREX-01928 | | 11/20/2009 | Email from Alan O'Donnell to Darrell Hollek re: concern of cost impact of Marianas damage | ANADARKO | | |
| TREX-01941 | | 11/24/2009 | Emails between Alan O'Donnell, Jim Bryan, Todd Durkee, Darrell Hollek and Stuart Strife re: BP's Macondo (MC 252) Well Cost Update (post-Marianas damage) | ANADARKO | | |
| TREX-01942 | | 10/1/2009 | Lease Exchange Agreement between BP, Anadarko Petroleum Corp., and Anadarko E&P Company, effective 10/01/2009, signed 12/17/2009 | ANADARKO | | |
| TREX-01943 | | 10/1/2009 | Macondo Prospect Well Participation Agreement between BP Exploration and Production, Inc., Anadarko Petroleum Corp., and Kerr-McGee Oil & Gas Corp., effective 10/01/2009, signed 12/17/2009 | ANADARKO | | |
| TREX-01944 | | 2/11/2010 | MMS submissions: Forms 150, 1123, and 1017 (Assignment of Record Title Interest, Designation of Operator, Designation of Applicant) | ANADARKO | | |
| TREX-01947 | | 11/20/2009 | Emails between Stuart Strife, Jim Bryan, Darrell Hollek, Todd Durkee, Alan O'Donnell, Allen Sanders, Richard Hedley, Nick Huch, Ben Manoochehri, Hank Wood and Barbara Dunbar re: cost impact of Marianas damage, nondisclosure was "a real concern" to Hollek | ANADARKO | | |

4

| TRIAL EX NO. | BATES RANGE | DATE | SUBJECT / DESCRIPTION | DEFENDANT | OBJECTION | NOTES/COMMENTS |
|---|---|---|---|---|---|---|
| TREX-02308 | | 11/2/2009 | Emails between Nick Huch and Michael Beirne re: Macondo Development Cost, need more detailed breakdown of total | ANADARKO | | |
| TREX-02314 | | 12/17/2009 | Email from Nick Huch, Michael Beirne, and Kemper Howe re: Anadarko wanting a rig / timing commitment at Macondo | ANADARKO | | |
| TREX-02316 | | 11/11/2009 | Email from Nick Huch to Ron Buehner and Dawn Peyton re: including both APC and AE&P on Lease Exchange Agreement with BP | ANADARKO | | |
| TREX-02636 | | 4/13/2010 | Email from Alan O'Donnell to Robert Quitzau, Nick Huch, Tim Trautman, Paul Chandler, Forrest Burton, Bert Allbritton, and Dawn Peyton re: Macondo TD & Draft Sub. Op. AFE, still don't know whether BP is using liner/tieback or not | ANADARKO | | |
| TREX-02641 | | 4/27/2010 | Email from Mark E. Hafle to Robert Quitzau, Todd Durkee, Mike Pfister, Steve Woelfel re: Quitzau's post-spill questions to BP, including about burst disks | ANADARKO | **FRE 402 - Irrelevant, Outside the Scope of Phase 1 Trial** | |
| TREX-02687 | | 10/20/2009 | Email from Darrell Hollek to Chuck Meloy re: "good economics," "odd BP is drilling a 60MM BOE prospect" | ANADARKO | | |
| TREX-02689 | | 10/28/2009 | Email between Darrell Hollek and Mike Beattie re: Macondo subsea development cost | ANADARKO | | |

A/74529867.1

| TRIAL EX NO. | BATES RANGE | DATE | SUBJECT / DESCRIPTION | DEFENDANT | OBJECTION | NOTES/COMMENTS |
|---|---|---|---|---|---|---|
| TREX-02691 | | 11/20/2009 | Emails between Darrell Hollek and Ben Manoochehri re: cost impact of Marianas damage | ANADARKO | | |
| TREX-02692 | | 11/30/2009 | Email and attachments from Dawn Peyton to Darrell Hollek and Stuart Strife re: Macondo Economics (pre- and post-RCT review) | ANADARKO | **FRE 402 - Irrelevant, Outside the Scope of Phase 1 Trial**<br><br>**FRE 403 - Prejudicial, Confusion of Issues** | |
| TREX-02693 | | 12/2/2009 | Emails between Pat Watson, Todd Durkee, David Bump, Nick Huch and Darrell Hollek re: Pat Watson doing due diligence on cost impact of Marianas damage | ANADARKO | | |
| TREX-02697 | | 4/5/2010 | Emails between Bert Allbritton and Dawn Peyton attaching corrected Macondo economics | ANADARKO | **FRE 402 - Irrelevant, Outside the Scope of Phase 1 Trial**<br><br>**FRE 403 - Prejudicial, Confusion of Issues** | |
| TREX-02827 | | 10/28/2009 | Emails between Michael Beirne and Mark E. Hafle re: APC request for more detailed cost breakdown, "it is not customary to give them much detail" | ANADARKO | | |
| TREX-02855 | | 4/14/2010 | Email from Michael Beirne to Bryan Ritchie, Charles H. Bondurant, John Guide, Mark E. Hafle, Robert Bodek, Brian P. Morel, Kemper Howe, Brett W. Cocales, Gregory S. Watz, Jonathan M. Bellow, Aimee Patel, and Doris Reiter re: Macondo JOA Obligations | ANADARKO | | |

6

| TRIAL EX NO. | BATES RANGE | DATE | SUBJECT / DESCRIPTION | DEFENDANT | OBJECTION | NOTES/COMMENTS |
|---|---|---|---|---|---|---|
| TREX-02991 | | 4/20/2010 | Letter from Kemper Howe to MOEX Offshore 2007 LLC, Anadarko E&P Company, LP and Anadarko Petroleum Corp. re: Temporary Abandonment (signed on to by Alan O'Donnell on 04/20/2010) | ANADARKO | | |
| TREX-04996 | | 4/23/2010 | Email to Alan O'Donnell from Dawn Peyton estimating Macondo blowout AOF flow rate at 45,000 BPD | ANADARKO | **FRE 402 - Irrelevant, Outside the Scope of Phase 1 Trial** | |
| TREX-00096 | BP-HZN-BLY00097030 - BP-HZN-BLY00097033 | | E-Mail - From: Corser, Kent Sent: Tue Jun 22 21:33:30 2010 - To: Brock, Tony; Robinson, Steve W (Alaska) Subject: FW: John Guide Email Capture | BP PARTIES | | |
| TREX-00097 | BP-HZN-2179MDL00060995 | | E-Mail - From: Morel, Brian P Sent: Monday, April 26, 2010 6:40 AM - To: Holik, Cynthia M Subject: FW: Ops Note | BP PARTIES | | |
| TREX-00206 | BP-HZN-2179MDL00323759 | | E-Mail - From: Winters, Warren J Sent: Monday, May 17 2010 4:43 PM - Subject: RE: CSI Technologies | BP PARTIES | **Incomplete, please substitute a complete copy** | 1 page exhibit, but there is a number "2" at the bottom of the page, indicating there is more to the exhibit |
| TREX-00870 | | | United States Department of Labor News Release - US Department of Labors OSHA issues record breaking fines to BP | BP PARTIES | | |
| TREX-00986 | | | Chief Counsel's Report_2011: National Commission on the BP Deepwater Horizon Oil Spill and Offshore Drilling | BP PARTIES | | |

7

| TRIAL EX NO. | BATES RANGE | DATE | SUBJECT / DESCRIPTION | DEFENDANT | OBJECTION | NOTES/COMMENTS |
|---|---|---|---|---|---|---|
| TREX-01045 | BP-HZN-2179MDL00895056 - BP-HZN-2179MDL00895060 | | E-Mail - From: Bodek, Robert Sent: Tue Apr 06 15:26:40 2010 - Subject: RE: Good morning! | BP PARTIES | | |
| TREX-01046 | BP-HZN-MBI00071986 - BP-HZN-MBI00072008 | | GoM Exploration and Appraisal Communication Plan (September 2009, Rev. 2) | BP PARTIES | | |
| TREX-01047 | BP-HZN-2179MDL00884526 - BP-HZN-2179MDL00884527 | | E-Mail - From: Bodek, Robert Sent: Wed Oct 14 20:17:39 2009 - Subject: FW: Alex Voltaire | BP PARTIES | | |
| TREX-01051 | BP-HZN-2179MDL00884296 | | E-Mail - From: Bodek, Robert Sent: Thu Oct 29 15:20:26 2009 - Subject: RE: Macondo | BP PARTIES | | |
| TREX-01053 | BP-HZN-MBI00099622 - BP-HZN-MBI00099632 | | by - MC 252 #1 (Macondo): 18 1/8" x 22" hole-section review (18" CSG section) | BP PARTIES | | |
| TREX-01057 | BP-HZN-2179MDL00270472 | | E-Mail - From: Bodek, Robert Sent: Sat Feb 13 17:53:47 2010 - Subject: RE: Macondo LOT #4 | BP PARTIES | | |
| TREX-01070 | BP-HZN-2179MDL00044180 - BP-HZN-2179MDL00044182 | | E-Mail - From: Bellow, Jonathan M Sent: Mon Mar 15 14:29:57 2010 - Subject: FW: Some Thoughts and Help Requested, PP detection, Macando | BP PARTIES | | |
| TREX-01072 | BP-HZN-2179MDL00032990 - BP-HZN-2179MDL00032991 | | E-Mail - From: Bellow, Jonathan M Sent: Mon Mar 15 14:30:20 2010 - Subject: FW: Some Thoughts and Help Requested, PP detection, Macando | BP PARTIES | | |

