UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 SECTION: J |
| | * | JUDGE BARBIER |
| This Document Applies to: Pleading Bundle B3 | * * * | MAG. JUDGE SHUSHAN |

## ORDER

Considering the Motion for Withdrawal of Counsel for Lynden Incorporated and Lynden Air Cargo (Rec. Doc. 4265),

The Motion is GRANTED. IT IS ORDERED that Paul R. Taylor and Jofrey M. McWilliam of Byrnes Keller Cromwell LLP are withdrawn as counsel of record for defendants Lynden Air Cargo, LLC, and Lynden Incorporated. Kevin Tully of Christovich & Kearney, LLP shall continue as counsel of record on behalf of these defendants.

New Orleans, Louisiana this 13th day of October, 2011.

_____
UNITED STATES DISTRICT JUDGE