# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE:   OIL SPILL by the OIL RIG<br>                "DEEPWATER HORIZON" in the<br>                GULF OF MEXICO, on<br>                APRIL 20, 2010<br><br>This Pleading Applies To:<br>*MDL 2179 B1 Amended Master Complaint And*<br>*All Cases In Pleading Bundle B1*<br><br><br>This Pleading Applies To:<br>**No. 10-2771 (Limitation Action)** | :<br>:<br>:   MDL No. 2179<br>:<br>:<br>:<br>:   SECTION: J<br>:<br>:<br>:<br>:   JUDGE BARBIER<br>:   MAGISTRATE SHUSHAN<br>:<br>: |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## BP DEFENDANTS' MOTION FOR CERTIFICATION
## OF INTERLOCUTORY APPEAL UNDER 28 U.S.C. § 1292(b)

BP Exploration & Production Inc., BP Products North America Inc., BP Corporation North America Inc., BP Company North America Inc., BP America Inc. and BP p.l.c. (collectively, "BP" or the "BP Defendants") respectfully move this Court to certify for interlocutory review its holding in the B1 Order [Doc. 3830] that the Oil Pollution Act ("OPA") does not entirely displace general maritime claims against OPA Responsible Parties. (As noted in footnote 1 of the accompanying Memorandum, the BP Defendants also move to certify the B3 Order [Doc. 4159] to the extent that the Court construes the B3 Master Complaint to embrace property damage claims as opposed to personal injury claims only.)

For the reasons more fully set forth in the attached BP Defendants' Memorandum In Support Of Motion For Certification Of Interlocutory Appeal Under 28 U.S.C. § 1292(b), the BP Defendants respectfully submit that the Court's holding on the OPA displacement issue "involves a controlling question of law as to which there is substantial ground for difference of

opinion and . . . an immediate appeal from the order may materially advance the ultimate termination of the litigation." 28 U.S.C. § 1292(b).

Date:  October 13, 2011                                         Respectfully submitted,

/s/ Don K. Haycraft

Richard C. Godfrey, P.C.                                         Don K. Haycraft (Bar #14361)
J. Andrew Langan, P.C.                                           R. Keith Jarrett (Bar #16984)
Wendy L. Bloom                                                   LISKOW & LEWIS
KIRKLAND & ELLIS LLP                                             701 Poydras Street, Suite 5000
300 North LaSalle Street                                         New Orleans, Louisiana  70139-5099
Chicago, IL  60654                                               Telephone:     (504) 581-7979
Telephone:     (312) 862-2000                                    Facsimile:     (504) 556-4108
Facsimile:     (312) 862-2200

Jeffrey Bossert Clark                                            Robert C. "Mike" Brock
Aditya Bamzai                                                    COVINGTON & BURLING LLP
KIRKLAND & ELLIS LLP                                             1201 Pennsylvania Avenue, NW
655 Fifteenth Street, N.W.                                       Washington, DC  20004-2401
Washington, D.C. 20005                                           Telephone:     (202) 662-5985
Telephone:     (202) 879-5000
Facsimile:     (202) 879-5200                                    *Counsel for BP*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 13th day of October 2011.

                                                             /s/ Don K. Haycraft
                                                             Don K. Haycraft