## APPENDIX OF COMPLAINTS ADVANCING MARITIME CLAIMS

|   | Case Name and Docket # | Category - Type | Count(s) or ¶(s) |
|---|---|---|---|
| 1 | *Abadie, Al, et al. v. BP, P.L.C., et al.*, 2:10-cv-02116-CJB-SS | Private Economic Damages Claims - Commercial Losses | ¶ 4 |
| 2 | *American Gulf Seafood, LLC, et al. v. BP, P.L.C., et al.*, 2:10-cv-01970-CJB-SS | Private Economic Damages Claims - Commercial Losses | ¶ 2 |
| 3 | *Ascension Marine, Inc. v. BP, P.L.C., et al.*, 2:10-cv-01857-CJB-SS | Private Economic Damages Claims - Commercial Losses | ¶¶ 2, 3, 15 |
| 4 | *Babin, Joey L. v. BP, P.L.C., et al.*, 2:10-cv-03300-CJB-SS | Private Economic Damages Claims - Commercial Losses | ¶ 4 |
| 5 | *Bennett, Patricia P., et al. v. BP, P.L.C., et al.*, 2:10-cv-02991-CJB-SS | Private Economic Damages Claims - Commercial/Real Property Losses | ¶ 12 |
| 6 | *Black, Thomas Edward v. BP Exploration & Production, Inc., et al.*, 2:11-cv-00867-CJB-SS | Private Economic Damages Claims - Commercial Losses | ¶ 4 |
| 7 | *Carnival Corporation d/b/a Carnival Cruise Lines v. BP Exploration & Production Inc., et al.*, 2:11-cv-00952-CJB-SS | Private Economic Damages Claims - Commercial Losses | Counts 1, 2, 3 ¶ 9 |
| 8 | *Casablanca Fish Market, Inc. v. BP, P.L.C., et al.*, 2:10-cv-03106-CJB-SS | Private Economic Damages Claims - Commercial Losses | ¶ 17 |
| 9 | *Casey, Michael Alan v. Cient, et al.*, 2:11-cv-01179-CJB-SS | Spill Response Disputes | ¶ 2 |

| | | | |
|---|---|---|---|
| 10 | *Catalanotto, Kathy et al. v. BPXP et al.*, 2:11-cv-01339-CJB-SS | Private Economic Damages Claims - Commercial Losses | ¶¶ 5, 6 |
| 11 | *Copeland's of New Orleans, Inc., et al. v. BP, P.L.C., et al.*, 2:10-cv-01926-CJB-SS | Private Economic Damages Claims - Commercial Losses | ¶ 4 |
| 12 | *Creech, Dacien Thane v. Transocean, Ltd. et al.*, 2:10-cv-03087-CJB-SS | Private Economic Damages Claims - Commercial/Real Property Losses | ¶ 10 |
| 13 | *D & H Outfitters, LLC v. BP, P.L.C., et al.*, 2:10-cv-01556-CJB-SS | Private Economic Damages Claims - Commercial Losses | ¶¶ 2, 78 |
| 14 | *Danger Corp. d/b/a/ Danger Charters v. Transocean Ltd., et al.*, 2:10-cv-03113-CJB-SS | Private Economic Damages Claims - Commercial Losses | Count 2 ¶ 3 |
| 15 | *Decatur Hotels, LLC, et al. v. BP, P.L.C., et al.*, 2:10-cv-01767-CJB-SS | Private Economic Damages Claims - Commercial Losses | ¶ 4 |
| 16 | *Derouen, Uwell J. et al. v. BP P.L.C., et al.*, 2:10-cv-01573-CJB-SS | Private Economic Damages Claims - Commercial Losses | ¶ 2 |
| 17 | *DiStefano, Anthony, et al. v. BP America Production Co., et al.*, 2:11-cv-00054-CJB-SS | Spill Response Disputes | ¶ 3 |
| 18 | *Duet, Raymond, et al. v. BP, P.L.C., et al.*, 2:10-cv-01519-CJB-SS | Private Economic Damages Claims - Commercial Losses | ¶ 4 |
| 19 | *Dugas, Eugene B., et al. v. BP, P.L.C., et al.*, 2:10-cv-01322-CJB-SS | Private Economic Damages Claims - Commercial/Real Property Losses | Count 3 ¶ 68 |

