**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179 |
| | SECTION "J" |
| THIS DOCUMENT RELATES TO: ALL CASES | |
| | JUDGE BARBIER |

**STIPULATION CONCERNING HOLLOWAY STATEMENT**

Bob Scott is a Transocean employee and was a member of the Transocean internal investigation team. In connection with his duties as a member of the investigation team Mr. Scott interviewed certain Transocean employees.  On May 28, 2010 he, along with Wes Bell, interviewed Caleb Holloway.  Diane Willey was the note taker assigned to this interview. The interview lasted approximately one hour and fifteen minutes.  Mr. Holloway gave the interview voluntarily. Mr. Holloway did not appear to be under the influence of any substance during the interview, Ms. Willey took contemporaneous handwritten notes.  Ex A is a true and accurate copy of Ms.Willey's handwritten notes taken contemporaneously during the interview of Mr. Holloway on May 28, 2010. Mr. Scott's typewritten account of the meeting is attached as Ex. B.

1047599_1

Ex.C is the interview form that was used in connection with Mr. Holloway's interview. The interview from was a standard form that was used by investigation team members interviewing Transocean employees in connection with the investigation of the Deepwater Horizon accident. Ex. D and E are drafts of typewritten notes that were composed shortly after the interview concluded.

Transocean stipulates to the authenticity and admissibility of Exs. A, B, C, D, and E attached to this Stipulation, which are made a part of this Stipulation.

Respectfully submitted,

/s/ Don K. Haycraft
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Robert C. "Mike" Brock
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone: (202) 662-5985

**Attorneys for BP**

2

1047599_1

| | |
|---|---|
| Steven L. Roberts<br>Rachel Giesber Clingman<br>Kent C. Sullivan<br>Teri L. Donaldson<br>Sutherland Asbill & Brennan LLP<br>1001 Fannin Street, Suite 3700<br>Houston, Texas  77002<br>Telephone:  (713) 470-6100<br><br>Kerry J. Miller<br>Frilot, L.L.C.<br>1100 Poydras Street, Suite 3700<br>New Orleans, Louisiana  70163<br>Telephone:  (504) 599-8169<br><br>Edwin G. Preis, Jr.<br>Edward F. Kohnke IV<br>Preis & Roy PLC<br>102 Versailles Boulevard, Suite 400<br>Lafayette, Louisiana  70501<br>Telephone:  (337) 237-6062<br>–and –<br>601 Poydras Street, Suite 1700<br>New Orleans, Louisiana  70130<br>Telephone:  (504) 581-6062 | **Of Counsel:**<br>Daniel O. Goforth<br>Goforth Geren Easterling LLP<br>4900 Woodway, Suite 750<br>Houston, Texas  77056<br>Telephone:  (713) 650-0022<br><br>John M. Elsley<br>Royston, Rayzor, Vickery & Williams LLP<br>711 Louisiana Street, Suite 500<br>Houston, Texas  77002<br>Telephone:  (713) 224-8380<br><br>Brad D. Brian<br>Allen M. Katz<br>Munger Tolles & Olson LLP<br>355 South Grand Avenue, 35th Floor<br>Los Angeles, California  90071<br>Telephone:  (213) 683-9100 |

**Counsel for Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Deepwater Inc., and Transocean Offshore Deepwater Drilling Inc.**

1047599_1

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 14th day of October, 2011.

          /s/ Don K. Haycraft
          Don K. Haycraft