Interviewing Form                                    Page 1 of

| Interviewee Name: | Caleb Holloway |
| Job Title: | Floorhand |
| Company: | TO |
| Contact Details: | |
| Work Address: | Par 10 |
| Work Telephone: | |
| Work Cell: | |
| Home Address: | Redacted |
| Home Telephone: | |
| Home Cell: | |
| Interviewers Present: | Bob Scott, Wes Bell |
| Date: | 5/28/10 |
| Start Time: | 10 am |
| Stop Time: | 11:15 am |
| Was documentation taken to the interview? Y/N | N |
| Were photographs, drawings or other supporting materials taken? Y/N | Y |
| Are documents attached to this form? Y/N | Y |
| Details of documents, drawing, photographs or other supporting materials taken to interview. | Architectural drawing of DWH |
| Interview Plan | |

CONFIDENTIAL                                          TRN-MDL-00490842

EXHIBIT
A

| Probable lines of enquiry, key questions etc: | |
|---|---|
| | |

CONFIDENTIAL

TRN-MDL-00490843

Ref:

TR-NSO
CONFI Page 1 of
DEN TAL

**Interviewing Form**

Interviewee Name ...CALEB  HOLLOWAY.....................................

Job Title ......ROUGHNECK......................................................

Company ........TRANSOCEAN.....................................................

Contact Details ................................................................

Work Address .................................................................

................................................................................

Tel .................................   Cell ...............................

Home Address..................................................................

................................................................................

Tel .................................   Cell ...............................

Notes ..........................................................................

**Interviewers**

................................................................................

................................................................................

................................................................................

Date (D,M,Y)...6 | 28 | 10.......... Start Time ..10:00....... Stop Time ..11:15.....

Was documentation taken to interview? Y/N

Were photographs, drawings or other supporting materials taken?  Y/N

Are documents attached to this form? Y/N

CONFIDENTIAL

TRN-MDL-00490844

Interviewing Form

Page 2 of

Details of documents, drawing, photographs or other supporting materials taken to interview:

ARILL FLOOR PLAT.    A. AR 1011

THIRD DECK        A. AR 1004

SECOND DECK       A. AR 1003

MAIN DECK         A. AR 1001

Interview Plan

Probable lines of enquiry, key questions etc:

WHAT WERE YOU DOING PRIOR TO THE ACCIDENT

WHERE WERE YOU AT THE TIME OF THE EXPLOSION

WHAT HAPPENED WHEN YOU HEARD THE PRESSURE FROM THE DRILLING

DID YOU NOTICE ANYTHING UNUSUAL DURING YOUR TOUR

HOW DID YOU ESCAPE FROM THIS RIG?

CONFIDENTIAL

TRN-MDL-00490845

CONFIDENTIAL

**Interviewing Record** Page 3 of

Add additional pages as necessary and to ensure that nothing is omitted or lost please follow numbering convention as above.

We are [illegible] facts up till explos. No [illegible]. We [illegible] why on well [illegible]: [illegible] - equipment / BOP. [illegible] - [illegible]. We are [illegible] on well. what took place, why, how it happened. See what u want. what u [illegible] relate what hap. u may not the right. write [illegible] 2 [illegible]. W try to [illegible]. we [illegible] [illegible]. I want to know 2. [illegible] btn [illegible] [illegible] nice. we [illegible] along.

We 3 [illegible] on Horizon. I moved up [illegible] to [illegible] day. [illegible] [illegible] [illegible]. From [illegible]

all the days run together. try to remember. I [illegible] [illegible] the [illegible] what sticks out in the "memory around" I [illegible] - [illegible] night
[illegible] had [illegible]

[illegible] I [illegible] a [illegible], I don't know what said the [illegible] - [illegible] be [illegible]. We did negative test - [illegible] not [illegible] that day. might [illegible] [illegible] [illegible] - did nitrogen / cement job day before. So closely.

| I f: | Contin[illegible] ion Page Number |
| --- | --- |

[illegible] when came on [illegible] I [illegible], Tod [illegible] [illegible]
Mon (home). I [illegible] [illegible] [illegible] [illegible] in
for Todd. [illegible] up! Matt Hughes a [illegible].
Kenny had radio (Haggin) David [illegible] picked up 3 1/2
[illegible] - we [illegible] down to [illegible] 60 (6 5/8). We
were on 6 5/8 when we ~~[illegible]~~ [illegible]. They [illegible] 25 [illegible]
the 5/12 [illegible] down to 60 - [illegible] 60 &
do another [illegible]. not sure if [illegible] [illegible] [illegible] Then
~~[illegible]~~ (Thinks Tuesday) got to 60 - [illegible] single
[illegible] to [illegible] - [illegible] [illegible] testing. So many [illegible]
[illegible], I never did [illegible] / [illegible]. [illegible] new
things / process. [illegible] [illegible] chickens. [illegible] on
[illegible]

