UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL No. 2179 |
| This Document Relates to: | * * | SECTION "J" |
| 2:10-CV-02771 | * * | |
| *IN RE THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, ET AL., IN A CAUSE FOR EXONERATION FROM OR LIMITATION OF LIABILITY* | * * * * * | JUDGE BARBIER MAGISTRATE JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER ON NATIONAL RESPONSE CORPORATION'S UNOPPOSED MOTION FOR LEAVE TO VOLUNTARILY DISMISS WITHOUT PREJUDICE ITS CONTINGENT CROSS-CLAIM AGAINST THE UNITED STATES OF AMERICA AND TO FILE ITS AMENDED ANSWER AND CLAIM/COUNTERCLAIM**

After considering National Response Corporation's ("NRC") Unopposed Motion for Leave to Voluntarily Dismiss Without Prejudice Its Contingent Cross-Claim Against the United States of America and to File Its Amended Answer and Claim/Counterclaim, the Court GRANTS the motion. NRC's contingent cross-claim against the United States of America is hereby dismissed without prejudice. Each party will bear its own costs. NRC is hereby granted leave to file its Amended Answer and Claim/Counterclaim.

New Orleans, Louisiana this 13th day of October, 2011.

_____
UNITED STATES DISTRICT JUDGE