UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL, 20, 2010 | MDL 2179<br><br>SECTION: J(1)<br><br>JUDGE BARBIER |
| This Document Applies to:<br>All Cases | MAG. JUDGE SHUSHAN |

**ORDER**

Before the Court is the BP Defendants' Motion for Certification of Interlocutory Appeal. (Rec. Doc. 4291)

**IT IS ORDERED** that any responses to BP's Motion must be filed no later than **Wednesday, October 19, 2011**. The Court will entertain this motion at the next regularly scheduled status conference on October 21, 2011.

New Orleans, Louisiana this 14th day of October, 2011.

_____
UNITED STATES DISTRICT JUDGE