**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | **MDL NO. 2179**<br><br>**SECTION: J**<br><br>**JUDGE BARBIER**<br><br>**MAGISTRATE JUDGE SHUSHAN** |

**JOINT MOTION TO SUBSTITUTE COUNSEL OF RECORD**

ON JOINT MOTION of Jennifer N. Willis and the law firm of Willis & Buckley, on suggesting to this Court that Jennifer N. Willis and the law firm of Willis & Buckley desire to withdraw as counsel of record for plaintiff Harvey Cheramie, Jr., and on motion of Francis I. Spagnoletti and the law firm of Spagnoletti & Co., on suggesting that Francis I. Spagnoletti and the law firm of Spagnoletti & Co. desire to be substituted for Jennifer N. Willis and the law firm of Willis & Buckley, and enrolled as counsel of record for plaintiff Harvey Cheramie, Jr.

WHEREFORE, movers pray that Jennifer N. Willis and the law firm of Willis & Buckley be permitted to withdraw as counsel of record for plaintiff Harvey Cheramie, Jr. and that Francis I. Spagnoletti and the law firm of Spagnoletti & Co. be substituted and enrolled as counsel of record for plaintiff Harvey Cheramie, Jr.

Respectfully submitted,


    /s/   Jennifer N. Willis
JENNIFER N. WILLIS (Bar No. 14877)
WILLIS & BUCKLEY, APC
3723 Canal Street
New Orleans, Louisiana   70119
Telephone:   (504) 488-6301
Facsimile:   (504) 488-6302
email: jenniferwblaw@bellsouth.net


    /s/   Francis I. Spagnoletti
Francis I. Spagnoletti (Texas Bar No. 18869600)
SPAGNOLETTI & CO.
401 Louisiana Street, 8th Floor
Houston, Texas 77002
Telephone:   (713) 653-5600
Facsimile:   (713) 653-5656
email: fspagnoletti@spaglaw.com


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 14, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record.

    /s/   Jennifer N. Willis