## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | **MDL NO. 2179** |
| | **SECTION: J** |
| | **JUDGE BARBIER** |
| This Document Relates to: 11-1159 | **MAGISTRATE JUDGE SHUSHAN** |

### O R D E R

Considering the foregoing Joint Motion to Substitute Counsel of Record

IT IS HEREBY ORDERED that Jennifer N. Willis and the law firm of Willis & Buckley, be permitted to withdraw as counsel of record for plaintiff Harvey Cheramie, Jr. and that Francis I. Spagnoletti and the law firm of Spagnoletti & Co. be substituted and enrolled as counsel of record for plaintiff Harvey Cheramie, Jr.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
JUDGE, United States District Court