MINUTE ENTRY
SHUSHAN, M.J.
OCTOBER 14, 2011

**MJSTAR: 2:11**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE | CIVIL ACTION |
| OIL RIG "DEEPWATER HORIZON" | |
| IN THE GULF OF MEXICO, ON APRIL 20, 2010 | NUMBER: 10-MDL-2179 |
| | SECTION: "J" (1) |

MAGISTRATE JUDGE SALLY SHUSHAN PRESIDING

FRIDAY, OCTOBER 14, 2011 AT 9:30 A.M.

CASE MANAGER: Charles A. Armond

COURT REPORTER: Susan Zielie

A discovery status conference was held this date before Magistrate Judge Sally Shushan.

PRESENT:   See attached sign-in sheets for attorneys who participated in person and via telephone.

## CONFERENCE ATTENDANCE RECORD

**DATE:** 10-14-11          **TIME:** 9:30

**CASE NAME: IN RE: DEEPWATER HORIZON, ET AL.**

**DOCKET NUMBER & SECTION: MDL 2179**

**DISCOVERY STATUS     CONFERENCE**

☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Don Godwin | Halliburton |
| Alan York | " |
| Jenny Martinez | " |
| Stefone Major | " |
| J. B. Tarter | M-I |
| Deb Kuchler | Anadarko |
| Al Brod | PSC |
| Tony Fitch | ANADARKO |
| Jimmy Williamson | PSC |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| RACHEL CLINGMAN | TRANSOCEAN |
| Ryan Babiuch | BP |
| Andy Langan | BP |
| Dennis Barrow | Dril - Quip |
| Corey Maze | Alabama |
| Mike Underhill | U.S. |
| Steve Herman | Plaintiffs |
| Kerry Miller | |
| Phil Wittmann | Cameron |
| Renee Siegert | Cameron |
| Will Baldwin | Weatherford |
| Don Haycraft | BP |
| Jackie Brettner | MOEX |
| Allan Kanner | State of Louisiana |
| Lili Petersen | " " |
| Allen Usry | " " |
| Brian Barr | PSC |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Anthony Irpino | PSC |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Mark Nomillini

Ed Flanders

John Galloway

Greg Lacour

Barbara Harding

Denise Scoffield

Philip Brooks