**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISANA**

In Re: Oil Spill by the Oil Rig       *       **MDL NO. 2179**
       "Deepwater Horizon" in the     *
       Gulf of Mexico, on April 20, 2010   *     **SECTION: J**
                                   *
                                   *
                                   *
                                   *
       **This Document Relates To:**      *     **JUDGE BARBIER**
       **Case No. 2:10-cv-08888-CJB-SS**   *
       **Doc No. 107940**                *     **MAGISTRATE JUDGE SHUSHAN**
       **Short-Form Joinder of**         *
       **Ron Giese**                      *
* * * * * * * * * * * * * * * * * * * * * * * *

## <u>ORDER</u>

Considering the foregoing Motion to Withdraw as Counsel:

     IT IS ORDERED that J. Parker Miller and the law firm of Beasley Allen, Crow, Methvin,

Portis & Miles, P.C., be allowed to withdraw as Counsel for Ron Giese.

     This the _____ day of _____, 2011.


                                _____

                                UNITED STATES DISTRICT JUDGE