UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig<br>    "Deepwater Horizon" in the Gulf<br>    of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Regarding Amended Allocation for Gregg Perkin, a Phase One Experts for the PSC]**

On October 11, 2011, an order was issued for the allocation examination time of certain Phase One experts for the PSC, including Gregg Perkin.  Perkin is set for two days, November 28-29, 2011.  The order states:

> BP requested 600 minutes.  Cameron requested 300 minutes.  For Perkin's finding nos. 1-5, 8-12, and 14-18, the focus is on BP.  For finding nos. 6 and 7, the focus is on both BP and Transocean.  Cameron is not mentioned in any of the findings except finding no. 13, in which it is identified as a source of an "acoustic trigger" which Perkin states BP should have provided as a backup control system. In finding no. 19, Perkin states his opinion as to why the blind shear ram failed. Because BP is the primary focus of Perkin's report, Cameron's requested time will sustain a greater proportionate reduction than BP's in order to fit all of the requests within 900 minutes.

Rec. doc. 4263 at 5.

On October 12, 2011, Cameron requested reconsideration.  It notes that Perkin's opinion nos. 1, 4 and 8 pertain to Cameron.  It cites his discussion of opinion no. 4, in which he concludes that the BOP as originally designed and configured on April 20, 2010 was defective.  It notes several ways in which Perkin contends that the BOP was defective, including the failure of the BOP to have cutting blades that extend across the well bore.  Cameron contends that 90 minutes is inadequate and requests 300 minutes.

Cameron makes a good case for additional examination time.  Because of the time limitations

on the examination of experts, all requests for a significant amount of examination time must sustain some cut. In recognition of the factors cited in the October 4, 2011 order regarding the allocation of time for David Pritchard (Rec. doc. 4218) and Cameron's arguments for additional time, the examination time for Perkin will be re-allocated.

|  | Request | Change | Allocation |
|---|---|---|---|
| BP | 600 minutes | minus 150 | 450 minutes |
| Transocean | 90 minutes | minus 10 | 80 minutes |
| Cameron | 300 minutes | minus 70 | 230 minutes |
| Halliburton | 120 minutes | minus 70 | 50 minutes |
| Weatherford | 20 minutes | no change | 20 minutes |
| M-I Swaco | 15 minutes | no change | 15 minutes |
| Anadarko | 120 minutes | minus 105 | 15 minutes |
| Dril Quip | 0 minutes | no change | 0 minutes |
| MOEX | 0 minutes | no change | 0 minutes |
| BP | It may reserve up to 60 minutes of its time for further cross-examination at this point in the sequence. | | |
| Cameron | It may reserve up to 30 minutes of its time for further cross-examination at this point in the sequence. | | |
| U.S. | 110 minutes | minus 90 | 20 minutes |
| PSC | 90 minutes | minus 70 | 20 minutes |
| States | 0 minutes | _____ | 0 minutes |
| **Total** | **1465 minutes** | **minus 565** | **900 minutes** |

All allocations are without prejudice of the right of the parties to alter the examination time or the sequence of examination by agreement.

Any appeal of this order, must be taken by **Monday, October 24, 2011**.

New Orleans, Louisiana, this 17th day of October, 2011.

                                                     _____
**SALLY SHUSHAN**
**United States Magistrate Judge**