UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### ORDER

[Regarding Amended Briefing on Transocean's Motion to Dismiss
Certain Plaintiffs' Claims (Rec. doc. 3873)]

At the request of the parties,

IT IS ORDERED that: (1) the motion of Transocean Deepwater Drilling, Inc., Transocean Holdings LLC, Transocean Deepwater, Inc., and Triton Asset Leasing GmbH (collectively referred to as "Transocean") to dismiss certain plaintiffs' claims for failure to participate in discovery and alternatively motion for a judicial determination terminating Transocean's obligation to continue paying maintenance and cure (Rec. doc. 3873) is RESET for hearing (**no oral argument**) on **Wednesday, November 2, 2011**, on briefs; (2) by **Tuesday, October 25, 2011**, Andrea Fleytas, Allen Seraile, Stephen Bertone, James Ingram and William "Bill" Johnson, shall file their oppositions to the motion and demonstrate why Transocean's motion should not be granted; and (3) by **Tuesday, November 1, 2011**, Transocean may reply to their opposition.

New Orleans, Louisiana, this 17th day of October, 2011.

SALLY SHUSHAN
**United States Magistrate Judge**

**Clerk to Notify:**

_____

**Andrea Fleytas Andrea Fleytas, Allen Seraile, Stephen Bertone, James Ingram and William "Bill" Johnson, through their counsel:**
**Kurt Arnold**
**Arnold & Itkin, LLP**
**5 Houston Center**
**1401 McKinney Street, Suite 2550**
**Houston, TX 77010**
**Email: karnold@arnolditkin.com**