# Exhibit 2

## Confidential Exhibit Filed Under Seal