# Exhibit 1

## Confidential Exhibit Filed Under Seal