# Exhibit 6



37858149

May 28 2011
6:37PM

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | OIL SPILL by the OIL RIG : | MDL NO. 2179 |
| | "DEEPWATER HORIZON" in the : | |
| | GULF OF MEXICO, on : | |
| | APRIL 20, 2010 : | SECTION: J |
| | : | |
| THIS DOCUMENT RELATES TO: | : | |
| All Cases | : | JUDGE BARBIER |
| | : | MAG. JUDGE SHUSHAN |

_____

### DRIL-QUIP, INC.'S OBJECTIONS AND RESPONSES TO DEFENDANT BP EXPLORATION & PRODUCTION INC. AND BP AMERICA PRODUCTION COMPANY'S REQUEST FOR PRODUCTION OF DOCUMENTS
_____

COMES NOW, Dril-Quip, Inc., ("Dril-Quip") by and through its attorneys of record, Ware, Jackson, Lee & Chambers, L.L.P., and files its Objections and Responses to BP Exploration & Production Inc. and BP America Production Company's (collectively referred to as "BP Parties") Request for Production of Documents.

**Respectfully submitted,**

/s/C. Dennis Barrow, Jr.
Don Jackson (SBN: 10476000, FBN: 6915)
donjackson@warejackson.com
C. Dennis Barrow, Jr. (SBN: 00796169, FBN: 20624)
dennisbarrow@warejackson.com
**Ware, Jackson, Lee & Chambers, L.L.P.**
2929 Allen Parkway, 42nd Floor
Houston, Texas 77019-7101
Telephone: (713) 659-6400
Facsimile: (713) 659-6262

Attorneys for Dril-Quip, Inc.

Page 1 of 10

Dril-Quip's Responses and Objections to BP Parties Requests for Production

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Dril-Quip, Inc.'s Objections and Responses to the BP Parties' Requests for Production has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, this 28th day of May, 2011.

                                               /s/C. Dennis Barrow, Jr.

## GENERAL OBJECTIONS

1.  Defendant Dril-Quip, Inc. ("Dril-Quip") subjects each and every Response to Requests for Production to these General Objections. These General Objections are hereby incorporated by reference as if fully set forth therein. Each response is subject to the General Objections and the specific objections stated for the corresponding Request.

2.  Dril-Quip objects to these Requests to the extent they require Dril-Quip to disclose information in a manner inconsistent with or exceeding the scope of the Federal Rules of Civil Procedure and/or any applicable Court order.

3.  Dril-Quip objects to these Requests to the extent such request calls for the disclosure of information subject to the attorney/client privilege, work product privilege and/or any other exemption from discovery as provided by the Federal Rules of Civil Procedure, Federal Rules of Evidence and/or any applicable Court order.

4.  Dril-Quip objects to any condition for production included in the Requests to the extent such condition is inconsistent with applicable Court orders, including Pretrial Order No. 11 and Pretrial Order No. 16.

5.  Dril-Quip expressly reserves the right to supplement and/or amend its responses as discovery proceeds, should further response be required.

6.  Dril-Quip objects to the Requests for Production to the extent they purport to require the production of information or documents in the possession of another party, person, or entity, or information or documents equally available to the requesting party as to Dril-Quip.

7.  To the extent no objection appears in response to a specific Request for Production, Dril-Quip objects to the Requests for Production of Documents to the extent they

Dril-Quip's Responses and Objections to BP Parties Requests for Production

seek information that is not relevant to any party's claim or defense and not reasonably calculated to lead to discovery of admissible evidence. Fed. R. Civ. P. 26(b)(1).

8. No objection, limitation, response, or lack therof, set forth herein shall be deemed an admission by Dril-Quip as to the existence or non-existence of any information. To the extent Dril-Quip states that it will produce documents in response to the Requests, Dril-Quip will produce such documents on a rolling basis with such reasonably speed as Dril-Quip can locate and process them, without sacrificing a meaningful review for responsiveness, privilege, and confidentiality.

9. Except as noted hereinafter, Dril-Quip objects to the Requests to the extent they seek documents that came into the possession, custody, or control of Dril-Quip after April 20, 2010 or to the extent they seek to require Dril-Quip to re-produce the document productions of other parties that have been made in this litigation, or in connection with non-Dril-Quip investigations related to the incident.

10. The dissemination of any document or information pursuant to these Requests is without prejudice to Dril-Quip's right to object later that such information is irrelevant, immaterial, not authentic, or otherwise inadmissible as evidence.

