# Exhibit 7

| | | |
|---|---|---|
| "York, R. Alan" <ayork@godwinronquillo.com> 02/17/2011 11:48 AM | To | <Sally_Shushan@laed.uscourts.gov>, <Mike_OKeefe@laed.uscourts.gov>, <Kat_Shea@laed.uscourts.gov>, Steve Herman <SHERMAN@hhkc.com>, <jimr@wrightroy.com>, Robert Cunningham <RTC@cunninghambounds.com>, <Mike.Underhill@usdoj.gov>, <lstrange@ago.state.al.us>, <cmaze@ago.state.al.us>, dsc2179 distribution list <dsc2179@liskow.com>, "Godwin, Donald" <DGodwin@godwinronquillo.com> |
| | cc | |
| | Subject | Updated Priority Deponent List |

Judge Shushan:

Because of the ongoing deposition of Mark Bly, Don Godwin asked me to forward this list to the court and counsel.

Don received the PSC's list (incorporating the State of Alabama), a separate list from the State of Louisiana, and a few additional names from the USA. He also received lists from all principal defendants (BP, Anadarko/MOEX, TO, Halliburton, and Cameron).

The attached list, in Word and pdf format, compiles all of these lists, and includes a column for the party(ies) designating the deponent as priority. We have also tried to capture all of the parties' positions and statements through footnotes to the list, as well as attachment of the State of Louisiana's list as Exhibit A. Please let us know if you have any questions.

Alan York


R. Alan York
Board Certified - Civil Appellate Law
Texas Board of Legal Specialization

GODWIN RONQUILLO PC

1331 Lamar, Suite 1665
Houston, Texas 77010
713.595.8301 Direct   (800.662.8393 Toll Free)
713.595.8333 Fax
ayork@GodwinRonquillo.com
GodwinRonquillo.com

This electronic transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender that is protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510 and 2521 and may be legally privileged. This message (and any associated files) is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this communication in error, please notify Godwin Ronquillo PC immediately by telephone (800.662.8393) and destroy the original message. Messages sent to and from us may be monitored.

IRS Circular 230 Required Notice--IRS regulations require that we inform you as follows: Any U.S. federal tax advice contained in this communication (including any attachments) is not intended to be used and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or tax-related matter[s].

   

Final 2011.02.17 Master Priority Deposition List.doc    Final Master Priority Deposition List (2).pdf



Exhibit A--State of Louisiana's Deposition Witness List.pdf

# MASTER LIST OF POTENTIAL DEPONENTS*

| No. | Name | Employer | Title/Position | Location | No. of Days | Party Requesting |
|---|---|---|---|---|---|---|
|  | PSC, USA, AND STATES - PRIORITY REQUESTS | | | | | |
| 1. | Unknown 30(b)(6) | Anadarko | Corporate Representative | | | PSC USA Alabama APC & MOEX |
| 2. | Wright, John | Boots & Coots | Well Control Simulation | | | PSC USA Alabama APC & MOEX |
| 3. | Abbassion, Fereidain | BP | Vice President of Drilling and Completions Technology | Houston | | PSC USA Alabama APC & MOEX Cameron |
| 4. | Bellow, Jonathan | BP | Operations Coordinator | | | PSC USA Alabama APC & MOEX |
| 5. | Bodek, Robert | BP | Geologic Ops | | | PSC USA Alabama APC & MOEX |
| 6. | Castell, Sir William | BP plc | Board Member, SEEAC Committee | | | Louisiana[1] |

---

[1] The State of Louisiana has designated their requested deponents in order of priority.  *See* State of Louisiana Witness List (in order of priority) as of 2/14/11, attached hereto as Exhibit A.

* The Parties agree that this list is a preliminary and non-binding list of potential witnesses to be deposed in anticipation of the February 2012 limitation action and liability trial.  Based on their inclusion in this list, the enumerated witnesses may be noticed for their deposition by any Party.  No person or entity named on the list is admitting or consenting to jurisdiction or to appear for deposition without proper service.

# MASTER LIST OF PRIORITY DEPONENTS

| No. | Name | Employer | Title/Position | Location | No. of Days | Party Requesting |
|---|---|---|---|---|---|---|
| 106. | McWhorter, David | Cameron | Vice President of Drilling Systems Engineering and Quality | | | BP |
| 107. | Whitby, Melvyn F. | Cameron | Director of Technology, Drilling Systems | | | BP |
| 108. | Sabins, Fred | CSI Laboratories | | | | Halliburton |
| 109. | Unknown 30(b)(6) | CSI Technologies | Corporate Representative | | | APC & MOEX |
| 110. | McKay, David | DNV | Marine Surveyor | | | BP |
| 111. | Unknown 30(b)(6) | Det Norske Veritas | Corporate Representative | | | APC & MOEX |
| 112. | Unknown 30(b)(6) | Dril-Quip, Inc. | Corporate Representative | | | Halliburton |
| 113. | Campbell, Pat | EVP | | | | BP |
| 114. | Dupriest, Fred | Exxon Mobil | Sr. Global Drilling Advisor | | | BP |
| 115. | Gisclair, John | Halliburton | Inside Support Service Coordinator for Gulf of Mexico | Domestic | | BP |
| 116. | Gray, Kelly | Halliburton / Sperry | Engineer / Insite Specialist | Domestic | | BP |
| 117. | Haire, Christopher | Halliburton | Service Supervisor / Cementer | Domestic | | BP Transocean[28] |
| 118. | Probert, Tim | Halliburton | Chief Safety Officer | Domestic | | BP |
| 119. | Quirk, Tim | Halliburton | Land Manager Investigation | Domestic | | BP |

---

[28] Listed on Transocean's "Event Track."