# Exhibit 8



## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 § § § § § § § | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

### NOTICE OF VIDEOTAPED
### DEPOSITION OF DRIL-QUIP, INC.

To:   Dril-Quip, Inc., through its attorneys of record, C. Dennis Barrow, Jr. and Don Jackson, WARE JACKSON LEE CHAMBERS, America Tower, 2929 Allen Parkway, 42nd Floor, Houston, Texas 77019.

PLEASE TAKE NOTICE that Defendant Halliburton Energy Services, Inc. will take the oral deposition of the corporate representative(s) of Dril-Quip, Inc. in the matter of *In Re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico*, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure and Pre-Trial Order No. 17, as supplemented by Pre-Trial Order No. 27, at the Conference Center of the Pan American Life Building, 601 Poydras Street, in New Orleans, Louisiana, beginning on May 26, 2011, at 8:30 a.m., and continuing on May 27, 2011, at 8:30 a.m.

Pursuant to Federal Rules of Civil Procedure 30(b)(6), Dril-Quip, Inc. shall designate one or more individual(s) to testify on its behalf regarding the matters listed in Exhibit A and set forth, for each individual(s) designated, the matters on which the individual(s) will testify, and shall produce the following requested documents. All parties are invited to attend and examine the witness(es) as prescribed by the Federal Rules of Civil Procedure.

**GODWIN RONQUILLO PC**

by: /s/ *Donald E. Godwin*
    Donald E. Godwin State Bar No. 08056500
    DGodwin@GodwinRonquillo.com
    Bruce W. Bowman, Jr.
    State Bar No. 02752000
    BBowman@GodwinRonquillo.com
    Jenny L. Martinez State Bar No. 24013109
    JMartinez@GodwinRonquillo.com
    Floyd R. Hartley, Jr.
    State Bar No. 00798242
    FHartley@GodwinRonquillo.com
    Gavin E. Hill State Bar No. 00796756
    GHill@GodwinRonquillo.com
    1201 Elm Street, Suite 1700
    Dallas, Texas 75270
    Telephone: (214) 939-4400
    Facsimile: (214) 760-7332

    and

    R. Alan York State Bar No. 22167500
    AYork@GodwinRonquillo.com
    Jerry C. von Sternberg State Bar No. 20618150
    JVonsternberg@GodwinRonquillo.com
    Misty Cone State Bar No.
    MCone@GodwinRonquillo.com
    1331 Lamar, Suite 1665
    Houston, Texas 77010
    Telephone: (713) 595-8300
    Facsimile: (713) 425-7594

**ATTORNEYS FOR DEFENDANT
HALLIBURTON ENERGY SERVICES, INC.**

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Notice of 30(b)(6) Deposition of Dril-Quip, Inc. has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 29th day of April 2011.

                                         /s/ Donald E. Godwin_____
                                         (Signature of Filing Attorney)

# EXHIBIT A

## Dril-Quip, Inc. – 30(b)(6) Areas of Inquiry

1. Knowledge of any post-incident analysis, evaluation, or Dril-Quip communications regarding the impact of the April 20, 2010 release of hydrocarbons on the seal assembly and whether the seal assembly was lifted or unseated as a result of such release.

2. Any testing or analysis for failure of seal assemblies such as that used on the Macondo Well, whether pulled from the well or left in place.

3. Any testing or analysis for failure of seal assemblies such as that used on the Macondo Well addressing the impact of setting or not setting a lockdown sleeve.

4. Any prior incidents involving a well kick in which the kick caused a Dril-Quip seal assembly to be lifted or unseated.

5. Any recommended procedures related to locking down the seal assembly before displacing a riser with seawater.

6. Any analysis or advisories relating to the impact of not locking down the seal assembly.

7. Industry standards regarding the impact of not locking down the seal assembly.

8. The background, experience, and training of any Dril-Quip personnel performing work on the Macondo Well.

9. Any erodible tests that have been run on the seal assembly used on the Macondo Well.

10. Any testing or analysis of the seal assembly used on the Macondo Well.

11. Any analysis or studies regarding frequency of leaks in Dril-Quip sub-sea well head seal assemblies such as the one used on the Macondo Well.

12. Any and all communications between Dril-Quip and BP regarding locking the seal assembly in water.

13. Any mechanical devices run with or on the seal assembly, other than the lock, that can restrict the seal assembly being lifted with differential pressure.

14. Any Dril-Quip polices, procedures, or guidelines addressing decision making authority relating to choosing the appropriate seal assembly for a given well.

15. Any procedures used at the Macondo Well related to the Dril-Quip sub-sea well head system that deviated from Dril-Quip recommended procedures or accepted industry standards.

**Documents**

1. Documents showing the condition of the seal assembly used on the Macondo Well after removal.

2. Any reports regarding the seal assembly used on the Macondo Well after its removal.

3. Documents showing Dril-Quip's recommended procedure for setting a seal assembly.