# Exhibit 9

## Confidential Exhibit Filed Under Seal