CALEB H. DIDRIKSEN [1]
DIANE R. COSENZA [2]
RICHARD J. GARVEY, JR.

**DIDRIKSEN LAW FIRM**
A PROFESSIONAL LAW CORPORATION
3114 CANAL STREET
NEW ORLEANS, LOUISIANA 70119

AND

P.O. BOX 1600
GONZALES, LOUISIANA 70707

TELEPHONE: (504) 586-1600
FACSIMILE: (504) 822-3119

IN GONZALES:

TELEPHONE: (225) 644-0444
FACSIMILE: (225) 647-8067

E-MAIL:
CHRISTINA@DIDRIKSENLAW.COM

[1] ALSO ADMITTED IN TEXAS
[2] REPLY TO GONZALES

OCTOBER 17, 2011
*SENT VIA FACSIMILE*

USDC - Eastern District
Attn: Kimberly Ann Lange
Financial Administrator
(Fax) 504-589-7784

Re:  Sellno et al v BP Exploration & Production Inc., et al
     2:11-cv-00925-CJB-SS

To whom it may concern:

We write today to request a refund in the above referenced matter. We made only one filing in this case and were charged twice. I attach a copy of the notice we received from your office.

With kind regards, I remain,

Sincerely,

Christina F. Crotwell
Paralegal
DIDRIKSEN LAW FIRM

Enclosures