1082

**Christina Crotwell**

| | |
|---|---|
| **From:** | paygovadmin@mail.doc.twai.gov |
| **Sent:** | Wednesday, April 20, 2011 9:59 AM |
| **To:** | christina@didriksenlaw.com |
| **Subject:** | Pay.Gov Payment Confirmation |

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

Your transaction has been successfully completed.

Transaction Summary

Application Name: LAED CM ECF
Pay.gov Tracking ID: 25351986
Agency Tracking ID: 053L-2969966
Transaction Type: Sale
Transaction Date: Apr 20, 2011 10:58:35 AM


Account Holder Name: Caleb Didriksen
Transaction Amount: $350.00
Billing Address: 3114 Canal St.
City: New Orleans
State/Province: LA
Zip/Postal Code: 70119
Country: USA
Card Type: MasterCard
Card Number: ************3531