IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179 |
| | SECTION: J JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: 10-2771 | MAGISTRATE JUDGE SHUSHAN |

**RESPONSE IN OPPOSITION TO
MOTIONS OF ANADARKO PETROLEUM CORPORATION,
ANADARKO E&P COMPANY LP, MOEX OFFSHORE 2007 LLC,
AND MOEX USA CORPORATION TO DISMISS
CROSS-CLAIMS OF DRIL-QUIP, INC.**

Dril-Quip, Inc. ("Dril-Quip") respectfully submits this Response in Opposition to Motions of Anadarko Petroleum Corporation, Anadarko E&P Company LP, Moex Offshore 2007 LLC, and Moex USA Corporation to Dismiss Cross-Claims of Dril-Quip, Inc. and in support thereof contends:

1.     Dril-Quip has asserted no claims for affirmative recovery against the Anadarko and Moex Parties but has brought claims in contribution in order to protect itself against any contingent misallocation of liability to it.

2.     This court has held that general maritime negligence claims against the Anadarko and Moex parties should be dismissed, *see* Order and Reasons [Rec. Doct. 3830] at 29, but it specifically excepted OPA claims from that dismissal. *See id.* at n. 12; *see also id.* at 28 n. 11. Because the dearth of case law concerning OPA contribution makes it difficult to foresee the allocation of OPA liability that may eventuate in this case, and, as Anadarko itself acknowledges, *see* Memorandum of Anadarko in Support of Motion of Anadarko Petroleum and Anadarko E&P Company LP to Dismiss [Cross-Claims], Rec. Doct. 2927-1 at 20-21 & n.7, the

Federal Rules permit contingent claims for contribution, dismissal of Dril-Quip's claims would be premature and deprive Dril-Quip of the procedural means to redress any misallocation that may occur.

3. Further, should the Court revisit its ruling on the negligence of the Anadarko and Moex parties, or should another basis for the concurrent liability of these parties with Dril-Quip and other defendants emerge, the result would be the same.

WHEREFORE, PREMISES CONSIDERED, Dril-Quip, Inc., respectfully prays that the Motions to Dismiss of the Anadarko Parties be DENIED, and for such other and further relief to which Dril-Quip, Inc., may be entitled.

Date:   October 17, 2011

Respectfully submitted,

**WARE, JACKSON, LEE & CHAMBERS, LLP**

BY: /s/ C. Dennis Barrow, Jr.
Don Jackson
Texas Bar No. 10476000
Fed ID No. 6915
C. Dennis Barrow, Jr.
Texas Bar No. 00796169
Fed ID No. 20624
2929 Allen Parkway, 42nd Floor
Houston, TX 77019
Phone: (713) 659-6400
Fax: (713) 659-6262
Counsel for Defendant, Dril-Quip, Inc.

## CERTIFICATE OF SERVICE

     I certify that the above and foregoing document will be served on all counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 17th day of October, 2011.

     /s/ C. Dennis Barrow, Jr.
     C. Dennis Barrow, Jr.