UNITED STATES DISTRICT OF COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL No. 2179 <br><br> SECTION: J <br><br> JUDGE BARBIER |
| Applies to: All Cases <br> 2:10-cv-02771 | § § § § | MAG. JUDGE SHUSHAN |

**HALLIBURTON ENERGY SERVICES, INC.'S *EX PARTE* AGREED MOTION TO CONTINUE CROSS-DEFENDANT M-I L.L.C.'S MOTION TO DISMISS CROSS-CLAIMS**

Defendant Halliburton Energy Services, Inc. ("HESI") respectfully submits this *Ex Parte* Agreed Motion to Continue Cross-Defendant/Defendant M-I L.L.C.'s ("M-I") Motion to Dismiss Cross-Claims (Dkt. No. 2828), and in support of the same, respectfully shows as follows:

On June 17, 2011, M-I filed its Motion to Dismiss Cross-Claims, ("M-I's Motion") (Dkt. No. 2828). HESI's response to M-I's Motion is due October 17, 2011. HESI asks this Court to continue the deadline for HESI to respond to M-I's Motion for two weeks, or until October 31, 2011.

Counsel for M-I is unopposed and has agreed to the terms of this Motion. HESI seeks this continuance in the interests of justice and not for the purpose of unreasonable delay. This extension will not interfere with other deadlines.

WHEREFORE, PREMISES CONSIDERED, Halliburton Energy Services, Inc. respectfully requests this Court to continue M-I L.L.C.'s Motion to Dismiss Cross-Claims, extending the deadline for HESI to respond until October 31, 2011.

1764185 v2-24010/0002 PLEADINGS

Respectfully Submitted,

**GODWIN RONQUILLO PC**

**By:** /s/ *Donald E. Godwin*
Donald E. Godwin
*Attorney-in-charge*
State Bar No. 08056500
dgodwin@GodwinRonquillo.com
Bruce W. Bowman, Jr.
State Bar No. 02752000
bbowman@GodwinRonquillo.com
Jenny L. Martinez
State Bar No. 24013109
jmartinez@GodwinRonquillo.com
Floyd R. Hartley, Jr.
State Bar No. 00798242
fhartley@GodwinRonquillo.com
Gavin E. Hill
State Bar No. 00796756
ghill@GodwinRonquillo.com
Renaissance Tower
1201 Elm, Suite 1700
Dallas, Texas 75270-2041
Telephone: (214) 939-4400
Facsimile: (214) 760-7332

and

R. Alan York
State Bar No. 22167500
AYork@GodwinRonquillo.com
Jerry C. von Sternberg
State Bar No. 20618150
JVonSternberg@GodwinRonquillo.com
Misty Hataway-Coné
State Bar No. 24032277
MCone@GodwinRonquillo.com
1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone: 713.595.8300
Facsimile: 713.425.7594

**ATTORNEYS FOR DEFENDANT/CROSS-PLAINTIFF HALLIBURTON ENERGY SERVICES, INC.**

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing *Ex Parte* Motion to Continue was filed electronically with the Clerk of the Court using the CM/ECF system and that notice of this filing will be sent to all counsel through the CM/ECF system on this 17th day of October, 2011.

                                              /s/ Donald E. Godwin
                                              Donald E. Godwin