UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179  SECTION "J" |
| **THIS PLEADING APPLIES TO:** | * * | JUDGE:  BARBIER |
| In Re The Complaint and Petition of Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., and Transocean Deepwater Inc., as Owner, Managing Owners, Owners *Pro-Hac Vice*, and/or Operators of the MODU Deepwater Horizon, in a Cause for Exoneration from or Limitation of Liability | * | MAGISTRATE:  SHUSHAN |

Civil Action Nos.:
2:10-cv-2771 and 2:10-cv-2179

### WEATHERFORD U.S., L.P. AND WEATHERFORD INTERNATIONAL, INC.'S *EX PARTE* MOTION TO FILE EXHIBIT UNDER SEAL IN SUPPORT OF MEMORANDUM IN OPPOSITION TO M-I, LLC'S MOTION TO DISMISS CROSS-CLAIM

**NOW INTO COURT**, through undersigned counsel, come Weatherford U.S., L.P. and Weatherford International, Inc. (collectively, "Weatherford"), who respectfully move to file under seal Exhibit "1" to Weatherford's Memorandum in Opposition to the Motion to Dismiss Cross-Claim filed by M-I, LLC ("M-I").  Weatherford's Memorandum in Opposition references a Contract produced by M-I in this MDL proceeding and designated by M-I as "HIGHLY

{N2370274.1}

1

CONFIDENTIAL." Because this document has been so designated, Weatherford respectfully requests that the Court grant its Motion to file Exhibit "1" under seal.

Pursuant to Pre-Trial Order No. 13, documents designated by the parties as "HIGHLY CONFIDENTIAL" must be filed under seal. (PTO No. 13, ¶ 8B).

Respectfully submitted:

*/s/ Glenn G. Goodier*
GLENN G. GOODIER (#06130)
RICHARD D. BERTRAM (#17881)
LANCE M. SANNINO (#29409)
JONES, WALKER, WAECHTER, POITEVENT,
 CARRÈRE & DENÈGRE, L.L.P.
201 St. Charles Avenue. 48th Floor
New Orleans, Louisiana  70170-5100
Telephone:     (504) 582-8174
Facsimile:     (504) 589-8174
ggoodier@joneswalker.com
rbertram@joneswalker.com
lsannino@joneswalker.com

MICHAEL G. LEMOINE, T.A. (#8308)
GARY J. RUSSO (#10828)
DOUGLAS C. LONGMAN, JR. (#8719)
JONES, WALKER, WAECHTER, POITEVENT,
 CARRÈRE & DENÈGRE, L.L.P.
600 Jefferson Street, Suite 1600
Lafayette, Louisiana  70501-5100
Telephone:     (337) 262-9024
mlemoine@joneswalker.com
grusso@joneswalker.com
dlongman@joneswalker.com

*Counsel for Weatherford U.S., L.P. and Weatherford International, Inc.*

{N2370274.1}

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of C

served on all counsel by electronically upload

accordance with the Court's Pretrial Order No. 1

