UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 SECTION "J" |
| **THIS PLEADING APPLIES TO:** | * * | JUDGE: BARBIER |
| In Re The Complaint and Petition of Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., and Transocean Deepwater Inc., as Owner, Managing Owners, Owners *Pro-Hac Vice*, and/or Operators of the MODU Deepwater Horizon, in a Cause for Exoneration from or Limitation of Liability | * * | MAGISTRATE: SHUSHAN |

Civil Action Nos.:
2:10-cv-2771 and 2:10-cv-2179

## <u>ORDER</u>

Considering the foregoing *Ex Parte* Motion of Weatherford U.S., L.P. and Weatherford International, Inc. (collectively, "Weatherford") to File Under Seal Exhibit "1" to Weatherford's Memorandum in Opposition to the Motion to Dismiss Cross-Claim filed by M-I, LLC ("M-I");

**IT IS HEREBY ORDERED** that said Motion be and hereby is **GRANTED**, and that Exhibit "1" to Weatherford's Memorandum in Opposition to the Motion to Dismiss Cross-Claim filed by M-I shall be filed under seal.

{N2370274.1}

1

New Orleans, Louisiana, this ___ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE