UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | * * * * | MDL No. 2179 SECTION "J" JUDGE BARBIER |
| This Document Relates to: No. 10-2771 | * * * * * | MAGISTRATE NO. 1 MAGISTRATE SHUSHAN |
| * * * * * * * * * * * * | | |

**MOTION *IN LIMINE* TO EXCLUDE EVIDENCE REGARDING THE ANADARKO ENTITIES' KNOWLEDGE OR ACCESS TO INFORMATION ABOUT WELL DESIGN AND/OR OPERATIONS ON THE MACONDO PROSPECT FROM THE LIMITATION OF LIABILITY TRIAL**

Anadarko Petroleum Corporation ("APC") and Anadarko E&P Company LP ("AE&P") (collectively, "Anadarko") respectfully submit their Motion *in Limine* to exclude evidence relating to Anadarko's purported knowledge of, or access to information about, well design or the operations of the *Deepwater Horizon* on the Macondo Prospect from the Limitation of Liability trial scheduled to begin February 27, 2012.  As set out more fully in the Memorandum in Support filed herewith, under the Court's orders resolving the motions to dismiss the Amended Master Complaints for Pleading Bundles B1 and B3, Anadarko's knowledge of, or access to information about, the well design or operations on the Macondo Prospect is irrelevant to any issue to be addressed in the Limitation of Liability trial, and must be excluded.

A/74547965.1

Wherefore, Anadarko respectfully requests that the Court exclude from the Limitation of Liability trial scheduled to begin February 27, 2012, all evidence related to Anadarko's knowledge of, or access to information about, well design or the operations on the Macondo Prospect.

                                                  Respectfully submitted,

DATED: Oct. 17, 2011                    BINGHAM McCUTCHEN LLP

                                                  /s/ *Ky E. Kirby*_____
Ky E. Kirby
ky.kirby@bingham.com
David B. Salmons
david.salmons@bingham.com
Michael B. Wigmore
michael.wigmore@bingham.com
Warren Anthony Fitch
tony.fitch@bingham.com
Randall M. Levine
randall.levine@bingham.com
2020 K Street, NW
Washington, DC 20006-1806
Telephone (202) 373-6000
Facsimile (202) 373-6001

James J. Dragna
jim.dragna@bingham.com
Bingham McCutchen LLP
355 South Grand Avenue
Suite 4400
Los Angeles, California 90071-3106
Telephone (213) 680-6436
Facsimile (213) 680-8636

KUCHLER POLK SCHELL
WEINER & RICHESON, LLC

Deborah D. Kuchler, T.A. (La. Bar No. 17013)
dkuchler@kuchlerpolk.com
Janika Polk (La. Bar No. 27608)

jpolk@kuchlerpolk.com
Robert Guidry (La. Bar No. 28064)
rguidry@kuchlerpolk.com
1615 Poydras Street, Suite 1300
New Orleans, LA  70112
Tel:  (504) 592-0691
Fax:  (504) 592-0696

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on October 17, 2011.

                                                  /s/ *Ky E. Kirby*
                                                  Ky E. Kirby