**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In re: Oil Spill by the Oil Rig        *        MDL No. 2179
"Deepwater Horizon" in the Gulf        *
of Mexico on April 20, 2010           *        SECTION "J"
                                       *        JUDGE BARBIER
This Document Relates to:              *
No. 10-2771                            *
                                       *
                                       *        MAGISTRATE NO. 1
                                       *        MAGISTRATE SHUSHAN
*   *   *   *   *   *   *   *   *   *   *   *

<u>ORDER</u>

Considering the Motion of Anadarko Petroleum Corporation and Anadarko E&P Company LP to Exclude Evidence Regarding the Anadarko Entities' Knowledge or Access to Information About Well Design and/or Operations on the Macondo Prospect from the Limitation of Liability Trial, the Motion is hereby GRANTED.

The Court further orders that all the Parties are precluded from introducing evidence in the Limitation of Liability Trial scheduled to begin February 27, 2011, for the purpose of demonstrating that Anadarko had knowledge of, or access to information about, well design and/or operations on the Macondo Prospect, because such evidence is irrelevant to any party's claims or defenses to be addressed in Phase One.

        SO ORDERED.

This _____ day of _____, 2011.

                                    _____
                                    United States District Judge