**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In re: Oil Spill by the Oil Rig          *          MDL No. 2179
"Deepwater Horizon" in the Gulf          *
of Mexico on April 20, 2010              *          SECTION "J"
                                         *          JUDGE BARBIER
This Document Relates to:                *
No. 10-2771                              *          MAGISTRATE NO. 1
                                         *          MAGISTRATE SHUSHAN
                                         *
*  *  *  *  *  *  *  *  *  *  *  *

**REQUEST FOR ORAL ARGUMENT**

Defendants respectfully request oral argument on their Motion *in Limine* to Exclude

Evidence Regarding The Anadarko Entities' Knowledge Or Access to Information about Well

Design And/Or Operations on The Macondo Prospect from The Limitation of Liability Trial.

Defendants believe that oral argument may assist the Court in evaluating the legal and factual

issues raised by the Motion.


Respectfully submitted,

BINGHAM McCUTCHEN, LLP


/s/ *Ky E. Kirby*
Ky E. Kirby
ky.kirby@bingham.com
David B. Salmons
david.salmons@bingham.com
Michael B. Wigmore
michael.wigmore@bingham.com
Warren Anthony Fitch
tony.fitch@bingham.com
Randall M. Levine
randall.levine@bingham.com
2020 K Street, NW
Washington, DC 20006-1806
Telephone (202) 373-6000
Facsimile (202) 373-6001

A/74549318.1

James J. Dragna
jim.dragna@bingham.com
Bingham McCutchen LLP
355 South Grand Avenue
Suite 4400
Los Angeles, California 90071-3106
Telephone (213) 680-6436
Facsimile (213) 680-8636

KUCHLER POLK SCHELL
WEINER & RICHESON, LLC

Deborah D. Kuchler, T.A. (La. Bar No. 17013)
dkuchler@kuchlerpolk.com
Janika Polk (La. Bar No. 27608)
jpolk@kuchlerpolk.com
Robert Guidry (La. Bar No. 28064)
rguidry@kuchlerpolk.com
1615 Poydras Street, Suite 1300
New Orleans, LA  70112
Tel:  (504) 592-0691
Fax:  (504) 592-0696\

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing Request for Oral Argument to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on October 17, 2011.

_____ <i>/s/ Ky E. Kirby</i>_____<br>
KY E. KIRBY