UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL, 20, 2010 | * * * * * | MDL 2179 SECTION J(1) JUDGE BARBIER |
| This Document Applies to: Case No. 11-2298 | * * * * | MAG. JUDGE SHUSHAN |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ORDER

Before the Court is Motion by Pro Se Litigant to Participate in Electronic Filing (Rec. Doc. 4142).

**IT IS ORDERED** that the Motion is **DENIED**. Pro Se Plaintiff/Movant may *view* court documents electronically through Public Access to Court Electronic Records ("PACER," www.pacer.gov), or through the MDL 2179 Website (www.laed.uscourts.gov/OilSpill/Oilspill.htm), or by signing up to receive electronic service of documents with LexisNexis File & Serve per Pretrial Order #12 (Rec. Doc. 600). Pro Se Plaintiff/Movant shall not file documents electronically with the Court.

New Orleans, Louisiana, this 17th day of October, 2011.

_____
UNITED STATES DISTRICT JUDGE