# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 |
| | SECTION: J |
| | JUDGE BARBIER |
| This Document Relates to: 11-1159 | MAGISTRATE JUDGE SHUSHAN |

## ORDER

Considering the foregoing Joint Motion to Substitute Counsel of Record

IT IS HEREBY ORDERED that Jennifer N. Willis and the law firm of Willis & Buckley, be permitted to withdraw as counsel of record for plaintiff Harvey Cheramie, Jr. and that Francis I. Spagnoletti and the law firm of Spagnoletti & Co. be substituted and enrolled as counsel of record for plaintiff Harvey Cheramie, Jr.

New Orleans, Louisiana this 14th day of October, 2011

_____
United States District Judge