UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 SECTION: J |
| This Document Applies to: 11-2506 | * * * * * | JUDGE BARBIER MAGISTRATE JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

Member case No. 11-2506, *Guity v. Lawson Environmental Services & Response Co.*, was previously consolidated with this Multi-district Litigation. Although this case shares a factual backdrop with others in the MDL, the Court finds the facts are sufficiently unrelated with the MDL to warrant consolidation. Accordingly,

**IT IS ORDERED** that Case No. 11-2506 is hereby **SEVERED** from MDL 2179. Any stay of proceeding imposed by an order or pretrial order in MDL 2179 is lifted. Upon issuance of this Order, the delays found in Fed. R. Civ. P. 12 for responding to a complaint shall commence to run anew.

New Orleans, Louisiana, this 17th day of October, 2011.

_____
UNITED STATES DISTRICT JUDGE