UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

ORDER

[Regarding Allocation for Phase One Experts for the U.S.]

The parties submitted requests for examination time for the Phase One experts for the United States. The maximum time for a two day deposition is 900 minutes. The maximum time for a one day deposition is 450 minutes.

A.   **Rory Davis**

The deposition of Rory Davis (BOP) is set for Wednesday and Thursday, November 16 and 17. The requests for examination time, any reductions in the requests and the amount allocated to each party are listed below. The order of examination will be as the parties are listed below.

|  | Request | Allocation |
|---|---|---|
| BP | 420 minutes | 410 minutes |
| Transocean | 90 minutes | 90 minutes |
| Cameron | 300 minutes | 275 minutes |
| Halliburton | 120 minutes | 50 minutes |
| Anadarko | 120 minutes | 15 minutes |
| M-I Swaco | 15 minutes | 15 minutes |
| Weatherford | 15 minutes | 15 minutes |
| Dril Quip | 0 minutes | 0 minutes |

| | Request | Allocation |
|---|---|---|
| MOEX | 0 minutes | 0 minutes |
| BP | It may reserve up to 60 minutes of its time for further cross-examination at this point in the sequence. | |
| Cameron | It may reserve up to 45 minutes of its time for further cross-examination at this point in the sequence. | |
| PSC | 0 minutes | 0 minutes |
| U.S. | 110 minutes | 30 minutes |
| States | 0 minutes | 0 minutes |
| **Total** | **1190 minutes** | **900 minutes** |

B. **Alan Huffman**

The deposition of Alan Huffman (Geophysicist) is set for Wednesday and Thursday, November 16 and 17.  The requests for examination time and the amount allocated to each party are listed below.  The order of examination will be as the parties are listed below.

| | Request | Allocation |
|---|---|---|
| BP | 720 minutes | 545 minutes |
| Halliburton | 210 minutes | 130 minutes |
| Transocean | 60 minutes | 60 minutes |
| Cameron | 70 minutes | 45 minutes |
| MOEX | 60 minutes | 30 minutes |
| Anadarko | 120 minutes | 15 minutes |
| M-I Swaco | 15 minutes | 15 minutes |
| Weatherford | 15 minutes | 15 minutes |

| | | |
|---|---|---|
| Dril Quip | 20 minutes | 15 minutes |
| BP | It may reserve up to 60 minutes of its time for further cross-examination at this point in the sequence. | |
| PSC | 0 minutes | 0 minutes |
| U.S. | 110 minutes | 30 minutes |
| States | <u>0 minutes</u> | <u>0 minutes</u> |
| **Total** | **1400 minutes** | **900 minutes** |

C.  **Glen Benge**

The deposition of Glen Benge (Cement) is set for Thursday and Friday, November 17 and 18. The requests for examination time and the amount allocated to each party are listed below. The order of examination will be as the parties are listed below.

| | <u>Request</u> | <u>Allocation</u> |
|---|---|---|
| BP | 600 minutes | 390 minutes |
| Halliburton | 330 minutes | 250 minutes |
| Transocean | 150 minutes | 100 minutes |
| Weatherford | 90 minutes | 70 minutes |
| Cameron | 70 minutes | 25 minutes |
| M-I Swaco | 15 minutes | 15 minutes |
| Dril Quip | 20 minutes | 15 minutes |
| Anadarko | 120 minutes | 15 minutes |
| MOEX | 0 minutes | 0 minutes |

| | | |
|---|---|---|
| BP | It may reserve up to 60 minutes of its time for further cross-examination at this point in the sequence. | |
| Halliburton | It may reserve up to 30 minutes of its time for further cross-examination at this point in the sequence. | |
| PSC | 0 minutes | 0 minutes |
| U.S. | 110 minutes | 20 minutes |
| States | <u>0 minutes</u> | <u>0 minutes</u> |
| **Total** | **1505 minutes** | **900 minutes** |

D.  **Neil Robinson**

The deposition of Neil Robinson (BOP) is set for one day on Friday, November 18. The requests for examination time and the amount allocated to each party are listed below. The order of examination will be as the parties are listed below.

| | Request | Allocation |
|---|---|---|
| BP | 300 minutes | 195 minutes |
| Cameron | 150 minutes | 120 minutes |
| Transocean | 90 minutes | 60 minutes |
| Halliburton | 120 minutes | 25 minutes |
| Anadarko | 60 minutes | 15 minutes |
| Weatherford | 15 minutes | 10 minutes |
| M-I Swaco | 10 minutes | 10 minutes |
| MOEX | 0 minutes | 0 minutes |
| Dril Quip | 0 minutes | 0 minutes |

| | | |
|---|---|---|
| BP | It may reserve up to 60 minutes of its time for further cross-examination at this point in the sequence. | |
| Cameron | It may reserve up to 30 minutes of its time for further cross-examination at this point in the sequence. | |
| PSC | 0 minutes | 0 minutes |
| U.S. | 55 minutes | 15 minutes |
| States | <u>0 minutes</u> | <u>0 minutes</u> |
| **Total** | **800 minutes** | **450 minutes** |

