# Ware Jackson Lee Chambers

October 12, 2011

The Honorable Sally Shushan
United States District Court
For the Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

    RE:    *In re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010;* United States District Court for the Eastern District of Louisiana, No. 2:10-MD-2179-CJB-SS

Dear Judge Shushan,

Dril-Quip writes in response to your September 28, 2011 Order (Rec. doc. 4132). Dril-Quip's review of Transocean's expert reports concludes that no Transocean expert directly criticizes the services or equipment provided by Dril-Quip in connection with the MC252 well. However, Calvin Barnhill, Transocean's drilling expert, expresses opinions directly related to issues concerning Dril-Quip's narrow involvement in the well.

I an effort to minimize the impact of its request on other parties and consistent with its prior request, Dril-Quip only asks for examination time where it is needed. However, Dril-Quip remains a 14-C defendant in the case and needs to be able to defend itself without requesting examination time from other parties with potentially adverse interests.

Accordingly, Dril-Quip respectfully requests an allocation of thirty (30) minutes to examine Transocean's drilling expert Calvin Barnhill.

Dril-Quip does not request any time for the following experts:

- Patrick R. Novak (US)— BOP expert
- J. Neil Robison (US)— BOP expert
- Raymond Merala (US)— BOP expert
- Greg Childs (TO)— BOP expert
- Robert M. Scates, Ph.D. and John S. Roberts, Ph.D (Rimkus) (TO)— gas dispersion and ignition expert
- Jeff L. Wolfe (TO)— maritime expert

Dril-Quip reserves the right to return to the Court to seek additional time if a relevant issue arises and Dril-Quip is unable to secure any examination time from another party.

                                                            Sincerely,

                                                         /s/ C. Dennis Barrow, Jr.
                                                           C. Dennis Barrow, Jr.