# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

300 North LaSalle Street
Chicago, Illinois 60654

Andrew B. Bloomer, P.C.
To Call Writer Directly:
(312) 862-2482
andrew.bloomer@kirkland.com

(312) 862-2000

www.kirkland.com

Facsimile:
(312) 862-2200

October 13, 2011

**VIA ELECTRONIC MAIL**

The Honorable Sally Shushan
United States Magistrate Judge
United States District Court for the Eastern
  District of Louisiana
500 Poydras Street, Room B-345
New Orleans, LA 70130

      Re: *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, MDL No. 2179 – Compliance with Discovery Order to the State of LA. [Rec. Doc. 3965].

Dear Judge Shushan:

  BP writes to respond to the State of Louisiana's October 12, 2011 status report regarding its efforts to comply with this Court's September 9, 2011 Discovery Order [Rec. Doc. 3965]. Although the State goes to great lengths to defend its document collection and production effort to date, the fact is Louisiana's ongoing failure to abide by the discovery deadlines set and then extended by this Court continues to prejudice BP's ability to prepare for the Phase 1 trial.

  The Court's original September 1, 2011 Discovery Order established a deadline of September 23, 2011 for Louisiana to complete its production of documents. After Louisiana moved for reconsideration, the Court extended the deadline for production of documents from Louisiana's "First Priority Tier" state agencies (excluding the Attorney General's office) to October 7, 2011. Since the Court issued its modified Discovery Order on September 9, Louisiana has produced exactly 87 documents— 806 pages *in toto*—from the Department of Environmental Quality, and nothing at all from the other "First Priority Tier" state agencies.

  Even if the Court accepts Louisiana's assertion that it will take an additional 14 to 16 weeks of around the clock effort to collect, process, and filter all of the state's ESI, that still does not explain why Louisiana has only produced 800 pages in over a month and has failed to produce a single document from any of the key custodians in the Office of the Attorney General[1]

---

[1] BP and Louisiana have met and conferred regarding the ESI search protocol for the Office of the Attorney General and agreed on September 20, 2011 to limit the scope of that search to just five document custodians. *See* Ex. A.

Hong Kong London Los Angeles Munich New York Palo Alto San Francisco Shanghai Washington, D.C.

# KIRKLAND & ELLIS LLP

The Honorable Sally Shushan
October 13, 2011
Page 2

or other high-priority state agencies. Moreover, under the schedule forecast in Louisiana's status report—another 14-16 weeks to just collect, process and filter ESI, plus an additional unspecified period of time to conduct relevancy and privilege review—the State will not complete its production of Phase 1 documents prior to the start of the Phase 1 trial, nor will it likely comply with the Court's Phase 2 discovery deadlines.

Once again, BP submits that it is entitled to obtain discovery under the Federal Rules, and that Louisiana has responsive documents that BP may wish to use in preparation for or in the conduct of the Phase 1 trial, both to defend against the claims asserted against it and to pursue its third party and cross claims against other parties. Because BP still does not have these documents—and still does not know when it will receive them—BP cannot provide the documents to experts and others even though the parties are now well into expert discovery and other trial preparation is intensifying.

The ponderous, vague, and open-ended ESI review and production process that Louisiana described in its status report is clearly insufficient to satisfy the State's obligations, and the Court should not allow Louisiana to continue to operate without hard deadlines and in continued contravention of this Court's orders. Your Honor, we can all imagine what the other parties'—and the Court's—reaction would have been if BP had proposed the kind of approach to its discovery obligations in these proceedings that the State has proposed as to its obligations, even in the face of a Court order. BP respectfully requests that the Court order the State of Louisiana to devote whatever resources are necessary to complete its Phase 1 document production as soon as possible, and long before the Phase 1 trial begins.

Respectfully submitted,

Andrew B. Bloomer, P.C.

Andrew B. Bloomer, P.C.

cc:   Elizabeth B. Peterson

Exhibits:
    A.   A. Bloomer/E. Peterson Sep. 20, 2011 Email Correspondence

# EXHIBIT A

## Lamb, Jeffrey K.

| | |
|---|---|
| **From:** | Bloomer, Andrew B. |
| **Sent:** | Tuesday, September 20, 2011 8:50 PM |
| **To:** | 'e.petersen@kanner-law.com'; 'A.Kanner@kanner-law.com' |
| **Cc:** | 'reholden@liskow.com'; dkhaycraft@liskow.com; Langan, Andrew; Duffy, Timothy A.; Larsen, Beth; Lamb, Jeffrey K.; 'TerrellM@ag.state.la.us' |
| **Subject:** | Re: Meet and Confer re State of Louisiana Attorney General's Office Search |

Lili:

We agree to the deletion of Maximino Baquedano and will send the report to Judge Shushan.

Thanks.

