UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill of the Oil Rig | * | MASTER DOCKET |
| "Deepwater Horizon" in the | * | NO. 10-MD-2179 |
| Gulf of Mexico, on April 20, 2010 | * | |
| | * | |
| Relates to:     11-1783 | * | |
| | * | |
| PIERRE MABILE | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| VERSUS | * | |
| | * | JUDGE |
| BP, P.L.C., BP EXPLORATION & | * | CARL BARBIER |
| PRODUCTION, INC., BP AMERICA, INC., | * | |
| AND BP AMERICAN PRODUCTION | * | |
| COMPANY | * | MAGISTRATE |
| | * | SALLY SHUSHAN |
| Defendants | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## *EX PARTE* MOTION TO SUBSTITUTE COUNSEL OF RECORD

NOW INTO COURT comes Plaintiff, Pierre Mabile, who files this Motion to Substitute

Counsel of Record.  Plaintiff respectfully requests that Martha Y. Curtis of Sher Garner Cahill

Richter Klein & Hilbert, L.L.C. be substituted as counsel of record in place of Sharonda R.

Williams.  Attorneys James M. Garner, Paul R. Trapani, III, and Larry N. Guy will remain as

Plaintiff's counsel of record.

Respectfully submitted,


/s/ James M. Garner

_____

**JAMES M. GARNER #19589**
**SHARONDA R. WILLIAMS #28809**
**PAUL R. TRAPANI, III #32735**
**SHER GARNER CAHILL RICHTER**
**KLEIN & HILBERT, L.L.C.**
909 Poydras Street, Suite 2800
New Orleans, Louisiana 70112
Telephone: (504) 299-2100


     and


**LARRY N. GUY # 25693**
2321 Drusila Lane, Suite C
Baton Rouge, Louisiana 70809

**ATTORNEYS FOR PIERRE MABILE**



### CERTIFICATION OF SERVICE

I hereby certify that the above and foregoing *Ex Parte* Motion to Substitute Counsel of Record has been served on all counsel by electronically uploading the same to LexisNexis File and Serve in accordance with Pre-Trial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/EMF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 18th day of October, 2011.


/s/ James M. Garner

_____

JAMES M. GARNER