**IN RE: DEEPWATER HORIZON**
MDL No. 2179

| | |
|---|---|
| JAMES PARKERSON ROY | STEPHEN J. HERMAN |
| Domengeaux Wright Roy & Edwards LLC | Herman, Herman Katz & Cotlar LLP |
| 556 Jefferson St. Suite 500 | 820 O'Keefe Avenue |
| Lafayette, LA 70501 | New Orleans, LA 70113 |
| E-Mail: jimr@wrightroy.com | E-Mail: sherman@hhkc.com |
| Telephone: (337) 233-3033 | Telephone: (504) 581-4892 |
| Fax No. (337) 233-2796 | Fax No. (504) 561-6024 |

October 17, 2011

B<small>Y</small> H<small>AND</small>

Honorable Carl J. Barbier
United States District Court Judge
Eastern District of Louisiana
500 Poydras Street, Room C-268
New Orleans, LA 70130

   Re: <u>Submission of Exhibits Relevant to Preliminary Evidentiary Determinations</u>

Dear Judge Barbier,

  In connection with the letter briefs submitted to the Court relating to various evidentiary issues raised in association with the "List of 300", please find enclosed a CD containing the following Trial Exhibits and other documents which may be relevant to the Court's consideration:

- T<small>RIAL</small> E<small>XHIBIT</small> 00001;
- T<small>RIAL</small> E<small>XHIBIT</small> 00002;
- T<small>RIAL</small> E<small>XHIBIT</small> 00986;
- T<small>RIAL</small> E<small>XHIBIT</small> 01057;
- T<small>RIAL</small> E<small>XHIBIT</small> 01070;
- T<small>RIAL</small> E<small>XHIBIT</small> 01084;
- T<small>RIAL</small> E<small>XHIBIT</small> 01987;
- T<small>RIAL</small> E<small>XHIBIT</small> 02032
- T<small>RIAL</small> E<small>XHIBIT</small> 02968;
- T<small>RIAL</small> E<small>XHIBIT</small> 03419;
- T<small>RIAL</small> E<small>XHIBIT</small> 03814;
- T<small>RIAL</small> E<small>XHIBIT</small> 03820;
- T<small>RIAL</small> E<small>XHIBIT</small> 03824;
- T<small>RIAL</small> E<small>XHIBIT</small> 03861;
- T<small>RIAL</small> E<small>XHIBIT</small> 03866;
- T<small>RIAL</small> E<small>XHIBIT</small> 04244;
- T<small>RIAL</small> E<small>XHIBIT</small> 04479;

- Trial Exhibit 04572;
- Trial Exhibit 04576;
- Trial Exhibit 04842;
- Trial Exhibit 06001;
- Trial Exhibit 06010;
- Trial Exhibit 06012;
- Trial Exhibit 06028;
- Trial Exhibit 06249;
- Trial Exhibit 06250;
- Trial Exhibit 06253;
- Trial Exhibit 06254;
- Trial Exhibit 06300;
- Trial Exhibit 20007;
- Trial Exhibit 20012;
- Trial Exhibit 20013;
- Fontenot Deposition, pp.121-129;
- Lucas Deposition, pp. 40, 77, 303-306;
- BP Group Defined Practice GDP 4.4-0002 [Trial Exhibit 01742];
- The U.S. Coast Guard Report; and,
- The BOEMRE Report.

As always, we appreciate the Court's time and consideration in this matter.

Respectfully submitted,

James Parkerson Roy
Stephen J. Herman
*Plaintiffs' Liaison Counsel*

Enclosures
cc: Hon. Sally Shushan (*via* E-Mail)
    Defense Liaison Counsel  (*via* E-Mail)
    Mike Underhill, Esq. (*via* E-Mail)
    Hon. Luther Strange (*via* E-Mail)
    Ben Allums (*via* E-Mail)
    Mike O'Keefe (*via* E-Mail)