**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | **MDL NO. 2179** |
| | **SECTION J** |
| **Applies to:** ***All Cases*** | **JUDGE BARBIER**<br>**MAGISTRATE JUDGE SHUSHAN** |

**ORDER**

**[Regarding Amendment of Schedule for Week Three (November 28 - December 2) and allocation for Phase One Experts for Transocean]**

Week Three of the order regarding depositions of Phase One Experts (Rec. doc. 4164) is amended. Under the current order John Roberts and Robert Scates, experts for Transocean on gas dispersion and ignition, overlap on Thursday, December 1, 2011. Roberts and Scates will be reduced to one day depositions. Because of the Anadarko settlement, its time will be reduced. The deposition of George Birch was set for Week Three and he will be eliminated from the schedule by agreement.

**AMENDED WEEK THREE SCHEDULE**

Monday - November 28

PSC-Gregg Perkin BOP

TO-John Roberts Gas Dispersion and Ignition

Tuesday - November 29

PSC-Gregg Perkin BOP

TO-Calvin Barnhill Drilling

Wednesday - November 30

TO-Calvin Barnhill Drilling

Thursday - December 1

TO-Greg Childs BOP

TO-Robert Scates Gas Dispersion and Ignition

TO-Jeff Wolff Seaworthiness, Marine System and Safety Conditions

Friday - December 2

TO-Greg Childs BOP

TO-Jeff Wolf Seaworthiness, Marine System and Safety Conditions

## ALLOCATIONS FOR TRANSOCEAN EXPERTS

### A. Calvin Barnhill

The requests for examination time and the amount allocated to each party are listed below. The order of examination will be as the parties are listed below.

| | Request | Allocation |
|---|---|---|
| BP | 600 minutes | 420 minutes |
| Halliburton | 210 minutes | 165 minutes |
| Cameron | 70 minutes | 40 minutes |
| M-I Swaco | 75 minutes | 55 minutes |
| Weatherford | 60 minutes | 50 minutes |
| Dril Quip | 30 minutes | 25 minutes |
| MOEX | 15 minutes | 15 minutes |
| Anadarko | 120 minutes | 10 minutes |
| U.S. | 120 minutes | 90 minutes |
| PSC | 0 minutes | 0 minutes |

| | | |
|---|---|---|
| States | 0 minutes | 0 minutes |
| BP | It may reserve up to 60 minutes of its time for further cross-examination at this point in the sequence. | |
| Halliburton | It may reserve up to 30 minutes of its time for further cross-examination at this point in the sequence. | |
| Transocean | 70 minutes | 30 minutes |
| **Total** | **1370 minutes** | **900 minutes** |

**B. John Roberts**

The requests for examination time and the amount allocated to each party are listed below. The order of examination will be as the parties are listed below.

| | Request | Allocation |
|---|---|---|
| BP | 120 minutes | 120 minutes |
| Halliburton | 120 minutes | 120 minutes |
| Cameron | 70 minutes | 70 minutes |
| Weatherford | 15 minutes | 15 minutes |
| Dril Quip | 10 minutes | 10 minutes |
| MOEX | 0 minutes | 0 minutes |
| M-I Swaco | 0 minutes | 0 minutes |
| Anadarko | 120 minutes | 15 minutes |
| U.S. | 30 minutes | 30 minutes |
| PSC | 0 minutes | 0 minutes |
| States | 0 minutes | 0 minutes |

| | | |
|---|---|---|
| BP | It may reserve up to 30 minutes of its time for further cross-examination at this point in the sequence. | |
| Halliburton | It may reserve up to 30 minutes of its time for further cross-examination at this point in the sequence. | |
| Transocean | 70 minutes | 70 minutes |
| **Total** | **555 minutes** | **450 minutes** |

**C. Greg Childs**

The requests for examination time and the amount allocated to each party are listed below. The order of examination will be as the parties are listed below.

| | Request | Allocation |
|---|---|---|
| BP | 420 minutes | 330 minutes |
| Cameron | 300 minutes | 255 minutes |
| Halliburton | 120 minutes | 25 minutes |
| Weatherford | 15 minutes | 15 minutes |
| Dril Quip | 10 minutes | 10 minutes |
| Anadarko | 120 minutes | 10 minutes |
| M-I Swaco | 0 minutes | 0 minutes |
| MOEX | 0 minutes | 0 minutes |
| U.S. | 300 minutes | 225 minutes |
| PSC | 0 minutes | 0 minutes |
| States | 0 minutes | 0 minutes |

| | | |
|---|---|---|
| BP | It may reserve up to 60 minutes of its time for further cross-examination at this point in the sequence. | |
| Cameron | It may reserve up to 60 minutes of its time for further cross-examination at this point in the sequence. | |
| Transocean | 70 minutes | 30 minutes |
| **Total** | **1355 minutes** | **900 minutes** |

**D.** **Robert Scates**

The requests for examination time and the amount allocated to each party are listed below. The order of examination will be as the parties are listed below.

| | Request | Allocation |
|---|---|---|
| BP | 120 minutes | 120 minutes |
| Halliburton | 120 minutes | 120 minutes |
| Cameron | 70 minutes | 70 minutes |
| Weatherford | 15 minutes | 15 minutes |
| Dril Quip | 10 minutes | 10 minutes |
| MOEX | 0 minutes | 0 minutes |
| M-I Swaco | 0 minutes | 0 minutes |
| Anadarko | 120 minutes | 15 minutes |
| U.S. | 30 minutes | 30 minutes |
| PSC | 0 minutes | 0 minutes |
| States | 0 minutes | 0 minutes |

| | | |
|---|---|---|
| BP | It may reserve up to 30 minutes of its time for further cross-examination at this point in the sequence. | |
| Halliburton | It may reserve up to 30 minutes of its time for further cross-examination at this point in the sequence. | |
| Transocean | 70 minutes | 70 minutes |
| **Total** | **555 minutes** | **450 minutes** |

**E. Jeff Wolf**

The requests for examination time, any reductions in the requests and the amount allocated to each party are listed below. The order of examination will be as the parties are listed below.

| | Request | Allocation |
|---|---|---|
| BP | 360 minutes | 360 minutes |
| Halliburton | 120 minutes | 120 minutes |
| Cameron | 70 minutes | 70 minutes |
| Weatherford | 15 minutes | 15 minutes |
| Dril Quip | 10 minutes | 10 minutes |
| M-I Swaco | 0 minutes | 0 minutes |
| MOEX | 0 minutes | 0 minutes |
| Anadarko | 120 minutes | 15 minutes |
| U.S. | 30 minutes | 30 minutes |
| PSC | 0 minutes | 0 minutes |
| States | 0 minutes | 0 minutes |

| | | |
|---|---|---|
| BP | It may reserve up to 60 minutes of its time for further cross-examination at this point in the sequence. | |
| Halliburton | It may reserve up to 30 minutes of its time for further cross-examination at this point in the sequence. | |
| Transocean | 70 minutes | 70 minutes |
| **Total** | **795 minutes** | **690 minutes** |

All allocations are without prejudice of the right of the parties to alter the examination time or the sequence of examination by agreement.

The deadline for appealing this order is **Friday, October 28, 2011.**

New Orleans, Louisiana, this 19th day of October, 2011.

**SALLY SHUSHAN**
**United States Magistrate Judge**