IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" | * * * | MDL No. 2179 |
| THIS DOCUMENT RELATES TO: | * * | |
| BRAD ALFONSO | * * | Case No. 2:2010-cv-08888 |
| Claimant | * * | Individual Case Document No. 77089 |

## PROPOSED ORDER

Considering the foregoing Ex Parte Motion to Withdraw as Counsel of Record filed in the above-captioned action [Ind. Case Doc. No. 77089], it is hereby **ORDERED** that the motion is **GRANTED**, and that Mover, **Brandy Gonzales Scurria** of the firm **Brandy Gonzales Legal Services, LLC,** be and is hereby withdrawn from this proceeding as counsel for Claimant, **Brad Alfonso.**

New Orleans, Louisiana this 14th day of October, 2011.

_____
United States District Judge

1