UNITED STATES DISTRICT OF COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL No. 2179 SECTION: J JUDGE BARBIER |
| Applies to:  All Cases               2:10-cv-02771 | § § § § | MAG. JUDGE SHUSHAN |

### ORDER GRANTING HALLIBURTON ENERGY SERVICES, INC.'S *EX PARTE* AGREED MOTION TO CONTINUE CROSS-DEFENDANT M-I L.L.C.'S MOTION TO DISMISS CROSS-CLAIMS

On this day the Court heard and considered Defendant/Cross Plaintiff Halliburton Energy Services, Inc.'s *Ex Parte* Agreed Motion to Continue Defendant M-I L.L.C.'s Motion to Dismiss Cross-Claims (Dkt. No. 2828).

After considering the Motion, the Court finds there is cause to extend the deadline for HESI to file its Response to Defendant's Motion to Dismiss Cross-Claims. Therefore, the Court GRANTS Defendant/Cross Plaintiff Halliburton Energy Services, Inc.'s *Ex Parte* Motion to Continue Defendant M-I L.L.C.'s Motion to Dismiss Cross-Claims and ORDERS HESI to file its response no later than October 31, 2011.

IT IS SO ORDERED.

New Orleans, Louisiana this 18th day of October, 2011.

_____
UNITED STATES DISTRICT JUDGE

1764722 v1-24010/0002 PLEADINGS