UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL No. 2179<br><br>SECTION J<br><br>JUDGE BARBIER |
| APPLIES TO: 11-274 c/w 11-275 | MAGISTRATE SHUSHAN |

### ORDER

After considering Ranger Insurance Limited's Motion for Leave to File Its Sur-Reply in Opposition to the BP Parties' Motion for Judgment on the Pleadings (Rec. Doc. 4014) and, being satisfied of good cause shown:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Ranger Insurance Limited's Motion for Leave to File Its Sur-Reply to the BP Parties' Motion for Judgment on the Pleadings is **GRANTED**.

New Orleans, Louisiana, this  14th   day of October, 2011.

_____
United States District Judge