UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| In re:   Oil Spill by the Oil Rig | MDL No. 2179 |
|---|---|

In re:   Oil Spill by the Oil Rig
            "Deepwater Horizon" in the Gulf
            Of Mexico, on April 20, 2010

This Document applies to:
11-274 c/w 11-cv-275

MDL No. 2179
SECTION: J

JUDGE BARBIER

MAGISTRATE SHUSHAN

**ORDER**

After considering Transocean's Motion for Leave to File Its Sur-Reply in Opposition to the BP Parties' Motion for Judgment on the Pleadings (Rec. Doc. 4017) and, being satisfied of good cause shown:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Transocean' Motion for Leave to File Its Sur-Reply to the BP Parties' Motion for Judgment on the Pleadings is **GRANTED**.

New Orleans, Louisiana, this  14th  day of October, 2011.

United States District Judge