UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION J |
| Applies to:<br>*All Cases* | JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

### ORDER

IT IS ORDERED that the documents submitted to the Court as Exhibits 1, 2, and 9 to the Motion to Stay Litigation against Dril-Quip, Inc. in Favor of Arbitration (Rec. Doc. 4306) are deemed FILED UNDER SEAL. The Clerk of Court is directed to file these documents accordingly.

New Orleans, Louisiana, this 18th day of October, 2011

_____
UNITED STATES DISTRICT JUDGE