UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER MAGISTRATE JUDGE SHUSHAN |

### ORDER

**[Regarding - BP's Claw-Back Claim (Rec. doc. 4185)]**

BP produced a document (BP-HZN-2179MDL03716673-4). It contends the document is protected from disclosure by the attorney-client privilege. Pursuant to PTO no. 14 (Governing the Treatment of Privileged and Work Product Materials) (Rec. doc. 655), BP contends that the document was inadvertently produced. The PSC argues that it is not protected from disclosure. The document was submitted for *in camera* review. Rec. doc. 4185. BP submitted a response.

After reviewing the document and considering the arguments of the parties, the Court finds that the document is protected from disclosure by the attorney-client privilege. The PSC shall comply with the provisions for PTO no. 14 for the inadvertent production of privileged material.

New Orleans, Louisiana, this 19th day of October, 2011.

SALLY SHUSHAN
United States Magistrate Judge