UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico on April 20, 2010 | * | |
| | * | SECTION: J |
| This Document Relates to: | * | |
| Cases in Pleading Bundles A, B1 and C | * | |
| as Enumerated in Attachment 1 | * | JUDGE BARBIER |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \*

### MOTION OF DEFENDANT AND CROSS-CLAIM PLAINTIFF MOEX OFFSHORE 2007 LLC TO AMEND CROSS-CLAIMS

**NOW INTO COURT** comes Defendant and Cross-Claim Plaintiff MOEX Offshore 2007 LLC ("Offshore") and moves, pursuant to Federal Rules of Civil Procedure 15(a)(2), to amend its cross-claims filed on April 19, 2011 (Document 2008).

The basis for the motion is that Offshore and BP Exploration & Production Inc. ("BPXP") are parties to a settlement. Offshore therefore respectfully seeks leave to amend its cross-claims to delete (and thereby dismiss) the cross-claims against BPXP, BP America Production Company, BP p.l.c., Weatherford U.S. L.P. and Weatherford International, Inc. Such dismissal is appropriate in light of settlements between Offshore and the BP parties, and between the BP parties and the Weatherford parties.

Further, the proposed amendment deletes certain allegations against cross-claim defendants Triton Asset Leasing GmbH; Transocean Holdings LLC; Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., Halliburton Energy Services, Inc., Sperry Drilling Services, M-I LLC and Cameron International

Corporation. Because allegations are being deleted, rather than added, there is no prejudice to any party. Finally, the proposed amendment clarifies certain existing allegations and contains various non-substantive changes in phrasing and terminology. The proposed amended cross-claims do not add any new facts, cross-defendants, theories of liability or causes of action.

Offshore filed cross-claims in both the MDL (Document 2008) and the Limitation Action, No. 10-2771 (Document 420). We have since been advised by the Court clerks that only one set of cross-claims should be on file, and that the document should be filed in the MDL. Therefore, the proposed Order amends the cross-claims filed in the MDL, while dismissing as duplicative those previously filed in the Limitation Action.

The amendments sought, and the reasons therefore, are described in greater detail in the supporting memorandum filed herewith. A copy of the proposed amended pleading is attached as Exhibit A to the supporting memorandum.

We have circulated the proposed amended cross-claims to counsel for the cross-claim defendants in substantially the attached form. Undersigned counsel hereby certifies with his signature below that Defendants BP, Cameron International Corporation and Weatherford have consented to the filing of the proposed pleading, and that defendants Halliburton, Transocean and M-I have not objected.

**WHEREFORE,** defendant and cross-claim plaintiff MOEX Offshore 2007 LLC prays that this Court grant it leave to amend its cross-claims in the form set forth as Exhibit A to the accompanying memorandum of law.

Dated:  October 19, 2011

                Respectfully submitted,

                *s/  Philip D. Nizialek*_____
                Philip D. Nizialek (La. Bar No. 24180)
                M. Hampton Carver (La. Bar No. 3947)
                CARVER, DARDEN, KORETZKY, TESSIER,
                FINN, BLOSSMAN & AREAUX, LLC
                1100 Poydras Street, Suite 3100
                New Orleans, LA 70163
                Telephone:  (504) 585-3800
                Fax:  (504) 585-3801

                **COUNSEL FOR MOEX OFFSHORE 2007 LLC**

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on October 19, 2011.

                *s/  Philip D. Nizialek*_____