UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | * * * * * | MDL No. 2179 SECTION: J |
| This document relates to: | * * | Judge Carl J. Barbier |
| 2:10-cv-01767 | * * * | Magistrate Judge Sally Shushan |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Plaintiffs request that Sharonda R. Williams of the law firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C. be allowed to withdraw as counsel of record in the instant matter.

James M. Garner, Timothy B. Francis, and Joshua S. Force of the law firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C.; Gladstone N. Jones, III, Lynn E. Swanson, Eberhard D. Garrison, Kevin E. Huddell, H.S. Bartlett, III, and Jacqueline A. Stump of the law firm of Jones, Swanson, Huddell & Garrison, L.L.C.; and James R. Swanson, Joseph C. Peiffer, Lance C. McCardle, Jason W. Burge, and Alysson L. Mills of the law firm of Fishman Haygood Phelps Walmsley Willis & Swanson, L.L.P. will remain as counsel of record for Plaintiffs.

Respectfully submitted,

/s/James M. Garner
**JAMES M. GARNER (# 19589)**
**TIMOTHY B. FRANCIS (# 14973)**
**JOSHUA S. FORCE (# 21975)**
**SHARONDA R. WILLIAMS (# 28809)**
Sher Garner Cahill Richter Klein & Hilbert, L.L.C.
909 Poydras Street, 28th Floor
New Orleans, Louisiana 70112-1033
Telephone:    (504) 299-2100
Facsimile:    (504) 299-2300

**GLADSTONE N. JONES, III (# 22221)**
**EBERHARD D. GARRISON (# 22058)**
**KEVIN E. HUDDELL (# 26930)**
**H.S. BARTLETT III (# 26795)**
**JACQUELINE A. STUMP (# 31981)**
Jones, Swanson, Huddell & Garrison, L.L.C.
Pan-American Life Center
601 Poydras Street, Suite 2655
New Orleans, LA 70130
Telephone:    (504) 523-2500
Facsimile:    (504) 523-2508

**JAMES R. SWANSON (#18455)**
**JOSEPH C. PEIFFER (#26459)**
**LANCE C. MCCARDE (#29970)**
**JASON W. BURGE (#30420)**
**ALYSSON L. MILLS (#32904, admission pending)**
Fishman Haygood Phelps Walmsley
Willis & Swanson, L.L.P.
201 St. Charles Avenue, 46th Floor
New Orleans, LA  70170-4600
Telephone:    (504) 586-5252
Facsimile:    (504) 586-5250

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Withdraw as Counsel of Record has been served on all counsel by electronically uploading the same to LexisNexis File and Serve in accordance with Pre-Trial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/EMF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 19th day of October, 2011.

/s/ James M. Garner
_____
JAMES M. GARNER