# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | * * * * * | MASTER DOCKET<br><br>SECTION: J |
| This document relates to:<br><br>2:10-cv-01947 | *<br>*<br>* | Judge Carl J. Barbier<br><br>Magistrate Judge Sally Shushan |

## ORDER

Considering the foregoing Motion to Withdraw as Counsel of Record filed by Plaintiffs (10-01947);

**IT IS ORDERED** that the Motion to Withdraw as Counsel of Record is **GRANTED** and Sharonda R. Williams is withdrawn as counsel of record.

New Orleans, Louisiana, this _____ day of October, 2011.

_____
DISTRICT JUDGE CARL J. BARBIER