UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO.: 2179 |
| | SECTION: J |
| THIS DOCUMENT RELATES TO: | JUDGE BARBIER |
| Case No.: 2:10-cv-08888, [Rec. Doc. 62722, 62718]; 2:10-cv-02771 | MAG. JUDGE SHUSHAN |

## MOTION TO WITHDRAW AS COUNSEL

NOW INTO COURT, undersigned counsel moves this Court for an order withdrawing the Dugan Law Firm, APLC as counsel of record for Plaintiff, Alan D. Alario and Alan D. Alario, Inc. In support thereof, Movants would show:

1. Mr. Alan D. Alario is the owner of Alan D. Alario, Inc.

2. On or about February 16, 2011, Plaintiff acting individually and on behalf of Alan D. Alario, Inc. retained The Dugan Law Firm to serve as counsel with regards to any and all claims Plaintiff has in regard to the Deepwater Horizon Oil Spill of April 20, 2010.

3. On or about April 19, 2011, the undersigned filed a Short Form Joinder on behalf of Alan D. Alario [Rec. Doc. 62718].

4. On or about April 19, 2011, the undersigned filed a Short Form Joinder on behalf of Alan D. Alario, Inc. [Rec. Doc. 62722].

5. On October 17, 2011, Plaintiff, individually and on behalf of his company informed the Dugan Law Firm in writing that he no longer desired to have the Dugan Law Firm represent his interests.

6. On October 18, 2011, the Dugan Law Firm honored the wishes of Plaintiff and the parities have terminated their relationship. Thus, the Dugan Law Firm as counsel of record

now requests this Court to allow its withdrawal from representation of Alan D. Alario and Alan D. Alario, Inc. in this case.

7. Considering Plaintiff has chosen to represent himself in this matter, neither he nor any other party will be prejudiced by Movants' withdrawal of counsel.

8. The current mailing address of Plaintiff is 400 Hammond Highway, 3C, Metairie, Louisiana 70005.

WHEREFORE, undersigned counsel moves this Court for an Order allowing the withdrawal of the Dugan Law Firm, APLC as counsel of record for Plaintiff in the above captioned case.

Dated: October 19, 2011

                                                Respectfully submitted,

By:
**THE DUGAN LAW FIRM**

/s/ David B. Franco
David B. Franco (Tx Bar No. 24072097)
James R. Dugan, II (La Bar No. 24785)
One Canal Place
365 Canal Street, Suite 1000
New Orleans, Louisiana 70130
Telephone: (504) 648 0180
Facsimile: (504) 648 0181

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Motion to Withdraw as Counsel has been filed electronically with the Clerk of Court using the CM/ECF system and served on all counsel of record through Lexis Nexis File & Serve, electronic mail, facsimile, and/or U.S. Mail. Further, this is to certify that a true and correct copy of the foregoing instrument has been served via U.S. Mail, postage prepaid and properly addressed, on the others listed below on this 19th day of October, 2011.

Alan D. Alario, Inc.
400 Hammond Highway, 3C
Metairie, LA 70005

                                              /s/ David B. Franco
                                              David B. Franco, Esq.