**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO.: 2179<br><br>SECTION:  J |
| THIS DOCUMENT RELATES TO: | JUDGE BARBIER |
| Case No.: 2:10-cv-08888, [Rec. Doc. 62722, 62718]; 2:10-cv-02771 | MAG. JUDGE SHUSHAN |

## ORDER

Considering the foregoing Motion to Withdraw as Counsel:

**IT IS ORDERED** that the Dugan Law Firm, APLC be allowed to withdraw as counsel

of record for Plaintiff Alan D. Alario and Alan D. Alario, Inc. in this case.

Signed in New Orleans, Louisiana this _____ day of _____, 2011.


_____
UNITED STATES DISTRICT JUDGE