UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig<br>"Deepwater Horizon" in the Gulf<br>of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### ORDER

**[Regarding - November 7, 2011 Deadline]**

Pursuant to the order regarding Phase One Exhibits and Expert Discovery Production (Rec. doc. 3916), the deadline for Phase One trial defendants, 14(c) defendants and/or third party defendants production of non-publicly available previously unproduced Consideration Materials is Monday, November 7, 2011. At the October 14, 2011 Working Group Conference, Transocean requested that this deadline be extended because November 7, 2011 is also the deadline for rebuttal expert reports. There was no opposition to the request.

IT IS ORDERED that the deadline for Phase One trial defendants, 14(c) defendants and/or third party defendants production of non-publicly available previously unproduced Consideration Materials is extended to **Friday, November 11, 2011.**[1]

New Orleans, Louisiana, this 19th day of October, 2011.

SALLY SHUSHAN
United States Magistrate Judge

---

[1] The deadline for parties to exchange final good faith exhibit lists including all Reliance Exhibits.