UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | * * * * * | MDL No. 2179  SECTION: J |
| This document relates to: | * * | Judge Carl J. Barbier |
| 2:10-cv-01764 | * | Magistrate Judge Sally Shushan |

## ORDER

Considering the foregoing Motion to Withdraw as Counsel of Record filed by Plaintiffs (10-01764);

**IT IS ORDERED** that the Motion to Withdraw as Counsel of Record is **GRANTED** and Sharonda R. Williams is withdrawn as counsel of record.

New Orleans, Louisiana this 19th day of October, 2011.

_____
United States District Judge