**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

|  |  |  |
|---|---|---|
| | * | |
| IN RE:  OIL SPILL by the OIL RIG | * | MASTER DOCKET |
| "DEEPWATER HORIZON" in the | * | |
| GULF OF MEXICO on | * | SECTION: J |
| APRIL 20, 2010 | * | |
| | * | |
| This document relates to: | * | Judge Carl J. Barbier |
| | * | |
| 2:10-cv-01947 | * | Magistrate Judge Sally Shushan |

**ORDER**

Considering the foregoing Motion to Withdraw as Counsel of Record filed by Plaintiffs (10-01947);

**IT IS ORDERED** that the Motion to Withdraw as Counsel of Record is **GRANTED** and Sharonda R. Williams is withdrawn as counsel of record.

New Orleans, Louisiana this 19th day of October, 2011.

_____
United States District Judge