UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill of the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MASTER DOCKET NO. 10-MD-2179 |
| Relates to:    11-1783 | * * | |
| PIERRE MABILE | * * | |
| Plaintiff | * * | |
| VERSUS | * * | |
| | * | JUDGE |
| BP, P.L.C., BP EXPLORATION & PRODUCTION, INC., BP AMERICA, INC., AND BP AMERICAN PRODUCTION COMPANY | * * * * | CARL BARBIER |
| | * | MAGISTRATE |
| | * | SALLY SHUSHAN |
| Defendants | * * | |

## ORDER

Considering the foregoing *Ex Parte* Motion to Substitute Counsel of Record filed by Plaintiff, Pierre Mabile (11-1783);

**IT IS ORDERED** that the Motion to Substitute Counsel of Record is **GRANTED** and Martha Y. Curtis of Sher Garner Cahill Richter Klein & Hilbert, L.L.C. is hereby substituted as counsel of record for Pierre Mabile in place of Sharonda R. Williams.

]New Orleans, Louisiana this 19th day of October, 2011.

_____
United States District Judge