UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010<br><br>**This Document Relates to:**<br>**2:10-cv-02454, 2:10-cv-01768** | ) MDL NO. 2179<br>)<br>) SECTION: J<br>)<br>) JUDGE BARBIER<br>) MAG. JUDGE SHUSHAN<br>)<br>) **RENEWED MOTION FOR**<br>) **CLARIFICATION OF ORDER**<br>) **DISMISSING D1 BUNDLE MASTER**<br>) **COMPLAINT**<br>) |

## RENEWED MOTION FOR CLARIFICATION

The Center for Biological Diversity (the "Center"), plaintiff in *Center for Biological Diversity v. BP America, et al.*, 2:10-cv-02454 and 2:10-cv-01768, respectfully submits this Motion for Clarification of Order Dismissing the D1 Bundle Master Complaint pursuant to Fed. R. Civ. Proc. 59(e). The Center originally filed this motion on July 11, Doc. 3255, withdrew it on August 30 pending further oil testing in the Gulf, Doc. 3852, and now resubmits this motion. The Center requests that the Court make explicit that its Order Dismissing the D1 Bundle Master Complaint operated as a final judgment dismissing the Center's individual, underlying complaints.  The Center respectfully requests that the Court act on this motion within 30 days.

## POSITION OF THE PSC

The PSC's position is that the Court's ruling is not a final judgment under Rule 54(b); however, the PSC has no objection to a designation by the Court that the judgment be considered final and appealable with respect to the claims asserted by the Center for Biological Diversity in Nos. 10-2454 and/or 10-01768, should the Court determine that there is no just reason for delay.

RENEWED MTN. FOR CLARIFICATION                                                                                                     1

DATED this 20th day of October, 2011.

Respectfully submitted,

                                           s/Charles M. Tebbutt
                                           Charles M. Tebbutt
                                           Daniel C. Snyder
                                           Law Offices of Charles M. Tebbutt, P.C.
                                           451 Blair Blvd.
                                           Eugene, OR 97402
                                           Ph: 541-344-3505
                                           E-mail: charlie.tebbuttlaw@gmail.com

## CERTIFICATE OF SERVICE

     I hereby certify that on October 20, 2011, I electronically served the foregoing on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF System, which will send notification of such filing in accordance with the procedures established in MDL 2179.

                                           s/ Charles M. Tebbutt
                                           Charles M. Tebbutt
                                           Law Offices of Charles M. Tebbutt, P.C.