UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010<br><br>**This Document Relates to:**<br>2:10-cv-02454, 2:10-cv-01768 | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN<br><br>**MEMORANDUM IN SUPPORT OF RENEWED MOTION FOR CLARIFICATION OF ORDER DISMISSING D1 BUNDLE MASTER COMPLAINT** |

### MEMORANDUM IN SUPPORT OF RENEWED MOTION FOR CLARIFICATION

The Center for Biological Diversity (the "Center"), plaintiff in *Center for Biological Diversity v. BP America, et al.*, 2:10-cv-02454 and 2:10-cv-01768, respectfully resubmits this Memorandum in Support of Motion for Clarification of Order Dismissing the D1 Bundle Master Complaint pursuant to Fed. R. Civ. Proc. 59(e).  While the Center previously withdrew this motion pending results of oil testing in the Gulf, Doc. No. 3852, it now renews its request that the Court make explicit that its Order Dismissing the D1 Bundle Master Complaint operated as a final judgment dismissing the Center's individual, underlying complaints.

The Center understands that overseeing the MDL has placed significant strains on the Court and its staff.  At the same time, however, the Center must emphasize that the Order Dismissing the Bundle D1 Master Complaint has effectively left its individual lawsuits, and the Center, without legal recourse, as it appears from the Court's June 16 Order that *2:10-cv-02454 & 2:10-cv-01768* have been dismissed from the MDL.  As such, the Center respectfully requests that the Court take action on this motion within 30 days of its filing.

Fed. R. Civ. Proc. 59(e) allows courts to alter or amend their previous judgments if a motion to do so is filed within 28 days after entry of the judgment. The Center filed its original

motion within this deadline, Doc. No. 3255, properly invoking the rule by requesting the Court to clarify the intent or scope of its prior ruling. *See Birdsong v. Wrotenbery*, 901 F.2d 1270, 1272 (5th Cir. 1990) (motion for clarification requesting court to interpret scope of prior ruling is properly made under Rule 59(e)). Many courts have utilized Rule 59(e) motions to elucidate the meaning and extent of their rulings. *See, e.g., Brown v. Hovatter*, 525 F. Supp. 2d 754, 758 (D. Md. 2007) (clarifying scope and intent of court's order under Rule 59(e) motion); *Capacchione v. Charlotte-Mecklenburg Schools*, 190 F.R.D. 170, 175 (W.D. N.C. 1999) (same); *Belair v. Lombardi*, 151 F.R.D. 698, 699 (M.D. Fla. 1993) (same).

Here, the Center requests that the Court clarify whether its Order Dismissing the D1 Bundle Master Complaint, Doc. No. 2784, is, as it appears, a final judgment dismissing the Center's underlying, individual complaints (2:10-cv-02454 and 2:10-cv-01768) from MDL 2719. Consistent with ¶ 8 of Pre-trial Order No. 25, the Center believes that the Order dismissing the D1 Master Complaint constitutes a "further order of the Court" which concurrently dismissed the Center's individual complaints. The attached proposed order makes explicit that this was the Court's intent.

DATED this 20th day of October, 2011.

Respectfully submitted,

                                              s/Charles M. Tebbutt
                                              Charles M. Tebbutt
                                              Daniel C. Snyder
                                              Law Offices of Charles M. Tebbutt, P.C.
                                              451 Blair Blvd.
                                              Eugene, OR 97402
                                              Ph: 541-344-3505
                                              E-mail: charlie.tebbuttlaw@gmail.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on October 20, 2011, I electronically served the foregoing on All Counsel by electronically uploading the same to Lexis Nexus File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF System, which will send notification of such filing in accordance with the procedures established in MDL 2179.

                s/ Charles M. Tebbutt
                Charles M. Tebbutt
                Law Offices of Charles M. Tebbutt, P.C.