UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010<br><br>**This Document Relates to:**<br>**2:10-cv-02454, 2:10-cv-01768** | ) MDL NO. 2179<br>) <br>) SECTION: J<br>)<br>) JUDGE BARBIER<br>) MAG. JUDGE SHUSHAN<br>)<br>) **[PROPOSED] ORDER**<br>) |

## ORDER ON MOTION TO CLARIFY

IT IS HEREBY ORDERED that, consistent with ¶ 5 of Pre-Trial Order No. 25, the cases *Center for Biological Diversity v. BP, et al.,* 2:10-cv-02454 and 2:10-cv-01768, are dismissed from MDL-2179. The Court's Order Dismissing the Bundle D1 Master Complaint, Doc. No. 2784, as amended by this Order, operates as final judgment as to the Center's individual complaints.

THUS DONE AND SIGNED this ____ day of _____, 2011, New Orleans, Louisiana.

                                                    HON. CARL J. BARBIER
                                                  UNITED STATES DISTRICT JUDGE