UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KENNETH AND VELMA CAMPO** | * | **CIVIL ACTION NO. 11-2588** |
| versus | * | **SECTION: J** |
| **BP AMERICA, INC. AND BP EXPLORATION & PRODUCTION, INC.** | * | **MAGISTRATE DIV: 1** |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE OF COMPLIANCE WITH 28 U.S.C. § 1447(b)

NOW INTO COURT, through undersigned counsel, come BP America Inc. and BP Exploration & Production Inc., who file this certificate of compliance with 28 U.S.C. § 1447(b), as required by the Court's October 17, 2011 order:

1.

The parties remaining in this action are Kenneth Campo, Velma Campo, BP America Inc., and BP Exploration & Production Inc.

2.

Copies of all pleadings filed in state court by the parties listed above are attached hereto as Exhibit "A."

3.

Copies of the returns on service of process of Plaintiffs' Petition for Damages are attached hereto as Exhibit "B."

1052175_1.Docx

Respectfully submitted,

/s/ Katherine S. Roth
Shannon S. Holtzman, T.A. (Bar #19933)
Katherine S. Roth (#28224)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
One Shell Square
New Orleans, Louisiana 70139-5099
Telephone:    (504) 581-7979
Facsimile:    (504) 556-4108

**Attorneys for BP America Inc. and BP Exploration & Production Inc.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing pleading has been served upon all counsel of record by electronic mail prior to mailing this 21th day of October, 2011.

/s/ Katherine S. Roth

1052175_1.Docx