# CITATION

KENNETH AND VELMA CAMPO

Versus

BP AMERICA, INC. AND BP EXPLORATION & PRODUCTION, INC.



29.36

Case: # 118-139

Division: **D**

34th Judicial District Court
Parish of St. Bernard
State of Louisiana

TO: BP EXPLORATION & PRODUCTION, INC.
THRU ITS REGISTERED AGENT:
CT CORPORATION SYSTEM
5615 CORPORATE BLVD., SUITE 400B
BATON ROUGE, LA 70808

**FILED**
SEP 30 2011
CLERK OF COURT
ST. BERNARD PARISH

YOU HAVE BEEN SUED. Attached to this Citation is a certified copy of **_PETITION FOR DAMAGES_**. The Petition tells you what you are being sued for.

You must either DO WHAT THE PETITION ASKS, OR WITHIN FIFTEEN (15) DAYS after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of Court at the St. Bernard Parish Courthouse, 1100 W. St. Bernard Hwy, Chalmette, LA 70043.

If you do not do what the Petition asks, or if you do not file an answer or legal pleading within FIFTEEN (15) DAYS, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for St. Bernard Parish, Louisiana on the 9TH day of SEPTEMBER, 2011.

LLB/ K. CAMPO

www.stbclerk.com

SEP 27 2011
I made service on the named party through the CT Corporation by tendering a copy of this document to
☐ LYNETTE BASS
☐ LISA UTTECH  ☐ RODERICK THOMAS
☐ JULIE CHISM
E. Cummings
Parish of East Baton Rouge, Louisiana

Lena R. Torres
Clerk of Court
Parish of St. Bernard

By: _____
Deputy Clerk
/S/Lisa L. Borden

**DOMICILIARY**
Received Parish of St. Bernard on the ____ day of _____, ____ and on the ____ day of _____, ____, I served a copy of the within _____ by leaving the same at _____ domicile _____ this Parish in the hands of _____ a person apparently over the age of 14 years living and residing in said domicile, whose name and other facts, connected with this service I learned by interrogating the same _____ the said _____ being absent from _____ domicile at the time of said service.
Returned Parish of St. Bernard _____, ____.
_____
Sheriff

**PERSONAL**
Received Parish of St. Bernard on the ____ day of _____, ____ and on the ____ day of _____, ____, I served a copy of the within _____ on _____ on _____ at _____ this Parish his usual place of domicile, in the Parish of St. Bernard, by handling and delivering the same to in
Returned Parish of St. Bernard _____, ____.
_____
Sheriff

EXHIBIT
B

# CITATION



**KENNETH AND VELMA CAMPO**

Versus

**BP AMERICA, INC. AND BP EXPLORATION & PRODUCTION, INC.**



29.36

Case: # *118-139*
Division: **D**
34th Judicial District Court
Parish of St. Bernard
State of Louisiana

TO: **BP AMERICA, INC.**
**THRU ITS REGISTERED AGENT:**
**CT CORPORATION SYSTEM**
**5615 CORPORATE BLVD., SUITE 400B**
**BATON ROUGE, LA 70808**



FILED
SEP 30 2011
CLERK OF COURT
ST. BERNARD PARISH

YOU HAVE BEEN SUED. Attached to this Citation is a certified copy of **_PETITION FOR DAMAGES_**. The Petition tells you what you are being sued for.

You must either DO WHAT THE PETITION ASKS, OR WITHIN FIFTEEN (15) DAYS after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of Court at the St. Bernard Parish Courthouse, 1100 W. St. Bernard Hwy, Chalmette, LA 70043.

If you do not do what the Petition asks, or if you do not file an answer or legal pleading within FIFTEEN (15) DAYS, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for St. Bernard Parish, Louisiana on the 9TH day of SEPTEMBER, 2011.

SEP 27 2011
made service on the named party through the
CT Corporation
tendering a copy of this document to
☐ LYNETTE BASS
☐ LISA UTTECH   ☐ RODERICK THOMAS
C. Ummm
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

LLB/ K. CAMPO

www.stbclerk.com

Lena R. Torres
Clerk of Court
Parish of St. Bernard

By: _____ Borden _____
Deputy Clerk
/S/Lisa L. Borden

---

**DOMICILIARY**
Received Parish of St. Bernard on the _____ day of _____, _____ and on the _____ day of _____, _____, I served a copy of the within _____ by leaving the same at _____ domicile _____ this Parish in the hands of _____ a person apparently over the age of 14 years living and residing in said domicile, whose name and other facts, connected with this service I learned by interrogating the same _____ the said _____ being absent from _____ domicile at the time of said service.
Returned Parish of St. Bernard_____, _____.

_____
Sheriff

**PERSONAL**
Received Parish of St. Bernard on the _____ day of _____, _____ and on the _____ day of _____, _____, I served a copy of the within _____ on _____ on _____ at _____ this Parish his usual place of domicile, in the Parish of St. Bernard, by handling and delivering the same to in
Returned Parish of St. Bernard _____, _____.

_____
Sheriff