MINUTE ENTRY
SHUSHAN, M.J.
OCTOBER 21, 2011

**MJSTAR: 1:35**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE<br>OIL RIG "DEEPWATER HORIZON"<br>IN THE GULF OF MEXICO, ON APRIL 20, 2010 | CIVIL ACTION<br><br>NUMBER: 10-MDL-2179<br><br>SECTION: "J" (1) |

### MAGISTRATE JUDGE SALLY SHUSHAN PRESIDING

FRIDAY, OCTOBER 21, 2011 AT 10:45 A.M.

CASE MANAGER: Charles A. Armond

COURT REPORTER: Cathy Pepper

    A discovery status conference was held this date before Magistrate Judge Sally Shushan.

PRESENT:   See attached sign-in sheets for attorneys who participated in person and via telephone.