## CONFERENCE ATTENDANCE RECORD

**DATE:** 10-21-11         **TIME:** 10:30

**CASE NAME:** BP

**DOCKET NUMBER & SECTION:** 10-MD-2179

Disc.

**STATUS**   PRELIMINARY   PRE-TRIAL   SETTLEMENT

☞ # PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Anthony Irpino | PSC |
| J.B. Tarter | M-I |
| John Funderburk | M-I |
| Dennis Barrow | Dril-Quip |
| Don Godwin | Halliburton |
| Alan York | " |
| Jenny Martinez | " |
| Stefane Major | " |
| Phil Nizialek | MOEX |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Ed Flanders | MOEX |
| Steve O'Rourke | USA |
| Long Sammio | Weatherford |
| Don Haycraft | BP |
| Ryan Babcock | BP |
| Jeff Clark | BP |
| Andy Langan | BP |
| Steve Herman | Plaintiffs |
| Douglas Kraus | Louisiana |
| Brian Barr | PSC |
| Ky Kirby | Anadarko |
| Deb Kuchler | " |
| Camille Bebart | Cameron |
| Phil Wittmann | Cameron |
| Jimmy Williamson | PSC |
| Jim Roy | PSC |
| Michael Lyle | Seacor, O'Brien's N/KL |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Jeremy Grabill | Seacor, O'Brien's, NRC |
| BILL Stradley | MDL 2185 Ind. Investors |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Tony Fitch

Rob Gassaway

Brian Cavanaugh

Mark Nomellini