|  | Exhibit A |  |
| --- | --- | --- |
| Name of Claimant | Date Filed | Short Form Document # |
| Batiste, Danny | 5/11/2011 | 85305 |
| Volkmer, Steven | 5/11/2011 | 85299 |
| Viands, Matthew | 5/17/2011 | 86441 |
| Webb's World Industries | 5/17/2011 | 86463 |
| Tulli, Joseph | 5/27/2011 | 98116 |
| Miller, Stanley | 6/15/2011 | 106874 |
| Carpenter Plumbing | 6/15/2011 | 106875 |
| Bayer, Nicholas | 7/1/2011 | 106935 |
| Winchester Construction | 7/1/2011 | 106936 |
| Winchester, Selina | 7/1/2011 | 106938 |
| Unistar Management, Inc | 7/1/2011 | 106937 |
| Unistar Management USA | 7/1/2011 | 106939 |
| Florida Coast Holdings | 8/4/2011 | 107260 |
| Kenner Kourier Services, Inc | 8/4/2011 | 107259 |
| Bickman, Deanna | 9/1/2011 | 107463 |
| Bickman, Hamilton | 9/1/2011 | 107461 |
| Shaw, Adam | 9/7/2011 | 107489 |
| Trevino, Juan | 9/7/2011 | 107490 |
| Hedgehog Construction | 9/9/2011 | 107515 |
| Jungle Café and Bar | 9/9/2011 | 107516 |
| Griggs, Ryan J. | 9/23/2011 | 108602 |
| Linton-Griggs, Jamie | 9/23/2011 | 108603 |
| Stirling, Perry | 9/23/2011 | 108604 |
| VHF Group, LLC | 9/23/2011 | 108605 |
| Willner, James | 10/4/2011 | 108978 |
| Rivera, Jose | 10/4/2011 | 108979 |
| Parnell, Stevie | 10/4/2011 | 108980 |
| Mettille, Christopher | 10/4/2011 | 108981 |
| Martin, Mark | 10/4/2011 | 108982 |
| Lowrey, Benjamin | 10/4/2011 | 108983 |
| Hofacker, Brad T. | 10/4/2011 | 108984 |
| Felder, Charles B. | 10/4/2011 | 108985 |
| SPI Dolphin Docks | 10/4/2011 | 108986 |
| Padre Crew Boats | 10/4/2011 | 108987 |
| Explorer Marine Logistic | 10/4/2011 | 108988 |
| Bukosky, Michael | 10/4/2011 | 108989 |
| Camblor, Gonzalo | 10/4/2011 | 108990 |