IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | § § § § § § § § | MDL NO. 2179  SECTION: J(1) |
| This document relates to: *The St. Joe Company v. Halliburton Energy Services, Inc. and M-I L.L.C. a/k/a M-I SWACO*, E.D. La. Case No. 11-01990 D. Del. Case No. 11-00263 | § § § § § § | JUDGE BARBIER MAGISTRATE SHUSHAN |

**ORDER**

Considering the Unopposed Motion to Set Aside Default and for Leave to File a Short Form Joinder and Supporting Memorandum:

It is ORDERED that the default entered in this Court's September 19, 2011 Order Noting Defaults Relative to Civil Action No. 10-2771 [DE 4061] is hereby set aside as to The St. Joe Company, and The St. Joe Company is hereby granted leave to file the Short Form Joinder attached to its Motion as Exhibit 1 into the record of Civil Action No. 10-8888, which shall be considered a timely filed claim in the Transocean limitation proceeding (Civil Action No. 10-2771), as well as joinder in the Bundle B1 Amended Master Complaint, in accordance with Pre-Trial Order Nos. 24 and 25.

New Orleans, Louisiana this 21st day of October, 2011.

_____
United States District Judge