UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION J |
| Applies to:<br>10-8888, Rec. Doc. 63576 and<br>Vessel of Opportunity (VoO) Contract Disputes | JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

### ORDER

IT IS ORDERED that oral arguments will be heard on Plaintiffs' Motion for Partial Summary Judgment on the Issue of Liability for Breach of Master Vessel Charter Agreement, Vessel of Opportunity Program (Rec. Doc. 4035) during the Status Conference scheduled for November 18, 2011 at 9:30.  Oppositions shall be filed no later than October 27, 2011.  Replies shall be filed no later than November 3, 2011.

New Orleans, Louisiana, this 21st day of October, 2011.

_____
UNITED STATES DISTRICT JUDGE