UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 SECTION: J |
| This Document Applies to: 11-1096 | * * * * * | JUDGE BARBIER MAGISTRATE JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Before the Court is Pro Se Plaintiff's Motion to Strike Order, Recommendation to Consolidate (Rec. Doc. 3082), which the Court treats as a Motion to Sever from MDL 2179. In light of the United States Judicial Panel on Multidistrict Litigation's recent Order denying transfer of two cases involving similar claims (Rec. Doc. 4251),

**IT IS ORDERED** that Case No. 11-1096, *Velma Jean Richards v. British Petroleum–BP, et al.*, is hereby **SEVERED** from MDL 2179. Any stay of proceeding imposed by an order or pretrial order in MDL 2179 is lifted. Upon issuance of this Order, the delays found in Fed. R. Civ. P. 12 for responding to a complaint shall commence to run anew.

New Orleans, Louisiana, this 21st day of October, 2011.

_____
UNITED STATES DISTRICT JUDGE