MINUTE ENTRY
BARBIER, J.
Oct. 21, 2011
JS-10: 60 minutes.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : : : : : | MDL NO. 2179 SECTION: J JUDGE BARBIER MAG. JUDGE SHUSHAN |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..

| COURTROOM DEPUTY: | COURT REPORTER: |
|---|---|
| STEPHANIE KALL | CATHY PEPPER |

FRIDAY, OCTOBER 21, 2011 9:30 A.M.
JUDGE CARL J. BARBIER PRESIDING

## STATUS CONFERENCE

Plaintiffs' Liaison Counsel, Defense Liaison Counsel, and Government Coordinating Counsel introduced themselves to the Court. The matters listed below were discussed:

The Court briefly discussed certain recently-issued Orders and Pretrial Orders.

BP Counsel Andy Langan reported on the status of recent conditional transfer orders and number of active cases within the MDL.

BP Counsel Andy Langan reported on the status of cases before various state courts.

BP Counsel Andy Langan and Bill Stradley, counsel for the individual investors, reported on the status of MDL 2185 before Judge Ellison in the Southern District of Texas.

1

**BP Counsel Don Haycraft provided an update on the continued progress of written and deposition discovery. Over 40 million pages of documents have been produced. 226 Depositions have been taken since January 2011.**

**BP Counsel Andy Langan and Plaintiffs' Counsel Steve Herman reported on the Vessels of Opportunity ("VoO") cases. Respecting mediation of these cases, 1,600 VoO Plaintiff Profile Forms have been submitted. Depositions have commenced for the 6 "focus" cases. The Court stated it will hear oral arguments on Plaintiffs' Motion for Partial Summary Judgment (Rec. Doc. 4035) at the next Status Conference.**

**BP Counsel Andy Langan and Counsel for Transocean's Insurers George Gilly reported on the status of insurance coverage cases, including the declaratory actions (Case Nos. 11-274 and 11-275) and the interpleader actions (Case Nos. 11-1439 and 11-1440).**

**BP Counsel Andy Langan reported on issues relating to the custody and preservation of the blowout preventer. Custody of the blowout preventer has passed to the Court, administered by newly-appointed Special Master Capt. Englebert (USCG Ret.). Inspections have commenced on the capping stack.**

**Mike Underhill, Coordinating Counsel for the Federal Government, reported on the status of testing of certain cement and rock samples found on the deck of the M/V DAMON BANKSTON.**

**Transocean Counsel Kerry Miller reported Transocean did not object to two Motions to file claims in the Limitation Proceeding (Rec. Docs. 4219 and 4242). The Court stated it will GRANT these motions.**

**BP Counsel Andy Langan reported on two Motions in Limine (Rec. Docs. 4158 and 4319). By previous Order of the Court (Rec. Doc. 4238), opposition briefs to the PSC's Motion in Limine (Rec. Doc. 4158) are due on October 24th; the PSC's reply is due on October 31st. Opposition briefs to Anadarko's Motion in Limine (Rec. Doc. 4319) are due on November 8, 2011; Anadarko's reply is due on November 15th. The Court will hold oral arguments on these Motion at the next Status Conference.**

**MOEX Counsel Philip Nizialek reported on a Motion to Amend Cross-Claims (Rec. Doc. 4356). There is no objection to this Motion. The Court stated it would GRANT the Motion.**

**The Court heard oral arguments on BP's Motion for Certification of Interlocutory Appeal (Rec. Doc. 4291). BP Counsel Andy Langan argued for movers. Elizabeth**

Cabraser argued for respondents.  The Court DENIED the Motion.

The Court reported on some of the technology and evidence presentation issues respecting the Limitation Trial scheduled for Feb. 27, 2012.

The Court thanked counsel for their continued cooperation, both with each other and the Court.

The Status Conference ended at 10:30.

The next status conference will be held on NOVEMBER 18, 2011 at 9:30 a.m.

ATTORNEYS: See attached list.

