UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, on APRIL 20, 2010 | * * * * | MDL NO. 2179 |
| | * | SECTION: J |
| THIS DOCUMENT RELATES TO: | * * | JUDGE BARBIER |
| VESSEL OF OPPORTUNITY ("VoO") CONTRACT DISPUTE CLAIMS | * * * | MAG. JUDGE SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION FOR LEAVE TO FILE AMENDED STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE ISSUE OF LIABILITY FOR BREACH OF MASTER VESSEL CHARTER AGREEMENT, VESSEL OF OPPORTUNITY PROGRAM**

**NOW INTO COURT** come the Vessels of Opportunity ("VoO") Charter Dispute Plaintiffs ("Plaintiffs"), by and through Plaintiffs' Liaison Counsel, who respectfully request leave to file an Amended Statement of Undisputed Material Facts in Support of Motion for Partial Summary Judgment on the Issue of Liability for Breach of Master Vessel Charter Agreement, Vessel of Opportunity Program, for the reasons that follow:

I.

On September 15, 2011, Plaintiffs filed a Motion for Partial Summary Judgment on the Issue of Liability for Breach of Master Vessel Charter Agreement [Doc 4035] and an accompanying Statement of Undisputed Material Facts [Doc 4035-2].

II.

Plaintiff Hoi Nguyen ("Nguyen") served as declarant for the motion and averred, *inter alia*, that he traveled to Bayou La Batre, Alabama on September 16, 2010 for decontamination of his vessel.

III.

Nguyen was deposed on October 6, 2011, and it was made clear that his boat was decontaminated in early September of 2010 - not September 16, 2011 (*see* EXHIBIT 1 at pp.100-101).

IV.

Accordingly, Plaintiffs respectfully request leave to amend the Statement of Undisputed Material Facts in order to correct the date of decontamination.

V.

The proposed amendment has no impact on the legal issues regarding contract interpretation and do not prejudice Defendants' ability to timely file an opposition to the Motion for Partial Summary Judgment.

This 24th day of October, 2011.


Respectfully submitted,

| | |
|---|---|
| /s/   Stephen J. Herman | /s/ James Parkerson Roy |
| Stephen J. Herman, La. Bar No. 23129 | James Parkerson Roy, La. Bar No. 11511 |
| HERMAN HERMAN KATZ & COTLAR LLP | DOMENGEAUX WRIGHT ROY & EDWARDS LLC |
| 820 O'Keefe Avenue | 556 Jefferson Street, Suite 500 |
| New Orleans, Louisiana 70113 | Lafayette, Louisiana 70501 |
| Telephone: (504) 581-4892 | Telephone: (337) 233-3033 |
| Fax No. (504) 569-6024 | Fax No. (337) 233-2796 |

E-Mail: sherman@hhkc.com  E-Mail: jimr@wrightroy.com
*Plaintiffs Liaison Counsel*  *Plaintiffs Liaison Counsel*


*Of Counsel*:
**JOEL WALTZER, ESQ.**
**ROBERT WIYGUL, ESQ.**
**CLAY GARSIDE, ESQ.**
*Counsel for Plaintiff, Hoi Nguyen; and,*
*On Brief.*


## CERTIFICATE OF SERVICE

　　WE HEREBY CERTIFY that the above and foregoing Motion for Leave will be filed into the record using the Clerk's ECF electronic filing system, and will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, this 24th day of October, 2011.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Stephen J. Herman and James Parkerson Roy