**Page 97**

1  vessel maybe a week or so before that. But
2  September 16 is, though, when I received the --
3  the documentation from the Coast Guard, the final
4  documentation, and -- and that's the final date
5  that I've listed on there.
6      MR. WIYGUL:
7          I'm going to have to -- I don't know
8  how to do this. I guess we need an objection to
9  the translation here, because this is getting
10 confused.
11     MR. ESBROOK:
12         I understand. Okay.
13 EXAMINATION BY MR. ESBROOK:
14     Q.   Well, how about this: So from
15 July 21st to some day in early-to-mid September,
16 your boat was dirty from your point of view,
17 right?
18     A.   Yes.
19     Q.   Okay. But you didn't try to get it
20 decontaminated, right?
21     A.   No. The only time you can
22 decontaminate is when BP tells you to. In the
23 meantime you're still waiting on standby, so --
24     Q.   Did you --
25     A.   -- you're just waiting.

**Page 98**

1      Q.   Sorry.
2          Did you try to do anything to get
3  your boat decontaminated?
4      A.   No, I just docked -- docked right
5  there and wait.
6      Q.   Did you tell anyone that you needed
7  additional decontamination?
8      A.   No.
9      Q.   And that's a long period of time.
10 That's nearly -- well, let's see, it's, you know,
11 a month and a half around about. That's not a
12 question.
13         So for that period of time, why
14 didn't you try to get it cleaned?
15     MR. WIYGUL:
16         Object to the form.
17     A.   Because I was still under the
18 impression that I was on standby and still
19 working, so we -- we just had to -- to wait --
20 wait for them on standby.
21 EXAMINATION BY MR. ESBROOK:
22     Q.   And why were you under that
23 impression?
24     A.   Because there is -- because there is
25 no paperwork that says that we have been

**Page 99**

1  discharged, so -- and no one said that we've been
2  discharged, so we -- we just wait.
3      Q.   Didn't the woman who called you on
4  July 16th, I believe, and spoke to you in
5  Vietnamese tell you to get your boat cleaned and
6  go home?
7      A.   Yes.
8      Q.   Okay.
9      MR. ESBROOK:
10         Why don't we stop there, because the
11 tape is out.
12     THE VIDEOGRAPHER:
13         Time now is 11:36 a.m., and we are
14 off the record.
15         (Lunch recess.)
16     THE VIDEOGRAPHER:
17         This begins Tape 5 of today's
18 deposition. Time now is 12:37 p.m., and we're
19 back on the record.
20 EXAMINATION BY MR. ESBROOK:
21     Q.   Did you have a nice lunch,
22 Mr. Nguyen?
23     THE WITNESS: Yes.
24     A.   (Through the interpreter) Yes.
25 EXAMINATION BY MR. ESBROOK:

**Page 100**

1      Q.   Good.
2          So I spoke with your attorney during
3  the break, and he told me that you would like to
4  make a clarification from the information in your
5  interrogatory because there was a translation
6  issue. I'll let -- go ahead.
7      A.   Okay.
8      Q.   Okay? And I understand that your
9  attorney is going to give me a correction sheet
10 to your interrogatories at some point?
11     MR. WIYGUL:
12         Right.
13     THE WITNESS:
14         Okay.
15 EXAMINATION BY MR. ESBROOK:
16     Q.   But just to hear it from you, what I
17 understand the change to be is that in
18 Interrogatory 8 -- or excuse me --
19 Interrogatory 8 in Exhibit 4, page 8 -- excuse
20 me. Excuse me -- page 9.
21         Your interrogatory response to No. 8
22 says that you received, quote, final
23 decontamination in Bayou La Batre, Alabama, on
24 September 16, 2010.
25         And I understand that that date is

