**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | * | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN THE | * | |
| GULF OF MEXICO, on APRIL 20, 2010 | * | |
| | * | SECTION: J |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE BARBIER |
| | * | |
| VESSEL OF OPPORTUNITY ("VoO") | * | MAG. JUDGE SHUSHAN |
| CONTRACT DISPUTE CLAIMS | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ORDER

CONSIDERING Plaintiffs' Motion for Leave to File Amended Statement of Undisputed Facts:

IT IS ORDERED that Plaintiffs be and are hereby granted leave to amend their Statement of Undisputed Material Facts [Doc 4035-2].

**Signed** this _____ day of _____, <u>2011</u>, New Orleans, Louisiana.

_____
**Hon. Carl J. Barbier**
**U.S. District Court Judge**