UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL, 20, 2010 | CIVIL ACTION |
| | MDL 2179 |
| Member Case: 11-1136 | SECTION: J(2) |

### ORDER

Considering the foregoing Motion to Sever **(Rec. Doc. 2525)**, and because the Court finds that the facts underlying the Complaint in the case are sufficiently unrelated to the MDL proceedings,

**IT IS ORDERED** that the Motion is **GRANTED**. Member case 11-1136, <u>Art Catering, Inc. v. Gorney, et al.</u>, is hereby **SEVERED** from MDL 2179.

New Orleans, Louisiana this 19th day of October, 2011.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE