UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179<br><br>SECTION: J |
| This Document Applies to:<br>10-2682 | * * * * * | JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Member case no.10-2682, *Ben Nelson, et al. v. Transocean Ltd., et al.*, originally asserted claims by four Plaintiffs, two of whom were voluntarily dismissed.  The remaining Plaintiffs subsequently filed a Notice of Voluntary Dismissal Without Prejudice pursuant to Rule 41(a)(1) (Rec. Doc. 1996), which was converted to a contradictory motion pursuant to Pretrial Order 34.  Pretrial Order 42 has since vacated Pretrial Order 34.  Accordingly,

**IT IS ORDERED** that all claims asserted in Case No. 10-2682 are hereby **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, this 21st day of October, 2011.

_____
UNITED STATES DISTRICT JUDGE