UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION J |
| Applies to:<br>*10-2771* | JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

### ORDER

IT IS ORDERED that any oppositions to Anadarko's Motion in Limine to Exclude Evidence (Rec. Doc. 4319) shall be filed no later than Tuesday, November 8, 2011, and shall not exceed ten (10) pages. Any replies shall be filed no later than Tuesday, November 15, 2011, and shall not exceed five (5) pages.

IT IS FURTHER ORDERED that oral argument will be heard on Plaintiffs' Motion in Limine to Exclude Evidence (Rec. Doc. 4158) and Anadarko's Motion in Limine to Exclude Evidence (Rec. Doc. 4319) at the Status Conference scheduled for November 18, 2011 at 9:30 a.m.

New Orleans, Louisiana, this 21st day of October, 2011.

_____
UNITED STATES DISTRICT JUDGE