UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico on April 20, 2010** | * | |
| | * | **SECTION: J** |
| **This Document Relates to:** | * | |
| **Cases in Pleading Bundles A, B1 and C** | * | |
| **as Enumerated in Attachment 1** | * | **JUDGE BARBIER** |
| | * | |
| | * | **MAGISTRATE JUDGE** |
| | * | **SHUSHAN** |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Considering the Motion of Defendant and Crossclaimant Plaintiff MOEX Offshore 2007 LLC, pursuant to Federal Rule of Civil Procedure 15(a)(2), to amend its cross-claims,

**IT IS HEREBY ORDERED** that the motion is granted.  MOEX Offshore 2007 LLC shall forthwith file amended cross-claims in substantially the form attached as Exhibit A to its supporting memorandum of law on the above-referenced motion; and

**IT IS FURTHER ORDERED** that the cross-claims filed in Civil Action No. 10-2771 on April 20, 2011 along with the Claim and Answer of MOEX Offshore 2007 LLC to Complaint and Petition of Triton Asset Leasing GmbH et al. for Exoneration from or Limitation of Liability (Rule 9(H)) (Document 420) are hereby dismissed as duplicative of, and covered by, the Amended Cross-Claims filed in MDL No. 2179; and

**IT IS FURTHER ORDERED** that, for the avoidance of doubt, the remainder of the Claim and Answer of MOEX Offshore 2007 LLC to Complaint and Petition of Triton

Asset Leasing GmbH, et al. for Exoneration from or Limitation of Liability (Rule 9(H)) (Document 420), other than the Cross-Claims included therewith, is not dismissed.

New Orleans, Louisiana this 21st day of October, 2011.

_____
United States District Judge