# ATTACHMENT 1

## OFFSHORE

| CAPTION | CASE NUMBER |
|---|---|
| Vision Bank v. 145, LLC and James Dalton | 2:11-cv-00912 |
| Papa Rod, Inc. et al. v. BP, PLC, et al. | 2:10-cv-03250 |
| Ferguson et al. v. BP, PLC et al. | 2:10-cv-03251 |
| Ford et al. v. BP, P.L.C. et al. | 2:10-cv-03252 |
| Moore (Sarah) et al. v. BP, PLC | 2:10-cv-03253 |
| Dai "Mike" Tran v. BP America et al. | 2:10-cv-03279 |
| Peter Tran v. BP America, et al. | 2:10-cv-03280 |
| Cajun Maid, LLC et al. v. BP, PLC et al. | 2:10-cv-02675 |
| T & D Fishery, LLC et al. v. BP, PLC et al. | 2:10-cv-01332 |
| James Kirk Mitchell et al. v. BP, PLC et al. | 2:10-cv-01472 |
| Karl W. Rhodes v. Transocean, Ltd. | 2:10-cv-01502 |
| Doug Crawford et al. v. BP, PLC et al. | 2:10-cv-01540 |
| Brondum et al. v. BP P.L.C., et al. | 2:10-cv-01613 |
| Dinet v. BP P.L.C., et al. | 2:10-cv-01615 |
| Danzig v. BP, PLC et al. | 2:10-cv-01726 |
| J&M Boat Rentals, LLC v. BP, PLC, et al. | 2:10-cv-01747 |
| Fruge et al. v. BP, P.L.C., et al. | 2:10-cv-01752 |
| Harmon et al. v. BP, plc | 2:10-cv-01931 |
| Inter-Tour Louisiane, Inc. et al. v. Transocean Ltd. et al. | 2:10-cv-02103 |
| Le (Tam Ve) et al. v. BP PLC et al. | 2:10-cv-02114 |
| Sea Eagle Fisheries, Inc. et al. v. BP, PLC et al. | 2:10-cv-02661 |
| Ocean Reef Realty Inc. v. Transocean Holdings Inc. et al. | 2:10-cv-02663 |
| Destin et al v. BP, PLC et al. | 2:10-cv-02668 |
| Avocato v. BP P.L.C. et al. | 2:10-cv-02770 |
| Triton Asset Leasing GmbH et al. v. U.S. Dept of Justice, et al. | 2:10-cv-02771 |
| CJK Fab & Consulting v. BP, P.L.C., et al. | 2:10-cv-02839 |
| Susan Davis et al. v. BP P.L.C. et al. | 2:10-cv-02984 |
| Professional Bars, Inc. d/b/a Brass Monkey v. BP P.L.C. et al. | 2:10-cv-02985 |
| Vacation Key West, Inc. v. BP P.L.C. et al. | 2:10-cv-02986 |
| Carden Simcox et al. v. BP, PLC et al. | 2:10-cv-02999 |
| Shepardson, d/b/a Lower Keys Charters et al. v. BP P.L.C. et al. | 2:10-cv-03112 |
| McCarthy v. BP PLC et al. | 2:10-cv-03114 |

