IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ' ' ' ' ' ' ' ' ' | MDL NO. 2179<br><br>SECTION: J<br><br><br>JUDGE BARBIER<br><br> |
| *This document relates to:*<br>*11-2523; 11-0262; 11-2518; 11-2522;*<br>*10-4427* | | MAG. JUDGE SHUSHAN |

## CLAIMANTS' RESPONSE TO TRANSOCEAN'S MOTION TO DISMISS CERTAIN PLAINTIFFS' CLAIMS FOR FAILURE TO PARTICIPATE IN DISCOVERY AND ALTERNATIVE MOTION FOR A JUDICIAL DETERMINATION TERMINATING TRANSOCEAN'S OBLIGATION TO CONTINUE PAYING MAINTENANCE AND CURE

TO THE HONORABLE JUDGE OF SAID COURT:

Claimants Andrea Fleytas, Allen Seraile, Stephen Bertone, James Ingram, and William Johnson ask the Court to deny Defendant Transocean's motion to dismiss as moot and would show the Court as follows:

On August 30, 2011, Transocean filed its motion to dismiss claiming that this Court should dismiss Claimants' claims in response to Claimants' assertion of their Fifth Amendment right against self-incrimination during deposition questioning. (Doc. 3873). On September 27, 2011 this Court ordered Claimants to file a response. (Doc. 4126). On October 17, 2011 the Court extended the deadline for Claimants to respond until October 24, 2011. (Doc. 4300). Since that time, all Claimants subject to Transocean's motion to dismiss have settled their claims. Counsel for Claimants notified the Court of the resolution of these claims on October 21, 2011. *See* Exhibit A. Therefore, the issues raised in Transocean's motion to dismiss are moot.

Accordingly, Plaintiffs respectfully request the Court to deny Transocean's motion to dismiss as moot.

Respectfully Submitted,

**ARNOLD & ITKIN LLP**

*/s/ Cory D. Itkin*

_____
Kurt B. Arnold, Texas Bar No. 24036150
Jason A. Itkin, Texas Bar No. 24032461
Cory D. Itkin, Texas Bar No. 24050808
M. Paul Skrabanek, Texas Bar No. 24063005
Michael E. Pierce, Texas Bar No. 24039117
1401 McKinney Street, Suite 2550
Houston, Texas 77010
Telephone: (713) 222-3800
Facsimile: (713) 222-3850
karnold@arnolditkin.com
jitkin@arnolditkin.com
citkin@arnolditkin.com
pskrabanek@arnolditkin.com
mpierce@arnolditkin.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on October 24, 2011.

*/s/ Cory D. Itkin*

_____
Cory D. Itkin