# EXHIBIT "A"

**Kristina McDonald**

**Subject:** RE: Transocean's Motion to Dismiss Certain Plaintiffs' Claims

**From:** Jason Itkin
**Sent:** Friday, October 21, 2011 2:24 PM
**To:** Cory Itkin; Kurt Arnold; Jill Erickson; Kristina McDonald
**Subject:** FW: Transocean's Motion to Dismiss Certain Plaintiffs' Claims


Jason A. Itkin
Arnold & Itkin LLP
1401 McKinney Street
Suite 2550
Houston, TX 77010
Main: 713.222.3800
Fax: 713.222.3850
www.arnolditkin.com

**From:** Jason Itkin
**Sent:** Friday, October 21, 2011 2:17 PM
**To:** Jason Itkin; 'Sally_Shushan@laed.uscourts.gov'
**Cc:** 'dangoforth@goforthlaw.com'; 'FAP@preisroy.com'
**Subject:** Transocean's Motion to Dismiss Certain Plaintiffs' Claims

Judge Shushan,

I am writing to inform you that all 5 Plaintiffs that are subject to Transocean's Motion to Dismiss Certain Claims have now settled their respective cases. As such, Transocean's motion to dismiss is now moot and the Court can remove the motion from its docket.

If the Court needs a formal response from us, we will gladly provide it. Otherwise, we will not burden the Court with more filings on this issue.

Respectfully Submitted,

Jason A. Itkin
Arnold & Itkin LLP
1401 McKinney Street
Suite 2550
Houston, TX 77010
Main: 713.222.3800
Fax: 713.222.3850
www.arnolditkin.com