IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ' ' ' ' ' | MDL NO. 2179<br><br>SECTION: J<br><br><br>JUDGE BARBIER |
| *This document relates to:*<br>*11-2523; 11-0262; 11-2518; 11-2522;*<br>*10-4427* | ' '<br>'<br>' | <br><br>MAG. JUDGE SHUSHAN |

## ORDER

The Court has considered Claimants' Response to Transocean's Motion to Dismiss Certain Plaintiffs' Claims For Failure to Participate in Discovery and Alternative Motion For a Judicial Determination Terminating Transocean's Obligation To Continue Paying Maintenance and Cure, all responsive briefing, and/or the arguments of counsel and is of the opinion that Transocean's Motion to Dismiss Certain Plaintiffs' Claims for Failure to Participate in Discovery and Alternative Motion for a Judicial Determination Terminating Transocean's Obligation to Continue Paying Maintenance and Cure is **DENIED as MOOT**.

**IT IS SO ORDERED** this _____ day of _____, 2011, at New Orleans, Louisiana.

_____
**THE HONORABLE CARL J. BARBIER
UNITED STATES DISTRICT JUDGE**