From:
Lili Petersen <e.petersen@kanner-law.com>

To:
"'Sally_Shushan@laed.uscourts.gov'" <Sally_Shushan@laed.uscourts.gov>, "'Andrew Bloomer (abloomer@kirkland.com)'" <abloomer@kirkland.com>, "'Andrew Langan (alangan@kirkland.com)'" <alangan@kirkland.com>, "'Mike_Okeefe@laed.uscourts.gov'" <Mike_Okeefe@laed.uscourts.gov>

Cc:
Allan Kanner <a.kanner@kanner-law.com>

Date:
10/18/2011 05:03 PM

Subject:
RE: Letter re: Status of State of Louisiana's Compliance with Court's Discovery Order [Rec. Doc. 3965]

Judge Shushan, Mike and Andy,

Consistent with our discussions on Friday, we have revisited the collection and processing of the State's electronically stored information (ESI) with our vendor and can report that progress has been and continues to be made regarding this effort. As we described previously, we had a number of start-up issues associated with the collection and processing of data. It appears that we have worked out a number of processing obstacles in order to put these documents in front of reviewers prior to production. We are now processing ESI from 5 out of 8 of the Tier 1 agencies as well as one of the 6 Tier 2 Agencies:

DEQ, DNR, OCPR, DWF and Office of the Lieutenant Governor and CRT.

Processing for the remaining 3 Tier 1 agencies will begin this week. We are also processing the materials from the Office of the Attorney General consistent with the protocol agreed to with BP. We have made substantial progress on the culling of documents specifically relating to Phases 1 and 2 and anticipate providing another production this Friday (with weekly productions to follow). Further, we are designating and hiring some additional reviewers to assist with the effort. We believe with these efforts, the collection, review and production associated with the email and file share data from all Tier 1 agencies as well as CRT (a Tier 2 agency) and the Attorney General's office will be predominantly complete prior to the 16th of November. We are still looking into timelines on the remaining Tier 2 agencies and will advise of our progress on that score as soon as possible.

    We have reached out to BP to discuss the possibility of certain compromises relating to the State's discovery obligations which might allow the State to complete its Phase 1 production prior to the November 16 start of expert depositions. We would be happy to discuss these possible compromises with your Honor should you wish, otherwise we will plan on talking with BP and reporting back based upon our discussions. Please feel free to contact me with any questions and thank you again for your time and consideration.

Lili Petersen
Kanner & Whiteley
(504) 524 - 5777