UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG<br>         "DEEPWATER HORIZON"<br>         in the GULF OF MEXICO,<br>         on APRIL 20, 2010, | *<br>*<br>*<br>*<br>*<br>* | MDL NO. 2179 |
| This Document Relates To: | *<br>* | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
| *In the matter of BP Exploration &<br>Production Inc.*<br>11-cv-2529 | *<br>*<br>*<br>*<br>* |  |

### STATE OF LOUISIANA'S MOTION TO REMAND

NOW INTO COURT, comes the State of Louisiana, through James D. "Buddy" Caldwell, Attorney General of the State of Louisiana, who respectfully submits this memorandum on behalf of the Louisiana Department of Environmental Quality ("LDEQ" or the "State"), who respectfully requests that this Honorable Court remand the administrative action, *In the matter of BP Exploration & Production Inc.*, which has been consolidated with the above-captioned proceeding, to the Louisiana Division of Administrative Law, for the reasons set forth below and as more fully described in the accompanying memorandum.

1.

On May 31, 2010, LDEQ issued a Consolidated Compliance Order & Notice of Potential Penalty ("Compliance Order") to BP Exploration & Production, Inc. ("BP"), Enforcement Tracking No. MM-CN-10-0823, pursuant to their authority granted by the Louisiana

Environmental Quality Act ("LEQA"), La. R.S. 30:2001 *et seq.*, and more specifically La. R.S. 30:2011(D)(6) and (14), La. R.S. 30:2025(C), 30:2050.2 and 30:2050.3(B).  The violations for which BP was cited resulted from the blowout, fire, and explosion of the *Deepwater Horizon*, and the resulting oil spill and activities associated therewith  These violations include (1) causing the unauthorized discharge of oil and other pollutants into the waters and coastline of the State of Louisiana in violation of La. R.S. 30:2075, 2076(A)(1)(a), and LAC 33:IX.1701.B; (2) causing the unauthorized disposal of solid waste to the waters and coastline of the State of Louisiana in violation of La. R.S. 30:2155 and LAC 33:VII.315.C; and, (3) failing to remediate the contaminated media caused by the unauthorized discharge in violation of La. R.S. 30:2077.

2.

On June 30, 2010, BP filed a Request for Adjudicatory Hearing.  On September 2, 2011, DEQ granted the request for an adjudicatory hearing and sent the notice of decision to the Louisiana Division of Administrative Law – Environmental Quality Section ("LDAL") on September 8, 2011.  On September 16, 2011, the LDAL docketed the request for a hearing – Docket No. 2011-15468-EQ – pursuant to the Louisiana Administrative Procedure Act, La. R.S. 49:950-971.  Jurisdiction is conferred to the LDAL pursuant to La. R.S. 49:991-999.

3.

On September 23, 2011, BP filed a Notice of Removal of Civil Action, removing this matter to the United States District Court for the Middle District of Louisiana, Docket No. 3:11-cv-0655.  BP alleges that the claims asserted by LDEQ are removable because they arise under federal law by reason of the Outer Continental Shelf Lands Act ("OCSLA") and are subject to the exclusive jurisdiction of the federal courts under the provisions of 43 U.S.C. § 1331.  BP

further alleges that this Court has subject matter jurisdiction under 28 U.S.C. § 1331 because the claims arise under OCSLA and that removal is proper under 28 U.S.C. § 1441(a) and (b).

4.

Subsequent to Removal, the Judicial Panel on Multi-District Litigation ("JPML") issued a Conditional Transfer Order ("CTO") September 28, 2011, and on October 6, 2011, this matter was transferred to this Court for coordinated or consolidated pretrial proceedings with MDL-2179. (Rec. Doc. 4247)

4.

Notwithstanding the basis for removal asserted in the Notice of Removal, removal is not proper under 28 U.S.C. § 1441 because the Consolidated Compliance issued by DEQ is an administrative action and the proceeding before the LDAL is not a "civil action brought in a State court," as required by the removal statute.  The removal was therefore improper, and the State of Louisiana respectfully requests that this Court remand this case to the LDAL in East Baton Rouge Parish.

WHEREFORE, premises considered and for the reasons more fully set forth in the accompanying Memorandum, Mover, THE STATE OF LOUISIANA through the LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY, prays that the administrative proceeding before the LDAL, *In the Matter of BP Exploration & Production Inc.*, which was improperly removed to this Court, be remanded to the Louisiana Division of Administrative Law, State of Louisiana, East Baton Rouge Parish.

Dated this 24th day of October, 2011

Respectfully Submitted,

| | |
|---|---|
| JAMES D. "BUDDY" CALDWELL<br>LOUISIANA ATTORNEY GENERAL | KANNER & WHITELEY, LLC |
| James Trey Phillips<br>First Assistant Attorney General<br>Megan K. Terrell<br>Assistant Attorney General<br>Section Chief –Environmental<br>State of Louisiana<br>P.O. Box 94005<br>Baton Rouge, LA 70804-9005<br>Telephone: (225) 326-6708 | /s/ Allan Kanner<br>Allan Kanner<br>Elizabeth B. Petersen<br>David A. Pote<br>Douglas R. Kraus<br>701 Camp Street<br>New Orleans, LA 70130<br>Telephone: (504) 524-5777<br>**Special Counsel for Plaintiff**<br>**Attorney General, State of Louisiana** |
| HENRY DART,<br>ATTORNEYS AT LAW P.C. | USRY, WEEKS, &<br>MATTHEWS, APLC |
| /s/ Henry T. Dart<br>Henry T. Dart<br>Grady J. Flattmann<br>510 N. Jefferson St.<br>Covington, LA 70433<br>Telephone: (985) 809-8093<br>**Special Counsel for Plaintiff**<br>**Attorney General, State of Louisiana** | /s/ T. Allen Usry<br>T. Allen Usry<br>1615 Poydras St.<br>Suite 12<br>New Orleans, LA 70112<br>Telephone: (504) 592-4641<br>**Special Counsel for Plaintiff**<br>**Attorney General, State of Louisiana** |
| SHOWS, CALI, BERTHELOT &<br>WALSH, LLP | MARTEN LAW, PLLC |
| /s/ E. Wade Shows<br>E. Wade Shows<br>628 St. Louis Street<br>Baton Rouge, LA 70802<br>Telephone: (225) 346-1461<br>**Special Counsel for Plaintiff**<br>**Attorney General, State of Louisiana** | /s/ Bradley M. Marten<br>Bradley M. Marten<br>Linda R. Larson<br>1191 Second Avenue<br>Suite 2200<br>Seattle, WA 98101<br>(206) 292-2600<br>**Special Counsel for Plaintiff**<br>**Attorney General, State of Louisiana** |

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing State of Louisiana's Motion to Remand has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 24th day of October, 2011.

                                      Kanner & Whiteley, L.L.C.

                                      _/s/ Allan Kanner_____