UNITED STATES DISTRICT OF COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL No. 2179 SECTION: J JUDGE BARBIER |
| Applies to:  All Cases 2:10-cv-02771 | § § § § | MAG. JUDGE SHUSHAN |

_____

### HALLIBURTON ENERGY SERVICES INC.'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

Defendant Halliburton Energy Services, Inc. ("HESI") files this Motion For Leave to File Documents Under Seal pursuant to Federal Rule of Civil Procedure 5 and EDLA L.R. 5.6,[1] and respectfully shows as follows:

1. On October 25, 2011, HESI filed its Motion to Review and Objection to Magistrate's Order Denying HESI's Motion for Leave to File Second Amended Cross-Claim and its Brief in support (hereinafter, "Motion to Review") with this Court. Incorporated by reference as Exhibits 1-19 to HESI's Motion to Review are various excerpts from deposition testimony and other exhibits designated as confidential or highly confidential pursuant to this Court's Pre-Trial Order 13.

2. These exhibits were previously provided to Magistrate Judge Shushan, but not publicly filed, during the parties' briefing concerning HESI's Motion for Leave to File Second Amended Cross-Claim. Specifically, the exhibits were referenced in HESI's Reply to BP's

---

[1] Citations to this Court's local rules are noted as "EDLA L.R." followed by the specific rule number.

Opposition to HESI's Motion for Leave to File Second Amended Cross-Claims.  *See* Dkt. No. 4150 (with Exhibits 1-19 provided directly to Magistrate Shushan).

3. Because HESI now seeks this Court's review of Magistrate Shushan's Order concerning HESI's Motion for Leave to File Second Amended Cross-Claims (Dkt. No. 4267), (hereinafter "Magistrate Shushan's Order"), HESI seeks leave to file these Exhibits under Seal. The inclusion of these Exhibits in the Court's record is important to this Court's ultimate review of Magistrate Shushan's Order, pursuant to Federal Rule of Civil Procedure 72 and EDLA L.R. 72.

4. On Friday October 21, 2011, HESI provided copies of Exhibits 1-19 under seal to Ben Allums, law clerk for Judge Barbier, and asks that this Court enter the attached Order formally filing these sealed documents as part of the record.

## CONCLUSION

For these reasons, Halliburton Energy Services, Inc. respectfully requests the Court to grant it leave to file Exhibits 1-19 under seal, and for such other and further relief the Court may deem it justly entitled.

Respectfully Submitted,

**GODWIN RONQUILLO PC**

**By:** /s/ *Donald E. Godwin*
Donald E. Godwin
*Attorney-in-charge*
State Bar No. 08056500
dgodwin@GodwinRonquillo.com
Bruce W. Bowman, Jr.
State Bar No. 02752000
bbowman@GodwinRonquillo.com
Jenny L. Martinez
State Bar No. 24013109
jmartinez@GodwinRonquillo.com
Floyd R. Hartley, Jr.
State Bar No. 00798242
fhartley@GodwinRonquillo.com
Gavin E. Hill
State Bar No. 00796756
ghill@GodwinRonquillo.com
Renaissance Tower
1201 Elm, Suite 1700
Dallas, Texas 75270-2041
Telephone: (214) 939-4400
Facsimile: (214) 760-7332

and

R. Alan York
AYork@GodwinRonquillo.com
Jerry C. von Sternberg
JVonSternberg@GodwinRonquillo.com
Misty Hataway-Coné
MCone@GodwinRonquillo.com
1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone: 713.595.8300
Facsimile: 713.425.7594

**ATTORNEYS FOR DEFENDANT**
**HALLIBURTON ENERGY SERVICES, INC.**

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that on October 24, 2011, counsel for Defendant Halliburton Energy Services, Inc, conferred in good faith with counsel for the BP Parties regarding the filing of this Motion. The BP Parties are unopposed to this Motion for Leave to File Documents Under Seal.

/s/  Donald E. Godwin
Donald E. Godwin

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Halliburton Energy Services, Inc.'s Motion for Leave to file Documents Under Seal was filed electronically with the Clerk of the Court using the CM/ECF system and that notice of this filing will be sent to all counsel through the CM/ECF system on this 25th day of October, 2011.

/s/ Donald E. Godwin
Donald E. Godwin