**UNITED STATES DISTRICT OF COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: OIL SPILL by the OIL RIG** | § | **MDL No. 2179** |
| **"DEEPWATER HORIZON" in the** | § | |
| **GULF OF MEXICO,** | § | **SECTION:  J** |
| **on APRIL 20, 2010** | § | |
| | § | **JUDGE BARBIER** |
| **Applies to:   All Cases** | § | |
|            **2:10-cv-02771** | § | **MAG. JUDGE SHUSHAN** |
| | § | |
| | § | |

_____

**ORDER GRANTING HALLIBURTON ENERGY SERVICES INC.'S MOTION FOR**
**LEAVE TO FILE DOCUMENTS UNDER SEAL**

On this day the Court heard and considered Halliburton Energy Services, Inc.'s Motion

for Leave to File Documents Under Seal.

The Court after reviewing the Motion, finds that good cause has been shown, and that

Halliburton Energy Services, Inc.'s Motion should be and is in all things GRANTED.

IT IS HEREBY ORDERED that Halliburton Energy Services, Inc. is permitted to file

under seal Exhibits 1-19 (as referenced in its Motion) to be included the record.

Signed on the _____ day of October, 2011.


_____
UNITED STATES DISTRICT JUDGE