UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL No. 2179  SECTION: J  JUDGE BARBIER |
| Applies to:  10-2771 and All Cases | § § § | MAG. JUDGE SHUSHAN |

_____

**MOTION TO REVIEW AND OBJECTION TO MAGISTRATE'S ORDER DENYING HESI'S MOTION FOR LEAVE TO FILE SECOND AMENDED CROSS-CLAIM**

Defendant Halliburton Energy Services, Inc. ("HESI"), files this Motion to Review and Objection to Magistrate's Order Denying HESI's Motion for Leave to File Second Amended Cross-Claim, ("HESI's Motion"), asking this Court to reconsider Magistrate Shushan's Order Denying HESI's Motion for Leave to File Second Amended Cross Claim (Dkt. No. 4267) and in support of the same, respectfully shows the Court as follows:

**I.**

The factual background for this case is well known to the Court and to the parties. In short, this proceeding concerns claims arising from the blowout, fire, explosion and sinking of the *Deepwater Horizon* on April 20, 2010, (the "Incident"). On September 1, 2011, HESI sought leave to file its second amended cross-claim against BP Exploration & Production, Inc. ("BP Exploration"), BP America Production Company ("BP America") and BP p.l.c. (collectively the "BP Entities" or "BP"), Dkt. No 3893, adding two additional fraud claims against BP based upon

MOTION TO REVIEW AND OBJECTIONS TO MAGISTRATE'S ORDER DENYING HESI'S
MOTION FOR LEAVE TO FILE SECOND AMENDED CROSS-CLAIMS – Page 1 of 5

1768200 v2-24010/0002 PLEADINGS

newly discovered evidence.[1]  *See id*.  Specifically, HESI's proposed amended cross-claim adds claims against BP based on evidence that BP knew pre-Incident that the most shallow hydrocarbon zone (the "Concealed Sand") in the Macondo Well's production interval was significantly higher than BP had represented to HESI both before and after the Incident.

HESI filed its Motion for Leave to File Second Amended Cross-Claim ("HESI's Motion for Leave") in Cause No. 10-2771 (the "Limitation Proceeding") as well as in MDL 2179, applicable to all cases.  *See id*.  The deadline in the Limitation Proceeding for HESI to amend its cross-claims was May 20, 2011.  There is no deadline in place governing the filing of cross-claims in MDL 2179.[2]  Dkt. No. 1730-1.  BP filed its Opposition to HESI's Motion for Leave to File Second Amended Cross-Claims ("BP's Opposition") on September 19, 2011.  Dkt. No. 4067.

As detailed in HESI's Reply to BP's Opposition, while HESI's original cross-claims included claims based on BP's negligent and/or grossly negligent failure to identify and subsequently disclose the existence of the Concealed Sand pre-Incident, HESI's proposed amended cross-claims focus instead on BP's pre-Incident knowledge of the Concealed Sand and BP's subsequent, intentional concealment of that sand.  Dkt. No. 4143.  Moreover, good cause exists for leave to amend because the discovery first revealing the facts supporting HESI's

---

[1] As discussed in HESI's Brief in Support of this Motion, the newly discovered evidence establishes that BP knew pre-Incident of critical facts regarding the shallowest hydrocarbon zone (the "Concealed Sand") in the Macondo well's production interval and yet BP intentionally failed to disclose this information.  This new evidence was revealed during day one of the deposition of Galina Skripnikova, whose deposition was not taken until July 7, 2011, well after the deadline to file cross-claims in the Limitation Proceeding.

[2] As discussed in HESI's Motion, this Court's Stipulated Order Governing Deadlines in Connection with Petitioners' Rule 14(c) Third-Party Complaint and Certain Bundle C Pleadings (Doc. No. 1730) provides a May 20, 2011 deadline for filing "[a]ll Cross-claims by 14(c) Third-Party Defendants (including the United States Government) against any other 14(c) Third Party Defendant (except for the United States Government against which cross-claims are due on 4/20/11)."  However, this deadline is only applicable to the Limitation Action.  *See* Dkt. No. 1730-1.

**MOTION TO REVIEW AND OBJECTIONS TO MAGISTRATE'S ORDER DENYING HESI'S**
**MOTION FOR LEAVE TO FILE SECOND AMENDED CROSS-CLAIMS – Page 2 of 5**

1768200 v2-24010/0002 PLEADINGS

proposed cross-claims (Galina Skripnikova's deposition) were discovered after the deadline for the filing of cross-claims in the Limitation Proceeding as there was no evidence illustrating BP's pre-Incident knowledge regarding the Concealed Sands prior to the Skripnikova deposition. *Id*.

