UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the Gulf of Mexico, on April 20, 2010 | § § § § | MDL No. 2179<br><br>SECTION: J |
| THIS DOCUMENT RELATES TO:<br><br>*Robin Seafood Co., Inc. et al. v. BP, PLC, et al.;* Cause No. 10-cv-01314 | § § § § § | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

## ORDER GRANTING LEAVE TO DISMISS WITHOUT PREJUDICE

Having considered Plaintiff's MOTION FOR LEAVE TO DISMISS WITHOUT PREJUDICE, the Court GRANTS Plaintiff's Motion and orders as follows:

IT IS ORDERED that the claims of Plaintiff Ernie Campo asserted in member case no. 10-1314 are hereby DISMISSED WITHOUT PREJUDICE. Each party will bear its own costs.

New Orleans, Louisiana this 21st day of October, 2011.

_____
United States District Judge