1                    UNITED STATES DISTRICT COURT

2                    EASTERN DISTRICT OF LOUISIANA

3
    ********************************************************************

4
    IN RE:  OIL SPILL BY THE
5   OIL RIG *DEEPWATER HORIZON*
    IN THE GULF OF MEXICO ON
6   APRIL 20, 2010

7                                   CIVIL ACTION NO. 10-MD-2179 "J"
                                    NEW ORLEANS, LOUISIANA
8                                   FRIDAY, OCTOBER 21, 2011, 9:30 A.M.

9
    THIS DOCUMENT RELATES TO
10  ALL CASES

11  ********************************************************************

12

13            TRANSCRIPT OF MONTHLY STATUS CONFERENCE PROCEEDINGS
              HEARD BEFORE THE HONORABLE CARL J. BARBIER
14                   UNITED STATES DISTRICT JUDGE

15
    APPEARANCES:
16

17
    FOR THE PLAINTIFFS'
18  LIAISON COUNSEL:          DOMENGEAUX WRIGHT ROY & EDWARDS
                              BY:  JAMES P. ROY, ESQUIRE
19                            P. O. BOX 3668
                              556 JEFFERSON STREET
20                            LAFAYETTE, LA  70502

21
                              HERMAN HERMAN KATZ & COTLAR
22                            BY:  STEPHEN J. HERMAN, ESQUIRE
                              820 O'KEEFE AVENUE
23                            NEW ORLEANS, LA  70113

24

25

```
 1  APPEARANCES CONTINUED:

 2

 3  FOR THE PLAINTIFFS:      BREIT DRESCHER IMPREVENTO & WALKER
                             BY:  JEFFREY A. BREIT, ESQUIRE
 4                           1000 DOMINION TOWER
                             999 WATERSIDE DRIVE
 5                           NORFOLK, VA  23510

 6

 7                           LEVIN PAPANTONIO THOMAS MITCHELL
                             RAFFERTY & PROCTOR
 8                           BY:  BRIAN H. BARR, ESQUIRE
                             316 SOUTH BAYLEN STREET, SUITE 600
 9                           PENSACOLA, FL  32502

10

11                           CUNNINGHAM BOUNDS
                             BY:  ROBERT T. CUNNINGHAM, ESQUIRE
12                           1601 DAUPHIN STREET
                             MOBILE, AL  36604
13

14

15                           LIEFF CABRASER HEIMANN & BERNSTEIN
                             BY:  ELIZABETH J. CABRASER, ESQUIRE
16                           275 BATTERY STREET, 29TH FLOOR
                             SAN FRANCISCO, CA  94111
17

18                           WILLIAMSON & RUSNAK
                             BY:  JIMMY WILLIAMSON, ESQUIRE
19                           4310 YOAKUM BOULEVARD
                             HOUSTON, TX  77006
20

21

22                           WATTS GUERRA CRAFT
                             BY:  MIKAL C. WATTS, ESQUIRE
23                           4 DOMINION DRIVE
                             BUILDING 3, SUITE 100
24                           SAN ANTONIO, TX  78257

25
```

```
 1   APPEARANCES CONTINUED:

 2

 3                        WEITZ & LUXENBERG
                         BY:  ROBIN L. GREENWALD, ESQUIRE
 4                        700 BROADWAY
                         NEW YORK CITY, NY  10003
 5

 6
                         MORGAN & MORGAN
 7                        BY:  ALPHONSO M. ESPY, ESQUIRE
                              FRANK M. PETOSA, ESQUIRE
 8                        188 EAST CAPITOL STREET, SUITE 777
                         JACKSON, MS  39201
 9

10
                         MARTÍNEZ, GONZALES, KALBAC & KANE
11                        BY:  ERVIN A. GONZALEZ, ESQUIRE
                         255 ALHAMBRA CIRCLE, PENTHOUSE
12                        CORAL GABLES, FL  33134

13

14                        COSSICH SUMICH PARSIOLA & TAYLOR
                         BY:  PHILIP F. COSSICH, JR., ESQUIRE
15                        8397 HIGHWAY 23, SUITE 100
                         BELLE CHASSE, LA  70037
16

17
                         DEGRAVELLES PALMINTIER HOLTHAUS & FRUGE
18                        BY:  MICHAEL C. PALMINTIER, ESQUIRE
                         618 MAIN STREET
19                        BATON ROUGE, LA  70801

20

21                        BEASLEY ALLEN CROW METHVIN
                         PORTIS & MILES
22                        BY:  RHON E. JONES, ESQUIRE
                         POST OFFICE BOX 4160
23                        MONTGOMERY, AL  36013

24

25
```

```
 1  APPEARANCES CONTINUED:

 2

 3                         FAYARD & HONEYCUTT
                         BY:  CALVIN C. FAYARD, JR., ESQUIRE
 4                         519 FLORIDA AVENUE SW
                         DENHAM SPRINGS, LA 70726
 5

 6

 7                         LUNDY, LUNDY, SOILEAU & SOUTH
                         BY:  MATTHEW E. LUNDY, ESQUIRE
                         501 BROAD STREET
 8                         LAKE CHARLES, LA  70601

 9

10                         WILLIAMS LAW GROUP
                         BY:  CONRAD S. P. WILLIAMS, ESQUIRE
11                         435 CORPORATE DRIVE, SUITE 101
                         HOUMA, LA  70360
12

13

14                         BARON & BUDD
                         BY:  SCOTT SUMMY, ESQUIRE
                              CARLA M. BURKE, ESQUIRE
15                         3102 OAK LAWN AVENUE, SUITE 1100
                         DALLAS, TX  75219
16

17

18                         LEGER & SHAW
                         BY:  WALTER J. LEGER, JR., ESQUIRE
                         600 CARONDELET STREET, 9TH FLOOR
19                         NEW ORLEANS, LA  70130

20

21                         MORRIS BART
                         BY:  MORRIS BART, ESQUIRE
22                              MEKEL S. ALVAREZ, ESQUIRE
                         909 POYDRAS STREET, SUITE 2000
23                         NEW ORLEANS, LA  70112

24

25
```

```
 1  APPEARANCES CONTINUED:

 2

 3  FOR THE SIERRA CLUB
    AND GULF RESTORATION
 4  NETWORK:                     WALTZER & WIYGUL
                                 BY:  CLAY J. GARSIDE, ESQUIRE
 5                               3715 WESTBANK EXPRESSWAY, SUITE 13
                                 HARVEY, LA  70058
 6

 7
    FOR STATE INTERESTS:         ALABAMA ATTORNEY GENERAL'S OFFICE
 8                               BY:  LUTHER STRANGE, ESQUIRE
                                      COREY L. MAZE, ESQUIRE
 9                               500 DEXTER AVENUE
                                 MONTGOMERY, AL  36130
10

11
    FOR THE STATE OF
12  LOUISIANA:                   KANNER & WHITELEY
                                 BY:  ALLAN KANNER, ESQUIRE
13                                    DOUGLAS R. KRAUS, ESQUIRE
                                 701 CAMP STREET
14                               NEW ORLEANS, LA  70130

15

16  FOR THE FEDERAL
    GOVERNMENT INTERESTS:        U.S. DEPARTMENT OF JUSTICE
17                               TORTS BRANCH, CIVIL DIVISION
                                 BY:  R. MICHAEL UNDERHILL, ESQUIRE
18                               450 GOLDEN GATE AVENUE
                                 7TH FLOOR, ROOM 5395
19                               SAN FRANCISCO, CA  94102

20

21  FOR THE UNITED STATES
    OF AMERICA:                  ENVIRONMENTAL ENFORCEMENT SECTION
22                               U.S. DEPARTMENT OF JUSTICE
                                 BY:  STEVEN O'ROURKE, ESQUIRE
23                               P.O. BOX 7611
                                 WASHINGTON, DC  20044
24

25
```

```
 1   APPEARANCES CONTINUED:

 2

 3   FOR TRANSOCEAN HOLDINGS
     LLC, TRANSOCEAN
 4   OFFSHORE DEEPWATER
     DRILLING INC., AND
 5   TRANSOCEAN DEEPWATER
     INC.:                    FRILOT
 6                            BY:  KERRY J. MILLER, ESQUIRE
                              ENERGY CENTRE, 36TH FLOOR
 7                            1100 POYDRAS STREET
                              NEW ORLEANS, LA  70163
 8

 9                            SUTHERLAND ASBILL & BRENNAN
10                            BY:  STEVEN L. ROBERTS, ESQUIRE
                              1001 FANNIN STREET, SUITE 3700
11                            HOUSTON, TX  77002

12

13                            MUNGER TOLLES & OLSON
                              BY:  BRAD D. BRIAN, ESQUIRE
14                            ALLEN M. KATZ, ESQUIRE
                              355 SOUTH GRAND AVENUE, 35TH FLOOR
15                            LOS ANGELES, CA  90071

16

17   FOR BP AMERICA INC.,
     BP AMERICA PRODUCTION
18   COMPANY, BP COMPANY
     NORTH AMERICA INC.,
19   BP CORPORATION NORTH
     AMERICA INC.,
20   BP EXPLORATION &
     PRODUCTION INC.,
21   BP HOLDINGS NORTH
     AMERICA LIMITED,
22   BP PRODUCTS NORTH
     AMERICA INC.:            LISKOW & LEWIS
23                            BY:  DON K. HAYCRAFT, ESQUIRE
                              ONE SHELL SQUARE
24                            701 POYDRAS STREET
                              SUITE 5000
25                            NEW ORLEANS, LA  70139
```

```
 1   APPEARANCES CONTINUED:

 2

 3                              KIRKLAND & ELLIS
                               BY:  J. ANDREW LANGAN, ESQUIRE
 4                                  RYAN S. BABIUCH, ESQUIRE
                               300 N. LASALLE
 5                             CHICAGO, IL  60654

 6

 7   FOR CAMERON INTERNATIONAL
     CORPORATION:                STONE PIGMAN WALTHER WITTMANN
 8                             BY:  PHILLIP A. WITTMANN, ESQUIRE
                                    CARMELITE M. BERTAUT, ESQUIRE
 9                             546 CARONDELET STREET
                               NEW ORLEANS, LA 70130
10

11

12   FOR HALLIBURTON
     ENERGY SERVICES, INC.:    GODWIN RONQUILLO
                               BY:  DONALD E. GODWIN, ESQUIRE
13                                  JENNY L. MARTINEZ, ESQUIRE
                                    STEFANIE K. MAJOR, ESQUIRE
14                             1201 ELM STREET, SUITE 1700
                               DALLAS, TX  75270
15

16

17                             GODWIN RONQUILLO
                               BY:  R. ALAN YORK, ESQUIRE
                               1331 LAMAR, SUITE 1665
18                             HOUSTON, TX  77010

19

20   FOR ANADARKO
     PETROLEUM CORPORATION,
21   ANADARKO E&P COMPANY
     LP:                         KUCHLER POLK SCHELL
22                             WEINER & RICHESON
                               BY:  DEBORAH D. KUCHLER, ESQUIRE
23                             1615 POYDRAS STREET, SUITE 1300
                               NEW ORLEANS, LA  70112
24

25
```

```
 1  APPEARANCES CONTINUED:

 2

 3                              BINGHAM MCCUTCHEN
                               BY:  JAMES J. DRAGNA, ESQUIRE
 4                              355 SOUTH GRAND AVENUE, SUITE 4400
                               LOS ANGELES, CA  90071
 5

 6                              BINGHAM MCCUTCHEN
 7                              BY:  KY E. KIRBY, ESQUIRE
                                    WARREN A. FITCH, ESQUIRE
 8                              2020 K STREET, NW
                               WASHINGTON, DC  20006
 9

10
    FOR MOEX OFFSHORE
11  2007 LLC:                   PILLSBURY WINTHROP SHAW PITTMAN
                               BY:  EDWARD FLANDERS, ESQUIRE
12                              1540 BROADWAY
                               NEW YORK, NY  10036
13

14                              CARVER DARDEN KORETZKY TESSIER
                               FINN BLOSSMAN & AREAUX
15                              BY:  PHILLIP D. NIZIALEK, ESQUIRE
                               1100 POYDRAS STREET, SUITE 3100
16                              NEW ORLEANS, LA  70163

17

18  FOR M-I L.L.C.:             MORGAN, LEWIS & BOCKIUS
                               BY:  JOHN C. FUNDERBURK, ESQUIRE
19                                   JAMES B. TARTER, ESQUIRE
                               1000 LOUISIANA STREET, SUITE 4000
20                              HOUSTON, TX  77002

21

22  FOR TRANSOCEAN
    EXCESS UNDERWRITERS:        PHELPS DUNBAR
23                              BY:  GEORGE M. GILLY, ESQUIRE
                                    EVANS M. MCLEOD, ESQUIRE
24                              CANAL PLACE
                               365 CANAL STREET, SUITE 2000
25                              NEW ORLEANS, LA  70130
```

09:53AM

```
 1   APPEARANCES CONTINUED:

 2

 3   FOR O'BRIEN'S RESPONSE
     MANAGEMENT, INC.,
 4   SEACOR HOLDINGS, INC.,
     SEACOR OFFSHORE LLC,
 5   SEACOR MARINE, LLC,
     SEACOR WORLDWIDE, INC.,
 6   SEACOR MARINE, INC.,
     SEACOR MARINE
 7   INTERNATIONAL, INC.,
     AND SIEMENS FINANCIAL,
 8   INC.:                   WEIL GOTSHAL & MANGES
                             BY:  MICHAEL J. LYLE, ESQUIRE
 9                           1300 I ST., NW, SUITE 900
                             WASHINGTON, DC  20005
10

11                           WEIL GOTSHAL & MANGES
                             BY:  JEREMY T. GRABILL, ESQUIRE
12                           767 FIFTH AVENUE
                             NEW YORK, NY  10153
13

14
     DYNAMIC AVIATION
15   GROUP, INC:             GEIGER LABORDE & LAPEROUSE
                             BY:  LEO R. McALOON, III, ESQUIRE
16                           ONE SHELL SQUARE
                             701 POYDRAS STREET, SUITE 4800
17                           NEW ORLEANS, LA  70139

18

19   FOR WEATHERFORD U.S.,
     L.P.:                   JONES WALKER
20                           BY:  GLENN G. GOODIER, ESQUIRE
                             600 JEFFERSON STREET, SUITE 1600
21                           LAFAYETTE, LA 70501

22

23   FOR DRIL-QUIP,
     INC.:                   WARE, JACKSON, LEE & CHAMBERS
24                           BY:  C. DENNIS BARROW, JR., ESQUIRE
                             2929 ALLEN PARKWAY, 42ND FLOOR
25                           HOUSTON, TEXAS 77019
```

```
 1   APPEARANCES CONTINUED:

 2

 3   FOR MDL 2185:          MITHOFF LAW FIRM
                           BY:  WILLIAM STRADLEY, ESQUIRE
 4                         3450 ONE ALLEN CENTER
                           500 DALLAS STREET
 5                         HOUSTON, TX  77002

 6

 7   SPECIAL MASTER:        PROFESSOR FRANCIS E. MCGOVERN
                           DUKE UNIVERSITY SCHOOL OF LAW
 8                         CORNER OF SCIENCE & DRIVES
                           BOX 90362
 9                         DURHAM, NC 27708

10

11   ALSO PRESENT:          [PLEASE SEE SIGN-IN SHEETS FILED IN THE
                           RECORD]
12

13

14   OFFICIAL COURT REPORTER:     CATHY PEPPER, CRR, RMR, CCR
                                 CERTIFIED REALTIME REPORTER
15                               500 POYDRAS STREET, ROOM HB406
                                 NEW ORLEANS, LA  70130
16                               (504) 589-7779
                                 Cathy_Pepper@laed.uscourts.gov
17

18   PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
     PRODUCED BY COMPUTER.
19

20

21

22

23

24

25
```

1                          **I N D E X**

2

3   AGENDA ITEMS                                          PAGE

4

5   PRETRIAL ORDERS.......................................  17

6   CONDITIONAL TRANSFER ORDERS...........................  18

7   STATUS OF THE STATE COURT CASES.......................  20

8   STATUS OF THE RELATED MDL-2185........................  22

9   REPORT ON WRITTEN AND DEPOSITION DISCOVERY............  24

10  VESSELS OF OPPORTUNITY................................  26

11  INSURANCE COVERAGE CASES..............................  28

12  STATUS OF BOP TESTING.................................  31

13  CEMENT TESTING........................................  33

14  PENDING MOTIONS.......................................  34

15  MOTIONS TO ALLOW LATE FILED CLAIMS IN THE TRANSOCEAN    34

16  LIMITATION ACTION, WHICH IS 10-2771...................

17  RECORD DOCUMENT 4219..................................  35

18  RECORD DOCUMENT 4242..................................  35

19  GRANT THOSE TWO MOTIONS, RECORD DOCUMENT 4219 AND       36

20  RECORD DOCUMENT 4242..................................

21  10(C).................................................  36

22  (D), WHICH IS ANADARKO'S MOTION IN LIMINE.............  37

23  (E), WHICH IS A MOTION BY MOEX........................  38

24  MOTION FOR LEAVE FOR MOEX OFFSHORE TO FILE AMENDED      38

25  CROSSCLAIMS...........................................

1   GRANT THAT MOTION, WHICH IS RECORD DOCUMENT 4356.......   39

2   10(A), BP'S MOTION FOR CERTIFICATION OF INTERLOCUTORY   39

3   APPEAL UNDER 28 U.S.C. 1292(B).........................

4   DENY THE MOTION BY BP FOR THE INTERLOCUTORY APPEAL.....   51

5   NEXT STATUS CONFERENCE HERE IN COURT IS FRIDAY,   54

6   NOVEMBER 18TH, AT 9:30 A.M., CENTRAL TIME..............

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**P-R-O-C-E-E-D-I-N-G-S**

FRIDAY, OCTOBER 21, 2011

M O R N I N G   S E S S I O N

(COURT CALLED TO ORDER)

09:34AM         THE DEPUTY CLERK:  All rise.

09:34AM         THE COURT:  Good morning, everyone.  Please be seated.

09:34AM         VOICES:  Good morning, Your Honor.

09:34AM         THE COURT:  Stephanie, you can call the case, please.

09:34AM         THE DEPUTY CLERK:  MDL Number 10-2179, *In re: Oil Spill*

09:35AM *by the Oil Rig Deepwater Horizon in the Gulf of Mexico on*

09:35AM *April 20, 2010.*

09:35AM         THE COURT:  All right.  If liaison and steering

09:35AM committee members would introduce themselves, please.  Remember,

09:35AM we have folks listening only on the phone, so you have to speak

09:35AM into a microphone so everyone can hear you, please.  Okay.

09:35AM         MR. HERMAN:  Good morning, Your Honor.  Steve Herman for

09:35AM the plaintiffs.

09:35AM         THE COURT:  Good morning.

09:35AM         MR. FAYARD:  Good morning, Your Honor.  Calvin Fayard

09:35AM for the PSC.

09:35AM         MR. STRANGE:  Your Honor, Luther Strange, for Alabama

09:35AM and coordinating counsel for the states.

09:35AM         MR. BREIT:  I'm standing to the right now, Judge, not

09:35AM 1    behind Luther.  Jeffrey Breit for the PSC.

09:35AM 2            MR. UNDERHILL:  Standing to left of most people,

09:35AM 3    Mike Underhill on behalf of the United States, Your Honor.

09:35AM 4            THE COURT:  Is that because you're from San Francisco?

09:35AM 5            MR. UNDERHILL:  That was the pun.

09:36AM 6            MR. STRANGE:  He's well to the left of me, Your Honor.

09:36AM 7            MS. CABRASER:  Also from San Francisco, upholding the

09:36AM 8    proud progressive tradition of California, Elizabeth Cabraser for

09:36AM 9    the PSC.

09:36AM 10           THE COURT:  Good morning.

09:36AM 11           MR. BARR:  Brian Barr for the PSC.  Good morning,

09:36AM 12   Your Honor.

09:36AM 13           MR. SUMMY:  Good morning, Your Honor.  Scott Summy for

09:36AM 14   the PSC.

09:36AM 15           MR. ROY:  Good morning, Your Honor.  Jim Roy, co-liaison

09:36AM 16   for the plaintiffs.

09:36AM 17           MR. ESPY:  Good morning, Your Honor.  Mike Espy for PSC.

09:36AM 18           MR. COSSICH:  Good morning, Your Honor.  Phil Cossich,

09:36AM 19   PSC.

09:36AM 20           MR. LUNDY:  Good morning, Your Honor.  Matt Lundy, PSC.

09:36AM 21           MR. SHATTUCK:  Good morning, Your Honor.

09:36AM 22   Cooper Shattuck, counsel for the State of Alabama.

09:36AM 23           MR. JONES:  Rhon Jones, PSC.

09:36AM 24           MR. RICE:  Your Honor, Joe Rice for the PSC.

09:36AM 25           THE COURT:  Good morning.

09:36AM 1          MR. WATTS:  Good morning, Your Honor.  Mikal Watts for

09:36AM 2    the PSC.

09:36AM 3          MR. PALMINTIER:  Judge, Mike Palmintier, PSC.

09:36AM 4          MR. O'ROURKE:  Steve O'Rourke from the

09:36AM 5    Justice Department for the United States, Your Honor.

09:37AM 6    Good morning.

09:37AM 7          MR. WILLIAMS:  Good morning, Your Honor.  Duke Williams

09:37AM 8    for the PSC.

09:37AM 9          MS. GREENWALD:  Good morning, Your Honor.

09:37AM 10   Robin Greenwald for the PSC.

09:37AM 11         MR. STERBCOW:  Good morning, Your Honor.  Paul Sterbcow,

09:37AM 12   PSC.

09:37AM 13         MR. CUNNINGHAM:  Good morning, Your Honor.

09:37AM 14   Robert Cunningham, PSC.

09:37AM 15         MR. GONZALEZ:  Good morning, Judge.  Ervin Gonzalez,

09:37AM 16   anchoring the center for the PSC.

09:37AM 17         THE COURT:  It seems like that side of the room is

09:37AM 18   outweighing this side.  We're growing here.

09:37AM 19         MR. HAYCRAFT:  Doing our best, Don Haycraft, BP.

09:37AM 20         MR. LANGAN:  Good morning, Your Honor.  Andy Langan for

09:37AM 21   BP.

09:37AM 22         MS. MARTINEZ:  Jenny Martinez for Halliburton.

09:37AM 23         MR. GODWIN:  Good morning, Your Honor.  Don Godwin for

09:37AM 24   Halliburton.

09:37AM 25         MR. YORK:  Good morning, Judge.  Alan York, also for

09:37AM 1   Halliburton.

09:37AM 2           MS. KIRBY:  Good morning, Your Honor.  Ky Kirby for

09:37AM 3   Anadarko.

09:37AM 4           MR. DRAGNA:  Good morning, Judge.  Jim Dragna for

09:37AM 5   Anadarko.

09:37AM 6           MR. WITTMANN:  Good morning, Judge.  Phil Wittmann for

09:37AM 7   Cameron.

09:37AM 8           MR. GOODIER:  Glenn Goodier, Weatherford.

09:38AM 9           MR. TARTER:  Good morning.  J.B. Tarter for M-I.

09:38AM 10          MR. FUNDERBURK:  Good morning, Your Honor.

09:38AM 11  John Funderburk for M-I.

09:38AM 12          MR. BARROW:  Good morning, Your Honor.  Dennis Barrow

09:38AM 13  for Dril-Quip.

09:38AM 14          MR. CLARK:  Good morning, Your Honor.  Jeff Clark for

09:38AM 15  BP.

09:38AM 16          MS. KUCHLER:  Morning, Judge.  Deb Kuchler, Anadarko,

09:38AM 17  from the great Parish of St. Bernard, Louisiana, to the right.

09:38AM 18          THE COURT:  To the right of just about everything in

09:38AM 19  Louisiana.  Geographically, I'm talking about.

09:38AM 20          MR. GRABILL:  Good morning, Judge.  Jeremy Grabill for

09:38AM 21  Seacor, O'Brien's and NRC.

