1                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
2

3    ********************************************************************

4    IN RE:  OIL SPILL BY THE
     OIL RIG *DEEPWATER HORIZON*
5    IN THE GULF OF MEXICO ON
     APRIL 20, 2010
6
                              CIVIL ACTION NO. 10-MD-2179 "J"
7                             NEW ORLEANS, LOUISIANA
                              FRIDAY, OCTOBER 21, 2011, 10:56 A.M.
8

9    THIS DOCUMENT RELATES TO
     ALL CASES
10
     ********************************************************************
11

12        TRANSCRIPT OF DISCOVERY STATUS CONFERENCE PROCEEDINGS
              HEARD BEFORE THE HONORABLE SALLY SHUSHAN
13                 UNITED STATES MAGISTRATE JUDGE

14

15   APPEARANCES:

16   FOR THE PLAINTIFFS'
     LIAISON COUNSEL:          DOMENGEAUX WRIGHT ROY & EDWARDS
17                             BY:  JAMES P. ROY, ESQUIRE
                               P. O. BOX 3668
18                             556 JEFFERSON STREET
                               LAFAYETTE, LA  70502
19

20                             HERMAN HERMAN KATZ & COTLAR
                               BY:  STEPHEN J. HERMAN, ESQUIRE
21                             820 O'KEEFE AVENUE
                               NEW ORLEANS, LA  70113
22

23   FOR THE PLAINTIFFS:       IRPINO LAW FIRM
                               BY:  ANTHONY IRPINO, ESQUIRE
24                             ONE CANAL PLACE
                               365 CANAL STREET, SUITE 2990
25                             NEW ORLEANS LA  70130

```
1   APPEARANCES CONTINUED:

2

3                               LEVIN PAPANTONIO THOMAS MITCHELL
                                RAFFERTY & PROCTOR
4                               BY:  BRIAN H. BARR, ESQUIRE
                                316 SOUTH BAYLEN STREET, SUITE 600
5                               PENSACOLA, FL  32502

6

7                               WILLIAMSON & RUSNAK
                                BY:  JIMMY WILLIAMSON, ESQUIRE
8                               4310 YOAKUM BOULEVARD
                                HOUSTON, TX  77006
9

10
    FOR STATE INTERESTS:        ALABAMA ATTORNEY GENERAL'S OFFICE
11                              BY:  LUTHER STRANGE, ESQUIRE
                                     COREY L. MAZE, ESQUIRE
12                              500 DEXTER AVENUE
                                MONTGOMERY, AL  36130
13

14
    FOR THE STATE OF
15  LOUISIANA:                  KANNER & WHITELEY
                                BY:  DOUGLAS R. KRAUS, ESQUIRE
16                              701 CAMP STREET
                                NEW ORLEANS, LA  70130
17

18
    FOR THE FEDERAL
19  GOVERNMENT INTERESTS:       U.S. DEPARTMENT OF JUSTICE
                                TORTS BRANCH, CIVIL DIVISION
20                              BY:  R. MICHAEL UNDERHILL, ESQUIRE
                                450 GOLDEN GATE AVENUE
21                              7TH FLOOR, ROOM 5395
                                SAN FRANCISCO, CA  94102
22

23  FOR THE UNITED STATES
    OF AMERICA:                 ENVIRONMENTAL ENFORCEMENT SECTION
24                              U.S. DEPARTMENT OF JUSTICE
                                BY:  STEVEN O'ROURKE, ESQUIRE
25                              P.O. BOX 7611
                                WASHINGTON, DC  20044
```

```
 1   APPEARANCES CONTINUED:

 2

 3   FOR TRANSOCEAN HOLDINGS
     LLC, TRANSOCEAN
 4   OFFSHORE DEEPWATER
     DRILLING INC., AND
 5   TRANSOCEAN DEEPWATER
     INC.:                       FRILOT
 6                               BY:  KERRY J. MILLER, ESQUIRE
                                 ENERGY CENTRE, 36TH FLOOR
 7                               1100 POYDRAS STREET
                                 NEW ORLEANS, LA  70163
 8

 9
                                 SUTHERLAND ASBILL & BRENNAN
10                               BY:  STEVEN L. ROBERTS, ESQUIRE
                                 1001 FANNIN STREET, SUITE 3700
11                               HOUSTON, TX  77002

12

13   FOR BP AMERICA INC.,
     BP AMERICA PRODUCTION
14   COMPANY, BP COMPANY
     NORTH AMERICA INC.,
15   BP CORPORATION NORTH
     AMERICA INC.,
16   BP EXPLORATION &
     PRODUCTION INC.,
17   BP HOLDINGS NORTH
     AMERICA LIMITED,
18   BP PRODUCTS NORTH
     AMERICA INC.:               LISKOW & LEWIS
19                               BY:  DON K. HAYCRAFT, ESQUIRE
                                 ONE SHELL SQUARE
20                               701 POYDRAS STREET
                                 SUITE 5000
21                               NEW ORLEANS, LA  70139

22
                                 KIRKLAND & ELLIS
23                               BY:  J. ANDREW LANGAN, ESQUIRE
                                      MARK J. NOMELLINI, ESQUIRE
24                                    BRIAN A. KAVANAUGH, ESQUIRE
                                      RYAN S. BABIUCH, ESQUIRE
25                               300 N. LASALLE
                                 CHICAGO, IL  60654
```

```
1   APPEARANCES CONTINUED:

2

3                               KIRKLAND & ELLIS
                                BY:  ROBERT R. GASAWAY, ESQUIRE
4                               655 FIFTEENTH STREET, N.W.
                                WASHINGTON, DC  20005
5

6
    FOR CAMERON INTERNATIONAL
7   CORPORATION:              STONE PIGMAN WALTHER WITTMANN
                              BY:  PHILLIP A. WITTMANN, ESQUIRE
8                                  CARMELITE M. BERTAUT, ESQUIRE
                              546 CARONDELET STREET
9                             NEW ORLEANS, LA 70130

10

11  FOR HALLIBURTON
    ENERGY SERVICES, INC.:   GODWIN RONQUILLO
12                           BY:  DONALD E. GODWIN, ESQUIRE
                                  JENNY L. MARTINEZ, ESQUIRE
13                                STEFANIE K. MAJOR, ESQUIRE
                             1201 ELM STREET, SUITE 1700
14                           DALLAS, TX  75270

15

16                           GODWIN RONQUILLO
                             BY:  R. ALAN YORK, ESQUIRE
17                           1331 LAMAR, SUITE 1665
                             HOUSTON, TX  77010
18

19
    FOR ANADARKO
20  PETROLEUM CORPORATION,
    ANADARKO E&P COMPANY
21  LP:                      KUCHLER POLK SCHELL
                             WEINER & RICHESON
22                           BY:  DEBORAH D. KUCHLER, ESQUIRE
                             1615 POYDRAS STREET, SUITE 1300
23                           NEW ORLEANS, LA  70112

24

25
```

```
 1  APPEARANCES CONTINUED:

 2

 3                              BINGHAM MCCUTCHEN
                               BY:  KY E. KIRBY, ESQUIRE
 4                                  WARREN A. FITCH, ESQUIRE
                               2020 K STREET, NW
 5                             WASHINGTON, DC  20006

 6

 7  FOR MOEX OFFSHORE
    2007 LLC:                  PILLSBURY WINTHROP SHAW PITTMAN
 8                             BY:  EDWARD FLANDERS, ESQUIRE
                               1540 BROADWAY
 9                             NEW YORK, NY  10036

10
                               CARVER DARDEN KORETZKY TESSIER
11                             FINN BLOSSMAN & AREAUX
                               BY:  PHILLIP D. NIZIALEK, ESQUIRE
12                             1100 POYDRAS STREET, SUITE 3100
                               NEW ORLEANS, LA  70163
13

14

15  FOR M-I L.L.C.:            MORGAN, LEWIS & BOCKIUS
                               BY:  JOHN C. FUNDERBURK, ESQUIRE
16                                  JAMES B. TARTER, ESQUIRE
                               1000 LOUISIANA STREET, SUITE 4000
17                             HOUSTON, TX  77002

18

19  FOR O'BRIEN'S RESPONSE
    MANAGEMENT, INC.,
20  SEACOR HOLDINGS, INC.,
    SEACOR OFFSHORE LLC,
21  SEACOR MARINE, LLC,
    SEACOR WORLDWIDE, INC.,
22  SEACOR MARINE, INC.,
    SEACOR MARINE
23  INTERNATIONAL, INC.,
    AND SIEMENS FINANCIAL,
24  INC.:                      WEIL GOTSHAL & MANGES
                               BY:  JEREMY T. GRABILL, ESQUIRE
25                             767 FIFTH AVENUE
                               NEW YORK, NY  10153
```

```
1  APPEARANCES CONTINUED:

2
                             WEIL GOTSHAL & MANGES
3                            BY:  MICHAEL J. LYLE, ESQUIRE
                             1300 I ST., NW, SUITE 900
4                            WASHINGTON, DC  20005

5

6  FOR DRIL-QUIP,
   INC.:                     WARE, JACKSON, LEE & CHAMBERS
7                            BY:  C. DENNIS BARROW, JR., ESQUIRE
                             2929 ALLEN PARKWAY, 42ND FLOOR
8                            HOUSTON, TEXAS 77019

9

10 FOR MDL 2185:             MITHOFF LAW FIRM
                             BY:  WILLIAM STRADLEY, ESQUIRE
11                           3450 ONE ALLEN CENTER
                             500 DALLAS STREET
12                           HOUSTON, TX  77002

13

14 ALSO PRESENT:            [PLEASE SEE SIGN-IN SHEETS FILED IN THE
                             RECORD]
15

16

17 OFFICIAL COURT REPORTER:     CATHY PEPPER, CRR, RMR, CCR
                                CERTIFIED REALTIME REPORTER
18                              500 POYDRAS STREET, ROOM HB406
                                NEW ORLEANS, LA  70130
19                              (504) 589-7779
                                Cathy_Pepper@laed.uscourts.gov
20

21 PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
   PRODUCED BY COMPUTER.
22

23

24

25
```

1                        **I N D E X**

2

3    AGENDA ITEMS                                        PAGE

4

5    BOP AND CAPPING STACK.................................  12

6    COMPLETION OF DOCUMENT PRODUCTION BY THE U.S...........  12

7    PHASE TWO DISCOVERY..................................  12

8    NOVEMBER 1ST, EVERYBODY TRY TO GET YOUR COMMENTS BACK    15

9    OUT TO THE PERSON WHO CIRCULATED, AND THEN YOU CAN

10   START THE MEET AND CONFER PROCESS.....................

11   PHASE TWO DISCOVERY HAD BEEN SERVED ON BP..............  15

12   DEADLINE FOR THE STATES' RESPONSE TO DISCOVERY.........  16

13   TRANSOCEAN DOCUMENT PRODUCTION........................  16

14   EXPERT DISCOVERY......................................  16

15   MS. POWELL...........................................  17

16   RONALD SWEATMAN......................................  19

17   RICHARD CORONADO.....................................  19

18   MR. MCWHORTER........................................  19

19   MR. VIDRINE..........................................  23

20   LIEUTENANT HOUCK.....................................  23

21   MICHAEL VIATOR.......................................  23

22   MR. MCKAY............................................  24

23   MAXIE DOYLE..........................................  26

24   DESIGNATIONS OF DEPOSITIONS...........................  26

25   GARY LEACH...........................................  26

1  DEFENDANTS HAD DUE TODAY A LIST OF ADDITIONAL          27

2  PRE-AUGUST 31ST DEPONENTS THAT WE WANTED TO ADD........

3  UPDATED AND CORRECTED GROUP ONE DEPOSITION TRANSCRIPTS.  27

4  FOR TODAY PRESENTING PARTIES DO THEIR                  28

5  COUNTER-DESIGNATIONS FOR GROUP TWO, AND EVERYBODY WHO

6  IS A NONPRESENTING PARTY DOES THEIR AFFIRMATIVE

7  DESIGNATIONS FOR GROUP THREE...........................

8  NEXT FRIDAY COUNTER-DESIGNATIONS FOR GROUP ONE, NOW    28

9  THAT WE HAVE THE CORRECTED TRANSCRIPTS, AND ALSO

10  COUNTER-DESIGNATIONS AND HIGHLIGHTED EXHIBITS FOR

11  GROUP TWO, PRESENTING PARTIES' AFFIRMATIVE

12  DESIGNATIONS FOR GROUP THREE, AND NONPRESENTING

13  PARTIES' DESIGNATIONS FOR GROUP FOUR...................

14  NEXT WEEK, WHICH IS FRIDAY, THE 4TH, GROUP ONE,        28

15  TWO-PAGE SUMMARIES AND OBJECTIONS WOULD BE DUE; FOR

16  GROUP TWO, TWO-PAGE SUMMARIES AND OBJECTIONS WOULD BE

17  DUE....................................................

18  PACKETS FOR GROUP ONE AND GROUP TWO TO JUDGE BARBIER   28

19  BY FRIDAY, NOVEMBER 11TH...............................

20  JUDGE BARBIER'S LIST OF DEPOSITIONS AND THE ORDER IN   29

21  WHICH THE PSC PLANS ON PRESENTING THE DEPOSITIONS......

22  DUPLICATION........................................... 46

23  ANADARKO SETTLEMENT AGREEMENT......................... 48

24  DRAFT DEPOSITION SCHEDULE FOR THE EXPERTS FOR TIME     50

25  ALLOTMENT..............................................

1  IN-HOUSE EXPERTS....................................... 50

2  MOTIONS IN LIMINE AND OBJECTIONS TO THE 300 EXHIBITS... 51

3  PAGE LIMITATIONS ON THESE MOTIONS..................... 60

4  ISSUE ABOUT EXHIBITS.................................. 64

5  CLEAN-UP RESPONDER SCHEDULING ORDER................... 65

6  HALLIBURTON-BP DISCUSSIONS............................ 65

7  PSC/CAMERON/ESI ISSUE................................. 65

8  TALKING ABOUT MEETING AND CONFERRING ON WHO WILL BE   66

9  VOLUNTARILY BROUGHT LIVE AT TRIAL.....................

10  REVIEWING STIPULATIONS............................... 66

11  STATUS OF STIPULATIONS............................... 70

12  DEPOSITION DESIGNATIONS.............................. 70

13  CONFIDENTIALITY OF OUR DISCUSSIONS WITH THE B3        74

14  DEFENDANTS REGARDING STIPULATIONS.....................

15  NEXT CONFERENCE FRIDAY, OCTOBER 28, 2011, AT          75

16  9:30 A.M., FOLLOWED BY LCC...........................

17

18

19

20

21

22

23

24

25

**P-R-O-C-E-E-D-I-N-G-S**

FRIDAY, OCTOBER 21, 2011

M O R N I N G   S E S S I O N

(COURT CALLED TO ORDER)

10:56AM    THE COURT:  Good morning, everybody.  Can the phone participants hear us?

10:56AM    UNIDENTIFIED SPEAKER:  Yes, Your Honor.  You might speak up just a little bit more.

10:56AM    THE COURT:  Usually that's not a problem.  In fact, we're going to turn the mic up.

10:56AM    Corey, would you turn it up just a little bit for us?

10:56AM    Phone participants, before you speak, if you wouldn't mind identifying yourself for Ms. Pepper, our court reporter, that would be helpful.

10:56AM    We're going to try to run through this real quickly because we're starting later than usual, and we've got people who are trying to get to things like airplanes, LSU-Auburn pregame celebrations.  What else have we got going today?

10:57AM    So, Corey, I think you wanted to make one statement with regard to LSU.

10:57AM    MR. MAZE:  This is Corey Maze on behalf of the Auburn family.  I think, Judge, you were the one that was going to make

10:57AM  1    the statement.

10:57AM  2          THE COURT:  Well, yes.  Corey, you had indicated to me

10:57AM  3    that you thought the purple and gold and the Tiger mascot were

10:57AM  4    kind of tacky?

10:57AM  5          MR. MAZE:  Gaudy, I think, was the word I used.

10:57AM  6          THE COURT:  Gaudy, gaudy, gaudy.  I agree with that.  I

10:57AM  7    think the LSU fans overdo it with the purple and the gold and the

10:57AM  8    tigers, and they are ugly.  Is that enough said?

10:57AM  9          MR. MAZE:  I would say that, but I will be outnumbered

10:57AM 10    ten to one tomorrow, so I won't say it after today.

10:57AM 11          THE COURT:  Don't wear anything identifying yourself as

10:57AM 12    being Auburn, okay?

10:57AM 13          MR. MAZE:  I will do that.

10:57AM 14          THE COURT:  Let's see what we've got going.

10:57AM 15              First of all, thanks to Anadarko for our reception

10:58AM 16    yesterday.  It was lots of fun, and we appreciate it.  Andy, you

10:58AM 17    were missed.

10:58AM 18              I'm thinking that maybe what we want to do is think

10:58AM 19    about in December having one last kickoff before the end of the

10:58AM 20    year.  So you all think about who wants to be the next host.

10:58AM 21          MR. WITTMANN:  Your Honor, on behalf of Cameron, this is

10:58AM 22    Phil Wittmann, we volunteer.

10:58AM 23          THE COURT:  Fabulous, Phil.

10:58AM 24              Phil, if you will look at the calendar and let us

10:58AM 25    know what would be best for you guys, I know you all are going to

10:58AM  1    be in expert depositions, so I think all of you are going to need

10:58AM  2    a drink.  So, good enough.

10:58AM  3              BOP and Capping Stack, I believe that everybody

10:58AM  4    went out either on the 19th, the 20th and the 21st.  I haven't

10:58AM  5    heard any reports that there was anything that went wrong.  We're

10:59AM  6    still, I take it, working on the capping stack laser scan, so

10:59AM  7    nothing to report there.

10:59AM  8              On Completion of Document Production by the U.S.,

10:59AM  9    we've signed the order relative to how that's going to come out,

10:59AM  10   what order of priority.  I appreciate the attorneys working

10:59AM  11   through that issue.  That was very helpful.

10:59AM  12             Let's see, Phase Two Discovery.  We've let you all

10:59AM  13   know that post-Martin Luther King Day, we're going to start on

10:59AM  14   the Phase Two 30(b)(6) deposition round.  Does anybody want to

10:59AM  15   update me on the status of circulation of those notices?

10:59AM  16        MR. LANGAN:  Your Honor, Mr. Duffy, my partner, tells me

10:59AM  17   that we did circulate a number of draft notices yesterday on

10:59AM  18   time.

10:59AM  19             I believe that BP circulated one-half of our

10:59AM  20   30(b)(6) to the United States, and some related to TO and some

11:00AM  21   related to some others.  I know that the PSC likewise circulated

11:00AM  22   a few notices.  We plan to stay on schedule and circulate a

11:00AM  23   number of other ones next Thursday.  So, yeah.

11:00AM  24        THE COURT:  As far as looking down the road, does

11:00AM  25   everybody anticipate that they will be able to look at the drafts

11:00AM 1   on a weekly basis and get their comments to the circulator so

11:00AM 2   that we can start working toward a final draft of each of these?

11:00AM 3   Is that going to be a problem?

11:00AM 4   MR. LANGAN:  Your Honor, what we had thought about

11:00AM 5   internally is that perhaps targeting November 1st for a process

11:00AM 6   to collect all the comments, and then each drafting party would

11:00AM 7   be in a position to start negotiating with each responding party

11:00AM 8   the first week in November.

11:00AM 9   Then, at one of your conferences in November, I

11:00AM 10  guess it won't be the 11th, we set aside time to resolve those

11:01AM 11  differences, maybe on the 18th.  That's kind of the timeline we

11:01AM 12  seek.

11:01AM 13  THE COURT:  That sounds good.  Why don't we have a

11:01AM 14  report on the 11th at the status conference --

11:01AM 15  MR. LANGAN:  Well, I don't think you have one.  It's

11:01AM 16  Veterans Day, and I don't think you have one.

11:01AM 17  THE COURT:  Really?

11:01AM 18  MR. HAYCRAFT:  No, we don't.

11:01AM 19  THE COURT:  You all are counting on not being here that

11:01AM 20  day?

11:01AM 21  MR. LANGAN:  No, Your Honor, it's in your order.

11:01AM 22  THE COURT:  Oops.

11:01AM 23  MR. MAZE:  I think it's the 11th and the 25th.

11:01AM 24  THE COURT:  Nobody consulted with me on that.  Okay.

11:01AM 25  The 25th.  11th and 25th.

11:01AM 1          Why don't we get an update on the 11th.  Hopefully,

11:01AM 2  we'll be able to report some finals, and, if not, if we've got

11:01AM 3  things that we need to resolve, why don't we get them so that I

11:01AM 4  can get it resolved during the week of the 14th.  Or is that -- I

11:01AM 5  guess there is no hurry to it.  Never mind.  I take that back.

11:02AM 6          MR. LANGAN:  I think if we set aside time on the 18th to

11:02AM 7  resolve, given the fact we're not going to be here on the 11th, I

11:02AM 8  think it is a federal holiday -- I think it is.

11:02AM 9          THE COURT:  It probably is.

11:02AM 10         MR. LANGAN:  Anyway, that's what our thought was.

11:02AM 11         THE COURT:  So that sounds good.  If you all will see

11:02AM 12  that when it comes in, that's another flip process.

11:02AM 13         MR. WILLIAMSON:  Jimmy Williamson for the plaintiffs,

11:02AM 14  Judge.

11:02AM 15         Yes, we got our drafts outs for BP, Anadarko,

11:02AM 16  Halliburton, Cameron yesterday.

11:02AM 17         THE COURT:  Good.

11:02AM 18         MR. WILLIAMSON:  We've committed to the Court and

11:02AM 19  everyone that we will have the other four we've got where we're

11:02AM 20  the drafter done by next week.  The schedule, of course, that the

11:02AM 21  Court's proposed is fine.

11:02AM 22         THE COURT:  Good, thank you.

11:02AM 23         MR. FITCH:  Judge, Tony Fitch.

11:02AM 24         Just for clarification, are you going to adopt

11:02AM 25  Andy's suggestion for a deadline for everyone turning around

11:02AM 1  their comments on the initial drafts?

11:03AM 2  　　　　THE COURT:  Yes, I think it was a good suggestion, and

11:03AM 3  we are going to adopt it.

11:03AM 4  　　　　So November 1st, everybody try to get your comments

11:03AM 5  back out to the person who circulated, and then you can start the

11:03AM 6  meet and confer process.

11:03AM 7  　　　　Now, let's see, what else did I have I wanted to

11:03AM 8  cover?  I wanted to get a further report from BP from

11:03AM 9  Ryan Babiuch.  Could I have Ryan come on up, please?

11:03AM 10  　　　　Good morning, Ryan.  Do you have anything further

11:03AM 11  that you need to report on behalf of BP?

11:03AM 12  　　　　MR. LANGAN:  Your Honor, this is highly irregular.

11:03AM 13  　　　　MR. BABIUCH:  Just that we enjoyed ourselves last night.

11:04AM 14  　　　　THE COURT:  Good.  I appreciate that.  Thank you.

11:04AM 15  　　　　MR. GODWIN:  Andy will be at the next one, Judge.

11:04AM 16  　　　　THE COURT:  Andy, I would suggest that you make the next

11:04AM 17  party.

11:04AM 18  　　　　MR. LANGAN:  I will do my best, Your Honor.

11:04AM 19  　　　　THE COURT:  BP last time reported that Phase Two written

11:04AM 20  discovery had been served on it, was working on responses.  Andy,

11:04AM 21  do you want to give us an update on that, or everything is in

11:04AM 22  gear?

11:04AM 23  　　　　MR. LANGAN:  I'm sorry, could I have that one more time?

11:04AM 24  I apologize.

11:04AM 25  　　　　THE COURT:  You reported last time that Phase Two

11:04AM 1    discovery had been served on BP, and that you all were working on

11:04AM 2    responses.  Should I just carry that on?

11:04AM 3              MR. LANGAN:  I believe so.  That remains the case.

11:04AM 4              THE COURT:  Great.

11:04AM 5                   All right.  We had, Corey, the Deadline For the

11:04AM 6    States' Response to Discovery.  That went by with no problem,

11:04AM 7    right?

11:05AM 8              MR. MAZE:  Yes.  We filed our written discovery, I

11:05AM 9    think, two days early.  I think we filed it on Tuesday.  They

11:05AM 10   were due on Thursday.

11:05AM 11             THE COURT:  Look at you.

11:05AM 12             MR. MAZE:  I try.

11:05AM 13             THE COURT:  Trying to get out of town for the Auburn

11:05AM 14   game.

11:05AM 15             MR. MAZE:  I did, successfully.

11:05AM 16             THE COURT:  I carried over, Kerry, Transocean document

11:05AM 17   production, but there is nothing left on that, is there?

11:05AM 18             MR. MILLER:  I don't think so, Your Honor.

11:05AM 19             THE COURT:  We're going to take it off.

11:05AM 20             MR. UNDERHILL:  Your Honor, could I just add?  It's

11:05AM 21   slightly related.

11:05AM 22             THE COURT:  Okay.

11:05AM 23             MR. UNDERHILL:  We're trying to work some stuff out with

11:05AM 24   Kerry and Steve Roberts and his crew.  We had a hiccup on some

11:05AM 25   expert discovery.  We've had some correspondence with Steve and

11:05AM 1    Transocean's team about some documents that we felt should have

11:05AM 2    been produced with one of their experts on the BOP, Mr. Childs,

11:05AM 3    and we've had correspondence back and forth, and we haven't quite

11:05AM 4    closed the gap.

11:06AM 5              Steve Roberts really took it on himself today to

11:06AM 6    try to figure out if they can get us what we think we need.

11:06AM 7    We're not there yet.

11:06AM 8              To give them a little bit more time, and I didn't

11:06AM 9    want to blind side Steve and Transocean on this, what I would

11:06AM 10   suggest is that -- e-mail traffic, I'm just looking at, it looks

11:06AM 11   like our BOP people are trying to work with their BOP attorneys

11:06AM 12   to work it out.  If we can't, we might need to get you on a call

11:06AM 13   next week because the concern is that if we don't get the

11:06AM 14   documents, it's going to mess us up on any potential rebuttal.

11:06AM 15        THE COURT:  Good.  No problem.

11:06AM 16        MR. UNDERHILL:  So we'll try to work it out, but that's

11:06AM 17   on your radar.

11:06AM 18        THE COURT:  It is on my radar.  You all just let me know

11:06AM 19   if you need me, and we'll set up a quick call.

11:06AM 20              We're getting up to the calendar, Corey.

11:06AM 21              We heard from Andy this week that Ms. Powell is

11:06AM 22   unable to appear prior to the November 14th commencement of

11:06AM 23   expert depositions, so we're just going to keep her on

11:07AM 24   November the 17th, and you can take off the tentative.

11:07AM 25        MR. LANGAN:  Thank you, Your Honor.  We tried.

11:07AM 1          THE COURT:  I know you did, Andy.  No problem.

11:07AM 2          MR. MAZE:  So nothing for the 10 and 11?

11:07AM 3          THE COURT:  Right.

11:07AM 4          MR. WILLIAMSON:  Jimmy Williamson for the plaintiffs,

11:07AM 5  Your Honor.

11:07AM 6               We certainly understand the issue of Ms. Powell.  I

11:07AM 7  will note that the 17th -- I try never to object to scheduling --

11:07AM 8          THE COURT:  I know you don't.

11:07AM 9          MR. WILLIAMSON:  -- but, having said that, there are

11:07AM 10  four different expert witnesses already set for that date.  Those

11:07AM 11  expert witnesses cover a broad range of topics, including the

11:07AM 12  BOP, well control, process safety, so it engages quite a number

11:07AM 13  of our attorneys who need to be involved in that.

11:07AM 14               We will do it on the 17th, if the Court and BP say

11:07AM 15  so, in Houston.  If there is another day that week, it would

11:07AM 16  probably be a little easier on our team.

11:08AM 17          THE COURT:  Well, Andy, do you want to see if maybe

11:08AM 18  Ms. Powell could make herself available on the 18th?

11:08AM 19          MR. LANGAN:  I'll try.

11:08AM 20          THE COURT:  Let's give it a college try.

11:08AM 21               Jimmy, if we can't, do you want to try to go into

11:08AM 22  the next week?

11:08AM 23          MR. WILLIAMSON:  No.  Whatever Mr. Langan ends up with

11:08AM 24  will be great.  If the 17th is our day, we will cover it.

11:08AM 25          THE COURT:  I hear you.  You sound like Mr. Roy today.

11:08AM 1          Next up on our list, Andy, was Sweatman,

11:08AM 2  Ronald Sweatman.

11:08AM 3          MR. LANGAN:  Mr. Godwin and Mr. York tell me today that

11:08AM 4  November 10th is a day for that.  So thank you to Halliburton for

11:08AM 5  that.

11:08AM 6          THE COURT:  Thank you, Halliburton.

11:08AM 7          So that's, Corey, S-W-E-A-T-M-A-N.  November 10.

11:08AM 8          MR. GODWIN:  8:30, Andy?

11:08AM 9          MR. LANGAN:  Yes, sure.

11:09AM 10         THE COURT:  Then, relative to Richard Coronado,

11:09AM 11  Carmelite, do you have a date for him?

11:09AM 12         MS. BERTAUT:  Your Honor, we listed Mr. Coronado as an

11:09AM 13  in-house counsel -- in-house expert, so I think that I assumed

11:09AM 14  that was going to be a date that you were going to set when you

11:09AM 15  said -- but if that's incorrect --

11:09AM 16         THE COURT:  No, no, I didn't know.  I didn't realize he

11:09AM 17  had been designated as in-house.

11:09AM 18         MS. BERTAUT:  I believe I have that right.

11:09AM 19         THE COURT:  Is there any objection to that, Jimmy?

11:09AM 20         MR. WILLIAMSON:  Yes, Your Honor.

11:09AM 21         Jimmy Williamson for the plaintiffs.

11:09AM 22         Mr. McWhorter -- just 10 seconds of history --

11:09AM 23  Mr. McWhorter was designated as Cameron's 30(b)(6) witness on

11:09AM 24  every topic to be covered in two days.  Mr. McWhorter, who is an

11:09AM 25  engineer, specifically disclaimed knowledge on BOP control

11:09AM 1   systems.

