From:
Lili Petersen <e.petersen@kanner-law.com>
To:
"'Sally_Shushan@laed.uscourts.gov'" <Sally_Shushan@laed.uscourts.gov>
Cc:
"'Andrew Bloomer (abloomer@kirkland.com)'" <abloomer@kirkland.com>, "'Andrew Langan (alangan@kirkland.com)'" <alangan@kirkland.com>, Allan Kanner <a.kanner@kanner-law.com>, "'Mike_Okeefe@laed.uscourts.gov'" <Mike_Okeefe@laed.uscourts.gov>
Date:
10/19/2011 04:42 PM
Subject:
RE: Letter re: Status of State of Louisiana's Compliance with Court's Discovery Order [Rec. Doc. 3965]

Your Honor,

Apologies about not addressing Phase 2 specifically – I can report that based upon our discussions with the vendor and our agencies we can affirmatively commit to completion of all Phase 2 discovery production by January 16 for all agencies and the AG's office.  With that said, your points regarding the deadline for Phase 1 production prior to the mid-November commencement of expert depositions is understood and we are continuing to work towards that goal.  I hope to have more information to you by early next week.  Let me know if you need to hear from us sooner.  We appreciate your continued time and assistance in this process.

Lili