From:
Sally Shushan/LAED/05/USCOURTS
To:
Lili Petersen <e.petersen@kanner-law.com>
Cc:
"'Andrew Bloomer (abloomer@kirkland.com)'" <abloomer@kirkland.com>, "'Andrew Langan (alangan@kirkland.com)'" <alangan@kirkland.com>, Allan Kanner <a.kanner@kanner-law.com>, "'Mike_Okeefe@laed.uscourts.gov'" <Mike_Okeefe@laed.uscourts.gov>
Date:
10/19/2011 04:22 PM
Subject:
RE: Letter re: Status of State of Louisiana's Compliance with Court's Discovery Order [Rec. Doc. 3965]


Dear Lili:


Thank you for your email of October 18th. I must say, however, that the State's response is still insufficient. While you report on processing of ESI on five of the eight Tier One agencies, and one of the six Tier Two agencies, and provide a forecast of "predominantly complete prior to the 16th of November," that prediction is incomplete.

Your email does not discuss your work toward completing all Phase Two document production, which, as you know, I am currently focusing on because 30(b)(6) depositions will be scheduled to commence on January 17, 2012. As I stated in our meeting, I cannot allow the State to jeopardize the commencement of expert depositions for Phase One nor jeopardize the commencement of fact discovery for Phase Two.

In addition, while I appreciate your working with BP to meet and confer in order to complete Phase One production prior to the November 16th start of expert depositions, I believe I was very clear that is the deadline.

Unless we can have concrete assurances that the Phase One production will be complete prior to commencement of expert depositions and that Phase Two document production will be completed sufficiently in advance of January 17th to allow commencement of Phase Two discovery, I will have to order the State to appear before me to show cause why it should not be held in violation of my prior orders. As you know, I have been trying to avoid that.

While I appreciate the size of the task at hand, this work needs to be accomplished in order for me to prepare this case for trial, which I intend to do.

Thank you very much,

Sally Shushan
U.S. Magistrate Judge