From:
Sally Shushan/LAED/05/USCOURTS
To:
a.kanner@kanner-law.com, e.petersen@kanner-law.com, andrew.langan@kirkland.com
Cc:
Marie Firmin/LAED/05/USCOURTS@USCOURTS
Date:
10/21/2011 04:09 PM
Subject:
Louisiana's Production of Documents

Counsel:

I would like to schedule a telephone conference call for some time Tuesday morning to discuss the status of Louisiana's production of documents. As you know, we have a deadline of November 14th to commence expert discovery in Phase One and full Phase One production must be produced sufficiently in advance of that day.

Our second deadline is January 17th when I intend that 30(b)(6) depositions in Phase Two will commence. All Phase Two documents will have to be produced sufficiently in advance of that date for all parties to be adequately prepared.

I need the State of Louisiana to be in a position to give me firm assurances on document production to meet these deadlines or I will have to consider imposing sanctions. I would prefer the assurances.

Please let Marie know your availability for a call on Tuesday morning, other than between 10 and 10:45 a.m.

Thanks very much,

Sally Shushan
U.S. Magistrate Judge