"EXHIBIT A"

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | § § § § § § § | CIVIL ACTION NO. 10-2771 MDL NO. 2179 SECTION: "J" JUDGE CARL BARBIER MAG. JUDGE SALLY SHUSHAN |
| IN RE: TRITON ASSET LEASING GmbH, et al | § § | |

**CLAIM AND ANSWER TO COMPLAINT AND PETITION FOR EXONERATION FROM OR LIMITATION OF LIABILITY OF COURTNEY KEMP, INDIVIDUALLY, AS REPRESENTATIVE OF THE ESTATE OF ROY WYATT KEMP, AND AS NATURAL TUTORIX OF K.J.K AND C.M.K., MINOR CHILDREN**

**************************************************************************

Filed on April 20, 2011
In Case Number: 2:10-cv-02771-CJB-SS
Docket Number: 428