**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL NO. 2179<br><br>SECTION:   J<br><br>JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: CASE 2:10-cv-04360-CJB-SS (10-4360) | § § | <br>MAG. JUDGE SHUSHAN |

******************************************************************************

**NOTICE OF APPEARANCE AND
DESIGNATION OF LEAD CONSEL**

PLEASE TAKE NOTICE that Claimant Heber Morales files this Notice of Appearance and Designation of Lead Counsel and would respectfully show the Court that:

**I.**

Claimant hereby designates Jimmy Williamson as his lead counsel in the above-referenced litigation and provides the following contact information:

Jimmy Williamson
Williamson & Rusnak
4310 Yoakum Boulevard
Houston, Texas 77006
(713)223-3330 Telephone
(713)223-0001 Facsimile
Email:  jimmy@jimmywilliamson.com

1
NOTICE OF APPEARANCE AND DESIGNATION OF LEAD COUNSEL

Respectfully Submitted,

    */s/ Jimmy Williamson*
JIMMY WILLIAMSON, ESQ.
ATTORNEY IN CHARGE
TEXAS SBN: 21624100/ FEDERAL ID.: 3760
jimmy@jimmywilliamson.com
MICHAEL W. KERENSKY
TEXAS SBN: 11331500
CYNDI M. RUSNAK, ESQ.
TEXAS SBN: 24007964
crusnak@jimmywilliamson.com
WILLIAMSON & RUSNAK
4310 YOAKUM BOULEVARD
HOUSTON, TEXAS 77006
(713) 223-3330 TELEPHONE
(713) 223-0001 FACSIMILE

**ATTORNEYS FOR CLAIMANT HEBER MORALES**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on all known counsel of record in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice in accordance with the procedures established in MDL 2179, on this the 26th day of October, 2011.

    */s/ Jimmy Williamson*
Jimmy Williamson