UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | **SECTION: J** |
| | * | |
| | * | **JUDGE BARBIER** |
| **This Document Applies to:** | * | |
| **11-1136** | * | **MAG. JUDGE SHUSHAN** |
| | * | |

### ORDER

In light of the Court's recent Order Granting Plaintiff Art Catering's Motion to Remand (*see* Case No. 11-1136, Rec. Doc. 6), **IT IS ORDERED** that Defendant David B. Gorney and Jimmy M. Podaras's **Motion to Dismiss** (Rec. Doc. 3927) is hereby **DENIED AS MOOT**.

New Orleans, Louisiana, this 26th day of October, 2011.

_____
UNITED STATES DISTRICT JUDGE