UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | * | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN THE | * | |
| GULF OF MEXICO, on APRIL 20, 2010 | * | |
| | * | SECTION: J |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE BARBIER |
| | * | |
| VESSEL OF OPPORTUNITY ("VoO") | * | MAG. JUDGE SHUSHAN |
| CONTRACT DISPUTE CLAIMS | * | |
| | * | |

*******************************************

## ORDER

CONSIDERING Plaintiffs' Motion for Leave to File Amended Statement of Undisputed

Facts:

IT IS ORDERED that Plaintiffs be and are hereby granted leave to amend their Statement

of Undisputed Material Facts [Doc 4035-2].

Signed this 26th day of _____October_____, 2011, New Orleans, Louisiana.

_____
United States District Judge

1