From:
"Bloomer, Andrew B." <abloomer@kirkland.com>
To:
"'Sally_Shushan@laed.uscourts.gov'" <Sally_Shushan@laed.uscourts.gov>
Cc:
"'Mike_OKeefe@laed.uscourts.gov'" <Mike_OKeefe@laed.uscourts.gov>, "'A.Kanner@kanner-law.com'" <A.Kanner@kanner-law.com>, "'e.petersen@kanner-law.com'" <e.petersen@kanner-law.com>, "'TerrellM@ag.state.la.us'" <TerrellM@ag.state.la.us>, "Langan, Andrew" <alangan@kirkland.com>, "dkhaycraft@liskow.com" <dkhaycraft@liskow.com>, "'reholden@liskow.com'" <reholden@liskow.com>, "sherman@hhkc.com" <sherman@hhkc.com>, "'jimr@wrightroy.com'" <jimr@wrightroy.com>, "Mike.Underhill@usdoj.gov" <Mike.Underhill@usdoj.gov>, "CMaze@ago.state.al.us" <CMaze@ago.state.al.us>, "'dsc2179@liskow.com'" <dsc2179@liskow.com>
Date:
09/21/2011 07:53 AM
Subject:
MDL 2179 -- Meet and confer re search protocol for Louisiana Attorney General's office

Dear Judge Shushan:

In its Order Regarding Louisiana's Motion for Reconsideration (Rec. Doc. 3956), the Court ruled that, "By Friday, September 16, 2011, Louisiana and BP shall meet and confer on a proposed search protocol for hard copy and ESI from the Office of the Louisiana Attorney General.  If they cannot agree on a protocol by Wednesday, September 21, 2011, then on that date they shall submit separate protocols as proposed orders."

The parties have conferred and agree to the following Phase 1 protocol:

1.  The State will search ESI for the following custodians:

--Attorney General Caldwell

--James Trey Phillips (First Assistant Attorney General)

--Megan Terrell (Assistant Attorney General; Section Chief, Environment Civil/Public Protection Divisions)

--David A. Peterson (Assistant Attorney General; Lands and Natural Resources)

--Ryan M. Seidemann (Assistant Attorney General; Section Chief, Lands & Natural Resources)

2.  The State will use BP's search terms (as previously provided) along with the September 19, 2010 cutoff date ordered by the Court, and will produce all non-privileged responsive ESI.  In addition, the State will produce all non-privileged responsive hard copy documents that are not duplicates of the State's ESI production, again using the September 19, 2010 cutoff date.

3.  With respect to ESI production from the Attorney General's office, the State does not need to include/produce items that are part of the public record (such as Coast Guard Hearing transcripts and materials) but shall produce any transmittals of such public record documents.

Respectfully submitted,

Andrew Bloomer

Andrew B. Bloomer, P.C. | Kirkland & Ellis LLP
300 North LaSalle Street | Chicago, IL 60654
312.862.2482 Phone | 312.862.2200 Fax |
773.456.5688 Cell | andrew.bloomer@kirkland.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*