## UNITED STATES DISTRICT OF COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | § | MDL No. 2179 |
| "DEEPWATER HORIZON" in the | § | |
| GULF OF MEXICO, | § | SECTION:  J |
| on APRIL 20, 2010 | § | |
| | § | JUDGE BARBIER |
| Applies to:   All Cases | § | |
|               2:10-cv-02771 | § | MAG. JUDGE SHUSHAN |
| | § | |
| _____ | § | |

## NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL
## AND REQUEST FOR NOTICE

On behalf of Halliburton Energy Services, Inc., ("HESI"), undersigned counsel gives

notice of the appearance of the following as additional counsel for HESI:

Peter Ayers
Texas Bar No. 24009882
McKool Smith
300 W. 6th Street, Suite 1700
Austin, Texas  78701
(512) 692-8700
payers@mckoolsmith.com

Aimee Fagan
State Bar No. 24010299
McKool Smith
300 Crescent Court, Suite 1500
Dallas, Texas  75201
(214) 978-4000
afagan@mckoolsmith.com

Steve Pollinger
State Bar No. 24011919
McKool Smith
300 W. 6th Street, Suite 1700
Austin, Texas  78701
(512) 692-8700
spollinger@mckoolsmith.com

Ted Stevenson
State Bar No. 19196650
McKool Smith
300 Crescent Court, Suite 1500
Dallas, Texas  75201
(214) 978-4000
tstevenson@mckoolsmith.com

Marc Mukasey
Bracewell & Giuliani LLP
1251 Avenue of the Americas, 49th Floor
New York, New York  10020-1104
(212) 508-6134
Marc.Mukasey@bgllp.com

Jason Hutt
Washington D.C. Bar No. 465497
Bracewell & Giuliani LLP
2000 K. Street NW, Suite 500
Washington, District of Columbia 20006-1872
(202) 828-5800
Jason.Hutt@bgllp.com

Respectfully Submitted,

**GODWIN RONQUILLO PC**

**By:** _/s/  Donald E. Godwin_
Donald E. Godwin
*Attorney-in-charge*
State Bar No. 08056500
dgodwin@GodwinRonquillo.com
Bruce W. Bowman, Jr.
State Bar No. 02752000
bbowman@GodwinRonquillo.com
Jenny L. Martinez
State Bar No. 24013109
jmartinez@GodwinRonquillo.com
Floyd R. Hartley, Jr.
State Bar No. 00798242
fhartley@GodwinRonquillo.com
Gavin E. Hill
State Bar No.  00796756
ghill@GodwinRonquillo.com
Renaissance Tower
1201 Elm, Suite 1700
Dallas, Texas 75270-2041
Telephone: (214) 939-4400
Facsimile: (214) 760-7332

and

R. Alan York
State Bar No. 22167500
AYork@GodwinRonquillo.com
Jerry C. von Sternberg
State Bar No. 20618150
JVonSternberg@GodwinRonquillo.com
Misty Hataway-Coné
State Bar No. 24032277
MCone@GodwinRonquillo.com
1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone:  713.595.8300
Facsimile:  713.425.7594

**ATTORNEYS FOR DEFENDANT
HALLIBURTON ENERGY
SERVICES, INC.**

3

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance of Additional Counsel and Request for Notice was filed electronically with the Clerk of the Court using the CM/ECF system and that notice of this filing will be sent to all counsel through the CM/ECF system on this 27th day of October, 2011.

/s/ Donald E. Godwin
Donald E. Godwin