UNITED STATES DISTRICT OF COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL No. 2179 SECTION: J JUDGE BARBIER |
| Applies to:  All Cases 2:10-cv-02771 | § § § § | MAG. JUDGE SHUSHAN |

_____

**ORDER GRANTING HALLIBURTON ENERGY SERVICES INC.'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**

On this day the Court heard and considered Halliburton Energy Services, Inc.'s Motion for Leave to File Documents Under Seal.

The Court after reviewing the Motion, finds that good cause has been shown, and that Halliburton Energy Services, Inc.'s Motion should be and is in all things GRANTED.

IT IS HEREBY ORDERED that Halliburton Energy Services, Inc. is permitted to file under seal Exhibits 1-19 (as referenced in its Motion) to be included the record.

New Orleans, Louisiana this 26th day of October, 2011.

_____
UNITED STATES DISTRICT JUDGE