# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: OIL SPILL by the OIL RIG** | § | **MDL NO. 2179** |
| **"DEEPWATER HORIZON" in the** | § | |
| **GULF OF MEXICO, on APRIL 20, 2010** | § | **SECTION: J** |
| | § | |
| | § | **JUDGE BARBIER** |
| *Applies to:* **Civil Action 10-2771 Only** | § | |
| | § | **MAG. JUDGE SHUSHAN** |
| | § | |
| **IN RE COMPLAINT AND PETITION** | § | |
| **OF TRITON ASSET LEASING GmbH,** | § | |
| **TRANSOCEAN HOLDINGS LLC,** | § | |
| **TRANSOCEAN OFFSHORE DEEPWATER** | § | |
| **DRILLING, INC., AND TRANSOCEAN** | § | |
| **DEEPWATER, INC., AS OWNER,** | § | |
| **MANAGING OWNER, OWNERS PRO-HAC** | § | |
| **VICE, AND/OR OPERATORS OF THE** | § | |
| **MODU DEEPWATER HORIZON, IN A** | § | |
| **CAUSE FOR EXONERATION FROM OR** | § | |
| **LIMIATION OF LIABILITY** | § | |

## FINAL MOTION TO DISMISS OF SENTRY INSULATION, INC., WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Sentry Insulation, Inc., Doc. No. 358, and suggests to the Court that all matters and claims filed by the said Sentry Insulation, Inc., against any party, including, but not limited to, all British Petroleum entitles, all Transocean entities, and all other Defendants listed on Attachment "A" to the *Gulf Coast Claims Facility Release and Covenant Not to Sue* signed by Sentry Insulation, Inc. in this controversy have all been amicably settled and fully compromised, and moves that same be dismissed with full prejudice, each party bearing its own costs.

Respectfully submitted,

/s/E. J. Saad
E.J. Saad (AL861451)
Attorney for Plaintiff, Sentry Insulation, Inc.
ejsaad@ejsaadlaw.com

1

OF COUNSEL:

E. J. SAAD LAW FIRM
6207 Cottage Hill Road
Suite G
Mobile, Alabama 36609
Tel. No. (251) 660-0888
Fax No. (251) 660-0777

## CERTIFICATE OF SERVICE

I do hereby certify that the above and foregoing document has been served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2179 on this 27th day of October, 2011.

/s/ E. J. Saad
E. J. Saad (AL861451)