IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § § § § § § § § § § § § § § § | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |
| *Applies to:* Civil Action 10-2771 Only | | |
| IN RE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, TRANSOCEAN HOLDINGS LLC, TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., AND TRANSOCEAN DEEPWATER, INC., AS OWNER, MANAGING OWNER, OWNERS PRO-HAC VICE, AND/OR OPERATORS OF THE MODU DEEPWATER HORIZON, IN A CAUSE FOR EXONERATION FROM OR LIMITATION OF LIABILITY | | |

## ORDER OF DISMISSAL, WITH PREJUDICE

Considering the above and foregoing Final Motion of Dismissal, with Prejudice,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all matters in this controversy filed by Sentry Insulation, Inc., Doc. No. 358, against any party including, but not limited to, all British Petroleum entities, all Transocean entities, and all other Defendants listed on the Attachment A to the Gulf Coast Claims Facility Release and Covenant Not To Sue, be and the same hereby are dismissed in their entirety with full prejudice, each party to bear its own costs.

Signed in New Orleans, Louisiana this ____ day of _____, 2011.

_____
Honorable Carl J. Barbier
UNITED STATES DISTRICT JUDGE