## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE OIL SPILL BY THE OIL RIG * <br> "DEEPWATER HORIZON" IN THE * <br> GULF OF MEXICO ON APRIL 20, 2010 * <br> * <br> THIS DOCUMENT RELATES: * <br> * <br> John Arata; et al. v. BP America Production * <br> Company; et al. * <br> Case No. 1:11-02530 * | MDL NO. 2179 |

## NOTICE OF APPEARANCE

Steven L. Nicholas of the law firm of Cunningham Bounds, LLC files his Notice of Appearance as additional counsel for Plaintiffs John Arata; Southern Sports Fishing, Inc.; Larry Scott; Robert Ellington; Daniel L. Jemison, Sr.; Donald L. Mizell, Jr.; David Bryan; White Martin; Samuel Mason, Jr.; Zach Meadows; Master Mike, Inc.; J.I.N., L.L.C.; Andy Yarborough; Fish Trap Charters, L.L.C.; Robert Anderson; Thomas J. Ard; Blue Water Yacht Sales and Services, Inc.; Richard Bosarge; Quinn Breland; Clarence L. Bryant; Captain Mike's Deep Sea Fishing, Inc.; Emily Chambliss; Jeff Chambliss; Donald Jerome Christian; Steven Cook; Charles Crawford; Christopher Dean; Edward M. Deupree, III; Cletes DiNero; Gary Downs; Todd Drummond; Daniel P. Eggers; Erica Lynn, Inc.; Peter Fill; Marlin D. Fillers; Michael J. Fillers; David Forwood; Stephen C. Foust; Chandelyn Gates; Shane Greene; Steve Harrington; Donnie S. Harris; Paul Hightower; Bobby Huff; Dana James; Laurie Jones; Sarah Koptis; David Krause; Patrick Kraver; Bill Kreamer; Robert Kritzmire; Terry Lilley; Timothy Marine; James B. McDonough, III; Mary W. McLaughlin; Brian McNab; Mike Miller; Morris Marine, LLC; Farrell Morris; Matthew Morris; Thomas Myers; Joseph

L. Nash; James Noel; James Nowell; Marcus Oliver; Christopher Pfeiffer; Tommy Price; Lynn Pridgen; Rob Reese; Jake Richards; Michael Salley; Barry Scott; Chris Shutt; Paul D. Smith; Thomas H. Smith; Malissa Sommerville; Southland, L.L.C.; Lyle Stephens; Allen Still; David A. Stiller; Jon Swenson; The Morris Agency, LLC; Trawler Becky Lyn, Inc.; Trawler Lady Catherine, Inc.; Trawler Little Brothers, Inc.; Hans Van Aller IV; Matthew B. Walker, Jr.; Peter Wall; Bryan Watts, Jr.; Billy J. Wilkerson, Jr.; Tessa Wilkerson; Wonderland Express, Inc.; Barry Wyatt; and Yarings of Texas, Inc. in the above-styled cause.

/s/ Steven L. Nicholas
STEVEN L. NICHOLAS  (NICHS2021)
Cunningham Bounds, LLC
Post Office Box 66705
Mobile, Alabama  36660
251-471-6191
251-479-1031 (fax)
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on this the 27th day of October, 2011, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Steven L. Nicholas
STEVEN L. NICHOLAS