# Exhibit E

**Invoice Log ID:** 12648        Date Received: 7/6/2010

**Invoice Number:** MA 101        Invoice Date: 7/5/2010        Invoice Amount: 59400

Contract Number: MOB-58046        Vessel Name: MY ANGEL II

Vendor Number: 88V58260 9       Vendor Name: MY ANGEL II, INC.

Job Number: 850 26 09        City:        State:        Zip: 0

Phone: 228-323-3549

Start Date: 5/31/2010        End Date: 6/13/2010

Charter: False        Charter Charges: 0

Crew: False        Crew Charges: 0

Training: False        TrainingCharges: 0

Other: False        No. Crew Members: 0

Approved Date:

Invoice Pd Date:

## Calculation Worksheet - Authorization Form

|  |  |  |  |  |
|---|---|---|---|---|
|  | CALCULATED DAYS: 14 |  |  | VESSEL LENGTH: 79.00 |
|  | CALCULATED CREW SIZE: 3 |  |  | OVERRIDE CREW SIZE: 0 |
|  | CALCULATED DAY RATE: 3000.00 |  |  | OVERRIDE DAY RATE: 0.00 |
| BP1-N-CHART | NUMBER CHARTER DAYS: 14 | dayrate: 3000.00 |  | CHARTER AMOUNT: 42000.00 |
| BP1-N-CREW | NUMBER 12 HOUR DAYS: 14 | 12HRCrew#: 4 |  | CREW AMT12HRDAY: 16800.00 |
| BP1-N-CREW | NUMBER 8 HOUR DAYS: 0 | 8HRCrew#: 0 |  | CREW AMT 8HRDAY: 0.00 |
| BP1-N-TRAIN | NUMBER TRAINING DAYS: 3 |  |  | TRAINING AMOUNT: 600.00 |
| BP1-N-FUEL |  |  |  | FUEL EXPENSE: 0.00 |
| BP1-N-MISC |  |  |  | GROCERIES: 0.00 |
| BP1-N-TRAVEL |  |  |  | TRAVEL EXPENSE: 0.00 |
| BP1-N-MISC | MISC EXP DESCRIPTION: |  |  | AMOUNT: 0.00 |
|  | Approval Batch Number: 0714MKB |  |  | TOTAL: 59400.00 ✓ |
|  | Dispute Description: |  |  | Dispute Amount: 0.00 |
|  | Authorization Comment: |  |  |  |



READY FOR MAS
7/14/2010

Confidential        BP-HZN-2179VOO00002368

mob #58046

12648
Rc

# INVOICE

**Company / Owner (Person to be paid):** My Angel II
**Address:** 15217 Lisa Dr.
**City, State, Zip Code:** Biloxi, MS 39532
**Phone Number:** (228) 323-3549

**INVOICE #** MA 101
**TODAY'S DATE:** ~~July 5, 2010~~

**TO:**
BP Vessels of Opportunity
c/o Danos & Curole Staffing, LLC
PO Box 1460
Larose, LA 70373

**FOR:**
Vessels of Opportunity
**Vessel Name:** My Angel II
**Vessel License #:** 1060187
**BP Contract #:** ~~illegible~~

mob #58046

**TIME PERIOD WORKED - (Cannot be a future date)**
**Beginning Date:** May 31 - 2010
**Ending Date:** June 13 - 2010

**WORK LOCATION - Where did you work out of: ie...Venice, Mobile, etc.**

| DESCRIPTION | QUANTITY | DAYS | RATE | AMOUNT |
|---|---|---|---|---|
| **Vessel Services:** | | | | |
| 79' waterline 94' overall length Vessel > 65' | N/A | 14 | $3,000 / day | $42,000 |
| Vessel >45' - 65' | N/A | | $2,000 / day | |
| Vessel 30' - 45' | N/A | | $1,500 / day | |
| Vessel < 30' | N/A | | $1,200 / day | |
| **Initial Fuel Costs:** | | | | |
| Crew Member Rates | | | $200/8hr day | |
| Crew Member Rates | 4 | 14 | $300/12hr day | $16,800 |
| **Crew Member Training** | | | | |
| Training Location: Biloxi Mississippi | | | | |
| Training Class Name: MGCC | | | | |
| Crew Members: Ho. Nguyen | 3 | 1 | $200/8hr day | $600 |
| Tran Van Nam | | | | |
| Duc Ngoc Nguyen | | | | |
| Nguyen Tam Thanh | | | | |
| **Specialized Equipment:** | | | | |
| food / groceries | | 14 | | |
| | | | **TOTAL $** | $59,400 |

Once completed
Email invoices to: voo@danos.com
Fax invoices to: 985-693-4688
Mail invoices to: Danos & Curole Staffing, 13083 Hwy 308, Larose, LA 70373

DC
7/7/10

Confidential

BP-HZN-2179VOO00002369

mob # 58046

## DAILY TIME RECORD

For Vessels of Opportunity

Company / Owner (Person to be paid): mY ANGeL II
Address: 15217 Lisa DR
City, State, Zip Code: BiLoxi mS 39532
Phone Number: 228-323-3549 — 228-424-8901
FAX (If applicable):
EMAIL: kim Lan NGuyen @ Hot. maiL . com

DATE: July 5, 2010
Vessel Name: mY ANGeL II
BP Contract #: mOB #58046

| Crew Member's Name - Please PRINT | Crew Member's Signature | Address | Phone Number w/area code |
|---|---|---|---|
| Hoi NGuyen | [sig] | 15217 Lisa DR Biloxi mS 39532 | 228-323-3549 |
| TRan Van Nam | [sig] | 369 ceDar DR D IBeRViLLe ms 39540 | 228-323-3777 |
| Duc Ngoc Nguyen | [sig] | 6577 coRTez CR ocean sPRing ms 39564 | 228-343-2980 |
| Nguyen tam thanh | [sig] | 3074 BiG Ridge Rd aPT #4 BiLoxi mS 35940 | 228-313-0748 |

Must be completed and signed each day and submitted with invoice.
Email with invoice to: vob@danos.com
Fax with invoice to: 985-693-4635
Mail with invoice to: Danos & Curole Staffing, 33083 Hwy 308, Larose, LA 70373

Confidential                                    BP-HZN-2179VOO00002370





DUC N NGUYEN — Gulf Clean Up — Vietnamese — PEC600009756 — www.pecpremier.com — MC252- POST EMERGENCY RESPONSE





NAM V TRAN — Gulf Clean Up — PEC600019198 — www.pecpremier.com — MC252- POST EMERGENCY RESPONSE



HOI V NGUYEN — Gulf Clean Up — Vietnamese — PEC600009757 — www.pecpremier.com — MC252- POST EMERGENCY RESPONSE

Confidential

BP-HZN-2179VOO00002371