# Exhibit H

1

```
 1          UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF LOUISIANA
 2

 3   IN RE:  OIL SPILL        )   MDL NO. 2179
     BY THE OIL RIG           )
 4   "DEEPWATER HORIZON" IN    )   SECTION "J"
     THE GULF OF MEXICO, ON    )
 5   APRIL 20, 2010            )   JUDGE BARBIER
                              )   MAG. JUDGE SHUSHAN
 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20             Deposition of ROBERT STEPHEN
21   GAMS, taken at Pan-American Building,
22   601 Poydras Street, 11th Floor, New Orleans,
23   Louisiana, 70130, on the 25th day of October,
24   2011.
25
```

**PURSUANT TO CONFIDENTIALITY ORDER**

125

```
 1          A.      Yes.
 2          Q.      And what were you doing every
 3     day in between August 5 and December?
 4          A.      Trying to get my life back
11:04  5     together.
 6          Q.      And were you -- where was the
 7     COOL BREEZE from August 5, 2010 to
 8     December 10th, 2010?
 9          A.      Zeke's Marina.
11:04 10          Q.      And did you do anything with the
11     COOL BREEZE between August 5, 2010 and
12     December 10th, 2010?
13          A.      I believe there is a few days
14     where I did run a couple of fishing trips,
11:05 15     and we deducted those days from the -- the
16     period.
17          Q.      You deducted those days from
18     what period?
19          A.      That we're contesting.
11:05 20          Q.      Let's go back to the
21     interrogatories.  It's Exhibit 67.
22     Specifically your response to Interrogatory
23     No. 6.  So it says, "COOL BREEZE received
24     income from several charter trips during the
11:06 25     fall of 2010"; is that correct?
```

**PURSUANT TO CONFIDENTIALITY ORDER**

1       A.      That's correct.

2       Q.      Okay.  And how many trips,

3   charter trips did the COOL BREEZE go on

4   during the fall of 2010?

11:06  5       A.      I believe it was four short

6   trips, less than six hours.  Four-hour trips,

7   I believe they were.

8       Q.      And when did these charter trips

9   occur?

11:06 10       A.      I don't recall specifically.

11      Q.      All right.  Do you -- is -- do

12  you have approximate dates of these charter

13  trips?

14      A.      Late fall.

11:07 15       Q.      Like, in November?

16      A.      Yes.

17      Q.      You had four trips.  And how

18  much were you compensated for each of these

19  trips?

11:07 20       A.      $600.

21      Q.      For each trip, $600?

22      A.      Yes.

23      Q.      And where did these trips occur?

24      A.      In the Gulf of Mexico.

11:07 25       Q.      Okay.  And you participated in

**PURSUANT TO CONFIDENTIALITY ORDER**

1   THE STATE OF LOUISIANA :
    PARISH    OF    ORLEANS :

2
    I, PHYLLIS WALTZ, a Certified Court Reporter,
3   Registered Professional Reporter, and
    Certified Realtime Reporter in and for the
4   State of Louisiana, do hereby certify that
    the facts as stated by me in the caption
5   hereto are true; that the above and foregoing
    answers of the witness, ROBERT STEPHEN GAMS,
6   to the interrogatories as indicated were made
    before me by the said witness after being
7   first duly sworn to testify the truth, and
    same were reduced to typewriting under my
8   direction; that the above and foregoing
    deposition as set forth in typewriting is a
9   full, true, and correct transcript of the
    proceedings had at the time of taking of said
10  deposition.
11  I further certify that I am not, in any
    capacity, a regular employee of the party in
12  whose behalf this deposition is taken, nor in
    the regular employ of his attorney; and I
13  certify that I am not interested in the
    cause, nor of kin or counsel to either of the
14  parties.
15  GIVEN UNDER MY HAND AND SEAL OF OFFICE, on
    this, the 25th day of OCTOBER, 2011.
16

17

18                              _____
                                PHYLLIS WALTZ, RPR, CRR
19                              TEXAS CSR, TCRR NO. 6813
                                Expiration Date:  12/31/11
20                              LOUISIANA CCR NO. 2011010
                                Expiration Date:  12/31/11
21

22  Worldwide Court Reporters, Inc.
    Firm Certification No. 223
23  3000 Weslayan, Suite 235
    Houston, Texas   77027
24  (713) 572-2000
25

**PURSUANT TO CONFIDENTIALITY ORDER**