# Exhibit J



# EXHIBIT A

IN RE: OIL SPILL by "Deepwater Horizon"

MDL 2179          SECTION: J          HON. CARL J. BARBIER

## VoO CONTRACT CLAIM PLAINTIFF FACT SHEET

Last Name __Nguyen__

First Name __Hoi__

Middle/Maiden __Van__          Suffix _____

Street Address __15301 Lisa Drive__

City/State/Zip __Biloxi, MS 39532__

Phone Number __228-323-3549__  Email Address _____

Employer Name __Self-employed__

Job Title/Description __Owner/Captain__

Business Address _____

Business City/State/Zip _____

Attorney Name __Robert Wiygul__

Law Firm __Waltzer & Wiygul__

Attorney Address __1011 Iberville Drive__

Attorney City/State/Zip __Ocean Springs, MS 39564__

Original Case Caption (if applicable) _____

Originating Court _____

Original EDLA Civil Action No./Short Form 10-8888 Doc. Ref. No. __63576__

Did you serve a PPF in MDL 2179:  ☐ yes  ☑ no

If yes, date of PPF _____

Claim Filed with BP  ☑ yes  ☐ no   If yes, BP Claim No. __unknown__

PSC-VOO-00000001

Claim Filed with GCCF ☑ yes ☐ no   If yes, GCCF Claimant ID No. **1025984**

VoO Master Vessel Charter Agreement Number **MOB 58046**

Date of Contract **5-18-10**

Vessel Name **My Angel II**

Daily Vessel Rate **$3000**

Dates Instructed to Work **See attached (1)**

From Whom Instruction to Work was Received **See attached (2)**

Wages received to date **Charter Hire of $250,150**

Did you receive safety training ☑ yes ☐ no   If yes, when? **See attached (3)**

Was any vessel decontamination performed? ☑ yes ☐ no

   If yes, date of decontamination **See attached (4)**

Was vessel decontamination completed? ☑ yes ☐ no

   If yes, date of decontamination completion **9-16-10**

Did you receive charter termination notification? ☑ yes ☐ no

   If yes, date received **8-27-10 and 10/5/11**

Did your vessel sustain damage? ☑ yes ☐ no

Brief Description / Primary Valuation of Claim other than information provided above:

Total time invoiced but not paid for the vessel and crew: $182,400

Vessel was also damged in the amount of $50,025 for propeller, generator,

ropes,hull's paint and stain. Damage amount approved for $14,835.

                                                      8/5/11
_____           _____
**Attorney / VoO Plaintiff Signature**              Date
**Robert Wiygul**
**Print Name**