# Exhibit N

# Off-Hire Deactivation Check Sheet

Vessel Name: My Angel II    USCG Documentation # 1060187 or
State Registration # _____    Vessel Length: 19 FT.   Homeport: Biloxi, MS

Circle One – Recreational or **Commercial** Boater/**Fisherman** – If Commercial, please provide License type and Number: Shrimp & Fish    VoO Contract Number: MOB 58046

Please confirm decontamination procedure was completed: **YES** or NO (circle one)

Please provide the following information:

1. On hire Date: 5-31-10
2. Off hire Date including time: 7-19-10
3. Amount of Days Activated: 49 Days

Did you incur any damages to your vessel during the activation period: YES or **NO** (circle one)
If yes, please provide details _____

Did you or anyone in your crew incur any personal injury during activation: YES or **NO** (circle one)
If yes please provide details _____

Has all equipment provided to you for your VoO mission been returned to BP? YES or **NO** (circle one)
Please provide the date of return and name of person who accepted it: _____

Contact Information:
Vessel Owner: Hoi Nguyen
Captain: Hoi Nguyen
Crew member(s) 1. Tam Nguyen
2. Duc Nguyen

Would you be willing to participate in the VESSEL OF OPPORTUNITY program again: YES or NO (circle one)

Date: 7-18-10  Owner/Captain: Hoi Nguyen  Signature: X _____
Date: 7-18-10  Inspector: Harvey Schindler  Signature: _____

Confidential
BP-HZN-2179VOO00002389


Confidential
BP-HZN-2179VOO0000002390



Confidential



