UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig   MDL NO. 2179
    "Deepwater Horizon" in the Gulf
    of Mexico, on April 20, 2010   SECTION J

Applies to: *All Cases*   JUDGE BARBIER
    MAGISTRATE JUDGE SHUSHAN

## ORDER

[Regarding Allocation for Chemali and Garrison]

**A.**  **Roland Chemali**.

The deposition of Roland Chemali is set for one day on **Thursday, November 3, 2011.** He is employed by Halliburton.  BP requests 210 minutes for its examination time.  It is the only party requesting the deposition.

|  | Standard Allocation | Revised Allocation |
|---|---|---|
| PSC | 145 minutes | 68 minutes |
| U.S. | 55 minutes | 35 minutes |
| States | 45 minutes | 15 minutes |
| Halliburton | 37 minutes | 50 minutes |
| Transocean | 37 minutes | 40 minutes |
| BP | 48 minutes | 200 minutes |
| Cameron | 37 minutes | 10 minutes |
| Anadarko | 22 minutes | 8 minutes |
| MOEX | 8 minutes | 8 minutes |
| Weatherford | 8 minutes | 8 minutes |
| M-I Swaco | 8 minutes | 8 minutes |

|  | | |
|---|---|---|
| Drill Quip | 0 minutes | 0 minutes |
| **Total** | **450 minutes** | **450 minutes** |

B.   **Greg Garrison**.

The deposition of Greg Garrison is set for one day on **Friday, November 4, 2011.** He has been designated to testify in response to a Rule 30(b)(6) deposition notice for Oilfield Testing & Consulting, the cement laboratory utilized by the Joint Investigation Team. BP contends that the deposition will focus on testing conducted and reports prepared for the JIT. BP requests that its examination be increased from 48 minutes to 150 minutes.

|  | Standard Allocation | Revised Allocation |
|---|---|---|
| PSC | 145 minutes | 71 minutes |
| U.S. | 55 minutes | 35 minutes |
| States | 45 minutes | 20 minutes |
| Halliburton | 37 minutes | 90 minutes |
| Transocean | 37 minutes | 37 minutes |
| BP | 48 minutes | 150 minutes |
| Cameron | 37 minutes | 15 minutes |
| Anadarko | 22 minutes | 8 minutes |
| MOEX | 8 minutes | 8 minutes |
| Weatherford | 8 minutes | 8 minutes |
| M-I Swaco | 8 minutes | 8 minutes |
| Drill Quip | 0 minutes | 0 minutes |
| **Total** | **450 minutes** | **450 minutes** |

**Any appeal of this order must be filed no later than 4:00 p.m. on Tuesday, November 1, 2011.**

New Orleans, Louisiana, this 28th day of October, 2011.

                                                  **SALLY SHUSHAN**
                                                  **United States Magistrate Judge**