IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 § § § § § *Applies to:* Civil Action 10-2771 Only § § IN RE COMPLAINT AND PETITION § OF TRITON ASSET LEASING GmbH, § TRANSOCEAN HOLDINGS LLC, § TRANSOCEAN OFFSHORE DEEPWATER § DRILLING, INC., AND TRANSOCEAN § DEEPWATER, INC., AS OWNER, § MANAGING OWNER, OWNERS PRO-HAC § VICE, AND/OR OPERATORS OF THE § MODU DEEPWATER HORIZON, IN A § CAUSE FOR EXONERATION FROM OR § LIMITATION OF LIABILITY § | MDL NO. 2179 SECTION: J JUDGE BARBIER MAG. JUDGE SHUSHAN |

## ORDER OF DISMISSAL, WITH PREJUDICE

Considering the above and foregoing Final Motion of Dismissal, with Prejudice,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all matters in this controversy filed by Sentry Insulation, Inc., Doc. No. 358, against any party including, but not limited to, all British Petroleum entities, all Transocean entities, and all other Defendants listed on the Attachment A to the Gulf Coast Claims Facility Release and Covenant Not To Sue, be and the same hereby are dismissed in their entirety with full prejudice, each party to bear its own costs.

Signed in New Orleans, Louisiana this 27th day of October, 2011.

_____
United States District Judge

1