## CONFERENCE ATTENDANCE RECORD

**DATE:** 10-28-11      **TIME:** 9:30

**CASE NAME: IN RE: DEEPWATER HORIZON, ET AL.**

**DOCKET NUMBER & SECTION: MDL 2179**

**DISCOVERY STATUS    CONFERENCE**

# ☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| J. B. Tarter | M-I |
| Don Godwin | Halliburton |
| Alan York | " |
| Jenny Martinez | " |
| Stefanie Major | " |
| WADE HAMMETT | TO |
| Tony Fitch | ANADARKO |
| Dan Goforth | TO |
| Rick Murphy | TO |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Ryan Babbitt | BP |
| Andy Langan | BP |
| Deb Kuchler | Anadarko |
| Steve Herman | PSC |
| Jeff Breit | PSC |
| Jimmy Williamson | PSC |
| Brian Barr | PSC |
| Don Haycraft | BP |
| Dennis Barrow | DRIL - Quip |
| Doug Kraus | Halliburton |
| Carmelite Bertaut | Cameron |
| Phil Wittman | Cameron |
| Mike Underhill | US |
| Phil Niziolek | MOEX |
| Will Baldwin | Weatherford |
| Anthony Irpino | PSC |
|  |  |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Cory Maze for State of Alabama

Ed Flanders for MOEX

Mary Rose Alexander - Nalco

Skip McAloon - Dynamic

Mark Nomil

Ted Szerkeritis

Rob Gasaway

Sarah Hemmelhoch

Bill Stradley

David Goodwin