**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig**<br>    **"Deepwater Horizon" in the Gulf**<br>    **of Mexico, on April 20, 2010** | **MDL NO. 2179**<br><br>**SECTION J** |
| **Applies to:** *All Cases* | **JUDGE BARBIER**<br>**MAGISTRATE JUDGE SHUSHAN** |

<u>**REVISED ORDER**</u>

**[Regarding Revised Allocation for Chemali and Garrison]**

On October 28, 2011, an order was issued for the allocation of examination time for Roland

Chemali and Greg Garrison in response to requests from BP for additional examination time.  After

the preparation of the order, a request was received for additional examination time for Halliburton

for Chemali.  The PSC also requested significant time with both persons.

**A.**     <u>**Roland Chemali**</u>.

The deposition of Roland Chemali is set for one day on **Thursday, November 3, 2011.**  BP

reports that: (1) Chemali was a member of a Halliburton investigation team that conducted post-

incident analyses; (2) Halliburton described him as having analyzed Sperry data and hydrocarbon

zones; (3) it has an interest in Chemali's analyses on these topics; and (4) it was the only party that

pursued depositions of Halliburton's post-incident investigation members.  The requests are:  (1) BP

- 210 minutes; (2) Halliburton - 120 minutes; and (3) PSC - significant time.

| | Standard<br><u>Allocation</u> | Revised<br><u>Allocation</u> |
|---|---|---|
| PSC | 145 minutes | 70 minutes |
| U.S. | 55 minutes | 20 minutes |
| States | 45 minutes | 10 minutes |
| Halliburton | 37 minutes | 90 minutes |

| | | |
|---|---|---|
| Transocean | 37 minutes | 40 minutes |
| BP | 48 minutes | 180 minutes |
| Cameron | 37 minutes | 8 minutes |
| Anadarko | 22 minutes | 8 minutes |
| MOEX | 8 minutes | 8 minutes |
| Weatherford | 8 minutes | 8 minutes |
| M-I Swaco | 8 minutes | 8 minutes |
| Drill Quip | 0 minutes | 0 minutes |
| **Total** | **450 minutes** | **450 minutes** |

B.      **Greg Garrison**.

The deposition of Greg Garrison is set for one day on **Friday, November 4, 2011.**  He has

been designated to testify in response to a Rule 30(b)(6) deposition notice for Oilfield Testing &

Consulting, the cement laboratory utilized by the Joint Investigation Team.  BP contends that the

deposition will focus on testing conducted and reports prepared for the JIT.  BP requests that its

examination be increased from 48 minutes to 150 minutes.

| | Standard Allocation | Revised Allocation |
|---|---|---|
| PSC | 145 minutes | 71 minutes |
| U.S. | 55 minutes | 35 minutes |
| States | 45 minutes | 20 minutes |
| Halliburton | 37 minutes | 90 minutes |
| Transocean | 37 minutes | 37 minutes |
| BP | 48 minutes | 150 minutes |

| | | |
|---|---|---|
| Cameron | 37 minutes | 15 minutes |
| Anadarko | 22 minutes | 8 minutes |
| MOEX | 8 minutes | 8 minutes |
| Weatherford | 8 minutes | 8 minutes |
| M-I Swaco | 8 minutes | 8 minutes |
| Drill Quip | 0 minutes | 0 minutes |
| **Total** | **450 minutes** | **450 minutes** |

**Any appeal of this order must be filed no later than 4:00 p.m. on Tuesday, November 1, 2011.**

New Orleans, Louisiana, this 28th day of October, 2011.

**SALLY SHUSHAN**
**United States Magistrate Judge**

3