**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL NO. 2179 SECTION:  J JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: CASE 2:10-cv-04360-CJB-SS (10-4360) | § § | MAG. JUDGE SHUSHAN |

*******************************************************************************

**EX PARTE MOTION TO SUBSTITUTE COUNSEL OF RECORD**

NOW INTO COURT, through the undersigned counsel, comes Plaintiff Heber Morales, and respectfully moves this Honorable Court for an order substituting Jimmy Williamson (Texas Bar No. 21624100) of the law firm of Williamson & Rusnak as counsel of record for Plaintiff Heber Morales in the place of Benny Agosto, Jr. and the law firm of Abraham, Watkins, Nichols, Sorrels, Agosto & Friend.

ACCORDINGLY, Plaintiff respectfully prays that an Order be issued enrolling Jimmy Williiamson (Texas Bar No. 21624100) of the law firm of Williamson & Rusnak as Plaintiff's counsel for Heber Morales and Benny Agosto, Jr. and the law firm of Abraham, Watkins, Nichols, Sorrels, Agosto & Friend be removed as counsel of record for Heber Morales in this matter.

Respectfully Submitted,

   */s/ Jimmy Williamson*
JIMMY WILLIAMSON, ESQ.
ATTORNEY IN CHARGE
TEXAS SBN: 21624100/ FEDERAL ID.: 3760
jimmy@jimmywilliamson.com
MICHAEL W. KERENSKY
TEXAS SBN: 11331500
CYNDI M. RUSNAK, ESQ.
TEXAS SBN: 24007964
crusnak@jimmywilliamson.com
WILLIAMSON & RUSNAK
4310 YOAKUM BOULEVARD
HOUSTON, TEXAS 77006
(713) 223-3330 TELEPHONE
(713) 223-0001 FACSIMILE


   */s/ Benny Agosto, Jr.*
BENNY AGOSTO, JR., ESQ.
TEXAS SBN: 00794981
bagosto@abrahamwatkins.com
ABRAHAM, WATKINS, NICHOLS, SORRELS, AGOSTO & FRIEND
800 COMMERCE
HOUSTON, TEXAS 77002
(713) 222-7211 TELEPHONE
(713) 225-0827 FACSIMILE


## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2011, I electronically filed the foregoing with Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice to all counsel of record in accordance with the procedures established in MDL 2179.

   */s/ Jimmy Williamson*
Jimmy Williamson