# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL NO. 2179<br><br>SECTION:  J<br><br>JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: CASE 2:10-cv-04360-CJB-SS (10-4360) | § § | <br>MAG. JUDGE SHUSHAN |

## ORDER

Considering the foregoing Motion to Substitute Counsel of Record;

**IT IS ORDERED** that Jimmy Williamson and the law firm of Williamson & Rusnak be enrolled to participate fully as counsel of record for Plaintiff HEBER MORALES in the above entitled and numbered action.

**IT IS FURTHER ORDERED** that Benny Agosto, Jr. of the law firm Abraham, Watkins, Nichols, Sorrels, Agosto & Friend be removed as counsel of record for HEBER MORALES in this matter.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE