UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TERRY G. ROBIN, ET AL.** | **CIVIL ACTION** <br> **NO.: 10-1986** |
| **VERSUS** | **SECTION "J"(1)** |
| **SEACOR MARINE, LLC, ET AL.** | **Hon. Carl J. Barbier** <br> **Mag. Judge Sally Shushan** |

## FINAL JUDGMENT

Considering the Court's Order and Reasons of October 12, 2011, entered in MDL 2179- *In re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010* (Rec. Doc. 4285 in C.A. 10-md-2179),

IT IS ORDERED, ADJUDGED, AND DECREED that there be judgment in favor of defendants, Seacor Marine, LLC, Seacor Marine, Inc., Seacor Marine International, Inc., Nautical Ventures, LLC, Island Ventures, II, Gulf Offshore Logistics, LLC, M/V Monica Ann, M/V Joe Griffin, M/V Mr. Sidney, M/V Seacor Washington, M/V Seacor Vanguard, and M/V Hilda Lab, and against Plaintiffs, Terry G. Robin, Carolyn Friere, Dorothy Molero, Janice Gonzales, Janet Estavez, Ricky Estavez, Anabelle Nunez, Dardenella Long, David Estaves, Karen Scott, Marie Campo, Larry Frilot, and B.M. Perry II, Ltd., individually and on behalf of the putative classes identified, dismissing said plaintiffs' claims with prejudice.

New Orleans, Louisiana, this ____ day of _____, 2011.

_____
**UNITED STATES DISTRICT JUDGE**