UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF NAUTICAL SOLUTIONS LLC, AS OWNER OF THE M/V MR. SIDNEY. PETITIONING FOR EXONERATION FROM OR LIMITTION OF LIABILITY | CIVIL ACTION<br><br>NO.:  10-4169<br><br>SECTION "J"(1)<br><br>Hon. Carl J. Barbier<br>Mag. Judge Sally Shushan |

**OBJECTIONS AND OPPOSITION TO PROPOSED JUDGMENT**

NOW COME Claimants in Limitation Proceedings and respectfully represent that:

Petitioners in Limitation in their proposed judgments fail to recognize that the Court made no determination as to their entitlement to limitation of liability due to the lack of privity and knowledge, nor does it recognize that the Court made no determination as to negligence. The Court based its decision on a finding that the damages alleged were not foreseeable.

The proposed judgment also calls for an assessment of costs to which Claimants/Plaintiffs object.  Assessment of costs should be considered on motion of a party and in this case for many reasons including the fact that negligence was not and cannot be considered on Rule 12 Motion to Dismiss and because Limitation Petitioners for their benefit brought the Limitation Proceedings, costs should be denied.

Claimants/Plaintiffs submit herewith their Proposed Judgments.

Respectfully submitted,

*/s/ LLOYD N. FRISCHHERTZ*

-1-

**Lloyd N. Frischhertz, (#5749)**
Marc L. Frischhertz, (#29194)
Dominick F. Impastato, III, (#29056)
FRISCHHERTZ, POULLIARD,
FRISCHHERTZ & IMPASTATO, LLC
1130 St. Charles Avenue
New Orleans, LA  70130
Telephone:  (504) 523-1500
Facsimile:   (504) 581-1670
*Attorneys for Claimants*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Objections and Opposition to Proposed Judgment has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 28th day of October, 2011.

/s/ Lloyd Frischhertz_____
Lloyd Frischhertz
