UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | * * * * | MDL NO. 2179 |
| THIS DOCUMENT RELATES: | * * | |
| Clyde Crawford ; et al. v. BP America Production Company; et al. Case No. 2:11-00521 | * * * | |

## NOTICE OF APPEARANCE

Steven L. Nicholas of the law firm of Cunningham Bounds, LLC files his Notice of Appearance as additional counsel for Plaintiffs Clyde Crawford, Shirley Crawford, Gary R. Huey, Bobby C. Huff, Jason Shepherd, David Simms, Sr., Capt'n Snapper, Inc., Coastal Water Cleaning Service, LLC, Michael Sirmon, Sue Anderson, Brian Armstrong, Darlene Baird, Brock D. Barbour, Jeffrey Barnes, Ruffus Barnes, Skylar Beagle, Bobco, LLC, Larry W. Braswell, William H. Brehm & Associates, Inc., William H. Brehm, Donnetta Cheramie, Ron Cherry, Michael Choron, Choron Enterprises, Inc., Kenneth Collier, Charles W. Day, Jr., Bobby C. Devaney, Jr., J. Douglas Ferguson, Frank Ford, Gary Gabel, Larry Griffin, Steve Haas, Siriporn Hall, Ben Harvard, SouthBound Fisheries, Inc., Robert Hendsbee, Stephen Hodges, Doran Hoffman, Fester Fish Company, Inc., Gary Howell, Croaker Choker, Inc., Foster B. Johnson, Paul Allen Jones, Jr., Paul Allen Jones, III, K & B Offshore, LLC, Tim Kirkland, Jan Meyrick, Jerry Lambert, Mark Langan, William Lightfoot, Jonathan Linton, James McKenzie, Gerald N. Miller, Jr., Rodney L. Moralis, Terry Moralis, Johnny Nelson, Calvin Nolen, Tylor Parker, Patricia Lee, LLC, David Neal Pearce, Leonard D. Pridgen,

Donald Ray, Sherrie Reas, Lee Redmon, David Rice, Paul Rose, K & R, LLC, Farrell Ryan, James Schlumpf, East Coast Contracting, Inc., Shellie Schwartz, Sidney Schwartz, Pornchai Singhasiri, Jerry Smith, Emery Sprinkle, Kenneth Sprinkle, William B. Stanford, Jr., Marty Starling, Robert Stock, Robert Stoddard, Kyle Stone, Gregory L. Strickland, Randy Sutton, Brandon Tillman, Kathleen Trent, Bach Van Ha, Steve Vayda, Erness Walker, Michael R. Weaver, Jennifer Webster, Darryl Wescovich, Jeff Wilkinson, Kathy Wilkinson, Michael Williams and Z. Byron Yoder in the above-styled cause.

STEVEN L. NICHOLAS (NICHS2021)
Cunningham Bounds, LLC
Post Office Box 66705
Mobile, Alabama  36660
251-471-6191
251-479-1031 (fax)
Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 31st day of October, 2011, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

STEVEN L. NICHOLAS