UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010<br><br>THIS DOCUMENT RELATES TO:<br><br>10-1986, 10-3895, 10-3896, 10-3897, 10-4168, 10-4169, 11-58, AND ALL CASES IN PLEADING BUNDLE B4 | CIVIL ACTION<br><br>MDL NUMBER: 2179<br><br>SECTION "J"<br><br>JUDGE BARBIER<br>MAGISTRATE SHUSHAN |

**JOINT NOTICE OF SUBMISSION BY EMERGENCY RESPONDER DEFENDANTS IN RESPONSE TO COURT'S REQUEST FOR PROPOSED JUDGMENTS**

The Emergency Responder Defendants[1] file this joint notice of submission in response to the Court's request for proposed judgments following the issuance of the Court's Order and Reasons of October 12, 2011 (Rec. Doc. 4285) (the "B4 Opinion"), which, with one exception,[2] dismissed with prejudice all claims asserted by the B4 Claimants in the limitation actions Nos. 10-3895, 10-3896, 10-3897, 10-4168, 10-4169, and 11-58. The Emergency Responder Defendants enclose with this notice proposed final judgments and decrees of exoneration for each of those limitation actions. Furthermore, the Emergency Responder Defendants also

---

[1] The "Emergency Responder Defendants" are the petitioners in the above-captioned limitation actions, namely Seacor Holdings, Inc., Seacor Offshore LLC, Seacor Marine, LLC, Seacor Worldwide, Inc., Siemens Financial, Inc. (collectively, "Seacor"), Island Ventures II, LLC, Nautical Solutions, LLC, Monica Ann, L.L.C., JNB Operating, L.L.C., and Gulf Offshore Logistics, L.L.C.

[2] The personal injury claim of DuWayne Mason in limitation action No. 10-3896 [Rec. Doc. 1941, C.A. 10-md-2179] was not subject to the joint motion to dismiss and remains pending, as does a separate individual lawsuit filed by Mr. Mason [C.A. 11-826]. The proposed judgment in limitation action No. 10-3896 complies with Rule 54(b) of the Federal Rules of Civil Procedure and counsel for Mr. Mason has advised that he has no objection to the proposed judgment.

enclose with this notice a proposed judgment in *Terry G. Robin, et al. v. Seacor Marine, L.L.C., et al.*, Civil Action No. 2:10-cv-01986 (E.D. La. filed July 14, 2010). Because the claims dismissed by the B4 Opinion adopted the allegations of the *Robin* complaint in their entirety, the Emergency Responder Defendants believe it is also appropriate for a final judgment to be issued in the *Robin* case.

Pursuant to the Court's instruction, all of the enclosed proposed judgments were sent to counsel for the B4 Claimants on October 26, 2011, some of whom indicated that they may file competing proposals with the Court.[3]

The Emergency Responder Defendants respectfully request that the Court enter the enclosed proposed judgments.

Respectfully submitted,

/s/ *Gary A. Hemphill*
Gary A. Hemphill, T.A. (#6768)
Hugh Ramsay Straub (#12525)
**PHELPS DUNBAR LLP**
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130

---

[3] It is acknowledged that counsel for the *Robin* claimants filed draft judgments into the record on October 28, 2011. These drafts had not been provided to counsel for the Emergency Responder Defendants before they were filed with the Court. The Court should be aware that apart from the obvious differences in wording, there are some factual inaccuracies in the claimants' submissions. For example, in Civil Action 11-58, the M/V MONICA ANN limitation action, the *Robin* claimants' proposed Final Judgment and Decree of Exoneration contains an erroneous citation within, regarding the date of the filing of said limitation action in the claimants' proposed form.

Michael J. Lyle (DC Bar #475078, IL Bar #6199227)
**WEIL, GOTSHAL & MANGES LLP**
1300 Eye Street, NW, Suite 900
Washington, DC 20005
Telephone: (202) 682-7157
Facsimile: (202) 857-0940

Theodore E. Tsekerides (NY Bar #2609642)
Jeremy T. Grabill (NY Bar #4501755)
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8218
Facsimile: (212) 310-8007

*Attorneys for Seacor Holdings, Inc., Seacor Offshore, LLC, Seacor Marine LLC, Seacor Worldwide, Inc., and Siemens Financial, Inc.*


/s/ *Robert P. McCleskey*
Robert P. McCleskey, Jr. (#9151)
Raymond T. Waid (#31351)
**PHELPS DUNBAR LLP**
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130

*Attorneys for Island Ventures II, LLC and Nautical Solutions, LLC*


/s/ *William J. Riviere*
William J. Riviere, T.A. (#20593)
**PHELPS DUNBAR LLP**
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130

*Attorneys for Monica Ann, L.L.C., JNB Operating, L.L.C., and Gulf Offshore Logistics, L.L.C.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Joint Notice of Submission By Emergency Responder Defendants in Response to Court's Request for Proposed Judgments has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 31st day of October, 2011.

*/s/ Gary A. Hemphill*
GARY A. HEMPHILL
HUGH RAMSAY STRAUB