# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TERRY G. ROBIN, ET AL.** | **CIVIL ACTION NO. 10-1986** |
| **VERSUS** | **SECTION "J"** |
| **SEACOR MARINE, L.L.C., ET AL.** | **JUDGE BARBIER**<br>**MAGISTRATE SHUSHAN** |

## FINAL JUDGMENT

Considering the Court's Order and Reasons of October 12, 2011, entered in MDL 2179 - *In re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010* (Rec. Doc. 4285 in C.A. 10-md-2179),

IT IS ORDERED, ADJUDGED, AND DECREED that there be judgment in favor of defendants, Seacor Marine, L.L.C., Seacor Marine, Inc., Seacor Marine International, Inc., Nautical Ventures, L.L.C., Island Ventures II, Gulf Offshore Logistics, L.L.C., MV Monica Ann, MV Joe Griffin, MV Mr. Sidney, MV Seacor Washington, MV Seacor Vanguard, and MV Hilda Lab, and against plaintiffs, Terry G. Robin, Carolyn Friere, Dorothy Molero, Janice Gonzales, Janet Estavez, Ricky Estavez, Anabelle Nunez, Dardinella Long, David Estavez, Karen Scott, Marie Campo, Larry Frilot, and B.M. Perry II, Ltd., individually and on behalf of the putative classes identified, dismissing said plaintiffs' claims with prejudice and at plaintiffs' costs.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
**UNITED STATES DISTRICT JUDGE**