UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | MDL No. 2179 |
| **"*Deepwater Horizon*" in the Gulf** | * | |
| **of Mexico, on April 20, 2010** | * | SECTION: J |
| | * | |
| **This Document Relates to:** | * | |
| *All Cases in Pleading Bundle B1*; | * | |
| No. 10-2771 | * | |
| | * | JUDGE BARBIER |
| | * | MAGISTRATE SHUSHAN |
| * * * * * * * * * * * * | | |

ANADARKO PETROLEUM CORPORATION
AND ANADARKO E&P COMPANY LP'S SUBMISSION
OF PHASE ONE TRIAL EXPERT RELIANCE EXHIBIT LIST

Anadarko Petroleum Corporation ("APC") and Anadarko E&P Company LP (Anadarko E&P") (together "Anadarko"), by and through their undersigned counsel and in accord with the Court's Order of September 2, 2011 [Doc No. 3916], respectfully submit the following Expert Reliance Exhibit List for Phase One of the February 2012 Limitation and Liability Trial[1]:

    a.  Roger Vernon Expert Reliance Exhibit List

Respectfully submitted,

DATED: October 31, 2011    BINGHAM McCUTCHEN LLP

/s/ *Ky E. Kirby*
Ky E. Kirby
ky.kirby@bingham.com
David B. Salmons

---

[1] By identifying the exhibits listed in Anadarko's Expert Reliance Exhibit List, Anadarko does not concede that any exhibit is necessarily relevant or would be admissible at trial. All exhibits are identified subject to, and without waiving, the arguments, objections and contentions as set forth in Anadarko's Motion *in Limine* to Exclude Evidence Regarding the Anadarko Entities' Knowledge or Access to Information About Well Design and/or Operations on the Macondo Prospect from the Limitation of Liability Trial [Rec. Doc. 4319].

1

david.salmons@bingham.com
Michael B. Wigmore
michael.wigmore@bingham.com
Warren Anthony Fitch
tony.fitch@bingham.com
Randall M. Levine
randall.levine@bingham.com
2020 K Street, NW
Washington, DC 20006-1806
Telephone (202) 373-6000
Facsimile (202) 373-6001

James J. Dragna
jim.dragna@bingham.com
Bingham McCutchen LLP
355 South Grand Avenue
Suite 4400
Los Angeles, California 90071-3106
Telephone (213) 680-6436
Facsimile (213) 680-8636

KUCHLER POLK SCHELL
WEINER & RICHESON, LLC

Deborah D. Kuchler, T.A. (La. Bar No. 17013)
dkuchler@kuchlerpolk.com
Janika Polk (La. Bar No. 27608)
jpolk@kuchlerpolk.com
Robert Guidry (La. Bar No. 28064)
rguidry@kuchlerpolk.com
1615 Poydras Street, Suite 1300
New Orleans, LA  70112
Tel:  (504) 592-0691
Fax:  (504) 592-0696

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 31st day of October, 2011.

