UNITED STATES EASTERN DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the Oil Rig "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | * * * * * | MDL NO. 2179<br><br>SECTION: "J" |
| THIS DOCUMENT RELATES TO:<br>  Civil Action No. 10-1245<br>  Darleen Jacobs Levy vs. BP, PLC, ET AL | * * * * | JUDGE BARBIER<br>MAG. Judge Shushan |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the Motion for Acceptance of Limitation Short Form Joinders Filed Beyond the April 20, 2011 Deadline:

It is ORDERED that the late filed Short Form Joinders filed by Jacobs, Sarrat, Lovelace & Harris, identified as various claimants in "Exhibit A", in the action 2:10-cv-08888-CJB-SS are hereby considered to be timely filed claims in the Transocean Limitation (Civil Action No. 10-2771), as well as joinder in the Bundle B1 and/or B3 Amended Master Complaints, in accordance with Pre-Trial Orders Nos. 24 and 25.

New Orleans, Louisiana this _____ day of _____, 2011.

_____
United States District Judge

## Exhibit "A"

| Name of Claimant | Date Filed | Short Form Document # |
|---|---|---|
| Chris Hebert | October 27, 2011 | 52184649 |
| Hadi Alkahby | October 31, 2011 | 52252694 |
| Jamilh Mohsan | October 31, 2011 | 42712878 |