**EXHIBIT
"K"**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico, on April 20, 2010** | * | **SECTION: J** |
| | * | |
| | * | **JUDGE BARBIER** |
| **This Document Applies to:** | * | |
| *10-2771* | * | **MAG. JUDGE SHUSHAN** |
| | * | |

## ORDER

Before the Court is the Motion for Leave to file the State of Louisiana's Answer, Affirmative Defenses to Complaint and Petition of Triton Asset Leasing GmBH, et al., for Exoneration from or Limitation of Liability, and Alternative Claim in Limitation, which was filed on May 3, 2011 (Case No. 10-2771, Rec. Doc. 439). In light of the Court's previous Order accepting claims filed or joined in the Limitation Action by September 16, 2011 (Rec. Doc. 4041; Rec. Doc. 4061),

IT IS ORDERED that the Motion is GRANTED. The Clerk of Court is instructed to file the Proposed Pleading into the Limitation Action, 10-2771, which shall be deemed timely filed.

New Orleans, Louisiana this 22nd day of September, 2011.

_____
United States District Judge