| Bates No. (if applicable) | Deposition Ex. No. (if applicable) | Subject/Description | Expert Report |
|---|---|---|---|
| **Consolidated Weatherford Reliance Exhibit List MDL 2179** | | | |
| | 0001, 0002 | BP DWH Accident Investigation Report and Appendices | Lirette, Calvert, McCormack, Woolie |
| BP-HZN-MBI-00021304 – BP-HZN-MBI-00021347 | 0007 | Brian Morel Interview Notes | McCormack, Calvert, Woolie |
| | 0025 | Deepwater - The Gulf Oil Disaster and the Future of Offshore Drilling, Report to the President: National Commission on the BP Deepwater Horizon Oil Spill and Offshore Drilling (Chapter 4) | Lirette, Calvert, McCormack, Woolie |
| BP-HZN-2179MDL00057261 – BP-HZN-2179MDL00057372; BP-HZN-BLY00163802 – BP-HZN-BLY00408043 | 0093 | GP 10-00 - Drilling and Well Operations Practice-E&P Defined Operating Practice | McCormack |
| BP-HZN-2179MDL00373833 - BP-HZN-2179MDL00373852 | 0094 | BP Group Engineering Technical Practices, GP 10-35 - Well Operations: Group Practice - BP Group Engineering Technical Practices | McCormack, Woolie |
| BP-HZN-2179MDL00269659 – BP-HZN-2179MDL00269673; BP-HZN 2179MDL00057261 - BP-HZN-2179MDL00057372 | 0184 | BP Group Engineering Technical Practices, GP 10-60, Zonal Isolation Requirements During Drilling Operations and Well Abandonment and Suspension | Lirette, McCormack, Calvert, Woolie |
| BP-HZN-BLY00107700 – BP-HZN-BLY00107732; | 0186 | Halliburton Macondo #1-9 7/8"X 7" Production Casing Design Report-For: Brian Morel (4/18/10) | Lirette, McCormack, Calvert |

1

{N2376268.1}

| | Consolidated Weatherford Reliance Exhibit List MDL 2179 | | |
|---|---|---|---|
| **Bates No. (if applicable)** | **Deposition Ex. No. (if applicable)** | **Subject/Description** | **Expert Report** |
| HAL_0010988 - HAL_0011020 | | | |
| | 0199 | Photograph of Sand used by SES for testing of M45AP Float Collars | Lirette |
| BP-HZN-2179MDL00408005 - BP-HZN-2179MDL00408026 | 0215 | BP Drilling and Well Operations Policies ("DWOP"): GP 10-10 - Well Control: Group Practice - BP Group Engineering Technical Practices | Lirette, McCormack, Woolie |
| BP-HZN-BLY00061629 – BP-HZN-BLY00061643 | 0358 | Jim McKay Handwritten Notes - Brian Morel Interview (5/10/10) | McCormack, Calvert, Woolie |
| BP-HZN-OGR000735 – BP-HZN-OGR000747 | 0404 | Application for Revised Bypass, (4/15/10) | McCormack |
| BP-HZN-MBI00129108 | 0547 | Brian Morel ops notes | McCormack, Calvert |
| BP-HZN-2179MDL00161670 | 0566 | Brian Morel ops notes | McCormack, Calvert |
| BP-HZN-2179MDL00330768 - BP-HZN-2179MDL00331163 | 0596 | Transocean Well Control Handbook | Woolie |
| HAL_0048973 - HAL_0048974 | 0604 | Halliburton/Sperry Sun Chart (4/18/10 – 4/20/10) | Lirette, McCormack, Calvert |
| HAL_CG0000515 – HAL_CG0000527 | 0718 | N. Chaisson Tally Book | McCormack, Calvert, Woolie |
| BP-HZN-CEC011406 – BP-HZN-CEC011419; HAL_0011195; HAL_0028665 – HAL_0028678 | 0742 | Halliburton Post Job Report-9 7/8" x 7" Foamed Production Casing Design Post Job Report (4/20/10) | Lirette, McCormack, Calvert, Woolie |

