UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | : | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the | : | |
| GULF OF MEXICO, on | : | SECTION:  J |
| APRIL 20, 2010 | : | |
| | : | JUDGE BARBIER |
| **THIS DOCUMENT RELATES TO** | : | MAG. JUDGE SHUSHAN |
| **ALL CASES** | : | |
| | : | |

. .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .

RELIANCE EXHIBIT LIST OF
CAMERON INTERNATIONAL CORPORATION

In accordance with the Court's Order of September 2nd (Docket No. 3916),

Cameron International Corporation hereby submits its "Reliance Exhibit List" with respect to its

Phase One Experts, as follows:

| Deposition Exhibit No. | Description | Bates Range |
|---|---|---|
| 0001 | Deepwater Horizon Accident Investigation Report - dated September 8, 2010 | |
| 0002 | BP Accident Investigation Report Appendices - Case No. 210325 | |
| 0093 | Drilling and Well Operations Practice - E&P Defined Operating Practice | BP-HZN-2179MDL00057261 - BP-HZN-2179MDL00057372 |
| 0137 | E-Mail - From: Guide, John Sent: Fri Apr 16  18:27:43 2010 - Subject: Additional Centralizers | BP-HZN-CEC022433 - BP-HZN-CEC022434, BP-HZN-CEC022670 |
| 0186 | Macondo #1 - 9 7/8"X 7" PRODUCTION CASING DESIGN REPORT - For: Brian Morel Date: April 18, 2010 | BP-HZN-BLY00107700 - 732 |
| 0215 | GP 10-10 - Well Control: Group Practice - BP Group Engineering Technical Practices | BP-HZN-2179MDL00408005 - BP-HZN-2179MDL00408026 |
| 0294 | Analysis of Cementing Operations on the Deepwater Horizon and Possible Contributing Factors to Loss of Well | BP-HZN-BLY00139698 - 805 |

1

| Deposition Exhibit No. | Description | Bates Range |
|---|---|---|
| | Control - Prepared for: Warren Winters, Date: June 17, 2010 | |
| 0296 | BP Incident Investigation Team - Notes of Interview with Mark Hafle - July 8, 2010 at BP Westlake 1 offices - 2:00pm CDT. | BP-HZN-BLY00103032- BP-HZN-BLY00103038 |
| 0543 | E-Mail - From: Guide, John  Sent: Fri Apr 16 18:27:43 2010 - Subject: FW: Additional Centralizers | BP-HZN-CEC022433 - 434 |
| 0570 | Form MMS-124 - Electronic Version: Application for Permit to Modify | BP-HZN-MBI00127907 - BPHZN-MBI00127910 |
| 0625 | E-Mail - From: Cunningham, Erick Sent: Mon Mar 08  20:00:32 2010 - Subject: RE: Nitrogen Production Job | BP-HZN-2179MDL00282745 - 746 |
| 0659 | E-Mail - From: Guide, John - Subject: Call | BP-HZN-MBI00222540 - BP-HZN-MBI00222541 |
| 0726 | Halliburton - Cementing Gulf of Mexico, Broussard (Lab Results - Spacer) | HAL_0028562 - 564 |
| 0733 | E-Mail - From: Morel, Brian P  Sent: Friday, April 16, 2010 5:05 PM - Subject: Cement Procedure | HAL_0010815 - 818 |
| 0741 | E-Mail - From: Deepwater Horizon, Foreman Sent: Tue Apr 20 11:36:55 2010 - Subject: FW: Updated Info for Prod Casing job | BP-HZN-2179MDL00015356 - BP-HZN-2179MDL00015404 |
| 0747 | Halliburton - Cementing Gulf of Mexico, Broussard (Lab Results - Primary) | HAL_0044651 - 652 |
| 0748 | HALLIBURTON - Cementing Gulf of Mexico, Broussard (Lab Results - Primary) | HAL_0010868 - 870 |
| 0749 | HALLIBURTON - Cementing Gulf of Mexico, Broussard (Lab Results - Primary) | BP-HZN-2179MDL00250688 - 689 |
| 0804 | Recommended Practice on Preparation and Testing of Foamed Cement Slurries at Atmospheric Pressure | |
| 0902 | DWGOM - GP 10-60-1 - Zonal Isolation Requirements during Drilling Operations and Well Abandonment and Suspension (Supersedes GP 10-60) | BP-HZN-2179MDL00664466-BP-HZN-2179MDL00664480 |

1074217v.1

| Deposition Exhibit No. | Description | Bates Range |
|---|---|---|
| 0984 | Cement Lab Weigh-Up Sheet, April 13, 2010 - Req/Slurry: US-73909/1 | HAL_DOJ_0000042 - 43 |
| 0986 | Chief Counsel's Report_2011: National Commission on the BP Deepwater Horizon Oil Spill and Offshore Drilling | |
| 0987 | E-Mail - From: Morel, Brian P Sent: Sat Apr 17 19:27:09 2010 - Subject: FW: Lab Tests | BP-HZN-2179MDL00315248 |
| 1125 | E-Mail - From: Guide, John Sent: Sat Mar 27 17:30:40 2010 - Subject: RE: Sims Handover and Delegation | BP-HZN-2179MDL00298017 |
| 1126 | E-Mail - From: Sims, David C  Sent: Sun Mar 14 04:53:00 2010 - Subject: RE: call | BP-HZN-2179MDL00286815 - BP-HZN-2179MDL00286816 |
| 1127 | E-Mail - To: Guide Subject: RE: call | BP-HZN-MBI00222540 - BP-HZN-MBI00222541 |
| 1128 | E-Mail - From: Corser, Kent Sent: Tue Jun 22  21:33:30 2010 - Subject: FW: John Guide Email Capture | BP-HZN-BLY00097030 - BP-HZN-BLY00097033, BP-HZN-BLY0006943 & BP-HZN-BLY00069435 |
| 1130 | E-Mail - From: Guide, John Sent: Mon Apr 26  01:03:49 2010 - Subject: Tomorrow | BP-HZN-2179MDL00443866 |
| 1131 | E-Mail - From: Bodek, Robert [robert.bodek@bp.com] Sent: Thursday, April 15, 2010 2:19 PM - Subject: Evaluation complete at macondo | DWRM0000184 BP-HZN-MBI00126345 - BP-HZN-MBI00126346 |
| 1132 | E-Mail - From: Morel, Brian P Sent: Thu Mar 18  14:32:36 2010 - Subject: Macondo - Updated PP/FG and Mud Schedule | BP-HZN-MBI00112983 |
| 1133 | E-Mail - From: Hafle, Mark E Sent: Sun Mar 14 14:16:19 2010 - Subject: RE: FIT or LOT for Bypass | BP-HZN-MBI00110676 |
| 1138 | E-Mail - From: Walz, Gregory S  Sent: Sun Feb 21 00:44:14 2010 - Subject: RE: Days vs. Depth Plots | BP-HZN-MBI00104255- BP-HZN-MBI00104256 |
| 1139 | E-Mail - From: Sims, David C  Sent: Sun Mar 07 20:39:57 2010 - Subject: FW: Burns | BP-HZN-MBI00109048 - BP-HZN-MBI00109049 |
| 1140 | E-Mail - From: Cocales, Brett W  Sent: Thu Mar 11 15:41:40 2010 - Subject: RE: | BP-HZN-MBI00109949 |

