UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG<br>"DEEPWATER HORIZON"<br>in the GULF OF MEXICO,<br>on APRIL 20, 2010<br><br>This Document Relates To:<br>All Cases<br>2:10-cv-02771 | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | MDL No. 2179<br><br>SECTION: J<br><br>Judge Carl J. Barbier<br>Magistrate Judge Sally Shushan |

### DEFENDANT M-I L.L.C.'S SUBMISSION OF
### PHASE ONE TRIAL RELIANCE EXHIBIT LIST (GEORGE MEDLEY)

Defendant M-I L.L.C. ("M-I") submits its Expert Reliance Exhibit List (George Medley) in connection with Phase One of the February 2012 Limitation and Liability Trial pursuant to the Court's Order of September 2, 2011 [Doc No. 3916].

Dated:  October 31, 2011

Respectfully submitted,

**OF COUNSEL:**
MORGAN, LEWIS & BOCKIUS LLP

Derek E. Leon
dleon@morganlewis.com
Texas Bar No. 24002463
5300 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131
Telephone:   (305) 415-3000
Facsimile:    (305) 415-3001

Denise Scofield
dscofield@morganlewis.com
Texas Bar No. 00784934
1000 Louisiana, Suite 4000
Houston, Texas  77002
Telephone:   (713) 890-5000
Facsimile:    (713) 890-5001

**ATTORNEYS FOR DEFENDANT**
**M-I L.L.C.**

MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Hugh E. Tanner*
      Hugh E. Tanner
      htanner@morganlewis.com
      Texas Bar No. 19637400
      1000 Louisiana, Suite 4000
      Houston, Texas  77002
      Telephone:   (713) 890-5000
      Facsimile:    (713) 890-5001

**ATTORNEY FOR DEFENDANT**
**M-I L.L.C.**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Defendant M-I L.L.C.'s Submission of Phase One Trial Reliance Exhibit List (George Medley) has been served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the Court's CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL No. 2179, on this 31st day of October, 2011.

                                                              */s/ Hugh E. Tanner*
                                                               Hugh E. Tanner

DB1/ 68423270.1

# GEORGE MEDLEY (M-I L.L.C.)
# EXPERT RELIANCE EXHIBIT LIST
# MDL NO. 2179

| TRIAL EXHIBIT NO. | BATES RANGE | DATE | SUMMARY | EXPERT |
|---|---|---|---|---|
| 3 | BP-HZN-CEC020351 - BP-HZN-CEC020354 | | Typewritten notes of Interview of Don Vidrine by Steve Robinson, Brian Martin, and Jim Cowie | George Medley |
| 3a | BP-HZN-CEC020351 - BP-HZN-CEC020354 | | Typewritten notes of Interview of Don Vidrine by Steve Robinson, Brian Martin, and Jim Cowie | George Medley |
| 4 | BP-HZN-CEC020334 - BP-HZN-CEC020340 | | Handwritten notes from Steve Robinson's notebook of Interview of Don Vidrine by Steve Robinson, Brian Martin, and Jim Cowie | George Medley |
| 4a | BP-HZN-CEC020334 - BP-HZN-CEC020340 | | Handwritten notes from Steve Robinson's notebook of Interview of Don Vidrine by Steve Robinson, Brian Martin, and Jim Cowie | George Medley |
| 5 | BP-HZN-MBI00021275 - BP-HZN-MBI00021282 | | Typewritten notes of Bob Kaluza interview | George Medley |
| 6 | BP-HZN-MBI00021406 - BP-HZN-MBI00021433 | | Handwritten notes of from Steve Robinson's notebook of Interview of Don Vidrine by Steve Robinson, Brian Martin, and Jim Cowie | George Medley |
| 11 | BP-HZN-MBI00021289 - BP-HZN-MBI00021294 | 4/29/10 | Handwritten notes of 4/29/10 meeting of Jim Wetherbee, Steve Robinson, Kevin Fontenot with Lee Lambert | George Medley |
| 12 | BP-HZN-MBI00021298 - BP-HZN-MBI00021297 | 5/17/10 | Typewritten notes of 5/17/10 Lee Lambert interview by Cowie, Guillot and Anderson | George Medley |
| 17 | BP-HZN-MBI00021367 - BP-HZN-MBI00021388 | 4/25/10 | Handwritten notes of David Sims interview on 4/25/10 | George Medley |
| 18 | BP-HZN-CEC020112 - BP-HZN-CEC020111 | | Shane Albers interview notes | George Medley |

