UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | § § § § § | MDL NO. 2179 SECTION J |
| This Document Relates To: *All cases, 2-10-cv-2771 and 2:10-cv-04536* | § § § § | JUDGE BARBIER MAGISTRATE JUDGE SHUSHAN |

<u>**EX PARTE MOTION TO FILE APPENDICES UNDER SEAL IN SUPPORT OF TRANSOCEAN'S MEMORANDUM IN SUPPORT OF TRANSOCEAN'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST BP TO ENFORCE BP'S CONTRACTUAL OBLIGATIONS, INCLUDING BP'S OBLIGATION TO DEFEND, INDEMNIFY AND HOLD TRANSOCEAN HARMLESS AGAINST POLLUTION CLAIMS**</u>

Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., Transocean Holdings LLC and Triton Asset Leasing GmbH (collectively "Transocean") hereby respectfully move to file under seal the following Appendices to Transocean's Memorandum in Support of Transocean's Motion for Partial Summary Judgment Against BP to Enforce BP's Contractual Obligations, Including BP's Obligation to Defend, Indemnify and Hold Transocean Harmless Against Pollution Claims:

<u>Appendix A</u>: A-6; A-7; A-8; A-9; A-10; A-11; A-12; A-13; A-14; A-17; A-18; A-19; A-20; A-21; A-22; A-23; A-24; A-25; A-30; A-31; A-32; A-40; A-41; A-42; A-43; and A-46.

<u>Appendix B</u>: B-32; B-76; B-82; B-83; B-86; B-88; B-91; B-96; B-98; and B-110.

<u>Appendix C</u>: C-1; C-2; C-4; C-6; C-7; C-8; C-9; and C-10.

Transocean's Memorandum in Support of the Motion for Partial Summary Judgment references various documents, some of which have been produced in this litigation and marked as "Confidential" or "Highly Confidential" and others that have not been produced, but contain

confidential, proprietary, and / or otherwise privileged information. Additionally, portions of deposition transcripts have been designated as "Confidential" or "Highly Confidential." Per Pretrial Order Number 13, documents designated "Highly Confidential" must be filed under seal. Because of these designations and / or based on the nature of the information contained in these documents, Transocean respectfully requests that the Court grant its Motion to File Exhibits Under Seal.

Respectfully submitted,

By: /s/ Steven L. Roberts
Steven L. Roberts (Texas, No. 17019300)
Rachel Giesber Clingman (Texas, No. 00784125)
Kent C. Sullivan (Texas, No. 19487300)
Sutherland Asbill & Brennan LLP
1001 Fannin Street, Suite 3700
Houston, Texas 77002
Telephone: (713) 470-6100
Facsimile: (713) 654-1301
Email: steven.roberts@sutherland.com,
rachel.clingman@sutherland.com,
kent.sullivan@sutherland.com,

By: /s/ Kerry J. Miller
Kerry J. Miller (Louisiana, No. 24562)
Frilot, L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163
Telephone: (504) 599-8169
Facsimile: (504) 599-8154
Email: kmiller@frilot.com

-and-

By: /s/ Brad D. Brian.
Brad D. Brian (California, No. 79001)
Allen M. Katz (California, No. 054933)
Munger Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071
Telephone: (213) 683-9100
Facsimile: (213) 683-5180, (213) 683-4018
Email: brad.brian@mto.com,
allen.katz@mto.com

-and-

|  |  |
|---|---|
|  | By:  /s/ Edwin G. Preis, Jr.  <br>Edwin G. Preis, Jr. (Louisiana, No. 1070)<br>Richard J. Hymel (Louisiana, No. 20230)<br>Preis & Roy PLC<br>102 Versailles Boulevard, Suite 400<br>Lafayette, Louisiana 70501<br>Telephone: (337) 237-6062<br>Facsimile: (337) 237-9129<br>-and-<br>601 Poydras Street, Suite 1700<br>New Orleans, Louisiana 70130<br>Telephone: (504) 581-6062<br>Facsimile: (504) 522-9129<br>Email: egp@preisroy.com, efk@preisroy.com |

Of Counsel:
John M. Elsley (Texas, No. 0591950)
Royston, Rayzor, Vickery & Williams LLP
711 Louisiana Street, Suite 500
Houston, Texas 77002
Telephone: (713) 224-8380
Facsimile: (713) 225-9945
Email: john.elsley@roystonlaw.com

Daniel O. Goforth (Texas, No. 08064000)
Goforth Geren Easterling LLP
4900 Woodway, Suite 750
Houston, Texas 77056
Telephone: (713) 650-0022
Facsimile: (713) 650-1669
Email: dangoforth@goforthlaw.com

*Counsel for Transocean*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been electronically filed through the Court's CM/ECF system and served on all counsel of record though LexisNexis File & Serve, in accordance with Pretrial Order No. 12, which will send a notice of electronic filing to all counsel of record on this 1st day of November, 2011.

/s/  Kerry J. Miller
KERRY J. MILLER