UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | § § § § § | MDL NO. 2179<br><br>SECTION J |
| This Document Relates To:<br>*All cases, 2-10-cv-2771 and 2:10-cv-04536* | § § § | JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

**TRANSOCEAN'S EX PARTE MOTION TO EXCEED PAGE LIMIT FOR MEMORANDUM IN SUPPORT OF TRANSOCEAN'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST BP TO ENFORCE BP'S CONTRACTUAL OBLIGATIONS, INCLUDING BP'S OBLIGATION TO DEFEND, INDEMNIFY AND HOLD TRANSOCEAN HARMLESS AGAINST POLLUTION CLAIMS**

Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., Transocean Holdings LLC and Triton Asset Leasing GmbH (collectively "Transocean") respectfully request that the Court enlarge the page limit to allow Transocean to file its Memorandum in Support of Transocean's Motion for Partial Summary Judgment Against BP to Enforce BP's Contractual Obligations, Including BP's Obligation to Defend, Indemnify and Hold Transocean Harmless Against Pollution Claims.

The Local Civil Rules of the Eastern District of Louisiana provide that a memorandum supporting or opposing a motion may not exceed twenty-five pages. L.R. 7.7. Transocean's Memorandum, inclusive of footnotes and endnotes and exclusive of the signature block and certificate of service, is approximately fifty pages in length. Transocean believes that this additional length is appropriate in order to fully and properly address the important issues presented by Transocean's motion. BP has filed contribution claims in the MDL and in the action brought by the United States in which it contends that Transocean owes contribution to BP for the approximately $15 billion BP already spent responding to the spill, and the billions

1

more it will owe private plaintiffs, the States and the United States on account of the damage caused by the spill. Transocean contends that this multi-billion dollar BP claim for contribution is barred by BP's express and comprehensive promise to Transocean in the Drilling Contract to indemnify Transocean on account of any and all damages and losses from pollution claims.

Transocean notes that, in Pretrial Order No. 25, the Court enlarged the page limit to fifty pages for briefs filed in response to the Master Complaints in MDL No. 2179. Transocean respectfully suggests that the indemnity issues addressed in its motion are of equal importance as the choice of law issues addressed in the motions to dismiss. A similar page limit is, therefore, appropriate. Moreover, since the current motion is for partial summary judgment and, thus, requires a discussion of the facts and the law, additional pages are necessary to present the issues.

A proposed order accompanies this Motion.

Respectfully submitted,

By:   /s/ Steven L. Roberts
Steven L. Roberts (Texas, No. 17019300)
Rachel Giesber Clingman (Texas, No. 00784125)
Kent C. Sullivan (Texas, No. 19487300)
Sutherland Asbill & Brennan LLP
1001 Fannin Street, Suite 3700
Houston, Texas 77002
Telephone: (713) 470-6100
Facsimile: (713) 654-1301
Email: steven.roberts@sutherland.com,
rachel.clingman@sutherland.com,
kent.sullivan@sutherland.com

By:   /s/ Kerry J. Miller
Kerry J. Miller (Louisiana, No. 24562)
Frilot, L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163
Telephone: (504) 599-8169
Facsimile: (504) 599-8154
Email: kmiller@frilot.com

-and-

By:   /s/ Brad D. Brian.
Brad D. Brian (California, No. 79001)
Allen M. Katz (California, No. 054933)
Munger Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071
Telephone: (213) 683-9100
Facsimile: (213) 683-5180, (213) 683-4018
Email: brad.brian@mto.com,
allen.katz@mto.com

15493495.1

-and-

By: /s/ Edwin G. Preis, Jr.
Edwin G. Preis, Jr. (Louisiana, No. 1070)
Richard J. Hymel (Louisiana, No. 20230)
Preis & Roy PLC
102 Versailles Boulevard, Suite 400
Lafayette, Louisiana 70501
Telephone: (337) 237-6062
Facsimile: (337) 237-9129

-and-

601 Poydras Street, Suite 1700
New Orleans, Louisiana 70130
Telephone: (504) 581-6062
Facsimile: (504) 522-9129
Email: egp@preisroy.com, efk@preisroy.com

Of Counsel:
John M. Elsley (Texas, No. 0591950)
Royston, Rayzor, Vickery & Williams LLP
711 Louisiana Street, Suite 500
Houston, Texas 77002
Telephone: (713) 224-8380
Facsimile: (713) 225-9945
Email: john.elsley@roystonlaw.com

Daniel O. Goforth (Texas, No. 08064000)
Goforth Geren Easterling LLP
4900 Woodway, Suite 750
Houston, Texas 77056
Telephone: (713) 650-0022
Facsimile: (713) 650-1669
Email: dangoforth@goforthlaw.com

*Counsel for Transocean*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been electronically filed through the Court's CM/ECF system and served on all counsel of record though LexisNexis File

3

15493495.1

& Serve, in accordance with Pretrial Order No. 12, which will send a notice of electronic filing to all counsel of record on this 1st day of November, 2011.

             /s/  Kerry J. Miller
             KERRY J. MILLER

4

15493495.1