UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | § § § § | MDL NO. 2179<br><br>SECTION J |
| This Document Relates To:<br>*All cases, 2-10-cv-2771 and 2:10-cv-04536* | § § § § § | JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

Having considered Transocean's Ex Parte Motion to Exceed Page Limit for Memorandum in Support of Transocean's Motion for Partial Summary Judgment,

IT IS ORDERED that Transocean's Motion to Enlarge Page Limit is hereby granted.

New Orleans, Louisiana, this ____ day of November, 2011.

_____
CARL J. BARBIER

1

15493495.1