# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | § § § § | MDL NO. 2179 <br><br> SECTION J |
| **This Document Relates To:** *All cases, 2-10-cv-2771 and 2:10-cv-04536* | § § § § § § | JUDGE BARBIER <br><br> MAGISTRATE JUDGE SHUSHAN |

## NOTICE OF MANUAL FILING: FILED UNDER SEAL

Transocean has moved the Court to file the following appendices under seal:

Appendix A: A-6; A-7; A-8; A-9; A-10; A-11; A-12; A-13; A-14; A-17; A-18; A-19; A-20; A-21; A-22; A-23; A-24; A-25; A-30; A-31; A-32; A-40; A-41; A-42; A-43; and A-46.

Appendix B: B-32; B-76; B-82; B-83; B-86; B-88; B-91; B-96; B-98; and B-110.

Appendix C: C-1; C-2; C-4; C-6; C-7; C-8; C-9; and C-10.

15493495.1