# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | § § § § | MDL NO. 2179 <br><br> SECTION J |
| **This Document Relates To:** *All cases, 2-10-cv-2771 and 2:10-cv-04536* | § § § § § | JUDGE BARBIER <br><br> MAGISTRATE JUDGE SHUSHAN |

## NOTICE OF MANUAL FILING: EXCEEDS FILE SIZE

Transocean provides notice that each of the following appendices exceeds the maximum file size of 5 MB and is not anticipated to be filed under seal:

<u>Appendix A</u>: A-3; A-15; A-27; A-29; and A-45.

1

15493495.1