UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | § § § § | MDL No. 2179<br><br>SECTION J |
| This Document Relates To:<br>*All cases, 2-10-cv-2771 and 2:10-cv-04536* | § § § § § | JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

### PROPOSED ORDER GRANTING TRANSOCEAN'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST BP TO ENFORCE BP'S CONTRACTUAL OBLIGATIONS, INCLUDING BP'S OBLIGATION TO DEFEND, INDEMNIFY AND HOLD TRANSOCEAN HARMLESS AGAINST POLLUTION CLAIMS

The Court having considered Transocean's Motion for Partial Summary Judgment Against BP, and good cause appearing for same,

IT IS HEREBY ORDERED that Transocean's Motion for Partial Summary Judgment is hereby granted. The Court hereby determines that there is no genuine dispute of material fact with respect to the following issues, claims and/or defenses:

(1) The express indemnity promises made by BP in the Drilling Contract override any alleged rights of BP to contribution;

(2) The indemnity provisions agreed to by BP in the Drilling Contract are valid and enforceable against the OPA statutory backdrop, including indemnity for the uncapped liability that arises upon a finding that an incident resulted from gross negligence;

(3) BP's contribution claims are barred by BP's contractual promise to defend Transocean, and BP must defend Transocean against environmental wellhead pollution claims pending against it that arise from the Macondo blowout;

(4) BP cannot avoid its contractual promise by alleging that Transocean breached the Drilling Contract or that the *Deepwater Horizon* was unseaworthy;

(5) BP cannot avoid its contractual promise by alleging that Transocean or its employees were grossly negligent;

(6) BP is required to honor its promise to indemnify Transocean for CWA (and any other) civil penalties on account of pollution or contamination from the Macondo well;

(7) BP is required to honor its promise to pay the unpaid invoices referenced in Transocean's Motion for Partial Summary Judgment and the Memorandum in Support thereof;

(8) As a result of BP's failure to honor its promises in each of the above areas, BP be required to reimburse Transocean its attorneys' fees, costs, and expenses incurred in defending environmental claims for which BP is contractually obligated and those incurred in forcing BP to honor its contractual promises;

IT IS SO ORDERED.

New Orleans, Louisiana, this ___ day of _____, 2011.

_____
CARL J. BARBIER