UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | § § § § | MDL No. 2179<br><br>SECTION J |
| IN RE: THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GMBH, ET AL. IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § | JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |
| This Document Relates To:<br>*All cases and No.: 2-10-cv-2771 and No. 2:10-cv-04536-CJB-SS (United States v. BP Exploration & Production Inc., et al.)* | § § § § § | |

**AFFIDAVIT OF TIM KELLER**

THE STATE OF TEXAS    )
                      )
COUNTY OF HARRIS      )

   BEFORE ME, the undersigned authority, on this day personally appeared Tim Keller who being duly sworn deposed on his oath as follows:

   1. My name is Tim Keller. I am more than twenty-one years old, I have never been convicted of a crime involving moral turpitude, and I am competent to provide this affidavit. All facts in this affidavit are true, correct, and within my personal knowledge.

   2. I am the North America Division Assistant Controller for Transocean. My office at Transocean is located at Park Ten Centre, 1311 Broadfield Blvd., Suite 400, Houston, Texas 77084.

   3. As October 27, 2011, I obtained knowledge of the invoices and accounts receivable aging report attached Appendix A-41 to Transocean's Motion for Partial Summary Judgment, , and incorporated herein by reference, specifically Invoice Nos.: 00014-00011482; 00014-00011504; 00014-00011506; 00014-00011509; 00014-00011510; 00014-00011535; 00014-00011536; 00014-00011538; 00014-00011547; 00014-00011561.   In addition, I obtained knowledge of the information contained within this affidavit.

   4. The preparation and issuance of these invoices and aging report is within the regular course of Transocean's business, and it is the regular practice of Transocean for an employee or representative with knowledge of the financial

12397171.1

obligation to make or transmit information to be included in these records. The records were made at or near that time or reasonably soon thereafter.

5.  True and correct copies of these invoices are attached as appendices to Transocean's Motion for Partial Summary Judgment.

6.  At the time of the execution of this affidavit, the amounts reflected in the invoice are due and unpaid.

EXECUTED on this the 27th day of October, 2011.

FURTHER, AFFIANT SAYETH NOT.

_____
Tim Keller

SWORN AND SUBSCRIBED TO BEFORE ME on this the 27th of October, 2011.

ANA L. GALLARDO
MY COMMISSION EXPIRES
NOVEMBER 1, 2012

_____
Notary Public in and for the
STATE OF TEXAS

12397171.1