UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | § § § § | MDL NO. 2179<br><br>SECTION J |
| IN RE: THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GMBH, ET AL. IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § | JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |
| **This Document Relates To:** *All cases and No.: 2-10-cv-2771 and No. 2:10-cv-04536-CJB-SS (United States v. BP Exploration & Production Inc., et al.)* | § § § § § | |

## AFFIDAVIT OF STACEY EARLEY

THE STATE OF TEXAS    )
                      )
COUNTY OF HARRIS      )

BEFORE ME, the undersigned authority, on this day personally appeared Stacey Earley, who being duly sworn deposed on his oath as follows:

1. My name is Stacey Earley. I am more than twenty-one years old, I have never been convicted of a crime involving moral turpitude, and I am competent to provide this affidavit. All facts in this affidavit are true, correct, and within my personal knowledge.

2. I am the Director of Marketing Contracts & Services for Transocean. My office at Transocean is located at 4 Greenway Plaza, Houston, Texas 77046.

3. As Director of Marketing Contracts & Services, I obtained knowledge of the contracts and amendments thereto executed on behalf of Transocean entities attached as appendices to Transocean's Motion for Partial Summary Judgment, and incorporated herein by reference, namely those for the:

   i. *Deepwater Horizon*;
   ii. *Development Driller II*;
   iii. *Discoverer Enterprise*;
   iv. an Angola Newbuild (*Luanda*);
   v. *Constellation I*; and
   vi. a jackup rig for Pharaonic Petroleum Company (*Constellation II*).

12397171.1

In addition, I obtained knowledge of the information contained within this affidavit.

4.      The negotiation and / or execution of these contracts is within the regular course of Transocean's business, and it is the regular practice of Transocean for an employee or representative with knowledge of the negotiation and / or execution of the contract to make or transmit information to be included in these records. The records were made at or near that time or reasonably soon thereafter.

5.      True and correct copies of these contracts are attached as appendices to Transocean's Motion for Partial Summary Judgment.

EXECUTED on this the 27th day of October, 2011.

FURTHER, AFFIANT SAYETH NOT.

_____
Stacey Earley

SWORN AND SUBSCRIBED TO BEFORE ME on this the 27th of October, 2011.

_____
Notary Public in and for the
STATE OF TEXAS

> VERONICA M. ALLISON
> Notary Public,
> State of Texas
> Comm. Exp. 08-03-12

12397171.1