UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | § § § § | MDL NO. 2179<br><br>SECTION J |
| IN RE: THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GMBH, ET AL. IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § | JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |
| This Document Relates To:<br>*All cases and No.: 2-10-cv-2771 and No. 2:10-cv-04536-CJB-SS (United States v. BP Exploration & Production Inc., et al.)* | § § § § | |

## AFFIDAVIT OF STEPHANY LEGRAND

THE STATE OF TEXAS  )
                    )
COUNTY OF HARRIS    )

BEFORE ME, the undersigned authority, on this day personally appeared Stephany LeGrand who being duly sworn deposed on his oath as follows:

1.  My name is Stephany LeGrand. I am more than twenty-one years old, I have never been convicted of a crime involving moral turpitude, and I am competent to provide this affidavit. All facts in this affidavit are true, correct, and within my personal knowledge.

2.  I am an attorney at the law firm of Sutherland Asbill & Brennan LLP, licensed to practice law in the State of Texas and representing Transocean in this matter.

3.  Attached to Transocean's Motion for Partial Summary Judgment, and incorporated herein by reference, are appendices including: publicly available documents and websites; a summary of provisions contained in certain contracts also attached as appendices; standard form contracts published by industry organizations; correspondence; protection and indemnity rules; and documents produced in this litigation, all of which are all true and correct copies of the information / documents as of the signing of this affidavit and / or the date indicated in citations to same within the Memorandum in Support of Transocean's Motion for Partial Summary Judgment, as applicable.

EXECUTED on this the 27 day of October, 2011.

12397171.1

FURTHER, AFFIANT SAYETH NOT.

_____
Stephany LeGrand

SWORN AND SUBSCRIBED TO BEFORE ME on this the 27th of October, 2011.

_____
Notary Public in and for the
STATE OF TEXAS

GRETCHEN M. SEIDL
MY COMMISSION EXPIRES
March 29, 2015

12397171.1