**MARKET SNAPS**

| U.S. | EUROPE |
|---|---|
| DOW | 11,808.8 |
| S&P 500 | 1,238.2 |
| NASDAQ | 2,637.4 |



**Nasdaq** 2,637.46 +1.49%    **Dow** 11,808.80 +2.31%    **S&P 500** 1,238.25 +1.88%    **FTSE 100** 5,488.65 +1.93%    **STOXX 50** 2,337.51 +2.89%    **DAX** 5,970.96

Our Company | Professional | Anywhere                Sign in

Search News, Quotes and Opinion

Exchange:New Yor
Sector:Energy
Industry:Oil&Gas
Sub-Industry:Oil Co
**BP PLC**
Add to Portfolio
**BP:US**
42.3500 USD 1.030
As of 20:04 10/21/2
Snapshot
Chart
Company Profile
& Executives
Browse All Companies

Advertisements

E*TRADE   FREE $50K   TD Ameritrade

**Snapshot for BP PLC (BP:US)**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Open** | 41.5600 | **Day's Range** | 41.5000 - 42.4700 | **Volume** | 10,835,809 | **Bid** 42.3500 |
| **Previous Close** | 41.3200 | **52wk Range** | 33.6200 - 49.5000 | **1-Yr Rtn** | 7.57% | **Ask** 42.3500 |

**Stock Chart for BP:US**
*BP:US* 42.35

Compare

1D
1M
1Y



41.32
…
Previous Close

**Company Profile & Key Executives for BP:US**
BP plc is an oil and petrochemicals company. The Company explores for and produces oil and natural gas, refines, markets, and supplies petroleum products, generates solar energy, and manufactures and markets chemicals. BP's chemicals include terephthalic acid, acetic acid, acrylonitrile, ethylene and polyethylene.
Carl-henric Svanberg CHAIRMAN
Robert W Dudley GROUP CHIEF EXECUTIVE OFFICER
Byron E Grote CHIEF FINANCIAL OFFICER
David J Jackson SECRETARY

**Key Statistics for BP:US**

| | BP:US | Sector |
|---|---|---|
| **Current P/E** | - | 9.7082 |
| **Relative P/E (ttm)** | - | - |
| **Estimated P/E (12/11)** | 6.3732 | - |
| **PEG ratio (3 years expected)** | 1.2870 | - |
| **Market Cap (M)** | 133,824.90 | - |
| **Enterprise Value (M) (ttm)** | - | - |
| **Enterprise Value/EBITDA (M) (ttm)** | - | - |
| **Price/Book (mrq)** | - | 1.5906 |
| **Est. EPS (12/11)** | 6.6450 | - |
| **Dividend Yield (ttm)** | 2.9752 | - |

Abbreviations:

| | **MORE FROM BLOOMBERG** | | **COMPANY** | |
|---|---|---|---|---|
| Bloomberg on Facebook | Bloomberg Businessweek | Bloomberg Link | About Bloomberg | Help |
| Follow Bloomberg on Twitter | Business Exchange | Bloomberg Markets Magazine | Careers | Sitemap |
| | Bloomberg Briefs | Bloomberg Mart | Press Room | Trademarks |
| Follow Bloomberg on LinkedIn | Bloomberg Government | Bloomberg New Energy Finance | Advertising | Feedback |
| | Bloomberg HT | Bloomberg Open Symbology | Contact Us | Terms of Service |
| | Bloomberg Institute | Bloomberg Press | 关于彭博中国 | Privacy Policy |
| | ブルームバーグ(日本語) | Bloomberg Sports | 会社概要(日本語) | |
| | Bloomberg Law | Jobs by Indeed | | |

Rate this Page       ©2011 BLOOMBERG L.P. ALL RIGHTS RESERVED.       Made in NYC

Q
What is the queue?
More »Items In Your queue
**This is your Bloomberg Queue**
The queue will help you find news, save stories for later and take them with you
Learn MoreClose
More » New Suggestions



