

Home    Members    Forms    Workshop    Links    Van Zandt    Ocean Star



**QUICK LINKS**

Confidentiality Agreement

Production Handling Agreement

Joint Operating Agreement (shelf)

Joint Operating Agreement (deepwater)

Members - Restricted Area

Contact Us

Mr. P. David Amend
Houston Energy, L.P.
1415 Louisiana, Suite 2400
Houston, TX  77002
Ph:   713-650-8008
Fax: 713-650-8305
E-Mail:
pdavid@houstonenergyinc.com



Mr. J. Granger Anderson III
Energy XXI
1021 Main St. Suite 2626
Houston, TX 77002
Ph: 713-351-3034
Fax: 713-351-3334
E-Mail: ganderson@energyxxi.com



Mr. Frank Barber
ANKOR Energy LLC
1615 Poydras St. Suite 1100
New Orleans, LA 70112
Ph:  504-596-3737
Fax:  504-596-3250
Email: fbarber@ankorenergy.com

Mr. Charles C. Barnes
Stephens Production Company, LLC
808 Travis Street, Suite 2300
Houston, TX 77002
Ph:   713-228-7800
Fax: 713-228-7801
E-Mail:
cbarnes@stephensproductionllc.com



363 N. Sam Houston Pkwy. East
Suite 2020
Houston, TX 77060
Ph:  281-847-6037
Fax: 281-405-4242
E-Mail:
wblumenshine@newfield.com



Mr. Jim Bryan
Anadarko Petroleum Corporation
1201 Lake Robbins Dr
The Woodlands, TX 77380
Ph: 832-636-8831
Fax: 832-636-8059
E-Mail: jim.bryan@anadarko.com



Mr. John Burke
Juneau Exploration, L. P.
3700 Buffalo Speedway, Suite 925
Houston, TX  77098
Ph: 713-960-9494
Fax: 713-524-8197
E-Mail:
jburke@juneauexploration.com



Mr. Jim Higgins
ConocoPhillips Company
P. O. Box 2197
600 North Dairy Ashford – DU 3018 (77079)
Houston, TX 77252-2197
Ph: 281-293-3139
Fax: 281-293-6171
E-Mail:
jim.m.higgins@conocophillips.com



Mr. John Y. Christopher, Jr.
Hess Corporation
500 Dallas Street
Houston, TX 77002
Ph: 713-609-5870
Fax: 713-609-5608
E-Mail:
jychristopher@hess.com



Mr. Scott Cornwell
BHP Petroleum (Americas) Inc.
1360 Post Oak Lane, Suite 150
Houston, TX 77056-3020
Ph: 713-961-8306
Fax: 713-961-8339
E-Mail:
scott.h.cornwell@bhpbilliton.com



Mr. Keith Couvillion
Chevron Corporation
1500 Louisiana Street
Houston, TX 77002



E-Mail: keithcouvillion@chevron.com

Ms. Lynne Hackedorn
Cobalt International Energy
Two Post Oak Central
1980 Post Oak Blvd., Suite 1200
Houston, Texas 77056
Ph: 713-579-9115
Fax: 713-579-9196
E-Mail: lynne.hackedorn@cobaltintl.com



Ms. Becky Harden
Apache Corporation
2000 Post Oak Blvd., Suite 100
Houston, TX  77056
Ph: 713-296-6349
Fax:  713-296-7024
E-Mail: becky.harden@apachecorp.com



Mr. Leon Hirsch
Woodside Energy (USA) Inc.
Sage Plaza
5151 San Felipe, Suite 1200
Houston, TX 77056
Ph: 713-401-0021
Fax: 713-963-8868
E-Mail: leon.hirsch@woodsideenergy.com



Mr. Charles G. Hughes
Marubeni Oil & Gas (USA) Inc.
777 North Eldridge Pkwy, Suite 900
Houston, TX 77079
Ph: 832-379-6363
Fax: 832-379-6306
E-Mail: Charlie@MOGUS.com



Mr. Stephen Laperouse
Plains Exploration & Production Co.
717 Texas Street, Suite 2100
Houston, TX 77002
Ph: 713-354-5000
Fax: 713-354-5052
E-Mail: slaperouse@plainxp.com



Mr. E.J. Louviere
Stone Energy Corporation
625 East Kaliste Saloom Road
P.O. Box 52807 (70505)
Lafayette, LA  70508
Ph: 337-237-0410
Fax: 337-521-0296
E-Mail: louviereej@stoneenergy.com



Hunt Oil Company
1900 North Akard St
Dallas, TX 75201-2300
Ph: 214-978-8600
Fax: 214-978-8673
E-Mail: brex@huntoil.com



Mr. Scott Ham
Shell Exploration & Production Co.
200 N. Dairy Ashford
Houston, TX  77079
Ph: 281-544-2121
Fax: 281-544-4006
E-Mail: scott.ham@shell.com



Ms. Cheryl Saha
Petrobras America Inc.
10350 Richmond Ave., Suite 1400
Houston, TX  77042
Ph: 713-808-2883
Fax: 713-808-4143
E-Mail: csaha@petrobras-usa.com



Mr. Kirk Wardlaw
BP Exploration & Production Inc.
200 Westlake Park Blvd.
Houston, TX 77079
Ph: 281-366-4171
Fax: 281-366-7569
E-Mail: wardlaok@bp.com



Mr. Paul W. Watson
ExxonMobil Exploration Company
CORP-GP8-367
222 Benmar
Houston, TX 77060
Ph: 281-654-7369
Fax: 281-654-5501
E-Mail:
paul.w.watson@exxonmobil.com



Mr. Ron Wilson
Walter Oil & Gas Corporation
1100 Louisiana, Suite 200
Houston, TX  77002-5299
Ph: 713-659-1221
Fax: 713-756-1177
E-Mail: rwilson@walteroil.com



OCS Advisory Board // Terms of Use