**Page 1**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL          )   MDL NO. 2179
BY THE OIL RIG            )
"DEEPWATER HORIZON" IN    )   SECTION "J"
THE GULF OF MEXICO, ON    )
April 20, 2010            )   JUDGE BARBIER
                          )   MAG. JUDGE SHUSHAN

**************

VOLUME 2

**************

Deposition of JOHN BAXTER, taken at Kirkland &
Ellis International, 30 St. Mary Axe, 22nd Floor, London
EC3A 8AF, England, United Kingdom, on the 22nd of June,
2011.

**Page 2**

A P P E A R A N C E S

APPEARING FOR THE PLAINTIFFS' STEERING COMMITTEE:
    Mr. Mikal Watts
    WATTS, GUERRA CRAFT
    Bank of America Plaza
    Suite 100
    300 Convent Street
    San Antonio, Texas 78205

APPEARING FOR BP, INC.:
    Mr. Richard C. Godfrey
    KIRKLAND & ELLIS, LLP
    30 North LaSalle
    Chicago, Illinois 60654

APPEARING FOR BP, INC.:
    Ms. Lauren O. Casazza
    KIRKLAND & ELLIS, LLP
    601 Lexington Avenue
    New York, New York 10022

APPEARING FOR TRANSOCEAN:
    Mr. Robert L. Blankenship
    Mr. M. Benjamin Alexander
    PREIS & ROY
    Versailles Centre, Suite 400
    102 Versailles Boulevard
    Lafayette, Louisiana 70501

APPEARING FOR ANADARKO PETROLEUM COMPANY:
    Ms. Mary Huser
    BINGHAM McCUTCHEN, LLP
    1900 University Avenue
    East Palo Alto, California 94303-2223

APPEARING FOR CAMERON INTERNATIONAL CORPORATION:
    Mr. Joe W. Redden, Jr.
    BECK, REDDEN & SECREST
    1221 McKinney Street, Suite 4500
    Houston, Texas 77010-2010

**Page 3**

A P P E A R A N C E S/Cont'd

APPEARING FOR DRIL-QUIP, INC.:
    Mr. Wendy W. Bishop
    WARE JACKSON LEE CHAMBERS, LLP
    America Tower, 42nd Floor
    2929 Allen Parkway
    Houston, Texas 77019-7101

APPEARING FOR M-I SWACO:
    Mr. James D. Pagliaro
    MORGAN, LEWIS & BOCKIUS, LLP
    1701 Market Street
    Philadelphia, Pennsylvania 19103-2921

APPEARING FOR HALLIBURTON:
    Mr. Jon-Bernard Schwartz
    GODWIN RONQUILLO
    1201 Elm Street, Suite 1700
    Dallas, Texas 75270-2041
    Ms. Angelle M. Adams
    GODWIN RONQUILLO
    1331 Lamar, Suite 1665
    Houston, Texas 77010-3133

APPEARING FOR MOEX OFFSHORE:
    Ms. Gindi E. Vincent
    PILLSBURY, WINTHROP, SHAW, PITTMAN, LLP
    909 Fannin, Suite 2000
    Houston, Texas 77010-1018

APPEARING FOR THE UNITED STATES:
    Ms. Michelle T. Delemarre
    U. S. DEPARTMENT OF JUSTICE
    TORT BRANCH, CIVIL DIVISION
    1425 New York Avenue, N. W.
    Suite 10100
    Washington, D. C. 20044-4271

APPEARING FOR THE STATE OF LOUISIANA:
    Mr. Lambert J. Hassinger, Jr. "Joe"
    GALLOWAY, JOHNSON, TOMPKINS, BURR AND SMITH
    701 Poydras Street, 40th Floor
    New Orleans, Louisiana 70139-4003

**Page 4**

A P P E A R A N C E S/Cont'd

ALSO PRESENT:
    Ms. Karen Gase

THE VIDEOGRAPHER:
    Mr. Kayla Barnes

**PURSUANT TO CONFIDENTIALITY ORDER**



41

43

7    Do you have any evidence now or -- or
do you know of any evidence that BP has now, that the
8    Bly investigative team did not have that would support
9    an allegation that anyone from Transocean acted with
10   indifference or willful disregard for the safety of
11   others or in the environment in connection with the
12   Macondo 252 well?
13           MR. HASSINGER: Objection.
14           MR. GODFREY: Form.
15   A.  No.
16

**PURSUANT TO CONFIDENTIALITY ORDER**

## Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  OIL SPILL            MDL NO. 2179
BY THE OIL RIG
"DEEPWATER HORIZON"          SECTION:  J
IN THE GULF OF
MEXICO, ON                   JUDGE BARBIER
APRIL 20, 2010               MAG. JUDGE SHUSHAN


VOLUME 1

Deposition of MARK ROBERT BLY, 501
Westlake Park Boulevard, Houston, Texas
77210, taken in the Pan American Life
Center, Louisiana 70130, reported on
Thursday, February 17th, 2011.

## Page 2

1  APPEARANCES:
2
3  ON BEHALF OF THE PLAINTIFFS
   STEERING COMMITTEE:
4
     LEWIS, KULLMAN, STERBCOW & ABRAMSON
5     (BY: PAUL M. STERBCOW, ESQUIRE
          IAN TAYLOR, ESQUIRE)
6     601 POYDRAS STREET
      SUITE 2615
7     NEW ORLEANS, LOUISIANA 70130
8         - AND -
9     CUNNINGHAM BOUNDS, LLC
      (BY: ROBERT T. CUNNINGHAM, ESQUIRE
10     (PRO HAC VICE) and WILLIAM E. BONNER,
       ESQUIRE)
11    MARGARET Y. WILLIAMS, ESQUIRE
      LAURA C. EDWARDS, ESQUIRE)
12    1601 DAUPHIN STREET
      MOBILE, ALABAMA 36604
13
          - AND -
14
     LAW OFFICES OF RONNIE G. PENTON
15    (BY: RONNIE G. PENTON, ESQUIRE)
      209 HOPPEN PLACE
16    BOGALUSA, LOUISIANA 70427-3827
17
     ROBBINS GELLER RUDMANN & DOWD, LLP
18    (BY: BENNY C. GOODMAN, III, ESQUIRE)
       LAURIE L. LARGENT, ESQUIRE)
19    655 WEST BROADWAY, SUITE 1900
      SAN DIEGO, CALIFORNIA 92101
20
        ATTORNEYS FOR PINELLAS PARK,
21     DEERFIELD BEACH, McKENNA, LIEF
       PETERSON AND JEFFERY PICKETT
22
23
24
25

