Case 2:10-md-02179-CJB-DPC   Document 4457-24   Filed 11/01/11   Page 1 of 4

IN RE: OIL SPILL by the OIL RIG, DEEPWATER HORIZON in the GULF OF MEXICO, April 20, 2010                    Reported by:
JONATHAN SPRAGUE VOL. II March 22, 2011                                         THU BUI, CCR, RPR

Page 369

```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA


IN RE:  OIL SPILL       )    MDL NO. 2179
by the OIL RIG,         )
DEEPWATER HORIZON in    )    SECTION "J"
the GULF OF MEXICO,     )
April 20, 2010          )    JUDGE BARBIER
                        )
                        )    MAG. JUDGE
                        )    SHUSHAN




                 **************
                    VOLUME 2
                 **************



        Deposition of JONATHAN SPRAGUE,
taken at Pan-American Building, 601 Poydras
Street, 11th Floor, New Orleans, Louisiana,
70130, on the 22nd of March, 2011.



APPEARANCES:


Mr. Duke Williams
WILLIAMS LAW GROUP, LLC
909 Poydras Street, Suite 1650
New Orleans, Louisiana 70112
```

601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.        Telephone: (504) 525-9100
New Orleans, LA 70130-6029      Board-Certified Court Reporters   Facsimile:(504) 525-9109

4bfb35bc-9dc3-48d2-833f-a9da7f060bec

Case 2:10-md-02179-CJB-DPC   Document 4457-24   Filed 11/01/11   Page 2 of 4

IN RE: OIL SPILL by the OIL RIG, DEEPWATER HORIZON in the GULF OF MEXICO, April 20, 2010
JONATHAN SPRAGUE VOL. II March 22, 2011                    Reported by: THU BUI, CCR, RPR

Page 510

[redacted]

Page 511

[redacted]

```
 8    Q.  Did anyone -- either as you were
 9  getting up to speed for your new role or
10  once you took your new role in April
11  of 2010, did anyone ever approach you to
12  report that they felt any member of the
13  Deepwater Horizon crew deliberately wanted
14  to cause injury to the environment?
15    A.  The Horizon crew?
16    Q.  Yes, sir.
17    A.  No.  No, sir.
18    Q.  Anyone ever approach you to
19  report that they felt that any member of
20  the Deepwater Horizon crew deliberately
21  wanted to cause injury to another person?
22    A.  No, they did not.
23    Q.  Anyone ever tell you that they
24  felt the Deepwater Horizon crew was
25  indifferent regarding injury to the
```

Page 512

```
 1  environment?
 2    A.  No.
 3    Q.  Anyone ever tell you that they
 4  felt that the Deepwater Horizon crew was
 5  indifferent regarding injury to another
 6  person?
 7    A.  No.
 8    Q.  Anyone ever approach you to
 9  report that they felt any member of the
10  Deepwater Horizon crew was malicious in
11  terms of trying to cause harm to the
12  environment?
13    A.  No.
14    Q.  Anyone ever approach you to
15  report that they felt any member of the
16  Deepwater Horizon crew was malicious in
17  terms of trying to cause injury to another
18  person?
19    A.  No.
20    Q.  During the time that you were
21  preparing to take over the job and then
22  after that leading up to April the 20th,
23  2010, were you ever informed by any member
24  of the wells team about any concerns about
25  maintenance that made them want to shutdown
```

Page 513

```
 1  operations on the Deepwater Horizon?
 2    A.  Not that I can recall.
 3    Q.  Okay.  That's something you
 4  would recall if somebody came to you with a
 5  maintenance issue and said, Mr. Sprague, we
 6  want to shut things down; isn't that right?
 7    A.  Typically, they wouldn't come to
 8  me, but, yes, I would probably remember it
 9  if -- if somebody did.
10    Q.  And as you sit here today, you
11  have no memory of anything like that
12  occurring.  That's true?
13    A.  That's correct.
14    Q.  Were you ever informed or -- did
15  you ever hear about anyone from BP saying
16  that maintenance issues onboard the
17  Deepwater Horizon resulted in the rig
18  operating in an unsafe manner during the
19  time that you were the engineering manager
20  over the Gulf of Mexico?
21    A.  No.  I can't remember anyone
22  saying that.
23    Q.  Okay.  As you were preparing to
24  take over your job and once you assumed
25  your new role in April of 2010, did you
```

37 (Pages 510 to 513)

601 Poydras Street, Suite 1720   GAUDET KAISER, L.L.C.        Telephone: (504) 525-9100
New Orleans, LA 70130-6029       Board-Certified Court Reporters   Facsimile:(504) 525-9109

4bfb35bc-9dc3-48d2-833f-a9da7f060bec

IN RE: OIL SPILL by the OIL RIG, DEEPWATER HORIZON in the GULF OF MEXICO, April 20, 2010
JONATHAN SPRAGUE VOL. II March 22, 2011                          Reported by: THU BUI, CCR, RPR

Page 514

```
1   ever hear anyone with BP say that they
2   believed that the Deepwater Horizon rig
3   crew was incompetent?
4        A.   I don't recall anybody telling
5   me that.
```



601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.   Telephone: (504) 525-9100
New Orleans, LA 70130-6029      Board-Certified Court Reporters   Facsimile:(504) 525-9109

4bfb35bc-9dc3-48d2-833f-a9da7f060bec

**GAUDET KAISER, L.L.C.**

Phone: (504) 525-9100    Fax: (504) 525-9109

**BOARD-CERTIFIED COURT REPORTERS & LITIGATION SUPPORT**

## WITNESS CERTIFICATE



RECEIVED MAY 2 3 2011

I, **JONATHAN SPRAGUE,** have read or have had the foregoing testimony read to me and hereby certify that it is a true and correct transcription of my testimony, with the exception of any attached corrections or changes.

5/3/11

(Date Signed)

_____ (Signature)

___✓___ Signed with corrections as attached.

_____ Signed with no corrections noted.

11745 Bricksome Avenue, Suite A-4
Baton Rouge, Louisiana 70816

263 W. Causeway Approach
Mandeville, Louisiana 70448

Website: www.gaudetkaiser.com

PHONE (225) 291-3411
FAX    (225) 291-7990

PHONE (504) 525-9100
FAX    (504) 525-9109

ALT. EMAIL:
gkp2003@aol.com & gkp@gaudetkaiser.com