UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA


IN RE:  OIL SPILL        )    MDL NO. 2179
by the OIL RIG,          )
DEEPWATER HORIZON in     )    SECTION "J"
the GULF OF MEXICO,      )
April 20, 2010           )    JUDGE BARBIER
                         )
                         )    MAG.  JUDGE
                         )    SHUSHAN


            30(b)(6) deposition of MODUSPEC,
through its representative ALAN SCHNEIDER,
taken at Pan-American Building, 601 Poydras
Street, 11th Floor, New Orleans, Louisiana,
70130, on the 23rd of June, 2011.


                OUTSIDE ATTORNEYS EYES ONLY
                PURSUANT TO PROTECTIVE ORDER

Electronically signed by Thu Bui (001-342-307-4549)                    1d31b166-e277-4956-b19d-72f576a1ae5e



Page 30

Page 31

Page 32

Page 33

11      Q.   Have you ever been told why, or
12  do you understand why Transocean is the
13  only customer of ModuSpec which calls for
14  reference to its own internal guidelines?
15          MR. GORDON:
16            Same objection.  You may
17  answer.
18      A.   Yes, I am.
19      Q.   What is the reason or reasons?
20      A.   Transocean would like a true
21  condition assessment of the vessel, the
22  bottom line.  They want to know the real
23  condition of the rig.
24      Q.   Well, why is it necessary to
25  refer to your own internal guidelines in

9 (Pages 30 to 33)

OUTSIDE ATTORNEYS EYES ONLY
PURSUANT TO PROTECTIVE ORDER



Page 34

1    order to know the true condition?
2        A.   Because they like --
3            MR. GORDON:
4            Objection to form.  You may
5    answer.
6        A.   They like an unbiased
7    facts assessment done.  Rather than their
8    own people, they employ ModuSpec 'cause we
9    are completely unbiased, and that's the
10   only reason.

Page 35

Page 36

Page 37

10 (Pages 34 to 37)

OUTSIDE ATTORNEYS EYES ONLY
PURSUANT TO PROTECTIVE ORDER



Page 217

Page 218

Page 219

25      A.    Criticality is, the rating is

Page 220

1     critical, major, minor, and basically, it
2     -- there's a percentage.  So this is --
3     according to this one, the DEEPWATER
4     HORIZON is better than the Gulf -- other
5     rigs in the Gulf of Mexico and rigs
6     worldwide of this class in the time.

55 (Pages 217 to 220)

OUTSIDE ATTORNEYS EYES ONLY
PURSUANT TO PROTECTIVE ORDER



Page 370

22          What I'd like to do is,
23   first of all, talk about the procedure from
24   when you arrived on the rig.
25          You testified earlier that

Page 371

1    there was an orientation process --
2       A.   Correct.
3       Q.   -- is that correct?
4            And you had been a part of
5    the orientation process aboard the HORIZON
6    on two occasions; is that correct?
7       A.   Correct.
8       Q.   There was a safety briefing?
9       A.   Correct.
10      Q.   There was a video?
11      A.   Correct.
12      Q.   A rig tour?
13      A.   Correct.
14      Q.   Can you characterize the safety
15   briefing process that you experienced when
16   you arrived onboard the HORIZON on those
17   two occasions in a qualitative manner?
18      A.   It's what I would expect from --
19   I've been on so many Transocean rigs and
20   other rigs around the world, you sometimes
21   say, why am I doing this again because I
22   was only on here six months and some rigs
23   would go six months apart.  So I always
24   get, why am I doing this again.  But it's
25   to make me aware of my surroundings 'cause

Page 372

1    each rig is unique.  Yes, I know these
2    safety RSTCs have their own policies to
3    follow, but I -- I would always pay
4    attention because that's part of my -- part
5    of my upbringing, if you know what I mean.
6       Q.   Did you consider the safety
7    orientation and drills of Transocean that
8    you were a part of aboard the HORIZON to be
9    thorough and professionally conducted?
10      A.   Yes, I did.
11      Q.   All right.  Did you get oriented
12   or were you made aware of a timeout for
13   safety policy or stop work, whereby if you
14   saw something aboard the rig that was
15   unsafe or you felt it caused a hazard to
16   either the rig or yourself, someone has the
17   ability to stop the process and take a
18   timeout to correct it?
19          MR. GORDON:
20             Objection to form.
21      A.   I'm -- I'm aware of that.
22      Q.   All right.  Were you provided
23   with any orientation on that policy or
24   practice of Transocean?  As a third party
25   coming aboard the Transocean DEEPWATER

Page 373

1    HORIZON, were you provided with
2    instructions that you could, in fact, take
3    a timeout for safety or had stop work
4    authority if you saw something that you
5    felt was unsafe?
6       A.   Yes, I could.
7       Q.   All right.  At any point in time
8    during the 10 days while you were aboard
9    the rig performing this invasive assessment
10   in the areas that we're going to talk about
11   in a moment and those that you have
12   described today, did you ever feel as
13   though you should exercise stop work
14   authority or take a timeout for safety
15   because of a condition that you felt put
16   yourself in harm's way?
17      A.   The only thing I -- I do, and I
18   did, when I come across things that were
19   unsafe, I do mention it to the Transocean
20   team leader, which I did about the
21   hazardous areas.  So he was aware of my
22   concerns.
23      Q.   Okay.
24      A.   But, yes, we take part in the
25   stop programs.  It's normal.  Yes, I am

94 (Pages 370 to 373)

OUTSIDE ATTORNEYS EYES ONLY
PURSUANT TO PROTECTIVE ORDER



Page 374

```
 1   aware that I could stop the job, yes.
 2        Q.   But I don't want there to be any
 3   confusion in the record that when you
 4   finish that hazardous area assessment, your
 5   concern was such that you advised
 6   Transocean, like you did with the other
 7   conditions you found, correct?
 8        A.   That is correct.
 9        Q.   But it was not to the point
10   where you felt like it was a condition that
11   was -- provided such an eminent danger to
12   you, the rig or the other persons aboard,
13   that you went to the company man, the team
14   leader, wells team leader of BP or the OIM
15   or their toolpusher and said, time out, we
16   need to stop what's going on right now and
17   correct these deficiencies?
18        A.   No, I did not.
19        Q.   And you certainly had that
20   authority, correct?
21        A.   Yes.
```

Page 375

Page 376

Page 377

OUTSIDE ATTORNEYS EYES ONLY
PURSUANT TO PROTECTIVE ORDER

Electronically signed by Thu Bui (001-342-307-4549)                    1d31b166-e277-4956-b19d-72f576a1ae5e



Page 414

Page 416

1    questions by counsel for the PSC, I
2    believe, insofar as the areas aboard the
3    HORIZON that were inspected, it was right
4    in line with the Gulf of Mexico statistics
5    as well as semi-submersibles statistics as
6    a whole, correct?  Right at about 60 to
7    65 percent?
8        A.   Yes.
9        Q.   Then I believe you went through
10   the detailed critical rating section of the
11   MER report.  And as I understand your
12   testimony, obviously, the lower the score
13   in these areas, the better; is that right?
14       A.   Yes, correct.
15       Q.   All right.  And in the instance
16   of Transocean, would you agree with me that
17   Transocean had fewer critical ratings in
18   the drilling equipment section?
19           MR. VON STERNBERG:
20            Object to form.
21       Q.   Is that right?
22       A.   At this particular time on this
23   particular rig, yes.
24       Q.   Okay.  And the mud system?
25       A.   Once again, on this particular

Page 415

Page 417

1    time on this particular system, yes.
2        Q.   Okay.  What's the caveat that
3    you're putting on there?
4        A.   What I'm -- what I'm trying to
5    say is, this is a snapshot in time on the
6    HORIZON, there and then.  That's -- you
7    know, I'm -- I'm looking at that.
8        Q.   Right.
9        A.   That's what I'm trying to say.
10       Q.   And that -- and that snapshot in
11   time is then compared to the historical
12   results?
13       A.   Yes.
14       Q.   That your company maintains?
15       A.   Yes.
16       Q.   For rigs in the gulf?
17       A.   Yes.
18       Q.   As well as worldwide, I presume?
19       A.   Yes, that's correct.
20       Q.   In -- in a certain class of
21   rigs, correct?
22       A.   That's correct.
23       Q.   Is it fair to say that as a
24   result of this MER rating report, the
25   HORIZON had a favorable MER rating?

18       Q.        Let's turn to tab 5,
19   which is exhibit 262, which is the ModuSpec
20   equipment rating report that was done, I
21   guess, retrospectively.  Is that your
22   understanding, it was done after the fact?
23       A.   Yes.
24       Q.   All right.  Now, as I appreciate
25   your testimony earlier in response to -- to

OUTSIDE ATTORNEYS EYES ONLY
PURSUANT TO PROTECTIVE ORDER

Electronically signed by Thu Bui (001-342-307-4549)                                          1d31b166-e277-4956-b19d-72f576a1ae5e

Page 418

```
1        MS. HANKEY:
2           Object as to form.
3     Q.   Or how would you quantify the --
4  the rating as a whole when you look at the
5  totality of all areas and all groups?
6     A.   Yes, I would say that.
```



Page 420

Page 419

Page 421

OUTSIDE ATTORNEYS EYES ONLY
PURSUANT TO PROTECTIVE ORDER

Electronically signed by Thu Bui (001-342-307-4549)                                    1d31b166-e277-4956-b19d-72f576a1ae5e

453

```
 1  _____
 2  _____
 3              SIGNATURE PAGE
 4
            I, ALAN SCHNEIDER, have
 5  read the foregoing deposition and hereby
    affix my signature that same is true and
 6  correct, except as noted on the correction
    page.
 7
 8
 9  _____
              ALAN SCHNEIDER
10
11
12
            THE STATE OF TEXAS  )
13  COUNTY OF HARRIS  )
14
            Before me Kathryn E House____ on
15  this day personally appeared
    Alan Schneider____ known to me [or
16  proved to me on the oath of
    _____ or through
17  _____ (description of
    identity card or other document)] to be the
18  person whose name is subscribed to the
    foregoing instrument and acknowledged to me
19  that he/she executed the same for the
    purposes and consideration therein
20  expressed.
            Given under my hand and seal of
21  office this 5th  day of August_____,
    2011.
22
23
24  _____
              NOTARY PUBLIC IN AND FOR
25            THE STATE OF
```

KATHRYN E HOUSE
My Commission Expires
June 12, 2013

**PURSUANT TO CONFIDENTIALITY ORDER**

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010                                    Reported by:

PETER AUKE SIERDSMA VOLUME II    February 16, 2011  JOSEPH R. KAISER, JR., CCR, RPR

## Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


IN RE:  OIL SPILL    MDL NO. 2179
BY THE OIL RIG
"DEEPWATER HORIZON"  SECTION:  J
IN THE GULF OF
MEXICO, ON APRIL    JUDGE BARBIER
20, 2010            MAG. JUDGE SHUSHAN


VOLUME II

30(b)(6) Videotape Deposition of
PETER AUKE SIERDSMA, taken in the Pan
American Life Center, Bayou Room, 11th
Floor, 601 Poydras Street, New Orleans,
Louisiana 70130, on Wednesday, February 16,
2011.


