SFP: 2011-9324
Ref: 2:11-CV-00916-CJB-SS

## CERTIFICATE - ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention.
L'autorite soussignee a l'honneur d'attester conformenent a l'article 6 de ladite Convention.

2011 OCT 31  PM 12: 56

LORETTA G. WHYTE
CLERK

1) that the document has been served the (date) **13 October 2011**
que le demande a ete executee     le (date)

-at (place, street, number)       **BP PLC International Headquarters**
-a (localite, rue, numero)        **1, St. James's Square**
                                  **London**
                                  **SW1Y 4PD**

- in one of the following methods authorised by article 5:
-dans une des formes suivantes prevues a l'article 5:
a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the convention
selon les formes legales (article 5, alinea premier, lettre a)

b) in accordance with the following particular method     **The documents were served by posting**
selon la forme particuliere suivante                      **them through the defendant company's**
                                                          **letterbox at the registered address of**
                                                          **the company. This method is good**
                                                          **service under Section 1139 of the**
                                                          **Companies Act 2006.**

c) by delivery to the addressee, who accepted it voluntarily
par remise simple
The documents referred to in the request have been delivered to:

Les documents mentionnes dans la demande ont ete remis a:
- (identity and description of person)
- (identite et qualite de la personne)

- relationship to the addressee (family, business or other)
- liens de parente de subordination ou autres avec
le desinataire de l'acts

2) that the document has not been served, by reason of the following facts:
que la demande n'a pas ete executee, en raison des faits suivants:

in conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay the expenses details in the attached statement.
Conformement a l'article 12, alinea 2 de ladite Convention, le requerant est prie de payer ou de rembourser les frais dont le detail figure au memoire ci-joint

Annexes
Documents returned
Pieces renvoyees

Done at London
fait a

in appropriate cases, documents
establishing the service:
le cas echeant, les documents
justicatifs de l'execution:

the 26 October, 2011
le

Signature and/or stamp:
Signature et/ou cachet:

___ Fee ___
___ Process ___
 x  Dktd ___
___ CRmDep ___
___ Doc. No. ___

26 OCT 2011

ZURUCKSENDEN - TO RETURN
à retourner-de restituire

## SUMMARY OF THE DOCUMENT TO BE SERVED
### ÉLÉMENTS ESSENTIELS DE L'ACTE

Convention on the service abroad of judicial and extrajudicial documents In civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 novembre 1965.*

**(article 5, fourth paragraph)**
*(article 5, alinéa quatre)*

**Name and address of the requesting authority:**
*Nom et adresse de l'autorité requérante:*
USDC/EDLA Clerk of Court, 500 Poydras Street, New Orleans, LA 70130 U.S.A.

**Particulars of the parties:**
*Identité des parties:*
PARISH OF PLAQUEMINES V. BP PLC, ET AL. C.A. NO. 2:11-CV-00916-CJB-SS

### JUDICIAL DOCUMENT
*ACTE JUDICIA IRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte:*
Complaint for Damages due to the oil spill in the Gulf of Mexico on April 20, 2010

**Nature and purpose of the proceedings and, where appropriate, the amount in dispute:**
*Nature et objet de l'instance, le cas échéant, le montant du litige:*

**Date and place for entering appearance:**
*Date et lieu de la comparution:*

**Court which has given judgment**:**
*Juridiction qui a rendu la décision:*

**Dale of judgment**:**
*Date de la décision:*

**Time limits stated in the document**:**
*Indication des délais figurant dans l'acte:*

### EXTRAJUDICIAL DOCUMENT
*ACTE EXTRAJUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte:*

**Time limits stated in the document:**
*Indication des délais figurant dans l'acte:*