UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:   Oil Spill by the Oil Rig "*Deepwater Horizon*" in the Gulf of Mexico, on April 20, 2010 | *<br>*<br>*<br>* | MDL No. 2179<br><br>SECTION:  J |
| Applies to:  *All Cases*. | * | JUDGE BARBIER |
| | * | MAGISTRATE SHUSHAN |
| *   *   *   *   *   *   *   * | * | |

## PHASE ONE TRIAL EXPERT RELIANCE EXHIBIT LIST OF MOEX OFFSHORE 2007 LLC

In accordance with the Court's Order of September 2nd 2011 (Docket No. 3916) regarding Phase One Exhibits and Expert Discovery Production, MOEX Offshore 2007 LLC hereby submits its "Reliance Exhibit List" with respect to its Phase One Experts, as follows:

| Deposition Exhibit No. | Description | Bates Range |
|---|---|---|
| 986 | "Macondo, The Gulf Oil Disaster," Chief Counsel's Report 2011, National Commission on the BP Deepwater Horizon Oil Spill and Offshore Drilling | |
| 1243 | Macondo Prospect Offshore Deepwater Operating Agreement between BP and MOEX Offshore 2007 LLC | APC-HEC1-000001601 - 1840 |
| 1244 | Lease Exchange Agreement between BP and MOEX Offshore 2007 LLC | DWHMX00000247 - 260 |

| MOEX Reliance Exhibit No. | Description | Bates Range |
|---|---|---|
| 85,001 | Lease Exchange Agreement between BP and MOEX Offshore 2007 LLC: | DWHMX00000379 - 401 |

500931645v2

|        | Exhibits A through D                                                        |                                  |
|--------|-----------------------------------------------------------------------------|----------------------------------|
| 85,002 | BP's Lease OCS-G 32306 covering MC 252                                      | BP-HZN02179MDL00605624 - 30      |
| 85,003 | AAPL Form 610-1989 Model Form Operating Agreement                           |                                  |
| 85,004 | AAPL Form 610-1982 Model Form Operating Agreement                           |                                  |
| 85,005 | AAPL Model Form of Offshore Operating Agreement 710-2002                    |                                  |
| 85,006 | AAPL Model Form of Offshore Deepwater Operating Agreement, AAPL-810 (2007)  |                                  |

Dated: November 1, 2011

Respectfully submitted,

s/ John Pritchard_____
John F. Pritchard
Edward Flanders
PILLSBURY WINTHROP SHAW PITTMAN LLP
1540 Broadway
New York, NY 10036-4039
Tel. (212) 858-1000
Fax (212) 858-1500
john.pritchard@pillsburylaw.com
edward.flanders@pillsburylaw.com

COUNSEL FOR MOEX OFFSHORE 2007 LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on November 1, 2011.

_____/s/_____
John Pritchard

500931645v2