UNITED STATES EASTERN DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the Oil Rig | * | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the | * | |
| GULF OF MEXICO, on | * | |
| April 20, 2010 | * | SECTION "J" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | |
|   Civil Action No. 10-1245 | * | JUDGE BARBIER |
|   Darleen Jacobs Levy vs. BP, PLC, ET AL | * | MAG. Judge Shushan |

**************************************************************************

**PLAINTIFF'S EX-PARTE MOTION FOR LEAVE TO FILE SHORT CLAIM FORMS**

NOW INTO COURT, comes, CHRIS HEBERT, HADI ALKAHBY AND JAMILH MOHSAN, claimants herein, who respectfully seeks leave of this Honorable Court to file the late Short From Joinders are hereby considered to be timely filed claims in the Transocean Limitation (Civil Action No. 10-2771), as well as joinder in the Bundle B1 and/or B3 Amended Master Complaints, in accordance with Pre-Trial Order Nos. 24 and 25.  On further suggesting to the Court that there is no prejudice to any party by the filing of this pleading.   In accordance with Rule 7.6, there is no opposition to the extension.

                                          Respectfully submitted,

                                        S/Darleen M. Jacobs
                                        DARLEEN M. JACOBS, ESQ. (7208)
                                        823 St. Louis Street
                                        New Orleans, Louisiana 70112
                                        (504) 522-0155 & (504) 522-3287

                                        Counsel for Complainants

CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that the above the above and foregoing pleading was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 1st   day of November, 2011.

             *S/Darleen M. Jacobs*
             DARLEEN M. JACOBS