UNITED STATES EASTERN DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the Oil Rig | * | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the | * | |
| GULF OF MEXICO, on | * | |
| April 20, 2010 | * | SECTION "J" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | |
|   Civil Action No. 10-1245 | * | JUDGE BARBIER |
|   Darleen Jacobs Levy vs. BP, PLC, ET AL | * | MAG. Judge Shushan |

*************************************

## ORDER

Considering the Motion for Acceptance of Limitation Short Form Joinders Filed Beyond the April 20, 2011 Deadline:

It is ORDERED that the late filed Short From Joinders, filed by Jacobs, Sarrat, Lovelace & Harris, identified as various claimants in "Exhibit A", in the action 2:10-cv-08888-CBJ-SS are hereby considered to be timely filed claims in the Transocean Limitation (Civil Action No. 10-2771), as well as joinder in the Bundle B1 and/or B3 Amended Master Complaints, in accordance with Pre-Trial Order Nos. 24 and 25.

New Orleans, Louisiana this _____ day of _____, 2011.

_____
United States District Judge