**Exhibit "A"**

| Name of Claimant | Date Filed | Document Number in case 10-888 |
|---|---|---|
| Chris Hebert | October 27, 2011 | 109356 |
| Hadi Alkahby | October 31, 2011 | 109406 |
| Jamilh Mohsan | October 31, 2011 | 109405 |