UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Regarding Transocean's Motion to Dismiss Certain Plaintiffs' Claims (Rec. doc. 3873)]**

On August 30, 2011, Transocean filed a motion to dismiss certain plaintiffs' claims for failure to participate in discovery and alternatively motion for a judicial determination terminating its obligation to continue paying maintenance and cure. It identified five persons, Andrea Fleytas, Allen Seraile, Stephen Bertone, James Ingram and William "Bill" Johnson, who asserted their Fifth Amendment privilege against self-incrimination in response to questions concerning their maintenance and cure claims. On October 24, 2011, the five plaintiffs reported that the motion was moot as they settled their claims. Rec. doc. 4386. Transocean agrees that the motion is moot.

IT IS ORDERED that Transocean's motion to dismiss certain plaintiffs' claims (Rec. doc. 3873) is DISMISSED as MOOT.

New Orleans, Louisiana, this 2nd day of November, 2011.

                                                  SALLY SHUSHAN
                                                  **United States Magistrate Judge**

**Clerk to Notify:**
_____
**Andrea Fleytas  Andrea Fleytas, Allen Seraile, Stephen Bertone,
James Ingram and William "Bill" Johnson, through their counsel:
Kurt Arnold
Arnold & Itkin, LLP
5 Houston Center, 1401 McKinney Street, Suite 2550
Houston, TX 77010
Email: karnold@arnolditkin.com**