**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In re: Oil Spill by the Oil Rig                    MDL NO. 2179
    "Deepwater Horizon" in the Gulf
    of Mexico, on April 20, 2010                SECTION J

Applies to: *All Cases*                           JUDGE BARBIER
                                         MAGISTRATE JUDGE SHUSHAN

<u>ORDER</u>

**[Regarding Schedule for BP Motions *in Limine* and Responses to PSC Issues]**

| Anticipated Motion(s)/Responses | Motion | Response | Reply |
|---|---|---|---|
| 1. BP and others to respond to PSC Letter Regarding "E-Mail Strings Produced by Defendants" | N/A | 11/11/11 | 11/16/11 |
| 2. BP's and others' Motion *in Limine* to Preclude the Introduction into Evidence of the MBI Report and MBI Testimony (including a discussion of reliance upon this material by experts). | 11/7/11 | 11/14/11 | 11/18/11 |
| 3. BP's and others' Motion *in Limine* to Preclude the Introduction into Evidence of Other Government Reports and Testimony (including a discussion of reliance upon this material by experts). | 11/7/11 | 11/14/11 | 11/18/11 |
| 4. BP and others to Respond to PSC Letter Alleged *Daubert/*702 Issues | N/A | 11/4/11 | 11/11/11 |
| 5. BP and others to Advise of Other Miscellaneous Issues Arising from PSC List of 300 | 11/7/11 (letter) | 11/14/11 | 11/18/11 |

| 6. | BP's and others' Motion *in Limine* to Preclude Evidence Regarding Instances of Prior Alleged Improper Conduct Unrelated to the Macondo Well Incident. | **11/7/11** | **11/14/11** | **11/21/11** |
|---|---|---|---|---|
| 7. | BP's and others' Motion *in Limine* to Preclude Evidence Regarding Prior Adverse Criminal, Civil, or Regulatory Proceedings Unrelated to the Macondo Well Incident. | **11/7/11** | **11/14/11** | **11/21/11** |
| 8. | BP's and others' Motion *in Limine* to Preclude Evidence Regarding Non-Governmental Reports (i.e. Bly Report, Berkeley Report, etc.). | **11/28/11** | **12/5/11** | **12/12/11** |
| 9. | BP's and others' Motion *in Limine* to Preclude Evidence Regarding subsequent remedial measures, as already addressed in the letter brief submitted by the PSC. | **11/28/11** | **12/5/11** | **12/12/11** |
| 10. | BP's and others' Motion *in Limine* to Preclude Evidence Regarding Discussions and Settlements. | **11/28/11** | **12/5/11** | **12/12/11** |
| 11. | BP's and others' Motion(s) *in Limine* to Preclude Inappropriate Evidence Arising from Deposition Designations or Other Anticipated Testimony. | **12/5/11** | **12/12/11** | **12/19/11** |

| 12. | BP's and others' Motion(s) *in Limine* to Preclude Evidence Regarding Clawed Back or Stricken Documents or Documents or Information Otherwise Excluded from the Scope of Appropriate Discovery in Pre-Trial Discovery Rulings. | 1/9/12 | 1/16/12 | 1/23/12 |
|---|---|---|---|---|
| 13. | Such other motions as BP or other parties deem[s] appropriate upon further consideration, including but not limited to review of proposed testimony, exhibits and positions taken with regard thereto by other parties to the litigation. | 1/9/12 | 1/16/12 | 1/23/12 |

New Orleans, Louisiana, this 2nd day of November, 2011.

**SALLY SHUSHAN**
**United States Magistrate Judge**