UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 SECTION "J" |
| **THIS PLEADING APPLIES TO:** | * * | JUDGE:  BARBIER |
| In Re The Complaint and Petition of Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., and Transocean Deepwater Inc., as Owner, Managing Owners, Owners *Pro-Hac Vice*, and/or Operators of the MODU Deepwater Horizon, in a Cause for Exoneration from or Limitation of Liability | * * * * * * * * * * * | MAGISTRATE:  SHUSHAN |
| Civil Action Nos.: 2:10-cv-2771 and 10-cv-2179 | * * | |

## WEATHERFORD U.S., L.P. AND WEATHERFORD INTERNATIONAL, INC.'S *EX PARTE* UNOPPOSED MOTION TO VOLUNTARILY DISMISS WEATHERFORD'S COUNTER-CLAIM/CROSS-CLAIM AGAINST MOEX OFFSHORE 2007 LLC

**NOW INTO COURT**, through undersigned counsel, come Weatherford U.S., L.P. and Weatherford International, Inc. (collectively, "Weatherford"), who pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, move for an Order, voluntarily dismissing Weatherford's Counter-Claim/Cross-Claim against MOEX Offshore 2007 LLC ("MOEX"), Rec. Doc. 2484, without prejudice.  MOEX has filed a Motion to Dismiss Weatherford's Counter-Claim/Cross-

{N2312641.1}

Claim, Rec. Doc. 2910; however, MOEX does not oppose the filing of this Motion or the dismissal of Weatherford's Counter-Claim/Cross-Claim against MOEX.

**WHEREFORE**, Weatherford prays that its Motion to Dismiss be granted and that its Counter-Claim/Cross-Claim against MOEX be dismissed, without prejudice.

This 2nd day of November, 2011.

Respectfully submitted:

*/s/ Glenn G. Goodier*
GLENN G. GOODIER (#06130)
RICHARD D. BERTRAM (#17881)
LANCE M. SANNINO (#29409)
JONES, WALKER, WAECHTER, POITEVENT,
 CARRÈRE & DENÈGRE, L.L.P.
201 St. Charles Avenue. 48th Floor
New Orleans, Louisiana  70170-5100
Telephone:     (504) 582-8174
Facsimile:     (504) 589-8174
ggoodier@joneswalker.com
rbertram@joneswalker.com
lsannino@joneswalker.com


MICHAEL G. LEMOINE, T.A. (#8308)
GARY J. RUSSO (#10828)
DOUGLAS C. LONGMAN, JR. (#8719)
JONES, WALKER, WAECHTER, POITEVENT,
 CARRÈRE & DENÈGRE, L.L.P.
600 Jefferson Street, Suite 1600
Lafayette, Louisiana  70501-5100
Telephone:      (337) 593-7624
mlemoine@joneswalker.com
grusso@joneswalker.com
dlongman@joneswalker.com

*Counsel for Weatherford U.S., L.P. and Weatherford International, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of November, 2011, the above and foregoing has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Court's Pretrial Order No. 12, on November 1, 2010.

*/s/ Glenn G. Goodier*