UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179<br><br>SECTION "J" |
| **THIS PLEADING APPLIES TO:** | * * | JUDGE:  BARBIER |
| In Re The Complaint and Petition of Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., and Transocean Deepwater Inc., as Owner, Managing Owners, Owners *Pro-Hac Vice*, and/or Operators of the MODU Deepwater Horizon, in a Cause for Exoneration from or Limitation of Liability | * * * * * * * * * * * | MAGISTRATE:  SHUSHAN |
| Civil Action Nos.: 2:10-cv-2771 and 10-cv-2179 | * * | |

## ORDER

Considering the foregoing *Ex Parte*, Unopposed Motion to Voluntarily Dismiss Weatherford's Counter-Claim/Cross-Claim against MOEX Offshore 2007 LLC filed by Weatherford U.S. LP and Weatherford International, Inc.:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Counter-Claim/Cross-Claim of Weatherford U.S. L.P. and Weatherford International, Inc. (Rec. Doc.

{N2312641.1}

2484), be and is hereby dismissed, without prejudice, with each party to bear its respective costs of court and attorneys' fees.

    New Orleans, Louisiana, this _____ day of _____, 2011.

                                      _____
                                      UNITED STATES DISTRICT COURT JUDGE