UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Schedule for Limited B3 Discovery]**

(Schedule is premised on developing the facts necessary for Nalco and the Clean-Up Responders to file motions renewing their preemption/derivative immunity arguments)

| | |
|---|---|
| Nalco, Clean-Up Responders, and United States to attempt to agree on stipulations of fact and provide such stipulations to the PSC | November 11, 2011 |
| All parties wishing to do so shall serve document requests, interrogatories, and/or requests for admission re: preemption/derivative immunity issues | November 18, 2011 |
| All parties to respond to any written discovery served and produce documents related to that discovery | December 21, 2011 |
| PSC's objections to proposed stipulations among Nalco, Clean-Up Responders and the United States | December 21, 2011 |
| Limited 30(b)(6) depositions of United States, Nalco, and Clean-Up Responder witnesses, and limited depositions of other witnesses, relevant to Nalco and Clean-Up Responders' preemption/derivative immunity defenses to be completed (if necessary) | January 31, 2012 |
| Nalco to file motion renewing its preemption argument | January 31, 2012 |
| PSC to file opposition to Nalco's motion | February 21, 2012 |
| Nalco to file reply in support of its motion | March 2, 2012 |
| Oral Argument on Nalco's motion | TBD |

| Clean-Up Responders to file motions renewing their preemption/derivative immunity arguments | February 10, 2012 |
| --- | --- |
| PSC to file opposition(s) to Clean-Up Responders' motions | March 9, 2012 |
| Clean-Up Responders to file replies in support of their motions | March 23, 2012 |
| Oral Argument on Clean-Up Responders' motions | TBD |

New Orleans, Louisiana, this 3rd day of November, 2011.

                                                **SALLY SHUSHAN**
                                                **United States Magistrate Judge**