UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION J |
| Applies to:<br>2:10-cv-2771 and 2:10-cv-04536 | JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

## ORDER

**[As to Transocean's Motion for Partial Summary Judgment Against BP]**

Before the Court is Transocean's Motion for Partial Summary Judgment (Rec. Doc. 4457-2). At this time, the Court will only consider the legal issues raised in that Motion pertaining to whether indemnity was owed under a contractual provision, and, if so, whether certain conduct (e.g., gross negligence, etc.) _could_ void that provision. At this time the Court will not address predominantly factual issues (e.g., whether any party's conduct amounted to gross negligence, etc.). Accordingly,

IT IS ORDERED that any Oppositions to Transocean's Motion for Partial Summary Judgment (Rec. Doc. 4457-2) shall be filed no later than _November 23, 2011_. Replies shall be filed no later than _November 30, 2011_. Briefs shall be limited to the issues identified above.

New Orleans, Louisiana, this 3rd day of November, 2011.

_[signature]_
UNITED STATES DISTRICT JUDGE