

Reports and publications | Contact us | BP worldwide | Home

Search:  [        ] Go

**About BP** | Products and services | Sustainability | Investors | Press | Careers | Gulf of Mexico restoration

You are here: BP Global ▸ About BP ▸ BP at a glance

### BP at a glance

| | |
|---|---|
| **BP at a glance** | |
| Key facts and figures | |
| Key business addresses | |
| Who we are | |
| What we do | |
| Where we operate | |
| How we run the business | |
| BP and London 2012 | |
| BP and technology | |
| The Energy Mix | |

**BP is one of the world's leading international oil and gas companies, providing its customers with fuel for transportation, energy for heat and light, retail services and petrochemicals products for everyday items**

**Facts and figures**

| | |
|---|---|
| Sales and other operating revenues[1] | $297,107 million (year 2010) |
| Replacement cost profit [2] | ($4,519) million (year 2010) |
| Number of employees | 79,700 (at 31 Dec 2010) |
| Proved reserves[3] | 18,071 million barrels of oil equivalent |
| Retail sites[4] | 22,100 |
| Upstream | Active in 29 countries |
| Refineries (wholly or partly owned) | 16 |
| Refining throughput | 2,426 thousand barrels per day (year 2010) |

### History of BP



From one man's gamble to global energy company in 100 years

▸ Our history

### Our brand family



A family of brands that are recognized and respected in markets worldwide

▸ Our brands

### What we do



From oil discovery to alternative energy, find out what we do

▸ What we do

[1] Sales and other operating revenues excludes customs duties and sales taxes.
[2] Replacement cost profit reflects the replacement cost of supplies and is arrived at by excluding from profit inventory holding gains and losses and their associated tax effect.
[3] Includes our interest in equity-accounted entities.
[4] Excludes our interest in equity-accounted entities.

All data is as per the 2010 Annual Report and Form 20F unless otherwise noted.

▸ Annual Report and Form 20-F

**The core BP brands**







▲ back to top

Site Index   |   Legal Notice   |   Privacy Statement                © 1996-2011 BP p.l.c.

Case 2:10-md-02179-CJB-DPC   Document 4477-9   Filed 11/03/11   Page 3 of 3



Reports and publications  |  Contact us  |  BP worldwide  |  Home

Search:  [ ]  Go

**About BP** | Products and services | Sustainability | Investors | Press | Careers | Gulf of Mexico restoration

You are here:  BP Global  ▸  About BP  ▸  Who we are

- BP at a glance
- **Who we are**
  - Group organization
  - Our brands
  - Board and executive management
  - Our history
- What we do
- Where we operate
- How we run the business
- BP and London 2012
- BP and technology
- The Energy Mix

## Who we are

**BP has transformed: growing from a local oil company into a global energy group; employing over 80,000 people and operating in over 80 countries worldwide**





**BP in 2010**
Brief overview of BP's 2010 performance

▸ BP in 2010 interactive review

### In this section

**▸ Group organization**
Structured for success: two key business segments and an alternative energy business
- Upstream
- Refining and Marketing
- BP Alternative Energy

**▸ Our brands**
- BP
- Castrol
- ARCO
- Aral
- *ampm*
- Wild Bean Cafe

**▸ Board and executive management**
The board has a unique role in representing and promoting the interests of shareholders
- The board
- Executive management
- Governance

**▸ The history of BP**
- History of BP
- History of Amoco
- History of ARCO/*ampm*
- History of Sohio
- History of Castrol
- History of Aral
- Further information

### Related links

▸ Code of conduct
Detailing our commitment to meet legal and ethical standards

▸ The Helios Awards
Recognizes the achievements of our people who are moving BP forward

▸ Technology
Find out how we're working to meet energy and environmental demands

### Key reports
View online or download some of our key reports

▸ Annual Report and Form 20-F

▸ Statistical Review of World Energy 2011
Detailed analysis of the world's energy markets

▴ back to top

Site Index  |  Legal Notice  |  Privacy Statement                © 1996-2011 BP p.l.c.