

One America Square
London
EC3N 2JL

11 May 2010

switchboard: 020 7466 6500
direct dial: 020 7466 6501
fax: 020 7466 6565

www.lloydandpartners.com

Honorable Robert Menendez
U.S. Senator
528 Senate Hart Office Building
Washington, DC 20510
United States of America

Dear Honorable Robert Menendez

**Re:   Deepwater Horizon / Macondo Well Incident**

### About Lloyd & Partners

Lloyd & Partners is a London and Bermuda based Major Account (complex risk) insurance broker specialising in onshore and offshore energy insurance with premiums placed annually in excess of USD1.5bn. Overall Lloyd & Partners employs over 200 people and our 40 plus strong Energy team is one of the largest and most respected teams in the London market. We arrange both Property and Liability Insurance for a wide range of Energy Insureds including integrated oil companies, exploration & production companies and drilling/service contractors.

### Available Liability Insurance Capacity under normal Insurance conditions (policies with normal terms and conditions).

Prior to the recent Gulf of Mexico drilling incident, worldwide third party pollution liability capacity for offshore energy operations was in excess of USD1.5bn for each insured on a 100% basis (meaning the limits scaled to an individual insured's working interest in a project).

Whilst the insurance market previously attempted to limit their "clash" exposures (where they could pick up a loss from more than one insured from the same loss) by scaling their limits to an operating group company's working interest, in the main they had previously thought of clashes between operators and contractors, as the Joint Operating Agreement would have given them some comfort that only the operator would be liable for a pollution loss, the concern now is that a loss of the nature we are witnessing may result in attempts to hold all the parties responsible regardless of the provisions of the JOA.

A Jardine Lloyd Thompson Company

Lloyd's Broker.  **A company incorporated with liability limited by shares.**
Registered Office: One America Square, London EC3N 2JL. Registered in England No. 02005745. Vat No. 244232196.
Authorised and regulated by the Financial Services Authority.



2

We have therefore already seen in the market a realisation that if every party involved in the loss (operating group, drilling contractor, other service contractors - such as mud or cementing contractors - and blowout preventor manufacturers) are successfully sued then the market will be exposed to a degree much larger than anticipated when committing capacity to individual Insureds.
This has already resulted in at least one major London energy liability insurance leader advising us that they are cutting back their maximum capacity for individual Insureds by a third.

At this stage it is really impossible to accurately predict what the exact impact of this loss will have on available capacity but we think it could result in a reduction of such capacity of around 15% to 30%

### Available Liability Insurance Capacity under OPA "certificates"

Where Insurers are asked to provide full coverage under OPA (being strict liability with direct access to insurers and no defence of normal insurance policy terms and conditions) capacity is much more restricted than normal third party liability and we estimate available capacity would be no more than USD150mm - USD200mm.

### Pricing

Prior to the recent incident the market was in a "soft" phase where rates were low as a result of oversupply of capacity, as not many Insureds purchased the full available capacity (typically offshore E&P companies would have purchased on average somewhere around USD 250mm to USD 500mm in limits.)

There is now likely to be pressure from both sides of the supply and demand equation, as capacity shrinks and demand for higher limits materialises (as the recent loss highlights the potential to Insureds for a loss of a magnitude higher than most are protected for) which coupled with the fact the market will be looking to recoup the loss they will have to pay out from this latest incident, is likely to result in a significant increase in offshore liability insurance premiums.

Lloyd's Broker. **A company incorporated with liability limited by shares.**
Registered Office: One America Square, London, EC3N 2JL. Registered in England No. 2005745. Vat No. 244 2321 96.
Authorised and regulated by the Financial Services Authority.

**Proposed changes to legislation.**

Currently OPA provides operators of offshore facilities a limitation of USD 75mm for "Economic Claims" (loss of earnings rather than clean-up costs or property damage caused by pollution). Any significant increase in this limit will cause Insureds operating in US Waters to face the prospect of significant self insurance, since (depending on the amount) the insurance market will not have sufficient capacity to provide cover for this in addition clean-up costs and third party properties damage suits)

Yours sincerely

*[signature]*

**John Lloyd**
Chairman and CEO

cc      Honorable Barbara Boxer
        Chairman
        Senate Committee on Environment & Public Works
        410 Dirksen Senate Office Building
        Washington, DC 20510

        Honorable James M. Inhofe
        Ranking Member
        Senate Committee on Environment & Public Works
        456 Dirksen Senate Office Building
        Washington, DC 20510

        Honorable Jeff Bingaman
        Chairman
        Senate Committee on Energy a& Natural Resources
        304 Dirksen Senate Office Building
        Washington, DC 20510

        Honorable Lisa Murkowski
        Ranking Member
        Senate Committee on Energy a& Natural Resources
        304 Dirksen Senate Office Building
        Washington, DC 20510

V:\EJL\LETTERS\2010\LET193C (v3).doc

Lloyd's Broker. **A company incorporated with liability limited by shares.**
Registered Office: One America Square, London, EC3N 2JL. Registered in England No. 2005745. Vat No. 244 2321 96.
Authorised and regulated by the Financial Services Authority.

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

300 North LaSalle Street
Chicago, Illinois 60654

Christopher J. Esbrook
To Call Writer Directly:
(312) 862-2032
christopher.esbrook@kirkland.com

(312) 862-2000

www.kirkland.com

Facsimile:
(312) 862-2200

October 3, 2011

**BY ELECTRONIC MAIL AND
FIRST CLASS MAIL**

Daniel Goforth
Goforth Green Easterling LLP
4900 Woodway, Suite 750
Houston, Texas 77056

Re:   *Personal Injury Claims filed by Transocean Employees With the Gulf Coast Claims Facility*

Dear Mr. Goforth:

I write in reference to Transocean employees that have filed claims with the Gulf Coast Claims Facility ("GCCF") for damages arising from personal injuries sustained during the Deepwater Horizon incident. Specifically, I write to alert you that BP has learned that the GCCF has offered to settle personal injury claims brought by the following Transocean employees or contractors: Jason Cooley, Billy Coon, Anthony Graham, James Ingram Brett Guillory (employee of Transocean contractor Offshore Cleaning Systems).

As you know, BP America Production Company and Transocean Holdings LLC are parties to a Drilling Contract which is relevant here. Under the Drilling Contract, Transocean must defend, indemnity and hold harmless from all claims for personal injury or death brought by Transocean employees or contractors related to work performed under the Drilling Contract. On June 25, 2010, BP tendered the defense of such claims to Transocean. Consistent with Transocean's duty to defend and indemnify BP in the cases referred to above, BP asks that Transocean promptly resolve the claims referenced above in BP's best interest. BP does not control the GCCF and cannot prevent it from making settlement offers. BP again requests that Transocean resolve the claims referenced above, as well as any other personal injury claims brought by Transocean employees or contractors in the GCCF, consistent with BP's best interest. If Transocean does not resolve these claims, BP expects that Transocean will indemnify BP for all BP funds the GCCF pays to settle these claims.

Hong Kong    London    Los Angeles    Munich    New York    Palo Alto    San Francisco    Shanghai    Washington, D.C.

## KIRKLAND & ELLIS LLP

October 3, 2011
Page 2

    Please do not hesitate to call should you have any questions or would like to discuss any issues raised in this letter.

