**1**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL          )   MDL NO. 2179
BY THE OIL RIG            )
"DEEPWATER HORIZON" IN    )   SECTION "J"
THE GULF OF MEXICO, ON    )
April 20, 2010            )   JUDGE BARBIER
                          )   MAG. JUDGE SHUSHAN

**************

VOLUME 2

**************

Deposition of JOHN BAXTER, taken at Kirkland & Ellis International, 30 St. Mary Axe, 22nd Floor, London EC3A 8AF, England, United Kingdom, on the 22nd of June, 2011.

**2**

A P P E A R A N C E S

APPEARING FOR THE PLAINTIFFS' STEERING COMMITTEE:
   Mr. Mikal Watts
   WATTS, GUERRA CRAFT
   Bank of America Plaza
   Suite 100
   300 Convent Street
   San Antonio, Texas 78205

APPEARING FOR BP, INC.:
   Mr. Richard C. Godfrey
   KIRKLAND & ELLIS, LLP
   30 North LaSalle
   Chicago, Illinois 60654

APPEARING FOR BP, INC.:
   Ms. Lauren O. Casazza
   KIRKLAND & ELLIS, LLP
   601 Lexington Avenue
   New York, New York 10022

APPEARING FOR TRANSOCEAN:
   Mr. Robert L. Blankenship
   Mr. M. Benjamin Alexander
   PREIS & ROY
   Versailles Centre, Suite 400
   102 Versailles Boulevard
   Lafayette, Louisiana 70501

APPEARING FOR ANADARKO PETROLEUM COMPANY:
   Ms. Mary Huser
   BINGHAM McCUTCHEN, LLP
   1900 University Avenue
   East Palo Alto, California 94303-2223

APPEARING FOR CAMERON INTERNATIONAL CORPORATION:
   Mr. Joe W. Redden, Jr.
   BECK, REDDEN & SECREST
   One Houston Center
   1221 McKinney Street, Suite 4500
   Houston, Texas 77010-2010

**3**

A P P E A R A N C E S/Cont'd

APPEARING FOR DRIL-QUIP, INC.:
   Mr. Wendy W. Bishop
   WARE JACKSON LEE CHAMBERS, LLP
   America Tower, 42nd Floor
   2929 Allen Parkway
   Houston, Texas 77019-7101

APPEARING FOR M-I SWACO:
   Mr. James D. Pagliaro
   MORGAN, LEWIS & BOCKIUS, LLP
   1701 Market Street
   Philadelphia, Pennsylvania 19103-2921

APPEARING FOR HALLIBURTON:
   Mr. Jon-Bernard Schwartz
   GODWIN RONQUILLO
   1201 Elm Street, Suite 1700
   Dallas, Texas 75270-2041
   Ms. Angelle M. Adams
   GODWIN RONQUILLO
   1331 Lamar, Suite 1665
   Houston, Texas 77010-3133

APPEARING FOR MOEX OFFSHORE:
   Ms. Gindi E. Vincent
   PILLSBURY, WINTHROP, SHAW, PITTMAN, LLP
   909 Fannin, Suite 2000
   Houston, Texas 77010-1018

APPEARING FOR THE UNITED STATES:
   Ms. Michelle T. Delemarre
   U. S. DEPARTMENT OF JUSTICE
   TORT BRANCH, CIVIL DIVISION
   1425 New York Avenue, N. W.
   Suite 10100
   Washington, D. C. 20044-4271

APPEARING FOR THE STATE OF LOUISIANA:
   Mr. Lambert J. Hassinger, Jr. "Joe"
   GALLOWAY, JOHNSON, TOMPKINS, BURR AND SMITH
   701 Poydras Street, 40th Floor
   New Orleans, Louisiana 70139-4003

**4**

A P P E A R A N C E S/Cont'd

ALSO PRESENT:
   Ms. Karen Gase

THE VIDEOGRAPHER:
   Mr. Kayla Barnes

1 (Pages 1 to 4)

**PURSUANT TO CONFIDENTIALITY ORDER**



41

43

7    Do you have any evidence now or -- or
do you know of any evidence that BP has now, that the
8  Bly investigative team did not have that would support
9  an allegation that anyone from Transocean acted with
10  indifference or willful disregard for the safety of
11  others or in the environment in connection with the
12  Macondo 252 well?
13          MR. HASSINGER: Objection.
14          MR. GODFREY: Form.
15    A.  No.
16

**PURSUANT TO CONFIDENTIALITY ORDER**

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010                          Reported By:

MARK ROBERT BLY                    February 17, 2011 DIANE TEWIS CLARK, RPR, RMR, CRR

---

## Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL          MDL NO. 2179
BY THE OIL RIG
"DEEPWATER HORIZON"       SECTION:  J
IN THE GULF OF
MEXICO, ON               JUDGE BARBIER
APRIL 20, 2010           MAG. JUDGE SHUSHAN

VOLUME 1

Deposition of MARK ROBERT BLY, 501
Westlake Park Boulevard, Houston, Texas
77210, taken in the Pan American Life
Center, Louisiana 70130, reported on
Thursday, February 17th, 2011.

---

## Page 2

1  APPEARANCES:
2
3  ON BEHALF OF THE PLAINTIFFS
   STEERING COMMITTEE:
4
   LEWIS, KULLMAN, STERBCOW & ABRAMSON
5   (BY: PAUL M. STERBCOW, ESQUIRE
        IAN TAYLOR, ESQUIRE)
6   601 POYDRAS STREET
    SUITE 2615
7   NEW ORLEANS, LOUISIANA 70130
8        - AND -
9   CUNNINGHAM BOUNDS, LLC
    (BY: ROBERT T. CUNNINGHAM, ESQUIRE
10   (PRO HAC VICE) and WILLIAM E. BONNER,
     ESQUIRE)
11  MARGARET Y. WILLIAMS, ESQUIRE)
    LAURA C. EDWARDS, ESQUIRE)
12  1601 DAUPHIN STREET
    MOBILE, ALABAMA 36604
13
          - AND -
14
    LAW OFFICES OF RONNIE G. PENTON
15   (BY: RONNIE G. PENTON, ESQUIRE)
    209 HOPPEN PLACE
16  BOGALUSA, LOUISIANA 70427-3827
17
    ROBBINS GELLER RUDMANN & DOWD, LLP
18   (BY: BENNY C. GOODMAN, III, ESQUIRE)
        LAURIE L. LARGENT, ESQUIRE)
19  655 WEST BROADWAY, SUITE 1900
    SAN DIEGO, CALIFORNIA 92101
20
    ATTORNEYS FOR PINELLAS PARK,
21   DEERFIELD BEACH, McKENNA, LIEF
    PETERSON AND JEFFERY PICKETT
22
23
24
25

