UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


IN RE:  OIL SPILL       )    MDL NO. 2179
by the OIL RIG,         )
DEEPWATER HORIZON in    )    SECTION "J"
the GULF OF MEXICO,     )
April 20, 2010          )    JUDGE BARBIER
                        )
                        )    MAG.  JUDGE
                        )    SHUSHAN


           30(b)(6) deposition of MODUSPEC,
through its representative ALAN SCHNEIDER,
taken at Pan-American Building, 601 Poydras
Street, 11th Floor, New Orleans, Louisiana,
70130, on the 23rd of June, 2011.


OUTSIDE ATTORNEYS EYES ONLY
PURSUANT TO PROTECTIVE ORDER



Page 30

Page 32

Page 31

Page 33

11        Q.    Have you ever been told why, or
12    do you understand why Transocean is the
13    only customer of ModuSpec which calls for
14    reference to its own internal guidelines?
15            MR. GORDON:
16            Same objection.  You may
17    answer.
18        A.    Yes, I am.
19        Q.    What is the reason or reasons?
20        A.    Transocean would like a true
21    condition assessment of the vessel, the
22    bottom line.  They want to know the real
23    condition of the rig.
24        Q.    Well, why is it necessary to
25    refer to your own internal guidelines in

9 (Pages 30 to 33)

OUTSIDE ATTORNEYS EYES ONLY
PURSUANT TO PROTECTIVE ORDER



Page 34

```
1     order to know the true condition?
2         A.   Because they like --
3              MR. GORDON:
4                Objection to form.  You may
5     answer.
6         A.   They like an unbiased
7     facts assessment done.  Rather than their
8     own people, they employ ModuSpec 'cause we
9     are completely unbiased, and that's the
10    only reason.
```

OUTSIDE ATTORNEYS EYES ONLY
PURSUANT TO PROTECTIVE ORDER

Electronically signed by Thu Bui (001-342-307-4549)                                    1d31b166-e277-4956-b19d-72f576a1ae5e



Page 217

Page 218

Page 219

25    A.    Criticality is, the rating is

Page 220

1    critical, major, minor, and basically, it
2    -- there's a percentage.  So this is --
3    according to this one, the DEEPWATER
4    HORIZON is better than the Gulf -- other
5    rigs in the Gulf of Mexico and rigs
6    worldwide of this class in the time.

55 (Pages 217 to 220)

OUTSIDE ATTORNEYS EYES ONLY
PURSUANT TO PROTECTIVE ORDER

Page 370



22          What I'd like to do is,
23 first of all, talk about the procedure from
24 when you arrived on the rig.
25          You testified earlier that

Page 371

1 there was an orientation process --
2     A.   Correct.
3     Q.   -- is that correct?
4          And you had been a part of
5 the orientation process aboard the HORIZON
6 on two occasions; is that correct?
7     A.   Correct.
8     Q.   There was a safety briefing?
9     A.   Correct.
10     Q.   There was a video?
11     A.   Correct.
12     Q.   A rig tour?
13     A.   Correct.
14     Q.   Can you characterize the safety
15 briefing process that you experienced when
16 you arrived onboard the HORIZON on those
17 two occasions in a qualitative manner?
18     A.   It's what I would expect from --
19 I've been on so many Transocean rigs and
20 other rigs around the world, you sometimes
21 say, why am I doing this again because I
22 was only on here six months and some rigs
23 would go six months apart.  So I always
24 get, why am I doing this again.  But it's
25 to make me aware of my surroundings 'cause

Page 372

1 each rig is unique.  Yes, I know these
2 safety RSTCs have their own policies to
3 follow, but I -- I would always pay
4 attention because that's part of my -- part
5 of my upbringing, if you know what I mean.
6     Q.   Did you consider the safety
7 orientation and drills of Transocean that
8 you were a part of aboard the HORIZON to be
9 thorough and professionally conducted?
10     A.   Yes, I did.
11     Q.   All right.  Did you get oriented
12 or were you made aware of a timeout for
13 safety policy or stop work, whereby if you
14 saw something aboard the rig that was
15 unsafe or you felt it caused a hazard to
16 either the rig or yourself, someone has the
17 ability to stop the process and take a
18 timeout to correct it?
19          MR. GORDON:
20               Objection to form.
21     A.   I'm -- I'm aware of that.
22     Q.   All right.  Were you provided
23 with any orientation on that policy or
24 practice of Transocean?  As a third party
25 coming aboard the Transocean DEEPWATER

Page 373

1 HORIZON, were you provided with
2 instructions that you could, in fact, take
3 a timeout for safety or had stop work
4 authority if you saw something that you
5 felt was unsafe?
6     A.   Yes, I could.
7     Q.   All right.  At any point in time
8 during the 10 days while you were aboard
9 the rig performing this invasive assessment
10 in the areas that we're going to talk about
11 in a moment and those that you have
12 described today, did you ever feel as
13 though you should exercise stop work
14 authority or take a timeout for safety
15 because of a condition that you felt put
16 yourself in harm's way?
17     A.   The only thing I -- I do, and I
18 did, when I come across things that were
19 unsafe, I do mention it to the Transocean
20 team leader, which I did about the
21 hazardous areas.  So he was aware of my
22 concerns.
23     Q.   Okay.
24     A.   But, yes, we take part in the
25 stop programs.  It's normal.  Yes, I am

94  (Pages 370 to 373)

OUTSIDE ATTORNEYS EYES ONLY
PURSUANT TO PROTECTIVE ORDER

Page 374

1  aware that I could stop the job, yes.
2      Q.   But I don't want there to be any
3  confusion in the record that when you
4  finish that hazardous area assessment, your
5  concern was such that you advised
6  Transocean, like you did with the other
7  conditions you found, correct?
8      A.   That is correct.
9      Q.   But it was not to the point
10  where you felt like it was a condition that
11  was -- provided such an eminent danger to
12  you, the rig or the other persons aboard,
13  that you went to the company man, the team
14  leader, wells team leader of BP or the OIM
15  or their toolpusher and said, time out, we
16  need to stop what's going on right now and
17  correct these deficiencies?
18      A.   No, I did not.
19      Q.   And you certainly had that
20  authority, correct?
21      A.   Yes.



95 (Pages 374 to 377)

OUTSIDE ATTORNEYS EYES ONLY
PURSUANT TO PROTECTIVE ORDER

Electronically signed by Thu Bui (001-342-307-4549)                    1d31b166-e277-4956-b19d-72f576a1ae5e



Page 414

Page 416

1    questions by counsel for the PSC, I
2    believe, insofar as the areas aboard the
3    HORIZON that were inspected, it was right
4    in line with the Gulf of Mexico statistics
5    as well as semi-submersibles statistics as
6    a whole, correct?  Right at about 60 to
7    65 percent?
8        A.   Yes.
9        Q.   Then I believe you went through
10   the detailed critical rating section of the
11   MER report.  And as I understand your
12   testimony, obviously, the lower the score
13   in these areas, the better; is that right?
14       A.   Yes, correct.
15       Q.   All right.  And in the instance
16   of Transocean, would you agree with me that
17   Transocean had fewer critical ratings in
18   the drilling equipment section?
19           MR. VON STERNBERG:
20            Object to form.
21       Q.   Is that right?
22       A.   At this particular time on this
23   particular rig, yes.
24       Q.   Okay.  And the mud system?
25       A.   Once again, on this particular

Page 415

Page 417

1    time on this particular system, yes.
2        Q.   Okay.  What's the caveat that
3    you're putting on there?
4        A.   What I'm -- what I'm trying to
5    say is, this is a snapshot in time on the
6    HORIZON, there and then.  That's -- you
7    know, I'm -- I'm looking at that.
8        Q.   Right.
9        A.   That's what I'm trying to say.
10       Q.   And that -- and that snapshot in
11   time is then compared to the historical
12   results?
13       A.   Yes.
14       Q.   That your company maintains?
15       A.   Yes.
16       Q.   For rigs in the gulf?
17       A.   Yes.
18       Q.   As well as worldwide, I presume?
19       A.   Yes, that's correct.
20       Q.   In -- in a certain class of
21   rigs, correct?
22       A.   That's correct.
23       Q.   Is it fair to say that as a
24   result of this MER rating report, the
25   HORIZON had a favorable MER rating?

18       Q.            Let's turn to tab 5,
19   which is exhibit 262, which is the ModuSpec
20   equipment rating report that was done, I
21   guess, retrospectively.  Is that your
22   understanding, it was done after the fact?
23       A.   Yes.
24       Q.   All right.  Now, as I appreciate
25   your testimony earlier in response to -- to

105 (Pages 414 to 417)

OUTSIDE ATTORNEYS EYES ONLY
PURSUANT TO PROTECTIVE ORDER



Page 418

```
1        MS. HANKEY:
2            Object as to form.
3    Q.   Or how would you quantify the --
4  the rating as a whole when you look at the
5  totality of all areas and all groups?
6    A.   Yes, I would say that.
```

Page 420

Page 419

Page 421

OUTSIDE ATTORNEYS EYES ONLY
PURSUANT TO PROTECTIVE ORDER

Electronically signed by Thu Bui (001-342-307-4549)                    1d31b166-e277-4956-b19d-72f576a1ae5e

453

```
 1   _____
 2   _____
 3              SIGNATURE PAGE
 4
           I, ALAN SCHNEIDER, have
 5   read the foregoing deposition and hereby
     affix my signature that same is true and
 6   correct, except as noted on the correction
     page.
 7
 8
 9   _____
                ALAN SCHNEIDER
10
11
12
           THE STATE OF TEXAS )
13   COUNTY OF HARRIS )
14
           Before me Kathryn E House      on
15   this day personally appeared
     Alan Schneider        known to me [or
16   proved to me on the oath of
     _____ or through
17   _____ (description of
     identity card or other document)] to be the
18   person whose name is subscribed to the
     foregoing instrument and acknowledged to me
19   that he/she executed the same for the
     purposes and consideration therein
20   expressed.
           Given under my hand and seal of
21   office this 5th day of August       ,
     2011.
22
23
24   _____
                NOTARY PUBLIC IN AND FOR
25              THE STATE OF
```

KATHRYN E HOUSE
My Commission Expires
June 12, 2013

**PURSUANT TO CONFIDENTIALITY ORDER**

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010                                                                Reported by:

PETER AUKE SIERDSMA VOLUME II    February 16, 2011  JOSEPH R. KAISER, JR., CCR, RPR

---

**Page 1**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL    MDL NO. 2179
BY THE OIL RIG
"DEEPWATER HORIZON"  SECTION:  J
IN THE GULF OF
MEXICO, ON APRIL    JUDGE BARBIER
20, 2010            MAG. JUDGE SHUSHAN


VOLUME II

     30(b)(6) Videotape Deposition of
PETER AUKE SIERDSMA, taken in the Pan
American Life Center, Bayou Room, 11th
Floor, 601 Poydras Street, New Orleans,
Louisiana 70130, on Wednesday, February 16,
2011.


