In Re: OIL SPILL by the OIL RIG, DEEPWATER HORIZON in the GULF OF MEXICO, April 20, 2010                                    Reported by:

CRAIG BRELAND          May 18, 2011          THU BUI, CCR, RPR

Page 1

                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA


        IN RE:  OIL SPILL      )    MDL NO. 2179
        by the OIL RIG,        )
        DEEPWATER HORIZON in   )    SECTION "J"
        the GULF OF MEXICO,    )
        April 20, 2010         )    JUDGE BARBIER
                               )
                               )    MAG. JUDGE
                               )    SHUSHAN




                    Deposition of CRAIG BRELAND,
            taken at Pan-American Building, 601 Poydras
            Street, 11th Floor, New Orleans, Louisiana,
            70130, on the 18th of May, 2011.

601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.     Telephone: (504) 525-9100
New Orleans, LA 70130-6029      Board-Certified Court Reporters   Facsimile:(504) 525-9109

07f7b894-076e-4b11-9335-97224d12acf1

In Re: OIL SPILL by the OIL RIG, DEEPWATER HORIZON in the GULF OF MEXICO, April 20, 2010                    Reported by:

CRAIG BRELAND              May 18, 2011         THU BUI, CCR, RPR

Page 82

Page 83

Page 84

16    Q.        Did you feel any
17  pressure while you were on the DEEPWATER
18  HORIZON to speed up operations because the
19  well was behind schedule?
20        MR. GATEWOOD:
21          Objection, form.
22    A.  No.
23    Q.  Did you hear anything about
24  needing to -- to speed up because of that?
25        MR. GATEWOOD:

Page 85

1          Objection, form.
2    A.  No.
3    Q.  All right.  In the time that you
4  were on the DEEPWATER HORIZON, did you
5  notice any activities by Transocean that
6  you felt was unsafe?
7        MR. GATEWOOD:
8          Objection, form.
9    A.  No.

23    Q.  Did you ever feel at anytime
24  that you were being asked to cut corners?
25        MR. GATEWOOD:

601 Poydras Street, Suite 1720   GAUDET KAISER, L.L.C.      Telephone: (504) 525-9100
New Orleans, LA 70130-6029       Board-Certified Court Reporters   Facsimile:(504) 525-9109

07f7b894-076e-4b11-9335-97224d12acf1

Page 86

1
2          Objection, form.
    A.    No.

Page 88

Page 87

Page 89

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                    Reported by:

**DOUGLAS H. BROWN          May 3, 2011      SANDRA D. FILES, CCR**

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  OIL SPILL      MDL NO. 2179
BY THE OIL RIG
"DEEPWATER HORIZON"   SECTION:  J
IN THE GULF OF
MEXICO, ON APRIL      JUDGE BARBIER
20, 2010              MAG. JUDGE SHUSHAN



            Videotaped Deposition of DOUGLAS
H. BROWN, 18801 Southeast 11th Way,
Vancouver, Washington 98683, taken in the
Pan American Life Center, Pontchartrain
Room, 11th Floor, 601 Poydras Street, New
Orleans, Louisiana 70130, on May 3, 2011.

APPEARANCES:


MARTZELL & BICKFORD
By:  Scott R. Bickford, Esquire
338 Lafayette Street
New Orleans, LA 70130
      (Attorneys for Plaintiffs Steering
      Committee)

601 Poydras Street, Suite 1720 GAUDET KAISER, L.L.C          Telephone (504) 525-9100
New Orleans, Louisiana 70130-6029  Board-Certified Court Reporters      Facsimile: (504) 525-9109

4879a3cd-8a3e-4887-9e96-dc9bac1bd504

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                    Reported by:

DOUGLAS H. BROWN          May 3, 2011      SANDRA D. FILES, CCR

Page 290

Page 292

```
20      Q.   Can you say the same for those
21 who worked alongside of you on your tour,
22 specifically those in the mechanical
23 department?  Did you feel they were hard
24 working, conscientious, and
25 safety-oriented?
```

Page 291

Page 293

```
1       A.   Those who worked with me, yes.
2       Q.   If you had any hesitation about
3 their abilities and their skill level, I
4 presume that's something you would have
5 reported your superiors, correct?
6       A.   Or dealt with it myself, yes.
7       Q.   And you never did that, correct?
8       A.   No.
```

601 Poydras Street, Suite 1720 GAUDET KAISER, L.L.C     Telephone (504) 525-9100
New Orleans, Louisiana 70130-6029  Board-Certified Court Reporters      Facsimile: (504) 525-9109

4879a3cd-8a3e-4887-9e96-dc9bac1bd504

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                    Reported by!

