Case 2:10-md-02179-CJB-DPC   Document 4477-28   Filed 11/03/11   Page 1 of 8

In Re: OIL SPILL by the OIL RIG, DEEPWATER HORIZON in the GULF OF MEXICO, APRIL 20, 2010                                Reported by:
CALEB CHASE HOLLOWAY          May 19, 2011            DONNA WRIGHT, CSR

Page 1

```
           UNITED STATES DISTRICT COURT
           EASTERN DISTRICT OF LOUISIANA


IN RE:  OIL SPILL         )   MDL NO. 2179
BY THE OIL RIG,           )
DEEPWATER HORIZON IN      )   SECTION "J"
THE GULF OF MEXICO,       )
APRIL 20, 2010            )   JUDGE BARBIER
                          )
                          )   MAG. JUDGE
                          )   SHUSHAN




            **************
                VOLUME 1
            **************




       DEPOSITION OF CALEB CHASE HOLLOWAY,

TAKEN AT 14130 HARGRAVE ROAD, HOUSTON,

TEXAS, ON MAY 19, 2011.
```

601 Poydras Street, Suite 1720   GAUDET KAISER, L.L.C.        Telephone: (504) 525-9100
New Orleans, LA 70130-6029       Board-Certified Court Reporters   Facsimile: (504) 525-9109

00906168-d4fd-4273-b58d-b4dadee62290

In Re: OIL SPILL by the OIL RIG, DEEPWATER HORIZON in the GULF OF MEXICO, APRIL 20, 2010
CALEB CHASE HOLLOWAY   May 19, 2011

Reported by: DONNA WRIGHT, CSR

Page 126

[redacted]

Page 127

[redacted]

Page 128

[redacted]

Page 129

[redacted]

```
19    Q.   (BY MR. HAYCRAFT) WERE YOU
20 PROUD TO WORK ON THE DEEPWATER HORIZON?
21    A.   YES, SIR.
```

33 (Pages 126 to 129)

601 Poydras Street, Suite 1720   GAUDET KAISER, L.L.C.        Telephone: (504) 525-9100
New Orleans, LA 70130-6029       Board-Certified Court Reporters   Facsimile: (504) 525-9109

00906168-d4fd-4273-b58d-b4dadee62290

In Re: OIL SPILL by the OIL RIG, DEEPWATER HORIZON in the GULF OF MEXICO, APRIL 20, 2010
CALEB CHASE HOLLOWAY    May 19, 2011

Reported by: DONNA WRIGHT, CSR

Page 138

Page 139

Page 140

Page 141

```
21     Q.    YOU WERE ASKED BY MR. KRAUS --
22     MR. KINCHEN:  DID I PRONOUNCE THAT
23 CORRECTLY?
24     Q.    (BY MR. KINCHEN) -- ABOUT
25 SAFETY HAZARDS.  AND I BELIEVE YOU INDICATED
```

36 (Pages 138 to 141)

601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.        Telephone: (504) 525-9100
New Orleans, LA 70130-6029    Board-Certified Court Reporters   Facsimile: (504) 525-9109

00906168-d4fd-4273-b58d-b4dadee62290

Page 142

1  THAT FROM THE FIRST DAY YOU WERE ON THE RIG
2  UNTIL APRIL THE 20TH, YOU DID NOT SEE
3  ANYTHING THAT PRESENTED A SAFETY HAZARD.  IS
4  THAT WHAT YOU STATED?
5       A.   TO ME, YEAH, I NEVER SAW
6  ANYTHING HAZARDOUS TO ME.
7       Q.   WAS SAFETY A PRIORITY FOR YOU
8  ONBOARD THE DEEPWATER HORIZON?
9       A.   YES.
10      Q.   DID TRANSOCEAN STRESS TO YOU THE
11 IMPORTANCE OF SAFETY IN YOUR ACTIVITIES AS
12 BOTH A FLOOR HAND AND A ROUSTABOUT?
13      MR. HOLLEY:  OBJECT TO FORM.
14      A.   YES, SIR.
15      Q.   (BY MR. KINCHEN)  YOU INDICATED
16 THAT YOUR BOSS WAS DEWEY REVETTE.  HE WAS A
17 DRILLER?
18      A.   YES, SIR.
19      Q.   WAS HE A FRIEND OF YOURS?
20      A.   VERY GOOD FRIEND OF MINE.
21      Q.   DID YOU WORK WITH HIM SINCE THE
22 FIRST DAY YOU WERE ONBOARD THE DEEPWATER
23 HORIZON?
24      A.   I DIDN'T WORK DIRECTLY WITH HIM.
25 I WORKED WITH -- AS A ROUSTABOUT UNTIL I GOT

