**From:** Rodriguez, Angel
**Sent:** Mon Feb 22 21:14:57 2010
**To:** Johnson, Paul (Houston); Guide, John; Cocales, Brett W
**Subject:** RE: Audits Reviewed and Updated
**Importance:** Normal

Paul,

Please pass onto the crew of the Horizon our thanks in their hard work in completing a great deal of the Rig Audit Findings.

Best Regards,
Angel Rodriguez
Marine Operations Lead
**BP E&P GoM SPU**
200 West Lake Park Blvd
WL 4  622A
Houston, TX 77079
+1 713 540 5189  (Mobile)
+1 281 366 3128  (Office)
+1 281 366 0656  (Fax)
email: angel.rodriguez@bp.com

---

**From:** Johnson, Paul (Houston) [mailto:Paul.Johnson@deepwater.com]
**Sent:** Monday, February 22, 2010 14:49
**To:** Guide, John; Rodriguez, Angel; Cocales, Brett W
**Subject:** FW: Audits Reviewed and Updated

Gents,
 FYI and update of records
Regards
Paul

---

**From:** DWH, MaintSup (Deepwater Horizon)
**Sent:** Thursday, February 18, 2010 1:37 PM
**To:** Johnson, Paul (Houston); Kent, James (Houston)
**Cc:** DWH, Captain (Deepwater Horizon); DWH, OIM (Deepwater Horizon)
**Subject:** Audits Reviewed and Updated

Gents,

CONFIDENTIAL

BP-HZN-2179MDL00002012
BP-HZN-2179MDL00002012

Attached are the latest and greatest updates as discussed by all rig supervisors in the last meeting.

Respectfully,
Steve Bertone
Maintenance Supervisor
Deepwater Horizon
maintsup.dwh@deepwater.com
713 232 8266

*God grant me the serenity to accept the things I cannot change;*
*The courage to change the things I can;*
*And the wisdom to know the difference. - Serenity Prayer*

This email and any files transmitted with it from Transocean Offshore Deepwater Drilling, Inc. are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the sender.

**From:** Burns, Tim A
**Sent:** Fri Jun 19 15:00:14 2009
**To:** Mcneill, Rory; Reed, James T; Sepulvado, Murry R; Sepulvado, Ronald W; Deepwater Horizon, Formen; Deepwater Horizon, Engineers
**Subject:** FW: Tiber Performance
**Importance:** Normal

Nice work guys.
Business as usual for the Horizon "A Team".
TB

---

**From:** Thierens, Harry H
**Sent:** Friday, June 19, 2009 8:51 AM
**To:** Little, Ian; Lacy, Kevin; Rainey, David I; Thorseth, Jay C; Leary, Michael J
**Cc:** Sims, David C; Guide, John
**Subject:** RE: Tiber Performance

This is outstanding performance` - great work, sincere thanks to all.
H

---

**From:** Little, Ian
**Sent:** Thursday, June 18, 2009 9:26 AM
**To:** Lacy, Kevin; Thierens, Harry H; Rainey, David I; Thorseth, Jay C; Leary, Michael J
**Cc:** Sims, David C; Guide, John
**Subject:** Tiber Performance

Kevin, et al
Just to let you know that the Tiber well through the Paleocene has been delivered at Top Quartile performance, even with the extensive appraisal logging program at 35 DD/10k. Also, for reference, if we only include dry hole logging the performance is 32 DD/10k. We are also likely about to set the deepest liner that BP has run in the GOM and likely worldwide - we are checking this.
 << File: Tiber Paleocene Performance vs Benchmark.ppt >>
Thanks, Ian.

CONFIDENTIAL

BP-HZN-2179MDL01309142
BP-HZN-2179MDL01309142

From: Sims, David C
Sent: Tue Jul 17 21:08:03 2007
To: Little, Ian
Subject: RE: Update on TO performance
Importance: Normal

My inclination is to not say anything at this time.  I can't point to any things that TOI has done wrong to cause the failures.   Also, we drove the decision to install test rams and put ourselves in this position of having to pull the stack if one ram fails.  Under normal circumstances, we wouldn't have pulled the stack after either failure as we can operate with two functioning rams.
David

---

**From:** Little, Ian
**Sent:** Tuesday, July 17, 2007 3:57 PM
**To:** Sims, David C
**Subject:** RE: Update on TO performance

David, thanks - I guess at this stage we do not want to raise any flags around the BOP ram failures?
Ian.

