UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | § § § § | MDL NO. 2179 SECTION J |
| This Document Relates To: *All cases, 2-10-cv-2771 and 2:10-cv-04536* | § § § § | JUDGE BARBIER MAGISTRATE JUDGE SHUSHAN |

## ORDER

Having considered Transocean's Ex Parte Motion to File Appendices Under Seal in Support of Transocean's Memorandum in Support of Transocean's Motion for Partial Summary Judgment Against BP to Enforce BP's Contractual Obligations, Including BP's Obligation to Defend, Indemnify and Hold Transocean Harmless Against Pollution Claims,

IT IS ORDERED that Transocean's Motion to File Appendices Under Seal is hereby granted.

New Orleans, Louisiana this 3rd day of November, 2011.

_____
United States District Judge