# CONFERENCE ATTENDANCE RECORD

DATE: 11-4-11                       TIME: 9:30

CASE NAME: IN RE: DEEPWATER HORIZON, ET AL.

DOCKET NUMBER & SECTION: MDL 2179

DISCOVERY STATUS   CONFERENCE

☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Alan York | Halliburton |
| Jenny Martinez | Halliburton |
| Jeffry Breit | PSC |
| Kerry Miller | Krew |
| Andy Langan | BP |
| Don Haycraft | BP |
| Ryan Babiuch | BP |
| PAUL STERBCOW | PSC |
| DENNIS BARROW | Dril-Quip |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Deb Kuchler | Anadarko |
| MACK BEST | ANADARKO |
| Brian Barr | PSC |
| Phil Wittmann | Cameron |
| Carmelite Bertaut | Cameron |
| Ally Farr | Cameron |
| David Sport | Transocean |
| Tony Fitch | ANADARKO |
| Jim Roy | PSC |
| Jackie Brettner | MOEX |
| MIKE UNDERHILL | DOJ-US |
| PETE FROST | DOJ-US |
| Will Baldwin | WFT |
|  |  |
|  |  |
|  |  |
|  |  |

Ed Flanders

Rick Murphy