Minute Entry
Barbier, J.
November 4, 2011
JS 10: 20 min.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : MDL NO. 2179 : : : : SECTION: J : : : JUDGE BARBIER : MAG. JUDGE SHUSHAN |

COURTROOM DEPUTY:              COURT REPORTER:
STEPHANIE KALL                 CATHY PEPPER

MOTION HEARING

FRIDAY, NOVEMBER 4, 2011   8:30 A.M.
JUDGE CARL J. BARBIER PRESIDING

**STATE OF LOUISIANA'S OBJECTIONS TO AND APPEAL FROM MAGISTRATE JUDGE'S ORDER, REC. DOC. [4415] REGARDING DISCOVERY [4451]**

Arguments on the State's Objections and Appeal were heard.

The State certified to the Court that it has complied with the Magistrate Judge's Order as to Phase One documents. Therefore, the State's Objections as to that portion of the Order are **MOOT**. As to the State's remaining Objections, the Court held that the Magistrate Judge's Order was neither clearly erroneous nor contrary to law under 28 U.S.C. § 636(b)(1)(A). Accordingly, the Court **OVERRULED** the State's remaining objections and **AFFIRMED** the Magistrate Judge's Order.

PRESENT:   Allen Kanner, Esq., Allen Usry, Esq., Elizabeth Petersen, Atty at Law, Trey Phillips, Esq., James Buddy Caldwell, Attorney General, State of Louisiana, and Liz Murrill, Atty at Law (by telephone), for State of Louisiana
Don Haycraft, Esq., J. Andrew Langan, Esq., Ryan Babiuch, Esq., Andrew Bloomer, Esq. (by telephone), and Robert Gasaway, Esq., for BP
James Roy, Esq., for Plaintiffs' Steering Committee