UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the | * | |
| Gulf of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| **THIS PLEADING APPLIES TO:** | * | JUDGE:  BARBIER |
| | * | |
| In Re The Complaint and Petition of | * | MAGISTRATE:  SHUSHAN |
| Triton Asset Leasing GmbH, Transocean | * | |
| Holdings LLC, Transocean Offshore | * | |
| Deepwater Drilling Inc., and Transocean | * | |
| Deepwater Inc., as Owner, Managing | * | |
| Owners, Owners *Pro-Hac Vice*, and/or | * | |
| Operators of the MODU Deepwater | * | |
| Horizon, in a Cause for Exoneration from or | * | |
| Limitation of Liability | * | |
| | * | |
| Civil Action Nos.: | * | |
| 2:10-cv-2771 and 10-cv-2179 | * | |

**ORDER**

Considering the foregoing *Ex Parte*, Unopposed Motion to Voluntarily Dismiss

Weatherford's Counter-Claim/Cross-Claim against MOEX Offshore 2007 LLC filed by

Weatherford U.S. LP and Weatherford International, Inc.:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Counter-

Claim/Cross-Claim of Weatherford U.S. L.P. and Weatherford International, Inc. (Rec. Doc.

{N2312641.1}

2484), be and is hereby dismissed, without prejudice, with each party to bear its respective costs

of court and attorneys' fees.

New Orleans, Louisiana this 4th day of November, 2011.

_____
United States District Judge