SFP: 2011-9325
Ref: 2:11-CV-00916-CJB-SS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2011 NOV -4  AM 11: 53

LORETTA G. WHYTE
CLERK

## CERTIFICATE - ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention
L'autorite soussignee a l'honneur d'attester conformenent a l'article 6 de ladite Convention

1) that the document has been served the (date) **13 October 2011**
que le demande a ete executee le (date)

-at (place, street, number)  **BP PLC International Headquarters**
-a (localite, rue, numero)   **1, St. James's Square**
                             **London**
                             **SW1Y 4PD**

- in one of the following methods authorised by article 5:
- dans une des formes suivantes prevues a l'article 5:

a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the convention
selon les formes legales (article 5, alinea premier, lettre a)

b) in accordance with the following particular method
selon la forme particuliere suivante

**The documents were served by posting them through the defendant company's letterbox at the registered address of the company. This method is good service under Section 1139 of the Companies Act 2006.**

c) by delivery to the addressee, who accepted it voluntarily
par remise simple

The documents referred to in the request have been delivered to:

Les documents mentionnes dans la demande ont ete remis a:
- (identity and description of person)
- (identite et qualite de la personne)

- relationship to the addressee (family, business or other)
- liens de parente de subordination ou autres avec le desinataire de l'acts

2) that the document has not been served, by reason of the following facts:
que la demande n'a pas ete executee, en raison des faits suivants:

in conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay the expenses details in the attached statement.
Conformement a l'article 12, alinea 2 de ladite Convention, le requerant est prie de payer ou de rembourser les frais dont le detail figure au memoire ci-joint

Annexes
Documents returned
Pieces renvoyees

Done at London
fait a

the 26 October, 2011
le

in appropriate cases, documents
establishing the service:
le cas echeant, les documents
justicatifs de l'execution:

Signature and/or stamp:
Signature et/ou cachet:

[stamp: SENIOR COURT OF ENGLAND AND WALES, 26 OCT 2011]

___ Fee ___
___ Process ___
_X_ Dktd ___
___ CtRmDep ___

## SUMMARY OF THE DOCUMENT TO BE SERVED
### ÉLÉMENTS ESSENTIELS DE L'ACTE

ZURUCKSENDEN - TO RETURN
à retourner-de restituire

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 novembre 1965.*

**(article 5, fourth paragraph)**
*(article 5, alinéa quatre)*

**Name and address of the requesting authority:**
*Nom et adresse de l'autorité requérante:*

USDC/EDLA Clerk of Court, 500 Poydras Street, New Orleans, LA 70130 U.S.A.

**Particulars of the parties:**
*Identité des parties:*

PLAQUEMINES PORT, HARBOR & TERMINAL DIST. V. BP PLC, ET AL. C.A. NO. 2:11-CV-00917-CJB-SS

### JUDICIAL DOCUMENT
*ACTE JUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte:*

Complaint for Damages due to the oil spill in the Gulf of Mexico on April 20, 2010

**Nature and purpose of the proceedings and, where appropriate, the amount in dispute:**
*Nature et objet de l'instance, le cas échéant, le montant du litige:*

**Date and place for entering appearance:**
*Date et lieu de la comparution:*

**Court which has given judgment**:**
*Juridiction qui a rendu la décision:*

**Date of judgment**:**
*Date de la décision:*

**Time limits stated in the document**:**
*Indication des délais figurant dans l'acte:*

### EXTRAJUDICIAL DOCUMENT
*ACTE EXTRAJUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte:*

**Time limits stated in the document:****
*Indication des délais figurant dans l'acte:*