UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | * * * * | MDL No. 2179 SECTION "J" JUDGE BARBIER |
| This Document Relates to: No. 10-2771 | * * * * * | MAGISTRATE NO. 1 MAGISTRATE SHUSHAN |
| * * * * * * * * * * * * | | |

### *EX PARTE* CONSENT MOTION OF ANADARKO PETROLEUM CORPORATION AND ANADARKO E&P COMPANY LP FOR LEAVE TO WITHDRAW PENDING MOTION TO DISMISS THE CROSS-CLAIMS OF WEATHERFORD U.S., L.P.

**NOW INTO COURT,** come Anadarko Petroleum Corporation and Anadarko E&P Company LP (together "Anadarko") and respectfully request leave to withdraw their Motion to Dismiss the cross-claims of Weatherford U.S., L.P., as set forth in the Motion of Anadarko Petroleum Corporation and Anadarko E&P Company LP to Dismiss the Cross-Claims of Halliburton Energy Services, Inc., Cameron International Corporation, Dril-Quip, Inc., M-I, LLC, and Weatherford U.S., L.P. [Rec. Doc. 2927]. Anadarko requests leave to withdraw the Motion only insofar as it pertains to the cross-claims of Weatherford U.S., L.P., and to otherwise maintain the Motion to Dismiss with regard to the cross-claims of Halliburton Energy Services, Inc., Cameron International Corporation, Dril-Quip, Inc., and M-I, LLC.

Anadarko and Weatherford have mutually agreed that all cross-claims against each other should be voluntarily dismissed. The requested leave should be granted in order to avoid expenditure of judicial and litigant resources on unnecessary briefing and argument with respect to Anadarko's Motion to Dismiss Weatherford's cross-claims against Anadarko.

**WHEREFORE**, Anadarko prays that this Court grant the requested leave to withdraw Anadarko's pending Motion to Dismiss the cross-claims of Weatherford U.S., L.P.

Dated: November 2, 2011

Respectfully submitted,

BINGHAM McCUTCHEN LLP

*/s/ Ky E. Kirby*
Ky E. Kirby
ky.kirby@bingham.com
David B. Salmons
david.salmons@bingham.com
Michael B. Wigmore
michael.wigmore@bingham.com
Warren Anthony Fitch
tony.fitch@bingham.com
Randall M. Levine
randall.levine@bingham.com
2020 K Street, NW
Washington, DC 20006-1806
Telephone (202) 373-6000
Facsimile (202) 373-6001

James J. Dragna
jim.dragna@bingham.com
Bingham McCutchen LLP
355 South Grand Avenue, Suite 4400
Los Angeles, California 90071-3106
Telephone (213) 680-6436
Facsimile (213) 680-8636

KUCHLER POLK SCHELL
WEINER & RICHESON, LLC

Deborah D. Kuchler, T.A.
(La. Bar No.   17013)
dkuchler@kuchlerpolk.com
Janika Polk (La. Bar No. 27608)
jpolk@kuchlerpolk.com
Robert Guidry (La. Bar No. 28064)
rguidry@kuchlerpolk.com
1615 Poydras Street, Suite 1300
New Orleans, LA  70112
Tel:  (504) 592-0691
Fax:  (504) 592-0696

- 3 -

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on November 2, 2011.

             /s/ *Ky E. Kirby*
             Ky E. Kirby