UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico on April 20, 2010** | * | **SECTION "J"** |
| | * | **JUDGE BARBIER** |
| **This Document Relates to:** | * | |
| **No. 10-2771** | * | |
| | * | |
| | * | **MAGISTRATE NO. 1** |
| | * | **MAGISTRATE SHUSHAN** |

* * * * * * * * * * * *

## ORDER

Considering the *Ex Parte* Consent Motion of Anadarko Petroleum Corporation and Anadarko E&P Company LP for Leave to Withdraw Pending Motion to Dismiss the Cross-Claims of Weatherford U.S., L.P., the Motion is hereby GRANTED.

SO ORDERED.

This ____ day of _____, 2011.

_____
United States District Judge