UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * | MDL NO. 2179 SECTION: J |
| | * | JUDGE BARBIER |
| This Document Relates to: | * | |
| | * | MAG. JUDGE SHUSHAN |
| *All Cases* | * | |
| | * | |

******************************************

## PLAINTIFFS' MOTION *IN LIMINE* TO EXCLUDE BP TESTIMONY AND ARGUMENT REGARDING BOP REGULATORY COMPLIANCE OR TEMPORARY ABANDONMENT PLAN

NOW INTO COURT come Plaintiffs, who move for an order declaring that testimony from BP Defendants regarding BP's regulatory compliance with respect to the blowout preventer ("BOP") and its component parts as well as its temporary abandonment plan be deemed inadmissible, as, despite several opportunities, BP was unwilling or unable to address these issues through appropriate 30(b)(6) representatives. Plaintiffs' Motion is further supported by Plaintiffs' MEMORANDUM IN SUPPORT and EXHIBITS, which are fully incorporated by reference herein.

WHEREFORE Plaintiffs pray that BP be precluded from offering evidence or argument that BP complied with regulatory requirements regarding the BOP or its temporary abandonment procedure at trial.

This 5th day of November, 2011.

Respectfully submitted,

 /s/ Stephen J. Herman                              /s/ James Parkerson Roy
**STEPHEN J. HERMAN** (La. Bar #23129)     **JAMES PARKERSON ROY** (La. Bar #11511)

1

**Herman Herman Katz & Cotlar, LLP**
820 O'Keefe Avenue
New Orleans, LA  70113
Office:  (504) 581-4892
Telefax:  (504) 569-6024
E-Mail:  sherman@hhkc.com
*Plaintiffs' Liaison Counsel*

**Domengeaux Wright Roy & Edwards LLC**
556 Jefferson Street, Suite 500
Lafayette, LA  70501
Office:  (337) 233-3033
Telefax:  (337) 233-2796
E-Mail:  jimr@wrightroy.com
*Plaintiffs' Liaison Counsel*

### Plaintiffs' Steering Committee

| | |
|---|---|
| Brian H. Barr<br>LEVIN, PAPANTONIO, THOMAS,<br>MITHCELL, ECHSNER & PROCTOR, PA<br>316 South Baylen Street,  Suite 600<br>Pensacola, FL  32502-5996<br>Office:  (850) 435-7045<br>Telefax:  (850) 436-6187<br>E-Mail:  bbarr@levinlaw.com | Robin L. Greenwald<br>WEITZ & LUXENBERG, PC<br>700 Broadway<br>New York, NY  10003<br>Office:  (212) 558-5802<br>Telefax:  (212) 344-5461<br>E-Mail:  rgeeenwald@weitzlux.com |
| Jeffrey A. Breit<br>BREIT DRESCHER & IMPREVENTO<br>999 Waterside Drive, Suite 1000<br>Norfolk, VA  23510<br>Office:  (757) 670-3888<br>Telefax:  (757) 670-3895<br>E-Mail:  jbreit@bdbmail.com | Rhon E. Jones<br>BEASLEY, ALLEN, CROW, METHVIN,<br>PORTIS & MILES, P.C.<br>218 Commerce Street, P.O. Box 4160<br>Montgomery, AL  36104<br>Office:  (334) 269-2343<br>Telefax:  (334) 954-7555<br>E-Mail:  rhon.jones@beasleyallen.com |
| Elizabeth J. Cabraser<br>LIEFF, CABRASER, HEIMANN &<br>BERNSTEIN, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, CA  94111-3339<br>Office:  (415) 956-1000<br>Telefax:  (415) 956-1008<br>E-Mail:  ecabraser@lchb.com | Matthew E. Lundy<br>LUNDY, LUNDY, SOILEAU & SOUTH, LLP<br>501 Broad Street<br>Lake Charles, LA  70601<br>Office:  (337) 439-0707<br>Telefax:  (337) 439-1029<br>E-Mail:  mlundy@lundylawllp.com |
| Philip F. Cossich, Jr.<br>COSSICH, SUMICH, PARSIOLA &<br>TAYLOR<br>8397 Highway 23, Suite 100<br>Belle Chasse, LA  70037<br>Office:  (504) 394-9000<br>Telefax:  (504) 394-9110<br>E-Mail:  pcossich@cossichlaw.com | Michael C. Palmintier<br>deGRAVELLES, PALMINTIER,<br>HOLTHAUS & FRUGÉ<br>618 Main Street<br>Baton Rouge, LA  70801-1910<br>Office:  (225) 344-3735<br>Telefax:  (225) 344-0522<br>E-Mail:  mpalmintier@dphf-law.com |
| Robert T. Cunningham<br>CUNNINGHAM BOUNDS, LLC<br>1601 Dauphin Street, P.O. Box 66705<br>Mobile, AL  36660 | Paul M. Sterbcow<br>LEWIS, KULLMAN, STERBCOW &<br>ABRAMSON<br>601 Poydras Street, Suite 2615 |

