01-37372
DG

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG    )   MDL NO.  2179
"DEEPWATER HORIZON" in the    )
GULF OF MEXICO,  on    )   SECTION: J
APRIL 20, 2010    )
   )   JUDGE BARBIER
   )
   )   MAG. JUDGE SHUSHAN

# CONFIDENTIAL

## WorldwideVIEW™
### Interactive Deposition Digital Display

ORAL AND VIDEOTAPED DEPOSITION OF:



# Michael Byrd

**VOLUME 1**

JULY 13, 2011

# COPY



*Systems Technology for the Litigation World*

Litigation Group♦Court Reporting♦Video Production♦Videoconferencing
**For U.S. & International Services**
**800 ~ 745 ~ 1101**

Exhibit 3

58

| | | |
|---|---|---|
| | 1 | A.      Correct. |
| | 2 | Q.      If I'd go through all of |
| | 3 | Chapter 250, I will tell you, it's 30 CFR |
| | 4 | 250.  Do you know what CFR's are? |
| 09:56 | 5 | A.      Yes. |
| | 6 | Q.      Code of Federal Regulations. |
| | 7 | If I went down and I started |
| | 8 | going through 30 CFR Chapter 250, which deals |
| | 9 | with drilling operations, you are not an |
| 09:56 | 10 | expert on regulatory compliance? |
| | 11 | A.      That is correct. |
| | 12 | Q.      So you're not going to be able |
| | 13 | to tell me whether -- what BP's policies are |
| | 14 | on regulatory compliance in connection with |
| 09:57 | 15 | blowout preventers? |
| | 16 | A.      No. |
| | 17 | Q.      I'm going to -- I'm not going to |
| | 18 | go with all regulatory compliance on all |
| | 19 | issues, you understand? |
| 09:57 | 20 | A.      I understand. |
| | 21 | Q.      I mean, we have regulatory |
| | 22 | compliance on the way you treat your workers |
| | 23 | and age discrimination and -- and, you know, |
| | 24 | environmental laws and pollution laws and all |
| 09:57 | 25 | sorts of laws, right? |

**PURSUANT TO CONFIDENTIALITY ORDER**