01-37372
DG

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

## *CONFIDENTIAL*

### WorldwideVIEW™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



### Michael Byrd

VOLUME 1

JULY 13, 2011

## *COPY*



*Systems Technology for the Litigation World*

Litigation Group♦Court Reporting♦Video Production♦Videoconferencing
For U.S. & International Services
800 - 745 - 1101

Exhibit 4

59

|  |  |
|---|---|
| 1 | A. Correct. |
| 2 | Q. I'm talking today -- my |
| 3 | questions deal with blowout preventer |
| 4 | regulatory requirements. And that's not a |
| 09:57  5 | subject that you know about? |
| 6 | A. That's correct. |
| 7 | Q. So whether the Macondo DEEPWATER |
| 8 | HORIZON blowout preventer met the regulatory |
| 9 | requirements or didn't is not something |
| 09:57 10 | you're going to be able to help me with? |
| 11 | A. If there is a specific question |
| 12 | on a specific regulatory item, I may be able |
| 13 | to answer it. |
| 14 | Q. Well, for example, do you know |
| 09:58 15 | whether the testing protocols that were set |
| 16 | forth in connection with the Macondo met the |
| 17 | regulatory requirements of 250 CFR? |
| 18 | A. No. |
| 19 | Q. Do you know whether the |
| 09:58 20 | maintenance requirements set forth in the |
| 21 | CFR's were complied with in connection with |
| 22 | the BOP that was on Macondo with the |
| 23 | DEEPWATER HORIZON? |
| 24 | A. No. |
| 09:58 25 | Q. Do you know whether |

**PURSUANT TO CONFIDENTIALITY ORDER**

60

|  |  |  |
|---|---|---|
|  | 1 | modifications that were done to the DEEPWATER |
|  | 2 | HORIZON blowout preventer complied or did not |
|  | 3 | comply with regulatory requirements? |
|  | 4 | A.      I don't know. |
| 09:58 | 5 | Q.      Do you know whether the |
|  | 6 | schematic drawings are -- are required by |
|  | 7 | regulatory com -- as part of the regulations? |
|  | 8 | A.      I don't know. |
|  | 9 | Q.      Okay.  So at least with respect |
| 09:58 | 10 | to all those topics -- maintenance, testing, |
|  | 11 | configuration, pressure requirements -- |
|  | 12 | you're not going to be able to help us in |
|  | 13 | terms of the regulations? |
|  | 14 | A.      No.  I can speak to the piece of |
| 09:59 | 15 | equipment and the mechanical aspects of the |
|  | 16 | equipment. |
|  | 17 | Q.      This particular piece of |
|  | 18 | equipment or the policies of BP with respect |
|  | 19 | to all BOP's? |
| 09:59 | 20 | A.      About mechanical issues in |
|  | 21 | general, not necessarily policies. |
|  | 22 | Q.      Okay.  You can't speak to the |
|  | 23 | policies of BP with respect to blowout |
|  | 24 | preventers? |
| 09:59 | 25 | A.      No.  I'm not an expert on our -- |

**PURSUANT TO CONFIDENTIALITY ORDER**