01-37372
DG

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

## *CONFIDENTIAL*

### WorldwideVIEW™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



## Michael Byrd

VOLUME 1

JULY 13, 2011

## *COPY*



*Systems Technology for the Litigation World*

Litigation Group•Court Reporting•Video Production•Videoconferencing
For U.S. & International Services
800 - 745 - 1101

Exhibit 5

|  |  |
|---|---|
| 1 | to Transocean? |
| 2 | A.    I don't know. |
| 3 | Q.    Who does know? |
| 4 | A.    Transocean would certainly know |
| 09:21  5 | if they had it or not. |
| 6 | MR. BAAY:  Objection; form. |
| 7 | Q.    (BY MR. WILLIAMSON)  Who at BP |
| 8 | knows? |
| 9 | A.    I don't know. |
| 09:21 10 | MR. WILLIAMSON:  Mr. Byrd, I'm going to |
| 11 | talk to your lawyer for a second. |
| 12 | I do not believe that this |
| 13 | person is an appropriate 30(b)(6) witness. |
| 14 | And for the first time in the 30 depositions |
| 09:22 15 | or so I've participated in, I want to get |
| 16 | Judge Shushan on the phone to raise this |
| 17 | point.  I'm asking direct questions that I |
| 18 | believe -- I'm not trying to argue with |
| 19 | counsel on a personal level. |
| 09:22 20 | I'm certainly not directing |
| 21 | these questions to you, Mr. Byrd. |
| 22 | I do not believe this is an |
| 23 | appropriate 30(b)(6) witness.  These are |
| 24 | direct questions over regulatory compliance |
| 09:22 25 | in connection with BOP suitability and |

|  |  |
|---|---|
|  | 1 configuration and applicability.  And this |
|  | 2 witness has clearly indicated he does not |
|  | 3 know the answers, and I -- I'm willing to |
|  | 4 listen to any counsel in the room's comments; |
| 09:22 | 5 I'm certainly willing to listen to BP's |
|  | 6 counsels' comments; but I'm thinking we |
|  | 7 should probably get Judge Shushan on the |
|  | 8 phone. |
|  | 9           Anything you want to say before |
| 09:22 | 10 we kind of take a break and.... |
|  | 11      MR. COLLIER:  Sure.  I appreciate the |
|  | 12 opportunity for a comment, Mr. Williamson.  I |
|  | 13 respectfully disagree with the position.  I |
|  | 14 don't believe that regulatory and compliance |
| 09:22 | 15 was part of the topics on which Mr. Byrd has |
|  | 16 been designated, and therefore, what BP |
|  | 17 did -- as far as ensuring the regulatory |
|  | 18 compliance of BP was met -- falls outside the |
|  | 19 scope of his topics. |
| 09:23 | 20      MR. WILLIAMSON:  Before we take a |
|  | 21 break, I would like -- okay.  I want to take |
|  | 22 the next couple of -- given counsel's |
|  | 23 comments, I want to ask a couple more |
|  | 24 questions before we take a break.  My |
| 09:23 | 25 position remains unchanged. |

**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1        Q.   (BY MR. WILLIAMSON)  Mr. Byrd,
 2   did you look at the Notice of Deposition
 3   today?  It's what lawyers call 30(b)(6)
 4   notice, because it falls under Federal Rule
 5   of Procedure 30, Subdivision B, Subdivision
 6   6.
 7        A.   Uh-huh.
 8        Q.   Okay.  Did you look at that?
 9        A.   No.
10        Q.   Okay.  Did you understand you
11   were supposed to be talking about the
12   suitability of the blowout preventer in
13   connection with....
14        A.   Yes.
15        Q.   And part of "suitability" means
16   it should be legal, right?
17        MR. COLLIER:  Object to form.
18        A.   That's arguable.  I don't --
19        Q.   (BY MR. WILLIAMSON)  Okay.  BP
20   takes the position that a blowout preventer
21   that is not legally adequate may still be
22   suitable?
23        A.   That's not what I said.
24        Q.   Okay.  I'm asking.  I'm asking
25   for what BP says.
```

**PURSUANT TO CONFIDENTIALITY ORDER**

```
              1              In order to be suitable, should
              2    the blowout preventer meet the regulatory
              3    requirements?
              4         A.    Yes, it should.
      09:24  5         Q.    Okay.
              6         MR. WILLIAMSON:  I'll take a break.
              7         THE VIDEOGRAPHER:  Off the record --
              8         MR. WILLIAMSON:  Anyone else want to
              9    say anything before we go off the record?
      09:24 10         THE VIDEOGRAPHER:  Off the record at
             11    9:22 A.M., ending Tape 1.
             12              (Break from 9:22 A.M. to 9:54
             13    A.M.)
             14              THE VIDEOGRAPHER:  On the record
      09:55 15    at 9:54 a.m., beginning Tape 2.
             16         MR. WILLIAMSON:  We had a conference
             17    with Judge Shushan.  She invited us to bring
             18    the issue to her attention Friday, as
             19    appropriate, and encouraged us to go forward
      09:56 20    in accordance with her directions.
             21         Q.    (BY MR. WILLIAMSON)  The --
             22    okay, Mr. Byrd, I was asking you about
             23    certain aspects of the CFR's, MASP, and how
             24    it applied, and I believe your answer was you
      09:56 25    don't know.
```

```
        1        A.      Correct.
        2        Q.      If I'd go through all of
        3   Chapter 250, I will tell you, it's 30 CFR
        4   250.  Do you know what CFR's are?
09:56   5        A.      Yes.
        6        Q.      Code of Federal Regulations.
        7                If I went down and I started
        8   going through 30 CFR Chapter 250, which deals
        9   with drilling operations, you are not an
09:56  10   expert on regulatory compliance?
       11        A.      That is correct.
       12        Q.      So you're not going to be able
       13   to tell me whether -- what BP's policies are
       14   on regulatory compliance in connection with
09:57  15   blowout preventers?
       16        A.      No.
       17        Q.      I'm going to -- I'm not going to
       18   go with all regulatory compliance on all
       19   issues, you understand?
09:57  20        A.      I understand.
       21        Q.      I mean, we have regulatory
       22   compliance on the way you treat your workers
       23   and age discrimination and -- and, you know,
       24   environmental laws and pollution laws and all
09:57  25   sorts of laws, right?
```

**PURSUANT TO CONFIDENTIALITY ORDER**