01-38058
EAF/dlr

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

## *CONFIDENTIAL*

### *WorldwideVIEW*™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# Andrew Eric Frazelle
INDIVIDUALLY AND AS CORPORATE REPRESENTATIVE
VOLUME 1

SEPTEMBER 26, 2011

## *COPY*



*Systems Technology for the Litigation World*

Litigation Group • Court Reporting • Video Production • Videoconferencing
For U.S. & International Services
800 - 745 - 1101

Exhibit 7

```
 1  turn to the blowout preventer.
 2       A.  Okay.
 3       Q.  You understand that you've been
 4  designated as a witness with regard to blowout
 5  preventer Regulatory issues?
 6       A.  Yes, sir.
 7       Q.  Okay.  And on that subject, I'm asking
 8  you to speak for BP today, you know that?
 9       A.  Yes, sir.
10       Q.  And I'm going to ask you to go with
11  telling me what BP knows, you understand that?
12       A.  Yes, sir.
13       Q.  Because your answers are going to be used
14  to state what BP's knowledge is, correct?
15              MS. HARDING:  Object to the form.
16       Q.  (By Mr. Williamson) You know that?
17       A.  That is correct.
18       Q.  Okay.  Do you have experience with
19  blowout preventers?
20       A.  What type of experience are you referring
21  to, sir?
22       Q.  Any experience.  What's your experience
23  with blowout preventers?
24       A.  My experience of blowout preventers is as
25  a Well Site Leader and as an Operators
```

**PURSUANT TO CONFIDENTIALITY ORDER**