# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

300 North LaSalle Street
Chicago, Illinois 60654

J. Andrew Langan, P.C.
To Call Writer Directly:
(312) 862-2064
alangan@kirkland.com

(312) 862-2000

www.kirkland.com

Facsimile:
(312) 862-2200

September 20, 2011

**Via E-mail**

Stephen J. Herman
Herman Herman Katz & Cotlar
820 O'Keefe Avenue
New Orleans, LA 70113-1116

James P. Roy
Domengeaux Wright Roy & Edwards
556 Jefferson Street
P.O. Box 3668
Lafayette, LA 70502

R. Michael Underhill
U.S. Department of Justice
P.O. Box 36028
450 Golden Gate Avenue
San Francisco, CA 94102-3463

Luther Strange
Office of the Attorney General
501 Washington Avenue
Montgomery, AL 36130

RE: *Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010, MDL 2179*

Dear Steve, James, Mike, and Luther:

Pursuant to Pretrial Order No. 17, paragraphs C.2 and C.3, this letter is to advise Liaison and Coordinating Counsel of the witness's role or involvement and also to advise that three attorneys for BP will be in attendance at the upcoming deposition of Andrew Frazelle:

Mr. Frazelle is a Global Wells Organization Well Control Manager. At the time of the incident, he was a Wells Operations Manager for the *Thunder Horse PDQ*. Mr. Frazelle was involved in the post-Incident response efforts.

Mr. Frazelle will also be testifying as BP's Rule 30(b)(6) designee for topic number 7 ("The background, basis (or bases), intent, preparation, drafting, submission and approval of BP's Application for Permit to Modify the temporary abandonment procedure on or around April 16, 2010, including the deviations, if any, between that procedure and the procedure(s) described in (a) the April 12, 2010 Drilling Plan, (b) the April 14, 2010 Morel "Forward Ops" E-Mail, or (c) the April 20, 2010 "Ops Note".") and on issues related to regulatory compliance in selecting the BOP and its component parts, as set forth in the Working Group Order dated 7/18/2011 (Dkt. 3354).

Exhibit 8

## KIRKLAND & ELLIS LLP

September 20, 2011
Page 2

      Please feel free to contact me if there are any questions.

      Sincerely,

      *[signature]*

      J. Andrew Langan, P.C.

cc:    Paul Sterbcow
       Anthony Irpino
       MDL 2179 Defense Liaison Counsel

## KIRKLAND & ELLIS LLP

September 20, 2011
Page 2

Please feel free to contact me if there are any questions.

Sincerely,

*[signature]*

J. Andrew Langan, P.C.

cc:  Paul Sterbcow
     Anthony Irpino
     MDL 2179 Defense Liaison Counsel