01-38058
EAF/dlr

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179 SECTION: J JUDGE BARBIER MAG. JUDGE SHUSHAN |

## *CONFIDENTIAL*

### *WorldwideVIEW*™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# Andrew Eric Frazelle
INDIVIDUALLY AND AS CORPORATE REPRESENTATIVE
VOLUME 1

SEPTEMBER 26, 2011

## *COPY*



*Systems Technology for the Litigation World*

Litigation Group•Court Reporting•Video Production•Videoconferencing
For U.S. & International Services
800 - 745 - 1101

Exhibit 9

```
 1      A.   Are we finished with this one?
 2      Q.   Yes.
 3           I'm going to hand you what's been marked
 4   as Exhibit 5351, and it's CFR 250.416.
 5           (Exhibit No. 5351 marked.)
 6      Q.   (By Mr. Williamson) Have you ever seen
 7   that before?
 8      A.   (Reviewing Exhibit 5351.)
 9      Q.   I actually highlighted the one that's
10   actually in the record so that you could tell the
11   part I'm going to ask about.
12      A.   M-h'm.  Yes, sir.  I've seen this.
13      Q.   Okay.  What this says is:  "You must
14   include in the diverter and BOP descriptions,"
15   and "you" means BP, right?  We've agreed on that?
16      A.   Well --
17      Q.   This provision out of the CFRs, Exhibit
18   No. 5351, applies to BP, correct?
19      A.   Yes, sir.
20      Q.   Okay.  I'm going to talk about 416(e) as
21   in "egg."  Okay?  You have to give to MMS:
22   "Information that shows the blind-shear rams
23   installed in the BOP stack (both surface and
24   subsea stacks) are capable of shearing the drill
25   pipe in the hole under maximum anticipated
```

156

1  surface pressures."
2      Did I read it correctly?
3  A.  Yes, sir.
4  Q.  Okay.  Who at BP is responsible for
5  making sure that gets done?
6  A.  I cannot answer that on behalf of BP.  I
7  cannot give you a name or a role on that.
8  Q.  Okay.
9  A.  I'm not prepared to answer that.
10 Q.  I'm asking you for BP:  BP, as they sit
11 here today, does not know who can comply or who's
12 responsible for Compliance with the Requirement
13 in Exhibit 5351?
14     MS. HARDING:  Object to the form.
15 A.  I'm answering on behalf of myself, it is
16 not on behalf of BP, because I was not prepared
17 to answer that question.  So I cannot answer on
18 behalf of BP.
19 Q.  (By Mr. Williamson) Okay.  All right.  So
20 you're my second witness to come in to be
21 designated on BOP Regulatory.  You do agree this
22 is a BOP Regulation, right?
23 A.  Yes, sir.
24 Q.  And you do agree that this is a BOP
25 Regulation that applies to the Gulf of Mexico?