01-38058
EAF/dlr

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179 SECTION: J JUDGE BARBIER MAG. JUDGE SHUSHAN |

# *CONFIDENTIAL*

## *WorldwideVIEW*™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# Andrew Eric Frazelle
INDIVIDUALLY AND AS CORPORATE REPRESENTATIVE
VOLUME 1

SEPTEMBER 26, 2011

# *COPY*



*Systems Technology for the Litigation World*

Litigation Group • Court Reporting • Video Production • Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

Exhibit 10

111

1  A.  That is correct.
2  Q.  (By Mr. Williamson) What you're saying is
3  BP doesn't do it; BP relies on Transocean.
4       MS. HARDING:  Object --
5  Q.  (By Mr. Williamson) Do I understand your
6  answer correctly?
7       MS. HARDING:  Objection, form.
8  A.  BP working with -- with Transocean
9  determines that, yes, sir.
10 Q.  (By Mr. Williamson) Well, let me back up.
11 Does BP do it?  Does BP take the MASP and the
12 shearing formula provided by Cameron and
13 calculate the shearability of the tubulars?
14      MS. HARDING:  Object to the form.
15 Q.  (By Mr. Williamson) Does BP do that
16 themselves --
17      MS. HARDING:  Object --
18 Q.  (By Mr. Williamson) -- independent of
19 Transocean?
20      MS. HARDING:  Object to the form.
21 A.  Not on every well, as far as I -- as I
22 know.
23 Q.  (By Mr. Williamson) Okay.  Okay.  So what
24 BP does is they rely upon Transocean to do it,
25 correct?

**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1              MS. HARDING:  Object to the form.
 2     A.   Yes, sir.
 3     Q.   (By Mr. Williamson)  Okay.  Who at BP is
 4  in charge of making positively sure that
 5  Transocean does it?
 6     A.   That, I can't answer.
 7              MS. HARDING:  Object to the form.
 8     Q.   (By Mr. Williamson)  Okay.  BP doesn't
 9  know, speaking for BP, as your corporation, BP
10  doesn't know who at Transocean calculates that?
11     A.   The -- the calculation with that is with
12  the -- with the Subsea Engineers and the
13  Engineering Department.  As far as a particular
14  name, I --
15     Q.   You can give me a title.  Who does BP
16  think does that for Transocean?
17              MS. HARDING:  Object to the form.
18     A.   The communication between BP is between
19  the -- the Wells Team Leader and the -- and the
20  rig Operations Manager --
21     Q.   (By Mr. Williamson)  Okay.
22     A.   -- to request that information.
23     Q.   So John Guide, the Wells Team Leader on
24  the HORIZON, was supposed to figure out if
25  Transocean was calculating shearability using
```

**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1  MASP?
 2          MS. HARDING:  Object to the form.
 3      Q.  (By Mr. Williamson) Do I understand your
 4  answer correctly?
 5      A.  Could you repeat that, please?
 6      Q.  Sure.  John Guide, the Wells Team Leader
 7  on the HORIZON, was supposed to make sure that
 8  Transocean was calculating shearability with the
 9  MASP.  Did I understand your answer correctly?
10          MS. HARDING:  Object to form.
11      A.  Yes, sir.
12      Q.  (By Mr. Williamson) Okay.  Who's supposed
13  to check to see if John Guide does that?
14          MS. HARDING:  Object to the form.
15      A.  Theoretically, it would be the Wells
16  Operations Manager --
17      Q.  (By Mr. Williamson) Okay.
18      A.  -- since he supervises.
19      Q.  And what audit system is in place to make
20  sure that the Wells Operations Manager and the
21  Wells Team Leader actually do that?
22          MS. HARDING:  Object to the form.
23      A.  I'm not aware of one.
24      Q.  (By Mr. Williamson) Okay.  So BP doesn't
25  have an audit or a supervisory or a Safety
```

```
 1  Management System in order to make sure that this
 2  occurs --
 3           MS. HARDING:  Object to the form.
 4       Q.  (By Mr. Williamson) -- that you know of?
 5       A.  BP has a Safety Management System, yes,
 6  sir.
 7       Q.  I know.  I'm asking -- I -- I agree, BP
 8  has a Safety Management System.
 9       A.  (Nodding.)
10       Q.  What I'm asking is:  Do you know of that
11  Safety Management System ever being utilized to
12  ensure this particular function, namely, that
13  Transocean correctly calculates shearability
14  using the MASP?
15           MS. HARDING:  Object to the form.
16       Q.  (By Mr. Williamson) There's no Safety
17  Management System and process for that particular
18  item, is there?
19           MS. HARDING:  Object to the form.
20       A.  I do not believe that's stipulated in --
21  in DWOP, no, sir.
22       Q.  (By Mr. Williamson) So the answer is,
23  "No, we never checked.  The Wells Operations
24  Manager does not check to see if the Wells Team
25  Leader does that"?
```

