UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Regarding Topic 7 of the Rule 30(b)(6) Notice to BP]**

Topic 7 of the Rule 30(b)(6) notice to BP is as follows:

The background, basis (or bases), intent, preparation, drafting, submission and approval of BP's Application for Permit to Modify the temporary abandonment procedure on or around April 16, 2010, including the deviations, if any, between that procedure and the procedure(s) described in (a) the April 12, 2010 Drilling Plan, (b) the April 14, 2010 Morel "Forward Ops" E-mail, or (c) the April 20, 2010 "Ops Note."

The subject matter encompassed by Topic can be fairly parsed as follows:

1. The background, bases, and intent behind BP's Application for Permit to Modify ("APM") on or around April 16.

2. The drafting, submission, and approval of BP's APM on April 16.

3. The deviations, if any, between the APM and the procedure(s) described in (a) the April 12, 2010 Drilling Plan, (b) the April 14, 2010 Morel "Forward Ops" E-mail, or (c) the April 20, 2010 "Ops Note."

The parties may explore with the BP designee the topics identified on pages 11 and 12 of the letter of August 5, 2011 from counsel for Anadarko (Rec. doc. 3622), except for the following topics:

1. Whether the temporary abandonment procedure actually utilized on April 20 was the same as or deviated from the procedure set forth in Morel's April 20 "Ops Note."

Exhibit 14

5350
Exhibit No. _____
Worldwide Court
Reporters, Inc.

2. Whether a Risk Assessment was the basis for the temporary abandonment procedure performed on April 20 or should have been.

The Court will not review the questions submitted by Anadarko *in camera*, but rather the parties shall frame its questions based on the Court's ruling. The Court will not specify what BP's designee is required to do in order to prepare for the deposition. At this point the only issue properly before the Court is the scope of Topic 7.

New Orleans, Louisiana, this 9th day of August, 2011.

                                                **Sally Shushan**
                                                **United States Magistrate Judge**