1

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2

 3    IN RE:  OIL SPILL       )   MDL NO. 2179
      BY THE OIL RIG          )
 4    "DEEPWATER HORIZON" IN  )   SECTION "J"
      THE GULF OF MEXICO, ON  )
 5    APRIL 20, 2010          )   JUDGE BARBIER
                              )   MAG. JUDGE SHUSHAN
 6
 7
 8
 9
10
11
12
13
14
15
16
17              *****************
                    VOLUME 1
18              *****************
19
20
           Deposition of Andrew Eric Frazelle,
21    Individually and as Corporate Representative,
      taken at the Pan-American Building, 601 Poydras
22    Street, 11th Floor, New Orleans, Louisiana,
      70130, on the 26th day of September, 2011.
23
24                                    Exhibit 15
25
```

Exhibit 15

**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1      A.  Yes, sir.
 2      Q.  The topic of the Deposition Notice that
 3  I'm going to ask you about has been referenced as
 4  Topic 7.  Judge Shushan issued an Order, which
 5  for the record is Document 3650, as to the ground
 6  rules on this particular topic.
 7          Have you had a chance to review the
 8  Deposition Notice?
 9      A.  Yes, sir.
10      Q.  Topic 7 states:  "The background, basis
11  (or bases), intent, preparation, drafting,
12  submission, and approval of BP's Application for
13  Permit to Modify the temporary abandonment
14  procedure on or around April 16, 2010, including
15  the deviations, if any, between that procedure
16  and the procedure(s) described in (a) the April
17  12, 2010 Drilling Plan, (b) the April 14th, 2010
18  Morel 'Forward Ops' E-mail, or (c) the April 20,
19  2010 'Ops Note.'"
20          Have you prepared yourself to testify
21  regarding that particular topic?
22      A.  Yes, sir.
23      Q.  When did you find out that you were going
24  to appear on behalf of BP to address what I'm
25  going to call Topic 7?
```

**PURSUANT TO CONFIDENTIALITY ORDER**