```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2
 3   IN RE:  OIL SPILL        )   MDL NO. 2179
     BY THE OIL RIG           )
 4   "DEEPWATER HORIZON" IN   )   SECTION "J"
     THE GULF OF MEXICO, ON   )
 5   APRIL 20, 2010           )   JUDGE BARBIER
                              )   MAG. JUDGE SHUSHAN
 6
 7
 8
 9
10
11
12
13
14
15
16
17              *****************
                     VOLUME 1
18              *****************
19
20
          Deposition of Andrew Eric Frazelle,
21   Individually and as Corporate Representative,
     taken at the Pan-American Building, 601 Poydras
22   Street, 11th Floor, New Orleans, Louisiana,
     70130, on the 26th day of September, 2011.
23
24                                          Exhibit 16
25
```

**PURSUANT TO CONFIDENTIALITY ORDER**

1   A.   Yes, sir.
2   Q.   The topic of the Deposition Notice that
3   I'm going to ask you about has been referenced as
4   Topic 7.  Judge Shushan issued an Order, which
5   for the record is Document 3650, as to the ground
6   rules on this particular topic.
7        Have you had a chance to review the
8   Deposition Notice?
9   A.   Yes, sir.
10  Q.   Topic 7 states:  "The background, basis
11  (or bases), intent, preparation, drafting,
12  submission, and approval of BP's Application for
13  Permit to Modify the temporary abandonment
14  procedure on or around April 16, 2010, including
15  the deviations, if any, between that procedure
16  and the procedure(s) described in (a) the April
17  12, 2010 Drilling Plan, (b) the April 14th, 2010
18  Morel 'Forward Ops' E-mail, or (c) the April 20,
19  2010 'Ops Note.'"
20       Have you prepared yourself to testify
21  regarding that particular topic?
22  A.   Yes, sir.
23  Q.   When did you find out that you were going
24  to appear on behalf of BP to address what I'm
25  going to call Topic 7?

**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1      A.  H'm, approximately two weeks ago.
 2      Q.  Prior to two weeks ago, did you have any
 3  involvement whatsoever as a BP employee in the
 4  Macondo Temporary Abandonment Process?
 5      A.  No, sir.
 6      Q.  Have you ever as an employee for BP or
 7  any other company been involved in the authoring
 8  and implementation of the Temporary Abandonment
 9  Procedure of a Gulf of Mexico deepwater well?
10      A.  Yes, sir.
11      Q.  When was that?
12      A.  During abandonment of -- temporary
13  abandonment of THUNDER HORSE wells.
14      Q.  And can you give me an approximate time?
15      A.  I've been in the Gulf of Mexico since
16  November of 2006.  So it's the 2008 time frame.
17      Q.  All right.  When -- how long have you
18  worked for BP?
19      A.  For 28 years --
20      Q.  And --
21      A.  -- in November.
22      Q.  Okay.  What's your background?
23      A.  My background is I've got a Degree in
24  Petroleum Engineering, and my primary background
25  is in Wells, Drilling & Completion Operations,
```

**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1  were you assigned to MARIANAS as it would go from
 2  rig -- from well to well?
 3       A.  Yes, sir.  When it was in the rest of the
 4  Gulf, but when it went into the Exploration and
 5  Appraisal Group, then I handed over
 6  responsibilities from myself to Ian Little as the
 7  Wells Operations Manager.
 8       Q.  All right.  So would Ian Little have been
 9  the person functioning or handling the duties and
10  responsibilities you handled with respect to
11  MARIANAS, would Ian Little have then taken those
12  over for MARIANAS and then subsequently for
13  DEEPWATER HORIZON for the Macondo Well?
14       A.  Yes, sir.
15       Q.  Okay.  All right.  Having said that, when
16  was the first time you read any of the Temporary
17  Abandonment Procedures authored by BP with
18  respect to Macondo?
19       A.  It's during the -- during the preparation
20  phase.
21       Q.  Okay.  So in the last two weeks or so?
22       A.  Yes, sir.
23       Q.  Prior to reading those Temporary
24  Abandonment Procedures, did you attend any
25  meetings -- not lawyer involved meetings, BP
```

**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1  meetings -- where the Temporary Abandonment
 2  Procedure for Macondo was discussed either before
 3  or after April 20, 2010?
 4      A.  No, sir.
 5      Q.  Have you ever spoken to Brian Morel about
 6  the Temporary Abandonment Procedure at Macondo?
 7      A.  No, sir.
 8      Q.  Have you ever spoken to either of the
 9  Well Site Leaders, Mr. Vidrine or Mr. Kaluza,
10  about the Temporary Abandonment Procedures?
11      A.  No, sir.
12      Q.  Have you spoken to anyone who was
13  involved with either the authoring or
14  implementation of the Macondo Temporary
15  Abandonment Procedure?
16      A.  The only people that I've had in
17  conversation was with John Guide, and that was
18  within the first few days of the incident, after
19  responded to -- after the incident occurred.
20      Q.  All right.  And why -- was there any
21  particular reason or reasons why you and
22  Mr. Guide spoke?
23      A.  I was one of the first responders the
24  night of the incident, and then Mr. Guide was in
25  the office the next couple of days, and it was
```