```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA


 IN RE:  OIL SPILL        )    MDL NO. 2179
 BY THE OIL RIG           )
 "DEEPWATER HORIZON" IN   )    SECTION "J"
 THE GULF OF MEXICO, ON   )
 APRIL 20, 2010           )    JUDGE BARBIER
                          )    MAG. JUDGE SHUSHAN
```

*****************
VOLUME 1
*****************

Deposition of Andrew Eric Frazelle, Individually and as Corporate Representative, taken at the Pan-American Building, 601 Poydras Street, 11th Floor, New Orleans, Louisiana, 70130, on the 26th day of September, 2011.

Exhibit 17

**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1  on the depth that the cement plug would be set?
 2          MS. HARDING:  Object to the form.
 3      A.  As far as what depth are you referring
 4  to?
 5      Q.  (By Mr. Sterbcow) As -- the -- the final
 6  depth decided on in the April 20th Ops Note.
 7          MS. HARDING:  Object to the form.
 8      A.  One more time, if you would, please.
 9      Q.  (By Mr. Sterbcow) Well, let me make it
10  more broad --
11      A.  Okay.
12      Q.  -- do you know if John Guide had any
13  involvement in any decisionmaking with respect to
14  the depth at which a cement plug would be placed
15  in the Macondo Well?
16          MS. HARDING:  Object to the form.
17      A.  As the Wells Team Leader, John Guide
18  would be involved in that, yes, sir.
19      Q.  (By Mr. Sterbcow) In terms of the details
20  of his involvement, do you have any further
21  knowledge?
22      A.  No, sir.
23      Q.  All right.  Do you have any specific
24  knowledge about the interaction between
25  Mr. Morel, Mr. Hafle, and Mr. Guide on what
```

**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1  exact -- on what ultimately became the April 20,
 2  2010 Temporary Abandonment Procedure?
 3       A.   No, sir, only from what's in the
 4  documentation.
 5       Q.   All right.  Have you reviewed -- let's go
 6  to -- well, let me be more broad than that.
 7            Can you describe for me, just list for me
 8  documents that you have reviewed in preparation
 9  to testify on behalf of BP on this specific
10  topic.
11       A.   Things that I've reviewed have to do with
12  a DWOP, what's our -- you know, what's our
13  internal requirements; understanding about what
14  MMS requires as far as Temporary Abandonment;
15  I've reviewed the -- the APDs; I review --
16  reviewed the -- the various E-mails that have
17  gone back and forth; and then some of the -- the
18  testimony that's -- that's been provided on this.
19       Q.   Okay.
20       A.   So I've prob -- probably a -- a stack as
21  big --
22       Q.   Right.
23       A.   -- as that.
24       Q.   About as big as a binder, huh?
25       A.   About 2 inches thick.
```

**PURSUANT TO CONFIDENTIALITY ORDER**