```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2

 3   IN RE: OIL SPILL        )   MDL NO. 2179
     BY THE OIL RIG          )
 4   "DEEPWATER HORIZON" IN  )   SECTION "J"
     THE GULF OF MEXICO, ON  )
 5   APRIL 20, 2010          )   JUDGE BARBIER
                             )   MAG. JUDGE SHUSHAN
 6
 7
 8
 9
10
11
12
13
14
15
16
17              ****************
                    VOLUME 1
18              ****************
19
20
         Deposition of Andrew Eric Frazelle,
21   Individually and as Corporate Representative,
     taken at the Pan-American Building, 601 Poydras
22   Street, 11th Floor, New Orleans, Louisiana,
     70130, on the 26th day of September, 2011.
23
24
25                                    Exhibit 18
```

**PURSUANT TO CONFIDENTIALITY ORDER**

1  looking at this document?
2     A.  From that page, no, sir, you cannot tell,
3  but previous 9.3 describes setting the -- the
4  lockdown.
5     Q.  All right.  And based on reading 9.3 in
6  conjunction with 9.4, can you tell whether or not
7  setting the lockdown sleeve was going to occur
8  first in a series of events in a Temporary
9  Abandonment Procedure?
10    A.  As per this -- this program on April
11 12th, the -- the impression was to set the -- the
12 lockdown sleeve first, yes, sir.
13    Q.  Okay.  And my understanding is that that
14 Plan, at least that part of the Plan, changed
15 over time?
16    A.  Yes, sir.
17    Q.  Do you know the reason or reasons for the
18 change?
19    A.  The exact reasons, no, sir.
20    Q.  All right.  Do you know who in terms
21 of -- of names participated in the decision to
22 change the original intent to set the lockdown
23 sleeve first?
24          MS. HARDING:  Object to the form.
25    A.  There is some documentation and some

**PURSUANT TO CONFIDENTIALITY ORDER**