```
 1            UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
 2

 3  IN RE:  OIL SPILL        )   MDL NO. 2179
    BY THE OIL RIG           )
 4  "DEEPWATER HORIZON" IN   )   SECTION "J"
    THE GULF OF MEXICO, ON   )
 5  APRIL 20, 2010           )   JUDGE BARBIER
                             )   MAG. JUDGE SHUSHAN
 6
 7
 8
 9
10
11
12
13
14
15
16
17            *****************
                  VOLUME 1
18            *****************
19
20
         Deposition of Andrew Eric Frazelle,
21  Individually and as Corporate Representative,
    taken at the Pan-American Building, 601 Poydras
22  Street, 11th Floor, New Orleans, Louisiana,
    70130, on the 26th day of September, 2011.
23
24                                      Exhibit 19
25
```

**PURSUANT TO CONFIDENTIALITY ORDER**

1   Q.  So the changes, in terms of how they're
2   listed -- the Procedures are listed, can't be
3   taken as formal changes to the April 12, 2010
4   Procedure?
5   A.  That is correct.
6   Q.  Has anybody told you that, or is that
7   something that you've deduced based on review?
8   A.  That's just my -- that's what I had
9   deduced based on review.
10  Q.  Okay.  And would you agree with me that
11  the person who can answer that question and all
12  of the questions regarding the mindset of BP
13  going forward in this Temporary Abandonment
14  Procedure would be Mr. Morel?
15              MS. HARDING:  Object to the form.
16  A.  He --
17  Q.  (By Mr. Sterbcow) I mean, he wrote the
18  E-mail?
19  A.  Yes, he wrote the E-mail, but can you
20  repeat your other question.  I'm sorry, I --
21  Q.  Would you agree with --
22  A.  -- didn't answer that.
23  Q.  -- me that Mister -- if -- if we really
24  wanted to know whether or not the April 14th
25  E-mail constituted a formal change to the

**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1   April 12 Plan, or whether it was just a note to
 2   the Clerk about what was needed, the person who
 3   we really have to ask that question is the person
 4   who wrote the E-mail?
 5        A.   That is correct.
 6        Q.   And that's Mr. Morel?
 7        A.   That's correct.
 8        Q.   And you have not had any conversation
 9   with him about what he was thinking?
10        A.   No, sir.
11        Q.   All right.  Do you know if Mr. Morel has
12   told anybody what his intent was in writing this
13   E-mail?
14        A.   I do not know the answer to that
15   question.
16        Q.   Okay.  And do you know of anybody else
17   who would have that knowledge beyond Mr. Morel?
18   And -- and by that, I mean -- let me make my --
19   my question clear:  Have you talked to anybody or
20   seen any documents where someone else says, "I
21   spoke to Brian Morel and he meant A, B, C,"
22   whatever that is?
23        A.   The only -- the only other people would
24   be Ronnie Sepulvado --
25        Q.   All right.
```