```
 1           UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF LOUISIANA
 2

 3  IN RE:  OIL SPILL      )  MDL NO. 2179
    BY THE OIL RIG         )
 4  "DEEPWATER HORIZON" IN )  SECTION "J"
    THE GULF OF MEXICO, ON )
 5  APRIL 20, 2010         )  JUDGE BARBIER
                           )  MAG. JUDGE SHUSHAN
 6
 7
 8
 9
10
11
12
13
14
15
16
17           ****************
                 VOLUME 1
18           ****************
19
20
          Deposition of Andrew Eric Frazelle,
21  Individually and as Corporate Representative,
    taken at the Pan-American Building, 601 Poydras
22  Street, 11th Floor, New Orleans, Louisiana,
    70130, on the 26th day of September, 2011.
23
24
25                                    Exhibit 20
```

**PURSUANT TO CONFIDENTIALITY ORDER**

1   information, based on your document review on
2   behalf of BP, as to who was involved in that
3   evolutionary process that occurred from April 12
4   to April 16?
5        A.   Only in the E-mails where Brian sent some
6   stuff to Ronnie, and Ronnie responded back about,
7   you know, needing to do different things in that.
8        Q.   All right.  Do you have any indication
9   from your review that Brian ever asked anyone
10  above him at BP to review the evolution of the
11  Temporary Abandonment Procedure for either
12  approval or comment?
13       A.   I cannot testify to that.  I do not know.
14       Q.   All right.  Your question is prob -- I
15  mean, my -- your answer is probably going to be
16  the same as before, but in terms of what Brian
17  Morel actually meant in sending that Ops Note the
18  morning of April 20th, 2010, and whether he
19  intended any changes from April 16, he's the only
20  one that can answer that question, correct?
21       A.   He is the only one that can answer that.
22       Q.   All right.
23       A.   The -- the purpose of this note is just
24  to clarify the way forward.
25       Q.   Okay.  And that's how you've interpreted

**PURSUANT TO CONFIDENTIALITY ORDER**