```
                                                                    1

 1                UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF LOUISIANA
 2

 3    IN RE:  OIL SPILL        )   MDL NO. 2179
      BY THE OIL RIG           )
 4    "DEEPWATER HORIZON" IN   )   SECTION "J"
      THE GULF OF MEXICO, ON   )
 5    APRIL 20, 2010           )   JUDGE BARBIER
                               )   MAG. JUDGE SHUSHAN
 6
 7
 8
 9
10
11
12
13
14
15
16
17              ****************
                    VOLUME 1
18              ****************
19
20
          Deposition of Andrew Eric Frazelle,
21    Individually and as Corporate Representative,
      taken at the Pan-American Building, 601 Poydras
22    Street, 11th Floor, New Orleans, Louisiana,
      70130, on the 26th day of September, 2011.
23
24                                          Exhibit 21
25
```

**PURSUANT TO CONFIDENTIALITY ORDER**

1  he did?
2      A.  I have to interpret what he did by what I
3  see.
4      Q.  All right.  Have you come to the
5  conclusion, then, that the -- the formal written
6  Temporary Abandonment Procedure that was decided
7  upon and implemented at Macondo is the one that's
8  attached to the April 16, 2010 Application For
9  Permit to Modify, that Page 3 that we looked at?
10     A.  (Reviewing document.)
11         Yes, sir.
12     Q.  And as you sit here today on behalf of
13 BP, you have no knowledge, have seen no documents
14 as to exactly how this Abandonment Plan was
15 authored, who authored it, or who reviewed it to
16 determine whether or not Risk Assessment or any
17 changes needed to be made.
18         MS. HARDING:  Object to form.
19     Q.  (By Mr. Sterbcow) Correct?
20     A.  Correct.
21     Q.  And we can agree that this Plan as
22 implemented provided, according to you, two
23 barriers to flow backup in the well; the first
24 being the cement job, the second being operation
25 of the blowout preventer?

**PURSUANT TO CONFIDENTIALITY ORDER**