1

```
 1            UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
 2

 3   IN RE:  OIL SPILL      )   MDL NO. 2179
     BY THE OIL RIG         )
 4   "DEEPWATER HORIZON" IN )   SECTION "J"
     THE GULF OF MEXICO, ON )
 5   APRIL 20, 2010         )   JUDGE BARBIER
                            )   MAG. JUDGE SHUSHAN
 6
 7
 8
 9
10
11
12
13
14
15
16
17            ****************
                  VOLUME 1
18            ****************
19
20
          Deposition of Andrew Eric Frazelle,
21   Individually and as Corporate Representative,
     taken at the Pan-American Building, 601 Poydras
22   Street, 11th Floor, New Orleans, Louisiana,
     70130, on the 26th day of September, 2011.
23
24                                    Exhibit 22
25
```

**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1      A.  -- effectiveness as a barrier.
 2      Q.  All right.  And that was the intent of
 3   the negative test?
 4      A.  Yes, sir.
 5      Q.  All right.  Could that test have been
 6   run, based on your review of these documents, in
 7   a manner that would not have required
 8   displacement to seawater to 8300 feet and the
 9   resulting decrease in hydrostatic pressure on the
10   well?
11           MS. HARDING:  Object to the form.
12      A.  I'm trying to think about how you -- how
13   else -- the -- the intent of the negative test
14   and the requirement to test that is to test it to
15   a negative differential that it will see to the
16   maximum.  And that will occur when you displace
17   to seawater at that depth prior to setting the
18   cement plug, so as far as another way of -- to be
19   able to achieve that type of differential, I have
20   not done the math to understand if there's a -- a
21   different way to do it.
22      Q.  (By Mr. Sterbcow) Did BP, at this time,
23   pursuant to Group Practice 10-60, require two
24   barriers to zonal isolation, to your knowledge?
25      A.  Yes, yes, sir.
```

**PURSUANT TO CONFIDENTIALITY ORDER**