## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | * | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN THE | * | |
| GULF OF MEXICO, on APRIL 20, 2010 | * | |
| | * | |
| | * | SECTION J |
| THIS DOCUMENT RELATES TO: | * | |
| | | JUDGE BARBIER |
| *All Cases* | * | |
| | * | MAG. JUDGE SHUSHAN |

******************************************

### PLAINTIFFS' OPPOSITION
### TO ANADARKO'S MOTION *IN LIMINE* RE: EVIDENCE
### OF ITS KNOWLEDGE OR ACCESS TO
### INFORMATION ABOUT WELL DESIGN AND/OR OPERATIONS

Plaintiffs respectfully submit the following memorandum in opposition to Anadarko's

Motion *in Limine* [Doc 4319]:

MAY IT PLEASE THE COURT:

While Plaintiffs agree that, under the current rulings of the Court, Anadarko's knowledge

or access to information about well design and/or operations would not be relevant to the liability

issues set to be tried, nevertheless, the motion should be denied because such testimony or

documentary evidence generally, and the subject Exhibits in particular, are separately and

independently relevant to other issues, including, for example, BP's knowledge of geological

risks, well design challenges, and/or well control issues; BP's unwillingness to provide material

information to its drilling partners (and, by implication, its contractors); and the financial

pressures associated with drilling the well.  Some of the subject Exhibits are also relevant to the

size and location of the Macondo reservoir, and the properties of its formations and

hydrocarbons.

946877.3

## THE CHALLENGED EXHIBITS ARE RELEVANT TO BP'S KNOWLEDGE AND CONDUCT, AND TO IMPORTANT FACTS ABOUT THE MACONDO RESERVOIR

Anadarko challenges 32 of the 37 Anadarko Exhibits Plaintiffs submitted as part of the Sample 300 Trial Exhibit List.  Anadarko argues generally that the Exhibits are not relevant to any claims against Anadarko because: (1) Anadarko's knowledge is irrelevant in the context of the strict liability scheme of OPA (Plaintiffs' only remaining claim against Anadarko); and (2) Anadarko's knowledge is irrelevant to the claims by cross- and counter-claimants for contribution and apportionment of fault.

Plaintiffs agree.[1]

Nevertheless, the Anadarko Exhibits were included on the Trial Exhibit List because they are relevant to *BP's knowledge* of geological, well design, and well control issues;  BP's pattern of unwillingness to provide material information to its drilling partners (and, by inference, its contractors); and the financial pressure driving BP to drill the Macondo well as quickly and cheaply as possible.  The Exhibits are also relevant to important information about the Macondo reservoir itself, including its size and location, and the properties of its formations and hydrocarbons.

Each one of the Anadarko Exhibits is relevant to one or more of these topics, and each one of these topics is relevant to the Phase One issues of BP's knowledge and conduct related to the loss of well control at Macondo, and the ensuing blowout, fire, sinking, and Spill.  Therefore the Exhibits are relevant to BP's Phase One liability under general maritime negligence and

---

[1] To the extent, however, that evidence of Anadarko's knowledge is excluded, Plaintiffs would respectfully seek to proffer such evidence, so that it is made part of the record, should this Court or the Court of Appeal have occasion to reconsider or review the Court's current rulings regarding Anadarko's liability (or lack thereof) under General Maritime Law.

gross negligence.[2]

1.      **Geological Issues**

The Macondo well is in the Northern Gulf of Mexico, an area notorious in the drilling industry for high temperature, high pressure, highly gaseous hydrocarbon reservoirs trapped in weak, brittle rock formations.  Some of the Anadarko Exhibits are relevant to BP's knowledge of these geological risks and the troublesome nature of the Macondo well; others are relevant to BP's knowledge of the size, location, and properties of the Macondo reservoir itself.

**[REDACTED]**

2.      **Well Design Issues**

Plaintiffs allege that BP's poor decisions in designing the Macondo well resulted in a well design that contributed to the faulty cementing job and provided too few barriers to a blowout once hydrocarbons had entered the well.  Some Anadarko Exhibits are relevant to BP's well design decisions, and BP's representations about the well design to its partners.

**[REDACTED]**

---

[2] The legal argument in Anadarko's motion is made in the context of Anadarko's erroneous interpretation of Plaintiffs' purpose in selecting these Exhibits, and is not applicable to the actual purpose of these Exhibits, which is to show BP's knowledge.  Therefore Plaintiffs will not address that inapplicable legal argument here.

946877.3

### 3.     Well Control Issues

From the outset, the Macondo well was unpredictable and difficult for BP to control during drilling.  At depths almost 3.5 miles below the sea floor, the pressures within and strengths of the various formation layers BP was drilling through varied widely and changed often, requiring constant adjustments to drilling fluid density and other factors.  BP struggled constantly with Macondo, fighting gas kicks, lost circulation, swallowed tools, and stuck drill pipe.  Some Anadarko Exhibits are relevant to BP's knowledge of the difficulty in controlling Macondo, and BP's representations to its partners about well control issues at the well.

### [REDACTED]

Language in this Exhibit also indicates BP's unwillingness to provide material information to its partners, as discussed in section 4 below.

### 4.     Unwillingness to Provide Material Information to Its Partners

Plaintiffs allege that BP had a pattern and practice of withholding material information from its partners, contractors, and others, thereby concealing poor decisions it made, or problems that arose during operations at the Macondo well – and making it difficult for the contractors such as Transocean who were relying on material information from BP to do their jobs correctly. Some Anadarko Exhibits are relevant to BP's unwillingness to provide material information to others, sometimes despite repeated requests for information.

### [REDACTED]

### 5.     Financial Pressure to Finish the Well as Quickly As Possible

Numerous delays due to well-control issues and replacement of the hurricane-damaged Marianas rig put drilling at Macondo behind schedule and over budget.  Plaintiffs allege that financial pressure spurred BP to rush through operations at Macondo, making reckless, hasty decisions and cutting corners to finish as fast as possible.  Some Anadarko Exhibits are relevant to BP's financially-motivated desire to speed through operations at Macondo.

**[REDACTED]**

946877.3

## Conclusion

For the above and foregoing reasons, Anadarko's Motion *in Limine* should be denied.

This 5th day of November, 2011.

Respectfully submitted,

|  |  |
|---|---|
| /s/ Stephen J. Herman | /s/ James Parkerson Roy |
| **Stephen J. Herman**, La. Bar No. 23129 | **James Parkerson Roy**, La. Bar No. 11511 |
| **HERMAN HERMAN KATZ & COTLAR LLP** | **DOMENGEAUX WRIGHT ROY & EDWARDS LLC** |
| 820 O'Keefe Avenue | 556 Jefferson Street, Suite 500 |
| New Orleans, Louisiana 70113 | Lafayette, Louisiana 70501 |
| Telephone: (504) 581-4892 | Telephone: (337) 233-3033 |
| Fax No. (504) 569-6024 | Fax No. (337) 233-2796 |
| E-mail: sherman@hhkc.com | E-Mail: jimr@wrightroy.com |
| *Plaintiffs' Liaison Counsel* | *Plaintiffs' Liaison Counsel* |

## CERTIFICATE OF SERVICE

We hereby certify that *a redacted version* of this Opposition will be filed into the Court record *via* the ECF fling system, and served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the full unredacted version will be submitted to the Court *in camera* and served on Counsel for Anadarko and all Liaison Counsel, *via* E-Mail, this 5th day of November, 2011.

/s/ Stephen J. Herman and James Parkerson Roy

946877.3