## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico on April 20, 2010** | * | |
| | * | **SECTION: J** |
| | * | |
| **This Document Relates to:** | * | |
| **Case No. 10-CV-2771** | * | **JUDGE BARBIER** |
| | * | **MAGISTRATE JUDGE SHUSHAN** |
| *  *  *  *  *  *  *  *  *  *  * | * | |

# REPLY MEMORANDUM OF LAW IN SUPPORT OF MOEX USA CORPORATION'S MOTION TO DISMISS TRANSOCEAN'S CROSS-CLAIMS AND RULE 14 THIRD-PARTY COMPLAINT

Jack McKay
jack.mckay@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N Street, N.W.
Washington, D.C. 20037-1122
Telephone (202) 663-8439
Facsimile (202) 663-8007

**COUNSEL FOR MOEX USA CORPORATION**

# TABLE OF CONTENTS

<u>Page</u>

**ARGUMENT**.................................................................................................................................... 1

**TRANSOCEAN'S CROSS-CLAIMS MUST BE DISMISSED AS AGAINST MOEX USA 1**

**CONCLUSION** ............................................................................................................................... 3

# TABLE OF AUTHORITIES

## RULES AND STATUTES

Fed. R. Civ. P. 12(b)(6)..................................................................................................1

33 U.S.C. §2701(32)(C)...................................................................................................2

## OTHER

GAO, *Deepwater Horizon* Oil Spill:  Actions Needed to Reduce Evolving but
       Uncertain Federal Financial Risks (Oct. 2011)......................................................1

MOEX USA Corporation respectfully submits this Reply Memorandum of Law in support of its motion to dismiss Transocean's cross-claims and third-party claims against it (Dkt. #2068; "Cross-Claims") for failure to state a claim upon which relief may be granted pursuant to Fed. R. Civ. P. 12(b)(6).[1]

## ARGUMENT

### TRANSOCEAN'S CROSS-CLAIMS MUST BE DISMISSED AS AGAINST MOEX USA

In its Opening Memorandum, MOEX USA pointed out that Transocean's Cross-Claims must be dismissed as against it, because they do not include any specific factual allegations that would support a finding of liability against MOEX USA. Opening Memorandum at 1-2. The Cross-Claims do not identify MOEX USA as a leaseholder or as a party that committed any wrongful act, nor does Transocean seek to pierce MOEX USA's corporate veil.

Transocean, however, asserts that MOEX USA is a proper party because the Court's August 26, 2011 Order and Reasons as to Motions to Dismiss the B1 Master Complaint (Dkt. # 3830) ("B1 Order") does not preclude a claim for contribution under the Oil Pollution Act and "both Anadarko and MOEX have been named responsible parties under OPA by the Coast Guard." Opp. at 6. It was MOEX USA's subsidiary MOEX Offshore 2007 LLC (Offshore), not MOEX USA, that the Coast Guard asserted was a responsible party.[2]

---

[1] Unless otherwise noted, the abbreviations and citation forms adopted in MOEX USA's Opening Memorandum (Dkt. #2878-1) are continued herein.

[2] *See* GAO, *Deepwater Horizon* Oil Spill: Actions Needed to Reduce Evolving but Uncertain Federal Financial Risks at 1 n.2 (Oct. 2011) (identifying Offshore, but not MOEX USA, as among the companies that the Coast Guard claimed were responsible parties or guarantors).

Similarly, Transocean lifts a reference to "MOEX" by the Court out of its clear context. In footnote 11 of the B1 Order, the Court stated: "<u>Although minority party lessees</u>, Anadarko and MOEX contest their status as Responsible Parties. Neither has been formally named as a Responsible Party at this time." B1 Order at 28 n.11 (emphasis added). The Court then wrote in footnote 12: "Because it is plausible that Anadarko and MOEX will be found to be Responsible Parties and thus liable under OPA, OPA claims are not dismissed." B1 Order at 29 n.12.

By "MOEX" in those footnotes, the Court was obviously referring to <u>Offshore</u>, not MOEX USA. Although Offshore was a "minority party lessee," MOEX USA was never a lessee or permittee of any kind for the Macondo Prospect; it was simply Offshore's parent company. Thus, there is no ground for holding MOEX USA liable as a Responsible Party under OPA, 33 U.S.C. §2701(32)(C).

With respect to the substance of Transocean's claims, MOEX USA hereby adopts and incorporates the arguments in the Reply Memorandum of Law in Support of Motion of Defendant MOEX Offshore 2007 LLC to Dismiss Transocean's First Amended Rule 13 Cross-Claims/Counterclaims and Rule 14 Third-Party Complaint, filed contemporaneously herewith. As set forth in that Memorandum, Transocean's Cross-Claims for negligence, indemnity and contribution under maritime law are barred by the B1 Order, and Transocean's claims for subrogation and OPA contribution likewise fail because this Court has already determined that MOEX USA was not at fault.

Accordingly, the Cross-Claims should be dismissed as against MOEX USA.

## CONCLUSION

For the reasons stated herein and in MOEX USA's Opening Memorandum, Transocean's Cross-Claims and Third-Party Complaint against MOEX USA must be dismissed in their entirety.

Date:  November 7, 2011

>Respectfully submitted,
>
>s/ Jack McKay
>Jack McKay
>jack.mckay@pillsburylaw.com
>PILLSBURY WINTHROP SHAW PITTMAN LLP
>2300 N Street, N.W.
>Washington, D.C. 20037-1122
>Telephone (202) 663-8439
>Facsimile (202) 663-8007
>
>**COUNSEL FOR MOEX USA CORPORATION**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on November 7, 2011.

                                                s/ Jack McKay
                                                  Jack McKay