UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | * * * * | MDL No. 2179<br><br>SECTION: J<br>JUDGE BARBIER |
| This Document Relates to:<br>No. 10-2771 | * * * * * * | MAGISTRATE NO. 1<br>MAGISTRATE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \*

## MOEX OFFSHORE'S AND MOEX USA'S EX PARTE MOTION TO JOIN IN AND ADOPT THE ARGUMENTS MADE IN THE ANADARKO ENTITIES' MOTION IN LIMINE

**NOW INTO COURT**, come Defendants, MOEX Offshore 2007 LLC ("MOEX Offshore") and MOEX USA Corporation ("MOEX USA," together with MOEX Offshore, ("MOEX"), and respectfully file this Ex Parte Motion to Join and Adopt, as if copied herein *in extenso*, the arguments made in the Motion in Limine to Exclude Evidence Regarding the Anadarko Entities' Knowledge or Access to Information About Well Design and/or Operations on the Macondo Prospect from the Limitation of Liability Trial (the "Anadarko Motion") (Rec. Doc. 4319), as well as the accompanying memorandum in support (Rec. Doc. 4319-1), because those arguments are equally applicable to MOEX as a non-operating party under the operating agreement.

**WHEREFORE**, MOEX prays that this Honorable Court permit them to join in and adopt the arguments made in the Anadarko Motion and seek similar relief requested, specifically,

500931168v1 (3)

that the Court order that all parties are precluded from introducing evidence in the Limitation of Liability Trial scheduled to begin February 27, 2012, for the purpose of demonstrating that MOEX had knowledge of, or access to information about, well design and/or operations on the Macondo Prospect, because such evidence is irrelevant to any party's claims or defenses to be addressed in Phase One.

Respectfully submitted,

s/ John F. Pritchard

John F. Pritchard
Edward Flanders
PILLSBURY WINTHROP SHAW PITTMAN LLP
1540 Broadway
New York, NY 10036-4039
Tel. (212) 858-1000
Fax (212) 858-1500
john.pritchard@pillsburylaw.com
edward.flanders@pillsburylaw.com

Christopher McNevin
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
Telephone (213) 488-7507
Fax (213) 629-1033
chrismcnevin@pillsburylaw.com

**ATTORNEYS FOR MOEX OFFSHORE 2007 LLC**

- and -

s/ Jack McKay
Jack McKay
jack.mckay@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N Street, N.W.
Washington, D.C. 20037-1122
Telephone (202) 663-8439
Facsimile (202) 663-8007

**COUNSEL FOR MOEX USA CORPORATION**

500931168v1 (3)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on November 7, 2011.

    s/ John F. Pritchard
       John F. Pritchard