UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** <br> **"Deepwater Horizon" in the Gulf** <br> **of Mexico on April 20, 2010** <br><br> **This Document Relates to:** <br> **No. 10-2771** | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | **MDL No. 2179** <br><br> **SECTION: J** <br> **JUDGE BARBIER** <br><br><br> **MAGISTRATE NO. 1** <br> **MAGISTRATE SHUSHAN** |

*   *   *   *   *   *   *   *   *   *   *   *

## ORDER

Considering the Motion of Defendants MOEX Offshore 2007 LLC and MOEX USA Corporation (together, "MOEX") to Join in and Adopt the arguments made in the Anadarko entities' Motion in Limine (Rec. Doc. 4319) as well as the accompanying memorandum in support (Rec. Doc. 4319-1), the Court finds that the Motion to Join and Adopt has merit, and is supported by law, therefore, it is hereby GRANTED.

The Court further orders that all parties are precluded from introducing evidence in the Limitation of Liability Trial, scheduled to begin February 27, 2012, for the purpose of demonstrating that MOEX had knowledge of, or access to information about, well design and/or operations on the Macondo Prospect, because such evidence is irrelevant to any party's claims or defenses to be addressed in Phase One.

SO ORDERED.

This __ day of _____ 2011.

_____
UNITED STATES DISTRICT JUDGE