UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 10-2179  SECTION "J" |
| This Document Relates To: | * * | JUDGE BARBIER |
| In Re: The Complaint of Kenneth Roberts Civil Action No. 10-3815 | * * | MAGISTRATE JUDGE SHUSHAN |

*******************************************

## JOINT MOTION OF PARTIAL VOLUNTARY DISMISSAL WITHOUT PREJUDICE

On motion of Plaintiff, KENNETH ROBERTS, and Defendant, ART CATERING, INC., appearing herein through undersigned counsel of record, and upon suggesting to this Honorable Court that Plaintiff, KENNETH ROBERTS, hereby voluntarily dismisses his JONES ACT negligence claim against Defendant, ART CATERING, INC., without prejudice, reserving Plaintiff's rights to proceed against ART CATERING, INC. for Maintenance and Cure and under any available remedy against all Defendants, each party to bear their own costs. This partial dismissal only applies to the claims for Jones Act negligence and should not be construed to be a voluntary dismissal of any other claim of Mr. Roberts against ART CATERING, INC. or any other Defendant.

Respectfully submitted,

_/s/ David A. Hilleren_
DAVID A. HILLEREN
Hilleren & Hilleren
Post Office Box 210
Evergreen, LA 71333
Telephone: (318) 346-6162
Facsimile: (318) 346-6120

*Counsel for Plaintiff, Kenneth Roberts*

_/s/_
NORMAN E. ANSEMAN, III (#24943)
RACHAL D. CHANCE (#31358)
Jones, Walker, Waechter, Poitevent,
  Carrère & Denègre, L.L.P.
600 Jefferson Street, Suite 1600
Lafayette, LA 70501
Telephone: (337) 593-7600
Facsimile: (337) 593-7601

*Counsel for Defendant, ART Catering, Inc.*