UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 10-2179<br><br>SECTION "J" |
| This Document Relates To:<br><br>In Re: The Complaint of Kenneth Roberts<br>Civil Action No. 10-3815 | * * * * | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing;

IT IS ORDERED ADJUDGED AND DECREED that the Joint Motion of Partial Voluntary Dismissal Without Prejudice of Plaintiff, Kenneth Roberts, and Defendant, ART Catering, Inc., is hereby GRANTED.

THUS DONE AND SIGNED this _____ day of _____, 2011 in New Orleans, Louisiana.

_____
JUDGE CARL BARBIER

{L0174433.1}