UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010<br><br>Relates to:  *All Cases*<br><br>(Including No. 10-2771) | *   MDL NO. 2179<br>*<br>*<br>*   SECTION J<br>*<br>*   JUDGE BARBIER<br>*<br>*   MAG. JUDGE SHUSHAN |

**MOTION TO ESTABLISH**
**ACCOUNT AND RESERVE FOR LITIGATION EXPENSES**

**NOW INTO COURT**, on behalf of attorneys contributing common benefit time and expenses, the undersigned Plaintiffs' Co-Liaison Counsel and members of the Plaintiffs' Steering Committee respectfully move for an order establishing a court-supervised escrow account and reserve, for the reasons that follow:

**I.**

Since the inception of this litigation, over 300 lawyers from more than ninety different firms have invested over 230,000 hours and contributed over $11.54 million in out-of-pocket expenses for the common benefit of claimants, litigants and putative classmembers affected by the Macondo / *Deepwater Horizon* disaster.

**II.**

In accord with prevailing MDL practice, the PSC seeks an order requiring the Defendants to reserve a percentage of ongoing settlements, judgments or other payments, and to deposit same in a court-supervised escrow account, pending ultimate determination of common benefit fees and costs that may be awarded by the Court, (if any).

934299.1                              -1-

### III.

The PSC does *not,* at this point, seek an actual common benefit fee or cost reimbursement award – only a reserve.

### IV.

Indeed, the PSC's ultimate goal is to recoup the costs of prosecuting this litigation directly from the Defendants, and to seek such payment in the form of a statutory fee award, class counsel fee award, separately negotiated fee, or combination thereof - payable optimally over and above any settlement payments made by or on behalf of Defendants.

### V.

This mechanism now sought, routine in MDL litigation, would simply preserve a fund from which, at an appropriate time, if and as necessary, the Court could make common benefit fee and/or cost reimbursement awards, (to the extent that such must be awarded from the settlements' corpus).

### VI.

The PSC proposes, in this regard, that the Defendants be required to deposit a reserve in an amount equal to six percent (6%) [1] of the gross amount of any settlement, judgment or other payment by or on behalf of a Defendant arising out of the Macondo / *Deepwater Horizon* incident and spill into the court-supervised escrow account.[2]

### VII.

As noted above, the PSC does *not* seek a common benefit cost and/or fee award of 6%,

---

[1] In light of the coordination and contributions between and among the PSC and other Common Benefit Attorneys and the State of Alabama, as well as the State of Louisiana, the PSC seeks a reserve of only four percent (4%) of any settlement, judgment or other payment to the State of Alabama or the State of Louisiana. Moreover, the PSC does *not* seek any hold-back at this time over settlements, judgments or other payments to the United States.

[2] Some or all of the reserve may be paid directly by the Defendant, over and above the plaintiff's recovery, depending on the nature and terms of the settlement, judgment or other payment at issue.

nor suggest that six percent (6%) will be an appropriate award for their work and/or cost contributions at the end of the day.

## VIII.

Indeed, the PSC recognizes that an appropriate award may be less (or more) than six (6%), and could conceivably vary, in light of the nature of the plaintiff, the type of recovery, timing issues, or other circumstances.

## IX.

The PSC seeks a reserve of six percent (6%) because, as shown in the accompanying PSC ANNUAL STATUS REPORT AND MEMORANDUM IN SUPPORT OF MOTION TO ESTABLISH ACCOUNT AND RESERVE FOR COMMON BENEFIT LITIGATION EXPENSES, this percentage is consistent with what has been widely approved other MDLs.

## X.

The PSC members earlier agreed to a voluntary reserve from the attorney fee portion of their clients' settlements, and will likewise place those funds into the court-supervised account.[3]

## XI.

A determination as to the propriety, source, appropriate amount, and allocation of any common benefit fee and/or cost reimbursement award (if any) should be reserved for another day.

This 7th day of November, 2011.

Respectfully submitted,

_____/s/ Stephen J. Herman_____         _____/s/ James Parkerson Roy_____

---

[3] The PSC's voluntary hold-back agreement relating to settlements or payments prior to the entry of an order by the Court would be superseded by this Court's Order with respect to any future settlements, judgments or other payments, should the present motion be granted.

| | |
|---|---|
| **Stephen J. Herman**, La. Bar No. 23129<br>**HERMAN HERMAN KATZ & COTLAR LLP**<br>820 O'Keefe Avenue<br>New Orleans, Louisiana 70113<br>Telephone: (504) 581-4892<br>Fax No. (504) 569-6024<br>E-Mail: sherman@hhkc.com<br>*Plaintiffs' Liaison Counsel* | **James Parkerson Roy**, La. Bar No. 11511<br>**DOMENGEAUX WRIGHT ROY & EDWARDS LLC**<br>556 Jefferson Street, Suite 500<br>Lafayette, Louisiana 70501<br>Telephone: (337) 233-3033<br>Fax No. (337) 233-2796<br>E-Mail: jimr@wrightroy.com<br>*Plaintiffs' Liaison Counsel* |

