UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | *  MDL NO. 2179 <br> * <br> * <br> *  SECTION J |
| Relates to:  *All Cases* | * <br> *  JUDGE BARBIER |
| (Including No. 10-2771) | * <br> *  MAG. JUDGE SHUSHAN |
| ****************************************** | * |

## MOTION FOR LEAVE
## TO FILE MEMORANDUM IN EXCESS OF ORDINARY PAGE LIMITATIONS

**NOW INTO COURT** come the undersigned Plaintiffs' Co-Liaison Counsel and Steering Committee, who respectfully move for leave to file their PSC STATUS REPORT AND MEMORANDUM IN SUPPORT OF MOTION TO ESTABLISH ACCOUNT AND RESERVE FOR LITIGATION EXPENSES [Doc 4507-1], in light of the Pre-Trial Orders Nos. 1, 8, 9 and 46, the Court's Order of August 8, 2011 [Doc 3638], and the Motion to Establish Account and Reserve for Litigation Expenses [Doc 4507]. While in excess of the ordinary page limitations, the undersigned believe that such report and memorandum will be helpful to the Court and to litigants with respect to the progress of the litigation and the basis of the request.

This 7th day of November, 2011.

Respectfully submitted,

| | |
|---|---|
| _/s/ Stephen J. Herman_ | _/s/ James Parkerson Roy_ |
| **Stephen J. Herman**, La. Bar No. 23129 | **James Parkerson Roy**, La. Bar No. 11511 |
| **HERMAN HERMAN KATZ & COTLAR LLP** | **DOMENGEAUX WRIGHT ROY & EDWARDS LLC** |
| 820 O'Keefe Avenue | 556 Jefferson Street, Suite 500 |
| New Orleans, Louisiana 70113 | Lafayette, Louisiana 70501 |
| Telephone: (504) 581-4892 | Telephone: (337) 233-3033 |
| Fax No. (504) 569-6024 | Fax No. (337) 233-2796 |

E-Mail: sherman@hhkc.com  E-Mail: jimr@wrightroy.com
*Plaintiffs' Liaison Counsel*  *Plaintiffs' Liaison Counsel*

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that the above and foregoing Motion will be filed into the record *via* the Court's ECF electronic filing system and will be served on all counsel *via* Lexis-Nexis File & Serve, pursuant to PRE-TRIAL ORDER NO. 12, this 7th day of November, 2011.

/s/ Stephen J. Herman and James Parkerson Roy