UNITED STATES DISTRICT OF COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL No. 2179 SECTION: J JUDGE BARBIER |
| Applies to:  All Cases           2:10-cv-02771           2:10-cv-04536 | § § § § | MAG. JUDGE SHUSHAN |

**HALLIBURTON ENERGY SERVICES INC.'S *EX PARTE* MOTION FOR LEAVE TO FILE REPLY TO BP'S OPPOSITION TO MOTION TO DISMISS OR, ALTERNATIVELY, TO STAY BP'S FRAUD AND FRAUDULENT CONCEALMENT CLAIMS IN BP'S CROSS-COMPLAINT AND THIRD-PARTY COMPLAINT**

Defendant Halliburton Energy Services, Inc. ("HESI") files this *Ex Parte* Motion For Leave to File its Reply to BP's Opposition to Motion to Dismiss Or, Alternatively, to Stay BP's Fraud and Fraudulent Concealment Claims in BP's Cross-Complaint and Third-Party Complaint pursuant to Federal Rule of Civil Procedure 5 and EDLA L.R. 7.5,[1] and respectfully shows as follows:

1. On June 20, 2011, HESI filed its Motion to Dismiss or, Alternatively, to Stay BP's Fraud and Fraudulent Concealment Claims in BP's Cross-Complaint and Third-Party Complaint and its Brief in support (hereinafter, "Motion to Dismiss") (Dkt. No. 2941) with this Court.

2. Thereafter, on October 17, 2011, BP filed its Opposition to HESI's Motion to Dismiss BP's Fraud and Fraudulent Concealment Claims in BP's Cross-Complaint and Third-Party Complaint ("BP's Opposition"). (Dkt. No. 4318).

---

[1] Citations to this Court's local rules are noted as "EDLA L.R." followed by the specific rule number.

3. The Court contemplated that the parties would file reply briefs to any opposition. (Dkt. No. 3972).[2] Thus, in accordance with the September 9, 2011 Stipulated Order, HESI seeks leave to file to file the attached Reply to BP's Opposition. (*See* Exhibit A).

## CONCLUSION

For these reasons, Halliburton Energy Services, Inc. respectfully requests the Court to grant it leave to file its Reply To BP's Opposition To Motion To Dismiss Or, Alternatively, To Stay BP's Fraud and Fraudulent Concealment Claims in BP's Cross-Complaint and Third-Party Complaint, and for such other and further relief the Court may deem it justly entitled.

---

[2] Note, the Court extended the deadline to file any reply when the Court extended the deadline for parties to file any opposition.

Respectfully Submitted,

**GODWIN RONQUILLO PC**

**By:** /s/ *Donald E. Godwin*
Donald E. Godwin
*Attorney-in-charge*
State Bar No. 08056500
dgodwin@GodwinRonquillo.com
Bruce W. Bowman, Jr.
State Bar No. 02752000
bbowman@GodwinRonquillo.com
Jenny L. Martinez
State Bar No. 24013109
jmartinez@GodwinRonquillo.com
Floyd R. Hartley, Jr.
State Bar No. 00798242
fhartley@GodwinRonquillo.com
Gavin E. Hill
State Bar No.  00796756
ghill@GodwinRonquillo.com
Renaissance Tower
1201 Elm, Suite 1700
Dallas, Texas 75270-2041
Telephone: (214) 939-4400
Facsimile: (214) 760-7332

and

R. Alan York
AYork@GodwinRonquillo.com
Jerry C. von Sternberg
JVonSternberg@GodwinRonquillo.com
Misty Hataway-Coné
MCone@GodwinRonquillo.com
1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone:  713.595.8300
Facsimile:  713.425.7594

**ATTORNEYS FOR DEFENDANT
HALLIBURTON ENERGY SERVICES, INC.**

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Halliburton Energy Services, Inc.'s Motion for Leave to file Reply to BP's Opposition was filed electronically with the Clerk of the Court using the CM/ECF system and that notice of this filing will be sent to all counsel through the CM/ECF system on this 7th day of November, 2011.

                                          /s/ Donald E. Godwin
                                          Donald E. Godwin