# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:   Oil Spill by the Oil Rig "Deepwater | : | MDL No. 2179 |
| Horizon" in the Gulf of Mexico, on | : | |
| April 20, 2010 | : | SECTION: J |
| | : | |
| This Document Relates To: All Actions | : | JUDGE BARBIER |
| | : | MAGISTRATE JUDGE |
| …………………………………………….... | : | SHUSHAN |

## BP'S MOTION IN LIMINE TO PRECLUDE THE INTRODUCTION INTO EVIDENCE OF THE JOINT INVESTIGATION REPORT AND TESTIMONY

BP hereby moves for an order precluding parties from introducing evidence (including but not limited to, testimony, documents, and expert opinions) concerning the investigation conducted into the *Deepwater Horizon* Incident by the United States Coast Guard and the Bureau of Ocean Energy Management and Enforcement (the "Joint Investigation").  BP's Motion is further supported by BP's Memorandum in Support of its Motion in Limine to Preclude the Introduction Into Evidence of the Joint Investigation Report and Testimony, which is fully incorporated by reference herein.

Dated:  November 7, 2011                                Respectfully submitted,

                                                        /s / Don K. Haycraft.

                                                        Don K. Haycraft (Bar #14361)
                                                        R. Keith Jarrett (Bar #16984)
                                                        LISKOW & LEWIS
                                                        One Shell Square
                                                        701 Poydras Street, Suite 5000
                                                        New Orleans, Louisiana 70139-5099
                                                        Telephone: (504) 581-7979
                                                        Facsimile: (504) 556-4108

and

Richard C. Godfrey, P.C.
(richard.godfrey@kirkland.com)
J. Andrew Langan, P.C.
(andrew.langan@kirkland.com)
Timothy A. Duffy, P.C.
(tim.duffy@kirkland.com)
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

and

Robert C. "Mike" Brock
(mbrock@cov.com)
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone: (202) 662-5985

*Attorneys for the BP Exploration &
Production Inc. & BP America Production
Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing motion has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 7th day of November, 2011.

/s/  Don K. Haycraft