UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:   Oil Spill by the Oil Rig<br>*Deepwater Horizon* in the Gulf<br>Of Mexico, on April 20, 2010<br><br>This document applies to:<br>*All Cases* | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

**TRANSOCEAN'S MOTION IN LIMINE TO EXCLUDE ALL PARTS
OF THE JOINT INVESTIGATION TEAM REPORT AND ALL TESTIMONY
GIVEN BEFORE THE JOINT INVESTIGATION TEAM**

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Transocean Offshore Deepwater Drilling Inc.; Transocean Holdings LLC; Transocean Deepwater Inc. and Triton Asset Leasing GmbH (collectively "Transocean"), by and through their undersigned counsel, and respectfully submit this Motion in Limine pursuant to 46 U.S.C. § 6308 to exclude from the February 27, 2012 trial of liability, limitation, exoneration and fault allocation any and all parts of the Joint Investigation Team's Report of its investigation into the events of April 20-22, 2010 and any and all testimony given before the Joint Investigation Team.  As more fully discussed in Transocean's memorandum in support of the motion, filed contemporaneously herewith, 46 U.S.C. § 6308 provides that "no part of a report of a marine casualty investigation conducted under [46 U.S.C. § 6301] . . . shall be admissible as evidence or subject to discovery in any civil or administrative proceedings, other than an administrative proceeding initiated by the United Sates."  46 U.S.C. § 6308(a).  The Joint Investigation was convened under 46 U.S.C. § 6301, and § 6308's prohibition requires that the Joint Investigation

Team Report be excluded from the upcoming trial, either as direct evidence or as any part of the basis of an expert report. Section 6308 and the Federal Rules of Evidence also require that testimony given before the JIT be excluded from the trial of this action.

In addition, the testimony given at the JIT hearings is inadmissible under Rule 804(b)(1), Fed. R. Evid. Transocean did not have a full or fair opportunity to develop the testimony at the hearings by direct, cross, or redirect examination, was not a defendant in those proceedings and did not have a similar motive to develop the testimony.

Accordingly, and for the reasons set forth in Transocean's memorandum in support of the motion, Transocean respectfully requests that all portions of the Joint Investigation Team Report, and all testimony given before the Joint Investigation Team, be excluded from the trial of liability, limitation, exoneration and fault allocation currently scheduled to begin on February 27, 2012.

Respectfully submitted,

By: /s/ Steven L. Roberts
Steven L. Roberts (Texas, No. 17019300)
Rachel Giesber Clingman (Texas, No. 00784125)
Kent C. Sullivan (Texas, No. 19487300)
Teri L. Donaldson (Florida, No. 784310)
Sutherland Asbill & Brennan LLP
1001 Fannin Street, Suite 3700
Houston, Texas 77002
Telephone: (713) 470-6100
Facsimile: (713) 654-1301
Email: steven.roberts@sutherland.com,
rachel.clingman@sutherland.com,
kent.sullivan@sutherland.com,
teri.donaldson@sutherland.com

By: /s/ Kerry J. Miller
Kerry J. Miller (Louisiana, No. 24562)
Frilot, L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163
Telephone: (504) 599-8169
Facsimile: (504) 599-8154
Email: kmiller@frilot.com
-and-

By: /s/ Edwin G. Preis, Jr.
Edwin G. Preis, Jr. (Louisiana, No. 10703)
Richard J. Hymel (Louisiana, No. 20230)
Preis & Roy PLC
102 Versailles Boulevard, Suite 400
Lafayette, Louisiana 70501
Telephone: (337) 237-6062
Facsimile: (337) 237-9129

-and-

601 Poydras Street, Suite 1700
New Orleans, Louisiana 70130
Telephone: (504) 581-6062
Facsimile: (504) 522-9129
Email: egp@preisroy.com, rjh@preisroy.com

-and-

By:  /s/ Brad D. Brian
Brad D. Brian (California, No. 79001)
Allen M. Katz (California, No. 54933)
Munger Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071
Telephone: (213) 683-9100
Facsimile: (213) 683-5180, (213) 683-4018
Email: brad.brian@mto.com, allen.katz@mto.com

Of Counsel:

John M. Elsley (Texas, No. 0591950)
Royston, Rayzor, Vickery & Williams LLP
711 Louisiana Street, Suite 500
Houston, Texas 77002
Telephone: (713) 224-8380
Facsimile: (713) 225-9945
Email: john.elsley@roystonlaw.com

Daniel O. Goforth (Texas, No. 08064000)
Goforth Geren Easterling LLP
4900 Woodway, Suite 750
Houston, Texas 77056
Telephone: (713) 650-0022
Facsimile: (713) 650-1669
Email: dangoforth@goforthlaw.com

*Counsel for Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc. and Transocean Deepwater Inc.*

3

**CERTIFICATE OF SERVICE**

  I hereby certify that on November 7, 2011, I electronically filed the foregoing with the Court's CM/ECF system and service on all counsel by using the LexisNexis File & Serve, in accordance with Pretrial Order No. 12 which will send a notice of filing to all counsel accepting electronic notice.

                 /s/  Kerry J. Miller
                  KERRY J. MILLER