UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig<br>         *Deepwater Horizon* in the Gulf<br>         Of Mexico, on April 20, 2010<br><br>This document applies to:<br>*All Cases* | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

## ORDER

After considering Transocean's Motion in Limine to Exclude All Parts of the Joint Investigation Team Report and All Testimony Given Before the Joint Investigation Team, the motion his hereby GRANTED in its entirety.

SIGNED on the _____ day of _____, 2011.

_____
JUDGE CARL J. BARBIER