# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf Of Mexico, on April 20, 2010<br><br>This document applies to:<br>*All Cases* | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

## **ORDER**

After considering Transocean's Motion in Limine to Preclude Blanket Introduction of the National Commission and Chief Counsel Reports, the motion his hereby GRANTED in its entirety.

SIGNED on the _____ day of _____, 2011.

_____
JUDGE CARL J. BARBIER