UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL No. 2179 SECTION:  J JUDGE BARBIER |
| Applies to:   All Cases | § § § | MAG. JUDGE SHUSHAN |

### HESI'S MOTION TO EXCLUDE THE NATIONAL COMMISSION REPORTS

Halliburton Energy Services, Inc. ("HESI") asks this Court to exclude from evidence the reports of the National Commission on the BP Deepwater Horizon Oil Spill and Offshore Drilling ("National Commission Report") and its Chief Counsel's report ("Chief Counsel Report") (together, "the Reports") as discussed in the PSC's letter of October 17, 2011.  Rec. doc. 4340-2 ("PSC Ltr.").  *See* Trial Exhs. 06300, 00986.  The Reports are hearsay and do not fall within any of the hearsay exceptions.  Additionally, the Reports are, essentially, expert reports that do not comply with Rule 702.  For these reasons, the Reports are inadmissible.

Dated:  November 7, 2011.

Respectfully Submitted,

**GODWIN RONQUILLO PC**

**By:** /s/ *Donald E. Godwin*
Donald E. Godwin
*Attorney-in-charge*
State Bar No. 08056500
dgodwin@GodwinRonquillo.com
Bruce W. Bowman, Jr.
State Bar No. 02752000
bbowman@GodwinRonquillo.com
Jenny L. Martinez
State Bar No. 24013109
jmartinez@GodwinRonquillo.com
Floyd R. Hartley, Jr.
State Bar No. 00798242
fhartley@GodwinRonquillo.com
Gavin E. Hill
State Bar No. 00796756
ghill@GodwinRonquillo.com
Renaissance Tower
1201 Elm, Suite 1700
Dallas, Texas 75270-2041
Telephone: (214) 939-4400
Facsimile: (214) 760-7332

and

R. Alan York
AYork@GodwinRonquillo.com
Jerry C. von Sternberg
JVonSternberg@GodwinRonquillo.com
Misty Hataway-Coné
MCone@GodwinRonquillo.com
1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone: 713.595.8300
Facsimile: 713.425.7594

**ATTORNEYS FOR DEFENDANT
HALLIBURTON ENERGY SERVICES, INC.**

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Halliburton Energy Services, Inc.'s *Motion to Exclude the National Commission Reports* was filed electronically with the Clerk of the Court using the CM/ECF system and that notice of this filing will be sent to all counsel through the CM/ECF system on this 7th day of November, 2011.

                                        /s/ Donald E. Godwin
                                        Donald E. Godwin