UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | : | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the | : | |
| GULF OF MEXICO, on | : | SECTION:  J |
| APRIL 20, 2010 | : | JUDGE BARBIER |
| | : | MAG. JUDGE SHUSHAN |
| **THIS DOCUMENT RELATES TO ALL** | : | |
| **CASES AND 10-2771** | : | JURY TRIAL DEMANDED |
| | : | |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

## MOTION OF CAMERON INTERNATIONAL CORPORATION FOR SUMMARY JUDGMENT DENYING ALL CLAIMS ASSERTED BY TRANSOCEAN AND DECLARING OBLIGATIONS OF TRANSOCEAN TO INDEMNIFY AND DEFEND CAMERON

With respect to the *Deepwater Horizon* and in general, Transocean agreed in writing to hold Cameron harmless from injury and death claims of Transocean employees and invitees and from property damage claims.  Transocean also agreed to provide Cameron with the benefits of the indemnity contained in Transocean's contract with its customer BP.  Rather than fulfill these contractual commitments to indemnify and defend Cameron and hold Cameron harmless, Transocean sued Cameron.

In reliance on the written contractual commitments of Transocean, Cameron International Corp. ("Cameron") respectfully moves for complete summary judgment denying the claims asserted against Cameron in the third-party complaint/cross-action filed by the Transocean petitioners in the limitations action, Doc. 2068.

In addition, Cameron moves affirmatively for summary judgment declaring that Transocean is contractually obligated not only (a) to hold Cameron harmless from all the

- 1 -

1075004v.1

pending claims asserted against Cameron in these consolidated proceedings, but also (b) to undertake the defense of Cameron against all of those claims, and (c) in that respect, reimburse Cameron for all attorneys' fees and expenses incurred in defense of the covered claims. *See, e.g.,* Doc. 412 in No. 10-2771 (Cameron counterclaims against Transocean petitioners for declaratory judgment).

Respectfully submitted,

| | |
|---|---|
| | /s/ Phillip A. Wittmann |
| David J. Beck, T.A. | Phillip A. Wittmann, 13625 |
|   dbeck@brsfirm.com |   pwittmann@stonepigman.com |
| Joe W. Redden, Jr. | Carmelite M. Bertaut, 3054 |
|   jredden@brsfirm.com |   cbertaut@stonepigman.com |
| David W. Jones | Keith B. Hall, 24444 |
|   djones@brsfirm.com |   khall@stonepigman.com |
| Geoffrey Gannaway | Jared Davidson, 32419 |
|   ggannaway@brsfirm.com |   jdavidson@stonepigman.com |
| BECK, REDDEN & SECREST, L.L.P. | STONE PIGMAN WALTHER |
| One Houston Center | WITTMANN L.L.C. |
| 1221 McKinney St., Suite 4500 | 456 Carondelet Street |
| Houston, TX 77010 | New Orleans, Louisiana  70130 |
| Phone: (713) 951-3700 | Phone: (504) 581-3200 |
| Fax: (713) 951-3720 | Fax: (504) 581-3361 |

*Attorneys for Cameron International Corporation*

1075004v.1

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Cameron International Corporation's Motion for Summary Judgment Denying All Claims Asserted by Transocean and Declaring Obligations of Transocean to Indemnity and Defend Cameron has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 8th day of November, 2011.

                                                                                           */s/ Phillip A. Wittmann*