UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | : | MDL NO. 2179 |
|     "DEEPWATER HORIZON" in the | : | |
|     GULF OF MEXICO, on | : | SECTION:  J |
|     APRIL 20, 2010 | : | JUDGE BARBIER |
| | : | MAG. JUDGE SHUSHAN |
| **THIS DOCUMENT RELATES TO ALL** | : | |
|     **CASES AND 10-2771** | : | JURY TRIAL DEMANDED |
| | : | |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

# CAMERON INTERNATIONAL CORPORATION'S
## STATEMENT OF MATERIAL FACTS
## AS TO WHICH THERE IS NO GENUINE ISSUE

Pursuant to Local Civil Rule 56.1 and in support of its motion for summary judgment to establish the indemnity obligations of Transocean parties, Cameron International Corporation ("Cameron") respectfully submits the following statement of the material facts which Cameron contends present no genuine issue.

This statement will refer to certain parties as follows:

BP Exploration and Production Inc. – "BPXP"

BP America America Production Company – "BPAPC"

BPXP and BPAPC collectively – "BP"

Transocean Holdings, L.L.C. – "Transocean Holdings"

1.    Effective December 9, 1998, R&B Falcon Drilling Co. ("R&B Falcon") and Vastar Resources, Inc. ("Vastar") entered into a drilling contract for the construction, use, and operation of the *Deepwater Horizon* (hereafter "Drilling Contract").  Transocean's Rule 13 Cross-Claims/Counter-Claims ¶¶ 45, 90, 91 (Doc. 2065; hereafter "Transocean Cross-Claim");

- 1 -

BP's Cross-Claim Against Cameron International Corp. ¶ 18 (Doc. 2064; hereafter "BP Cross-Claim"); BP Exploration and Production Inc.'s Third-Party Complaint Against Cameron International Corp. ¶ 19 (Doc. 2065; hereafter "BPXP Complaint").

2. Attached as Exhibit 1 is a copy of the text of the Drilling Contract without exhibits or amendments as produced by BP in this proceeding, BP-HZN-2179MDL00259139-77.

3. In 1999, R&B Falcon issued purchase orders to Cameron concerning specified BOP equipment for the *Deepwater Horizon* (hereafter "POs"). *See* BP Cross-Claim ¶ 23; BPXP Complaint ¶ 24.

4. Attached as Exhibit 2 is PO 087-00101 issued by R&B Falcon to Cameron, as produced by Cameron in this proceeding, CAM_CIV_002876-2910.

5. Attached as Exhibit 3 is PO 087-00015 issued by R&B Falcon to Cameron, as produced by Cameron in this proceeding, CAM_CIV_0277466-498.

6. The purchase orders to Cameron attached as Exhibits 2 and 3 satisfied obligations of R&B Falcon under the Drilling Contract.

7. Attached as Exhibit 4 are the Terms and Conditions executed by R&B Falcon and Cameron that are applicable to POs 087-00101 and 087-00015 ("Terms and Conditions"), as produced by Cameron in this proceeding, CAM_CIV_002920-26.

8. As of September 28, 2000, Transocean Offshore Deepwater Drilling Inc. and Cameron mutually executed a Master Service Agreement ("MSA").

9. Attached as Exhibit 5 is a copy of the MSA together with mutually executed Amendment No. 1, as produced by Cameron in this proceeding, CAM_CIV_0017212-34.

1075001v.1

10. Transocean Holdings, LLC became and is the successor to R&B Falcon under the Drilling Contract, and thus the purchase orders, and the Terms and Conditions. Transocean Cross-Claims ¶ 90; *see* BP Cross-Claim ¶ 2; BPXP Complaint ¶ 2.

11. BPAPC became and is the successor to Vastar under the Drilling Contract. Transocean Cross-Claim ¶ 90; BP Cross-Claim ¶ 20.

12. On June 1, 2008, BPXP acquired a lease from the United States of 5,760 acres of property on the Outer Continental Shelf comprising Mississippi Canyon Block 252 ("MC 252 lease") for the purpose of exploring for and potentially producing hydrocarbons from subsea hydrocarbon reservoirs. *See* BP Cross-Claim ¶ 1; BPXP Complaint ¶ 1.