A/74529867.1

| TRIAL EX NO. | BATES RANGE | DATE | SUBJECT / DESCRIPTION | DEFENDANT | OBJECTION | NOTES/COMMENTS |
|---|---|---|---|---|---|---|
| TREX-01074 | BP-HZN-2179MDL00006076 - BP-HZN-2179MDL00006078 | | E-Mail - From: Bodek, Robert Sent: Tue Mar 16 19:13:30 2010 - Subject: For your review... | BP PARTIES | | |
| TREX-01076 | BP-HZN-2179MDL00015694 - BP-HZN-2179MDL00015695 | | E-Mail - From: Bodek, Robert Sent: Thu Mar 18 16:13:49 2010 - Subject: FW: Lessons learned - plan forward: Macondo | BP PARTIES | | |
| TREX-01078 | BP-HZN-2179MDL00021267 - BP-HZN-2179MDL00021268 | | E-Mail - From: Bodek, Robert Sent: Thu Mar 18 18:49:07 2010 - Subject: RE: Lessons learned - plan forward: Macondo | BP PARTIES | | |
| TREX-01080 | BP-HZN-2179MDL00022579 - BP-HZN-2179MDL00022580 | | E-Mail - From: Bodek, Robert Sent: Fri Mar 19 03:08:07 2010 - Subject: RE: Macondo Update 8pm | BP PARTIES | | |
| TREX-01084 | BP-HZN-2179MDL00890037 | | E-Mail - From: Bodek, Robert Sent: Wed Mar 24 23:12:11 2010 - Subject: Macondo LCM | BP PARTIES | | |
| TREX-01087 | BP-HZN-2179MDL00011147 - BP-HZN-2179MDL00011149 | | E-Mail - From: Bodek, Robert Sent: Sat Mar 27 02:30:19 2010 - Subject: RE: Kira Tushman - Macondo ops visit | BP PARTIES | | |
| TREX-01124 | BP-HZN-2179MDL00281872 & BP-HZN-2179MDL00281870 | | Confidential Chart (Chain of Command) | BP PARTIES | | |
| TREX-01126 | BP-HZN-2179MDL00286815 - BP-HZN-2179MDL00286816 | | E-Mail - From: Sims, David C Sent: Sun Mar 14 04:53:00 2010 - Subject: RE: call | BP PARTIES | | |
| TREX-01127 | BP-HZN-MBI00222540 - BP-HZN-MBI00222541 | | E-Mail - To: Guide Subject: RE: call | BP PARTIES | **Incomplete, please substitute a complete copy** | Document appears to be incomplete, email on the first page does not indicate "from" field in header |

A/74529867.1

| TRIAL EX NO. | BATES RANGE | DATE | SUBJECT / DESCRIPTION | DEFENDANT | OBJECTION | NOTES/COMMENTS |
|---|---|---|---|---|---|---|
| TREX-01136 | BP-HZN-2179MDL00025882 - BP-HZN-2179MDL00025884 | | E-Mail - From: Paine, Kate (QuaDril Energy LT) Sent: Fri Mar 19 01:44:47 2010 - Subject: RE: Lesson Learned - Plan Forward: Macondo | BP PARTIES | | |
| TREX-01140 | BP-HZN-MBI00109949 | | E-Mail - From: Cocales, Brett W Sent: Thu Mar 11 15:41:40 2010 - Subject: RE: | BP PARTIES | | |
| TREX-01154 | BP-HZN-MBI00021304 - BP-HZN-MBI00021343 | | Transcription of Brian Morel interview notes - commenced 1040 hrs 27-Apr 2010 | BP PARTIES | **Please substitute a non-highlighted copy** | Document has highlighting throughout, unlikely a true and correct copy of the original |
| TREX-01351 | TRN-MDL-00406377 - TRN-MDL- 00406380 | | List of Issues | BP PARTIES | **Please substitute a non-highlighted copy** | Document has highlighting throughout, unlikely a true and correct copy of the original |
| TREX-01367 | BP-HZN-MBI00128383 - BP-HZN-MBI00128385 BPD107_216784 - BPD107_216786 | | E-Mail - From: Cocales, Brett W Sent: Fri Apr 16 21:14:54 2010 - Subject: RE: Macondo STK geodetic | BP PARTIES | | |
| TREX-01734 | BP-HZN-2179MDL00407937 - BP-HZN-2179MDL00408004 | | GP 48-50 - Major Accident Risk (MAR) Process: Group Practice - BP Group Engineering Technical Practices | BP PARTIES | | |
| TREX-01741 | BP-HZN-2179MDL00412928 | | Macondo Project Risk Register | BP PARTIES | | |
| TREX-01742 | BP-HZN-2179MDL00205082 - BP-HZN-2179MDL00205105 | | GDP 4.4-0002 Incident Investigation (14 October 2009) | BP PARTIES | | |
| TREX-01951 | BP-HZN-2179MDL00353304 - BP-HZN-2179MDL00353305 BPD008_013659 - BPD008_0136560 | | E-Mail - From: Guide, John Sent: Wed Oct 07 11:40:19 2009 - Subject: FW: Deepwater Horizon Rig Audit | BP PARTIES | | |

| TRIAL EX NO. | BATES RANGE | DATE | SUBJECT / DESCRIPTION | DEFENDANT | OBJECTION | NOTES/COMMENTS |
|---|---|---|---|---|---|---|
| TREX-01966 | BP-HZN-2179MDL00321874 BP-HZN-MBI 00021237 - BP-HZN-MBI 00021282 | | E-Mail - From: O'Bryan, Patrick L Sent: Tue Apr 27 19:39:27 2010 - Subject: RE: Bladder effect | BP PARTIES | | |
| TREX-01987 | BP-HZN-2179MDL0685285 - BP-HZN-2179MDL00685286 | | Wellbore Positive and Negative Pressure Testing Interim Guidance | BP PARTIES | | |
| TREX-02033 | | | Telephone Interview of: Jesse Marc Gagliano - Friday, June 11, 2010 | BP PARTIES | | |
| TREX-02900 | BP-HZN-CEC055017- BP-HZN-CEC055034 | | E-Mail - From: Lacy, Kevin Sent: Wed Nov 28 03:42:08 2007 - Subject: Your copy of Monday's File | BP PARTIES | | |
| TREX-02901 | BP-HZN-CEC055272 - BP-HZN-CEC055296 | | E-Mail - From: Lacy, Kevin Sent: Fri Dec 14 20:45:56 2007 - Subject: Package for discussion | BP PARTIES | | |
| TREX-02907 | BP-HZN-CEC078875 - BP-HZN-CEC078901 | | E-Mail - From: Lacy, Kevin Sent: Mon Oct 12 19:13:32 2009 - Subject: Pre Read for HSSE QPR - Tuesday, October 13 | BP PARTIES | | |
| TREX-02908 | BP-HZN-2179MDL00333155 - BP-HZN-2179MDL00333195 | | GulfofMexicoSPU - Operating Plan (OMS Handbook) | BP PARTIES | | |
| TREX-02911 | BP-HZN-2179MDL01554443 | | E-Mail - From: Kraus, Malcolm D Sent: Wed Apr 08 13:32:43 2009 - Subject: Updated Risk Register | BP PARTIES | | |
| TREX-02912 | BP-HZN-CEC078761 - BP-HZN-CEC078789 | | E-Mail - From: Ruehle, Steven A Sent: Thu Sep 24 14:40:48 2009 - Subject: RE: SPU Top Risk Mitigation Plans (Session 2 of 2) | BP PARTIES | | |

| TRIAL EX NO. | BATES RANGE | DATE | SUBJECT / DESCRIPTION | DEFENDANT | OBJECTION | NOTES/COMMENTS |
|---|---|---|---|---|---|---|
| TREX-02913 | BP-HZN-BLY00151043 | | Risk Mitigation Plan | BP PARTIES | **Incomplete, please substitute a complete copy** | Document has number 72 in the upper right corner, but is a 1 pg document |
| TREX-02914 | BP-HZN-2179MDL01443369 - BP-HZN-2179MDL01443372 | | E-Mail - From: Eaton, Richard J Sent: Fri Oct 09 23:11:49 2009 - Subject: OpCo risk review | BP PARTIES | | |
| TREX-02917 | BP-HZN-IIT-0001177 - BP-HZN-0001288 BP-HZN-2179MDL00057261 - BPHZN-2179M DL00057372 | | Drilling and Well Operations Practice - E&P Defined Operating Practice | BP PARTIES | | |
| TREX-02918 | BP-HZN-2179MDL01808592 | | E-Mail - From: Lacy, Kevin Sent: Thu Oct 01 15:28:47 2009 - Subject: Safety Leadership | BP PARTIES | | |
| TREX-02919 | BP-HZN-2179MDL01109076 - BP-HZN-2179MDL01109092 | | by - Process Safety Planning 2010, 12 Jan 2010 | BP PARTIES | | |
| TREX-02929 | BP-HZN-2179MDL00352448 - BP-HZN-2179MDL00352460 | | E-Mail - From: Lenhoff, Diane A Sent: Mon Nov 09 21:24:19 2009 - Subject: RE: November D&C ELT Meeting - Agenda | BP PARTIES | | |
| TREX-02934 | BP-HZN-2179MDL00107264 - BP-HZN-2179MDL00107268 | | E-Mail - From: Lacy, Kevin Sent: Tue Jul 15 14:48:50 2008 - Subject: RE: Kaskida Bold Move Way Forward | BP PARTIES | | |
| TREX-03174 | | | West Engineering Services Shear Ram Capabilities Study for U.S. Minerals Management Service, Requisition No. 3-4025-1001, September 2004; 71 pages | BP PARTIES | | |
| TREX-03814 | | | 8-18-03 Major Incident Investigation Report | BP PARTIES | | |