| | | | |
|---|---|---|---|
| 20 | *Elmer, Charles C., et al. v. BP, P.L.C., et al.*, 2:10-cv-01515-CJB-SS | Private Economic Damages Claims - Commercial/Real Property Losses | Count 7 ¶ 46 |
| 21 | *Faris, John, et al. v. Transocean, Ltd., et al.*, 2:10-cv-02998-CJB-SS | Private Economic Damages Claims - Commercial/Real Property Losses | ¶ 12 |
| 22 | *Ferrara, Christopher A., et al. v. BP, P.L.C., et al.*, 2:11-cv-01157-CJB-SS | Private Economic Damages Claims - Real Property Losses | ¶ 26 |
| 23 | *Frischhertz, James J., et al. v. Halliburton Energy Services, Inc., et al.*, 2:10-cv-01908-CJB-SS | Private Economic Damages Claims - Real Property Losses | ¶¶ 4, 12, 22 |
| 24 | *Foussell, Dudley, et al. v. BP Exploration and Prodcution, Inc., et al.*, 2:11-cv-01195-CJB-SS | Spill Response Disputes | ¶ 3 |
| 25 | *Gaskins, Matthews et al. v. BP P.L.C., et al.*, 2:10-cv-02672-CJB-SS | Private Economic Damages Claims - Commercial Losses | Count 3 ¶ 67 |
| 26 | *Gay, Joe Glen v. Transocean, Ltd., et al.*, 2:10-cv-02990-CJB-SS | Private Economic Damages Claims - Real Property Losses | ¶ 12 |
| 27 | *Greene, John v. BP, P.L.C., et al.*, 2:10-cv-04249-CJB-SS | Private Economic Damages Claims - Real Property Losses | ¶ 27 |
| 28 | *Gregoire et al. v. Transocean Ltd. et al.*, 2:10-cv-01351-CJB-SS | Private Economic Damages Claims - Commercial Losses | ¶ 25 |

| | | | |
|---|---|---|---|
| 29 | *Grupo Turistico Tamaulipas S.A. de C.V. v. BP, P.L.C., et al.*, 2:11-cv-01055-CJB-SS | Private Economic Damages Claims - Commercial/Real Property Losses | Counts 1, 2, 3, and 5 ¶¶ 53, 55 |
| 30 | *Harris, John T. et al. v. Transocean, Ltd., et al.*, 2:10-cv-02662-CJB-SS | Private Economic Damages Claims - Commercial Losses | ¶ 12 |
| 31 | *Harris, Nicholas et al. v. Transocean, Ltd. et al.*, 2:10-cv-02665-CJB-SS | Private Economic Damages Claims - Commercial Losses | ¶ 12 |
| 32 | *Hook & Nail, LLC et al. v. BPAPC et al.*, 2:11-cv-00935-CJB-SS | Private Economic Damages - Recreation Claims | ¶ 3 |
| 33 | *Hopper, Paul, d/b/a Hopper Seafood, d/b/a Grand Bature Seafood v. Cameron International Corporation, et al.*, 2:10-cv-02674-CJB-SS | Private Economic Damages Claims - Commercial Losses | ¶ 24 |
| 34 | *Ivic, Michael, et al. v. BP, P.L.C., et al.*, 2:10-cv-01249-CJB-SS | Private Economic Damages Claims - Commercial Losses | ¶ 27 |
| 35 | *J & M Boat Rentals, LLC v. BP, P.L.C., et al.*, 2:10-cv-01747-CJB-SS | Private Economic Damages Claims - Commercial Losses | Count 4 |
| 36 | *Kelt, Richard, Jr. et al. v. Transocean et al.*, 2:11-cv-00924-CJB-SS | Private Economic Damages Claims - Commercial Losses | ¶ 3 |
| 37 | *Kershaw, Scotty et al v. BP America, Inc. et al.*, 2:10-cv-04271-CJB-SS | Private Economic Damages Claims - Commercial Losses | ¶¶ 1, 2 |