Q - on [illegible] - Joint
A [illegible] 2 [illegible] (1) single 1 - [illegible] outlet
~~[illegible]~~ not sure [illegible] (think single)
[illegible] low [illegible] value
Q [illegible] single, not [illegible]
A yes - pretty sure - not 100%
~~[illegible]~~
A [illegible] on [illegible] 11:30 [illegible]
[illegible] meet [illegible] anything - [illegible] [illegible] quarter.
then [illegible] [illegible] [illegible]
I can't remember [illegible] told me what we [illegible] do.
I [illegible]. They said do [illegible] single.
[illegible]
[illegible] to test - not sure if we [illegible] [illegible] - [illegible]
[illegible] [illegible] [illegible]

CONFIDENTIAL TRN-MDL-00490847

| f: | Continuation Page Number |
|---|---|

CONFIDENTIAL

be no days tape
Q  est?
A  5:30  - bty 5 il
Q  after woman etc
A  there was h' presence  - I remember - answer
nigh' fl s min pool - stay close - was
head bleed tension -
about time I out . are people -
Could be - still bSg  (blu) until ~ 8:20 -
then I st nothing.  After 0 O do start
cools - go AO back, had radio  ~8:30
Denny called " need ___ to go to Pmp rm "
+ mud

Alton David Sam (mud)
After said " I got to go' - see yo- 2 11 30 - L
for he will be there ___ night.
I met Steve AO go have mtg - fined stud cord
Denny get stand back - might be blowing
I am back at - we going up stud pipe )
be going up SPipe 1 (gn + to drive)
3 valves - splitter valve up
2 valves by. Split - Splm Side - hd
need vlv not banvol
M' is open - hd 2 yan top 2 splitter -
has pin ___

| F [illegible]: | Continu[illegible]ion Page Number |
| --- | --- |

he told me to bleed off DP pressure. I did before.
[illegible] he [illegible] 3 [illegible]. on top. I was by myself.
~9 pm Dan went to break on cleaning [illegible]
I [illegible]. open 1st & 2nd valve. [illegible] [illegible]
to bleed off. [illegible] kept open. Press [illegible] this
[illegible] [illegible] [illegible] [illegible] [illegible] & can
open.
This time still [illegible] Called [illegible] - not [illegible] [illegible]
[illegible] [illegible]. he said close. I closed &
[illegible] [illegible] up [illegible] Dave [illegible] came [illegible] did [illegible] -
[illegible] I [illegible] valve.
Closed valves & told [illegible] closed
I can
Daniel came up & said "[illegible] needs to pump
[illegible] [illegible]"

He did [illegible] [illegible] [illegible] day.
[illegible] [illegible] ([illegible] [illegible] got there)
4pm did not [illegible] [illegible] [illegible] [illegible] [illegible]
[illegible] [illegible] [illegible] these [illegible] [illegible] [illegible] Mike [illegible]'s
[illegible] [illegible] came [illegible] & I [illegible] [illegible] - [illegible] [illegible]
[illegible] [illegible] [illegible] [illegible] by [illegible] [illegible] [illegible] [illegible] [illegible]
[illegible] [illegible]. 2 [illegible] 1 [illegible] day I [illegible] season.

CONFIDENTIAL TRN-MDL-00490849

| F F: | Continuation Page Number |
| --- | --- |

CONFIDENTIAL

wl trap door. Always nasty. [illegible] under
nothing table. on Stack side. Square hatch b/tw
[illegible] rig & rotary. outside drill stack door.

I want a new hose near there into pan. Can hook
into those & suck. The hose gone. I [illegible] b/c
had to clean them. Water lid pans - on side we
loaded the rig full. I couldn't to check other one.

[illegible] pumped out. Came up. w/ the ok.
(back up)

Dan came out when I came back. Dan said need to pump
sl[u]dg pan. Not see water [illegible] drains

Q What else hooked? another line?
A Flow line goes past v drill stack & an stack - camera
indication (flow sensor)
[illegible] [illegible] hatch past v drill stack

Q only reason I know of - we checked [illegible] [illegible]
paddle screen - didn't [illegible] but did [illegible]

don't know why sludge pan need again
after [illegible] rig floor -
after stand pipe, tried to bleed — Dan came out
he sd to pump sludge pans. we pulled vacuum.