11. Dril-Quip expressly reserves the right to supplement and/or amend its responses as discovery proceeds, should further response be required.

## RESPONSES TO REQUESTS FOR PRODUCTION

**Request for Production No. 1:**

Please produce all documents discussing, reflecting or relating to the MC252 Well and any services performed by Dril-Quip relating to the MC252 Well.

**OBJECTIONS:** Dril-Quip objects to this request to the extent it invades the attorney-client privilege and seeks the discovery of the work product of the attorney or attorneys for Dril-Quip. Dril-Quip further objects to this Request as overly broad in scope (and time) and not reasonably calculated to lead to the discovery of admissible evidence to the extent it seeks documents regarding Dril-Quip services or Dril-Quip equipment installed on the Macondo well other than the 9 7/8" Casing Hanger, Dummy Adapter, Seal Assembly, 18 ¾" Wellhead Housing, Lockdown Sleeve, Lockdown Sleeve Running Tool, Test Sub for Lockdown Sleeve Running Tool, Lead Impression Tool, Hanger/Seal Assembly Running Tool, BOP Test Tool, and the BOP Test Tool Adapter. Dril-Quip further objects to this request to the extent it seeks the production of proprietary information protected by trade secrets.

**RESPONSE:** Subject to its objections, Dril-Quip has been conducting and is continuing to conduct a good faith and reasonable search of existing and available documents/ESI from key custodians and departments, and has produced documents responsive to this Request. Dril-Quip will produce additional responsive, non-privileged documents, if any, related to services performed by Dril-Quip for the MC252 well and the identified Dril-Quip equipment installed on the Macondo Well by the Deepwater Horizon and/or its crew.

**Request for Production No. 2:**

Please produce all documents discussing, reflecting or relating to communications relating to the MC252 Well and any services provided by Dril-Quip relating to the MC252 Well

**OBJECTIONS:**. Dril-Quip also objects to this request to the extent it invades the attorney-client privilege and seeks the discovery of the work product of the attorney or attorneys for Dril-Quip. Dril-Quip further objects to this Request as overly broad in scope (and time) and not reasonably calculated to lead to the discovery of admissible evidence to the extent it seeks communications regarding Dril-Quip services or Dril-Quip equipment installed on the Macondo well other than the 9 7/8" Casing Hanger, Dummy Adapter, Seal Assembly, 18 ¾" Wellhead Housing, Lockdown Sleeve, Lockdown Sleeve Running Tool, Test Sub for Lockdown Sleeve Running Tool, Lead Impression Tool, Hanger/Seal Assembly Running Tool, BOP Test Tool, and the BOP Test Tool Adapter. Dril-Quip further objects to this request to the extent it seeks the production of proprietary information protected by trade secrets.

**RESPONSE:** Subject to its objections, Dril-Quip has been conducting and is continuing to conduct a good faith and reasonable search of existing and available communications/ESI from key custodians and departments, and has produced documents responsive to this Request. Dril-Quip will produce additional responsive, non-privileged communications, if any, related to services performed by Dril-Quip for the MC252 well and the identified Dril-Quip equipment installed on the Macondo Well by the Deepwater Horizon and/or its crew.

**Request for Production No. 3:**

Please produce all documents discussing, reflecting, or relating to the design manufacture and installation of the casing hanger and seal assembly used at the MC252 Well.

**OBJECTIONS:** In addition to the General Objections set out above, Dril-Quip objects to this request to the extent it invades the attorney-client privilege and seeks the discovery of the work product of the attorney or attorneys for Dril-Quip. Dril-Quip further objects to this request to the extent it seeks the production of proprietary information protected by trade secrets.

**RESPONSE:** Subject to its objections, Dril-Quip has been conducting and is continuing to conduct a good faith and reasonable search of existing and available documents/ESI from key custodians and departments, and has produced documents responsive to this Request. Dril-Quip will produce additional responsive, non-privileged documents, if any.

**Request for Production No. 4:**

Please produce all documents discussing, reflecting or relating to any investigations, audits, reviews or analyses conducted by you or on your behalf relating to the MC252 Well or the *Deepwater Horizon* Incident, including but not limited to, eyewitness notes, witness statements, audio recordings, internal investigation notes, photographs, and internal reports.