**E.     Richard Heenan**

The deposition of Richard Heenan (Drilling) Monday, November 21, and Tuesday, November 22. The requests for examination time and the amount allocated to each party are listed below. The order of examination will be as the parties are listed below.

| | Request | Allocation |
|---|---|---|
| BP | 420 minutes | 390 minutes |
| Halliburton | 210 minutes | 200 minutes |
| Transocean | 90 minutes | 90 minutes |
| Cameron | 70 minutes | 65 minutes |
| M-I Swaco | 45 minutes | 45 minutes |
| Dril Quip | 20 minutes | 20 minutes |
| MOEX | 15 minutes | 15 minutes |
| Weatherford | 30 minutes | 30 minutes |
| Anadarko | 120 minutes | 15 minutes |

| | | |
|---|---|---|
| BP | \multicolumn{2}{l|}{It may reserve up to 60 minutes of its time for further cross-examination at this point in the sequence.} |
| Halliburton | \multicolumn{2}{l|}{It may reserve up to 30 minutes of its time for further cross-examination at this point in the sequence.} |
| PSC | 0 minutes | 0 minutes |
| U.S. | 110 minutes | 30 minutes |
| States | <u>0 minutes</u> | <u>0 minutes</u> |
| **Total** | **1130 minutes** | **900 minutes** |

F.  **Raymond Merala**

The deposition of Raymond Merala (BOP) is set for one day on Monday, November 21. The requests for examination time and the amount allocated to each party are listed below. The order of examination will be as the parties are listed below.

| | <u>Request</u> | <u>Allocation</u> |
|---|---|---|
| BP | 300 minutes | 175 minutes |
| Cameron | 300 minutes | 145 minutes |
| Transocean | 90 minutes | 75 minutes |
| Halliburton | 60 minutes | 10 minutes |
| M-I Swaco | 10 minutes | 10 minutes |
| Weatherford | 15 minutes | 10 minutes |
| Anadarko | 60 minutes | 10 minutes |
| MOEX | 0 minutes | 0 minutes |
| Dril Quip | 0 minutes | 0 minutes |

6

| | | |
|---|---|---|
| BP | \multicolumn{2}{l}{It may reserve up to 60 minutes of its time for further cross-examination at this point in the sequence.} |
| Cameron | \multicolumn{2}{l}{It may reserve up to 30 minutes of its time for further cross-examination at this point in the sequence.} |
| PSC | 0 minutes | 0 minutes |
| U.S. | 55 minutes | 15 minutes |
| States | 0 minutes | 0 minutes |
| **Total** | **890 minutes** | **450 minutes** |

G.  **Patrick Novak**

The deposition of Patrick Novak (BOP) is set for one day on Tuesday, November 22. The requests for examination time and the amount allocated to each party are listed below. The order of examination will be as the parties are listed below.

| | Request | Allocation |
|---|---|---|
| BP | 300 minutes | 180 minutes |
| Transocean | 90 minutes | 75 minutes |
| Cameron | 150 minutes | 115 minutes |
| Halliburton | 60 minutes | 25 minutes |
| Anadarko | 60 minutes | 15 minutes |
| Weatherford | 15 minutes | 15 minutes |
| M-I Swaco | 10 minutes | 10 minutes |
| MOEX | 0 minutes | 0 minutes |
| Dril Quip | 0 minutes | 0 minutes |

7

| | | |
|---|---|---|
| BP | It may reserve up to 60 minutes of its time for further cross-examination at this point in the sequence. | |
| Cameron | It may reserve up to 60 minutes of its time for further cross-examination at this point in the sequence. | |
| PSC | 0 minutes | 0 minutes |
| U.S. | 55 minutes | 15 minutes |
| States | <u>0 minutes</u> | <u>0 minutes</u> |
| **Total** | **740 minutes** | **450 minutes** |

All allocations are without prejudice of the right of the parties to alter the examination time or the sequence of examination by agreement.

The deadline for appealing this order is **Monday, October 24, 2011.**

New Orleans, Louisiana, this 18th day of October, 2011.

							_____
							**SALLY SHUSHAN**
							**United States Magistrate Judge**

8