Andrew

Andrew B. Bloomer, P.C. | Kirkland & Ellis LLP
300 North LaSalle Street | Chicago, IL 60654
312.862.2482 Phone | 312.862.2200 Fax |
773.456.5688 Cell | andrew.bloomer@kirkland.com

---

**From:** Lili Petersen [mailto:e.petersen@kanner-law.com]
**Sent:** Tuesday, September 20, 2011 01:12 PM
**To:** Bloomer, Andrew B.; Allan Kanner <a.kanner@kanner-law.com>
**Cc:** 'Robert E. Holden' <reholden@liskow.com>; dkhaycraft@liskow.com; Langan, Andrew; Duffy, Timothy A.; Larsen, Beth; Lamb, Jeffrey K.; 'Terrell, Megan K. (TerrellM@ag.state.la.us)' <TerrellM@ag.state.la.us>
**Subject:** RE: Meet and Confer re State of Louisiana Attorney General's Office Search

Andrew – Thank you.  This is acceptable to us with one deletion:

Although I initially left him on the list because we were still searching for him through the State agencies, Maximino Baquedano is not an employee for the State of Louisiana either in the Attorney General's office or any of the Agencies.  Although it appears from your custodian list that he signed in as being from the AG's office we have confirmed that he was and is not employed by Louisiana.

Please let me know if you have any questions.  Otherwise please feel free to send the protocol to Judge Shushan.   Thanks.

---

**From:** Bloomer, Andrew B. [mailto:abloomer@kirkland.com]
**Sent:** Monday, September 19, 2011 5:04 PM
**To:** Lili Petersen; Allan Kanner
**Cc:** 'Robert E. Holden'; dkhaycraft@liskow.com; Langan, Andrew; Duffy, Timothy A.; Larsen, Beth; Lamb, Jeffrey K.; 'Terrell, Megan K. (TerrellM@ag.state.la.us)'
**Subject:** RE: Meet and Confer re State of Louisiana Attorney General's Office Search

Lili and Allan:

      By Wed, Sept 23, the parties are to report to Judge Shushan regarding the status of the search protocol for ESI and hard copy documents to be produced by the State of Louisiana's Attorney General's office.  I have set forth below a proposed report to the Court on this issue.  If you agree, we will submit the report to Judge Shushan on or before Wed.  Please let us know – thanks.

Judge Shushan:

In its Order Regarding Louisiana's Motion for Reconsideration (Rec. Doc. 3956), the Court ruled that, "By Friday, September 16, 2011, Louisiana and BP shall meet and confer on a proposed search protocol for hard copy and ESI from the Office of the Louisiana Attorney General. If they cannot agree on a protocol by Wednesday, September 21, 2011, then on that date they shall submit separate protocols as proposed orders."

The parties have conferred and agree to the following Phase 1 protocol:

1. The State will search ESI for the following custodians:

    --Attorney General Caldwell
    --James Trey Phillips (First Assistant Attorney General)
    --Megan Terrell (Assistant Attorney General; Section Chief, Environment Civil/Public Protection Divisions)
    --Maximino Baquedano (Operations)
    --David A. Peterson (Assistant Attorney General; Lands and Natural Resources)
    --Ryan M. Seidemann (Assistant Attorney General; Section Chief, Lands & Natural Resources)

2. The State will use BP's search terms (as previously provided) along with the September 19, 2010 cutoff date ordered by the Court, and will produce all non-privileged responsive ESI. In addition, the State will produce all non-privileged responsive hard copy documents that are not duplicates of the State's ESI production, again using the September 19, 2010 cutoff date.

3. With respect to ESI production from the Attorney General's office, the State does not need to include/produce items that are part of the public record (such as Coast Guard Hearing transcripts and materials) but shall produce any transmittals of such public record documents.

--Andrew


Andrew B. Bloomer, P.C. | Kirkland & Ellis LLP
300 North LaSalle Street | Chicago, IL 60654
312.862.2482 Phone | 312.862.2200 Fax |
773.456.5688 Cell | andrew.bloomer@kirkland.com

---

**From:** Bloomer, Andrew B.
**Sent:** Friday, September 16, 2011 2:48 PM
**To:** Lili Petersen; Allan Kanner
**Cc:** Robert E. Holden; dkhaycraft@liskow.com; Langan, Andrew; Duffy, Timothy A.; Larsen, Beth; Lamb, Jeffrey K.; Terrell, Megan K. (TerrellM@ag.state.la.us)
**Subject:** Re: Meet and Confer re State of Louisiana Attorney General's Office Search


Lili:

The proposal described in your email is acceptable to BP.

Thanks.