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–October 21, 2011

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Jim Draper | | Anadarko |
| Deb Kuchler | | " |
| Ky Kirby | | " |
| Any Langu | | BP |
| Don Haycock | | BP |
| Mike Underhill | | US |
| Don Roburn | | Weatherford |
| Phil Wittmann | | Cameron |
| Steve Herman | | Plaintiffs |
| Jenny Martinez | | Halliburton |
| Alan York | | Halliburton |
| Michael Lyle | | Secor, O'Brien's NRC |
| Jeremy Grabill | | Secor, O'Brien's, NRC |
| BRAD BRIAN | | TRANSOCEAN |
| STEVE ROBERTS | | TRANSOCEAN |
| KERRY MILLER | | TRANSOCEAN |
| Jim Roy | | PSC |
| Luther Strange | | Ala. |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–October 21, 2011

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Deborah C. Waters | 757 374-2957 | LmL Committee |
| J. R. Tarter | 713-890-5000 | M-I |
| Rhon Jones | 334 2692343 | PSC |
| Calvin Fryand | 2256444193 | PSC |
| Parker Miller | 334 269 2349 | PSC |
| I Espino | 214 5013605 | PSC |
| Laura Smith | 8529 31881 | TT |
| Mats Lundy | 332-439-0707 | PSL |
| Ryan Babiuch | 312 862 7003 | BP |
| Jimmy Williamson | (713) 223-3330 | PSC |
| Corey Maher | 525810 | HS |
| Michel Alvarez | 599-3385 | TT |
| Paul Sterbcow | 588 1500 | PSC |
| Hugh Lambert | 985-249-6540 | TTS |
| Phil Cossich | 504 394-9000 | PSL |
| Steve O'Rourke | 202 514 2779 | USA |
| [illegible] | 601 613 4667 | PSC |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–October 21, 2011

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Don Godwin | (214) 939-4400 | Halliburton |
| Alan York | " | " |
| Jenny Martinez | " | " |
| Stefanie Major | " | " |
| Kevin Oufnac | 504 648 0180 | Plaintiff |
| Andrew Lemmon | 985 783 6789 | TT |
| Jon ? | 601 6673454 | Mrs Sundt |
| Duke Williams | 985 876-7535 | PSC |
| Robert Cunningham | 251 471 6191 | PSC |
| Scott Summy | 214-389-1913 | PSC |
| Jayne Conroy | 212 784 6400 | TT |
| Juban Reed Earl | 949 715 5100 | TT |
| Walter J. Leger | 504-588-9043 | TT |
| Marts McLeod | 504-589-9212 | TO Excess Lwys |
| Wm. David Coffey | 985-727-1851 | IP's |
| Corwin Hoffman | 206-999-6682 | USCG |
| Skip Mathew | 561-0400 | Dynamic |

# Attendance Record

## MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

### Status Conference–October 21, 2011

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Carmelite Bertaut | 581-3200 | Cameron |
| Mikal Watts | 210-315-8477 | PSC |
| Rob Sholars | 201-701-9466 | BP |
| Corey Maze | 334-353-4336 | Alabama |
| Mark ? | 214-929-9353 | V. Justice |
| John Funderburk | 713-890-5188 | M-I LLC |
| Stephen D. Murray, Jr. | 5045258100 | PLs |
| Jeff Keiser | 504-210-7325 | PSC |
| Cooper Shattuck | 334.531.4238 | AL |
| CARLA BURKE | 214.521.3605 | PSC |
| Bill Stradley | 713-654-1122 | MDL2185 Ind. Insurer |
| Frank Petosa | 954/318-0268 | PSC |
| Mitchell Breit | (212) 784-6422 | Plaintiffs |
| Jeffrey Clark | (202) 879-5960 | BP |
| John de Gravelles | 225 344-3735 | PSC |
| George Tilly | 504-584-9284 | TO excess insurers |
| Robert ? | 504 556 4130 | BP |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–October 21, 2011

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| CHRIS HANNAN | 566-8612 | UNDERWRITERS |
| Robin Greenwald | 2125585802 | PSC |
| Sam Rosamond (?) | 568-1933 | |
| MICHAEL TEIN | 305-442-1101 | ST. JOE |
| (illegible) | | |
| Merritt Cunningham | 228.863.6000 | |
| Kevin Dean | 843-216-9000 | PSC |
| Joe Rice | 843-216-9000 | PSC |
| Glenn Goodier | 504-582-8174 | WEATHERFORD |
| Sean Brady | 504-569-0235 | DRC |
| Jim Cornwell (?) | 281-857-9742 | HALLIBURTON |
| Elizabeth Cabraser (?) | 415 806 7100 | PSC |
| Douglas Kraus | 228-8687 | Grissman (?) |
| Joe Rausch | 832-3000 | H |
| JEFFREY FARSHAD | (504) 566-8836 | Penetone Corp. |
| MARITA JANES | (504) 566-8836 | Penetone Corp |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–October 21, 2011