PURSUANT TO CONFIDENTIALITY ORDER

```
                                            101
   1   not accurate, right?
   2       A.   (Through the interpreter) Right.
   3       Q.   Right?
   4            And -- and you received what you
   5   call final decontamination sometime in early
   6   September, right?
   7       A.   Around 4, 5, 13, somewhere around
   8   there.
   9            THE WITNESS:
  10            3, 3.
  11       A.   (Through the interpreter) 3, the
  12   3rd.
  13            THE WITNESS:
  14            3, 3 --
  15   EXAMINATION BY MR. ESBROOK:
  16       Q.   Somewhere around --
  17       A.   (Through the interpreter) Yeah --
  18       Q.   -- in early September?
  19       A.   -- yeah, but I don't remember.
  20            THE REPORTER:
  21            One at a time.
  22       A.   Around the 3rd, the 4th, or the 5th.
  23   I don't remember exactly.
  24   EXAMINATION BY MR. ESBROOK:
  25       Q.   Okay. Okay. Well, I understand
```

```
                                            102
   1   that your lawyer's going to discuss this with you
   2   and give us a supplement, and we'll take a look
   3   at it.
   4       A.   Okay.
   5       Q.   Was that the only thing that you
   6   wanted to correct from your interrogatories that
   7   you know of right now?
   8       A.   Yes.
   9       Q.   Okay. I'm going to hand you an
  10   exhibit, which is going to be marked as VoO
  11   Exhibit 7.
  12            (Exhibit 7 marked.)
  13   EXAMINATION BY MR. ESBROOK:
  14       Q.   Do you recognize this document,
  15   Mr. Nguyen?
  16       A.   Yes.
  17       Q.   What do you recognize this document
  18   to be?
  19       A.   The date of -- the date that they
  20   let me go was the 27th of August 2010.
  21       Q.   And what do you mean by "let you
  22   go"?
  23       A.   Basically they say that after this
  24   date, I -- I -- I -- I've -- I've been fired,
  25   I -- I would no longer work with BP after this
```

```
                                            103
   1   date.
   2       Q.   Okay. Okay. Did you understand any
   3   distinction between when your contract was
   4   terminated verse being on hire or off hire? Do
   5   you understand that distinction?
   6       A.   According to myself, I'm not sure,
   7   but based on what other people have interpreted
   8   for me, that's -- that's what I know.
   9       Q.   What is that?
  10       A.   You're asking me if I understand
  11   what this is. Is that what you mean?
  12       Q.   Not even paying attention to this
  13   document. Generally speaking, do you understand
  14   a distinction between your contract being
  15   terminated and being placed on hire or off hire
  16   within the period that your contract is active?
  17            MR. WIYGUL:
  18            Object to the form.
  19            Go ahead.
  20       A.   Is -- is what you're asking me --
  21            MR. WIYGUL:
  22            Let me -- I need to put in we're
  23   going to have an objection to the interpretation
  24   of the question itself as well. Okay.
  25            Go ahead.
```

```
                                            104
   1       A.   Are you asking me whether or not
   2   this -- this document is basically terminating my
   3   employment or -- or contract?
   4   EXAMINATION BY MR. ESBROOK:
   5       Q.   Why don't we do this: Can you go
   6   back to Exhibit 5, please? So -- do you see that
   7   No. 1 says off hire and No. 2 -- or excuse me --
   8   No. 1 says on hire and No. 2 says off hire. Do
   9   you see that?
  10       A.   Yes.
  11       Q.   And -- strike that. We'll go --
  12   we'll ask different questions. It's okay.
  13            Okay. Let's talk about your second
  14   decontamination, okay? So you say this happened
  15   in early September, right?
  16       A.   Yes, it's around there, but I don't
  17   remember specifically.
  18       Q.   And you say you received a call from
  19   someone named Ri Nguyen in early September
  20   telling you that your boat was on a list to be
  21   decontaminated in Biloxi?
  22       A.   Yes.
  23       Q.   Who is Ri Nguyen?
  24       A.   That's a -- that's a friend of mine
  25   who was in the same group who went to go and --
```

**PURSUANT TO CONFIDENTIALITY ORDER**