| CAPTION | CASE NUMBER |
|---|---|
| Ware v. BP P.L.C. et al. | 2:10-cv-03115 |
| Daniel Barker et al. v. BP, PLC | 2:10-cv-03267 |
| Nguyen (Kimberly) and Do Nguyen d/b/a Shrimp Guy, et al. v. BP | 2:10-cv-03269 |
| Wilson (Bobby) et al. v. BP, P.L.C. | 2:10-cv-03272 |
| Roberts v. BP, PLC et al. | 2:10-cv-03815 |
| Smiling Fish Cafe, Inc. et al. v. BP, PLC et al. | 2:10-cv-03089 |
| Schorr et al v. BP, PLC et al. | 2:10-cv-02989 |
| Murphy v. BP P.L.C. | 2:10-cv-03085 |
| Barber's Seafood, Inc. v. BP, plc et al. | 2:10-cv-03098 |
| Adams et al. v. BP P.L.C. et al. | 2:10-cv-03100 |
| Le Discount Seafood, Inc. et al. v. BP, PLC et al. | 2:10-cv-03101 |
| Raffield Fisheries, Inc. et al. v. BP, plc et al. | 2:10-cv-03102 |
| Hao Van Le d/b/a Bluewater Seafood et al. v. BP, PLC et al. | 2:10-cv-03103 |
| Woods Fisheries, Inc. v. BP, plc et al. | 2:10-cv-03104 |
| Richard, d/b/a Richard's Seafood Patio et al. v. BP, PLC et al. | 2:10-cv-01438 |
| State of Alabama v. Transocean, Ltd. et al. | 2:10-cv-04183 |
| City of Greenville et al v. BP, PLC et al. | 2:10-cv-04185 |
| Carlisle v. BP P.L.C. et al. | 2:10-cv 04188 |
| Worldwide Interiors, LLC v. BP, PLC et al. | 2:10-cv-04191 |
| The Fish Market Restaurant, Inc. et al. v. BP, PLC et al. | 2:10-cv-04192 |
| Hill v. BP, PLC et al. | 2:10-cv-04193 |
| Monroe et al. v. BP, PLC et al. | 2:10-cv-04194 |
| Hudley v. BP, PLC, et al. | 2:10-cv-04200 |
| Capt Ander Inc. v. BP PLC et al. | 2:10-cv-04205 |
| Contender Boats v. Anadarko et al. | 2:10-cv-04208 |
| Trehern et al. v. BP, plc et al. | 2:10-cv-04213 |
| JRKW Enterprises, LLC d/b/a Huck Finn's Cafe v. BP P.L.C. | 2:10-cv-02846 |
| Stricker et al. v. BP P.L.C. et al. | 2:10-cv-03095 |
| Wetzel et al. v. Transocean Ltd. et al. | 2:10-cv-01222 |
| Shemper, et al. v. BP plc, et al. | 2:10-cv-03274 |
| Wunstell et al. v. BP PLC et al. | 2:10-cv-02543 |
| Floyd, Floyd, Pearce of Beaumont, et al. v. BP, PLC, et al. B1 | 2:10-cv-03116 |
| Ireland v. BP PLC et al. | 2:10-cv-04202 |

| CAPTION | CASE NUMBER |
|---|---|
| Hudson v. BP PLC et al. | 2:10-cv-04203 |
| United State of America v. BP Exploration & Production Inc. et al. | 2:10-cv-04536 |
| Plaquemines Parish School Board v. Anadarko E&P Co. LP et al. | 2:11-cv-00348 |
| Kleppinger v. Transocean Offshore Deepwater Drilling Inc. | 2-10-cv-03168 |
| QMCD, LP et al. v. BP Exploration & Production | 2:11-cv-00552 |
| Certain Underwriters at Lloyd's v. BP, P.L.C., et al. | 2:11-cv-00275 |
| Synovus Bank v. Plash Island Resort LLC et al. | 2:11-cv-00551 |
| Plaquemines Parish v. BP PLC, et. al. | 2:11-cv-00916 |
| State of Louisiana (St. Charles Parish) v. BP Exploration & Production | 2:11-cv-01106 |
| Gonzalez v. BP, PLC, et al. | 2:11-cv-00805 |
| Grupo Turistico Tamaulipas S.A. de C.V v. BP, P.L.C. et al. | 2:11-cv-01055 |
| Trung M. Le, et al. v. BP Exploration & Production, et al. | 2:11-cv-01008 |
| State of Louisiana (Jefferson Parish) v. BP Exploration & Production | 2:11-cv-01113 |
| Ferrara et al. v. BP, PLC, et al. | 2:11-cv-01157 |
| Lynch v. Transocean, Ltd. et al. | 2:11-cv-01160 |
| Luu et al. v. BP Exploration and Production, Inc. | 2:11-cv-01188 |
| Miami Beach Hospitality Management, LLC et al. v. BP p.l.c. et al. | 2:11-cv-01052 |
| Certain Underwriters at Lloyd's v. BP Exploration & Production, Inc. | 2:11-cv-01440 |
| Certain Underwriters at Lloyd's v. BP Exploration & Production, Inc. | 2:11-cv-01439 |
| Slavich v. B.P., PLC | 2:11-cv-00878 |
| CITY OF NEW ORLEANS v. BP Exploration & Production, Inc. | 2:11-cv-00890 |
| Town of Grand Isle v. BP Exploration & Production, Inc. | 2:11-cv-00893 |
| Mohawk Traveler Transporation, LLC v. BP, PLC | 2:11-cv-00950 |
| Carnival Cruise Line v. BP Exploration & Production, Inc. | 2:11-cv-00952 |
| Adams, Guy J. v. The State of Louisiana | 2:11-cv-01051 |
| State of Louisiana (St. Mary's Parish) v. BP Exploration & Production Inc. | 2:10-cv-02997 |
| Johnson Bros Corp of Louisiana v. BP, PLC | 2:11-cv-00781 |
| Law Office of Jim Davis v. Transocean | 2:11-cv-02450 |
| Porto Aegean, Inc. v. BP, PLC | 2:11-cv-00937 |