BP filed its Response to HESI's Reply in Support of Its Motion for Leave to File Second Amended Cross-Claim ("BP's Response") on October 3, 2011. Dkt. No. 4187. Thereafter, on October 11, 2011, HESI filed its Sur-Reply, concluding the parties' briefing on this issue. Dkt. No. 4270.

## II.

Pursuant to Local Rule 72.1, unless otherwise ordered by the Court, various pre-trial motions are automatically referred to the magistrate judge for consideration. *See* L.R. 72.1. Included among these motions are contested motions for leave to amend. *Id*. Thus, after briefing was completed, Magistrate Shushan considered HESI's Motion for Leave and on October 11, 2011 Magistrate Shushan entered her Order denying HESI's motion. Dkt. No. 4267.

HESI respectfully disagrees with Magistrate Shushan's Order and in compliance with Local Rule 72.2, files this motion and brief in support further detailing the reasons this Court should reconsider Magistrate Shushan's Order and allow HESI to file its Second Amended Cross-Claims against BP.

WHEREFORE, for the reasons more fully set forth in the attached Brief in Support and briefing incorporated therein, Halliburton Energy Services, Inc. respectfully prays that this Court reconsider Magistrate Shushan's Order (Dkt. No. 4267) and grant HESI's Motion for Leave to File Second Amended Cross-Claims and for the Court to deem HESI's Second Amended Cross-

**MOTION TO REVIEW AND OBJECTIONS TO MAGISTRATE'S ORDER DENYING HESI'S
MOTION FOR LEAVE TO FILE SECOND AMENDED CROSS-CLAIMS – Page 3 of 5**

1768200 v2-24010/0002 PLEADINGS

Claims filed as of September 1, 2011, and for such other and further relief the Court may deem it justly entitled.

**MOTION TO REVIEW AND OBJECTIONS TO MAGISTRATE'S ORDER DENYING HESI'S MOTION FOR LEAVE TO FILE SECOND AMENDED CROSS-CLAIMS – Page 4 of 5**

Respectfully Submitted,

**GODWIN RONQUILLO PC**

**By:** /s/ *Donald E. Godwin*
Donald E. Godwin
*Attorney-in-charge*
State Bar No. 08056500
dgodwin@GodwinRonquillo.com
Bruce W. Bowman, Jr.
State Bar No. 02752000
bbowman@GodwinRonquillo.com
Jenny L. Martinez
State Bar No. 24013109
jmartinez@GodwinRonquillo.com
Floyd R. Hartley, Jr.
State Bar No. 00798242
fhartley@GodwinRonquillo.com
Gavin E. Hill
State Bar No. 00796756
ghill@GodwinRonquillo.com
Renaissance Tower
1201 Elm, Suite 1700
Dallas, Texas 75270-2041
Telephone: (214) 939-4400
Facsimile: (214) 760-7332

and

R. Alan York
AYork@GodwinRonquillo.com
Jerry C. von Sternberg
JVonSternberg@GodwinRonquillo.com
Misty Hataway-Coné
MCone@GodwinRonquillo.com
1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone: 713.595.8300
Facsimile: 713.425.7594

**ATTORNEYS FOR DEFENDANT
HALLIBURTON ENERGY SERVICES, INC.**

**MOTION TO REVIEW AND OBJECTIONS TO MAGISTRATE'S ORDER DENYING HESI'S
MOTION FOR LEAVE TO FILE SECOND AMENDED CROSS-CLAIMS – Page 5 of 5**

1768200 v2-24010/0002 PLEADINGS

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that on October 24, 2011, counsel for Defendant Halliburton Energy Services, Inc, conferred in good faith with counsel for the BP Parties regarding the filing of this Motion. The BP Parties are opposed to HESI's Motion to Review and Objections to Magistrate's Order Denying HESI's Motion for Leave to File Second Amended Cross-Claims.

/s/  Donald E. Godwin
Donald E. Godwin

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Halliburton Energy Services, Inc.'s *Motion to Review and Objections to Magistrate's Order* was filed electronically with the Clerk of the Court using the CM/ECF system and that notice of this filing will be sent to all counsel through the CM/ECF system on this 25th day of October, 2011.

/s/ Donald E. Godwin
Donald E. Godwin

**MOTION TO REVIEW AND OBJECTIONS TO MAGISTRATE'S ORDER DENYING HESI'S MOTION FOR LEAVE TO FILE SECOND AMENDED CROSS-CLAIMS – Page 6 of 5**

1768200 v2-24010/0002 PLEADINGS