09:38AM 22          MR. LYLE:  Good morning, Your Honor.  Michael Lyle for

09:38AM 23  Seacor, O'Brien's and NRC.

09:38AM 24          MR. MILLER:  Good morning, Judge.  Kerry Miller for

09:38AM 25  Transocean.

09:38AM 1        MR. ROBERTS:  Good morning, Judge.  Steve Roberts,

09:38AM 2   Transocean.

09:38AM 3        MR. BRIAN:  Good morning, Your Honor.  Brad Brian,

09:38AM 4   Transocean.

09:38AM 5        THE COURT:  All right.  Thank you very much.

09:38AM 6             Before we get started with the agenda -- and I

09:39AM 7   don't think we'll have a very lengthy meeting this month.

09:39AM 8   Obviously, I've met with liaison counsel in chambers a few

09:39AM 9   minutes to review the agenda.

09:39AM 10            Before we get started, I wanted to introduce our

09:39AM 11  newest district court judge who is sitting in observing, so we

09:39AM 12  all have to be on our best behavior this morning,

09:39AM 13  Judge Jane Triche Milazzo.

09:39AM 14       JUDGE MILAZZO:  Good morning.  Good morning.

09:39AM 15       THE COURT:  Judge Milazzo eventually will be right

09:39AM 16  across the hall, right, Jane?

09:39AM 17       JUDGE MILAZZO:  Right across the hall.

09:39AM 18       THE COURT:  She will be a close neighbor of ours.

09:39AM 19            All right.  Let's go down.  Obviously, we've had a

09:39AM 20  lot of activity in the case since we were here last month.  I'm

09:39AM 21  not going to read all the Pretrial Orders, but it looks like we

09:39AM 22  issued some 10 or 11 different major orders, pretrial orders and

09:40AM 23  other orders, including, of course, the two dealing with the B3

09:40AM 24  and B4 master complaints, the motions to dismiss those master

09:40AM 25  complaints.

09:40AM 1    The Court still has several other pending motions
09:40AM 2 to dismiss master complaints, various pleading bundles, under
09:40AM 3 advisement, and we're going to get those out in due course.
09:40AM 4    Mr. Langan, do you want to make the report on the
09:40AM 5 Conditional Transfer Orders?
09:40AM 6    MR. LANGAN:  Yes, Your Honor.  Andy Langan for BP.
09:40AM 7    Your Honor, since our September 13th report, the
09:40AM 8 Panel has issued three new conditional transfer orders applicable
09:40AM 9 to six new cases.
09:40AM 10    In addition to that, just to hit the highlights,
09:40AM 11 the Panel issued an order on October 6th -- or, actually, several
09:40AM 12 orders on October 6th that resolved a number of transfer
09:40AM 13 disputes.  I think the Panel resolved five different motions.
09:40AM 14    In most cases, the Panel has sent additional cases
09:40AM 15 to this MDL.  In one or two, the Panel declined to transfer the
09:41AM 16 cases and sent them back to their transferor districts.
09:41AM 17    As Your Honor knows, those involved individual
09:41AM 18 claims relating to intellectual property issues, relating to
09:41AM 19 technology used to cap the well.  So they're not going to be
09:41AM 20 coming here, but a number of other cases will be.
09:41AM 21    Your Honor, in the meantime, there are still
09:41AM 22 unresolved, I believe, three undecided transfer disputes about
09:41AM 23 Conditional Transfer Orders 31, 32 and 33, that are being briefed
09:41AM 24 or have been briefed.  We expect the Panel to decide those at its
09:41AM 25 December 1st hearing in Savannah, without argument, probably.

09:41AM 1          So that is the -- and we've given you a chart in

09:41AM 2  the report we filed on Tuesday, and that is the state of play

09:41AM 3  with the Panel for MDL-2179.

09:41AM 4      THE COURT:  All right.  As I understand it, your written

09:41AM 5  report said there have been approximately 608 total cases

09:42AM 6  transferred to this MDL and, as a result of certain dismissals,

09:42AM 7  about 536 are currently pending?

09:42AM 8      MR. LANGAN:  That's correct.  Out of that 536,

09:42AM 9  obviously, a large number were originally filed here but are part

09:42AM 10 of the MDL as a result of the operation of local rule.

09:42AM 11     THE COURT:  Right.  Other than those intellectual

09:42AM 12 property type claims, are there any other categories of claims or

09:42AM 13 cases that you're aware of that are not being transferred here by

09:42AM 14 the Panel?

09:42AM 15     MR. LANGAN:  Your Honor, I'm sure there is least one or

09:42AM 16 two other cats and dogs that have not been transferred here for

09:42AM 17 various reasons, but the vast majority have been.  If it touches

09:42AM 18 on the incident or the post-incident response or it involves a

09:42AM 19 VoO claim, all of them have been sent here.

09:42AM 20     THE COURT:  Okay.

09:42AM 21     MR. LANGAN:  Of course, we have 2185.

09:42AM 22     THE COURT:  Sure.  We know those securities claims are

09:43AM 23 not here.

09:43AM 24          Thank you very much.  Mr. Herman or anybody else

09:43AM 25 want to speak to the conditional transfer orders?

09:43AM  1          MR. HERMAN:  No, Your Honor.

09:43AM  2          THE COURT:  All right.  The second item on the agenda is

09:43AM  3  the Status of the State Court Cases.  Actually, it's the third

09:43AM  4  item on the agenda.  Andy, if you would you move that.

09:43AM  5          All right.  Number 3 on the agenda, status of the

09:43AM  6  state cases.

09:43AM  7          MR. LANGAN:  Yes, Your Honor.  Just to hit some high

09:43AM  8  points from our written report, there are 38 cases,

09:44AM  9  approximately, we believe, pending in various state courts,

09:44AM 10  primarily in the Gulf States.

09:44AM 11          Of those 38, we believe 24 of them involve personal

09:44AM 12  injury claims, although most of those are post-incident spill

09:44AM 13  response personal injury claims.

09:44AM 14          As Your Honor knows, a lot of the activity has been

09:44AM 15  occurring in Texas state court cases in Harris County and in

09:44AM 16  Galveston County.  We have been working with Special Master

09:44AM 17  McGovern, as well as Magistrate Judge Shushan, seeking to

09:44AM 18  coordinate discovery to try to get the Texas cases on the same

09:44AM 19  discovery track as MDL-2179.  Also, we're trying to give some

09:44AM 20  attention to trial dates.

09:44AM 21          BP has moved for continuances of a couple of early

09:44AM 22  2012 trial dates in Galveston and Harris County on the theory

09:44AM 23  that if the cases are related to what's going on here, really, we

09:44AM 24  should go first here.  So we may be looking for assistance in

09:45AM 25  that regard at some point from Your Honor.

09:45AM  1      THE COURT:  I believe there has been some success, in my

09:45AM  2  appreciation, with the lawyers handling the so-called *response*

09:45AM  3  *worker claims* in state court in Texas and getting them to

09:45AM  4  participate in and coordinate, particularly with regard to the

09:45AM  5  dispersant cases.

09:45AM  6          But there still are a couple of cases in Texas,

09:45AM  7  which, as I understand it, appear to be moving forward to a trial

09:45AM  8  on individual claims a little ahead of us.

09:45AM  9      MR. LANGAN:  Yes.

09:45AM 10      THE COURT:  One is the *Hebert* case.

09:45AM 11      MR. LANGAN:  It is.  H-E-B-E-R-T, for those not from

09:45AM 12  Louisiana.

09:45AM 13      THE COURT:  That's how we spell Hebert here.  Yes,

09:45AM 14  right.  Not HE-BERT, Mr. Underhill.

09:45AM 15          Mr. Underhill, finally, can you say Michoud now?

09:46AM 16      MR. UNDERHILL:  ME-SHOE (indicating).

09:46AM 17      THE COURT:  So, if necessary, I think, as I told you

09:46AM 18  earlier, that, of course, Professor McGovern has been very

09:46AM 19  helpful in these sorts of things, and I've asked him to continue

09:46AM 20  to do that, but I don't mind picking up the phone and calling

09:46AM 21  these judges in Texas.  If it becomes necessary, I'll be happy to

09:46AM 22  do that and see what I can do.

09:46AM 23      MR. LANGAN:  Understood.  I guess we'll work with

09:46AM 24  Special Master McGovern and Magistrate Judge Shushan, and bring

09:46AM 25  in the heavy artillery if necessary.

09:46AM 1    THE COURT:  I don't know about the *heavy artillery*, but

09:46AM 2  I will be happy to do what I can.

09:46AM 3    MR. LANGAN:  Thank you.

09:46AM 4    THE COURT:  All right.

09:46AM 5    Let's see.  Next is the Status of the Related

09:46AM 6  MDL-2185.

09:46AM 7    MR. LANGAN:  Yes, Your Honor.

09:47AM 8    With respect to MDL-2185, as Your Honor knows, in

09:47AM 9  September, Judge Ellison issued an order on the derivative cases

09:47AM 10  dismissing those cases -- that case, that consolidated complaint

09:47AM 11  on the grounds of *forum non conveniens*, that the case against

09:47AM 12  BP PLC should proceed in the UK.

09:47AM 13    Since that time, the parties are discussing the

09:47AM 14  conditions of that dismissal.  The plaintiffs have filed a piece

09:47AM 15  of paper asking for a number of conditions.  BP is opposing that.

09:47AM 16  So the conditions of dismissal are still under discussion, I

09:47AM 17  guess is the best way I can put it.

09:47AM 18    Then, moving on to the securities case, there is a

09:47AM 19  motion to dismiss there that's fully briefed, and I believe

09:47AM 20  Judge Ellison has set that for argument on November 4th.

09:47AM 21    Then, the last two buckets are the ERISA and

09:47AM 22  dividend suspension cases, and the motions to dismiss in those

09:47AM 23  cases are still being briefed.

09:47AM 24    Then, as Your Honor knows, and we've talked about

09:48AM 25  many times, access to 2179 discovery is routinely made available

09:48AM  1   to the plaintiffs in 2185, and that continues.

09:48AM  2          THE COURT:  Am I correct, do I recall that Judge Ellison

09:48AM  3   has essentially stayed the discovery in 2185 pending resolution

09:48AM  4   of the Rule 12 motions?

09:48AM  5          MR. LANGAN:  That's correct.  They are not proceeding

09:48AM  6   with active discovery, but for the discovery they are getting as

09:48AM  7   a result of these proceedings.

09:48AM  8          THE COURT:  Right.

09:48AM  9          MR. LANGAN:  I want to amend that.  I do believe that,

09:48AM 10   in the dividend case, some narrow discovery may be occurring

09:48AM 11   relating to narrow issues with respect to the suspension of the

09:48AM 12   dividend.  I think I'm right about that.

09:48AM 13          THE COURT:  All right.  Very well.  Does anybody need to

09:48AM 14   speak to the issue of the status of MDL-2185?

09:48AM 15          MR. STRADLEY:  Bill Stradley, Your Honor, for the

09:49AM 16   individual investors in 2185.

09:49AM 17              Counsel is correct about his recitation of the

09:49AM 18   status of things in 2185.  We expect the motion to dismiss in our

09:49AM 19   case and the motion to dismiss with respect to the individual

09:49AM 20   investors and institutional investors, as well, will both be

09:49AM 21   heard on November 4th.

09:49AM 22              The Court is correct in terms of the discovery with

09:49AM 23   those two classes, there is no discovery ongoing.

09:49AM 24          THE COURT:  What class are you in?

09:49AM 25          MR. STRADLEY:  The individual investors.

| | | |
|---|---|---|
| 09:49AM | 1 | THE COURT:  Individual investors? |
| 09:49AM | 2 | MR. STRADLEY:  Yes, sir. |
| 09:49AM | 3 | THE COURT:  That's part of the so-called *securities* |
| 09:49AM | 4 | *litigation*? |
| 09:49AM | 5 | MR. STRADLEY:  That's correct. |
| 09:49AM | 6 | THE COURT:  So there has been no discovery except what |
| 09:49AM | 7 | you've been able to participate in in our MDL, correct? |
| 09:49AM | 8 | MR. STRADLEY:  That's correct. |
| 09:49AM | 9 | THE COURT:  All right.  Any problems or issues? |
| 09:49AM | 10 | MR. STRADLEY:  No, sir. |
| 09:49AM | 11 | THE COURT:  Thank you very much, Mr. Stradley. |
| 09:49AM | 12 | MR. STRADLEY:  Thank you. |
| 09:49AM | 13 | THE COURT:  Number 5, Report on Written and Deposition |
| 09:50AM | 14 | Discovery. |
| 09:50AM | 15 | MR. HAYCRAFT:  Good morning, Your Honor, Don Haycraft |
| 09:50AM | 16 | for BP. |
| 09:50AM | 17 | I'll give my traditional monthly report noting the |
| 09:50AM | 18 | great progress that's been made in written and deposition |
| 09:50AM | 19 | discovery from Phase One and now moving into Phase Two. |
| 09:50AM | 20 | Our report shows that 40 million pages have been |
| 09:50AM | 21 | produced by all the parties.  We're at the 226 deposition mark, |
| 09:50AM | 22 | which is a considerable number of mostly two-day depositions in |
| 09:50AM | 23 | an eight-or-so-month period. |
| 09:50AM | 24 | THE COURT:  When did you all begin? |
| 09:50AM | 25 | MR. HAYCRAFT:  Late January. |

09:50AM 1          THE COURT:  Late January, and you've taken

09:50AM 2  226 depositions.  That is pretty remarkable.  So I congratulate

09:50AM 3  everyone for getting that done.  It's been really amazing, I

09:50AM 4  think, and I'm very pleased with that.

09:50AM 5          MR. HAYCRAFT:  As Your Honor knows, the parties are now

09:50AM 6  in the process of doing deposition designations for Your Honor to

09:51AM 7  have a great amount of deposition testimony ready for you as

09:51AM 8  Phase One trial begins next year.

09:51AM 9              We've marked almost 6500 documents as exhibits,

09:51AM 10 which tells you the length and breadth of this case.

09:51AM 11             As I mentioned last month, expert reports have been

09:51AM 12 provided, and most recently the Rule 14(c) defendants have

09:51AM 13 prepared and produced their expert reports.  One more wave of --

09:51AM 14 and I think it's approximately 60 experts amongst all the parties

09:51AM 15 at this point, so a considerable number of expert reports.

09:51AM 16             We've begun, through Magistrate Judge Shushan's

09:51AM 17 efforts, we're under way with the Phase Two written discovery,

09:51AM 18 and we're beginning to schedule the Phase Two initial wave of

09:51AM 19 30(b)(6) depositions.  So Phase Two will be well under way before

09:51AM 20 very long.

09:52AM 21             As always, the progress that we've made is due in

09:52AM 22 large measure to Judge Shushan, who virtually every week and then

09:52AM 23 several times during the week will assist the parties in

09:52AM 24 resolving their discovery disputes.  We all very much appreciate

09:52AM 25 the Court's efforts in that regard.

09:52AM 1          THE COURT:  All right.  Thank you very much.

09:52AM 2          The weekly meetings that Judge Shushan --

09:52AM 3    Judge Shushan was here earlier in chambers, but she's gone back

09:52AM 4    to prepare for you all in a few minutes, I guess -- but she has

09:52AM 5    done a remarkable job in keeping things on track for everyone,

09:52AM 6    for all of us, and we all appreciate her efforts, I know.

09:52AM 7          Vessels of Opportunity.

09:52AM 8          MR. LANGAN:  Your Honor --

09:52AM 9          THE COURT:  Vessels of Opportunity, or VoO cases.

09:53AM 10         MR. LANGAN:  -- Mr. Herman or the PSC may want to chime

09:53AM 11   in here, too; but, essentially, the parties continue to work on

09:53AM 12   implementing the discovery on the six focus cases that was a part

09:53AM 13   of the CMO that was entered this past summer.

09:53AM 14         We've completed, I believe, about four of the six

09:53AM 15   depositions of the VoO plaintiffs.  We're in the process of

09:53AM 16   scheduling depositions of several BP representatives that the PSC

09:53AM 17   has requested.

09:53AM 18         Also, with respect to the summary judgment brief

09:53AM 19   that the PSC filed on behalf of one of the owners, our response

09:53AM 20   is due on October 27th.  We're going to file that on that day.

09:53AM 21         Then, lastly, with the PSC's consent, we may

09:53AM 22   take -- or ask Your Honor to modify the CMO to allow us some

09:53AM 23   additional time to produce BP's documents relevant to the VoO

09:53AM 24   program.  We're still in discussions about search terms and will

09:53AM 25   likely need a little bit more time.  I will probably propose to

09:54AM 1    resolve that by bringing you a proposed order by consent.

09:54AM 2            THE COURT:  Do you envision that you all would want oral

09:54AM 3    argument on the summary judgment motions on these contract

09:54AM 4    claims?

09:54AM 5            MR. LANGAN:  Really up to Your Honor.  We certainly --

09:54AM 6    that would be fine with us, and we could schedule that at

09:54AM 7    Your Honor's convenience.  So that would be fine.

09:54AM 8            I should also mention the mediation is -- we're

09:54AM 9    launching the mediation program, as well.

09:54AM 10           THE COURT:  We could schedule that -- well, we could

09:54AM 11   always do it earlier, if there is a reason to do it; otherwise,

09:54AM 12   we could do it at our next monthly conference.

09:54AM 13           MR. LANGAN:  November 16th?

09:54AM 14           THE COURT:  16, 18, whatever it is.

09:54AM 15           MR. LANGAN:  November 18th, you're right.

09:54AM 16           THE COURT:  Why don't you talk with opposing counsel

09:54AM 17   about that, and just let us know what your preference is, okay?

09:54AM 18           MR. LANGAN:  Very good.

09:54AM 19           THE COURT:  As I understand it, maybe I can ask

09:54AM 20   Mr. Herman this, too -- thank you, Mr. Langan -- tell us how many

09:55AM 21   VoO claimants do we now have.

09:55AM 22           MR. HERMAN:  Steve Herman for the plaintiffs,

09:55AM 23   Your Honor.

09:55AM 24           We had had a procedure that Your Honor put in place

09:55AM 25   to try to encourage VoO workers who had contract claims, as

09:55AM 1    perhaps distinguished from other types of claims that they might

09:55AM 2    have, to try to get a census.  I believe that, so far, about

09:55AM 3    1600 plaintiff profile forms specifically related to the VoO

09:55AM 4    contract claims have been served.

09:55AM 5           It's our anticipation -- there was a little bit of

09:55AM 6    confusion, so I would mention for anybody listening in the

09:55AM 7    audience, there is a pilot mediation program with the six focus

09:55AM 8    plaintiffs who have specific discovery, and we have the motion

09:55AM 9    for summary judgment.  We hope that by working through those six

09:55AM 10   cases, that will give everyone a lot of guidance.  Then,

09:55AM 11   hopefully, that will lead to the efficient resolution of the

09:55AM 12   other 1600 cases that are out there.

09:55AM 13          THE COURT:  Yes.  I'll mention again, because I think I

09:55AM 14   told you last month, that if at some point, once we work through

09:56AM 15   the legal issues, if at some point we need to expand the

09:56AM 16   mediation program by either enlisting one or two of our

09:56AM 17   magistrates -- I'm not going to ask Judge Shushan to do it

09:56AM 18   because she has enough on her plate, but I could possibly get

09:56AM 19   another magistrate or two to do that, or we could appoint another

09:56AM 20   private mediator or two, if we need to.

09:56AM 21          MR. HERMAN:  Yes, Your Honor.  I think that would be

09:56AM 22   helpful.

09:56AM 23          THE COURT:  Next is the issues pertaining to our status

09:56AM 24   of the Insurance Coverage Cases.

09:56AM 25          MR. LANGAN:  Your Honor, this is a very brief report.

09:56AM 1          With respect to the dec actions brought by

09:56AM 2    Transocean's excess carriers, there is a motion for judgment on

09:56AM 3    the pleadings that was argued last month that's currently under

09:56AM 4    submission, and that's basically what's going on there.

09:56AM 5          Then, with respect to the interpleader actions,

09:56AM 6    responsive pleadings are due on October 28th.

09:56AM 7          THE COURT:  I don't know if you or someone else want to

09:57AM 8    explain to everyone, what are the interpleader actions and how do

09:57AM 9    they fit into what we're doing otherwise here.

09:57AM 10          MR. LANGAN:  I could take a whack at it.  It might be

09:57AM 11   better coming from coverage counsel.

09:57AM 12          THE COURT:  That's fine, whoever would like to do that.

09:57AM 13   Is there someone here that can do that?

09:57AM 14          MR. GILLY:  Good morning, Your Honor.  George Gilly for

09:57AM 15   Transocean's excess underwriters.

09:57AM 16          THE COURT:  Good morning.

09:57AM 17          MR. GILLY:  Those are two interpleaders we filed asking

09:57AM 18   the Court to take control over the determination of when we pay

09:57AM 19   out the funds.

09:57AM 20          It's pretty simple.  We're working through a

09:57AM 21   protocol with all parties that may expedite all of this.

09:57AM 22   Judge Shushan has been very helpful with that.

09:57AM 23          THE COURT:  Well, the problem, and I don't know how big

09:57AM 24   of a problem it is, but she's pointed out to me that she's been

09:58AM 25   trying to help you all deal with this for several months now, and

09:58AM 1    it looks like it's not coming to fruition.  So I just want to see

09:58AM 2    what we can do to help you all get there.

09:58AM 3         MR. GILLY:  There are plenty of folks working on it,

09:58AM 4    Your Honor.  It's a complicated situation.  I think everybody is

09:58AM 5    proceeding in good faith and trying to make things happen.

09:58AM 6         THE COURT:  I'm not suggesting otherwise.

09:58AM 7             Let me ask you this, Mr. Gilly, are these different

09:58AM 8    insurers than the insurers who filed the two dec actions, or are

09:58AM 9    they the same insurers?

09:58AM 10        MR. GILLY:  Your Honor, the interpleader is filed on

09:58AM 11   behalf of the first excess layer only, only.

09:58AM 12        THE COURT:  Remind me who filed the two dec actions.

09:58AM 13        MR. GILLY:  The declaratory judgment actions were filed

09:58AM 14   on behalf of four excess layers.  The interpleaders are filed on

09:58AM 15   behalf of the first one.

09:58AM 16        THE COURT:  What's that layer of coverage?

09:58AM 17        MR. GILLY:  It's 150 million over 65.

09:58AM 18        THE COURT:  I raised this issue earlier, you don't have

09:59AM 19   to give me an answer on it; but I'm wondering why you just don't

09:59AM 20   put up the money and let them fight it out?  It's an issue of

09:59AM 21   where the money goes, right?

09:59AM 22        MR. GILLY:  That's one way of doing it, Your Honor.

09:59AM 23   It's not the only way of doing it.  But that's being considered.

09:59AM 24        THE COURT:  It just strikes me as a simple, clean way to

09:59AM 25   do it; but, you, I'm sure, know more about it than I do at this

09:59AM 1   point.

09:59AM 2          MR. GILLY:  I don't know if I would say that.

09:59AM 3          THE COURT:  I just throw that out as a suggestion to

09:59AM 4   maybe cut through all of this.

09:59AM 5          MR. GILLY:  We're looking into all of that.

09:59AM 6          THE COURT:  I don't want to say 150 million is not a lot

09:59AM 7   of money, but, in this case, it's not a lot of money.

09:59AM 8          MR. GILLY:  It is to our clients.

09:59AM 9          THE COURT:  I'm sure it is.  Thank you, Mr. Gilly.

09:59AM 10         MR. GILLY:  Thank you.

09:59AM 11         THE COURT:  Number 8, it's listed as Status of BOP

09:59AM 12  Testing.  I believe that is actually completed, but there are

10:00AM 13  some related issues.  Mr. Langan?

10:00AM 14         MR. LANGAN:  Yes, Your Honor.  Mr. Gasaway could not be

10:00AM 15  here today, so I'm going to try to do my best imitation.

10:00AM 16              In any event, I guess there is a couple of

10:00AM 17  highlights here.  Number one, earlier this month the custody of

10:00AM 18  the BOP is now under the Court, as opposed to the JIT.