11:09AM 2            When you asked him who to ask, he said ask

11:10AM 3   Ed Gaudet with Cameron.  Ed Gaudet's deposition, I think at BP's

11:10AM 4   request, was actually noticed and taken.  When we get Mr. Gaudet,

11:10AM 5   he expressly disclaimed knowledge on BOP control systems other

11:10AM 6   than hydraulic controls.  When we asked him who should you ask,

11:10AM 7   he said Richard Coronado.

11:10AM 8            Hence, BP's request, and I'm not speaking for BP,

11:10AM 9   but hence BP's very logical request for Mr. Coronado's fact

11:10AM 10  deposition.

11:10AM 11           THE COURT:  Fact.  Okay.

11:10AM 12           MR. WILLIAMSON:  I realize the Court has got to take up

11:10AM 13  the issue of in-house experts.  BP has designated some, Cameron

11:10AM 14  has designated two or three.

11:10AM 15           But, having said that, we think we're entitled to

11:10AM 16  Mr. Coronado as a fact witness given that progression of events.

11:10AM 17  Whatever the Court ends up doing we'll be happy with, but we

11:10AM 18  don't think it's fair to push him, given the issues, as a fact

11:10AM 19  witness.

11:10AM 20           THE COURT:  Okay.

11:11AM 21           MS. BERTAUT:  Your Honor, can I respond to this because

11:11AM 22  I do know some of this history?

11:11AM 23           THE COURT:  Sure.

11:11AM 24           MS. BERTAUT:  My recollection of what happened here is

11:11AM 25  we were responding to BP's request for Richard Coronado.  It was

11:11AM 1   my understanding that BP, and I can't remember the -- there was a
11:11AM 2   woman attorney had spoken with the Beck Redden folks and had
11:11AM 3   agreed that if, in fact, Richard Coronado was listed as an expert
11:11AM 4   in-house, that they would defer his deposition at that time --
11:11AM 5   for that time period.  I think PLC did not note their interest in
11:11AM 6   Mr. Coronado until the last conference.

11:11AM 7          So, frankly, I'm kind of blind-sided by the fact
11:11AM 8   that the plaintiffs were demanding Mr. Coronado's testimony as a
11:11AM 9   fact witness.  I can certainly go back to our folks.

11:11AM 10         I don't know that we necessarily intended to
11:11AM 11  preclude fact testimony by doing all this.  I think what we were
11:11AM 12  trying to do was make certain that when Mr. Coronado's deposition
11:11AM 13  was taken, because we were so late in the schedule, that
11:12AM 14  everybody had the benefit that he would be declared as an expert
11:12AM 15  at the time that the deposition was taken.

11:12AM 16         THE COURT:  Okay.

11:12AM 17         MS. BERTAUT:  But if what I'm hearing is that
11:12AM 18  Mr. Williamson thinks that we are attempting to avoid fact
11:12AM 19  testimony, I don't think that's a fair assumption, but --

11:12AM 20         THE COURT:  No.  I think what he's saying is that he
11:12AM 21  thinks that Mr. Coronado has important fact testimony, not that
11:12AM 22  you're trying to avoid it.

11:12AM 23         MR. WILLIAMSON:  I certainly wasn't trying to make
11:12AM 24  some of -- I don't speak for BP, that's obvious --

11:12AM 25         Jimmy Williamson for the plaintiffs.

11:12AM 1              -- and I wasn't trying to.  But it is true that at

11:12AM 2    Mr. Gaudet's deposition we noted that.  BP took the lead on

11:12AM 3    requesting his deposition, you're right.  We didn't file anything

11:12AM 4    in addition because there was no need to.  Today was the first

11:12AM 5    time I heard that he wasn't going to be produced.

11:12AM 6              THE COURT:  Good enough.

11:12AM 7              Andy, have you got something?

11:12AM 8              MR. LANGAN:  Yes, Your Honor, Andy Langan for BP.

11:12AM 9              I generally believe Carmelite is correct.  That is,

11:12AM 10   we engaged with Cameron about Mr. Coronado's deposition.  Rather

11:13AM 11   than burden the Court with having to call another ball or strike,

11:13AM 12   I think we reached an accommodation with them that they would

11:13AM 13   voluntarily make him available, but do so depending on whether he

11:13AM 14   was going to be an expert or not.

11:13AM 15             So I think if he is disclosed now as an expert, I

11:13AM 16   think they are living up to our arrangement.

11:13AM 17             Now, the PSC has rights, too.  I get that.  But I

11:13AM 18   agree with Carmelite that she has recited the history.

11:13AM 19             THE COURT:  Right.  I'm sure that's correct.

11:13AM 20             Jimmy, why don't you think about it, and if you

11:13AM 21   believe that we need to move Mr. Coronado up in the schedule, I

11:13AM 22   would like to have him deposed once.  I think that makes sense.

11:13AM 23   But if, for instance, you believe we should look at scheduling

11:13AM 24   him earlier rather than later, we could do that; although, I

11:13AM 25   think that might upset Michael's orderly process of scheduling

11:13AM  1    expert depositions.  But think on it and let us know.  It's

11:13AM  2    something we could do.

11:13AM  3            MR. WILLIAMSON:  I understand the tenor of the Court's

11:14AM  4    comments.  I'll consider it and try to work out an accommodation.

11:14AM  5            THE COURT:  But it's something we certainly could think

11:14AM  6    about.

11:14AM  7            MR. WILLIAMSON:  Yes, Your Honor.

11:14AM  8            THE COURT:  Thanks.

11:14AM  9            All right.  We'll carry that over to next week and

11:14AM 10    see where we are.

11:14AM 11            Kerry, anything to report on Mr. Vidrine?  Nothing.

11:14AM 12    Okay.  We'll carry that over.

11:14AM 13            Do you want me to get involved in that?

11:14AM 14            MR. MILLER:  Not yet.  We're waiting.

11:14AM 15            THE COURT:  Next up was, for the United States,

11:14AM 16    Lieutenant Houck.

11:14AM 17            MR. UNDERHILL:  Until about 7:30 this morning, we

11:14AM 18    thought we had a date.  But I got an e-mail from Sarah saying we

11:14AM 19    don't have a date.  That's not with me and Mr. Houck, but all of

11:14AM 20    us with Mr. Houck.

11:14AM 21            THE COURT:  I understand.

11:14AM 22            MR. UNDERHILL:  Thank you.  We'll get back to you on it.

11:14AM 23            THE COURT:  Great.

11:14AM 24            Next up was Mr. Michael Viator, V-I-A-T-O-R.  We

11:14AM 25    were looking at four dates.

11:14AM 1          MR. LANGAN:  Yes, Your Honor.  Ms. Mintz tells us all --

11:14AM 2          PHONE OPERATOR:  Excuse me, is the host on the line?

11:14AM 3          THE COURT:  Yes, I am.

11:15AM 4          PHONE OPERATOR:  I have a Sarah Himmelhoch on the phone.

11:15AM 5          THE COURT:  Yes.  We're looking to speak to her.

11:15AM 6          PHONE OPERATOR:  Okay.  Shall we put her on?

11:15AM 7          THE COURT:  Yes, that would be fine.  Thank you.

11:15AM 8          PHONE OPERATOR:  Thank you.

11:15AM 9          THE COURT:  We've never had that happen.

11:15AM 10             Good morning, Sarah.

11:15AM 11         MR. LANGAN:  Okay, Your Honor, so back to the

11:15AM 12 scheduling.  November 2, Ms. Mintz says November 2.  I believe

11:15AM 13 Mr. Godwin is aware of that, and it's fine.

11:15AM 14         MR. GODWIN:  November 2?

11:15AM 15         MR. LANGAN:  November 2.

11:15AM 16         THE COURT:  That's going to be at Don's office in

11:15AM 17 Houston.

11:15AM 18         MR. GODWIN:  Start at 9 o'clock, Judge.

11:15AM 19         MR. LANGAN:  9 o'clock.

11:15AM 20             Your Honor, on Mr. McKay's dep, full speed ahead

11:15AM 21 for November 3 and 4.

11:15AM 22             I have spoken this morning to counsel for

11:15AM 23 Transocean, Halliburton, the PSC, the United States, about

11:15AM 24 accommodating us by having that deposition go forward in Houston.

11:15AM 25 It would help us a lot.  He is our very senior executive, and

11:15AM 1  he's being produced for two days.  So I would respectfully

11:16AM 2  request that he be allowed to proceed in Houston.

11:16AM 3          As I said, Mr. Godwin and Halliburton, they wanted

11:16AM 4  the deposition in the first place, they are fine with it.  Kerry

11:16AM 5  is fine with it.  Thanks to Mr. Barr, he's fine with it.

11:16AM 6  Mr. Underhill said he's okay with it.  So if I can get some

11:16AM 7  momentum for this, it would mean a lot to us, Your Honor.

11:16AM 8          THE COURT:  You heard Andy's momentum argument.  Does

11:16AM 9  anybody have a problem with it, because momentum is a good thing?

11:16AM 10         MR. MAZE:  Mr. Kanner said that it would be okay with

11:16AM 11 Louisiana.  I had a heads-up on this.

11:16AM 12         THE COURT:  Good.

11:16AM 13         MR. MAZE:  Alabama has already made our travel

11:16AM 14 arrangements here; so, if Andy will pay for our flights, and we

11:16AM 15 can stay with Mr. Godwin at his house, that would be okay.  I

11:16AM 16 assume that would be the nicest place in town to stay.

11:16AM 17         THE COURT:  It is the nicest place in town to stay.

11:16AM 18         MR. GODWIN:  I'll probably need to add a room for you.

11:16AM 19         MR. MAZE:  If that's where everything is flowing, then

11:16AM 20 we're not going to stop it.  So we will be wherever we need to

11:16AM 21 be.

11:16AM 22         THE COURT:  That's a nice accommodation that Andy

11:16AM 23 doesn't ask for often, so.

11:17AM 24         MR. LANGAN:  Thank you, Your Honor.

11:17AM 25         As to where, I guess maybe I'll speak to Mr. Godwin

11:17AM 1    about the where.

11:17AM 2              MR. GODWIN:  We'll work that out.

11:17AM 3              MR. LANGAN:  Make sure everybody knows.  Thank you.

11:17AM 4              THE COURT:  Maxie Doyle, do you remember we had to take

11:17AM 5    that off of the schedule because of an illness?  It's just a

11:17AM 6    question of do we need to reschedule Mr. or Ms. Doyle?

11:17AM 7              MR. FUNDERBURK:  John Funderburk for M-I.

11:17AM 8              I believe that there are ongoing discussions with

11:17AM 9    counsel from Halliburton and with M-I, but I'm not a part of

11:17AM 10   those discussions.  But I think we should be able to have that

11:17AM 11   resolved by next week.

11:17AM 12             THE COURT:  That's fine.

11:17AM 13             MR. FUNDERBURK:  Thank you.

11:17AM 14             THE COURT:  We did have some bumps in the road this week

11:17AM 15   relative to designations of depositions.  Alan, why don't you

11:18AM 16   come on up.

11:18AM 17             MR. YORK:  Good morning, Your Honor.  Alan York for

11:18AM 18   Halliburton.

11:18AM 19             THE COURT:  Why don't you tell us where you think we

11:18AM 20   are.

11:18AM 21             MR. YORK:  Before I get there, I had one note to myself.

11:18AM 22   In addition to Doyle Maxie, I think there was also a deposition

11:18AM 23   of Gary Leach from Transocean that got pulled and has not been

11:18AM 24   rescheduled; is that correct?

11:18AM 25             MR. MILLER:  We're working on it.  I'll check.

11:18AM 1          MR. YORK:  I just wanted to make sure it didn't fall off

11:18AM 2   the --

11:18AM 3          THE COURT:  It fell off my map.

11:18AM 4          MR. MILLER:  He's the guy with a personal issue.

11:18AM 5          THE COURT:  Oh, yes.  Okay.

11:18AM 6          MR. YORK:  But, from that point on, my goal is to get a

11:18AM 7   gold star this morning.  Let's see how we do.

11:18AM 8          THE COURT:  Go ahead, Alan.  Let's see how you do.

11:18AM 9          MR. YORK:  The defendants had due today a list of

11:18AM 10  additional pre-August 31st deponents that we wanted to add.  We

11:18AM 11  checked.  There were only three.  We have provided a joint e-mail

11:19AM 12  from all the defendants saying that amongst us we want all three

11:19AM 13  of those added to the deposition cut list.

11:19AM 14          Because there are only three, we don't really care

11:19AM 15  what order they go in.  Put them in alphabetical order or

11:19AM 16  anything else.  So that's done.

11:19AM 17          Last night, Jordan sent out to all counsel the

11:19AM 18  updated and corrected group one deposition transcripts, so those

11:19AM 19  have now been all pushed out.

11:19AM 20          THE COURT:  Good.

11:19AM 21          MR. YORK:  Looking at the Court's order from

11:19AM 22  October 4th, and working with the dates, just so that everybody

11:19AM 23  is on the same page, we believe that what happens is the

11:19AM 24  following.

11:19AM 25          For today, there will be the -- let's see --

11:19AM 1   presenting parties do their counter-designations for group two,

11:20AM 2   and everybody who is a nonpresenting party does their affirmative

11:20AM 3   designations for group three.

11:20AM 4           Next Friday would be counter-designations for group

11:20AM 5   one, now that we have the corrected transcripts, and also

11:20AM 6   counter-designations and highlighted exhibits for group two,

11:20AM 7   presenting parties' affirmative designations for group three, and

11:20AM 8   nonpresenting parties' designations for group four.

11:20AM 9           Then on to the next week, which is Friday, the 4th,

11:21AM 10  for group one, two-page summaries and objections would be due;

11:21AM 11  for group two, two-page summaries and objections would be due.

11:21AM 12          So we've got group one and group two aligned now

11:21AM 13  based on the extensions.  Then, everything else, I think, flows

11:21AM 14  in accordance with the Court's order.  Then that gets -- should

11:21AM 15  get the packets for group one and group two to Judge Barbier by

11:21AM 16  Friday, November 11th.

11:21AM 17          THE COURT:  Good.  That's great.  Thanks for that

11:21AM 18  update.

11:21AM 19          Now, we've got a couple of things to work on beyond

11:21AM 20  that.

11:21AM 21          Alan, that is an A.

11:21AM 22          MR. YORK:  Thank you.  Can I leave before I start

11:21AM 23  working my way backwards?

11:21AM 24          THE COURT:  Yes, I think you can.  Thank you.  A.  Is it

11:21AM 25  a gold star or a blue star?

11:21AM 1          MR. GODWIN:  Or bronze.

11:21AM 2          THE COURT:  Judge Barbier commented that -- I provided

11:22AM 3  him with the list of depositions and the order in which the PSC

11:22AM 4  plans on presenting the depositions, and I'll read his comment.

11:22AM 5          "This appears to be a list of all of the fact

11:22AM 6  witness depositions that have been taken.  Do they really intend

11:22AM 7  to offer all of them at trial?"  And on from there.

11:22AM 8          He basically says, you know, is there going to be a

11:22AM 9  lot of duplicative testimony, because I certainly don't want to

11:22AM 10 read it.

11:22AM 11         MR. HERMAN:  Yes, Your Honor.  I think that we've stated

11:22AM 12 before, I think in response to an e-mail from either you or Mike,

11:22AM 13 that what we had actually intended to do was to offer only

11:22AM 14 probably about 50, at the most, in our case in chief, and then

11:22AM 15 maybe 20 or 30 that would be very short -- well, I don't know

11:22AM 16 what the counter-designations will be, but, from our point of

11:23AM 17 view, very short designations where we're really just pointing to

11:23AM 18 one or two specific facts or trying to get in one or two specific

11:23AM 19 exhibits.

11:23AM 20         For the process purpose, though -- and this relates

11:23AM 21 to the -- I don't want to call it the dispute, but the

11:23AM 22 conversation we're having with Cameron, just to make the process

11:23AM 23 flow better, what we had intended to do, are doing and continue

11:23AM 24 to intend to do, unless somebody tells us not to, is to go ahead

11:23AM 25 and do our designations on all of them and get them out the door,

11:23AM 1   and then they'll be in the hopper for whatever

11:23AM 2   counter-designations other people want to make.  They'll be ready

11:23AM 3   if the defendants want to submit them with their cases in chief

11:23AM 4   and/or if, perhaps, they might want to be used by us in rebuttal.

11:23AM 5          THE COURT:  I guess my only comment on that, Steve,

11:23AM 6   would be that maybe what we're asking the defendants to do is

11:24AM 7   feel compelled to counter-designate to depositions you don't

11:24AM 8   intend to offer in your case in chief.

11:24AM 9          So maybe what we should think about is say, as to

11:24AM 10  these depositions we're making designations, but we are not going

11:24AM 11  to be the presenter.  If anybody else wants to present cuts from

11:24AM 12  these in their case in chief, here are our cuts, but we're not

11:24AM 13  presenting.

11:24AM 14         MR. HERMAN:  When do you want that list by?

11:24AM 15         THE COURT:  It doesn't matter.

11:24AM 16         MR. HERMAN:  We'll work on that.

11:24AM 17         THE COURT:  That way, if nobody wants to present --

11:24AM 18         MR. HERMAN:  I think the assumption is -- and maybe this

11:24AM 19  is a bad assumption -- the assumption is, although we're losing

11:24AM 20  some defendants, or maybe not, but the assumption is that between

11:24AM 21  everybody in this room, somebody is going to want some piece of

11:24AM 22  everything.

11:24AM 23         THE COURT:  That may well play out.  That may well play

11:24AM 24  out.

11:24AM 25         MR. HERMAN:  The only other thing I wanted to point out

11:24AM 1   in response to Alan saying, we apologize, it slipped through the

11:24AM 2   cracks, on Beirute we were working with the July 31st deadline,

11:25AM 3   and he was -- or she was apparently taken in August.  So we are

11:25AM 4   planning on doing cuts for Beirute.  It just didn't end up on our

11:25AM 5   rolls because our list stops at July 31st, not August 31st.

11:25AM 6          THE COURT:  Got you.  Well, that's not a problem.

11:25AM 7          You may well be right.  Everybody may present all

11:25AM 8   of these transcripts; but, if they know PSC is not presenting,

11:25AM 9   then they will not feel compelled to make counter-designations.

11:25AM 10         MR. HERMAN:  We'll try to get a list for next Friday,

11:25AM 11  but they are kind in our priority.  So I think the basic

11:25AM 12  assumption is that the first 50 are probably the first 50 and --

11:25AM 13         THE COURT:  Exactly.  Beyond the first 50, if you look

11:25AM 14  at it as, really, 52, say, guys, beyond 52, we're not planning on

11:25AM 15  presenting.  You don't have to give them a list.  Just say,

11:25AM 16  beyond 52, or whatever the number is.

11:25AM 17         MR. HERMAN:  Jim is pointing out, there will be a few

11:25AM 18  extras because there are some later depositions that weren't in

11:26AM 19  the queue that we think are now important that we're going to

11:26AM 20  move up in the queue some kind of way, maybe not for process

11:26AM 21  purposes, but at least for presentation to the Court, submission

11:26AM 22  into evidence purposes.

11:26AM 23         THE COURT:  But that way we can avoid having people

11:26AM 24  cross-designate if they know that you're not going to be

11:26AM 25  presenting.  So that would make it a lot easier.

11:26AM  1      Carmelite, we've got --

11:26AM  2      MS. BERTAUT:  Can we talk about this a minute, the point

11:26AM  3  that we're making, the plaintiffs are making now about the first

11:26AM  4  50?  Can we just talk about that?  Because I'm a little confused

11:26AM  5  about this, and I want to make certain I understand it.

11:26AM  6      As of group three, that's going to be

11:26AM  7  45 depositions, so we're close to a 50 magic number.  I

11:26AM  8  understand it might be 55.  I understand it might be 70.

11:26AM  9      I guess what I would like to know is will -- I

11:26AM 10  don't understand the need to make a designation if someone has

11:26AM 11  not said they are going to offer the testimony of the witness.

11:26AM 12      THE COURT:  That's what we just discussed.  Yes.

11:27AM 13      MS. BERTAUT:  It strikes me as -- and I'm certainly --

11:27AM 14  you know, if the PSC wants to designate, I'm not going to stop

11:27AM 15  them from designating; but, it strikes me that it seems to be a

11:27AM 16  lot of work for people to do on either side of the aisle if there

11:27AM 17  is not an interest in presenting this witness at trial.

11:27AM 18      So, especially given the Court's indication that

11:27AM 19  they are not going to make pretrial resolution of objections, it

11:27AM 20  really comes down to the substance of the testimony.  That's

11:27AM 21  really what we're going through this process for.

11:27AM 22      So, with all due respect, it seems to me that we're

11:27AM 23  putting the cart before the horse and asking folks to designate.

11:27AM 24  If you're not going to present, then I don't need to worry about

11:27AM 25  that deposition.

11:27AM 1          There is so much on everybody's plate for the next

11:27AM 2    six weeks that I would propose that -- I mean, again, if PSC

11:27AM 3    wants to do it, I understand.  They keep telling us they've got

11:27AM 4    all of them done, but I don't need to see designations if they

11:28AM 5    are not going to present that testimony, nor do I understand why

11:28AM 6    it would go to Judge Barbier.

11:28AM 7          THE COURT:  Well, it's not.  Basically, the PSC wanted

11:28AM 8    to push out whatever they want to present on a witness if someone

11:28AM 9    wants to present that witness.  I think we're taking care of the

11:28AM 10   problem by Steve saying that he will give you all a list that

11:28AM 11   beyond Witness -- and this is just an example -- beyond Witness

11:28AM 12   Number 52, he does not plan to present that witness; and, if you

11:28AM 13   all want to, you've got his designations in advance.

11:28AM 14          So let's talk about a Cameron fact witness, and he

11:28AM 15   doesn't think that's an important witness.  It's not in his

11:28AM 16   first 52.  If you want to designate that witness for your case in

11:28AM 17   chief, you've already got Steve's designation.  You just work

11:28AM 18   from there.

11:28AM 19          If you don't want to present that witness and

11:29AM 20   nobody else wants to present that witness, Steve has made

11:29AM 21   designations for no reason, and he understands that.

11:29AM 22          MR. HERMAN:  The only other comments I would make are my

11:29AM 23   expectation -- and maybe I'm wrong.  I understand the theory, the

11:29AM 24   concern, whatever, although I don't really understand the

11:29AM 25   response to designation.  It seems that any party that thinks

11:29AM 1    they have some good stuff in a deposition, they want to get it in

11:29AM 2    irrespective of what we're doing; but, if that's not their

11:29AM 3    strategy, that's fine.

11:29AM 4        But the issue is, first of all, you know, I don't

11:29AM 5    know if it's exactly going to be 50 or 80 or whatever the number

11:29AM 6    is.  We need to have a little bit of flexibility.

11:29AM 7        THE COURT:  You will.

11:29AM 8        MR. HERMAN:  That's one thing.

11:29AM 9        Secondly, I guess, really, my first point is my

11:29AM 10   expectation is if we give a list, let's say next Friday, that

11:29AM 11   says these are the 80 we're going to put in, they are going to,

11:29AM 12   amongst themselves, go back through the other 120, and, between

11:30AM 13   the five or six or however many there are, about at least another

11:30AM 14   80 somebody on their side is going to want to put in.  So you're

11:30AM 15   back up to 160, again, so you haven't really saved any time.

11:30AM 16   That may happen, it may not.

11:30AM 17       But the third point, and why I really go back to

11:30AM 18   the flexibility issue, you know, we don't know what's going to

11:30AM 19   happen between now and trial.  Maybe there is no settlements,

11:30AM 20   everybody is going forward as they are now; maybe some parties

11:30AM 21   settle and others don't.

11:30AM 22       We keep seeing a realignment among the defendants.

11:30AM 23   Anadarko's settlement -- based on what I read in the press, we

11:30AM 24   haven't seen a copy of it -- would seem to be a complete

11:30AM 25   realignment because their strategy up to last week was all they

11:30AM  1    really cared about was proving gross negligence against BP, and

11:30AM  2    now they are, from what I read, aligned with BP to prove cases

11:30AM  3    against Transocean and Halliburton.

11:30AM  4            So depending on what, if anything, happens between

11:30AM  5    now and the day of trial, we could be -- we could be -- our last

11:30AM  6    30 depositions might be the most important ones depending on who

11:31AM  7    is left and what the alignment is.

11:31AM  8            THE COURT:  No, I think that's right.  It's a moving

11:31AM  9    target.

11:31AM 10            But, Carmelite, for the purposes of the issue you

11:31AM 11    raise, it is a moving target, but Steve is going to give you the

11:31AM 12    list of the people that he, on behalf of the PSC, plans to

11:31AM 13    present.  Then, you only need to worry about responding to those

11:31AM 14    in the order in which he's designated them.

11:31AM 15            Now, all the other defendants have the right to

11:31AM 16    designate, as well.  When they do, they will already have Steve's

11:31AM 17    designation.

11:31AM 18            MS. BERTAUT:  I guess that brings me to the letter.  I

11:31AM 19    don't know if the Court wants to take that up now.  But the

11:31AM 20    timing is an issue with this, and I think it's even more so of an

11:31AM 21    issue now that we've discussed that some of the designations of

11:31AM 22    the plaintiffs really may never be proffered by the plaintiffs

11:31AM 23    themselves or submitted to the Court for resolution.

11:31AM 24            The way the order, of course, is written, it's

11:31AM 25    without regard to whether some party is going to offer it into

11:32AM 1    evidence.

11:32AM 2              Judge, we really feel that we need to see

11:32AM 3    plaintiffs' cuts.  We are a defendant.  We are responsive.

11:32AM 4              So I guess, having what I just heard, is we would

11:32AM 5    like to know.  We don't -- you know, if we know for the Monday

11:32AM 6    before the Friday where we have to designate who the witnesses

11:32AM 7    are, and if we have from Indata the production from the

11:32AM 8    plaintiffs by that Monday, again, before the Friday before we

11:32AM 9    have to designate, we would be happy with that, Judge.  We need

11:32AM 10   some time to assimilate what it is they are doing and respond to

11:32AM 11   it.

11:32AM 12             I don't really understand what the issue is

11:32AM 13   beyond -- I really don't understand because the plaintiffs say

11:32AM 14   they've done these cuts, so get them to Indata, have them turned

11:32AM 15   around to us over the weekend, so we have the week to look at it

11:32AM 16   as responding to what would be a plaintiffs' submission of

11:32AM 17   evidence.

11:32AM 18             Certainly, if we can take -- I personally don't

11:33AM 19   agree with Steve.  I think we're not going to see 160 or 226.

11:33AM 20   The notice today was 226 depositions have been taken to date.  I

11:33AM 21   would be surprised if you're going to see the overwhelming

11:33AM 22   majority of those depositions being designated by defendants.  I

11:33AM 23   can say --

11:33AM 24             THE COURT:  I hope you're right.

11:33AM 25             MS. BERTAUT:  Maybe the others might disagree with that,

11:33AM 1  but I think we're going to be getting rid of a lot of work if we

11:33AM 2  can structure it just like a trial, where you tell me what you're

11:33AM 3  presenting and then I can respond back.  If it needs to be

11:33AM 4  adjusted a bit toward the end, that's fine, but we just don't

11:33AM 5  want to do --

11:33AM 6          THE COURT:  You don't have to.

11:33AM 7          What about the Indata issue, Steve?  You've done

11:33AM 8  these depos, and I see your stats.  You provided, let's see,

11:33AM 9  79 cuts to Indata, right?

11:33AM 10         MR. HERMAN:  Correct.

11:33AM 11         THE COURT:  As of today?

11:33AM 12         MR. HERMAN:  Correct.

11:33AM 13         THE COURT:  So have they flipped them back out, or no?

11:33AM 14         MR. HERMAN:  I don't know.  But my impression is that it

11:34AM 15  doesn't take Indata time to flip it back out, does it?

11:34AM 16         THE COURT:  It sounds like there might be.  So I'll call

11:34AM 17  Jordan today.  Or, Alan, do you know?  You're working on a gold

11:34AM 18  star if you know the answer.

11:34AM 19         MR. YORK:  I do, somewhat.

11:34AM 20         MR. GODWIN:  That's not gold.

11:34AM 21         THE COURT:  It's not?

11:34AM 22         MR. GODWIN:  Not yet.

11:34AM 23         MR. YORK:  Tracking the e-mails, what is happening is

11:34AM 24  Regina and Susan are sending the PSC designations in Excel format

11:34AM 25  to Indata.  Indata is then taking those and flipping them back as

11:34AM 1    sort of the official PSC designations.

11:34AM 2            What I'm seeing is that happens, depending on what

11:34AM 3    part of the week and what else is going on, it happens within a

11:34AM 4    day.  I mean, there are some that it's flipping back within an

11:34AM 5    hour.  I saw one yesterday that they immediately turned around.

11:34AM 6            THE COURT:  So let me ask you, Alan, so when you say

11:34AM 7    flip, it's flipping back to everyone, or is it just flipping back

11:35AM 8    to the PSC?

11:35AM 9            MR. YORK:  No, when Jordan sends it out, it flips it out

11:35AM 10   to everyone.  Then these are the official PSC/USA designations.

11:35AM 11   There are usually four things attached, volume one and volume two

11:35AM 12   highlighted, plus a PSC table, plus a USA table with line and

11:35AM 13   page designations.  Then everyone can use that and take it and

11:35AM 14   upload it, if they are using TextMap, into their own.

11:35AM 15           But I don't think that there is a hang-up on that

11:35AM 16   process.  In fact, one of the things that's been kind of strange

11:35AM 17   is, just to be honest, is we've gotten some that are group five

11:35AM 18   or six that are down here when there are still some up here in

11:35AM 19   group three that we haven't gotten.  I think that's caused a

11:35AM 20   little bit of confusion.

11:35AM 21           MR. HERMAN:  As of yesterday, you should have all group

11:35AM 22   three --

11:35AM 23           MR. YORK:  Yes.