*/s/ Ky E. Kirby*
Ky. E. Kirby

# Roger Vernon
## Expert Reliance Exhibit List

Case No. MDL 2179

| TRIAL EX. NO. | BATES RANGE | DATE OF DOCUMENT | DOCUMENT DESCRIPTION | EXPERT |
|---|---|---|---|---|
| TREX-00537 | BP-HZN-MBI00126982 | 4/14/2010 | E-mail chain from Brian Morel to Ronald Sepulvado re: Forward Ops | Vernon |
| TREX-00613 | HAL0050569 - HAL0050581 | 4/16/2010 - 4/20/2010 | Report: Wellspace Inclusive Date Range - MC 252 #1 Macondo (4/16/2010 - 4/20/2010) | Vernon |
| TREX-00614 | HAL0050546 - HAL0050563 | Undated | INSITE Anywhere® Access Log | Vernon |
| TREX-01243 | ANA_MDL-000030610 - ANA_MDL-000030612; APC-HEC1-000001601 - APC-HEC1-000001840 | 12/17/2009 | Ratification and Joinder of Operating Agreement Macondo Prospect between BP Exploration & Production Inc. and MOEX Offshore 2007 LLC | Vernon |
| TREX-02317 | ANA-MDL-000023861 - ANA-MDL-000023866 | 6/10/2010 | E-Mail from Michael Beirne to Naoki Ishii, Jim Bryan and Nick Huch re: First Amendment of Macondo Operating Agreement with attachments | Vernon |
| TREX-02320 | BP-HZN-2179MDL00003296 - BP-HZN-2179MDL00003297 | 4/14/2010 | E-Mail chain from Michael Beirne to Kemper Howe, Aimee Patel and Bryan Ritchie re: Macondo TD & Draft Sub. Op. AFE | Vernon |
| TREX-02635 | ANA-MDL-000005118 - ANA-MDL-000005119 | 4/9/2010 | E-Mail chain from Alan O'Donnell to Robert Quitzau, Paul Chandler, Derek Folger, Dawn Peyton, and Forrest Burton re: Macondo TD Reached | Vernon |
| TREX-02636 | ANA-MDL-000008106 - ANA-MDL-000008108 | 4/13/2010 | E-Mail chain from Alan O'Donnell to Robert Quitzau, Nick Huch, Tim Trautman, Paul Chandler, Forrest Burton, Bert Allbritton, and Dawn Peyton re: Macondo TD & Draft Sub. Op. AFE | Vernon |
| TREX-02638 | | 4/18/2010 | Daily Operations Report - Partners (Completion) (Report No. 4) | Vernon |
| TREX-02639 | | 4/19/2010 | Daily Operations Report - Partners (Completion) (Report No. 5) | Vernon |
| TREX-03239 | BP-HZN-2179MDL01833704 | 10/22/2009 | E-Mail chain from David Rainey to Kemper Howe, Kirk Wardlaw, and Jay Thorseth re: Macondo deals | Vernon |
| TREX-04502 | BP-HZN-CEC020232 - BP-HZN-CEC020235 | 4/27/2010 | Transcription of Brian Morel Interview Notes | Vernon |
| TREX-80000 | BP-HZN-MBI00142276 - BP-HZN-MBI00142284 | 4/13/2010 | MC 252 #1 Macondo TD Forward Plan Review: Production Casing & TA options | Vernon |
| TREX-80001 | | 5/27/2011 | Response of Triton Asset Leasing GMBH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., and Transocean Deepwater Inc. to Defendant Anadarko E&P Company LP's First Set of Requests for Admissions | Vernon |

All exhibits identified subject to Anadarko's Motion in Limine to Exclude Evidence Regarding the Anadarko Entities' Knowledge or Access to Information About Well Design and/or Operations on the Macondo Prospect [Rec. Doc. 4319].

1

# Roger Vernon
## Expert Reliance Exhibit List

Case No. MDL 2179

| TRIAL EX. NO. | BATES RANGE | DATE OF DOCUMENT | DOCUMENT DESCRIPTION | EXPERT |
|---|---|---|---|---|
| TREX-80002 | | 5/27/2011 | Response of Triton Asset Leasing GMBH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., and Transocean Deepwater Inc. to Defendant Anadarko Petroleum Corporation's First Set of Requests for Admissions | Vernon |
| TREX-80003 | | 5/27/2011 | The BP Parties' Responses and Objections to Defendant Anadarko E&P Company LP's First Requests for Admissions | Vernon |
| TREX-80004 | | 5/27/2011 | The BP Parties' Responses and Objections to Defendant Anadarko Petroleum Corporation's First Requests for Admissions | Vernon |
| TREX-80005 | | 10/17/2011 | Expert Drilling Report of Roger Vernon | Vernon |
| TREX-80006 | | 10/17/2011 | Roger Vernon Curriculum Vitae | Vernon |
| TREX-80007 | | 10/17/2011 | Roger Vernon - List of Facts and Documents Considered | Vernon |
| TREX-80008 | | 10/17/2011 | Roger Vernon - List of Facts and Documents Relied Upon | Vernon |

All exhibits identified subject to Anadarko's Motion in Limine to Exclude Evidence Regarding the Anadarko Entities' Knowledge or Access to Information About Well Design and/or Operations on the Macondo Prospect [Rec. Doc. 4319].