| | | Consolidated Weatherford Reliance Exhibit List MDL 2179 | |
|---|---|---|---|
| **Bates No. (if applicable)** | **Deposition Ex. No. (if applicable)** | **Subject/Description** | **Expert Report** |
| BP-HZN-2179MDL00360844 - BP-HZN-2179MDL00360865 | 0790 | BP Gulf of Mexico SPU Recommended Practice for Cement Design and Operations in DW GoM | McCormack, Calvert |
| HAL_0502206 - HAL_0502242; TRN-INV-00790916 – TRN-INV-00790953 | 0806 | National Commission on the BP Deepwater Horizon Oil Spill and Offshore Drilling Cement Testing Results | McCormack, Calvert |
| BP-HZN-MBI00136946- BP-HZN-MBI00136950 | 0820 | Transocean IADC Daily Drilling Report (4/20/10) | McCormack, Calvert, Woolie |
| BP-HZN-MBI00199222 – BP-HZN-MBI00199253 | 0834 | BP Lead Impression Tool and Lock Down Sleeve Running Procedure (4/13/10) | McCormack, Calvert |
| BP-HZN-MBI 00128340 – BP-HZN-MBI 00128360 | 0841 | BP's GoM Exploration Wells-MC252#1 ST00BP01-Macondo Prospect- 7" x 9 7/8" Interval-April 15, 2010 | Lirette, McCormack, Calvert, Woolie |
| | 0986 | Chief Counsel's Report 2011: National Commission on the BP Deepwater Horizon Oil Spill and Offshore Drilling | Lirette, Calvert, McCormack, Woolie |
| BP-HZN-2179MDL00016162 – BP-HZN-2179MDL00016226 | 1026 | M-I Swaco Drilling Fluids Program | McCormack, Calvert, Woolie |
| BP-HZN-2179MDL0000452101 | 1035 | M-I Swaco Daily And Total Drilling Fluid Discharges, Losses And Recovering Volumes (spreadsheet) | McCormack, Calvert, Woolie |
| BP-HZN-MBI00100386 – BP-HZN-MBI00100402 | 1157 | BP's GoM Exploration Wells-MC252#1-Macondo Prospect- 9 7/8" Casing Interval - January 2010 | McCormack, Calvert |
| | 1339 | Application for Bypass, (3/15/10) | McCormack |

{N2376268.1}

<table>
<tr><td colspan="4"><strong>Consolidated Weatherford<br>Reliance Exhibit List<br>MDL 2179</strong></td></tr>
<tr><td><strong>Bates No.<br>(if applicable)</strong></td><td><strong>Deposition Ex. No. (if applicable)</strong></td><td><strong>Subject/Description</strong></td><td><strong>Expert Report</strong></td></tr>
<tr><td>HAL_0010699 - HAL_0010720</td><td>1388</td><td>Macondo #1 - 9 7/8" X 7" Production Casing Design Report For: Brian Morel (4/15/10)</td><td>Lirette, McCormack, Calvert</td></tr>
<tr><td>BP-HZN-MBI00136940-<br>BP-HZN-MBI00136945</td><td>1455</td><td>Transocean IADC Daily Drilling Report (4/19/10)</td><td>McCormack, Calvert, Woolie</td></tr>
<tr><td>BP-HZN-2179MDL0044144,<br>BP-HZN-2179MDL00417995 –<br>BP-HZN-2179MDL00417996;<br>BP-HZN-2179MDL00418722 –<br>BP-HZN-2179MDL00418723</td><td>1500</td><td>Sperry Sun Surface Time Log (4/20/10)</td><td>Lirette, McCormack, Calvert, Woolie</td></tr>
<tr><td>BP-HZN-CEC022025-<br>BP-HZN-CEC022038;<br>BP-HZN-2179MDL00357044</td><td>1692</td><td>BP PowerPoint TD Forward Plan Review: Production Casing and TA options (4/13/10)</td><td>McCormack</td></tr>
<tr><td>BP-HZN-CEC022145 -<br>BP-HZN-CEC022153</td><td>1699</td><td>BP TD Forward Plan Review:  Production Casing and TA Options (4/13/10)</td><td>McCormack, Calvert, Woolie</td></tr>
<tr><td>BP-HZN-2179MDL00249967-<br>BP-HZN-2179MDL00249987</td><td>1810</td><td>TA Procedure Rev. 2 from B. Morel (4/15/10)</td><td>McCormack, Calvert, Woolie</td></tr>
<tr><td>BP-HZN-MBI00126181;<br>BP-HZN-MDL00272297-<br>BP-HZN-MDL00272317</td><td>1968</td><td>TA Procedure Rev. 1 from B. Morel (4/12/10)</td><td>McCormack, Calvert, Woolie</td></tr>
<tr><td>HAL_0010336 - HAL_0010354</td><td>2040</td><td>Macondo #1-9 7/8" X 7" Production Casing Design Report-For: Brian Morel (4/14/10)</td><td>Lirette, McCormack, Calvert</td></tr>
</table>