3

| Deposition Exhibit No. | Description | Bates Range |
|---|---|---|
| 1143 | E-Mail - From: Sims, David C  Sent: Wed Mar 10 20:39:57 2010 - Subject: RE: Macondo | BP-HZN-2179MDL00852514 |
| 1144 | E-Mail - From: Guide, John [john.guide@bp.com] Sent: Sat 4/17/2010 3:14:11 PM - Subject: RE: Discussion - The way we work with engineering | BP-HZN-BLY00120105 - BP-HZN-BLY00120106 |
| 1148 | E-Mail - From: Sims, David C  Sent: Sun Mar 14 15:31:04 2010 - Subject: Re: Next Week | BP-HZN-2179MDL0028688 |
| 1154 | Transcription of Brian Morel interview notes - commenced 1040 hrs 27-Apr 2010 | BP-HZN-MBI00021304 - BP-HZN-MBI00021343 |
| 1353 | MACONDO: THE GULF OIL DISASTER - Chief Counsel's Report 2011 | |
| 1367 | E-Mail - From: Cocales, Brett W  Sent: Fri Apr 16  21:14:54 2010 - Subject: RE: Macondo STK geodetic | BP-HZN-MBI00128383 - 385 |
| 1370 | bp - GoM Exploration Wells: MC 252 #1ST00BP01 - Macondo Prospect, Subsurface Information | BP-HZN-2179MDL00370114 - BP-HZN-2179MDL00370122 BPD008_030469 - BPD008_030477 |
| 1386 | Macondo #1 - 9 7/8"X 7" Production Casing Design Report - For: Brian Morel Date: April 18, 2010 | HAL_0010988 - 1020 |
| 1388 | Macondo #1 - 9 7/8"X 7" PRODUCTION CASING DESIGN REPORT - For: Brian Morel Date: April 15, 2010 | HAL_0010699 - 720 HAL_0117330 - 351 |
| 1394 | E-Mail - From: Morel, Brian P Sent: Mon Mar 08  20:35:15 2010 - Subject: RE: Cement Model | BP-HZN-2179MDL00282833 - BP-HZN-2179MDL002828335 |
| 1425 | Daily Operations Report - Partners (Completion) (04/19/2010) | BP-HZN-MBI00191720 - 726 |
| 1454 | Transocean - Well Control Handbook | TRN-USCG-MMS-00043810 - TRN-USCG-MMS-00044205 TRN-MDL-00286767 - TRN-MDL-00287162 |
| 1455 | Daily Drilling Report (dated 19-Apr-2010) | BP-HZN-IIT-0009274 - BPHZN-IIT-0009279 BP-HZN- |

1074217v.1

| Deposition Exhibit No. | Description | Bates Range |
|---|---|---|
| | | MBI00136940 - BPHZN-MBI00136945 |
| 1456 | Daily Drilling Report (dated 20-Apr-2010) | BP-HZN-IIT-0009280 - BPHZN-IIT-00094 BP HZN MBI00136946 - BPHZN-MBI00136950 |
| 1493 | 9 7/8" X 7" Production Casing Prepared for: Brian Morel April 17, 2010, Version: 5 | BP-HZN-2179MDL00250658 - BP-HZN-2179MDL00250669 |
| 1517 | Email from Brett Cocales to Brian Morel, dated April 16, 2010 | BP-HZN-2179MDL00033079 - 83 |
| 1526 | Temporary Abandonment Procedure, Macondo-MC252 #1, Deepwater Horizon | BP-HZN-CEC0020166 |
| 1533 | GP 10-16 - Pore Pressure Detection During Well Operations: Group Practice - BP Group Engineering Technical Practices | BP-HZN-2179MDL00408027 - BP-HZN-2179MDL00408043 |
| 1559 | Form MMS 123A/123S - Electronic Version Application for Bypass | DHCIT_TP-0745897 - DHCIT_TP-0745911 BP-HZN-2179MDL00011120 |
| 1575 | GP 10-75 - Simultaneous Operations: Group Practice - BP Group Engineering Technical Practices | BP-HZN-2179MDL00408286 - BP-HZN-2179MDL00408296 |
| 1684 | E-Mail - From: Jesse Gagliano Sent: Thu Apr 15  20:35:05 2010 - Subject: OptiCem Report | BP-HZN-2179MDL00249820 |
| 1690 | Schlumberger Estimate | BP-HZN-2179MDL00179308 SLB-EC-000909 |
| 1703 | Foam Cementing Operations Manual | HAL_0046635 - HAL_0046728 |
| 1804 | E-Mail - From: Walz, Gregory S  Sent: Sat May 01  14:51:58 2010 - Subject: FW: Revised Opticem Report with Additional Centralizers | BP-HZN-SNR00019040 - BP-HZN-SNR00019041 |
| 1809 | E-Mail - From: Morel, Brian P Sent: Fri Apr 16 20:20:45 2010 - Subject: RE: Cement Procedure | BP-HZN-2179MDL00250582 |
| 1875 | Fereidoun Abbassian - James Wetherbee Post Meeting Notes - July 22, 2010 | BP-HZN-BLY00142070 - BP-HZN-BLY00142081 BPD120-016642 - BPD120-016653 |