1

# GEORGE MEDLEY (M-I L.L.C.)
# EXPERT RELIANCE EXHIBIT LIST
# MDL NO. 2179

| 19 | BP-HZN-BLY00061549 - BP-HZN-BLY00061553 | | Erick Cunningham interview notes | George Medley |
|---|---|---|---|---|
| 33 | BP-HZN-BLY00061457 - BP-HZN-BLY00061458 & BP-HZN-BLY00061799 | | Paul Tooms interview notes | George Medley |
| 44 | BP-HZN-BLY00061358- BP-HZN-BLY00061366 | | Jim Wetherbee Handwritten Notes | George Medley |
| 45 | BP-HZN-BLY00061496- BP-HZN-BLY00061512 | | Bob Kaluza Witness Interview Notes | George Medley |
| 46 | BP-HZN-BLY00061571- BP-HZN-BLY00061578 | | Lee Lambert interview notes | George Medley |
| 47 | BP-HZN-BLY00061617- BP-HZN-BLY00061628 | | Brian Morel interview notes | George Medley |
| 48 | BP-HZN-BLY00061254 – BP-HZN-BLY00061256 | | Don Vidrine Interview Notes | George Medley |
| 49 | BP-HZN-MBI00139573 - BP-HZN-MBI00139576 | 3/7/10 | Handwritten notes of Jim Wetherbee's interview of Don Vidrine on 3/7/10 | George Medley |
| 50 | BP-HZN-BLY00093519 - BP-HZN-BLY00093520 | 7/14/10 | E-Mail - From: Sepulvado, Murry R Sent: Wed Jul 14 21:30:38 2010 | George Medley |
| 52 | BP-HZN-BLY00094818 | | BP/Deepwater Horizon Rheliant Displacement Procedure | George Medley |
| 60 | BP-HZN-BLY00089917 - BP-HZN-BLY00089920 | 7/21/10 | Steve Robinson, James Wetherbee Post Meeting Notes, July 21, 2010 | George Medley |
| 61 | BP-HZN-BLY00099032 - BP-HZN-BLY00099033 | | Timeline of events | George Medley |

2

# GEORGE MEDLEY (M-I L.L.C.)
# EXPERT RELIANCE EXHIBIT LIST
# MDL NO. 2179

| 63 | BP-HZN-BLY00061487 - BP-HZN-BLY00061495 | 4/28/10 | Handwritten notes of interview with Bob Kaluza on April 28, 2010 | George Medley |
|---|---|---|---|---|
| 64 | BP-HZN-BLY00061563 - BP-HZN-BLY00061568 | 4/29/10 | Handwritten notes of Lee Lambert interview by Jim Wetherbee, Kevin Fontenot, and Steve Robinson on 4/29/10 | George Medley |
| 65 | BP-HZN-BLY00061738 - BP-HZN-BLY00061742 | | Handwritten notes of David Sims interview from Steve Robinson's notebook | George Medley |
| 66 | BP-HZN-MBI00139613 - BP-HZN-MBI00139614 | | Handwritten notes of Brian Martin interview of Cathleenia Willis, Mudlogger | George Medley |
| 93 | BP-HZN-2179MDL00057261 - BP-HZN-2179MDL00057372 | | BP Drilling and Well Operations Practice (E&P Defined Operating Practice GP10-00) | George Medley |
| 184 | BP-HZ-2179MDL00269659 - BP-HZ-2179MDL00269673 | | BP Zonal Isolation Requirements during Drilling Operations and Well Abandonment and Suspension GP10-60 | George Medley |
| 194 | BP-HZN-BLY00061459 - BP-HZN-BLY00061467 | 4/30/10 | Handwritten notes of Kent Corser Interview of John Guide on "April 31"(sic), 2010 | George Medley |
| 195 | BP-HZN-BLY00104243 - BP-HZN-BLY00104239 | 5/12/10 | Handwritten notes of Kent Corser Interview of John Guide on May 12, 2010 | George Medley |
| 232 | BP-HZN-BLY00124040- BP-HZN-BLY00124057 | | Slide show titled "Deepwater Horizon Investigation Findings" | George Medley |
| 302 | BP-HZN-CEC020346 - BP-HZN-CEC020350 | 4/27/10 | Typewritten notes of Don Vidrine April 27, 2010 interview by Brian Martin | George Medley |
| 303 | BP-HZN-BLY00143650- BP-HZN-BLY00143655 | | Typewritten compilation of various interview notes associated with Brian Martin's deposition | George Medley |
| 304 | BP-HZN-BLY00061656- BP-HZN-BLY00061657 | | Handwritten notes of Brian Martin interview of Pat O'Bryan | George Medley |