**MARKET SNAPSHOT**

| U.S. | EUROPE | ASIA | | |
|---|---|---|---|---|
| DOW | | 11,808.80 | +267.01 | 2.31% |
| S&P 500 | | 1,238.25 | +22.86 | 1.88% |
| NASDAQ | | 2,637.46 | +38.84 | 1.49% |

old 1,636.10  +1.44%    EUR : USD 1.3896  0.8382%    Nasdaq 2,637.46  +1.49%    Dow 11,808.80  +2.31%    S&P 500 1,238.25  +1.88%    FTSE 100 5,488.65  +1

Our Company  |  Professional  |  Anywhere        Sign in

Search News, Quotes and Opinion

Exchange:New York
Sector:Energy
Industry:Oil&Gas
Sub-Industry:Oil&Gas Drilling
**Transocean Ltd/Switzerland**
Add to Portfolio
**RIG:US**
54.4300 USD 1.4000 2.64%
As of 20:04 10/21/2011. All times are ET. Market data is delayed by at least 15 minutes.
Snapshot
Chart
Company Profile
& Executives
Browse All Companies

Advertisements

**Snapshot for Transocean Ltd/Switzerland (RIG:US)**
    Open       53.8300 **Day's Range** 53.3700 - 56.0000 **Volume** 8,744,164 **Bid** 54.5200
**Previous Close** 53.0300 **52wk Range** 43.1500 - 85.9800 **1-Yr Rtn** -14.30%   **Ask** 54.5300
**Stock Chart for RIG:US**
*RIG:US* 54.43

Compare

1D
1M
1Y



53.03
…
Previous Close

**Company Profile & Key Executives for RIG:US**
Transocean Ltd. is an offshore drilling contractor. The Company owns or operates mobile offshore drilling units, inland drilling barges, and other assets utilized in the support of offshore drilling activities worldwide. Transocean specializes in technically demanding segments of the offshore drilling business, including deepwater and harsh environment drilling services.
J Michael Talbert CHAIRMAN
Steven L Newman PRESIDENT/CEO
Ricardo Horacio Rosa EXEC VP/CFO
Ihab Toma EXEC VP:OPERATIONS
**Key Statistics for RIG:US**

| | RIG:US | Sector |
|---|---|---|
| **Current P/E** | 18.3266 | 9.7082 |
| **Relative P/E (ttm)** | 1.3769 | - |
| **Estimated P/E (12/11)** | 16.3257 | - |
| **PEG ratio (3 years expected)** | 0.4139 | - |
| **Market Cap (M)** | 17,407.32 | - |
| **Enterprise Value (M) (ttm)** | 25,153.32 | - |
| **Enterprise Value/EBITDA (M) (ttm)** | 7.82 | - |
| **Price/Book (mrq)** | 0.8330 | 1.5906 |
| **Est. EPS (12/11)** | 3.3340 | - |
| **Dividend Yield (ttm)** | 2.8980 | - |

Abbreviations:
mrq -- Most Recent Quarter

|  | MORE FROM BLOOMBERG |  | COMPANY |  |
|---|---|---|---|---|
| Bloomberg on Facebook | Bloomberg Businessweek | Bloomberg Link | About Bloomberg | Help |
|  | Business Exchange | Bloomberg Markets Magazine | Careers | Sitemap |
| Follow Bloomberg on Twitter | Bloomberg Briefs | Bloomberg Mart | Press Room | Trademarks |
|  | Bloomberg Government | Bloomberg New Energy Finance | Advertising | Feedback |
| Follow Bloomberg on LinkedIn | Bloomberg HT | Bloomberg Open Symbology | Contact Us | Terms of Service |
|  | Bloomberg Institute | Bloomberg Press | 关于彭博中国 | Privacy Policy |
|  | ブルームバーグ(日本語) | Bloomberg Sports | 会社概要(日本語) |  |
|  | Bloomberg Law | Jobs by Indeed |  |  |

Rate this Page   ©2011 BLOOMBERG L.P. ALL RIGHTS RESERVED.   Made in NYC

Q
What is the queue?
More »Items In Your queue
**This is your Bloomberg Queue**
The queue will help you find news, save stories for later and take them with you
Learn MoreClose
More » New Suggestions
.