## Page 3

1  APPEARANCES (Continued):
2
     MITHOFF LAW FIRM
3     (BY: WARNER HOCKER, ESQUIRE)
      ONE ALLEN CENTER - PENTHOUSE
4     500 DALLAS STREET
      HOUSTON, TEXAS 77002
5
        MDL 2185 SECURITIES PLAINTIFFS
6       SUBCLASS
7
     KIRKLAND & ELLIS, LLP
8     (BY: RICHARD C. GODFREY, ESQUIRE
          AND HARIKLIA KARIS, ESQUIRE)
9     300 NORTH LASALLE
      CHICAGO, ILLINOIS 60654
10
        ATTORNEYS FOR BP
11
12   SULLIVAN & CROMWELL, LLP
      (BY: MARC DeLEEUW, ESQUIRE)
13    125 BROAD STREET
      NEW YORK, NEW YORK 1004-2498
14
        ATTORNEYS FOR BP
15
16   U.S. DEPARTMENT OF JUSTICE
      TORTS BRANCH, CIVIL DIVISION
17     (BY: MICHELLE DELEMARRE, ESQUIRE)
      POST OFFICE BOX 14271
18    WASHINGTON, D.C. 20044-4271
19        ATTORNEYS FOR THE UNITED STATES
20
21   U.S. DEPARTMENT OF JUSTICE
      TORTS BRANCH, CIVIL DIVISION
      (BY: DEANNA J. CHANG, ESQUIRE)
22    POST OFFICE BOX 14271
      WASHINGTON, D.C. 20044-4271
23
        ATTORNEYS FOR THE UNITED STATES
24
25

## Page 4

1  APPEARANCES (Continued):
2
     U.S. DEPARTMENT OF JUSTICE
3     TORTS BRANCH, CIVIL DIVISION
      (BY: JESSICA L. McCLELLAN, ESQUIRE)
4     POST OFFICE BOX 14271
      WASHINGTON, D.C. 20044-4271
5
        ATTORNEYS FOR THE UNITED STATES
6
7    U.S. DEPARTMENT OF JUSTICE
      TORTS BRANCH, CIVIL DIVISION
8     (BY: R. MICHAEL UNDERHILL, ESQUIRE)
      450 GOLDEN GATE AVENUE
9     7TH FLOOR, ROOM 5395
      SAN FRANCISCO, CALIFORNIA 94102-3463
10
        ATTORNEYS FOR THE UNITED STATES
11
12   HENRY DART, ATTORNEYS AT LAW
      (BY: HENRY T. DART, ESQUIRE)
13    510 NORTH JEFFERSON STREET
      COVINGTON, LOUISIANA 70433
14
        SPECIAL COUNSEL FOR THE LOUISIANA
15      ATTORNEY GENERAL REPRESENTING THE
        STATE OF LOUISIANA
16
17   ALABAMA ATTORNEY GENERAL
      (BY: LUTHER STRANGE, ESQUIRE)
18    501 WASHINGTON AVENUE
      MONTGOMERY, ALABAMA 36101
19
        ATTORNEYS FOR THE STATE OF
20      ALABAMA
21
     MORGAN, LEWIS & BOCKIUS, LLP
22    BY: DENISE SCOFIELD, ESQUIRE)
        STEVEN A. LUXTON, ESQUIRE)
23    1201 LAKE ROBBINS DRIVE
      THE WOODLANDS, TEXAS 77380-1124
24
        ATTORNEYS FOR M-I SWACO
25

332f104c-dd86-4e61-b1d2-e4e68ca37bdf

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010                Reported By:
MARK ROBERT BLY                 February 17, 2011 DIANE TEWIS CLARK, RPR, RMR, CRR

Page 229

Page 231

24       A.    No, sir, this was a fifth
25   generation rig, one of the best rigs in the

ge 230

Page 232

1    fleet.  I think it had as much precaution and
2    technology that exists in the industry on
3    this well.

601 Poydras Street, Suite 1720 GAUDET KAISER, L.L.C.       Telephone: (504) 525-9100
New Orleans, LA 70130-6009      Board-Certified Court Reporters    Facsimile: (504) 525-9109

332f104c-dd86-4e61-b1d2-e4e68ca37bdf

**GAUDET KAISER, L.L.C.**

601 Poydras Street, Suite 1720          New Orleans, Louisiana 70130
Phone: (504) 525-9100                          Fax: (504) 525-9109

BOARD-CERTIFIED COURT REPORTERS & LITIGATION SUPPORT

## <u>WITNESS CERTIFICATE</u>

I, **MARK ROBERT BLY,** have read or have had
the foregoing testimony read to me and hereby
certify that it is a true and correct transcription
of my testimony, with the exception of any
attached corrections or changes.

4/4/11

(Date Signed)                                            (Signature)

✓      Signed with corrections as attached.

_____      Signed with no corrections noted.

11745 Bricksome Avenue, Suite A-4          PHONE   (225) 291-3411
Baton Rouge, Louisiana 70816                  FAX        (225) 291-7990

263 W. Causeway Approach                       PHONE   (504) 525-9100
Mandeville, Louisiana 70448                       FAX        (504) 525-9109

Website: www.gaudetkaiser.com               ALT. EMAIL:
                                                                   Gkp2003@aol.com & gkp@gaudetkaiser.com

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010                    Reported By:
MARK ROBERT BLY                         February 18, 2011 DIANE TEWIS CLARK, RPR, RMR, CRR

Page 389

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY    MDL NO. 2179
THE OIL RIG
"DEEPWATER HORIZON"    SECTION:   J
IN THE GULF OF
MEXICO, ON APRIL 20,   JUDGE BARBIER
2010                   MAG. JUDGE SHUSHAN


VOLUME 2

      Deposition of MARK ROBERT BLY, 501
Westlake Park Boulevard, Houston, Texas
77210, taken in the Pan American Life Center,
Louisiana, on Friday, February 18, 2011.