APPEARANCES:


KIRKLAND & ELLIS LLP
   (By:  Paul D. Collier, Esquire and
      Emily Dempsey, Esquire)
   300 North LaSalle
   Chicago, Illinois  60654
      (Attorneys for BP)

## Page 2

1  APPEARANCES (continued):
2
3    CUNNINGHAM BOUNDS, LLC
       (By:  Robert T. Cunningham, Esquire,
4        (Pro Hac Vice))
     1601 Dauphin Street
     Mobile, Alabama  36604
5        (Plaintiff's Steering Committee)
6
7    WILLIAMS LAW GROUP, LLC
       (By:  Conrad S.P. (Duke) Williams,
         III, Esquire)
8    909 Poydras Street
     Suite 1650
9    New Orleans, Louisiana  70112
         (Attorneys for MDL plaintiffs)
10
11
12    LISKOW & LEWIS
       (By:  Don K. Haycraft, Esquire)
13    701 Poydras Street
     Suite 5000
14    New Orleans, Louisiana  70139-5099
         (Attorneys for BP)
15
16
17    GORDON, GORDON & SCHNAPP, P.C.
       (By:  Kenneth E. Gordon, Esquire)
18    437 Madison Avenue 39th Floor
     New York, New York  10022
         (Attorneys for ModuSpec USA,
19        Inc.)
20
21
22    U.S. DEPARTMENT OF JUSTICE
     TORTS BRANCH, CIVIL DIVISION
       (By:  Jessica L. McClellan, Esquire)
23    Post Office Box 14271
     Washington, D.C.  20044-4271
24        (Attorneys for the United
         States)
25

## Page 3

1  APPEARANCES (continued):
2
3    GODWIN RONQUILLO
       (By:  Donald E. Godwin, Esquire,
4        R. Alan York, Esquire,
         Jenny L. Martinez, Esquire and
5        Stefanie K. Major, Esquire)
     1201 Elm Street
6    Suite 1700
     Dallas, Texas  75270-2041
7        (Attorneys for Halliburton)
8
9
10    KUCHLER POLK SCHELL WEINER &
     RICHARDSON
       (By:  Debora D. Kuchler, Esquire)
11    1615 Poydras Street
     New Orleans, Louisiana  70112
12        (Attorneys for Anadarko
         Petroleum and MOEX Offshore
13        2007, LLC)
14
15
     JONES, WALKER, WAECHTER, POITEVENT,
16    CARRÈRE & DENÈGRE L.L.P.
       (By:  Matthew S. Lejeune, Esquire)
17    201 St. Charles Avenue
     New Orleans, Louisiana  70170-5100
18        (Attorneys for Weatherford)
19
20
     MORGAN, LEWIS & BOCKIUS LLP
21    (By:  Steven A. Luxton, Esquire)
     1111 Pennsylvania Avenue, NW
22    Washington, DC  20004-2541
         (Attorneys for M-I SWACO)
23
24
25

## Page 4

1  APPEARANCES (continued):
2
3    WARE, JACKSON, LEE & CHAMBERS,
     L.L.P.
       (By:  Dennis Barrow, Esquire)
4    America Tower
5    2929 Allen Parkway
     Houston, Texas  77019
6        (Attorneys for Dril-Quip, Inc.)
7
8    BECK, REDDEN & SECREST, L.L.P.
       (By:  David J. Beck, Esquire)
9    One Houston Center
     1221 McKinney Street
10    Suite 4500
     Houston, Texas  77010-2010
11        (Attorneys for Cameron
         International Corporation)
12
13
14    PREIS & ROY
       (By:  Robert M. Kallam, Esquire)
15    Versailles Centre
     102 Versailles Boulevard
     Suite 400
16    Lafayette, Louisiana  70501
         (Attorneys for Transocean)
17
18
19    SUTHERLAND ASBILL & BRENNAN LLP
       (By:  Daniel Johnson, Esquire)
     1001 Fannin Street
20    Suite 3700
     Houston, Texas  77002-6760
21        (Attorneys for Transocean)
22
23
24
25

601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.        Telephone: (504) 525-9100
New Orleans, LA 70130-6029      Board-Certified Court Reporters  Facsimile: (504) 525-9109

91c25e3e-896e-465b-9515-5074ee155083

IN RE: OIL SPIL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010                 Reported by!

PETER AUKE SIERDSMA VOLUME II   February 16, 2011  JOSEPH R. KAISER, JR., CCR, RPR

Page 113

Page 115

2    Q.   In fact, to your knowledge,
3  Transocean pays ModuSpec for surveys that
4  are over and above those that are required
5  by various laws and regulations that apply
6  to rigs; isn't that true?
7    A.   That is correct.
8    Q.   And that would include the
9  survey performed on the DEEPWATER HORIZON
10  in April 2010; correct?
11    A.   Yes.  That is correct.
12    Q.   That is, the April 2010
13  DEEPWATER HORIZON, DEEPWATER HORIZON
14  survey, as far as you know, was not
15  requested by Transocean and performed by
16  ModuSpec because some governmental agency
17  required it; correct?
18    A.   That is correct.
19    Q.   To your knowledge, then, the
20  April 2010 DEEPWATER HORIZON survey was a
21  voluntary effort on Transocean's part to
22  understand the condition of one of its rigs
23  in order to remedy deficiencies; isn't that
24  true?
25    A.   That's very true, my

Page 116

1  understanding.

601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.      Telephone: (504) 525-9100
New Orleans, LA 70130-6029      Board-Certified Court Reporters    Facsimile: (504) 525-9109

91c25e3e-896e-465b-9515-5074ee155083

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                           Reported by:

PAUL A. CHANDLER                    May 4, 2011 JOSEPH R. KAISER, JR., CCR, RPR

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


IN RE:  OIL SPILL     MDL NO. 2179
BY THE OIL RIG
"DEEPWATER HORIZON"   SECTION:  J
IN THE GULF OF
MEXICO, ON APRIL      JUDGE BARBIER
20, 2010              MAG. JUDGE SHUSHAN




        Deposition of PAUL A. CHANDLER,
taken in the Pan American Life Center,
Bayou Room, 11th Floor, 601 Poydras Street,
New Orleans, Louisiana 70130, on Wednesday,
May 4, 2011.



APPEARANCES:


        LIEFF CABRASER HEIMANN & BERNSTEIN,
        LLP
        (By:  Steven E. Fineman, Esquire and
              Annika K. Martin, Esquire)
        250 Hudson Street
        8th Floor
        New York, New York  10013-1413
              (Plaintiff's Steering Committee)


601 Poydras Street, Suite 1720 GAUDET KAISER, L.L.C.     Telephone: (504) 525-9100
New Orleans, LA 70130-6029     Board-Certified Court Reporters   Facsimile: (504) 525-9109

efad78bd-5cf2-4107-91e6-230b30b50f8f

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010      Reported by:
PAUL A. CHANDLER                    May 4, 2011 JOSEPH R. KAISER, JR., CCR, RPR



Page 318

Page 320

9      You're not aware of anyone at
10   Anadarko that had any concerns with the
11   ability of the DEEPWATER HORIZON rig or its
12   crew to competently and safely drill the
13   Macondo well; are you?
14      A.   I'm not.
15      Q.   You personally didn't have any
16   such concerns; correct?
17      A.   I had no such concerns; that's
18   correct.

Page 319

Page 321

601 Poydras Street, Suite 1720 GAUDET KAISER, L.L.C.      Telephone: (504) 525-9100
New Orleans, LA 70130-6029      Board-Certified Court Reporters      Facsimile: (504) 525-9109

efad78bd-5cf2-4107-91e6-230b30b50f8f

Suggested line for Running Header

347

WITNESS' CERTIFICATE

8     I, **PAUL A. CHANDLER**, read or have

9  had the foregoing testimony read to me and

10  hereby certify that it is a true and

11  correct transcription of my testimony, with

12  the exception of any attached corrections

13  or changes.

*Paul A. Chandler*

PAUL A. CHANDLER

**GAUDET KAISER, L.L.C.**
Board-Certified Court Reporters

**1**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL       )  MDL NO. 2179
BY THE OIL RIG        )
"DEEPWATER HORIZON" IN )  SECTION "J"
THE GULF OF MEXICO, ON )
APRIL 20, 2010        )  JUDGE BARBIER
                      )  MAG. JUDGE SHUSHAN

Deposition of Dawn Peyton, taken
at Pan-American Building, 601 Poydras Street,
11th Floor, New Orleans, Louisiana, 70130, on
the 8th day of September, 2011.

---

**2**

1
2          A P P E A R A N C E S
3
   APPEARING FOR THE PLAINTIFFS' STEERING
   COMMITTEE:
4    Mr. Guy E. Matthews
     MATTHEWS, LASON & JOHNSON
5    200 Bering Drive, Suite 700
     Houston, Texas 77057-3778
6
     Ms. Annika K. Martin
7    LIEFF CABRASER HEIMANN & BERNSTEIN
     250 Hudson Street, 8th Floor
8    New York, New York 10013-1413
9
   APPEARING FOR BP, INC.:
10   Mr. Darin T. Beffa
     KIRKLAND & ELLIS
11   333 South Hope Street
     Los Angeles, California 90071
12
13 APPEARING FOR TRANSOCEAN:
     Ms. Stephany LeGrand
14   SUTHERLAND ASBILL & BRENNAN
     1001 Fannin, Suite 3700
15   Houston, Texas 77002-6760
16
   APPEARING FOR ANADARKO PETROLEUM COMPANY:
17   Ms. Nancy M. Wilms
     Ms. Jennifer MikeLevine
18   BINGHAM MCCUTCHEN
     355 South Grand Avenue, Suite 4400
19   Los Angeles, California 90071-3106
20
   APPEARING FOR CAMERON INTERNATIONAL
21 CORPORATION:
     Mr. Keith Hall
22   STONE PIGMAN WALTHER WITTMAN
     546 Carondelet Street
23   New Orleans, Louisiana 70130-3588
24
25

---

**3**

1          A P P E A R A N C E S (Continued)
2
3   APPEARING FOR DRIL-QUIP, INC.:
      Ms. Margaret Bryant
4     WARE, JACKSON, LEE & CHAMBERS
      America Tower, 42nd Floor
5     2929 Allen Parkway
      Houston, Texas 77019-7101
6
7   APPEARING FOR M-I SWACO:
      Mr. R. Sean Brennan, Sr.
8     MORGAN, LEWIS & BOCKIUS, LLP
      1000 Louisiana Street, Suite 4200
9     Houston, Texas 77002-5006
10  APPEARING FOR HALLIBURTON:
      Mr. Floyd R. Hartley, Jr.
11    Mr. Timothy Alford
      GODWIN RONQUILLO
12    1201 Elm Street, Suite 1700
      Dallas, Texas 75270-2041
13
14  APPEARING FOR THE UNITED STATES:
      Mr. Scott Cernich
15    U.S. DEPARTMENT OF JUSTICE
      601 D Street, N.W.
16    Washington, D. C. 20004
17
18  APPEARING FOR THE STATE OF LOUISIANA:
      Mr. Douglas R. Kraus
19    Attorneys for Louisiana Attorney General
      KANNER & WHITELEY
20    701 Camp Street
      New Orleans, Louisiana 70130-3504
21
22  ALSO PRESENT:
      Mr. Peter Jennings, Videographer
23    Mr. Ray Aguirre, Case Manager
      Mr. Danny Damiani, Paralegal
24
25