Sincerely,

Christopher J. Esbrook



# Fleet Status Report

## July 13, 2011

Transocean Ltd. (NYSE: RIG), (SIX: RIGN)



Transocean Ltd. (NYSE: RIG), (SIX: RIGN) Fleet Status Report

Updated: July 13, 2011
**Revisions to Fleet Status Report Noted in Bold**
Dynamically positioned ★

| Rig Type/Name | Floater Type | | Yr. (1) Entered Service | Water Depth (Feet) | Drilling Depth (Feet) | Location | Customer | Estimated Contract Start Date (2) | Estimated Expiration Date (2) | Dayrate on Current Contract (3) (Dollars) | Dayrate on Previous Contract (3) (Dollars) | Estimated Out of Service Days (4) | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | Q2 2011 | Q3 2011 | Q4 2011 | Q1 2012 |
| ***Rigs Under Construction (3)*** | | | | | | | | | | | | | | | |
| Keppel FELS Super B Class Jackup TBN1 | | | TBA | 350 | 35,000 | Thailand | Chevron | See Footnote 12 | See Footnote 12 | See Footnote 12 | N/A | - | - | - | - |
| Keppel FELS Super B Class Jackup TBN2 | | | TBA | 350 | 35,000 | Thailand | Chevron | See Footnote 13 | See Footnote 13 | See Footnote 13 | N/A | - | - | - | - |
| Transocean Honor | | | TBA | 400 | 30,000 | See Footnote 14 | See Footnote 14 | See Footnote 14 | See Footnote 14 | See Footnote 14 | N/A | - | - | - | - |
| ***High Specification Floaters:*** | | | | | | | | | | | | | | | |
| ***Ultra-Deepwater (27)*** | | | | | | | | | | | | | | | |
| **Discoverer Americas** (6) | ship | ★ | 2009 | 12,000 | 40,000 | USGOM | Statoil | Mar-11 | **Apr-14** | 486,000 | 486,000 | - | - | - | - |
| **Deepwater Champion** (6), (11) | ship | ★ | 2011 | 12,000 | 40,000 | Turkey/Black Sea | ExxonMobil | May-11 | **May-12** | **690,000** | N/A | - | - | - | - |
| | | | | | | TBA | ExxonMobil | **May-12** | Dec-15 | TBA | 690,000 | | | | |
| **Discoverer Clear Leader** (6), (15) | ship | ★ | 2009 | 12,000 | 40,000 | USGOM | Chevron | Sep-10 | Jul-14 | **504,000** | 503,000 | 6 | - | - | - |
| **Discoverer Inspiration** (6) | ship | ★ | 2010 | 12,000 | 40,000 | USGOM | Chevron | Sep-10 | Feb-15 | **506,000** | 494,000 | - | - | - | - |
| Dhirubhai Deepwater KG1 (16) | ship | ★ | 2009 | 12,000 | 35,000 | India | Reliance | Aug-09 | Jul-14 | 510,000 | N/A | - | 8 | - | 11 |
| **Dhirubhai Deepwater KG2** (16) | ship | ★ | 2010 | 12,000 | 35,000 | India | Reliance | Mar-10 | Feb-15 | 510,000 | N/A | 2 | - | - | 11 |
| Discoverer India (17) | ship | ★ | 2010 | 12,000 | 40,000 | India | Reliance | Dec-10 | Aug-11 | 508,000 | N/A | | | | |
| | | | | | | USGOM | Reliance | **Aug-11** (29) | **Feb-13** (30) | 508,000 | 508,000 | | | | |
| | | | | | | India | Reliance | Mar-13 | Nov-20 | 508,000 | 508,000 | | | | |
| **Petrobras 10000** (6), (7), (8) | ship | ★ | 2009 | 12,000 | 37,500 | Brazil | Petrobras | Feb-11 | Aug-19 | **445,000** | N/A | - | - | - | - |
| Discoverer Deep Seas (6) | ship | ★ | 2001 | 10,000 | 35,000 | USGOM | Chevron | Feb-11 | Feb-13 | 450,000 | 517,000 | - | - | - | - |
| **Discoverer Enterprise** (6) | ship | ★ | 1999 | 10,000 | 35,000 | USGOM | BP | Jan-11 | **Aug-12** | 435,000 | 523,000 | - | - | - | - |
| Discoverer Spirit (6) | ship | ★ | 2000 | 10,000 | 35,000 | USGOM | Anadarko | Apr-11 | Jun-11 | 540,000 | 507,000 | 22 | 31 | - | - |
| | | | | | | Liberia | Anadarko | Jun-11 | Aug-11 | 547,000 (26) | 540,000 | | | | |
| | | | | | | Sierra Leone | Anadarko | Aug-11 | Nov-11 | 545,000 (26) | 547,000 (26) | | | | |
| | | | | | | Liberia | Chevron | Nov-11 | Mar-12 | 564,000 (26) | 545,000 (26) | | | | |
| | | | | | | USGOM | Anadarko | Mar-12 | Apr-14 | 540,000 | 564,000 (26) | | | | |
| **GSF C.R. Luigs** (6) | ship | ★ | 2000 | 10,000 | 35,000 | USGOM | BHP Billiton | Sep-09 | Feb-14 | 519,000 | 411,000 | - | - | - | - |
| **GSF Jack Ryan** (6) | ship | ★ | 2000 | 10,000 | 35,000 | Nigeria | Total | Jun-09 | Jul-13 | 425,000 | 297,000 | 19 | - | - | - |
| **Deepwater Discovery** (6), (7) | ship | ★ | 2000 | 10,000 | 30,000 | Brazil | Devon | Oct-09 | Aug-13 | 463,000 | 425,000 | 91 | 10 | - | - |
| **Deepwater Frontier** (6) | ship | ★ | 1999 | 10,000 | 30,000 | Australia | ExxonMobil | Sep-11 | Nov-13 | 475,000 | 477,000 | 30 | 92 | 7 | - |
| **Deepwater Millennium** (6) | ship | ★ | 1999 | 10,000 | 30,000 | Ghana | Anadarko | Nov-10 | Jul-11 | 576,000 | 543,000 | 13 | - | 37 | - |
| | | | | | | Brazil | Anadarko | Jul-11 | May-13 | 561,000 (7) | 576,000 | | | | |
| **Deepwater Pathfinder** (6) | ship | ★ | 1998 | 10,000 | 30,000 | USGOM | Eni | Aug-10 | Apr-15 | **667,000** | 550,000 | - | - | - | - |
| **Deepwater Expedition** (6) | ship | ★ | 1999 | 8,500 | 30,000 | Malaysia | Petronas/BHP | Dec-10 | Jan-14 | 640,000 | 375,000 | - | - | - | - |
| **Cajun Express** (6), (7), (18) | semi | ★ | 2001 | 8,500 | 35,000 | Brazil | Petrobras | May-10 | Jun-13 | **546,000** | 493,000 | - | - | - | - |
| **Deepwater Nautilus** (6) | semi | | 2000 | 8,000 | 30,000 | USGOM | Shell | Dec-08 | **Aug-12** | **548,000** | 493,000 | - | - | - | - |
| GSF Explorer | ship | ★ | 1972/1998 | 7,800 | 30,000 | Indonesia | Marathon-led Consortium | May-10 | Jul-12 | 510,000 | 426,000 | 6 | - | - | - |
| **Discoverer Luanda** (6), (16) | ship | ★ | 2010 | 7,500 | 40,000 | Angola | BP | Jan-11 | Jan-18 | 430,000 | N/A | - | - | - | - |
| GSF Development Driller I (6) | semi | ★ | 2005 | 7,500 | 37,500 | USGOM | BHP Billiton | Jun-08 | Oct-12 | 513,000 | 220,000 | - | - | - | - |
| GSF Development Driller II (6) | semi | ★ | 2005 | 7,500 | 37,500 | USGOM | BP | Nov-08 | Nov-13 | 580,000 | 208,000 | - | - | - | - |
| Development Driller III (6) | semi | ★ | 2009 | 7,500 | 37,500 | USGOM | BP | Nov-09 | Nov-16 | 403,000 | N/A | - | - | - | - |
| **Sedco Energy** | semi | ★ | 2001 | 7,500 | 35,000 | Ghana | Tullow | Aug-11 | Aug-13 | 440,000 | N/A | 91 | 72 | - | - |
| **Sedco Express** (6) | semi | ★ | 2001 | 7,500 | 35,000 | Israel | Noble Energy | Sep-10 | Dec-11 | 530,000 | 188,000 | - | - | - | - |
| | | | | | | Israel | Noble Energy | **Dec-11** | **Mar-12** | 470,000 | 530,000 | | | | |
| | | | | | | Israel | Israel Oil Company | **Mar-12** | May-12 | 490,000 | 470,000 | | | | |
| | | | | | | | | | Total Estimated Days Out of Service | | | 280 | 213 | 44 | 22 |
| | | | | | | | | | Estimated Average Contract Dayrate (5) | | | $517,000 | $516,000 | $513,000 | $518,000 |