---

## Page 3

1  APPEARANCES (Continued):
2
   MITHOFF LAW FIRM
3   (BY: WARNER HOCKER, ESQUIRE)
    ONE ALLEN CENTER - PENTHOUSE
4   500 DALLAS STREET
    HOUSTON, TEXAS 77002
5
    MDL 2185 SECURITIES PLAINTIFFS
6    SUBCLASS
7
    KIRKLAND & ELLIS, LLP
8   (BY: RICHARD C. GODFREY, ESQUIRE
        AND HARIKLIA KARIS, ESQUIRE)
9   300 NORTH LASALLE
    CHICAGO, ILLINOIS 60654
10
    ATTORNEYS FOR BP
11
12  SULLIVAN & CROMWELL, LLP
    (BY: MARC DeLEEUW, ESQUIRE)
13  125 BROAD STREET
    NEW YORK, NEW YORK 1004-2498
14
    ATTORNEYS FOR BP
15
16  U.S. DEPARTMENT OF JUSTICE
    TORTS BRANCH, CIVIL DIVISION
17   (BY: MICHELLE DELEMARRE, ESQUIRE)
    POST OFFICE BOX 14271
18  WASHINGTON, D.C. 20044-4271
19      ATTORNEYS FOR THE UNITED STATES
20
    U.S. DEPARTMENT OF JUSTICE
21  TORTS BRANCH, CIVIL DIVISION
    (BY: DEANNA J. CHANG, ESQUIRE)
22  POST OFFICE BOX 14271
    WASHINGTON, D.C. 20044-4271
23
    ATTORNEYS FOR THE UNITED STATES
24
25

---

## Page 4

1  APPEARANCES (Continued):
2
   U.S. DEPARTMENT OF JUSTICE
3  TORTS BRANCH, CIVIL DIVISION
   (BY: JESSICA L. McCLELLAN, ESQUIRE)
4  POST OFFICE BOX 14271
   WASHINGTON, D.C. 20044-4271
5
     ATTORNEYS FOR THE UNITED STATES
6
7  U.S. DEPARTMENT OF JUSTICE
   TORTS BRANCH, CIVIL DIVISION
8   (BY: R. MICHAEL UNDERHILL, ESQUIRE)
   450 GOLDEN GATE AVENUE
9  7TH FLOOR, ROOM 5395
   SAN FRANCISCO, CALIFORNIA 94102-3463
10
    ATTORNEYS FOR THE UNITED STATES
11
12  HENRY DART, ATTORNEYS AT LAW
    (BY: HENRY T. DART, ESQUIRE)
13  510 NORTH JEFFERSON STREET
    COVINGTON, LOUISIANA 70433
14
    SPECIAL COUNSEL FOR THE LOUISIANA
15   ATTORNEY GENERAL REPRESENTING THE
    STATE OF LOUISIANA
16
17  ALABAMA ATTORNEY GENERAL
    (BY: LUTHER STRANGE, ESQUIRE)
18  501 WASHINGTON AVENUE
    MONTGOMERY, ALABAMA 36101
19
    ATTORNEYS FOR THE STATE OF
20   ALABAMA
21
    MORGAN, LEWIS & BOCKIUS, LLP
22  BY: DENISE SCOFIELD, ESQUIRE)
        STEVEN A. LUXTON, ESQUIRE)
23  1201 LAKE ROBBINS DRIVE
    THE WOODLANDS, TEXAS 77380-1124
24
    ATTORNEYS FOR M-I SWACO
25

---

601 Poydras Street, Suite 1720 GAUDET KAISER, L.L.C.          Telephone: (504) 525-9100
New Orleans, LA 70130-6009    Board-Certified Court Reporters   Facsimile: (504) 525-9109

332f104c-dd86-4e61-b1d2-e4e68ca37bdf

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

Reported By/

MARK ROBERT BLY                    February 17, 2011 DIANE TEWIS CLARK, RPR, RMR, CRR

Page 229

Page 231

24     A.    No, sir, this was a fifth
25   generation rig, one of the best rigs in the

ge 230

Page 232

1   fleet.  I think it had as much precaution and
2   technology that exists in the industry on
3   this well.

601 Poydras Street, Suite 1720 GAUDET KAISER, L.L.C.      Telephone: (504) 525-9100
New Orleans, LA 70130-6009     Board-Certified Court Reporters   Facsimile: (504) 525-9109

332f104c-dd86-4e61-b1d2-e4e68ca37bdf

**GAUDET KAISER, L.L.C.**

601 Poydras Street, Suite 1720     New Orleans, Louisiana 70130
Phone: (504) 525-9100     Fax: (504) 525-9109

BOARD-CERTIFIED COURT REPORTERS & LITIGATION SUPPORT

## WITNESS CERTIFICATE

I, **MARK ROBERT BLY,** have read or have had the foregoing testimony read to me and hereby certify that it is a true and correct transcription of my testimony, with the exception of any attached corrections or changes.

4/4/11

(Date Signed)

(Signature)

✓    Signed with corrections as attached.

     Signed with no corrections noted.

11745 Bricksome Avenue, Suite A-4
Baton Rouge, Louisiana 70816

263 W. Causeway Approach
Mandeville, Louisiana 70448

Website: www.gaudetkaiser.com

PHONE  (225) 291-3411
FAX     (225) 291-7990

PHONE  (504) 525-9100
FAX     (504) 525-9109

ALT. EMAIL:
Gkp2003@aol.com & gkp@gaudetkaiser.com

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010                                                    Reported By:

MARK ROBERT BLY                          February 18, 2011 DIANE TEWIS CLARK, RPR, RMR, CRR

---

Page 389

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY    MDL NO. 2179
THE OIL RIG
"DEEPWATER HORIZON"    SECTION:    J
IN THE GULF OF
MEXICO, ON APRIL 20,   JUDGE BARBIER
2010                   MAG. JUDGE SHUSHAN

VOLUME 2

Deposition of MARK ROBERT BLY, 501
Westlake Park Boulevard, Houston, Texas
77210, taken in the Pan American Life Center,
Louisiana, on Friday, February 18, 2011.