APPEARANCES:


     KIRKLAND & ELLIS LLP
     (By:  Paul D. Collier, Esquire and
         Emily Dempsey, Esquire)
     300 North LaSalle
     Chicago, Illinois  60654
         (Attorneys for BP)

---

**Page 2**

1  APPEARANCES (continued):
2
3    CUNNINGHAM BOUNDS, LLC
       (By:  Robert T. Cunningham, Esquire,
4        (Pro Hac Vice))
     1601 Dauphin Street
     Mobile, Alabama  36604
5        (Plaintiff's Steering Committee)
6
7    WILLIAMS LAW GROUP, LLC
       (By:  Conrad S.P. (Duke) Williams,
       III, Esquire)
8    909 Poydras Street
     Suite 1650
9    New Orleans, Louisiana  70112
         (Attorneys for MDL plaintiffs)
10
11
     LISKOW & LEWIS
12     (By:  Don K. Haycraft, Esquire)
     701 Poydras Street
13   Suite 5000
     New Orleans, Louisiana  70139-5099
14       (Attorneys for BP)
15
16
     GORDON, GORDON & SCHNAPP, P.C.
17     (By:  Kenneth E. Gordon, Esquire)
     437 Madison Avenue 39th Floor
18   New York, New York  10022
         (Attorneys for ModuSpec USA,
19       Inc.)
20
21
     U.S. DEPARTMENT OF JUSTICE
22   TORTS BRANCH, CIVIL DIVISION
       (By:  Jessica L. McClellan, Esquire)
23   Post Office Box 14271
     Washington, D.C.  20044-4271
24       (Attorneys for the United
         States)
25

---

**Page 3**

1  APPEARANCES (continued):
2
3    GODWIN RONQUILLO
       (By:  Donald E. Godwin, Esquire,
4        R. Alan York, Esquire,
         Jenny L. Martinez, Esquire and
5        Stefanie K. Major, Esquire)
     1201 Elm Street
6    Suite 1700
     Dallas, Texas  75270-2041
7        (Attorneys for Halliburton)
8
9
10   KUCHLER POLK SCHELL WEINER &
     RICHARDSON
       (By:  Debora D. Kuchler, Esquire)
11   1615 Poydras Street
     New Orleans, Louisiana  70112
12       (Attorneys for Anadarko
         Petroleum and MOEX Offshore
13       2007, LLC)
14
15
     JONES, WALKER, WAECHTER, POITEVENT,
16   CARRÈRE & DENÈGRE L.L.P.
       (By:  Matthew S. Lejeune, Esquire)
17   201 St. Charles Avenue
     New Orleans, Louisiana  70170-5100
18       (Attorneys for Weatherford)
19
20
     MORGAN, LEWIS & BOCKIUS LLP
21     (By:  Steven A. Luxton, Esquire)
     1111 Pennsylvania Avenue, NW
22   Washington, DC 20004-2541
         (Attorneys for M-I SWACO)
23
24
25

---

**Page 4**

1  APPEARANCES (continued):
2
3    WARE, JACKSON, LEE & CHAMBERS,
     L.L.P.
       (By:  Dennis Barrow, Esquire)
4    America Tower
     2929 Allen Parkway
5    Houston, Texas  77019
         (Attorneys for Dril-Quip, Inc.)
6
7
8    BECK, REDDEN & SECREST, L.L.P.
       (By:  David J. Beck, Esquire)
9    One Houston Center
     1221 McKinney Street
10   Suite 4500
     Houston, Texas  77010-2010
11       (Attorneys for Cameron
         International Corporation)
12
13
     PREIS & ROY
14     (By:  Robert M. Kallam, Esquire)
     Versailles Centre
15   102 Versailles Boulevard
     Suite 400
16   Lafayette, Louisiana  70501
         (Attorneys for Transocean)
17
18
     SUTHERLAND ASBILL & BRENNAN LLP
19     (By:  Daniel Johnson, Esquire)
     1001 Fannin Street
20   Suite 3700
     Houston, Texas  77002-6760
21       (Attorneys for Transocean)
22
23
24
25

---

601 Poydras Street, Suite 1720 GAUDET KAISER, L.L.C.    Telephone: (504) 525-9100
New Orleans, LA 70130-6029    Board-Certified Court Reporters    Facsimile: (504) 525-9109

91c25e3e-896e-465b-9515-5074ee155083

IN RE: OIL SPIL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010                          Reported by:

PETER AUKE SIERDSMA VOLUME II   February 16, 2011  JOSEPH R. KAISER, JR., CCR, RPR

Page 113

Page 115

2      Q.    In fact, to your knowledge,
3   Transocean pays ModuSpec for surveys that
4   are over and above those that are required
5   by various laws and regulations that apply
6   to rigs; isn't that true?
7      A.    That is correct.
8      Q.    And that would include the
9   survey performed on the DEEPWATER HORIZON
10  in April 2010; correct?
11     A.    Yes.  That is correct.
12     Q.    That is, the April 2010
13  DEEPWATER HORIZON, DEEPWATER HORIZON
14  survey, as far as you know, was not
15  requested by Transocean and performed by
16  ModuSpec because some governmental agency
17  required it; correct?
18     A.    That is correct.
19     Q.    To your knowledge, then, the
20  April 2010 DEEPWATER HORIZON survey was a
21  voluntary effort on Transocean's part to
22  understand the condition of one of its rigs
23  in order to remedy deficiencies; isn't that
24  true?
25     A.    That's very true, my

Page 116

1   understanding.

601 Poydras Street, Suite 1720   GAUDET KAISER, L.L.C.   Telephone: (504) 525-9100
New Orleans, LA 70130-6029       Board-Certified Court Reporters   Facsimile: (504) 525-9109

91c25e3e-896e-465b-9515-5074ee155083

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                    Reported by:

PAUL A. CHANDLER                    May 4, 2011 JOSEPH R. KAISER, JR., CCR, RPR

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


IN RE:  OIL SPILL    MDL NO. 2179
BY THE OIL RIG
"DEEPWATER HORIZON"  SECTION:  J
IN THE GULF OF
MEXICO, ON APRIL     JUDGE BARBIER
20, 2010             MAG. JUDGE SHUSHAN




        Deposition of PAUL A. CHANDLER,
taken in the Pan American Life Center,
Bayou Room, 11th Floor, 601 Poydras Street,
New Orleans, Louisiana 70130, on Wednesday,
May 4, 2011.


APPEARANCES:


        LIEFF CABRASER HEIMANN & BERNSTEIN,
        LLP
        (By:  Steven E. Fineman, Esquire and
              Annika K. Martin, Esquire)
        250 Hudson Street
        8th Floor
        New York, New York  10013-1413
            (Plaintiff's Steering Committee)

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                    Reported by:
PAUL A. CHANDLER                        May 4, 2011 JOSEPH R. KAISER, JR., CCR, RPR



Page 318

Page 319

Page 320

```
9        You're not aware of anyone at
10   Anadarko that had any concerns with the
11   ability of the DEEPWATER HORIZON rig or its
12   crew to competently and safely drill the
13   Macondo well; are you?
14       A.  I'm not.
15       Q.  You personally didn't have any
16   such concerns; correct?
17       A.  I had no such concerns; that's
18   correct.
```

Page 321

                                    81 (Pages 318 to 321)

601 Poydras Street, Suite 1720 GAUDET KAISER, L.L.C.          Telephone: (504) 525-9100
New Orleans, LA 70130-6029     Board-Certified Court Reporters    Facsimile: (504) 525-9109

efad78bd-5cf2-4107-91e6-230b30b50f8f

Suggested line for Running Header

347

1

2

3               WITNESS' CERTIFICATE

4

5

6

7

8        I, **PAUL A. CHANDLER**, read or have

9   had the foregoing testimony read to me and

10  hereby certify that it is a true and

11  correct transcription of my testimony, with

12  the exception of any attached corrections

13  or changes.

14

15

16

17

18           _Paul A. Chandler_

19           PAUL A. CHANDLER

20

21

22

23

24

25

**GAUDET KAISER, L.L.C.**
Board-Certified Court Reporters

**1**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL     ) MDL NO. 2179
BY THE OIL RIG     )
"DEEPWATER HORIZON" IN ) SECTION "J"
THE GULF OF MEXICO, ON )
APRIL 20, 2010     ) JUDGE BARBIER
            ) MAG. JUDGE SHUSHAN

Deposition of Dawn Peyton, taken
at Pan-American Building, 601 Poydras Street,
11th Floor, New Orleans, Louisiana, 70130, on
the 8th day of September, 2011.

**2**

1
2            A P P E A R A N C E S
3
APPEARING FOR THE PLAINTIFFS' STEERING
   COMMITTEE:
4     Mr. Guy E. Matthews
      MATTHEWS, LASON & JOHNSON
5     200 Bering Drive, Suite 700
      Houston, Texas  77057-3778
6
      Ms. Annika K. Martin
7     LIEFF CABRASER HEIMANN & BERNSTEIN
      250 Hudson Street, 8th Floor
8     New York, New York  10013-1413
9
APPEARING FOR BP, INC.:
10    Mr. Darin T. Beffa
      KIRKLAND & ELLIS
11    333 South Hope Street
      Los Angeles, California  90071
12
13 APPEARING FOR TRANSOCEAN:
      Ms. Stephany LeGrand
14    SUTHERLAND ASBILL & BRENNAN
      1001 Fannin, Suite 3700
15    Houston, Texas  77002-6760
16
APPEARING FOR ANADARKO PETROLEUM COMPANY:
17    Ms. Nancy M. Wilms
      Ms. Jennifer MikeLevine
18    BINGHAM MCCUTCHEN
      355 South Grand Avenue, Suite 4400
19    Los Angeles, California  90071-3106
20
APPEARING FOR CAMERON INTERNATIONAL
21    CORPORATION:
      Mr. Keith Hall
22    STONE PIGMAN WALTHER WITTMAN
      546 Carondelet Street
23    New Orleans, Louisiana  70130-3588
24
25

**3**

1            A P P E A R A N C E S (Continued)
2
3  APPEARING FOR DRIL-QUIP, INC.:
      Ms. Margaret Bryant
4     WARE, JACKSON, LEE & CHAMBERS
      America Tower, 42nd Floor
5     2929 Allen Parkway
      Houston, Texas  77019-7101
6
7  APPEARING FOR M-I SWACO:
      Mr. R. Sean Brennan, Sr.
8     MORGAN, LEWIS & BOCKIUS, LLP
      1000 Louisiana Street, Suite 4200
9     Houston, Texas  77002-5006
10 APPEARING FOR HALLIBURTON:
      Mr. Floyd R. Hartley, Jr.
11    Mr. Timothy Alford
      GODWIN RONQUILLO
12    1201 Elm Street, Suite 1700
      Dallas, Texas  75270-2041
13
14 APPEARING FOR THE UNITED STATES:
      Mr. Scott Cernich
15    U.S. DEPARTMENT OF JUSTICE
      601 D Street, N.W.
16    Washington, D. C.  20004
17
18 APPEARING FOR THE STATE OF LOUISIANA:
      Mr. Douglas R. Kraus
19    Attorneys for Louisiana Attorney General
      KANNER & WHITELEY
20    701 Camp Street
      New Orleans, Louisiana  70130-3504
21
22 ALSO PRESENT:
      Mr. Peter Jennings, Videographer
23    Mr. Ray Aguirre, Case Manager
      Mr. Danny Damiani, Paralegal
24
25