DOUGLAS H. BROWN        May 3, 2011     SANDRA D. FILES, CCR

Page 294

Page 296

Page 295

11     Q.    Mr. Brown, my question that came
12  out poorly was:  At no point in time from
13  January 1 of 2010 to April 20th of 2010 --
14  that's the timeframe I'm talking about --
15     A.    Uh-huh.
16     Q.    At no point in time during those
17  months did BP ever exercise a right to shut
18  down this rig for any safety concerns; is
19  that right?
20     A.    I did not see any.

Page 297

21     Q.              You have known Jimmy
22  a long time?
23     A.    Yes.
24     Q.    Don't you?
25     A.    Yes.

75 (Pages 294 to 297)

601 Poydras Street, Suite 1720 GAUDET KAISER, L.L.C    Telephone (504) 525-9100
New Orleans, Louisiana 70130-6029  Board-Certified Court Reporters    Facsimile: (504) 525-9109

4879a3cd-8a3e-4887-9e96-dc9bac1bd504

DOUGLAS H. BROWN       May 3, 2011    SANDRA D. FILES, CCR

Page 298

```
1      Q.   You felt he was sincere in that
2   comment?
3      A.   Yes.  I have known Jimmy quite a
4   while and he's a very, very controlled and
5   thorough man.  And, yes, with him it was a
6   -- the safe way or no way.
7      Q.   Right.  What about Jason
8   Anderson?  You worked with Mr. Anderson a
9   long time?
10     A.   I first met him when the rig was
11  being built.
12     Q.   Dewey Revette?
13     A.   I knew Dewey somewhat pretty
14  good.
15     Q.   You worked with him a long time
16  as well?
17     A.   Yes.
18     Q.   All right.  Both of those men
19  you had a lot of respect for?
20     A.   Absolutely.
21     Q.   You felt they were both
22  conscientious in their job?
23     A.   Yes.
24     Q.   They performed their job safely?
25     A.   Yes.
```

Page 299

```
1      Q.   Weren't risk-takers?
2      A.   No.
3      Q.   Is there any doubt in your mind
4   that Mr. Anderson and Mr. Revette did
5   everything they knew and they were trained
6   to do, properly?
7      A.   I believe so.
```

Page 300

Page 301



4879a3cd-8a3e-4887-9e96-dc9bac1bd504

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


IN RE:  OIL SPILL     MDL NO. 2179
BY THE OIL RIG
"DEEPWATER HORIZON"   SECTION:   J
IN THE GULF OF
MEXICO, ON APRIL      JUDGE BARBIER
20, 2010              MAG. JUDGE SHUSHAN



        Deposition of MICAH BRANDON BURGESS,
taken in the Pan American Life Center,
Bayou Room, 11th Floor, 601 Poydras Street,
New Orleans, Louisiana 70130, on Wednesday,
April 20, 2011.



APPEARANCES:


        WATTS, GUERRA & CRAFT, LLP
        (By:  Mikal C. Watts, Esquire,
              Robyn Lessinger, Esquire and
              David McLendon, Esquire)
        Bank of America Plaza, Suite 100
        300 Convent Street
        San Antonio, Texas  78205
            (Attorneys for PSC)

032eba1a-3c2f-460c-9a40-ba5368caf916

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                    Reported by:
MICAH BRANDON BURGESS          April 20, 2011    JOSEPH R. KAISER, JR., CCR, RPR



Page 255

```
 7      Q.   Prior to the DEEPWATER HORIZON
 8   exploding and sinking to the bottom of the
 9   Gulf and this oil spill, did you ever hear
10   any criticism whatsoever from BP about the
11   Transocean safety culture out there on the
12   DEEPWATER HORIZON?
13      MS. O'CONNOR:
14         Object to the form.
15      THE WITNESS:
16         No.
17   EXAMINATION BY MR. WATTS:
18      Q.   Were you ever given any specific
19   complaints orally or in writing by anybody
20   from BP that said you or any of your
21   Transocean coworkers were doing it wrong?
22      MS. O'CONNOR:
23         Object to form.
24      THE WITNESS:
25         No.
```

601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.    Telephone: (504) 525-9100
New Orleans, LA 70130-6029      Board-Certified Court Reporters   Facsimile: (504) 525-9109

032eba1a-3c2f-460c-9a40-ba5368caf916

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                    Reported by:
MICAH BRANDON BURGESS          April 20, 2011     JOSEPH R. KAISER, JR., CCR, RPR