Page 143

1  THE FLOOR HAND SPOT.  AND WHEN I GOT THE
2  FLOOR HAND SPOT THEN I WAS ON HIS CREW FOR --
3  FOR THE REMAINDER OF THE TIME WE WERE OUT
4  THERE.
5       Q.   HE WAS A HARD WORKER?
6       A.   YES, SIR.
7       Q.   YOUR LAST HITCH DID YOU WORK
8  WITH HIM EVERY DAY?
9       A.   YES, SIR.
10      Q.   DID YOU CONSIDER HIM TO BE
11 SAFETY CONSCIOUS?
12      A.   YES.
13      Q.   DID SAFETY -- DID YOU CONSIDER
14 SAFETY TO BE A PRIORITY FOR HIM?
15      MR. HOLLEY:  OBJECT TO FORM.
16      A.   WHAT WAS YOUR QUESTION?
17      Q.   (BY MR. KINCHEN)  I ASKED YOU IF
18 YOU CONSIDERED SAFETY TO BE A PRIORITY FOR
19 YOU, AND YOU INDICATED IT WAS.  MY QUESTION
20 IS DID YOU CONSIDER SAFETY TO BE A PRIORITY
21 TO -- FOR MR. REVETTE?
22      A.   YES, SIR.
23      MR. HOLLEY:  SAME OBJECTION.
24      Q.   (BY MR. KINCHEN)  WERE YOU AWARE
25 OF ANYTHING THAT MR. REVETTE EVER DID ON THE

Page 144

1  DEEPWATER HORIZON THAT ENDANGERED THE LIFE OF
2  THE CREW ON THE DEEPWATER HORIZON?
3       MR. HAYCRAFT:  OBJECT TO FORM.
4            JUST FOR CLARITY'S SAKE, WE'VE
5  ALL BEEN OPERATING UNDER THE ASSUMPTION THAT
6  WE'RE TALKING ABOUT UP UNTIL 11:30 ON APRIL
7  THE 20TH.  I WOULD WITHDRAW MY OBJECTION
8  IF -- IF THE WITNESS UNDERSTOOD THAT'S WHAT
9  YOU WERE TALKING ABOUT.
10      Q.   (BY MR. KINCHEN)  AND
11 MR. HAYCRAFT BRINGS UP A VERY GOOD POINT.
12 ALL MY -- I UNDERSTOOD YOUR -- THE POINT THAT
13 YOUR ATTORNEY MADE AT THE BEGINNING, AND SO
14 ALL OF MY QUESTIONS -- AND I SHOULD HAVE MADE
15 THIS CLEAR EARLIER -- RELATE TO THE TIME
16 PERIOD UP TO 11:30 ON APRIL THE 20TH.  AND I
17 DON'T WANT TO SPEAK TO ANY EVENTS AFTER THAT
18 UNLESS I ASK YOU A SPECIFIC QUESTION ABOUT
19 POST -- AFTER THE EXPLOSION.  DO YOU
20 UNDERSTAND?
21      A.   YES, SIR.
22      MR. KINCHEN:  OKAY.  THANK YOU FOR
23 THAT.
24      MR. HAYCRAFT:  I'LL WITHDRAW MY
25 OBJECTION.