---

**From:** Sims, David C
**Sent:** Tuesday, July 17, 2007 2:53 PM
**To:** Little, Ian
**Subject:** RE: Update on TO performance

Transocean Horizon performance remains excellent with the current well, Cortez Bank, drilling at P10 performance. Previous two wells, Isabela and Big Kahuna, were top quartile performance amongst all GOM competition.   Safety performance remains good and slightly improving having had only one recordable hand injury this year.  Environmental incidents have been small volumes and only one spill of 10 gals of SBM to the sea.  Passed recent Marine Assurance Audit and FMEA handily with few significant findings, all of which have been cleared up.  No loss of station keeping incidents.  Culture on the Horizon is proactive, no victims, do it safely and efficiently, recover quickly, watch out for each other.  Excellent reporting, investigation, learning culture in place.  Transocean rig leadership is very competent and has the same goals as BP - drill safely and efficiently.

**David Sims**
Wells Program Manager
GOM Deepwater Exploration
Work - 281-366-0360
Mobile - 713-304-5600
Home - 281-578-8653
Fax - 281-366-3835
<u>Mailto:simsdc@BP.com</u>

---

**From:** Little, Ian
**Sent:** Tuesday, July 17, 2007 8:49 AM
**To:** Sims, David C
**Subject:** FW: Update on TO performance

Confidential

BP-HZN-MBI 00037507
BP-HZN-MBI00037507

**Importance:**   High

David, can you send me an update on Transocean and Horizon feedback for senior leadership meeting.
Thanks, Ian.

---

**From:**   Lacy, Kevin
**Sent:**   Tuesday, July 17, 2007 6:46 AM
**To:**   Guerre, Kevin R; Leary, Michael J; Little, Ian
**Cc:**   Thierens, Harry H
**Subject:**   Update on TO performance
**Importance:**   High

Mick, Ian and Kevin
In the near future we ( Mark Bly and the D&C LT ) will be meeting with TO and GSF senior management in a series of meetings culminating in the GBR's in late August.
Initially Mark Bly will meet their Sr Mgt for dinner on July 31st and Aug 1.
Can you have your guys update their performance views and flag any significant issues - we did this recently for TO but not GSF. I am attaching the notes about TO for reference and update. I have not seen any templates being used for the SPU reviews so if you have those they would be adequate if they are reasonably up to date.
After these sets of meetings we will be revising the data collection for KPI's and look for your suggestions on what is working and what is not in the performance reviews at all levels. The contractors views are we collect more data and get less from it than others plus we don't look at everything we should - as I have not seen everything we ask for from the drilling contractors I will hold judgement but I can say I would agree with that view on the well services side.
I need the updates by end of the week if possible as Mark needs it one week ahead of his meeting - in the future we will find a way to use our normal reporting and processes to keep this current.
Kevin
 << Message: RE: Action:  Transocean Performance/Relationship Input >>  << Message: RE: Action:  Transocean Performance/Relationship Input >>  << Message: RE: Action:  Transocean Performance/Relationship Input >>  << Message: Emailing: 2H06ReviewSummary.ppt >>

Confidential

BP-HZN-MBI 00037508
BP-HZN-MBI00037507

```
From: Odom, Michael LCDR
Sent: Wednesday, May 05, 2010 2:52:23 PM
To: Ogrydziak, Randal CDR
Subject: FW: Deepwater Horizon Investigation
```

Good news cal is taking it....Sent by GoodLink (www.good.com)


```
  -----Original Message-----
From:         Brown, Callan
Sent:         Wednesday, May 05, 2010 01:23 PM Eastern Standard Time
To:           Odom, Michael LCDR; Willimon, Jay MSSE2
Subject:      Deepwater Horizon Investigation
```

As you both know, I get a fun-filled vacation to New Orleans next week to give testimony on the 27JUL09 inspection we did on the DH.

I think it would be a good idea if we met for a few minutes to see what we each recall about this inspection.  As for me, I recall only that the rig was in excellent condition and that the fire drill went very well.

I don't think we have anything to hide, nor do I want to slant my testimony in any way that would not be 100% truthful.  I DO want to make this the last testimony that any member of the inspection team from that inspection has to give on this matter.

Cal