| | |
|---|---|
| Office:  (251) 471-6191<br>Telefax:  (251) 479-1031<br>E-Mail:  rtc@cunninghambounds.com<br><br>Alphonso Michael "Mike" Espy<br>MORGAN & MORGAN, P.A.<br>188 East Capitol Street, Suite 777<br>Jackson, MS  39201<br>Office:  (601) 949-3388<br>Telefax:  (601) 949-3399<br>E-mail:  mike@mikespy.com<br><br>Calvin C. Fayard, Jr.<br>FAYARD & HONEYCUTT<br>519 Florida Avenue, SW<br>Denham Springs, LA  70726<br>Office:  (225) 664-4193<br>Telefax:  (225) 664-6925<br>E-Mail:  calvinfayard@fayardlaw.com<br><br>Ervin A. Gonzalez<br>COLSON HICKS EIDSON<br>255 Alhambra Circle, Penthouse<br>Coral Gables, FL  33134<br>Office:  (305) 476-7400<br>Telefax:  (305) 476-7444<br>E-Mail:  Ervin@colson.com<br><br>Joseph F. Rice<br>MOTLEY RICE, LLC<br>28 Bridgeside Blvd.<br>Mount Pleasant SC 29465<br>Office:  (843) 216-9000<br>Telefax:  (843) 216-9450<br>E-Mail:  jrice@motleyrice.com | New Orleans, LA  70130<br>Office:  (504) 588-1500<br>Telefax:  (504) 588-1514<br>E-Mail:  psterbcow@lksalaw.com<br><br>Scott Summy<br>BARON & BUDD, P.C.<br>3102 Oak Lawn Avenue, Suite 1100<br>Dallas, TX  75219<br>Office:  (214) 521-3605<br>Telefax:  (214) 599-1172<br>E-Mail:  ssummy@baronbudd.com<br><br>Mikal C. Watts (PSC)<br>WATTS GUERRA CRAFT, LLP<br>Four Dominion Drive, Building 3, Suite 100<br>San Antonio, TX  78257<br>Office:  (210) 447-0500<br>Telefax:  (210) 447-0501<br>E-Mail:  mcwatts@wgclawfirm.com<br><br>Conrad S.P. "Duke" Williams<br>WILLIAMS LAW GROUP, LLC<br>Maison Grand Caillou<br>435 Corporate Drive, Suite 101<br>Houma, LA  70360<br>Office: (985) 876-7595<br>Telefax:  (985) 876-7594<br>E-Mail:  duke@williamslawgroup.org | |

## CERTIFICATE OF SERVICE

     WE HEREBY CERTIFY that the above and foregoing Motion will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing will be electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 5th day of November, 2011.

                                         /s/  James Parkerson Roy and Stephen J. Herman