**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1              MS. HARDING:  Object to the form.
 2      A.  I can't say that he never does.
 3      Q.  (By Mr. Williamson) But there's no system
 4  in place to ensure that it happens?
 5      A.  There is no system in place for that
 6  particular check or audit action.
 7      Q.  M-h'm.  The -- well, speaking for BP,
 8  there should be such a system in place, shouldn't
 9  there?
10              MS. HARDING:  Object to the form.
11      A.  I don't think that on a -- on a
12  well-by-well basis, I think that you need to
13  understand what the boundary conditions are if --
14  if there is shearability at 10,000 or 15,000, and
15  you understand the capabilities of your shear
16  rams, and the MASP falls within that, that --
17  that it has to be done on a daily basis or on a
18  well basis.  You have to ensure that it falls
19  within that predetermined range.
20      Q.  (By Mr. Williamson) Okay.  So your answer
21  is, "BP does not think there should be a system
22  process in place to check this on a well-by-well
23  basis"?
24              MS. HARDING:  Object to the form.
25      A.  To calculate it on a well-by-well basis,
```

**PURSUANT TO CONFIDENTIALITY ORDER**

1  the double-check.
2      Q.  I know.  Who is supposed to do that?
3          MS. HARDING:  Object to the form.
4      A.  The Drilling Engineers calculate the
5  MASP.
6      Q.  (By Mr. Williamson) Okay.  Who is
7  supposed to check that against shearability?
8          MS. HARDING:  Object to form.
9      Q.  (By Mr. Williamson) It calls for a
10 person.  Who at BP is supposed to check the MASP
11 against shearability?
12         MS. HARDING:  Same objection.
13     A.  I -- I cannot answer that.  I don't know
14 who has that specific task assigned to them.
15     Q.  (By Mr. Williamson) Okay.  BP -- I'm
16 speaking for BP now.  BP does not know who is
17 supposed to check MASP against shearability?
18     A.  That's correct.
19         MR. WILLIAMSON:  Okay.  The -- let's
20 take a break while I review my notes.
21         THE VIDEOGRAPHER:  We're off the
22 record at 10:47.
23         (Recess from 10:47 a.m. to 11:04 a.m.)
24         MR. WILLIAMSON:  Ready.
25         THE VIDEOGRAPHER:  We're on the

**PURSUANT TO CONFIDENTIALITY ORDER**

1    A.   Are we finished with this one?
2    Q.   Yes.
3         I'm going to hand you what's been marked
4    as Exhibit 5351, and it's CFR 250.416.
5         (Exhibit No. 5351 marked.)
6    Q.   (By Mr. Williamson) Have you ever seen
7    that before?
8    A.   (Reviewing Exhibit 5351.)
9    Q.   I actually highlighted the one that's
10   actually in the record so that you could tell the
11   part I'm going to ask about.
12   A.   M-h'm.  Yes, sir.  I've seen this.
13   Q.   Okay.  What this says is:  "You must
14   include in the diverter and BOP descriptions,"
15   and "you" means BP, right?  We've agreed on that?
16   A.   Well --
17   Q.   This provision out of the CFRs, Exhibit
18   No. 5351, applies to BP, correct?
19   A.   Yes, sir.
20   Q.   Okay.  I'm going to talk about 416(e) as
21   in "egg."  Okay?  You have to give to MMS:
22   "Information that shows the blind-shear rams
23   installed in the BOP stack (both surface and
24   subsea stacks) are capable of shearing the drill
25   pipe in the hole under maximum anticipated

**PURSUANT TO CONFIDENTIALITY ORDER**

156

1   surface pressures."
2           Did I read it correctly?
3       A.  Yes, sir.
4       Q.  Okay.  Who at BP is responsible for
5   making sure that gets done?
6       A.  I cannot answer that on behalf of BP.  I
7   cannot give you a name or a role on that.
8       Q.  Okay.
9       A.  I'm not prepared to answer that.
10      Q.  I'm asking you for BP:  BP, as they sit