## PLAINTIFFS' STEERING COMMITTEE

| | |
|---|---|
| Brian H. Barr<br>LEVIN, PAPANTONIO, THOMAS, MITCHELL,<br>ECHSNER & PROCTOR, PA<br>316 South Baylen St., Suite 600<br>Pensacola, FL 32502-5996<br>Office: (850) 435-7045<br>Telefax: (850) 436-6187<br>E-Mail: bbarr@levinlaw.com | Robin L. Greenwald<br>WEITZ & LUXENBERG, PC<br>700 Broadway<br>New York, NY 10003<br>Office: (212) 558-5802<br>Telefax: (212) 344-5461<br>E-Mail: rgreenwald@weitzlux.com |
| Jeffrey A. Breit<br>BREIT DRESCHER & IMPREVENTO<br>999 Waterside Drive, Suite 1000<br>Norfolk, VA 23510<br>Office: (757) 670-3888<br>Telefax: (757) 670-3895<br>E-Mail: jbreit@bdbmail.com | Rhon E. Jones<br>BEASLEY, ALLEN, CROW, METHVIN,<br>PORTIS & MILES, P. C.<br>218 Commerce St., P.O. Box 4160<br>Montgomery, AL 36104<br>Office: (334) 269-2343<br>Telefax: (334) 954-7555<br>E-Mail: rhon.jones@beasleyallen.com |
| Elizabeth J. Cabraser<br>LIEFF, CABRASER, HEIMANN &<br>BERNSTEIN, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339<br>Office: (415) 956-1000<br>Telefax: (415) 956-1008<br>E-Mail: ecabraser@lchb.com | Matthew E. Lundy<br>LUNDY, LUNDY, SOILEAU & SOUTH, LLP<br>501 Broad Street<br>Lake Charles, LA 70601<br>Office: (337) 439-0707<br>Telefax: (337) 439-1029<br>E-Mail: mlundy@lundylawllp.com |
| Philip F. Cossich, Jr.<br>COSSICH, SUMICH, PARSIOLA & TAYLOR<br>8397 Highway 23, Suite 100<br>Belle Chasse, LA 70037<br>Office: (504) 394-9000<br>Telefax: (504) 394-9110<br>E-Mail: pcossich@cossichlaw.com | Michael C. Palmintier<br>deGRAVELLES, PALMINTIER,<br>HOLTHAUS & FRUGE'<br>618 Main Street<br>Baton Rouge, LA 70801-1910<br>Office: (225) 344-3735<br>Telefax: (225) 344-0522<br>E-Mail: mpalmintier@dphf-law.com |

| | |
|---|---|
| Robert T. Cunningham<br>CUNNINGHAM BOUNDS, LLC<br>1601 Dauphin Street, P. O. Box 66705<br>Mobile, AL  36660<br>Office:  (251) 471-6191<br>Telefax: (251) 479-1031<br>E-Mail:  rtc@cunninghambounds.com | Paul M. Sterbcow<br>LEWIS, KULLMAN, STERBCOW & ABRAMSON<br>601 Poydras Street, Suite 2615<br>New Orleans, LA  70130<br>Office:  (504) 588-1500<br>Telefax:  (504) 588-1514<br>E-Mail:  sterbcow@lksalaw.com |
| Alphonso Michael "Mike" Espy<br>MORGAN & MORGAN, P.A.<br>188 East Capitol Street, Suite 777<br>Jackson, MS 39201<br>Office: (601) 949-3388<br>Telefax: (601) 949-3399<br>E-Mail:  mike@mikespy.com | Scott Summy<br>BARON & BUDD, P.C.<br>3102 Oak Lawn Avenue, Suite 1100<br>Dallas, TX  75219<br>Office:  (214) 521-3605<br>Telefax: (214) 599-1172<br>E-Mail:  ssummy@baronbudd.com |
| Calvin C. Fayard, Jr.<br>FAYARD & HONEYCUTT<br>519 Florida Avenue, SW<br>Denham Springs, LA  70726<br>Office:  (225) 664-4193<br>Telefax: (225) 664-6925<br>E-Mail:  calvinfayard@fayardlaw.com | Mikal C. Watts (PSC)<br>WATTS GUERRA CRAFT, LLP<br>Four Dominion Drive, Building 3, Suite 100<br>San Antonio, TX 78257<br>Office: (210) 447-0500<br>Telefax: (210) 447-0501<br>E-Mail:  mcwatts@wgclawfirm.com |
| Ervin A. Gonzalez<br>COLSON HICKS EIDSON<br>255 Alhambra Circle, Penthouse<br>Coral Gables, FL 33134<br>Office: (305) 476-7400<br>Telefax: (305) 476-7444<br>E-Mail:  ervin@colson.com | Joseph F. Rice<br>MOTLEY RICE LLC<br>28 Bridgeside Blvd.<br>Mount Pleasant, SC 29464<br>Office: (843) 216-9159<br>Fax No. (843) 216-9290<br>E-Mail: jrice@motleyrice.com |
| | Conrad S.P. "Duke" Williams<br>WILLIAMS LAW GROUP<br>435 Corporate Drive, Suite 101<br>Maison Grand Caillou<br>Houma, Louisiana 70360<br>Office: (985) 876-7595<br>Fax No. (985) 876-7594<br>E-Mail: duke@williamslawgroup.org |

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that the above and foregoing Motion will be filed into the record *via* the Court's ECF electronic filing system and will be served on all counsel *via* Lexis-Nexis File & Serve, pursuant to PRE-TRIAL ORDER NO. 12, this 7th day of November, 2011.

/s/ Stephen J. Herman and James Parkerson Roy