13. Attached as Exhibit 6 is a copy of the MC 252 lease as produced by BP in this proceeding, BP-HZN-2179MDL00605624-630.

14. According to BP, in 2009, BPXP hired Transocean to drill the well on the MC 252 lease. BPXP Complaint ¶ 1; BP Cross-Claim ¶ 1.

15. According to BP, in 2009, BPAPC hired Transocean to drill the well on the MC 252 lease. BP Cross-Claim ¶ 17; BPXP Complaint ¶ 16.

16. BPXP obtained a permit from the United States Government to drill a well on the MC 252 lease with a Transocean drilling unit other than the *Deepwater Horizon*.

17. Attached as Exhibit 7 is the permit to drill a well on the MC 252 lease, marked as Deposition Exhibit 4021 in this proceeding.

18. On January 14, 2010, BPXP obtained approval from the U.S. Department of the Interior to continue drilling the well on the MC 252 lease with the *Deepwater Horizon*.

19. Attached as Exhibit 8 is the final approval of the amended well plan authorizing BPXP to drill the Macondo well with the *Deepwater Horizon*, marked as Deposition Exhibit 4008 in this proceeding.

20. BPXP sold minority interests in the MC 252 lease. *See* BP Cross-Claim ¶ 1; BPXP Complaint ¶ 1.

21. BPXP and its co-lessees entered into the Macondo Prospect Offshore Deepwater Operating Agreement with respect to the MC 252 lease ("Macondo OA").

22. Attached as Exhibit 9 is a copy of the Macondo OA, marked as Deposition Exhibit 2844 in this proceeding.

23. On April 20, 2010, the well on the MC252 lease blew out. Transocean Cross-Claim ¶ 46.

24. On August 10, 2010, authorized counsel for Cameron made written demand on Transocean entities for indemnity protection with respect to the well blowout under the Terms and Conditions and MSA.

25. Attached as Exhibit 10 is a copy of the Cameron demand described in SOF 24.

26. On August 19, 2010, authorized counsel for Transocean wrote to BP demanding protection and indemnity under the indemnity and hold harmless terms of the Drilling Contract with respect to the indemnity demand of Cameron.

27. Attached as Exhibit 11 is a copy of the Transocean demand to BP described in SOF 26.

28. On January 7, 2011, Transocean counsel responded to the Cameron demand described in SOF 24.

29. Attached as Exhibit 12 is a copy of the Transocean response to the Cameron demand described in SOF 24.

30. Transocean entities have sued Cameron with respect to the blowout. Transocean Cross-Claim.

31. BP entities have sued Cameron with respect to the blowout. BP Cross-Claim; BPXP Complaint.

32. Cameron sued Transocean for indemnity with respect to the BP claims. Docs. 2865; 2872.

Respectfully submitted,

| | |
|---|---|
| | */s/ Phillip A. Wittmann*_____ |
| David J. Beck, T.A. | Phillip A. Wittmann, 13625 |
|   dbeck@brsfirm.com |   pwittmann@stonepigman.com |
| Joe W. Redden, Jr. | Carmelite M. Bertaut, 3054 |
|   jredden@brsfirm.com |   cbertaut@stonepigman.com |
| David W. Jones | Keith B. Hall, 24444 |
|   djones@brsfirm.com |   khall@stonepigman.com |
| Geoffrey Gannaway | Jared Davidson, 32419 |
|   ggannaway@brsfirm.com |   jdavidson@stonepigman.com |
| BECK, REDDEN & SECREST, L.L.P. | STONE PIGMAN WALTHER |
| One Houston Center | WITTMANN L.L.C. |
| 1221 McKinney St., Suite 4500 | 456 Carondelet Street |
| Houston, TX 77010 | New Orleans, Louisiana  70130 |
| Phone: (713) 951-3700 | Phone: (504) 581-3200 |
| Fax: (713) 951-3720 | Fax: (504) 581-3361 |

*Attorneys for Cameron International Corporation*

1075001v.1

**CERTIFICATE OF SERVICE**

        I hereby certify that the above and foregoing Cameron International Corporation's Statement of Material Facts as to Which There is No Genuine Issue has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 8th day of November, 2011.

                                              */s/ Phillip A. Wittmann*

1075001v.1