12

A/74529867.1

| TRIAL EX NO. | BATES RANGE | DATE | SUBJECT / DESCRIPTION | DEFENDANT | OBJECTION | NOTES/COMMENTS |
|---|---|---|---|---|---|---|
| TREX-03820 | | | 10-25-07 Press Release: BP America announces resolution of Texas City, Alaska, propane trading, law enforcement investigations | BP PARTIES | | |
| TREX-03823 | BP-HZN-2179MDL02004462 to BP-HZN-2179MDL02004465 | | 1-9-08 Safety, Ethics & Environment Assurance Committee Minutes | BP PARTIES | | |
| TREX-03824 | BP-HZN-2179MDL02212862 to BP-HZN-2179MDL02212863 | | 1-22-08 Group Operations Risk Committee Minutes | BP PARTIES | | |
| TREX-03861 | BP-HZN-2179MDL02289093 to BP-HZN-2179MDL02289053, BP-HZN2179MDL02310564, BP-HZN2179MDL02212498 to BP-HZN2179MDL02212501 | | 6-7-05 Baxter e-mail to Mogford | BP PARTIES | **Please substitute a complete document** | This does not appear to be one document, the bates numbers are nonsequential, and some the document seems to be compiled of incomplete partial documents |
| TREX-03863 | BP-HZN-2179MDL02275198 to BP-HZN-2179MDL02275204 | | 9-19-05 Rogers e-mail to Baxter, Rajalingam | BP PARTIES | | |
| TREX-03864 | BP-HZN-CEC083197 to BP-HZN-CEC083250 | | BP HSE & Operations Integrity Report, 4Q 2009 (Quarterly) data, with January 2010 Commentary | BP PARTIES | | |
| TREX-03866 | BP-HZN-2179MDL02206786 to BP-HZN-2179MDL02206795 | | 5-12-10 Grounds e-mail to Baxter | BP PARTIES | | |
| TREX-03868 | BP-HZN-2179MDL02206796 to BP-HZN-2179MDL02206902 with attachments and BP-HZN-02206909 | | 1-16-10 BP Gulf of Mexico SPU | BP PARTIES | **Incomplete, please substitute a complete document** | This appears to be two documents introduced as one -- nonsequential bates numbers |

13

| TRIAL EX NO. | BATES RANGE | DATE | SUBJECT / DESCRIPTION | DEFENDANT | OBJECTION | NOTES/COMMENTS |
|---|---|---|---|---|---|---|
| TREX-04227 | BP-HZN-2179MDL00321214 | | March 5, 2010 E-mail string from Johanna Hohle to James Dupree, Fergus Addison and others, from Fergus Addison to Johanna Hohle, James Dupree and others Subject: Mad Dog North well Keeper vs Expendable, marked as Confidential | BP PARTIES | | |
| TREX-04238 | | | 2010 Performance Contract: Pat O'Bryan, Gulf of Mexico VP D&C; one page | BP PARTIES | **Incomplete, please substitute a complete document** | Unsigned copy of performance contract |
| TREX-04244 | | | July 15, 2011 Letter from James Dupree to Director Michael Bromwich, Re: Commitments to Promote Safe Drilling Operations in the Deepwater Gulf of Mexico; four pages | BP PARTIES | | |
| TREX-04423 | BP-HZN-2179MDL03106206 - BP-HZN-2179MDL03106207 | | E-mail Michael Byrd to Curtis Jackson and others, dated November 14, 2001 | BP PARTIES | | |
| TREX-04447 | BP-HZN-BLY00144208 - BP-HZN-BLY00144214 | | BP Incident Investigation Team - Notes of Interview with Mark Hafle, dated July 8, 2010 | BP PARTIES | | |
| TREX-04448 | | | Hafle, Mark-Testimony before the Marine Board of Investigation | BP PARTIES | | |
| TREX-06000 | | | Tony Hayward Speech Transcription from Youtube.com, Entrepreneurial Spirit Needed; 58 pages | BP PARTIES | | |

A/74529867.1

| TRIAL EX NO. | BATES RANGE | DATE | SUBJECT / DESCRIPTION | DEFENDANT | OBJECTION | NOTES/COMMENTS |
|---|---|---|---|---|---|---|
| TREX-06001 | | | June 17, 2010 Verbatim Transcript, House of Representatives, Committee on Energy and Commerce, Subcommittee on Oversight and Investigations, Committee Hearing on the Deepwater Horizon Oil Spill; 102 pages | BP PARTIES | | |
| TREX-06003 | | | Printout of 1 April 2005 speech by Tony Hayward, Working Safety - a continuous journey, at the International Regulators' Offshore Safety Forum, London; five pages | BP PARTIES | | |
| TREX-06005 | | | February 3, 2000 printout of article by Ben Spiess, OT: BP Fined $15.5 Million in Dumping of Toxic Waste in Alaska; one page | BP PARTIES | | |
| TREX-06005 | | | February 3, 2000 printout of article by Ben Spiess, OT: BP Fined $15.5 Million in Dumping of Toxic Waste in Alaska; one page | BP PARTIES | **Duplicate** | Depo Ex. appears twice on the PSC List |
| TREX-06006 | | | United States District Court, Southern District of Texas, Judgment in a Criminal Case, United States of America v. BP Products North America, March 13, 2009, attachments; 13 pages | BP PARTIES | | |
| TREX-06008 | | | United States District Court For The District of Alaska, United States of America v. BP Exploration (Alaska), Inc. Information, Judgment in a Criminal Case; seven pages | BP PARTIES | | |

15

| TRIAL EX NO. | BATES RANGE | DATE | SUBJECT / DESCRIPTION | DEFENDANT | OBJECTION | NOTES/COMMENTS |
|---|---|---|---|---|---|---|
| TREX-06010 | | | United States District Court For The Northern District of Illinois, Eastern Division, United States of America v. BP America, Inc., Deferred Prosecution Agreement, attachments; 70 pages | BP PARTIES | | |
| TREX-06011 | | | Emergency Planning: Preparedness, Prevention & Response by Center for Chemical Process Safety, Lessons from Grangemouth: A Case History, by Michael Broadribb, et al.; 17 pages | BP PARTIES | **Incomplete, please substitute a complete document** | Ex. is an excerpt of a larger document -- pages run from 243 - 259 |
| TREX-06012 | | | March 2007 U.S. Chemical Safety and Hazard Investigation Board Investigation Report, Refinery Explosion and Fire, BP, Texas City, Texas, March 23, 2005; 341 pages | BP PARTIES | | |
| TREX-06013 | | | March 2007 Boaz Allen Hamilton Management Systems Review, 2006 BPXA GPB OTL Incidents, BP America Inc. Final Report; 164 pages | BP PARTIES | | |
| TREX-06025 | | | From 'BP Parties' database, SPU OMS gaps PowerPoint; eight pages | BP PARTIES | | |
| TREX-06026 | | | Failure to Learn, the BP Texas City Refinery disaster, by Andrew Hopkins; 200 pages | BP PARTIES | **Incomplete, please substitute a complete document**<br><br>**Illegible photocopying on certain pages** | Excerpts of a larger document, also photo copy is of bad quality; chapters are also not completely reproduced so even excerpts are incomplete |

| TRIAL EX NO. | BATES RANGE | DATE | SUBJECT / DESCRIPTION | DEFENDANT | OBJECTION | NOTES/COMMENTS |
|---|---|---|---|---|---|---|
| TREX-06027 | | | Printout from iWatch News, Renegade Refiner: OSHA says BP "systemic safety problem," by Jim Morris, M.B. Bell, May 17, 2010; three pages | BP PARTIES | | |
| TREX-06028 | | | Printout from OSHA website, OSHA Fact Sheet, BP History Fact Sheet; two pages | BP PARTIES | | |
| TREX-06032 | BP-HZN-BLY00053046-53194 | | RB Falcon DEEPWATER HORIZON BOP Assurance Analysis, marked Confidential; | BP PARTIES | | |
| TREX-06066 | BP-HZN-2179MDL00333308 | | Exploration and Production, Drilling and Completions, Beyond the Best Common Process, marked as CONFIDENTIAL; | BP PARTIES | | |
| TREX-06070 | BP-HZN-MBI00193095 - 193098 | | 2009 Annual Individual Performance Assessment of Robert Kaluza, Period Reviewed: 2009, marked as CONFIDENTIAL; | BP PARTIES | | |
| TREX-06072 | BP-HZN-2179MDL00210163 - 210280 | | Final Report, Blow-out Prevention Equipment Reliability, Joint Industry Project (Phase 1?Subsea), May 12, 2009, West Engineering Services, marked as CONFIDENTIAL, | BP PARTIES | | |
| TREX-06085 | BP-HZN-CEC056149 - 56152 | | February 2, 2008 E-mail from Neil Shaw to Fergus Addison, Jeff Childs, Stan Garner, others, Subject: GOM Safety performance, 2007 GOM Safety Performance, marked Highly Confidential | BP PARTIES | | |