| | | | |
|---|---|---|---|
| 38 | *Kilgore Realty, LLC et al. v. Transocean, Ltd. et al.*, 2:10-cv-03086-CJB-SS | Private Economic Damages Claims - Commercial Losses | ¶ 11 |
| 39 | *Knotty Girl Fishing LLC, et al. v. Worley Catastrophe Services LLC, et al.*, 2:11-CV-00649-CJB-SS | Private Economic Damages Claims - Commercial/Real Property Losses | ¶¶ 2, 7 |
| 40 | *LaBorde, Dennis M. v. BPAPC et al.*, 2:11-cv-00934-CJB-SS | Private Economic Damages Claims - Real Property Losses | ¶ 3 |
| 41 | *Lam, Qui, et al. v. BP Exploration and Production, Inc., et al.*, 2:11-cv-01274-CJB-SS | Spill Response Disputes | ¶ V |
| 42 | *Lantier, Rickey v. BP America, Inc., et al.*, 2:10-cv-04144-CJB-SS | Private Economic Damages Claims - Commercial Losses | ¶¶ 1, 2 |
| 43 | *Le, Tam V. et al. v. BP, P.L.C., et al.*, 2:10-cv-02114-CJB-SS | Private Economic Damages Claims - Commercial Losses | Counts 1 & 4 |
| 44 | *Marino, Charles et al. v. BP America, Inc. et al.*, 2:11-cv-00940-CJB-SS | Private Economic Damages Claims - Commercial/Real Property Losses | ¶¶ 1, 2 |
| 45 | *Marlin Oilfield Divers, Inc. v. BP, P.L.C., et al.*, 2:11-cv-00855-CJB-SS | Private Economic Damages Claims - Commercial Losses | ¶ 3 |
| 46 | *Mason, James F. Jr., et al. v. Transocean, Ltd., et al.*, 2:10-cv-02639-CJB-SS | Private Economic Damages Claims - Commercial Losses | ¶ 11 |
| 47 | *Minnon, Catherine v. BP America Production Company*, 2:11-cv-01860-CJB-SS | Spill Response Disputes | ¶ 2 |

| | | | |
|---|---|---|---|
| 48 | *Necaise, Steven et al v. BP America Production Company*, 2:10-cv-04134-CJB-SS | Spill Response Disputes | ¶ VIII |
| 49 | *Nguyen, Giang T. v BP, P.L.C., et al.*, 2:10-cv-01852-CJB-SS | Private Economic Damages Claims - Commercial Losses | ¶¶ 2, 3, 15 |
| 50 | *Nguyen, Giau V. v. BP P.L.C., et al.*, 2:10-cv-01855-CJB-SS | Private Economic Damages Claims - Commercial Losses | ¶¶ 2, 3, 15 |
| 51 | *Nguyen, Khai, et al. v. BP Exploration & Production, Inc., et al.*, 2:11-cv-00685-CJB-SS | Spill Response Disputes | ¶ 3 |
| 52 | *Nguyen, Sang-Thanh v. BP P.L.C., et al.*, 2:10-cv-01850-CJB-SS | Private Economic Damages Claims - Commercial Losses | ¶¶ 2, 3, 15 |
| 53 | *P & S Restaurant Group, Louisiana, LLC v. BP, P.L.C., et al.*, 2:10-cv-01574-CJB-SS | Private Economic Damages Claims - Commercial Losses | ¶¶ 2, 3, 15 |
| 54 | *Parish of Plaquemines v. BP P.L.C., et al.*, 2:11-cv-00916-CJB-SS | Private Economic Damages Claims - Commercial/Real Property Losses | ¶¶ 2, 3, 18, 24 |
| 55 | *Plaquemines Port, Harbor and Terminal District v. BP PLC, et al.*, 2:11-cv-00917-CJB-SS | Private Economic Damages Claims - Commercial/Real Property Losses | ¶¶ 2, 3, 18, 24 |
| 56 | *Plash Island Resort, LLC v. BP P.L.C., et al.*, 2:11-cv-00551-CJB-SS | Private Economic Damages Claims - Commercial/Real Property Losses | Count 3 |