CONFIDENTIAL TRN-MDL-00490850

| ( f: | Contin[illegible]tion Page Number |
| --- | --- |

CONFIDENTIAL

had to go to [mudlogging] cutting box we had [illegible] more water

asked if he knew how to do it. he's not sure! [if he knew how] he [illegible] out. [illegible] Curtis came in & said " we going to [illegible] vacuum which is on starboard —
I [illegible] show Dan how to —

he said OK — going back to driller [shack]- vac on next [illegible] down

Q. MI ?
A They have own vac unit
own vac behind elev & [illegible] boxes also there
(under riser)
[illegible] came out & [went] out — I [illegible] diff [illegible] [illegible] +

" Have you been tied up " to Dan. I checked [illegible].
hang out here by button & I'll tell you when I checked.
I looked up & saw blowing out. Was blowing mud (not 100% sure)
+ [illegible]. Some was mud. I [illegible] & told Dan.
We [illegible] [illegible] [illegible] back up — [illegible], [illegible] I [illegible] mud
[illegible] flowing up from rig floor onto — deck. [illegible] [illegible] by
w/ water [illegible] up.

[illegible] Kennedy — watching I [illegible] to him & said to move

CONFIDENTIAL TRN-MDL-00490851

| [illegible] f: | Continuation Page Number |
|---|---|

CONFIDENTIAL

We ran back up stairs (bay) [illegible] I [illegible] open door for [illegible]
& we [illegible] get there. We did. 2 [illegible] stairs
[illegible] hear [illegible] yelling. [illegible] on [illegible] [illegible]
Tool [illegible]. "Get in [illegible] tool room". Mud [illegible] pouring back & [illegible]
[illegible]. Drain [illegible] [illegible] [illegible]
Tried 2-3x call Denny(?)
[illegible] mud everywhere.
Dan ran to tool [illegible] I couldn't get [illegible] anyone on [illegible]
[illegible] behind drain works

There is ~~[illegible]~~ a phone at 2116 - I grabbed to call
[illegible].
I felt & smelled [illegible] gas. Looked 2 Dan. Said
"that's gas" to get him to agree. He had bad look
I dropped phone & we turned & went on to ~~[illegible]~~ [illegible]

Got to galley hatch. I heard engines revving. They
[illegible] 4 air. I knew [illegible] bad. We headed to life boat stay
life vest out. I had [illegible] [illegible].

Explosion happened (three) when we were there. Dan & me
we grabbed life vest. Knew real deal.
(back track) → when [illegible] went out & looked 2 rig floor
[illegible] [illegible] water gas, mud product, mixing
looked @ (degasser) line - pegged out - blowing gas
[illegible] direction

CONFIDENTIAL TRN-MDL-00490852

| Ref: | Continuation Page Number |
| --- | --- |

CONFIDENTIAL

[illegible] b/t [illegible] & crane. "Gas buster" - [illegible] out
blowing like jet engine.

Q Was noisy?

A Yes - Screaming like jet airplane
I [illegible] Dan up - it ignited
made [illegible] + [illegible], when biggest expl was.
[illegible] engines, [illegible] expl not [illegible]
Eng rm, Pump & pit room - [illegible] there.

I got 2 lifeboat deck - mine is #1 lifeboat - Dan is #2
[illegible] for him. I went inside to see if anyone
needed help. I had [illegible]

[illegible] not see where Dan was at the time. Think he behind me
Stairwell goes 2 gallery - I was in [illegible]
[illegible] the steps + the [illegible]. Steps & [illegible] collapsed into stairwell
[illegible] going + [illegible] out. I went outside. [illegible]
[illegible]

[illegible] people were falling
[illegible] - ppl [illegible].
Matt Hughes got a [illegible] Water covered in
[illegible] side burning [illegible]. He [illegible] gonna jump. I
[illegible] if warm cot fire, bad. [illegible] He slipped &
hit leg on something sticking out.

| [ f: | Contin[illegible] tion Page Number |
|---|---|

he came up. this time he fell overboard. I yelled "Man Ovbd"
Bahiopa launched [illegible] boat. They did [illegible].
he std swimming. I std got to lboat. [illegible] got to

[illegible] me & Greg Isaacs & Dustin Johnson. we tried [illegible]
[illegible] mustering

Nitrogen std blowing - started [illegible] - did not [illegible]. 6 [illegible] pop off valve
on fire.
[illegible] on fire. [illegible] more [illegible]. not sure what.