**OBJECTIONS:** Dril-Quip also objects to this request to the extent it invades the attorney-client privilege and seeks the discovery of the work product of the attorney or attorneys for Dril-Quip. Dril-Quip further objects to this request to the extent it seeks the production of proprietary information protected by trade secrets.

**RESPONSE:** Subject to its objections, Dril-Quip has been conducting and is continuing to conduct a good faith and reasonable search of existing and available documents/ESI from key custodians and departments, and has produced documents responsive to this Request. Dril-Quip will produce additional responsive, non-privileged documents, if any.

**Request for Production No. 5:**

Please produce all documents discussing, reflecting or relating to any communication relating or referring to the flow path of hydrocarbons at the MC252 Well.

**OBJECTIONS:** Dril-Quip objects to this request to the extent it invades the attorney-client privilege and seeks the discovery of the work product of the attorney or attorneys for Dril-Quip. Dril-Quip further objects to this request to the extent it seeks the production of proprietary information protected by trade secrets.

**RESPONSE:** Subject to its objections, Dril-Quip has been conducting and is continuing to conduct a good faith and reasonable search of existing and available documents/ESI from key custodians and departments, and has produced documents responsive to this Request. Dril-Quip will produce additional responsive, non-privileged documents, if any.

**Request for Production No. 6:**

Please produce all documents discussing, reflecting, or relating to any communication addressing any investigations, studies, tests or analyses conducted relating to the casing hanger seal assembly used at the MC252 Well.

**OBJECTIONS:** Dril-Quip also objects to this request to the extent it invades the attorney-client privilege and seeks the discovery of the work product of the attorney or attorneys for Dril-Quip. Dril-Quip further objects to this request to the extent it seeks the production of proprietary information protected by trade secrets.

**RESPONSE:**  Subject to its objections, Dril-Quip has been conducting and is continuing to conduct a good faith and reasonable search of existing and available documents/ESI from key custodians and departments, and has produced documents responsive to this Request. Dril-Quip will produce additional responsive, non-privileged documents, if any.

**Request for Production No. 7:**

Please produce all documents discussing, reflecting, or relating to any communication addressing any pressure tests conducted on the seal assembly used at the MC252 Well.

**OBJECTIONS:** Dril-Quip also objects to this request to the extent it invades the attorney-client privilege and seeks the discovery of the work product of the attorney or attorneys for Dril-Quip. Dril-Quip further objects to this request to the extent it seeks the production of proprietary information protected by trade secrets.

**RESPONSE:**  Subject to its objections, Dril-Quip has been conducting and is continuing to conduct a good faith and reasonable search of existing and available documents/ESI from key custodians and departments, and has produced documents responsive to this Request. Dril-Quip will produce additional responsive, non-privileged documents, if any.

**Request for Production No. 8:**

Please produce all documents discussing, reflecting, or relating to any communication regarding the condition of the casing hanger seal assembly used at the MC252 Well after the *Deepwater Horizon* Incident.

**OBJECTIONS:**  Dril-Quip also objects to this request to the extent it invades the attorney-client privilege and seeks the discovery of the work product of the attorney or attorneys for Dril-Quip. Dril-Quip further objects to this request to the extent it seeks the production of proprietary information protected by trade secrets.

**RESPONSE:**  Subject to its objections, Dril-Quip has been conducting and is continuing to conduct a good faith and reasonable search of existing and available documents/ESI from key custodians and departments, and has produced documents responsive to this Request. Dril-Quip will produce additional responsive, non-privileged documents, if any.

**Request for Production No. 9:**

Please produce all documents discussing, reflecting, relating to, or concerning product specifications and standards for the casing hanger seal assembly used at the MC252 Well, and whether such specifications and standards were set by Dril-Quip, or by professional, engineering, laboratory or manufacturing organizations, or by governmental entities.

**OBJECTIONS:** In addition to the General Objections set out above, Dril-Quip objects to this request to the extent it invades the attorney-client privilege and seeks the discovery of the work product of the attorney or attorneys for Dril-Quip. Dril-Quip further objects to this request to the extent it seeks the production of proprietary information protected by trade secrets.

**RESPONSE:** Subject to its objections, Dril-Quip has been conducting and is continuing to conduct a good faith and reasonable search of existing and available documents/ESI from key custodians and departments, and has produced documents responsive to this Request. Dril-Quip will produce additional responsive, non-privileged documents, if any.