Andrew

Andrew B. Bloomer, P.C. | Kirkland & Ellis LLP
300 North LaSalle Street | Chicago, IL 60654
312.862.2482 Phone | 312.862.2200 Fax |
773.456.5688 Cell | andrew.bloomer@kirkland.com

---

**From:** Lili Petersen [e.petersen@kanner-law.com]
**Sent:** 09/15/2011 05:38 PM GMT
**To:** Andrew Bloomer; Allan Kanner <a.kanner@kanner-law.com>
**Cc:** "reholden@liskow.com" <reholden@liskow.com>; "dkhaycraft@liskow.com" <dkhaycraft@liskow.com>; Andrew Langan; Tim Duffy; Beth Larsen; Jeffrey Lamb; "Terrell, Megan K. (TerrellM@ag.state.la.us)" <TerrellM@ag.state.la.us>
**Subject:** RE: Meet and Confer re State of Louisiana Attorney General's Office Search

Andrew,
We have begun the collection of materials from those custodians identified by BP thus far. In addition, although we are unsure whether they will have any information specific to Phase 1, we propose to include the following additional AG attorneys who have had direct involvement in the Attorney General Office's handling of the Gulf Oil Spill:

- David A. Peterson (Assistant Attorney General; Lands and Natural Resources)
- Ryan M. Seidemann (Assistant Attorney General; Section Chief, Lands & Natural Resources)

Accordingly, the State proposes to conduct the custodian based search with the following 6 custodians:

- Attorney General Caldwell
- James Trey Phillips (First Assistant Attorney General)
- Megan Terrell (Assistant Attorney General; Section Chief, Environment Civil/Public Protection Divisions)
- Maximino Baquedano (Operations)
- David A. Peterson (Assistant Attorney General; Lands and Natural Resources)
- Ryan M. Seidemann (Assistant Attorney General; Section Chief, Lands & Natural Resources)

The State will use BP's search terms (as previously provided) along with the September 19, 2010 cutoff date ordered by Judge Shushan, and will produce all non-privileged responsive ESI. In addition, the State will produce all non-privileged responsive hard copy documents that are not duplicates of the State's ESI production, again using the September 19, 2010 cutoff date.

We would also like to know whether, with respect to ESI production, BP would like Louisiana to include/produce those items (such as the Coast Guard Hearing transcripts and materials) which are part of the public record or if the production of any transmittals of these items is sufficient.

Please advise whether you concur with this protocol. I am copying Megan Terrell of the Attorney General's office on this email as she is working with me on these issues. Let me know if you would like to discuss and/or have any additional concerns.

Lili Petersen
Kanner & Whiteley
(504) 524 - 5777

**From:** Andrew Bloomer [mailto:abloomer@kirkland.com]
**Sent:** Wednesday, September 14, 2011 11:03 AM
**To:** Lili Petersen; Allan Kanner
**Cc:** reholden@liskow.com; dkhaycraft@liskow.com; Andrew Langan; Tim Duffy; beth.larsen@kirkland.com; jeffrey.lamb@kirkland.com
**Subject:** Meet and Confer re State of Louisiana Attorney General's Office Search

Lili and Allan:

In her order on the State of Louisiana's motion for reconsideration, Judge Shushan ruled that, "[b]y Friday, September 16, 2011, Louisiana and BP shall meet and confer on a proposed search protocol for hard copy and ESI from the Office of the Louisiana Attorney General.  If they cannot agree on a protocol by Wednesday, September 21, 2011, then on that date they shall submit separate protocols as proposed orders."  We are writing to set forth BP's proposed protocol for that search.

We note that, in her order on BP's motion to compel, Judge Shushan ruled that "Louisiana shall conduct a search of the records of the office of the Louisiana Attorney General.  The search will be conducted in the same manner as the one conducted by the office of the Alabama Attorney General."  The State of Alabama conducted a search of all attorneys in the Alabama Attorney General's office for responsive Phase 1 ESI and hard copy documents, not just BP's proposed custodians.  Despite this, BP proposes a custodian-based ESI search of the Louisiana Attorney General's office.

BP's custodian lists to the State of Louisiana included the following individuals in the Attorney General's office:

Attorney General Caldwell
James Trey Phillips (First Assistant Attorney General)
Megan Terrell (Assistant Attorney General)
Maximino Baquedano (Operations)

Please advise whether there are any other individuals in the Attorney General's office who are likely to have ESI responsive to Phase 1.

The State has BP's Phase 1 document requests and BP's list of search terms and date ranges.  Judge Shushan has ruled that the cutoff for Phase 1 document production from the State is September 19, 2010.  BP thus proposes that (1) the State search the four custodians listed above and any other custodians identified by the State, using BP's search terms and the September 19, 2010 cutoff date, and produce all non-privileged responsive ESI, and (2) produce all non-privileged responsive hard copy documents that are not duplicates of the State's ESI production, again using the September 19, 2010 cutoff date.

Please let us know your thoughts on the above.  If you have any questions or would like to discuss, please call.

Regards,

Andrew


Andrew B. Bloomer, PC | Kirkland & Ellis LLP
300 North LaSalle Street | 38th Floor | Chicago IL 60654
Direct: 312.862.2482 | Fax: 312.862.2200
Email: andrew.bloomer@kirkland.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.

4

Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
************************************************************

************************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
************************************************************