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Tony Pletcher | 361-816-1665 | PSC |
| Hubert Ahn | 214 922 7100 | |
| Peter Butler, Jr. | 504 584 5427 | Jack Rowley, St. Bernard DA |
| Ervin A. Gonzalez | 305 298-1888 | PSC |
| Jamie Blais | 504.246.1728 | |
| Jeff Breit | | PSC |
| Ed Hayden | (646) 330-5486 | MOEX |
| Daryl Higgins | 504-362-2466 | P. of Jefferson |
| Tom Schwab | 545-3370 | |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–October 21, 2011

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Dennis Barrow | 713 659 6400 | Dril-Quip |
| Lance Sannini | 504 572-8818 | Weatherford |
| Brian Barr | 650 572-2164 | PSC |
| Burrett Stephens | 504-318-3434 | St. Bernard DA |
| Allan Kanner | 504 524-5777 | St of Louisiana |
| (illegible) | 344-3735 | PSC |
| (illegible) | 444-5095 | M oEx |
| (illegible) | 334-451-9806 | PSC |
| Stephen S. Kreller | 504 484 3488 | |
| Clay Garside | 504 254-4400 | Plaintiff's |
| Sukanna Canford | 940-7294 | CNS |

# at&t
## AT&T TeleConference Services
### Special Services Center
### 800 932-1100   E-mail: teleconference@att.com
## *Conference Participant List*

| | |
|---|---|
| *To:* | BEN ALLUMS |
| *E-mail Address:* | |
| *Conference ID #:* | |
| *Company Name:* | US COURTS |
| *Host's Name:* | CARL BARBIER |
| *Name of Conference:* | OIL SPILL STATUS CONFERENCE |
| *Date of Conference:* | FRIDAY, OCTOBER 21, 2011 9:30 AM CENTRAL |

| | NAME | AFFILIATION OR INTEREST IN CASE |
|---|---|---|
| 1. | **CLAYTON, JOSH - HOST** | |
| 2. | ALEXANDER, MARY ROSE | NALCO |
| 3. | ARGROVES, DANA | LEXIS |
| 4. | BAGWELL, DAVID | ATTORNEY |
| 5. | BARBER, JOSEPH | ATTORNEY |
| 6. | BECNEL, DANIEL | PLAINTIFFS |
| 7. | BICKFORD, SCOTT | PLAQUEMINES PARRISH |
| 8. | CALVERT, THOMAS | ATTORNEY |
| 9. | CHRISTINA, SALVADORE | ATTORNEY FOR PLAINTIFFS |
| 10. | COON, BRENT | REP PLAINTIFFS |
| 11. | COT, JOSE R | MAGINNIS & HURLEY |
| 12. | CREPPEL, JACQUES | THE COLUMNS HOTEL |
| 13. | CROW, GEORGE | LANE AVIATION |
| 14. | DALTON, DAWN | PARTICIPATED IN CLEAN UP EFFORTS |
| 15. | DAVID, LINDSEY | DOUGLAS SCHMIDT |
| 16. | DIXON, DOUG | THE COLUMNS HOTEL |
| 17. | ECUYER, MIKE | PSC |
| 18. | ENNIS, MAGAN | REPRESENT PLAINTIFFS |
| 19. | FENNELL, SANDRA | ROCK CREEK PARTNERS |
| 20. | FERRELL, DONALD | PLANTIFF |
| 21. | FITCH, TONY | ATTORNEY FOR ANNA DARKO |
| 22. | FLOWERS, JODI | MOTLEY RICE LLC |
| 23. | FONG-WIT, MEGAN | PROJECT ATTORNEY |
| 24. | FRANCO, DAVID | DURANT SEAFOOD |
| 25. | GALLOWAY, JOHN | REPRESENT TIGER RENTALS |
| 26. | GASWAY, ROBERT | BP |
| 27. | GOODFIELD, BEN | CACI |
| 28. | HERBST, MOIRA | RUETERS |

*In order to expedite the assembly of your call, some names may have been spelled phonetically.*