10:00AM 19  Special Master Captain Englebert has been appointed to sort of

10:00AM 20  take that.  I believe the parties are very pleased with the

10:00AM 21  Special Master and her role.  So that's working out great.

10:00AM 22              In addition, I can report that some work on the BOP

10:00AM 23  preservation touch-up has been completed.  There was some issue

10:00AM 24  about what I understand to be degradation of a protective coating

10:00AM 25  on some metal components, but that has been dealt with, I think,

10:00AM 1  satisfactorily.

10:00AM 2       THE COURT:  As I understand it on that issue -- I

10:00AM 3  haven't been out there myself, but my appreciation is the brain,

10:01AM 4  so to speak, of the BOP, the electronics, is stored in a

10:01AM 5  climate-controlled --

10:01AM 6       MR. LANGAN:  Yes.

10:01AM 7       THE COURT:  -- building somewhere out at Michoud, right?

10:01AM 8       MR. LANGAN:  Yes.

10:01AM 9       THE COURT:  But the iron, so to speak, the rest of it,

10:01AM 10  the bulk of it is in a secured but outdoor yard out there; is

10:01AM 11  that right?

10:01AM 12       MR. LANGAN:  Correct.  That's exactly right.

10:01AM 13            So, as to the latter, we've taken steps to try to

10:01AM 14  address any perceived degradation of the metal parts.

10:01AM 15            Again, Your Honor correctly points out, separate

10:01AM 16  and apart from the BOP itself, there is a capping stack that has

10:01AM 17  relevance to the evidence in the case perhaps for later phases,

10:01AM 18  and a --

10:01AM 19       THE COURT:  That's the device that was manufactured at

10:01AM 20  some point and actually used to finally cap or stop the flow.

10:01AM 21       MR. LANGAN:  Correct.  Correct.  That has also been

10:01AM 22  preserved.  An inspection of the capping stack was completed over

10:01AM 23  the course of an entire day on October 19th, with attorneys and

10:02AM 24  experts from various parties, including the PSC and my client,

10:02AM 25  BP, Halliburton, and Cameron were all present.

10:02AM 1              It's possible that there may be additional

10:02AM 2     inspections of the BOP done in accordance with protocol by

10:02AM 3     various parties and their experts over the next week or two.

10:02AM 4              That's the BOP/capping stack report.

10:02AM 5          THE COURT:  All right.  Mr. Underhill.

10:02AM 6          MR. UNDERHILL:  Mike Underhill for the United States.

10:02AM 7              Your Honor, on the Cement Testing, hopefully this

10:02AM 8     will be the last of the cement testing.  This is actually testing

10:02AM 9     that's being performed by the Joint Inspection Team of BOEMRE and

10:02AM 10    the Coast Guard.

10:02AM 11             Your Honor signed an order -- the parties agreed to

10:02AM 12    a testing protocol.  I think Your Honor signed the order about

10:02AM 13    two weeks ago.

10:02AM 14             The chunks -- and for the benefit of those in the

10:02AM 15    courtroom, these were rocks and cement chunks that were found, I

10:02AM 16    believe some of them on the *Damon Bankston,* the supply vessel

10:03AM 17    that was moored to *Deepwater Horizon* at the time of the

10:03AM 18    explosion.  These are being tested, finally, to try to determine

10:03AM 19    if they are rocks, if they are cement; possibly, if they are

10:03AM 20    cement, then try to determine where in the well they came from.

10:03AM 21             As I understand it, there are two different labs

10:03AM 22    that need to do different types of testing.  That has started.  I

10:03AM 23    can't give the Court a completion date, other than to give the

10:03AM 24    Court our assurance that we've told our clients, had them put the

10:03AM 25    pedal to the metal, complete it as soon as possible.  We hope

10:03AM 1    to -- once that is done, the data will be made available to the

10:03AM 2    parties, as with prior testing.

10:03AM 3            THE COURT:  I appreciate that.  I know you have sent the

10:03AM 4    message that we need this sooner rather than later because this

10:03AM 5    has been a long process.  Not that the cement testing is taking

10:03AM 6    that long itself compared to the BOP protocol, but it is

10:03AM 7    important that we get this accomplished.

10:03AM 8            If you could, between now and our next meeting,

10:04AM 9    hopefully either be able to tell us that that's been

10:04AM 10   accomplished, or at least give us a definitive timeline, I would

10:04AM 11   appreciate that.

10:04AM 12           MR. UNDERHILL:  Thank you, Your Honor.  We'll do that.

10:04AM 13           THE COURT:  Thank you.

10:04AM 14           Anybody else need to speak on either issues

10:04AM 15   relating to the BOP, the capping stack, or the cement testing?

10:04AM 16           All right.  Under Number 10, we have a number of

10:04AM 17   Pending Motions.  These are not all the pending motions,

10:04AM 18   obviously, in the case, but these are some that are sort of on

10:04AM 19   the radar screen.

10:04AM 20           We'll talk about (a) in a minute; but, before we

10:04AM 21   get there, I want to deal with the others first.

10:04AM 22           Under 10(b), motions to allow late filed claims in

10:04AM 23   the Transocean limitation action, which is 10 -2771, there are

10:04AM 24   two separate motions, a motion for leave to file limitation short

10:05AM 25   form joinders beyond the April 20th date, which is

10:05AM 1    Record Document 4219; and, there is a separate motion by

10:05AM 2    St. Joe Company to set aside the default and for leave to file a

10:05AM 3    limitation short form joinder, Record Document 4242.

10:05AM 4            My understanding is at this point -- where is

10:05AM 5    Mr. Miller?  There is Mr. Miller.  Why don't you tell us

10:05AM 6    Transocean's position on these at this time.

10:05AM 7         MR. MILLER:  Yes, Your Honor.  Kerry Miller on behalf of

10:05AM 8    Transocean.

10:05AM 9            Transocean has no objection to the Court granting

10:05AM 10   approval for either of the motions.

10:05AM 11           Number one, the motion for leave to file limitation

10:05AM 12   short form joinders, Record Doc 4219, no objection to that.  I

10:05AM 13   think that was a lawyer who filed both claims.  It's one lawyer.

10:05AM 14   He filed claims in time and out of time together.  So we looked

10:06AM 15   at that, and it's not a large number of claims.  It looks like it

10:06AM 16   was done in good faith.  So no objection there.

10:06AM 17           Point number two is the St. Joe Company's unopposed

10:06AM 18   motion to set aside a default, which is a limitation default

10:06AM 19   Your Honor entered last month, and to file a limitation short

10:06AM 20   form joinder.  Again, Transocean has no opposition to that.

10:06AM 21           In connection with that unopposed motion, the

10:06AM 22   St. Joe Company has agreed to dismiss its filing against

10:06AM 23   Transocean pending in state court in Delaware, and has agreed to

10:06AM 24   covenant not to sue Transocean in Delaware, and has agreed to

10:06AM 25   pursue its Macondo *Deepwater Horizon*-related litigation in this

10:06AM 1    MDL proceeding.

10:06AM 2             THE COURT:  All right.  Very well.

10:06AM 3             Does anybody else need to speak to those?

10:06AM 4             All right.  Based on that, I will grant those two

10:06AM 5    motions, Record Document 4219 and Record Document 4242, and allow

10:06AM 6    those late filed claims to be filed and the previous default to

10:07AM 7    be set aside.

10:07AM 8             The matter that's listed as (c), under 10(c), we're

10:07AM 9    not going to take up this morning.  I believe the briefing is not

10:07AM 10   completed on that.  Can someone tell me, remind me, when is the

10:07AM 11   briefing due on that?

10:07AM 12            MR. LANGAN:  Your Honor, Andy Langan for BP.

10:07AM 13            October 24th, Monday, is the due date for our

10:07AM 14   brief.

10:07AM 15            THE COURT:  Is this the one that we indicated we may set

10:07AM 16   for hearing next month?

10:07AM 17            MR. LANGAN:  I think you may have had in mind (d), but

10:07AM 18   we could certainly also do (c), if you want to.

10:07AM 19            THE COURT:  Maybe we'll set both of those.  Unless there

10:07AM 20   is a reason that we need to deal with them earlier, I would just

10:07AM 21   as soon just put them on the agenda again, and handle them with

10:07AM 22   oral argument or without, depending on what you all want, next

10:08AM 23   month, okay?

10:08AM 24            MR. LANGAN:  (c) and (d).

10:08AM 25            THE COURT:  (c) and (d).

10:08AM 1          The same thing for (d), which is Anadarko's Motion

10:08AM 2   in Limine.  That hasn't been briefed or submitted yet, so we'll

10:08AM 3   put that back on the agenda for next month.  Okay?

10:08AM 4          MR. LANGAN:  Very good.

10:08AM 5          THE COURT:  We will set a briefing schedule for

10:08AM 6   oppositions to those motions.  Well, (c), I think, already has a

10:08AM 7   date, but (d) does not.

10:08AM 8          MR. LANGAN:  Your Honor, on (d), if I could -- and,

10:08AM 9   again, this is Mr. Dragna's motion, but I think what we talked

10:08AM 10  about in chambers was setting it for submission and perhaps

10:08AM 11  argument on the 18th of November --

10:08AM 12         THE COURT:  Excuse me.  Mr. Langan, is that the next

10:08AM 13  date?

10:08AM 14         MR. LANGAN:  Friday, November 18th.

10:08AM 15         THE COURT:  Is it November 18th?

10:08AM 16         MR. LANGAN:  Yes.

10:08AM 17         THE COURT:  Okay.

10:08AM 18         MR. LANGAN:  Then, perhaps, having oppositions due seven

10:08AM 19  to 10 days ahead of that.

10:08AM 20         THE COURT:  Let's say 10 days.

10:08AM 21         MR. LANGAN:  10 days ahead of that.

10:08AM 22         THE COURT:  So we'll set that for hearing.  We're

10:08AM 23  talking about (d) now, Anadarko -- is that two motions or one?

10:08AM 24         MR. DRAGNA:  One motion.

10:09AM 25         THE COURT:  It's one motion?

10:09AM 1                    MR. DRAGNA:  Yes, Your Honor.  Jim Dragna for Anadarko.

10:09AM 2                         It's one motion.

10:09AM 3                    THE COURT:  I see two Record Document Numbers there.

10:09AM 4     I'm not sure.

10:09AM 5                    MR. LANGAN:  I think one was a request for oral

10:09AM 6     argument.

10:09AM 7                    THE COURT:  I see.  So it's probably 4319 is the motion.

10:09AM 8                         We will set that motion for hearing with oral

10:09AM 9     argument that's been requested.  Any opposition shall be due

10:09AM 10    10 days prior to November 18th, and we'll take that up then.

10:09AM 11                   MR. LANGAN:  So that must be November 8th, obviously.

10:09AM 12                   THE COURT:  That's what my math says, yes.

10:09AM 13                   MR. LANGAN:  Thank you, Your Honor.

10:09AM 14                   THE COURT:  Thank you.

10:09AM 15                        All right.  And then (e), is a motion by MOEX.  Is

10:09AM 16    counsel here for MOEX?

10:09AM 17                   MR. NIZIALEK:  Your Honor.

10:09AM 18                   THE COURT:  There you are.

10:09AM 19                   MR. NIZIALEK:  Good morning, Your Honor.  Phil Nizialek

10:10AM 20    for MOEX Offshore.

10:10AM 21                        This is a motion for leave for MOEX Offshore to

10:10AM 22    file amended crossclaims.  We believe it to be uncontroversial,

10:10AM 23    Your Honor.  We're amending the crossclaims to delete some

10:10AM 24    parties in light of the BP and Weatherford settlements -- BP

10:10AM 25    settlement with MOEX and the Weatherford settlement.

10:10AM 1          We're not adding any new parties, we're not adding

10:10AM 2   any new causes of action, nor are we alleging any new facts.

10:10AM 3          We have made a diligent effort, Your Honor, to

10:10AM 4   communicate with all the parties who we believe have an interest

10:10AM 5   in this motion.  We have not heard any objections.  In an

10:10AM 6   abundance of caution, we wanted to bring it to the Court today

10:10AM 7   for you to approve it or to hear any objections, if there are

10:10AM 8   any.

10:10AM 9          THE COURT:  All right.  I haven't heard any objections,

10:10AM 10  but I'll just -- thank you very much -- I'll just ask, is there

10:10AM 11  anyone here who wishes to oppose MOEX Offshore's motion to amend

10:10AM 12  their crossclaims, which serves, as I understand, just simply to

10:10AM 13  delete claims against certain parties that have settled out,

10:10AM 14  right?

10:10AM 15         MR. NIZIALEK:  That is correct, Your Honor.

10:10AM 16         THE COURT:  Hearing no objection, I'll grant that

10:11AM 17  motion, which is Record Document 4356.

10:11AM 18         MR. NIZIALEK:  Thank you, Your Honor.

10:11AM 19         THE COURT:  Thank you.

10:11AM 20         All right.  Let's go back up to 10(a), BP's motion

10:11AM 21  for certification of interlocutory appeal under 28 U.S.C.

10:11AM 22  1292(b).

10:11AM 23         Mr. Langan.

10:11AM 24         MR. LANGAN:  Yes, Your Honor.  Thank you for giving us a

10:11AM 25  little bit of time on this.

10:11AM 1        As Your Honor knows, the issue is the B1 order, and

10:11AM 2 the portion of that order, your holding that OPA does not

10:11AM 3 entirely displace general maritime claims versus BP and other

10:11AM 4 responsible parties.

10:11AM 5        You're familiar with the three prongs for 1292(b).

10:11AM 6 There doesn't seem to be any dispute about the first prong, that

10:11AM 7 the holding implicates a controlling question of law.  It is a

10:11AM 8 pure legal issue.

10:11AM 9        So it's our view that if we are correct, that OPA

10:11AM 10 does displace all maritime law claims, all maritime law claims

10:11AM 11 including punitive damages against BP need to be dismissed, and

10:12AM 12 it's a make or break issue.

10:12AM 13        Your Honor, as to the second prong, we do believe

10:12AM 14 there is a substantial ground for disagreement.  Now, the PSC's

10:12AM 15 papers say that this is no contest, it's over, we have no chance,

10:12AM 16 all those sorts of things; but, in fact, with respect,

10:12AM 17 Your Honor's holding on August 26th is counter to the leading

10:12AM 18 cases on this issue about OPA displacement, which is the

10:12AM 19 *South Port Marine* case and the *Gabarick v. Laurin* case.

10:12AM 20        As we said before and we'll say again, there is no

10:12AM 21 other case that holds that OPA does not displace all maritime,

10:12AM 22 including maritime damages.  This is the only one.  So whether

10:12AM 23 you agree with us or not, at a minimum, there is substantial

10:12AM 24 ground for disagreement on this.

10:12AM 25        No published case holds that this Court -- held the

10:12AM 1 way this Court did.  No other court has found partial

10:12AM 2 displacement of OPA of maritime law claims.

10:13AM 3 Your Honor, I also want to mention that the idea

10:13AM 4 that there is only partial displacement by OPA is also a novel

10:13AM 5 holding.  No other court has ever done that.

10:13AM 6 Your Honor, we know that in doing so Your Honor

10:13AM 7 relied on the *Exxon v. Baker*, *Baker v. Exxon* case and the

10:13AM 8 *Townsend* case, but, with respect, we don't think those cases

10:13AM 9 really make a difference here because they don't deal with OPA.

10:13AM 10 They dealt with the Clean Water Act and Exxon's position under

10:13AM 11 the Clean Water Act that punitive damage claims were preempted.

10:13AM 12 That's not the issue here.  I mean, it wasn't dealing with OPA at

10:13AM 13 all.

10:13AM 14 Likewise, the *Townsend* case didn't deal with OPA at

10:13AM 15 all.  It dealt with the Jones Act and the optional remedy that

10:13AM 16 seamen have under the Jones Act.

10:13AM 17 THE COURT:  Let me ask you this, if I might interrupt

10:13AM 18 you, Mr. Langan.  Assuming I agree with you that it's a

10:13AM 19 controlling question of law and that there are substantial

10:13AM 20 grounds for difference of opinion, what about the third prong?

10:14AM 21 Generally, we have a rule in federal court that you

10:14AM 22 can only appeal from a final judgment.  I know there are

10:14AM 23 exceptions to that rule, but that's the general rule.  The

10:14AM 24 exceptions to that rule are very narrow and rare, and it's to

10:14AM 25 prevent a lot of interlocutory appeals where every time a judge

10:14AM 1   issues a ruling there is an appeal, so that the case can proceed

10:14AM 2   in an orderly fashion.

10:14AM 3              How will an immediate appeal materially advance the

10:14AM 4   ultimate termination of this litigation?

10:14AM 5         MR. LANGAN:  Okay, in several respects.  First of all,

10:14AM 6   Your Honor, we counted 72 complaints in the MDL in which maritime

10:14AM 7   law claims were made in one form or another.  In addition to

10:14AM 8   that, we have over 100,000 short form joinders who have checked

10:14AM 9   the box under B1 master complaint that have adopted the maritime

10:15AM 10  law claims that survive.

10:15AM 11             If this case goes to the Court of Appeals, as we've

10:15AM 12  sought, and the Fifth Circuit clarifies the unavailability of

10:15AM 13  punitive damages and the fact that OPA does, in fact, displace

10:15AM 14  all maritime law claims, all those causes of actions and claims

10:15AM 15  will be resolved.

10:15AM 16             Further, let's take a step back here for a second.

10:15AM 17  We do have the GCCF in play.  If claimants no longer have an

10:15AM 18  opportunity for punitive damages, and we think the law says that

10:15AM 19  they should not, against BP and responsible parties, there is no

10:15AM 20  longer any incentive for any of those plaintiffs to do anything

10:15AM 21  except quickly resolve their claims through the responsible

10:15AM 22  party, through the GCCF.  That will terminate the litigation.

10:15AM 23        THE COURT:  Well, it would terminate individual claims

10:15AM 24  within the limitation --

10:15AM 25        MR. LANGAN:  Thousands of them.

10:15AM 1      THE COURT:  Here is what I'm thinking about, though.  I

10:16AM 2 think when we had the oral argument on the motions to dismiss the

10:16AM 3 B1 claim, I asked -- in fact, I think you stood up, my

10:16AM 4 recollection, and you said, we're not here seeking to dismiss the

10:16AM 5 entire case.

10:16AM 6      MR. LANGAN:  True.

10:16AM 7      THE COURT:  My question was, well, then, in other words,

10:16AM 8 regardless of what I do on your motion to dismiss the B1 master

10:16AM 9 complaint, the trial scheduled for February 27th will go on with

10:16AM 10 essentially the same evidence, and you said yes.

10:16AM 11      MR. LANGAN:  Your Honor, and I stand by that.  I stand

10:16AM 12 by that.  But I think --

10:16AM 13      THE COURT:  Well, then, what are we really going to

10:16AM 14 accomplish by allowing an interlocutory -- this is really just an

10:16AM 15 issue of choice of law here.  All I've done, it seems to me, it

10:16AM 16 strikes me, all I've done at this point is to not dismiss certain

10:16AM 17 claims brought by the claimants.  There have been no final

10:16AM 18 rulings, no judgments on liability or damages or anything.  So

10:17AM 19 who knows what's going to unfold later on.

10:17AM 20      It seems to me, if we still have to have the same

10:17AM 21 trial with the same witnesses and the same evidence and the

10:17AM 22 same -- you know, what are we accomplishing?  It almost becomes a

10:17AM 23 distraction.

10:17AM 24      Obviously, you would love to have a final ruling on

10:17AM 25 that, but that could be said about a lot of rulings that we've

10:17AM  1   made and will make in this litigation.

10:17AM  2          MR. LANGAN:  Your Honor, I understand.  Let me try to

10:17AM  3   address the concern you raise.

10:17AM  4          This is not what I will call *a typical commercial*

10:17AM  5   *dispute* or dispute where you have plaintiff versus defendant, two

10:17AM  6   parties, and someone seeking an interlocutory appeal to try to

10:17AM  7   resolve a legal issue.  Okay.

10:17AM  8          This is a case with thousands and thousands and

10:17AM  9   thousands of plaintiffs that filed short form joinders, 72 of

10:17AM 10   them filed complaints with maritime law claims.

10:17AM 11          As to those thousands of people, what we're seeking

10:18AM 12   will, in fact, advance the ultimate termination of the litigation

10:18AM 13   as to them, and that's worth something.  That will resolve claims

10:18AM 14   as to thousands of people, and that's got to be worth something.

10:18AM 15   I think, frankly, in terms of overall case management, it is a

10:18AM 16   very good and achievable goal that ought to be sought.

10:18AM 17          So I don't think we can look at it as like, well,

10:18AM 18   it's not going to change the trial, so, therefore, what's the big

10:18AM 19   deal.  It will materially advance the termination of the

10:18AM 20   litigation of thousands of claimants.

10:18AM 21          THE COURT:  Okay.

10:18AM 22          MR. LANGAN:  So, Your Honor, if you're satisfied on

10:18AM 23   prongs one and two, that's what I have on three.  It will

10:18AM 24   materially terminate the litigation for thousands of claimants.

10:18AM 25          THE COURT:  All right.  Thank you very much.

10:18AM 1           MR. LANGAN:  Thank you.

10:18AM 2           THE COURT:  Okay.

10:18AM 3           MS. CABRASER:  Good morning, Your Honor,

10:18AM 4     Elizabeth Cabraser for plaintiffs.

10:18AM 5           THE COURT:  Good morning.

10:18AM 6           MS. CABRASER:  You have our brief in opposition.  I

10:18AM 7     won't repeat those points, but will make a couple of observations

10:19AM 8     with respect to the Supreme Court decisions that we cited for the

10:19AM 9     proposition that there really is no substantial ground for

10:19AM 10    difference of opinion about this question of law in that the law,

10:19AM 11    like time, does not flow backwards.

10:19AM 12          We now have the benefit of three Supreme Court

10:19AM 13    decisions, *Exxon Shipping*, *Townsend,* and the *American Electric*

10:19AM 14    *Power* case, that reflect the Supreme Court's views on preemption,

10:19AM 15    the preemption issue, particularly with respect, in the first two

10:19AM 16    cases, to General Maritime Law.

10:19AM 17          The question in *Exxon Shipping* on whether or not

10:19AM 18    the Clean Water Act preempted General Maritime Law was the

10:19AM 19    question on which the court was unanimous, 8 to 0.

10:19AM 20    *Exxon Shipping* is a highly fractured decision, but not on that

10:20AM 21    point.  The question was clear, is there preemption where the

10:20AM 22    statute made no provision for punitive damages, and the answer

10:20AM 23    was clear, the answer is no.

10:20AM 24          Now, we know that OPA was not expressly before the

10:20AM 25    Supreme Court in *Exxon Shipping* because OPA was enacted in the

10:20AM 1  aftermath of the *Exxon Valdez*, but it is reasonable to assume

10:20AM 2  that the Supreme Court was very much aware of OPA and would not

10:20AM 3  have spent over 25 pages on the most detailed, comprehensive and

10:20AM 4  articulate establishment of federal common law on punitive

10:20AM 5  damages if that federal common law had been preempted.

10:20AM 6         We do know that the Ninth Circuit in the case below

10:20AM 7  on *Exxon Valdez* was very much aware of OPA and expressly

10:20AM 8  discussed OPA in the same context as it discussed the claim that

10:20AM 9  there was preemption under the Trans-Alaska Pipeline

10:21AM 10  Authorization Act, TAPAA.  I think, Your Honor, we didn't cite

10:21AM 11  that decision in our brief, but the pin cite to that is

10:21AM 12  270 F.3d at 1246.  So there is some indication, because it was

10:21AM 13  part of the record before the Supreme Court, that OPA was in

10:21AM 14  play.

10:21AM 15         Again, why issue that far-ranging decision on

10:21AM 16  damages, the availability and standards for punitive damages

10:21AM 17  under General Maritime Law, if they had been preempted.

10:21AM 18         On the point as to whether immediate appeal will

10:21AM 19  materially advance the ultimate termination of the litigation,

10:21AM 20  *Exxon Shipping* also had something to say about that.  We say it

10:21AM 21  is the progress of the trial in this case that will most

10:21AM 22  materially advance this case toward its ultimate resolution.