11:35AM 24           MR. HERMAN:  -- which are not really due until today,

11:35AM 25   and you should have, of the 15 in group 4, 13.  So we've gotten

11:35AM 1    all those at least a week in advance to Carmelite, which is what

11:35AM 2    she wanted.  At least there's 13 out of 15.  We will continue, I

11:36AM 3    think, to be ahead of schedule.

11:36AM 4         Without throwing anybody on our team under the bus,

11:36AM 5    we have different lawyers, some of them are taking a little more

11:36AM 6    time.  That's what happens.

11:36AM 7         THE COURT:  Name names.

11:36AM 8         MR. HERMAN:  Steve Herman.  It's my fault.  But they

11:36AM 9    have a lot that are in advance.

11:36AM 10        But going back to the earlier point, just to

11:36AM 11   disagree with Carmelite, I really think that we should -- not to

11:36AM 12   disagree with her for the sake of disagreeing with her, I

11:36AM 13   disagree with her because we need to separate all of the things

11:36AM 14   that you need to do to get ready for trial from the trial itself.

11:36AM 15        There is thousands and thousands of hours that

11:36AM 16   people spend taking depositions that are never used or doing what

11:36AM 17   they do, and then that gets all condensed into a trial.  If we

11:36AM 18   stop the process right now to try to figure out which depositions

11:36AM 19   some party is or isn't going to use, and we hold up the schedule

11:36AM 20   till those designations are made, then we're going to be off

11:37AM 21   schedule.

11:37AM 22        It makes much more sense to us, as a matter of

11:37AM 23   process, for everybody to do what they are going to do, and then

11:37AM 24   everybody will admit into evidence whatever they feel is

11:37AM 25   appropriate, given the complete body of potential evidence and

11:37AM 1   what we feel Judge Barbier's temperature is.

11:37AM 2           Just like an exhibit list.  You have an exhibit

11:37AM 3   list of 20,000 documents, but maybe only 400 get put into

11:37AM 4   evidence at the trial.  But you still have to go through the

11:37AM 5   process of identifying those 4000 documents, putting them on an

11:37AM 6   exhibit list, in some cases making objections to them.  It's just

11:37AM 7   what you have to do as trial lawyers.

11:37AM 8           So we think to stop the process, for us to say

11:37AM 9   which of these 180 we know today or we think today we're going to

11:37AM 10  actually put into evidence, we're happy to provide the list; but,

11:37AM 11  then to stop the process and say, okay, nobody do

11:37AM 12  counter-designations until we find out from the eight defendants,

11:38AM 13  or however many defendants there are, which ones they are going

11:38AM 14  to put in and then start the process back up again in November,

11:38AM 15  that just doesn't make any sense.

11:38AM 16          MS. BERTAUT:  Judge, if I can respond.  What we had

11:38AM 17  proposed was not going to delay the ultimate presentation date.

11:38AM 18          THE COURT:  We're talking about two different issues.

11:38AM 19  The week notice, I believe, based on what both Steve and Alan

11:38AM 20  have reported, is in the process, and you'll be getting about a

11:38AM 21  week's notice of what the PSC/US joint designations are.

11:38AM 22          MS. BERTAUT:  Judge, what we were looking for was

11:38AM 23  codification of that.  Because it's true, right now, I suppose --

11:38AM 24  I know that as of 1 o'clock yesterday afternoon, we had all --

11:38AM 25  that was the 15th deposition for today's designation.

11:38AM 1          THE COURT:  We had trouble with group one.

11:38AM 2          MS. BERTAUT:  Well, group two.  Actually, we're talking

11:38AM 3     about group three now, excuse me.  But the -- and so as of today,

11:38AM 4     you've got 13 of the 15 for the next group.

11:39AM 5          But every week this is going to be an issue.  We

11:39AM 6     thought we had an understanding, the plaintiffs, because they

11:39AM 7     were so far ahead of the game, could provide with very little

11:39AM 8     work on their part to Indata to have it available.  That wasn't

11:39AM 9     happening.  So I don't want to -- I was trying to avoid having

11:39AM 10    this become an issue each week.

11:39AM 11         THE COURT:  I agree.

11:39AM 12         MS. BERTAUT:  That was the codification.

11:39AM 13         THE COURT:  I'm going to call Jordan today and chat with

11:39AM 14    him because he should have 79 plaintiff/US cuts.  He should be

11:39AM 15    pushing those out pretty quickly.

11:39AM 16         To codify, it is our goal to give Ingroup a week's

11:39AM 17    notice.  Now, that's a goal because things happen.  My e-mail

11:39AM 18    crashed yesterday.  But, yes, that is the goal, that Indata gets

11:39AM 19    the joint US/PSC designations a week ahead of time, so you all

11:39AM 20    can look at them and counter-designate.

11:39AM 21         Then the other side of the coin, Steve, is yes, I

11:40AM 22    think the defendants need to look at the body of depositions and

11:40AM 23    start talking about who is going to be your case in chief.  If

11:40AM 24    nobody is interested in those people, for the time being, declare

11:40AM 25    yourselves.  You know, if you don't want to counter-designate to

11:40AM  1   somebody Steve and the PSC have designated, then that person is

11:40AM  2   not going to Judge Barbier.  It's easy.  That's how we take care

11:40AM  3   of your problem, Carmelite.

11:40AM  4            But Steve rightly says, if anybody wants to use

11:40AM  5   this person, here is our designation, work with it.

11:40AM  6            MR. YORK:  Your Honor, I'm sort of Switzerland a bit on

11:40AM  7   this.  I do agree that we don't want to do unnecessary work;

11:40AM  8   however, I think if you talk to everyone, everyone has an

11:41AM  9   internal process that is set up on this at this point.

11:41AM 10            So we're not looking -- we're hopefully working on

11:41AM 11   groups five and six in advance.  So, looking at the way that the

11:41AM 12   depositions have been prioritized by the PSC for the first -- I

11:41AM 13   think it's 191 that are on the list now, just a thought.  If

11:41AM 14   there are ones that the PSC absolutely knows, we have no interest

11:41AM 15   in this one that's listed on 191, then I would say, yeah, let's

11:41AM 16   talk about that universe.  But if it's something that they are

11:41AM 17   still considering, I don't want to take my machine down, or our

11:41AM 18   machine down, and divert them away when there is a possibility

11:41AM 19   that -- at this point, I still have concerns when we get to

11:41AM 20   30 and 40 a week, I don't know how that's going to happen, but

11:41AM 21   it's not going to happen unless we keep things moving, I think.

11:41AM 22            So the only ones I would be most interested in, if

11:42AM 23   there is ones on the list that PSC knows, we just don't want this

11:42AM 24   person at all --

11:42AM 25            THE COURT:  Or we just took the deposition number 220,

11:42AM  1   and, boy, do we love this guy.

11:42AM  2           It's doable.  Just talk to each other.  Maybe you

11:42AM  3   want to make a weekly report, Steve, about, oh, gee, we love this

11:42AM  4   guy, we're going to push him out and put him Number 10 on the

11:42AM  5   list.

11:42AM  6           MR. HERMAN:  Yeah, I think what's fair is, by next

11:42AM  7   Friday, you will get a good-faith list, based on the current

11:42AM  8   alignment, of the ones that we think are definitely going into

11:42AM  9   evidence, may go into evidence, or probably will not go into

11:42AM 10   evidence.  How is that?

11:42AM 11           THE COURT:  Understanding that it is a moving target

11:42AM 12   because we do have parties who are realigning as we go.

11:42AM 13           MR. HERMAN:  Judge, we can't do that by next week.  How

11:42AM 14   about two weeks?

11:42AM 15           THE COURT:  Do you want to split the difference?

11:42AM 16           MS. BERTAUT:  Judge --

11:43AM 17           THE COURT:  How about this?  Carmelite, hold on.  We

11:43AM 18   know that the first four to five groups PSC is not going to

11:43AM 19   change its position on.  They want those people.  So you're going

11:43AM 20   to be busy for at least the next week working on those.

11:43AM 21           So, okay, Jim, deadline is two weeks from today;

11:43AM 22   but, if you could push it out a little earlier, that would be

11:43AM 23   good.

11:43AM 24           MR. ROY:  We'll do it, Your Honor.  We just have people

11:43AM 25   out of town next week, and I can't get the right people together

11:43AM 1    to make the decision next week.

11:43AM 2            MS. BERTAUT:  Judge, we could take it by a week-by-week

11:43AM 3    basis.  It doesn't have to be all 192 at this point.  If you

11:43AM 4    know, if you can call it, then we know.

11:43AM 5            THE COURT:  It's a work in progress.  They are going to

11:43AM 6    do the best they can to let you know who they don't want or

11:43AM 7    people who they have increased interest in or they've lost

11:44AM 8    interest in because of realignment of the parties.  They could

11:44AM 9    completely loose interest on Witness Number 14 because the

11:44AM 10   parties have realigned.

11:44AM 11           Jim.

11:44AM 12           MR. ROY:  Your Honor, maybe from a format standpoint

11:44AM 13   what we can do within the next two weeks is get an updated -- our

11:44AM 14   updated spreadsheet in native format that we've already shared

11:44AM 15   with everybody, and start trying to send that out approximately

11:44AM 16   at a week or 10-day intervals, that deals with if we've found

11:44AM 17   somebody that we're not going to call, we can show that on the

11:44AM 18   list in a column, not likely to call at this time.  If the

11:44AM 19   rankings change, we can reslot them.

11:44AM 20           We'll try to do that.  It's a moving target.

11:44AM 21           THE COURT:  It is.

11:44AM 22           MR. ROY:  Everybody has acknowledged it's a moving

11:44AM 23   target.  We've already taken at least three post-August 1st

11:44AM 24   depositions and pulled them up higher in the list.  So that's

11:45AM 25   what we envision as furnishing.

11:45AM 1        THE COURT:  I think that's helpful.  I mean, it will

11:45AM 2  give everybody an idea of what the changes are, and they'll be

11:45AM 3  able to respond to it.

11:45AM 4        MR. UNDERHILL:  So I can explain this to my folks when

11:45AM 5  they say, what in the hell did you guys do this morning on this,

11:45AM 6  because I don't have a firm grasp, let me see if I've got it

11:45AM 7  right.

11:45AM 8        First of all, to Carmelite's point, I'm dead set

11:45AM 9  against, if that's what Carmelite is pushing, a do or die list to

11:45AM 10  say we're calling that but not calling that, because it can

11:45AM 11  change in the middle of trial.

11:45AM 12        THE COURT:  Absolutely.

11:45AM 13        MR. UNDERHILL:  If I can summarize my understanding, for

11:45AM 14  the reasons that both Alan and Jim and Steve have expressed, we

11:45AM 15  continue designating all the depositions that are going to be

11:45AM 16  done so that if, in the middle of trial, somebody says I want

11:45AM 17  that guy, it's done.  It was done in November or December.

11:45AM 18        The second point seems like we're dealing with a

11:46AM 19  Judge Barbier issue who is saying, folks, don't make me read

11:46AM 20  230 depositions if you're only going to call 120 or 150.

11:46AM 21        So Judge Barbier is going to get the first 60 or

11:46AM 22  75 that, by their present designation, we've already considered,

11:46AM 23  we're going to use those folks.  If he gets up to where he's

11:46AM 24  around Deposition Number 50 or 60, which I suspect isn't going to

11:46AM 25  be for a while, then we can start possibly giving better and

11:46AM 1   firmer ideas of where we collectively are on witnesses.

11:46AM 2            Because right now, I'll be honest, Judge, if I went

11:46AM 3   to my team, they are going to say, Mike, I don't feel comfortable

11:46AM 4   saying at this time a yes or no on that witness.  They are going

11:46AM 5   to do what prudent attorneys do, which is what we're going to do

11:46AM 6   with our exhibit list, which is we're going to have 4,000

11:46AM 7   exhibits on there, probably thousands of them we'll never use at

11:46AM 8   trial, because we're afraid of not being able to use it if we

11:46AM 9   need it later.

11:46AM 10            THE COURT:  It is not a do or die list.  I think it's

11:47AM 11   clear that I do think that this is a fluctuating situation, but I

11:47AM 12   do understand how the defendants would prefer to know that this

11:47AM 13   is a priority witness, or we just designated this guy in case you

11:47AM 14   all wanted to designate him.

11:47AM 15            You're not bound to it, but they may choose not to

11:47AM 16   do what you're doing, which is everybody.  If they choose not to

11:47AM 17   do that, that's their right and entitlement.  I'm not going to

11:47AM 18   tell them they have to do it.

11:47AM 19            So with that in mind, yes, Jim, I would appreciate

11:47AM 20   the spreadsheet with updates on changes in priority.

11:47AM 21            Anything else on that topic?

11:47AM 22            MR. MILLER:  I have something.

11:47AM 23            THE COURT:  What have you got, Kerry?

11:47AM 24            MR. MILLER:  A related topic, I think, is on

11:47AM 25   duplication.

11:47AM  1          THE COURT:  Duplication.

11:47AM  2          MR. MILLER:  The issue of duplication, which I think is

11:48AM  3  what brought all of this up, Judge Barbier's note on some of this

11:48AM  4  information being duplicative, right?

11:48AM  5          THE COURT:  Yes.

11:48AM  6          MR. MILLER:  On the 17th, this past Monday, the

11:48AM  7  14(c) defendants filed 49 expert reports.  I guess Mike O'Keefe

11:48AM  8  is going to begin the process, if he hasn't already, of getting

11:48AM  9  those on the schedule.

11:48AM 10          THE COURT:  Yes.  We've got it in draft.  We'll probably

11:48AM 11  get it out Monday, perhaps Tuesday.

11:48AM 12          MR. MILLER:  My question for the Court is, in conducting

11:48AM 13  an initial review of those reports, we see some duplication.  We

11:48AM 14  talked about this months, if not weeks ago, as to the Court

11:48AM 15  believing -- you know, the first report we got is that there are

11:48AM 16  going to be 80 experts -- is that some of them might be

11:48AM 17  duplicative.

11:48AM 18          Is the Court interested in letter briefs, short

11:48AM 19  abbreviated briefs, sooner rather than later, with respect to the

11:48AM 20  parties' positions of what might be duplicative in that stack of

11:49AM 21  49?

11:49AM 22          THE COURT:  After we look at it, yes.

11:49AM 23          Do you all agree that there is overlap or

11:49AM 24  duplication?

11:49AM 25          MR. HAYCRAFT:  Not for BP.

11:49AM 1        THE COURT:  Kerry, I'll be glad to look at it.

11:49AM 2        MR. MILLER:  I don't want to do make work here.

11:49AM 3        THE COURT:  I don't either.  Maybe what you want to do

11:49AM 4  is just direct my attention to the experts that you think are

11:49AM 5  duplicative.

11:49AM 6        MR. MILLER:  That's right.  That's right.

11:49AM 7        THE COURT:  Just tell me who they are.

11:49AM 8        MR. MILLER:  Because I thought the thought was we would

11:49AM 9  do that once they are calendared, but before they are taken, if,

11:49AM 10 in fact, there is some real duplication there.

11:49AM 11       THE COURT:  We'll take a look at it.

11:49AM 12       Let's see.  On that topic, we're going to go ahead

11:49AM 13 and hopefully get out next week a schedule for the week four,

11:50AM 14 five and six.  It's going to be draft.  Don't have a heart attack

11:50AM 15 when it comes out.  We're going to mark it as a draft.  If, by

11:50AM 16 chance, we haven't marked it as a draft, it is a draft.

11:50AM 17       What we're going to ask you to do is take a look at

11:50AM 18 it, give us input and requests for examination time.  Okay?

11:50AM 19 Don't panic, but start working off of those.

11:50AM 20       I know that everybody wanted to take up the issue

11:50AM 21 of the Anadarko Settlement Agreement.  Have there been any

11:50AM 22 discussions on that?

11:50AM 23       MR. MILLER:  No, but I think Tuesday would be a great

11:50AM 24 day at Don's office, if they could make it available then.

11:50AM 25       MR. LANGAN:  Your Honor, Andy Langan.

11:50AM 1            We have been in discussions with Anadarko, and I

11:50AM 2   think the state of play is we intend to produce it, probably

11:50AM 3   marked highly confidential, shortly.  There might be one

11:51AM 4   redaction issue that we want to work through, Your Honor, but we

11:51AM 5   won't hold it up.  So I would say early next week we could

11:51AM 6   probably get this produced on a highly confidential basis.

11:51AM 7            MR. MILLER:  Andy, is it going to be produced, or is it

11:51AM 8   going to be the same process with MOEX and Weatherford, where

11:51AM 9   there is sort of a preliminary showing at Don's office, and then

11:51AM 10  it is submitted to the Court, and then produced?

11:51AM 11           MR. LANGAN:  Kerry, we can do that if you want.

11:51AM 12           MR. MILLER:  No, I'm not asking for it.  It's a

11:51AM 13  question.  It's not a request.

11:51AM 14           MR. LANGAN:  I know.  That wasn't our plan.  Our plan

11:51AM 15  was just to produce it --

11:51AM 16           MR. MILLER:  Like we ultimately did with MOEX and

11:51AM 17  Weatherford.

11:51AM 18           MR. LANGAN:  -- and maybe redact -- there is, like, one

11:51AM 19  very minor issue or so, I think, that involves a potential

11:51AM 20  redaction we're still working through, but let's just get the

11:51AM 21  guts of it out there.

11:51AM 22           THE COURT:  Exactly.  If there is a redaction issue,

11:51AM 23  they will produce it with a redaction, and then I'll take a look

11:51AM 24  at the redaction.

11:51AM 25           MR. LANGAN:  Exactly.

11:51AM  1          THE COURT:  Mr. Roy.

11:51AM  2          MR. ROY:  Your Honor, Jim Roy for the PSC.

11:51AM  3          I would like to raise the issue, I have no reason

11:51AM  4  to believe there is anything other than simply the settlement

11:51AM  5  document itself, but if there are commercial agreements that were

11:52AM  6  contemporaneously contemplated or entered into in the spirit of

11:52AM  7  the moment, we think they are relevant, too, for consideration

11:52AM  8  and ought to be produced along with the settlement document.  I

11:52AM  9  would request those.

11:52AM  10          MR. HERMAN:  Your Honor, I think you were addressing a

11:52AM  11  few minutes ago --

11:52AM  12          Steve Herman for the plaintiffs.

11:52AM  13          -- trying to put out a draft deposition schedule

11:52AM  14  for the experts for time allotment.  Where does the Court

11:52AM  15  currently contemplate on fitting in people who have been

11:52AM  16  identified as in-house experts?

11:52AM  17          THE COURT:  That is one of the reasons we haven't gotten

11:52AM  18  the draft out yet.  We're trying to figure that out and slot them

11:52AM  19  in where they would logically not conflict with an expert who was

11:52AM  20  in the same area of expertise.

11:52AM  21          MR. HERMAN:  As I'm sure the Court recalls, we kind of

11:52AM  22  waived our time for out-house experts, but reserved, at least,

11:53AM  23  the right to ask to depose in-house.  Would it be helpful to the

11:53AM  24  Court for us to identify the ones that we think we want to depose

11:53AM  25  and how much time we want --

11:53AM 1          THE COURT:  That would be helpful.

11:53AM 2          MR. HERMAN:  -- by a specific time period?

11:53AM 3          THE COURT:  That would be great.

11:53AM 4          MR. HERMAN:  When do you need that by?

11:53AM 5          THE COURT:  When do you want to give it to me by?

11:53AM 6          MR. HERMAN:  Let me ask my co-counsel first.

11:53AM 7              How about two weeks?

11:53AM 8          THE COURT:  Okay.

11:53AM 9              Now, guys, let's move into Motions in Limine and

11:53AM 10 Objections to the 300 Exhibits, which I have now combined into

11:53AM 11 one topic.  It looks to me like they have kind of melded

11:53AM 12 together.

11:53AM 13             We got from Tim Duffy the preliminary list of

11:53AM 14 motions in limine and dates that responses and replies would be

11:54AM 15 due.  Has everybody had an opportunity to look at that?

11:54AM 16         MR. MILLER:  When did that come in?

11:54AM 17         THE COURT:  This came in the 19th, 10/19.  Obviously,

11:54AM 18 you've not had an opportunity to look at it?  No.  Alan hasn't

11:54AM 19 either.

11:54AM 20         MR. YORK:  We received it, but we haven't had an

11:54AM 21 opportunity to sit down and go over the dates.

11:54AM 22         THE COURT:  I tell you what let's do.  I mean, it does

11:54AM 23 make sense to me that we take these issues up -- Stephen, you

11:54AM 24 don't know about it either?

11:54AM 25         MR. HERMAN:  No.  Is this BP's motion in limine

11:54AM 1   proposal?

11:54AM 2           THE COURT:  Yes.

11:54AM 3           MR. HERMAN:  Yes, we're familiar with that, and we

11:54AM 4   agreed to it, I think.

11:54AM 5           THE COURT:  Good.

11:54AM 6               I mean, it makes sense to me that we take these up

11:54AM 7   in an orderly fashion and present them serially to give you guys

11:54AM 8   a staggered response date and to also give Judge Barbier and Ben

11:54AM 9   an opportunity to work through them.

11:55AM 10              So would everybody else please take a look at those

11:55AM 11  and express your objection.  Let's say by close of business on

11:55AM 12  Tuesday, if we don't have objections, we'll go ahead and get it

11:55AM 13  finalized.

11:55AM 14          MR. MILLER:  Does Mr. Duffy's -- I'm trying to read off

11:55AM 15  of my BlackBerry right here, but it's hard to do that.

11:55AM 16          MR. LANGAN:  Your Honor, I can give --

11:55AM 17          MR. MILLER:  Thanks.  Does this incorporate the six

11:55AM 18  letter briefs that the PSC filed on those same issues?

11:55AM 19          MR. LANGAN:  I believe it does.  Yes.

11:55AM 20          THE COURT:  I think it covers it.  So it covers those,

11:55AM 21  plus motions that BP intends to bring.

11:55AM 22              I guess the question is, call to all, if anybody

11:56AM 23  else has briefing that they believe they want to put on a

11:56AM 24  schedule, that can be something besides opposition that you can

11:56AM 25  raise with Tim and ask him to include on the schedule.

11:56AM 1            Now, Tim's proposal also, to a large extent,

11:56AM 2    overlaps on the objections to the 300 exhibits, so I've kind of

11:56AM 3    merged those two issues.  If you all have issues with some of the

11:56AM 4    300 exhibits, you could also ask Tim to include that.

11:56AM 5            So it's not just motions in limine separate from

11:56AM 6    the 300; it would include the 300.  I appreciate the proposal,

11:56AM 7    Andy.

11:56AM 8            MR. LANGAN:  Good.  Tim gets credit for this.

11:56AM 9            I'm sure, without speaking for him, if people want

11:57AM 10   to funnel in some ideas, I guess we can add it to a chart or

11:57AM 11   something.

11:57AM 12           THE COURT:  Absolutely.  Yes.

11:57AM 13           MS. BERTAUT:  Judge, can I just ask some clarification?

11:57AM 14   You used the term "we can include motions in limine," which, if,

11:57AM 15   say, for example, Cameron has something they want -- and I don't

11:57AM 16   have the schedule in front of me -- I guess it's one of those

11:57AM 17   questions, is that mandatory, does this supersede the deadline

11:57AM 18   for MIL's?

11:57AM 19           MR. LANGAN:  I think not.

11:57AM 20           THE COURT:  No --

11:57AM 21           MS. BERTAUT:  I just want to make certain.  Thank you.

11:57AM 22           THE COURT:  -- it doesn't.  But we thought, in our

11:57AM 23   discussions last week, it would make sense to serially get these

11:57AM 24   together, both for your time management purposes and for

11:57AM 25   Judge Barbier's consideration.

11:57AM 1            But nobody has to feel compelled to file a motion

11:57AM 2    in limine.  It just doesn't make sense to wait until

11:57AM 3    January the 23rd to file some of these.  We know what they are,

11:57AM 4    we've identified them, let's go with it.

11:57AM 5            MR. MILLER:  Let me make sure I understand the context.

11:57AM 6    Is it the case that the PSC six letter briefs and then Tim's

11:58AM 7    chart, which incorporates that and adds some other issues to it,

11:58AM 8    is -- obviously, you made very clear it doesn't alter the

11:58AM 9    January 23rd motion in limine deadline, but is it correct to say

11:58AM 10   that it is more directed to exhibit issues than it is to

11:58AM 11   testimony issues or --

11:58AM 12           MR. LANGAN:  I think it covers a little of both.

11:58AM 13           THE COURT:  I think that's right.  It does cover a

11:58AM 14   little of both.  So, for instance --

11:58AM 15           MR. MILLER:  For example, the exhibit list is due

11:58AM 16   November 14th, and I think the objections to exhibits is

11:58AM 17   December 30th, so -- but that's in front of the motion in limine

11:58AM 18   deadline for sure.

11:58AM 19           We would have to -- my idea was I thought this was

11:58AM 20   supposed to resolve in advance some of the ad hoc objections to

11:58AM 21   exhibits which we'd be meeting and conferring on between

11:58AM 22   November 14th and December 30th.

11:58AM 23           MR. LANGAN:  It may have that benefit as well.

11:58AM 24           MR. MILLER:  I thought that was the primary benefit.

11:58AM 25           THE COURT:  It could well have that benefit as well,

11:59AM 1  but, for instance -- let me give you an example.  You know,

11:59AM 2  you've got the en globo issue of governmental reports, Kerry.

11:59AM 3  Well, you or some other defendant will object to a government

11:59AM 4  report on the final exhibit list on the basis that it's

11:59AM 5  inadmissible as a JIT report or a U.S. Coast Guard report.  Well,

11:59AM 6  we know that's coming, so let's get it behind us.  It's that kind

11:59AM 7  of thing.  Does that make sense?

11:59AM 8          MR. MILLER:  I understand the context better.

11:59AM 9          THE COURT:  Okay.

11:59AM 10         MR. HERMAN:  Steve Herman for the plaintiffs.

11:59AM 11             Kind of bringing the last two issues together, one

11:59AM 12 of the things that we wanted to highlight for the Court, and it

11:59AM 13 may make sense to try to have this resolved one way or the other

11:59AM 14 before the depos begin, but it's the feeling of our team that

11:59AM 15 some of the in-house expert disclosures do not really disclose

12:00PM 16 the opinions that those experts or in-house experts are going to

12:00PM 17 give.

12:00PM 18             It was our understanding, which I thought was made

12:00PM 19 clear several times, that they were going to be treated like real

12:00PM 20 expert reports, not necessarily in the sense of breadth, but in

12:00PM 21 the sense that there was going to be a four corners rule, and if

12:00PM 22 there was an opinion or a basis therefore within the four corners

12:00PM 23 of the disclosure, then it wasn't going to be presented at trial.

12:00PM 24             If that's the rule, then maybe it's an easy motion

12:00PM 25 in limine, but I don't think we want to proceed to take

12:00PM  1   depositions of in-house experts on their opinions, and, frankly,

12:00PM  2   what we don't want is to allow them to expand on their opinions

12:00PM  3   in their deposition and say, well, there is no prejudice because,

12:00PM  4   even though we didn't disclose it, now we've given it -- now you

12:00PM  5   know because we told you in the deposition.  We don't think

12:00PM  6   that's fair, and we think the four corners rule should apply.

12:00PM  7            So maybe -- you know, I don't know what the

12:01PM  8   timeline should be for teeing that up or even the appropriate

12:01PM  9   thing.  I don't know if it's a motion in limine or what.  But

12:01PM 10   that's just kind of an issue we've identified --

12:01PM 11            THE COURT:  Probably a motion in limine.

12:01PM 12            It's the first I hear of this.  Are there a number

12:01PM 13   of those witnesses?

12:01PM 14            MR. HERMAN:  Yes.

12:01PM 15            MR. ROY:  Yes.

12:01PM 16            THE COURT:  Really?

12:01PM 17            MR. HERMAN:  Well, and it may be somewhat subjective,

12:01PM 18   but, in our opinion, yes.

12:01PM 19            MR. LANGAN:  Your Honor, Andy Langan for BP.

12:01PM 20            I think for BP all we did was a couple that have

12:01PM 21   already been deposed.  So I'm not --

12:01PM 22            THE COURT:  He didn't mention you by name.

12:01PM 23            MR. LANGAN:  Maybe we're not a target here, for once.

12:01PM 24            MR. WILLIAMSON:  For sure, BP has three, Cameron has

12:01PM 25   three.  I don't know about the others.  At least six plus the

12:01PM 1    others.

12:01PM 2              MR. LANGAN:  Our three were all deposed already.

12:01PM 3              By the way, the other comment I want to make is, at

12:01PM 4    least in my experience in this litigation, the four corner rule

12:01PM 5    was designed for people that submitted reports, and we were

12:01PM 6    talking about the four corners of the reports.  So it may be kind

12:01PM 7    of an apples and oranges thing vis-a-vis --

12:02PM 8              THE COURT:  Here comes Mr. Roy.  You better step out of

12:02PM 9    the way.

12:02PM 10             MR. LANGAN:  He always agrees with me, so I'm not

12:02PM 11   worried.

12:02PM 12             MR. ROY:  Well, Your Honor, Jim Roy.

12:02PM 13             Nothing -- with all due respect to Andy, nothing

12:02PM 14   could be further from the facts.  I didn't bring it with us to

12:02PM 15   court, but, on several occasions, on the record, in this

12:02PM 16   courtroom, either Steve or I stood up and raised that very issue.

12:02PM 17   Repeatedly, the record is clear, and we are relying upon that,

12:02PM 18   Your Honor, unless you tell us to the contrary, that while full

12:02PM 19   expert reports were not required -- we wanted them, you wouldn't

12:02PM 20   give them and we respect that -- but what you did say was that

12:02PM 21   opinions had to be stated and what they relied upon in reaching

12:02PM 22   those opinions had to be furnished therein.

12:02PM 23             We asked, if it wasn't there, are we going to be --

12:02PM 24   I don't know whether you said four corners or whatever, but my

12:02PM 25   recollection is that's the guidance.

12:03PM 1          Now, frankly, what Steve was talking about with the

12:03PM 2    depositions and motions, you know, if this really is our guidance

12:03PM 3    on it, we may very well want to just wait till trial and not

12:03PM 4    clutter the Court with a bunch of motions or anything.  If there

12:03PM 5    is an attempt to expand or give opinions that aren't rendered in

12:03PM 6    this, stand up and rise and do it the old fashioned way and just

12:03PM 7    object and let the Court deal with it on the spot.  But we do

12:03PM 8    need guidance if there is going to be a change of direction.