{N2376268.1}

| | Consolidated Weatherford Reliance Exhibit List MDL 2179 | | |
|---|---|---|---|
| Bates No. (if applicable) | Deposition Ex. No. (if applicable) | Subject/Description | Expert Report |
| BP-HZN-BLY00130264 – BP-HZN-BLY00130268 | 2158 | Interview of Lee Lambert (with Handwritten Notes) (4/29/10) | McCormack, Calvert, Woolie |
| BP-HZN-BLY00061768 – BP-HZN-BLY00061784 | 3036 | V. Tabler Tally Book-From Tabler Interview (5/4/10) | McCormack, Calvert, Woolie |
| | 3540 | Schlumberger Triple Combo Log for Macondo Well, April 13, 2010 | McCormack, Calvert |
| | 3541 | Schlumberger Laminated Sands Analysis, April 16, 2010 | McCormack, Calvert |
| TRN-INV-01747442 | 3808, 4304 | Transocean Investigation Report, June 2011, Volumes I and II | Lirette, Calvert, McCormack, Woolie |
| BP-HZN-BLY00235651 - BP-HZN-BLY00235660 | 4006 | Application for Revised Bypass | McCormack |
| BP-HZN-SNR00000441 - BP-HZN-SNR00000450 | 4030 | Application for Revised Bypass, (4/14/10), | McCormack |
| BP-HZN-OGR000748 – BP-HZN-OGR000756 | 4044 | Application for Revised Bypass, (4/15/10) | McCormack |
| BP-HZN-CEC020266 – BP-HZN-CEC020275 | 4506 | Brian Morel Interview (5/10/10) | McCormack, Calvert, Woolie |
| BP-HZN-CEC008683 - BP-HZN-CEC008711 | 4751 | Application for Permit to Drill a New Well (5/13/09) | McCormack |
| BP-HZN-2179MDL00001748 - | 4752 | Application for Revised Bypass (3/25/10) | McCormack |

{N2376268.1}

| | Consolidated Weatherford Reliance Exhibit List MDL 2179 | | |
|---|---|---|---|
| **Bates No. (if applicable)** | **Deposition Ex. No. (if applicable)** | **Subject/Description** | **Expert Report** |
| BP-HZN-2179MDL00001763 | | | |
| | 4897 | Oilfield Testing and Consulting Report – August 1, 2011 | McCormack, Calvert |
| | | United States Coast Guard/Bureau of Ocean Energy Management Regulation and Enforcement Joint Investigative Team Report | Lirette, Calvert, McCormack, Woolie |
| TRN-INV-03406202 – TRN-INV-03406252; TRN-INV-01835310 – TRN-INV-01835316; TRN-INV-01835138 – TRN-INV-018351343; TRN-INV-01818937 – TRN-INV-01818945; TRN-INV-01835135 – TRN-INV-01835136; TRN-INV-01818935 – TRN-INV-01818936 | | Testing of Cementing Float: Prepared for Transocean Offshore Deepwater Drilling, Inc. Houston, TX, Stress Engineering Services Inc. February, 2011 | Lirette, McCormack |
| BP-HZN-2179MDL00321876 - BP-HZN-2179MDL00321995; WFT-MDL-00003610 – WFT-MDL-00003729 | | Horizon Incident Float Collar Study – Analysis, Report PN 1101198 Prepared for: BP America Inc. Houston, Texas, Stress Engineering Services Inc.  November 22, 2010 | Lirette, McCormack, Calvert |
| BP-HZN-BLY00126963 – BP-HZN-BLY00127217; | | Engineering Report on Testing of Weatherford M45AP Float Collar, Report PN 1751225 Prepared for: BP | Lirette, McCormack, Calvert |

{N2376268.1}

| | | Consolidated Weatherford Reliance Exhibit List MDL 2179 | |
|---|---|---|---|
| **Bates No. (if applicable)** | **Deposition Ex. No. (if applicable)** | **Subject/Description** | **Expert Report** |
| WFT-MDL-00003370 – WFT-MDL-00003609 | | America Inc. Houston, Texas, Stress Engineering Services Inc.  November 22, 2010 | |
| TRN-INV-01859997 – TRN-INV-01860055 | | George Birch, Review of Macondo #1 7" x 9-7/8" Casing Cementation, April 7, 2011 | McCormack, Calvert |
| TRN-INV-03291121 – TRN-INV-03291157 | | Phil Rhae, Deepwater Horizon Macondo Blowout: A Review of Cement Design and Procedures, October 20, 2010 | McCormack, Calvert |
| | | Expert Report of Brent Lirette, October 17, 2011 | Lirette |
| BP-HZN-2179MDL00003541 - BP-HZN-2179MDL00003545; BP-HZN-2179MDL00005433 – BP-HZN-2179MDL00005438; BP-HZN-2179MDL03426590 – BP-HZN-2179MDL03426594; BP-HZN-2179MDL00004012  - BP-HZN-2179MDL00004018; | | BP Daily Drilling Operations Report – Partners (Completion) (4/16, 17, 18, 19/10) | Lirette, McCormack, Calvert, Woolie |
| BP-HZN-2179MDL00005249 - BP-HZN-2179MDL00005254 | | BP Daily Operations Report – Partners (Drilling), April 9, 2010 | McCormack |
| BP-HZN-2179MDL00001095 - BP-HZN-2179MDL00001218 | | BP's Initial Exploration Plan-Mississippi Canyon Block 252-OCS-G 32306-February 2009 | McCormack |
| BP-HZN-CEC008714 – BP-HZN-CEC008726 | | BP's GoM Exploration Wells - MC252#1 - Macondo Prospect-Well Information-September 2009 | McCormack |