1074217v.1

| Deposition Exhibit No. | Description | Bates Range |
|---|---|---|
| 1894 | Abbasian Handwritten Notes | BP-HZN-BLY00294394 - BP-HZN-BLY00294411 |
| 1959 | E-Mail - From: Morel, Brian P Sent: Sun Apr 04 01:03:39 2010 - Subject: Re: Macondo Update | BP-HZN-MBI00118040 - BP-HZN-MBI00118041 PD107_206441 - BPD107_206442 |
| 1965 | E-Mail - From: Linder, Leo T (MI DRILLING FLUIDS, INC.) Sent: Mon Apr 19 14:03:22 2010 - Subject: Question about seawater discharge | BP-HZN-MBI 00029293 - BP-HZN-MBI 00029295  BPD109-029293 - BPD109-029295 |
| 1966 | E-Mail - From: O'Bryan, Patrick L Sent: Tue Apr 27 19:39:27 2010 - Subject: RE: Bladder effect | BP-HZN-2179MDL00321874 BP-HZN-MBI 00021237 - BP-HZN-MBI 00021282 |
| 1968 | E-Mail - From: Morel, Brian P Sent: Mon Apr 12 17:57:25 2010 - Subject: Rev 1 Procedure | BP-HZN-2179MDL00272297 - BP-HZN-2179MDL00272317 |
| 1975 | Gulf of Mexico SPU - Drilling and Completions - Recommended Practice for Risk Management | BP-HZN-2179MDL00332270 - BP-HZN-2179MDL00332326 |
| 2010 | E-Mail - From: Morel, Brian P Sent: Mon May 24 17:30:01 2010 - Subject: FW: Updated Info for Prod Casing job | BP-HZN-BLY00125127 - BP-HZN-BLY00125135 |
| 2099 | BP Drilling and Well Operations Policy (BPA-D-001) | |
| 2117 | 9 7/8"X 7" Foamed Production Casing Design Post Job Report | HAL_0513321 - HAL_0513334 |
| 2386 | BP GoM Deepwater SPU - Well Control Response Guide | BP-HZN-2179MDL00368642 - BP-HZN-2179MDL00368768 |
| 2389 | Well Control Manual - December 2000 Issue 1 | BP-HZN-2179MDL00335948 - BP-HZN-2179MDL00336409 |
| 2390 | Well Control Manual - December 2000 Issue 2 | BP-HZN-2179MDL00336410 - BP-HZN-2179MDL00336757 |
| 2391 | Well Control Manual - December 2000 Issue 3 | BP-HZN-2179MDL00336758 - BP-HZN-2179MDL00336889 |
| 2580 | E-Mail - From: Morel, Brian P Sent: Thursday, April 15, 2010 4:00 PM - Subject: RE: OptiCem Report | HAL_0010648 - 650 HDR004-011125 - 127 |
| 2737 | Halliburton - Cementing Gulf of Mexico, Broussard: Lab Results: Primary (April 12th, 2010) | BP-HZN-2179MDL00324613 - BP-HZN-2179MDL00324616 |

1074217v.1

| Deposition Exhibit No. | Description | Bates Range |
|---|---|---|
| 2918 | E-Mail - From: Lacy, Kevin Sent: Thu Oct 01 15:28:47 2009 - Subject: Safety Leadership | BP-HZN-2179MDL01808592 |
| 3031 | 9.875 x 7 Casing Job Procedure M.C. 252 Well #1, Ver. 1 | BP-HZN-CEC008395 - BP-HZN-CEC008397 |
| 3103 | October 5, 2010 email from DonCordray to Jesse Gagliano, et al; Subject: RE: Info on Blend and additives needed revised | HAL_0562447 - HAL_0562449 |
| 3174 | West Engineering Services Shear Ram Capabilities Study for U.S. Minerals Management Service, Requisition No. 3-4025-1001, September 2004; 71 pages | |
| 3298 | WEST Engineering Services, Inc. Evaluation of Secondary Intervention Methods in Well Control in US Minerals Management Service dated March 2003 | TRN-MDL-00494920 - TRN-MDL-0495005 |
| 3343 | DEEPWATER HORIZON TL BOP Stack Operation and Maintenance Manual | |
| 3375 | Gulf of Mexico SPU Technical Memorandum Post-Well Subsurface Description of Macondo well (MS 252) | BP-HZN-BLY00140873 - BP-HZN-BLY00140910 |
| 3535 | GOM Drilling and Completions Manual | BP-HZN-2179MDL00412932-BP-HZN-2179MDL00412973 |
| 3624 | West Engineering Services, Inc. Evaluation of Secondary Intervention Methods in Well Control for US Minerals Management Services; Solicitation 1435-01-01-RP-31174; March 2003 | TRN-MDL-00494920 - TRN-MDL-00495005 |
| 3774 | Lab Results - Primary April 12th 2010 | HAL_0010641 - 642 |
| 3775 | Cement Lab Weigh-Up Sheet, dated 4/13/2010 | HAL_DOJ_0000035 - 36 |
| 4021 | Application for Permit to Drill | BP-HZN-SNR00016959 |
| 4032 | Form MMS 124 - Electronic Version | BP-HZN-SNR00000944 - BP-HZN-SNR00000947 |
| 4248 | Macondo Well Incident, Transocean Investigation Report, Volume 1, June 2011; 206 pages | |

1074217v.1

| Deposition Exhibit No. | Description | Bates Range |
|---|---|---|
| 4304 | Macondo Well Incident,Transocean Investigation Report, Volume II | |
| 4420 | BP Macondo Drilling Data Package | BP-HZN-MBI00013494-   BP-HZN-MBI00013532 |
| 4423 | E-mail Michael Byrd to Curtis Jackson and others, dated November 14, 2001; Subject: PREP Exercise | BP-HZN-2179MDL03106206 - BP-HZN-2179MDL03106207 |
| 4447 | BP Incident Investigation Team - Notes of Interview with Mark Hafle, dated July 8, 2010 | BP-HZN-BLY00144208 - BP-HZN-BLY00144214 |
| 4502 | Transcription of Brian Morel Interview Notes commenced 1040 hrs 27-Apr 2010 | BP-HZN-CEC020232 - BP-HZN-CEC020235 |
| 4510 | 9 7/8" X 7" Production Casing Prepared for: Brian Morel April 15, 2010, Version: 4 | BP-HZN-CEC021404 - BP-HZN-CEC021415 |
| 4511 | 9 7/8" X 7" Production Casing Prepared for: Brian Morel April 17, 2010, Version: 5 | BP-HZN-2179MDL00250658 - BP-HZN-2179MDL00250669 |
| 4566 | Cement Lab Weigh-Up Sheet; April 17, 2010 Req/Slurry: US-73909/1 | HAL_DOJ_0000042 - HAL_DOJ_0000043 |
| 4569 | Recommended Practice on Preparation and Testing of Foamed Cement Slurries at Atmospheric Pressure; ANSI/API Recommended Practice 10B-4; First Edition, July 2004 | CVX80311 00000969 - 994 |
| 4794 | May 5, 2010 E-mail string between Jean Paul Buisine, Paul Tranter, Subject: Horizon BOP, marked as CONFIDENTIAL | TRN-INV-028616520 - 2861653 |
| 4897 | August 1, 2001 Oilfield Testing & Consulting Report, JIT MACONDO WELL TESTING, to Silvia Murphy, Bureau of Ocean Energy Management, Regulation & Enforcement, Gulf of Mexico Region; 117 pages | |
| 4903 | E-Mail Dated February 9, 2010, to Bill Sannan from Paul Johnson | TRN-MDL-01856808 |
| 4961 | Well Control Manual Volume 3 HPHT Guidelines | BP-HZ-BLY00168093 - BP-HZ-BLY00168224 |