# GEORGE MEDLEY (M-I L.L.C.)
# EXPERT RELIANCE EXHIBIT LIST
# MDL NO. 2179

| 305 | BP-HZN-BLY00061935-<br>BP-HZN-BLY00061639 | 5/12/10 | Handwritten notes of Brian Martin interview of John Guide on May 12, 2010 | George Medley |
|---|---|---|---|---|
| 306 | BP-HZN-BLY00062033-<br>BP-HZN-BLY00062037 | 5/11/10 | Handwritten notes of Brian Martin interview of Dave Walz on May 11, 2010 | George Medley |
| 307 | BP-HZN-BLY00061946-<br>BP-HZN-BLY00061951 | 5/14/10 | Handwritten notes of Brian Martin interview of Jesse Gagliano (Halliburton) on May 14, 2010 | George Medley |
| 308 | BP-HZN-BLY00062038-<br>BP-HZN-BLY00062040 | 5/15/10 | Handwritten notes of Brian Martin interview of Brett Cocales on May 15, 2010 | George Medley |
| 309 | BP-HZN-BLY00061924-<br>BP-HZN-BLY00061925 | 5/6/10 | Handwritten notes of Brian Martin interview of Cathleenia Willis (Halliburton) on May 6, 2010 | George Medley |
| 310 | BP-HZN-BLY00061595-<br>BP-HZN-BLY00061596 | 5/13/10 | Handwritten notes of Brian Martin interview of Leo Linder (M-I LLC) on May 13, 2010 | George Medley |
| 311 | BP-HZN-BLY00061926-<br>BP-HZN-BLY00061929 | 5/7/10 | Handwritten notes of Brian Martin interview of Charles Credeur (Drilquip) on May 7, 2010 | George Medley |
| 312 | BP-HZN-BLY00061922-<br>BP-HZN-BLY00061923 | 5/6/10 | Handwritten notes of Brian Martin interview of Christopher Haire (Halliburton) on May 6, 2010 | George Medley |
| 319 | BP-HZN-BLY00061376-<br>BP-HZN-BLY00061380 | | Handwritten notes of Brian Martin interview of Mark Hafle | George Medley |
| 323 | BP-HZN-BLY00061840-<br>BP-HZN-BLY00061843 | 5/5/10 | Handwritten notes of Brian Martin interview of James Wilson on May 5, 2010 | George Medley |
| 324 | N/A | 5/12/10 | Typewritten compilation of interview notes for John Guide interview on May 12, 2010 | George Medley |
| 325 | N/A | 4/29/10 | Typewritten notes of Interview of Alvin Landry (Damon Bankston Master) and Anthony Gervasio of April 29, 2010 | George Medley |
| 326 | N/A | | Typewritten notes of Brian Martin interview of Leo Linder | George Medley |

# GEORGE MEDLEY (M-I L.L.C.)
# EXPERT RELIANCE EXHIBIT LIST
# MDL NO. 2179

|     |     |     | (M-I LLC) on May 13, 2010 |     |
| --- | --- | --- | --- | --- |
| 327 | BP-HZN-BLY00061727-BP-HZN-BLY00061737 | 4/25/10 | Handwritten notes Daved Sims interview on April 25, 2010 | George Medley |
| 328 | BP-HZN-BLY00162026-BP-HZN-BLY00162032 | 5/8/10 | Handwritten notes of May 8, 2010 Team Briefing | George Medley |
| 329 | BP-HZN-BLY00061207-BP-HZN-BLY00061208 |  | Handwritten notes of Brian Martin interview of Brandon Boullion | George Medley |
| 330 | BP-HZN-BLY00061520-BP-HZN-BLY00061521 | 5/4/10 | Handwritten notes of Brian Martin interview of Joseph Keith on May 4, 2010 | George Medley |
| 331 | BP-HZN-BLY00061611-BP-HZN-BLY00061612 | 5/13/10 | Handwritten notes of Brian Martin interview of Greg Meche (M-I LLC) on May 13, 2010 | George Medley |
| 332 | BP-HZN-BLY00061690-BP-HZN-BLY00061691 | 5/13/10 | Handwritten notes of Brian Martin interview of John Quibodeaux (M-I LLC) on May 13, 2010 | George Medley |
| 333 | BP-HZN-MBI00139581 - BP-HZN-MBI00139582 | 5/4/10 | Handwritten notes of Brian Martin interview of Vincent Tabler (Halliburton) on May 4, 2010 | George Medley |
| 515 | N/A | 4/29/10 | Typewritten notes of interview of John LeBleu on April 29, 2010 | George Medley |
| 516 | BP-HZN-CEC020295 - BP-HZN-CEC020326 |  | Handwritten and typewritten notes from various interviews including interview of David Simms | George Medley |
| 718 | BP-HZN-2179MDL01465313 - 1465320, last page with no Bates number |  | Tally book of Nathan Chaisson (Halliburton) with cementing job description | George Medley |
| 816 | BP-HZN-BLY00061275 - BP-HZN-BLY00061280 | 5/14/10 | Handwritten notes of Brian Martin interview of Jesse Gagliano (Halliburton) on May 14, 2010 | George Medley |