Page 390

1   APPEARANCES:
2
3   ON BEHALF OF THE PLAINTIFFS STEERING
    COMMITTEE:
4
    LEWIS, KULLMAN, STERBCOW & ABRAMSON
5   (BY:  PAUL M. STERBCOW, ESQUIRE)
        IAN TAYLOR, ESQUIRE)
6   601 POYDRAS STREET
    SUITE 2615
7   NEW ORLEANS, LOUISIANA 70130
8        - AND -
9   CUNNINGHAM BOUNDS, LLC
    (BY:  ROBERT T. CUNNINGHAM, ESQUIRE
10  (PRO HAC VICE) AND WILLIAM E. BONNER,
    ESQUIRE)
11  MARGARET Y. WILLIAMS, ESQUIRE)
    LAURA C. EDWARDS, ESQUIRE)
12  1601 DAUPHIN STREET
    MOBILE, ALABAMA 36604
13
14        - AND -
15  LAW OFFICES OF RONNIE G. PENTON
    (BY:  RONNIE G. PENTON, ESQUIRE)
16  209 HOPPEN PLACE
    BOGALUSA, LOUISIANA 70427-3827
17
18  SENIOR COUNSEL AT ANADARKO
    PETROLEUM CORPORATION
19  INGRAM LEE, ESQUIRE
    1201 LAKE ROBBINS DRIVE
    THE WOODLANDS, TEXAS 77380-1124
20
21  GODWIN RONQUILLO
    (BY:  DONALD E. GODWIN, ESQUIRE)
        R. ALAN YORK, ESQUIRE)
22      STEFANIE K. MAJOR, ESQUIRE)
        MICHELLE W. MacLEOD, ESQUIRE)
23  1201 ELM STREET
    SUITE 1700
24  DALLAS, TEXAS 75270-2041
25       ATTORNEYS FOR HALLIBURTON

Page 391

1   APPEARANCES (Continued):
2
3   WARE, JACKSON, LEE & CHAMBERS, LLP
    (BY:  C. DENNIS BARROW, JR., ESQUIRE)
        DON JACKSON, ESQUIRE)
4   AMERICA TOWER
    2929 ALLEN PARKWAY
5   HOUSTON, TEXAS 77019
6       ATTORNEYS FOR DRIL-QUIP
7
    BECK, REDDEN & SECREST
8   (BY:  DAVID J. BECK, ESQUIRE)
        DAVID W. JONES, ESQUIRE)
9   1221 McKINNEY STREET
    HOUSTON, TEXAS 77010-2010
10
11      ATTORNEYS FOR CAMERON INTERNATIONAL
        CORPORATION
12
13  JONES, WALKER, WAECHTER, POITEVENT,
    CARRERE & DENEGRE, LLP
14  (BY:  MICHAEL G. LEMOINE, ESQUIRE
        DOUGLAS C. LONGMAN, JR., ESQUIRE)
    600 JEFFERSON STREET, SUITE 1600
15  LAFAYETTE, LOUISIANA 70501
16       - AND -
17  JONES, WALKER, WAECHTER, POITEVENT,
    CARRERE & DENEGRE, LLP
18  (BY:  WILLIAM C. BALDWIN, ESQUIRE)
    201 ST. CHARLES AVENUE
19  NEW ORLEANS, LOUISIANA 70170-5100
20       ATTORNEYS FOR WEATHERFORD
21
    GERGER & CLARKE
22  (BY:  SHAUN CLARKE, ESQUIRE)
        DANE BALL, ESQUIRE)
23  1001 FANNIN STREET, SUITE 1950
    HOUSTON, TEXAS 77002
24
25       ATTORNEYS FOR ROBERT KALUZA

Page 392

1   APPEARANCES (Continued):
2
3   BINGHAM McCUTCHEN
    (BY:  PATRICK A. HARVEY, ESQUIRE)
        KY E. KIRBY, ESQUIRE)
4   399 PARK AVENUE
    NEW YORK, NEW YORK 10022-4689
5
6       ATTORNEYS FOR ANADARKO PETROLEUM
        AND MOEX OFFSHORE 2007, LLC
7
    MITHOFF LAW FIRM
8   (BY:  WARNER HOCKER, ESQUIRE)
        WILLIAM J. STRADLEY, SR., ESQUIRE)
9   ONE LEADER CENTER - PENTHOUSE
    500 DALLAS STREET
10  HOUSTON, TEXAS 77002
11      ATTORNEYS FOR MDL 2185 SECURITIES
        PLAINTIFFS SUBCLASS
12
13  KANNER & WHITELEY
    (BY:  DAVID POTE, ESQUIRE)
14  701 CAMP STREET
    NEW ORLEANS, LOUISIANA 70130-3504
15
16      ATTORNEYS FOR LOUISIANA ATTORNEY
        GENERAL
17
18  LANCE C. WENGER, ESQUIRE
    ATTORNEYS-ADVISOR
19  OFFICE OF THE SOLICITOR
    ROCKY MOUNTAIN REGION
20  U.S. DEPARTMENT OF THE INTERIOR
    755 PARFET STREET
21  SUITE 151
    LAKEWOOD, COLORADO 80215
22      OBSERVER FOR THE U.S. DEPARTMENT OF
        THE INTERIOR
23
24
25

1 (Pages 389 to 392)

601 Poydras Street, Suite 1720 GAUDET KAISER, L.L.C.    Telephone: (504) 525-9100
New Orleans, LA 70130-6009    Board-Certified Court Reporters    Facsimile: (504) 525-9109

f473f36b-2903-4456-8646-7d7f35e0efa1

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

MARK ROBERT BLY                    February 18, 2011

DIANE TEWIS CLARK, RPR, RMR, CRR



Page 644

```
18
19          Then would you agree with me
20  that this rig crew demonstrated competency?
21      A.    My recollection is that we --
22  that one of the things we're able to look at
23  was training records and that they all had
24  the -- the requisite training records.
25
```

Page 645

Page 646

Page 647

601 Poydras Street, Suite 1720   GAUDET KAISER, L.L.C.        Telephone: (504) 525-9100
New Orleans, LA 70130-6009       Board-Certified Court Reporters   Facsimile: (504) 525-9109

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

Reported By:

MARK ROBERT BLY                    February 18, 2011 DIANE TEWIS CLARK, RPR, RMR, CRR

Page 660

Page 662

15        Anywhere in all of your
16 investigation did you find any evidence that
17 anyone or any company in any way deliberately
18 wanted to cause injury to the environment or
19 to any person?
20    A.   No, sir, I did not.
21    Q.   Did you find any evidence
22 that anyone or any company in any way was
23 malicious or didn't care or intentionally in
24 any way caused or was willing to cause, about
25 causing an injury to another human or to the