---

**4**

1               INDEX
2       VIDEOTAPED ORAL DEPOSITION OF
3              DAWN PEYTON
             SEPTEMBER 8, 2011
4
5                                    PAGE
   Appearances . . . . . . . . . . . . .  2
6  Examination by Mr. Matthews . . . . .  9
   Examination by Ms. Martin . . . . . . 66
7  Examination by Mr. Cernich . . . . . 105
   Examination by Mr. Kraus . . . . . . 178
8  Examination by Mr. Beffa . . . . . . 188
   Examination by Mr. Hartley . . . . . 225
9  Examination by Ms. Wilms . . . . . . 299
10 Signature and changes . . . . . . . . 301
   Reporter's Certificate . . . . . . . 303
11
12            EXHIBITS
13                                   PAGE
   EXHIBIT NO. 4987 . . . . . . . . . . 29
14   E-mail from Ms. Peyton to
15   Ms. Allbritton, dated 8/5/2009,
     ANA-MDL-000034816
16 EXHIBIT NO. 4988 . . . . . . . . . . 31
     E-mail chain from Mr. Nikhil to
17   Ms. Peyton, dated 8/6/2009,
     ANA-MDL-000034456 through 58
18
   EXHIBIT NO. 4989 . . . . . . . . . . 39
19   E-mail from Ms. Peyton to Mr. Morris,
     dated 8/19/2009, ANA-MDL000033885
20   through 925
21 EXHIBIT NO. 4990 . . . . . . . . . . 42
     E-mail from Mr. Sanders to Mr. Hollek,
22   dated August 21, 2009,
     APC-HEC1-000003865
23
   EXHIBIT NO. 4991 . . . . . . . . . . 43
24   Macondo Prospect, dated Sept. 9, 2009,
     ANA-MDL-000044080 through 94
25

---

1 (Pages 1 to 4)

**PURSUANT TO CONFIDENTIALITY ORDER**



57

5    Q.    Have you ever been told or do
6  you know personally whether or not the
7  Deepwater Horizon rig crew was incompetent?
8    MS. WILMS: Objection --
9    MR. KATZ: Object to the form.
10   A.    No, I don't -- I don't -- I've
11 not heard that.

59

58

**PURSUANT TO CONFIDENTIALITY ORDER**



213

20      Q.    (BY MR. BEFFA)  And is it also
21  true that the operations can be dangerous,
22  despite all the safety systems?
23      MS. WILMS:  Object to form.
24      A.    I mean, in -- in my opinion,
25  that -- that is true.

214

for your thinking?

PURSUANT TO CONFIDENTIALITY ORDER



225

13    Q.    I'm handing you what was marked
14  previously as Exhibit 5028 by counsel for BP.
15  That's the e-mail after the explosion that
16  you sent to your father and husband, right?
17    A.    It is.
18    Q.    Now, in that e-mail you
19  reference that you flew over the rig the week
20  before.  Did I understand that correctly?
21    MS. WILMS:  Object to form.
22    A.    You did hear that correctly.
23    Q.    (BY MR. HARTLEY)  Okay.  Were
24  you -- did you fly over the rig in a
25  helicopter?

226

1    A.    Yes.
2    Q.    And what was the purpose of that
3  trip?
4    A.    We actually were going to
5  Independence Hub, which is another asset that
6  I work, and you're giving your presentation
7  to the field guys.  And so on the way to that
8  platform we flew over the rig that was
9  drilling Macondo.
10    Q.    When you say "we," who else was
11  on that helicopter?
12    A.    Our asset team.
13    Q.    Including Paul Chandler, Alan
14  O'Donnell?
15    A.    Yes.
16    Q.    Nick Huch?
17    A.    I don't think Nick was there.
18    Q.    Who else from the asset team was
19  on the helicopter with you?
20    A.    It was Glenn Raney, Ben
21  Manoochehri, Sally Kemp, and then Paul and
22  Alan.  I'm not -- that's all I can recall.
23    Q.    Did you -- did you tour the rig,
24  circle it?
25    A.    We circled around it in the

227

1  helicopter, but we never stopped.  We just
2  kept going.
3    Q.    How long were you over the rig,
4  circling it?
5    A.    Oh, 20 seconds or so.
6    Q.    Any discussion about the rig
7  size, orientation --
8    A.    No.
9    Q.    -- condition?
10    A.    No.
11    Q.    Any discussion about the
12  operations on the Deepwater Horizon during
13  that helicopter flight?
14    A.    No.

228

4    Q.    (BY MR. HARTLEY)  Do you recall
5  during that helicopter trip either before
6  getting to the Deepwater Horizon or
7  afterwards whether was there any discussions
8  about well integrity or safety concerns on
9  the Macondo well?
10    A.    No.

**PURSUANT TO CONFIDENTIALITY ORDER**

302

1          I, DAWN PEYTON, have read the

foregoing deposition and hereby affix my

2  signature that same is true and correct,

except as noted above.

3

4



5  DAWN PEYTON

6  October 17, 2011

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**PURSUANT TO CONFIDENTIALITY ORDER**

Page 360

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:  OIL SPILL BY  MDL NO. 2179
THE OIL RIG
"DEEPWATER HORIZON"    SECTION:  J
IN THE GULF OF
MEXICO, ON APRIL 20,   JUDGE BARBIER
2010                   MAG. JUDGE SHUSHAN

VOLUME 2

Deposition of ROBERT QUITZAU, 1910
Driscoll Street, Houston, Texas 77019, taken
in the Pontchartrain Room, 601 Poydras
Street, New Orleans, Louisiana 70130, on
Thursday, May 26, 2011.

601 Poydras Street, Suite 1720 GAUDET KAISER, L.L.C.   Telephone: (504) 525-9100
New Orleans, LA 70130-6009   Board-Certified Court Reporters   Facsimile: (504) 525-9109

7ffb0a57-1f7e-4faa-8aad-98cd5749994e



Page 401

Page 403

10    Q.    Did you ever review anything in
11  your role as the drilling engineer for
12  Macondo well that alerted you to safety
13  concerns on the Macondo well?
14    A.    Can you repeat the question?
15    Q.    During the course of -- as the
16  drilling engineer for the Macondo well,
17  during the course of your review of material,
18  as you tracked the Macondo -- the course of
19  the drilling on the Macondo well, did you see
20  anything that caused you concern about
21  safe -- the safety of the operations on the
22  Macondo well?
23    MS. WILMS:
24        Object to form.  Go ahead.
25    THE WITNESS:

Page 404

1        I did not.

7ffb0a57-1f7e-4faa-8aad-98cd5749994e

673

## WITNESS' CERTIFICATE

        I have read or have had the foregoing testimony read to me and hereby certify that it is a true and correct transcription of my testimony with the exception of any attached corrections or changes.


_____
ROBERT QUITZAU


PLEASE INDICATE

( ) NO CORRECTIONS

(✓) CORRECTIONS; ERRATA SHEET(S) ENCLOSED


RECEIVED

SEP 2 2 2011


**GAUDET, KAISER, L.L.C.**
Board-Certified Court Reporters

**1**

```
 1        UNITED STATES DISTRICT COURT
          EASTERN DISTRICT OF LOUISIANA
 2
 3   IN RE: OIL SPILL     )   MDL NO. 2179
     by the  OIL RIG,     )
 4   DEEPWATER HORIZON in )   SECTION "J"
     the GULF OF MEXICO,  )
 5   April 20, 2010       )   JUDGE BARBIER
                          )
 6                        )   MAG. JUDGE
                          )   SHUSHAN
 7
 8
 9
10
11
12
13
14
15
16
17
18
19        VOLUME 2 OF 2
20
21
22     Deposition of WILLIAM LeNORMAND, taken at
     Pan-American Building, 601 Poydras Street,
23   11th Floor, New Orleans, Louisiana, 70130, on
     June 21, 2011.
24
25
```

**2**

```
 1      A P P E A R A N C E S
 2
 3   APPEARING FOR THE PLAINTIFFS' STEERING
     COMMITTEE:
 4
     Mr. Jimmy Williamson
 5   WILLIAMSON & RUSNAK
     4310 Yoakum Boulevard
 6   Houston, Texas  77006-5818
 7
     APPEARING FOR CAMERON:
 8
     Mr. Eric J.R. Nichols
 9   BECK, REDDEN & SECREST
     515 Congress, Suite 1750
10   Austin, Texas 78701
11   Mr. William L. Doffermyre
     WILLIAMS & CONNOLLY, LLP
12   725 Twelfth Street, N.W.
     Washington, D.C.  20005
13
     Mr. Brad N. Eastman
14   CAMERON
     4646 W. Sam Houston Parkway North
15   Houston, TX 77008
16
     APPEARING FOR THE WITNESS:
17
     Mr. Collin J. Cox
18   YETTER COLEMAN, LLP
     909 Fannin, Suite 3600
19   Houston, Texas  77010
20
     APPEARING FOR BP, INC.:
21
     Mr. Chris J. Coulson
22   KIRKLAND & ELLIS, LLP
     300 North LaSalle
23   Chicago, Illinois 60654
24
25
```

**3**

```
 1   APPEARING FOR TRANSOCEAN:
 2   Mr. David A. Baay
     Ms. Stephany LeGrand
 3   SUTHERLAND, ASBILL & BRENNAN, LLP
     1001 Fannin, Suite 3700
 4   Houston, Texas  77002
 5
     APPEARING FOR HALLIBURTON:
 6
     Mr. Bruce Bowman
 7   Ms. Elisaveta Dolghih
     GODWIN RONQUILLO
 8   1201 Elm Street, Suite 1700
     Dallas, Texas 75270-2041
 9
10
     APPEARING FOR THE UNITED STATES:
11
     Mr. David J. Pfeffer
12   U.S. DEPARTMENT OF JUSTICE
     Civil Division, Torts Branch
13   1425 New York Avenue, Northwest, Suite 10100
     Washington, D.C. 20005
14
15   APPEARING FOR ANADARKO PETROLEUM COMPANY:
16   Mr. Christopher P. Berka
     BINGHAM McCUTCHEN
17   1900 University Avenue
     East Palo Alto, California 94303
18
     Ms. Jordan Ray
19   BINGHAM McCUTCHEN
     355 South Grand Avenue
20   Suite 4400
     Los Angeles, California 90071
21
22
23
24
25
```