Transocean Ltd. (NYSE: RIG), (SIX: RIGN) Fleet Status Report

Updated: July 13, 2011
**Revisions to Fleet Status Report Noted in Bold**
Dynamically positioned ★

| Rig Type/Name | Floater Type | DP | Yr.[1] Entered Service | Water Depth (Feet) | Drilling Depth (Feet) | Location | Customer | Estimated Contract Start Date[2] | Estimated Expiration Date[2] | Dayrate on Current Contract[3] (Dollars) | Dayrate on Previous Contract[3] (Dollars) | Q2 2011 | Q3 2011 | Q4 2011 | Q1 2012 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Deepwater (16)* | | | | | | | | | | | | | | | |
| **Deepwater Navigator** [7], [8] | ship | ★ | 1971/2000 | 7,200 | 25,000 | Brazil | Petrobras | May-11 | Feb-16 [27] | **381,000** | 190,000 | 91 | 87 | - | - |
| Discoverer 534 | ship | ★ | 1975/1991 | 7,000 | 25,000 | Malaysia | | | Stacked | | | - | - | - | - |
| **Discoverer Seven Seas** | ship | ★ | 1976/1997 | 7,000 | 25,000 | India | ONGC | Jul-08 | **Jul-11** | 316,000 | 292,000 | - | - | - | - |
| **Transocean Marianas** [6], [28] | semi | | 1979/1998 | 7,000 | 25,000 | Ghana | Eni | Feb-11 | Dec-12 | 450,000 | 565,000 | 4 | 1 | - | - |
| Sedco 706 [6], [7] | semi | ★ | 1976/1994/2008 | 6,500 | 25,000 | Brazil | Chevron | Apr-09 | Apr-14 | 311,000 | N/A | - | - | 14 | - |
| Sedco 702 [6], [7] | semi | ★ | 1973/2007 | 6,500 | 25,000 | Nigeria | Shell | Mar-08 | Feb-12 | 354,000 | N/A | 10 | - | 14 | 48 |
| **Sedco 707** [7], [8] | semi | ★ | 1976/1997 | 6,500 | 25,000 | Brazil | Petrobras | Nov-09 | Nov-14 [27] | **407,000** | 188,000 | - | - | - | 25 |
| GSF Celtic Sea | semi | | 1982/1998 | 5,750 | 25,000 | Angola | ExxonMobil | May-11 | Jul-12 | 320,000 | 486,000 | 91 | 22 | - | - |
| | | | | | | Angola | ExxonMobil | Jul-12 | Jul-13 | 324,000 | 320,000 | | | | |
| | | | | | | Angola | ExxonMobil | Jul-13 | Jul-14 | 328,000 | 324,000 | | | | |
| Jack Bates | semi | | 1986/1997 | 5,400 | 30,000 | Australia | Hess | **Sep-11** | Apr-12 | 380,000 | 420,000 | 32 | 87 | - | - |
| Sedco 709 | semi | ★ | 1977/1999 | 5,000 | 25,000 | Malaysia | | | Stacked | | | - | - | - | - |
| **M.G. Hulme, Jr.** [7] | semi | | 1983/1996 | 5,000 | 25,000 | India | ONGC | **Sep-11** | **Sep-12** | **260,000** | N/A | - | - | - | - |
| Transocean Richardson | semi | | 1988 | 5,000 | 25,000 | Malaysia | | | Stacked | | | - | - | - | - |
| Jim Cunningham | semi | | 1982/1995 | 4,600 | 25,000 | Malaysia | | | Stacked | | | - | - | - | - |
| Sedco 710 [7], [8] | semi | ★ | 1983/2001 | 4,500 | 25,000 | Brazil | Petrobras | Oct-10 | Oct-16 [27] | **293,000** | 128,000 | 34 | 59 | - | - |
| Transocean Rather | semi | | 1988 | 4,500 | 25,000 | Angola | ExxonMobil | Sep-10 | May-11 | 428,000 | 257,000 | - | - | - | - |
| | | | | | | | | May-11 | Jun-11 | 437,000 | 428,000 | | | | |
| | | | | | | | | Jun-11 | Aug-11 | 256,000 | 437,000 | | | | |
| | | | | | | | | Aug-11 | Sep-12 | 437,000 | 256,000 | | | | |
| Sovereign Explorer | semi | | 1984 | 4,500 | 25,000 | USGOM | | | Stacked | | | - | - | - | - |
| | | | | | | | | | Total Estimated Days Out of Service | | | 262 | 256 | 28 | 73 |
| | | | | | | | | | Estimated Average Contract Dayrate[5] | | | $370,000 | $360,000 | $360,000 | $357,000 |
| *Harsh Environment (5)* | | | | | | | | | | | | | | | |
| **Henry Goodrich** [6] | semi | | 1985/2007 | 5,000 | 30,000 | Canada | Husky | Oct-10 | Jan-14 | 335,000 | 381,000 | - | - | 15 | 84 |
| **Transocean Leader** [6], [7] | semi | | 1987/1997 | 4,500 | 25,000 | NNS | Statoil | Sep-09 | Feb-12 | **471,000** | 340,000 | - | - | - | - |
| | | | | | | | | Feb-12 | Feb-15 | **405,000** | 471,000 | | | | |
| **Paul B. Loyd, Jr.** [6], [7] | semi | | 1990 | 2,000 | 25,000 | UKNS | BP | Apr-09 | Mar-12 | **510,000** | 312,000 | 24 | - | - | - |
| | | | | | | | | Mar-12 | Mar-13 | **346,000** | 510,000 | | | | |
| **Transocean Arctic** [6], [7] | semi | | 1986 | 1,650 | 25,000 | NNS | Statoil | Jan-07 | **May-12** | 300,000 | 195,000 | - | - | - | - |
| | | | | | | NNS | Rig Management Norway | May-12 | **May-13** | **390,000** [20] | 300,000 | | | | |
| | | | | | | NNS | Rig Management Norway | **May-13** | **Jan-14** | **395,000** [20] | **390,000** [20] | | | | |
| **Polar Pioneer** [6], [7] | semi | | 1985 | 1,500 | 25,000 | NNS | Statoil | Feb-10 | Jan-14 | 516,000 | 309,000 | - | - | - | - |
| | | | | | | | | | Total Estimated Days Out of Service | | | 24 | - | 15 | 84 |
| | | | | | | | | | Estimated Average Contract Dayrate[5] | | | $427,000 | $426,000 | $431,000 | $438,000 |



Transocean Ltd. (NYSE: RIG), (SIX: RIGN) Fleet Status Report

Updated: July 13, 2011
**Revisions to Fleet Status Report Noted in Bold**
Dynamically positioned ★