---

Page 390

1  APPEARANCES:
2
3  ON BEHALF OF THE PLAINTIFFS STEERING
   COMMITTEE:
4
   LEWIS, KULLMAN, STERBCOW & ABRAMSON
5  (BY:  PAUL M. STERBCOW, ESQUIRE)
       IAN TAYLOR, ESQUIRE)
6  601 POYDRAS STREET
   SUITE 2615
7  NEW ORLEANS, LOUISIANA 70130
8         - AND -
9  CUNNINGHAM BOUNDS, LLC
   (BY:  ROBERT T. CUNNINGHAM, ESQUIRE
10 (PRO HAC VICE) AND WILLIAM E. BONNER,
   ESQUIRE)
11 MARGARET Y. WILLIAMS, ESQUIRE)
   LAURA C. EDWARDS, ESQUIRE)
12 1601 DAUPHIN STREET
   MOBILE, ALABAMA 36604
13
14        - AND -
15 LAW OFFICES OF RONNIE G. PENTON
   (BY:  RONNIE G. PENTON, ESQUIRE)
16 209 HOPPEN PLACE
   BOGALUSA, LOUISIANA 70427-3827
17
18 SENIOR COUNSEL AT ANADARKO
   PETROLEUM CORPORATION
19 INGRAM LEE, ESQUIRE
   1201 LAKE ROBBINS DRIVE
20 THE WOODLANDS, TEXAS 77380-1124
21 GODWIN RONQUILLO
   (BY:  DONALD E. GODWIN, ESQUIRE)
       R. ALAN YORK, ESQUIRE)
22     STEFANIE K. MAJOR, ESQUIRE)
       MICHELLE W. MacLEOD, ESQUIRE)
23 1201 ELM STREET
   SUITE 1700
24 DALLAS, TEXAS 75270-2041
25     ATTORNEYS FOR HALLIBURTON

---

Page 391

1  APPEARANCES (Continued):
2
3  WARE, JACKSON, LEE & CHAMBERS, LLP
   (BY:  C. DENNIS BARROW, JR., ESQUIRE)
       DON JACKSON, ESQUIRE)
4  AMERICA TOWER
   2929 ALLEN PARKWAY
5  HOUSTON, TEXAS 77019
6     ATTORNEYS FOR DRIL-QUIP
7
   BECK, REDDEN & SECREST
8  (BY:  DAVID J. BECK, ESQUIRE)
       DAVID W. JONES, ESQUIRE)
9  1221 McKINNEY STREET
   HOUSTON, TEXAS 77010-2010
10
11    ATTORNEYS FOR CAMERON INTERNATIONAL
      CORPORATION
12
13 JONES, WALKER, WAECHTER, POITEVENT,
   CARRERE & DENEGRE, LLP
   (BY:  MICHAEL G. LEMOINE, ESQUIRE
14     DOUGLAS C. LONGMAN, JR., ESQUIRE)
   600 JEFFERSON STREET, SUITE 1600
15 LAFAYETTE, LOUISIANA 70501
16     - AND -
17 JONES, WALKER, WAECHTER, POITEVENT,
   CARRERE & DENEGRE, LLP
18 (BY:  WILLIAM C. BALDWIN, ESQUIRE)
   201 ST. CHARLES AVENUE
19 NEW ORLEANS, LOUISIANA 70170-5100
20     ATTORNEYS FOR WEATHERFORD
21
22 GERGER & CLARKE
   (BY:  SHAUN CLARKE, ESQUIRE)
       DANE BALL, ESQUIRE)
23 1001 FANNIN STREET, SUITE 1950
   HOUSTON, TEXAS 77002
24
25     ATTORNEYS FOR ROBERT KALUZA

---

Page 392

1  APPEARANCES (Continued):
2
3  BINGHAM McCUTCHEN
   (BY:  PATRICK A. HARVEY, ESQUIRE)
       KY E. KIRBY, ESQUIRE)
4  399 PARK AVENUE
   NEW YORK, NEW YORK 10022-4689
5
6     ATTORNEYS FOR ANADARKO PETROLEUM
      AND MOEX OFFSHORE 2007, LLC
7
   MITHOFF LAW FIRM
8  (BY:  WARNER HOCKER, ESQUIRE)
       WILLIAM J. STRADLEY, SR., ESQUIRE)
9  ONE LEGAL CENTER - PENTHOUSE
   500 DALLAS STREET
10 HOUSTON, TEXAS 77002
11     ATTORNEYS FOR MDL 2185 SECURITIES
       PLAINTIFFS SUBCLASS
12
13 KANNER & WHITELEY
   (BY:  DAVID POTE, ESQUIRE)
14 701 CAMP STREET
   NEW ORLEANS, LOUISIANA 70130-3504
15
16     ATTORNEYS FOR LOUISIANA ATTORNEY
       GENERAL
17
18 LANCE C. WENGER, ESQUIRE
   ATTORNEYS-ADVISOR
19 OFFICE OF THE SOLICITOR
   ROCKY MOUNTAIN REGION
20 U.S. DEPARTMENT OF THE INTERIOR
   755 PARFET STREET
21 SUITE 151
   LAKEWOOD, COLORADO 80215
22     OBSERVER FOR THE U.S. DEPARTMENT OF
       THE INTERIOR
23
24
25

---

1 (Pages 389 to 392)

601 Poydras Street, Suite 1720 GAUDET KAISER, L.L.C.    Telephone: (504) 525-9100
New Orleans, LA 70130-6009    Board-Certified Court Reporters    Facsimile: (504) 525-9109

f473f36b-2903-4456-8646-7d7f35e0efa1

Page 644



```
18
19          Then would you agree with me
20   that this rig crew demonstrated competency?
21       A.   My recollection is that we --
22   that one of the things we're able to look at
23   was training records and that they all had
24   the -- the requisite training records.
25
```

Page 645

Page 646

Page 647

601 Poydras Street, Suite 1720 GAUDET KAISER, L.L.C.      Telephone: (504) 525-9100
New Orleans, LA 70130-6009      Board-Certified Court Reporters      Facsimile: (504) 525-9109

f473f36b-2903-4456-8646-7d7f35e0efa1

Page 660

15    Anywhere in all of your
16 investigation did you find any evidence that
17 anyone or any company in any way deliberately
18 wanted to cause injury to the environment or
19 to any person?
20    A.   No, sir, I did not.
21    Q.   Did you find any evidence
22 that anyone or any company in any way was
23 malicious or didn't care or intentionally in
24 any way caused or was willing to cause, about
25 causing an injury to another human or to the