**4**

1                  INDEX
2     VIDEOTAPED ORAL DEPOSITION OF
3            DAWN PEYTON
          SEPTEMBER 8, 2011
4
5                           PAGE
   Appearances . . . . . . . . . . . . .   2
6  Examination by Mr. Matthews . . . . .   9
   Examination by Ms. Martin  . . . . . .  66
7  Examination by Mr. Cernich . . . . . . 105
   Examination by Mr. Kraus . . . . . . . 178
8  Examination by Mr. Beffa . . . . . . . 188
   Examination by Mr. Hartley . . . . . . 225
9  Examination by Ms. Wilms . . . . . . . 299
10 Signature and changes . . . . . . . . 301
   Reporter's Certificate . . . . . . . . 303
11
12             EXHIBITS
13                        PAGE
14 EXHIBIT NO. 4987 . . . . . . . . . . .  29
      E-mail from Ms. Peyton to
15    Ms. Allbritton, dated 8/5/2009,
      ANA-MDL-000034816
16 EXHIBIT NO. 4988 . . . . . . . . . . .  31
      E-mail chain from Mr. Nikhil to
17    Ms. Peyton, dated 8/6/2009,
      ANA-MDL-000034456 through 58
18
   EXHIBIT NO. 4989 . . . . . . . . . . .  39
19    E-mail from Ms. Peyton to Mr. Morris,
      dated 8/19/2009, ANA-MDL000033885
20    through 925
21 EXHIBIT NO. 4990 . . . . . . . . . . .  42
      E-mail from Mr. Sanders to Mr. Hollek,
22    dated August 21, 2009,
      APC-HEC1-000003865
23
   EXHIBIT NO. 4991 . . . . . . . . . . .  43
24    Macondo Prospect, dated Sept. 9, 2009,
      ANA-MDL-000044080 through 94
25

**PURSUANT TO CONFIDENTIALITY ORDER**



57

5      Q.    Have you ever been told or do
6   you know personally whether or not the
7   Deepwater Horizon rig crew was incompetent?
8      MS. WILMS: Objection --
9      MR. KATZ: Object to the form.
10     A.    No, I don't -- I don't -- I've
11  not heard that.

59

58

PURSUANT TO CONFIDENTIALITY ORDER



213

20      Q.    (BY MR. BEFFA)  And is it also
21  true that the operations can be dangerous,
22  despite all the safety systems?
23      MS. WILMS:  Object to form.
24      A.    I mean, in -- in my opinion,
25  that -- that is true.

214

for your thinking?

PURSUANT TO CONFIDENTIALITY ORDER

225

13    Q.    I'm handing you what was marked
14  previously as Exhibit 5028 by counsel for BP.
15  That's the e-mail after the explosion that
16  you sent to your father and husband, right?
17    A.    It is.
18    Q.    Now, in that e-mail you
19  reference that you flew over the rig the week
20  before.  Did I understand that correctly?
21    MS. WILMS:  Object to form.
22    A.    You did hear that correctly.
23    Q.    (BY MR. HARTLEY)  Okay.  Were
24  you -- did you fly over the rig in a
25  helicopter?

226

1    A.    Yes.
2    Q.    And what was the purpose of that
3  trip?
4    A.    We actually were going to
5  Independence Hub, which is another asset that
6  I work, and you're giving your presentation
7  to the field guys.  And so on the way to that
8  platform we flew over the rig that was
9  drilling Macondo.
10    Q.    When you say "we," who else was
11  on that helicopter?
12    A.    Our asset team.
13    Q.    Including Paul Chandler, Alan
14  O'Donnell?
15    A.    Yes.
16    Q.    Nick Huch?
17    A.    I don't think Nick was there.
18    Q.    Who else from the asset team was
19  on the helicopter with you?
20    A.    It was Glenn Raney, Ben
21  Manoochehri, Sally Kemp, and then Paul and
22  Alan.  I'm not -- that's all I can recall.
23    Q.    Did you -- did you tour the rig,
24  circle it?
25    A.    We circled around it in the

227

1  helicopter, but we never stopped.  We just
2  kept going.
3    Q.    How long were you over the rig,
4  circling it?
5    A.    Oh, 20 seconds or so.
6    Q.    Any discussion about the rig
7  size, orientation --
8    A.    No.
9    Q.    -- condition?
10    A.    No.
11    Q.    Any discussion about the
12  operations on the Deepwater Horizon during
13  that helicopter flight?
14    A.    No.

228

4    Q.    (BY MR. HARTLEY)  Do you recall
5  during that helicopter trip either before
6  getting to the Deepwater Horizon or
7  afterwards whether was there any discussions
8  about well integrity or safety concerns on
9  the Macondo well?
10    A.    No.



**PURSUANT TO CONFIDENTIALITY ORDER**

302

1          I, DAWN PEYTON, have read the
foregoing deposition and hereby affix my

2    signature that same is true and correct,
except as noted above.

3

4



5    DAWN PEYTON

6    October 17, 2011

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**PURSUANT TO CONFIDENTIALITY ORDER**

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                    Reported By:
ROBERT QUITZAU VOL. II          May 26, 2011   DIANE TEWIS CLARK, RPR, RMR, CRR

Page 360

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


IN RE:  OIL SPILL BY  MDL NO. 2179
THE OIL RIG
"DEEPWATER HORIZON"   SECTION:  J
IN THE GULF OF
MEXICO, ON APRIL 20,  JUDGE BARBIER
2010                  MAG. JUDGE SHUSHAN




VOLUME 2


Deposition of ROBERT QUITZAU, 1910

Driscoll Street, Houston, Texas 77019, taken

in the Pontchartrain Room, 601 Poydras

Street, New Orleans, Louisiana 70130, on

Thursday, May 26, 2011.

601 Poydras Street, Suite 1720 GAUDET KAISER, L.L.C.   Telephone: (504) 525-9100
New Orleans, LA 70130-6009   Board-Certified Court Reporters   Facsimile: (504) 525-9109

7ffb0a57-1f7e-4faa-8aad-98cd5749994e

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010

Reported By:

ROBERT QUITZAU VOL. II          May 26, 2011   DIANE TEWIS CLARK, RPR, RMR, CRR



Page 401

Page 403

10      Q.    Did you ever review anything in
11   your role as the drilling engineer for
12   Macondo well that alerted you to safety
13   concerns on the Macondo well?
14      A.    Can you repeat the question?
15      Q.    During the course of -- as the
16   drilling engineer for the Macondo well,
17   during the course of your review of material,
18   as you tracked the Macondo -- the course of
19   the drilling on the Macondo well, did you see
20   anything that caused you concern about
21   safe -- the safety of the operations on the
22   Macondo well?
23      MS. WILMS:
24          Object to form.  Go ahead.
25      THE WITNESS:

Page 404

1          I did not.

601 Poydras Street, Suite 1720    GAUDET KAISER, L.L.C.    Telephone: (504) 525-9100
New Orleans, LA 70130-6009     Board-Certified Court Reporters    Facsimile: (504) 525-9109

7ffb0a57-1f7e-4faa-8aad-98cd5749994e

673

1

2

3           <u>WITNESS' CERTIFICATE</u>

4

5                    I have read or have had the

6    foregoing testimony read to me and hereby

7    certify that it is a true and correct

8    transcription of my testimony with the

9    exception of any attached corrections or

10   changes.

11

12

13   _____
                ROBERT QUITZAU

14

15

16

17   PLEASE INDICATE

18   ( ) NO CORRECTIONS

19   (✓) CORRECTIONS; ERRATA SHEET(S) ENCLOSED

20

21

22

23                        RECEIVED
                           SEP 2 2 2011

24

25

                    GAUDET, KAISER, L.L.C.
                  Board-Certified Court Reporters

**1**

1             UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF LOUISIANA
2
3   **IN RE:** OIL SPILL     )   MDL NO. 2179
   **by the** OIL RIG,    )
4    DEEPWATER HORIZON in   )   SECTION "J"
   the GULF OF MEXICO,    )
5    April 20, 2010      )   JUDGE BARBIER
                  )
6                )   MAG. JUDGE
               )   SHUSHAN
7
8
9
10
11
12
13
14
15
16
17
18
19        VOLUME 2 OF 2
20
21
22     Deposition of WILLIAM LeNORMAND, taken at
   Pan-American Building, 601 Poydras Street,
23   11th Floor, New Orleans, Louisiana, 70130, on
   June 21, 2011.
24
25

**2**

1        A P P E A R A N C E S
2
3   APPEARING FOR THE PLAINTIFFS' STEERING
   COMMITTEE:
4
   Mr. Jimmy Williamson
5   WILLIAMSON & RUSNAK
   4310 Yoakum Boulevard
6   Houston, Texas 77006-5818
7
   APPEARING FOR CAMERON:
8
   Mr. Eric J.R. Nichols
9   BECK, REDDEN & SECREST
   515 Congress, Suite 1750
10   Austin, Texas 78701
11   Mr. William L. Doffermyre
   WILLIAMS & CONNOLLY, LLP
12   725 Twelfth Street, N.W.
   Washington, D.C. 20005
13
   Mr. Brad N. Eastman
14   CAMERON
   4646 W. Sam Houston Parkway North
15   Houston, TX 77008
16
   APPEARING FOR THE WITNESS:
17
   Mr. Collin J. Cox
18   YETTER COLEMAN, LLP
   909 Fannin, Suite 3600
19   Houston, Texas 77010
20
   APPEARING FOR BP, INC.:
21
   Mr. Chris J. Coulson
22   KIRKLAND & ELLIS, LLP
   300 North LaSalle
23   Chicago, Illinois 60654
24
25

**3**

1
2   **APPEARING FOR TRANSOCEAN:**
   Mr. David A. Baay
3   Ms. Stephany LeGrand
   SUTHERLAND, ASBILL & BRENNAN, LLP
4   1001 Fannin, Suite 3700
   Houston, Texas 77002
5
6   APPEARING FOR HALLIBURTON:
7   Mr. Bruce Bowman
   Ms. Elisaveta Dolghih
8   GODWIN RONQUILLO
   1201 Elm Street, Suite 1700
9   Dallas, Texas 75270-2041
10
11   APPEARING FOR THE UNITED STATES:
12   Mr. David J. Pfeffer
   U.S. DEPARTMENT OF JUSTICE
13   Civil Division, Torts Branch
   1425 New York Avenue, Northwest, Suite 10100
   Washington, D.C. 20005
14
15   **APPEARING FOR ANADARKO PETROLEUM COMPANY:**
16   Mr. Christopher P. Berka
   BINGHAM McCUTCHEN
17   1900 University Avenue
   East Palo Alto, California 94303
18
   Ms. Jordan Ray
19   BINGHAM McCUTCHEN
   355 South Grand Avenue
20   Suite 4400
   Los Angeles, California 90071
21
22
23
24
25