Page 482

10     Q.   And two of those -- I want to
11  ask you some questions about a couple of
12  those gentleman.  Okay.  First, I want to
13  start with Dewey Revette.  How long did you
14  work with Dewey?
15     A.   A long time.  I don't know the
16  exact amount of time but it's been years.
17     Q.   And did you two work as drillers
18  on the same tour at times, or how did that
19  work?
20     A.   We was ADs together for an
21  amount of time.
22     Q.   Okay.  Was there a period where
23  you were either in charge of Mr. Revette or
24  vice-versa?
25     A.   No, I wouldn't say that.  Other

Page 483

1  than me working over as a driller on the
2  crew he was ADing on.
3     Q.   Did you undergo training classes
4  together?
5     A.   Yes.
6     Q.   And there were many hitches that
7  you had together?
8     A.   Yes.
9     Q.   Suffice it to say you had quite
10  a bit of experience with Mr. Revette?
11     A.   Yes, sir.
12     Q.   Did you trust his abilities on
13  the rig?
14     A.   Yes, very much.
15     Q.   Was he good at his job?
16     A.   Dewey took everything to the top
17  level.
18     Q.   Is he -- did he act as a
19  professional?
20     A.   Always.
21     Q.   And when he was on tour and when
22  you were sleeping, you relied and trusted
23  on his abilities on the rig?
24     A.   Yes.
25     Q.   The same set of questions for

Page 484

1  Jason Anderson.  Did you have experience
2  working with Jason on the HORIZON?
3     A.   Yes.
4     Q.   How many years would you
5  estimate that you worked with Jason
6  Anderson?
7     A.   Working directly with him, I
8  don't really know, but he'd been on the rig
9  longer than I had.  So --
10     Q.   Was there a time when Jason was
11  giving you instruction on your job as a
12  driller or assistant driller?
13     A.   Yes.
14     Q.   Would you say that you've
15  learned a lot from Jason?
16     A.   Yes, I learned from him.
17     Q.   And was he good at his job?
18     A.   Yes.
19     Q.   Was he a professional?
20     A.   Yes.
21     Q.   When you went to bed on
22  April 20th, did you have confidence in the
23  fact that Jason was at the helm?
24     A.   Yes, sir.

Page 485

601 Poydras Street, Suite 1720   GAUDET KAISER, L.L.C.      Telephone: (504) 525-9100
New Orleans, LA 70130-6029       Board-Certified Court Reporters   Facsimile: (504) 525-9109

032eba1a-3c2f-460c-9a40-ba5368caf916

## GAUDET KAISER, L.L.C.

601 Poydras Street, Suite 1720     New Orleans, Louisiana 70130
Phone: (504) 525-9100     Fax: (504) 525-9109

**BOARD-CERTIFIED COURT REPORTERS & LITIGATION SUPPORT**

## WITNESS CERTIFICATE



I, **MICAH BRANDON BURGESS,** have read or have had the foregoing testimony read to me and hereby certify that it is a true and correct transcription of my testimony, with the exception of any attached corrections or changes.

_5/31/11_

(Date  Signed)

_Micah B. Burgess_

(Signature)

_____  Signed  with  corrections  as  attached.

_MBB_  Signed  with  no  corrections  noted.

11745 Bricksome Avenue, Suite A-4
Baton Rouge, Louisiana 70816

263 W. Causeway Approach
Mandeville, Louisiana 70448

Website: www.gaudetkaiser.com

PHONE  (225) 291-3411
FAX     (225) 291-7990

PHONE  (504) 525-9100
FAX     (504) 525-9109

ALT. EMAIL:
Gkp2003@aol.com  &  gkp@gaudetkaiser.com

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                      Reported by:
GERALD A. CANDUCCI VOL. II     March 24, 2011    JOSEPH R. KAISER, JR., CCR, RPR

Page 399

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


IN RE:  OIL SPILL    MDL NO. 2179
BY THE OIL RIG
"DEEPWATER HORIZON"  SECTION:  J
IN THE GULF OF
MEXICO, ON APRIL     JUDGE BARBIER
20, 2010             MAG. JUDGE SHUSHAN




VOLUME II


        Deposition of GERALD A. CANDUCCI,
taken in the Pan American Life Center,
Bayou Room, 11th Floor, 601 Poydras Street,
New Orleans, Louisiana 70130, on Thursday,
March 24, 2011.