Page 145

1       Q.   (BY MR. KINCHEN)  JASON
2  ANDERSON, YOU WORKED UNDER HIM ON THE
3  DEEPWATER HORIZON, TOO, CORRECT?
4       A.   YES, SIR.
5       Q.   HE WAS A TOOL PUSHER?
6       A.   YES, SIR.
7       Q.   FRIEND OF YOURS?
8       A.   YES, SIR.
9       Q.   HARD WORKER?
10      A.   YES, SIR.
11      Q.   DID YOU CONSIDER MR. ANDERSON TO
12 BE SAFETY CONSCIOUS?
13      A.   YES, SIR.
14      Q.   WAS SAFETY -- DID YOU CONSIDER
15 SAFETY TO BE IMPORTANT FOR MR. ANDERSON?
16      A.   YES, SIR.
17      Q.   WERE YOU AWARE OF ANYTHING THAT
18 MR. ANDERSON EVER DID ON THE DEEPWATER
19 HORIZON THAT ENDANGERED THE LIFE OF ITS CREW?
20      A.   NO, SIR.
21      Q.   I RECOGNIZE THAT SOME OF THESE
22 QUESTIONS ARE DIFFICULT BECAUSE OF THE PEOPLE
23 I'M ASKING ABOUT, BUT I THINK THEY'RE
24 IMPORTANT QUESTIONS.  IF AT ANY TIME YOU WANT
25 TO TAKE A BREAK, THAT'S FINE.

37 (Pages 142 to 145)

601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.    Telephone: (504) 525-9100
New Orleans, LA 70130-6029   Board-Certified Court Reporters   Facsimile: (504) 525-9109

00906168-d4fd-4273-b58d-b4dadee62290

In Re: OIL SPILL by the OIL RIG, DEEPWATER HORIZON in the GULF OF MEXICO, APRIL 20, 2010
Reported by:
CALEB CHASE HOLLOWAY     May 19, 2011          DONNA WRIGHT, CSR

Page 146

1  STEPHEN CURTIS, IN THE HIERARCHY
2  ON BOARD THE RIG, STEPHEN CURTIS WAS ABOVE
3  YOU?
4     A.  YES, SIR.
5     Q.  HE WAS ASSISTANT DRILLER?
6     A.  YES, SIR.
7     Q.  OKAY. WAS HE A FRIEND OF YOURS?
8     A.  YES, SIR.
9     Q.  DID YOU WORK WITH HIM EVERY DAY
10 ON THAT LAST DITCH?
11    A.  I DID.
12    Q.  DID YOU CONSIDER HIM TO BE
13 SAFETY CONSCIOUS?
14    A.  YES, SIR.
15    Q.  DID YOU CONSIDER SAFETY TO BE A
16 PRIORITY FOR HIM?
17    A.  YES, SIR.
18    Q.  AND WERE YOU AWARE OF ANYTHING
19 THAT HE EVER DID ON THE DEEPWATER HORIZON
20 THAT ENDANGERED THE LIFE OF THE CREW?
21    A.  NO, SIR.
22    Q.  DON CLARK IS ANOTHER ASSISTANT
23 DRILLER ABOVE YOU, CORRECT?
24    A.  YES, SIR.
25    Q.  FRIEND OF YOURS?

Page 147

1     A.  YES, SIR.
2     Q.  HARD WORKER?
3     A.  YES, SIR.
4     Q.  DID YOU CONSIDER HIM TO BE
5  SAFETY CONSCIOUS?
6     A.  YES, SIR.
7     Q.  DID YOU CONSIDER SAFETY TO BE A
8  PRIORITY FOR HIM?
9     A.  YES, SIR.
10    Q.  WERE YOU AWARE OF ANYTHING THAT
11 HE EVER DID ON THE DEEPWATER HORIZON THAT
12 ENDANGERED THE LIFE OF ITS CREW?
13    A.  NO, SIR.
14    Q.  JIMMY HARRELL WAS THE OIM WHILE
15 YOU WERE ON THE LAST HITCH?
16    A.  YES, SIR.
17    Q.  HOW LONG DID YOU WORK WITH
18 JIMMY?
19    A.  THE WHOLE -- THE WHOLE TIME I
20 WAS ON THE DEEPWATER HORIZON HE WAS OIM. I
21 WORKED SOME WITH HIM AND SOME WITH THE OTHER
22 OIM BECAUSE WE WEREN'T ON THE SAME SCHEDULE.
23    Q.  DO YOU BELIEVE HIM TO BE
24 COMPETENT IN CARRYING OUT THE DUTIES THAT YOU
25 OBSERVED HIM CARRYING OUT AS OIM?