11  here today, does not know who can comply or who's
12  responsible for Compliance with the Requirement
13  in Exhibit 5351?
14          MS. HARDING:  Object to the form.
15      A.  I'm answering on behalf of myself, it is
16  not on behalf of BP, because I was not prepared
17  to answer that question.  So I cannot answer on
18  behalf of BP.
19      Q.  (By Mr. Williamson) Okay.  All right.  So
20  you're my second witness to come in to be
21  designated on BOP Regulatory.  You do agree this
22  is a BOP Regulation, right?
23      A.  Yes, sir.
24      Q.  And you do agree that this is a BOP
25  Regulation that applies to the Gulf of Mexico?

1  A.  Yes, sir.
2  Q.  And you're simply not prepared to answer
3  that question as you sit here today?
4       MS. HARDING:  Object to the form.
5  A.  That is correct.
6  Q.  (By Mr. Williamson) Because you don't
7  know?
8  A.  I do not know the person who submits that
9  to the MMS.
10 Q.  Do you even know if it was submitted?
11 A.  I would have to go back through --
12      MS. HARDING:  Object to form.
13 A.  -- the APD to see if it was submitted.
14 Q.  (By Mr. Williamson) So the answer is
15 "No," you don't know if it was submitted to MMS?
16      MS. HARDING:  Object to form.
17 A.  I would have to review the APD to see if
18 it was.
19 Q.  (By Mr. Williamson) No, no.  Do you know
20 as you sit here today without reviewing at the
21 APD?
22 A.  I do not know that without reviewing it.
23 Q.  Do you even know if the calculation was
24 done that would show that the blind shear rams
25 were capable of shearing and sealing the drill

**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1  pipe under MASP?  Do you even know if that
 2  calculation was done for Macondo --
 3           MS. HARDING:  Object to the form.
 4       Q.  (By Mr. Williamson) -- as you sit here
 5  today?
 6       A.  The -- the capabilities of the blind
 7  shear rams are known through previous testing.
 8       Q.  Okay.
 9       A.  The Macondo Well is not out with what
10  is -- what has traditionally been done with
11  the -- drilled with the HORIZON.  It's not a --
12  an outlier as to having excessive pressures.
13       Q.  Okay.  The question is, do you know if it
14  was calculated for Macondo?
15           MS. HARDING:  Object to the form.
16       Q.  (By Mr. Williamson) Do you know if this
17  calculation was done for Macondo?
18           MS. HARDING:  Object to the form.
19       Q.  (By Mr. Williamson) Do you know?
20       A.  MASP was -- was calculated, yes, sir.
21       Q.  No.  Where you apply MASP to determine
22  shearability --
23           MS. HARDING:  Object to the form.
24       Q.  (By Mr. Williamson) -- do you know if
25  that calculation was done specifically --
```

**PURSUANT TO CONFIDENTIALITY ORDER**

1  A.  I'm not aware of that.
2  ~~MS. HARDING: Object to the form.~~
3  Q.  (By Mr. Williamson) And you weren't
4  prepared to address that question today?
5  A.  I did not prepare for that, no, sir.
6  MR. WILLIAMSON:  All right.  I've
7  got other questions for him, but I think with
8  that answer, I'm going to give the rest --
9  remainder of my time to my colleague.
10  THE VIDEOGRAPHER:  We're off the
11  record at 11:44, end Tape 4.
12  (Recess from 11:44 a.m. to 11:56 a.m.)
13  MR. BARR:  I believe we're ready to
14  go.
15  THE VIDEOGRAPHER:  All set?  One
16  second.
17  We're on the record at 11:56, start
18  Tape 5.
19  EXAMINATION
20  QUESTIONS BY MR. BARR:
21  Q.  All right.  Good afternoon, Mr. Frazelle.
22  My name is Brian Barr.  I'm here on behalf of the
23  Plaintiffs Steering Committee.  And we are now
24  going to switch away from you testifying on
25  behalf of BP and talk to you, Andy Frazelle, and

**PURSUANT TO CONFIDENTIALITY ORDER**