A/74529867.1

| TRIAL EX NO. | BATES RANGE | DATE | SUBJECT / DESCRIPTION | DEFENDANT | OBJECTION | NOTES/COMMENTS |
|---|---|---|---|---|---|---|
| TREX-06086 | BP-HZN-2179MDL01793819 - 1793840 | | June 18, 2009 E-mail from Kal Jassal to Harry Thierens, Subject: Attachments, attaching Gulf of Mexico SPU, GoM D&C Risk Management, Assessment, Recommendations and Implementation Plan, marked CONFIDENTIAL | BP PARTIES | | |
| TREX-06089 | BP-HZN-2179MDL00332270 - 332328 | | BP Gulf of Mexico SPU, Drilling & Completions, Recommended Practice for Risk Management, Implementation Draft, marked as CONFIDENTIAL; | BP PARTIES | | |
| TREX-06093 | | | July 19, 2004 E-mail string among Curtis Jackson, Steve Robinson, Martin Ward, Subject: Dispensation on BOP Stack; two pages | BP PARTIES | | |
| TREX-06221 | | | July 28-29, 2010 E-mail string between Daryl Kellingray, Erick Cunningham, Subject: Investigation Team, marked as CONFIDENTIAL; Bates numbers beginning BP-HZN2179MDL022200 with last digits cut off | BP PARTIES | | |
| TREX-06225 | BP-HZN-2179MDL00711599 - 711601 | | August 20-30, 2010 E-mail string between Daryl Kellingray, Erick Cunningham, Subject: Assurance request, marked as CONFIDENTIAL | BP PARTIES | **Incomplete, please substitute a complete document** | Attachment not included |
| TREX-06232 | BP-HZN-2179MDL00734281-734283 | | January 11, 2010 - January 12, 2010 E-mail string between Erick Cunningham and Daryl Kellingray, Subject: HAL?, marked "CONFIDENTIAL," | BP PARTIES | | |

A/74529867.1

| TRIAL EX NO. | BATES RANGE | DATE | SUBJECT / DESCRIPTION | DEFENDANT | OBJECTION | NOTES/COMMENTS |
|---|---|---|---|---|---|---|
| TREX-06235 | | | Recommended Practice on Preparation and Testing of Foamed Cement Slurries at Atmospheric Pressure, ANSI/API Recommended Practice 10B-4 First Edition, July 2004, Identical to ISO 10426-4: 2003, ISO 10426-4 Petroleum and natural gas industries -- Cements an | BP PARTIES | | |
| TREX-06237 | BP-HZN-2179MDL02379553 - 2379602 | | Revised Draft of Group Practice 10-60, Zonal Isolation, marked as CONFIDENTIAL | BP PARTIES | | |
| TREX-06248 | BP-HZN-2179MDL02004490 - 2004493 | | Redacted Minutes of a meeting of the Safety, Ethics and Environmental Assurance Committee Held at BP America, Washington, D.C. On 12th March 2009, marked as CONFIDENTIAL | BP PARTIES | | |
| TREX-06249 | BP-HZN-2179MDL02004527 - 2004527 | | Redacted Minutes of a meeting of the Safety, Ethics and Environment Assurance Committee Held at 1 St James's Square, London SW1Y 4PD on 17th September 2010, marked as CONFIDENTIAL | BP PARTIES | | |
| TREX-06250 | BP-HZN-2179NDK02302487 - 2302491 | | Meeting between BP and Hermes (Equity Ownership Services) 23RD September 2010, BP's offices, 1 St James's Square, SW1Y 4PD, marked as CONFIDENTIAL | BP PARTIES | | |
| TREX-06253 | BP-HZN-2179MDL02004414 - 2004417 | | Redacted Minutes of a meeting of the Board of Directors of BP p.l.c. Held on 20th June 2010 at 1 St James's Square, London SW1Y 4PD, marked as CONFIDENTIAL | BP PARTIES | | |

A/74529867.1

| TRIAL EX NO. | BATES RANGE | DATE | SUBJECT / DESCRIPTION | DEFENDANT | OBJECTION | NOTES/COMMENTS |
|---|---|---|---|---|---|---|
| TREX-06254 | BP-HZN-2179MDL02340758 | | Redacted document titled BP Governance Issues, 21 June 2010, marked as Highly Confidential | BP PARTIES | | |
| TREX-06262 | BP-HZN-BLY00188729 - 188920 | | FATAL ACCIDENT INVESTIGATION REPORT, Isomerization Unit Explosion Final Report, Texas City, Texas, USA, Date of Incident: March 23, 2005, Date of Report, December 9, 2005, Approved for release by J. Mogford, Investigation team leader, marked as CONFIDENTI | BP PARTIES | | |
| TREX-06300 | | | National Commission on the Deepwater Horizon oil spill and offshore drilling | BP PARTIES | **Incomplete, please substitute a complete copy** | Excerpt of larger document |
| TREX-20006 | | | UK HSE Major Incident Investigation Report (Grangemouth) | BP PARTIES | | |
| TREX-20007 | BP-HZN-2179MDL00647737 - BP-HZN-2179MDL00647742 | | Subsea BOPS: Ram Configuration, | BP PARTIES | | |
| TREX-00586 | CAM_CIV_0000025 | | Cameron BOP schematic | CAM | | |
| TREX-01170 | CAM_DOI 000000259 - CAM_DOI 000000263 | 2/25/2009 | Cameron EB 902 D - Cameron Well Control Equipment - Periodic Inspection / Recertification | CAM | | |
| TREX-01352 | CAM-DOI 000000259 - CAM-DOI 000000250 | 5/27/2003 | Cameron EB 886 D - Preventive Maintenance of Cameron Blowout Preventers. | CAM | | |

A/74529867.1

| TRIAL EX NO. | BATES RANGE | DATE | SUBJECT / DESCRIPTION | DEFENDANT | OBJECTION | NOTES/COMMENTS |
|---|---|---|---|---|---|---|
| TREX-03181 | CAM_CIV_0077711 | 5/7/2010 | Email - From: Van Lue, Jason To: Stringfellow, William; White, Robert; Wright, Lawrence; King, Don; McWhorter, David; Whitby, Mel; Carter, Erwin; Coronado, Richard; Cooper, Nathan; Kennedy, Mac - Discussion of the tests that were performed on the DWH BOP' | CAM | | |
| TREX-03185 | CAM_CIV_0098265 - CAM_CIV_0098274 | 1/21/2008 | Cameron EB 702 D, Revision B9 "Shearing Capabilities of Cameron Shear Rams - "developed to assist Cameron equipment users in defining the shearing requirements for drilling operations." Includes Product Advisory #12114 - to "notify these users that this b | CAM | | |
| TREX-03327 | CAM_CIV_0015463 | 2/12/2007 | Cameron Engineering Report No. 3424 - BP Thuderhorse Shear Test Using 18-15M DVS Rams on 6 5/8" x .70 Wall V150 pipe - Dated: 02/12/2007 | CAM | | |
| TREX-03602 | CAM_CIV_0046703 - CAM_CIV_0046721 | 5/5/2010 | Cameron Daily Report - contains entries for dates 5/3/10 - 5/30/10 - Simulated deadman test on solenoid #103 - Solenoid #103 did not fire. | CAM | | |
| TREX-03603 | CAM_CIV_0019820 - CAM_CIV_0019825 | 6/30/1905 | Brochure / informational packet from Cameron titled "Emergency, Backup Deepwater Safety Systems" | CAM | | |
| TREX-03604 | CAM_CIV_0019600 - CAM_CIV_0019611 | 6/21/1905 | 1999 - 2000 Cameron Catalog - Information on the parts and services available from Cameron in 1999 - 2000 (at the time the DWH BOP was being assembled) | CAM | | |

| TRIAL EX NO. | BATES RANGE | DATE | SUBJECT / DESCRIPTION | DEFENDANT | OBJECTION | NOTES/COMMENTS |
|---|---|---|---|---|---|---|
| TREX-03605 | CAM_CIV_0003275 - CAM_CIV_0003276 | 9/8/2004 | Cameron EB 891 D - AMF/Deadman Battery Replacement - September 8, 2004 | CAM | | |
| TREX-03609 | CAM_CIV_0003233 | 12/6/1999 | Cameron EB 865 C - Deadman/AMF System Surface Testing - December 10, 1999 | CAM | | |
| TREX-03611 | CAM_CIV_0046820 - CAM_CIV_0046823 | 9/10/2001 | Cameron Control Aftermarket Field Service Group - Daily Report Sheet September 10, 2001 - Provided instruction on how the EDS system should work - Performed EDS test. | CAM | | |
| TREX-03619 | CAM_CIV_0151756 - CAM_CIV_0151762 | 6/28/2010 | Cameron Controls Daily Report Sheet - Prepared by LeNormand - 7/5/10 perfored test on Blue Pod, Blue Pod failed to fire deadman. | CAM | | |
| TREX-03620 | CAM_CIV_0151942- CAM_CIV_0151953 | 5/11/2010 | Cameron Controls - Factory Acceptance Test Procedure for Subsea Electronic Module (AMF Test Procedure) - Doc. No.: Horizon AMF/Deadman Under current situation test -Revision 1 | CAM | | |
| TREX-03622 | CAM_CIV_0018770 - CAM_CIV_0018772 | 8/4/1999 | Cameron Controls Meeting Minutes - Progress Meeting - Topics of the meeting included Results from the Cameron shear tests being available by 8/6/99; LMRP bottle quantity; "piston type bottles can be used as long as we maintain a 50% reserve"; "in an effor | CAM | | |
| TREX-03629 | CAM_CIV_0130486 - CAM_CIV_0130512 | 5/5/2010 | Index - "Transocean 1997 - 2010 Repairs - Horizon Only" | CAM | | |