| | | | |
|---|---|---|---|
| 57 | *Quality Preheat & Pressure Washers, Inc. v. BPXP, et al.*, 2:11-cv-00920-CJB-SS | Private Economic Damages Claims - Commercial/Real Property Losses | ¶ l |
| 58 | *Reese, Jr., John C. v. BP America Production Co.*, 2:11-cv-01861-CJB-SS | Spill Response Disputes | ¶ 2 |
| 59 | *Revenue Properties Southland Limited Partnership v. BP, P.L.C., et al.*, 2:10-cv-01947-CJB-SS | Private Economic Damages Claims - Commercial Losses | ¶ 3 |
| 60 | *Schaff, Captain Darren Patrick v. BP, P.L.C., et al.*, 2:10-cv-01484-CJB-SS | Private Economic Damages Claims - Commercial Losses | ¶ 4<br>Count 1 |
| 61 | *Scheer, Stuart et al. v. BP Exploration & Production, Inc., et al.*, 2:11-cv-00866-CJB-SS | Private Economic Damages Claims - Commercial Losses | ¶ 12 |
| 62 | *Seaman, Alden Royal v. BP America Production Co.*, 2:11-cv-01180-CJB-SS | Spill Response Disputes | ¶ 2 |
| 63 | *Sellno, Gary, et al. v. BP Exploration & Production, Inc., et al.*, 2:11-cv-00925-CJB-SS | Private Economic Damages Claims - Real Property Losses | ¶¶ 39, 71 |
| 64 | *Service One, L.L.C. v. BPXP et al.*, 2:11-cv-00921-CJB-SS | Private Economic Damages Claims - Commercial/Real Property Losses | ¶ 1 |
| 65 | *Simpson, George v. Transocean, Ltd., et al.*, 2:10-cv-02647-CJB-SS | Private Economic Damages Claims - Real Property Losses | ¶¶ 11, 18 |

| | | | |
|---|---|---|---|
| 66 | *Sprinkle, Christopher M. v. BP America Production Co.*, 2:11-cv-01255-CJB-SS | Spill Response Disputes | Count 2<br>¶ 2 |
| 67 | *Terrell, Tim, as Class Representative of the Victims of the B.P. p.l.c. caused oil in the Gulf of Mexico on April 20, 2010*, 2:11-cv-1806-CJB-SS | Private Economic Damages Claims - Commercial Losses | ¶¶ 4, 5 |
| 68 | *Tharpe, David, et al. v. BP America Production Co., et al.*, 11-6556 | Spill Response Disputes | ¶ 1 |
| 69 | *Verdin, Captain Cherry David v. BP, plc, et al.*, 2:10-cv-01841-CJB-SS | Private Economic Damages Claims - Commercial Losses | Count 1<br>¶ 4 |
| 70 | *Verdin, Captain Irene D. v. BP, plc, et al.*, 2:10-cv-01842-CJB-SS | Private Economic Damages Claims - Commercial Losses | Count 1<br>¶ 4 |
| 71 | *Vision Bank v. 145, LLC, et al.*, 2:11-cv-00912-CJB-SS | Private Economic Damages Claims - Commercial/Real Property Losses | ¶¶ 232, 244 |
| 72 | *Vu, Phuc v. BP America Production Company*, 2:11-cv-02063 | Spill Response Disputes | ¶ 2 |