Q did u get hurt?
A No - [illegible] hearing - intense
started mustering - [illegible] in boat. [illegible] to get [illegible]
on lboat. Not launching yet. By door I saw
Jimmy - on Rom. They [illegible] on stretcher.
[illegible] Trahan. I helped [illegible] getting in boat. [illegible] got
Trahan [illegible]. Chris Pleasant helped. Set him down
[illegible] Jimmy had [illegible] blown in legs. Sat next to Trahan.
I tried to stay in [illegible]. Std [illegible]
[illegible]
launched boat [illegible] [illegible] like supposed to.

got on [illegible] other [illegible]. [illegible] held us

CONFIDENTIAL TRN-MDL-00490854

| r  f: | Continu  ion Page Number |
|---|---|

we got Buddy up. He needs attn. 1st paic,
needed to get to cpr out — then him

Q  he did need Body up?
A  got gurney & lifted & handed out into boat.
    I then got out & looked 3 other lib boat. few
    me & on lib/rdy. he was my mentor
    (will gurney) - lib /rdy. bc
    W to pull up (others)
    Tony Gave Third out who in boat & told to
    looks on other boat. directed ppl on b.a.d.
    Wip was said to v n
    must bst both who crew. Saw On
    lifted. all liberts

who here
    Darren Landy & Mike Burell launched
    liberty - they really stepped up

936 - 371 - 1960 - cell

Q  if u remember, try out & tell us
    w trying pass n

| r f: | Continu tion Page Number |

was there a loud *prome*
A? - no - not sure how much pressure - not normal
 Though
Q what time did u bleed *prome*?
A ~ 9 ish
Q after blee went to vaccum unit?
A *yes*
 ure to *ered* 2 9:30 or so
Q or *blest*, or *A* was *ereld* first? engines )
A not sure want to say starboard *12* - *mith* been on engine
 *initials*


T Borst *letter interview*

CONFIDENTIAL        TRN-MDL-00490856

CONFIDENTL ...

**Interview with Mr. Caleb Holloway, Roughneck**
**Transocean Office**
**Friday, May 28, 2010**

Attendees:     Wes Bell
               Bob Scott
               Diane Willey (note taker)

Start Time:  10:00 a.m.
Stop Time:  11:15 a.m.

Mr. Caleb Holloway resides in Lufkin, Texas. He has been working on the Horizon for approximately 3 years. He was promoted to floor hand about a year ago.

Caleb stated that "all of the days run together" when describing the incident, but he tried to remember the best he could. He did remember that the guys were "just messing around" because it was the last night on the rig.

He arrived on tour at 11:30 a.m. on April 20, 2010. There was always a pre-tower meeting in the living quarters to do paperwork.

When Caleb started, they were one man short because Todd Ladner went home on Monday. Shane Roshto filled in for Mr. Ladner. Matt Hughes and John Kersey had a radio and were flagging.

Dewey ran and picked up 3 ½ drill pipe. They were tripping down to stand 60 (6 5/8), and going to do another test. They got to 60, broke top single and made it to top drive. Then put on the test kelly.

There are two different kellys; one single and one double outlet. Caleb is almost positive that they were using the single outlet, not the double. They got ready to test, but he was not sure if it was done with high pressure or not. The gates were closed off and the danger tape was put up.

At approximately 4:00 p.m. they did not have high pressure test completed, so they called the mechanics. There was a pin hole in the hose. Mike Glendenning and Jerry Issac came.

The pollution pans were full and tripping the alarm. Both pans were one foot deep and have sensors. Caleb crawled under the rotary table to use the vacuum hose which ran into the pan. He pumped one pan out and came back up.

Caleb ate at approximately 5:30 p.m.

CONFIDENTIAL                                                    TRN-MDL-00490861

**EXHIBIT**
**B**

CONFIDENTI...

After eating, he came back and they were testing until approximately 8:30 p.m. Caleb and Adam did their start cards in the AD office.

Dewey called on the radio and said he needed one of them to go to the pump room. At that time Caleb, Daniel Barrens (roughneck), and Adam were together. Adam said "I gotta go…see you at 11:30" but Caleb said he knew Adam would be there the rest of the night.

Caleb heard Dewey say to stand back because they might be bleeding tensioners and to stay clear of the rig floor and moon pool. Caleb did hear them bleed tensioners.

We were ~~going~~ pumping through ~~the~~ stand pipe #1 (to the top drive).

At approximately 9 p.m. Dan went on break or was cleaning somewhere. Caleb went upstairs to open the first and second splitter valve. Dewey asked him to bleed off the pressure. Pressure was rushing through the line and Caleb closed the valves and went up the ladder.

Dave Young came from the drilling shack. Daniel told Caleb that Dewey needed them to clean the pollution pan, which they did once before that day. The flow line was in front of the drill shack. We checked it every night. They did not that night, but did before.

Curtis came in and Caleb said that they were going to blow down the vacuum on the starboard side. Caleb said he would show Dan how to do this, and they went to the driller shack the next level down. Caleb explained to Dan how the different valves lined up and to "make sure the hose is tied off." He told Dan to stay by the button and he would tell him to kick in pump when he checked it. Caleb checked the hose.