**Request for Production No. 10:**

Please produce all photographs, communications, video tapes, diagrams, slides or still pictures, and analysis, referring to, relating or concerning the casing hanger seal assembly used at the MC252 Well.

**OBJECTIONS:** In addition to the General Objections set out above, Dril-Quip objects to this Request as overly broad, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible evidence to the extent it is not limited in time or related to the Deepwater Horizon or this litigation. Dril-Quip also objects to this request to the extent it invades the attorney-client privilege and seeks the discovery of the work product of the attorney or attorneys for Dril-Quip. Dril-Quip further objects to this request to the extent it seeks the production of proprietary information protected by trade secrets.

**RESPONSE:** Subject to its objections, Dril-Quip has been conducting and is continuing to conduct a good faith and reasonable search of existing and available documents/ESI from key custodians and departments, and has produced documents responsive to this Request. Dril-Quip will produce additional responsive, non-privileged documents, if any.

**Request for Production No. 11**

Please produce all articles and other documents authored, in part or in total, by any fact or expert witness that Dril-Quip intends to rely upon at any hearing or trial.

**OBJECTIONS:** In addition to the General Objections set out above, Dril-Quip objects to this request as premature and to the extent it invades the attorney-client privilege and seeks the discovery of the work product of the attorney or attorneys for Dril-Quip.

**RESPONSE:** Subject to its objections, Dril-Quip will produce information to expert witnesses in a manner consistent with the Court's orders, the agreements of the parties, and the Federal Rules of Civil Procedure.

**Request for Production No. 12**

Please produce all documents that relate to any expert testimony or opinions to be offered in support of your claims, or that have been considered or relied upon by any expert witness that may testify on your behalf at any trial or hearing in this action.

**OBJECTIONS:** In addition to the General Objections set out above, Dril-Quip objects to this request as premature and to the extent it invades the attorney-client privilege and seeks the discovery of the work product of the attorney or attorneys for Dril-Quip.

**RESPONSE:** Subject to its objections, Dril-Quip will produce information to expert witnesses in a manner consistent with the Court's orders, the agreements of the parties, and the Federal Rules of Civil Procedure.

**Request for Production No. 13**

Please produce all recorded testimony, relating to the MC252 Well, of any fact or expert witness that Dril-Quip intends to rely upon at any hearing or trial.

**OBJECTIONS:** In addition to the General Objections set out above, Dril-Quip objects to this request as premature and to the extent it invades the attorney-client privilege and seeks the discovery of the work product of the attorney or attorneys for Dril-Quip.

**RESPONSE:** Subject to its objections, Dril-Quip will produce information to expert witnesses in a manner consistent with the Court's orders, the agreements of the parties, and the Federal Rules of Civil Procedure. With respect to recorded testimony of fact witnesses, Dril-Quip will produce responsive, non-privileged recordings, if any.

**Request for Production No. 14**

Please produce all recorded testimony of each Dril-Quip employee that performed any work relating to the MC252 Well.

**OBJECTIONS:** In addition to the General Objections set out above, Dril-Quip objects to this request to the extent it invades the attorney-client privilege and seeks the discovery of the work product of the attorney or attorneys for Dril-Quip.

**RESPONSE:** Subject to its objections, Dril-Quip has produced responsive documents and will produce additional responsive, non-privileged documents, if any.

**Request for Production No. 15**

Please produce all correspondence discussing, reflecting, or relating to recorded testimony of each Dril-Quip employee that performed any work relating to the MC252 Well.

Dril-Quip's Responses and Objections to BP Parties Requests for Production

**OBJECTIONS:**  In addition to the General Objections set out above, Dril-Quip objects to this request to the extent it invades the attorney-client privilege and seeks the discovery of the work product of the attorney or attorneys for Dril-Quip.

**RESPONSE:**  Subject to its objections, Dril-Quip will produce responsive, non-privileged documents, if any.

### Request for Production No. 16

Please produce all recordings – written, audio, or video – comprising, transcribing, or reflecting interviews, or statements given by persons with knowledge of the events at issue, and please identify all persons who conducted or participated in such interviews or who took or obtained such statements.

**OBJECTIONS:**  In addition to the General Objections set out above, Dril-Quip objects to this request to the extent it invades the attorney-client privilege and seeks the discovery of the work product of the attorney or attorneys for Dril-Quip.

**RESPONSE:**  Subject to its objections, Dril-Quip will produce responsive, non-privileged recordings, if any.