*Please feel free to contact us at 1-800-932-1100 if you have any questions or if we can be of further assistance.*
*Thank you for using AT&T Executive TeleConference Service.*

# AT&T TeleConference Services
## Special Services Center
### 800 932-1100    E-mail: teleconference@att.com
### *Conference Participant List*

| # | Name | Affiliation |
|---|------|-------------|
| 29. | HOWARD, JL | PLAINTIFF |
| 30. | JEWELL, ROLF | JACKSON GILLMORE & DOBBS |
| 31. | KATZ, ALLEN | ATTORNEY |
| 32. | KAVANAUGH, BRIAN | KIRKLAND & ELLIS |
| 33. | KENNEALY, HEATHER | COAST GUARD |
| 34. | KENNEY, ROBERT | EPA |
| 35. | KENT, RUSSELL | FLORIDA ATTORNEY GENERAL |
| 36. | LACOUR, GREG | ATTORNEY FOR LYNDEN & IAR |
| 37. | LAYEAUX, BEN | REP AIRBOURNE SUPPORT |
| 38. | LEGNER, KYNA | CONSULTANT TRANSOCEAN |
| 39. | LESTELLE, TERRY | REP B3 PLAINTIFFS |
| 40. | LUSTRIN, LORI | BILZIN SUMBERG |
| 41. | MAPLES, F GERALD | PLAINTIFF |
| 42. | MCALLASTER, STEPHANI | THE ST JOE COMPANY |
| 43. | MCCALL, SARAH | MICHAEL HINGLE ASSOCIATES IATES |
| 44. | MENARD, JILL | PLAINTIFF |
| 45. | MITCHELL, NATALIE | PLAINTIFF COUNCIL |
| 46. | MORRAND, KYLE | PHELPS DUNBAR |
| 47. | MORRIS, GREGORY | JOURNALIST |
| 48. | MOWBRAY, BECKY | TIMES PICAYUNE REPORTER |
| 49. | O'KEEFE, PATRICK | O'BRIEN'S & NRC |
| 50. | PAGANO, SUSANNE | BNA |
| 51. | PARISH, JAMES | FRILOT |
| 52. | PROUJAN, AMANDA | NEXSEN PRUET |
| 53. | RICHARDS, SCOTT | INTERESTED PARTIES |
| 54. | RICHARDS, VELMA | PLANTIFF |
| 55. | RIVIERE, WILLIAM | REPRESENT DEFENDANTS |
| 56. | SAUL, STEVEN | MS ATTORNEY GENERALS OFFICE |
| 57. | SCOFIELD, DENISE | REP MI |
| 58. | SEGARS, TRIPP | DIAZ LAW FIRM |
| 59. | SEVIN, CHRISTINE | TSC |
| 60. | SULLIVAN, SEAN | US DEPARTMENT OF JUSTICE |
| 61. | TAYLOR, IAN | ATTORNEY |
| 62. | THODE, ANNA | JUSTICE DEPARTMENT |
| 63. | TIERNEY, CATE | EPA |
| 64. | TUCKER, KIM | ATTRNY GENERAL STATE OF MISSISSIPPI |
| 65. | VO, KATIE | DOUGLAS SCHMIDT'S ATTY'S OFFICE |
| 66. | VONG, JOHN | CUONG M LE LAW OFFICE |
| 67. | WALTZER, JOEL | PLAINTIFF |
| 68. | WARNER, LORI | STATE OF LOUISIANNA |
| 69. | WAWRZYCKI, MIKE | GRAND ISLE SHIPYARD |

*In order to expedite the assembly of your call, some names may have been spelled phonetically.*

*Please feel free to contact us at 1-800-932-1100 if you have any questions or if we can be of further assistance.
Thank you for using AT&T Executive TeleConference Service.*

# AT&T TeleConference Services
## Special Services Center
### 800 932-1100   E-mail: teleconference@att.com
### *Conference Participant List*

| | | |
|---|---|---|
| 70. | WEBER, HARRY | AP |
| 71. | WIYGUL, ROBERT | WALTZER & WIYGUL LAW |
| 72. | WOODS, MARY JO | MS ATTORNEY GNL OFFICE |

*In order to expedite the assembly of your call, some names may have been spelled phonetically.*

*Please feel free to contact us at 1-800-932-1100 if you have any questions or if we can be of further assistance.*
*Thank you for using AT&T Executive TeleConference Service.*