10:22AM 23         The Supreme Court, in *Exxon Shipping*, made an

10:22AM 24  unusual statement of commendation for the case management

10:22AM 25  techniques utilized by the district court in *Exxon Valdez*,

10:22AM  1    Judge Holland.  It criticized the Ninth Circuit for giving what
10:22AM  2    it called *short shrift to the district court's commendable*
10:22AM  3    *management of this gargantuan litigatio*n.  This passage is at
10:22AM  4    554 US, page 487, Footnote 6.

10:22AM  5            The Supreme Court described how Judge Holland
10:22AM  6    managed that case.  He did not allow pretrial motions and summary
10:22AM  7    judgment motions to disrupt the progress of that case toward
10:22AM  8    trial.

10:22AM  9            In fact, the Supreme Court commends the district
10:22AM 10    court for managing -- for, quote, managing a motions industry
10:23AM 11    that threatens to halt progress completely.  The Supreme Court
10:23AM 12    concluded, quote, the district court's sensible efforts to impose
10:23AM 13    order upon the issues in play and the progress of the trial
10:23AM 14    deserve our respect, close quote.

10:23AM 15            Your Honor, when the Supreme Court decided
10:23AM 16    *Exxon Valdez* in 2008, it knew that the case had been pending for
10:23AM 17    nearly 20 years.  It also knew that most of that time had been
10:23AM 18    spent in the courts of appeal post-trial, because it was caught
10:23AM 19    in the flux of changing law on punitive damages, changing law
10:23AM 20    that the Supreme Court itself was changing and which it settled
10:23AM 21    in *Exxon Valdez*.

10:23AM 22            So the Supreme Court's commendation and expression
10:23AM 23    of respect for the district court in doing its part to make sure
10:23AM 24    the case progressed toward ultimate resolution resonates here.
10:24AM 25    That is what this Court can and should do, we submit, to make

10:24AM 1  sure this Court -- this case progresses as rapidly.

10:24AM 2  The conduct of the defendants is at issue in the

10:24AM 3  phases of the trial this Court set forth in Pretrial Order 41.

10:24AM 4  Neither the scope nor character of the evidence or the

10:24AM 5  determination of that conduct is changed by Your Honor's order on

10:24AM 6  the point that BP wishes to challenge.  That would interrupt the

10:24AM 7  trial and, I think, run counter to the Supreme Court's --

10:24AM 8  THE COURT:  Can you respond specifically to Mr. Langan's

10:24AM 9  argument of how he feels the ultimate termination of the

10:24AM 10  litigation would be advanced because of the tens of thousands of

10:24AM 11  claims that he believes would potentially be kicked out if the

10:24AM 12  ruling went the other way?

10:25AM 13  MS. CABRASER:  Your Honor, we don't see it that way

10:25AM 14  because those persons and those claims are before the Court, in

10:25AM 15  whole or in large part, whether the extraordinary claim that BP

10:25AM 16  is making of OPA preemption is ultimately decided in its favor or

10:25AM 17  not.  They are against the trend on that.  They would have to

10:25AM 18  buck the trend.  I think it's unlikely.

10:25AM 19  I think when we try to manage cases, we try to be

10:25AM 20  predictive.  The most likely outcome from everything we know from

10:25AM 21  the Supreme Court is that there will be punitive damages under

10:25AM 22  General Maritime Law; but, whether there are or not, those

10:25AM 23  persons and entities who are plaintiffs and claimants are before

10:25AM 24  this Court, and they have an interest in this Court's

10:25AM 25  determination with respect to the conduct of the defendants and

10:25AM 1   their relative fault either way.

10:25AM 2               It's going to be based on the same evidence.  It's

10:26AM 3   going to be based on the same proceedings and the same discovery,

10:26AM 4   including those over 200 depositions and 40 million documents

10:26AM 5   that the parties have been very hard and attentively at work

10:26AM 6   gathering so that this case can go to trial in February of next

10:26AM 7   year.

10:26AM 8               THE COURT:  Thank you very much.

10:26AM 9               Mr. Langan, did you want to add anything?

10:26AM 10              MR. LANGAN:  Your Honor, briefly, and this really

10:26AM 11  relates to the second prong which Ms. Cabraser addressed.

10:26AM 12              On the *Exxon Shipping* case, it's very important to

10:26AM 13  realize that OPA was not discussed at all by the Supreme Court.

10:26AM 14  The silence on OPA was conspicuous.  The Supreme Court limits

10:26AM 15  itself to the law at issue, and OPA was simply not at issue

10:26AM 16  there.

10:26AM 17              Secondly, I want to mention that --

10:26AM 18              THE COURT:  I presume that's because they were dealing

10:26AM 19  with the claims arising out of *Exxon Valdez*, which obviously had

10:26AM 20  occurred before the law passed.

10:26AM 21              MR. LANGAN:  Absolutely.

10:26AM 22              The most recent pronouncement from the court on

10:26AM 23  this is *American Electric Power*.  There are a couple things that

10:27AM 24  are very important about *American Electric Power*.

10:27AM 25              Number one, the court said that legislative

10:27AM 1   displacement of federal common law does not require the same sort

10:27AM 2   of evidence of clear or manifest Congressional purpose demanded

10:27AM 3   for state preemption, preemption of state law.  Furthermore, AEP

10:27AM 4   reaffirms the 1981 decision in *City of Milwaukee*.

10:27AM 5          Now, the PSC tells you in their papers that

10:27AM 6   *Milwaukee* is really a dead letter; but, in AEP, this year the

10:27AM 7   Court affirmed *Milwaukee I* and says that it doesn't require the

10:27AM 8   same sort of evidence of clear and manifest Congressional

10:27AM 9   purpose.  So I think AEP is worth a look for that reason alone.

10:27AM 10         Thank you, Your Honor.

10:27AM 11         THE COURT:  Thank you very much.

10:27AM 12         I have given this a lot of thought.  Obviously,

10:27AM 13  I've read the briefs and now heard the arguments.  I'm going to

10:27AM 14  assume, for the sake of argument's sake of today, that the

10:28AM 15  movant, BP, has made satisfactory showing that there is a

10:28AM 16  controlling issue of law involved and that there is a substantial

10:28AM 17  ground for difference of opinion about the question of law.

10:28AM 18         But I think where this motion fails is on the third

10:28AM 19  prong, that the third requirement for an interlocutory appeal

10:28AM 20  under 1292(b) is that an immediate appeal will materially advance

10:28AM 21  the ultimate termination of this litigation.

10:28AM 22         For the reasons I've stated, it just seems to me

10:28AM 23  that, obviously, this is not going to terminate the entire case,

10:28AM 24  regardless of what the circuit would do, and it would not even

10:28AM 25  terminate -- I mean, it would not require a different trial with

10:28AM 1    different parties and different issues.  So, essentially, we

10:29AM 2    would have the same trial with the same evidence and the same

10:29AM 3    witnesses that needs to go forward beginning in February.

10:29AM 4             So, for those reasons, I'm going to deny the motion

10:29AM 5    by BP for the interlocutory appeal.

10:29AM 6             There was a related -- I don't know if this is a

10:29AM 7    separate motion or just a brief filed.  Is Mr. Kanner here?

10:29AM 8             Mr. Kanner, I'm sorry, I overlooked your motion

10:29AM 9    here, but it really wasn't a separate motion.  You filed a brief

10:29AM 10   in support of the defendant's motion for certification?

10:29AM 11            MR. KANNER:  Correct, Your Honor.

10:29AM 12            THE COURT:  You didn't bring it as a separate motion,

10:29AM 13   right?

10:29AM 14            MR. KANNER:  Correct.

10:29AM 15            THE COURT:  So my ruling obviously applies to your

10:29AM 16   issues, too.

10:29AM 17            Before we adjourn, I just want to make a couple of

10:30AM 18   comments.  We're about finished, but, we have had a group

10:30AM 19   meeting, and I know Judge Shushan has, too, and I've participated

10:30AM 20   in some of those meetings about the trial plan.  Then we had a

10:30AM 21   small group that met last week to talk about -- actually, it was

10:30AM 22   this week, it was Monday, to meet with some vendors that will

10:30AM 23   help us with the electronics during this trial.

10:30AM 24            Just to keep everybody apprised of what's going on,

10:30AM 25   no final decisions have been made on that yet, but I did get the

10:30AM 1    first test deposition of Mr. Hayward, which is submitted in an

10:30AM 2    electronic version of the deposition.  I think it's, hopefully,

10:30AM 3    going to work very well.

10:30AM 4         I don't know if everybody is familiar with what

10:30AM 5    we're talking about, but the depositions will be -- there will be

10:31AM 6    a large number of depositions that we anticipate will be admitted

10:31AM 7    into evidence in this case.  The idea is to do this all

10:31AM 8    paperlessly.  We will have the depositions submitted to the Court

10:31AM 9    in electronic format, and then, within the electronic deposition,

10:31AM 10   there will be hyperlinks to both objections that I could click on

10:31AM 11   and see who is making the objection and the basis of the

10:31AM 12   objection, and then, if I want to, rule on it right there.

10:31AM 13        I'm not promising when or if I'll rule on every

10:31AM 14   objection made, but it's there if I need to.

10:31AM 15        Then, there will also be hyperlinks to, more

10:31AM 16   importantly, the exhibits that are referenced or referred to in

10:31AM 17   that witness' testimony.  As I appreciate it, they will take me

10:31AM 18   either to the entire exhibit or to the highlighted portion of the

10:31AM 19   exhibit that is pertinent to that part of the deposition.

10:31AM 20        So those of you who worked on getting that software

10:32AM 21   created, it's pretty neat, and hopefully it will work.  It looks

10:32AM 22   like it will.

10:32AM 23        I know you all have had some discussions with

10:32AM 24   Judge Shushan about the two-page summaries, and I think she

10:32AM 25   relayed my thoughts or feedback from me on those.

10:32AM 1          MR. LANGAN:  Your Honor, she did last Friday.  Thank

10:32AM 2   you.

10:32AM 3          THE COURT:  So hopefully that will help you all going

10:32AM 4   forward.

10:32AM 5          I can't say that I'm looking forward to reading 150

10:32AM 6   depositions, but I do think that the technology is going to help

10:32AM 7   us make this case work, this trial work, hopefully.

10:32AM 8          We also talked about having -- this courthouse does

10:32AM 9   not have wi-fi in it, except in certain limited places.  There is

10:32AM 10  none in this courtroom.  But the plan is to have wi-fi installed

10:33AM 11  in the courtroom.  Lawyers will be able to access that with a

10:33AM 12  password, either in the courtroom or in other locations.

10:33AM 13         If there is a vacant courtroom available somewhere

10:33AM 14  at the time of the trial, we'll try to have -- if we need one, we

10:33AM 15  could even have an overflow courtroom, where not only audio would

10:33AM 16  be piped in, but video, too, could be piped in, and the

10:33AM 17  electronic exhibits and all of that.  So somebody could actually

10:33AM 18  follow the trial in another location within the courthouse.  That

10:33AM 19  cannot be transmitted outside of the courthouse because of

10:33AM 20  policies by the federal judiciary up in Washington on high.  So

10:33AM 21  we're going to try to facilitate whatever needs you folks have

10:34AM 22  electronic-wise.

10:34AM 23         We are also trying to find space within the

10:34AM 24  courthouse complex so that the parties will have some sort of a

10:34AM 25  war room.  I can't promise you what space is going to be

10:34AM 1   available because things are in flux here with new judges coming

10:34AM 2   on and people who are moving and different things.  So we'll have

10:34AM 3   to see what's available, but we'll try to accommodate you as best

10:34AM 4   we can.

10:34AM 5              I raised this issue, whether some of the witnesses

10:34AM 6   may need to be or there may be a wish to present some of the

10:34AM 7   testimony by video conferencing equipment, which we have the

10:34AM 8   facility to do here in the courtroom.  We just have to set the

10:34AM 9   equipment up.

10:34AM 10             So those are things we're looking into and thinking

10:34AM 11  about.  If either the defense liaison or plaintiffs' liaison or

10:35AM 12  committees have any suggestions or requests in terms of trial

10:35AM 13  technology or things that you think would be helpful,

10:35AM 14  Judge Shushan and I are willing to work on that and try to

10:35AM 15  accommodate you, if we can.

10:35AM 16             All right.  Does anybody have anything else, first

10:35AM 17  of all, before we adjourn?

10:35AM 18             Our next status conference here in court is Friday,

10:35AM 19  November 18th, at 9:30 a.m., central time.

10:35AM 20             I want to thank counsel, again, for your continued

10:35AM 21  cooperation with each other.  Almost invariably, I get good

10:35AM 22  reports from Judge Shushan, who meets with you all weekly, that

10:35AM 23  there is a lot of cooperation.  Everybody is acting in a very

10:35AM 24  professional manner, and I appreciate that very much.  We'll see

10:35AM 25  everybody next month.

10:35AM

1          THE DEPUTY CLERK:  All rise.

2          (WHEREUPON, at 10:35 a.m., the proceedings were

3   concluded.)

4                        *    *    *

5

6

7

8

9                   REPORTER'S CERTIFICATE

10

11     I, Cathy Pepper, Certified Realtime Reporter, Registered

12   Merit Reporter, Certified Court Reporter of the State of

13   Louisiana, Official Court Reporter for the United States District

14   Court, Eastern District of Louisiana, do hereby certify that the

15   foregoing is a true and correct transcript, to the best of my

16   ability and understanding, from the record of the proceedings in

17   the above-entitled and numbered matter.

18

19

20                              *s/Cathy Pepper*
                                _____

21                              Cathy Pepper, CRR, RMR, CCR
                                Certified Realtime Reporter
22                              Official Court Reporter
                                United States District Court
23                              Cathy_Pepper@laed.uscourts.gov

24

25

**0**

**0** [1] - 45:19

**1**

**10** [7] - 17:22, 34:16,
34:23, 37:19, 37:20,
37:21, 38:10
**10(A** [1] - 12:2
**10(a** [1] - 39:20
**10(b** [1] - 34:22
**10(c** [1] - 36:8
**10(C).........................**
**.........................** [1] -
11:21
**10-2179** [1] - 13:11
**10-2771....................**
**.....** [1] - 11:16
**10-MD-2179** [1] - 1:7
**100** [2] - 2:23, 3:15
**100,000** [1] - 42:8
**1000** [2] - 2:4, 8:19
**10003** [1] - 3:4
**1001** [1] - 6:10
**10036** [1] - 8:12
**101** [1] - 4:11
**10153** [1] - 9:12
**10:35** [1] - 55:2
**11** [1] - 17:22
**1100** [3] - 4:15, 6:7,
8:15
**12** [1] - 23:4
**1201** [1] - 7:14
**1246** [1] - 46:12
**1292(b** [1] - 50:20
**1292(b)** [2] - 39:22,
40:5
**1292(B).........................**
**..** [1] - 12:3
**13** [1] - 5:5
**1300** [2] - 7:23, 9:9
**1331** [1] - 7:17
**13th** [1] - 18:7
**14(c** [1] - 25:12
**150** [3] - 30:17, 31:6,
53:5
**1540** [1] - 8:12
**16** [1] - 27:14
**1600** [3] - 9:20, 28:3,
28:12
**1601** [1] - 2:12
**1615** [1] - 7:23
**1665** [1] - 7:17
**16th** [1] - 27:13
**17** [1] - 11:5
**1700** [1] - 7:14
**18** [2] - 11:6, 27:14

**188** [1] - 3:8
**18TH** [1] - 12:6
**18th** [6] - 27:15, 37:11,
37:14, 37:15, 38:10,
54:19
**1981** [1] - 50:4
**19th** [1] - 32:23
**1st** [1] - 18:25

**2**

**20** [4] - 1:6, 11:7,
13:13, 47:17
**200** [1] - 49:4
**2000** [2] - 4:22, 8:24
**20005** [1] - 9:9
**20006** [1] - 8:8
**20044** [1] - 5:23
**2007** [1] - 8:11
**2008** [1] - 47:16
**2010** [2] - 1:6, 13:13
**2011** [2] - 1:8, 13:2
**2012** [1] - 20:22
**2020** [1] - 8:8
**20th** [1] - 34:25
**21** [2] - 1:8, 13:2
**2179** [1] - 22:25
**2185** [6] - 10:3, 19:21,
23:1, 23:3, 23:16,
23:18
**22** [1] - 11:8
**226** [2] - 24:21, 25:2
**23** [1] - 3:15
**23510** [1] - 2:5
**24** [2] - 11:9, 20:11
**24th** [1] - 36:13
**25** [1] - 46:3
**255** [1] - 3:11
**26** [1] - 11:10
**26th** [1] - 40:17
**270** [1] - 46:12
**275** [1] - 2:15
**27708** [1] - 10:9
**2771** [1] - 34:23
**27th** [2] - 26:20, 43:9
**28** [3] - 11:11, 12:3,
39:21
**28th** [1] - 29:6
**2929** [1] - 9:24
**29TH** [1] - 2:15

**3**

**3** [2] - 2:23, 20:5
**30(b)(6** [1] - 25:19
**300** [1] - 7:4
**31** [2] - 11:12, 18:23
**3100** [1] - 8:15

**3102** [1] - 4:15
**316** [1] - 2:8
**32** [1] - 18:23
**32502** [1] - 2:9
**33** [2] - 11:13, 18:23
**33134** [1] - 3:12
**34** [2] - 11:14, 11:15
**3450** [1] - 10:4
**35** [2] - 11:17, 11:18
**355** [2] - 6:14, 8:4
**35TH** [1] - 6:14
**36** [2] - 11:19, 11:21
**36013** [1] - 3:23
**36130** [1] - 5:9
**365** [1] - 8:24
**36604** [1] - 2:12
**3668** [1] - 1:19
**36TH** [1] - 6:6
**37** [1] - 11:22
**3700** [1] - 6:10
**3715** [1] - 5:5
**38** [4] - 11:23, 11:24,
20:8, 20:11
**39** [2] - 12:1, 12:2
**39201** [1] - 3:8

**4**

**4** [1] - 2:22
**40** [2] - 24:20, 49:4
**4000** [1] - 8:19
**41** [1] - 48:3
**4160** [1] - 3:22
**4219** [4] - 11:19, 35:1,
35:12, 36:5
**4219.........................**
**.......** [1] - 11:17
**4242** [2] - 35:3, 36:5
**4242.........................**
**.......** [2] - 11:18,
11:20
**42ND** [1] - 9:24
**4310** [1] - 2:19
**4319** [1] - 38:7
**435** [1] - 4:11
**4356** [1] - 39:17
**4356......** [1] - 12:1
**4400** [1] - 8:4
**450** [1] - 5:18
**4800** [1] - 9:16
**487** [1] - 47:4
**4th** [2] - 22:20, 23:21

**5**

**5** [1] - 24:13
**500** [3] - 5:9, 10:4,
10:15

**5000** [1] - 6:24
**501** [1] - 4:7
**504** [1] - 10:16
**51** [1] - 12:4
**519** [1] - 4:4
**536** [2] - 19:7, 19:8
**5395** [1] - 5:18
**54** [1] - 12:5
**546** [1] - 7:9
**554** [1] - 47:4
**556** [1] - 1:19
**589-7779** [1] - 10:16

**6**

**6** [1] - 47:4
**60** [1] - 25:14
**600** [3] - 2:8, 4:18,
9:20
**60654** [1] - 7:5
**608** [1] - 19:5
**618** [1] - 3:18
**65** [1] - 30:17
**6500** [1] - 25:9
**6th** [2] - 18:11, 18:12

**7**

**700** [1] - 3:4
**70037** [1] - 3:15
**70058** [1] - 5:5
**701** [3] - 5:13, 6:24,
9:16
**70112** [2] - 4:23, 7:23
**70113** [1] - 1:23
**70130** [5] - 4:19, 5:14,
7:9, 8:25, 10:15
**70139** [2] - 6:25, 9:17
**70163** [2] - 6:7, 8:16
**70360** [1] - 4:11
**70501** [1] - 9:21
**70502** [1] - 1:20
**70601** [1] - 4:8
**70726** [1] - 4:4
**70801** [1] - 3:19
**72** [2] - 42:6, 44:9
**75219** [1] - 4:15
**75270** [1] - 7:14
**7611** [1] - 5:23
**767** [1] - 9:12
**77002** [3] - 6:11, 8:20,
10:5
**77006** [1] - 2:19
**77010** [1] - 7:18
**77019** [1] - 9:25
**777** [1] - 3:8
**78257** [1] - 2:23
**7TH** [1] - 5:18

**8**

**8** [2] - 31:11, 45:19
**820** [1] - 1:22
**8397** [1] - 3:15
**8th** [1] - 38:11

**9**

**900** [1] - 9:9
**90071** [2] - 6:15, 8:4
**90362** [1] - 10:8
**909** [1] - 4:22
**94102** [1] - 5:19
**94111** [1] - 2:16
**999** [1] - 2:4
**9:30** [3] - 1:8, 12:6,
54:19
**9TH** [1] - 4:18

**A**

**a.m** [2] - 54:19, 55:2
**A.M** [2] - 1:8, 12:6
**ability** [1] - 55:16
**able** [3] - 24:7, 34:9,
53:11
**above-entitled** [1] -
55:17
**absolutely** [1] - 49:21
**abundance** [1] - 39:6
**access** [2] - 22:25,
53:11
**accommodate** [2] -
54:3, 54:15
**accomplish** [1] -
43:14
**accomplished** [2] -
34:7, 34:10
**accomplishing** [1] -
43:22
**accordance** [1] - 33:2
**achievable** [1] - 44:16
**Act** [6] - 41:10, 41:11,
41:15, 41:16, 45:18,
46:10
**acting** [1] - 54:23
**ACTION** [2] - 1:7,
11:16
**action** [2] - 34:23,
39:2
**actions** [7] - 29:1,
29:5, 29:8, 30:8,
30:12, 30:13, 42:14
**active** [1] - 23:6
**activity** [2] - 17:20,
20:14

**add** [1] - 49:9
**adding** [2] - 39:1
**addition** [3] - 18:10, 31:22, 42:7
**additional** [3] - 18:14, 26:23, 33:1
**address** [2] - 32:14, 44:3
**addressed** [1] - 49:11
**adjourn** [2] - 51:17, 54:17
**admitted** [1] - 52:6
**adopted** [1] - 42:9
**advance** [6] - 42:3, 44:12, 44:19, 46:19, 46:22, 50:20
**advanced** [1] - 48:10
**advisement** [1] - 18:3
**AEP** [3] - 50:3, 50:6, 50:9
**affirmed** [1] - 50:7
**aftermath** [1] - 46:1
**AGENDA** [1] - 11:3
**agenda** [7] - 17:6, 17:9, 20:2, 20:4, 20:5, 36:21, 37:3
**ago** [1] - 33:13
**agree** [2] - 40:23, 41:18
**agreed** [4] - 33:11, 35:22, 35:23, 35:24
**ahead** [3] - 21:8, 37:19, 37:21
**AL** [3] - 2:12, 3:23, 5:9
**ALABAMA** [1] - 5:7
**Alabama** [2] - 13:23, 14:22
**ALAN** [1] - 7:17
**Alan** [1] - 15:25
**Alaska** [1] - 46:9
**ALHAMBRA** [1] - 3:11
**ALL** [1] - 1:10
**ALLAN** [1] - 5:12
**alleging** [1] - 39:2
**ALLEN** [4] - 3:21, 6:14, 9:24, 10:4
**ALLOW** [1] - 11:15
**allow** [4] - 26:22, 34:22, 36:5, 47:6
**allowing** [1] - 43:14
**almost** [3] - 25:9, 43:22, 54:21
**alone** [1] - 50:9
**ALPHONSO** [1] - 3:7
**ALSO** [1] - 10:11
**ALVAREZ** [1] - 4:22
**amazing** [1] - 25:3
**amend** [2] - 23:9, 39:11