12:03PM 9          THE COURT:  I believe my recollection is, guys, that we

12:03PM 10   looked very carefully at Rule 26 expert disclosures, and we

12:03PM 11   followed it very carefully.  My recollection, although I don't

12:03PM 12   have my Federal Rules in here -- I guess I should keep them up

12:03PM 13   here -- is that it does say disclosure of their opinion.

12:03PM 14          So that's up to you, Jim and Steve, if you all want

12:04PM 15   to bring on for consideration the fact that you believe the

12:04PM 16   disclosures do not express an opinion, you're welcome to do so.

12:04PM 17   If, on the other hand, you decide you want to waive taking that

12:04PM 18   expert's deposition, let us know because, if everybody else

12:04PM 19   agrees, we won't schedule it.

12:04PM 20          MR. ROY:  Right.  Your Honor, I hear you, and I

12:04PM 21   appreciate that.

12:04PM 22          I think one of our deeper concerns is that

12:04PM 23   somebody, whether -- you know, for example, now, I'm not really

12:04PM 24   sure how much diversity -- not diversity -- how much adversity

12:04PM 25   there is --

12:04PM 1       THE COURT:  Unity.

12:04PM 2       MR. ROY:  Pick your word.

12:04PM 3       -- between, you know, Anadarko, MOEX and BP.  On

12:04PM 4 certain issues, the alliances are kind of like medieval Italy,

12:04PM 5 they are shifting, even with the PSC.

12:05PM 6       But what we don't want to do is be prejudiced by

12:05PM 7 someone opening the door in a discovery deposition on one of

12:05PM 8 these in-house experts and having the proponent of that in-house

12:05PM 9 expert come to court and say, well, you know, it was raised in

12:05PM 10 the deposition, so everybody is on notice.  Okay.  That's not the

12:05PM 11 way the rule works.

12:05PM 12       If we take the deposition and we expand and we go

12:05PM 13 into that area, then we've opened the door and shame on us.  We

12:05PM 14 understand that.  But that's the dilemma.  You don't want to

12:05PM 15 depose somebody if you believe their opinions that are not

12:05PM 16 expressed -- why -- in the disclosure, it says this.  Do you have

12:05PM 17 other opinions?  I mean, that's a question we don't want to ask

12:05PM 18 for fear we're opening the door.

12:05PM 19       We would rather wait at trial and simply say, when

12:05PM 20 they come in and say anything other than what's in that

12:06PM 21 disclosure, Your Honor, we object.  It's not listed anywhere on

12:06PM 22 the disclosure as one of the opinions; but, even if it's listed,

12:06PM 23 there is nothing in support of it, it's improper.  That would be

12:06PM 24 the basis of it.

12:06PM 25       I'm sure the judge would probably say in a bench

12:06PM 1   trial, well, I'm going to listen, anyway; but, at least we'll

12:06PM 2   have our record.

12:06PM 3            THE COURT:  Exactly.  I guess, Jim, what we want to do

12:06PM 4   is you all have to tell me what you want to do.  If you want to

12:06PM 5   file a motion in limine and strike the in-house expert because he

12:06PM 6   doesn't express an opinion, do that.  If, on the other hand, you

12:06PM 7   want to do the latter, which is not depose him and wait until

12:06PM 8   he's called at trial, let everybody know that you don't intend to

12:06PM 9   depose him, let us know so we don't have to schedule him, unless,

12:06PM 10  of course, another defendant wants to depose him.  We can take it

12:06PM 11  from there.  I mean, I just, I can't operate in a vacuum.

12:07PM 12           MR. ROY:  Yes, ma'am.

12:07PM 13           MR. HERMAN:  We'll talk to our team.

12:07PM 14           THE COURT:  Yes, let me know what you all want to do.

12:07PM 15           MR. HERMAN:  Hopefully, by next Friday, we'll have some

12:07PM 16  kind of decision.

12:07PM 17           THE COURT:  Good.

12:07PM 18            All right.  Page limitations on these motions,

12:07PM 19  guys.

12:07PM 20            Did Judge Barbier talk to you about that today?  He

12:07PM 21  said that most of these in limines -- and I think he's probably

12:07PM 22  right -- can probably be handled ten pages, ten pages, five

12:07PM 23  pages.  They are pretty short and sweet.

12:07PM 24            You all have gotten me letter briefs on some of

12:07PM 25  these issues that, you know, are two pages long, and it's

12:07PM 1    terrific.  Now, granted, they are not double-spaced, but he would

12:07PM 2    like to have you all do ten, ten, five.

12:07PM 3         If it's the same issue, if the defendants are all

12:07PM 4    contending that a governmental report can't come in, he would

12:08PM 5    like you all to try to coordinate, if at all possible, to give

12:08PM 6    him one brief.  If you can't, can you divide it up, because he

12:08PM 7    really, with the motions to dismiss, you know, the 50 pages,

12:08PM 8    50 pages, replies, surreplies, sur surreplies, learned his

12:08PM 9    lesson.  It wasn't a good one.

12:08PM 10        He's pretty much decided that, you know, beyond

12:08PM 11   replies, unless there is something brand new, you don't need to

12:08PM 12   surreply.  Okay?

12:08PM 13        MR. MILLER:  Your Honor, on the logistical issues of

12:08PM 14   filing these motions in limine and, also, other pretrial motions

12:08PM 15   that may be coming up, I looked back the other day at the

12:08PM 16   confidentiality order.  I know Anthony is working very hard

12:08PM 17   de-designating confidential material.  For example, Andy

12:08PM 18   mentioned a few minutes ago the Anadarko/BP settlement agreement

12:08PM 19   being produced as highly confidential.

12:09PM 20        Under the confidentiality order in place, all

12:09PM 21   documents are publicly filed, exhibits are filed under seal.  It

12:09PM 22   says in the pleading itself -- I don't have it in front of me --

12:09PM 23   but it basically says, you've got to abstract out the

12:09PM 24   confidential material or only reference it in general terms,

12:09PM 25   something to that effect.

12:09PM 1          I'm not sure we were focused then on where we are

12:09PM 2   now and the number of documents that bear confidential

12:09PM 3   designations and the difficulty it may be in these redactions,

12:09PM 4   not knowing exactly what the Court means, how much do you redact

12:09PM 5   out of a contract, how much do you redact out of a document.

12:09PM 6   You've got to make your point; although, at the same time, you

12:09PM 7   don't want to brief your order.

12:09PM 8          I don't think we're going to have all of these

12:09PM 9   de-designated in time for some of these filings, so I do think we

12:09PM 10  need to look at a work-around for the confidentiality order.

12:09PM 11          THE COURT:  I agree with that.

12:09PM 12          Andy, what pretrial order is that?

12:09PM 13          MR. MILLER:  13, I think.

12:10PM 14          THE COURT:  I wanted to see if Andy knew.

12:10PM 15          MR. LANGAN:  That was going to be my guess.

12:10PM 16          MR. MILLER:  Sorry to steal your thunder.

12:10PM 17          THE COURT:  I agree with that.  You all are going to be

12:10PM 18  probably discussing confidential information on some of these

12:10PM 19  motions in limine, don't you think.  So it seems to me what you

12:10PM 20  do is you file your brief -- by the way, would you all prefer to

12:10PM 21  do this in letter form?  Does that make it easier for you?  Or do

12:10PM 22  you want to do the full motion, etcetera?  Do you care?

12:10PM 23          MR. MILLER:  I think the brief is the way to go.

12:10PM 24          THE COURT:  Okay.  The brief is the way to go.

12:10PM 25          MR. MILLER:  My question relates to all pretrial

12:10PM  1    motions.

12:10PM  2         THE COURT:  All pretrial motions, it seems to me that if

12:10PM  3    you're going to attach a confidential document, you file the

12:10PM  4    document under seal.  If, in your discussion in your brief,

12:10PM  5    you're discussing a confidential provision that you want to call

12:11PM  6    to Judge Barbier's attention, discuss it fully.  Give him a

12:11PM  7    working, unredacted copy.  Redact the copy you file with the

12:11PM  8    court, you know, of record, and then file it under seal, so the

12:11PM  9    record will be there.  I don't know how else to handle it.

12:11PM 10         MR. HERMAN:  I know I should know the answer to this.

12:11PM 11    Has the Eastern District caught up with some of the other

12:11PM 12    districts, where you can actually e-file all the stuff under

12:11PM 13    seal, or does it all have to be done on paper?

12:11PM 14         THE COURT:  No, we can e-file under seal.

12:11PM 15         MR. HERMAN:  Well, that makes it easier.

12:11PM 16         THE COURT:  Yes, it does make it a lot easier.

12:11PM 17         If you need assistance with that, call Jay Susslin

12:11PM 18    down at the Clerk's office, and they'll, I'm sure, work with you

12:11PM 19    on that.

12:11PM 20         But, that way, we make a record with an unredacted

12:11PM 21    copy of the memorandum under seal.  Then you can provide

12:11PM 22    Judge Barbier with a working copy, either e-mail or paper, to

12:11PM 23    work from; but, only the redacted copy will be filed unsealed in

12:12PM 24    the record.

12:12PM 25         Does that make sense?  It seems like an awful lot

12:12PM 1    to do, but I don't know any other way to do it.

12:12PM 2           MR. MILLER:  Thanks for that clarification.

12:12PM 3           THE COURT:  All right.  Anything further on authenticity

12:12PM 4    discussions?  We're proceeding?  Good.

12:12PM 5           MR. NOMELLINI:  Your Honor, it's Mark Nomellini.  Could

12:12PM 6    I raise one point on motions in limine and exhibits?

12:12PM 7           THE COURT:  Absolutely, Mark.  What have you got?

12:12PM 8           MR. NOMELLINI:  The way that the PSC did it, which I

12:12PM 9    think has some benefits, is -- and correct me if I'm wrong,

12:12PM 10   Steve -- but I think they filed -- or they sent in a letter, and

12:12PM 11   then they also sent a CD to the judge with exhibits, which, given

12:13PM 12   that these are pretty voluminous, strikes me as a potentially

12:13PM 13   promising way to go, and one that we were perhaps interested in.

12:13PM 14           I wanted to get Your Honor's thoughts on that as a

12:13PM 15   way to potentially proceed.

12:13PM 16           THE COURT:  It's fine.  I didn't realize that this was

12:13PM 17   going to be so voluminous; but, if it is, absolutely, burn them

12:13PM 18   onto a CD and provide it to Judge Barbier and Ben, and they'll be

12:13PM 19   glad to review it that way.

12:13PM 20           MR. NOMELLINI:  Thank you, Your Honor.

12:13PM 21           THE COURT:  You bet.  Less is better.

12:13PM 22           MR. LANGAN:  Your Honor, Andy Langan.

12:13PM 23           Mark, while you are on the line, I just wanted to

12:13PM 24   raise another issue about exhibits, and wondering if we could

12:13PM 25   seek Your Honor's preferences and Judge Barbier's preferences

12:13PM 1   about this.

12:13PM 2            We have all been in trials in which a party would

12:13PM 3   like to use a pleading that another party submitted, you know, a

12:13PM 4   discovery response or a pleading or an interrogatory answer and

12:13PM 5   all that sort of thing.

12:14PM 6            THE COURT:  Requests for admission.

12:14PM 7            MR. LANGAN:  Correct.  We have been in trials in which

12:14PM 8   the judge actually wants that marked as a trial exhibit.  We've

12:14PM 9   been in trials which they say, don't bother, it's part of the

12:14PM 10  court file.

12:14PM 11           Before we go to the process of listing five, 10,

12:14PM 12  15, whatever it's going to be, could we get some guidance from

12:14PM 13  Your Honor on that?

12:14PM 14           THE COURT:  Yes.  No problem.  I'll talk to

12:14PM 15  Judge Barbier, and we'll find out for you.

12:14PM 16           MR. LANGAN:  Thank you.

12:14PM 17           THE COURT:  Looks like we're going to be able to come

12:14PM 18  out next week with a Clean-Up Responder Scheduling Order.  That

12:14PM 19  looks like it's all good.

12:14PM 20           Have we got any report on the Halliburton-BP

12:14PM 21  discussions, or is that still ongoing?

12:14PM 22           MR. LANGAN:  Hasn't changed.

12:14PM 23           THE COURT:  Good, thank you.

12:14PM 24           MR. LANGAN:  Thanks.

12:14PM 25           THE COURT:  We were still working on PSC/Cameron/ESI

12:14PM 1   issue.  How are we looking on that?

12:15PM 2           MR. WILLIAMSON:  Jimmy Williamson for the plaintiffs,

12:15PM 3   Your Honor.

12:15PM 4           It's all going by agreement, so I don't think there

12:15PM 5   is any issue for the Court for today.

12:15PM 6           THE COURT:  Fantabulous.

12:15PM 7           How are you all coming on talking about meeting and

12:15PM 8   conferring on who will be voluntarily brought live at trial?  Any

12:15PM 9   progress on that?  Not really.

12:15PM 10          MR. LANGAN:  Not yet.

12:15PM 11          THE COURT:  Not yet.  Well, we'll keep that there.

12:15PM 12          How are you all coming on reviewing stipulations?

12:15PM 13  Have counter-stipulations come out?

12:15PM 14          MR. UNDERHILL:  Can we back up one, Your Honor?

12:15PM 15          THE COURT:  Sure.

12:15PM 16          MR. UNDERHILL:  I think this is what you were getting

12:15PM 17  at.  Maybe this is some way to take a motion -- an order off your

12:15PM 18  plate.

12:15PM 19          Judge Barbier -- were you in court today,

12:15PM 20  Your Honor?

12:15PM 21          THE COURT:  No.

12:15PM 22          MR. UNDERHILL:  Judge Barbier surprised a lot of us, I

12:15PM 23  think, by saying that teleconferencing ability will be available,

12:16PM 24  likely, for trial.  So I suspect that came out of the Monday

12:16PM 25  meeting that attorneys didn't attend, which meant they actually

12:16PM 1    got work done.  I think that may be the partial solution to the

12:16PM 2    motions before you on who can be forced to be brought to trial.

12:16PM 3            So it appears, my reading of the tea leaves is the

12:16PM 4    defendants who responded indicated they agreed that officers and

12:16PM 5    such could be subpoenaed for trial live, not hopefully

12:16PM 6    teleconference.  For the other nonofficers over which there is a

12:16PM 7    dispute, it sounds like that's the solution.

12:16PM 8            A witness -- let's assume it's a Houston witness.

12:16PM 9    They are subpoenaed just like a deposition would be out of the

12:16PM 10   Houston district court to appear at a location in Houston for

12:16PM 11   teleconferencing in trial.  So, I think we may have gotten over

12:16PM 12   that hurdle.

12:16PM 13       THE COURT:  We may have, but loose lips sink ships.  You

12:16PM 14   said officers and such.  What I would like to do is know who will

12:17PM 15   be voluntarily brought to New Orleans, so that everybody can work

12:17PM 16   from there.

12:17PM 17           If the solution is -- and I was going to raise that

12:17PM 18   issue; we did discuss that on Monday, and we do have

12:17PM 19   teleconferencing ability -- if somebody wants someone to be

12:17PM 20   brought via teleconference, maybe we need to declare that, see if

12:17PM 21   there is any objection to that.  But I thought the first move

12:17PM 22   would be to hear from the parties who they agree are the officers

12:17PM 23   and such.

12:17PM 24       MR. UNDERHILL:  Got it.  Just perhaps put on it the

12:17PM 25   radar then --

12:17PM 1          THE COURT:  Yes.

12:17PM 2          MR. UNDERHILL:  -- it looks like there may be a backup

12:17PM 3     plan for witnesses the parties don't agree to bring.

12:17PM 4          THE COURT:  Correct.

12:17PM 5          MR. UNDERHILL:  The second thing, perhaps, to put on the

12:17PM 6     radar are with respect to witnesses outside U.S. jurisdiction,

12:17PM 7     let's say a U.K. witness.  If we can perhaps, hopefully, with

12:17PM 8     gentle persuasion of the Court, if the attorneys can't do it,

12:17PM 9     persuade our colleagues on the defendant side to do the same

12:17PM 10    process with respect to foreign witnesses, whether it's Mr. Guide

12:18PM 11    in Angola or whether it's a BP officer -- or, I should say, an

12:18PM 12    employee in London.

12:18PM 13          So I just, I'm not asking for resolution, but put

12:18PM 14    that on the radar to see if perhaps that the parties can discuss

12:18PM 15    that to see if we can amicably work that out.  If not, then it's

12:18PM 16    back on your plate.

12:18PM 17          THE COURT:  Right.  That's where I would like to start,

12:18PM 18    is if the parties jointly -- and I guess I'm talking to the

12:18PM 19    defense group -- circulate who you believe you are under an

12:18PM 20    obligation to bring live, so we don't have to fight over those

12:18PM 21    people.

12:18PM 22          MR. UNDERHILL:  Just to make -- I hope I share it with

12:18PM 23    the PSC -- I don't like videoconferencing if it can be avoided

12:18PM 24    because document -- document examination can be problematic.  We

12:18PM 25    do it at depositions, and it ends up being a mess sometimes.

12:18PM 1          So I'm not asking for a preference that a witness

12:18PM 2     appear by teleconference, but, if that's the only way to do it,

12:19PM 3     for nonofficers and such --

12:19PM 4          THE COURT:  We all see this coming up.

12:19PM 5          MR. MILLER:  When you say teleconference, you mean

12:19PM 6     videoconference, right?

12:19PM 7          MR. UNDERHILL:  I'm sorry, videoconference.

12:19PM 8          MR. MILLER:  So it would be projected on the screen in

12:19PM 9     the courtroom, in other words.

12:19PM 10         THE COURT:  Right.  We would have to premark the

12:19PM 11    exhibits so that he would have access to whatever exhibits are

12:19PM 12    going to be used during his examination and cross-examination,

12:19PM 13    and it's a little more complicated because of that.

12:19PM 14         So yes, I just think we should start the process of

12:19PM 15    talking about who the defendants agree are officers subject to

12:19PM 16    being brought to court.  Then we can tackle the second.

12:19PM 17         I assume there is going to be a group where U.S.,

12:19PM 18    the states and PSC says they are subject, and the defendants say

12:19PM 19    they are not.  We'll have to take those up for motion.  Then

12:20PM 20    there are another group where we can agree that they will be

12:20PM 21    taken by videoconference.

12:20PM 22         If we can't reach agreement, then we will have to

12:20PM 23    consider each of the witnesses, who they are and whether or not

12:20PM 24    they fall within the rule or not.  Okay.

12:20PM 25         All right.  Trial planning.  At this point, I think

12:20PM 1    we can -- oh, no, I wanted to talk about the Status of

12:20PM 2    Stipulations.  I'm sorry.  Any further progress on that?

12:20PM 3                MR. LANGAN:  Your Honor, Andy Langan.

12:20PM 4                We cannot report any further progress.  It's on --

12:20PM 5    it's definitely on our radar screen.  It's got some work to be

12:20PM 6    done, and we certainly have not forgotten.

12:20PM 7                THE COURT:  Good.  All right.  Good enough.

12:20PM 8                MR. LANGAN:  Thank you.

12:20PM 9                THE COURT:  Is there anything else we need to discuss

12:20PM 10   before we go off the record and quickly do a couple of points on

12:20PM 11   trial planning?

12:20PM 12               MR. KAVANAUGH:  Your Honor, Brian Kavanaugh for BP.

12:20PM 13               I truly hate to do this, but I just got an e-mail

12:20PM 14   from Jordan Ray clarifying something that -- with respect to

12:21PM 15   deposition designations that I thought it important to report.

12:21PM 16               That is, with respect to group one, the

12:21PM 17   designations that he previously circulated, I guess it was a day

12:21PM 18   or so ago, reflected the corrections that were made to deal with

12:21PM 19   the processing problem Indata had with Halliburton's

12:21PM 20   designations.

12:21PM 21               I think, based on the discussion this morning,

12:21PM 22   folks were under the assumption that this, in fact, represented

12:21PM 23   the most current and complete set of group one designations

12:21PM 24   reflecting all changes to date.  That is not the case.  What he

12:21PM 25   circulated only includes the corrections Indata made to deal with

12:21PM 1   the Halliburton problem from last week.

12:21PM 2            There have been other additions and corrections

12:21PM 3   that have come in from other parties during the course of the

12:21PM 4   week that are not reflected in those transcripts he circulated.

12:21PM 5   I think there were a couple of isolated ones, but also a few more

12:21PM 6   than just the Walter Guillot transcript that came in from the

12:22PM 7   U.S.

12:22PM 8            Additionally, I just got an e-mail from someone on

12:22PM 9   the U.S. side transmitting more corrected transcripts, and we

12:22PM 10  appreciate the corrections, for groups two and three.  The

12:22PM 11  problem that we have, BP in particular this week, is that for

12:22PM 12  group two, our counter-designations are due today, and we have

12:22PM 13  now just received a corrected or series of corrected designations

12:22PM 14  from the government.

12:22PM 15           Now, some of those may just be to remove form

12:22PM 16  objections, which aren't a problem, won't impact what we're

12:22PM 17  doing; but, it's unclear from the e-mail -- I sent a note seeking

12:22PM 18  clarification -- it's unclear from the e-mail whether or not

12:22PM 19  there are substantive changes, as well, that dealt with prior

12:22PM 20  typos or other issues.

12:22PM 21      MR. UNDERHILL:  Mike Underhill.

12:22PM 22           Brian, if you would have waited probably two

12:22PM 23  minutes, you would have gotten my e-mail response, which I'll now

12:22PM 24  deliver in court, is that these were solely clean-up.

12:22PM 25           We went back to our team and said, to avoid the

12:22PM  1    problem that Halliburton had, we went back and had other people

12:23PM  2    QC all the depositions to remove objections as to form, colloquy,

12:23PM  3    to make sure that we didn't have the page 30 to 350 designations

12:23PM  4    that Halliburton experienced.  That's all they are.  They are not

12:23PM  5    substantive changes.

12:23PM  6              While we were at it, we converted it to the

12:23PM  7    Excel format, instead of Word Perfect, for the convenience of

12:23PM  8    Indata.

12:23PM  9              So the answer to your question, there are no

12:23PM 10    substantive changes.  In fact, there probably are deletions of

12:23PM 11    objections to the form and the like.

12:23PM 12              MR. KAVANAUGH:  Your Honor, I appreciate that.

12:23PM 13    Certainly, as to the first two categories Mr. Underhill

12:23PM 14    mentioned, that is not a problem for us.

12:23PM 15              THE COURT:  Right.

12:23PM 16              MR. KAVANAUGH:  By substantive, I think I was referring

12:23PM 17    to the third category, which is if there was a page 30 to 300 in

12:23PM 18    error, and that's now been corrected, that does impact our

12:23PM 19    counter-designation.  That's what I'm seeking clarification.

12:23PM 20              THE COURT:  Mike says he does not believe that's the

12:23PM 21    case.

12:23PM 22              MR. KAVANAUGH:  Oh, I misunderstood that.  I apologize.

12:23PM 23              THE COURT:  No problem.

12:23PM 24              But it does raise the problem, guys, that, you

12:24PM 25    know, there has to be, it seems to me, a time by which on the

12:24PM  1   next bundle, the next grouping, what I've asked Jordan to do is

12:24PM  2   on Saturday morning say, I have received designations from the

12:24PM  3   following parties.  If I don't hear from you by noon today, I'm

12:24PM  4   going to proceed, I'm going to send everything out, and that's

12:24PM  5   it.

12:24PM  6        MR. UNDERHILL:  Your Honor, the reason we did this, we

12:24PM  7   thought --

12:24PM  8        THE COURT:  I know why you did it.

12:24PM  9        MR. UNDERHILL:  Actually, just so everybody knows, and I

12:24PM 10   think we all do know, we thought that Indata was using the

12:24PM 11   highlighted transcripts.  It turns out they were using the

12:24PM 12   tables, and our people were more meticulous on the highlighting

12:24PM 13   than the tables.

12:24PM 14        So we have now -- my instructions to our team was

12:24PM 15   make sure that groups one, two and three are out.  Now, for the

12:24PM 16   ones that are going out from the PSC, we're working with them to

12:25PM 17   make sure that when they go out, they are already double QC'd.

12:25PM 18        THE COURT:  I guess the question is, you all are

12:25PM 19   communicating these things to Jordan, so do you all want me to

12:25PM 20   have Jordan, when he sends these things out, to communicate what

12:25PM 21   the changes are?

12:25PM 22        I mean, it seems to me we need to tell each other

12:25PM 23   what these changes are.  If they are just taking out objections,

12:25PM 24   that will not affect anybody.  If, on the other hand, it's taking

12:25PM 25   out or changing the designations, that's different.  So I need to

12:25PM 1  have Jordan communicate to you all why it's coming out again,

12:25PM 2  right?

12:25PM 3          MR. KAVANAUGH:  That would be very helpful, Your Honor.

12:25PM 4          THE COURT:  I'll talk to him this afternoon.

12:25PM 5          MR. KAVANAUGH:  With Mr. Underhill's clarification, I

12:25PM 6  appreciate that.  We're going to go ahead and we'll make our

12:25PM 7  counter-designations that are due today without doing anything

12:25PM 8  with the tables we just received.

12:25PM 9          THE COURT:  Great.  I'm glad we got that straight.

12:26PM 10         MS. BERTAUT:  We just learned -- we talked to Jordan --

12:26PM 11 I didn't, but Beck Redden did -- and found out that none of the

12:26PM 12 Indata folks have signed a confidentiality protective order.  So

12:26PM 13 I think Beck Redden is sending over the documents, and I presume

12:26PM 14 we'll take custody of them, but just so folks know.

12:26PM 15         THE COURT:  Good.  I'll speak to Jordan about

12:26PM 16 communicating any further changes that might come out that are

12:26PM 17 unexpected.

12:26PM 18         Is there anything else before we go to trial

12:26PM 19 planning?

12:26PM 20         MS. HIMMELHOCH:  Your Honor, this is Sarah Himmelhoch,

12:26PM 21 and I know it has been a long conference call.  I did want to

12:26PM 22 just get your read on one issue that has come up in trying to

12:26PM 23 resolve the B3 defenders' discovery, and that is your view on the

12:26PM 24 confidentiality of our discussions with the B3 defendants

12:26PM 25 regarding stipulations.

12:26PM 1          We have pending discovery requests against the

12:26PM 2  United States for all communications between the parties, which

12:26PM 3  creates a disincentive for us to exchange drafts of stipulations

12:27PM 4  with the B3 defendants so that we can try to avoid the discovery.

12:27PM 5          My thought was that, well, it's only a discovery

12:27PM 6  dispute, these stipulations are an effort to resolve a dispute

12:27PM 7  between us and the B3 defendants and ought to be covered by the

12:27PM 8  settlement pretrial order, but I wanted to get your read before

12:27PM 9  we asked you to enter yet another order.

12:27PM 10     THE COURT:  I think that's right, Sarah.  I mean, what

12:27PM 11  we're trying to do is facilitate getting the B3 ready to roll on

12:27PM 12  reurged motions.  So my impression would be that confidential is

12:27PM 13  confidential.  But --

12:27PM 14     MR. LYLE:  Your Honor, Michael Lyle for Seacor,

12:27PM 15  O'Brien's, and NRC.  Also, for the B3 responders.

12:27PM 16          We completely agree with the government on that

12:27PM 17  issue for the reasons that the Court is stating.  We need to able

12:28PM 18  to work those stipulations out.

12:28PM 19     THE COURT:  Sarah, does that answer your question?

12:28PM 20     MS. HIMMELHOCH:  It does, Your Honor.  Thank you.

12:28PM 21     THE COURT:  All right.  What else do we need to do?

12:28PM 22          I know Andy is trying to get to his airplane.

12:28PM 23          We'll go off the record, guys.  Thank you very

12:28PM 24  much.

12:28PM 25          Next conference Friday, October 28, 2011, at

12:28PM 1    9:30 a.m., followed by LCC.

2                    (WHEREUPON, at 12:28 p.m., the proceedings were

3    concluded.)

4                                    *    *    *

5

6

7                              REPORTER'S CERTIFICATE

8

9        I, Cathy Pepper, Certified Realtime Reporter, Registered

10   Merit Reporter, Certified Court Reporter of the State of

11   Louisiana, Official Court Reporter for the United States District

12   Court, Eastern District of Louisiana, do hereby certify that the

13   foregoing is a true and correct transcript, to the best of my

14   ability and understanding, from the record of the proceedings in

15   the above-entitled and numbered matter.