{N2376268.1}

| | Consolidated Weatherford Reliance Exhibit List MDL 2179 | | |
|---|---|---|---|
| **Bates No. (if applicable)** | **Deposition Ex. No. (if applicable)** | **Subject/Description** | **Expert Report** |
| TRN-MDL-01534954 – TRN-MDL-01535172 | | BP Well Plan: September 2009 Drilling Program | Lirette |
| BP-HZN-2179MDL01313651- BP-HZN-2179MDL01313766 | | BP Well Plan: January 2010 Drilling Program | Lirette |
| BP-HZN-CEC009003 | | TA Procedure Rev. 0 from B. Morel, et al. (1/27/10) | McCormack, Calvert, Woolie |
| BP-HZN-2179MDL00062905 - BP-HZN-2179MDL00062912 | | Application for Revised New Well (1/12/10) | McCormack |
| BP-HZN-2179MDL00001449 - BP-HZN-2179MDL00001456 | | Application for Revised New Well (1/25/10) | McCormack |
| BP-HZN-2179MDL00001333- BP-HZN2179MDL00001336 | | Application for Permit to Modify (3/10/10) | McCormack |
| BP-HZN-2179MDL00526317 - BP-HZN-2179MDL00526320 | | Application for Permit to Modify, (4/16/10) | McCormack |
| BP-HZN-MBI00129052 | | Brian Morel email (4/20/10) | McCormack, Calvert, Woolie |
| BP-HZN-BLY00103032 – BP-HZN-BLY00103038 | | BP Incident Investigation Team – Notes of Interview with Mark Hafle July 8, 2010 | McCormack, Calvert |
| BP-HZN-2179MDL00044347 - BP-HZN-2179MDL00044348 | | April 13, 2010 Email from Robert Bodek to Michael Beirne re: Macondo TD | McCormack |
| HAL_0010592 – HAL_0010611 | | Halliburton Macondo #1 – 9 7/8"X7" Production Casing Design Report – For: Brian Morel (4/15/10) | Lirette, McCormack, Calvert |
| HAL_0010699 – HAL_0010720 | | Halliburton 9 7/8"X 7" Production Casing Proposal | Lirette |

8

| | Consolidated Weatherford Reliance Exhibit List MDL 2179 | | |
|---|---|---|---|
| **Bates No. (if applicable)** | **Deposition Ex. No. (if applicable)** | **Subject/Description** | **Expert Report** |
| | | (4/15/10) | |
| BP-HZN-CEC011444 – BP-HZN-CEC011455 | | Halliburton 9 7/8"X 7" Production Casing Proposal (4/17/10) | Lirette, McCormack, Calvert |
| BP-HZN-CEC008381-008392 | | Halliburton 9 7/8"X 7" Production Casing Proposal (4/18/10) | Lirette |
| BP-HZN-CEC021441 – BP-HZN-CEC021452 | | Halliburton 9 7/8" x 7" Production Casing report, April 18, 2010 | McCormack, Calvert |
| HAL_0011210 – HAL_0011221 | | Halliburton 9.875" x 7" Foamed Production Casing Post Job Report, April 20, 2010: | McCormack, Calvert |
| HAL_0478843 | | Sperry Drilling Services Daily Operations Report #79, April 20, 2010, | McCormack, Calvert |
| BP-HZN-BLY00132084 | | Halliburton Realtime Data | McCormack, Calvert |
| BP-HZN-2179MDL00413137 | | April 21, 2010 e-mail from Lee Lambert | McCormack, Calvert, Woolie |
| HAL_0011208 - HAL_0011209 | | N. Chaisson e-mail to J. Gagliano April 20, 2010 5:45 a.m. with attached report | McCormack, Calvert, Woolie |
| WFT-MDL-00000037 – WFT-MDL-00000043 | | Weatherford Tubular Running Services Running Log for the Production Casing String Installed on the Macondo Well, 4/17/2010 | Lirette |
| WFT-MDL-00134920 | | Weatherford Post-Incident API RP 10F Category III C Test on 7" Model M45AP Float Collar - Results of API Performance Tests on Cementing Float Equipment | Lirette |
| WFT-MDL-00134921 – | | Weatherford Post-Incident API RP 10F Category III C | Lirette |