1074217v.1

| Deposition Exhibit No. | Description | Bates Range |
|---|---|---|
| 5054 | West Engineering Services, Inc. - Mini Shear Study for the U.S. Minerals Management Services, dated December 2002 | |
| 5136 | Appendix N, AMF Testing; nine pages | |
| 5374 | LexisNexis Code of Federal Regulations, 30 CFR 250.421; three pages | |
| 5396 | Email From: DWH, OIM Sent: Sat Feb 6, 2010 3:55 PM Subject: Macondo KT Attachment: Well Advisor | TRN-MDL-00697758 - TRN-MDL-00697837 |
| 5567 | Email from Brian Morel to Jesse Gagliano dated 4/18/2010, Subject: Retarder Concentration | BP-HZN-2179MDL00250778 |
| 5649 | Annual Report - 2009 Well Control Events & Statistics 2005 to 2009 | TRN-INV-00760054 -TRN-INV-00760101 |
| 5663 | Deepwater Horizon Incident Investigation, dated September 22, 2010 | BP-HZN-2179MDL 01308125 through BP-HZN-2179MDL 01308133 |
| 5666 | Did the AMF/Blind Shear Ram Performance prevent sealing of the Well | TRN-INV-01030970 |
| 5696 | E-mail from DWH OIM (Deepwater Horizon) to Paul Johnson, dated February 6, 2010 - subject: Macondo KT, with attachments | TRN-MDL-00697758 - TRN-MDL-00697837 |
| 5839 | BP BPA-D-003 Tubular Design Manual Issue 3 Dec 30 2008 | BP-HZN-OIG00039853 - BPHZN-OIG00039880 and BPHZN-OIG00039967 - BP-HZNOIG00039975 |
| 6220 | BP E&P Segment Recommended Practice Drilling and Completions Cementing Manual, HPHT Cementing Section | BP-HZN-2179MDL00700109 - BP-HZN-2179MDL00700136 |
| 6264 | A Drilling Contractor's Perspective on Well Control Power Point Presentation | TRN-MDL-01152196 - TRN-MDL-01152212 |
| 6268 | BP Amoco DRILLING AND WELL OPERATIONS POLICY, January 1999, Authorised for issue by J. Mogford, marked as CONFIDENTIAL | BP-HZN-2179MDL00836839 - 836902 |

| Deposition Exhibit No. | Description | Bates Range |
|---|---|---|
| 6269 | BP Drilling and Well Operations Practice, E&P Defined Operating Practice, marked Confidential | BN-HZN-BLY00034504 - 34604 |
| 6368 | GoM Drilling and Completions GoM D&C Operating Plan/ Local OMS Manual | BP-HZN-MBI00193448 - BP-HZN-MBI00193520 |
| 6391 | Email From: Lacy, Stuart Sent: Fri Mar 12, 2010 19:20:11 Subject: RE: Some Thoughts and Help Requested, PP detection, Macondo | BP-HZN-2179MDL01209253 - BP-HZN-2179MDL01209254 |
| 6395 | Email From: Stuart Lacy Sent: Monday April 5, 2010 7:06 PM Subject: Macondo Update 5am | BP-HZN-2179MDL03775791- BP-HZN-2179MDL03775792 |
| 7001 | Cameron EB 852D Shear Ram Product Line, dated Oct 29, 1998, 17 pages | |
| 7085 | BP Incident Investigation Team -- Notes of Interview with John Guide, July 1, 2010 at BP Westlake 1 at 10:30am CDT; 11 pages | |
| 7110 | Well Control Manual Issue 3 Rev 00 | TRN-MDL-00871333 |
| 7265 | Appendix W., Report-Dynamic Simulations Deepwater Horizon Incident BP | |

1074217v.1

| Cameron Reliance Exhibit No. | Description | Bates Range |
|---|---|---|
| 75,000 | Appendix Z to BP Report: Hydraulic Analyses of BOP control system (from Ultra Deep) | |
| 75,001 | Deepwater Horizon TL BOP Stack Operation and Maintenance Manual | TRN-HCED-00007991 |
| 75,002 | Transocean Deepwater Horizon Investigation Sharepoint Report | TRN-INV-01030931 |
| 75,003 | Transocean 2009 Annual Report on Well Control Events and Statistics | TRN-INV-01143142 - 189 |
| 75,004 | Transocean 2010 Annual Report on Well Control Events and Statistics | TRN-MDL-01858257 - 302 |
| 75,005 | Transocean Drilling Practices Course material, Section 14 | TRN-MDL-00871267 |
| 75,006 | Expert Report of David O'Donnell, Exhibit C | |
| 75,007 | Transcript of the Testimony of The Joint United States Coast Guard/Bureau of Ocean Energy Management Investigation PM session, dated 8/25/2010 | |
| 75,008 | National Commission on the BP Deepwater Horizon Oil Spill and Offshore Drilling Public Hearing – Ambrose Testimony, dated 11/8/2010 | |
| 75,009 | Depositions: any deposition or other testimony that has been designated by any party in the matter for use at trial, as well as deposition or other testimony specifically cited in the expert report. | |
| 75,010 | Engineering Bulletin Errata Sheet, ED 527 D, Rev. E1, dated June 2, 2006 | CAM_CIV_0003115 - 122 |
| 75,011 | Cameron Drilling Engineering Bulletin No. 538 D, C1, dated 4/25/1979 | CAM_CIV_0003123 - 130 |
| 75,012 | Cameron Engineering Report No. 702 D, B2, dated 1/27/2004 | CAM_CIV_0370117 – 123 |
| 75,013 | Design File (API 16A), dated 6/14/1999 | CAM_CIV_0018177 - 179 |