# GEORGE MEDLEY (M-I L.L.C.)
# EXPERT RELIANCE EXHIBIT LIST
# MDL NO. 2179

| 817 | BP-HZN-BLY00061292 - BP-HZN-BLY00061298 | 5/14/10 | Handwritten notes on interview of Jesse Gagliano (Halliburton) on May 14, 2010 | George Medley |
|---|---|---|---|---|
| 963 | BP-HZN-2179MDL00032495 | 4/10/10 | Sperry Drilling Services email re: Release of Data to John LeBleu | George Medley |
| 964 | BP-HZN-2179MDL00042476 | 4/11/10 | John LeBleu email requesting data from Sperry Drilling Services | George Medley |
| 965 | BP-HZN-2179MDL00039500 | 4/11/10 | Brian Morel email re: Release of Data | George Medley |
| 966 | BP-HZN-2179MDL00045083 - BP-HZN-2179MDL00045084 | 4/12/10 | John Guide email re: Release of Data | George Medley |
| 967 | BP-HZN-2179MDL00015195 | 4/20/10 | Rheliant Displacement Procedure | George Medley |
| 1425 | BP-HZN-MBI00191720 - BP-HZN-MBI00191726 | 4/19/10 | Daily Operations Report – Partners (4/19/2010) | George Medley |
| 1426 | TRN-MDL-00466859 - TRN-MDL-00466863 | 4/20/10 | Daily Drilling Report, April 20, 2010 | George Medley |
| 1427 | BP-HZN-BLY00061253 | 6/4/10 | Handwritten notes of Cathleenia Williams interview of June 4, 2010 | George Medley |
| 1990 | BP-HZN-MBI00126320 | 4/13/10 | Email of April 13,2010, Subject: "RE: Rev 1 Procedure" | George Medley |
| 1992 | BP-HZN-BLY00071107 BPD119-009046 | 4/20/10 | Email of April 20, 2010, Subject: "Ops Note" | George Medley |
| 1993 | N/A | 9/8/10 | BP's Deepwater Horizon Accident Investigation Report of September 8, 2010 | George Medley |
| 2301 | TRN-USCG-MMS-00011638 - TRN-USCG- | 4/19/10 | Daily Drilling Report, April 19, 2010 | George Medley |

# GEORGE MEDLEY (M-I L.L.C.)
# EXPERT RELIANCE EXHIBIT LIST
# MDL NO. 2179

|  |  |  |  |  |
|---|---|---|---|---|
|  | MMS-00011643 |  |  |  |
| 2804 | M-I00000795- M-I00000997; M-I00032095 - M-I00032106; M-I00014306 - M-I00014307 | 2/1/09 | Contract for Gulf of Mexico Strategic Performance Unit Offshore Well Services between BP Exploration and Production Inc. and M-I L.L.C., BPM-09-00209 | George Medley |
| 4502 | BP-HZN-CEC020232 - BP-HZN-CEC020235 | 4/27/10 | Transcript of Brian Morel Interview notes from 27 April 2010; Interview panel of Rex Anderson, Matt Lucas, Jim Wetherbee, and Warren Winters | George Medley |
| 4504 | BP-HZN-CEC020236 - BP-HZN-CEC020247 | 4/27/10 | Handwritten notes from 27 April 2010; Interview panel of Rex Anderson, Matt Lucas, Jim Wetherbee, and Warren Winters | George Medley |
| 4505 | BP-HZN-CEC020251 - BP-HZN-CEC020265 | 5/10/10 | Handwritten notes of Brian Morel interview (by John McKay) on 5/10/10 at 3:30 – 6:00 p.m. | George Medley |
| 89000 | N/A |  | A Primer of Oilwell Drilling, Sixth Edition, Petroleum Extension Service, p. 43 | George Medley |
| 89001 | N/A | 1991 | Applied Drilling Engineering, Bourgoyne, Jr., Adam T., Millheim, Keith K., Chenevert, Martin E., and Young, Jr., F.S., SPE Textbook Series No. 2, Society of Petroleum Engineers, Richardson, Texas, 1991, p. 1-2 | George Medley |
| 89002 | N/A | 9/14/11 | The Bureau of Ocean Energy Management, Regulation and Enforcement, "Report Regarding the Cause of the April 20, 2010 Macondo Well Blowout." | George Medley |
| 89003 | N/A | June, 2011 | Macondo Well Incident: Transocean Investigative Report, Volumes I and II | George Medley |
| 89004 | N/A | 2011 | Macondo: The Gulf Oil Disaster, Chief Counsel's Report, 2011, National Commission on the BP Deepwater Horizon Oil Spill and Offshore Drilling | George Medley |

7