Page 661

1 environment?  If you want me to restate that,
2 I can, but I think you understand what I'm
3 saying.
4    A.   I -- I understand.  I think I
5 understand your question.
6        My answer is no.  I didn't see
7 any malicious intent in anything that we
8 observed.
9    Q.   Did you see any evidence that
10 any company or anyone willfully inflicted
11 harm on any person or to the environment?
12    A.   No.
13    Q.   You've seen nothing to indicate,
14 nor does your report indicate that -- that
15 anyone acted in any malicious or intentional
16 or willful fashion; is that correct?
17    A.   I've seen -- We didn't see
18 anything like that, no.
19

Page 663

601 Poydras Street, Suite 1720 GAUDET KAISER, L.L.C.      Telephone: (504) 525-9100
New Orleans, LA 70130-6009    Board-Certified Court Reporters  Facsimile: (504) 525-9109

f473f36b-2903-4456-8646-7d7f35e0efa1

## GAUDET KAISER, L.L.C.

601 Poydras Street, Suite 1720       New Orleans, Louisiana 70130
Phone: (504) 525-9100                        Fax: (504) 525-9109

BOARD-CERTIFIED COURT REPORTERS & LITIGATION SUPPORT

## WITNESS CERTIFICATE

I, **MARK ROBERT BLY,** have read or have had
the foregoing testimony read to me and hereby
certify that it is a true and correct transcription
of my testimony, with the exception of any
attached corrections or changes.

4\4\11                                    _Mark Bly_

(Date Signed)                         (Signature)

✓     Signed with corrections as attached.

_____  Signed with no corrections noted.

11745 Bricksome Avenue, Suite A-4          PHONE   (225) 291-3411
Baton Rouge, Louisiana 70816              FAX     (225) 291-7990
263 W. Causeway Approach                  PHONE   (504) 525-9100
Mandeville, Louisiana 70448               FAX     (504) 525-9109
Website: www.gaudetkaiser.com            ALT. EMAIL:
                                          Gkp2003@aol.com   gkp@gaudetkaiser.com

In Re: OIL SPILL by the OIL RIG, DEEPWATER HORIZON in the GULF OF MEXICO, April 20, 2010                    Reported by:

MARTIN BREAZEALE        May 16, 2011        THU BUI, CCR, RPR

Page 1

                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA


IN RE:  OIL SPILL      )     MDL NO. 2179
by the OIL RIG,        )
DEEPWATER HORIZON in   )     SECTION "J"
the GULF OF MEXICO,    )
April 20, 2010         )     JUDGE BARBIER
                       )
                       )     MAG.  JUDGE
                       )     SHUSHAN


             Deposition of MARTIN BREAZEALE,
     taken at Pan-American Building, 601 Poydras
     Street, 11th Floor, New Orleans, Louisiana,
     70130, on the 16th of May, 2011.

601 Poydras Street, Suite 1720 GAUDET KAISER, L.L.C.        Telephone: (504) 525-9100
New Orleans, LA 70130-6029     Board-Certified Court Reporters     Facsimile:(504) 525-9109

ca964aa2-94cc-41be-aac9-c887527f28e7

In Re: OIL SPILL by the OIL RIG, DEEPWATER HORIZON in the GULF OF MEXICO, April 20, 2010                    Reported by:

MARTIN BREAZEALE        May 16, 2011        THU BUI, CCR, RPR



Page 286

Page 287

14    Q.   On how many occasions did you
15  visit the MARIANAS while it was drilling at
16  Macondo?
17    A.   If memory serves me correctly,
18  once.
19    Q.   What was the date?
20    A.   I wouldn't have a clue, sir.
21    Q.   No approximate notion of the
22  date?  MARIANAS started drilling in
23  October 2009.
24    A.   November or December.
25    Q.   Of 2009?

Page 288

1    A.   Yes.
2    Q.   What was the purpose of your
3  visit?
4    A.   To observe some of my trainees
5  onboard the rig.
6    Q.   And what did you learn on that
7  visit, if anything?
8    A.   If memory serves me correctly, I
9  think Lee Lambert and Chrystal Bodenhamer,
10  two of the trainees that had been onboard
11  actually left the day I arrived, and
12  another trainee, Matt Akins, came in.  And
13  I observed Matt for a couple of days, and
14  then I departed.
15    Q.   Did you observe anything that
16  caused you to be concerned about the safety
17  of the drilling and well operations?
18    A.   No.
19    Q.   Did it appear to you that BP's
20  policies and practices for safe drilling
21  and well operations were being followed
22  both by BP and Transocean personnel?
23       MR. KEEGAN:
24          Objection to form.
25    A.   That wasn't the intent of my

Page 289

1  visit.  I was there just to observe Matt,
2  Matt Akins.
3    Q.   Did you observe anything that
4  led you to believe that BP's policies and
5  practices for safe drilling and well
6  operations were not being followed?
7       MR. KEEGAN:
8          Objection.
9    A.   No.
10    Q.   On how many occasions did you
11  visit the DEEPWATER HORIZON when it was
12  drilling the Macondo?
13    A.   Again, it's a guess.  That would
14  be four or five.
15    Q.   And we know it arrived in late
16  January 2010, and we know the incident was
17  April 20th, 2010.
18          Can you tell me the
19  approximate dates of the four or five
20  visits?
21    A.   I can tell you the last one was
22  three weeks prior to the incident.
23    Q.   Early April, late March of 2010?
24    A.   Yes.  Those other visits kind of
25  scattered out in between there because

601 Poydras Street, Suite 1720   GAUDET KAISER, L.L.C.   Telephone: (504) 525-9100
New Orleans, LA 70130-6029    Board-Certified Court Reporters   Facsimile:(504) 525-9109

ca964aa2-94cc-41be-aac9-c887527f28e7

In Re: OIL SPILL by the OIL RIG, DEEPWATER HORIZON in the GULF OF MEXICO, April 20, 2010                    Reported by:

MARTIN BREAZEALE          May 16, 2011          THU BUI, CCR, RPR



Page 290

1    there -- different individuals were onboard
2    the rig.  I came -- went out to observe.

Page 291

1        Q.   Did you observe anything that
2    gave you any concern about the safety of
3    the drilling and well operations aboard the
4    DEEPWATER HORIZON on any of these four or
5    five visits?
6        A.   No.