**4**

```
 1   APPEARING FOR MOEX USA AND MOEX OFFSHORE
     2007, LLC
 2
     Mr. Philip D. Nizialek
 3   CARVER, DARDEN, KORETZKY, TESSIER, FINN,
     BLOSSMAN & AREAUX, LLC
 4   1100 Poydras, Suite 3100
     New Orleans, Louisiana 70163
 5
 6   APPEARING FOR WEATHERFORD:
 7   Mr. Michael G. Lemoine
     JONES WALKER
 8   600 Jefferson Street, Suite 1600
     Lafayette, Louisiana 70501
 9
10   APPEARING FOR DRIL-QUIP:
11   Mr. Tyler Henkel
     WARE, JACKSON, LEE & CHAMBERS
12   2929 Allen Parkway, 42nd Floor
     Houston, Texas 77019
13
14   APPEARING ON BEHALF OF M-I SWACO, LLC:
15   Mr. Paul E. Krieger
     MORGAN LEWIS
16   1000 Louisiana St., Suite 4000
     Houston, TX 77002-5006
17
18   ALSO PRESENT:
     Mr. James Deel - Videographer
19
20   REPORTED BY:
21        RENE WHITE MOAREFI, CSR, CCR
          Certified Shorthand Reporter
22        State of Texas
          Certified Court Reporter
23        State of Louisiana
24
25
```

**1 (Pages 1 to 4)**



85

87

14    Q.    Before working in the hive with
15 Mr. Fry, had you had experience working with
16 him on Transocean rigs?
17    A.    Not working side by side on
18 Transocean rigs, no, sir.
19    Q.    Okay.  What experience had you
20 had with Mr. Fry prior to working with him in
21 the BP hive?
22    A.    Phone conversations,
23 troubleshooting problems on rigs, and
24 meetings.
25    Q.    How far back did your

86

88

1 relationship with Mr. Fry go?
2    A.    I want to say three years, four
3 years.
4    Q.    So if you -- if I say you met
5 Mr. Fry in 2007, does that sound accurate to
6 you, approximately?
7    A.    I probably talked to him in
8 2007.  It was mainly interaction over
9 telephone.
10    Q.    Okay.  In your opinion, based on
11 your experience in interacting with Mr. Fry,
12 was he good at his job?
13    A.    I feel he did a good job, yes,
14 sir.
15    Q.    Do you feel he was knowledgeable
16 about Cameron BOPs?
17    A.    Yes, sir.
18    Q.    In your experience working with
19 Mr. Fry, do you feel he was knowledgeable
20 about servicing and maintaining BOPs?
21    A.    I never worked with him actually
22 on that aspect.  It was just mainly
23 troubleshooting.
24    Q.    And to be clear, you were
25 troubleshooting maintenance or service

22  (Pages 85 to 88)

**89**

1    problems or repair issues with BOP -- with
2    Transocean's BOP equipment?
3        A.    Yes, sir.  When y'all had
4    downtime incidents, we'd troubleshoot it over
5    the phone and try to get techs out to the
6    rigs.
7        Q.    Okay.  And explain to me how
8    that worked.  Would Mr. Fry call you and
9    consult you on the problem they were having?
10       A.    Yes, sir.
11       Q.    And would he discuss with you
12   solutions to those BOP maintenance issues?
13       MR. NICHOLS:
14          Objection, form.
15       A.    We would talk about the problems
16   at hand on the rig if -- you know, and the
17   best way to move forward in fixing the
18   problems.
19   EXAMINATION BY MR. BAAY:
20       Q.    And would the result of some of
21   those conversations be that he would ask you
22   to send a Cameron service tech out to the
23   rig?
24       A.    Yes, sir.  On some incidents we
25   sent Cameron service techs out to the rigs.

**90**

1        Q.    Okay.  So in some instances, you
2    would talk through the problem, he would find
3    a solution that a Transocean subsea engineer
4    could fix; is that true?
5        A.    That is correct.
6        Q.    In other circumstances you would
7    discuss the problem and he would say, hey, I
8    think I need to have a Cameron service hand
9    come help me on this?
10       A.    Yes, sir.
11       Q.    Okay.  And in -- in those
12   interactions, do you believe or did -- did
13   you draw the opinion that Mr. Fry was
14   knowledgeable about servicing and maintaining
15   Cameron BOPs?
16       A.    Yes, sir, Mr. Fry was
17   knowledgeable on the Cameron BOP.
18       Q.    Did you like Mr. Fry?
19       A.    Yes, sir.  I had no problems
20   with Mr. Fry.

**91**

20       Q.    Same set of questions for
21   Mr. Stringfellow:  In your opinion was he
22   good at his job?
23       A.    I believe him to be good at his
24   job, yes, sir.
25       Q.    Do you believe he was

**92**

1    knowledgeable about Cameron blowout
2    preventers?
3        A.    Yes.
4        Q.    And do you believe he was
5    knowledgeable about servicing and maintaining
6    blowout preventers?
7        A.    Yes, sir.
8        Q.    In other words you were
9    impressed at how he did his job?
10       A.    He done a good job at doing his
11   job.



Worldwide Court Reporters, Inc.
(800) 745-1101



**121**

15    Q.    Sure.  Based on your experience
16  in working with Transocean in the 100
17  times -- plus times you've been on a
18  Transocean rig to help service their blowout
19  preventers, would you agree that they're
20  proactive about getting Cameron involved to
21  help service their blowout preventers?
22      MR. NICHOLS:
23        Objection, form.
24    A.    I believe y'all called us when
25  y'all had problems or needed help, yes, sir.

**123**

**122**

1  EXAMINATION BY MR. BAAY:
2    Q.    And we weren't shy about doing
3  it; you'd agree to that?
4    A.    I'd agree with that.

31 (Pages 121 to 124)



**125**

**126**

5     Q.    Mr. LeNormand, before we took a
6  break, we were talking a little bit about
7  your time on Transocean's rigs.
8       And so I want to ask you this
9  question: In your experience on Transocean's
10  rigs, did you feel that the crew made safety
11  a priority?
12     A.    Yes, sir.
13     Q.    When you went aboard
14  Transocean's rigs, did their rig crew provide
15  you a thorough and comprehensive orientation?
16     A.    Yes, sir.
17     Q.    And that included a safety
18  orientation?
19     A.    Yes, sir.
20     Q.    Did it also -- go ahead.
21     A.    Every time.
22     Q.    Right. Without exception,
23  right?
24     A.    Yes, sir.
25     Q.    Did it also include an

**127**

1  orientation and meeting about evacuation
2  plans?
3     A.    Yes, sir.
4     Q.    Would you agree that those plans
5  were thorough and comprehensive?
6     A.    Yes, sir, and we also had
7  drills.
8     Q.    Okay. Tell me about those.
9     A.    They'd have them sometimes at
10  night and sometimes during the day, be fire
11  drills. And you'd have an announcement come
12  over the PA, tell you that you need to either
13  muster or head to your life -- your
14  designated lifeboat.
15     Q.    When you went on Transocean's
16  rigs, what's the typical length of time you
17  would spend on the rig? Three or four days?
18     A.    Sometimes up to a week, yes,
19  sir.
20     Q.    Up to a week in some
21  circumstances?
22     A.    Yes, sir.
23     Q.    Is it fair to say you got a -- a
24  very extensive sampling and experience with
25  how Transocean conducts itself on its rigs?

**128**

1     A.    Yes, sir.
2     Q.    I mean, you've been on -- you
3  said that, by your estimation, more than 100
4  times --
5     A.    Yes, sir.
6     Q.    -- you've been on Transocean's
7  rigs; is that right?
8     A.    Yes, sir.
9     Q.    Do you have any complaints about
10  how Transocean handled their safety
11  orientations when you would come aboard their
12  rigs?
13     A.    No, sir. You went through them,
14  and they were long and extensive.

**Page 1**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**IN RE:** OIL SPILL ) MDL NO. 2179
**BY THE** OIL RIG )
"DEEPWATER HORIZON" IN ) SECTION "J"
THE GULF OF MEXICO, ON )
APRIL 20, 2010 ) JUDGE BARBIER
) MAG. JUDGE SHUSHAN

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
VOLUME 1 of 1
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Deposition of STEVE JOHNSON, taken
at Pan-American Building, 601 Poydras Street,
11th Floor, New Orleans, Louisiana, 70130, on
September 27, 2011.

**Page 2**

1
2          A P P E A R A N C E S
3  APPEARING FOR THE PLAINTIFFS' STEERING COMMITTEE:
4      Mr. Michael C. Palmintier
       Mr. Jonathan Williams
       DEGRAVELLES, PALMINTIER, HOLTHAUS &
5       FRUGÉ
       618 Main Street
6      Baton Rouge, Louisiana  70801-1910
7
   APPEARING FOR M-I SWACO AND THE WITNESS:
8      Ms. Denise Scofield
       Mr. John C. Funderburk
9      MORGAN, LEWIS & BOCKIUS, LLP
       1000 Louisiana Street, Suite 4200
10     Houston, Texas 77002-5006
11
   APPEARING FOR BP, INC.:
12     Mr. Geoffrey A. David
       KIRKLAND & ELLIS
13     601 Lexington Avenue
       New York, New York  10022
14
15 APPEARING FOR TRANSOCEAN:
16     Mr. Ryan D. King
       GOFORTH EASTERLING, LLP
       4900 Woodway, Suite 750
17     Houston, Texas  77056
18
   APPEARING FOR HALLIBURTON:
19     Mr. Floyd R. Hartley, Jr.
       Ms. Jill J. Prudhomme
20     GODWIN RONQUILLO
       1201 Elm Street, Suite 1700
21     Dallas, Texas 75270-2041
22
   APPEARING FOR ANADARKO PETROLEUM COMPANY:
23     Mr. David Yamin
       BINGHAM MCCUTCHEN
24     One Federal Street
       Boston, Massachusetts 02110-1726
25

**Page 3**

1  APPEARING FOR CAMERON INTERNATIONAL CORPORATION:
       Mr. Keith B. Hall
2      STONE PIGMAN WALTHER WITTMAN
       546 Carondelet Street
3      New Orleans, Louisiana  70130-3588
4
   APPEARING FOR WEATHERFORD:
5      Mr. Brett S. Venn
       JONES, WALKER, WAECHTER, POITEVENT,
6        CARRERE & DENEGRE, LLP
       201 St. Charles Avenue
7      New Orleans, Louisiana  70170-5100
8
   ALSO PRESENT:
9      Mr. Pete Jennings, Videographer
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**Page 4**

1              INDEX
   VIDEOTAPED ORAL DEPOSITION OF
2            STEVE JOHNSON
            SEPTEMBER 27, 2011
3            VOLUME 1 of 1
4
5                               Page
6  APPEARANCES............................  2
7
8  EXAMINATION BY MR. PALMINTIER.........  6
9  EXAMINATION BY MR. DAVID..............  74
10 EXAMINATION BY MR. KING............... 102
11 EXAMINATION BY MR. HARTLEY............ 108
12 EXAMINATION BY MR. YAMIN.............. 167
13 EXAMINATION BY MR. PALMINTIER......... 169
14
15 CHANGES AND SIGNATURE................. 179
16 REPORTER'S CERTIFICATION............. 181
17
18            EXHIBIT INDEX
19                               Page
   Exhibit No. 5400.................... 132
20      M-I SWACO VRF70 dated
        7/13/08; Reference Number
21      08071402NC; no Bates number
22 Exhibit No. 5401.................... 132
        M-I SWACO VRF70 dated
23      08/04/05; Reference Number
        05080202N; no Bates number
24
25 Exhibit No. 5402.................... 132

1 (Pages 1 to 4)

**PURSUANT TO CONFIDENTIALITY ORDER**



101

103

104

16      I guess, first off, based on your
17  experience with the Transocean personnel on the
18  DEEPWATER HORIZON, did you ever get the
19  impression that any of them deliberately wanted
20  to cause injury to the environment or to any
21  person?
22      MR. PALMINTIER:
23          Object to form.
24      A.   No.
25  EXAMINATION BY MR. KING:

26 (Pages 101 to 104)

**PURSUANT TO CONFIDENTIALITY ORDER**



105

1    Q.   Okay.  And based on your experience
2  with the Transocean personnel on the DEEPWATER
3  HORIZON, did you ever get the impression that any
4  of them were malicious or didn't care in any way
5  about causing injury to another human or the
6  environment?
7        MR. PALMINTIER:
8           Object to form.
9        A.   No.
10 EXAMINATION BY MR. KING:
11       Q.   Okay.  In your experience on the
12 DEEPWATER HORIZON and also on the DISCOVERER
13 SPIRIT, did you feel that the Transocean rig crew
14 made safety a priority?
15       A.   Yes.
16       MR. PALMINTIER:
17          Object to form.
18 EXAMINATION BY MR. KING:
19       Q.   Did you feel that Transocean was a
20 safety conscious company?
21       MR. PALMINTIER:
22          Object to form.
23       A.   Yes.