| Rig Type/Name | Floater Type | Yr. [1] Entered Service | Water Depth (Feet) | Drilling Depth (Feet) | Location | Customer | Estimated Contract Start Date [2] | Estimated Expiration Date [2] | Dayrate on Current Contract [3] (Dollars) | Dayrate on Previous Contract [3] (Dollars) | Estimated Out of Service Days [4] Q2 2011 | Q3 2011 | Q4 2011 | Q1 2012 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Midwater Floaters (25)** | | | | | | | | | | | | | | |
| Sedco 700 | semi | 1973/1997 | 3,600 | 25,000 | Malaysia | | | Stacked | | | - | - | - | - |
| **Transocean Legend** | semi | 1983 | 3,500 | 25,000 | Aus./Timor Leste | Eni | Jun-10 | **Sep-11** | **298,000** | 300,000 | **31** | **-** | **-** | **-** |
| **Transocean Amirante** | semi | 1978/1997 | 3,500 | 25,000 | Egypt | Burullus Gas Company | Aug-11 | **May-12** | 247,000 | 364,000 | **12** | **48** | **-** | **-** |
| **GSF Arctic I** [6], [7] | semi | 1983/1996 | 3,400 | 25,000 | Brazil | Starfish | Jan-11 | Jul-11 | 250,000 | 287,000 | **-** | **-** | **61** | **29** |
| C. Kirk Rhein, Jr. | semi | 1976/1997 | 3,300 | 25,000 | Malaysia | | | Stacked | | | - | - | - | - |
| **Transocean Driller** [7], [8] | semi | 1991 | 3,000 | 25,000 | Brazil | Petrobras | Jul-10 | Jul-16 | **269,000** | 116,000 | **-** | **-** | **-** | **-** |
| GSF Rig 135 | semi | 1983 | 2,800 | 25,000 | Nigeria | Addax Petroleum | Apr-11 | Jun-11 | 264,000 | N/A | **6** | - | - | - |
| | | | | | Nigeria | Addax Petroleum | Jun-11 | **Aug-11** | 254,000 [24] | 264,000 | | | | |
| **GSF Rig 140** [6] | semi | 1983 | 2,800 | 25,000 | Eq. Guin. | ExxonMobil | Dec-09 | **Jul-11** | 435,000 | 256,000 | **-** | **66** | **14** | **-** |
| **Falcon 100** [7], [8] | semi | 1974/1999 | 2,400 | 25,000 | Brazil | Petrobras | Mar-08 | Mar-13 | **263,000** | 180,000 | 91 | 84 | - | - |
| GSF Aleutian Key | semi | 1976/1999/2001 | 2,300 | 25,000 | Gabon | | | Stacked | | | - | - | - | - |
| Sedco 703 | semi | 1973/1995 | 2,000 | 25,000 | Malaysia | | | Stacked | | | - | - | - | - |
| **Sedco 711** [7] | semi | 1982 | 1,800 | 25,000 | UKNS | Shell | Jan-11 | **Oct-11** | **420,000** | 383,000 | **-** | **-** | **-** | **-** |
| **Transocean John Shaw** [7] | semi | 1982 | 1,800 | 25,000 | UKNS | Enquest | Jan-11 | Jul-11 | 246,000 | 228,000 | - | - | - | - |
| | | | | | UKNS | Enquest | Jul-11 | **Oct-11** | **255,000** | 246,000 | | | | |
| **GSF Arctic III** | semi | 1984 | 1,800 | 25,000 | UKNS | ExxonMobil | Jul-10 | **Sep-11** | 254,000 [6], [7] | N/A | **-** | **-** | **-** | **-** |
| | | | | | Ireland | Providence | **Sep-11** | **Nov-11** | 250,000 | 254,000 [6], [7] | | | | |
| Sedco 712 | semi | 1983 | 1,600 | 25,000 | UKNS | | | Stacked | | | - | - | - | - |
| **Sedco 714** [7] | semi | 1983/1997 | 1,600 | 25,000 | UKNS | Total | Jun-11 | Dec-11 | **254,000** | 256,000 | **-** | **-** | **-** | **-** |
| **GSF Grand Banks** [6], [8] | semi | 1984 | 1,500 | 25,000 | Canada | Husky | Jan-11 | Jan-13 | **298,000** | 356,000 | - | - | - | 55 |
| Actinia | semi | 1982 | 1,500 | 25,000 | Malaysia | | | Idle | | | - | - | - | - |
| Sedco 601 | semi | 1983 | 1,500 | 25,000 | Malaysia | | | Stacked | | | - | - | - | - |
| **Sedneth 701** | semi | 1972/1993 | 1,500 | 25,000 | Gabon | Harvest Natural Resources | Apr-11 | **Jul-11** | 210,000 | N/A | **23** | **-** | **-** | **-** |
| **Transocean Winner** [6], [7] | semi | 1983 | 1,500 | 25,000 | NNS | Lundin | Apr-10 | Oct-12 | **484,000** | 390,000 | - | 73 | - | - |
| **Transocean Searcher** [6], [7] | semi | 1983/1988 | 1,500 | 25,000 | NNS | Statoil | May-09 | Apr-12 | **435,000** | 395,000 | **-** | **-** | **-** | **-** |
| | | | | | NNS | BG | May-12 | Jul-13 | 380,000 [25] | **435,000** | | | | |
| Transocean Prospect [7] | semi | 1983/1992 | 1,500 | 25,000 | UKNS | Nexen | Jun-11 | Feb-13 | 245,000 | N/A | - | - | - | - |
| J.W. McLean | semi | 1974/1996 | 1,250 | 25,000 | UKNS | | | Stacked | | | - | - | **-** | **-** |
| **Sedco 704** | semi | 1974/1993 | 1,000 | 25,000 | UKNS | ADTI | Jan-11 | **Sep-11** | See Footnote 9 | 417,000 | - | - | - | - |
| | | | | | UKNS | ADTI | **Sep-11** | **Oct-11** | See Footnote 9 | See Footnote 9 | | | | |
| | | | | | UKNS | Premier Oil | **Oct-11** | **Dec-11** | 255,000 | See Footnote 9 | | | | |
| | | | | | | | | Total Estimated Days Out of Service | | | 163 | 271 | 75 | 84 |
| | | | | | | | | Estimated Average Contract Dayrate[5] | | $321,000 | $300,000 | $313,000 | $336,000 |



Transocean Ltd. (NYSE: RIG), (SIX: RIGN) Fleet Status Report

Updated: July 13, 2011
**Revisions to Fleet Status Report Noted in Bold**
Dynamically positioned ★

| Rig Type/Name | Floater Type | Yr. [1] Entered Service | Water Depth (Feet) | Drilling Depth (Feet) | Location | Customer | Estimated Contract Start Date [2] | Estimated Expiration Date [2] | Dayrate on Current Contract [3] (Dollars) | Dayrate on Previous Contract [3] (Dollars) | Estimated Out of Service Days [4] | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | Q2 2011 | Q3 2011 | Q4 2011 | Q1 2012 |
| **High Specification Jackups (9)** | | | | | | | | | | | | | | |
| **GSF Constellation I** [6] | | 2003 | 400 | 30,000 | Gabon | Total | Dec-10 | Mar-12 | 100,000 | 110,000 | - | - | - | - |
| | | | | | Gabon | **Mitsubishi** | **Mar-12** | **May-12** | **140,000** | **100,000** | | | | |
| **GSF Constellation II** [21] | | 2004 | 400 | 30,000 | Egypt | Pharonic Petroleum Company | Feb-10 | Jan-12 | 109,000 | 194,000 | - | - | - | 63 |
| GSF Galaxy I | | 1991/2001 | 400 | 30,000 | UKNS | | | Stacked | | | - | - | - | - |
| **GSF Galaxy II** [7] | | 1998 | 400 | 30,000 | UKNS | GDF Suez | **Jul-11** | May-12 | 170,000 | N/A | 62 | - | - | - |
| **GSF Galaxy III** [6],[7] | | 1999 | 400 | 30,000 | UKNS | Nexen | Oct-07 | Sep-11 | 110,000 | 100,000 | - | - | - | - |
| | | | | | UKNS | Nexen | Sep-11 | Sep-12 | **147,000** | 110,000 | | | | |
| **GSF Baltic** [6],[7] | | 1983 | 375 | 25,000 | Nigeria | ExxonMobil | Jun-10 | Jun-12 | 100,000 | 248,000 | - | - | - | 47 |
| **GSF Magellan** | | 1992 | 350 | 30,000 | Holland | | | | | | 91 | 20 | - | - |
| **GSF Monarch** [6] | | 1986 | 350 | 30,000 | Denmark | Maersk Oil | **Jul-11** | **Jul-12** | 93,000 | N/A | - | - | - | - |
| **GSF Monitor** | | 1989 | 350 | 30,000 | Nigeria | Total | Mar-11 | **Jul-11** | 110,000 | N/A | - | - | - | - |
| | | | | | | | | Total Estimated Days Out of Service | | | 153 | 20 | - | 110 |
| | | | | | | | | Estimated Average Contract Dayrate[5] | | | $110,000 | $114,000 | $120,000 | $124,000 |
| **Standard Jackups (51) - See Footnote 19** | | | | | | | | | | | | | | |
| **Trident IX** | | 1982 | 400 | 21,000 | Malaysia | Petrofac | Jul-11 | **Jul-13** | 114,000 | N/A | - | - | - | 5 |
| Trident 17 | | 1983 | 300 | 25,000 | Malaysia | | | Stacked | | | - | - | - | - |
| GSF Adriatic II | | 1981 | 350 | 25,000 | Gabon | | | Stacked | | | - | - | - | - |
| **GSF Adriatic IX** | | 1981 | 350 | 25,000 | Nigeria | Afren | Jan-11 | Jul-11 | 92,000 | 90,000 | - | - | - | 31 |
| | | | | | Nigeria | Afren | Jul-11 | **Aug-12** | 100,000 | 92,000 | | | | |
| **GSF Adriatic X** | | 1982 | 350 | 30,000 | Nigeria | Addax Petroleum | Jun-11 | Nov-11 | 110,000 | N/A | 45 | - | - | - |
| GSF Key Manhattan | | 1980 | 350 | 25,000 | Italy | Eni | Apr-10 | Apr-13 | 137,000 | N/A | - | - | - | - |
| GSF Key Singapore | | 1982 | 350 | 25,000 | Egypt | | | Stacked | | | - | - | - | - |
| GSF Adriatic VI | | 1981 | 328 | 25,000 | Gabon | | | Stacked | | | - | - | - | - |
| GSF Adriatic VIII | | 1983 | 328 | 25,000 | Gabon | | | Stacked | | | - | - | - | - |
| **C.E. Thornton** [7] | | 1974 | 300 | 25,000 | India | ONGC | Oct-08 | **Sep-11** | 132,000 | 45,000 | - | - | - | - |
| D.R. Stewart | | 1980 | 300 | 25,000 | Croatia | | | Stacked | | | - | - | - | - |
| F.G. McClintock | | 1975 | 300 | 25,000 | India | ONGC | Oct-08 | Sep-11 | 145,000 | 50,000 | - | - | - | - |
| GSF Adriatic I | | 1981 | 300 | 25,000 | Gabon | | | Stacked | | | - | - | - | - |
| GSF Adriatic V | | 1979 | 300 | 25,000 | Gabon | | | Stacked | | | - | - | - | - |
| GSF Adriatic XI | | 1983 | 300 | 25,000 | Malaysia | | | Stacked | | | | | | |
| **GSF Compact Driller** | | 1992 | 300 | 25,000 | Thailand | Chevron | Oct-09 | Apr-12 | 100,000 [22] | 196,000 | 3 | - | - | - |
| | | | | | | | Apr-12 | Dec-12 | 100,000 | 100,000 [22] | | | | |
| GSF Galveston Key | | 1978 | 300 | 25,000 | Vietnam | Cuu Long JOC | Mar-11 | Nov-11 | 103,000 | 100,000 | - | - | - | - |
| **GSF Key Gibraltar** [22] | | 1976/1996 | 300 | 25,000 | Thailand | Chevron | Jul-11 | **Jun-14** | 105,000 | N/A | 60 | - | - | - |
| GSF Key Hawaii | | 1982 | 300 | 25,000 | Bahrain | | | Idle | | | - | - | - | - |
| **GSF Main Pass I** | | 1982 | 300 | 25,000 | Saudi Arabia | Saudi Aramco | Jun-11 | Sep-14 | 73,000 | 164,000 | - | - | - | 85 |
| GSF Main Pass IV | | 1982 | 300 | 25,000 | Saudi Arabia | Saudi Aramco | Jul-11 | Oct-14 | 73,000 | 164,000 | - | - | 85 | - |
| GSF Parameswara | | 1983 | 300 | 20,000 | Indonesia | Total | Nov-09 | Dec-12 | 122,000 | 168,000 | - | - | - | - |
| GSF Rig 134 | | 1982 | 300 | 20,000 | Malaysia | | | Stacked | | | - | - | - | - |
| GSF Rig 136 | | 1982/1999/2002 | 300 | 25,000 | Malaysia | | | Stacked | | | - | - | - | - |