Page 661

1 environment?  If you want me to restate that,
2 I can, but I think you understand what I'm
3 saying.
4    A.   I -- I understand.  I think I
5 understand your question.
6    My answer is no.  I didn't see
7 any malicious intent in anything that we
8 observed.
9    Q.   Did you see any evidence that
10 any company or anyone willfully inflicted
11 harm on any person or to the environment?
12    A.   No.
13    Q.   You've seen nothing to indicate,
14 nor does your report indicate that -- that
15 anyone acted in any malicious or intentional
16 or willful fashion; is that correct?
17    A.   I've seen -- We didn't see
18 anything like that, no.
19

Page 662

Page 663

## GAUDET KAISER, L.L.C.

601 Poydras Street, Suite 1720      New Orleans, Louisiana 70130
Phone: (504) 525-9100      Fax: (504) 525-9109

BOARD-CERTIFIED COURT REPORTERS & LITIGATION SUPPORT

## WITNESS CERTIFICATE

I, **MARK ROBERT BLY,** have read or have had

the foregoing testimony read to me and hereby

certify that it is a true and correct transcription

of my testimony, with the exception of any

attached corrections or changes.

4\4\11

(Date Signed)

Mark Bly

(Signature)

✓   Signed with corrections as attached.

_____   Signed with no corrections noted.

11745 Bricksome Avenue, Suite A-4      PHONE   (225) 291-3411
Baton Rouge, Louisiana 70816      FAX   (225) 291-7990

263 W. Causeway Approach      PHONE   (504) 525-9100
Mandeville, Louisiana 70448      FAX   (504) 525-9109

Website: www.gaudetkaiser.com      ALT. EMAIL:
Gk2003@aol.com  gk@gaudetkaiser.com

In Re: OIL SPILL by the OIL RIG, DEEPWATER HORIZON in the GULF OF MEXICO, April 20, 2010                                  Reported by:

MARTIN BREAZEALE          May 16, 2011          THU BUI, CCR, RPR

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


IN RE:  OIL SPILL      )     MDL NO. 2179
by the OIL RIG,        )
DEEPWATER HORIZON in   )     SECTION "J"
the GULF OF MEXICO,    )
April 20, 2010         )     JUDGE BARBIER
                       )
                       )     MAG.  JUDGE
                       )     SHUSHAN




            Deposition of MARTIN BREAZEALE,
taken at Pan-American Building, 601 Poydras
Street, 11th Floor, New Orleans, Louisiana,
70130, on the 16th of May, 2011.

601 Poydras Street, Suite 1720 GAUDET KAISER, L.L.C.   Telephone: (504) 525-9100
New Orleans, LA 70130-6029    Board-Certified Court Reporters   Facsimile:(504) 525-9109

ca964aa2-94cc-41be-aac9-c887527f28e7

In Re: OIL SPILL by the OIL RIG, DEEPWATER HORIZON in the GULF OF MEXICO, April 20, 2010    Reported by:

MARTIN BREAZEALE          May 16, 2011          THU BUI, CCR, RPR



Page 286

Page 288

1    A.   Yes.
2    Q.   What was the purpose of your
3  visit?
4    A.   To observe some of my trainees
5  onboard the rig.
6    Q.   And what did you learn on that
7  visit, if anything?
8    A.   If memory serves me correctly, I
9  think Lee Lambert and Chrystal Bodenhamer,
10  two of the trainees that had been onboard
11  actually left the day I arrived, and
12  another trainee, Matt Akins, came in.  And
13  I observed Matt for a couple of days, and
14  then I departed.
15    Q.   Did you observe anything that
16  caused you to be concerned about the safety
17  of the drilling and well operations?
18    A.   No.
19    Q.   Did it appear to you that BP's
20  policies and practices for safe drilling
21  and well operations were being followed
22  both by BP and Transocean personnel?
23      MR. KEEGAN:
24        Objection to form.
25    A.   That wasn't the intent of my

Page 287

Page 289

1  visit.  I was there just to observe Matt,
2  Matt Akins.
3    Q.   Did you observe anything that
4  led you to believe that BP's policies and
5  practices for safe drilling and well
6  operations were not being followed?
7      MR. KEEGAN:
8        Objection.
9    A.   No.
10    Q.   On how many occasions did you
11  visit the DEEPWATER HORIZON when it was
12  drilling the Macondo?
13    A.   Again, it's a guess.  That would
14  be four or five.
15    Q.   And we know it arrived in late
16  January 2010, and we know the incident was
17  April 20th, 2010.
18        Can you tell me the
19  approximate dates of the four or five
20  visits?
21    A.   I can tell you the last one was
22  three weeks prior to the incident.
23    Q.   Early April, late March of 2010?
24    A.   Yes.  Those other visits kind of
25  scattered out in between there because

14    Q.   On how many occasions did you
15  visit the MARIANAS while it was drilling at
16  Macondo?
17    A.   If memory serves me correctly,
18  once.
19    Q.   What was the date?
20    A.   I wouldn't have a clue, sir.
21    Q.   No approximate notion of the
22  date?  MARIANAS started drilling in
23  October 2009.
24    A.   November or December.
25    Q.   Of 2009?