**4**

1   APPEARING FOR MOEX USA AND MOEX OFFSHORE
   2007, LLC
2
   Mr. Philip D. Nizialek
3   CARVER, DARDEN, KORETZKY, TESSIER, FINN,
   BLOSSMAN & AREAUX, LLC
4   1100 Poydras, Suite 3100
   New Orleans, Louisiana 70163
5
6   **APPEARING FOR WEATHERFORD:**
7   Mr. Michael G. Lemoine
   JONES WALKER
8   600 Jefferson Street, Suite 1600
   Lafayette, Louisiana 70501
9
10   APPEARING FOR DRIL-QUIP:
11   Mr. Tyler Henkel
   WARE, JACKSON, LEE & CHAMBERS
12   2929 Allen Parkway, 42nd Floor
   Houston, Texas 77019
13
14   APPEARING ON BEHALF OF M-I SWACO, LLC:
15   Mr. Paul E. Krieger
   MORGAN LEWIS
16   1000 Louisiana St., Suite 4000
   Houston, TX 77002-5006
17
18   ALSO PRESENT:
   Mr. James Deel - Videographer
19
20   REPORTED BY:
21       RENE WHITE MOAREFI, CSR, CCR
       Certified Shorthand Reporter
22       State of Texas
       Certified Court Reporter
23       State of Louisiana
24
25

Worldwide Court Reporters, Inc.
(800) 745-1101



**85**

**87**

14    Q.    Before working in the hive with
15  Mr. Fry, had you had experience working with
16  him on Transocean rigs?
17    A.    Not working side by side on
18  Transocean rigs, no, sir.
19    Q.    Okay.  What experience had you
20  had with Mr. Fry prior to working with him in
21  the BP hive?
22    A.    Phone conversations,
23  troubleshooting problems on rigs, and
24  meetings.
25    Q.    How far back did your

**86**

**88**

1  relationship with Mr. Fry go?
2    A.    I want to say three years, four
3  years.
4    Q.    So if you -- if I say you met
5  Mr. Fry in 2007, does that sound accurate to
6  you, approximately?
7    A.    I probably talked to him in
8  2007.  It was mainly interaction over
9  telephone.
10    Q.    Okay.  In your opinion, based on
11  your experience in interacting with Mr. Fry,
12  was he good at his job?
13    A.    I feel he did a good job, yes,
14  sir.
15    Q.    Do you feel he was knowledgeable
16  about Cameron BOPs?
17    A.    Yes, sir.
18    Q.    In your experience working with
19  Mr. Fry, do you feel he was knowledgeable
20  about servicing and maintaining BOPs?
21    A.    I never worked with him actually
22  on that aspect.  It was just mainly
23  troubleshooting.
24    Q.    And to be clear, you were
25  troubleshooting maintenance or service

**22  (Pages 85 to 88)**

**89**

1  problems or repair issues with BOP -- with
2  Transocean's BOP equipment?
3      A.    Yes, sir.  When y'all had
4  downtime incidents, we'd troubleshoot it over
5  the phone and try to get techs out to the
6  rigs.
7      Q.    Okay.  And explain to me how
8  that worked.  Would Mr. Fry call you and
9  consult you on the problem they were having?
10     A.    Yes, sir.
11     Q.    And would he discuss with you
12  solutions to those BOP maintenance issues?
13     MR. NICHOLS:
14         Objection, form.
15     A.    We would talk about the problems
16  at hand on the rig if -- you know, and the
17  best way to move forward in fixing the
18  problems.
19  EXAMINATION BY MR. BAAY:
20     Q.    And would the result of some of
21  those conversations be that he would ask you
22  to send a Cameron service tech out to the
23  rig?
24     A.    Yes, sir.  On some incidents we
25  sent Cameron service techs out to the rigs.

**90**

1      Q.    Okay.  So in some instances, you
2  would talk through the problem, he would find
3  a solution that a Transocean subsea engineer
4  could fix; is that true?
5      A.    That is correct.
6      Q.    In other circumstances you would
7  discuss the problem and he would say, hey, I
8  think I need to have a Cameron service hand
9  come help me on this?
10     A.    Yes, sir.
11     Q.    Okay.  And in -- in those
12  interactions, do you believe or did -- did
13  you draw the opinion that Mr. Fry was
14  knowledgeable about servicing and maintaining
15  Cameron BOPs?
16     A.    Yes, sir, Mr. Fry was
17  knowledgeable on the Cameron BOP.
18     Q.    Did you like Mr. Fry?
19     A.    Yes, sir.  I had no problems
20  with Mr. Fry.

**91**

20     Q.    Same set of questions for
21  Mr. Stringfellow:  In your opinion was he
22  good at his job?
23     A.    I believe him to be good at his
24  job, yes, sir.
25     Q.    Do you believe he was

**92**

1  knowledgeable about Cameron blowout
2  preventers?
3      A.    Yes.
4      Q.    And do you believe he was
5  knowledgeable about servicing and maintaining
6  blowout preventers?
7      A.    Yes, sir.
8      Q.    In other words you were
9  impressed at how he did his job?
10     A.    He done a good job at doing his
11  job.



Worldwide Court Reporters, Inc.
(800) 745-1101

121

123

15          Q.    Sure.  Based on your experience
16   in working with Transocean in the 100
17   times -- plus times you've been on a
18   Transocean rig to help service their blowout
19   preventers, would you agree that they're
20   proactive about getting Cameron involved to
21   help service their blowout preventers?
22          MR. NICHOLS:
23              Objection, form.
24          A.    I believe y'all called us when
25   y'all had problems or needed help, yes, sir.

122

1    EXAMINATION BY MR. BAAY:
2          Q.    And we weren't shy about doing
3    it; you'd agree to that?
4          A.    I'd agree with that.



31 (Pages 121 to 124)

Worldwide Court Reporters, Inc.
(800) 745-1101



125

126

5     Q.    Mr. LeNormand, before we took a
6  break, we were talking a little bit about
7  your time on Transocean's rigs.
8          And so I want to ask you this
9  question:  In your experience on Transocean's
10  rigs, did you feel that the crew made safety
11  a priority?
12     A.    Yes, sir.
13     Q.    When you went aboard
14  Transocean's rigs, did their rig crew provide
15  you a thorough and comprehensive orientation?
16     A.    Yes, sir.
17     Q.    And that included a safety
18  orientation?
19     A.    Yes, sir.
20     Q.    Did it also -- go ahead.
21     A.    Every time.
22     Q.    Right.  Without exception,
23  right?
24     A.    Yes, sir.
25     Q.    Did it also include an

127

1  orientation and meeting about evacuation
2  plans?
3     A.    Yes, sir.
4     Q.    Would you agree that those plans
5  were thorough and comprehensive?
6     A.    Yes, sir, and we also had
7  drills.
8     Q.    Okay.  Tell me about those.
9     A.    They'd have them sometimes at
10  night and sometimes during the day, be fire
11  drills.  And you'd have an announcement come
12  over the PA, tell you that you need to either
13  muster or head to your life -- your
14  designated lifeboat.
15     Q.    When you went on Transocean's
16  rigs, what's the typical length of time you
17  would spend on the rig?  Three or four days?
18     A.    Sometimes up to a week, yes,
19  sir.
20     Q.    Up to a week in some
21  circumstances?
22     A.    Yes, sir.
23     Q.    Is it fair to say you got a -- a
24  very extensive sampling and experience with
25  how Transocean conducts itself on its rigs?

128

1     A.    Yes, sir.
2     Q.    I mean, you've been on -- you
3  said that, by your estimation, more than 100
4  times --
5     A.    Yes, sir.
6     Q.    -- you've been on Transocean's
7  rigs; is that right?
8     A.    Yes, sir.
9     Q.    Do you have any complaints about
10  how Transocean handled their safety
11  orientations when you would come aboard their
12  rigs?
13     A.    No, sir.  You went through them,
14  and they were long and extensive.

32 (Pages 125 to 128)

**Page 1**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL      ) MDL NO. 2179
BY THE OIL RIG        )
"DEEPWATER HORIZON" IN ) SECTION "J"
THE GULF OF MEXICO, ON )
APRIL 20, 2010        ) JUDGE BARBIER
                      ) MAG. JUDGE SHUSHAN

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
VOLUME 1 of 1
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Deposition of STEVE JOHNSON, taken at Pan-American Building, 601 Poydras Street, 11th Floor, New Orleans, Louisiana, 70130, on September 27, 2011.

**Page 2**

1  
2       A P P E A R A N C E S
3  
   APPEARING FOR THE PLAINTIFFS' STEERING COMMITTEE:
4      Mr. Michael C. Palmintier
       Mr. Jonathan Williams
5      DEGRAVELLES, PALMINTIER, HOLTHAUS &
         FRUGÉ
6      618 Main Street
       Baton Rouge, Louisiana  70801-1910
7  
   APPEARING FOR M-I SWACO AND THE WITNESS:
8      Ms. Denise Scofield
       Mr. John C. Funderburk
9      MORGAN, LEWIS & BOCKIUS, LLP
       1000 Louisiana Street, Suite 4200
10     Houston, Texas 77002-5006
11  
   APPEARING FOR BP, INC.:
12     Mr. Geoffrey A. David
       KIRKLAND & ELLIS
13     601 Lexington Avenue
       New York, New York  10022
14  
15 APPEARING FOR TRANSOCEAN:
16     Mr. Ryan D. King
       GOFORTH EASTERLING, LLP
       4900 Woodway, Suite 750
17     Houston, Texas  77056
18  
   APPEARING FOR HALLIBURTON:
19     Mr. Floyd R. Hartley, Jr.
       Ms. Jill J. Prudhomme
20     GODWIN RONQUILLO
       1201 Elm Street, Suite 1700
21     Dallas, Texas 75270-2041
22  
   APPEARING FOR ANADARKO PETROLEUM COMPANY:
23     Mr. David Yamin
       BINGHAM MCCUTCHEN
24     One Federal Street
       Boston, Massachusetts 02110-1726
25

**Page 3**

1  APPEARING FOR CAMERON INTERNATIONAL CORPORATION:
      Mr. Keith B. Hall
2     STONE PIGMAN WALTHER WITTMAN
3     546 Carondelet Street
      New Orleans, Louisiana  70130-3588
4  
   APPEARING FOR WEATHERFORD:
5     Mr. Brett S. Venn
      JONES, WALKER, WAECHTER, POITEVENT,
6        CARRERE & DENEGRE, LLP
      201 St. Charles Avenue
7     New Orleans, Louisiana  70170-5100
8  
   ALSO PRESENT:
9     Mr. Pete Jennings, Videographer
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**Page 4**

1               INDEX
   VIDEOTAPED ORAL DEPOSITION OF
2           STEVE JOHNSON
          SEPTEMBER 27, 2011
3            VOLUME 1 of 1
4
5                           Page
6  APPEARANCES........................... 2
7
8  EXAMINATION BY MR. PALMINTIER......... 6
9  EXAMINATION BY MR. DAVID.............. 74
10 EXAMINATION BY MR. KING............... 102
11 EXAMINATION BY MR. HARTLEY............ 108
12 EXAMINATION BY MR. YAMIN.............. 167
13 EXAMINATION BY MR. PALMINTIER......... 169
14
15 CHANGES AND SIGNATURE................. 179
16 REPORTER'S CERTIFICATION............. 181
17
18           EXHIBIT INDEX
19                          Page
20 Exhibit No. 5400.................... 132
      M-I SWACO VRF70 dated
21    7/13/08; Reference Number
      08071402NC; no Bates number
22 Exhibit No. 5401.................... 132
      M-I SWACO VRF70 dated
23    08/04/05; Reference Number
      05080202N; no Bates number
24
25 Exhibit No. 5402.................... 132