APPEARANCES:

        WATTS, GUERRA & CRAFT, LLP
        (By:  Mikal C. Watts, Esquire)
        Bank of America Plaza, Suite 100
        300 Convent Street
        San Antonio, Texas  78205
            (Attorneys for PSC)

601 Poydras Street, Suite 1720 GAUDET KAISER, L.L.C.    Telephone: (504) 525-9100
New Orleans, LA 70130-6029    Board-Certified Court Reporters    Facsimile: (504) 525-9109

4a827898-9790-4369-8ce1-b3c8e772aa24

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                     Reported by:
GERALD A. CANDUCCI VOL. II      March 24, 2011    JOSEPH R. KAISER, JR., CCR, RPR



Page 432

Page 434

9       Q.   In your view, back in
10  April 2010, how many -- well, let me ask
11  you first:  How many rigs, MODUs,
12  semi-submersibles or other drill ships or
13  other vessels did you have within your
14  purview as a DP hand, as a QHSE manager for
15  the North American division?
16       A.   I believe it was 12 at the time.
17       Q.   Where, in your view, from your
18  experience as QHSE manager in DP, where did
19  the DEEPWATER HORIZON rank within that
20  fleet of about 12 vessels in terms of
21  safety adherence, morale quality?
22       A.   It was always recognized as
23  being a very high quality crew and the rig
24  was a high quality rig.  It had good safety
25  performance and good operational

Page 433

Page 435

1  performance, was the general consensus.

orld; right?
25       A.   I do.

10 (Pages 432 to 435)

601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.   Telephone: (504) 525-9100
New Orleans, LA 70130-6029      Board-Certified Court Reporters   Facsimile: (504) 525-9109

4a827898-9790-4369-8ce1-b3c8e772aa24

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010

GERALD A. CANDUCCI VOL. II      March 24, 2011    JOSEPH R. KAISER, JR., CCR, RPR

Reported by:

Page 572

Page 574

Page 573

Page 575

25          So, you know, we encourage

601 Poydras Street, Suite 1720 GAUDET KAISER, L.L.C.      Telephone: (504) 525-9100
New Orleans, LA 70130-6029      Board-Certified Court Reporters      Facsimile: (504) 525-9109

4a827898-9790-4369-8ce1-b3c8e772aa24

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010

GERALD A. CANDUCCI VOL. II      March 24, 2011    JOSEPH R. KAISER, JR., CCR, RPR



Page 576

```
 1   everybody, if you see anything, it doesn't
 2   matter, you won't be reprimanded or
 3   denigrated in any way.  We will celebrate
 4   your execution of a time-out.
 5           In fact, we have a weekly -- I
 6   wouldn't call it a weekly, but we have a
 7   thing called I Made a Difference, and it's
 8   a documented time-out for safety that
 9   occurred on a rig and it comes out of the
10   corporate office where time-outs are
11   expressed to them.
12           They choose one that is
13   noteworthy and they distribute it
14   throughout the company saying, trying to
15   show people that calling a time-out for
16   safety is nothing to be frightened to do.
17   We encourage it every day, all the time.
```

Page 577

Page 578

Page 579

601 Poydras Street, Suite 1720 GAUDET KAISER, L.L.C.    Telephone: (504) 525-9100
New Orleans, LA 70130-6029    Board-Certified Court Reporters    Facsimile: (504) 525-9109

4a827898-9790-4369-8ce1-b3c8e772aa24

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                    Reported by:
GERALD A. CANDUCCI VOL. II        March 24, 2011    JOSEPH R. KAISER, JR., CCR, RPR



Page 660

Page 662

9       Q.   My question is this:  At any
10   time before this thing blew up, did you
11   ever get any complaints from Mr. Tink
12   during these lunch dates or from anybody at
13   BP that said that Transocean's training of
14   its employee was somehow derelict, that
15   these employees didn't know how to conduct
16   well control?
17       A.   No, I did not.

Page 661

Page 663

601 Poydras Street, Suite 1720   GAUDET KAISER, L.L.C.      Telephone: (504) 525-9100
New Orleans, LA 70130-6029       Board-Certified Court Reporters   Facsimile: (504) 525-9109

4a827898-9790-4369-8ce1-b3c8e772aa24

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                                                                 Reported by:
GERALD A. CANDUCCI VOL. II      March 24, 2011    JOSEPH R. KAISER, JR., CCR, RPR



Page 684

Page 686

Page 685

7          At any time prior to the
8    explosion on the DEEPWATER HORIZON on April
9    the 20th of 2010, did anybody at BP ever
10   complain to you about any of the equipment
11   or the training that Transocean provided to
12   the employees of the DEEPWATER HORIZON?
13        A.   No, sir.