Page 148

1     A.  YES, SIR.
2     Q.  WAS SAFETY A PRIORITY FOR HIM?
3     A.  YES, SIR.
4     Q.  WAS HE A DETAIL-ORIENTED GUY?
5     A.  YES, SIR.
6     Q.  DID HE HAVE AN OPEN-DOOR POLICY?
7     A.  YES, SIR.
8     Q.  YOU FELT COMFORTABLE TALKING TO
9  HIM?
10    A.  YES, SIR.
11    Q.  RANDY EZELL WAS THE SENIOR TOOL
12 PUSHER ON THE LAST DAY, CORRECT?
13    A.  YES, SIR.
14    Q.  HOW LONG DID YOU WORK WITH
15 MR. EZELL?
16    A.  THE SAME -- THE SAME STATUS AS
17 MR. HARRELL. I DIDN'T WORK DIRECTLY WITH HIM
18 BECAUSE WE WERE ON DIFFERENT SCHEDULES, BUT
19 THE WHOLE TIME I WAS ON THE HORIZON FROM DAY
20 ONE I MET HIM AND KNEW HIM UP UNTIL THE 20TH.
21    Q.  DID YOU CONSIDER HIM TO BE
22 SAFETY CONSCIOUS SUCH AS YOURSELF?
23    A.  YES, SIR.
24    Q.  WERE YOU AWARE OF ANYTHING THAT
25 HE EVER DID ON THE DEEPWATER HORIZON THAT

Page 149

1  ENDANGERED THE LIFE OF THE CREW?
2     A.  NO, SIR.
3     Q.  IN YOUR DUTIES AS FLOOR HAND --
4  I KNOW YOU'VE COVERED THEM GENERALLY WHEN
5  MR. HAYCRAFT AND MR. WILLIAMSON WERE ASKING
6  YOU SOME QUESTIONS. DID I GATHER THAT TO
7  SOME EXTENT IT INVOLVED MAINTENANCE OF
8  CERTAIN EQUIPMENT?
9     A.  YES, SIR.
10    Q.  OKAY. AND YOU TOOK THAT PART OF
11 YOUR JOB SERIOUSLY, RIGHT?
12    A.  YES, SIR.
13    Q.  DO YOU BELIEVE THAT OTHERS --
14 YOUR OTHER CREW MEMBERS TOOK MAINTENANCE OF
15 RIG EQUIPMENT SERIOUSLY?
16    A.  YES, SIR.
17    Q.  DID YOU EVER SEE ANYTHING DURING
18 THE ENTIRE TIME YOU WERE ON THE DEEPWATER
19 HORIZON THAT SUGGESTED TO YOU THAT CREW
20 MEMBERS WERE NOT TAKING MAINTENANCE OF THE
21 EQUIPMENT SERIOUSLY?
22    A.  NO, SIR.
23    Q.  A SIMILAR QUESTION TO WHAT
24 MR. KRAUS ASKED, BUT A LITTLE DIFFERENT
25 PERSPECTIVE. AS OF APRIL THE 20TH -- NOT

38 (Pages 146 to 149)

601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.      Telephone: (504) 525-9100
New Orleans, LA 70130-6029   Board-Certified Court Reporters   Facsimile: (504) 525-9109

00906168-d4fd-4273-b58d-b4dadee62290

Case 2:10-md-02179-CJB-DPC   Document 4477-28   Filed 11/03/11   Page 6 of 8

In Re: OIL SPILL by the OIL RIG, DEEPWATER HORIZON in the GULF OF MEXICO, APRIL 20, 2010                Reported by:
CALEB CHASE HOLLOWAY     May 19, 2011            DONNA WRIGHT, CSR