A/74529867.1

| TRIAL EX NO. | BATES RANGE | DATE | SUBJECT / DESCRIPTION | DEFENDANT | OBJECTION | NOTES/COMMENTS |
|---|---|---|---|---|---|---|
| TREX-03640 | CAM_CIV_0019538 - CAM_CIV_0019572 | | Cameron Brochure and/or presentation materials titled "Performance Through Leadership" - Provides information on both surface and subsea systems avail from Cameron | CAM | | |
| TREX-04113 | BP-HZN-2179MDL00088241 - BP-HZN-2179MDL00088243 | 6/23/1999 | Cameron Control Meeting Minutes - Topics include: number of accumulator bottles available for deadman system, position and location of "fail safe panels", and deadman sequence. | CAM | | |
| TREX-04114 | TRN-HCJ-00026742 - TRN-HCJ- 00026748 | 9/13/1999 | Technical Positon Paper (Revision 5) by: Mike Byrd on the issue of the EDS/DMS disconnect philosophy - Discusses the "sequences, timing, and overall philosophy" for the EDS/Deadman system. | CAM | | |
| TREX-04120 | CAM_CIV_0019031 - 0019076 | 4/1/2000 | Risk Assessment of The Deepwater Horizon Blowout Preventer (BOP) Control System - April 2000 - Final Report | CAM | | |
| TREX-07001 | No bates number | 10/29/1998 | Cameron EB 852D Revision A1 - Shear Ram Product Line | CAM | | |
| TREX-07007 | BP-HZN-BLY00111439 - BLY00111440 | 7/13/2007 | Cameron Daily Report Sheet - Prepared by Cameron filed service representative after performing work on the DWH. Report indicates that the middle pipe ram bonnet was opened cement was compacted in the ram, causing the ram not to fully close on 5" pipe." | CAM | | |

A/74529867.1

| TRIAL EX NO. | BATES RANGE | DATE | SUBJECT / DESCRIPTION | DEFENDANT | OBJECTION | NOTES/COMMENTS |
|---|---|---|---|---|---|---|
| TREX-07008 | No bates number | 6/6/2011 | Hand written calculations performed by the witness (Erwin, Carter) during the deposition regarding shear pressure | CAM | | |
| TREX-07010 | CAM_CIV_0030379 - CAM_CIV_0030380 | 4/12/2006 | Email - From Erwin, Carter To: 'subsea' - In the email Erwin informs the recipient that the deadman will not follow the EDS sequence selected on the panel, that it has a predetermined sequence that it will once all the conditions are met. Erwin then lis | CAM | | |
| TREX-07011 | TRN-MDL-00497493 - TRN-MDL- 00497499 | 4/21/2010 | Email - From: Erwin, Carter; To: Fry, Michael - Erwin provides the steps necessary to activate the deadman system. Email also includes photos and schematics. | CAM | | |
| TREX-07019 | CAM_CIV_0077559 - CAM_CIV_0077560 | 5/7/2010 | From: Van Lue, Jason To: Erwin, Carter CC'd/BCC's: King, Don; Coronado, Richard; Whitby, Mel - Subject: "Sol valve 103 did not fire via the deadman" | CAM | | |
| TREX-07021 | CAM_CIV_0016112 | 1/3/2005 | Field Service Order No. 121096 - Converting the lower pipe ram to a test ram. | CAM | | |
| TREX-07024 | CAM_CIV_0130520 - CAM_CIV_0130521 | 3/31/2011 | Cameron Safety Alert 22070 - Following the conclusion the DNV investigation/testing of the DWH BOP Cameron issued this safety alert to notify customers of the Contributing causes of the DWH's BOP failure according to the DNV findings. | CAM | | |

A/74529867.1

| TRIAL EX NO. | BATES RANGE | DATE | SUBJECT / DESCRIPTION | DEFENDANT | OBJECTION | NOTES/COMMENTS |
|---|---|---|---|---|---|---|
| TREX-07026 | CAM_CIV_0078870 | 2/26/2009 | Email - From: Erwin, Carter - To: McWhorter, David - Subject: Upgrade Opportunities - The email references an excel spreadsheet which was produced in its native format. The bates number for the excel spreadsheet is: CAM_CIV_0078871 | CAM | **Incomplete copy, please substitute complete copy** | |
| TREX-07028 | CAM_CIV_0042929 - CAM_CIV_0042933 | 1/21/2009 | Cameron - MK III MODEL 80 Multiplex BOP Control Pod - Transocean Offshore Deepwater - Budgetary Quatation No.: 20506009 - Date: January 21, 2009 | CAM | | |
| TREX-07040 | CAM_CIV_0079830 | 4/24/2010 | Email with attachment - From: Erwin, Carter - To: stoitzd@bp.com - Erwin sends as an attachment to the email a power point presentation titled "TL Blowout Accessories - Identification and Reference" | CAM | | |
| TREX-07046 | BP-HZN-BLY0010345 - BP-HZN-BLY00103461 | 7/21/2010 | Email with attachment - From Knudsen, Torben - To: Pere, Allen; Corser, Kent - attached to the email is the "searability chart from the Horizon" | CAM | | |
| TREX-20014 | CAM_CIV_0018783 - CAM_CIV_0018784 | 6/30/1999 | Cameron Controls Meeting Minutes - addresses the configuration and design of the BOP - RDF is looking to see if the Deadman System is a permissible substitute for an acoustic system. - Recipients include: Coronado, Richard; Williams, Bolie; Buckley, Marg | CAM | | |

A/74529867.1

| TRIAL EX NO. | BATES RANGE | DATE | SUBJECT / DESCRIPTION | DEFENDANT | OBJECTION | NOTES/COMMENTS |
|---|---|---|---|---|---|---|
| TREX-20015 | CAM_CIV_0018778 - CAM_CIV_0018780 | 7/14/1999 | Cameron Controls Meeting Minutes - Progress Meeting - Topics of the meeting included: having S135 (#38) and (#24.7) pipe delivered to Cameron for shear testing; bottle capacity for the LMRP and Stack; number of 15 gal. bottles that would be required to ha | CAM | | |
| TREX-20016 | CAM_CIV_0019003 | 8/2/1999 | From: Byrd, Mike To: Weisinger, Don CC/BCC: Wink, Kevin; Taylor, Robert; Metcalf, Dick; Welch, Dan; Roberson, Dick -Email regarding the scheduling of a pre-planning meeting, Byrd would like to who from Vastar (BP) should participate. | CAM | | |
| TREX-20017 | CAM_CIV_0018983 - CAM_CIV_0018984 | 8/4/1999 | From: Byrd, Mike To: Weisinger, Don; Weathers, Drew; Wink, Kevin; Metcalf, Dick; Rowan, David; Taylor, Robert; Walters, Dave CC'd/BCC'd: Sudhir, Reddy - Setting forth the plans / schedule for a HAZOP pre-planning meeting where, among other items, the grou | CAM | | |
| TREX-20018 | CAM_CIV_0018758 - CAM_CIV_0018761 | 8/18/1999 | Cameron Controls Meeting Minutes - Progress Meeting - Topics of the meeting included: "The following are the Shear Pressures required to shear on the surface using SBR's based on the shear tests conducted on 8/6/99 at the Cameron test lab: 2178 Psi for 5 | CAM | | |

26

| TRIAL EX NO. | BATES RANGE | DATE | SUBJECT / DESCRIPTION | DEFENDANT | OBJECTION | NOTES/COMMENTS |
|---|---|---|---|---|---|---|
| TREX-20019 | CAM_CIV_0018900 | 9/27/1999 | From: Byrd, Mike To: Reddy, Sudhir; Walters, Dave; Wink, Kevin, Welch, Dan - cc'd/bcc'd: Cotton, Alfred; Metcalf, Dick; Weisinger, Don - Byrd sends to the recipients, which include two individuals from Vastar (BP), the revised TPP for the EDS sequence. T | CAM | | |
| TREX-20020 | CAM_CIV_0018812 - CAM_CIV_0018813 | 10/4/1999 | From: Walters, David To: Wink, Kevin cc'd/bcc'd: Cotton, Al; Reddy, Sudhir; Courtney, Joni - Walters wants to discuss who Cameron should be "interfacing" with, whether it should be Vastar (BP) or RBF (TO) - Walters says in the email "we'll address Vastar | CAM | | |
| TREX-20021 | CAM_CIV_0015734 - CAM_CIV_0015735 | 10/8/2007 | Cameron TP-1164 Revision 02 - Subject: API 16A Shear Test Procedure for Cameron Shear Rams; Object: "To Investigate the Shearability for Tubulars with Cameron Shear Rams" | CAM | | |
| TREX-20022 | CAM_CIV_0070723 | 10/28/2008 | Engineering Report Abstract, Report No. 3629 Dated: 10/28/2008 - Regarding: tests performed to SBR to determine the fatigue life of the 18-15M TL SBR Shear ram assembly - 18-15M TL DVS side packers were used in place of the original SBR side packers. As a | CAM | | |