Caleb then looked up and saw mud blowing out to the crown. He told Dan, and they ran back up to the walkway. Caleb saw a mud river pouring off from the rig floor onto the deck. They had issues before with the water running off.

Sam Kennedy was watching. Caleb ran and told him to move, and they checked to see if they could run up the steps by Halliburton. Caleb cracked the door open to see if they could get there. They did get to the bottom of the steps. Caleb heard "stuff" falling onto the rotary shed. He told Dan to get in the heavy tool room. Mud started pouring back and all over. The draw works was the only thing blocking them. Dan ran to the tool house.

Caleb tried several times to call Dewey and went to the heavy tool shed. He then tried calling 2116 into the drill shack. He was feeling, smelling, and tasting gas. He asked Dan if he agreed and Dan had a "bad look" on his face. Caleb dropped the phone and they ran across the deck on the forward starboard side of the rig and got into the galley hatch. Caleb heard the engines revving, as if they were starving for air. They headed down to the life boat station. The lights went out, but he had a flash light. Caleb looked

CONFIDENTI...

out at the rig floor and it was blowing water, gas and was misting. He looked at the
diverter line and it was pegged out.

He thinks that was the time when one explosion happened. Caleb said that "it was
blowing like a jet engine" and that the explosion sounded like a jet airplane. Caleb and
Dan grabbed life vests and made it to the life boats. That is when the biggest explosion
happened.

Caleb went inside the living quarters to see if anyone needed help, since he had a
flashlight. The steps had collapsed into the stairwell. People were starting to go into the
hallway and outside. Mud and oil was on the decks and people were falling.

Matt Hughes woke up and got on the side of the handrail. Water covered the starboard
side and it was burning. Matt was going to jump then slipped and hit his leg on
something sticking out. He then fell overboard. Caleb yelled "man overboard."

Caleb got onto the life boat deck and into life boat #1. Dan was in #2.

That is when the Bankston launched the fast rescue boats. Matt started swimming.

Caleb and Jerry saw Dustin Johnson and they tried to organize the mustering. Mud
started blowing on the starboard side. The derrick was on fire and there were a couple of
more explosions.

They started checking people into the boat.     He saw Jimmy, the OIM, and he helped
them carry Buddy Trahan on a stretcher. Chris Pleasant helped get Buddy into the boat.
He saw that Jimmy had insulation in his eyes, and he helped him into the boat. Caleb
was last to get on the life boat.

They got Buddy Trahan off first since he needed medical attention. People started to
panic getting out of the capsule.

They used a gurney for Buddy and got everyone onto the boat. Troy came to find out
who was hurt and also directed people onto the boat. He said to check the crew list.

Daren Lunchky and Mike Barrell launched the lifeboats.

Caleb did not get hurt, although the noise was "very intense" and his hearing was
affected.

After interview comments:

The pressure was bled at approximately 9 p.m. Caleb went to the vacuum unit after
bleeding the pressure, which was around 9:30 p.m. He is not sure what exploded first,
but said it might have been an engine.

3

TRN-MDL-00490863

QUESTIONS FOR INTERVIEW
The attached questions were brought to this interview by Bob Scott/Wes Bell

Person Interviewed:     Caleb Holloway
Date of Interview:      May 28, 2010

**EXHIBIT C**

CONFIDENTIAL

TRN-MDL-00490836

**Bob Scott's Interview Questions**
**OIM / Toolpusher / Driller / Assistant Driller**

Can you remember and describe the sequence of events that took place the afternoon of the incident up to and after the explosion?

When did you become aware there was a problem in the hole?

Who in Transocean is in direct communication with the company man on the rig on well matters?

When did you see the P&A program for the well?

Did you have any concerns with the program?
  (If yes, what were they and how were they resolved?)
  (Were there any parts of the P&A program that were new or novel to you?)

Was there a meeting to discuss and advise everyone on the negative testing to take place and the displacement of the hole to water prior to the cement job?

What is expected of the driller if he experiences well bore fluids flowing above the rig floor from the rotary table?

Did you have any concerns of the 9 7/8" casing job?

Did BP discuss with TOI why they did not want to circulate all the way round prior to the cement job on the 9 7/8" / 7" casing?

There was a problem noted in the IADC reports about a problem with the allomom equipment prior to cementing the casing.

Where was the rig crew located prior to the explosion?

Who from TOI checks the displacement figures given by the BP rep?

CONFIDENTIAL

TRN-MDL-00490837

HANDWRITTEN NOTES

Provided by:            Diane Willey
Person Interviewed:     Caleb Holloway
Date:                   May 28, 2010

CONFIDENTIAL

TRN-MDL-00490838

Ref:

Interviewing Form                                                    Page 1 of

Interviewee Name .... *CALEB  HOLLOWAY* .......................................................