**amended** [1] - 38:22
**AMENDED** [1] - 11:24
**amending** [1] - 38:23
**AMERICA** [7] - 5:21, 6:17, 6:17, 6:18, 6:19, 6:21, 6:22
**American** [3] - 45:13, 49:23, 49:24
**amount** [1] - 25:7
**ANADARKO** [2] - 7:20, 7:21
**Anadarko** [5] - 16:3, 16:5, 16:16, 37:23, 38:1
**Anadarko's** [1] - 37:1
**ANADARKO'S** [1] - 11:22
**anchoring** [1] - 15:16
**AND** [5] - 5:3, 6:4, 9:7, 11:9, 11:19
**ANDREW** [1] - 7:3
**Andy** [4] - 15:20, 18:6, 20:4, 36:12
**ANGELES** [2] - 6:15, 8:4
**answer** [3] - 30:19, 45:22, 45:23
**anticipate** [1] - 52:6
**anticipation** [1] - 28:5
**ANTONIO** [1] - 2:23
**apart** [1] - 32:16
**APPEAL** [1] - 12:3
**appeal** [10] - 39:21, 41:22, 42:1, 42:3, 44:6, 46:18, 47:18, 50:19, 50:20, 51:5
**APPEAL....** [1] - 12:4
**Appeals** [1] - 42:11
**appeals** [1] - 41:25
**appear** [1] - 21:7
**APPEARANCES** [10] - 1:15, 2:1, 3:1, 4:1, 5:1, 6:1, 7:1, 8:1, 9:1, 10:1
**applicable** [1] - 18:8
**applies** [1] - 51:15
**appoint** [1] - 28:19
**appointed** [1] - 31:19
**appreciate** [5] - 25:24, 26:6, 34:3, 34:11, 52:17, 54:24
**appreciation** [2] - 21:2, 32:3
**apprised** [1] - 51:24
**approval** [1] - 35:10
**approve** [1] - 39:7
**April** [2] - 13:13, 34:25
**APRIL** [1] - 1:6
**AREAUX** [1] - 8:14
**argued** [1] - 29:3

**argument** [9] - 18:25, 22:20, 27:3, 36:22, 37:11, 38:6, 38:9, 43:2, 48:9
**argument's** [1] - 50:14
**arguments** [1] - 50:13
**arising** [1] - 49:19
**articulate** [1] - 46:4
**artillery** [2] - 21:25, 22:1
**ASBILL** [1] - 6:9
**aside** [3] - 35:2, 35:18, 36:7
**assist** [1] - 25:23
**assistance** [1] - 20:24
**assume** [2] - 46:1, 50:14
**assuming** [1] - 41:18
**assurance** [1] - 33:24
**AT** [1] - 12:6
**attention** [1] - 20:20
**attentively** [1] - 49:5
**ATTORNEY** [1] - 5:7
**attorneys** [1] - 28:7
**audience** [1] - 28:7
**audio** [1] - 53:15
**August** [1] - 40:17
**Authorization** [1] - 46:10
**availability** [1] - 46:16
**available** [5] - 22:25, 34:1, 53:13, 54:1, 54:3
**AVENUE** [8] - 1:22, 4:4, 4:15, 5:9, 5:18, 6:14, 8:4, 9:12
**AVIATION** [1] - 9:14
**aware** [3] - 19:13, 46:2, 46:7

# B

**B1** [4] - 40:1, 42:9, 43:3, 43:8
**B3** [1] - 17:23
**B4** [1] - 17:24
**BABIUCH** [1] - 7:4
**backwards** [1] - 45:11
**Baker** [2] - 41:7
**Bankston** [1] - 33:16
**BARBIER** [1] - 1:13
**BARON** [1] - 4:13
**BARR** [2] - 2:8, 14:11
**Barr** [1] - 14:11
**Barrow** [1] - 16:12
**BARROW** [2] - 9:24, 16:12
**BART** [2] - 4:21, 4:21
**based** [3] - 36:4, 49:2,

49:3
**basis** [1] - 52:11
**BATON** [1] - 3:19
**BATTERY** [1] - 2:15
**BAYLEN** [1] - 2:8
**BEASLEY** [1] - 3:21
**becomes** [2] - 21:21, 43:22
**BEFORE** [1] - 1:13
**begin** [1] - 24:24
**beginning** [2] - 25:18, 51:3
**begins** [1] - 25:8
**begun** [1] - 25:16
**behalf** [6] - 14:3, 26:19, 30:11, 30:14, 30:15, 35:7
**behavior** [1] - 17:12
**behind** [1] - 14:1
**believes** [1] - 48:11
**BELLE** [1] - 3:15
**below** [1] - 46:6
**benefit** [2] - 33:14, 45:12
**Bernard** [1] - 16:17
**BERNSTEIN** [1] - 2:14
**BERT** [1] - 21:14
**BERTAUT** [1] - 7:8
**best** [6] - 15:19, 17:12, 22:17, 31:15, 54:3, 55:15
**better** [1] - 29:11
**between** [1] - 34:8
**beyond** [1] - 34:25
**big** [2] - 29:23, 44:18
**Bill** [1] - 23:15
**BINGHAM** [2] - 8:3, 8:6
**bit** [3] - 26:25, 28:5, 39:25
**BLOSSMAN** [1] - 8:14
**BOCKIUS** [1] - 8:18
**BOEMRE** [1] - 33:9
**BOP** [9] - 11:12, 31:11, 31:18, 31:22, 32:4, 32:16, 33:2, 34:6, 34:15
**BOP/capping** [1] - 33:4
**BOULEVARD** [1] - 2:19
**BOUNDS** [1] - 2:11
**BOX** [4] - 1:19, 3:22, 5:23, 10:8
**box** [1] - 42:9
**BP** [26] - 6:17, 6:17, 6:18, 6:19, 6:20, 6:21, 6:22, 12:4, 15:19, 15:21, 16:15, 18:6, 20:21, 22:12,

22:15, 24:16, 26:16, 32:25, 36:12, 38:24, 40:3, 40:11, 42:19, 48:6, 48:15, 50:15, 51:5
**BP's** [2] - 26:23, 39:20
**BP'S** [1] - 12:2
**BRAD** [1] - 6:13
**Brad** [1] - 17:3
**brain** [1] - 32:3
**BRANCH** [1] - 5:17
**breadth** [1] - 25:10
**break** [1] - 40:12
**Breit** [1] - 14:1
**BREIT** [3] - 2:3, 2:3, 13:25
**BRENNAN** [1] - 6:9
**Brian** [2] - 14:11, 17:3
**BRIAN** [3] - 2:8, 6:13, 17:3
**brief** [7] - 26:18, 28:25, 36:14, 45:6, 46:11, 51:7, 51:9
**briefed** [5] - 18:23, 18:24, 22:19, 22:23, 37:2
**briefing** [3] - 36:9, 36:11, 37:5
**briefly** [1] - 49:10
**briefs** [1] - 50:13
**bring** [3] - 21:24, 39:6, 51:12
**bringing** [1] - 27:1
**BROAD** [1] - 4:7
**BROADWAY** [2] - 3:4, 8:12
**brought** [2] - 29:1, 43:17
**buck** [1] - 48:18
**buckets** [1] - 22:21
**BUDD** [1] - 4:13
**BUILDING** [1] - 2:23
**building** [1] - 32:7
**bulk** [1] - 32:10
**bundles** [1] - 18:2
**BURKE** [1] - 4:14
**BY** [51] - 1:4, 1:18, 1:22, 2:3, 2:8, 2:11, 2:15, 2:18, 2:22, 3:3, 3:7, 3:11, 3:14, 3:18, 3:22, 4:3, 4:7, 4:10, 4:14, 4:18, 4:21, 5:4, 5:8, 5:12, 5:17, 5:22, 6:6, 6:10, 6:13, 6:23, 7:3, 7:8, 7:12, 7:17, 7:22, 8:3, 8:7, 8:11, 8:15, 8:18, 8:23, 9:8, 9:11, 9:15, 9:20, 9:24, 10:3, 10:18, 10:18, 11:23, 12:4

# C

CA [4] - 2:16, 5:19, 6:15, 8:4
CABRASER [6] - 2:14, 2:15, 14:7, 45:3, 45:6, 48:13
Cabraser [3] - 14:8, 45:4, 49:11
California [1] - 14:8
CALLED [1] - 13:4
CALVIN [1] - 4:3
Calvin [1] - 13:21
CAMERON [1] - 7:7
Cameron [2] - 16:7, 32:25
CAMP [1] - 5:13
CANAL [2] - 8:24, 8:24
cannot [1] - 53:19
cap [2] - 18:19, 32:20
CAPITOL [1] - 3:8
capping [3] - 32:16, 32:22, 34:15
Captain [1] - 31:19
CARL [1] - 1:13
CARLA [1] - 4:14
CARMELITE [1] - 7:8
CARONDELET [2] - 4:18, 7:9
carriers [1] - 29:2
CARVER [1] - 8:14
case [39] - 13:10, 17:20, 21:10, 22:10, 22:11, 22:18, 23:10, 23:19, 25:10, 31:7, 32:17, 34:18, 40:19, 40:21, 40:25, 41:7, 41:8, 41:14, 42:1, 42:11, 43:5, 44:8, 44:15, 45:14, 46:6, 46:21, 46:22, 46:24, 47:6, 47:7, 47:16, 47:24, 48:1, 49:6, 49:12, 50:23, 52:7, 53:7
Cases [2] - 20:3, 28:24
cases [26] - 18:9, 18:14, 18:16, 18:20, 19:5, 19:13, 20:6, 20:8, 20:15, 20:18, 20:23, 21:5, 21:6, 22:9, 22:10, 22:22, 22:23, 26:9, 26:12, 28:10, 28:12, 40:18, 41:8, 45:16, 48:19
CASES [1] - 1:10
CASES.....................
. [1] - 11:7
CASES.....................

......... [1] - 11:11
categories [1] - 19:12
Cathy [2] - 55:11, 55:21
CATHY [1] - 10:14
Cathy_Pepper@laed
.uscourts.gov [1] - 55:23
cathy_Pepper@laed.
uscourts.gov [1] - 10:16
cats [1] - 19:16
caught [1] - 47:18
causes [2] - 39:2, 42:14
caution [1] - 39:6
CCR [2] - 10:14, 55:21
CEMENT [1] - 11:13
Cement [1] - 33:7
cement [6] - 33:8, 33:13, 33:19, 33:20, 34:5, 34:15
census [1] - 28:2
center [1] - 15:16
CENTER [1] - 10:4
central [1] - 54:19
CENTRAL [1] - 12:6
CENTRE [1] - 6:6
certain [4] - 19:6, 39:13, 43:16, 53:9
certainly [2] - 27:5, 36:18
CERTIFICATE [1] - 55:9
certification [2] - 39:21, 51:10
CERTIFICATION [1] - 12:2
Certified [3] - 55:11, 55:12, 55:21
CERTIFIED [1] - 10:14
certify [1] - 55:14
challenge [1] - 48:6
chambers [3] - 17:8, 26:3, 37:10
CHAMBERS [1] - 9:23
chance [1] - 40:15
change [1] - 44:18
changed [1] - 48:5
changing [3] - 47:19, 47:20
character [1] - 48:4
CHARLES [1] - 4:8
chart [1] - 19:1
CHASSE [1] - 3:15
checked [1] - 47:18
CHICAGO [1] - 7:5
chime [1] - 26:10
choice [1] - 43:15

chunks [2] - 33:14, 33:15
CIRCLE [1] - 3:11
circuit [1] - 50:24
Circuit [3] - 42:12, 46:6, 47:1
cite [2] - 46:10, 46:11
cited [1] - 45:8
City [1] - 50:4
CITY [1] - 3:4
CIVIL [2] - 1:7, 5:17
claim [4] - 19:19, 43:3, 46:8, 48:15
claimants [6] - 27:21, 42:17, 43:17, 44:20, 44:24, 48:23
claims [35] - 18:18, 19:12, 19:22, 20:12, 20:13, 21:3, 21:8, 27:4, 27:25, 28:1, 28:4, 34:22, 35:13, 35:14, 35:15, 36:6, 39:13, 40:3, 40:10, 41:2, 41:11, 42:7, 42:10, 42:14, 42:21, 42:23, 43:17, 44:10, 44:13, 48:11, 48:14, 49:19
CLAIMS [1] - 11:15
clarifies [1] - 42:12
CLARK [1] - 16:14
Clark [1] - 16:14
class [1] - 23:24
classes [1] - 23:23
CLAY [1] - 5:4
clean [1] - 30:24
Clean [3] - 41:10, 41:11, 45:18
clear [4] - 45:21, 45:23, 50:2, 50:8
CLERK [3] - 13:7, 13:11, 55:1
click [1] - 52:10
client [1] - 32:24
clients [2] - 31:8, 33:24
climate [1] - 32:5
climate-controlled [1] - 32:5
close [2] - 17:18, 47:14
CLUB [1] - 5:3
CMO [2] - 26:13, 26:22
co [1] - 14:15
co-liaison [1] - 14:15
Coast [1] - 33:10
coating [1] - 31:24
coming [4] - 18:20, 29:11, 30:1, 54:1
commendable [1] -

47:2
commendation [2] - 46:24, 47:22
commends [1] - 47:9
comments [1] - 51:18
commercial [1] - 44:4
committee [1] - 13:15
committees [1] - 54:12
common [3] - 46:4, 46:5, 50:1
communicate [1] - 39:4
Company [2] - 35:2, 35:22
COMPANY [3] - 6:18, 7:21
Company's [1] - 35:17
compared [1] - 34:6
complaint [3] - 22:10, 42:9, 43:9
complaints [5] - 17:24, 17:25, 18:2, 42:6, 44:10
complete [1] - 33:25
completed [5] - 26:14, 31:12, 31:23, 32:22, 36:10
completely [1] - 47:11
completion [1] - 33:23
complex [1] - 53:24
complicated [1] - 30:4
components [1] - 31:25
comprehensive [1] - 46:3
COMPUTER [1] - 10:18
concern [1] - 44:3
concluded [2] - 47:12, 55:3
CONDITIONAL [1] - 11:6
Conditional [2] - 18:5, 18:23
conditional [2] - 18:8, 19:25
conditions [3] - 22:14, 22:15, 22:16
conduct [3] - 48:2, 48:5, 48:25
conference [2] - 27:12, 54:18
CONFERENCE [2] - 1:12, 12:5
conferencing [1] - 54:7
confusion [1] - 28:6
congratulate [1] - 25:2

Congressional [2] - 50:2, 50:8
connection [1] - 35:21
CONRAD [1] - 4:10
consent [2] - 26:21, 27:1
considerable [2] - 24:22, 25:15
considered [1] - 30:23
consolidated [1] - 22:10
conspicuous [1] - 49:14
contest [1] - 40:15
context [1] - 46:8
continuances [1] - 20:21
continue [2] - 21:19, 26:11
continued [1] - 54:20
CONTINUED [9] - 2:1, 3:1, 4:1, 5:1, 6:1, 7:1, 8:1, 9:1, 10:1
continues [1] - 23:1
contract [3] - 27:3, 27:25, 28:4
control [2] - 29:18
controlled [1] - 32:5
controlling [3] - 40:7, 41:19, 50:16
convenience [1] - 27:7
conveniens [1] - 22:11
Cooper [1] - 14:22
cooperation [2] - 54:21, 54:23
coordinate [2] - 20:18, 21:4
coordinating [1] - 13:24
CORAL [1] - 3:12
COREY [1] - 5:8
CORNER [1] - 10:8
CORPORATE [1] - 4:11
CORPORATION [3] - 6:19, 7:7, 7:20
correct [16] - 19:8, 23:2, 23:5, 23:17, 23:22, 24:5, 24:7, 24:8, 32:12, 32:21, 39:15, 40:9, 51:11, 51:14, 55:15
correctly [1] - 32:15
Cossich [1] - 14:18
COSSICH [3] - 3:14, 3:14, 14:18
COTLAR [1] - 1:21
counsel [8] - 13:24,

14:22, 17:8, 23:17,
27:16, 29:11, 38:16,
54:20
**COUNSEL** [1] - 1:18
**counted** [1] - 42:6
**counter** [2] - 40:17,
48:7
**County** [3] - 20:15,
20:16, 20:22
**couple** [6] - 20:21,
21:6, 31:16, 45:7,
49:23, 51:17
**course** [5] - 17:23,
18:3, 19:21, 21:18,
32:23
**COURT** [104] - 1:1,
10:14, 11:7, 12:5,
13:4, 13:8, 13:10,
13:14, 13:20, 14:4,
14:10, 14:25, 15:17,
16:18, 17:5, 17:15,
17:18, 19:4, 19:11,
19:20, 19:22, 20:2,
21:1, 21:10, 21:13,
21:17, 22:1, 22:4,
23:2, 23:8, 23:13,
23:24, 24:1, 24:3,
24:6, 24:9, 24:11,
24:13, 24:24, 25:1,
26:1, 26:9, 27:2,
27:10, 27:14, 27:16,
27:19, 28:13, 28:23,
29:7, 29:12, 29:16,
29:23, 30:6, 30:12,
30:16, 30:18, 30:24,
31:3, 31:6, 31:9,
31:11, 32:2, 32:7,
32:9, 32:19, 33:5,
34:3, 34:13, 36:2,
36:15, 36:19, 36:25,
37:5, 37:12, 37:15,
37:17, 37:20, 37:22,
37:25, 38:3, 38:7,
38:12, 38:14, 38:18,
39:9, 39:16, 39:19,
41:17, 42:23, 43:1,
43:7, 43:13, 44:21,
44:25, 45:2, 45:5,
48:8, 49:8, 49:18,
50:11, 51:12, 51:15,
53:3
**court** [14] - 17:11,
20:15, 21:3, 35:23,
41:1, 41:5, 41:21,
45:19, 46:25, 47:10,
47:23, 49:22, 49:25,
54:18
**Court** [38] - 18:1, 20:3,
23:22, 29:18, 31:18,
33:23, 33:24, 35:9,

39:6, 40:25, 41:1,
42:11, 45:8, 45:12,
45:25, 46:2, 46:13,
46:23, 47:5, 47:9,
47:11, 47:15, 47:20,
47:25, 48:1, 48:3,
48:14, 48:21, 48:24,
49:13, 49:14, 50:7,
52:8, 55:12, 55:13,
55:14, 55:22, 55:22
**court's** [2] - 47:2,
47:12
**Court's** [5] - 25:25,
45:14, 47:22, 48:7,
48:24
**courthouse** [4] - 53:8,
53:18, 53:19, 53:24
**courtroom** [7] - 33:15,
53:10, 53:11, 53:12,
53:13, 53:15, 54:8
**courts** [2] - 20:9,
47:18
**covenant** [1] - 35:24
**COVERAGE** [1] -
11:11
**Coverage** [1] - 28:24
**coverage** [2] - 29:11,
30:16
**CRAFT** [1] - 2:21
**created** [1] - 52:21
**criticized** [1] - 47:1
**crossclaims** [3] -
38:22, 38:23, 39:12
**CROSSCLAIMS........
................................
...** [1] - 11:25
**CROW** [1] - 3:21
**CRR** [2] - 10:14, 55:21
**CUNNINGHAM** [3] -
2:11, 2:11, 15:13
**Cunningham** [1] -
15:14
**custody** [1] - 31:17
**cut** [1] - 31:4

**D**

**d)** [2] - 36:24, 36:25
**DALLAS** [3] - 4:15,
7:14, 10:4
**damage** [1] - 41:11
**damages** [8] - 40:11,
40:22, 42:13, 42:18,
43:18, 45:22, 46:5,
46:16, 47:19, 48:21
**Damon** [1] - 33:16
**DARDEN** [1] - 8:14
**data** [1] - 34:1
**date** [5] - 33:23, 34:25,

36:13, 37:7, 37:13
**dates** [2] - 20:20,
20:22
**DAUPHIN** [1] - 2:12
**days** [4] - 37:19,
37:20, 37:21, 38:10
**DC** [3] - 5:23, 8:8, 9:9
**dead** [1] - 50:6
**deal** [6] - 29:25, 34:21,
36:20, 41:9, 41:14,
44:19
**dealing** [3] - 17:23,
41:12, 49:18
**dealt** [3] - 31:25,
41:10, 41:15
**Deb** [1] - 16:16
**DEBORAH** [1] - 7:22
**dec** [3] - 29:1, 30:8,
30:12
**December** [1] - 18:25
**decide** [1] - 18:24
**decided** [2] - 47:15,
48:16
**decision** [4] - 45:20,
46:11, 46:15, 50:4
**decisions** [3] - 45:8,
45:13, 51:25
**declaratory** [1] - 30:13
**declined** [1] - 18:15
**Deepwater** [3] - 13:12,
33:17, 35:25
**DEEPWATER** [3] -
1:5, 6:4, 6:5
**default** [4] - 35:2,
35:18, 36:6
**defendant** [1] - 44:5
**defendant's** [1] -
51:10
**defendants** [3] -
25:12, 48:2, 48:25
**defense** [1] - 54:11
**definitive** [1] - 34:10
**degradation** [2] -
31:24, 32:14
**DEGRAVELLES** [1] -
3:17
**Delaware** [2] - 35:23,
35:24
**delete** [2] - 38:23,
39:13
**demanded** [1] - 50:2
**DENHAM** [1] - 4:4
**DENNIS** [1] - 9:24
**Dennis** [1] - 16:12
**DENY** [1] - 12:4
**deny** [1] - 51:4
**Department** [1] - 15:5
**DEPARTMENT** [2] -
5:16, 5:22
**Deposition** [1] - 24:13

**DEPOSITION** [1] -
11:9
**deposition** [8] - 24:18,
24:21, 25:6, 25:7,
52:1, 52:2, 52:9,
52:19
**depositions** [10] -
24:22, 25:2, 25:19,
26:15, 26:16, 49:4,
52:5, 52:6, 52:8,
53:6
**DEPUTY** [3] - 13:7,
13:11, 55:1
**derivative** [1] - 22:9
**described** [1] - 47:5
**deserve** [1] - 47:14
**designations** [1] -
25:6
**detailed** [1] - 46:3
**determination** [3] -
29:18, 48:5, 48:25
**determine** [2] - 33:18,
33:20
**device** [1] - 32:19
**DEXTER** [1] - 5:9
**difference** [4] - 41:9,
41:20, 45:10, 50:17
**different** [9] - 17:22,
18:13, 30:7, 33:21,
33:22, 50:25, 51:1,
54:2
**diligent** [1] - 39:3
**disagreement** [2] -
40:14, 40:24
**Discovery** [1] - 24:14
**discovery** [16] - 20:18,
20:19, 22:25, 23:3,
23:6, 23:10, 23:22,
23:23, 24:6, 24:19,
25:17, 25:24, 26:12,
28:8, 49:3
**DISCOVERY............
** [1] - 11:9
**discussed** [2] - 46:8,
49:13
**discussing** [1] - 22:13
**discussion** [1] - 22:16
**discussions** [2] -
26:24, 52:23
**dismiss** [11] - 17:24,
18:2, 22:19, 22:22,
23:18, 23:19, 35:22,
43:2, 43:4, 43:8,
43:16
**dismissal** [2] - 22:14,
22:16
**dismissals** [1] - 19:6
**dismissed** [1] - 40:11
**dismissing** [1] - 22:10
**dispersant** [1] - 21:5

**displace** [4] - 40:3,
40:10, 40:21, 42:13
**displacement** [4] -
40:18, 41:2, 41:4,
50:1
**dispute** [3] - 40:6,
44:5
**disputes** [3] - 18:13,
18:22, 25:24
**disrupt** [1] - 47:7
**distinguished** [1] -
28:1
**distraction** [1] - 43:23
**DISTRICT** [3] - 1:1,
1:2, 1:13
**district** [6] - 17:11,
46:25, 47:2, 47:9,
47:12, 47:23
**District** [3] - 55:13,
55:14, 55:22
**districts** [1] - 18:16
**dividend** [3] - 22:22,
23:10, 23:12
**DIVISION** [1] - 5:17
**Doc** [1] - 35:12
**DOCUMENT** [6] - 1:9,
11:17, 11:18, 11:19,
11:20, 12:1
**Document** [6] - 35:1,
35:3, 36:5, 38:3,
39:17
**documents** [3] - 25:9,
26:23, 49:4
**dogs** [1] - 19:16
**DOMENGEAUX** [1] -
1:18
**DOMINION** [2] - 2:4,
2:22
**DON** [1] - 6:23
**Don** [3] - 15:19, 15:23,
24:15
**DONALD** [1] - 7:12
**done** [8] - 25:3, 26:5,
33:2, 34:1, 35:16,
41:5, 43:15, 43:16
**DOUGLAS** [1] - 5:13
**down** [1] - 17:19
**Dragna** [2] - 16:4, 38:1
**DRAGNA** [4] - 8:3,
16:4, 37:24, 38:1
**Dragna's** [1] - 37:9
**DRESCHER** [1] - 2:3
**DRIL** [1] - 9:23
**Dril** [1] - 16:13
**DRIL-QUIP** [1] - 9:23
**Dril-Quip** [1] - 16:13
**DRILLING** [1] - 6:4
**DRIVE** [3] - 2:4, 2:22,
4:11
**DRIVES** [1] - 10:8