16

17

18                              *s/Cathy Pepper*
                                _____

19                              Cathy Pepper, CRR, RMR, CCR
                                Certified Realtime Reporter
20                              Official Court Reporter
                                United States District Court
21                              Cathy_Pepper@laed.uscourts.gov

22

23

24

25

## 1

**1** [1] - 40:24
**10** [5] - 18:2, 19:7, 19:22, 43:4, 65:11
**10-day** [1] - 44:16
**10-MD-2179** [1] - 1:6
**10/19** [1] - 51:17
**1000** [1] - 5:16
**1001** [1] - 3:10
**10036** [1] - 5:9
**10153** [1] - 5:25
**10:56** [1] - 1:7
**10th** [1] - 19:4
**11** [1] - 18:2
**1100** [2] - 3:7, 5:12
**11th** [7] - 13:10, 13:14, 13:23, 13:25, 14:1, 14:7, 28:16
**11TH.......................
....** [1] - 8:19
**12** [3] - 7:5, 7:6, 7:7
**120** [2] - 34:12, 45:20
**1201** [1] - 4:13
**12:28** [1] - 76:2
**13** [4] - 38:25, 39:2, 41:4, 62:13
**1300** [2] - 4:22, 6:3
**1331** [1] - 4:17
**14** [1] - 44:9
**14(c** [1] - 47:7
**14th** [4] - 14:4, 17:22, 54:16, 54:22
**15** [6] - 7:8, 7:11, 38:25, 39:2, 41:4, 65:12
**150** [1] - 45:20
**1540** [1] - 5:8
**15th** [1] - 40:25
**16** [3] - 7:12, 7:13, 7:14
**160** [2] - 34:15, 36:19
**1615** [1] - 4:22
**1665** [1] - 4:17
**17** [1] - 7:15
**1700** [1] - 4:13
**17th** [5] - 17:24, 18:7, 18:14, 18:24, 47:6
**180** [1] - 40:9
**18th** [3] - 13:11, 14:6, 18:18
**19** [3] - 7:16, 7:17, 7:18
**191** [2] - 42:13, 42:15
**192** [1] - 44:3
**19th** [2] - 12:4, 51:17
**1st** [3] - 13:5, 15:4, 44:23
**1ST** [1] - 7:8

## 2

**2** [4] - 24:12, 24:14, 24:15
**20** [2] - 1:5, 29:15
**20,000** [1] - 40:3
**20005** [2] - 4:4, 6:4
**20006** [1] - 5:5
**20044** [1] - 2:25
**2007** [1] - 5:7
**2010** [1] - 1:5
**2011** [4] - 1:7, 9:15, 10:2, 75:25
**2020** [1] - 5:4
**20th** [1] - 12:4
**21** [2] - 1:7, 10:2
**2185** [1] - 6:10
**21st** [1] - 12:4
**220** [1] - 42:25
**226** [2] - 36:19, 36:20
**23** [3] - 7:19, 7:20, 7:21
**230** [1] - 45:20
**23rd** [2] - 54:3, 54:9
**24** [1] - 7:22
**25th** [3] - 13:23, 13:25
**26** [4] - 7:23, 7:24, 7:25, 58:10
**27** [2] - 8:1, 8:3
**28** [6] - 8:4, 8:8, 8:14, 8:18, 9:15, 75:25
**29** [1] - 8:20
**2929** [1] - 6:7
**2990** [1] - 1:24

## 3

**3** [1] - 24:21
**30** [5] - 29:15, 35:6, 42:20, 72:3, 72:17
**30(b)(6** [3] - 12:14, 12:20, 19:23
**300** [8] - 3:25, 9:2, 51:10, 53:2, 53:4, 53:6, 72:17
**30th** [2] - 54:17, 54:22
**3100** [1] - 5:12
**316** [1] - 2:4
**31st** [4] - 27:10, 31:2, 31:5
**31ST** [1] - 8:2
**32502** [1] - 2:5
**3450** [1] - 6:11
**350** [1] - 72:3
**36130** [1] - 2:12
**365** [1] - 1:24
**3668** [1] - 1:17
**36TH** [1] - 3:6

## 4

**3700** [1] - 3:10

## 4

**4** [2] - 24:21, 38:25
**4,000** [1] - 46:6
**40** [1] - 42:20
**400** [1] - 40:3
**4000** [2] - 5:16, 40:5
**42ND** [1] - 6:7
**4310** [1] - 2:8
**45** [1] - 32:7
**450** [1] - 2:20
**46** [1] - 8:22
**48** [1] - 8:23
**49** [2] - 47:7, 47:21
**4th** [2] - 27:22, 28:9
**4TH** [1] - 8:14

## 5

**50** [12] - 8:24, 9:1, 29:14, 31:12, 31:13, 32:4, 32:7, 34:5, 45:24, 61:7, 61:8
**500** [3] - 2:12, 6:11, 6:18
**5000** [1] - 3:20
**504** [1] - 6:19
**51** [1] - 9:2
**52** [5] - 31:14, 31:16, 33:12, 33:16
**5395** [1] - 2:21
**546** [1] - 4:8
**55** [1] - 32:8
**556** [1] - 1:18
**589-7779** [1] - 6:19

## 6

**60** [3] - 9:3, 45:21, 45:24
**600** [1] - 2:4
**60654** [1] - 3:25
**64** [1] - 9:4
**65** [3] - 9:5, 9:6, 9:7
**655** [1] - 4:4
**66** [2] - 9:8, 9:10

## 7

**70** [3] - 9:11, 9:12, 32:8
**701** [2] - 2:16, 3:20
**70112** [1] - 4:23
**70113** [1] - 1:21
**70130** [4] - 1:25, 2:16,
4:9, 6:18
**70139** [1] - 3:21
**70163** [2] - 3:7, 5:12
**70502** [1] - 1:18
**74** [1] - 9:13
**75** [2] - 9:15, 45:22
**75270** [1] - 4:14
**7611** [1] - 2:25
**767** [1] - 5:25
**77002** [3] - 3:11, 5:17, 6:12
**77006** [1] - 2:8
**77010** [1] - 4:17
**77019** [1] - 6:8
**79** [2] - 37:9, 41:14
**7:30** [1] - 23:17
**7TH** [1] - 2:21

## 8

**80** [4] - 34:5, 34:11, 34:14, 47:16
**820** [1] - 1:21
**8:30** [1] - 19:8

## 9

**9** [2] - 24:18, 24:19
**900** [1] - 6:3
**94102** [1] - 2:21
**9:30** [2] - 9:16, 76:1

## A

**A.M** [1] - 1:7, 9:16
**a.m** [1] - 76:1
**abbreviated** [1] - 47:19
**ability** [3] - 66:23, 67:19, 76:14
**able** [7] - 12:25, 14:2, 26:10, 45:3, 46:8, 65:17, 75:17
**ABOUT** [2] - 9:4, 9:8
**above-entitled** [1] - 76:15
**absolutely** [5] - 42:14, 45:12, 53:12, 64:7, 64:17
**abstract** [1] - 61:23
**access** [1] - 69:11
**accommodating** [1] - 24:24
**accommodation** [3] - 22:12, 23:4, 25:22
**accordance** [1] - 28:14
**acknowledged** [1] -

## 

44:22
**ACTION** [1] - 1:6
**ad** [1] - 54:20
**add** [4] - 16:20, 25:18, 27:10, 53:10
**ADD.......** [1] - 8:2
**added** [1] - 27:13
**addition** [2] - 22:4, 26:22
**ADDITIONAL** [1] - 8:1
**additional** [1] - 27:10
**additionally** [1] - 71:8
**additions** [1] - 71:2
**addressing** [1] - 50:10
**adds** [1] - 54:7
**adjusted** [1] - 37:4
**admission** [1] - 65:6
**admit** [1] - 39:24
**adopt** [2] - 14:24, 15:3
**advance** [5] - 33:13, 39:1, 39:9, 42:11, 54:20
**adversity** [1] - 58:24
**affect** [1] - 73:24
**AFFIRMATIVE** [2] - 8:6, 8:11
**afraid** [1] - 46:8
**afternoon** [2] - 40:24, 74:4
**AGENDA** [1] - 7:3
**ago** [4] - 47:14, 50:11, 61:18, 70:18
**agree** [13] - 11:6, 22:18, 36:19, 41:11, 42:7, 47:23, 62:11, 62:17, 67:22, 68:3, 69:15, 69:20, 75:16
**agreed** [3] - 21:3, 52:4, 67:4
**Agreement** [1] - 48:21
**agreement** [3] - 61:18, 66:4, 69:22
**AGREEMENT............
............** [1] - 8:23
**agreements** [1] - 50:5
**agrees** [2] - 57:10, 58:19
**ahead** [9] - 24:20, 27:8, 29:24, 39:3, 41:7, 41:19, 48:12, 52:12, 74:6
**airplane** [1] - 75:22
**airplanes** [1] - 10:20
**aisle** [1] - 32:16
**AL** [1] - 2:12
**ALABAMA** [1] - 2:10
**Alabama** [1] - 25:13
**ALAN** [1] - 4:16
**Alan** [10] - 26:15,

26:17, 27:8, 28:21, 31:1, 37:17, 38:6, 40:19, 45:14, 51:18
**aligned** [2] - 28:12, 35:2
**alignment** [2] - 35:7, 43:8
**ALL** [1] - 1:9
**ALLEN** [2] - 6:7, 6:11
**alliances** [1] - 59:4
**allotment** [1] - 50:14
**ALLOTMENT**.............
..................................
[1] - 8:25
**allow** [1] - 56:2
**allowed** [1] - 25:2
**alphabetical** [1] - 27:15
**ALSO** [2] - 6:14, 8:9
**alter** [1] - 54:8
**AMERICA** [7] - 2:23, 3:13, 3:13, 3:14, 3:15, 3:17, 3:18
**amicably** [1] - 68:15
**Anadarko** [5] - 11:15, 14:15, 48:21, 49:1, 59:3
**ANADARKO** [3] - 4:19, 4:20, 8:23
**Anadarko's** [1] - 34:23
**Anadarko/BP** [1] - 61:18
**AND** [16] - 3:4, 5:23, 7:5, 7:9, 7:10, 8:3, 8:5, 8:9, 8:10, 8:12, 8:15, 8:16, 8:18, 8:20, 9:2, 9:8
**ANDREW** [1] - 3:23
**Andy** [24] - 11:16, 15:15, 15:16, 15:20, 17:21, 18:1, 18:17, 19:1, 19:8, 22:7, 22:8, 25:14, 25:22, 48:25, 49:7, 53:7, 56:19, 57:13, 61:17, 62:12, 62:14, 64:22, 70:3, 75:22
**Andy's** [2] - 14:25, 25:8
**Angola** [1] - 68:11
**answer** [5] - 37:18, 63:10, 65:4, 72:9, 75:19
**ANTHONY** [1] - 1:23
**Anthony** [1] - 61:16
**anticipate** [1] - 12:25
**anyway** [2] - 14:10, 60:1
**apologize** [3] - 15:24, 31:1, 72:22

**appear** [3] - 17:22, 67:10, 69:2
**APPEARANCES** [6] - 1:15, 2:1, 3:1, 4:1, 5:1, 6:1
**apples** [1] - 57:7
**apply** [1] - 56:6
**appreciate** [8] - 11:16, 12:10, 15:14, 46:19, 53:6, 58:21, 71:10, 72:12, 74:6
**appropriate** [2] - 39:25, 56:8
**APRIL** [1] - 1:5
**area** [2] - 50:20, 59:13
**AREAUX** [1] - 5:1
**argument** [1] - 25:8
**arrangement** [1] - 22:16
**arrangements** [1] - 25:14
**ASBILL** [1] - 3:9
**aside** [2] - 13:10, 14:6
**assimilate** [1] - 36:10
**assistance** [1] - 63:17
**assume** [3] - 25:16, 67:8, 69:17
**assumed** [1] - 19:13
**assumption** [7] - 21:19, 30:18, 30:19, 30:20, 31:12, 70:22
**AT** [2] - 9:9, 9:15
**attach** [1] - 63:3
**attached** [1] - 38:11
**attack** [1] - 48:14
**attempt** [1] - 58:5
**attempting** [1] - 21:18
**attend** [1] - 66:25
**attention** [2] - 48:4, 63:6
**ATTORNEY** [1] - 2:10
**attorney** [1] - 21:2
**attorneys** [6] - 12:10, 17:11, 18:13, 46:5, 66:25, 68:8
**Auburn** [4] - 10:20, 10:24, 11:12, 16:13
**AUGUST** [1] - 8:2
**August** [4] - 27:10, 31:3, 31:5, 44:23
**authenticity** [1] - 64:3
**available** [5] - 18:18, 22:13, 41:8, 48:24, 66:23
**AVENUE** [4] - 1:21, 2:12, 2:20, 5:25
**avoid** [6] - 21:18, 21:22, 31:23, 41:9, 71:25, 75:4
**avoided** [1] - 68:23

**aware** [1] - 24:13
**awful** [1] - 63:25

## B

**B3** [7] - 9:13, 74:23, 74:24, 75:4, 75:7, 75:11, 75:15
**Babiuch** [1] - 15:9
**BABIUCH** [2] - 3:24, 15:13
**BACK** [1] - 7:8
**backup** [1] - 68:2
**backwards** [1] - 28:23
**bad** [1] - 30:19
**ball** [1] - 22:11
**Barbier** [13] - 28:15, 29:2, 33:6, 42:2, 45:19, 45:21, 52:8, 60:20, 63:22, 64:18, 65:15, 66:19, 66:22
**BlackBerry** [1] - 52:15
**blind** [2] - 17:9, 21:7
**blind-sided** [1] - 21:7
**BLOSSMAN** [1] - 5:11
**blue** [1] - 28:25
**BOCKIUS** [1] - 5:15
**body** [2] - 39:25, 41:22
**BOP** [8] - 7:5, 12:3, 17:2, 17:11, 18:12, 19:25, 20:5
**bother** [1] - 65:9
**BOULEVARD** [1] - 2:4
**bound** [1] - 46:15
**BOX** [2] - 1:17, 2:25
**boy** [1] - 43:1
**BP** [33] - 3:13, 3:13, 3:14, 3:15, 3:16, 3:17, 3:18, 9:6, 12:19, 14:15, 15:8, 15:11, 15:19, 16:1, 18:14, 20:8, 20:13, 21:1, 21:24, 22:2, 22:8, 35:1, 35:2, 47:25, 52:21, 56:19, 56:20, 56:24, 59:3, 65:20, 68:11, 70:12, 71:7
**BP's** [5] - 20:3, 20:8, 20:9, 20:25, 51:25
**BP**.............. [1] - 7:11
**BRANCH** [1] - 2:19
**brand** [1] - 61:11
**breadth** [1] - 55:20
**BRENNAN** [1] - 3:9
**Brian** [2] - 70:12, 71:22
**BRIAN** [2] - 2:4, 3:24
**brief** [6] - 61:6, 62:7, 62:20, 62:23, 62:24, 63:4
**briefing** [1] - 52:23

41:12, 43:16, 44:2, 53:13, 53:21, 74:10
**best** [4] - 11:25, 15:18, 44:6, 76:13
**bet** [1] - 64:21
**better** [5] - 29:23, 45:25, 55:8, 57:8, 64:21
**between** [8] - 30:20, 34:12, 34:19, 35:4, 54:21, 59:3, 75:2, 75:7
**beyond** [8] - 28:19, 31:13, 31:14, 31:16, 33:11, 36:13, 61:10
**BINGHAM** [1] - 5:3
**bit** [7] - 10:10, 10:13, 17:8, 34:6, 37:4, 38:20, 42:6
**BlackBerry** [1] - 52:15
**blind** [2] - 17:9, 21:7
**blind-sided** [1] - 21:7
**BLOSSMAN** [1] - 5:11
**blue** [1] - 28:25
**BOCKIUS** [1] - 5:15
**body** [2] - 39:25, 41:22
**BOP** [8] - 7:5, 12:3, 17:2, 17:11, 18:12, 19:25, 20:5
**bother** [1] - 65:9
**BOULEVARD** [1] - 2:4
**bound** [1] - 46:15
**BOX** [2] - 1:17, 2:25
**boy** [1] - 43:1
**BP** [33] - 3:13, 3:13, 3:14, 3:15, 3:16, 3:17, 3:18, 9:6, 12:19, 14:15, 15:8, 15:11, 15:19, 16:1, 18:14, 20:8, 20:13, 21:1, 21:24, 22:2, 22:8, 35:1, 35:2, 47:25, 52:21, 56:19, 56:20, 56:24, 59:3, 65:20, 68:11, 70:12, 71:7

**briefs** [5] - 47:18, 47:19, 52:18, 54:6, 60:24
**bring** [5] - 52:21, 57:14, 58:15, 68:3, 68:20
**bringing** [1] - 55:11
**brings** [1] - 35:18
**broad** [1] - 18:11
**BROADWAY** [1] - 5:8
**bronze** [1] - 29:1
**brought** [6] - 47:3, 66:8, 67:2, 67:15, 67:20, 69:16
**BROUGHT** [1] - 9:9
**bumps** [1] - 26:14
**bunch** [1] - 58:4
**bundle** [1] - 73:1
**burden** [1] - 22:11
**burn** [1] - 64:17
**bus** [1] - 39:4
**business** [1] - 52:11
**busy** [1] - 43:20
**BY** [31] - 1:4, 1:17, 1:20, 2:4, 2:7, 2:11, 2:15, 2:20, 2:24, 3:6, 3:10, 3:19, 3:23, 4:3, 4:7, 4:12, 4:16, 4:22, 5:3, 5:8, 5:11, 5:15, 5:24, 6:3, 6:7, 6:10, 6:21, 6:21, 7:6, 8:19, 9:16

## C

**CA** [1] - 2:21
**calendar** [2] - 11:24, 17:20
**calendared** [1] - 48:9
**CALLED** [1] - 10:4
**Cameron** [9] - 11:21, 14:16, 20:3, 20:13, 22:10, 29:22, 33:14, 53:15, 56:24
**CAMERON** [1] - 4:6
**Cameron's** [1] - 19:23
**CAMP** [1] - 2:16
**CAN** [1] - 7:9
**CANAL** [2] - 1:24, 1:24
**cannot** [1] - 70:4
**CAPPING** [1] - 7:5
**Capping** [1] - 12:3
**capping** [1] - 12:6
**care** [4] - 27:14, 33:9, 42:2, 62:22
**cared** [1] - 35:1
**carefully** [2] - 58:10, 58:11
**CARMELITE** [1] - 4:8

3

Carmelite [10] - 19:11, 22:9, 22:18, 32:1, 35:10, 39:1, 39:11, 42:3, 43:17, 45:9
Carmelite's [1] - 45:8
CARONDELET [1] - 4:8
carried [1] - 16:16
carry [3] - 16:2, 23:9, 23:12
cart [1] - 32:23
CARVER [1] - 5:10
case [10] - 16:3, 29:14, 30:8, 30:12, 33:16, 41:23, 46:13, 54:6, 70:24, 72:21
CASES [1] - 1:9
cases [3] - 30:3, 35:2, 40:6
categories [1] - 72:13
category [1] - 72:17
Cathy [2] - 76:9, 76:19
CATHY [1] - 6:17
Cathy_Pepper@laed.uscourts.gov [1] - 76:21
cathy_pepper@laed.uscourts.gov [1] - 6:19
caught [1] - 63:11
caused [1] - 38:19
CCR [2] - 6:17, 76:19
CD [2] - 64:11, 64:18
celebrations [1] - 10:21
CENTER [1] - 6:11
CENTRE [1] - 3:6
certain [4] - 21:12, 32:5, 53:21, 59:4
certainly [9] - 18:6, 21:9, 21:23, 23:5, 29:9, 32:13, 36:18, 70:6, 72:13
CERTIFICATE [1] - 76:7
CERTIFIED [1] - 6:17
Certified [3] - 76:9, 76:10, 76:19
certify [1] - 76:12
CHAMBERS [1] - 6:6
chance [1] - 48:16
change [4] - 43:19, 44:19, 45:11, 58:8
changed [1] - 65:22
changes [9] - 45:2, 46:20, 70:24, 71:19, 72:5, 72:10, 73:21, 73:23, 74:16
changing [1] - 73:25
chart [2] - 53:10, 54:7

chat [1] - 41:13
check [1] - 26:25
checked [1] - 27:11
CHICAGO [1] - 3:25
chief [6] - 29:14, 30:3, 30:8, 30:12, 33:17, 41:23
Childs [1] - 17:2
choose [2] - 46:15, 46:16
circulate [3] - 12:17, 12:22, 68:19
CIRCULATED [1] - 7:9
circulated [6] - 12:19, 12:21, 15:5, 70:17, 70:25, 71:4
circulation [1] - 12:15
circulator [1] - 13:1
CIVIL [2] - 1:6, 2:19
clarification [6] - 14:24, 53:13, 64:2, 71:18, 72:19, 74:5
clarifying [1] - 70:14
CLEAN [1] - 9:5
clean [1] - 71:24
Clean [1] - 65:18
CLEAN-UP [1] - 9:5
Clean-Up [1] - 65:18
clean-up [1] - 71:24
clear [4] - 46:11, 54:8, 55:19, 57:17
Clerk's [1] - 63:18
close [2] - 32:7, 52:11
closed [1] - 17:4
clutter [1] - 58:4
co [1] - 51:6
co-counsel [1] - 51:6
Coast [1] - 55:5
codification [2] - 40:23, 41:12
codify [1] - 41:16
coin [1] - 41:21
colleagues [1] - 68:9
collect [1] - 13:6
collectively [1] - 46:1
college [1] - 18:20
colloquy [1] - 72:2
column [1] - 44:18
combined [1] - 51:10
comfortable [1] - 46:3
coming [6] - 55:6, 61:15, 66:7, 66:12, 69:4, 74:1
commencement [1] - 17:22
comment [3] - 29:4, 30:5, 57:3
commented [1] - 29:2
COMMENTS [1] - 7:8

comments [6] - 13:1, 13:6, 15:1, 15:4, 23:4, 33:22
commercial [1] - 50:5
committed [1] - 14:18
communicate [2] - 73:20, 74:1
communicating [2] - 73:19, 74:16
communications [1] - 75:2
COMPANY [3] - 3:14, 4:20
compelled [3] - 30:7, 31:9, 54:1
complete [3] - 34:24, 39:25, 70:23
completely [2] - 44:9, 75:16
Completion [1] - 12:8
COMPLETION [1] - 7:6
complicated [1] - 69:13
COMPUTER [1] - 6:21
concern [2] - 17:13, 33:24
concerns [2] - 42:19, 58:22
concluded [1] - 76:3
condensed [1] - 39:17
conducting [1] - 47:12
confer [1] - 15:6
CONFER [1] - 7:10
CONFERENCE [2] - 1:12, 9:15
conference [4] - 13:14, 21:6, 74:21, 75:25
conferences [1] - 13:9
CONFERRING [1] - 9:8
conferring [2] - 54:21, 66:8
confidential [11] - 49:3, 49:6, 61:17, 61:19, 61:24, 62:2, 62:18, 63:3, 63:5, 75:12, 75:13
CONFIDENTIALITY [1] - 9:13
confidentiality [5] - 61:16, 61:20, 62:10, 74:12, 74:24
conflict [1] - 50:19
confused [1] - 32:4
confusion [1] - 38:20
consider [2] - 23:4, 69:23
consideration [3] -

50:7, 53:25, 58:15
considered [1] - 45:22
considering [1] - 42:17
consulted [1] - 13:24
contemplate [1] - 50:15
contemplated [1] - 50:6
contemporaneously [1] - 50:6
contending [1] - 61:4
context [2] - 54:5, 55:8
continue [3] - 29:23, 39:2, 45:15
CONTINUED [5] - 2:1, 3:1, 4:1, 5:1, 6:1
contract [1] - 62:5
contrary [1] - 57:18
control [3] - 18:12, 19:25, 20:5
controls [1] - 20:6
convenience [1] - 72:7
conversation [1] - 29:22
converted [1] - 72:6
coordinate [1] - 61:5
copy [6] - 34:24, 63:7, 63:21, 63:22, 62:23
COREY [2] - 2:11
Corey [7] - 10:13, 10:22, 10:24, 11:2, 16:5, 17:20, 19:7
corner [1] - 57:4
corners [5] - 55:21, 55:22, 56:6, 57:6, 57:24
Coronado [9] - 19:10, 19:12, 20:7, 20:16, 20:25, 21:3, 21:6, 21:21, 22:21
Coronado's [4] - 20:9, 21:8, 21:12, 22:10
CORONADO............
.........................[1] - 7:17
CORPORATION [3] - 3:15, 4:7, 4:20
correct [10] - 22:9, 22:19, 26:24, 37:10, 37:12, 54:9, 64:9, 65:7, 68:4, 76:13
corrected [6] - 27:18, 28:5, 71:9, 71:13, 72:18
CORRECTED [2] - 8:3, 8:9
corrections [4] -

70:18, 70:25, 71:2, 71:10
correspondence [2] - 16:25, 17:3
COTLAR [1] - 1:20
COUNSEL [1] - 1:16
counsel [5] - 19:13, 24:22, 26:9, 27:17, 51:6
COUNTER [3] - 8:5, 8:8, 8:10
counter [14] - 28:1, 28:4, 28:6, 29:16, 30:2, 30:7, 31:9, 40:12, 41:20, 41:25, 66:13, 71:12, 72:19, 74:7
counter-designate [1] - 30:7, 41:20, 41:25
counter-designation [1] - 72:19
counter-designations [9] - 28:1, 28:4, 28:6, 29:16, 30:2, 31:9, 40:12, 71:12, 74:7
COUNTER-DESIGNATIONS [3] - 8:5, 8:8, 8:10
counter-stipulations [1] - 66:13
counting [1] - 13:19
couple [4] - 28:19, 56:20, 70:10, 71:5
course [4] - 14:20, 35:24, 60:10, 71:3
COURT [182] - 1:1, 6:17, 10:4, 10:7, 10:11, 11:2, 11:6, 11:11, 11:14, 11:23, 12:24, 13:13, 13:17, 13:19, 13:22, 13:24, 14:9, 14:11, 14:17, 14:22, 15:2, 15:14, 15:16, 15:19, 15:25, 16:4, 16:11, 16:13, 16:16, 16:19, 16:22, 17:15, 17:18, 18:1, 18:3, 18:8, 18:17, 18:20, 18:25, 19:6, 19:10, 19:16, 19:19, 20:11, 20:20, 20:23, 21:16, 21:20, 22:6, 22:19, 23:5, 23:8, 23:15, 23:21, 23:23, 24:3, 24:5, 24:7, 24:9, 24:16, 25:8, 25:12, 25:17, 25:22, 26:4, 26:12, 26:14, 26:19, 27:3, 27:5,

27:8, 27:20, 28:17, 28:24, 29:2, 30:5, 30:15, 30:17, 30:23, 31:6, 31:13, 31:23, 32:12, 33:7, 34:7, 35:8, 36:24, 37:6, 37:11, 37:13, 37:16, 37:21, 38:6, 39:7, 40:18, 41:1, 41:11, 41:13, 42:25, 43:11, 43:15, 43:17, 44:5, 44:21, 45:1, 45:12, 46:10, 46:23, 47:1, 47:5, 47:10, 47:22, 48:1, 48:3, 48:7, 48:11, 49:22, 50:1, 50:17, 51:1, 51:3, 51:5, 51:8, 51:17, 51:22, 52:2, 52:5, 52:20, 53:12, 53:20, 53:22, 54:13, 54:25, 55:9, 56:11, 56:16, 56:22, 57:8, 58:9, 59:1, 60:3, 60:14, 60:17, 62:11, 62:14, 62:17, 62:24, 63:2, 63:14, 63:16, 64:3, 64:7, 64:16, 64:21, 65:6, 65:14, 65:17, 65:23, 65:25, 66:6, 66:11, 66:15, 66:21, 67:13, 68:1, 68:4, 68:17, 69:4, 69:10, 70:7, 70:9, 72:15, 72:20, 72:23, 73:8, 73:18, 74:4, 74:9, 74:15, 75:10, 75:19, 75:21
**Court** [27] - 14:18, 18:14, 20:12, 20:17, 22:11, 31:21, 35:19, 35:23, 47:12, 47:14, 47:18, 49:10, 50:14, 50:21, 50:24, 55:12, 58:4, 58:7, 62:4, 66:5, 68:8, 75:17, 76:10, 76:11, 76:12, 76:20, 76:20
**court** [9] - 10:16, 57:15, 59:9, 63:8, 65:10, 66:19, 67:10, 69:16, 71:24
**Court's** [5] - 14:21, 23:3, 27:21, 28:14, 32:18
**courtroom** [2] - 57:16, 69:9
**cover** [4] - 15:8, 18:11, 18:24, 54:13
**covered** [2] - 19:24,

75:7
**covers** [3] - 52:20, 54:12
**cracks** [1] - 31:2
**crashed** [1] - 41:18
**creates** [1] - 75:3
**credit** [1] - 53:8
**crew** [1] - 16:24
**cross** [2] - 31:24, 69:12
**cross-designate** [1] - 31:24
**cross-examination** [1] - 69:12
**CRR** [2] - 6:17, 76:19
**current** [2] - 43:7, 70:23
**custody** [1] - 74:14
**cut** [1] - 27:13
**cuts** [7] - 30:11, 30:12, 31:4, 36:3, 36:14, 37:9, 41:14

# D

**DALLAS** [2] - 4:14, 6:11
**DARDEN** [1] - 5:10
**date** [9] - 18:10, 19:11, 19:14, 23:18, 23:19, 36:20, 40:17, 52:8, 70:24
**dates** [4] - 23:25, 27:22, 51:14, 51:21
**days** [3] - 16:9, 19:24, 25:1
**DC** [4] - 2:25, 4:4, 5:5, 6:4
**de** [2] - 61:17, 62:9
**de-designated** [1] - 62:9
**de-designating** [1] - 61:17
**dead** [1] - 45:8
**deadline** [6] - 14:25, 31:2, 43:21, 53:17, 54:9, 54:18
**DEADLINE** [1] - 7:12
**Deadline** [1] - 16:5
**deal** [3] - 58:7, 70:18, 70:25
**dealing** [1] - 45:18
**deals** [1] - 44:16
**dealt** [1] - 71:19
**DEBORAH** [1] - 4:22
**December** [4] - 11:19, 45:17, 54:17, 54:22
**decide** [1] - 58:17
**decided** [1] - 61:10

**decision** [2] - 44:1, 60:16
**declare** [2] - 41:24, 67:20
**declared** [1] - 21:14
**deeper** [1] - 58:22
**DEEPWATER** [3] - 1:4, 3:4, 3:5
**defendant** [4] - 36:3, 55:3, 60:10, 68:9
**DEFENDANTS** [2] - 8:1, 9:14
**defendants** [20] - 27:9, 27:12, 30:3, 30:6, 30:20, 34:22, 35:15, 36:22, 40:12, 40:13, 41:22, 46:12, 47:7, 61:3, 67:4, 69:15, 69:18, 74:24, 75:4, 75:7
**defenders'** [1] - 74:23
**defense** [1] - 68:19
**defer** [1] - 21:4
**definitely** [2] - 43:8, 70:5
**delay** [1] - 40:17
**deletions** [1] - 72:10
**deliver** [1] - 71:24
**demanding** [1] - 21:8
**DENNIS** [1] - 6:7
**dep** [1] - 24:20
**DEPARTMENT** [2] - 2:19, 2:24
**DEPONENTS** [1] - 8:2
**deponents** [1] - 27:10
**depos** [2] - 37:8, 55:14
**depose** [6] - 50:23, 50:24, 59:15, 60:7, 60:9, 60:10
**deposed** [3] - 22:22, 56:21, 57:2
**deposition** [27] - 12:14, 20:3, 20:10, 21:4, 21:12, 21:15, 22:2, 22:3, 22:10, 24:24, 25:4, 26:22, 27:13, 27:18, 32:25, 34:1, 40:25, 42:25, 50:13, 56:3, 56:5, 58:18, 59:7, 59:10, 59:12, 67:9, 70:15
**Deposition** [1] - 45:24
**DEPOSITION** [3] - 8:3, 8:24, 9:12
**depositions** [25] - 12:1, 17:23, 23:1, 26:15, 29:3, 29:4, 29:6, 30:7, 30:10, 31:18, 32:7, 35:6,