| | Consolidated Weatherford Reliance Exhibit List MDL 2179 | | |
|---|---|---|---|
| **Bates No. (if applicable)** | **Deposition Ex. No. (if applicable)** | **Subject/Description** | **Expert Report** |
| WFT-MDL-00134940 | | Test on 7" Model M45AP Float Collar - Weatherford Lab Test Report, Report Number: ERPT-642, 7" Model M45AP Float Collar, Category IIIC Test Performed per API RP 10F, Project Number: P15501, 4/7/11 | |
| WFT-MDL-00134941 | | Weatherford Post – Incident Simulation Test Regarding Conversion of Float Collar:  Graph of Flow through Auto-Fill Tube v. FC with SurgeMod (1) | Lirette |
| WFT-MDL-00134942 | | Weatherford Post – Incident Simulation Test Regarding Conversion of Float Collar:  Graph of Flow through Auto-Fill Tube v. FC with SurgeMod (2) | Lirette |
| WFT-MDL-00134943 – WFT-MDL-00134951 | | Weatherford Post – Incident Simulation Test Regarding Conversion of Float Collar:  SurgeMOD_WD – Surge and Swab Hydraulics Model (1), Hydraulics Analysis of BP Macondo 9-5/8" x 7" Liner | Lirette |
| WFT-MDL-00134952 – WFT-MDL-00134960 | | Weatherford Post – Incident Simulation Test Regarding Conversion of Float Collar:  SurgeMOD_WD – Surge and Swab Hydraulics Model (2), Hydraulics Analysis of BP Macondo 9-5/8" x 7" Liner | Lirette |
| WFT-MDL-00134961 – WFT-MDL-00134969 | | Weatherford Post – Incident Simulation Test Regarding Conversion of Float Collar:  SurgeMOD_WD – Surge and Swab Hydraulics Model (3), Hydraulics Analysis of BP Macondo 9-5/8" x 7" Liner | Lirette |
| WFT-MDL-00134970 – WFT-MDL-00134978 | | Weatherford Post – Incident Simulation Test Regarding Conversion of Float Collar:  SurgeMOD_WD – Surge and Swab Hydraulics Model (4), Hydraulics Analysis | Lirette |

{N2376268.1}

| | | Consolidated Weatherford Reliance Exhibit List MDL 2179 | |
|---|---|---|---|
| **Bates No. (if applicable)** | **Deposition Ex. No. (if applicable)** | **Subject/Description** | **Expert Report** |
| | | of BP Macondo 9-5/8" x 7" Liner | |
| WFT-MDL-00134979 – WFT-MDL-00134987 | | Weatherford Post – Incident Simulation Test Regarding Conversion of Float Collar:  SurgeMOD_WD – Surge and Swab Hydraulics Model (5), Hydraulics Analysis of BP Macondo 9-5/8" x 7" Liner | Lirette |
| WFT-MDL-00134988 – WFT-MDL-00134996 | | Weatherford Post – Incident Simulation Test Regarding Conversion of Float Collar:  SurgeMOD_WD – Surge and Swab Hydraulics Model (6), Hydraulics Analysis of BP Macondo 9-5/8" x 7" Liner | Lirette |
| WFT-MDL-00134997 – WFT-MDL-00135005 | | Weatherford Post – Incident Simulation Test Regarding Conversion of Float Collar:  SurgeMOD_WD – Surge and Swab Hydraulics Model (7), Hydraulics Analysis of BP Macondo 9-5/8" x 7" Liner | Lirette |
| WFT-MDL-00135006 – WFT-MDL-00135014 | | Weatherford Post – Incident Simulation Test Regarding Conversion of Float Collar:  SurgeMOD_WD – Surge and Swab Hydraulics Model (8), Hydraulics Analysis of BP Macondo 9-5/8" x 7" Liner | Lirette |
| WFT-MDL-00135015 – WFT-MDL-00135023 | | Weatherford Post – Incident Simulation Test Regarding Conversion of Float Collar:  SurgeMOD_WD – Surge and Swab Hydraulics Model (9), Hydraulics Analysis of BP Macondo 9-5/8" x 7" Liner | Lirette |
| WFT-MDL-00135024 – WFT-MDL-00135032 | | Weatherford Post – Incident Simulation Test Regarding Conversion of Float Collar:  SurgeMOD_WD – Surge and Swab Hydraulics Model (10), Hydraulics Analysis of BP Macondo 9-5/8" x 7" Liner | Lirette |
| WFT-MDL-00135033 – | | Weatherford Post – Incident Simulation Test Regarding | Lirette |