1074217v.1

| Cameron Reliance Exhibit No. | Description | Bates Range |
|---|---|---|
| 75,014 | DF-005104-01 18-3/4" 15M TL BOP SBR Ram Design File – Table of Contents | CAM_CIV_0018177 - 179 |
| 75,015 | DF-005104-01 18-3/4" 15M TL BOP SBR Ram Design File – Design Documentation | CAM_CIV_0018180 - 192 |
| 75,016 | DF-005104-01 18-3/4" 15M TL BOP SBR Ram Design File – Design Review | CAM_CIV_0018193 - 199 |
| 75,017 | DF-005104-01 18-3/4" 15M TL BOP SBR Ram Design File – Design Verification | CAM_CIV_0018200 - 206 |
| 75,018 | DF-005081-01 18-3/4" 10M TL BOP 7-5/8" X 3-1/2" VBR Ram Design File – Table of Contents | CAM_CIV_0018207 - 208 |
| 75,019 | DF-005081-01 18-3/4" 10M TL BOP 7-5/8" X 3-1/2" VBR Ram Design File – Design and Development Plan | CAM_CIV_0018209 - 210 |
| 75,020 | DF-005081-01 18-3/4" 10M TL BOP 7-5/8" X 3-1/2" VBR Ram Design File – Action Documents | CAM_CIV_0018211 - 212 |
| 75,021 | DF-005081-01 18-3/4" 10M TL BOP 7-5/8" X 3-1/2" VBR Ram Design File – Design Analysis Calculations | CAM_CIV_0018213 - 227 |
| 75,022 | DF-005081-01 18-3/4" 10M TL BOP 7-5/8" X 3-1/2" VBR Ram Design File – Materials | CAM_CIV_0018228 - 229 |
| 75,023 | DF-005081-01 18-3/4" 10M TL BOP 7-5/8" X 3-1/2" VBR Ram Design File – Drawings | CAM_CIV_0018230 - 235 |
| 75,024 | DF-005081-01 18-3/4" 10M TL BOP 7-5/8" X 3-1/2" VBR Ram Design File – Design Review Checklist | CAM_CIV_0018236 - 238 |
| 75,025 | DF-005081-01 18-3/4" 10M TL BOP 7-5/8" X 3-1/2" VBR Ram Design File – Operational Characteristics | CAM_CIV_0018239 - 259 |
| 75,026 | DF-005108-01 18-3/4" 15M TL BOP Design File | CAM_CIV_0018260 |
| 75,027 | DF-005108-01 18-3/4" 15M TL BOP Design File – Table of Contents | CAM_CIV_0018261 - 263 |
| 75,028 | DF-005108-01 18-3/4" 15M TL BOP Design File – Design Input | CAM_CIV_0018264 – 280 |

1074217v.1

| Cameron Reliance Exhibit No. | Description | Bates Range |
|---|---|---|
| 75,029 | DF-005108-01 18-3/4" 15M TL BOP Design File – Design Output | CAM_CIV_0018281 – 287 |
| 75,030 | DF-005108-01 18-3/4" 15M TL BOP Design File – Design File (API 16A) | CAM_CIV_0018288 |
| 75,031 | DF-005060-01 18-3/4" 15M TL BOP Body | CAM_CIV_0018289 – 309 |
| 75,032 | DF-005060-01 18-3/4" 15M TL BOP Bonnet | CAM_CIV_0018310 - 317 |
| 75,033 | DF-005070-01 18-3/4" 15M TL BOP Operating Piston | CAM_CIV_0018318 – 326 |
| 75,034 | DF-005070-01 18-3/4" 15M TL BOP Bonnet Bolt | CAM_CIV_0018327 - 333 |
| 75,035 | DF-005060-01 18-3/4" 15M TL BOP Piston Ram Change | CAM_CIV_0018334 - 339 |
| 75,036 | DF-005070-01 18-3/4" 15M TL BOP Cylinder Ram Change | CAM_CIV_0018340 - 346 |
| 75,037 | DF-005070-01 18-3/4" 15M TL BOP Cylinder Head | CAM_CIV_0018347 - 350 |
| 75,038 | DF-005070-01 18-3/4" 15M TL BOP Operating Cylinder | CAM_CIV_0018351 - 357 |
| 75,039 | DF-005070-01 18-3/4" 15M TL BOP Stud DBL Ended | CAM_CIV_0018358 - 362 |
| 75,040 | DF-005108-01 18-3/4" 15M TL BOP Design File – Design Validation | CAM_CIV_0018363 - 377 |
| 75,041 | TR-1011D 18-3/4" 10M Packing Element Engineering Test Report Summary | CAM_CIV_0018378 - 399 |
| 75,042 | DF-005052-01 18-3/4" 10M D&DL Annular BOP Design File – Table of Contents | CAM_CIV_0018400 - 405 |
| 75,043 | DF-005052-01 18-3/4" 10M D&DL Annular BOP Design File – Design Output | CAM_CIV_0018406 - 489 |
| 75,044 | DF-005052-01 18-3/4" 10M D&DL Annular BOP Design File – Design Validation | CAM_CIV_0018490 - 492 |

1074217v.1

| Cameron Reliance Exhibit No. | Description | Bates Range |
|---|---|---|
| 75,045 | DF-005052-01 18-3/4" 10M D&DL Annular BOP Design File – Design Review & Verification | CAM_CIV_0018493 - 496 |
| 75,046 | DF-005052-01 18-3/4" 10M D & DL Annular BOP Design File | CAM_CIV_0070727 - 730 |
| 75,047 | DF-005052-01 18-3/4" 10M D & DL Annular BOP Design File – Design Input | CAM_CIV_0070731 - 733 |
| 75,048 | DF-005052-01 18-3/4" 10M D & DL Annular BOP Design File – Design Output | CAM_CIV_0070734 – 838 |
| 75,049 | DF-005052-01 18-3/4" 10M D & DL Annular BOP Design File – Design Validation | CAM_CIV_0070839 – 882 |
| 75,050 | DF-005052-01 18-3/4" 10M D & DL Annular BOP Design File – Design Review & Verification | CAM_CIV_0070883 – 889 |
| 75,051 | DF-005052-01 18-3/4" 10M D & DL Annular BOP Design File – Design Changes | CAM_CIV_0070890 - 894 |
| 75,052 | Cameron Engineering Report Abstract No. 3304, dated 4/18/2006 | CAM_CIV_0355001 - 5022 |
| 75,053 | Cameron Engineering Report Abstract No. 3661, dated 11/24/2008 | CAM_CIV_0356257 - 304 |
| 75,054 | .igs file for CSR | CAM_CIV_0020865 |
| 75,055 | .igs file for VBR | CAM_CIV_0020866 |
| 75,056 | .igs file for SBR | CAM_CIV_0028270 |
| 75,057 | KnighHawk Engineering Finite Element Analysis Modeling | |
| 75,058 | KnightHawk Engineering Computational Fluid Dynamics Modeling | |
| 75,059 | E-mail from Brett Cocales to Brian Morel, et. al, dated March 29, 2010 | BP-HZN-2179MDL00246960 |
| 75,060 | E-mail from Brian Morel to Brett Cocales, dated April 16, 2010 | BP-HZN-2179MDL00250606 |