Page 292

Page 293

601 Poydras Street, Suite 1720   GAUDET KAISER, L.L.C.       Telephone: (504) 525-9100
New Orleans, LA 70130-6029       Board-Certified Court Reporters   Facsimile:(504) 525-9109

ca964aa2-94cc-41be-aac9-c887527f28e7

In Re: OIL SPILL by the OIL RIG, DEEPWATER HORIZON in the GULF OF MEXICO, April 20, 2010

MARTIN BREAZEALE        May 16, 2011        THU BUI, CCR, RPR



Page 334

Page 336

Page 335

Page 337

15      Q.   Was Lee Lambert in the inaugural
16   class of the wellsite leader training
17   program for deepwater?
18      A.   The first class, yes.
19      Q.   Okay.  How many candidates were
20   in that class?
21      A.   Five.
22      Q.   Five total?
23      A.   Yes.
24      Q.   Okay.
25      A.   Including Lee.

601 Poydras Street, Suite 1720   GAUDET KAISER, L.L.C.      Telephone: (504) 525-9100
New Orleans, LA 70130-6029       Board-Certified Court Reporters   Facsimile:(504) 525-9109

ca964aa2-94cc-41be-aac9-c887527f28e7

In Re: OIL SPILL by the OIL RIG, DEEPWATER HORIZON in the GULF OF MEXICO, April 20, 2010

Reported by:

MARTIN BREAZEALE        May 16, 2011        THU BUI, CCR, RPR



Page 338

```
1      Q.   All right.  Were all of them
2   assigned to work aboard the DEEPWATER
3   HORIZON at one time or another?
4      A.   If memory serves me correctly,
5   all but one.
```

Page 340

Page 339

Page 341

86 (Pages 338 to 341)

601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.    Telephone: (504) 525-9100
New Orleans, LA 70130-6029    Board-Certified Court Reporters    Facsimile:(504) 525-9109

ca964aa2-94cc-41be-aac9-c887527f28e7

In Re: OIL SPILL by the OIL RIG, DEEPWATER HORIZON in the GULF OF MEXICO, April 20, 2010                                    Reported by:

MARTIN BREAZEALE          May 16, 2011          THU BUI, CCR, RPR



Page 350

Page 352

15    Q.   Of the inaugural class, did
16  anyone who was working on the BP rig -- I'm
17  sorry, DEEPWATER HORIZON rig at anytime,
18  report to anyone in BP -- with BP that
19  there were safety critical equipment aboard
20  that rig in poor condition or disrepair?
21        MR. KEEGAN:
22          Objection to form.
23    A.   I'm not aware of any.
24    Q.   Okay.  Did any of the -- the
25  candidates ever report to anyone with BP

Page 351

Page 353

1  that they believed the DEEPWATER HORIZON
2  crew was incompetent or poorly trained?
3        MR. KEEGAN:
4          Objection to form.
5    A.   I never heard that statement.
6    Q.   Okay.  Did any of the candidates
7  ever report to anyone with BP that the rig
8  had an inadequate safety culture?
9        MR. KEEGAN:
10          Objection to form.
11    A.   Not to me.
12    Q.   All right.  Did any of the
13  candidates ever report to anyone with BP
14  that they observed Mr. Jason Anderson, a
15  toolpusher aboard the rig, exhibit
16  callousness or indifference to the safety
17  of other individuals or the environment?
18        MR. KEEGAN:
19          Objection to form.
20    A.   I never heard that statement.
21    Q.   Okay.  Same question with
22  respect to Dewey Revette, the driller.
23        MR. KEEGAN:
24          Same objection.
25    A.   I never heard that statement.

89  (Pages 350 to 353)

601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.  Telephone: (504) 525-9100
New Orleans, LA 70130-6029     Board-Certified Court Reporters  Facsimile:(504) 525-9109

ca964aa2-94cc-41be-aac9-c887527f28e7

In Re: OIL SPILL by the OIL RIG, DEEPWATER HORIZON in the GULF OF MEXICO, April 20, 2010      Reported by:

MARTIN BREAZEALE     May 16, 2011     THU BUI, CCR, RPR



Page 354

1   Q.   Okay.  Same question with
2  respect to the ADs who were on tour on the
3  night of April 20, 2010, Mr. Steven Curtis
4  and Mr. Don Clark?
5        MR. KEEGAN:
6          Objection to form.
7     A.   I never heard a statement.
8     Q.   Okay.  Are you aware of any
9  statement made?
10    A.   No.
11    Q.   Okay.  And is that true with
12  respect to Mr. Anderson and Mr. Dewey
13  Revette?
14    A.   That's correct.
15    Q.   Okay.  How about with respect to
16  the senior toolpusher on the rig, Mr. Randy
17  Ezell, did any of the candidates report to
18  anyone with BP that they ever observed
19  Mr. Ezell exhibit callousness or
20  indifference to the safety of others or the
21  environment?
22        MR. KEEGAN:
23          Objection to form.
24    A.   Not to my knowledge.
25    Q.   Okay.  Same question with

Page 355

1  respect to the OIM, Mr. Jimmy Harrell?
2     A.   Not to my knowledge.
3        MR. KEEGAN:
4          Objection.
5     Q.   Same question with respect to
6  Captain Curt Kuchta?
7        MR. KEEGAN:
8          Objection.
9     A.   Again, not to my knowledge.
10    Q.   Okay.  Did any of the candidates
11  report to anyone with BP that any member of
12  the crew of the DEEPWATER HORIZON ever
13  exhibited behavior that they considered
14  callous or indifferent to the safety of
15  other individuals or the environment?
16        MR. KEEGAN:
17          Objection to form.
18    A.   I never heard any statement
19  or -- or never was made aware of one.
20    Q.   Okay.  And you mentioned that
21  you visited the DEEPWATER HORIZON four or
22  five times in 2010; is that right?
23    A.   Approximately.
24    Q.   Okay.
25    A.   2009 and 2010 combined.

Page 356

1   Q.   During your time on the rig, did
2  you ever observe any behavior by any crew
3  member of the DEEPWATER HORIZON that you
4  would consider callous or indifferent to
5  the safety of others or the environment?
6     A.   I did not.