107

1        Q.   Okay.  Did you ever participate in
2  any well control drills?
3        A.   Yes.
4        Q.   Did you -- did you feel like, based
5  on your participation in those drills, that you
6  knew what your responsibilities were in the case
7  of a well control event?
8        A.   Yes.
9        Q.   Okay.  Do you feel like you were
10 adequately trained?
11       A.   Yes.
12       Q.   Did you have any complaints about
13 the safety drills that you participated in
14 onboard the DEEPWATER HORIZON?
15       A.   No.

106

10          Your experience on the DEEPWATER
11 HORIZON, did you feel that the Transocean crew
12 were competent?
13       MR. PALMINTIER:
14          Object to form.
15       A.   And when I dealt with them, yes.
16 EXAMINATION BY MR. KING:
17       Q.   While onboard the DEEPWATER HORIZON,
18 did you participate in safety drills?
19       A.   Yes.
20       Q.   And how often did you participate in
21 those?
22       A.   I don't recall, but there was plenty
23 of them.
24       Q.   Was it on a weekly basis?
25       A.   Yes.

108

**PURSUANT TO CONFIDENTIALITY ORDER**

**1**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL      )  MDL NO. 2179
BY THE OIL RIG        )
"DEEPWATER HORIZON" IN )  SECTION "J"
THE GULF OF MEXICO, ON )
APRIL 20, 2010        )  JUDGE BARBIER
                      )  MAG. JUDGE SHUSHAN

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
VOLUME 1
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Deposition of Leo Thomas Lindner, III,
taken at the Pan-American Building, 601 Poydras
Street, 11th Floor, New Orleans, Louisiana,
70130, on the 14th day of September, 2011.

---

**2**

A P P E A R A N C E S

APPEARING FOR THE PLAINTIFFS' STEERING COMMITTEE:
   Mr. Joseph Bruno
   Ms. Melissa DeBarbieris
   BRUNO & BRUNO
   855 Baronne Street
   New Orleans, Louisiana  70113

APPEARING FOR BP, INC.:
   Mr. Don K. Haycraft
   LISKOW & LEWIS
   One Shell Square
   701 Poydras Street, Suite 5000
   New Orleans, Louisiana 70139-5099
APPEARING FOR TRANSOCEAN:
   Mr. Michael R. Doyen
   Mr. Matthew M. Steinberg
   MUNGER TOLLES & OLSON
   355 South Grand Avenue, 35th Floor
   Los Angeles, California  90071-1560

APPEARING FOR ANADARKO PETROLEUM COMPANY:
   Ms. Leigh Ann Schell
   Mr. Joseph H. Hart, IV
   KUCHLER POLK SCHELL WEINER & RICHESON
   1615 Poydras Street, Suite 1300
   New Orleans, Louisiana 70112
APPEARING FOR CAMERON INTERNATIONAL CORPORATION:
   Ms. Carmelite M. Bertaut
   Ms. Lauren E. Godshall
   STONE PIGMAN WALTHER WITTMAN
   546 Carondelet Street
   New Orleans, Louisiana 70130-3588

APPEARING FOR WEATHERFORD:
   Mr. Edward D. Wegmann
   JONES, WALKER, WAECHTER, POITEVENT,
   CARRERE & DENEGRE, LLP
   201 St. Charles Avenue
   New Orleans, Louisiana 70170-5100

---

**3**

APPEARING FOR MOEX:
   Mr. Jack Reynolds
   PILLSBURY WINTHROP SHAW PITTMAN
   2 Houston Center
   909 Fannin, Suite 2000
   Houston, Texas  77010-1018

APPEARING FOR M-I SWACO:
   Mr. Hugh E. Tanner
   Mr. John C. Funderburk
   Ms. Denise Scofield
   MORGAN, LEWIS & BOCKIUS, LLP
   1000 Louisiana Street, Suite 4000
   Houston, Texas 77002-5006

APPEARING FOR HALLIBURTON:
   Mr. Floyd R. Hartley, Jr.
   Ms. Jill J. Prudhomme
   GODWIN RONQUILLO
   Renaissance Tower
   1201 Elm Street, Suite 1700
   Dallas, Texas 75270-2041

APPEARING FOR THE UNITED STATES:
   Mr. Matthew Z. Leopold
   U.S. DEPARTMENT OF JUSTICE
   ENVIRONMENTAL & NATURAL
   RESOURCES DIVISION
   ATTORNEY ADVISOR, LAW AND POLICY SECTION
   950 Pennsylvania Avenue, N.W., Room 2616
   Washington, D.C.  20530
APPEARING FOR THE STATE OF LOUISIANA:
   Mr. David A. Pote
   Attorneys for Louisiana Attorney General
   KANNER & WHITELEY
   701 Camp Street
   New Orleans, Louisiana 70130-3504

ALSO PRESENT:
   Mr. Peter Jennings, Videographer

---

**4**

INDEX
VIDEOTAPED ORAL DEPOSITION OF
LEO THOMAS LINDNER, III
SEPTEMBER 14, 2011
VOLUME 1

Appearances................................... 2

Direct Examination-Mr. Bruno................. 5
Examination-Mr. Leopold...................... 212
Examination-Mr. Doyen........................ 291

Changes and Signature........................ 360
Reporter's Certificate....................... 362

EXHIBIT INDEX

Ex. No.    Description          Marked

5139    Drawing demonstrating path of
          the mud; one page        46

5140    Feb 22, 2009 Mi SWACO document,
          marked as CONFIDENTIAL; Bates
          No. BP-HZN-2179MDL00004310 -
          04312                    47
5141    Jan 27, 2010 E-mail string among
          Don Vidrine and Leo Lindner,
          Subject: Displacement to seawater
          with Attachments, marked as
          CONFIDENTIAL; Bates No.
          BP-HZN-2179MDL01407580 - 07581   290

5142    Feb 20, 2010 E-mail from Leo
          Lindner, Subject: Proposed
          Procedure for FAS with Attachments;
          Bates No. M-I 00034324 - 34327   326

---

1 (Pages 1 to 4)

**PURSUANT TO CONFIDENTIALITY ORDER**



357

359

1    A.  I trust -- I trusted every crew on the
2  HORIZON.
3    Q.  Did you have any reason to think this
4  crew would take any unnecessary risk in
5  displacing the well or conducting the test?
6    A.  No.
7    Q.  Did you have any reason to think they
8  wouldn't do everything they could to control the
9  well?
10    A.  I believe they did their best.

18
19
20
21
22
23
24
25

358

360

1    CHANGES AND SIGNATURE
2  WITNESS NAME: LEO THOMAS LINDNER, III
3  DATE OF DEPOSITION: SEPTEMBER 14, 2011
4  PAGE LINE     CHANGE          REASON
5  _____
6  _____
7  _____
8  _____
9  _____
10  _____
11  _____
12  _____
13  _____
14  _____
15  _____
16    Q.  Did you, when you went to bed, trust the
17  rig crew to deal with whatever situation came up
18  as it completed the displacement process?
19    A.  I had complete trust in the A crew and
20  in -- and in BP.
21    Q.  Is it fair to say, on this occasion and
22  many occasions, you -- you left your personal
23  safety in their hands?
24    A.  Yes, sir.
25    Q.  Did you trust the crew?

16  _____
17  _____
18  _____
19  _____
20  _____
21  _____
22  _____
23  _____
24  _____
25  _____

90  (Pages 357 to 360)

**PURSUANT TO CONFIDENTIALITY ORDER**

**Page 1**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL      )  MDL NO. 2179
BY THE OIL RIG        )
"DEEPWATER HORIZON" IN )  SECTION "J"
THE GULF OF MEXICO, ON )
APRIL 20, 2010      )  JUDGE BARBIER
                    )  MAG. JUDGE SHUSHAN

*****************
VOLUME 1
*****************

Deposition of Gregory Luke Meche, taken
at the Pan-American Building, 601 Poydras Street,
11th Floor, New Orleans, Louisiana, 70130, on the
6th day of October, 2011.

**Page 3**

1   APPEARING FOR DRIL-QUIP, INC.:
      Ms. Wendy Ware Bishop
2     WARE, JACKSON, LEE & CHAMBERS
      America Tower, 42nd Floor
3     2929 Allen Parkway
      Houston, Texas  77019-7101
4
    APPEARING FOR M-I SWACO:
5     Mr. Hugh E. Tanner
      Ms. Denise Scofield
6     MORGAN, LEWIS & BOCKIUS, LLP
      1000 Louisiana Street, Suite 4000
7     Houston, Texas 77002-5006
8   APPEARING FOR HALLIBURTON:
      Mr. Floyd R. Hartley, Jr.
9     Ms. Jill J. Prudhomme
      GODWIN RONQUILLO
10    Renaissance Tower
      1201 Elm Street, Suite 1700
11    Dallas, Texas 75270-2041
12  APPEARING FOR THE UNITED STATES:
      Mr. A. Nathaniel Chakeres
13    U.S. DEPARTMENT OF JUSTICE
      ENVIRONMENTAL & NATURAL
14    RESOURCES DIVISION
      601 D Street, N.W.
15    Washington, D.C.  20004
16  APPEARING FOR THE STATE OF LOUISIANA:
      Mr. Lambert J. "Joe" Hassinger, Jr.
17    GALLOWAY, JOHNSON, TOMPKINS, BURR
      AND SMITH
18    701 Poydras Street, 40th Floor
      New Orleans, Louisiana  70139
19
    ALSO PRESENT:
20    Mr. Peter Jennings, Videographer
21
22
23
24
25