Transocean Ltd. (NYSE: RIG), (SIX: RIGN) Fleet Status Report

Updated: July 13, 2011
**Revisions to Fleet Status Report Noted in Bold**
Dynamically positioned ★

| Rig Type/Name | Floater Type | | Yr. (1) Entered Service | Water Depth (Feet) | Drilling Depth (Feet) | Location | Customer | Estimated Contract Start Date (2) | Estimated Expiration Date (2) | Dayrate on Current Contract (3) (Dollars) | Dayrate on Previous Contract (3) (Dollars) | Estimated Out of Service Days (4) | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | Q2 2011 | Q3 2011 | Q4 2011 | Q1 2012 |
| Harvey H. Ward | | | 1981 | 300 | 25,000 | Malaysia | | | Idle | | | - | - | - | - |
| Interocean III | | | 1978/1993 | 300 | 25,000 | Egypt | | | Stacked | | | - | - | - | - |
| J.T. Angel | | | 1982 | 300 | 25,000 | India | ONGC | May-10 | May-13 | 65,000 | N/A | 11 | - | - | - |
| Randolph Yost | | | 1979 | 300 | 25,000 | India | | | Stacked | | | - | - | - | - |
| Roger W. Mowell | | | 1982 | 300 | 25,000 | Malaysia | | | Stacked | | | - | - | - | - |
| Ron Tappmeyer | | | 1978 | 300 | 25,000 | India | ONGC | Jun-10 | Jun-13 | 65,000 | 64,000 | - | - | 30 | - |
| Transocean Shelf Explorer | | | 1982 | 300 | 20,000 | Malaysia | | | Stacked | | | - | - | - | - |
| Transocean Nordic | | | 1984 | 300 | 25,000 | Malaysia | | | Stacked | | | - | - | - | - |
| Trident 15 (23) | | | 1982 | 300 | 25,000 | Thailand | Chevron | Feb-10 | Feb-12 | 100,000 | 100,000 | - | - | - | - |
| | | | | | | | | Feb-12 | Jun-13 | 100,000 | 100,000 | | | | |
| **Trident 16** (6) | | | 1982 | 300 | 25,000 | Malaysia | Petronas Carigali | **Apr-11** | **Aug-11** | 180,000 | 189,000 | - | - | - | - |
| Trident II | | | 1977/1985 | 300 | 25,000 | India | ONGC | Mar-10 | Apr-15 | 78,000 | 140,000 | - | - | 14 | - |
| Trident IV-A | | | 1980/1999 | 300 | 25,000 | Gabon | | | Stacked | | | - | - | - | - |
| **Trident VIII** | | | 1981 | 300 | 21,000 | Gabon | Perenco | Nov-10 | Aug-11 | 85,000 | 83,000 | - | 16 | 19 | - |
| | | | | | | Gabon | Perenco | Oct-11 | Apr-13 | 96,000 | 85,000 | | | | |
| **Trident XII** | | | 1982/1992 | 300 | 25,000 | India | ONGC | May-10 | May-13 | 65,000 | 140,000 | 20 | - | - | 14 |
| Trident XIV (7) | | | 1982/1994 | 300 | 25,000 | Angola | Chevron | May-11 | Nov-11 | 105,000 | 154,000 | - | - | - | - |
| **GSF High Island II** | | | 1979 | 270 | 20,000 | Saudi Arabia | Saudi Aramco | Jul-11 | Oct-14 | 73,000 | 164,000 | - | - | - | 85 |
| GSF High Island IV | | | 1980/2001 | 270 | 20,000 | Saudi Arabia | Saudi Aramco | May-07 | **Jul-11** | 164,000 | 107,000 | - | 82 | 23 | - |
| | | | | | | | | Oct-11 | Oct-14 | 73,000 | 164,000 | | | | |
| GSF High Island V | | | 1981 | 270 | 20,000 | Gabon | | | Stacked | | | - | - | - | - |
| GSF High Island IX | | | 1983 | 250 | 20,000 | Ghana | | | Stacked | | | - | - | - | - |
| **GSF High Island VII** | | | 1982 | 250 | 20,000 | Nigeria | Afren | Dec-10 | **Oct-11** | 88,000 | 88,000 | 10 | - | - | - |
| GSF Rig 103 | | | 1974 | 250 | 20,000 | Egypt | | | Stacked | | | - | - | - | - |
| GSF Rig 105 | | | 1975 | 250 | 20,000 | Egypt | Petrobel | Jan-11 | Feb-12 | 62,000 | 112,000 | - | - | - | - |
| GSF Rig 124 | | | 1980 | 250 | 20,000 | Egypt | Petrobel | Jun-11 | Aug-11 | 63,000 | N/A | - | - | - | - |
| GSF Rig 127 | | | 1981 | 250 | 20,000 | Bahrain | | | Stacked | | | - | - | - | - |
| GSF Rig 141 | | | 1982 | 250 | 20,000 | Egypt | **GUPCO** | **Jul-11** | **Jul-13** | 55,000 | N/A | 18 | - | - | - |
| **Transocean Comet** | | | 1980 | 250 | 20,000 | Egypt | GUPCO | Sep-09 | **Sep-12** | 50,000 | 112,000 | - | - | - | - |
| Trident VI | | | 1981 | 220 | 21,000 | Malaysia | | | Stacked | | | - | - | - | - |
| | | | | | | | | | Total Estimated Days Out of Service | | | 167 | 98 | 171 | 220 |
| | | | | | | | | | Estimated Average Contract Dayrate(5) | | | $111,000 | $93,000 | $87,000 | $85,000 |

| **Swamp Barges (1) - See Footnote 19** | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Hibiscus** (6), (16) | | | 1979/1993 | 25 | 20,000 | Indonesia | Total | Oct-07 | Nov-12 | 72,000 | 74,000 | - | 6 | 1 | - |

| Other (1) | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Joides Resolution** (6), (16) | ship | ★ | 1978 | 27,000 | 30,000 | Worldwide | TAMRF | Jan-09 | Nov-13 | 68,000 | 35,000 | - | - | - | - |