601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.     Telephone: (504) 525-9100
New Orleans, LA 70130-6029    Board-Certified Court Reporters   Facsimile:(504) 525-9109

ca964aa2-94cc-41be-aac9-c887527f28e7

In Re: OIL SPILL by the OIL RIG, DEEPWATER HORIZON in the GULF OF MEXICO, April 20, 2010

Reported by:

MARTIN BREAZEALE          May 16, 2011          THU BUI, CCR, RPR



Page 290

```
1   there -- different individuals were onboard
2   the rig.  I came -- went out to observe.
```

Page 292

Page 291

```
1       Q.   Did you observe anything that
2   gave you any concern about the safety of
3   the drilling and well operations aboard the
4   DEEPWATER HORIZON on any of these four or
5   five visits?
6       A.   No.
```

Page 293

601 Poydras Street, Suite 1720   GAUDET KAISER, L.L.C.      Telephone: (504) 525-9100
New Orleans, LA 70130-6029       Board-Certified Court Reporters   Facsimile:(504) 525-9109

ca964aa2-94cc-41be-aac9-c887527f28e7

In Re: OIL SPILL by the OIL RIG, DEEPWATER HORIZON in the GULF OF MEXICO, April 20, 2010                     Reported by:

MARTIN BREAZEALE          May 16, 2011          THU BUI, CCR, RPR



Page 334

Page 336

Page 335

Page 337

```
15    Q.   Was Lee Lambert in the inaugural
16 class of the wellsite leader training
17 program for deepwater?
18    A.   The first class, yes.
19    Q.   Okay.  How many candidates were
20 in that class?
21    A.   Five.
22    Q.   Five total?
23    A.   Yes.
24    Q.   Okay.
25    A.   Including Lee.
```

85 (Pages 334 to 337)

601 Poydras Street, Suite 1720   GAUDET KAISER, L.L.C.        Telephone: (504) 525-9100
New Orleans, LA 70130-6029    Board-Certified Court Reporters    Facsimile:(504) 525-9109

ca964aa2-94cc-41be-aac9-c887527f28e7

In Re: OIL SPILL by the OIL RIG, DEEPWATER HORIZON in the GULF OF MEXICO, April 20, 2010                     Reported by:

MARTIN BREAZEALE          May 16, 2011          THU BUI, CCR, RPR



Page 338

1       Q.   All right.  Were all of them
2   assigned to work aboard the DEEPWATER
3   HORIZON at one time or another?
4       A.   If memory serves me correctly,
5   all but one.

Page 340

Page 339

Page 341

86 (Pages 338 to 341)

601 Poydras Street, Suite 1720 GAUDET KAISER, L.L.C.      Telephone: (504) 525-9100
New Orleans, LA 70130-6029      Board-Certified Court Reporters      Facsimile:(504) 525-9109

ca964aa2-94cc-41be-aac9-c887527f28e7

In Re: OIL SPILL by the OIL RIG, DEEPWATER HORIZON in the GULF OF MEXICO, April 20, 2010                    Reported by:

MARTIN BREAZEALE          May 16, 2011          THU BUI, CCR, RPR

Page 350

Page 352

15    Q.   Of the inaugural class, did
16  anyone who was working on the BP rig -- I'm
17  sorry, DEEPWATER HORIZON rig at anytime,
18  report to anyone in BP -- with BP that
19  there were safety critical equipment aboard
20  that rig in poor condition or disrepair?
21        MR. KEEGAN:
22          Objection to form.
23    A.   I'm not aware of any.
24    Q.   Okay.  Did any of the -- the
25  candidates ever report to anyone with BP

Page 351

Page 353

1   that they believed the DEEPWATER HORIZON
2   crew was incompetent or poorly trained?
3         MR. KEEGAN:
4           Objection to form.
5     A.   I never heard that statement.
6     Q.   Okay.  Did any of the candidates
7   ever report to anyone with BP that the rig
8   had an inadequate safety culture?
9         MR. KEEGAN:
10          Objection to form.
11    A.   Not to me.
12    Q.   All right.  Did any of the
13  candidates ever report to anyone with BP
14  that they observed Mr. Jason Anderson, a
15  toolpusher aboard the rig, exhibit
16  callousness or indifference to the safety
17  of other individuals or the environment?
18        MR. KEEGAN:
19          Objection to form.
20    A.   I never heard that statement.
21    Q.   Okay.  Same question with
22  respect to Dewey Revette, the driller.
23        MR. KEEGAN:
24          Same objection.
25    A.   I never heard that statement.

601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.      Telephone: (504) 525-9100
New Orleans, LA 70130-6029      Board-Certified Court Reporters   Facsimile:(504) 525-9109

ca964aa2-94cc-41be-aac9-c887527f28e7

In Re: OIL SPILL by the OIL RIG, DEEPWATER HORIZON in the GULF OF MEXICO, April 20, 2010                    Reported by:

MARTIN BREAZEALE        May 16, 2011        THU BUI, CCR, RPR



Page 354

1    Q.   Okay.  Same question with
2  respect to the ADs who were on tour on the
3  night of April 20, 2010, Mr. Steven Curtis
4  and Mr. Don Clark?
5       MR. KEEGAN:
6          Objection to form.
7    A.   I never heard a statement.
8    Q.   Okay.  Are you aware of any
9  statement made?
10   A.   No.
11   Q.   Okay.  And is that true with
12 respect to Mr. Anderson and Mr. Dewey
13 Revette?
14   A.   That's correct.
15   Q.   Okay.  How about with respect to
16 the senior toolpusher on the rig, Mr. Randy
17 Ezell, did any of the candidates report to
18 anyone with BP that they ever observed
19 Mr. Ezell exhibit callousness or
20 indifference to the safety of others or the
21 environment?
22      MR. KEEGAN:
23         Objection to form.
24   A.   Not to my knowledge.
25   Q.   Okay.  Same question with

Page 356

1    Q.   During your time on the rig, did
2  you ever observe any behavior by any crew
3  member of the DEEPWATER HORIZON that you
4  would consider callous or indifferent to
5  the safety of others or the environment?
6    A.   I did not.

Page 355

1  respect to the OIM, Mr. Jimmy Harrell?
2    A.   Not to my knowledge.
3       MR. KEEGAN:
4          Objection.
5    Q.   Same question with respect to
6  Captain Curt Kuchta?
7       MR. KEEGAN:
8          Objection.
9    A.   Again, not to my knowledge.
10   Q.   Okay.  Did any of the candidates
11 report to anyone with BP that any member of
12 the crew of the DEEPWATER HORIZON ever
13 exhibited behavior that they considered
14 callous or indifferent to the safety of
15 other individuals or the environment?
16      MR. KEEGAN:
17         Objection to form.
18   A.   I never heard any statement
19 or -- or never was made aware of one.
20   Q.   Okay.  And you mentioned that
21 you visited the DEEPWATER HORIZON four or
22 five times in 2010; is that right?
23   A.   Approximately.
24   Q.   Okay.
25   A.   2009 and 2010 combined.