1 (Pages 1 to 4)

**PURSUANT TO CONFIDENTIALITY ORDER**



16    I guess, first off, based on your
17 experience with the Transocean personnel on the
18 DEEPWATER HORIZON, did you ever get the
19 impression that any of them deliberately wanted
20 to cause injury to the environment or to any
21 person?
22    MR. PALMINTIER:
23       Object to form.
24    A.   No.
25 EXAMINATION BY MR. KING:

PURSUANT TO CONFIDENTIALITY ORDER



105

**Q. Okay. And based on your experience with the Transocean personnel on the DEEPWATER HORIZON, did you ever get the impression that any of them were malicious or didn't care in any way about causing injury to another human or the environment?**
**MR. PALMINTIER:**
Object to form.
A. No.
**EXAMINATION BY MR. KING:**
**Q. Okay. In your experience on the DEEPWATER HORIZON and also on the DISCOVERER SPIRIT, did you feel that the Transocean rig crew made safety a priority?**
A. Yes.
**MR. PALMINTIER:**
Object to form.
**EXAMINATION BY MR. KING:**
**Q. Did you feel that Transocean was a safety conscious company?**
**MR. PALMINTIER:**
Object to form.
A. Yes.
[redacted]

106

[redacted]
**Your experience on the DEEPWATER HORIZON, did you feel that the Transocean crew were competent?**
**MR. PALMINTIER:**
Object to form.
A. And when I dealt with them, yes.
**EXAMINATION BY MR. KING:**
**Q. While onboard the DEEPWATER HORIZON, did you participate in safety drills?**
A. Yes.
**Q. And how often did you participate in those?**
A. I don't recall, but there was plenty of them.
**Q. Was it on a weekly basis?**
A. Yes.

107

**Q. Okay. Did you ever participate in any well control drills?**
A. Yes.
**Q. Did you -- did you feel like, based on your participation in those drills, that you knew what your responsibilities were in the case of a well control event?**
A. Yes.
**Q. Okay. Do you feel like you were adequately trained?**
A. Yes.
**Q. Did you have any complaints about the safety drills that you participated in onboard the DEEPWATER HORIZON?**
A. No.
[redacted]

108

[redacted]

PURSUANT TO CONFIDENTIALITY ORDER

**1**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL      )  MDL NO. 2179
BY THE OIL RIG         )
"DEEPWATER HORIZON" IN )  SECTION "J"
THE GULF OF MEXICO, ON )
APRIL 20, 2010      )  JUDGE BARBIER
            )  MAG. JUDGE SHUSHAN

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
VOLUME 1
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Deposition of Leo Thomas Lindner, III,
taken at the Pan-American Building, 601 Poydras
Street, 11th Floor, New Orleans, Louisiana,
70130, on the 14th day of September, 2011.

**2**

1
2
3   A P P E A R A N C E S
    APPEARING FOR THE PLAINTIFFS' STEERING COMMITTEE:
    Mr. Joseph Bruno
4   Ms. Melissa DeBarbieris
    BRUNO & BRUNO
5   855 Baronne Street
    New Orleans, Louisiana  70113
6
    APPEARING FOR BP, INC.:
7   Mr. Don K. Haycraft
    LISKOW & LEWIS
8   One Shell Square
    701 Poydras Street, Suite 5000
9   New Orleans, Louisiana  70139-5099
10  APPEARING FOR TRANSOCEAN:
    Mr. Michael R. Doyen
11  Mr. Matthew M. Steinberg
    MUNGER TOLLES & OLSON
12  355 South Grand Avenue, 35th Floor
    Los Angeles, California  90071-1560
13
    APPEARING FOR ANADARKO PETROLEUM COMPANY:
14  Ms. Leigh Ann Schell
    Mr. Joseph H. Hart, IV
15  KUCHLER POLK SCHELL WEINER & RICHESON
    1615 Poydras Street, Suite 1300
16  New Orleans, Louisiana  70112
17  APPEARING FOR CAMERON INTERNATIONAL CORPORATION:
    Ms. Carmelite M. Bertaut
18  Ms. Lauren E. Godshall
    STONE PIGMAN WALTHER WITTMAN
19  546 Carondelet Street
    New Orleans, Louisiana  70130-3588
20
    APPEARING FOR WEATHERFORD:
21  Mr. Edward D. Wegmann
    JONES, WALKER, WAECHTER, POITEVENT,
22  CARRERE & DENEGRE, LLP
    201 St. Charles Avenue
23  New Orleans, Louisiana  70170-5100
24
25

**3**

1   APPEARING FOR MOEX:
    Mr. Jack Reynolds
2   PILLSBURY WINTHROP SHAW PITTMAN
    2 Houston Center
3   909 Fannin, Suite 2000
    Houston, Texas  77010-1018
4
    APPEARING FOR M-I SWACO:
5   Mr. Hugh E. Tanner
    Mr. John C. Funderburk
6   Ms. Denise Scofield
    MORGAN, LEWIS & BOCKIUS, LLP
7   1000 Louisiana Street, Suite 4000
    Houston, Texas  77002-5006
8
    APPEARING FOR HALLIBURTON:
9   Mr. Floyd R. Hartley, Jr.
    Ms. Jill J. Prudhomme
10  GODWIN RONQUILLO
    Renaissance Tower
11  1201 Elm Street, Suite 1700
    Dallas, Texas  75270-2041
12
13  APPEARING FOR THE UNITED STATES:
    Mr. Matthew Z. Leopold
14  U.S. DEPARTMENT OF JUSTICE
    ENVIRONMENTAL & NATURAL
15  RESOURCES DIVISION
    ATTORNEY ADVISOR, LAW AND POLICY SECTION
16  950 Pennsylvania Avenue, N.W., Room 2616
    Washington, D.C.  20530
17  APPEARING FOR THE STATE OF LOUISIANA:
    Mr. David A. Pote
18  Attorneys for Louisiana Attorney General
    KANNER & WHITELEY
19  701 Camp Street
    New Orleans, Louisiana  70130-3504
20
21  ALSO PRESENT:
    Mr. Peter Jennings, Videographer
22
23
24
25

**4**

1                 INDEX
2   VIDEOTAPED ORAL DEPOSITION OF
          LEO THOMAS LINDNER, III
3          SEPTEMBER 14, 2011
               VOLUME 1
4
5   Appearances...................................... 2
6
    Direct Examination-Mr. Bruno.................. 5
7   Examination-Mr. Leopold...................... 212
    Examination-Mr. Doyen........................ 291
8
9   Changes and Signature........................ 360
    Reporter's Certificate....................... 362
10
11
12          EXHIBIT INDEX
13
14  Ex. No.     Description           Marked
15  5139  Drawing demonstrating path of
            the mud; one page           46
16
    5140  Feb 22, 2009 Mi SWACO document,
17          marked as CONFIDENTIAL; Bates
            No. BP-HZN-2179MDL00004310 -
18          04312                       47
19  5141  Jan 27, 2010 E-mail string among
            Don Vidrine and Leo Lindner,
20          Subject: Displacement to seawater
            with Attachments, marked as
21          CONFIDENTIAL; Bates No.
            BP-HZN-2179MDL01407580 - 07581   290
22
    5142  Feb 20, 2010 E-mail from Leo
23          Lindner, Subject: Proposed
            Procedure for FAS with Attachments;
24          Bates No. M-I 00034324 - 34327   326
25

**PURSUANT TO CONFIDENTIALITY ORDER**



357

1    A.  I trust -- I trusted every crew on the
2  HORIZON.
3    Q.  Did you have any reason to think this
4  crew would take any unnecessary risk in
5  displacing the well or conducting the test?
6    A.  No.
7    Q.  Did you have any reason to think they
8  wouldn't do everything they could to control the
9  well?
10   A.  I believe they did their best.

359

360

1           CHANGES AND SIGNATURE
2  WITNESS NAME: LEO THOMAS LINDNER, III
3  DATE OF DEPOSITION: SEPTEMBER 14, 2011
4  PAGE LINE      CHANGE          REASON
5  _____
6  _____
7  _____
8  _____
9  _____
10 _____
11 _____
12 _____
13 _____
14 _____
15 _____
16 _____
17 _____
18 _____
19 _____
20 _____
21 _____
22 _____
23 _____
24 _____
25 _____

358

16   Q.  Did you, when you went to bed, trust the
17 rig crew to deal with whatever situation came up
18 as it completed the displacement process?
19   A.  I had complete trust in the A crew and
20 in -- and in BP.
21   Q.  Is it fair to say, on this occasion and
22 many occasions, you -- you left your personal
23 safety in their hands?
24   A.  Yes, sir.
25   Q.  Did you trust the crew?

PURSUANT TO CONFIDENTIALITY ORDER

**1**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL        )  MDL NO. 2179
BY THE OIL RIG          )
"DEEPWATER HORIZON" IN ) SECTION "J"
THE GULF OF MEXICO, ON )
APRIL 20, 2010        )  JUDGE BARBIER
                      )  MAG. JUDGE SHUSHAN

*****************
VOLUME 1
*****************

Deposition of Gregory Luke Meche, taken
at the Pan-American Building, 601 Poydras Street,
11th Floor, New Orleans, Louisiana, 70130, on the
6th day of October, 2011.

---

**2**

1    
2    
3    
4         A P P E A R A N C E S
5    APPEARING FOR THE PLAINTIFFS' STEERING COMMITTEE:
        Mr. Michael C. Palmintier
        Mr. Jonathan Williams
        DEGRAVELLES, PALMINTIER, HOLTHAUS & FRUGÉ
        618 Main Street
        Baton Rouge, Louisiana  70801-1910
7    
8    APPEARING FOR BP, INC.:
        Ms. Leslie S. Garthwaite
        KIRKLAND & ELLIS
        300 North LaSalle
        Chicago, Illinois  60654
10   
11   APPEARING FOR TRANSOCEAN:
        Ms. Amber B. Shushan
        Mr. Robert A. Lemus
        SUTHERLAND ASBILL & BRENNAN
        1001 Fannin, Suite 3700
        Houston, Texas  77002-6760
14   APPEARING FOR ANADARKO PETROLEUM COMPANY:
        Mr. Joseph H. Hart, IV
        Mr. Thomas A. Porteous
        KUCHLER POLK SCHELL WEINER & RICHESON
        1615 Poydras Street, Suite 1300
        New Orleans, Louisiana 70112
17   
18   APPEARING FOR CAMERON INTERNATIONAL CORPORATION:
        Mr. Joe W. Redden, Jr.
        BECK, REDDEN & SECREST
        One Houston Center
        1221 McKinney Street, Suite 4500
        Houston, Texas  77010-2010
21   
22   APPEARING FOR WEATHERFORD:
        Mr. William J. Joyce
        JONES, WALKER, WAECHTER, POITEVENT,
        CARRERE & DENEGRE, LLP
        201 St. Charles Avenue
        New Orleans, Louisiana  70170-5100
25