Page 687

601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.    Telephone: (504) 525-9100
New Orleans, LA 70130-6029   Board-Certified Court Reporters   Facsimile: (504) 525-9109

4a827898-9790-4369-8ce1-b3c8e772aa24

## GAUDET KAISER, L.L.C.

601 Poydras Street, Suite 1720      New Orleans, Louisiana 70130
Phone: (504) 525-9100      Fax: (504) 525-9109

BOARD-CERTIFIED COURT REPORTERS & LITIGATION SUP...

## **WITNESS CERTIFICATE**



I, **GERALD A. CANDUCCI,** have read or have had the foregoing testimony read to me and hereby certify that it is a true and correct transcription of my testimony, with the exception of any attached corrections or changes.

_12 MAY 2011_

(Date Signed)

(Signature)

_____/ Signed with corrections as attached.

___ ✓ ___ Signed with no corrections noted.

11745 Bricksome Avenue, Suite A-4
Baton Rouge, Louisiana 70816

263 W. Causeway Approach
Mandeville, Louisiana 70448

Website: www.gaudetkaiser.com

PHONE   (225) 291-3411
FAX       (225) 291-7990

PHONE   (504) 525-9100
FAX       (504) 525-9109

ALT. EMAIL:
  Gkp2003@aol.com & gkp@gaudetkaiser.com

Page 356

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


IN RE:  OIL SPILL          MDL NO. 2179
BY THE OIL RIG
"DEEPWATER HORIZON"        SECTION:  J
IN THE GULF OF
MEXICO, ON                 JUDGE BARBIER
APRIL 20, 2010             MAG. JUDGE SHUSHAN



VOLUME 2


     30 (B)(6) and 30 (B)(5)deposition of

TRANSOCEAN, through its designated

representative, MILES RANDAL EZELL, and MILES

RANDAL EZELL individually, 32 Ezell Road,

Purvis, Mississippi 39475, taken in the Pan

American Life Center, Bayou Room 1 and 2,

11th Floor, 601 Poydras Street, New Orleans,

Louisiana 70130, reported on Thursday, April

28th, 2011.

b523c4b3-44df-4bbc-b6af-83855856063f

In Re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010                    Reported By:
MILES RANDAL EZELL VOL. II      April 28, 2011  DIANE TEWIS CLARK, RPR, RMR, CRR



Page 489

Page 490

Page 491

```
 5      Q.   At all times when you were on
 6   the Macondo well site as the senior
 7   toolpusher, up to the explosion on the night
 8   of April 20, did you believe that the
 9   operations on board the rig were safe?
10      A.   Yes, that was my belief.
11      Q.   And if you had thought, as the
12   senior toolpusher, that any operations on
13   April 18, 19 or 20, were unsafe or were too
14   risky, what would you have done?
15   MR. KINCHEN:
16         Object to form.
17   THE WITNESS:
18         Intervened.
19   EXAMINATION BY MR. GODFREY:
20      Q.   Would you have stopped the job?
21   MR. KINCHEN:
22         Object to form.
23   THE WITNESS:
24         Yes.
```

Page 492

601 Poydras Street, Suite 1720   GAUDET KAISER, L.L.C.   Telephone: (504) 525-9100
New Orleans, LA 70130-6009    Board-Certified Court Reporters   Facsimile: (504) 525-9109

b523c4b3-44df-4bbc-b6af-83855856063f

**GAUDET KAISER, L.L.C.**

601 Poydras Street, Suite 1720          New Orleans, Louisiana 70130
Phone: (504) 525-9100                 Fax: (504) 525-9109

BOARD-CERTIFIED COURT REPORTERS & LITIGATION SUPPORT

## WITNESS CERTIFICATE

I, **MILES RANDAL EZELL,** have read or have had the foregoing testimony read to me and hereby certify that it is a true and correct transcription of my testimony, with the exception of any attached corrections or changes.

7-5-11

(Date Signed)                        (Signature)

_____   Signed with corrections as attached.

\_\_\_\_\_   Signed with no corrections noted.

11745 Bricksome Avenue, Suite A-4      PHONE   (225) 291-3411
Baton Rouge, Louisiana 70816           FAX     (225) 291-7990

263 W. Causeway Approach               PHONE   (504) 525-9100
Mandeville, Louisiana 70448            FAX     (504) 525-9109