Page 150

1  DURING THE PERIOD AFTER 11:30 ON APRIL THE
2  20TH, BUT JUST AS OF APRIL THE 20TH -- WERE
3  YOU AWARE OF ANY CONDITIONS ONBOARD THE
4  DEEPWATER HORIZON THAT YOU WOULD CONSIDER A
5  SAFETY CRITICAL PROBLEM?
6      A.   CAN YOU TELL ME THE QUESTION
7  AGAIN?
8      Q.   SURE.  I PROBABLY COULD HAVE
9  ASKED IT --
10          WERE YOU AWARE AS OF APRIL THE
11 20TH, 2010, BEFORE 11:30 A.M., OF ANY UNSAFE
12 CONDITIONS ONBOARD THE DEEPWATER HORIZON?
13     A.   NO, SIR.  NOTHING UNSAFE WE
14 HADN'T DEALT WITH BEFORE.
15     Q.   AND IF YOU EVER SAW ANYTHING
16 THAT WAS UNSAFE ONBOARD THE DEEPWATER
17 HORIZON, YOU WOULD SAY SOMETHING ABOUT IT,
18 CORRECT?
19     A.   YES, SIR.
20     Q.   AND THAT WAS THE TIME-OUT FOR
21 SAFETY THAT SOMEBODY ASKED YOU ABOUT.  HAD
22 YOU EVER ACTUALLY CALLED A TIME-OUT FOR
23 SAFETY?
24     A.   YES, SIR.
25     Q.   DID YOU FEEL COMFORTABLE DOING

Page 151

1  THAT?
2      A.   YES, SIR.
3      Q.   DID YOUR SUPERVISOR SUPPORT YOU
4  WHENEVER YOU DID THAT?
5      A.   YES, SIR.
6      Q.   JIMMY HARRELL SUPPORTED YOU IN
7  DOING THAT?
8      A.   YES, SIR.
9      Q.   ARE YOU AWARE OF ANYONE, ANY
10 TRANSOCEAN EMPLOYEE, EVER GETTING REPRIMANDED
11 OR FIRED FOR CALLING A TIME-OUT FOR SAFETY?
12     A.   NOT THAT I'M AWARE OF.
13     Q.   YOU YOURSELF -- CORRECT ME IF
14 I'M WRONG, BUT YOU YOURSELF ONCE SPOTTED A
15 WORN BOLT ON THE DERRICK, CORRECT?
16     A.   YES, SIR.
17     Q.   OKAY.  YOU POINTED IT OUT?
18     A.   YES, SIR.
19     Q.   WAS IT FIXED?
20     A.   I FIXED IT MYSELF.
21     Q.   YOU FIXED IT YOURSELF.  DID YOU
22 GET IN TROUBLE FOR POINTING THAT OUT?
23     A.   NO, SIR.
24     Q.   WHAT HAPPENED TO YOU AS A RESULT
25 OF YOU POINTING OUT THE WORN BOLT?

Page 152

1      A.   I WAS REWARDED A WATCH BY
2  MR. HARRELL.
3      Q.   A SILVER WATCH?
4      A.   YES, SIR.
5      Q.   YOU WERE ASKED ABOUT PRE-TOWER
6  MEETINGS, AND I BELIEVE YOU INDICATED THOSE
7  WERE DAILY FOR YOU?
8      A.   YES, SIR.
9      Q.   ONE PER DAY FOR YOU?
10     A.   YES, SIR.
11     Q.   WAS SAFETY DISCUSSED DURING
12 THOSE MEETINGS?
13     A.   YES, SIR.
14     Q.   ONE OF THE FIRST THINGS
15 DISCUSSED?
16     A.   YES, SIR.
17     Q.   WAS IT A BIG TOPIC OF THOSE
18 MEETINGS?
19     A.   YES, SIR.
20     Q.   WITH THAT -- I DON'T KNOW
21 SPECIFICALLY WHAT WAS BEING REFERENCED, BUT I
22 THINK YOU MENTIONED AT SOME POINT WEEKLY
23 MEETINGS.  WHAT WERE THE WEEKLY MEETINGS THAT
24 YOU MENTIONED EARLIER IN YOUR TESTIMONY?
25     A.   WEEKLY MEETINGS WERE -- WERE --