A/74529867.1

| TRIAL EX NO. | BATES RANGE | DATE | SUBJECT / DESCRIPTION | DEFENDANT | OBJECTION | NOTES/COMMENTS |
|---|---|---|---|---|---|---|
| TREX-20023 | CAM_CIV_0011681 - CAM_CIV_0011683 | 12/21/2008 | Cameron Controls - Daily Report Sheet - December 21, 2008 | CAM | **The Bates Range does not cover the entire document, please correct the Bates Range to include the entire document** | |
| TREX-20024 | CAM_CIV_0015711 - CAM_CIV_0015714 | 1/5/2009 | Cameron Engineering Report Abstract, Report No. 3630 - Subject: 18-15 TL CDVS Shear Tests - Verifying the shearing and sealing capabilities of the CDVS RAMS | CAM | | |
| TREX-20025 | CAM_CIV_0028575 | 5/3/2010 | From: Van Lue, Jason To: Stringfellow, William CC'd/BCC'd: Cooper, Nathan; King, Don; McWhorter, David; Whitby, Mel; Gaude, Edward - Outlines what accumulators are available on the DWH BOP and the functions they are intended to operate. | CAM | | |
| TREX-20026 | CAM_CIV_0225658 - CAM_CIV_0225660 | 5/14/2010 | Email chain involving multiple people - Email of particular interest From: McWhorter, David To: King, Don; Bourgeois, Russell CC'd/BCC: Corkhill, John; Whitby, Mel - Dated 5/14/10 regarding Cameron's lack of shear testing with pressure in the well bore. | CAM | **FRE 403 - Prejudicial, Confusion of Issues**<br><br>**FRE 402 - Irrelevant, Outside the Scope of Phase 1 Trial** | |
| TREX-20027 | CAM_CIV_0313663 | 7/6/2010 | Email From : King, Don To: Chiasson, Glen; McWhorter, David; Whitby, Mel regarding the battery levels in DWH BOP pods. | CAM | | |

A/74529867.1

| TRIAL EX NO. | BATES RANGE | DATE | SUBJECT / DESCRIPTION | DEFENDANT | OBJECTION | NOTES/COMMENTS |
|---|---|---|---|---|---|---|
| TREX-20028 | CAM_CIV_0311501 | 7/9/2010 | Cameron - Drilling Systems Performance - "Drilling R&D Review Post Horizon - July 9, 2010" | CAM | **FRE 402 - Irrelevant, Outside the Scope of Phase 1 Trial** | |
| TREX-20029 | CAM_CIV_0230424 | 8/1/2010 | Cameron - Drilling Systems Performance - Drilling Systems Update August 2010 - Power Point presentation on intervention methods tried on the Macondo well including the Junk Shot and Top Kill methods. | CAM | **FRE 402 - Irrelevant, Outside the Scope of Phase 1 Trial** | |
| TREX-20030 | CAM_CIV_0019885 - CAM_CIV_0019892 | 6/28/1905 | Cameron Products and Services Overview 2006 - Catalog of products and service available from Cameron in 2006 | CAM | | |
| TREX-20031 | CAM_CIV_0334582 - CAM_CIV_0334767 | 6/29/1905 | Cameron - Drilling System Training for Transocean on "TL" BOP Parts and Features | CAM | | |
| TREX-00001 | None | | Bly Report Page 56 | HESI | | |
| TREX-00002 | | | Appendix K. Laboratory Analysis of Cementing Operations on the Deepwater Horizon (from CSI Technologies) | HESI | | |
| TREX-00151 | BP-HZN-BLY00124205 - BP-HZN-BLY00124216 | 7/10/2010 | Email from James Lucari to Thorn on 07/10/2010 Re: Final 13P Incident Investigation Team Interview Summary Notes for Sims and Guide Interviews | HESI | | |
| TREX-00287 | HAL_0577248-HAL_0577296 | 4/18/2010 | Email from Jesse Gagliano to BP Engineers and Rig Personnel on 04/18/2010 Re: Updated Infor for Prod Casing job | HESI | | |

A/74529867.1

| TRIAL EX NO. | BATES RANGE | DATE | SUBJECT / DESCRIPTION | DEFENDANT | OBJECTION | NOTES/COMMENTS |
|---|---|---|---|---|---|---|
| TREX-00380 | BP-HZN-BLY00185542 - BP-HZN-BLY00185566 | 5/14/2009 | BP FINAL DRAFT Last Revision: 5/14/09 Cement Slurry and Spacer Testing Protocol and Test Matrix for BP-GOM | HESI | | |
| TREX-00738 | BP-HZN-MBI00128708 - BP-HZN-MBI00128756 | 4/19/2010 | Email from Jesse Gagliano to BP Engineers and Rig Personnel on 04/19/2010 Re: Updated Info for Prod Casing Job | HESI | | |
| TREX-00747 | HAL_0125467-HAL_0125468 and HAL_0044651-HAL0044652 | 4/12/2010 | Halliburton Lab Results- Primary Request/Slurry: 73909/2 | HESI | | |
| TREX-00748 | HAL_0010868-HAL_0010870 | 4/12/2010 | Halliburton Lab Results- Primary Request/Slurry: 73909/1 | HESI | | |
| TREX-00810 | HAL_0506909-HAL_0506910 | 3/7/2010 | Cement Lab Weigh-Up Sheet, Mar 7, 2010- Req/Slurry: US- 68156/1 | HESI | | |
| TREX-00811 | HAL_0502393-HAL_0502394 | 4/16/2010 | Cement Lab Weigh-Up Sheet, Apr 16, 2010- Req/Slurry: US- 73909/2 | HESI | | |
| TREX-00816 | BP-HZN-BLY00061275 - BP-HZN-BLY00061280 | 5/14/2010 | Handwritten Notes: Interview of Jesse Gagliano by BP | HESI | | |
| TREX-00818 | BP-HZN-2179MDL00282745 - BP-HZN-2179MDL00282746 | 3/8/2010 | Email from Erick Cunningham to Morel on 03/08/2010 Re: Nitrogen Production Job | HESI | | |
| TREX-00987 | BP-HZN-2179MDL00315248 | 4/17/2010 | Email from Brian Morel to Guide on 04/17/2010 Re: FW: Lab tests | HESI | | |
| TREX-00989 | HAL_0116541-HAL_0116892 | 4/1/2010 | Halliburton US Land-Offshore Cementing Work Methods | HESI | | |
| TREX-01269 | HAL_0509770-HAL_0509772 | 6/17/2010 | Email from Danny Nicolini to Employees on 06/17/2010 Re: Well Control | HESI | | |

A/74529867.1

| TRIAL EX NO. | BATES RANGE | DATE | SUBJECT / DESCRIPTION | DEFENDANT | OBJECTION | NOTES/COMMENTS |
|---|---|---|---|---|---|---|
| TREX-01395 | BP-HZN-MBI00128702 | 4/18/2010 | Email from Brian Morel to Gagliano on 04/18/2010 Re: Retarder concentration | HESI | | |
| TREX-01601 | HAL_0001532-HAL_0001533 | 2/12/2010 | Email from Joseph Keith to Navarette on 02/12/2010 Re: INSITE PROBLEMS! | HESI | | |
| TREX-01689 | BP-HZN-2179MDL00081650 - BP-HZN-2179MDL00081652 | 4/17/2010 | Email from Brett Cocales to Walz, Morel, and Hafle on 04/17/2010 Re: Cement Procedure | HEST | | |
| TREX-01703 | HAL_0046635-HAL_0046728 | 4/1/1998 | Halliburton Foam Cementing Operations Manual | HESI | | |
| TREX-02003 | HAL_0048470-HAL_0048471 | 1/19/2010 | Email from Mark Traylor to Probert, Bement, and Lewis on 01/19/2010 Re: BP Performance Guarantee | HESI | | |
| TREX-02004 | HAL_0048472-HAL_0048473 | 1/19/2010 | Email from Jim Grier to Abernathy, Goster, Vaclavik, Klungtveit, Sutherland, and Bement on 01/19/2010 Re: Contractual Side Agreements | HESI | | |
| TREX-02009 | BP-HZN-MBI00128542 - BP-HZN-MBI00128543 | 4/17/2010 | Email from Brian Morel to Hafle on 04/17/2010 Re: FW: Lab tests | HESI | | |
| TREX-02032 | None | 8/24/2010 | MBI Testimony of Jesse Gagliano | HESI | | |
| TREX-02034 | HAL_0554765-HAL_0554778 | 5/25/2009 | Halliburton 9-7/8" Design Report May 25, 2009 | HESI | | |
| TREX-02580 | HAL_0010648-HAL_0010650H | 4/15/2010 | Email from Brian Morel to Gagliano, Hafle, Cocales, and Walz on 04/15/2010 Re: OptiCem Report | HESI | | |