Job Title ....... *ROUGHNECK* .............................................................

Company ....... *TRANSOCEAN* ............................................................

Contact Details ........................................................................................

Work Address ........................................................................................

........................................................................................

Cell

Tel *936-371-1960*                         Cell ......................................

Home Address.........................................................................

........................................................................................

Tel ........................................                  Cell ......................................

Notes .........................................................................................

Interviewers

........................................................................................

........................................................................................

........................................................................................

Date  (D,M,Y)................................... Start Time ........................ Stop Time ........................

Was documentation taken to interview? Y/N

Were photographs, drawings or other supporting materials taken?  Y/N

Are documents attached to this form? Y/N

CONFIDENTIAL                                                          TRN-MDL-00490839

Interviewing Form                                    Page 2 of

Details of documents, drawing, photographs or other supporting materials taken to interview:

*Drill Floor Plan*    *A.AA 1011* ...........................................

*Third Deck*          *A.AA 1004* ...........................................

*Second Deck*         *A.AA 1003* ...........................................

*Plan View*           *A.AA 1001* ...........................................

...........................................................................

...........................................................................

Interview Plan

Probable lines of enquiry, key questions etc:

*What were you doing prior to the incident* ...........

*Where were you at the time of the explosion* ...........

*What happened when you felt the pressure for the broach* ...

*Did you notice anything unusual during your tour* ...

*How did you differ from the norm* ...........................

...........................................................................

CONFIDENTIAL                                    TRN-MDL-00490840

Interviewing Record                                    Page 3 of

Add additional pages as necessary and to ensure that nothing is omitted or lost please follow numbering
convention as above.

...........................................................................................................

...........................................................................................................

...........................................................................................................

...........................................................................................................

...........................................................................................................

...........................................................................................................

...........................................................................................................

...........................................................................................................

...........................................................................................................

...........................................................................................................

...........................................................................................................

...........................................................................................................

...........................................................................................................

...........................................................................................................

...........................................................................................................

...........................................................................................................

...........................................................................................................

...........................................................................................................

...........................................................................................................

...........................................................................................................

...........................................................................................................

...........................................................................................................

...........................................................................................................

CONFIDENTIAL                                    TRN-MDL-00490841

Interview with Mr. Caleb Holloway, Roughneck
Transocean Office
Friday, May 28, 2010

Attendees:     Wes Bell
               Bob Scott
               Diane Willey (note taker)

TRANSOCEAN
CONFIDENTIAL

Start Time: 10:00 a.m.
Stop Time: 11:15 a.m.

Mr. Caleb Holloway resides in Lufkin, Texas. He has been working on the Horizon for approximately 3 years. He was promoted to ~~roustabout~~ about a year ago.
                                                              floor hand

Caleb stated that "all of the days run together" when describing the incident, but he tried to remember the best he could. He did remember that the guys were "just messing around" because it was the last night on the rig.

                                    tour
He arrived on the ~~tower~~ at 11:30 a.m. on April 20, 2010. There was always a pre-tower meeting in the living quarters to do paperwork.

                                                              d
When Caleb started, they were one man short because Todd Lafner went home on Monday. Shane ~~Rossor~~ filled in for Mr. ~~Lafner~~. Matt Hughes and John Kursey had a radio and were flogging. ~~Rosh to~~        Ladner           e

Dewey van and                      drill
~~(Danic Ram (?)~~ picked up a 3 ½ wash pipe. They were tripping down to stand 60 (6 5/8), ~~tatal top 60~~ and do another test. They got to 60, broke top single and made it to top drive. The put on the test kelly.
                 n

There are two different kellys; one single and one double outlet. Caleb is almost positive that they were using the single outlet, not the double. They got ready to test, but he was not sure if it was done with high pressure or not. The gates were closed off and the danger tape was put up.
                                                      test completed
At approximately 4:00 p.m. they did not have high pressure, so they called the mechanics. There was a pin hole in the hose. Mike Glendenning and Jerry Issac came.
      pollution
The ~~collection~~ pans were full and tripping the alarm. Both pans were one foot deep and have sensors. Caleb crawled under the rotary table to use the vacuum hose which ran into the pan. He pumped one pan out and came back up.

Caleb ate at approximately 5:30 p.m.

After eating, he came back and they were testing until approximately 8:30 p.m. Caleb and Adam did their start cards in the AD office.

TRN-MDL-00490864

EXHIBIT
D

Dewey called on the radio and said he needed one of them to go to the pump room. At that time Caleb, Daniel Barrens (roughneck), and Adam were together. Adam said "I gotta go...see you at 11:30" but Caleb said he Adam would be there the rest of the night.