**due** [8] - 18:3, 25:21, 26:20, 29:6, 36:11, 36:13, 37:18, 38:9
**DUKE** [1] - 10:7
**Duke** [1] - 15:7
**DUNBAR** [1] - 8:22
**DURHAM** [1] - 10:9
**during** [2] - 25:23, 51:23
**DYNAMIC** [1] - 9:14

# E

**E&P** [1] - 7:21
**early** [1] - 20:21
**EAST** [1] - 3:8
**EASTERN** [1] - 1:2
**Eastern** [1] - 55:14
**EDWARD** [1] - 8:11
**EDWARDS** [1] - 1:18
**efficient** [1] - 28:11
**effort** [1] - 39:3
**efforts** [3] - 25:17, 25:25, 26:6, 47:12
**eight** [1] - 24:23
**eight-or-so-month** [1] - 24:23
**either** [8] - 28:16, 34:9, 34:14, 35:10, 49:1, 52:18, 53:12, 54:11
**Electric** [3] - 45:13, 49:23, 49:24
**electronic** [5] - 52:2, 52:9, 53:17, 53:22
**electronic-wise** [1] - 53:22
**electronics** [2] - 32:4, 51:23
**ELIZABETH** [1] - 2:15
**Elizabeth** [2] - 14:8, 45:4
**ELLIS** [1] - 7:3
**Ellison** [3] - 22:9, 22:20, 23:2
**ELM** [1] - 7:14
**enacted** [1] - 45:25
**encourage** [1] - 27:25
**ENERGY** [2] - 6:6, 7:12
**ENFORCEMENT** [1] - 5:21
**Englebert** [1] - 31:19
**enlisting** [1] - 28:16
**entered** [2] - 26:13, 35:19
**entire** [4] - 32:23, 43:5, 50:23, 52:18
**entirely** [1] - 40:3

**entities** [1] - 48:23
**entitled** [1] - 55:17
**ENVIRONMENTAL** [1] - 5:21
**envision** [1] - 27:2
**equipment** [2] - 54:7, 54:9
**ERISA** [1] - 22:21
**ERVIN** [1] - 3:11
**Ervin** [1] - 15:15
**Espy** [1] - 14:17
**ESPY** [2] - 3:7, 14:17
**ESQUIRE** [59] - 1:18, 1:22, 2:3, 2:8, 2:11, 2:15, 2:18, 2:22, 3:3, 3:7, 3:7, 3:11, 3:14, 3:18, 3:22, 4:3, 4:7, 4:10, 4:14, 4:14, 4:18, 4:21, 4:22, 5:4, 5:8, 5:8, 5:12, 5:13, 5:17, 5:22, 6:6, 6:10, 6:13, 6:14, 6:23, 7:3, 7:4, 7:8, 7:8, 7:12, 7:13, 7:13, 7:17, 7:22, 8:3, 8:7, 8:7, 8:11, 8:15, 8:18, 8:19, 8:23, 8:23, 9:8, 9:11, 9:15, 9:20, 9:24, 10:3
**essentially** [4] - 23:3, 26:11, 43:10, 51:1
**establishment** [1] - 46:4
**EVANS** [1] - 8:23
**event** [1] - 31:16
**eventually** [1] - 17:15
**evidence** [9] - 32:17, 43:10, 43:21, 48:4, 49:2, 50:2, 50:8, 51:2, 52:7
**exactly** [1] - 32:12
**except** [3] - 24:6, 42:21, 53:9
**exceptions** [2] - 41:23, 41:24
**excess** [4] - 29:2, 29:15, 30:11, 30:14
**EXCESS** [1] - 8:22
**excuse** [1] - 37:12
**exhibit** [1] - 52:18, 52:19
**exhibits** [3] - 25:9, 52:16, 53:17
**expand** [1] - 28:15
**expect** [2] - 18:24, 23:18
**expedite** [1] - 29:21
**expert** [3] - 25:11, 25:13, 25:15
**experts** [3] - 25:14,

32:24, 33:3
**explain** [1] - 29:8
**EXPLORATION** [1] - 6:20
**explosion** [1] - 33:18
**expression** [1] - 47:22
**expressly** [2] - 45:24, 46:7
**EXPRESSWAY** [1] - 5:5
**extraordinary** [1] - 48:15
**Exxon** [15] - 41:7, 45:13, 45:17, 45:20, 45:25, 46:1, 46:7, 46:20, 46:23, 46:25, 47:16, 47:21, 49:12, 49:19
**Exxon's** [1] - 41:10

# F

**F.3d** [1] - 46:12
**facilitate** [1] - 53:21
**facility** [1] - 54:8
**fact** [6] - 40:16, 42:13, 43:3, 44:12, 47:9
**facts** [1] - 39:2
**fails** [1] - 50:18
**faith** [2] - 30:5, 35:16
**familiar** [2] - 40:5, 52:4
**FANNIN** [1] - 6:10
**far** [2] - 28:2, 46:15
**far-ranging** [1] - 46:15
**fashion** [1] - 42:2
**fault** [1] - 47:14
**favor** [1] - 48:16
**FAYARD** [3] - 4:3, 4:3, 13:21
**Fayard** [1] - 13:21
**February** [3] - 43:9, 49:6, 51:3
**FEDERAL** [1] - 5:16
**federal** [5] - 41:21, 46:4, 46:5, 50:1, 53:20
**feedback** [1] - 52:25
**few** [2] - 17:8, 26:4
**fi** [2] - 53:9, 53:10
**FIFTH** [1] - 9:12
**Fifth** [1] - 42:12
**fight** [1] - 30:20
**FILE** [1] - 11:24
**file** [6] - 26:20, 34:24, 35:2, 35:11, 35:19, 38:22
**FILED** [2] - 10:11, 11:15

**filed** [19] - 19:2, 19:9, 22:14, 26:19, 29:17, 30:8, 30:10, 30:12, 30:13, 30:14, 34:22, 35:13, 35:14, 36:6, 44:9, 44:10, 51:7, 51:9
**filing** [1] - 35:22
**final** [4] - 41:22, 43:17, 43:24, 51:25
**finally** [3] - 21:15, 32:20, 33:18
**FINANCIAL** [1] - 9:7
**fine** [3] - 27:6, 27:7, 29:12
**finished** [1] - 51:18
**FINN** [1] - 8:14
**FIRM** [1] - 10:3
**first** [9] - 20:24, 30:11, 30:15, 34:21, 40:6, 42:5, 45:15, 52:1, 54:16
**fit** [1] - 29:9
**FITCH** [1] - 8:7
**five** [1] - 18:13
**FL** [2] - 2:9, 3:12
**FLANDERS** [1] - 8:11
**FLOOR** [2] - 2:15, 4:18, 5:18, 6:6, 6:14, 9:24
**FLORIDA** [1] - 4:4
**flow** [2] - 32:20, 45:11
**flux** [2] - 47:19, 54:1
**focus** [2] - 26:12, 28:7
**folks** [3] - 13:16, 30:3, 53:21
**follow** [1] - 53:18
**Footnote** [1] - 47:4
**FOR** [23] - 1:17, 2:3, 5:3, 5:7, 5:11, 5:16, 5:21, 6:3, 6:17, 7:7, 7:11, 7:20, 8:10, 8:18, 8:22, 9:3, 9:19, 9:23, 10:3, 11:24, 12:2, 12:4
**foregoing** [1] - 55:15
**form** [7] - 34:25, 35:3, 35:12, 35:20, 42:7, 42:8, 44:9
**format** [1] - 52:9
**forms** [1] - 28:3
**forth** [1] - 48:3
**forum** [1] - 22:11
**forward** [4] - 21:7, 51:3, 53:4, 53:5
**four** [2] - 26:14, 30:14
**fractured** [1] - 45:20
**FRANCIS** [1] - 10:7
**FRANCISCO** [2] - 2:16, 5:19

**Francisco** [2] - 14:4, 14:7
**FRANK** [1] - 3:7
**frankly** [1] - 44:15
**Friday** [3] - 37:14, 53:1, 54:18
**FRIDAY** [3] - 1:8, 12:5, 13:2
**FRILOT** [1] - 6:5
**FRUGE** [1] - 3:17
**fruition** [1] - 30:1
**fully** [1] - 22:19
**FUNDERBURK** [2] - 8:18, 16:10
**Funderburk** [1] - 16:11
**funds** [1] - 29:19
**furthermore** [1] - 50:3

# G

**Gabarick** [1] - 40:19
**GABLES** [1] - 3:12
**Galveston** [2] - 20:16, 20:22
**gargantuan** [1] - 47:3
**GARSIDE** [1] - 5:4
**Gasaway** [1] - 31:14
**GATE** [1] - 5:18
**gathering** [1] - 49:6
**GCCF** [2] - 42:17, 42:22
**GEIGER** [1] - 9:15
**General** [4] - 45:16, 45:18, 46:17, 48:22
**general** [2] - 40:3, 41:23
**GENERAL'S** [1] - 5:7
**generally** [1] - 41:21
**geographically** [1] - 16:19
**George** [1] - 29:14
**GEORGE** [1] - 8:23
**Gilly** [3] - 29:14, 30:7, 31:9
**GILLY** [12] - 8:23, 29:14, 29:17, 30:3, 30:10, 30:13, 30:17, 30:22, 31:2, 31:5, 31:8, 31:10
**given** [2] - 19:1, 50:12
**Glenn** [1] - 16:8
**GLENN** [1] - 9:20
**goal** [1] - 44:16
**GODWIN** [4] - 7:12, 7:12, 7:16, 15:23
**Godwin** [1] - 15:23
**GOLDEN** [1] - 5:18
**GONZALES** [1] - 3:10

Gonzalez [1] - 15:15
GONZALEZ [2] - 3:11, 15:15
Goodier [1] - 16:8
GOODIER [2] - 9:20, 16:8
GOTSHAL [2] - 9:8, 9:11
GOVERNMENT [1] - 5:16
GRABILL [2] - 9:11, 16:20
Grabill [1] - 16:20
GRAND [2] - 6:14, 8:4
GRANT [2] - 11:19, 12:1
grant [2] - 36:4, 39:16
granting [1] - 35:9
great [4] - 16:17, 24:18, 25:7, 31:21
GREENWALD [2] - 3:3, 15:9
Greenwald [1] - 15:10
ground [4] - 40:14, 40:24, 45:9, 50:17
grounds [2] - 22:11, 41:20
GROUP [2] - 4:10, 9:15
group [2] - 51:18, 51:21
growing [1] - 15:18
Guard [1] - 33:10
GUERRA [1] - 2:21
guess [4] - 21:23, 22:17, 26:4, 31:16
guidance [1] - 28:10
GULF [2] - 1:5, 5:3
Gulf [2] - 13:12, 20:10

**H**

hall [2] - 17:16, 17:17
Halliburton [4] - 15:22, 15:24, 16:1, 32:25
HALLIBURTON [1] - 7:11
halt [1] - 47:11
handle [1] - 36:21
handling [1] - 21:2
happy [2] - 21:21, 22:2
hard [1] - 49:5
Harris [2] - 20:15, 20:22
HARVEY [1] - 5:5
Haycraft [2] - 15:19, 24:15
HAYCRAFT [5] - 6:23,

15:19, 24:15, 24:25, 25:5
Hayward [1] - 52:1
HB406 [1] - 10:15
HE [1] - 21:14
HE-BERT [1] - 21:14
hear [2] - 13:17, 39:7
HEARD [1] - 1:13
heard [4] - 23:21, 39:5, 39:9, 50:13
hearing [5] - 18:25, 36:16, 37:22, 38:8, 39:16
heavy [2] - 21:25, 22:1
Hebert [2] - 21:10, 21:13
HEBERT [1] - 21:11
HEIMANN [1] - 2:14
held [1] - 40:25
help [5] - 29:25, 30:2, 51:23, 53:3, 53:6
helpful [4] - 21:19, 28:22, 29:22, 54:13
HERE [1] - 12:5
hereby [1] - 55:14
HERMAN [7] - 1:21, 1:22, 13:18, 20:1, 27:22, 28:21
Herman [5] - 13:18, 19:24, 26:10, 27:20, 27:22
high [2] - 20:7, 53:20
highlighted [1] - 52:18
highlights [2] - 18:10, 31:17
highly [1] - 45:20
HIGHWAY [1] - 3:15
hit [2] - 18:10, 20:7
holding [4] - 40:2, 40:7, 40:17, 41:5
HOLDINGS [3] - 6:3, 6:21, 9:4
holds [2] - 40:21, 40:25
Holland [2] - 47:1, 47:5
HOLTHAUS [1] - 3:17
HONEYCUTT [1] - 4:3
Honor [91] - 13:9, 13:18, 13:21, 13:23, 14:3, 14:6, 14:12, 14:13, 14:15, 14:17, 14:18, 14:20, 14:21, 14:24, 15:1, 15:5, 15:7, 15:9, 15:11, 15:13, 15:20, 15:23, 16:2, 16:10, 16:12, 16:14, 16:22, 17:3, 18:6, 18:7, 18:17, 18:21, 19:15, 20:1,

20:7, 20:14, 20:25, 22:7, 22:8, 22:24, 23:15, 24:15, 25:5, 25:6, 26:8, 26:22, 27:5, 27:23, 27:24, 28:21, 28:25, 29:14, 30:4, 30:10, 30:22, 31:14, 32:15, 33:7, 33:11, 33:12, 34:12, 35:7, 35:19, 36:12, 37:8, 38:1, 38:13, 38:17, 38:19, 38:23, 39:3, 39:15, 39:18, 39:24, 40:1, 40:13, 41:3, 41:6, 42:6, 43:11, 44:2, 44:22, 45:3, 46:10, 47:15, 48:13, 49:10, 50:10, 51:11, 53:1
Honor's [3] - 27:7, 40:17, 48:5
HONORABLE [1] - 1:13
hope [2] - 28:9, 33:25
hopefully [7] - 28:11, 33:7, 34:9, 52:2, 52:21, 53:3, 53:7
Horizon [3] - 13:12, 33:17, 35:25
HORIZON [1] - 1:5
Horizon-related [1] - 35:25
HOUMA [1] - 4:11
HOUSTON [6] - 2:19, 6:11, 7:18, 8:20, 9:25, 10:5
hyperlinks [2] - 52:10, 52:15

**I**

idea [2] - 41:3, 52:7
III [1] - 9:15
IL [1] - 7:5
imitation [1] - 31:15
immediate [3] - 42:3, 46:18, 50:20
implementing [1] - 26:12
implicates [1] - 40:7
important [3] - 34:7, 49:12, 49:24
importantly [1] - 52:16
impose [1] - 47:12
IMPREVENTO [1] - 2:3
IN [7] - 1:4, 1:5, 10:11, 11:15, 11:22, 12:5
INC [16] - 6:4, 6:5,

6:17, 6:18, 6:19, 6:20, 6:22, 7:12, 9:3, 9:4, 9:5, 9:6, 9:7, 9:8, 9:15, 9:23
incentive [1] - 42:20
incident [3] - 19:18, 20:12
including [5] - 17:23, 32:24, 40:11, 40:22, 49:4
indicated [1] - 36:15
indicating [1] - 21:16
indication [1] - 46:12
individual [4] - 18:17, 21:8, 23:16, 23:19, 23:25, 24:1, 42:23
industry [1] - 47:10
initial [1] - 25:18
injury [2] - 20:12, 20:13
inspection [1] - 32:22
Inspection [1] - 33:9
inspections [1] - 33:2
installed [1] - 53:10
institutional [1] - 23:20
Insurance [1] - 28:24
INSURANCE [1] - 11:11
insurers [3] - 30:8, 30:9
intellectual [2] - 18:18, 19:11
interest [2] - 39:4, 48:24
INTERESTS [2] - 5:7, 5:16
INTERLOCUTORY [2] - 12:2, 12:4
interlocutory [6] - 39:21, 41:25, 43:14, 44:6, 50:19, 51:5
INTERNATIONAL [2] - 7:7, 9:7
interpleader [3] - 29:5, 29:8, 30:10
interpleaders [2] - 29:17, 30:14
interrupt [2] - 41:17, 48:6
introduce [2] - 13:15, 17:10
invariably [1] - 54:21
investors [5] - 23:16, 23:20, 23:25, 24:1
involve [1] - 20:11
involved [3] - 18:17, 50:16
involves [1] - 19:18
iron [1] - 32:9

IS [5] - 11:16, 11:22, 11:23, 12:1, 12:5
issue [19] - 23:14, 30:18, 30:20, 31:23, 32:2, 40:1, 40:8, 40:12, 40:18, 41:12, 43:15, 44:7, 45:15, 46:15, 48:2, 49:15, 50:16, 54:5
issued [4] - 17:22, 18:8, 18:11, 22:9
issues [5] - 18:18, 23:11, 24:9, 28:15, 28:23, 31:13, 34:14, 42:1, 47:13, 51:1, 51:16
item [2] - 20:2, 20:4
ITEMS [1] - 11:3
itself [4] - 32:16, 34:6, 47:20, 49:15

**J**

J.B [1] - 16:9
JACKSON [2] - 3:8, 9:23
JAMES [3] - 1:18, 8:3, 8:19
Jane [2] - 17:13, 17:16
January [2] - 24:25, 25:1
Jeff [1] - 16:14
JEFFERSON [2] - 1:19, 9:20
Jeffrey [1] - 14:1
JEFFREY [1] - 2:3
JENNY [1] - 7:13
Jenny [1] - 15:22
JEREMY [1] - 9:11
Jeremy [1] - 16:20
Jim [3] - 14:15, 16:4, 38:1
JIMMY [1] - 2:18
JIT [1] - 31:18
job [1] - 26:5
Joe [4] - 14:24, 35:2, 35:17, 35:22
John [1] - 16:11
JOHN [1] - 8:18
joinder [2] - 35:3, 35:20
joinders [4] - 34:25, 35:12, 42:8, 44:9
Joint [1] - 33:9
JONES [3] - 3:22, 9:19, 14:23
Jones [3] - 14:23, 41:15, 41:16
JR [4] - 3:14, 4:3,

4:18, 9:24
**JUDGE** [3] - 1:13, 17:14, 17:17
**Judge** [28] - 13:25, 15:15, 15:25, 16:4, 16:6, 16:16, 16:20, 16:24, 17:1, 17:13, 17:15, 20:17, 21:24, 22:9, 22:20, 23:2, 25:16, 25:22, 26:2, 26:3, 28:17, 29:22, 47:1, 47:5, 51:19, 52:24, 54:14, 54:22
**judge** [3] - 15:3, 17:11, 41:25
**judges** [2] - 21:21, 54:1
**judgment** [7] - 26:18, 27:3, 28:9, 29:2, 30:13, 41:22, 47:7
**judgments** [1] - 43:18
**judiciary** [1] - 53:20
**JUSTICE** [2] - 5:16, 5:22
**Justice** [1] - 15:5

**K**

**KALBAC** [1] - 3:10
**KANE** [1] - 3:10
**Kanner** [2] - 51:7, 51:8
**KANNER** [4] - 5:12, 5:12, 51:11, 51:14
**KATZ** [2] - 1:21, 6:14
**keep** [1] - 51:24
**keeping** [1] - 26:5
**KERRY** [1] - 6:6
**Kerry** [2] - 16:24, 35:7
**kicked** [1] - 48:11
**KIRBY** [2] - 8:7, 16:2
**Kirby** [1] - 16:2
**KIRKLAND** [1] - 7:3
**knows** [7] - 18:17, 20:14, 22:8, 22:24, 25:5, 40:1, 43:19
**KORETZKY** [1] - 8:14
**KRAUS** [1] - 5:13
**KUCHLER** [3] - 7:21, 7:22, 16:16
**Kuchler** [1] - 16:16
**KY** [1] - 8:7
**Ky** [1] - 16:2

**L**

**L.L.C** [1] - 8:18
**L.P** [1] - 9:19
**LA** [20] - 1:20, 1:23,

3:15, 3:19, 4:4, 4:8, 4:11, 4:19, 4:23, 5:5, 5:14, 6:7, 6:25, 7:9, 7:23, 8:16, 8:25, 9:17, 9:21, 10:15
**LABORDE** [1] - 9:15
**labs** [1] - 33:21
**LAFAYETTE** [2] - 1:20, 9:21
**LAKE** [1] - 4:8
**LAMAR** [1] - 7:17
**Langan** [10] - 15:20, 18:4, 18:6, 27:20, 31:13, 36:12, 37:12, 39:23, 41:18, 49:9
**LANGAN** [50] - 7:3, 15:20, 18:6, 19:8, 19:15, 19:21, 20:7, 21:9, 21:11, 21:23, 22:3, 22:7, 23:5, 23:9, 26:8, 26:10, 27:5, 27:13, 27:15, 27:18, 28:25, 29:10, 31:14, 32:6, 32:8, 32:12, 32:21, 36:12, 36:17, 36:24, 37:4, 37:7, 37:14, 37:16, 37:18, 37:21, 38:5, 38:11, 38:13, 39:24, 42:5, 42:25, 43:6, 43:11, 44:2, 44:22, 45:1, 49:10, 49:21, 53:1
**Langan's** [1] - 48:8
**LAPEROUSE** [1] - 9:15
**large** [5] - 19:9, 25:22, 35:15, 48:15, 52:6
**LASALLE** [1] - 7:4
**last** [9] - 17:20, 22:21, 25:11, 28:14, 29:3, 33:8, 35:19, 51:21, 53:1
**lastly** [1] - 26:21
**late** [4] - 24:25, 25:1, 34:22, 36:6
**LATE** [1] - 11:15
**latter** [1] - 32:13
**launching** [1] - 27:9
**Laurin** [1] - 40:19
**Law** [4] - 45:16, 45:18, 46:17, 48:22
**law** [23] - 40:7, 40:10, 41:2, 41:19, 42:7, 42:10, 42:14, 42:18, 43:15, 44:10, 45:10, 46:4, 46:5, 47:19, 49:15, 49:20, 50:1, 50:3, 50:16, 50:17
**LAW** [3] - 4:10, 10:3,

10:7
**LAWN** [1] - 4:15
**lawyer** [2] - 35:13
**lawyers** [1] - 21:2, 53:11
**layer** [2] - 30:11, 30:16
**layers** [1] - 30:14
**lead** [1] - 28:11
**leading** [1] - 40:17
**least** [2] - 19:15, 34:10
**LEAVE** [1] - 11:4
**leave** [4] - 34:24, 35:2, 35:11, 38:21
**LEE** [1] - 9:23
**left** [2] - 14:2, 14:6
**legal** [3] - 28:15, 40:8, 44:7
**LEGER** [2] - 4:17, 4:18
**legislative** [1] - 49:25
**length** [1] - 25:10
**lengthy** [1] - 17:7
**LEO** [1] - 9:15
**letter** [1] - 50:6
**LEVIN** [1] - 2:7
**LEWIS** [2] - 6:22, 8:18
**liability** [1] - 43:18
**LIAISON** [1] - 1:18
**liaison** [5] - 13:14, 14:15, 17:8, 54:11
**LIEFF** [1] - 2:14
**light** [1] - 38:24
**likely** [2] - 26:25, 48:20
**likewise** [1] - 41:14
**Limine** [1] - 37:2
**LIMINE..............** [1] - 11:22
**limitation** [7] - 34:23, 34:24, 35:3, 35:11, 35:18, 35:19, 42:24
**LIMITATION** [1] - 11:16
**LIMITED** [1] - 6:21
**limited** [1] - 53:9
**limits** [1] - 49:14
**LISKOW** [1] - 6:22
**listed** [2] - 31:11, 36:8
**listening** [2] - 13:16, 28:6
**litigation** [12] - 24:4, 35:25, 42:4, 42:22, 44:1, 44:12, 44:20, 44:24, 46:19, 47:3, 48:10, 50:21
**LLC** [4] - 6:3, 8:11, 9:4, 9:5
**local** [1] - 19:10
**location** [1] - 53:18
**locations** [1] - 53:12