36:20, 36:22, 39:16, 39:18, 41:22, 42:12, 44:24, 45:15, 45:20, 56:1, 58:2, 68:25, 72:2
**DEPOSITIONS** [1] - 8:20
**DEPOSITIONS.....** [1] - 8:21
**DEPOSITIONS..........** ...................... [1] - 7:24
**designate** [1] - 30:7, 31:24, 32:14, 32:23, 33:16, 35:16, 36:6, 36:9, 41:20, 41:25, 46:14
**designated** [9] - 19:17, 19:23, 20:13, 20:14, 35:14, 36:22, 42:1, 46:13, 62:9
**designating** [3] - 32:15, 43:15, 61:17
**designation** [8] - 32:10, 33:17, 33:25, 35:17, 40:25, 42:5, 45:22, 72:19
**designations** [36] - 26:15, 28:1, 28:3, 28:4, 28:6, 28:7, 28:8, 29:16, 29:17, 29:25, 30:2, 30:10, 31:9, 33:4, 33:13, 33:21, 35:21, 37:24, 38:1, 38:10, 38:13, 39:20, 40:12, 40:21, 41:19, 62:3, 70:15, 70:17, 70:20, 70:23, 71:12, 71:13, 72:3, 73:2, 73:25, 74:7
**DESIGNATIONS** [7] - 7:24, 8:5, 8:7, 8:8, 8:10, 8:12, 8:13
**DESIGNATIONS........** ...................... [1] - 9:12
**designed** [1] - 57:5
**DEXTER** [1] - 2:12
**die** [2] - 45:9, 46:10
**difference** [1] - 43:15
**differences** [1] - 13:11
**different** [4] - 18:10, 39:5, 40:18, 73:25
**difficulty** [1] - 62:3
**dilemma** [1] - 59:14
**direct** [1] - 48:4
**directed** [1] - 54:10
**direction** [1] - 58:8
**disagree** [4] - 36:25, 39:11, 39:12, 39:13
**disagreeing** [1] -

39:12
**disclaimed** [2] - 19:25, 20:5
**disclose** [2] - 55:15, 56:4
**disclosed** [1] - 22:15
**disclosure** [5] - 55:23, 58:13, 59:16, 59:21, 59:22
**disclosures** [3] - 55:15, 58:10, 58:16
**DISCOVERY** [2] - 1:12, 7:11
**Discovery** [2] - 12:12, 16:6
**discovery** [10] - 15:20, 16:1, 16:8, 16:25, 59:7, 65:4, 74:23, 75:1, 75:4, 75:5
**DISCOVERY........** [1] - 7:12
**DISCOVERY..............** ...................... [1] - 7:7
**DISCOVERY..............** ...................... [1] - 7:14
**discuss** [4] - 63:6, 67:18, 68:14, 70:9
**discussed** [2] - 32:12, 35:21
**discussing** [2] - 62:18, 63:5
**discussion** [2] - 63:4, 70:21
**discussions** [8] - 26:8, 26:10, 48:22, 49:1, 53:23, 64:4, 65:21, 74:24
**DISCUSSIONS** [1] - 9:13
**DISCUSSIONS..........** [1] - 9:6
**disincentive** [1] - 75:3
**dismiss** [1] - 61:7
**dispute** [4] - 29:21, 67:7, 75:6
**district** [1] - 67:10
**District** [4] - 63:11, 76:11, 76:12, 76:20
**DISTRICT** [2] - 1:1, 1:1
**districts** [1] - 63:12
**diversity** [2] - 58:24
**divert** [1] - 42:18
**divide** [1] - 61:6
**DIVISION** [1] - 2:19
**DO** [1] - 8:4
**doable** [1] - 43:2
**document** [8] - 16:16, 50:5, 50:8, 62:5,

63:3, 63:4, 68:24
**Document** [1] - 12:8
**DOCUMENT** [3] - 1:9, 7:6, 7:13
**documents** [7] - 17:1, 17:14, 40:3, 40:5, 61:21, 62:2, 74:13
**DOES** [1] - 8:6
**DOMENGEAUX** [1] - 1:16
**DON** [1] - 3:19
**Don's** [3] - 24:16, 48:24, 49:9
**DONALD** [1] - 4:12
**done** [11] - 14:20, 27:16, 33:4, 36:14, 37:7, 45:16, 45:17, 63:13, 67:1, 70:6
**door** [4] - 29:25, 59:7, 59:13, 59:18
**double** [2] - 61:1, 73:17
**double-spaced** [1] - 61:1
**DOUGLAS** [1] - 2:15
**down** [7] - 12:24, 32:20, 38:18, 42:17, 42:18, 51:21, 63:18
**Doyle** [3] - 26:4, 26:6, 26:22
**DOYLE**.....................
....................... [1] - 7:23
**draft** [9] - 12:17, 13:2, 47:10, 48:14, 48:15, 48:16, 50:13, 50:18
**DRAFT** [1] - 8:24
**drafter** [1] - 14:20
**drafting** [1] - 13:6
**drafts** [4] - 12:25, 14:15, 15:1, 75:3
**DRIL** [1] - 6:6
**DRIL-QUIP** [1] - 6:6
**DRILLING** [1] - 3:4
**drink** [1] - 12:2
**due** [11] - 16:10, 27:9, 28:10, 28:11, 32:22, 38:24, 51:15, 54:15, 57:13, 71:12, 74:7
**DUE** [2] - 8:1, 8:15
**DUE**.........................
....................... [1] - 8:17
**Duffy** [2] - 12:16, 51:13
**Duffy's** [1] - 52:14
**duplication** [6] - 46:25, 47:1, 47:2, 47:13, 47:24, 48:10
**DUPLICATION**..........

.............................
. [1] - 8:22
**duplicative** [5] - 29:9, 47:4, 47:17, 47:20, 48:5
**during** [3] - 14:4, 69:12, 71:3

# E

**E&P** [1] - 4:20
**e-file** [2] - 63:12, 63:14
**e-mail** [11] - 17:10, 23:18, 27:11, 29:12, 41:17, 63:22, 70:13, 71:8, 71:17, 71:18, 71:23
**e-mails** [1] - 37:23
**early** [2] - 16:9, 49:5
**easier** [5] - 18:16, 31:25, 62:21, 63:15, 63:16
**EASTERN** [1] - 1:1
**Eastern** [2] - 63:11, 76:12
**easy** [2] - 42:2, 55:24
**Ed** [2] - 20:3
**EDWARD** [1] - 5:8
**EDWARDS** [1] - 1:16
**effect** [1] - 61:25
**effort** [1] - 75:6
**eight** [1] - 40:12
**either** [6] - 12:4, 29:12, 32:16, 48:3, 51:19, 51:24, 57:16, 63:22
**ELLIS** [2] - 3:22, 4:3
**ELM** [1] - 4:13
**employee** [1] - 68:12
**en** [1] - 55:2
**end** [3] - 11:19, 31:4, 37:4
**ends** [3] - 18:23, 20:17, 68:25
**ENERGY** [2] - 3:6, 4:11
**ENFORCEMENT** [1] - 2:23
**engaged** [1] - 22:10
**engages** [1] - 18:12
**engineer** [1] - 19:25
**enjoyed** [1] - 15:13
**enter** [1] - 75:9
**entered** [1] - 50:6
**entitled** [2] - 20:15, 76:15
**entitlement** [1] - 46:17
**ENVIRONMENTAL** [1] - 2:23

**envision** [1] - 44:25
**error** [1] - 72:18
**especially** [1] - 32:18
**ESQUIRE** [35] - 1:17, 1:20, 1:23, 2:4, 2:7, 2:11, 2:11, 2:15, 2:20, 2:24, 3:6, 3:10, 3:19, 3:23, 3:23, 3:24, 3:24, 4:3, 4:7, 4:8, 4:12, 4:12, 4:13, 4:16, 4:22, 5:3, 5:4, 5:8, 5:11, 5:15, 5:16, 5:24, 6:3, 6:7, 6:10
**etcetera** [1] - 62:22
**events** [1] - 20:16
**EVERYBODY** [2] - 7:8, 8:5
**evidence** [10] - 31:22, 36:1, 36:17, 39:24, 39:25, 40:4, 40:10, 43:9, 43:10
**exactly** [6] - 31:13, 34:5, 49:22, 49:25, 60:3, 62:4
**examination** [4] - 48:18, 68:24, 69:12
**example** [6] - 33:11, 53:15, 54:15, 55:1, 58:23, 61:17
**Excel** [2] - 37:24, 72:7
**exchange** [1] - 75:3
**excuse** [2] - 24:2, 41:3
**executive** [1] - 24:25
**exhibit** [8] - 40:2, 40:6, 46:6, 54:10, 54:15, 55:4, 65:8
**EXHIBITS** [1] - 8:10
**Exhibits** [1] - 51:10
**exhibits** [13] - 28:6, 29:19, 46:7, 53:2, 53:4, 54:16, 54:21, 61:21, 64:6, 64:11, 64:24, 69:11
**EXHIBITS..** [1] - 9:2
**EXHIBITS**.................
.............................. [1] - 9:4
**expand** [3] - 56:2, 58:5, 59:12
**expectation** [2] - 33:23, 34:10
**experience** [1] - 57:4
**experienced** [1] - 72:4
**EXPERT** [1] - 7:14
**expert** [19] - 12:1, 16:25, 17:23, 18:10, 18:11, 19:13, 21:3, 21:14, 22:14, 22:15, 23:1, 47:7, 50:19, 55:15, 55:20, 57:19, 58:10, 59:9, 60:5

**expert's** [1] - 58:18
**expertise** [1] - 50:20
**experts** [11] - 17:2, 20:13, 47:16, 48:4, 50:14, 50:16, 50:22, 55:16, 56:1, 59:8
**EXPERTS** [1] - 8:24
**EXPERTS**...................
.................. [1] - 9:1
**explain** [1] - 45:4
**EXPLORATION** [1] - 3:16
**express** [3] - 52:11, 58:16, 60:6
**expressed** [2] - 45:14, 59:16
**expressly** [1] - 20:5
**extensions** [1] - 28:13
**extent** [1] - 53:1
**extras** [1] - 31:18

# F

**fabulous** [1] - 11:23
**facilitate** [1] - 75:11
**fact** [19] - 10:11, 14:7, 20:9, 20:11, 20:16, 20:18, 21:3, 21:7, 21:9, 21:11, 21:18, 21:21, 29:5, 33:14, 38:16, 48:10, 58:15, 70:22, 72:10
**facts** [2] - 29:18, 57:14
**fair** [4] - 20:18, 21:19, 43:6, 56:6
**faith** [1] - 43:7
**fall** [2] - 27:1, 69:24
**familiar** [1] - 52:3
**family** [1] - 10:25
**FANNIN** [1] - 3:10
**fans** [1] - 11:7
**fantabulous** [1] - 66:6
**far** [2] - 12:24, 41:7
**fashion** [1] - 52:7
**fashioned** [1] - 58:6
**fault** [1] - 39:8
**fear** [1] - 59:18
**FEDERAL** [1] - 2:18
**Federal** [1] - 58:12
**federal** [1] - 14:8
**fell** [1] - 27:3
**felt** [1] - 17:1
**few** [5] - 12:22, 31:17, 50:11, 61:18, 71:5
**FIFTEENTH** [1] - 4:4
**FIFTH** [1] - 5:25
**fight** [1] - 68:20
**figure** [3] - 17:6, 39:18, 50:18

**file** [11] - 22:3, 54:1, 54:3, 60:5, 62:20, 63:3, 63:7, 63:8, 63:12, 63:14, 65:10
**filed** [8] - 16:8, 16:9, 47:7, 52:18, 61:21, 63:23, 64:10
**FILED** [1] - 6:14
**filing** [1] - 61:14
**filings** [1] - 62:9
**final** [2] - 13:2, 55:4
**finalized** [1] - 52:13
**finals** [1] - 14:2
**FINANCIAL** [1] - 5:23
**fine** [10] - 14:21, 24:7, 24:13, 25:4, 25:5, 26:12, 34:3, 37:4, 64:16
**FINN** [1] - 5:11
**firm** [1] - 45:6
**FIRM** [2] - 1:23, 6:10
**firmer** [1] - 46:1
**first** [20] - 11:15, 13:8, 22:4, 25:4, 31:12, 31:13, 32:3, 33:16, 34:4, 34:9, 42:12, 43:18, 45:8, 45:21, 47:15, 51:6, 56:12, 67:21, 72:13
**Fitch** [1] - 14:23
**FITCH** [2] - 5:4, 14:23
**fitting** [1] - 50:15
**five** [8] - 34:13, 38:17, 42:11, 43:18, 48:14, 60:22, 61:2, 65:11
**FL** [1] - 2:5
**FLANDERS** [1] - 5:8
**flexibility** [2] - 34:6, 34:18
**flights** [1] - 25:14
**flip** [3] - 14:12, 37:15, 38:7
**flipped** [1] - 37:13
**flipping** [4] - 37:25, 38:4, 38:7
**flips** [1] - 38:9
**FLOOR** [3] - 2:21, 3:6, 6:7
**flow** [1] - 29:23
**flowing** [1] - 25:19
**flows** [1] - 28:13
**fluctuating** [1] - 46:11
**focused** [1] - 62:1
**folks** [9] - 21:2, 21:9, 32:23, 45:4, 45:19, 45:23, 70:22, 74:12, 74:14
**FOLLOWED** [1] - 9:16
**followed** [2] - 58:11, 76:1

**following** [2] - 27:24, 73:3

**FOR** [28] - 1:16, 1:23, 2:10, 2:14, 2:18, 2:23, 3:3, 3:13, 4:6, 4:11, 4:19, 5:7, 5:15, 5:19, 6:6, 6:10, 7:12, 8:4, 8:5, 8:7, 8:8, 8:10, 8:12, 8:13, 8:15, 8:18, 8:24

**forced** [1] - 67:2

**foregoing** [1] - 76:13

**foreign** [1] - 68:10

**forgotten** [1] - 70:6

**form** [4] - 62:21, 71:15, 72:2, 72:11

**format** [4] - 37:24, 44:12, 44:14, 72:7

**forth** [1] - 17:3

**forward** [2] - 24:24, 34:20

**four** [13] - 14:19, 18:10, 23:25, 28:8, 38:11, 43:18, 48:13, 55:21, 55:22, 56:6, 57:4, 57:6, 57:24

**FOUR** .................. [1] - 8:13

**FRANCISCO** [1] - 2:21

**frankly** [3] - 21:7, 56:1, 58:1

**FRIDAY** [6] - 1:7, 8:8, 8:14, 8:19, 9:15, 10:2

**Friday** [10] - 28:4, 28:9, 28:16, 31:10, 34:10, 36:6, 36:8, 43:7, 60:15, 75:23

**FRILOT** [1] - 3:5

**front** [3] - 53:16, 54:17, 61:22

**full** [3] - 24:20, 57:18, 62:22

**fully** [1] - 63:6

**fun** [1] - 11:16

**Funderburk** [1] - 26:7

**FUNDERBURK** [3] - 5:15, 26:7, 26:13

**funnel** [1] - 53:10

**furnished** [1] - 57:22

**furnishing** [1] - 44:25

## G

**game** [2] - 16:14, 41:7

**gap** [1] - 17:4

**Gary** [1] - 26:23

**GARY** [1] - 7:25

**GASAWAY** [1] - 4:3

**GATE** [1] - 2:20

**Gaudet** [2] - 20:3, 20:4

**Gaudet's** [2] - 20:3, 22:2

**gaudy** [4] - 11:5, 11:6

**gear** [1] - 15:22

**gee** [1] - 43:3

**general** [1] - 61:24

**GENERAL'S** [1] - 2:10

**generally** [1] - 22:9

**gentle** [1] - 68:8

**GET** [1] - 7:8

**given** [7] - 14:7, 20:16, 20:18, 32:18, 39:25, 56:4, 64:11

**glad** [3] - 48:1, 64:19, 74:9

**globo** [1] - 55:2

**goal** [4] - 27:6, 41:16, 41:17, 41:18

**Godwin** [5] - 19:3, 24:13, 25:3, 25:15, 25:25

**GODWIN** [12] - 4:11, 4:12, 4:16, 15:15, 19:8, 24:14, 24:18, 25:18, 26:2, 29:1, 29:3, 37:22

**gold** [6] - 11:3, 11:7, 27:7, 28:25, 37:17, 37:20

**GOLDEN** [1] - 2:20

**good-faith** [1] - 43:7

**GOTSHAL** [5] - 5:24, 6:2

**government** [3] - 55:3, 71:14, 75:16

**GOVERNMENT** [1] - 2:19

**governmental** [2] - 55:2, 61:4

**GRABILL** [1] - 5:24

**granted** [1] - 61:1

**grasp** [1] - 45:6

**great** [7] - 16:4, 18:24, 23:23, 28:17, 48:23, 51:3, 74:9

**gross** [1] - 35:1

**group** [28] - 27:18, 28:1, 28:3, 28:4, 28:6, 28:7, 28:8, 28:10, 28:11, 28:12, 28:15, 32:6, 38:17, 38:19, 38:21, 38:25, 41:1, 41:2, 41:3, 41:4, 68:19, 69:17, 69:20, 70:16, 70:23, 71:12

**GROUP** [11] - 8:3, 8:5, 8:7, 8:8, 8:11, 8:12,

8:13, 8:14, 8:16, 8:18

**grouping** [1] - 73:1

**groups** [4] - 42:11, 43:18, 71:10, 73:15

**Guard** [1] - 55:5

**guess** [18] - 13:10, 14:5, 25:25, 30:5, 32:9, 34:9, 35:18, 36:4, 47:7, 52:22, 53:10, 53:16, 58:12, 60:3, 62:15, 68:18, 70:17, 73:18

**guidance** [4] - 57:25, 58:2, 58:8, 65:12

**guide** [1] - 68:10

**Guillot** [1] - 71:6

**GULF** [1] - 1:5

**guts** [1] - 49:21

**guy** [5] - 27:4, 43:1, 43:4, 45:17, 46:13

**guys** [9] - 11:25, 31:14, 45:5, 51:9, 52:7, 58:9, 60:19, 72:24, 75:23

## H

**HAD** [2] - 7:11, 8:1

**half** [1] - 12:19

**Halliburton** [12] - 14:16, 19:4, 19:6, 24:23, 25:3, 26:9, 26:18, 35:3, 65:20, 71:1, 72:1, 72:4

**HALLIBURTON** [2] - 4:11, 9:6

**Halliburton's** [1] - 70:19

**HALLIBURTON-BP** [1] - 9:6

**Halliburton-BP** [1] - 65:20

**hand** [3] - 58:17, 60:6, 73:24

**handle** [1] - 63:9

**handled** [1] - 60:22

**hang** [1] - 38:15

**hang-up** [1] - 38:15

**happy** [3] - 20:17, 36:9, 40:10

**hard** [2] - 52:15, 61:16

**hate** [1] - 70:13

**HAVE** [1] - 8:9

**HAYCRAFT** [3] - 3:19, 13:18, 47:25

**HB406** [1] - 6:18

**heads** [1] - 25:11

**heads-up** [1] - 25:11

**hear** [6] - 10:8, 18:25, 56:12, 58:20, 67:22, 73:3

**HEARD** [1] - 1:12

**heard** [5] - 12:5, 17:21, 22:5, 25:8, 36:4

**hearing** [1] - 21:17

**heart** [1] - 48:14

**hell** [1] - 45:5

**help** [1] - 24:25

**helpful** [6] - 10:17, 12:11, 45:1, 50:23, 51:1, 74:3

**hence** [2] - 20:8, 20:9

**hereby** [1] - 76:12

**HERMAN** [34] - 1:20, 1:20, 29:11, 30:14, 30:16, 30:18, 30:25, 31:10, 31:17, 33:22, 34:8, 37:10, 37:12, 37:14, 38:21, 38:24, 39:8, 43:6, 43:13, 50:10, 50:21, 51:2, 51:4, 51:6, 51:25, 52:3, 55:10, 56:14, 56:17, 60:13, 60:15, 63:10, 63:15

**Herman** [2] - 39:8, 50:12, 55:10

**herself** [1] - 18:18

**hiccup** [1] - 16:24

**higher** [1] - 44:24

**highlight** [1] - 55:12

**highlighted** [3] - 28:6, 38:12, 73:11

**HIGHLIGHTED** [1] - 8:10

**highlighting** [1] - 73:12

**highly** [4] - 15:12, 49:3, 49:6, 61:19

**Himmelhoch** [2] - 24:4, 74:20

**HIMMELHOCH** [2] - 74:20, 75:20

**himself** [1] - 17:5

**history** [3] - 19:22, 20:22, 22:18

**hoc** [1] - 54:20

**hold** [3] - 39:19, 43:17, 49:5

**HOLDINGS** [3] - 3:3, 3:17, 5:20

**holiday** [1] - 14:8

**honest** [2] - 38:17, 46:2

**Honor** [52] - 10:9, 11:21, 12:16, 13:4, 13:21, 15:12, 15:18,

16:18, 16:20, 17:25, 18:5, 19:12, 19:20, 20:21, 22:8, 23:7, 24:1, 24:11, 24:20, 25:7, 25:24, 26:17, 29:11, 42:6, 43:24, 44:12, 48:25, 49:4, 50:2, 50:10, 52:16, 56:19, 57:12, 57:18, 58:20, 59:21, 61:13, 64:5, 64:20, 64:22, 65:13, 66:3, 66:14, 66:20, 70:3, 70:12, 72:12, 73:6, 74:3, 74:20, 75:14, 75:20

**Honor's** [2] - 64:14, 64:25

**HONORABLE** [1] - 1:12

**hope** [2] - 36:24, 68:22

**hopefully** [6] - 14:1, 42:10, 48:13, 60:15, 67:5, 68:7

**hopper** [1] - 30:1

**HORIZON** [1] - 1:4

**horse** [1] - 32:23

**host** [2] - 11:20, 24:2

**Houck** [3] - 23:16, 23:19, 23:20

**HOUCK** ................... ................. [1] - 7:20

**hour** [1] - 38:5

**hours** [1] - 39:15

**house** [15] - 19:13, 19:17, 20:13, 21:4, 25:15, 50:16, 50:22, 50:23, 55:15, 55:16, 56:1, 59:8, 60:5

**HOUSE** [1] - 9:1

**HOUSTON** [6] - 2:8, 3:11, 4:17, 5:17, 6:8, 6:12

**Houston** [7] - 18:15, 24:17, 24:24, 25:2, 67:8, 67:10

**hurdle** [1] - 67:12

**hurry** [1] - 14:5

**hydraulic** [1] - 20:6

## I

**idea** [2] - 45:2, 54:19

**ideas** [2] - 46:1, 53:10

**identified** [3] - 50:16, 54:4, 56:10

**identify** [1] - 50:24

**identifying** [3] - 10:16, 11:11, 40:5

IL [1] - 3:25
illness [1] - 26:5
immediately [1] - 38:5
impact [2] - 71:16, 72:18
important [5] - 21:21, 31:19, 33:15, 35:6, 70:15
impression [2] - 37:14, 75:12
improper [1] - 59:23
IN [7] - 1:4, 1:5, 6:14, 8:20, 9:1, 9:2
IN-HOUSE [1] - 9:1
in-house [13] - 19:13, 19:17, 20:13, 21:4, 50:16, 50:23, 55:15, 55:16, 56:1, 59:8, 60:5
inadmissible [1] - 55:5
INC [15] - 3:4, 3:5, 3:13, 3:14, 3:15, 3:16, 3:18, 4:11, 5:19, 5:20, 5:21, 5:22, 5:23, 5:24, 6:6
include [4] - 52:25, 53:4, 53:6, 53:14
includes [1] - 70:25
including [1] - 18:11
incorporate [1] - 52:17
incorporates [1] - 54:7
incorrect [1] - 19:15
increased [1] - 44:7
Indata [14] - 36:7, 36:14, 37:7, 37:9, 37:15, 37:25, 41:8, 41:18, 70:19, 70:25, 72:8, 73:10, 74:12
indicated [2] - 11:2, 67:4
indication [1] - 32:18
information [2] - 47:4, 62:18
Ingroup [1] - 41:16
initial [2] - 15:1, 47:13
input [1] - 48:18
instance [3] - 22:23, 54:14, 55:1
instead [1] - 72:7
instructions [1] - 73:14
intend [5] - 29:6, 29:24, 30:8, 49:2, 60:8
intended [3] - 21:10, 29:13, 29:23
intends [1] - 52:21

interest [6] - 21:5, 32:17, 42:14, 44:7, 44:8, 44:9
interested [4] - 41:24, 42:22, 47:18, 64:13
INTERESTS [2] - 2:10, 2:19
internal [1] - 42:9
internally [1] - 13:5
INTERNATIONAL [2] - 4:6, 5:23
interrogatory [1] - 65:4
intervals [1] - 44:16
involved [2] - 18:13, 23:13
involves [1] - 49:19
IRPINO [2] - 1:23, 1:23
irregular [1] - 15:12
irrespective [1] - 34:2
IS [2] - 8:6, 8:14
isolated [1] - 71:5
issue [30] - 12:11, 18:6, 20:13, 27:4, 34:4, 34:18, 35:10, 35:20, 35:21, 36:12, 37:7, 41:5, 41:10, 45:19, 47:2, 48:20, 49:4, 49:19, 49:22, 50:3, 55:2, 56:10, 57:16, 61:3, 64:24, 66:1, 66:5, 67:18, 74:22, 75:17
ISSUE [1] - 9:4
ISSUE.........................
.......... [1] - 9:7
issues [14] - 20:18, 40:18, 51:23, 52:18, 53:3, 54:7, 54:10, 54:11, 55:11, 59:4, 60:25, 61:13, 71:20
Italy [1] - 59:4
ITEMS [1] - 7:3
itself [3] - 39:14, 50:5, 61:22

**J**

JACKSON [1] - 6:6
JAMES [2] - 1:17, 5:16
January [2] - 54:3, 54:9
Jay [1] - 63:17
JEFFERSON [1] - 1:18
JENNY [1] - 4:12
JEREMY [1] - 5:24
Jim [9] - 31:17, 43:21, 44:11, 45:14, 46:19,

50:2, 57:12, 58:14, 60:3
Jimmy [8] - 14:13, 18:4, 18:21, 19:19, 19:21, 21:25, 22:20, 66:2
JIMMY [1] - 2:7
JIT [1] - 55:5
john [1] - 26:7
JOHN [1] - 5:19
joint [3] - 27:11, 40:21, 41:19
jointly [1] - 68:18
Jordan [11] - 27:17, 37:17, 38:9, 41:13, 70:14, 73:1, 73:19, 73:20, 74:1, 74:10, 74:15
JR [1] - 6:7
JUDGE [3] - 1:13, 8:18, 8:20
Judge [25] - 10:25, 14:14, 15:15, 24:18, 28:15, 29:2, 33:6, 36:9, 40:1, 42:2, 43:13, 45:19, 45:21, 46:2, 47:3, 52:8, 53:25, 60:20, 63:6, 63:22, 64:18, 64:25, 65:15, 66:19, 66:22
judge [10] - 14:23, 36:2, 40:16, 40:22, 43:16, 44:2, 53:13, 59:25, 64:11, 65:8
July [2] - 31:2, 31:5
jurisdiction [1] - 68:6
JUSTICE [2] - 2:19, 2:24

**K**

Kanner [1] - 25:10
KANNER [2] - 2:15
KATZ [1] - 1:20
KAVANAUGH [7] - 3:24, 70:12, 72:12, 72:16, 72:22, 74:3, 74:5
Kavanaugh [1] - 70:12
keep [6] - 17:23, 33:3, 34:22, 42:21, 58:12, 66:11
KERRY [1] - 3:6
Kerry [8] - 16:16, 16:24, 23:11, 25:4, 46:23, 48:1, 49:11, 55:2
kickoff [1] - 11:19
kind [15] - 11:4, 13:11,

21:7, 31:11, 31:20, 38:16, 50:21, 51:11, 53:2, 55:6, 55:11, 56:10, 57:6, 59:4, 60:16
King [1] - 12:13
KIRBY [1] - 5:3
KIRKLAND [2] - 3:22, 4:3
knowing [1] - 62:4
knowledge [2] - 19:25, 20:5
knows [4] - 26:3, 42:14, 42:23, 73:9
KORETZKY [1] - 5:10
KRAUS [1] - 2:15
KUCHLER [2] - 4:21, 4:22
KY [1] - 5:3

**L**

L.L.C [1] - 5:15
LA [10] - 1:18, 1:21, 1:25, 2:16, 3:7, 3:21, 4:9, 4:23, 5:12, 6:18
LAFAYETTE [1] - 1:18
LAMAR [1] - 4:17
LANGAN [46] - 3:23, 12:16, 13:4, 13:15, 13:21, 14:6, 14:10, 15:12, 15:18, 15:23, 16:3, 17:25, 18:19, 19:3, 19:9, 22:8, 24:1, 24:11, 24:15, 24:19, 25:24, 26:3, 48:25, 49:11, 49:14, 49:18, 49:25, 52:16, 52:19, 53:8, 53:19, 54:12, 54:23, 56:19, 56:23, 57:2, 57:10, 62:15, 64:22, 65:7, 65:16, 65:22, 65:24, 66:10, 70:3, 70:8
Langan [6] - 18:23, 22:8, 48:25, 56:19, 64:22, 70:3
large [1] - 53:1
LASALLE [1] - 3:25
laser [1] - 12:6
Last [1] - 27:17
last [10] - 11:19, 15:13, 15:19, 15:25, 21:6, 34:25, 35:5, 53:23, 55:11, 71:1
late [1] - 21:13
latter [1] - 60:7
LAW [2] - 1:23, 6:10
lawyers [2] - 39:5,