{N2376268.1}

| | Consolidated Weatherford Reliance Exhibit List MDL 2179 | | |
|---|---|---|---|
| Bates No. (if applicable) | Deposition Ex. No. (if applicable) | Subject/Description | Expert Report |
| WFT-MDL-00135041 | | Conversion of Float Collar:  SurgeMOD_WD – Surge and Swab Hydraulics Model (11), Hydraulics Analysis of BP Macondo 9-5/8" x 7" Liner | |
| WFT-MDL-00135042 – WFT-MDL-00135050 | | Weatherford Post – Incident Simulation Test Regarding Conversion of Float Collar:  SurgeMOD_WD – Surge and Swab Hydraulics Model (12), Hydraulics Analysis of BP Macondo 9-5/8" x 7" Liner | Lirette |
| WFT-MDL-00135051 – WFT-MDL-00135059 | | Weatherford Post – Incident Simulation Test Regarding Conversion of Float Collar:  SurgeMOD_WD – Surge and Swab Hydraulics Model (13), Hydraulics Analysis of BP Macondo 9-5/8" x 7" Liner | Lirette |
| WFT-MDL-00135060 – WFT-MDL-00135063 | | Weatherford Post – Incident Simulation Test Regarding Conversion of Float Collar:  Orifice Pressure Drop Chart | Lirette |
| WFT-MDL-00135064 – WFT-MDL-00135065 | | Weatherford Post – Incident Simulation Test Regarding Conversion of Float Collar:  Materials Specification, Design Based Materials Specification – Copper Based Alloy Shear Products for Liner Systems Applications | Lirette |
| WFT-MDL-00135066 – WFT-MDL-00135068 | | Weatherford Post – Incident Simulation Test Regarding Conversion of Float Collar:  Testing Specifications, Inspection and Testing for Weatherford Brass and Aluminum Shear Screws | Lirette |
| WFT-MDL-00022635 – WFT-MDL-00022636 | | 4/1/10 Weatherford Delivery Ticket re: Reamer Shoe, Float Collar and Centralizer Subs | McCormack, Calvert |
| WFT-MDL-00089857 | | Thread Certification for Reamer Shoe, Stewart Tubular | Lirette |

| | Consolidated Weatherford<br>Reliance Exhibit List<br>MDL 2179 | | |
|---|---|---|---|
| **Bates No.<br>(if applicable)** | **Deposition<br>Ex. No.<br>(if<br>applicable)** | **Subject/Description** | **Expert Report** |
| | | Products, 1/26/10 | |
| WFT-MDL-00134904 –<br>WFT-MDL-00134909 | | MTRs for Reamer Shoe | Lirette |
| WFT-MDL-00003280 –<br>WFT-MDL-00003281 | | Part List and Assembly Drawing for Reamer Shoe | Lirette |
| WFT-MDL-00003282 –<br>WFT-MDL-00003285 | | QA/QC Documents for Weatherford Reamer Shoe | Lirette |
| WFT-MDL-00003240 –<br>WFT-MDL-00003258 | | QA/QC Documents for Weatherford Centralizer Subs<br>Manufactured for Nexen Petroleum | Lirette |
| BP-HZN-BLY00130779 –<br>BP-HZN-BLY00130780;<br>BP-HZN-BLY00132294;<br>WFT-MDL-00003320 –<br>WFT-MDL-00003322 | | Parts List and Assembly Drawings for Bow Spring<br>Centralizer Subs | Lirette |
| BP-HZN-BLY00129074 –<br>BP-HZN-BLY00129096;<br>WFT-MDL-00003296 –<br>WFT-MDL-00003319 | | QA/QC and Manufacturing Procedures for SSR Plug<br>Set | Lirette |
| BP-HZN-BLY00129069 –<br>BP-HZN-BLY00129071;<br>WFT-MDL-00003291 –<br>WFT-MDL-00003293 | | Invoice for sale to BP in April 2010 (Plug Set) | Lirette |
| BP-HZN-BLY00129072-<br>BP-HZN-BLY00129073;<br>WFT-MDL-00003294 – | | Certificates of Compliance (Plug Set) | Lirette |

{N2376268.1}

| | Consolidated Weatherford Reliance Exhibit List MDL 2179 | | |
|---|---|---|---|
| **Bates No. (if applicable)** | **Deposition Ex. No. (if applicable)** | **Subject/Description** | **Expert Report** |
| WFT-MDL-00003295 | | | |
| WFT-MDL-00003289 – WFT-MDL-00003290 | | Air Freight of SSR Plugs | Lirette |
| WFT-MDL-00003287 – WFT-MDL-00003288 | | Part List and Assembly Drawing for the WFT SSR Plug Set | Lirette |
| WFT-MDL-00134874 – WFT-MDL-00134897 | | Weatherford Technical Unit, Dual Wiper Plug Cementing Systems DWPNR System, March 25, 2010 | Lirette, McCormack, Calvert |
| WFT-MDL-00003237 – WFT-MDL-00003259; WFT-MDL-00003270 – WFT-MDL-00003279; WFT-MDL-00134898 – WFT-MDL-00134903 | | QA/QC Documents for the Manufacturing of the M45AP Auto Fill Float Collar for Nexen Petroleum in February 2010 Including Nexen's Manufacturing Requirements | Lirette |
| WFT-MDL-00003260 – WFT-MDL-00003269; WFT-MDL-00000433 – WFT-MDL-00000437 | | Delivery and Inspection Documents for Nexen Float Equipment Sold to BP | Lirette |
| WFT-MDL-00003326 – WFT-MDL-00003328 | | Part List and Assembly Drawing for M45AP Auto Fill Float Collar | Lirette |
| WFT-MDL-00134870 – WFT-MDL-00134873 | | Weatherford Work Order Router for the Manufacture of the M45AP Auto Fill Float Collar for Nexen Petroleum in February 2010 | Lirette |
| WFT-MDL-00020485 – | | Weatherford Product Literature, Flow-Activated Mid- | Lirette, McCormack, |