1074217v.1

| Cameron Reliance Exhibit No. | Description | Bates Range |
|---|---|---|
| 75,061 | API Recommended Practice 10B for Testing Well Cements, Twenty-Second Edition, dated December 1997 | BP-HZN-2179MDL03066431 - 597 |
| 75,062 | E-mail from Timothy S Hopper to Brian Morel, et al., dated April 16, 2010 | BP-HZN-BLY00069231 - 234 |
| 75,063 | 9 7/8" x 7" Production Casing, Version 6, April 18, 2010 | BP-HZN-CEC008381 - 392 |
| 75,064 | 9 7/8" x 7" Production Casing, Version 5, April 17, 2010 | BP-HZN-CEC011444 - 455 |
| 75,065 | Email from Brian Morel to John Guide, dated April 24, 2010 | BP-HZN-MBI00170985 - 999 |
| 75,066 | E-mail from Brian Morel to John Guide, dated April 24, 2010, attaching Foamed Production Casing Post Job Report, dated 4/20/2010 | BP-HZN-MBI00170990 - 999 |
| 75,067 | Email from Jessie Gagliano to Cupit, et al., dated April 19, 2010 regarding updated information on Prod Casing  Job | BP-HZN-MBI00192892 – 940 |
| 75,068 | Cement Lab Weigh-Up Sheet, Req/Slurry: US-73909/2, dated 4/16/2010 | HAL_DOJ_0000049 - 50 |
| 75,069 | Cement Lab Weigh-Up Sheet Req/Slurry: US-65112/3, dated 2/12/2010 | HAL_DOJ_0000061 - 62 |
| 75,070 | JIT Final Report, dated 9/14/2011 | |
| 75,071 | API RP 10D-2 – Centralizer Placement and Stop Collar Testing | |
| 75,072 | API RP 59 – Well Control Operations | |
| 75,073 | API RP 65 Part 2 – Isolating Potential Flow Zones During Well Construction | |
| 75,074 | Congressional Hearing Involving Lamar McKay (BP), Tim Probert (Halliburton), Steve (Transocean), Jack Moore (Cameron), viewed portions of television coverage, May 2010 | |

1074217v.1

| Cameron Reliance Exhibit No. | Description | Bates Range |
|---|---|---|
| 75,075 | Code of Federal Regulations Part 250.700 through 250.708 | |
| 75,076 | Halliburton 9 7/8" x 7" Production Casing, Prepared for Brian Morel, dated 4/18/2010 | BP-HZN-CEC021441-52 |
| 75,077 | Halliburton 9 7/8" x 7" Production Casing Design Report, For: Brian Morel, dated 4/18/2010 | BP-HZN-MBI00128722-54 |
| 75,078 | API Recommended Practice 10F - Third Edition, April 2002 | BP-HZN-2179MDL02216966 - 989 |
| 75,079 | Email from Brian Morel to Brett Cocales, dated April 16, 2010 | BP-HZN-2179MDL00250603 - 605 |
| 75,080 | E-mail from Brian Morel to Brett Cocales, dated April 16, 2010 | BP-HZN-2179MDL00250606 |
| 75,081 | Email from Joshua Chevalier to James Wellings, et. al, with attachments, dated November 1, 2010 | BP-HZN-2179MDL02136568 - 623 |
| 75,082 | IADC Deepwater Well Control Guidelines – updated 2002 | |
| 75,083 | E-mail from Timothy S Hopper to Brian Morel, et al., dated April 5, 2010 | BP-HZN-BLY00066793-95 |
| 75,084 | Weatherford Technical Product Brochure on Float Collar | BP-HZN-MBI00129226-232 |
| 75,085 | Email from Brett Cocales to Gregory Walz et. al, dated April 17, 2010 | BP-HZN-2179MDL00081650 - 652 |
| 75,086 | Email from Brian Morel to Mark Hafle, dated March 16, 2010 | BP-HZN-2179MDL00244182 - 185 |
| 75,087 | Email from Jesse Gagliano to Brian Morel, et. al, dated April 16, 2010 | BP-HZN-2179MDL00250637 - 640 |
| 75,088 | BP Drilling and Completion MOC Initiate, dated 4/15/2010 | BP-HZN-2179MDL00252452 - 454 |
| 75,089 | Email from Joshua Chevalier to James Wellings, et. al, with attachments, dated November 1, 2010 | BP-HZN-2179MDL02136568 - 623 |
| 75,090 | API Recommended Practice 10F - Third Edition, April 2002 | BP-HZN-2179MDL02216966 - 989 |

| Cameron Reliance Exhibit No. | Description | Bates Range |
|---|---|---|
| 75,091 | Recommended Test Practice For Testing Well Cements, dated November 2000 | BP-HZN-2179MDL03066431 - 537 |
| 75,092 | ANSI API Recommended Practice 10B-2 - First Edition, July 2005 | BP-HZN-BLY00130005 - 192 |
| 75,093 | Letter from Gardner to Sankar attaching Chevron Cement Testing Results, dated 10/26/2010 | BP-HZN-BLY00166972-7009 |
| 75,094 | N2 Job and Operation Summaries | BP-HZN-BLY00174217 - 219 |
| 75,095 | Halliburton Lab Results – Spacer, dated 4/6/2010 | HAL_0009699 - 701 |
| 75,096 | 9 7/8" x 7" Production Casing Design Report, dated 4/12/2010 | HAL_0010241 - 252 |
| 75,097 | 9 7/8" x 7" Production Casing Design Report, dated April 15, 2010 | HAL_0010722 - 735 |
| 75,098 | 9 7/8" x 7" Production Casing Design Report, dated April 16, 2010 | HAL_0010827 - 840 |
| 75,099 | 9 7/8" X.7" Production. Casing Dated April 18. 2010 | HAL_0011047 - 1058 |
| 75,100 | MIS Swaco Synthetic Based Mud Report #79, dated 4/19/2010 | HAL_0011194 |
| 75,101 | 9.875'":x .7' Foamed Production Casing Post Job Report | HAL_0011210 - 221 |
| 75,102 | 9.875" x 7" Foamed Production Casing Post Job Report, dated 4/20/2010 | HAL_0028665 - 678 |
| 75,103 | Halliburton Lab Results – Primary, dated 4/12/2010 | HAL_0028709 - 712 |
| 75,104 | Halliburton Foam Cementing Operations Manual | HAL_0046637 - 728 |
| 75,105 | Cement Lab Weigh-Up Sheet, Req/Slurry: US-73909/2, dated 4/16/2010 | HAL_DOJ_0000049 - 50 |
| 75,106 | Cement Lab Weigh-Up Sheet Req/Slurry: US-65112/3, dated 2/12/2010 | HAL_DOJ_0000061 - 62 |