Page 357

90 (Pages 354 to 357)

601 Poydras Street, Suite 1720   GAUDET KAISER, L.L.C.   Telephone: (504) 525-9100
New Orleans, LA 70130-6029   Board-Certified Court Reporters   Facsimile:(504) 525-9109

ca964aa2-94cc-41be-aac9-c887527f28e7

1

UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL        )    MDL NO. 2179
BY THE OIL RIG          )
"DEEPWATER HORIZON" IN  )    SECTION "J"
THE GULF OF MEXICO, ON  )
APRIL 20, 2010          )    JUDGE BARBIER
                        )    MAG. JUDGE SHUSHAN

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

VOLUME 1

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Deposition of Sir William Castell, taken at
Kirkland & Ellis International, 30 St. Mary Axe,
22nd Floor, London EC3A 8AF, England, United Kingdom,
on the 22nd of June, 2011.

---

2

1   A P P E A R A N C E S
2
3
4   APPEARING FOR THE PLAINTIFFS' STEERING COMMITTEE:
5       Mr. Robert T. Cunningham
        CUNNINGHAM BOUNDS, LLC
6       1601 Dauphin Street
        Mobile, Alabama  36604
7
8   APPEARING FOR THE DERIVATIVE PLAINTIFFS, MDL 2185
    SECURITIES PLAINTIFFS SUBCLASS:
9       Mr. Bryan M. Payne
        COTCHETT, PITRE & MCCARTHY
10      San Francisco Airport Office Center
        840 Malcolm Road, Suite 200
11      Burlingame, California  94010
12  APPEARING FOR MDL PLAINTIFFS:
13      Mr. J. Christopher Zainey, Jr.
        WILLIAMS LAW GROUP, LLC
14      909 Poydras Street, Suite 1650
        New Orleans, Louisiana 70112
15      Maison Grand Caillou
        435 Corporate Drive, Suite 101
16      Houma, Louisiana 70360
17  APPEARING FOR BP, INC.:
        Mr. Michael Brock
18      Ms. Kimberly Branscome
        COVINGTON & BURLING
19      1201 Pennsylvania Avenue, Northwest
        Washington, D.C.  20004-2401
20
        Mr. Daryl A. Libow
21      SULLIVAN & CROMWELL
        1701 Pennsylvania Avenue, N.W.
22      Washington, D.C.  20006-5805
23
24
25

---

3

1       Mr. James J. Neath
        Associate General Counsel
2       BP Legal
        BP AMERICA INC.
3       501 Westlake Park Boulevard
        Houston, Texas  77079
4
        Mr. John Gilbert
5       BP PLC
        20 Canada Square
6       London E14 5NJ
        United Kingdom
7
8   APPEARING FOR SIR WILLIAM CASTELL:
        Mr. Walter Stuart
9       Mr. Geoff Nicholas
        FRESHFIELDS BRUCKHAUS DERINGER
10      65 Fleet Street
        London EC4Y 1HS
11      Great Britain
        United Kingdom
12
        Mr. Robert J. McCallum
13      FRESHFIELDS BRUCKHAUS DERINGER
        520 Madison Avenue, Level 34
14      New York, New York  10022
15
    APPEARING FOR TRANSOCEAN:
16      Mr. Michael A. Carvin
        JONES DAY
17      51 Louisiana Avenue, N.W.
        Washington, D.C.  20001-2133
18
        Mr. Sean O'Brien
19      SUTHERLAND ASBILL & BRENNAN
        1275 Pennsylvania Avenue, N.W.
20      Washington, D.C.  20004
21
    APPEARING FOR ANADARKO PETROLEUM COMPANY:
22      Ms. Deborah D. Kuchler
        Mr. Robert E. Guidry
23      KUCHLER POLK SCHELL WEINER & RICHESON
        1615 Poydras Street, Suite 1300
24      New Orleans, Louisiana 70112
25

---

4

1   APPEARING FOR CAMERON INTERNATIONAL CORPORATION:
        Mr. Thomas Ganucheau
2       BECK, REDDEN & SECREST
        One Houston Center
3       1221 McKinney Street, Suite 4500
        Houston, Texas  77010-2010
4
5   APPEARING FOR MOEX:
        Ms. Gindi Eckel Vincent
6       PILLSBURY WINTHROP SHAW PITTMAN
        2 Houston Center
7       909 Fannin, Suite 2000
        Houston, Texas  77010-1018
8
9   APPEARING FOR DRIL-QUIP, INC.:
        Mr. C. Dennis Barrow, Jr.
10      WARE, JACKSON, LEE & CHAMBERS
        America Tower, 42nd Floor
11      2929 Allen Parkway
        Houston, Texas  77019-7101
12
13  APPEARING FOR M-I SWACO:
        Mr. Steven A. Luxton
14      MORGAN, LEWIS & BOCKIUS, LLP
        1111 Pennsylvania Avenue, NW
15      Washington, D.C.  20004
16
17  APPEARING FOR HALLIBURTON:
        Mr. Donald E. Godwin
        Ms. Jenny L. Martinez
18      Mr. R. Alan York
        GODWIN RONQUILLO
19      1201 Elm Street, Suite 1700
        Dallas, Texas 75270-2041
20
21  APPEARING FOR THE UNITED STATES:
        Mr. R. Michael Underhill
22      Attorney in Charge
        West Coast Office
23      U.S. DEPARTMENT OF JUSTICE
        TORT BRANCH, CIVIL DIVISION
24      450 Golden Gate Avenue
        7th Floor, Room 5395
25      San Francisco, California  94102-3463

1 (Pages 1 to 4)

**PURSUANT TO CONFIDENTIALITY ORDER**

285



10        Prior to April 20th, BP had contracts with
11   Transocean on at least seven or eight rigs worldwide.
12   Do -- do you know that?
13        A.  I don't know, sir.
14        Q.  Okay.  Would -- would you -- were you aware --
15   or are you aware today that they had a number of
16   contracts with Transocean on different rigs throughout
17   the world?
18        A.  I'm aware that BP used Transocean extensively
19   in its drilling operations.
20        Q.  And has BP terminated any contracts with
21   Transocean since April 20th, 2010?
22        A.  I'm not aware of any termination, sir.
23        Q.  Okay.  And were you following the BP's cleanup
24   response in the Gulf after the -- the blowout?
25        A.  Yes, sir.

287

16        Q.  And are you aware that Mr. Hayward thinks that
17   Transocean is one of the -- quote, one of world's most
18   respected, close quote, drilling contractors?
19        A.  I -- I'm not aware of the quote, sir, but I
20   know the company held Transocean in a high regard for
21   its activities.