**Page 2**

1    A P P E A R A N C E S
2
3
4   APPEARING FOR THE PLAINTIFFS' STEERING COMMITTEE:
      Mr. Michael C. Palmintier
5     Mr. Jonathan Williams
      DEGRAVELLES, PALMINTIER, HOLTHAUS & FRUGÉ
6     618 Main Street
      Baton Rouge, Louisiana  70801-1910
7
    APPEARING FOR BP, INC.:
8     Ms. Leslie S. Garthwaite
      KIRKLAND & ELLIS
9     300 North LaSalle
      Chicago, Illinois  60654
10
    APPEARING FOR TRANSOCEAN:
11    Ms. Amber B. Shushan
      Mr. Robert A. Lemus
12    SUTHERLAND ASBILL & BRENNAN
      1001 Fannin, Suite 3700
13    Houston, Texas  77002-6760
14  APPEARING FOR ANADARKO PETROLEUM COMPANY:
      Mr. Joseph H. Hart, IV
15    Mr. Thomas A. Porteous
      KUCHLER POLK SCHELL WEINER & RICHESON
16    1615 Poydras Street, Suite 1300
      New Orleans, Louisiana 70112
17
    APPEARING FOR CAMERON INTERNATIONAL CORPORATION:
18    Mr. Joe W. Redden, Jr.
      BECK, REDDEN & SECREST
19    One Houston Center
      1221 McKinney Street, Suite 4500
20    Houston, Texas  77010-2010
21
    APPEARING FOR WEATHERFORD:
22    Mr. William J. Joyce
      JONES, WALKER, WAECHTER, POITEVENT,
23    CARRERE & DENEGRE, LLP
      201 St. Charles Avenue
24    New Orleans, Louisiana  70170-5100
25

**Page 4**

INDEX
VIDEOTAPED ORAL DEPOSITION OF
GREGORY LUKE MECHE
OCTOBER 6, 2011
VOLUME 1

Appearances.................................... 2

Direct Examination-Mr. Palmintier.............. 6
Examination-Mr. Chakeres.................... 105
Examination-Mr. Hartley.................... 127
Examination-Ms. Shushan.................... 175
Examination-Ms. Garthwaite................. 188
Examination-Mr. Hart....................... 263
Redirect Examination-Mr. Palmintier.......... 284

Changes and Signature...................... 290
Reporter's Certificate..................... 292

EXHIBIT INDEX

Ex. No.      Description       Marked

5561   May 14, 2010 Email from Brian
       Martin to Kimberly Teweleit,
       Subject: Emailing: Leo Linder.xls,
       with Attachments, two pages;
       Bates No. BP-HZN-BLY00081083      106
5562   M-I Swaco Form 3004-1 - Static
       Sheen Test Report Form,
       Certificate of Analysis, marked
       as HIGHLY CONFIDENTIAL; Bates Nos.
       M-I 00058994 - M-I 00059035      120

PURSUANT TO CONFIDENTIALITY ORDER



173

175

10     Q.  First, I'd like to talk to you about your
11  experience on the -- over the three years on
12  DEEPWATER HORIZON.
13        Did you ever get the impression that
14  Transocean personnel aboard the DEEPWATER HORIZON
15  deliberately wanted to harm the environment?
16     A.  No.
17        MR. HARTLEY: Objection, form.
18     Q.  (By Ms. Shushan) Or any person?
19     A.  I'm sorry?
20     Q.  Did you ever get the impression that
21  Transocean personnel aboard the DEEPWATER HORIZON
22  deliberately wanted to harm any person?
23        MR. HARTLEY: Objection, form.
24     A.  No.
25     Q.  (By Ms. Shushan) Did you ever get the

174

176

1   impression that Transocean personnel aboard the
2   DEEPWATER HORIZON were malicious or didn't care
3   about causing injury to the environment?
4        MR. HARTLEY: Objection, form.
5     A.  No.
6     Q.  (By Ms. Shushan) Or any person?
7     A.  No.
8     Q.  Did the Transocean crew ab -- aboard the
9   DEEPWATER HORIZON make safety a priority?
10     A.  Yes.
11     Q.  Did you feel that Transocean was a safety
12  conscious company?
13     A.  Yes.
14     Q.  Did you feel that the Transocean
15  personnel aboard the DEEPWATER HORIZON were
16  competent?
17     A.  Yes.
18        MR. HARTLEY: Objection, form.
19     Q.  (By Ms. Shushan) While onboard the
20  DEEPWATER HORIZON, did you participate in Safety
21  Drills?
22     A.  Yes.
23     Q.  How often?
24     A.  At a minimum, once a week.

**PURSUANT TO CONFIDENTIALITY ORDER**

177

3      Q.  Based on your participation on the Safety
4   Drills, did you feel that you knew what your
5   responsibilities were in the case of -- of an
6   event that called for such a dr -- an action?
7      A.  Yes.
8      Q.  Did you feel that you were adequately
9   trained on Safety Procedures?
10     A.  Yes.
11     Q.  Do you have any complaints about the
12  Safety Drills that you participated in aboard the
13  DEEPWATER HORIZON?
14     A.  No.

179

178



PURSUANT TO CONFIDENTIALITY ORDER



261

3      Q.  Okay.  Are you familiar with the phrase
4   "stop the job"?
5      A.  Yes.
6      Q.  What does it mean to you?
7      A.  It means that I have the authority, as
8   does anyone else, to completely shut down an
9   operation for unsafe acts, or anything of the
10  like.
11     Q.  In your experience, were -- was everyone
12  on the DEEPWATER HORIZON familiar with the phrase
13  "stop the job"?
14     A.  Yes.
15        MR. HARTLEY: Objection, form.
16        MR. HASSINGER: Objection, form.
17     Q.  (By Ms. Garthwaite) In your experience,
18  were people on the DEEPWATER HORIZON serious
19  about safety?
20     A.  Very much.
21     Q.  Were you serious about safety?
22     A.  Very much.

**PURSUANT TO CONFIDENTIALITY ORDER**

## 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL      ) MDL NO. 2179
BY THE OIL RIG        )
"DEEPWATER HORIZON" IN ) SECTION "J"
THE GULF OF MEXICO, ON )
APRIL 20, 2010        ) JUDGE BARBIER
                      ) MAG. JUDGE SHUSHAN

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

VOLUME 1
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Deposition of STUART LACY, taken at Kirkland &
Ellis International, 30 St. Mary Axe, 22nd Floor,
London EC3A 8AF, England, United Kingdom, on the
23rd of September, 2011.

## 2

```
 1        A P P E A R A N C E S
 2
 3  APPEARING FOR THE PLAINTIFFS' STEERING COMMITTEE:
      Mr. Ervin A. Gonzalez
      Mr. Geoff J. Keiser
 4    COLSON, HICKS EIDSON
      600 Carondelet Street, Rm 810
 5    New Orleans, Lousiana 70130
 6
 7  APPEARING FOR BP, INC.:
      Mr. John Lausch
      Ms. Hariklia "Carrie" Karis
 8    KIRKLAND & ELLIS
      300 North LaSalle
 9    Chicago, Illinois  60654
10
11  APPEARING FOR TRANSOCEAN:
      Mr. Daniel Johnson
      Ms. Stephany LeGrand
12    SUTHERLAND ASBILL & BRENNAN
      1001 Fannin, Suite 3700
13    Houston, Texas  77002-6760
14
15  APPEARING FOR ANADARKO PETROLEUM COMPANY:
      Mr. Tony Forte
      BINGHAM MCCUTCHEN
16    399 Park Avenue
      New York, New York 10022-4689
17
      Warren Anthony Fitch
18    BINGHAM MCCUTCHEN
      2020 K Street, Northwest
19    Washington, D.C. 20006-1806
20
21  APPEARING FOR CAMERON INTERNATIONAL CORPORATION:
      Mr. Thomas Ganucheau
22    BECK, REDDEN & SECREST
      One Houston Center
      1221 McKinney Street, Suite 4500
23    Houston, Texas  77010-2010
24
25  APPEARING FOR WEATHERFORD:
      Mr. Joseph J. Lowenthal, Jr.
```

## 3

```
 1  JONES, WALKER, WAECHTER, POITEVENT,
      CARRERE & DENEGRE, LLP
 2    201 St. Charles Avenue
      New Orleans, Louisiana  70170
 3
 4  APPEARING FOR M-I SWACO:
      Mr. John C. Funderburk
 5    MORGAN, LEWIS & BOCKIUS, LLP
      1000 Louisiana Street, Suite 4000
 6    Houston, Texas 77002-5006
 7
      APPEARING FOR HALLIBURTON:
 8    Mr. Gavin Hill
      Ms. Andrea Whitten
 9    GODWIN RONQUILLO
      1201 Elm Street, Suite 1700
10    Dallas, Texas 75270-2041
11
      APPEARING FOR DRIL-QUIP, INC.:
12    Mr. C. Dennis Barrow, Jr.
      WARE, JACKSON, LEE & CHAMBERS
13    America Tower, 42nd Floor
      2929 Allen Parkway
14    Houston, Texas  77019-7101
15
16  APPEARING FOR THE UNITED STATES:
      Mr. A. Nathaniel Chakeres
17    U.S. DEPARTMENT OF JUSTICE
      ENVIRONMENTAL & NATURAL RESOURCES DIVISION
18    601 D Street, N.W.
      Washington, D.C.  20004
19    Ms. Malinda Lawrence
      U.S. DEPARTMENT OF JUSTICE
20    TORT BRANCH, CIVIL DIVISION
      1425 New York Avenue, N.W.
21    Suite 10100
      Washington, D.C.  20005
22    Post Office Box 14271
      Washington, D.C.  20044-4271
23
24  APPEARING FOR THE STATE OF LOUISIANA:
      Mr. Douglas R. Kraus
25    KANNER & WHITELEY
```