*Fixed-Price Options* (10)

**High Specification Floaters:**
*Ultra-Deepwater*

| Discoverer Enterprise (6) | ship | ★ | 1999 | 10,000 | 35,000 | USGOM | BP | Aug-12 | Jan-13 | 435,000 | 435,000 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GSF Explorer | ship | ★ | 1972/1998 | 7,800 | 30,000 | Indonesia | Marathon-led Consortium | Jul-12 | Oct-12 | 510,000 | 510,000 |



Transocean Ltd. (NYSE: RIG), (SIX: RIGN) Fleet Status Report

Updated: July 13, 2011
**Revisions to Fleet Status Report Noted in Bold**
Dynamically positioned ★

| Rig Type/Name | Floater Type | | Yr. (1) Entered Service | Water Depth (Feet) | Drilling Depth (Feet) | Location | Customer | Estimated Contract Start Date (2) | Estimated Expiration Date (2) | Dayrate on Current Contract (3) (Dollars) | Dayrate on Previous Contract (3) (Dollars) | Estimated Out of Service Days (4) | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | Q2 2011 | Q3 2011 | Q4 2011 | Q1 2012 |
| *Harsh Environment* | | | | | | | | | | | | | | | |
| **Transocean Leader (6), (7)** | semi | | 1987/1997 | 4,500 | 25,000 | **NNS** | **Statoil** | **Feb-15** | **Feb-16** | **405,000** | **471,000** | | | | |
| Paul B. Loyd, Jr. (6), (7) | semi | | 1990 | 2,000 | 25,000 | UKNS | BP | Mar-13 | Jun-13 | 346,000 | 346,000 | | | | |
| | | | | | | | | Jun-13 | Sep-13 | 346,000 | 346,000 | | | | |
| **Transocean Arctic (6), (7)** | semi | | 1986 | 1,650 | 25,000 | **NNS** | **Rig Management Norway** | **Jan-14** | **Jan-15** | **399,000** (20) | **395,000** (20) | | | | |
| *Midwater Floaters* | | | | | | | | | | | | | | | |
| GSF Arctic III | semi | | 1984 | 1,800 | 25,000 | Ireland | Providence | Oct-11 | Dec-11 | 250,000 | 250,000 (5),(6) | | | | |
| GSF Rig 135 | semi | | 1983 | 2,800 | 25,000 | Nigeria | Addax Petroleum | Aug-11 | Jan-12 | 254,000 (24) | 254,000 | | | | |
| Transocean Searcher (6), (7) | semi | | 1983/1988 | 1,500 | 25,000 | NNS | BG | Jul-13 | Jan-15 | 370,000 (25) | 380,000 | | | | |
| **Transocean Prospect (7)** | semi | | 1983/1992 | 1,500 | 25,000 | **UKNS** | **Nexen** | **Feb-13** | **Aug-13** | **245,000** | **245,000** | | | | |
| *High Specification Jackups* | | | | | | | | | | | | | | | |
| GSF Constellation II (21) | | | 2004 | 400 | 30,000 | Egypt | Pharaonic Petroleum Company | Mar-12 | Jun-12 | 115,000 | 109,000 | | | | |
| | | | | | | | | Jun-12 | Dec-12 | 110,000 | 115,000 | | | | |
| **GSF Galaxy III (6), (7)** | | | 1999 | 400 | 30,000 | **UKNS** | **Nexen** | **Sep-12** | **Mar-13** | **147,000** | **147,000** | | | | |
| GSF Monarch (6) | | | 1986 | 350 | 30,000 | **Denmark** | **Maersk Oil** | **Jul-12** | **Nov-12** | **92,000** | **93,000** | | | | |
| | | | | | | | | **Nov-12** | **Mar-12** | **92,000** | **92,000** | | | | |
| | | | | | | | | **Mar-12** | **Jul-13** | **92,000** | **92,000** | | | | |
| *Standard Jackups* | | | | | | | | | | | | | | | |
| GSF Adriatic X | | | 1982 | 350 | 30,000 | Nigeria | Addax Petroleum | Nov-11 | May-12 | 110,000 | 110,000 | | | | |
| GSF Rig 124 | | | 1980 | 250 | 20,000 | Egypt | Petrobel | Aug-11 | Dec-11 | 63,000 | 63,000 | | | | |
| **Trident VIII** | | | **1981** | **300** | **21,000** | **Gabon** | **Perenco** | **Apr-13** | **Oct-13** | **Footnote 31** | **96,000** | | | | |
| *Other* | | | | | | | | | | | | | | | |
| Joides Resolution (6) | ship | ★ | 1978 | 27,000 | 30,000 | Worldwide | TAMRF | Nov-13 | Sep-23 | 68,000 | 68,000 | | | | |

### Revenue Efficiency

Revenue Efficiency is defined as actual contract drilling revenue divided by the highest amount of total contract drilling revenue which could have been earned during the relevant period(s) expressed as a percentage. Revenue Efficiency measures how much revenue we have earned against our maximum potential revenue per the contract. Revenue Efficiency does not apply during Out of Service Days (Shipyard, Mobilizations, Demobilizations, Contract Preparation). The following table has been restated for Caspian Sea discontinued operations.

| | Q1 2011 Actual | Q4 2010 Actual | Q3 2010 Actual | Q2 2010 Actual | Q1 2010 Actual | Q4 2009 Actual | Q3 2009 Actual | Q2 2009 Actual |
|---|---|---|---|---|---|---|---|---|
| Ultra Deepwater | 85.3% | 86.1% | 86.5% | 89.1% | 92.2% | 92.2% | 92.7% | 97.7% |
| Deepwater | 88.2% | 88.6% | 90.1% | 92.8% | 89.7% | 91.9% | 91.3% | 83.2% |
| Harsh Environment Floaters | 99.2% | 96.1% | 96.4% | 96.9% | 94.8% | 97.7% | 97.2% | 97.9% |
| Midwater Floaters | 93.6% | 85.0% | 96.2% | 93.9% | 94.7% | 95.1% | 97.4% | 91.9% |
| High Specification Jackups | 95.1% | 97.7% | 93.3% | 98.9% | 92.5% | 98.2% | 94.7% | 94.7% |
| Standard Jackups | 97.7% | 98.9% | 96.4% | 97.3% | 97.1% | 93.7% | 98.4% | 95.3% |
| Others | 99.0% | 96.1% | 99.6% | 98.5% | 99.5% | 98.7% | 84.8% | 99.5% |
| Total Fleet | 90.0% | 88.7% | 91.8% | 92.8% | 93.2% | 93.5% | 95.0% | 93.1% |

Estimated Contract Drilling Revenue can be calculated as:   Paid Days on Contract * Average Contract Dayrate * Revenue Efficiency