Page 357

601 Poydras Street, Suite 1720 GAUDET KAISER, L.L.C.    Telephone: (504) 525-9100
New Orleans, LA 70130-6029   Board-Certified Court Reporters    Facsimile:(504) 525-9109

ca964aa2-94cc-41be-aac9-c887527f28e7

**Page 1**

UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL        )    MDL NO. 2179
BY THE OIL RIG          )
"DEEPWATER HORIZON" IN  )      SECTION "J"
THE GULF OF MEXICO, ON  )
APRIL 20, 2010          )    JUDGE BARBIER
                        )    MAG. JUDGE SHUSHAN

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

VOLUME 1

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Deposition of Sir William Castell, taken at
Kirkland & Ellis International, 30 St. Mary Axe,
22nd Floor, London EC3A 8AF, England, United Kingdom,
on the 22nd of June, 2011.

**Page 3**

1   Mr. James J. Neath
    Associate General Counsel
2   BP Legal
    BP AMERICA INC.
3   501 Westlake Park Boulevard
    Houston, Texas  77079
4
    Mr. John Gilbert
5   BP PLC
    20 Canada Square
6   London E14 5NJ
    United Kingdom
7
8   APPEARING FOR SIR WILLIAM CASTELL:
    Mr. Walter Stuart
9   Mr. Geoff Nicholas
    FRESHFIELDS BRUCKHAUS DERINGER
10  65 Fleet Street
    London EC4Y 1HS
11  Great Britain
    United Kingdom
12
    Mr. Robert J. McCallum
13  FRESHFIELDS BRUCKHAUS DERINGER
    520 Madison Avenue, Level 34
14  New York, New York  10022
15
    APPEARING FOR TRANSOCEAN:
16  Mr. Michael A. Carvin
    JONES DAY
17  51 Louisiana Avenue, N.W.
    Washington, D.C.  20001-2133
18
    Mr. Sean O'Brien
19  SUTHERLAND ASBILL & BRENNAN
    1275 Pennsylvania Avenue, N.W.
20  Washington, D.C.  20004
21
    APPEARING FOR ANADARKO PETROLEUM COMPANY:
22  Ms. Deborah D. Kuchler
    Mr. Robert E. Guidry
23  KUCHLER POLK SCHELL WEINER & RICHESON
    1615 Poydras Street, Suite 1300
24  New Orleans, Louisiana 70112
25

**Page 2**

1    A P P E A R A N C E S
2
3
4   APPEARING FOR THE PLAINTIFFS' STEERING COMMITTEE:
    Mr. Robert T. Cunningham
5   CUNNINGHAM BOUNDS, LLC
    1601 Dauphin Street
6   Mobile, Alabama  36604
7
    APPEARING FOR THE DERIVATIVE PLAINTIFFS, MDL 2185
8   SECURITIES PLAINTIFFS SUBCLASS:
    Mr. Bryan M. Payne
9   COTCHETT, PITRE & MCCARTHY
    San Francisco Airport Office Center
10  840 Malcolm Road, Suite 200
    Burlingame, California  94010
11
12  APPEARING FOR MDL PLAINTIFFS:
    Mr. J. Christopher Zainey, Jr.
13  WILLIAMS LAW GROUP, LLC
    909 Poydras Street, Suite 1650
14  New Orleans, Louisiana 70112
    Maison Grand Caillou
15  435 Corporate Drive, Suite 101
    Houma, Louisiana 70360
16
17  APPEARING FOR BP, INC.:
    Mr. Michael Brock
18  Ms. Kimberly Branscome
    COVINGTON & BURLING
19  1201 Pennsylvania Avenue, Northwest
    Washington, D.C.  20004-2401
20
    Mr. Daryl A. Libow
21  SULLIVAN & CROMWELL
    1701 Pennsylvania Avenue, N.W.
22  Washington, D.C.  20006-5805
23
24
25

**Page 4**

1   APPEARING FOR CAMERON INTERNATIONAL CORPORATION:
    Mr. Thomas Ganucheau
2   BECK, REDDEN & SECREST
    One Houston Center
3   1221 McKinney Street, Suite 4500
    Houston, Texas  77010-2010
4
5   APPEARING FOR MOEX:
    Ms. Gindi Eckel Vincent
6   PILLSBURY WINTHROP SHAW PITTMAN
    2 Houston Center
7   909 Fannin, Suite 2000
    Houston, Texas  77010-1018
8
9   APPEARING FOR DRIL-QUIP, INC.:
    Mr. C. Dennis Barrow, Jr.
10  WARE, JACKSON, LEE & CHAMBERS
    America Tower, 42nd Floor
11  2929 Allen Parkway
    Houston, Texas  77019-7101
12
13  APPEARING FOR M-I SWACO:
    Mr. Steven A. Luxton
14  MORGAN, LEWIS & BOCKIUS, LLP
    1111 Pennsylvania Avenue, NW
15  Washington, D.C.  20004
16
17  APPEARING FOR HALLIBURTON:
    Mr. Donald E. Godwin
18  Ms. Jenny L. Martinez
    Mr. R. Alan York
19  GODWIN RONQUILLO
    1201 Elm Street, Suite 1700
20  Dallas, Texas 75270-2041
21  APPEARING FOR THE UNITED STATES:
    Mr. R. Michael Underhill
22  Attorney in Charge
    West Coast Office
23  U.S. DEPARTMENT OF JUSTICE
    TORT BRANCH, CIVIL DIVISION
24  450 Golden Gate Avenue
    7th Floor, Room 5395
25  San Francisco, California  94102-3463

**PURSUANT TO CONFIDENTIALITY ORDER**

285

10        **Prior to April 20th, BP had contracts with**
11  **Transocean on at least seven or eight rigs worldwide.**
12  **Do -- do you know that?**
13     A.  I don't know, sir.
14     **Q.  Okay.  Would -- would you -- were you aware --**
15  **or are you aware today that they had a number of**
16  **contracts with Transocean on different rigs throughout**
17  **the world?**
18     A.  I'm aware that BP used Transocean extensively
19  in its drilling operations.
20     **Q.  And has BP terminated any contracts with**
21  **Transocean since April 20th, 2010?**
22     A.  I'm not aware of any termination, sir.
23     **Q.  Okay.  And were you following the BP's cleanup**
24  **response in the Gulf after the -- the blowout?**
25     A.  Yes, sir.