---

**3**

1    APPEARING FOR DRIL-QUIP, INC.:
        Ms. Wendy Ware Bishop
2       WARE, JACKSON, LEE & CHAMBERS
        America Tower, 42nd Floor
3       2929 Allen Parkway
        Houston, Texas  77019-7101
4    
5    APPEARING FOR M-I SWACO:
        Mr. Hugh E. Tanner
        Ms. Denise Scofield
6       MORGAN, LEWIS & BOCKIUS, LLP
        1000 Louisiana Street, Suite 4000
7       Houston, Texas 77002-5006
8    APPEARING FOR HALLIBURTON:
        Mr. Floyd R. Hartley, Jr.
9       Ms. Jill J. Prudhomme
        GODWIN RONQUILLO
10      Renaissance Tower
        1201 Elm Street, Suite 1700
11      Dallas, Texas 75270-2041
12   APPEARING FOR THE UNITED STATES:
        Mr. A. Nathaniel Chakeres
13      U.S. DEPARTMENT OF JUSTICE
        ENVIRONMENTAL & NATURAL
14      RESOURCES DIVISION
        601 D Street, N.W.
15      Washington, D.C.  20004
16   APPEARING FOR THE STATE OF LOUISIANA:
        Mr. Lambert J. "Joe" Hassinger, Jr.
17      GALLOWAY, JOHNSON, TOMPKINS, BURR
        AND SMITH
18      701 Poydras Street, 40th Floor
        New Orleans, Louisiana  70139
19   
20   ALSO PRESENT:
        Mr. Peter Jennings, Videographer
21   
22   
23   
24   
25

---

**4**

1                INDEX
2    VIDEOTAPED ORAL DEPOSITION OF
           GREGORY LUKE MECHE
3            OCTOBER 6, 2011
              VOLUME 1
4    
5    
6    Appearances....................................  2
7    
     Direct Examination-Mr. Palmintier.............  6
8    Examination-Mr. Chakeres....................  105
     Examination-Mr. Hartley....................  127
9    Examination-Ms. Shushan.................  175
     Examination-Ms. Garthwaite.................  188
10   Examination-Mr. Hart.................  263
     Redirect Examination-Mr. Palmintier..........  284
11   
12   Changes and Signature.......................  290
     Reporter's Certificate.....................  292
13   
14   
15   
16          EXHIBIT INDEX
17   
18   Ex. No.     Description         Marked
19   5561   May 14, 2010 Email from Brian
            Martin to Kimberly Teweleit,
20          Subject: Emailing: Leo Linder.xls,
            with Attachments, two pages;
21          Bates No. BP-HZN-BLY00081083      106
22   5562   M-I Swaco Form 3004-1 - Static
            Sheen Test Report Form,
23          Certificate of Analysis, marked
            as HIGHLY CONFIDENTIAL; Bates Nos.
24          M-I 00058994 - M-I 00059035      120
25

---

1 (Pages 1 to 4)

**PURSUANT TO CONFIDENTIALITY ORDER**

173

175

10     Q.  First, I'd like to talk to you about your
11   experience on the -- over the three years on
12   DEEPWATER HORIZON.
13       Did you ever get the impression that
14   Transocean personnel aboard the DEEPWATER HORIZON
15   deliberately wanted to harm the environment?
16   A.  No.
17       MR. HARTLEY: Objection, form.
18   Q.  (By Ms. Shushan) Or any person?
19   A.  I'm sorry?
20   Q.  Did you ever get the impression that
21   Transocean personnel aboard the DEEPWATER HORIZON
22   deliberately wanted to harm any person?
23       MR. HARTLEY: Objection, form.
24   A.  No.
25   Q.  (By Ms. Shushan) Did you ever get the

174

176

1    impression that Transocean personnel aboard the
2    DEEPWATER HORIZON were malicious or didn't care
3    about causing injury to the environment?
4        MR. HARTLEY: Objection, form.
5    A.  No.
6    Q.  (By Ms. Shushan) Or any person?
7    A.  No.
8    Q.  Did the Transocean crew ab -- aboard the
9    DEEPWATER HORIZON make safety a priority?
10   A.  Yes.
11   Q.  Did you feel that Transocean was a safety
12   conscious company?
13   A.  Yes.
14   Q.  Did you feel that the Transocean
15   personnel aboard the DEEPWATER HORIZON were
16   competent?
17   A.  Yes.
18       MR. HARTLEY: Objection, form.
19   Q.  (By Ms. Shushan) While onboard the
20   DEEPWATER HORIZON, did you participate in Safety
21   Drills?
22   A.  Yes.
23   Q.  How often?
24   A.  At a minimum, once a week.



**PURSUANT TO CONFIDENTIALITY ORDER**



177

3      Q.  Based on your participation on the Safety
4   Drills, did you feel that you knew what your
5   responsibilities were in the case of -- of an
6   event that called for such a dr -- an action?
7      A.  Yes.
8      Q.  Did you feel that you were adequately
9   trained on Safety Procedures?
10      A.  Yes.
11      Q.  Do you have any complaints about the
12   Safety Drills that you participated in aboard the
13   DEEPWATER HORIZON?
14      A.  No.

178

179

**PURSUANT TO CONFIDENTIALITY ORDER**



261

3     Q.  Okay.  Are you familiar with the phrase
4  "stop the job"?
5     A.  Yes.
6     Q.  What does it mean to you?
7     A.  It means that I have the authority, as
8  does anyone else, to completely shut down an
9  operation for unsafe acts, or anything of the
10  like.
11     Q.  In your experience, were -- was everyone
12  on the DEEPWATER HORIZON familiar with the phrase
13  "stop the job"?
14     A.  Yes.
15        MR. HARTLEY:  Objection, form.
16        MR. HASSINGER:  Objection, form.
17     Q.  (By Ms. Garthwaite) In your experience,
18  were people on the DEEPWATER HORIZON serious
19  about safety?
20     A.  Very much.
21     Q.  Were you serious about safety?
22     A.  Very much.

**PURSUANT TO CONFIDENTIALITY ORDER**

**1**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL        )  MDL NO. 2179
BY THE OIL RIG        )
"DEEPWATER HORIZON" IN  )  SECTION "J"
THE GULF OF MEXICO, ON  )
APRIL 20, 2010      )  JUDGE BARBIER
         )  MAG. JUDGE SHUSHAN

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
VOLUME 1
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Deposition of STUART LACY, taken at Kirkland &
Ellis International, 30 St. Mary Axe, 22nd Floor,
London EC3A 8AF, England, United Kingdom, on the
23rd of September, 2011.

**2**

1           A P P E A R A N C E S
2
3   APPEARING FOR THE PLAINTIFFS' STEERING COMMITTEE:
     Mr. Ervin A. Gonzalez
     Mr. Geoff J. Keiser
4    COLSON, HICKS EIDSON
     600 Carondelet Street, Rm 810
5    New Orleans, Lousiana 70130
6
7   APPEARING FOR BP, INC.:
     Mr. John Lausch
     Ms. Hariklia "Carrie" Karis
8    KIRKLAND & ELLIS
     300 North LaSalle
9    Chicago, Illinois 60654
10
11  APPEARING FOR TRANSOCEAN:
     Mr. Daniel Johnson
     Ms. Stephany LeGrand
12   SUTHERLAND ASBILL & BRENNAN
     1001 Fannin, Suite 3700
13   Houston, Texas 77002-6760
14
15  APPEARING FOR ANADARKO PETROLEUM COMPANY:
     Mr. Tony Forte
     BINGHAM MCCUTCHEN
16   399 Park Avenue
     New York, New York 10022-4689
17
     Warren Anthony Fitch
18   BINGHAM MCCUTCHEN
     2020 K Street, Northwest
19   Washington, D.C. 20006-1806
20
21  APPEARING FOR CAMERON INTERNATIONAL CORPORATION:
     Mr. Thomas Ganucheau
22   BECK, REDDEN & SECREST
     One Houston Center
     1221 McKinney Street, Suite 4500
23   Houston, Texas 77010-2010
24
25  APPEARING FOR WEATHERFORD:
     Mr. Joseph J. Lowenthal, Jr.

**3**

1    JONES, WALKER, WAECHTER, POITEVENT,
        CARRERE & DENEGRE, LLP
2    201 St. Charles Avenue
     New Orleans, Louisiana 70170
3
4    APPEARING FOR M-I SWACO:
     Mr. John C. Funderburk
5    MORGAN, LEWIS & BOCKIUS, LLP
     1000 Louisiana Street, Suite 4000
6    Houston, Texas 77002-5006
7
     APPEARING FOR HALLIBURTON:
8    Mr. Gavin Hill
     Ms. Andrea Whitten
9    GODWIN RONQUILLO
     1201 Elm Street, Suite 1700
10   Dallas, Texas 75270-2041
11
     APPEARING FOR DRIL-QUIP, INC.:
12   Mr. C. Dennis Barrow, Jr.
     WARE, JACKSON, LEE & CHAMBERS
13   America Tower, 42nd Floor
     2929 Allen Parkway
14   Houston, Texas 77019-7101
15
16   APPEARING FOR THE UNITED STATES:
     Mr. A. Nathaniel Chakeres
17   U.S. DEPARTMENT OF JUSTICE
     ENVIRONMENTAL & NATURAL RESOURCES DIVISION
18   601 D Street, N.W.
     Washington, D.C. 20004
19   Ms. Malinda Lawrence
     U.S. DEPARTMENT OF JUSTICE
20   TORT BRANCH, CIVIL DIVISION
     1425 New York Avenue, N.W.
21   Suite 10100
     Washington, D.C. 20005
22   Post Office Box 14271
     Washington, D.C. 20044-4271
23
24   APPEARING FOR THE STATE OF LOUISIANA:
     Mr. Douglas R. Kraus
25   KANNER & WHITELEY

**4**

1    701 Camp Street
     New Orleans, Louisiana 70130-3504
2
     Mr. Michael Keller
3    Ms. Phyllis E. Glazer
     Assistant Attorney General
4    Litigation Division
     LOUISIANA DEPARTMENT OF JUSTICE
5    400 Poydras Street, Suite 1600
     New Orleans, Louisiana 70130-3220
6
7    APPEARING FOR MOEX:
     Mr. Jack Reynolds
8    PILLSBURY WINTHROP SHAW PITTMAN
     2 Houston Center
9    909 Fannin, Suite 2000
     Houston, Texas 77010-1018
10
11   ALSO PRESENT:
     Mr. Peter Jennings, videographer
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1 (Pages 1 to 4)

**PURSUANT TO CONFIDENTIALITY ORDER**



**165**

8    Q. You mentioned that you had visited the
9  DEEPWATER HORIZON on several occasions and worked
10  aboard the rig; is that correct?
11    A. For four years, correct.
12    Q. And when you visited the rig, presumably
13  you stayed the night, overnight on the rig?
14    A. Yeah.  Normally three weeks at a time.
15    Q. When you first arrived at the rig did you
16  receive a safety orientation?
17    A. Yes.  Yes, I did.
18    Q. And it --
19    A. You mean -- you mean the first time I went
20  to out the rig ever?  Or every time I was --
21    Q. Probably every time.
22    A. Yeah, every time.  We would have a reduced
23  one because we knew the rig and we had the longer
24  one originally.  So...
25    Q. And that orientation was given by the

**166**

1  TransOcean crew members?
2    A. Yes, it was.
3    Q. Did it include evacuation and emergency
4  procedures?
5    A. Yes, it did.
6    Q. At any time during the drilling of the
7  Macondo Well, did you observe any willful or
8  intentional misconduct towards human safety on the
9  part of any TransOcean crew member?
10    A. No, I didn't.
11    Q. At any time during the drilling of the
12  Macondo Well, did you observe any willful or
13  intentional misconduct towards the environment
14  of -- on the part of any TransOcean crew member?
15    A. No, I didn't.
16    Q. Based on the safety orientation and your
17  experience on the rig, were you aware that you had
18  the authority to call a work stoppage or a
19  time-out for safety if you observed any unsafe
20  condition?
21    A. Yes, I was.
22    Q. Did you ever call a time-out for safety?
23    A. Not in the sense that you mean.
24  Certainly, many times in the past I've stopped us
25  drilling, but it's not sort of stop a job; it's we

**167**

1  need to stop and circulate the sand.  Kind of,
2  yeah, but probably not in the kind of TransOcean
3  specific way that you mean.
4    Q. And in what way do you mean exactly?
5    A. Well, if we're not sure about something,
6  we can stop and circulate cuttings up and just get
7  our bearings a bit.
8    Q. And when you requested that that be done,
9  did -- did that happen?  Did the work stop?
10    A. Yes.  Yes, it did.
11    Q. And did the team regroup and --
12    A. Yeah.
13    Q. -- make sure that everyone --
14    A. Yeah, yeah.
15    Q. -- was on the same page?
16    A. Yeah.  Yes, they did.
17    Q. And work didn't commence again until
18  everybody was on the same page and felt that it
19  was safe to proceed?
20    A. Correct, yeah.