Page 153

1  WAS THE DRILL CREW -- OUR DRILL CREW WOULD
2  GET TOGETHER ONCE A WEEK AND WE WOULD SIT
3  AROUND IN THE CONFERENCE ROOM.  AND
4  MR. REVETTE WOULD -- HE WOULD TELL US, YOU
5  KNOW, WHAT WOULD -- WHAT TO EXPECT FOR THE
6  NEXT WEEK.
7           AND THEN WE WOULD GO AROUND THE
8  TABLE AND EVERYBODY WOULD PITCH IN A LITTLE
9  SOMETHING ABOUT MAYBE WE NEED TO IMPROVE ON
10 THIS, OR EVERYBODY'S DOING A GREAT JOB.  JUST
11 BASICALLY A WEEKLY SAFETY MEETING FOR THE
12 DRILL CREW.  NOT INVOLVING EVERYBODY, JUST
13 THE DRILL CREW.
14     Q.   YOU ANSWERED MY NEXT QUESTION IN
15 THAT SENTENCE.  YOU CALLED IT A SAFETY
16 MEETING.  MY QUESTION WAS, WAS SAFETY
17 DISCUSSED DURING THOSE MEETINGS?
18     A.   YES.
19     Q.   IT WAS THE PRIMARY TOPIC
20 DISCUSSED?
21     A.   YES, SIR.

39 (Pages 150 to 153)

601 Poydras Street, Suite 1720  GAUDET KAISER, L.L.C.    Telephone: (504) 525-9100
New Orleans, LA 70130-6029   Board-Certified Court Reporters   Facsimile: (504) 525-9109

00906168-d4fd-4273-b58d-b4dadee62290

In Re: OIL SPILL by the OIL RIG, DEEPWATER HORIZON in the GULF OF MEXICO, APRIL 20, 2010
CALEB CHASE HOLLOWAY    May 19, 2011    Reported by: DONNA WRIGHT, CSR

Page 154

```
18       DO YOU BELIEVE YOU HAD THE
19  NECESSARY TRAINING TO PERFORM YOUR DUTIES AS
20  FLOOR HAND?
21       A.   YES, SIR.
```

Page 156

Page 155

```
15       DID YOU EVER HEAR ANYONE
16  COMPLAIN ABOUT NOT GETTING PROPER TRAINING
17  FROM TRANSOCEAN ONBOARD THE DEEPWATER
18  HORIZON?
19       A.   NOT THAT I'M AWARE OF.
```

Page 157

40 (Pages 154 to 157)

601 Poydras Street, Suite 1720   GAUDET KAISER, L.L.C.   Telephone: (504) 525-9100
New Orleans, LA 70130-6029   Board-Certified Court Reporters   Facsimile: (504) 525-9109

00906168-d4fd-4273-b58d-b4dadee62290

# GAUDET KAISER, L.L.C.

601 Poydras Street, Suite 1720      New Orleans, Louisiana 70130
Phone: (504) 525-9100      Fax: (504) 525-9109

BOARD-CERTIFIED COURT REPORTERS & LITIGATION SU...



RECEIVED JUN 20 2011

## **WITNESS CERTIFICATE**

I, **CALEB CHASE HOLLOWAY,** have read or have had the foregoing testimony read to me and hereby certify that it is a true and correct transcription of my testimony, with the exception of any attached corrections or changes.

6/14/11

(Date Signed)           (Signature)

✓ Signed with corrections as attached.

___ Signed with no corrections noted.

11745 Bricksome Avenue, Suite A-4
Baton Rouge, Louisiana 70816

263 W. Causeway Approach
Mandeville, Louisiana 70448

Website: www.gaudetkaiser.com

PHONE  (225) 291-3411
FAX    (225) 291-7990
PHONE  (504) 525-9100
FAX    (504) 525-9109
ALT. EMAIL:
Gkp2003@aol.com & gkp@gaudetkaiser.com