A/74529867.1

| TRIAL EX NO. | BATES RANGE | DATE | SUBJECT / DESCRIPTION | DEFENDANT | OBJECTION | NOTES/COMMENTS |
|---|---|---|---|---|---|---|
| TREX-02731 | BP-HZN-BLY00116215 | 5/7/2010 | Email from Kent Corser to Winters, Sabins, and Watters on 05/07/2010 Re: Cement testing for well | HESI | | |
| TREX-02964 | BP-HZN-BLY00131138 - BP-HZN-BLY00131139 | 5/24/2010 | Email from David Brown to Winters on 05/24/2010 Re: CSI Report Draft | HESI | | |
| TREX-02968 | BP-HZN-BLY0004843 - BP-HZN-BLY00048477 | 7/15/2010 | CSI Analysis of Cementing Operation on the Deepwater Horizon and Possible Contributing Factors to Loss of Well Control | HESI | | |
| TREX-03092 | HAL_0575126-HAL_0575133 | | Rmail from George Fuller to Faul on 07/23/2010 Re: FW: Centralization | HESI | | |
| TREX-03104 | BP-HZN-2179MDL02233168 - BP-HZN-2179MDL02233170 | 6/9/2009 | Email from Erick Cunningham to Kellingray on 06/09/2009 Re: Displacement Modelling | HESI | | |
| TREX-03112 | HAL_0576891 | 6/10/2010 | Email from Christopher Haire to Tabler on 06/10/2010 Re: tests | HESI | | |
| TREX-03770 | HAL_0576793-HAL_0576795 | 1/31/2010 | Email from Christopher Haire to Gagliano on 01/31/2010 Re: well to well | HESI | | |
| TREX-03771 | HAL_1067975-HAL_1067999 | 4/22/2009 | Email from Michael Serio to Langlinais, Quirk, and Dubois on 04/22/2009 Re: FW: Proposed Testig Protocol and Test Matrix | HESI | | |
| TREX-03775 | HAL_DOJ_0000035- HAL_DOJ_0000043 | | Cement Lab Weigh-Up Sheet, Apr 13, 2010-Req/Slurry: US- 73909/1 and Cement Lab Weigh-Up Sheet, Apr 17, 2010 Req/Slurry: US-73909/1 | HESI | | |
| TREX-04326 | HAL_0607904 | | Power Point "Cementing PSL 2009 Technology Plan" | HESI | | |

A/74529867.1

| TRIAL EX NO. | BATES RANGE | DATE | SUBJECT / DESCRIPTION | DEFENDANT | OBJECTION | NOTES/COMMENTS |
|---|---|---|---|---|---|---|
| TREX-04357 | HAL_1126190 | 11/1/2009 | Power Point "Observations" by Roth of HESI deficiencies contributing to blow out | HESI | | |
| TREX-04456 | BP-HZN-MBI00010575 | 4/14/2010 | MC 252#1- Macondo Production casing and TA Forward Planning Decision Tree | HESI | | |
| TREX-04477 | BP-HZN-2179MDL00055567 - BP-HZN-2179MDL00056112 | | Contract for GoM Strategic Performance Unit Offshore Well Services Between BP Exploration and Production, Inc. and Halliburton Energy Services, Inc. | HESI | | |
| TREX-04479 | BP-HZN-DHTF00310245 | 4/11/2010 | Email from Jonathan Bellow to Keith and Gray on 04/11/2010 Re: Help needed | HESI | | |
| TREX-04572 | None | 10/26/2010 | Letter and Report from Chevron to National Oil Spill Commission | HESI | | |
| TREX-04576 | CVX80311 00000556 - CVX80311 00000566 | 10/13/2010 | Handwritten Notes: BP Deepwater Horizon Testing Commission Testing | HESI | | |
| TREX-04842 | Beirute 30(b)(6) 05515-05523 | | Beirute Power Point- "If Someone Were to Ask Me What Do I Need to Do to Get a BAD Cement Job? This is What I would Tell Them | HESI | | |
| TREX-04846 | BP-HZN-2179MDL02246879 - BP-HZN-2179MDL02246887 | 1/30/2009 | Email from Charles Taylor to Sauter, Beirute, Rogers, and Kellingray on 01/30/2009 Re: Development of a BP GoM "Cementing" Scorecard | HESI | | |
| TREX-04852 | BP-HZN-2179MDL00206864 - BP-HZN-2179MDL00206901 | 7/20/2009 | Email from Brian Morel to Beirute on 07/20/2009 Re: FW: Macondo Cement Design | HESI | | |

33

| TRIAL EX NO. | BATES RANGE | DATE | SUBJECT / DESCRIPTION | DEFENDANT | OBJECTION | NOTES/COMMENTS |
|---|---|---|---|---|---|---|
| TREX-06224 | BP-HZN-2179MDL022341 | 7/20/2009 | Email from Brian Morel to Kellingray on 07/20/2009 Re: Macondo Cement Design | HESI | | |
| TREX-06241 | BP-HZN-2179MDL00736951 - BP-HZN-2179MDL00736953 | 10/21/2009 | Email from Daryl Kellingray to Christopher and Fithian on 10/21/2009 Re: FW: Cementing SOP | HESI | | |
| TREX-20008 | BP-HZN-2179MDL00654767 - BP-HZN-2179MDL00654802 | 11/10/2009 | BP GoM SPU Recommended Practice for Cement Design and Operations in DW GoM | HESI | | |
| TREX-20009 | BP-HZN-2179MDL01992350 - BP-HZN-2179MDL01992351 | 7/20/2009 | Email from Robert Beirute to Fleece, et al on 07/20/2009 Re: Officially Declaring Success on Prod Cement Job | HESI | | |
| TREX-20010 | BP-HZN-2179MDL00250637 - BP-HZN-2179MDL00250639 | 4/16/2010 | Email from Gagliano to Morel on 04/16/2010 Re: Cement Procedure | HESI | | |
| TREX-20011 | HAL_0125707-HAL_0125708 | 6/8/2010 | Email from Daivon Craft to Bradley and Chaisson on 06/08/2010 Re: Livelink | HESI | | |
| TREX-20012 | BP-HZN-BLY00174217 - BP-HZN-BLY00174219 | | N2 Job Summaries | HESI | | |
| TREX-00596 | BP-HZN-2179MDL00330768 - BP-HZN-2179MDL00331163 | | Well Control Handbook | TO | | |
| TREX-00597 | BP-HZN-IIT-0002370 - BP-HZN-IIT- 0002741 BP - HZN-MBI00131953 - BP-HZNM3100132325 | | DEEPWATER HORIZON EMERGENCY RESPONSE MANUAL - Volume 1 of 2 | TO | | |
| TREX-00670 | BP-HZN-2179MDL00833501 | | E-Mail - From: Guide, John Sent: Wed Feb 10 14:58:08 2010 - Subject: RE: Subsea | TO | | |

A/74529867.1

| TRIAL EX NO. | BATES RANGE | DATE | SUBJECT / DESCRIPTION | DEFENDANT | OBJECTION | NOTES/COMMENTS |
|---|---|---|---|---|---|---|
| TREX-00684 | BP-HZN-2179MDL00289217 | | E-Mail - From: Guide, John Sent: Thu Mar 18 11:33:43 2010 - Subject: RE: Hazard Recognition | TO | | |
| TREX-00923 | TRN-USCG-MMS-00038609 - TRN-USCG-MMS-00038695 TRN-MDL-00038591 - TRN-MDL-00038677 | | RIG CONDITION ASSESSMENT - DEEPWATER HORIZON (Prepared for Transocean USA, Inc., Houston, Texas) | TO | | |
| TREX-00925 | TRN-USCG-MMS-00032700 - TRN-USCG-MMS- 00033035 TRN-MDL-00032700 - TRN-MDL-00033035 | | Transocean - COMPANY MANGEMENT SYSTEM | TO | | |
| TREX-00926 | TRN-USCG-MMS-00043222 - TRN-USCG-MMS- 00043225 TRN-MDL-00273897 - TRN-MDL-00273900 | | Transocean - OPERATIONS ADVISORY - LOSS OF WELL CONTROL UPPER COMPLETION | TO | | |
| TREX-00929 | TRN-HCEC-00090493 - TRN-HCEC-00090685 TDD006- 000505 - TDD006-000697 | | Consulting Services - Lloyd's Register EMEA - Aberdeen Energy | TO | | |
| TREX-00932 | TRN-MDL-00291896 - TRN-MDL- 00291907 | | Lloyd's Register Safety Management - System and Safety Culture/Climate - Reviews: Deepwater Horizon | TO | | |
| TREX-00939 | TRN-USCG-MMS-00033216 - TRN-USCG-MMS- 00033281 TRN-MDL-00033216 - TRN-MDL-00033281 | | Transocean - ISM / ISPS MODU HANDBOOK (Revision Date: December 19, 2008) | TO | | |