Caleb heard Dewey say to stand back because there might be bleeding and to stay clear of the rig floor and moon pool. Caleb did hear the bleed tensioners. ~~184~~

We were going to the stand pipe one (to the top drive).

Caleb ran upstairs and opened the first and second valve. Pressure was rolling through the riser. Dewey told him to bleed off top pressure. Caleb did this before, but said there were usually three guys doing it. He was alone to do the bleeding this time, however.

Dewey then said to close it, which Caleb did and told Dewey. Caleb then went up the ladder.

At approximately 9 p.m. Don went on break or was cleaning somewhere. Caleb went upstairs to open the first and second valve. Dewey asked them to bleed off. Pressure was rolling through the riser again. Caleb closed and went up the ladder.

Dave Young came from the drilling shack. ~~Caleb cranked the valve and closed the valves then told Dewey this had been done.~~ Daniel told Caleb that Dewey needed them to ~~prepare~~ the pollution pan, which they did once before that day. ~~They got to stand 60.~~ The flow line was in front of the drill shack. We checked it every night. They did not that night, but did before. ~~They filled the vacuum and went to the cutting box.~~

Curtis came in and said that they were going to blow down the vacuum on the starboard side. Caleb said he would show Don how to do this, and they went ~~back~~ to the driller shack ~~and then went around~~ the next level down. Caleb explained to Don how the different valves lined up and to "make sure the hose is tied off." He told Dan to stay by the button and he would tell him when he checked it. Caleb checked the hose.

Caleb then looked up and saw mud blowing out to the crown. He told Don, and they ran back up to the walkway. Caleb saw a mud river pouring off from the rig floor onto the deck. They had issues before with the water running off.

Sam Kennedy was watching. Caleb ran and told him to move, and they checked to see if they could run up the steps by Halliburton. Caleb cracked the door open to see if they could get there. They did get to the bottom of the steps. Caleb heard "stuff" falling onto the rotary shed. He told ~~everybody~~ to get in the heavy tool room. Mud started pouring back and all over. The draw works was the only thing blocking them. Don ran to the tool house.

Caleb tried several times to call Dewey.

2

TRN-MDL-00490865

_across the deck on forward_
_starboard side of rig_

Caleb then tried calling 2116 into the drill shack. He was feeling, smelling, and tasting gas. He asked Dan if he agreed and Dan had a "bad look" on his face. Caleb dropped _heard_ the phone and they ran to the crosser and got into the galley hatch. Caleb had the engines revving. But they were starving for air. They headed up to the life boat station. The lights went out, but I had a flash light. Caleb looked out at the rig floor and it was blowing water, gas, raw-product, and was misting. He looked at the Roberts (?) line and it was pegged out.

He thinks that was the time when one explosion happened. Caleb said that "it was blowing like a jet engine" and that the explosion sounded like a jet airplane. Caleb and Dan grabbed life vests and made it to the capsules. That is when the biggest explosion happened.                    _life boats._

Caleb went inside the living quarters to see if anyone needed help, since he had a flashlight. The steps collapsed into the stairwell. People were starting to go into the hallway and outside. Mud and oil was on the decks and people were falling. He could see guys in the pump and pit room.

Matt Hughes woke up and got on the side of the handrail. Water covered the starboard side and it was burning. Matt was going to jump then slipped and hit his leg on something sticking out. He then fell overboard. Caleb yelled "man overboard."

Caleb got onto the life boat deck and into life boat #1. Dan was in #2.
                    _fast rescue    &_
That is when the Bankston launched the john boats. Matt started swimming.

Caleb and Jerry saw Dustin Johnson and they tried to organize the mustering. Nitrogen _Mud_ started blowing on the starboard side. The derrick was on fire and there were a couple of more explosions.

They started checking people into the boat.   He saw Jimmy, the OIM, and he helped them carry Buddy Trahan on a stretcher. Chris Pleasant helped get Buddy into the boat. He saw that Jimmy had insulation in his eyes, and he helped him into the boat. Caleb was last to get on the life boat.

They got Buddy Trahan off first since he needed medical attention. People started to panic getting out of the capsule.
                    _for Buddy_
They used a gurney and got everyone onto the boat. Troy came to find out who was hurt and also directed people onto the boat. He said to check the crew list. He saw Don's name highlighted.

Daren Lunchky and Mike Barrell launched the lifeboats.

Caleb did not get hurt, although the noise was "very intense" and his hearing was affected.

3

CONFIDENTIAL

After interview comments:

The pressure was bled at approximately 9 p.m. Caleb went to the vacuum unit after bleeding the pressure, which was around 9:30 p.m. He is not sure what exploded first, but said it might have been an engine.