**look** [2] - 44:17, 50:9
**looked** [1] - 35:14
**looking** [4] - 20:24, 31:5, 53:5, 54:10
**looks** [4] - 17:21, 30:1, 35:15, 52:21
**LOS** [2] - 6:15, 8:4
**LOUISIANA** [4] - 1:2, 1:7, 5:12, 8:19
**Louisiana** [5] - 16:17, 16:19, 21:12, 55:13, 55:14
**love** [1] - 43:24
**LP** [1] - 7:21
**Lundy** [1] - 14:20
**LUNDY** [4] - 4:6, 4:7, 14:20
**LUTHER** [1] - 5:8
**Luther** [2] - 13:23, 14:1
**LUXENBERG** [1] - 3:3
**LYLE** [2] - 9:8, 16:22
**Lyle** [1] - 16:22

**M**

**M-I** [2] - 16:9, 16:11
**Macondo** [1] - 35:25
**Magistrate** [2] - 20:17, 21:24, 25:16
**magistrate** [1] - 28:19
**magistrates** [1] - 28:17
**MAIN** [1] - 3:18
**major** [1] - 17:22
**MAJOR** [1] - 7:13
**majority** [1] - 19:17
**manage** [1] - 48:19
**managed** [1] - 47:6
**management** [3] - 44:15, 46:24, 47:3
**MANAGEMENT** [1] - 9:3
**managing** [1] - 47:10
**MANGES** [2] - 9:8, 9:11
**manifest** [2] - 50:2, 50:8
**manner** [1] - 54:24
**manufactured** [1] - 32:19
**MARINE** [3] - 9:5, 9:6, 9:6
**Marine** [1] - 40:19
**Maritime** [4] - 45:16, 45:18, 46:17, 48:22
**maritime** [10] - 40:3, 40:10, 40:21, 40:22, 41:2, 42:6, 42:9,

42:14, 44:10
**mark** [1] - 24:21
**marked** [1] - 25:9
**Martinez** [1] - 15:22
**MARTINEZ** [2] - 7:13, 15:22
**MARTÍNEZ** [1] - 3:10
**MASTER** [1] - 10:7
**Master** [4] - 20:16, 21:24, 31:19, 31:21
**master** [5] - 17:24, 18:2, 42:9, 43:8
**materially** [6] - 42:3, 44:19, 44:24, 46:19, 46:22, 50:20
**math** [1] - 38:12
**Matt** [1] - 14:20
**matter** [2] - 36:8, 55:17
**MATTHEW** [1] - 4:7
**MAZE** [1] - 5:8
**McALOON** [1] - 9:15
**MCCUTCHEN** [2] - 8:3, 8:6
**MCGOVERN** [1] - 10:7
**McGovern** [2] - 20:17, 21:18, 21:24
**MCLEOD** [1] - 8:23
**MDL** [8] - 10:3, 13:11, 18:15, 19:6, 19:10, 24:7, 36:1, 42:6
**MDL-2179** [1] - 19:3, 20:19
**MDL-2185** [3] - 22:6, 22:8, 23:14
**MDL-2185.................
.......** [1] - 11:8
**ME** [1] - 21:16
**ME-SHOE** [1] - 21:16
**mean** [2] - 41:12, 50:25
**meantime** [1] - 18:21
**measure** [1] - 25:22
**MECHANICAL** [1] - 10:18
**mediation** [4] - 27:8, 27:9, 28:7, 28:16
**mediator** [1] - 28:20
**meet** [1] - 51:22
**meeting** [3] - 17:7, 34:8, 51:19
**meetings** [2] - 26:2, 51:20
**meets** [1] - 54:22
**MEKEL** [1] - 4:22
**members** [1] - 13:15
**mention** [5] - 27:8, 28:6, 28:13, 41:3, 49:17
**mentioned** [1] - 25:11

8

**Merit** [1] - 55:12
**message** [1] - 34:4
**met** [2] - 17:8, 51:21
**metal** [3] - 31:25, 32:14, 33:25
**METHVIN** [1] - 3:21
**Mexico** [1] - 13:12
**MEXICO** [1] - 1:5
**MI** [1] - 8:18
**Michael** [1] - 16:22
**MICHAEL** [3] - 3:18, 5:17, 9:8
**Michoud** [2] - 21:15, 32:7
**microphone** [1] - 13:17
**might** [3] - 28:1, 29:10, 41:17
**Mikal** [1] - 15:1
**MIKAL** [1] - 2:22
**Mike** [4] - 14:3, 14:17, 15:3, 33:6
**Milazzo** [2] - 17:13, 17:15
**MILAZZO** [2] - 17:14, 17:17
**MILES** [1] - 3:21
**MILLER** [3] - 6:6, 16:24, 35:7
**Miller** [4] - 16:24, 35:5, 35:7
**million** [4] - 24:20, 30:17, 31:6, 49:4
**Milwaukee** [3] - 50:4, 50:6, 50:7
**mind** [2] - 21:20, 36:17
**minimum** [1] - 40:23
**minute** [1] - 34:20
**minutes** [2] - 17:9, 26:4
**MITCHELL** [1] - 2:7
**MITHOFF** [1] - 10:3
**MOBILE** [1] - 2:12
**modify** [1] - 26:22
**MOEX** [8] - 8:10, 11:24, 38:15, 38:16, 38:20, 38:21, 38:25, 39:11
**MOEX........................** [1] - 11:23
**Monday** [2] - 36:13, 51:22
**money** [4] - 30:20, 30:21, 31:7
**MONTGOMERY** [2] - 3:23, 5:9
**month** [12] - 17:7, 17:20, 24:23, 25:11, 28:14, 29:3, 31:17,

35:19, 36:16, 36:23, 37:3, 54:25
**monthly** [2] - 24:17, 27:12
**MONTHLY** [1] - 1:12
**months** [1] - 29:25
**moored** [1] - 33:17
**MORGAN** [3] - 3:6, 8:18
**morning** [47] - 13:8, 13:9, 13:18, 13:20, 13:21, 14:10, 14:11, 14:13, 14:15, 14:17, 14:18, 14:20, 14:21, 14:25, 15:1, 15:6, 15:7, 15:9, 15:11, 15:13, 15:15, 15:20, 15:23, 15:25, 16:2, 16:4, 16:6, 16:9, 16:10, 16:12, 16:14, 16:16, 16:20, 16:22, 16:24, 17:1, 17:3, 17:12, 17:14, 24:15, 29:14, 29:16, 36:9, 38:19, 45:3, 45:5
**MORRIS** [2] - 4:21, 4:21
**most** [9] - 14:2, 18:14, 20:12, 25:12, 46:3, 46:21, 47:17, 48:20, 49:22
**mostly** [1] - 24:22
**MOTION** [6] - 11:22, 11:23, 11:24, 12:1, 12:2, 12:4
**Motion** [1] - 37:1
**motion** [30] - 22:19, 23:18, 23:19, 28:8, 29:2, 34:24, 35:1, 35:11, 35:18, 35:21, 37:9, 37:24, 37:25, 38:2, 38:7, 38:8, 38:15, 38:21, 39:5, 39:11, 39:17, 39:20, 43:8, 50:18, 51:4, 51:7, 51:8, 51:9, 51:10, 51:12
**motions** [17] - 17:24, 18:1, 18:13, 22:22, 23:4, 27:3, 34:17, 34:22, 34:24, 35:10, 36:5, 37:6, 37:23, 43:2, 47:6, 47:7, 47:10
**MOTIONS** [2] - 11:15, 11:19
**Motions** [1] - 34:17
**MOTIONS.................
.................... [1] -
11:14**

**movant** [1] - 50:15
**move** [1] - 20:4
**moved** [1] - 20:21
**moving** [4] - 21:7, 22:18, 24:19, 54:2
**MR** [121] - 13:18, 13:21, 13:23, 13:25, 14:2, 14:5, 14:11, 14:13, 14:15, 14:17, 14:18, 14:20, 14:21, 14:23, 14:24, 15:1, 15:3, 15:4, 15:7, 15:11, 15:13, 15:15, 15:19, 15:20, 15:25, 16:4, 16:6, 16:8, 16:9, 16:10, 16:12, 16:14, 16:20, 16:22, 16:24, 17:1, 17:17, 18:6, 19:8, 19:15, 19:21, 20:1, 20:7, 21:9, 21:11, 21:16, 21:23, 22:3, 22:7, 23:5, 23:9, 23:15, 23:25, 24:2, 24:5, 24:8, 24:10, 24:12, 24:15, 24:25, 25:5, 26:8, 26:10, 27:5, 27:13, 27:15, 27:18, 27:22, 28:21, 28:25, 29:10, 29:14, 29:17, 30:3, 30:10, 30:13, 30:17, 30:22, 31:2, 31:5, 31:8, 31:10, 31:14, 32:6, 32:8, 32:12, 32:21, 33:6, 34:12, 35:7, 36:12, 36:17, 36:24, 37:4, 37:8, 37:14, 37:16, 37:18, 37:21, 37:24, 38:1, 38:5, 38:11, 38:13, 38:17, 38:19, 39:15, 39:18, 39:24, 42:5, 42:25, 43:6, 43:11, 44:2, 44:22, 45:1, 49:10, 49:21, 51:11, 51:14, 53:1
**MS** [9] - 3:8, 14:7, 15:9, 15:22, 16:2, 16:16, 45:3, 45:6, 48:13
**MUNGER** [1] - 6:13
**must** [1] - 38:11

# N

**narrow** [3] - 23:10, 23:11, 41:24
**NC** [1] - 10:9
**nearly** [1] - 47:17
**neat** [1] - 52:21

**necessary** [3] - 21:17, 21:21, 21:25
**need** [13] - 23:13, 26:25, 28:15, 28:20, 33:22, 34:4, 34:14, 36:3, 36:20, 40:11, 52:14, 53:14, 54:6
**needs** [2] - 51:3, 53:21
**neighbor** [1] - 17:18
**NETWORK** [1] - 5:4
**NEW** [16] - 1:7, 1:23, 3:4, 4:19, 4:23, 5:14, 6:7, 6:25, 7:9, 7:23, 8:12, 8:16, 8:25, 9:12, 9:17, 10:15
**new** [6] - 18:8, 18:9, 39:1, 39:2, 54:1
**newest** [1] - 17:11
**NEXT** [1] - 12:5
**next** [13] - 22:5, 25:8, 27:12, 28:23, 33:3, 34:8, 36:16, 36:22, 37:3, 37:12, 49:6, 54:18, 54:25
**Ninth** [2] - 46:6, 47:1
**Nizialek** [1] - 38:19
**NIZIALEK** [5] - 8:15, 38:17, 38:19, 39:15, 39:18
**NO** [1] - 1:7
**non** [1] - 22:11
**none** [1] - 53:10
**NORFOLK** [1] - 2:5
**NORTH** [4] - 6:18, 6:19, 6:21, 6:22
**noting** [1] - 24:17
**novel** [1] - 41:4
**NOVEMBER** [1] - 12:6
**November** [10] - 22:20, 23:21, 27:13, 27:15, 37:11, 37:14, 37:15, 38:10, 38:11, 54:19
**NRC** [2] - 16:21, 16:23
**number** [11] - 18:12, 18:20, 19:9, 22:15, 24:22, 25:15, 31:17, 34:16, 35:15, 35:17, 52:6
**Number** [7] - 13:11, 20:5, 24:13, 31:11, 34:16, 35:11, 49:25
**numbered** [1] - 55:17
**Numbers** [1] - 38:3
**NW** [2] - 8:8, 9:9
**NY** [3] - 3:4, 8:12, 9:12

# O

**O'Brien's** [2] - 16:21, 16:23
**O'BRIEN'S** [1] - 9:3
**O'KEEFE** [1] - 1:22
**O'Rourke** [1] - 15:4
**O'ROURKE** [2] - 5:22, 15:4
**OAK** [1] - 4:15
**objection** [7] - 35:9, 35:12, 35:16, 39:16, 52:11, 52:12, 52:14
**objections** [4] - 39:5, 39:7, 39:9, 52:10
**observations** [1] - 45:7
**observing** [1] - 17:11
**obviously** [10] - 17:8, 17:19, 19:9, 34:18, 38:11, 43:24, 49:19, 50:12, 50:23, 51:15
**occurred** [1] - 49:20
**occurring** [2] - 20:15, 23:10
**OCTOBER** [2] - 1:8, 13:2
**October** [6] - 18:11, 18:12, 26:20, 29:6, 32:23, 36:13
**OF** [14] - 1:2, 1:5, 1:12, 5:11, 5:16, 5:21, 5:22, 10:7, 10:8, 11:7, 11:8, 11:10, 11:12, 12:2
**OFFICE** [2] - 3:22, 5:7
**OFFICIAL** [1] - 10:14
**Official** [2] - 55:13, 55:22
**Offshore** [2] - 38:20, 38:21
**OFFSHORE** [4] - 6:4, 8:10, 9:4, 11:24
**Offshore's** [1] - 39:11
**oil** [1] - 13:11
**OIL** [2] - 1:4, 1:5
**Oil** [1] - 13:12
**OLSON** [1] - 6:13
**ON** [2] - 1:5, 11:9
**once** [2] - 28:14, 34:1
**One** [2] - 24:19, 25:8
**one** [22] - 18:15, 19:15, 21:10, 25:13, 26:19, 28:16, 30:15, 30:22, 31:17, 35:11, 35:13, 36:15, 37:23, 37:24, 37:25, 38:2, 38:5, 40:22, 42:7, 44:23, 49:25, 53:14

**ONE** [3] - 6:23, 9:16, 10:4
**ongoing** [1] - 23:23
**OPA** [20] - 40:2, 40:9, 40:18, 40:21, 41:2, 41:4, 41:9, 41:12, 41:14, 42:13, 45:24, 45:25, 46:2, 46:7, 46:8, 46:13, 48:16, 49:13, 49:14, 49:15
**operation** [1] - 19:10
**opinion** [3] - 41:20, 45:10, 50:17
**opportunity** [1] - 42:18
**Opportunity** [2] - 26:7, 26:9
**OPPORTUNITY.........**
..................... [1] - 11:10
**oppose** [1] - 39:11
**opposed** [1] - 31:18
**opposing** [2] - 22:15, 27:16
**opposition** [3] - 35:20, 38:9, 45:6
**oppositions** [2] - 37:6, 37:18
**optional** [1] - 41:15
**oral** [5] - 27:2, 36:22, 38:5, 38:8, 43:2
**ORDER** [1] - 13:4
**order** [9] - 18:11, 22:9, 27:1, 33:11, 33:12, 40:1, 40:2, 47:13, 48:5
**Order** [1] - 48:3
**orderly** [1] - 42:2
**Orders** [3] - 17:21, 18:5, 18:23
**orders** [6] - 17:22, 17:23, 18:8, 18:12, 19:25
**ORDERS...................**
........ [1] - 11:6
**ORDERS...................**
................... [1] - 11:5
**originally** [1] - 19:9
**ORLEANS** [13] - 1:7, 1:23, 4:19, 4:23, 5:14, 6:7, 6:25, 7:9, 7:23, 8:16, 8:25, 9:17, 10:15
**otherwise** [3] - 27:11, 29:9, 30:6
**ought** [1] - 44:16
**outcome** [1] - 48:20
**outdoor** [1] - 32:10
**outside** [1] - 53:19

**outweighing** [1] - 15:18
**overall** [1] - 44:15
**overflow** [1] - 53:15
**overlooked** [1] - 51:8
**owners** [1] - 26:19

**P**

**P.O** [1] - 5:23
**page** [2] - 47:4, 52:24
**PAGE** [1] - 11:3
**pages** [2] - 24:20, 46:3
**PALMINTIER** [3] - 3:17, 3:18, 15:3
**Palmintier** [1] - 15:3
**Panel** [8] - 18:8, 18:11, 18:13, 18:14, 18:15, 18:24, 19:3, 19:14
**PAPANTONIO** [1] - 2:7
**paper** [1] - 22:15
**paperlessly** [1] - 52:8
**papers** [2] - 40:15, 50:5
**Parish** [1] - 16:17
**PARKWAY** [1] - 9:24
**PARSIOLA** [1] - 3:14
**part** [7] - 19:9, 24:3, 26:12, 46:13, 47:23, 48:15, 52:19
**partial** [2] - 41:1, 41:4
**participate** [2] - 21:4, 24:7
**participated** [1] - 51:19
**particularly** [2] - 21:4, 45:15
**parties** [22] - 22:13, 24:21, 25:5, 25:14, 25:23, 26:11, 29:21, 31:20, 32:24, 33:3, 33:11, 34:2, 38:24, 39:1, 39:4, 39:13, 40:4, 42:19, 44:6, 49:5, 51:1, 53:24
**parts** [1] - 32:14
**party** [1] - 42:22
**passage** [1] - 47:3
**passed** [1] - 49:20
**password** [1] - 53:12
**past** [1] - 26:13
**Paul** [1] - 15:11
**pay** [1] - 29:18
**pedal** [1] - 33:25
**Pending** [1] - 34:17
**PENDING** [1] - 11:14
**pending** [7] - 18:1,

7:9, 20:9, 23:3, 34:17, 35:23, 47:16
**PENSACOLA** [1] - 2:9
**PENTHOUSE** [1] - 3:11
**people** [4] - 14:2, 44:11, 44:14, 54:2
**Pepper** [3] - 55:11, 55:20, 55:21
**PEPPER** [1] - 10:14
**perceived** [1] - 32:14
**performed** [1] - 33:9
**perhaps** [4] - 28:1, 32:17, 37:10, 37:18
**period** [1] - 24:23
**personal** [2] - 20:11, 20:13
**persons** [2] - 48:14, 48:23
**pertaining** [1] - 28:23
**pertinent** [1] - 52:19
**PETOSA** [1] - 3:7
**PETROLEUM** [1] - 7:20
**Phase** [6] - 24:19, 25:8, 25:17, 25:18, 25:19
**phases** [2] - 32:17, 48:3
**PHELPS** [1] - 8:22
**Phil** [3] - 14:18, 16:6, 38:19
**PHILIP** [1] - 3:14
**PHILLIP** [2] - 7:8, 8:15
**phone** [2] - 13:16, 21:20
**picking** [1] - 21:20
**piece** [1] - 22:14
**PIGMAN** [1] - 7:7
**PILLSBURY** [1] - 8:11
**pilot** [1] - 28:7
**pin** [1] - 46:11
**piped** [2] - 53:16
**Pipeline** [1] - 46:9
**PITTMAN** [1] - 8:11
**place** [1] - 27:24
**PLACE** [1] - 8:24
**places** [1] - 53:9
**plaintiff** [2] - 28:3, 44:5
**plaintiffs** [11] - 13:19, 14:16, 22:14, 23:1, 26:15, 27:22, 28:8, 42:20, 44:9, 45:4, 48:23
**PLAINTIFFS** [1] - 2:3
**plaintiffs'** [1] - 54:11
**PLAINTIFFS'** [1] - 1:17
**plan** [2] - 51:20, 53:10

**plate** [1] - 28:18
**play** [4] - 19:2, 42:17, 46:14, 47:13
**PLC** [1] - 22:12
**pleading** [1] - 18:2
**pleadings** [2] - 29:3, 29:6
**PLEASE** [1] - 10:11
**pleased** [2] - 25:4, 31:20
**plenty** [1] - 30:3
**point** [12] - 20:25, 25:15, 28:14, 28:15, 31:1, 32:20, 35:4, 35:17, 43:16, 45:21, 46:18, 48:6
**pointed** [1] - 29:24
**points** [2] - 20:8, 32:15, 45:7
**policies** [1] - 53:20
**POLK** [1] - 7:21
**Port** [1] - 40:19
**portion** [2] - 40:2, 52:18
**PORTIS** [1] - 3:21
**position** [2] - 35:6, 41:10
**possible** [2] - 33:1, 33:25
**possibly** [2] - 28:18, 33:19
**post** [3] - 19:18, 20:12, 47:18
**POST** [1] - 3:22
**post-incident** [2] - 19:18, 20:12
**post-trial** [1] - 47:18
**potentially** [1] - 48:11
**Power** [3] - 45:14, 49:23, 49:24
**POYDRAS** [7] - 4:22, 6:7, 6:24, 7:23, 8:15, 9:16, 10:15
**predictive** [1] - 48:20
**preempted** [4] - 41:11, 45:18, 46:5, 46:17
**preemption** [7] - 45:14, 45:15, 45:21, 46:9, 48:16, 50:3
**preference** [1] - 27:17
**prepare** [1] - 26:4
**prepared** [1] - 25:13
**PRESENT** [1] - 10:11
**present** [2] - 32:25, 54:6
**preservation** [1] - 31:23
**preserved** [1] - 32:22
**presume** [1] - 49:18
**Pretrial** [2] - 17:21,

48:3
**PRETRIAL** [1] - 11:5
**pretrial** [2] - 17:22, 47:6
**pretty** [3] - 25:2, 29:20, 52:21
**prevent** [1] - 41:25
**previous** [1] - 36:6
**primarily** [1] - 20:10
**private** [1] - 28:20
**problem** [2] - 29:23, 29:24
**problems** [1] - 24:9
**procedure** [1] - 27:24
**proceed** [2] - 22:12, 42:1
**proceeding** [3] - 23:5, 30:5, 36:1
**PROCEEDINGS** [3] - 1:12, 10:18, 13:1
**proceedings** [4] - 23:7, 49:3, 55:2, 55:16
**process** [3] - 25:6, 26:15, 34:5
**PROCTOR** [1] - 2:7
**produce** [1] - 26:23
**PRODUCED** [1] - 10:18
**produced** [2] - 24:21, 25:13
**PRODUCTION** [2] - 6:17, 6:20
**PRODUCTS** [1] - 6:22
**professional** [1] - 54:24
**Professor** [1] - 21:18
**PROFESSOR** [1] - 10:7
**profile** [1] - 28:3
**program** [4] - 26:24, 27:9, 28:7, 28:16
**progress** [6] - 24:18, 25:21, 46:21, 47:7, 47:11, 47:13
**progressed** [1] - 47:24
**progresses** [1] - 48:1
**progressive** [1] - 14:8
**promise** [1] - 53:25
**promising** [1] - 52:13
**prong** [5] - 40:6, 40:13, 41:20, 49:11, 50:19
**prongs** [2] - 40:5, 44:23
**pronouncement** [1] - 49:22
**property** [2] - 18:18, 19:12
**propose** [1] - 26:25

**proposed** [1] - 27:1
**proposition** [1] - 45:9
**protective** [1] - 31:24
**protocol** [4] - 29:21, 33:2, 33:12, 34:6
**proud** [1] - 14:8
**provided** [1] - 25:12
**provision** [1] - 45:22
**PSC** [22] - 13:22, 14:1, 14:9, 14:11, 14:14, 14:17, 14:19, 14:20, 14:23, 14:24, 15:2, 15:3, 15:8, 15:10, 15:12, 15:14, 15:16, 26:10, 26:16, 26:19, 32:24, 50:5
**PSC's** [2] - 26:21, 40:14
**published** [1] - 40:25
**pun** [1] - 14:5
**punitive** [9] - 40:11, 41:11, 42:13, 42:18, 45:22, 46:4, 46:16, 47:19, 48:21
**pure** [1] - 40:8
**purpose** [2] - 50:2, 50:9
**pursue** [1] - 35:25
**put** [6] - 22:17, 27:24, 30:20, 33:24, 36:21, 37:3