40:7
LCC [1] - 76:1
LCC...........................
. [1] - 9:16
Leach [1] - 26:23
LEACH.....................
...................... [1] - 7:25
lead [1] - 22:2
learned [2] - 61:8, 74:10
least [10] - 31:21, 34:13, 39:1, 39:2, 43:20, 44:23, 50:22, 56:25, 57:4, 60:1
leave [1] - 28:22
leaves [1] - 67:3
LEE [1] - 6:6
left [2] - 16:17, 35:7
less [1] - 64:21
lesson [1] - 61:9
letter [7] - 35:18, 47:18, 52:18, 54:6, 60:24, 62:21, 64:10
LEVIN [1] - 2:3
LEWIS [2] - 3:18, 5:15
LIAISON [1] - 1:16
Lieutenant [1] - 23:16
LIEUTENANT [1] - 7:20
likely [2] - 44:18, 66:24
likewise [1] - 12:21
Limine [1] - 51:9
LIMINE [1] - 9:2
limine [14] - 51:14, 51:25, 53:5, 53:14, 54:2, 54:9, 54:17, 55:25, 56:9, 56:11, 60:5, 61:14, 62:19, 64:6
limines [1] - 60:21
LIMITATIONS [1] - 9:3
limitations [1] - 60:18
LIMITED [1] - 3:17
line [3] - 24:2, 38:12, 64:23
lips [1] - 67:13
LISKOW [1] - 3:18
LIST [2] - 8:1, 8:20
list [28] - 19:1, 27:9, 27:13, 29:3, 29:5, 30:14, 31:5, 31:10, 31:15, 33:10, 34:10, 35:12, 40:2, 40:3, 40:6, 40:10, 42:13, 42:23, 43:5, 43:7, 44:18, 44:24, 45:9, 46:6, 46:10, 51:13, 54:15, 55:4

**listed** [5] - 19:12, 21:3, 42:15, 59:21, 59:22
**listen** [1] - 60:1
**listing** [1] - 65:11
**litigation** [1] - 57:4
**LIVE** [1] - 9:9
**live** [3] - 66:8, 67:5, 68:20
**living** [1] - 22:16
**LLC** [4] - 3:3, 5:7, 5:20, 5:21
**location** [1] - 67:10
**logical** [1] - 20:9
**logically** [1] - 50:19
**logistical** [1] - 61:13
**London** [1] - 68:12
**look** [17] - 11:24, 12:25, 16:11, 22:23, 31:13, 36:15, 41:20, 41:22, 47:22, 48:1, 48:11, 48:17, 49:23, 51:15, 51:18, 52:10, 62:10
**looked** [2] - 58:10, 61:15
**looking** [9] - 12:24, 17:10, 23:25, 24:5, 27:21, 40:22, 42:10, 42:11, 66:1
**looks** [5] - 17:10, 51:11, 65:17, 65:19, 68:2
**loose** [2] - 44:9, 67:13
**losing** [1] - 30:19
**lost** [1] - 44:7
**LOUISIANA** [4] - 1:1, 1:7, 2:15, 5:16
**Louisiana** [3] - 25:11, 76:11, 76:12
**love** [2] - 43:1, 43:3
**LP** [1] - 4:21
**LSU** [3] - 10:20, 10:23, 11:7
**LSU-Auburn** [1] - 10:20
**LUTHER** [1] - 2:11
**Luther** [1] - 12:13
**Lyle** [1] - 75:14
**LYLE** [2] - 6:3, 75:14

# M

**M-I** [1] - 26:7
**ma'am** [1] - 60:12
**machine** [2] - 42:17, 42:18
**magic** [1] - 32:7
**MAGISTRATE** [1] - 1:13

**mail** [11] - 17:10, 23:18, 27:11, 29:12, 41:17, 63:22, 70:13, 71:8, 71:17, 71:18, 71:23
**mails** [1] - 37:23
**MAJOR** [1] - 4:13
**majority** [1] - 36:22
**management** [1] - 53:24
**MANAGEMENT** [1] - 5:19
**mandatory** [1] - 53:17
**MANGES** [2] - 5:24, 6:2
**map** [1] - 27:3
**MARINE** [3] - 5:21, 5:22, 5:22
**mark** [1] - 48:15
**Mark** [3] - 64:5, 64:7, 64:23
**MARK** [1] - 3:23
**marked** [3] - 48:16, 49:3, 65:8
**Martin** [1] - 12:13
**MARTINEZ** [1] - 4:12
**mascot** [1] - 11:3
**material** [2] - 61:17, 61:24
**matter** [3] - 30:15, 39:22, 76:15
**MAXIE** [1] - 7:23
**Maxie** [2] - 26:4, 26:22
**Maze** [1] - 10:24
**MAZE** [13] - 2:11, 10:24, 11:5, 11:9, 11:13, 13:23, 16:8, 16:12, 16:15, 18:2, 25:10, 25:13, 25:19
**MCCUTCHEN** [1] - 5:3
**McKay's** [1] - 24:20
**MCKAY**.....................
.......................... [1] - 7:22
**McWhorter** [3] - 19:22, 19:23, 19:24
**MCWHORTER**............
..................... [1] - 7:18
**MDL** [1] - 6:10
**mean** [11] - 25:7, 33:2, 38:4, 45:1, 51:22, 52:6, 59:17, 60:11, 69:5, 73:22, 75:10
**means** [1] - 62:4
**meant** [1] - 66:25
**MECHANICAL** [1] - 6:21
**medieval** [1] - 59:4
**meet** [1] - 15:6

**MEET** [1] - 7:10
**MEETING** [1] - 9:8
**meeting** [3] - 54:21, 66:7, 66:25
**melded** [1] - 51:11
**memorandum** [1] - 63:21
**mention** [1] - 56:22
**mentioned** [2] - 61:18, 72:14
**merged** [1] - 53:3
**Merit** [1] - 76:10
**mess** [2] - 17:14, 68:25
**meticulous** [1] - 73:12
**MEXICO** [1] - 1:5
**MI** [2] - 5:15, 26:9
**mic** [1] - 10:12
**MICHAEL** [3] - 2:20, 6:3, 7:21
**Michael** [2] - 23:24, 75:14
**Michael's** [1] - 22:25
**middle** [2] - 45:11, 45:16
**might** [13] - 10:9, 17:12, 22:25, 30:4, 32:8, 35:6, 36:25, 37:16, 47:16, 47:20, 49:3, 74:16
**Mike** [5] - 29:12, 46:3, 47:7, 71:21, 72:20
**MIL's** [1] - 53:18
**MILLER** [32] - 3:6, 16:18, 23:14, 26:25, 27:4, 46:22, 46:24, 47:2, 47:6, 47:12, 48:2, 48:6, 48:8, 48:23, 49:7, 49:12, 49:16, 51:16, 52:14, 52:17, 54:5, 54:15, 54:24, 55:8, 61:13, 62:13, 62:16, 62:23, 62:25, 64:2, 69:5, 69:8
**mind** [3] - 10:16, 14:5, 46:19
**minor** [1] - 49:19
**Mintz** [2] - 24:1, 24:12
**minute** [1] - 32:2
**minutes** [3] - 50:11, 61:18, 71:23
**missed** [1] - 11:17
**misunderstood** [1] - 72:22
**MITCHELL** [1] - 2:3
**MITHOFF** [1] - 6:10
**MOEX** [4] - 5:7, 49:8, 49:16, 59:3
**moment** [1] - 50:7

**momentum** [3] - 25:7, 25:8, 25:9
**Monday** [6] - 36:5, 36:8, 47:6, 47:11, 66:24, 67:18
**MONTGOMERY** [1] - 2:12
**months** [1] - 47:14
**MORGAN** [1] - 5:15
**morning** [10] - 10:7, 15:10, 23:17, 24:10, 24:22, 26:17, 27:7, 45:5, 70:21, 73:2
**most** [5] - 29:14, 35:6, 42:22, 60:21, 70:23
**motion** [1] - 51:25, 54:1, 54:9, 54:17, 55:24, 56:9, 56:11, 60:5, 62:22, 66:17, 69:19
**MOTIONS** [1] - 9:2
**Motions** [1] - 51:9
**motions** [16] - 51:14, 52:21, 53:5, 53:14, 58:2, 58:4, 60:18, 61:7, 61:14, 62:19, 63:1, 63:2, 64:6, 67:2, 75:12
**MOTIONS**.................
... [1] - 9:3
**move** [4] - 22:21, 31:20, 51:9, 67:21
**moving** [6] - 35:8, 35:11, 42:21, 43:11, 44:20, 44:22
**MR** [200] - 7:18, 7:19, 7:22, 10:24, 11:5, 11:9, 11:13, 11:21, 12:16, 13:4, 13:15, 13:18, 13:21, 13:23, 14:6, 14:10, 14:13, 14:18, 14:23, 15:12, 15:13, 15:15, 15:18, 15:23, 16:3, 16:8, 16:12, 16:15, 16:18, 16:20, 16:23, 17:16, 17:25, 18:2, 18:4, 18:9, 18:19, 18:23, 19:3, 19:8, 19:9, 19:20, 20:12, 21:23, 22:8, 23:3, 23:7, 23:14, 23:17, 23:22, 24:1, 24:11, 24:14, 24:15, 24:18, 24:19, 25:10, 25:13, 25:18, 25:19, 25:24, 26:2, 26:3, 26:7, 26:13, 26:17, 26:21, 26:25, 27:1, 27:4, 27:6, 27:9, 27:21, 28:22,

29:1, 29:11, 30:14, 30:16, 30:18, 30:25, 31:10, 31:17, 33:22, 34:8, 37:10, 37:12, 37:14, 37:19, 37:20, 37:22, 37:23, 38:9, 38:21, 38:23, 38:24, 39:8, 42:6, 43:6, 43:13, 43:24, 44:12, 44:22, 45:4, 45:13, 46:22, 46:24, 47:2, 47:6, 47:12, 47:25, 48:2, 48:6, 48:8, 48:23, 48:25, 49:7, 49:11, 49:12, 49:14, 49:16, 49:18, 49:25, 50:2, 50:10, 50:21, 51:2, 51:4, 51:6, 51:16, 51:20, 51:25, 52:3, 52:14, 52:16, 52:17, 52:19, 53:8, 53:19, 54:5, 54:12, 54:15, 54:23, 54:24, 55:8, 55:10, 56:14, 56:15, 56:17, 56:19, 56:23, 56:24, 57:2, 57:10, 57:12, 58:20, 59:2, 60:12, 60:13, 60:15, 61:13, 62:13, 62:15, 62:16, 62:23, 62:25, 63:10, 63:15, 64:2, 64:5, 64:8, 64:20, 64:22, 65:7, 65:16, 65:22, 65:24, 66:2, 66:10, 66:14, 66:16, 66:22, 67:24, 68:2, 68:5, 68:22, 69:5, 69:7, 69:8, 70:3, 70:8, 70:12, 71:21, 72:12, 72:16, 72:22, 73:6, 73:9, 74:3, 74:5, 75:14
**MS** [21] - 7:15, 19:12, 19:18, 20:21, 20:24, 21:17, 32:2, 32:13, 35:18, 36:25, 40:16, 40:22, 41:2, 41:12, 43:16, 44:2, 53:13, 53:21, 74:10, 74:20, 75:20

# N

**N.W** [1] - 4:4
**name** [2] - 39:7, 56:22
**names** [1] - 39:7
**native** [1] - 44:14
**necessarily** [2] - 21:10, 55:20
**need** [34] - 12:1, 14:3,

15:11, 17:6, 17:12, 17:19, 18:13, 22:4, 22:21, 25:18, 25:20, 26:6, 32:10, 32:24, 33:4, 34:6, 35:13, 36:2, 36:9, 39:13, 39:14, 41:22, 46:9, 51:4, 58:8, 61:11, 62:10, 63:17, 67:20, 70:9, 73:22, 73:25, 75:17, 75:21

**needs** [1] - 37:3
**negligence** [1] - 35:1
**negotiating** [1] - 13:7
**never** [6] - 14:5, 18:7, 24:9, 35:22, 39:16, 46:7
**NEW** [12] - 1:7, 1:21, 1:25, 2:16, 3:7, 3:21, 4:9, 4:23, 5:9, 5:12, 5:25, 6:18
**new** [1] - 61:11
**New** [1] - 67:15
**Next** [1] - 75:25
**next** [30] - 11:20, 12:23, 14:20, 15:15, 15:16, 17:13, 18:22, 19:1, 23:9, 23:15, 23:24, 26:11, 28:4, 28:9, 31:10, 33:1, 34:10, 41:4, 43:6, 43:13, 43:20, 43:25, 44:1, 44:13, 48:13, 49:5, 60:15, 65:18, 73:1
**NEXT** [3] - 8:8, 8:14, 9:15
**nice** [1] - 25:22
**nicest** [2] - 25:16, 25:17
**night** [2] - 15:13, 27:17
**NIZIALEK** [1] - 5:11
**NO** [1] - 1:6
**nobody** [6] - 13:24, 30:17, 33:20, 40:11, 41:24, 54:1
**Nomellini** [1] - 64:5
**NOMELLINI** [4] - 3:23, 64:5, 64:8, 64:20
**none** [1] - 74:11
**nonofficers** [2] - 67:6, 69:3
**NONPRESENTING** [2] - 8:6, 8:12
**nonpresenting** [2] - 28:2, 28:8
**noon** [1] - 73:3
**NORTH** [4] - 3:14, 3:15, 3:17, 3:18

**note** [5] - 18:7, 21:5, 26:21, 47:3, 71:17
**noted** [1] - 22:2
**nothing** [7] - 12:7, 16:17, 18:2, 23:11, 57:13, 59:23
**notice** [5] - 36:20, 40:19, 40:21, 41:17, 59:10
**noticed** [1] - 20:4
**notices** [3] - 12:15, 12:17, 12:22
**NOVEMBER** [2] - 7:8, 8:19
**November** [18] - 13:5, 13:18, 13:9, 15:4, 17:22, 17:24, 19:4, 19:7, 24:12, 24:14, 24:15, 24:21, 28:16, 40:14, 45:17, 54:16, 54:22
**NOW** [1] - 8:8
**NRC** [1] - 75:15
**Number** [4] - 33:12, 43:4, 44:9, 45:24
**number** [9] - 12:17, 12:23, 18:12, 31:16, 32:7, 34:5, 42:25, 56:12, 62:2
**numbered** [1] - 76:15
**NW** [2] - 5:4, 6:3
**NY** [2] - 5:9, 5:25

## O

**O'Brien's** [1] - 75:15
**O'BRIEN'S** [1] - 5:19
**o'clock** [3] - 24:18, 24:19, 40:24
**O'KEEFE** [1] - 1:21
**O'Keefe** [1] - 47:7
**O'ROURKE** [1] - 2:24
**object** [4] - 18:7, 55:3, 58:7, 59:21
**objection** [3] - 19:19, 52:11, 67:21
**OBJECTIONS** [3] - 8:15, 8:16, 9:2
**objections** [12] - 28:10, 28:11, 32:19, 40:6, 52:12, 53:2, 54:16, 54:20, 71:16, 72:2, 72:11, 73:23
**Objections** [1] - 51:10
**obligation** [1] - 68:20
**obvious** [1] - 21:24
**obviously** [2] - 51:17, 54:8
**occasions** [1] - 57:15

**OCTOBER** [3] - 1:7, 9:15, 10:2
**October** [2] - 27:22, 75:25
**OF** [13] - 1:1, 1:5, 1:12, 2:14, 2:19, 2:23, 2:24, 7:6, 7:24, 8:1, 8:20, 9:11, 9:13
**offer** [5] - 29:7, 29:13, 30:8, 32:11, 35:25
**office** [4] - 24:16, 48:24, 49:9, 63:18
**OFFICE** [1] - 2:10
**officer** [1] - 68:11
**officers** [4] - 67:4, 67:14, 67:22, 69:15
**official** [2] - 38:1, 38:10
**OFFICIAL** [1] - 6:17
**Official** [2] - 76:11, 76:20
**OFFSHORE** [3] - 3:4, 5:7, 5:20
**often** [1] - 25:23
**OIL** [2] - 1:4, 1:4
**old** [1] - 58:6
**ON** [5] - 1:5, 7:11, 8:21, 9:3, 9:8
**once** [3] - 22:22, 48:9, 56:23
**one** [44] - 10:22, 10:25, 11:10, 11:19, 12:19, 13:9, 13:15, 13:16, 15:15, 15:23, 17:2, 26:21, 27:18, 28:5, 28:10, 28:12, 28:15, 29:18, 34:8, 38:5, 38:11, 38:16, 41:1, 42:15, 49:3, 49:18, 50:17, 51:11, 53:16, 55:11, 55:13, 58:22, 59:7, 59:22, 61:6, 61:9, 64:6, 64:13, 66:14, 70:16, 70:23, 73:15, 74:22
**ONE** [7] - 1:24, 3:19, 6:11, 8:3, 8:8, 8:14, 8:18
**one-half** [1] - 12:19
**ones** [10] - 12:23, 35:6, 40:13, 42:14, 42:22, 42:23, 43:8, 50:24, 71:5, 73:16
**ongoing** [2] - 26:8, 65:21
**oops** [1] - 13:22
**opened** [1] - 59:13
**opening** [2] - 59:7, 59:18
**operate** [1] - 60:11

**OPERATOR** [4] - 24:2, 24:4, 24:6, 24:8
**opinion** [5] - 55:22, 56:18, 58:13, 58:16, 60:6
**opinions** [9] - 55:16, 56:1, 56:2, 57:21, 57:22, 58:5, 59:15, 59:17, 59:22
**opportunity** [4] - 51:15, 51:18, 51:21, 52:9
**opposition** [1] - 52:24
**oranges** [1] - 57:7
**order** [19] - 12:9, 12:10, 13:21, 27:15, 27:21, 28:14, 29:3, 35:14, 35:24, 61:16, 61:20, 62:7, 62:10, 62:12, 66:17, 74:12, 75:8, 75:9
**Order** [1] - 65:18
**ORDER** [2] - 8:20, 10:4
**ORDER..................** [1] - 9:5
**orderly** [2] - 22:25, 52:7
**ORLEANS** [10] - 1:7, 1:21, 1:25, 2:16, 3:7, 3:21, 4:9, 4:23, 5:12, 6:18
**Orleans** [1] - 67:15
**ought** [2] - 50:8, 75:7
**OUR** [1] - 9:13
**ourselves** [1] - 15:13
**OUT** [1] - 7:9
**out-house** [1] - 50:22
**outnumbered** [1] - 11:9
**outs** [1] - 14:15
**outside** [1] - 68:6
**overdo** [1] - 11:7
**overlap** [1] - 47:23
**overlaps** [1] - 53:2
**overwhelming** [1] - 36:21
**own** [1] - 38:14

## P

**p.m** [1] - 76:2
**P.O** [1] - 2:25
**packets** [1] - 28:15
**PACKETS** [1] - 8:18
**PAGE** [4] - 7:3, 8:15, 8:16, 9:3
**page** [6] - 27:23, 28:10, 28:11, 38:13,

60:18, 72:3, 72:17
**pages** [6] - 60:22, 60:23, 60:25, 61:7, 61:8
**panic** [1] - 48:19
**PAPANTONIO** [1] - 2:3
**paper** [2] - 63:13, 63:22
**PARKWAY** [1] - 6:7
**part** [4] - 26:9, 38:3, 41:8, 65:9
**partial** [1] - 67:1
**participants** [2] - 10:8, 10:15
**particular** [1] - 71:11
**parties** [12] - 28:1, 34:20, 43:12, 44:8, 44:10, 67:22, 68:3, 68:14, 68:18, 71:3, 73:3, 75:2
**PARTIES** [1] - 8:4
**parties'** [3] - 28:7, 28:8, 47:20
**PARTIES'** [2] - 8:11, 8:13
**partner** [1] - 12:16
**PARTY** [1] - 8:6
**party** [9] - 13:6, 13:7, 15:17, 28:2, 33:25, 35:25, 39:19, 65:2, 65:3
**past** [1] - 47:6
**pay** [1] - 25:14
**pending** [1] - 75:1
**PENSACOLA** [1] - 2:5
**people** [18] - 10:19, 17:11, 30:2, 31:23, 32:16, 35:12, 39:16, 41:24, 43:19, 43:24, 43:25, 44:7, 50:15, 53:9, 57:5, 68:21, 72:1, 73:12
**PEPPER** [1] - 6:17
**Pepper** [4] - 10:16, 76:9, 76:18, 76:19
**Perfect** [1] - 72:7
**perhaps** [8] - 13:5, 30:4, 47:11, 64:13, 67:24, 68:5, 68:7, 68:14
**period** [2] - 21:5, 51:2
**person** [4] - 15:5, 42:1, 42:5, 42:24
**PERSON** [1] - 7:9
**personal** [1] - 27:4
**personally** [1] - 36:18
**persuade** [1] - 68:8
**persuasion** [1] - 68:8
**PETROLEUM** [1] -

4:20
**Phase** [4] - 12:12, 12:14, 15:19, 15:25
**PHASE** [2] - 7:7, 7:11
**Phil** [3] - 11:22, 11:23, 11:24
**PHILLIP** [2] - 4:7, 5:11
**phone** [3] - 10:7, 10:15, 24:4
**PHONE** [4] - 24:2, 24:4, 24:6, 24:8
**pick** [1] - 59:2
**piece** [1] - 30:21
**PIGMAN** [1] - 4:7
**PILLSBURY** [1] - 5:7
**PITTMAN** [1] - 5:7
**PLACE** [1] - 1:24
**place** [4] - 25:4, 25:16, 25:17, 61:20
**plaintiff/US** [1] - 41:14
**plaintiffs** [14] - 14:13, 18:4, 19:21, 21:8, 21:25, 32:3, 35:22, 36:8, 36:13, 41:6, 50:12, 55:10, 66:2
**PLAINTIFFS** [1] - 1:23
**plaintiffs'** [2] - 36:3, 36:16
**PLAINTIFFS'** [1] - 1:16
**plan** [5] - 12:22, 33:12, 49:14, 68:3
**planning** [5] - 31:4, 31:14, 69:25, 70:11, 74:19
**plans** [2] - 29:4, 35:12
**PLANS** [1] - 8:21
**plate** [3] - 33:1, 66:18, 68:16
**play** [3] - 30:23, 49:2
**PLC** [1] - 21:5
**pleading** [3] - 61:22, 65:3, 65:4
**PLEASE** [1] - 6:14
**plus** [4] - 38:12, 52:21, 56:25
**point** [15] - 27:6, 29:16, 30:25, 32:2, 34:9, 34:17, 39:10, 42:9, 42:19, 44:3, 45:8, 45:18, 62:6, 64:6, 69:25
**pointing** [2] - 29:17, 31:17
**points** [1] - 70:10
**POLK** [1] - 4:21
**position** [2] - 13:7, 43:19
**positions** [1] - 47:20
**possibility** [1] - 42:18

**possible** [1] - 61:5
**possibly** [1] - 45:25
**post** [2] - 12:13, 44:23
**post-August** [1] - 44:23
**post-Martin** [1] - 12:13
**potential** [3] - 17:14, 39:25, 49:19
**potentially** [2] - 64:12, 64:15
**Powell** [3] - 17:21, 18:6, 18:18
**POWELL**...................
..........................[1] - 7:15
**POYDRAS** [5] - 3:7, 3:20, 4:22, 5:12, 6:18
**PRE** [1] - 8:2
**pre** [1] - 27:10
**PRE-AUGUST** [1] - 8:2
**pre-August** [1] - 27:10
**preclude** [1] - 21:11
**prefer** [2] - 46:12, 62:20
**preference** [1] - 69:1
**preferences** [2] - 64:25
**pregame** [1] - 10:20
**prejudice** [1] - 56:3
**prejudiced** [1] - 59:6
**preliminary** [2] - 49:9, 51:13
**premark** [1] - 69:10
**PRESENT** [1] - 6:14
**present** [13] - 30:11, 30:17, 31:7, 32:24, 33:5, 33:8, 33:9, 33:12, 33:19, 33:20, 35:13, 45:22, 52:7
**presentation** [2] - 31:21, 40:17
**presented** [1] - 55:23
**presenter** [1] - 30:11
**PRESENTING** [3] - 8:4, 8:11, 8:21
**presenting** [9] - 28:1, 28:7, 29:4, 30:13, 31:8, 31:15, 31:25, 32:17, 37:3
**press** [1] - 34:23
**presume** [1] - 74:13
**pretrial** [6] - 32:19, 61:14, 62:12, 62:25, 63:2, 75:8
**pretty** [4] - 41:15, 60:23, 61:10, 64:12
**previously** [1] - 70:17
**primary** [1] - 54:24

**prioritized** [1] - 42:12
**priority** [4] - 12:10, 31:11, 46:13, 46:20
**problem** [18] - 10:11, 13:3, 16:6, 17:15, 18:1, 25:9, 31:6, 33:10, 42:3, 65:14, 70:19, 71:1, 71:11, 71:16, 72:1, 72:14, 72:23, 72:24
**problematic** [1] - 68:24
**proceed** [4] - 25:2, 55:25, 64:15, 73:4
**proceeding** [1] - 64:4
**PROCEEDINGS** [3] - 1:12, 6:21, 10:1
**proceedings** [2] - 76:2, 76:14
**process** [23] - 13:5, 14:12, 15:6, 18:12, 22:25, 29:20, 29:22, 31:20, 32:21, 38:16, 39:18, 39:23, 40:5, 40:8, 40:11, 40:14, 40:20, 42:9, 47:8, 49:8, 65:11, 68:10, 69:14
**PROCESS**................
....[1] - 7:10
**processing** [1] - 70:19
**PROCTOR** [1] - 2:3
**produce** [3] - 49:2, 49:15, 49:23
**PRODUCED** [1] - 6:21
**produced** [6] - 17:2, 22:5, 25:1, 49:6, 49:7, 49:10, 50:8, 61:19
**PRODUCTION** [3] - 3:13, 3:16, 7:6
**Production** [1] - 12:8
**production** [2] - 16:17, 36:7
**PRODUCTION**...........
.............[1] - 7:13
**PRODUCTS** [1] - 3:18
**proffered** [1] - 35:22
**progress** [4] - 44:5, 66:9, 70:2, 70:4
**progression** [1] - 20:16
**projected** [1] - 69:8
**promising** [1] - 64:13
**proponent** [1] - 59:8
**proposal** [3] - 52:1, 53:1, 53:6
**propose** [1] - 33:2
**proposed** [2] - 14:21, 40:17

**protective** [1] - 74:12
**prove** [1] - 35:2
**provide** [4] - 40:10, 41:7, 63:21, 64:18
**provided** [3] - 27:11, 29:2, 37:8
**proving** [1] - 35:1
**provision** [1] - 63:5
**prudent** [1] - 46:5
**PSC** [27] - 8:21, 12:21, 22:17, 24:23, 29:3, 31:8, 32:14, 33:2, 33:7, 35:12, 37:24, 38:1, 38:8, 38:12, 42:1, 42:12, 42:14, 42:23, 43:18, 50:2, 52:18, 54:6, 59:5, 64:8, 68:23, 69:18, 73:16
**PSC/Cameron/ESI** [1] - 65:25
**PSC/CAMERON/ESI** [1] - 9:7
**PSC/US** [1] - 40:21
**PSC/USA** [1] - 38:10
**publicly** [1] - 61:21
**pulled** [2] - 26:23, 44:24
**purple** [2] - 11:3, 11:7
**purpose** [1] - 29:20
**purposes** [4] - 31:21, 31:22, 35:10, 53:24
**push** [4] - 20:18, 33:8, 43:4, 43:22
**pushed** [1] - 27:19
**pushing** [2] - 41:15, 45:9
**put** [13] - 24:6, 27:15, 34:11, 34:14, 40:3, 40:10, 40:14, 43:4, 50:13, 52:23, 67:24, 68:5, 68:13
**putting** [2] - 32:23, 40:5

**Q**

**QC** [1] - 72:2
**QC'd** [1] - 73:17
**questions** [1] - 53:17
**queue** [2] - 31:19, 31:20
**quick** [1] - 17:19
**quickly** [3] - 10:18, 41:15, 70:10
**QUIP** [1] - 6:6
**quite** [2] - 17:3, 18:12

**R**

**radar** [6] - 17:17, 17:18, 67:25, 68:6, 68:14, 70:5
**RAFFERTY** [1] - 2:3
**raise** [7] - 35:11, 50:3, 52:25, 64:6, 64:24, 67:17, 72:24
**raised** [2] - 57:16, 59:9
**range** [1] - 18:11
**rankings** [1] - 44:19
**rather** [4] - 22:10, 22:24, 47:19, 59:19
**Ray** [1] - 70:14
**RE** [1] - 1:4
**reach** [1] - 69:22
**reached** [1] - 22:12
**reaching** [1] - 57:21
**read** [8] - 29:4, 29:10, 34:23, 35:2, 45:19, 52:14, 74:22, 75:8
**reading** [1] - 67:3
**ready** [5] - 30:2, 39:14, 75:11
**real** [3] - 10:18, 48:10, 55:19
**realigned** [1] - 44:10
**realigning** [1] - 43:12
**realignment** [3] - 34:22, 34:25, 44:8
**realize** [3] - 19:16, 20:12, 64:16
**really** [25] - 13:17, 17:5, 27:14, 29:6, 29:17, 31:14, 32:20, 32:21, 33:24, 34:9, 34:15, 34:17, 35:1, 35:22, 36:2, 36:12, 36:13, 38:24, 39:11, 55:15, 56:16, 58:2, 58:23, 61:7, 66:9
**REALTIME** [1] - 6:17
**Realtime** [2] - 76:9, 76:19
**reason** [3] - 33:21, 50:3, 73:6
**reasons** [3] - 45:14, 50:17, 75:17
**rebuttal** [2] - 17:14, 30:4
**received** [4] - 51:20, 71:13, 73:2, 74:8
**reception** [1] - 11:15
**recited** [1] - 22:18
**recollection** [4] - 20:24, 57:25, 58:9, 58:11