| | Consolidated Weatherford Reliance Exhibit List MDL 2179 | | |
|---|---|---|---|
| **Bates No. (if applicable)** | **Deposition Ex. No. (if applicable)** | **Subject/Description** | **Expert Report** |
| WFT-MDL-00020491; BP-HZN-MBI00129226 – BP-HZN-MBI00129232 | | Bore Auto-Fill Float Collar Model M45A0, Rev. 09/19/2003, File M45AO-TU | Calvert |
| WFT-MDL-00000037 – WFT-MDL-00000360 | | Weatherford JAM Pro Job Report, April 18, 2010 | Lirette, McCormack |
| NEX000080 | | Nexen Petroleum's Inspection Documentation for 7" Float Equipment and Centralizers Manufactured by Weatherford | Lirette |
| WFT-MDL-00134916 – WFT-MDL-00134917; WFT-MDL-00135090 – WFT-MDL-00135094; | | Material Specs for Brass Sheer Screws in Float Collar | Lirette |
| WFT-MDL-00000851 – WFT-MDL-00000869; WFT-MDL-00019995 – WFT-MDL-00020000; WFT-MDL-00020323; WFT-MDL-00022378; WFT-MDL-00022382 – WFT-MDL-00022735; WFT-MDL-00027834; WFT-MDL-00029197 – WFT-MDL-00029198; WFT-MDL-00029207; WFT-MDL-00030338 – | | Weatherford Cementation File for Cementation Products Sold or Provided to BP for the Macondo Well | Lirette |

{N2376268.1}

| | Consolidated Weatherford<br>Reliance Exhibit List<br>MDL 2179 | | |
|---|---|---|---|
| **Bates No.<br>(if applicable)** | **Deposition Ex. No.<br>(if applicable)** | **Subject/Description** | **Expert Report** |
| WFT-MDL-00030339;<br>WFT-MDL-00030343 –<br>WFT-MDL-00030344;<br>WFT-MDL-00030350 –<br>WFT-MDL-00030351;<br>WFT-MDL-00030354;<br>WFT-MDL-00031769 –<br>WFT-MDL-00031771;<br>WFT-MDL-00031772 –<br>WFT-MDL-00031774;<br>WFT-MDL-00037941 –<br>WFT-MDL-00037946;<br>WFT-MDL-00132152;<br>BP-HZN-2179MDL00042371 | | | |
| WFT-MDL-00019248 –<br>WFT-MDL-00019252;<br>WFT-MDL-00134913 –<br>WFT-MDL-00134915 | | Weatherford Cementation File for Cementation Products Sold or Provided to BP for the Macondo Well (January 2010 Emails) | Lirette |
| WFT-MDL-00019253 –<br>WFT-MDL-00019293;<br>WFT-MDL-00020054 –<br>WFT-MDL-00020055 | | Weatherford Cementation File for Cementation Products Sold or Provided to BP for the Macondo Well (February 2010 Emails) | Lirette |
| WFT-MDL-00005528 –<br>WFT-MDL-00005530;<br>WFT-MDL-00005480 –<br>WFT-MDL-00005488; | | Weatherford Cementation File for Cementation Products Sold or Provided to BP for the Macondo Well (March 2010 Emails) | Lirette |

{N2376268.1}

| | Consolidated Weatherford Reliance Exhibit List MDL 2179 | | |
|---|---|---|---|
| **Bates No. (if applicable)** | **Deposition Ex. No. (if applicable)** | **Subject/Description** | **Expert Report** |
| WFT-MDL-00019303 – WFT-MDL-00019422; WFT-MDL-00020286 – WFT-MDL-00020292; WFT-MDL-00020022 – WFT-MDL-00020028; WFT-MDL-00017436; WFT-MDL-00007873 – WFT-MDL-00007875; WFT-MDL-00029733 – WFT-MDL-00029735; WFT-MDL-00020008 – WFT-MDL-00020010; WFT-MDL-00017464 – WFT-MDL-00017465; WFT-MDL-00020323 – WFT-MDL-00020325 | | | |
| WFT-MDL-00019423 – WFT-MDL-00019570; WFT-MDL-00019992 – WFT-MDL-00019994; WFT-00019970 – WFT-MDL-00019972; WFT-MDL-00005603; WFT-MDL-00131961 – WFT-MDL-00131965 | | Weatherford Cementation File for Cementation Products Sold or Provided to BP for the Macondo Well (April 2010 Emails) | Lirette |