1074217v.1

| Cameron Reliance Exhibit No. | Description | Bates Range |
|---|---|---|
| 75,107 | ANSI/API Recommended Practice 10B-3 - First Edition, July 2004 | TRN-INV-00693017 – 3042 |
| 75,108 | Bittleston, S.H., Ferguson, J. & Frigaard, I.A. 2002 Mud removal and cement placement during primary cementing of an oil well; laminar non-Newtonian displacements in an eccentric Hele-Shaw cell. J. Engng Maths 43, 229-253. | |
| 75,109 | Carrasco-Teja, M., Frigaard, I. A., Seymour, B. R. & Storey, S. 2008 Viscoplastic fluid displacements in horizontal narrow eccentric annuli: stratification and travelling waves solutions. J. Fluid Mech. 605, 293–327. | |
| 75,110 | Couturier, M., Guillot, D.J., Hendriks, H. & Callet, F. 1990 Design rules and associated spacer properties for optimal mud removal in eccentric annuli. Soc. Petrol. Engrs Paper SPE 21594. | |
| 75,111 | I.A. Frigaard & G.A. Ngwa, "Slumping flows in annuli: design of chemical packers & cementing of subsurface pipes." Invited paper, Trans. Por. Media, doi:10.1007/s11242-009-9467-1, (2009). | |
| 75,112 | I.A. Frigaard & J.P. Crawshaw, "Preventing buoyancy driven flows of two Bingham fluids in a closed pipe: Fluid rheology design for oilfield plug." J. Engng. Math., 36(4), pp. 327-348, (1999). | |
| 75,113 | I.A. Frigaard, "Stratified Exchange Flows of Two Bingham Fluids in an Inclined Slot." J. Non-Newtonian Fluid Mech., 78, pp. 61-87, (1998). | |
| 75,114 | J.P. Crawshaw & I.A. Frigaard, "Cement Plugs; Stability and Failure by a Buoyancy-driven Mechanism." Society of Petroleum Engineers paper number: SPE 56959, (1999). | |
| 75,115 | Jamôt, A., 1974 Déplacement de la boue par le latier de ciment dans l'espace annulaire tubage-paroi d'un puits. Rev. Assoc. Franc. Tech. Petr. 224, 27–37. | |

| Cameron Reliance Exhibit No. | Description | Bates Range |
|---|---|---|
| 75,116 | Lockyear, C.F. & Hibbert, A.P. 1989 Integrated primary cementing study defines key factors for field success. J. Petrol. Technol. December, 1320-1325. | |
| 75,117 | Lockyear, C.F., Ryan, D.F. & Gunningham, M.M. 1989 Cement channelling: how to predict and prevent. Soc. Petrol. Engrs Paper SPE 19865. | |
| 75,118 | National Commission on the BP Deepwater Horizon Oil Spill and Offshore Drilling (2/17/11) and related attachments and appendices. | |
| 75,119 | Nelson, E. B. & Guillot, D. 2006 Well Cementing, 2nd edition. Schlumberger Educational Services. | |
| 75,120 | Pelipenko, S. & Frigaard, I. A. 2004 On steady state displacements in primary cementing of an oil well. J. Engng Maths 48 (1), 1-26. | |
| 75,121 | Pelipenko, S. & Frigaard, I. A. 2004 Two-dimensional computational simulation of eccentric annular cementing displacements. IMA J. Appl. Maths 64 (6), 557-583. | |
| 75,122 | Pelipenko, S. & Frigaard, I.A. 2004 Visco-plastic fluid displacements in near-vertical narrow eccentric annuli: prediction of travelling wave solutions and interfacial instability. J. Fluid Mech. 520, 343-377. | |
| 75,123 | S. Malekmohammadi, M. Carrasco-Teja, S. Storey, I.A. Frigaard and D.M. Martinez, "An experimental study of displacement flow phenomena in narrow vertical eccentric annuli." J. Fluid Mech., 649, pp. 371-398 (2010). | |
| 75,124 | Scientific and Technical literature listed in the "References" section to Dr. Frigaard's expert report. | |
| 75,125 | Daily Operations Report  - Partners (Drilling) (4/11/2010) | BP-HZN-2179MDL00001788 - BP-HZN-2179MDL00001791 |