286

1         Q.  Was that a high priority for BP, cleaning up
2    the Gulf in the wake of the blowout?
3         A.  It was a very high priority, sir.
4         Q.  Probably the highest priority you'd had?
5         A.  Yes.  I'm surprised you didn't know it was a
6    priority for BP, but it was a very high priority.
7         Q.  The world was watching, right?  It was a very
8    high priority, correct?
9         A.  Very high priority.
10        Q.  Yeah.  And do you know who the contractors
11   they chose for the relief wells to accomplish that very
12   important goal?
13        A.  Well, I believe the rigs were Transocean rigs.
14   I believe that one wasn't available immediately.  We --
15   I think we started drilling the first well about May
16   the 6th.  I think the second well started I think
17   towards the end of May, when a second drilling
18   capability became available.
19        Q.  And that was also -- the second one was also a
20   Transocean rig; isn't that correct?
21        A.  I believe they were both Transocean rigs.
22        Q.  And there was Transocean's crews on those rigs
23   working on the relief well, correct?
24        A.  There were Transocean personnel working in
25   extraordinarily difficult circumstances.

288

**PURSUANT TO CONFIDENTIALITY ORDER**

362

```
 1
 2           I, SIR WILLIAM CASTELL, have read the
 3    foregoing deposition and hereby affix my signature that
 4    same is true and correct, except as noted on the
 5    attached Amendment Sheet.
 6
 7
                          SIR WILLIAM CASTELL
 8
 9
      THE STATE OF  London  )
10
      COUNTY OF  England  )
11
12           Before me,                    , on
      this day personally appeared SIR WILLIAM CASTELL, known
13    to me (or proved to me on the oath of
                            or through              )
14    to be the person whose name is subscribed to the
      foregoing instrument and executed the same for the
15    purposes and consideration therein expressed.
             GIVEN UNDER my hand and seal of office this
16       day of                  , 2011.
17
18
             Notary Public in and for
19           The State of
20
21
22
23
24
25
```

**PURSUANT TO CONFIDENTIALITY ORDER**

Page 403

               UNITED STATES DISTRICT COURT

           EASTERN DISTRICT OF LOUISIANA


    IN RE:  OIL SPILL       MDL NO. 2179
    BY THE OIL RIG
    "DEEPWATER HORIZON"     SECTION:  J
    IN THE GULF OF
    MEXICO, ON             JUDGE BARBIER
    APRIL 20, 2010          MAG. JUDGE SHUSHAN




               VOLUME 2


    Deposition of BRETT WILLIAM COCALES,

17613 Pine Brook Trail, Cypress, Texas 77429,

taken in the Pan American Life Center, Bayou

Room 1 and 2, 11th Floor, 601 Poydras Street,

New Orleans, Louisiana 70130, reported on

Tuesday, April 26th, 2011.

601 Poydras Street, Suite 1720 GAUDET KAISER, L.L.C.      Telephone: (504) 525-9100
New Orleans, LA 70130-6009   Board-Certified Court Reporters    Facsimile: (504) 525-9109

22366d14-2381-4a35-b8a4-2045e6795a40

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010

Reported By:

BRETT WILLIAM COCALES VOL. II    April 26, 2011   DIANE TEWIS CLARK, RPR, RMR, CRR



Page 460

Page 462

```
 1   were you personally satisfied that, indeed,
 2   the rig and the equipment and the site were
 3   in a safe operating condition?
 4       A.   Yes, I was.
 5       Q.   And, again, when we're starting
 6   up in Macondo with the DEEPWATER HORIZON,
 7   were you personally satisfied that the
 8   personnel on the rig were trained and
 9   competent prior to commencing drilling and
10   well operations?
11       A.   I did believe so, yes.
```

Page 461

Page 463

```
25       Q.   And when operations commenced,
```

601 Poydras Street, Suite 1720 GAUDET KAISER, L.L.C.      Telephone: (504) 525-9100
New Orleans, LA 70130-6009    Board-Certified Court Reporters   Facsimile: (504) 525-9109

22366d14-2381-4a35-b8a4-2045e6795a40

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                    Reported By:
BRETT WILLIAM COCALES VOL. II      April 26, 2011   DIANE TEWIS CLARK, RPR, RMR, CRR



Page 484

Page 486

1  highlighted in yellow and are awaiting parts
2  that are on order with attached job order
3  numbers are tracked in the RMSII system.  Do
4  you see that?
5      A.   Yes, sir.
6      Q.   That was your understanding as
7  well; correct?
8      A.   Yes, correct.

Page 485

5      Q.   Together with Tab 68.  All
6  right, Tab 67 is an e-mail from Angel
7  Rodriguez to John Guide, Brett Cocales and
8  others dated March 30, 2010; correct?
9      A.   Correct.
10     Q.   Attaching BP audit working copy
11 which is a 3/29/2010 update of the audit work
12 list; correct?
13     A.   Correct, yes.
14     Q.   And in the second sentence
15 there, Mr. Rodriguez says: "I wanted to
16 mention that the HORIZON's crew completed 63
17 out of 70 findings in a five-month period
18 which is commendable."
19         Do you see that?
20     A.   Yes, I do.
21     Q.   And you agreed with that, didn't
22 you?
23     A.   Yes, I did.
24     Q.   And then he indicates in the
25 next sentence that the remaining findings are

Page 487

10     Q.   So at this point, after all the
11 progress and the audits as of the end of
12 March, 2010, were you satisfied that the
13 Transocean DEEPWATER HORIZON rig equipment
14 were in safe operating condition for the
15 drilling and well operations they were
16 undertaking at Macondo?
17     A.   Yes, I was.
18     Q.   And similarly, in the same time
19 frame, were you satisfied that the personnel
20 on the DEEPWATER HORIZON were trained and
21 competent for the drilling and well
22 operations that needed to be undertaken at
23 Macondo?
24     A.   For the time period of?
25     Q.   As of this time period we're

22 (Pages 484 to 487)

601 Poydras Street, Suite 1720 GAUDET KAISER, L.L.C.    Telephone: (504) 525-9100
New Orleans, LA 70130-6009    Board-Certified Court Reporters    Facsimile: (504) 525-9109

22366d14-2381-4a35-b8a4-2045e6795a40

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                Reported By:
BRETT WILLIAM COCALES VOL. II    April 26, 2011  DIANE TEWIS CLARK, RPR, RMR, CRR