## 4

```
 1    701 Camp Street
      New Orleans, Louisiana  70130-3504
 2
      Mr. Michael Keller
 3    Ms. Phyllis E. Glazer
      Assistant Attorney General
 4    Litigation Division
      LOUISIANA DEPARTMENT OF JUSTICE
 5    400 Poydras Street, Suite 1600
      New Orleans, Louisiana 70130-3220
 6
 7  APPEARING FOR MOEX:
      Mr. Jack Reynolds
 8    PILLSBURY WINTHROP SHAW PITTMAN
      2 Houston Center
 9    909 Fannin, Suite 2000
      Houston, Texas  77010-1018
10
11  ALSO PRESENT:
      Mr. Peter Jennings, videographer
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1 (Pages 1 to 4)

**PURSUANT TO CONFIDENTIALITY ORDER**



**165**

8   Q. You mentioned that you had visited the
9 DEEPWATER HORIZON on several occasions and worked
10 aboard the rig; is that correct?
11   A. For four years, correct.
12   Q. And when you visited the rig, presumably
13 you stayed the night, overnight on the rig?
14   A. Yeah. Normally three weeks at a time.
15   Q. When you first arrived at the rig did you
16 receive a safety orientation?
17   A. Yes.  Yes, I did.
18   Q. And it --
19   A. You mean -- you mean the first time I went
20 to out the rig ever?  Or every time I was --
21   Q. Probably every time.
22   A. Yeah, every time.  We would have a reduced
23 one because we knew the rig and we had the longer
24 one originally.  So...
25   Q. And that orientation was given by the

**166**

1 TransOcean crew members?
2   A. Yes, it was.
3   Q. Did it include evacuation and emergency
4 procedures?
5   A. Yes, it did.
6   Q. At any time during the drilling of the
7 Macondo Well, did you observe any willful or
8 intentional misconduct towards human safety on the
9 part of any TransOcean crew member?
10   A. No, I didn't.
11   Q. At any time during the drilling of the
12 Macondo Well, did you observe any willful or
13 intentional misconduct towards the environment
14 of -- on the part of any TransOcean crew member?
15   A. No, I didn't.
16   Q. Based on the safety orientation and your
17 experience on the rig, were you aware that you had
18 the authority to call a work stoppage or a
19 time-out for safety if you observed any unsafe
20 condition?
21   A. Yes, I was.
22   Q. Did you ever call a time-out for safety?
23   A. Not in the sense that you mean.
24 Certainly, many times in the past I've stopped us
25 drilling, but it's not sort of stop a job; it's we

**167**

1 need to stop and circulate the sand.  Kind of,
2 yeah, but probably not in the kind of TransOcean
3 specific way that you mean.
4   Q. And in what way do you mean exactly?
5   A. Well, if we're not sure about something,
6 we can stop and circulate cuttings up and just get
7 our bearings a bit.
8   Q. And when you requested that that be done,
9 did -- did that happen?  Did the work stop?
10   A. Yes.  Yes, it did.
11   Q. And did the team regroup and --
12   A. Yeah.
13   Q. -- make sure that everyone --
14   A. Yeah, yeah.
15   Q. -- was on the same page?
16   A. Yeah.  Yes, they did.
17   Q. And work didn't commence again until
18 everybody was on the same page and felt that it
19 was safe to proceed?
20   A. Correct, yeah.

**168**

**PURSUANT TO CONFIDENTIALITY ORDER**

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                    Reported by:
KATHARINE FATIO PAINE VOL. II April 19, 2011              SANDRA D. FILES, CCR

Page 336

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  OIL SPILL      MDL NO. 2179
BY THE OIL RIG
"DEEPWATER HORIZON"   SECTION:  J
IN THE GULF OF
MEXICO, ON APRIL      JUDGE BARBIER
20, 2010              MAG. JUDGE SHUSHAN

             Volume 2 of the Videotaped
Deposition of KATHARINE FATIO PAINE, 12903
Sugar Ridge Boulevard, Suite 4503,
Stafford, Texas, 77477, taken in the Pan
American Life Center, Pontchartrain Room,
11th Floor, 601 Poydras Street, New
Orleans, Louisiana 70130, on Tuesday, April
19, 2011.

APPEARANCES:

ON BEHALF OF THE PLAINTIFFS
STEERING COMMITTEE

LEWIS, KULLMAN, STERBCOW & ABRAMSON
By:  Paul M. Sterbcow, Esquire
601 Poydras Street, Suite 2615
New Orleans, Louisiana 70130

601 Poydras Street, Suite 1720 GAUDET KAISER, L.L.C          Telephone (504) 525-9100
New Orleans, Louisiana 70130-6029  Board-Certified Court Reporters     Facsimile: (504) 525-9109

1bf3f01f-e1bb-4af4-9df6-a37b2940155a

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                    Reported by:
KATHARINE FATIO PAINE VOL. II April 19, 2011                    SANDRA D. FILES, CCR



Page 509

Page 511

Page 510

512

 4    Q.   Okay.  Did you ever feel unsafe
 5  while you were on the DEEPWATER HORIZON
 6  drilling the Macondo rig -- the Macondo
 7  well?
 8    A.   No.
 9    Q.   Did you ever feel like the
10  Transocean rig crew was going faster than
11  they should to safely drill the well?
12    A.   No.
13    Q.   Would you have said something if
14  you felt unsafe while on the DEEPWATER
15  HORIZON?
16    A.   Yes.
17    Q.   Specifically we spent a lot of
18  time talking about March 8th.  Prior to the
19  kick on March 8th, did you think that the
20  drilling rate was unsafe?
21    A.   No.

601 Poydras Street, Suite 1720 GAUDET KAISER, L.L.C       Telephone (504) 525-9100
New Orleans, Louisiana 70130-6029 Board-Certified Court Reporters    Facsimile: (504) 525-9109

1bf3f01f-e1bb-4af4-9df6-a37b2940155a

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                    Reported by:

KATHARINE FATIO PAINE VOL. II April 19, 2011                    SANDRA D. FILES, CCR



Page 521

20      Q.   Do you feel that after March 8th
21   the Transocean rig crew drilled the well
22   safely?
23      A.   Yes.

Page 523

Page 522

Page 524

48 (Pages 521 to 524)

601 Poydras Street, Suite 1720 GAUDET KAISER, L.L.C        Telephone (504) 525-9100
New Orleans, Louisiana 70130-6029  Board-Certified Court Reporters        Facsimile: (504) 525-9109

1bf3f01f-e1bb-4af4-9df6-a37b2940155a

**1**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL        )  MDL NO. 2179
BY THE OIL RIG          )
"DEEPWATER HORIZON" IN  )  SECTION "J"
THE GULF OF MEXICO, ON  )
APRIL 20, 2010          )  JUDGE BARBIER
                        )  MAG. JUDGE SHUSHAN

Deposition of VICTOR EMANUEL,
taken at Pan-American Building, 601 Poydras
Street, 11th Floor, New Orleans, Louisiana,
70130, on the 27th day of September, 2011.

**2**

A P P E A R A N C E S

APPEARING FOR THE PLAINTIFFS' STEERING
COMMITTEE:
    Mr. Walter J. Leger, Jr.
    Ms. Christine E. Sevin
    LEGER & SHAW
    600 Carondelet Street, 9th Floor
    New Orleans, Louisiana  70130

APPEARING FOR BP, INC.:
    Mr. Christopher W. Keegan
    Mr. Errling Tao
    KIRKLAND & ELLIS
    555 California Street
    San Francisco, California  94104

APPEARING FOR TRANSOCEAN:
    Mr. Allen M. Katz
    MUNGER TOLLES & OLSON
    355 South Grand Avenue, 35th Floor
    Los Angeles, California  90071-1560

APPEARING FOR ANADARKO PETROLEUM COMPANY:
    Mr. Robert E. Guidry
    Ms. Milele St. Julien
    KUCHLER POLK SCHELL WEINER & RICHESON
    1615 Poydras Street, Suite 1300
    New Orleans, Louisiana 70112

APPEARING FOR CAMERON INTERNATIONAL
CORPORATION:
    Ms. Kathleen A. Gallagher
    BECK, REDDEN & SECREST
    One Houston Center
    1221 McKinney  Street, Suite 4500
    Houston, Texas  77010-2010

**3**

A P P E A R A N C E S (Continued)

APPEARING FOR WEATHERFORD:
    Mr. Joe Lowenthal
    JONES, WALKER, WAECHTER, POITEVENT,
    CARRERE & DENEGRE, LLP
    201 St. Charles Avenue
    New Orleans, Louisiana  70170

APPEARING FOR DRIL-QUIP, INC.:
    Ms. Margaret Bryant
    WARE, JACKSON, LEE & CHAMBERS
    America Tower, 42nd Floor
    2929 Allen Parkway
    Houston, Texas  77019-7101

APPEARING FOR M-I SWACO:
    Mr. John C. Funderburk
    Mr. Hugh E. Tanner
    MORGAN, LEWIS & BOCKIUS, LLP
    1000 Louisiana Street, Suite 4200
    Houston, Texas 77002-5006

APPEARING FOR HALLIBURTON:
    Mr. Gavin Hill
    Ms. Laci Dreher
    GODWIN RONQUILLO
    1201 Elm Street, Suite 1700
    Dallas, Texas 75270-2041

APPEARING FOR THE UNITED STATES:
    Mr. A. Nathaniel Chakeres
    Ms. Abigail E. Andre
    U.S. DEPARTMENT OF JUSTICE
    ENVIRONMENTAL & NATURAL
    RESOURCES DIVISION
    601 D Street, N.W.
    Washington, D.C.  20004

**4**

A P P E A R A N C E S (Continued)

APPEARING FOR THE STATE OF LOUISIANA:
    Mr. Douglas R. Kraus
    Attorneys for Louisiana Attorney General
    KANNER & WHITELEY
    701 Camp Street
    New Orleans, Louisiana  70130-3504

ALSO PRESENT:
    Mr. Ray Aguirre, Case Manager
    Ms. Kayla Barnes, Videographer

1 (Pages 1 to 4)

**PURSUANT TO CONFIDENTIALITY ORDER**



105

106

1         **Had you been on the Deepwater**
2   **Horizon on occasion before April 10th,**
3   **2000 -- I'm sorry, April 10th, 2010?**
4       A.   That's correct.
5       **Q.   How many time -- when was the**
6   **first time you were ever aboard that rig?**
7       A.   Sometime in 2005.
8       **Q.   Okay.  Can you tell me about on**
9   **how many occasions you were on the rig**
10  **between 2005 and between April 10th, 2010?**
11      A.   I don't remember exactly the
12  number of times, but quite a few times.
13      **Q.   Give -- can you give me an**
14  **estimate?  Was it more than ten?**
15      A.   Yes, sir.
16      **Q.   Was it more than 20?**
17      A.   Hard to say.
18      **Q.   Okay.  Somewhere --**
19  **approximately 20?**
20      A.   Somewhere between ten and 20.

**PURSUANT TO CONFIDENTIALITY ORDER**



**133**

**135**

21   When you did your wireline work
22   on the Deepwater Horizon in April of 2010,
23   did you work with or InterACT with any
24   Transocean personnel, such as the driller or
25   the assistant driller or the OIM?

**134**

**136**

1        A.     Yes, sir.
2        Q.     And how -- how would you
3    InterACT with them?
4        A.     In the process to rig up, rig
5    down tools, safety meetings, moving equipment
6    on the deck.
7        Q.     And did you work with -- do you
8    remember any -- any individuals in particular
9    that you worked with in April 2010 by name?
10       A.     No, not by name.
11       Q.     Okay.  Did you work with them
12   enough to form any opinions about their --
13   their competence?
14       A.     I work in that rig for a long
15   time, and I never had a problem.  I'm not
16   trying to know what they do exactly, so...
17   But as far as me interacting on the rig,
18   everything was always fine.
19       Q.     You mentioned safety meetings.
20   What kind of safety meetings did you attend?