Transocean Ltd. (NYSE: RIG), (SIX: RIGN) Fleet Status Report

Updated: July 13, 2011
**Revisions to Fleet Status Report Noted in Bold**

## *Stacked Rigs*

| Rig Type/Name | Start Date |
|---|---|
| ***Deepwater (5)*** | |
| Discoverer 534 | 6/16/2011 |
| Sedco 709 | Prior to 2010 |
| Transocean Richardson | 3/15/2011 |
| Jim Cunningham | 5/13/2010 |
| Sovereign Explorer | 11/1/2010 |
| ***Midwater Floaters (7)*** | |
| Sedco 700 | Prior to 2010 |
| C. Kirk Rhein, Jr. | Prior to 2010 |
| GSF Aleutian Key | 1/9/2010 |
| Sedco 703 | Prior to 2010 |
| Sedco 712 | Prior to 2010 |
| Sedco 601 | 4/9/2011 |
| J.W. McLean | 4/13/2011 |
| ***High Specification Jackups (1)*** | |
| GSF Galaxy I | Prior to 2010 |
| ***Standard Jackups (22)*** | |
| Trident 17 | Prior to 2010 |
| GSF Adriatic II | Prior to 2010 |
| GSF Key Singapore | 10/21/2010 |
| GSF Adriatic VI | Prior to 2010 |
| GSF Adriatic VIII | 7/3/2010 |
| D.R. Stewart | 8/7/2010 |
| GSF Adriatic I | Prior to 2010 |
| GSF Adriatic V | Prior to 2010 |
| GSF Adriatic XI | Prior to 2010 |
| GSF Rig 134 | 5/3/2010 |
| GSF Rig 136 | Prior to 2010 |
| Interocean III | Prior to 2010 |
| Randolph Yost | 9/15/2010 |
| Roger W. Mowell | 8/29/2010 |
| Transocean Shelf Explorer | Prior to 2010 |
| Transocean Nordic | Prior to 2010 |
| Trident IV-A | Prior to 2010 |
| GSF High Island V | Prior to 2010 |
| GSF High Island IX | Prior to 2010 |
| GSF Rig 103 | Prior to 2010 |
| GSF Rig 127 | Prior to 2010 |
| Trident VI | Prior to 2010 |

## *Idle Rigs*

| Rig Type/Name | Start Date |
|---|---|
| ***Standard Jackups (2)*** | |
| GSF Key Hawaii | 6/6/2011 |
| Harvey H. Ward | 10/6/2010 |
| ***Midwater Floaters (1)*** | |
| Actinia | 11/19/2010 |

Stacked and Idle rigs detailed above are not currently operating on contract.  Start date denotes when rig commences idle or stacked status.

An "Idle" rig is between contracts, readily available for  operations, and operating costs are typically at or near normal levels.  A "Stacked" rig, on the other hand, is manned by a reduced crew or unmanned and typically has reduced operating costs and is (i) preparing for an extended period of inactivity, (ii) expected to continue to be inactive for an extended period, or (iii) completing a period of extended inactivity.  However, stacked rigs will continue to incur operating costs at or above normal operating costs for 30 to 60 days following initiation of stacking.



Transocean Ltd. (NYSE: RIG), (SIX: RIGN) Fleet Status Report

Updated: July 13, 2011
**Revisions to Fleet Status Report Noted in Bold**

*Footnotes*

[1] Dates shown are the original service date and the date of the most recent upgrade, if any.

[2] As of April 2, 2009, Estimated Contract Start and Estimated Expiration Dates are calculated as follows: (1) for events estimated to occur between the 1st and 15th of a month, the previous month is reported (i.e. a contract which is estimated to commence on May 4, 2009 will be reported as commencing in April 2009) and (2) for events estimated to occur between the 16th and the end of a month, the actual month is reported (i.e. a contract which is estimated to commence on May 24, 2009 will be reported as commencing in May 2009). Expiration dates represent the company's current estimate of the earliest date the contract for each rig is likely to expire. Some rigs have two or more contracts in continuation, so the last line shows the estimated earliest availability. Many contracts permit the customer to extend the contract.

[3] Represents the full operating dayrate, although the average dayrate over the term of the contract will be lower and could be substantially lower. Does not reflect incentive programs which are typically based on the rig's operating performance against a performance curve. Please refer to the "Customer Contract Duration and Dayrates and Risks Associated with Operations" section of the Disclaimers & Definitions for a description of dayrates. This column may not reflect the rate currently being received under the contract as a result of an applicable standby rate or other rate, which typically is less than the contract dayrate.

[4] The out of service time represents those days where a rig is scheduled to be out of service and not be available to earn an operating dayrate. Please refer to the "Out of Service Days (Shipyards, Mobilizations, Demobilizations, Contract Preparation)" section of the Disclaimers & Definitions for a full description.

[5] Estimated Average Contract Dayrate is defined as the average contracted full operating dayrate to be earned per revenue earning day. See note (3) for definition of full operating dayrate.

[6] Reflects the current contracted dayrate which could reflect prior cost escalations and could change in the future due to further cost escalations.

[7] Reflects the current contracted dayrate which is comprised of a foreign currency component and which could change due to foreign exchange adjustments.

[8] Current contract provides for a bonus incentive opportunity not reflected in the stated current contract dayrate.

[9] For the period of time that this rig is contracted to Applied Drilling Technology International, the drilling management services division of the company's U.K. operating subsidiary, or Applied Drilling Technology Inc., the company's U.S. drilling management services subsidiary, accounting rules require that we eliminate the revenues and costs related to those contracts from the contract drilling segment of the consolidated statement of operations. Revenues from turnkey contracts will be recognized in other revenues and are contingent upon successful completion of the well program.

[10] Fixed price options may be exercised at the customer's discretion. During periods when dayrates on new contracts are increasing relative to existing contracts, the likelihood of customers' exercising fixed price options increases. During periods when dayrates on new contracts are decreasing relative to existing contracts, the likelihood of customers' exercising fixed price options declines.

[11] **Until May 2012, the Deepwater Champion will operate in Turkey (Black Sea) at $690,000. Subsequent operating location is yet to be determined, and the dayrate under the contract could change depending on the country of future operations. For example, the dayrate could change to $640,000 or $650,000 if the operating location of the rig is moved to the USGOM or Brazil, respectively.**

[12] We have been awarded a five-year drilling contract by Chevron which requires the construction and operation of a yet to be named Keppel FELS Super B Class Jackup. Operations are expected to commence during the first quarter of 2013, after shipyard construction followed by sea trials, mobilization to Thailand and customer acceptance. The contract commencement date is contingent on vendor performance and other factors. During the first 36 months of the contract, the contract dayrate is $135,000, excluding escalation. The dayrate may be adjusted for the remaining 24 months based on market dayrates within specific parameters.

[13] We have been awarded a five-year drilling contract by Chevron which requires the construction and operation of a yet to be named Keppel FELS Super B Class Jackup. Operations are expected to commence during the third quarter of 2013, after shipyard construction followed by sea trials, mobilization to Thailand and customer acceptance. The contract commencement date is contingent on vendor performance and other factors. During the first 36 months of the contract, the contract dayrate is $135,000, excluding escalation. The dayrate may be adjusted for the remaining 24 months based on market dayrates within specific parameters.

[14] In November 2010 we agreed to purchase a Pacific Class 400 design jackup to be named Transocean Honor. Construction of the jackup is expected to be completed in the fourth quarter of 2011. We are actively marketing the jackup.

[15] Until August 2012, the contract dayrate is $469,000, subject to cost escalation. The dayrate for the remainder of the contract is linked to the standard West Texas Intermediate crude oil price with a floor of $40 per barrel resulting in a contract dayrate of $400,000 and a ceiling of $70 per barrel resulting in a contract dayrate of $500,000, subject to cost escalation.

[16] **The rig is owned by a joint venture in which the company owns less than a 100 percent interest. Dayrate reflects 100 percent of the contract rate.**

[17] The customer may elect to have the operating dayrate for the last five years of the contract fluctuate based on crude oil price with a floor of $458,250 corresponding to a crude oil price of less than or equal to $50 per barrel, and a ceiling of $558,250 corresponding to a crude oil price of $100 per barrel or greater.

[18] **The customer has the right to convert the three-year contract to a five-year contract until July 29, 2011.**

[19] **At June 30, 2011, GSF Britannia, GSF Labrador, and G.H. Galloway were classified as held for sale. In July 2011, Searex 4 met the criteria for and was reclassified to held for sale. Transocean will no longer include these rigs in the Fleet Status Report.**

[20] The contract with Rig Management Norway led consortium permits the rig to drill HPHT well(s) at $400,000 and to drill well(s) in the Barents Sea, Norway at $425,000. The contract also guarantees a minimum average dayrate of $403,000 during the firm term.

[21] The contract includes three optional wells. The first optional well has a dayrate of $115,000. The dayrate for the second and third optional well will be adjusted based on market dayrates within specific parameters.