287

16     **Q.  And are you aware that Mr. Hayward thinks that**
17  **Transocean is one of the -- quote, one of world's most**
18  **respected, close quote, drilling contractors?**
19     A.  I -- I'm not aware of the quote, sir, but I
20  know the company held Transocean in a high regard for
21  its activities.

286

1     **Q.  Was that a high priority for BP, cleaning up**
2  **the Gulf in the wake of the blowout?**
3     A.  It was a very high priority, sir.
4     **Q.  Probably the highest priority you'd had?**
5     A.  Yes.  I'm surprised you didn't know it was a
6  priority for BP, but it was a very high priority.
7     **Q.  The world was watching, right?  It was a very**
8  **high priority, correct?**
9     A.  Very high priority.
10     **Q.  Yeah.  And do you know who the contractors**
11  **they chose for the relief wells to accomplish that very**
12  **important goal?**
13     A.  Well, I believe the rigs were Transocean rigs.
14  I believe that one wasn't available immediately.  We --
15  I think we started drilling the first well about May
16  the 6th.  I think the second well started I think
17  towards the end of May, when a second drilling
18  capability became available.
19     **Q.  And that was also -- the second one was also a**
20  **Transocean rig; isn't that correct?**
21     A.  I believe they were both Transocean rigs.
22     **Q.  And there was Transocean's crews on those rigs**
23  **working on the relief well, correct?**
24     A.  There were Transocean personnel working in
25  extraordinarily difficult circumstances.

288



**PURSUANT TO CONFIDENTIALITY ORDER**

362

```
 1
 2        I, SIR WILLIAM CASTELL, have read the
 3   foregoing deposition and hereby affix my signature that
 4   same is true and correct, except as noted on the
 5   attached Amendment Sheet.
 6
 7
                     SIR WILLIAM CASTELL
 8
 9
     THE STATE OF _____ )
10
     COUNTY OF _____ )
11
12        Before me, _____ , on
     this day personally appeared SIR WILLIAM CASTELL, known
13   to me (or proved to me on the oath of _____
                              or through                )
14   to be the person whose name is subscribed to the
     foregoing instrument and executed the same for the
15   purposes and consideration therein expressed.
          GIVEN UNDER my hand and seal of office this
16        day of _____ , 2011.
17
18
          Notary Public in and for
19        The State of
20
21
22
23
24
25
```

**PURSUANT TO CONFIDENTIALITY ORDER**

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                    Reported By:
BRETT WILLIAM COCALES VOL. II      April 26, 2011  DIANE TEWIS CLARK, RPR, RMR, CRR

Page 403

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


IN RE:  OIL SPILL         MDL NO. 2179
BY THE OIL RIG
"DEEPWATER HORIZON"        SECTION:  J
IN THE GULF OF
MEXICO, ON                JUDGE BARBIER
APRIL 20, 2010            MAG. JUDGE SHUSHAN




VOLUME 2


     Deposition of BRETT WILLIAM COCALES,

17613 Pine Brook Trail, Cypress, Texas 77429,

taken in the Pan American Life Center, Bayou

Room 1 and 2, 11th Floor, 601 Poydras Street,

New Orleans, Louisiana 70130, reported on

Tuesday, April 26th, 2011.

601 Poydras Street, Suite 1720 GAUDET KAISER, L.L.C.     Telephone: (504) 525-9100
New Orleans, LA 70130-6009    Board-Certified Court Reporters   Facsimile: (504) 525-9109

22366d14-2381-4a35-b8a4-2045e6795a40

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                                    Reported By:
BRETT WILLIAM COCALES VOL. II      April 26, 2011  DIANE TEWIS CLARK, RPR, RMR, CRR



Page 460

Page 462

```
 1    were you personally satisfied that, indeed,
 2    the rig and the equipment and the site were
 3    in a safe operating condition?
 4        A.    Yes, I was.
 5        Q.    And, again, when we're starting
 6    up in Macondo with the DEEPWATER HORIZON,
 7    were you personally satisfied that the
 8    personnel on the rig were trained and
 9    competent prior to commencing drilling and
10    well operations?
11        A.    I did believe so, yes.
```

Page 461

Page 463

```
25        Q.    And when operations commenced,
```

601 Poydras Street, Suite 1720 GAUDET KAISER, L.L.C.      Telephone: (504) 525-9100
New Orleans, LA 70130-6009    Board-Certified Court Reporters   Facsimile: (504) 525-9109

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                Reported By:
BRETT WILLIAM COCALES VOL. II     April 26, 2011  DIANE TEWIS CLARK, RPR, RMR, CRR



Page 484

Page 486

```
1    highlighted in yellow and are awaiting parts
2    that are on order with attached job order
3    numbers are tracked in the RMSII system.  Do
4    you see that?
5        A.    Yes, sir.
6        Q.    That was your understanding as
7    well; correct?
8        A.    Yes, correct.
```

Page 485

```
 5        Q.    Together with Tab 68.  All
 6    right, Tab 67 is an e-mail from Angel
 7    Rodriguez to John Guide, Brett Cocales and
 8    others dated March 30, 2010; correct?
 9        A.    Correct.
10        Q.    Attaching BP audit working copy
11    which is a 3/29/2010 update of the audit work
12    list; correct?
13        A.    Correct, yes.
14        Q.    And in the second sentence
15    there, Mr. Rodriguez says:  "I wanted to
16    mention that the HORIZON's crew completed 63
17    out of 70 findings in a five-month period
18    which is commendable."
19            Do you see that?
20        A.    Yes, I do.
21        Q.    And you agreed with that, didn't
22    you?
23        A.    Yes, I did.
24        Q.    And then he indicates in the
25    next sentence that the remaining findings are
```

Page 487

```
10        Q.    So at this point, after all the
11    progress and the audits as of the end of
12    March, 2010, were you satisfied that the
13    Transocean DEEPWATER HORIZON rig equipment
14    were in safe operating condition for the
15    drilling and well operations they were
16    undertaking at Macondo?
17        A.    Yes, I was.
18        Q.    And similarly, in the same time
19    frame, were you satisfied that the personnel
20    on the DEEPWATER HORIZON were trained and
21    competent for the drilling and well
22    operations that needed to be undertaken at
23    Macondo?
24        A.    For the time period of?
25        Q.    As of this time period we're
```

601 Poydras Street, Suite 1720 GAUDET KAISER, L.L.C.    Telephone: (504) 525-9100
New Orleans, LA 70130-6009   Board-Certified Court Reporters   Facsimile: (504) 525-9109

22366d14-2381-4a35-b8a4-2045e6795a40

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                                          Reported By:
BRETT WILLIAM COCALES VOL. II     April 26, 2011   DIANE TEWIS CLARK, RPR, RMR, CRR

Page 488

1  looking at here, the end of March 2010?
2      A.    Right.
3      Q.    Beginning of April?
4      A.    Right.
5      Q.    After all the progress that's
6  been made on the audit, were you satisfied
7  that the personnel on the rig were trained
8  and competent to handle the drilling and well
9  operations that were anticipated from
10  Macondo?
11      A.    Yes, I personally was.
12      Q.    Okay.  Did you know anybody at
13  BP that was not satisfied in that regard at
14  that time?
15    MR. NICHOLS:
16          Objection.  Form.
17    THE WITNESS:
18          I was not aware of anybody at
19  this time.