**168**

**PURSUANT TO CONFIDENTIALITY ORDER**

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                    Reported by:
KATHARINE FATIO PAINE VOL. II April 19, 2011          SANDRA D. FILES, CCR

Page 336

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  OIL SPILL      MDL NO. 2179
BY THE OIL RIG
"DEEPWATER HORIZON"   SECTION:  J
IN THE GULF OF
MEXICO, ON APRIL       JUDGE BARBIER
20, 2010               MAG. JUDGE SHUSHAN

Volume 2 of the Videotaped
Deposition of KATHARINE FATIO PAINE, 12903
Sugar Ridge Boulevard, Suite 4503,
Stafford, Texas, 77477, taken in the Pan
American Life Center, Pontchartrain Room,
11th Floor, 601 Poydras Street, New
Orleans, Louisiana 70130, on Tuesday, April
19, 2011.

APPEARANCES:

ON BEHALF OF THE PLAINTIFFS
STEERING COMMITTEE


LEWIS, KULLMAN, STERBCOW & ABRAMSON
By:  Paul M. Sterbcow, Esquire
601 Poydras Street, Suite 2615
New Orleans, Louisiana 70130

601 Poydras Street, Suite 1720 GAUDET KAISER, L.L.C      Telephone (504) 525-9100
New Orleans, Louisiana 70130-6029  Board-Certified Court Reporters      Facsimile: (504) 525-9109

1bf3f01f-e1bb-4af4-9df6-a37b2940155a

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                     Reported by:
KATHARINE FATIO PAINE VOL. II April 19, 2011                     SANDRA D. FILES, CCR



Page 509

Page 511

Page 510

512

4      Q.   Okay.  Did you ever feel unsafe
5   while you were on the DEEPWATER HORIZON
6   drilling the Macondo rig -- the Macondo
7   well?
8      A.   No.
9      Q.   Did you ever feel like the
10   Transocean rig crew was going faster than
11   they should to safely drill the well?
12      A.   No.
13      Q.   Would you have said something if
14   you felt unsafe while on the DEEPWATER
15   HORIZON?
16      A.   Yes.
17      Q.   Specifically we spent a lot of
18   time talking about March 8th.  Prior to the
19   kick on March 8th, did you think that the
20   drilling rate was unsafe?
21      A.   No.

601 Poydras Street, Suite 1720 GAUDET KAISER, L.L.C     Telephone (504) 525-9100
New Orleans, Louisiana 70130-6029  Board-Certified Court Reporters     Facsimile: (504) 525-9109

1bf3f01f-e1bb-4af4-9df6-a37b2940155a



Page 521

20    Q.   Do you feel that after March 8th
21  the Transocean rig crew drilled the well
22  safely?
23    A.   Yes.

Page 523

Page 522

Page 524

1bf3f01f-e1bb-4af4-9df6-a37b2940155a

**1**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL     ) MDL NO. 2179
BY THE OIL RIG       )
"DEEPWATER HORIZON" IN ) SECTION "J"
THE GULF OF MEXICO, ON )
APRIL 20, 2010       ) JUDGE BARBIER
                     ) MAG. JUDGE SHUSHAN

Deposition of VICTOR EMANUEL,
taken at Pan-American Building, 601 Poydras
Street, 11th Floor, New Orleans, Louisiana,
70130, on the 27th day of September, 2011.

**2**

1      A P P E A R A N C E S
2
3  APPEARING FOR THE PLAINTIFFS' STEERING
   COMMITTEE:
4      Mr. Walter J. Leger, Jr.
       Ms. Christine E. Sevin
5      LEGER & SHAW
       600 Carondelet Street, 9th Floor
6      New Orleans, Louisiana  70130
7
   APPEARING FOR BP, INC.:
8      Mr. Christopher W. Keegan
       Mr. Errling Tao
9      KIRKLAND & ELLIS
       555 California Street
10     San Francisco, California  94104
11
   APPEARING FOR TRANSOCEAN:
12     Mr. Allen M. Katz
       MUNGER TOLLES & OLSON
13     355 South Grand Avenue, 35th Floor
       Los Angeles, California  90071-1560
14
15 APPEARING FOR ANADARKO PETROLEUM COMPANY:
       Mr. Robert E. Guidry
16     Ms. Milele St. Julien
       KUCHLER POLK SCHELL WEINER & RICHESON
17     1615 Poydras Street, Suite 1300
       New Orleans, Louisiana 70112
18
19 APPEARING FOR CAMERON INTERNATIONAL
   CORPORATION:
20     Ms. Kathleen A. Gallagher
       BECK, REDDEN & SECREST
21     One Houston Center
       1221 McKinney  Street, Suite 4500
22     Houston, Texas  77010-2010
23
24
25

**3**

1      A P P E A R A N C E S (Continued)
2
3  APPEARING FOR WEATHERFORD:
       Mr. Joe Lowenthal
4      JONES, WALKER, WAECHTER, POITEVENT,
       CARRERE & DENEGRE, LLP
5      201 St. Charles Avenue
       New Orleans, Louisiana  70170
6
7  APPEARING FOR DRIL-QUIP, INC.:
       Ms. Margaret Bryant
8      WARE, JACKSON, LEE & CHAMBERS
       America Tower, 42nd Floor
9      2929 Allen Parkway
       Houston, Texas  77019-7101
10
11 APPEARING FOR M-I SWACO:
       Mr. John C. Funderburk
12     Mr. Hugh E. Tanner
       MORGAN, LEWIS & BOCKIUS, LLP
13     1000 Louisiana Street, Suite 4200
       Houston, Texas 77002-5006
14
15 APPEARING FOR HALLIBURTON:
       Mr. Gavin Hill
16     Ms. Laci Dreher
       GODWIN RONQUILLO
17     1201 Elm Street, Suite 1700
       Dallas, Texas 75270-2041
18
19 APPEARING FOR THE UNITED STATES:
       Mr. A. Nathaniel Chakeres
20     Ms. Abigail E. Andre
       U.S. DEPARTMENT OF JUSTICE
21     ENVIRONMENTAL & NATURAL
       RESOURCES DIVISION
22     601 D Street, N.W.
       Washington, D.C.  20004
23
24
25

**4**

1      A P P E A R A N C E S (Continued)
2
3  APPEARING FOR THE STATE OF LOUISIANA:
       Mr. Douglas R. Kraus
4      Attorneys for Louisiana Attorney General
       KANNER & WHITELEY
5      701 Camp Street
       New Orleans, Louisiana  70130-3504
6
7  ALSO PRESENT:
       Mr. Ray Aguirre, Case Manager
8      Ms. Kayla Barnes, Videographer
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1 (Pages 1 to 4)

PURSUANT TO CONFIDENTIALITY ORDER

105

106

```
1        Had you been on the Deepwater
2   Horizon on occasion before April 10th,
3   2000 -- I'm sorry, April 10th, 2010?
4        A.   That's correct.
5        Q.   How many time -- when was the
6   first time you were ever aboard that rig?
7        A.   Sometime in 2005.
8        Q.   Okay.  Can you tell me about on
9   how many occasions you were on the rig
10  between 2005 and between April 10th, 2010?
11       A.   I don't remember exactly the
12  number of times, but quite a few times.
13       Q.   Give -- can you give me an
14  estimate?  Was it more than ten?
15       A.   Yes, sir.
16       Q.   Was it more than 20?
17       A.   Hard to say.
18       Q.   Okay.  Somewhere --
19  approximately 20?
20       A.   Somewhere between ten and 20.
```



PURSUANT TO CONFIDENTIALITY ORDER



21   When you did your wireline work
22   on the Deepwater Horizon in April of 2010,
23   did you work with or InterACT with any
24   Transocean personnel, such as the driller or
25   the assistant driller or the OIM?

1        A.    Yes, sir.
2        Q.    And how -- how would you
3    InterACT with them?
4        A.    In the process to rig up, rig
5    down tools, safety meetings, moving equipment
6    on the deck.
7        Q.    And did you work with -- do you
8    remember any -- any individuals in particular
9    that you worked with in April 2010 by name?
10       A.    No, not by name.
11       Q.    Okay.  Did you work with them
12   enough to form any opinions about their --
13   their competence?
14       A.    I work in that rig for a long
15   time, and I never had a problem.  I'm not
16   trying to know what they do exactly, so...
17   But as far as me interacting on the rig,
18   everything was always fine.
19       Q.    You mentioned safety meetings.
20   What kind of safety meetings did you attend?
21       A.    Well, the rig has always safety
22   meetings, so as a third party we need to go
23   to those.  But for every operation that we
24   start or we're about to start, we need to
25   have a safety meeting where we will discuss

34  (Pages 133 to 136)

**PURSUANT TO CONFIDENTIALITY ORDER**

137

1  our JSA, which is the job safety procedures,
2  get everybody involved so everybody knows
3  their task and so everybody know what to do,
4  so we try to avoid any accident or incident.
5       **Q.    And for that five-day period**
6  **would you have one safety meeting at the --**
7  **at the beginning of the entire five-day**
8  **period, or would you have multiple safety**
9  **meetings as -- as the job progressed?**
10      A.    We will have one safety meeting
11  at the very beginning where we'll talk about
12  the whole operation, and then in between runs
13  we'll have a meeting, because the crew will
14  change in my side and their side, just to let
15  them know we're rigging down, this is how
16  we're going to do it; we're rigging up, this
17  is how we're going to do it.  So it will be a
18  continuous process.
19      **Q.    And in any of your interactions**
20  **with any Transocean personnel in April of**
21  **2010 did you ever experience anything where**
22  **you thought they were doing something that**
23  **was unsafe?**
24      A.    No, sir.
25      **Q.    When you come on the -- on the**

138

1  **ship from the helicopter, do you go through**
2  **some kind of orientation at -- at the**
3  **beginning of your stay on the ship?**
4      A.    When is the first time that you
5  visit the rig, yes, and when is -- if you
6  haven't been to the rig in a long period of
7  time, you go through an introduction again.
8      **Q.    And that involves watching a**
9  **video about safety procedures, mustering, and**
10  **so forth, evacuation?**
11      A.    I believe so, yes.