A/74529867.1

| TRIAL EX NO. | BATES RANGE | DATE | SUBJECT / DESCRIPTION | DEFENDANT | OBJECTION | NOTES/COMMENTS |
|---|---|---|---|---|---|---|
| TREX-01158 | BP-HZN-MBI00038925 - BP-HZN-MBI00038931 | | E-Mail - From: Coltrin, George Sent: Mon Oct 01 13:34:33 2007 - Subject: Updated : Risk Assessment - use of Annular on place of VBR in subsea stack - DW Horizon | TO | | |
| TREX-01178 | TRN-USCG-MMS- 00039812 TRN-MDL-00039662 | | Amended Response to June 25, 2010 Subpoena | TO | **Incomplete, please substitute a complete copy** | Ex. 1178 includes only one page of the amended response, and no cover page. |
| TREX-01182 | TRN-MDL-00501869 - TRN-MDL- 00501871 | | E-Mail - From: Stringfellow, William (Houston) Sent: Thursday, September 02, 2010 11:55 AM - Subject: N-Line Tensioners | TO | | |
| TREX-01193 | | | Rig move Work List February 2010 | TO | | |
| TREX-01404 | BP-HZN-2179MDL00044180 - BP-HZN-2179MDL00044182 | | E-Mail - From: Bellow, Jonathan M Sent: Mon Mar 15 14:29:57 2010 - Subject: FW: Some Thoughts and Help Requested, PP detection, Macando | TO | | |
| TREX-01425 | BP-HZN-MBI00191720 - BP-HZN-MBI00191726 | | Daily Operations Report - Partners (Completion) {04/19/2010} | TO | | |
| TREX-01426 | TRN-MDL-00466859 - TRN-MDL- 00466863 | | Daily Drilling Report (dated 20-Apr-2010) | TO | | |
| TREX-01441 | TRN-MDL-00481481 - TRN-MDL- 00481488 | | Transocean - Deepwater Horizon BOP Test Rams, February 9, 2010 - NAM LEVEL II INVESTIGATION REPORT | TO | | |

A/74529867.1

| TRIAL EX NO. | BATES RANGE | DATE | SUBJECT / DESCRIPTION | DEFENDANT | OBJECTION | NOTES/COMMENTS |
|---|---|---|---|---|---|---|
| TREX-01523 | TRN-USCG_MMS-00042595 - TRN-USCG_MMS- 00042596 TRN-MDL-00273270 - TRN-MDL00273271 | | Transocean - WELL OPERATIONS GROUP ADVISORY | TO | | |
| TREX-01525 | TRN-USCGMMS_00042597 - TRN-USCG_M MS- 00042605 TRN-MDL-00273272 - TRN-MDL00273280 | | 711 Well Control Incident | TO | | |
| TREX-01761 | | | Shell's Incident Investigation of the Sedco 711 | TO | | |
| TREX-02194 | | | E-mail from Larry McMahan Dated May 20th, 2009 to Mr. Nuttal, to Mr. Sannan, and to Bill Wainwright | TO | | |
| TREX-02195 | | | E-mail to Executive Vice President of Performance, Rob Saltiel | TO | | |
| TREX-02198 | | | E-mail Dated March 7, 2010 From Neil Clyne Subject 711 WC Incident | TO | | |
| TREX-03259 | TRN-MDL-01120767 through TRN-MDL-01120777 | | Transocean Recommended Practices Subsea - Family 400 Subsea Maintenance Facility | TO | | |
| TREX-03287 | Bates Nos. TRN-MDL-00119512 through TRN-MDL-00038745 | | E-mail from Mark Hay to Kenneth dated November 21, 2009; Subject: MOC for lower ram | TO | | |
| TREX-03291 | Bates No. TRN-MDL-00483932 through TRN-MDL-00483933 | | Email from DWH, SubSeaSup to DWH, MaintSup dated March 17, 2010; Subject: BP Audit/Rig Move | TO | | |

A/74529867.1

| TRIAL EX NO. | BATES RANGE | DATE | SUBJECT / DESCRIPTION | DEFENDANT | OBJECTION | NOTES/COMMENTS |
|---|---|---|---|---|---|---|
| TREX-03292 | Bates No. TRN-MDL-00401409 through TRN-MDL-00401412 | | 2011 Subsea equipment status in preparation for 2011 OSS dated 4/6/2010 | TO | | |
| TREX-03405 | TRN-MDL-00478589 - TRN-MDL- 00478652 | | DEEPWATER HORIZON Follow-up Rig Audit, Marine Assurance Audit and Out of Service Period September 2009, 64 pages | TO | | |
| TREX-03419 | TRN-MDL-00303083 - TRN-MDL- 00303084 | | E-mail from James Kent sent Monday, February 22, 2010, to James Kent, etc., Subject: RE: Tracking | TO | | |
| TREX-03420 | TRN-MDL-00985307 - TRN-MDL- 00985309 | | String of e-mails among Buddy trahan, James Kent, Paul Johnson, et al. | TO | | |
| TREX-03423 | TRN-MDL 00985611 | | E-mail from James Kent, sent Wednesday, March 17, 2010, to DWH, Materials (Deepwater Horizon) | TO | | |
| TREX-03431 | TRN-MDL 00896797 | | Two-page document from James Kent to the subsea supervisor on the DEEPWATER HORIZON dated January 28, 2010 | TO | | |
| TREX-03468 | TRN-MDL-00106236 through TRN- MDL-00106252 | | Sworn Statement of Patrick Morgan dated 4/22/2010 | TO | | |
| TREX-03586 | TRN-MDL-00396589 | | Feb 1-2, 2010 E-mail from Paul Johnson and DWH, RSTC (Deepwater Horizon), Subject: Emailing: DWH CMS Presentations.ppt with Attachments, marked as Confidential, 56 pages | TO | | |
| TREX-03749 | TRN-MDL-00533207 through 274 | | Transocean Deepwater Horizon Bridge Procedures Guide | TO | | |

A/74529867.1

| TRIAL EX NO. | BATES RANGE | DATE | SUBJECT / DESCRIPTION | DEFENDANT | OBJECTION | NOTES/COMMENTS |
|---|---|---|---|---|---|---|
| TREX-03793 | TRN-MDL-00642011 | | Well Operations Group Advisory dated April 5, 2010, entitled Monitoring Well Control Integrity of Mechanical Barriers | TO | | |
| TREX-03984 | TRN-MDL-01547876 - 881 | | Transocean SedcoForex Equipment Maintenance Standard, Ram Type BOP, Family 401, dated July 14, 2001 | TO | | |
| TREX-04140 | TRN-INV-01138417 - 38422 | | RMS-Gas Detection, marked as Confidential | TO | **Incomplete, please substitute a complete copy** | Ex. 4140 appears to be an incomplete printout of an RMS report covering Gas Detection Systems. |
| TREX-04141 | TRN-MDL-01545921 | | Transocean Request for Exemption, marked as Confidential | TO | | |
| TREX-04256 | | | Graph, Transocean's 10 Worst Kicks - 2009; one page | TO | **Incomplete, please substitute a complete copy** | Ex. 4256 is likely incomplete as the graph is stand-alone and probably comes from a larger document. |
| TREX-04279 | TRN-MDL-00303064 | | Feb 19 and 20, 2010 E-mail from DWH, SubSeaSup (Deepwater Horizon) to James Kent, from James Kent to DWH, SubSeaSup (Deepwater Horizon), DWH, MaintSup (Deepwater Horizon) Subject: Slip Joint Repairs, marked as Confidential | TO | | |
| TREX-04309 | TRN-INV-01262577 to TRN-INV- 01262579 | | Transocean SedcoForax Change Proposal, 11-21-04 | TO | **Incomplete, please substitute a complete copy** | The first page of the email in this exhibit indicates there should be a second one which is not attached. |

A/74529867.1

| TRIAL EX NO. | BATES RANGE | DATE | SUBJECT / DESCRIPTION | DEFENDANT | OBJECTION | NOTES/COMMENTS |
|---|---|---|---|---|---|---|
| TREX-04902 | TRN-INV-00690288 - 90290 | | E-Mail Chain, Primary E-Mail Dated May 16, 2010, to Vicki Garza from Bill Ambrose | TO | | |
| TREX-04911 | TRN-MDL-01851695 | | Transocean Document "Master/01M Relationship"; "Master's Responsibilities and Authority" | TO | **Incomplete, please substitute a complete copy** | Ex. 4911 appears to be one page out of a larger manual. |
| TREX-07114 | TRN-USCG_MMS-00043226 -43228 | | April 5, 2010 E-mail from Barry Braniff with attachments | TO | | |
| TREX-07122 | | | Transocean Drilling Deepwater Wells, Steve Hand, Well Operations Manager, 44 pages | TO | | |
| TREX-07124 | | | Incident Title; 22 pages | TO | | |
| TREX-07134 | TRN-MDL-00872232 - 72257 | | Jim Cunningham, Egypt/Mediterranean Sea, Loss of Well Control and Emergency Response, Event: August 20, 2004 at 21:30 hrs, Mediterranean District, Eurafrican Unit | TO | | |
| TREX-20013 | | | MBI Testimony of Jimmy Harrell | TO | | |

A/74529867.1