-4-

CONFIDENTIAL

TRN-MDL-00490867

DRAFTS OF INTERVIEW

Provided by:           Bob Scott/Wes Bell
Person Interviewed:    Caleb Holloway
Date:                  May 28, 2010

CONFIDENTIAL

TRN-MDL-00490857

EXHIBIT
E


CONFIDENTIAL

After eating, he came back and they were testing until approximately 8:30 p.m.  Caleb and Adam did their start cards in the AD office.

Dewey called on the radio and said he needed one of them to go to the pump room.  At that time Caleb, Daniel Barrens (roughneck), and Adam were together.  Adam said "I gotta go...see you at 11:30" but Caleb said he knew Adam would be there the rest of the night.

Caleb heard Dewey say to stand back because they might be bleeding tensioners and to stay clear of the rig floor and moon pool.  Caleb did hear them bleed tensioners.

We were going pumping through the stand pipe #1 (to the top drive).

At approximately 9 p.m. Dan went on break or was cleaning somewhere.  Caleb went upstairs to open the first and second splitter valve.  Dewey asked him to bleed off the pressure.  Pressure was rushing through and Caleb closed the valves and went up the ladder.

Dave Young came from the drilling shack.  Daniel told Caleb that Dewey needed them to clean the pollution pan, which they did once before that day.  The flow line was in front of the drill shack.  We checked it every night.  They did not that night, but did before.

Curtis came in and said that they were going to blow down the vacuum on the starboard side.  Caleb said he would show Dan how to do this, and they went to the driller shack the next level down.  Caleb explained to Dan how the different valves lined up and to "make sure the hose is tied off."  He told Dan to stay by the button and he would tell him to kick in pump when he checked it.  Caleb checked the hose.

Caleb then looked up and saw mud blowing out to the crown.  He told Dan, and they ran back up to the walkway.  Caleb saw a mud river pouring off from the rig floor onto the deck.  They had issues before with the water running off.

Sam Kennedy was watching.  Caleb ran and told him to move, and they checked to see if they could run up the steps by Halliburton.  Caleb cracked the door open to see if they could get there.  They did get to the bottom of the steps.  Caleb heard "stuff" falling onto the rotary shed.  He told Dan to get in the heavy tool room.  Mud started pouring back and all over.  The draw works was the only thing blocking them.  Dan ran to the tool house.

Caleb tried several times to call Dewey and went to the heavy tool shed.  He then tried calling 2116 into the drill shack.  He was feeling, smelling, and tasting gas.  He asked Dan if he agreed and Dan had a "bad look" on his face.  Caleb dropped the phone and they ran across the deck on the forward starboard side of the rig and got into the galley hatch.  Caleb heard the engines revving, as if they were starving for air.  They headed down to the life boat station.  The lights went out, but he had a flash light.  Caleb looked

2

CONFIDENTIAL

out at the rig floor and it was blowing water, gas and was misting. He looked at the diverter line and it was pegged out.

He thinks that was the time when one explosion happened. Caleb said that "it was blowing like a jet engine" and that the explosion sounded like a jet airplane. Caleb and Dan grabbed life vests and made it to the life boats. That is when the biggest explosion happened.

Caleb went inside the living quarters to see if anyone needed help, since he had a flashlight. The steps had collapsed into the stairwell. People were starting to go into the hallway and outside. Mud and oil was on the decks and people were falling.

Matt Hughes woke up and got on the side of the handrail. Water covered the starboard side and it was burning. Matt was going to jump then slipped and hit his leg on something sticking out. He then fell overboard. Caleb yelled "man overboard."

Caleb got onto the life boat deck and into life boat #1. Dan was in #2.

That is when the Bankston launched the fast rescue boats. Matt started swimming.

Caleb and Jerry saw Dustin Johnson and they tried to organize the mustering. Mud started blowing on the starboard side. The derrick was on fire and there were a couple of more explosions.

They started checking people into the boat.   He saw Jimmy, the OIM, and he helped them carry Buddy Trahan on a stretcher. Chris Pleasant helped get Buddy into the boat. He saw that Jimmy had insulation in his eyes, and he helped him into the boat. Caleb was last to get on the life boat.

They got Buddy Trahan off first since he needed medical attention. People started to panic getting out of the capsule.

They used a gurney for Buddy and got everyone onto the boat. Troy came to find out who was hurt and also directed people onto the boat. He said to check the crew list.

Daren Lunchky and Mike Barrell launched the lifeboats.

Caleb did not get hurt, although the noise was "very intense" and his hearing was affected.

After interview comments:

The pressure was bled at approximately 9 p.m. Caleb went to the vacuum unit after bleeding the pressure, which was around 9:30 p.m. He is not sure what exploded first, but said it might have been an engine.

3

TRN-MDL-00490860