**Q**

**quickly** [1] - 42:21
**Quip** [1] - 16:13
**QUIP** [1] - 9:23
**quote** [3] - 47:10, 47:12, 47:14

**R**

**radar** [1] - 34:19
**RAFFERTY** [1] - 2:7
**raise** [1] - 44:3
**raised** [2] - 30:18, 54:5
**ranging** [1] - 46:15
**rapidly** [1] - 48:1
**rare** [1] - 41:24
**rather** [1] - 34:4
**RE** [1] - 1:4
**re** [1] - 13:11
**read** [2] - 17:21, 50:13
**reading** [1] - 53:5
**ready** [1] - 25:7
**reaffirms** [1] - 50:4
**realize** [1] - 49:13

**really** [10] - 20:23, 25:3, 27:5, 41:9, 43:13, 43:14, 45:9, 49:10, 50:6, 51:9
**Realtime** [2] - 55:11, 55:21
**REALTIME** [1] - 10:14
**reason** [3] - 27:11, 36:20, 50:9
**reasonable** [1] - 46:1
**reasons** [3] - 19:17, 50:22, 51:4
**recent** [1] - 49:22
**recently** [1] - 25:12
**recitation** [1] - 23:17
**recollection** [1] - 43:4
**RECORD** [6] - 10:11, 11:17, 11:18, 11:19, 11:20, 12:1
**record** [2] - 46:13, 55:16
**Record** [7] - 35:1, 35:3, 35:12, 36:5, 38:3, 39:17
**RECORDED** [1] - 10:18
**referenced** [1] - 52:16
**referred** [1] - 52:16
**reflect** [1] - 45:14
**regard** [3] - 20:25, 21:4, 25:25
**regardless** [2] - 43:8, 50:24
**Registered** [1] - 55:11
**related** [5] - 20:23, 28:3, 31:13, 35:25, 51:6
**Related** [1] - 22:5
**RELATED** [1] - 11:8
**RELATES** [1] - 1:9
**relates** [1] - 49:11
**relating** [4] - 18:18, 23:11, 34:15
**relative** [1] - 49:1
**relayed** [1] - 52:25
**relevance** [1] - 32:17
**relevant** [1] - 26:23
**relied** [1] - 41:7
**remarkable** [2] - 25:2, 26:5
**remedy** [1] - 41:15
**remember** [1] - 13:15
**remind** [2] - 30:12, 36:10
**repeat** [1] - 45:7
**REPORT** [1] - 11:9
**Report** [1] - 24:13
**report** [10] - 18:4, 18:7, 19:2, 19:5, 20:8, 24:17, 24:20,

28:25, 31:22, 33:4
**Reporter** [6] - 55:11, 55:12, 55:13, 55:21, 55:22
**REPORTER** [2] - 10:14, 10:14
**REPORTER'S** [1] - 55:9
**reports** [4] - 25:11, 25:13, 25:15, 54:22
**representatives** [1] - 26:16
**request** [1] - 38:5
**requested** [2] - 26:17, 38:9
**requests** [1] - 54:12
**require** [3] - 50:1, 50:7, 50:25
**requirement** [1] - 50:19
**resolution** [4] - 23:3, 28:11, 46:22, 47:24
**resolve** [4] - 27:1, 42:21, 44:7, 44:13
**resolved** [3] - 18:12, 18:13, 42:15
**resolving** [1] - 25:24
**resonates** [1] - 47:24
**respect** [13] - 22:8, 23:11, 23:19, 26:18, 29:1, 29:5, 40:16, 41:8, 45:8, 45:15, 47:14, 47:23, 48:25
**respects** [1] - 42:5
**respond** [1] - 48:8
**response** [4] - 19:18, 20:13, 21:2, 26:19
**RESPONSE** [1] - 9:3
**responsible** [3] - 40:4, 42:19, 42:21
**responsive** [1] - 29:6
**rest** [1] - 32:9
**RESTORATION** [1] - 5:3
**result** [3] - 19:6, 19:10, 23:7
**review** [1] - 17:9
**RHON** [1] - 3:22
**Rhon** [1] - 14:23
**RICE** [1] - 14:24
**Rice** [1] - 14:24
**RICHESON** [1] - 7:22
**Rig** [1] - 13:12
**RIG** [1] - 1:5
**rise** [2] - 13:7, 55:1
**RMR** [2] - 10:14, 55:21
**ROBERT** [1] - 2:11
**Robert** [1] - 15:14
**ROBERTS** [2] - 6:10, 17:1

**Roberts** - 17:1
**ROBIN** [1] - 3:3
**Robin** [1] - 15:10
**rocks** [2] - 33:15, 33:19
**role** [1] - 31:21
**RONQUILLO** [2] - 7:12, 7:16
**ROOM** [2] - 5:18, 10:15
**room** [2] - 15:17, 53:25
**ROUGE** [1] - 3:19
**routinely** [1] - 22:25
**ROY** [3] - 1:18, 1:18, 14:15
**Roy** [1] - 14:15
**rule** [7] - 19:10, 41:21, 41:23, 41:24, 52:12, 52:13
**Rule** [2] - 23:4, 25:12
**ruling** [4] - 42:1, 43:24, 48:12, 51:15
**rulings** [2] - 43:18, 43:25
**run** [1] - 48:7
**RUSNAK** [1] - 2:18
**RYAN** [1] - 7:4

**S**

**s/Cathy** [1] - 55:20
**sake** [2] - 50:14
**San** [2] - 14:4, 14:7
**SAN** [2] - 2:16, 2:23, 5:19
**satisfactorily** [1] - 32:1
**satisfactory** [1] - 50:15
**satisfied** [1] - 44:22
**Savannah** [1] - 18:25
**schedule** [4] - 25:18, 27:6, 27:10, 37:5
**scheduled** [1] - 43:9
**scheduling** [1] - 26:16
**SCHELL** [1] - 7:21
**SCHOOL** [1] - 10:7
**SCIENCE** [1] - 10:8
**scope** [1] - 48:4
**SCOTT** [1] - 4:14
**Scott** [1] - 14:13
**screen** [1] - 34:19
**Seacor** [2] - 16:21, 16:23
**SEACOR** [6] - 9:4, 9:4, 9:5, 9:5, 9:6, 9:6
**seamen** [1] - 41:16
**search** [1] - 26:24

**seated** [1] - 13:8
**second** [4] - 20:2, 40:13, 42:16, 49:11
**secondly** [1] - 49:17
**SECTION** [1] - 5:21
**secured** [1] - 32:10
**securities** [3] - 19:22, 22:18, 24:3
**SEE** [1] - 10:11
**see** [9] - 21:22, 22:5, 30:1, 38:3, 38:7, 48:13, 52:11, 54:3, 54:24
**seeking** [4] - 20:17, 43:4, 44:6, 44:11
**seem** [1] - 40:6
**sensible** [1] - 47:12
**sent** [4] - 18:14, 18:16, 19:19, 34:3
**separate** [6] - 32:15, 34:24, 35:1, 51:7, 51:9, 51:12
**September** [2] - 18:7, 22:9
**served** [1] - 28:4
**serves** [1] - 39:12
**SERVICES** [1] - 7:12
**set** [11] - 22:20, 35:2, 35:18, 36:7, 36:15, 36:19, 37:5, 37:22, 38:8, 48:3, 54:8
**setting** [1] - 37:10
**settled** [2] - 39:13, 47:20
**settlement** [2] - 38:25
**settlements** [1] - 38:24
**seven** [1] - 37:18
**several** [6] - 18:1, 18:11, 25:23, 26:16, 29:25, 42:5
**shall** [1] - 38:9
**SHATTUCK** [1] - 14:21
**Shattuck** [1] - 14:22
**SHAW** [2] - 4:17, 8:11
**SHEETS** [1] - 10:11
**SHELL** [2] - 6:23, 9:16
**Shipping** [7] - 45:13, 45:17, 45:20, 45:25, 46:20, 46:23, 49:12
**SHOE** [1] - 21:16
**short** [7] - 34:24, 35:3, 35:12, 35:19, 42:8, 44:9, 47:2
**showing** [1] - 50:15
**shows** [1] - 24:20
**shrift** [1] - 47:2
**Shushan** [11] - 20:17, 21:24, 25:22, 26:2,

26:3, 28:17, 29:22, 51:19, 52:24, 54:14, 54:22
**Shushan's** [1] - 25:16
**side** [2] - 15:17, 15:18
**SIEMENS** [1] - 9:7
**SIERRA** [1] - 5:3
**SIGN** [1] - 10:11
**SIGN-IN** [1] - 10:11
**signed** [2] - 33:11, 33:12
**silence** [1] - 49:14
**simple** [2] - 29:20, 30:24
**simply** [2] - 39:12, 49:15
**sitting** [1] - 17:11
**situation** [1] - 30:4
**six** [5] - 18:9, 26:12, 26:14, 28:7, 28:9
**small** [1] - 51:21
**so-called** [2] - 21:2, 24:3
**software** [1] - 52:20
**SOILEAU** [1] - 4:6
**someone** [2] - 29:7, 29:13, 36:10, 44:6
**somewhere** [2] - 32:7, 53:13
**soon** [2] - 33:25, 36:21
**sooner** [1] - 34:4
**sorry** [1] - 51:8
**sort** [5] - 31:19, 34:18, 50:1, 50:8, 53:24
**sorts** [2] - 21:19, 40:16
**sought** [2] - 42:12, 44:16
**SOUTH** [4] - 2:8, 4:6, 6:14, 8:4
**South** [1] - 40:19
**space** [2] - 53:23, 53:25
**SPECIAL** [1] - 10:7
**Special** [4] - 20:16, 21:24, 31:19, 31:21
**specific** [1] - 28:8
**specifically** [2] - 28:3, 48:8
**spell** [1] - 21:13
**spent** [2] - 46:3, 47:18
**spill** [1] - 20:12
**SPILL** [1] - 1:4
**Spill** [1] - 13:11
**SPRINGS** [1] - 4:4
**SQUARE** [2] - 6:23, 9:16
**St** [4] - 16:17, 35:2, 35:17, 35:22

**ST** [1] - 9:9
**stack** [4] - 32:16, 32:22, 33:4, 34:15
**stand** [2] - 43:11
**standards** [1] - 46:16
**standing** [2] - 13:25, 14:2
**started** [3] - 17:6, 17:10, 33:22
**state** [8] - 19:2, 20:6, 20:9, 20:15, 21:3, 35:23, 50:3
**STATE** [3] - 5:7, 5:11, 11:7
**State** [3] - 14:22, 20:3, 55:12
**statement** [1] - 46:24
**states** [1] - 13:24
**STATES** [3] - 1:1, 1:13, 5:21
**States** [6] - 14:3, 15:5, 20:10, 33:6, 55:13, 55:22
**Status** [3] - 20:3, 22:5, 31:11
**STATUS** [5] - 1:12, 11:7, 11:8, 11:12, 12:5
**status** [5] - 20:5, 23:14, 23:18, 28:23, 54:18
**statute** [1] - 45:22
**stayed** [1] - 23:3
**steering** [1] - 13:14
**STEFANIE** [1] - 7:13
**STENOGRAPHY** [1] - 10:18
**step** [1] - 42:16
**Stephanie** [1] - 13:10
**STEPHEN** [1] - 1:22
**steps** [1] - 32:13
**STERBCOW** [1] - 15:11
**Sterbcow** [1] - 15:11
**Steve** [4] - 13:18, 15:4, 17:1, 27:22
**STEVEN** [2] - 5:22, 6:10
**still** [7] - 18:1, 18:21, 21:6, 22:16, 22:23, 26:24, 43:20
**STONE** [1] - 7:7
**stood** [1] - 43:3
**stop** [1] - 32:20
**stored** [1] - 32:4
**Stradley** [2] - 23:15, 24:11
**STRADLEY** [8] - 10:3, 23:15, 23:25, 24:2, 24:5, 24:8, 24:10,

24:12
**Strange** [1] - 13:23
**STRANGE** [3] - 5:8, 13:23, 14:6
**STREET** [24] - 1:19, 2:8, 2:12, 2:15, 3:8, 3:18, 4:7, 4:18, 4:22, 5:13, 6:7, 6:10, 6:24, 7:9, 7:14, 7:23, 8:8, 8:15, 8:19, 8:24, 9:16, 9:20, 10:4, 10:15
**strikes** [2] - 30:24, 43:16
**submission** [2] - 29:4, 37:10
**submit** [1] - 47:25
**submitted** [3] - 37:2, 52:1, 52:8
**substantial** [5] - 40:14, 40:23, 41:19, 45:9, 50:16
**success** [1] - 21:1
**sue** [1] - 35:24
**suggesting** [1] - 30:6
**suggestion** [1] - 31:3
**suggestions** [1] - 54:12
**SUITE** [20] - 2:8, 2:23, 3:8, 3:15, 4:11, 4:15, 4:22, 5:5, 6:10, 6:24, 7:14, 7:17, 7:23, 8:4, 8:15, 8:19, 8:24, 9:9, 9:16, 9:20
**SUMICH** [1] - 3:14
**summaries** [1] - 52:24
**summary** [4] - 26:18, 27:3, 28:9, 47:6
**summer** [1] - 26:13
**SUMMY** [2] - 4:14, 14:13
**Summy** [1] - 14:13
**supply** [1] - 33:16
**support** [1] - 51:10
**Supreme** [17] - 45:8, 45:12, 45:14, 45:25, 46:2, 46:13, 46:23, 47:5, 47:9, 47:11, 47:15, 47:20, 47:22, 48:7, 48:21, 49:13, 49:14
**survive** [1] - 42:10
**suspension** [2] - 22:22, 23:11
**SUTHERLAND** [1] - 6:9
**SW** [1] - 4:4

**T**

**TAPAA** [1] - 46:10
**Tarter** [1] - 16:9
**TARTER** [2] - 8:19, 16:9
**TAYLOR** [1] - 3:14
**Team** [1] - 33:9
**techniques** [1] - 46:25
**technology** [3] - 18:19, 53:6, 54:13
**tens** [1] - 48:10
**terminate** [5] - 42:22, 42:23, 44:24, 50:23, 50:25
**termination** [6] - 42:4, 44:12, 44:19, 46:19, 48:9, 50:21
**terms** [4] - 23:22, 26:24, 44:15, 54:12
**TESSIER** [1] - 8:14
**test** [1] - 52:1
**tested** [1] - 33:18
**testimony** [3] - 25:7, 52:17, 54:7
**Testing** [2] - 31:12, 33:7
**testing** [7] - 33:8, 33:12, 33:22, 34:2, 34:5, 34:15
**TESTING...................
............... [1] - 11:12
**TESTING...................
....................... [1] - 11:13
**Texas** [5] - 20:15, 20:18, 21:3, 21:6, 21:21
**TEXAS** [1] - 9:25
**THAT** [1] - 12:1
**THE** [117] - 1:4, 1:5, 1:13, 1:17, 2:3, 5:3, 5:11, 5:16, 5:21, 10:11, 11:7, 11:8, 11:15, 12:4, 13:7, 13:8, 13:10, 13:11, 13:14, 13:20, 14:4, 14:10, 14:25, 15:17, 16:18, 17:5, 17:15, 17:18, 19:4, 19:11, 19:20, 19:22, 20:2, 21:1, 21:10, 21:13, 21:17, 22:1, 22:4, 23:2, 23:8, 23:13, 23:24, 24:1, 24:3, 24:6, 24:9, 24:11, 24:13, 24:24, 25:1, 26:1, 26:9, 27:2, 27:10, 27:14, 27:16,

27:19, 28:13, 28:23, 29:7, 29:12, 29:16, 29:23, 30:6, 30:12, 30:16, 30:18, 30:24, 31:3, 31:6, 31:9, 31:11, 32:2, 32:7, 32:9, 32:19, 33:5, 34:3, 34:13, 36:2, 36:15, 36:19, 36:25, 37:5, 37:12, 37:15, 37:17, 37:20, 37:22, 37:25, 38:3, 38:7, 38:12, 38:14, 38:18, 39:9, 39:16, 39:19, 41:17, 42:23, 43:1, 43:7, 43:13, 44:21, 44:25, 45:2, 45:5, 48:8, 49:8, 49:18, 50:11, 51:12, 51:15, 53:3, 55:1
**themselves** [1] - 13:15
**theory** [1] - 20:22
**therefore** [1] - 44:18
**thinking** [2] - 43:1, 54:10
**third** [4] - 20:3, 41:20, 50:18, 50:19
**THIS** [1] - 1:9
**THOMAS** [1] - 2:7
**THOSE** [1] - 11:19
**thoughts** [1] - 52:25
**thousands** [9] - 42:25, 44:8, 44:9, 44:11, 44:14, 44:20, 44:24, 48:10
**threatens** [1] - 47:11
**three** [5] - 18:8, 18:22, 40:5, 44:23, 45:12
**throw** [1] - 31:3
**TIME............. [1] - 12:6
**timeline** [1] - 34:10
**TO** [5] - 1:9, 11:15, 11:24, 13:4
**today** [3] - 31:15, 39:6, 50:14
**together** [1] - 35:14
**TOLLES** [1] - 6:13
**TORTS** [1] - 5:17
**total** [1] - 19:5
**touch** [1] - 31:23
**touch-up** [1] - 31:23
**touches** [1] - 19:17
**toward** [3] - 46:22, 47:7, 47:24
**TOWER** [1] - 2:4
**Townsend** [3] - 41:8, 41:14, 45:13
**track** [2] - 20:19, 26:5
**tradition** [1] - 14:8

traditional [1] - 24:17
Trans [1] - 46:9
Trans-Alaska [1] - 46:9
transcript [1] - 55:15
TRANSCRIPT [2] - 1:12, 10:18
Transfer [2] - 18:5, 18:23
transfer [5] - 18:8, 18:12, 18:15, 18:22, 19:25
TRANSFER [1] - 11:6
transferor [1] - 18:16
transferred [3] - 19:6, 19:13, 19:16
transmitted [1] - 53:19
TRANSOCEAN [5] - 6:3, 6:3, 6:5, 8:22, 11:15
Transocean [9] - 16:25, 17:2, 17:4, 34:23, 35:8, 35:9, 35:20, 35:23, 35:24
Transocean's [3] - 29:2, 29:15, 35:6
trend [2] - 48:17, 48:18
trial [22] - 20:20, 20:22, 21:7, 25:8, 43:9, 43:21, 44:18, 46:21, 47:8, 47:13, 47:18, 48:3, 48:7, 49:6, 50:25, 51:2, 51:20, 51:23, 53:7, 53:14, 53:18, 54:12
Triche [1] - 17:13
true [2] - 43:6, 55:15
try [15] - 20:18, 27:25, 28:2, 31:15, 32:13, 33:18, 33:20, 44:2, 44:6, 48:19, 53:14, 53:21, 54:3, 54:14
trying [4] - 20:19, 29:25, 30:5, 53:23
Tuesday [1] - 19:2
two [24] - 17:23, 18:15, 19:16, 22:21, 23:23, 24:22, 28:16, 28:19, 28:20, 29:17, 30:8, 30:12, 33:3, 33:13, 33:21, 34:24, 35:17, 36:4, 37:23, 38:3, 44:5, 44:23, 45:15, 52:24
Two [4] - 24:19, 25:17, 25:18, 25:19
TWO [1] - 11:19
two-day [1] - 24:22
two-page [1] - 52:24

TX [8] - 2:19, 2:23, 4:15, 6:11, 7:14, 7:18, 8:20, 10:5
type [1] - 19:12
types [2] - 28:1, 33:22
typical [1] - 44:4

U

U.S [3] - 5:16, 5:22, 9:19
U.S.C [2] - 12:3, 39:21
UK [1] - 22:12
ultimate [7] - 42:4, 44:12, 46:19, 46:22, 47:24, 48:9, 50:21
ultimately [1] - 48:16
unanimous [1] - 45:19
unavailability [1] - 42:12
uncontroversial [1] - 38:22
undecided [1] - 18:22
UNDER [1] - 12:3
under [17] - 18:2, 22:16, 25:17, 25:19, 29:3, 31:18, 34:16, 34:22, 36:8, 39:21, 41:10, 41:16, 42:9, 46:9, 46:17, 48:21, 50:20
UNDERHILL [6] - 5:17, 14:2, 14:5, 21:16, 33:6, 34:12
Underhill [5] - 14:3, 21:14, 21:15, 33:5, 33:6
understood [1] - 21:23
UNDERWRITERS [1] - 8:22
underwriters [1] - 29:15
unfold [1] - 43:19
UNITED [3] - 1:1, 1:13, 5:21
United [5] - 14:3, 15:5, 33:6, 55:13, 55:22
UNIVERSITY [1] - 10:7
unless [1] - 36:19
unlikely [1] - 48:18
unopposed [2] - 35:17, 35:21
unresolved [1] - 18:22
unusual [1] - 46:24
up [10] - 21:20, 27:5, 30:20, 31:23, 36:9, 38:10, 39:20, 43:3, 53:20, 54:9

upholding [1] - 14:7
US [1] - 47:4
utilized [1] - 46:25

V

VA [1] - 2:5
vacant [1] - 53:13
Valdez [6] - 46:1, 46:7, 46:25, 47:16, 47:21, 49:19
various [5] - 18:2, 19:17, 20:9, 32:24, 33:3
vast [1] - 19:17
vendors [1] - 51:22
version [1] - 52:2
versus [2] - 40:3, 44:5
vessel [1] - 33:16
Vessels [2] - 26:7, 26:9
VESSELS [1] - 11:10
video [2] - 53:16, 54:7
view [1] - 40:9
views [1] - 45:14
virtually [1] - 25:22
VOICES [1] - 13:9
VoO [7] - 19:19, 26:9, 26:15, 26:23, 27:21, 27:25, 28:3

W

WALKER [2] - 2:3, 9:19
WALTER [1] - 4:18
WALTHER [1] - 7:7
WALTZER [1] - 5:4
war [1] - 53:25
WARE [1] - 9:23
WARREN [1] - 8:7
Washington [1] - 53:20
WASHINGTON [3] - 5:23, 8:8, 9:9
Water [3] - 41:10, 41:11, 45:18
WATERSIDE [1] - 2:4
WATTS [3] - 2:21, 2:22, 15:1
Watts [1] - 15:1
wave [2] - 25:13, 25:18
Weatherford [3] - 16:8, 38:24, 38:25
WEATHERFORD [1] - 9:19
week [5] - 25:22,

25:23, 33:3, 51:21, 51:22
weekly [2] - 26:2, 54:22
weeks [1] - 33:13
WEIL [2] - 9:8, 9:11
WEINER [1] - 7:22
WEITZ [1] - 3:3
WESTBANK [1] - 5:5
whack [1] - 29:10
WHEREUPON [1] - 55:2
WHICH [4] - 11:16, 11:22, 11:23, 12:1
WHITELEY [1] - 5:12
whole [1] - 48:15
wi [1] - 53:9, 53:10
wi-fi [2] - 53:9, 53:10
WILLIAM [1] - 10:3
WILLIAMS [3] - 4:10, 4:10, 15:7
Williams [1] - 15:7
WILLIAMSON [2] - 2:18, 2:18
willing [1] - 54:14
WINTHROP [1] - 8:11
wise [1] - 53:22
wish [1] - 54:6
wishes [2] - 39:11, 48:6
witness' [1] - 52:17
witnesses [3] - 43:21, 51:3, 54:5
WITTMANN [3] - 7:7, 7:8, 16:6
Wittmann [1] - 16:6
WIYGUL [1] - 5:4
wondering [1] - 30:19
words [1] - 43:7
worker [1] - 21:3
workers [1] - 27:25
WORLDWIDE [1] - 9:5
worth [3] - 44:13, 44:14, 50:9
WRIGHT [1] - 1:18
Written [1] - 24:13
written [4] - 19:4, 20:8, 24:18, 25:17
WRITTEN [1] - 11:9

Y

yard [1] - 32:10
year [3] - 25:8, 49:7, 50:6
years [1] - 47:17
YOAKUM [1] - 2:19
York [1] - 15:25
YORK [5] - 3:4, 7:17,

8:12, 9:12, 15:25