**record** [10] - 57:15, 57:17, 60:2, 63:8, 63:9, 63:20, 63:24, 70:10, 75:23, 76:14
**RECORD** [1] - 6:14
**RECORDED** [1] - 6:21
**redact** [4] - 49:18, 62:4, 62:5, 63:7
**redacted** [1] - 63:23
**redaction** [5] - 49:4, 49:20, 49:22, 49:23, 49:24
**redactions** [1] - 62:3
**Redden** [3] - 21:2, 74:11, 74:13
**reference** [1] - 61:24
**referring** [1] - 72:16
**reflected** [2] - 70:18, 71:4
**reflecting** [1] - 70:24
**regard** [2] - 10:23, 35:25
**regarding** [1] - 74:25
**REGARDING** [1] - 9:14
**Regina** [1] - 37:24
**Registered** [1] - 76:9
**related** [6] - 12:20, 12:21, 16:21, 46:24
**RELATES** [1] - 1:9
**relates** [2] - 29:20, 62:25
**relative** [3] - 12:9, 19:10, 26:15
**relevant** [1] - 50:7
**relied** [1] - 57:21
**relying** [1] - 57:17
**remains** [1] - 16:3
**remember** [2] - 21:1, 26:4
**remove** [2] - 71:15, 72:2
**rendered** [1] - 58:5
**repeatedly** [1] - 57:17
**replies** [3] - 51:14, 61:8, 61:11
**report** [15] - 12:7, 13:14, 14:2, 15:8, 15:11, 23:11, 43:3, 47:15, 55:4, 55:5, 61:4, 65:20, 70:4, 70:15
**reported** [3] - 15:19, 15:25, 40:20
**Reporter** [6] - 76:9, 76:10, 76:11, 76:19, 76:20
**REPORTER** [2] - 6:17, 6:17
**reporter** [1] - 10:17

**REPORTER'S** [1] - 76:7
**reports** [8] - 12:5, 47:7, 47:13, 55:2, 55:20, 57:5, 57:6, 57:19
**represented** [1] - 70:22
**request** [7] - 20:4, 20:8, 20:9, 20:25, 25:2, 49:13, 50:9
**requesting** [1] - 22:3
**requests** [3] - 48:18, 65:6, 75:1
**required** [1] - 57:19
**reschedule** [1] - 26:6
**rescheduled** [1] - 26:24
**reserved** [1] - 50:22
**reslot** [1] - 44:19
**resolution** [3] - 32:19, 35:23, 68:13
**resolve** [6] - 13:10, 14:3, 14:7, 54:20, 74:23, 75:6
**resolved** [3] - 14:4, 26:11, 55:13
**respect** [8] - 32:22, 47:19, 57:13, 57:20, 68:6, 68:10, 70:14, 70:16
**respectfully** [1] - 25:1
**respond** [5] - 20:21, 36:10, 37:3, 40:16, 45:3
**responded** [1] - 67:4
**RESPONDER** [1] - 9:5
**Responder** [1] - 65:18
**responders** [1] - 75:15
**responding** [4] - 13:7, 20:25, 35:13, 36:16
**Response** [1] - 16:6
**response** [6] - 29:12, 31:1, 33:25, 52:8, 65:4, 71:23
**RESPONSE** [2] - 5:19, 7:12
**responses** [3] - 15:20, 16:2, 51:14
**responsive** [1] - 36:3
**reurged** [1] - 75:12
**review** [2] - 47:13, 64:19
**reviewing** [1] - 66:12
**REVIEWING** [1] - 9:10
**RICHARD** [1] - 7:17
**Richard** [4] - 19:10, 20:7, 20:25, 21:3
**RICHESON** [1] - 4:21
**rid** [1] - 37:1

**RIG** [1] - 1:4
**rightly** [1] - 42:4
**rights** [1] - 22:17
**rise** [1] - 58:6
**RMR** [2] - 6:17, 76:19
**road** [2] - 12:24, 26:14
**ROBERT** [1] - 4:3
**ROBERTS** [1] - 3:10
**Roberts** [2] - 16:24, 17:5
**roll** [1] - 75:11
**rolls** [1] - 31:5
**Ronald** [1] - 19:2
**RONALD** [1] - 7:16
**RONQUILLO** [2] - 4:11, 4:16
**room** [2] - 25:18, 30:21
**ROOM** [2] - 2:21, 6:18
**round** [1] - 12:14
**ROY** [11] - 1:16, 1:17, 43:24, 44:12, 44:22, 50:2, 56:15, 57:12, 58:20, 59:2, 60:12
**Roy** [5] - 18:25, 50:1, 50:2, 57:8, 57:12
**rule** [6] - 55:21, 55:24, 56:6, 57:4, 59:11, 69:24
**Rule** [1] - 58:10
**Rules** [1] - 58:12
**run** [1] - 10:18
**RUSNAK** [1] - 2:7
**RYAN** [1] - 3:24
**Ryan** [3] - 15:9, 15:10

## S

**S-W-E-A-T-M-A-N** [1] - 19:7
**s/Cathy** [1] - 76:18
**safety** [1] - 18:12
**sake** [1] - 39:12
**SALLY** [1] - 1:12
**SAN** [1] - 2:21
**Sarah** [6] - 23:18, 24:4, 24:10, 74:20, 75:10, 75:19
**Saturday** [1] - 73:2
**saved** [1] - 34:15
**saw** [1] - 38:5
**scan** [1] - 12:6
**SCHEDULE** [1] - 8:24
**schedule** [16] - 12:22, 14:20, 21:13, 22:21, 26:5, 39:3, 39:19, 39:21, 47:9, 48:13, 50:13, 52:24, 52:25, 53:16, 58:19, 60:9

**Scheduling** [1] - 65:18
**SCHEDULING** [1] - 9:5
**scheduling** [4] - 18:7, 22:23, 22:25, 24:12
**SCHELL** [1] - 4:21
**screen** [2] - 69:8, 70:5
**Seacor** [1] - 75:14
**SEACOR** [6] - 5:20, 5:20, 5:21, 5:21, 5:22, 5:22
**seal** [6] - 61:21, 63:4, 63:8, 63:13, 63:14, 63:21
**second** [3] - 45:18, 68:5, 69:16
**secondly** [1] - 34:9
**seconds** [1] - 19:22
**SECTION** [1] - 2:23
**see** [23] - 11:14, 12:12, 14:11, 15:7, 18:17, 23:10, 27:7, 27:8, 27:25, 33:4, 36:2, 36:19, 36:21, 37:8, 45:6, 47:13, 48:12, 62:14, 67:20, 68:14, 68:15, 69:4
**SEE** [1] - 6:14
**seeing** [2] - 34:22, 38:2
**seek** [2] - 13:12, 64:25
**seeking** [2] - 71:17, 72:19
**seem** [1] - 34:24
**send** [2] - 44:15, 73:4
**sending** [2] - 37:24, 74:13
**sends** [2] - 38:9, 73:20
**senior** [1] - 24:25
**sense** [12] - 22:22, 39:22, 40:15, 51:23, 52:6, 53:23, 54:2, 55:7, 55:13, 55:20, 55:21, 63:25
**sent** [4] - 27:17, 64:10, 64:11, 71:17
**separate** [2] - 39:13, 53:5
**serially** [2] - 52:7, 53:23
**series** [1] - 71:13
**SERVED** [1] - 7:11
**served** [2] - 15:20, 16:1
**SERVICES** [1] - 4:11
**set** [8] - 13:10, 14:6, 17:19, 18:10, 19:14, 42:9, 45:8, 70:23
**settle** [1] - 34:21
**SETTLEMENT** [1] -

8:23
**settlement** [5] - 34:23, 50:4, 50:8, 61:18, 75:8
**Settlement** [1] - 48:21
**settlements** [1] - 34:19
**several** [2] - 55:19, 57:15
**shall** [1] - 24:6
**shame** [1] - 59:13
**share** [1] - 68:22
**shared** [1] - 44:14
**SHAW** [1] - 5:7
**SHEETS** [1] - 6:14
**SHELL** [1] - 3:19
**shifting** [1] - 59:5
**ships** [1] - 67:13
**short** [4] - 29:15, 29:17, 47:18, 60:23
**shortly** [1] - 49:3
**show** [1] - 44:17
**showing** [1] - 49:9
**SHUSHAN** [1] - 1:12
**side** [6] - 17:9, 32:16, 34:14, 41:21, 68:9, 71:9
**sided** [1] - 21:7
**SIEMENS** [1] - 5:23
**SIGN** [1] - 6:14
**SIGN-IN** [1] - 6:14
**signed** [2] - 12:9, 74:12
**simply** [2] - 50:4, 59:19
**sink** [1] - 67:13
**sit** [1] - 51:21
**situation** [1] - 46:11
**six** [8] - 33:2, 34:13, 38:18, 42:11, 48:14, 52:17, 54:6, 56:25
**slightly** [1] - 16:21
**slipped** [1] - 31:1
**slot** [1] - 50:18
**solely** [1] - 71:24
**solution** [3] - 67:1, 67:7, 67:17
**someone** [5] - 32:10, 33:8, 59:7, 67:19, 71:8
**sometimes** [1] - 68:25
**somewhat** [2] - 37:19, 56:17
**sooner** [1] - 47:19
**sorry** [4] - 15:23, 62:16, 69:7, 70:2
**sort** [4] - 38:1, 42:6, 49:9, 65:5
**sound** [1] - 18:25

**sounds** [4] - 13:13, 14:11, 37:16, 67:7
**SOUTH** [1] - 2:4
**spaced** [1] - 61:1
**SPEAKER** [1] - 10:9
**speaking** [2] - 20:8, 53:9
**specific** [3] - 29:18, 51:2
**specifically** [1] - 19:25
**speed** [1] - 44:20
**spend** [1] - 39:16
**SPILL** [1] - 1:4
**spirit** [1] - 50:6
**split** [1] - 43:15
**spoken** [2] - 21:2, 24:22
**spot** [1] - 58:7
**spreadsheet** [2] - 44:14, 46:20
**SQUARE** [1] - 3:19
**ST** [1] - 6:3
**Stack** [1] - 12:3
**stack** [2] - 12:6, 47:20
**STACK.....................
.......... ** [1] - 7:5
**staggered** [1] - 52:8
**stand** [1] - 58:6
**standpoint** [1] - 44:12
**star** [4] - 27:7, 28:25, 37:18
**START** [1] - 7:10
**start** [13] - 12:13, 13:2, 13:7, 15:5, 24:18, 28:22, 40:14, 41:23, 44:15, 45:25, 48:19, 68:17, 69:14
**starting** [1] - 10:19
**state** [1] - 49:2
**State** [1] - 76:10
**STATE** [2] - 2:10, 2:14
**statement** [2] - 10:22, 11:1
**States** [6] - 12:20, 23:15, 24:23, 75:2, 76:11, 76:20
**STATES** [3] - 1:1, 1:13, 2:23
**states** [1] - 69:18
**States'** [1] - 16:6
**STATES'** [1] - 7:12
**stating** [1] - 75:17
**stats** [1] - 37:8
**STATUS** [2] - 1:12, 9:11
**status** [2] - 12:15, 13:14
**Status** [1] - 70:1
**stay** [4] - 12:22, 25:15,

25:16, 25:17
**steal** [1] - 62:16
**STEFANIE** [1] - 4:13
**STENOGRAPHY** [1] - 6:21
**step** [1] - 57:8
**STEPHEN** [1] - 1:20
**Stephen** [1] - 51:23
**Steve** [23] - 16:24, 16:25, 17:5, 17:9, 30:5, 33:10, 33:20, 35:11, 36:19, 37:7, 39:8, 40:19, 41:21, 42:1, 42:4, 43:3, 45:14, 50:12, 55:10, 57:16, 58:1, 58:14, 64:10
**Steve's** [2] - 33:17, 35:16
**STEVEN** [2] - 2:24, 3:10
**still** [8] - 12:6, 38:18, 40:4, 42:17, 42:19, 49:20, 65:21, 65:25
**Stipulations** [1] - 70:2
**stipulations** [6] - 66:12, 66:13, 74:25, 75:3, 75:6, 75:18
**STIPULATIONS.........
............ ** [1] - 9:14
**STIPULATIONS.........
...................... ** [2] - 9:10, 9:11
**STONE** [1] - 4:7
**stood** [1] - 57:16
**stop** [5] - 25:20, 32:14, 39:18, 40:8, 40:11
**stops** [1] - 31:5
**STRADLEY** [1] - 6:10
**straight** [1] - 74:9
**strange** [1] - 38:16
**STRANGE** [1] - 2:11
**strategy** [2] - 34:3, 34:25
**STREET** [16] - 1:18, 1:24, 2:4, 2:16, 3:7, 3:10, 3:20, 4:4, 4:8, 4:13, 4:22, 5:4, 5:12, 5:16, 6:11, 6:18
**strike** [2] - 22:11, 60:5
**strikes** [3] - 32:13, 32:15, 64:12
**structure** [1] - 37:2
**stuff** [3] - 16:23, 34:1, 63:12
**subject** [2] - 69:15, 69:18
**subjective** [1] - 56:17
**submission** [2] -

31:21, 36:16
**submit** [1] - 30:3
**submitted** [4] - 35:23, 49:10, 57:5, 65:3
**subpoenaed** [2] - 67:5, 67:9
**substance** [1] - 32:20
**substantive** [4] - 71:19, 72:5, 72:10, 72:16
**successfully** [1] - 16:15
**suggest** [2] - 15:16, 17:10
**suggestion** [2] - 14:25, 15:2
**SUITE** [10] - 1:24, 2:4, 3:10, 3:20, 4:13, 4:17, 4:22, 5:12, 5:16, 6:3
**SUMMARIES** [2] - 8:15, 8:16
**summaries** [2] - 28:10, 28:11
**summarize** [1] - 45:13
**supersede** [1] - 53:17
**support** [1] - 59:23
**suppose** [1] - 40:23
**supposed** [1] - 54:20
**sur** [1] - 61:8
**surprised** [2] - 36:21, 66:22
**surreplies** [2] - 61:8
**surreply** [1] - 61:12
**Susan** [1] - 37:24
**suspect** [2] - 45:24, 66:24
**Susslin** [1] - 63:17
**SUTHERLAND** [1] - 3:9
**Sweatman** [2] - 19:1, 19:2
**SWEATMAN............
...................... ** [1] - 7:16
**sweet** [1] - 60:23
**Switzerland** [1] - 42:6
**systems** [2] - 20:1, 20:5

**T**

**table** [1] - 38:12
**tables** [3] - 73:12, 73:13, 74:8
**tackle** [1] - 69:16
**tacky** [1] - 11:4
**TALKING** [1] - 9:8
**target** [6] - 35:9,

35:11, 43:11, 44:20, 44:23, 56:23
**targeting** [1] - 13:5
**TARTER** [1] - 5:16
**tea** [1] - 67:3
**team** [8] - 17:1, 18:16, 39:4, 46:3, 55:14, 60:13, 71:25, 73:14
**teeing** [1] - 56:8
**teleconference** [4] - 67:6, 67:20, 69:2, 69:5
**teleconferencing** [3] - 66:23, 67:11, 67:19
**temperature** [1] - 40:1
**ten** [5] - 11:10, 60:22, 61:2
**tenor** [1] - 23:3
**tentative** [1] - 17:24
**term** [1] - 53:14
**terms** [1] - 61:24
**terrific** [1] - 61:1
**TESSIER** [1] - 5:10
**testimony** [9] - 21:8, 21:11, 21:19, 21:21, 29:9, 32:11, 32:20, 33:5, 54:11
**TEXAS** [1] - 6:8
**TextMap** [1] - 38:14
**THAT** [2] - 8:2, 8:9
**THE** [200] - 1:4, 1:5, 1:12, 1:16, 1:23, 2:14, 2:18, 2:23, 6:14, 7:6, 7:9, 7:10, 7:12, 8:9, 8:14, 8:20, 8:21, 8:24, 9:2, 9:13, 10:7, 10:11, 11:2, 11:6, 11:11, 11:14, 11:23, 12:24, 13:13, 13:17, 13:19, 13:22, 13:24, 14:9, 14:11, 14:17, 14:22, 15:2, 15:14, 15:16, 15:19, 15:25, 16:4, 16:11, 16:13, 16:16, 16:19, 16:22, 17:15, 17:18, 18:1, 18:3, 18:8, 18:17, 18:20, 18:25, 19:6, 19:10, 19:16, 19:19, 20:11, 20:20, 20:23, 21:16, 21:20, 22:6, 22:19, 23:5, 23:8, 23:15, 23:21, 23:23, 24:3, 24:5, 24:7, 24:9, 24:16, 25:8, 25:12, 25:17, 25:22, 26:4, 26:12, 26:14, 26:19, 27:3, 27:5, 27:8, 27:20, 28:17, 28:24, 29:2,

30:5, 30:15, 30:17, 30:23, 31:6, 31:13, 31:23, 32:12, 33:7, 34:7, 35:8, 36:24, 37:6, 37:11, 37:13, 37:16, 37:21, 38:6, 39:7, 40:18, 41:1, 41:11, 41:13, 42:25, 43:11, 43:15, 43:17, 44:5, 44:21, 45:1, 45:12, 46:10, 46:23, 47:1, 47:5, 47:10, 47:22, 48:1, 48:3, 48:7, 48:11, 49:22, 50:1, 50:17, 51:1, 51:3, 51:5, 51:8, 51:17, 51:22, 52:2, 52:5, 52:20, 53:12, 53:20, 53:22, 54:13, 54:25, 55:9, 56:11, 56:16, 56:22, 57:8, 58:9, 59:1, 60:3, 60:14, 60:17, 62:11, 62:14, 62:17, 62:24, 63:2, 63:14, 63:16, 64:3, 64:7, 64:16, 64:21, 65:6, 65:14, 65:17, 65:23, 65:25, 66:6, 66:11, 66:15, 66:21, 67:13, 68:1, 68:4, 68:17, 69:4, 69:10, 70:7, 70:9, 72:15, 72:20, 72:23, 73:8, 73:18, 74:4, 74:9, 74:15, 75:10, 75:19, 75:21
**THEIR** [2] - 8:4, 8:6
**themselves** [2] - 34:12, 35:23
**THEN** [1] - 7:9
**theory** [1] - 33:23
**therefore** [1] - 55:22
**therein** [1] - 57:22
**THESE** [1] - 9:3
**they've** [3] - 33:3, 36:14, 44:7
**thinking** [1] - 11:18
**thinks** [3] - 21:18, 21:21, 33:25
**third** [2] - 34:17, 72:17
**THIS** [1] - 1:9
**THOMAS** [1] - 2:3
**thoughts** [1] - 64:14
**thousands** [3] - 39:15, 46:7
**three** [16] - 20:14, 27:11, 27:12, 27:14, 28:3, 28:7, 32:6, 38:19, 38:22, 41:3, 44:23, 56:24, 56:25,

57:2, 71:10, 73:15
**THREE** [1] - 8:12
**THREE**......................
....[1] - 8:7
**throwing** [1] - 39:4
**thunder** [1] - 62:16
**Thursday** [2] - 12:23,
16:10
**Tiger** [1] - 11:3
**tigers** [1] - 11:8
**Tim** [4] - 51:13, 52:25,
53:4, 53:8
**Tim's** [2] - 53:1, 54:6
**TIME** [1] - 8:24
**timeline** [2] - 13:11,
56:8
**timing** [1] - 35:20
**TO** [9] - 1:9, 7:8, 7:9,
7:12, 8:2, 8:18, 9:2,
10:4, 12:20
**TODAY** [2] - 8:1, 8:4
**today** [23] - 10:21,
11:10, 17:5, 18:25,
19:3, 22:4, 27:9,
27:25, 36:20, 37:11,
37:17, 38:24, 40:9,
41:3, 41:13, 43:21,
60:20, 66:5, 66:19,
71:12, 73:3, 74:7
**today's** [1] - 40:25
**together** [4] - 43:25,
51:12, 53:24, 55:11
**tomorrow** [1] - 11:10
**Tony** [1] - 14:23
**took** [3] - 17:5, 22:2,
42:25
**topic** [5] - 19:24,
46:21, 46:24, 48:12,
51:11
**topics** [1] - 18:11
**TORTS** [1] - 2:19
**toward** [2] - 13:2, 37:4
**town** [4] - 16:13,
25:16, 25:17, 43:25
**tracking** [1] - 37:23
**traffic** [1] - 17:10
**transcript** [2] - 71:6,
76:13
**TRANSCRIPT** [2] -
1:12, 6:21
**transcripts** [6] - 27:18,
28:5, 31:8, 71:4,
71:9, 73:11
**TRANSCRIPTS** [2] -
8:3, 8:9
**transmitting** [1] - 71:9
**TRANSOCEAN** [4] -
3:3, 3:3, 3:5, 7:13
**Transocean** [5] -
16:16, 17:9, 24:23,

26:23, 35:3
**Transocean's** [1] -
17:1
**travel** [1] - 25:13
**treated** [1] - 55:19
**Trial** [1] - 69:25
**trial** [26] - 29:7, 32:17,
34:19, 35:5, 37:2,
39:14, 39:17, 40:4,
40:7, 45:11, 45:16,
46:8, 55:23, 58:3,
59:19, 60:1, 60:8,
65:8, 66:8, 66:24,
67:2, 67:5, 67:11,
70:11, 74:18
**TRIAL**......................
....[1] - 9:9
**trials** [3] - 65:2, 65:7,
65:9
**tried** [1] - 17:25
**trouble** [1] - 41:1
**true** [3] - 22:1, 40:23,
76:13
**truly** [1] - 70:13
**try** [16] - 10:18, 15:4,
16:12, 17:6, 17:16,
18:7, 18:19, 18:20,
18:21, 23:4, 31:10,
39:18, 44:20, 55:13,
61:5, 75:4
**TRY** [1] - 7:8
**trying** [17] - 10:20,
16:13, 16:23, 17:11,
21:12, 21:22, 21:23,
22:1, 29:18, 41:9,
44:15, 50:13, 50:18,
52:14, 74:22, 75:11,
75:22
**Tuesday** [4] - 16:9,
47:11, 48:23, 52:12
**turn** [2] - 10:12, 10:13
**turned** [2] - 36:14,
38:5
**turning** [1] - 14:25
**turns** [1] - 73:11
**Two** [4] - 12:12, 12:14,
15:19, 15:25
**two** [28] - 16:9, 19:24,
20:14, 25:1, 28:1,
28:6, 28:10, 28:11,
28:12, 28:15, 29:18,
38:11, 40:18, 41:2,
43:14, 43:21, 44:13,
51:7, 53:3, 55:11,
60:25, 71:10, 71:12,
71:22, 72:13, 73:15
**TWO** [8] - 7:7, 7:11,
8:5, 8:11, 8:15, 8:16,
8:18
**TWO-PAGE** [2] - 8:15,

8:16
**two-page** [2] - 28:10,
12:16
**TX** [6] - 2:8, 3:11,
4:14, 4:17, 5:17,
6:12
**typos** [1] - 71:20

# U

**U.K** [1] - 68:7
**U.S** [8] - 2:19, 2:24,
12:8, 55:5, 68:6,
69:17, 71:7, 71:9
**U.S.**..........[1] - 7:6
**ugly** [1] - 11:8
**ultimate** [1] - 40:17
**ultimately** [1] - 49:16
**unable** [1] - 17:22
**unclear** [2] - 71:17,
71:18
**under** [10] - 39:4,
61:20, 61:21, 63:4,
63:8, 63:12, 63:14,
63:21, 68:19, 70:22
**UNDERHILL** [19] -
2:20, 16:20, 16:23,
17:16, 23:17, 23:22,
45:4, 45:13, 66:14,
66:16, 66:22, 67:24,
68:2, 68:5, 68:22,
69:7, 71:21, 73:6,
73:9
**Underhill** [3] - 25:6,
71:21, 72:13
**Underhill's** [1] - 74:5
**unexpected** [1] -
74:17
**UNIDENTIFIED** [1] -
10:9
**United** [6] - 12:20,
23:15, 24:23, 75:2,
76:11, 76:20
**UNITED** [3] - 1:1, 1:13,
2:23
**unity** [1] - 59:1
**universe** [1] - 42:16
**unless** [5] - 29:24,
42:21, 57:18, 60:9,
61:11
**unnecessary** [1] -
42:7
**unredacted** [2] - 63:7,
63:20
**unsealed** [1] - 63:23
**up** [48] - 10:10, 10:12,
10:13, 15:9, 17:14,
17:19, 17:20, 18:23,
19:1, 20:12, 20:17,

22:16, 22:21, 23:15,
23:24, 25:11, 26:16,
31:4, 31:20, 34:15,
34:25, 35:19, 38:15,
38:18, 39:19, 40:14,
42:9, 44:24, 45:23,
47:3, 48:20, 49:5,
51:23, 52:6, 56:8,
57:16, 58:6, 58:12,
58:14, 61:6, 61:15,
63:11, 66:14, 68:25,
69:4, 69:19, 71:24,
74:22
**UP** [1] - 9:5
**Up** [1] - 65:18
**update** [4] - 12:15,
14:1, 15:21, 28:18
**updated** [3] - 27:18,
44:13, 44:14
**UPDATED** [1] - 8:3
**updates** [1] - 46:20
**upload** [1] - 38:14
**upset** [1] - 22:25
**US/PSC** [1] - 41:19
**USA** [1] - 38:12
**usual** [1] - 10:19

# V

**V-I-A-T-O-R** [1] - 23:24
**vacuum** [1] - 60:11
**Veterans** [1] - 13:16
**via** [1] - 67:20
**Viator** [1] - 23:24
**VIATOR**......................
..................[1] -
7:21
**videoconference** [3] -
69:6, 69:7, 69:21
**videoconferencing**
[1] - 68:23
**Vidrine** [1] - 23:11
**VIDRINE**......................
..................[1] -
7:19
**view** [2] - 29:17, 74:23
**vis** [2] - 57:7
**vis-a-vis** [1] - 57:7
**volume** [1] - 38:11
**voluminous** [2] -
64:12, 64:17
**VOLUNTARILY** [1] -
9:9
**voluntarily** [3] - 22:13,
66:8, 67:15
**volunteer** [1] - 11:22

# W

**wait** [4] - 54:2, 58:3,
59:19, 60:7
**waited** [1] - 71:22
**waiting** [1] - 23:14
**waive** [1] - 58:17
**waived** [1] - 50:22
**Walter** [1] - 71:6
**WALTHER** [1] - 4:7
**WANTED** [1] - 8:2
**wants** [12] - 11:20,
30:11, 30:17, 32:14,
33:3, 33:9, 33:20,
35:19, 42:4, 60:10,
65:8, 67:19
**WARE** [1] - 6:6
**WARREN** [1] - 5:4
**WASHINGTON** [4] -
2:25, 4:4, 5:5, 6:4
**WE** [2] - 8:2, 8:9
**wear** [1] - 11:11
**Weatherford** [2] -
49:8, 49:17
**week** [35] - 13:8, 14:4,
14:20, 17:13, 17:21,
18:15, 18:22, 23:9,
26:11, 26:14, 28:9,
34:25, 36:15, 38:3,
39:1, 40:19, 41:5,
41:10, 41:19, 42:20,
43:13, 43:20, 43:25,
44:1, 44:2, 44:16,
48:13, 49:5, 53:23,
65:18, 71:1, 71:4,
71:11
**WEEK** [1] - 8:14
**week's** [2] - 40:21,
41:16
**week-by-week** [1] -
44:2
**weekend** [1] - 36:15
**weekly** [2] - 13:1, 43:3
**weeks** [6] - 33:2,
43:14, 43:21, 44:13,
47:14, 51:7
**WEIL** [1] - 5:24, 6:2
**WEINER** [1] - 4:21
**welcome** [1] - 58:16
**WHEREUPON** [1] -
76:2
**WHICH** [2] - 8:14, 8:21
**WHITELEY** [1] - 2:15
**WHO** [3] - 7:9, 8:5, 9:8
**WILL** [1] - 9:8
**WILLIAM** [1] - 6:10
**Williamson** [6] -
14:13, 18:4, 19:21,
21:18, 21:25, 66:2

**WILLIAMSON** [14] - 2:7, 2:7, 14:13, 14:18, 18:4, 18:9, 18:23, 19:20, 20:12, 21:23, 23:3, 23:7, 56:24, 66:2
**WINTHROP** [1] - 5:7
**WITH** [1] - 9:13
**witness** [21] - 19:23, 20:16, 20:19, 21:9, 29:6, 32:11, 32:17, 33:8, 33:9, 33:12, 33:14, 33:15, 33:16, 33:19, 33:20, 46:4, 46:13, 67:8, 68:7, 69:1
**Witness** [3] - 33:11, 44:9
**witnesses** [9] - 18:10, 18:11, 36:6, 46:1, 56:13, 68:3, 68:6, 68:10, 69:23
**WITTMANN** [3] - 4:7, 4:7, 11:21
**Wittmann** [1] - 11:22
**woman** [1] - 21:2
**wondering** [1] - 64:24
**word** [2] - 11:5, 59:2
**Word** [1] - 72:7
**words** [1] - 69:9
**work-around** [1] - 62:10
**works** [1] - 59:11
**WORLDWIDE** [1] - 5:21
**worried** [1] - 57:11
**worry** [2] - 32:24, 35:13
**WOULD** [2] - 8:15, 8:16
**WRIGHT** [1] - 1:16
**written** [3] - 15:19, 16:8, 35:24

## Y

**year** [1] - 11:20
**yesterday** [7] - 11:16, 12:17, 14:16, 38:5, 38:21, 40:24, 41:18
**YOAKUM** [1] - 2:8
**York** [2] - 19:3, 26:17
**YORK** [16] - 4:16, 5:9, 5:25, 26:17, 26:21, 27:1, 27:6, 27:9, 27:21, 28:22, 37:19, 37:23, 38:9, 38:23, 42:6, 51:20
**YOU** [1] - 7:9

**YOUR** [1] - 7:8
**yourself** [2] - 10:16, 11:11
**yourselves** [1] - 41:25