{N2376268.1}

| Consolidated Weatherford Reliance Exhibit List MDL 2179 | | | |
|---|---|---|---|
| Bates No. (if applicable) | Deposition Ex. No. (if applicable) | Subject/Description | Expert Report |
| NEX000213 - NEX000216 | | Documents Related to Nexen's Sale of Production Casing and Float Equipment to BP | Lirette |
| WFT-MDL-00022695 | | Documents Related to Nexen's Sale of Production Casing and Float Equipment to BP: Nexen Customer Owned Stock | Lirette |
| NEX000226 – NEX000236; BP-HZN-2179MDL00246773; BP-HZN-2179MDL00246775; BP-HZN-CEC021964; BP-HZN-MBI 00116367; BP-HZN-MBI 00116369; BP-HZN-2179MDL00398915 | | Documents Related to Nexen's Sale of Production Casing and Float Equipment to BP: Purchase Orders | Lirette |
| BP-HZN-CEC021880 – BP-HZN-CEC021882; BP-HZN-CEC021948 – BP-HZN-CEC021949; WFT-MDL-00022569 WFT-MDL-00005576 – WFT-MDL-00005578; WFT-MDL-00019365 – WFT-MDL-00019368; WFT-MDL-00019379; WFT-MDL-00019393 – WFT-MDL 00019396; WFT-MDL-00019384 – WFT-MDL 00019386; | | Documents Related to Nexen's Sale of Production Casing and Float Equipment to BP: Emails Regarding BP's Purchase of Nexen Production Casing, Float Equipment, and Centralizers | Lirette |

{N2376268.1}

| | Consolidated Weatherford Reliance Exhibit List MDL 2179 | | |
|---|---|---|---|
| **Bates No. (if applicable)** | **Deposition Ex. No. (if applicable)** | **Subject/Description** | **Expert Report** |
| BP-HZN-2179MDL00011017 – BP-HZN-2179MDL00011018; WFT-MDL 00020323 – WFT-MDL 00020325; BP-HZN-2179MDL00042371; BP-HZN-BLY00065950 – BP-HZN-BLY00065955; | | | |
| NEX000213-NEX000216 | | Documents Related to Nexen's Sale of Production Casing and Float Equipment to BP: Nexen Petroleum letter to BP re: sale of production casing and float equipment (3/30/10) | Lirette |
| NEX000226 - NEX000236 | | Documents Related to Nexen's Sale of Production Casing and Float Equipment to BP: 3/30/10 Purchase Order from Nexen | Lirette |
| NEX000080 | | Documents Related to Nexen's Sale of Production Casing and Float Equipment to BP: Nexen Petroleum U.S.A. Inc. Inspection QA/QC Release | Lirette |
| BP-HZN-MBI00116633 | | Documents Related to Nexen's Sale of Production Casing and Float Equipment to BP: Nexen Customer Owned Stock | Lirette |
| BP-HZN-2179MDL00246773 | | BP's Requisition of Nexen's 7" x 9 7/8" Production Casing | McCormack |
| WFT-MDL-00134836 – WFT-MDL-00134869 | | Quality and Traceability documentation (QA documents) for manufacture of 10 float collars sent to | Lirette |

{N2376268.1}

| Consolidated Weatherford Reliance Exhibit List MDL 2179 | | | |
|---|---|---|---|
| Bates No. (if applicable) | Deposition Ex. No. (if applicable) | Subject/Description | Expert Report |
| | | Stress Engineering for BP testing post incident | |
| BP-HZN-2179MDL00002769-BP-HZN-2179MDL00002775 | | Wireline Logging Diary – Macando MC252 #1 BP01 – Run1 | Lirette |
| WFT-MDL-00135095 | | Macondo BP_Time SDL_4-21-2010.zip (notepad file) | Lirette |
| BP-HZN-2179MDL02216966 - BP-HZN-2179MDL02216989 | | Recommended Practice for Performance Testing of Cementing Float Equipment, API Recommended Practice 10F, Third Edition, April 2002. | Lirette |
| BP-HZN-2179MDL00315029 | | Photograph of 15 Slip On Centralizers Delivered to Deepwater Horizon Rig | Lirette |
| WFT-MDL-00135096-WFT-MDL-00135097 | | Assembly drawings for 7" Rotating Slip On Centralizers and Stop Collar | Lirette |
| | | Photograph of the exterior of a fully assembled float collar (Figure 4 to Lirette Expert Report) | Lirette |
| | | Photographs of the internal components of an exemplar Float Collar (Figures 5A – 5C  to Lirette Expert Report) | Lirette |
| | | Photographs of Reamer Shoe and Internal Baffle Plate (Figures 7-8 to Lirette Expert Report) | Lirette |
| | | Photograph of exemplar centralizer sub (Figure 10 to Lirette Expert Report) | Lirette |
| | | Photograph of Auto-Fill Tube Shear Screws (Figure 39 to Lirette Expert Report) | Lirette |

{N2376268.1}

21