1074217v.1

| Cameron Reliance Exhibit No. | Description | Bates Range |
|---|---|---|
| 75,126 | Temporary Abandonment Plan diagram | BP-HZN-2179MDL00014382 |
| 75,127 | Halliburton Surface Plug Report Prepared for Brian Morel April 20, 2010 Version: 1 | BP-HZN-2179MDL00022547 - BP-HZN-2179MDL00022554 |
| 75,128 | Schlumberger Field Operations Report for Macondo Well April 9-13, 2010 | BP-HZN-2179MDL00058273 - BP-HZN-2179MDL00058281 |
| 75,129 | BP Exploration Macondo Prospect Subsurface information (Sept. 2009) | BP-HZN-2179MDL00059957 |
| 75,130 | BP Exploration Macondo Prospect Subsurface information (Jan. 2010) | BP-HZN-2179MDL00060063 |
| 75,131 | Macondo Daily Operations Reports | BP-HZN-2179MDL00079425 - BP-HZN-2179MDL00080182 |
| 75,132 | Spread Sheets logging well events by date | BP-HZN-2179MDL00086559 |
| 75,133 | Dispensation from Drilling and Well Operations Policy Subject 16-inch Casing Burst Design | BP-HZN-2179MDL00204763 - BP-HZN-2179MDL00204764 |
| 75,134 | Daily Drilling Report (dated 10-Apr-2010) | BP-HZN-2179MDL00251222 - BP-HZN-2179MDL00251226 |
| 75,135 | Daily Drilling Report (dated 11-Apr-2010) | BP-HZN-2179MDL00251227 - BP-HZN-2179MDL00251230 |
| 75,136 | Daily Drilling Report (dated 12-Apr-2010) | BP-HZN-2179MDL00251231 - BP-HZN-2179MDL00251234 |
| 75,137 | Daily Drilling Report (dated 13-Apr-2010) | BP-HZN-2179MDL00251235 - BP-HZN-2179MDL00251238 |
| 75,138 | Daily Drilling Report (dated 14-Apr-2010) | BP-HZN-2179MDL00251239 - BP-HZN-2179MDL00251242 |
| 75,139 | Daily Drilling Report (dated 15-Apr-2010) | BP-HZN-2179MDL00251243 - BP-HZN-2179MDL00251246 |
| 75,140 | Daily Drilling Report (dated 16-Apr-2010) | BP-HZN-2179MDL00251247 - BP-HZN-2179MDL00251250 |
| 75,141 | Daily Drilling Report (dated 17-Apr-2010) | BP-HZN-2179MDL00251251 - BP-HZN-2179MDL00251255 |

1074217v.1

| Cameron Reliance Exhibit No. | Description | Bates Range |
|---|---|---|
| 75,142 | Daily Drilling Report (dated 18-Apr-2010) | BP-HZN-2179MDL00251256 - BP-HZN-2179MDL00251259 |
| 75,143 | GP 10-01 Casing and Tubing Design Group Practice | BP-HZN-2179MDL00350172 - BP-HZN-2179MDL00350186 |
| 75,144 | Gulf of Mexico SPU Guidelines for Tubular Design in DW GoM  April 2010 | BP-HZN-2179MDL00404939 - BP-HZN-2179MDL00404975 |
| 75,145 | IADC Deepwater Well Control Guidelines - Equipment | BP-HZN-2179MDL02439268 - BP-HZN-2179MDL02439699 |
| 75,146 | John Guide, interview, January 19, 2011 | BP-HZN-CEC 020263 |
| 75,147 | BP Exploration Macondo Prospect Well Information Report (Sept. 2009) | BP-HZN-CEC008714 - BP-HZN-CEC008726 |
| 75,148 | Email From: Sims, David SentL Tue Jan 5 2010 Subject: RE: Macondo lock down sleeve | BP-HZN-MBI00179490 - BP-HZN-MBI00179493 |
| 75,149 | The Joint United States Coast Guard/The Bureau of Ocean Energy Management Investigation Testimony 7-22-10 | TRN-INV-01141127 |
| 75,150 | MC 727 #2 Daily Drilling Report | TRN-MDL-00600984 - TRN-MDL-00600988 |
| 75,151 | Transocean Drilling Practices Course | TRN-MDL-00871267 - TRN-MDL-00871332 |
| 75,152 | Transcript of Testimony of The Joint United States Coast Guard/Bureau of Ocean Energy Management 5-29-2010. | TRN-MDL-01103409 - TRN-MDL-01103497 |
| 75,153 | SPE ATW on Well Control September 2009 Session I: Well Control on Drilling, Completion & Workover operations A Drilling Contractor's Perspective on Well Control Presentation | TRN-MDL-01152196 - TRN-MDL-01152209 |
| 75,154 | Transocean 2010 Annual Report on Well Control Events and Statistics | TRN-MDL-01858257 - TRN-MDL-01858302 |
| 75,155 | "Deepwater Kicks and BOP Performance," SINTEF report for MMS (July 24, 2001). | |
| 75,156 | "Quality in Well Control-Measurement and Data Management," IADC Well Control Conference of the Americas, | |

1074217v.1

| Cameron Reliance Exhibit No. | Description | Bates Range |
|---|---|---|
| | Houston Tex., (Nov. 1993). | |
| 75,157 | NORSOK Standard D- 010 (Rev. 3, August 2004), Well integrity in drilling and well operations | |
| 75,158 | Oilfield Testing and Consulting, The Joint United States Coast Guard/Bureau of Ocean Energy Management USCG-MMS Investigation Macondo Well Cement Testing Report (Aug. 2011) | |
| 75,159 | Oilfield Testing and Consulting, The Joint United States Coast Guard/Bureau of Ocean Energy Management USCG-MMS Investigation Macondo Well Report - Cement Blend Analysis (Aug. 2011) | |
| 75,160 | Oilfield Testing and Consulting, The Joint United States Coast Guard/Bureau of Ocean Energy Management USCG-MMS Investigation Macondo Well Report - Evaluation of 60% Foam Quality Foam Stability Testing (Aug. 2011) | |
| 75,161 | Transcript of Testimony of The Joint United States Coast Guard/Bureau of Ocean Energy Management USCG-MMS Investigation 7-22-2010 AM | |
| 75,162 | Transcript of Testimony of The Joint United States Coast Guard/Bureau of Ocean Energy Management USCG-MMS Investigation 7-22-2010 PM | |
| 75,163 | API Specification 16A, Specification for Drill-through Equipment | |
| 75,164 | API RP 59 Recommended Practice for Well Control Operations | |

1074217v.1

Respectfully submitted,

David J. Beck, T.A.
    dbeck@brsfirm.com
Joe W. Redden, Jr.
    jredden@brsfirm.com
David W. Jones
    djones@brsfirm.com
Geoffrey Gannaway
    ggannaway@brsfirm.com

BECK, REDDEN & SECREST, L.L.P.
One Houston Center
1221 McKinney, Suite 4500
Houston, TX  77010-2010
713-951-3700
713-951-3720 (fax)

*/s/ Phillip A. Wittmann*
Phillip A. Wittmann, 13625
    pwittman@stonepigman.com
Carmelite M. Bertaut, 3054
    cbertaut@stonepigman.com
Keith B. Hall, 24444
    khall@stonepigman.com
Jared A. Davidson, 32419
    jdavidson@stonepigman.com

STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
504-581-3200
504-581-3361 (fax)

**ATTORNEYS FOR CAMERON
INTERNATIONAL CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Reliance Exhibit List of Cameron International Corporation has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 31st day of October, 2011.

*/s/ Phillip A. Wittmann*

1074217v.1