Page 488

```
 1   looking at here, the end of March 2010?
 2       A.   Right.
 3       Q.   Beginning of April?
 4       A.   Right.
 5       Q.   After all the progress that's
 6   been made on the audit, were you satisfied
 7   that the personnel on the rig were trained
 8   and competent to handle the drilling and well
 9   operations that were anticipated from
10   Macondo?
11       A.   Yes, I personally was.
12       Q.   Okay.  Did you know anybody at
13   BP that was not satisfied in that regard at
14   that time?
15   MR. NICHOLS:
16       Objection.  Form.
17   THE WITNESS:
18       I was not aware of anybody at
19   this time.
```

601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.      Telephone: (504) 525-9100
New Orleans, LA 70130-6009      Board-Certified Court Reporters   Facsimile: (504) 525-9109

22366d14-2381-4a35-b8a4-2045e6795a40

**GAUDET KAISER L.L.C.**
601 Poydras Street, Suite 1720        New Orleans, Louisiana 70130
Phone: (504) 525-9100              Fax: (504) 525-9109

BOARD-CERTIFIED COURT REPORTERS & LITIGATION SUPPORT



## WITNESS CERTIFICATE

I, **BRETT WILLIAM COCALES,** have read or have had the foregoing testimony read to me and hereby certify that it is a true and correct transcription of my testimony, with the exception of any attached corrections or changes.

6/22/11                          _B.O.W. Cocales_

(Date Signed)                    (Signature)


___✓___  Signed with corrections as attached.

_____  Signed with no corrections noted.

11745 Bricksome Avenue, Suite A-4          PHONE   (225) 291-3411
Baton Rouge, Louisiana 70816              FAX     (225) 291-7990

263 W. Causeway Approach                   PHONE   (504) 525-9100
Mandeville, Louisiana 70448               FAX     (504) 525-9109

Website: www.gaudetkaiser.com             ALT. EMAIL:

```
                   UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF LOUISIANA


IN RE:  OIL SPILL         )     MDL NO. 2179
BY THE OIL RIG            )
"DEEPWATER HORIZON" IN    )     SECTION "J"
THE GULF OF MEXICO, ON    )
APRIL 20, 2010            )     JUDGE BARBIER
                          )     MAG. JUDGE SHUSHAN
```

```
                 *****************
                     VOLUME 1
                 *****************
```

        Deposition of Gillian Susan Cowlam, taken at
Kirkland & Ellis International, 30 St. Mary Axe, 22nd
Floor, London EC3A 8AF, England, United Kingdom, on the
7th of June, 2011.

PURSUANT TO CONFIDENTIALITY ORDER

ec7cd7a0-f2e0-4db8-b9df-96fe416e5595



Page 109

1    Q.  You never learned of any evidence that
2  indicated that Transocean employees aboard the
3  DEEPWATER HORIZON as of April 20, 2010 were indifferent
4  toward the safety of other humans; is that right?
5         MR. BROCK:  Object to form.
6    A.  I -- I would not -- I said I just worked on --
7  on the statements that I had, and I don't recall any
8  statements of that nature.
9    Q.  (By Mr. Johnson) Okay.  So you're not aware of
10  any evidence of that nature of any kind, right?
11    A.  No.
12    Q.  Okay.  Did you ever become aware of any
13  evidence that indicated that the Transocean crew aboard
14  the DEEPWATER HORIZON was indifferent toward the
15  environment in any way?
16         MR. BROCK:  Object to form.
17    A.  As I said before, because I only saw
18  statements, and there were a very limited number of
19  those.  I don't recall anything that said that, no.
20    Q.  (By Mr. Johnson) Okay.  Aside from not seeing
21  any evidence, has anyone ever told you that the
22  Transocean crew aboard the DEEPWATER HORIZON as of
23  April 20, 2010 acted in a manner indicating that they
24  were indifferent toward the safety of other humans?
25    A.  No, no one's ever said that to me.

28 (Pages 106 to 109)

PURSUANT TO CONFIDENTIALITY ORDER

ec7cd7a0-f2e0-4db8-b9df-96fe416e5595



Page 110

1    Q.  How about has anyone ever told you that the
2  Transocean crew aboard the DEEPWATER HORIZON as of
3  April 20, 2010 was indifferent toward the environment?
4  Has anyone ever told you that?
5    A.  No.
6    Q.  Okay.  I want to make -- make sure I
7  understand your testimony earlier, and I think this
8  will short circuit some of the questions, but I just
9  want to be clear.  Is it fair to say in your -- the
10  three weeks that you were involved in the investigation
11  process that you assisted in an initial gathering of
12  facts, but you weren't involved in generating any of
13  the conclusions expressed in the Bly Report?  Is that
14  right?
15    A.  That would be absolutely correct.
16    Q.  Okay.  And in your initial fact gathering, did
17  you learn of any evidence indicating that there were
18  any maintenance problems or deficiencies that caused
19  any of the explosions that occurred on April 20th,
20  2010?
21    A.  So because I was there such a limited time, I
22  saw no maintenance records or anything around
23  maintenance at all.
24    Q.  Okay.  So just to be clear, the answer to my
25  question is "No," you didn't see any evidence of that?

Page 111

1    A.  That would be correct --
2    Q.  Okay.
3    A.  -- my answer is "No."

PURSUANT TO CONFIDENTIALITY ORDER

ec7cd7a0-f2e0-4db8-b9df-96fe416e5595

201

1

2          I, GILLIAN SUSAN COWLAM, have read the

3   foregoing deposition and hereby affix my signature that

4   same is true and correct, except as noted on the

5   attached Amendment Sheet.

6

7                    _____
                          GILLIAN SUSAN COWLAM
8

9   THE STATE OF   BAKU , AZERBAIJAN .

10  COUNTY OF  _____)

11

12         Before me, _____, on
    this day personally appeared GILLIAN SUSAN COWLAM,
13  known to me (or proved to me on the oath of
    _____ or through _____)
14  to be the person whose name is subscribed to the
    foregoing instrument and executed the same for the
15  purposes and consideration therein expressed.
            GIVEN UNDER my hand and seal of office this
16  _____ day of _____, 2011.

17

18                      _____
                        Notary Public in and for
19                      The State of _____

20

21

22

23

24

25

PURSUANT TO CONFIDENTIALITY ORDER