21       A.     Well, the rig has always safety
22   meetings, so as a third party we need to go
23   to those.  But for every operation that we
24   start or we're about to start, we need to
25   have a safety meeting where we will discuss

**PURSUANT TO CONFIDENTIALITY ORDER**

137

1  our JSA, which is the job safety procedures,
2  get everybody involved so everybody knows
3  their task and so everybody know what to do,
4  so we try to avoid any accident or incident.
5      Q.    And for that five-day period
6  would you have one safety meeting at the --
7  at the beginning of the entire five-day
8  period, or would you have multiple safety
9  meetings as -- as the job progressed?
10     A.    We will have one safety meeting
11 at the very beginning where we'll talk about
12 the whole operation, and then in between runs
13 we'll have a meeting, because the crew will
14 change in my side and their side, just to let
15 them know we're rigging down, this is how
16 we're going to do it; we're rigging up, this
17 is how we're going to do it.  So it will be a
18 continuous process.
19     Q.    And in any of your interactions
20 with any Transocean personnel in April of
21 2010 did you ever experience anything where
22 you thought they were doing something that
23 was unsafe?
24     A.    No, sir.
25     Q.    When you come on the -- on the

138

1  ship from the helicopter, do you go through
2  some kind of orientation at -- at the
3  beginning of your stay on the ship?
4      A.    When is the first time that you
5  visit the rig, yes, and when is -- if you
6  haven't been to the rig in a long period of
7  time, you go through an introduction again.
8      Q.    And that involves watching a
9  video about safety procedures, mustering, and
10 so forth, evacuation?
11     A.    I believe so, yes.

139

140



**PURSUANT TO CONFIDENTIALITY ORDER**

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**IN RE:** OIL SPILL  )  MDL NO. 2179
**by the** OIL RIG,  )
DEEPWATER HORIZON in)  SECTION "J"
the GULF OF MEXICO, )
April 20, 2010    )  JUDGE BARBIER
  )
  )  MAG. JUDGE
  )  SHUSHAN

Deposition of DOUGLAS MARTIN, taken at
Pan-American Building, 601 Poydras Street, 11th
Floor, New Orleans, Louisiana, 70130, on
September 14, 2011.

---

3

1
2  **APPEARING FOR HALLIBURTON:**
    Mr. Jerry C. von Sternberg
3   GODWIN, RONQUILLO, PC
    1331 Lamar, Suite 1665
4   Houston, Texas 77010
    cayork@godwinronquillo.com
5   jvonsternberg@godwinronquillo.com
6
7  APPEARING FOR CAMERON:

8   Mr. Eric J.R. Nichols
    BECK, REDDEN & SECREST
9   515 Congress, Suite 1750
    Austin, Texas 78701
10  enichols@brsfirm.com
11
12  APPEARING ON BEHALF OF M-I SWACO, LLC:

13  Mr. R. Sean Brennan, Jr.
    MORGAN, LEWIS, LEWIS & BOCKIUS, LLP
14  1000 Louisiana St., Suite 4000
    Houston, Texas 77002-5006
15  sbrennan@morganlewis.com
16
17  FOR GULF OFFSHORE LOGISTICS, LLC; JNB OPERATING,
    LLC; MONICA ANN, LLC:
18  Mr. William J. Riviere
    PHELPS DUNBAR, LLP
19  365 Canal Street, Suite 2000
    New Orleans, Louisiana  70130
20  bill.riviere@phelps.com
21
22  FOR ISLAND VENTURES/NAUTICAL:
23  Mr. Robert McClesky, Jr.
    PHELPS DUNBAR, LLP
24  365 Canal Street, Suite 2000
    New Orleans, Louisiana  70130
25  mccleskb@phelps.com

---

2

1
2        A P P E A R A N C E S
3
   APPEARING FOR THE PLAINTIFFS' STEERING COMMITTEE:
4
    Mr. Andrew A. Lemmon
5   LEMMON LAW FIRM, LLC
    650 Poydras Street, Suite 2335
6   New Orleans, Louisiana  70130
    andrew@lemmonlawfirm.com
7
8  FOR THE PLAINTIFFS BUNDLE B-4
9
    Mr. Lloyd N. Frischhertz
10  FRISHHERTZ, LLC
    1130 St. Charles Avenue
11  New Orleans, Louisiana  70130
    lfrischhertz@frischhertzlaw.com
12
13  APPEARING FOR BP, INC.:
14
    Ms. Esty R. Lobovits
15  KIRKLAND & ELLIS, LLP
    153 East 53rd Street
16  New York, New York 10022
    esty.lobovits@kirkland.com
17
18  APPEARING FOR TRANSOCEAN:
19
    Ms. Stephany LeGrand
20  Mr. Daniel Johnson
    SUTHERLAND, ASBILL & BRENNAN, LLP
21  1001 Fannin, Suite 3700
    Houston, Texas  77002-6760
22  stephany.legrand@sutherland.com
    daniel.johnson@sutherland.com
23
24
25

---

4

1
2  FOR SEACOR HOLDINGS, INC.
    Mr. Jeremy T. Grabill
3   WEIL, GOTSHAL & MANGES, LLP
    767 Fifth Avenue
4   New York, New York  10153
    jeremy.grabill@weil.com
5
6  FOR SMIT SALVAGE AMERICAS:
7
    Mr. Bijan R. Siahatgar
8   STRASBURGER
    1402 McKinney, Suite 2200
9   Houston, Texas  77010
    bijan.siahatgar@strasburger.com
10
11  ALSO PRESENT:
12
     Mr. Mike Flores - The Videographer
13
14  REPORTED BY:
    Tamara Chapman, CSR
15  Certified Shorthand Reporter
    State of Texas
16
17
18
19
20
21
22
23
24
25

1 (Pages 1 to 4)

**PURSUANT TO CONFIDENTIALITY ORDER**



17    **Q.  And the well control -- bringing
18    it under -- bringing the well under control would
19    have really been under BP's purview, as you
20    understood the division between BP and
21    Transocean?**
22       A.  I knew --
23          **MS. LOBOVITS:** Object to the form.
24       A.  Yeah.  I know that we weren't the well
25    control people.

12  (Pages 45 to 48)

**PURSUANT TO CONFIDENTIALITY ORDER**



133

135

134

136

7    Q.  Mr. Martin, as someone who's been
8  involved in significant marine salvage
9  operations, do you have any -- based on your
10  experience in the response, do you have any
11  criticism of Transocean personnel that were there
12  or the actions of the Transocean personnel that
13  you worked with?
14    A.  No.

PURSUANT TO CONFIDENTIALITY ORDER

Page 1

              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA

     IN RE:  OIL SPILL BY  MDL NO. 2179
     THE OIL RIG
     "DEEPWATER HORIZON"    SECTION:  J
     IN THE GULF OF
     MEXICO, ON APRIL 20,   JUDGE BARBIER
     2010                   MAG. JUDGE SHUSHAN



                    VOLUME 1


        Deposition of ROSS SKIDMORE taken in the

     Mardi Gras Room, Pan American Life Center,

     601 Poydras Street, New Orleans, Louisiana,

     on Wednesday, May 18, 2011.



     APPEARANCES:

     ON BEHALF OF THE PLAINTIFFS STEERING
     COMMITTEE:
          THE LAW FIRM OF COLSON HICKS EIDSON
          (BY:  ERVIN A. GONZALEZ, ESQUIRE)
          255 Alhambra Circle, Penthouse
          Coral Gables, Florida 33134

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                                    Reported by:
ROSS SKIDMORE                                        May 18, 2011   RENE WHITE MOAREFI, CCR, CRR, CSR

Page 266



Page 268

1   good job of demonstrating the rig safety
2   features?
3       A.    The crew did an outstanding job
4   of it.
5       Q.    And I think -- and I read that
6   you testified that for not knowing what was
7   about to happen, they had you pretty well
8   schooled up on the safety features on the
9   rig?
10      A.    And I'll be thankful for that.

Page 267

6       Q.    I want to ask you a little bit
7   about the safety orientation that the
8   trans -- Transocean crew gave you when you
9   got on the rig.  I think you had some good
10  things to say about it in your Coast Guard
11  hearing.
12          But I wanted to ask you:  Did
13  you feel it was a comprehensive safety
14  orientation?
15      A.    I did, and I'm glad to see it's
16  coming up at this presentation as well.
17      Q.    I'm sorry?
18      A.    I said I did find it was a
19  competent safety orientation, and I'm glad to
20  see that that point was brought up during
21  this part of the investigation --
22      Q.    Well, I appreciate that --
23      A.    -- of the well.
24      Q.    -- Mr. Skidmore.
25          Would you agree the crew did a

Page 269

68  (Pages 266 to 269)

601 Poydras Street, Suite 1720   GAUDET KAISER, L.L.C.      Telephone: (504) 525-9100
New Orleans, LA 70130-6029       Board-Certified Court Reporters   Facsimile: (505) 525-9109

1cb0a27f-7549-497a-bbb3-4fa0d1a9a8c0

In Re: OIL SPILL y the OIL RIG, DEEPWATER HORIZON in the GULF OF MEXICO, April 20, 2010                    Reported by:

BRYAN CLAWSON VOL. II June 7, 2011        THU BUI, CCR, RPR

Page 439

                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA


        IN RE:  OIL SPILL      )     MDL NO. 2179
        by the OIL RIG,        )
        DEEPWATER HORIZON in   )     SECTION "J"
        the GULF OF MEXICO,    )
        April 20, 2010         )     JUDGE BARBIER
                               )
                               )     MAG.  JUDGE
                               )     SHUSHAN



                    ***************
                      VOLUME 2
                    ***************



              30(b)(6) deposition of
        WEATHERFORD INTERNATIONAL, through its
        representative BRYAN CLAWSON, taken at
        Pan-American Building, 601 Poydras Street,
        11th Floor, New Orleans, Louisiana, 70130,
        on the 7th of June, 2011.

073614a3-8557-4fd2-8e17-70ddc757b23b

In Re: OIL SPILL y the OIL RIG, DEEPWATER HORIZON in the GULF OF MEXICO, April 20, 2010                                    Reported by:

BRYAN CLAWSON VOL. II June 7, 2011        THU BUI, CCR, RPR



Page 444

Page 446

25    Q.    You got anything bad to say

Page 445

Page 447

1    about Transocean?
2       A.    No, sir.
3       Q.    Got anything good to say about
4    Transocean?
5       A.    Yes.
6       Q.    We'll leave it at that.

3 (Pages 444 to 447)

601 Poydras Street, Suite 1720 GAUDET KAISER, L.L.C.        Telephone: (504) 525-9100
New Orleans, LA 70130-6029    Board-Certified Court Reporters    Facsimile:(504) 525-9109

073614a3-8557-4fd2-8e17-70ddc757b23b

## GAUDET KAISER, L.L.C.

601 Poydras Street, Suite 1720          New Orleans, Louisiana 70130
Phone: (504) 525-9100              Fax: (504) 525-9109

BOARD-CERTIFIED COURT REPORTERS & LITIGATION SUPPORT

## WITNESS CERTIFICATE

I, **BRYAN CLAWSON**, have read or have had the foregoing testimony read to me and hereby certify that it is a true and correct transcription of my testimony, with the exception of any attached corrections or changes.

7/11/2011

(Date Signed)

(Signature)

_____ Signed with corrections as attached.

_____ Signed with no corrections noted.

| | |
|---|---|
| 11745 Bricksome Avenue, Suite A-4<br>Baton Rouge, Louisiana 70816 | PHONE   (225) 291-3411<br>FAX      (225) 291-7990 |
| 263 W. Causeway Approach<br>Mandeville, Louisiana 70448 | PHONE   (504) 525-9100<br>FAX      (504) 525-9109 |
| Website: www.gaudetkaiser.com | ALT. EMAIL:<br>GKb2003@bellsouth.net & gk@gaudetkaiser.com |

Received 07/12/11