[22] Dayrate is fixed for first 6 months then subject to quarterly adjustment based on market dayrates within specific parameters.

[23] Dayrate subject to annual adjustment based on market dayrates within specific parameters.

[24] The dayrate for the June 2011 to August 2011 period and the entire option period will be $254,000 if the customer exercises both options included in the option period.

[25] The dayrate for the entire contract duration will become $370,000, excluding escalation and foreign currency component adjustment, if the customer exercises the option.

[26] Dayrate excludes tax amounts, to be determined, for which Transocean will be reimbursed.

[27] While the customer has the option to add any out of service days to the end of the contract, the Estimated Expiration Date does not reflect any extension due to this option until actually exercised by the customer.

[28] **On July 6, 2011, the Transocean Marianas experienced an operational incident. We are in the process of evaluating the potential impact of the incident and will update any changes in the status of the rig in future reports.**

[29] Reported segment includes mobilization or demobilization days from one location to another. The mobilization days shall be paid at a mobilization dayrate of less than or equal to half of the full operating dayrate. Once the mobilization has been completed, the mobilization days will be added to the end of the contract and the Estimated Expiration Date will be updated to reflect this extension.

[30] **The customer has the right to extend the program in USGOM for another 6 months.**

[31] **The customer has the option to extend the contract for an additional six month period at any time prior to October 30, 2012 at a dayrate with a floor of $85,000 and a ceiling of $130,000, to be mutually agreed upon between us and the customer at the time of exercise.**

 Transocean Ltd. (NYSE: RIG), (SIX: RIGN) Fleet Status Report

## DISCLAIMERS & DEFINITIONS

The information contained in this Fleet Status Report (the "Information") is as of the date of the report only and is subject to change without notice to the recipient. Transocean Ltd. assumes no duty to update any portion of the Information.

**DISCLAIMER.** NEITHER TRANSOCEAN LTD. NOR ITS AFFILIATES MAKE ANY EXPRESS OR IMPLIED WARRANTIES (INCLUDING, WITHOUT LIMITATION, ANY WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE) REGARDING THE INFORMATION CONTAINED IN THIS REPORT, WHICH INFORMATION IS PROVIDED "AS IS." Neither Transocean Ltd. nor its affiliates will be liable to any recipient or anyone else for any inaccuracy, error or omission, regardless of cause, in the information set forth in this report or for any damages (whether direct or indirect, consequential, punitive or exemplary) resulting therefrom.

**No Unauthorized Publication or Use.** All information provided by Transocean in this report is given for the exclusive use of the recipient and may not be published, redistributed or retransmitted without the prior written consent of Transocean.

**Customer Contract Duration, Timing and Dayrates and Risks Associated with Operations.** The duration and timing (including both starting and ending dates) of the customer contracts are estimates only, and customer contracts are subject to cancellation, suspension and delays for a variety of reasons, including some beyond the control of Transocean. Also, the dayrates set forth in the report are estimates based upon the full contractual operating dayrate. However, the actual average dayrate earned over the course of any given contract will be lower and could be substantially lower. The actual average dayrate will depend upon a number of factors (rig downtime, suspension of operations, etc.) including some beyond the control of Transocean. Our customer contracts and operations are generally subject to a number of risks and uncertainties, and we urge you to review the description and explanation of such risks and uncertainties in our filings with the Securities and Exchange Commission (SEC), which are available free of charge on the SEC's website at www.sec.gov.  The dayrates do not include revenue for mobilizations, demobilizations, upgrades, shipyards or recharges.

**Out of Service Days (Shipyards, Mobilizations, Demobilizations,Contract Preparation).** Changes in estimated out of service time are noted where changes in the time Transocean anticipates that a rig is scheduled to be out of service and not be available to earn an operating dayrate have changed by a period of 30 days or longer for High Specification Floaters or 60 days or longer for all other rig classifications since the previously issued Monthly Fleet Update Summary or Comprehensive Fleet Status Report.  The changes to estimated out of service time included in this Fleet Status may not be firm and could change significantly based on a variety of factors.  Any significant changes to our estimates of out of service time will be reflected in subsequent Monthly Fleet Updates and Comprehensive Fleet Status Reports, as applicable.

Contract Preparation refers to periods during which the rig is undergoing modifications or upgrades as a result of contract requirements.  Shipyards refers to periods during which the rig is out of service as a result of other scheduled shipyards, surveys, repairs, regulatory inspections or other scheduled service or work on the rig.

In some instances such as certain mobilizations, demobilizations, upgrades and shipyards, we are paid compensation by our customers that is generally recognized over the life of the primary  contract term of the drilling project, although such compensation is not typically significant in relation to the revenues generated by the dayrates we charge our customers.   When mobilization or demobilization occurs during a contract period, we recognize revenues as earned.  In instances where mobilization or demobilization time occurs before or between the start of a contract period, the stated estimated contract start date represents the expected commencement date for the primary contract term of the drilling project and the point at which we expect to begin recognizing revenues.

**Forward-Looking Statement.**  The statements made in the Fleet Update that are not historical facts are forward-looking statements within the meaning of Section 27A of the Securities Act of 1933 and Section 21E of the Securities Exchange Act of 1934. Forward-looking statements made in the Fleet Update include, but are not limited to, statements involving the estimated duration of customer contracts, contract dayrate amounts, future contract commencement dates and locations and planned shipyard projects and other out of service time. Such statements are subject to numerous risks, uncertainties and assumptions, including but not limited to, uncertainties relating to the level of activity in offshore oil and gas exploration and development, exploration success by producers, oil and gas prices, competition and market conditions in the contract drilling industry, shipyard delays, actions and approvals of third parties, possible cancellation or suspension of drilling contracts as a result of mechanical difficulties or performance, Transocean's ability to enter into and the terms of future contracts, the availability of qualified personnel, labor relations and the outcome of negotiations with unions representing workers, operating hazards, factors affecting the duration of contracts including well-in-progress provisions, the actual amount of downtime, factors resulting in reduced applicable dayrates, hurricanes and other weather conditions, terrorism, political and other uncertainties inherent in non-U.S. operations (including the risk of war, civil disturbance, seizure or damage of equipment and exchange and currency fluctuations), the impact of governmental laws and regulations, the adequacy of sources of liquidity, the effect of litigation and contingencies and other factors described above and discussed in Transocean's most recently filed Form 10-K, in Transocean's Forms 10-Q for subsequent periods and in Transocean's other filings with the SEC, which are available free of charge on the SEC's website at www.sec.gov. Should one or more of these risks or uncertainties materialize, or should underlying assumptions prove incorrect, actual results may vary materially from those indicated. You should not place undue reliance on forward-looking statements. Each forward-looking statement speaks only as of the date of the particular statement, and we undertake no obligation to publicly update or revise any forward looking statements, except as required by law.

**Fleet Classification.** Transocean uses a rig classification for its semisubmersible rigs and drillships to reflect the company's strategic focus on the ownership and operation of premium, high specification floating rigs. The rig classification "High Specification Floaters" is comprised of "Ultra-Deepwater" which refers to the latest generation of semisubmersible rigs and drillships possessing the latest technical drilling capabilities and the ability to operate in water depths equal to or greater than 7,500 feet, "Deepwater" which refers to semisubmersible rigs and drillships that possess the ability to drill in water depths equal to or greater than 4,500 feet, and "Harsh Environment" comprised of five of the company's premium harsh environment rigs, the semisubmersibles Henry Goodrich, Transocean Leader, Paul B. Loyd, Jr., Transocean Arctic and Polar Pioneer. The category titled "Midwater Floaters" represents semisubmersible rigs and drillships that possess the ability to drill in water depths of up to 4,499 feet.  The jackup fleet is subdivided into two categories; "High Specification" which consists of harsh environment and high performance jackups and "Standard".

**Stacking.**  An "Idle" rig is between contracts, readily available for  operations, and operating costs are typically at or near normal levels.  A "Stacked" rig, on the other hand, is manned by a reduced crew or unmanned and typically has reduced operating costs and is (i) preparing for an extended period of inactivity, (ii) expected to continue to be inactive for an extended period, or (iii) completing a period of extended inactivity.  However, stacked rigs will continue to incur operating costs at or above normal operating costs for 30 to 60 days following initiation of stacking.