601 Poydras Street, Suite 1720 GAUDET KAISER, L.L.C.      Telephone: (504) 525-9100
New Orleans, LA 70130-6009      Board-Certified Court Reporters      Facsimile: (504) 525-9109

22366d14-2381-4a35-b8a4-2045e6795a40

**GAUDET KAISER, L.L.C.**
601 Poydras Street, Suite 1720        New Orleans, Louisiana 70130
Phone: (504) 525-9100              Fax: (504) 525-9109

BOARD-CERTIFIED COURT REPORTERS & LITIGATION SUPPORT



## WITNESS CERTIFICATE

I, **BRETT WILLIAM COCALES,** have read or
have had the foregoing testimony read to me and
hereby certify that it is a true and correct
transcription of my testimony, with the
exception of any attached corrections or
changes.

6/22/11                              B.W. Cocales

(Date Signed)                      (Signature)

____✓____ Signed with corrections as attached.

_____ Signed with no corrections noted.

11745 Bricksome Avenue, Suite A-4        PHONE   (225) 291-3411
Baton Rouge, Louisiana 70816             FAX     (225) 291-7990
263 W. Causeway Approach                 PHONE   (504) 525-9100
Mandeville, Louisiana 70448              FAX     (504) 525-9109
Website: www.gaudetkaiser.com            ALT. EMAIL:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


IN RE:  OIL SPILL          )     MDL NO. 2179
BY THE OIL RIG             )
"DEEPWATER HORIZON" IN     )     SECTION "J"
THE GULF OF MEXICO, ON     )
APRIL 20, 2010             )     JUDGE BARBIER
                           )     MAG. JUDGE SHUSHAN


*****************
VOLUME 1
*****************


        Deposition of Gillian Susan Cowlam, taken at
Kirkland & Ellis International, 30 St. Mary Axe, 22nd
Floor, London EC3A 8AF, England, United Kingdom, on the
7th of June, 2011.

PURSUANT TO CONFIDENTIALITY ORDER



Page 109

1    Q.  You never learned of any evidence that
2    indicated that Transocean employees aboard the
3    DEEPWATER HORIZON as of April 20, 2010 were indifferent
4    toward the safety of other humans; is that right?
5          MR. BROCK:  Object to form.
6    A.  I -- I would not -- I said I just worked on --
7    on the statements that I had, and I don't recall any
8    statements of that nature.
9    Q.  (By Mr. Johnson) Okay.  So you're not aware of
10   any evidence of that nature of any kind, right?
11   A.  No.
12   Q.  Okay.  Did you ever become aware of any
13   evidence that indicated that the Transocean crew aboard
14   the DEEPWATER HORIZON was indifferent toward the
15   environment in any way?
16         MR. BROCK:  Object to form.
17   A.  As I said before, because I only saw
18   statements, and there were a very limited number of
19   those.  I don't recall anything that said that, no.
20   Q.  (By Mr. Johnson) Okay.  Aside from not seeing
21   any evidence, has anyone ever told you that the
22   Transocean crew aboard the DEEPWATER HORIZON as of
23   April 20, 2010 acted in a manner indicating that they
24   were indifferent toward the safety of other humans?
25   A.  No, no one's ever said that to me.

PURSUANT TO CONFIDENTIALITY ORDER

ec7cd7a0-f2e0-4db8-b9df-96fe416e5595

Page 110

1    Q.  How about has anyone ever told you that the
2  Transocean crew aboard the DEEPWATER HORIZON as of
3  April 20, 2010 was indifferent toward the environment?
4  Has anyone ever told you that?
5    A.  No.
6    Q.  Okay.  I want to make -- make sure I
7  understand your testimony earlier, and I think this
8  will short circuit some of the questions, but I just
9  want to be clear.  Is it fair to say in your -- the
10  three weeks that you were involved in the investigation
11  process that you assisted in an initial gathering of
12  facts, but you weren't involved in generating any of
13  the conclusions expressed in the Bly Report?  Is that
14  right?
15    A.  That would be absolutely correct.
16    Q.  Okay.  And in your initial fact gathering, did
17  you learn of any evidence indicating that there were
18  any maintenance problems or deficiencies that caused
19  any of the explosions that occurred on April 20th,
20  2010?
21    A.  So because I was there such a limited time, I
22  saw no maintenance records or anything around
23  maintenance at all.
24    Q.  Okay.  So just to be clear, the answer to my
25  question is "No," you didn't see any evidence of that?

Page 111

1    A.  That would be correct --
2    Q.  Okay.
3    A.  -- my answer is "No."



PURSUANT TO CONFIDENTIALITY ORDER

201

1

2          I, GILLIAN SUSAN COWLAM, have read the

3   foregoing deposition and hereby affix my signature that

4   same is true and correct, except as noted on the

5   attached Amendment Sheet.

6

7                    _____

8                        GILLIAN SUSAN COWLAM

9   THE STATE OF ___BAKU , AZERBAIJAN___.

10  COUNTY OF _____)

11

12          Before me, _____, on
    this day personally appeared GILLIAN SUSAN COWLAM,
13  known to me (or proved to me on the oath of
    _____ or through _____)
14  to be the person whose name is subscribed to the
    foregoing instrument and executed the same for the
15  purposes and consideration therein expressed.
            GIVEN UNDER my hand and seal of office this
16  _____ day of _____, 2011.

17

18                    _____
                      Notary Public in and for
19                    The State of _____

20

21

22

23

24

25

PURSUANT TO CONFIDENTIALITY ORDER