139

140



35 (Pages 137 to 140)

**PURSUANT TO CONFIDENTIALITY ORDER**

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL   )  MDL NO. 2179
by the  OIL RIG,   )
DEEPWATER HORIZON in)  SECTION "J"
the GULF OF MEXICO, )
April 20, 2010   )  JUDGE BARBIER
         )
         )  MAG. JUDGE
         )  SHUSHAN

Deposition of DOUGLAS MARTIN, taken at
Pan-American Building, 601 Poydras Street, 11th
Floor, New Orleans, Louisiana, 70130, on
September 14, 2011.

2

1
2          A P P E A R A N C E S
3
   APPEARING FOR THE PLAINTIFFS' STEERING COMMITTEE:
4
   Mr. Andrew A. Lemmon
   LEMMON LAW FIRM, LLC
5  650 Poydras Street, Suite 2335
   New Orleans, Louisiana  70130
6  andrew@lemmonlawfirm.com
7
   FOR THE PLAINTIFFS BUNDLE B-4
8
   Mr. Lloyd N. Frischhertz
9  FRISHHERTZ, LLC
   1130 St. Charles Avenue
10 New Orleans, Louisiana  70130
   lfrischhertz@frischhertzlaw.com
11
12
   APPEARING FOR BP, INC.:
13
   Ms. Esty R. Lobovits
14 KIRKLAND & ELLIS, LLP
   153 East 53rd Street
15 New York, New York 10022
   esty.lobovits@kirkland.com
16
17
   APPEARING FOR TRANSOCEAN:
18
   Ms. Stephany LeGrand
19 Mr. Daniel Johnson
   SUTHERLAND, ASBILL & BRENNAN, LLP
20 1001 Fannin, Suite 3700
   Houston, Texas  77002-6760
21 stephany.legrand@sutherland.com
   daniel.johnson@sutherland.com
22
23
24
25

3

1  APPEARING FOR HALLIBURTON:
2    Mr. Jerry C. von Sternberg
     GODWIN, RONQUILLO, PC
3    1331 Lamar, Suite 1665
     Houston, Texas 77010
4    cayork@godwinronquillo.com
     jvonsternberg@godwinronquillo.com
5
6
     APPEARING FOR CAMERON:
7
     Mr. Eric J.R. Nichols
8    BECK, REDDEN & SECREST
     515 Congress, Suite 1750
9    Austin, Texas 78701
     enichols@brsfirm.com
10
11
     APPEARING ON BEHALF OF M-I SWACO, LLC:
12
     Mr. R. Sean Brennan, Jr.
13   MORGAN, LEWIS, LEWIS & BOCKIUS, LLP
     1000 Louisiana St., Suite 4000
14   Houston, Texas 77002-5006
     sbrennan@morganlewis.com
15
16
     FOR GULF OFFSHORE LOGISTICS, LLC; JNB OPERATING,
17   LLC; MONICA ANN, LLC:
18   Mr. William J. Riviere
     PHELPS DUNBAR, LLP
19   365 Canal Street, Suite 2000
     New Orleans, Louisiana  70130
20   bill.riviere@phelps.com
21
22   FOR ISLAND VENTURES/NAUTICAL:
23   Mr. Robert McClesky, Jr.
     PHELPS DUNBAR, LLP
24   365 Canal Street, Suite 2000
     New Orleans, Louisiana  70130
25   mccleskb@phelps.com

4

1  FOR SEACOR HOLDINGS, INC.
2    Mr. Jeremy T. Grabill
     WEIL, GOTSHAL & MANGES, LLP
3    767 Fifth Avenue
     New York, New York  10153
4    jeremy.grabill@weil.com
5
6  FOR SMIT SALVAGE AMERICAS:
7    Mr. Bijan R. Siahatgar
     STRASBURGER
8    1402 McKinney, Suite 2200
     Houston, Texas  77010
     bijan.siahatgar@strasburger.com
9
10
11   ALSO PRESENT:
12       Mr. Mike Flores - The Videographer
13
     REPORTED BY:
14     Tamara Chapman, CSR
       Certified Shorthand Reporter
15     State of Texas
16
17
18
19
20
21
22
23
24
25

1 (Pages 1 to 4)

**PURSUANT TO CONFIDENTIALITY ORDER**



45

47

46

48

17    Q.  And the well control -- bringing
18  it under -- bringing the well under control would
19  have really been under BP's purview, as you
20  understood the division between BP and
21  Transocean?
22    A.  I knew --
23        MS. LOBOVITS: Object to the form.
24    A.  Yeah.  I know that we weren't the well
25  control people.

**PURSUANT TO CONFIDENTIALITY ORDER**



7       Q.  Mr. Martin, as someone who's been
8   involved in significant marine salvage
9   operations, do you have any -- based on your
10  experience in the response, do you have any
11  criticism of Transocean personnel that were there
12  or the actions of the Transocean personnel that
13  you worked with?
14      A.  No.

**PURSUANT TO CONFIDENTIALITY ORDER**

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                    Reported by:

ROSS SKIDMORE                    May 18, 2011  RENE WHITE MOAREFI, CCR, CRR, CSR

Page 1

                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

        IN RE:  OIL SPILL BY  MDL NO. 2179
        THE OIL RIG
        "DEEPWATER HORIZON"    SECTION:  J
        IN THE GULF OF
        MEXICO, ON APRIL 20,  JUDGE BARBIER
        2010                  MAG. JUDGE SHUSHAN




                        VOLUME 1


        Deposition of ROSS SKIDMORE taken in the

    Mardi Gras Room, Pan American Life Center,

    601 Poydras Street, New Orleans, Louisiana,

    on Wednesday, May 18, 2011.



    APPEARANCES:

    ON BEHALF OF THE PLAINTIFFS STEERING
    COMMITTEE:
            THE LAW FIRM OF COLSON HICKS EIDSON
            (BY:  ERVIN A. GONZALEZ, ESQUIRE)
            255 Alhambra Circle, Penthouse
            Coral Gables, Florida 33134

601 Poydras Street, Suite 1720 GAUDET KAISER, L.L.C.    Telephone: (504) 525-9100
New Orleans, LA 70130-6029    Board-Certified Court Reporters    Facsimile: (505) 525-9109

1cb0a27f-7549-497a-bbb3-4fa0d1a9a8c0

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                Reported by:
ROSS SKIDMORE                                May 18, 2011   RENE WHITE MOAREFI, CCR, CRR, CSR

Page 266



Page 268

1   good job of demonstrating the rig safety
2   features?
3        A.    The crew did an outstanding job
4   of it.
5        Q.    And I think -- and I read that
6   you testified that for not knowing what was
7   about to happen, they had you pretty well
8   schooled up on the safety features on the
9   rig?
10       A.    And I'll be thankful for that.

Page 267

6        Q.    I want to ask you a little bit
7   about the safety orientation that the
8   trans -- Transocean crew gave you when you
9   got on the rig.  I think you had some good
10  things to say about it in your Coast Guard
11  hearing.
12            But I wanted to ask you:  Did
13  you feel it was a comprehensive safety
14  orientation?
15       A.    I did, and I'm glad to see it's
16  coming up at this presentation as well.
17       Q.    I'm sorry?
18       A.    I said I did find it was a
19  competent safety orientation, and I'm glad to
20  see that that point was brought up during
21  this part of the investigation --
22       Q.    Well, I appreciate that --
23       A.    -- of the well.
24       Q.    -- Mr. Skidmore.
25            Would you agree the crew did a

Page 269

601 Poydras Street, Suite 1720 GAUDET KAISER, L.L.C.        Telephone: (504) 525-9100
New Orleans, LA 70130-6029     Board-Certified Court Reporters   Facsimile: (505) 525-9109

1cb0a27f-7549-497a-bbb3-4fa0d1a9a8c0

In Re: OIL SPILL y the OIL RIG, DEEPWATER HORIZON in the GULF OF MEXICO, April 20, 2010                                      Reported by:

BRYAN CLAWSON VOL. II June 7, 2011        THU BUI, CCR, RPR

Page 439

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


IN RE:  OIL SPILL      )    MDL NO. 2179
by the OIL RIG,        )
DEEPWATER HORIZON in   )    SECTION "J"
the GULF OF MEXICO,    )
April 20, 2010         )    JUDGE BARBIER
                       )
                       )    MAG.  JUDGE
                       )    SHUSHAN


***************
VOLUME 2
***************


        30(b)(6) deposition of
WEATHERFORD INTERNATIONAL, through its
representative BRYAN CLAWSON, taken at
Pan-American Building, 601 Poydras Street,
11th Floor, New Orleans, Louisiana, 70130,
on the 7th of June, 2011.


601 Poydras Street, Suite 1720 GAUDET KAISER, L.L.C.     Telephone: (504) 525-9100
New Orleans, LA 70130-6029     Board-Certified Court Reporters     Facsimile:(504) 525-9109

073614a3-8557-4fd2-8e17-70ddc757b23b

In Re: OIL SPILL y the OIL RIG, DEEPWATER HORIZON in the GULF OF MEXICO, April 20, 2010                    Reported by:

BRYAN CLAWSON VOL. II June 7, 2011        THU BUI, CCR, RPR



Page 444

Page 446

25      Q.   You got anything bad to say

Page 445

Page 447

1  about Transocean?
2       A.   No, sir.
3       Q.   Got anything good to say about
4  Transocean?
5       A.   Yes.
6       Q.   We'll leave it at that.

601 Poydras Street, Suite 1720 GAUDET KAISER, L.L.C.    Telephone: (504) 525-9100
New Orleans, LA 70130-6029    Board-Certified Court Reporters    Facsimile:(504) 525-9109

073614a3-8557-4fd2-8e17-70ddc757b23b

**GAUDET KAISER, L.L.C.**
601 Poydras Street, Suite 1720     New Orleans, Louisiana 70130
Phone: (504) 525-9100     Fax: (504) 525-9109

BOARD-CERTIFIED COURT REPORTERS & LITIGATION SUPPORT

## WITNESS CERTIFICATE

I, **BRYAN CLAWSON** , have read or have had the foregoing testimony read to me and hereby certify that it is a true and correct transcription of my testimony, with the exception of any attached corrections or changes.

7/11/2011

(Date Signed)

(Signature)

_____ Signed with corrections as attached.

_____ Signed with no corrections noted.

11745 Bricksome Avenue, Suite A-4
Baton Rouge, Louisiana 70816
263 W. Causeway Approach
Mandeville, Louisiana 70448
Website: www.gaudetkaiser.com

PHONE   (225) 291-3411
FAX      (225) 291-7990
PHONE   (504) 525-9100
FAX      (504) 525-9109
ALT EMAIL:
GK62003@aol.com & gkp@gaudetkaiser.com

Received 07/12/11