CAM_CIV_0002876

# R & B   F A L C O N   D R I L L I N G   C O.

901 Threadneedle - Suite 200 - P.O.BOX 79627 - HOUSTON, TEXAS 77279-2902                    PAGE        1

| | |
|---|---|
| Purchase Order:  087-00101          Print Number:   1 | Buyer: Linda Wetherell<br>Payment Terms:  SPECIAL TERMS<br>FOB:           SEE BELOW<br>Ship via:   WILL ADVISE<br>Freight Terms:<br>Issue Date:  7/21/1999 |
| Confirmed to:  AL SHEPARD, 5/28/99<br>Description:  BOP Control System & Accumulator | |

V
E
N
D
O
R

COOPER CAMERON                          Ship to: WILL ADVISE
P.O. BOX 1212                                    ***********
HOUSTON, TX     77251-1212                       ***********

Bill to: R&B FALCON DRILLING CO.
         TELEPHONE:  281-496-5000
         901 Threadneedle, Suite 200
         P. O. Box 79627
         Houston, TX    77279-2902 USA

## ALL APPLICABLE MATERIAL MUST BE YEAR 2000 COMPLIANT

| Line# | Item Code Rev# | Description | Need Date | Quantity | UOM | Unit Cost | Extended Cost |
|---|---|---|---|---|---|---|---|
| | | --<br>SEE ATTACHMENT "1", SECTION 1<br>FOR:<br>A. General Equipment/System<br>Specification<br>B. Documentation Specification<br>C. Spare Parts Quotations<br>D. Regulatory Bodies<br>E. Right of Access<br>F. Export Licence Requirements<br>and Restrictions<br>G. Certificate of Insurance<br>H. Training<br>I. Commissioning Spares<br>J. Coatings<br>K. Tagging Procedure<br>--<br>INSTRUCTIONS TO FORWARDER:<br>SHIP VIA OCEAN FREIGHT<br>FOR EXPORT TO OFFSHORE RIG<br>RBS8D--KOREA<br>CONF ORDER-DO NOT DUPLICATE<br>=============================<br>SEE YEAR 2000 COMPLIANCE<br>REQUIREMENT DOCUMENT ATTACHED<br>FOB - EX-WORKS<br>LOADED ONBOARD RBF FURNISHED<br>CONVEYANCE | | | | | |
| 1 | | Analysis, Fault Tree and FMEA<br>This should be done early<br>enough in the program to | 11/16/1999 | 2.0000 | EA | .000000 | .00 |



COOPER CAMERON CONTROL
RBS-8D
Correspondence Distribution

| Date Received 8/10/99 | | | Cameron Log No. | | |
|---|---|---|---|---|---|
| Name | Info | Act | Name | Info | Act |
| Richard Coronado | ✓ | | REYNAUD | ✓ | |
| Bolie Williams IV | ✓ | | TODD | | |
| Margaret Buckler | ✓ | | ECKHARD | ✓ | |
| Paul Perez | ✓ | ✓ | KNEALE | ✓ | |
| Terran Roark | ✓ | | AUBREY | | |
| COE | ✓ | | 120 | | |
| WOLNY | ✓ | | VI / 3 | | |
| | | | WALTERS | ✓ | |

Acceptance of this order constitutes full acceptance
of  all  terms  and  conditions  written, printed or
stamped hereon  including reverse  side  or  attached
hereto.  Purchase  Order No.  must  appear  on  all
invoices, receipts and correspondence.

DATE PRINTED:  8/04/1999

Exhibit 2

CONFIDENTIAL
ACCESS
RESTRICTED

CAM_CIV_0002877

**R & B   F A L C O N   D R I L L I N G   C O.**
901 Threadneedle - Suite 200 - P.O.BOX 79627 - HOUSTON, TEXAS 77279-2902

PAGE      2

Purchase Order:  087-00101              Print Number:   1

| Line# | Item Code Rev# | Description | Need Date | Quantity | UOM | Unit Cost | Extended Cost |
|-------|----------------|-------------|-----------|----------|-----|-----------|---------------|
| | | identify and correct problems noted as a result of these two analysis. The original reports should be delivered to R&B Falcon Purchasing Department, Attn: Linda Wetherell.  One copy should be sent under separate cover to R&B Falcon Attn: Robert Hall Cost is $96,323.63 Promise Date: 11/16/1999 Acct Code: 089-087-10201-0301     003002 | | | | | |
| 2 | 1514739 | Unit,Hydraulic Power BOP  Hydraulic power unit, suitable for non-hazardous area, rated for 5,000 psi working pressure. Unit to consist of the following components mounted on a heavy duty structural steel skid(s) complete with all necessary relief valves, internal hydraulic and pneumatic piping. -- 1 EA -Mixed fluid reservoir complete with sight glass, automatic fluid level control, low level reservoir alarm, removable manhole covers in each section of the tank and a valved drain. Capacity per API 16E subsea system requirements for open loop system, per surface control systems for closed loop system. Capacity calculations will discount unusable fluid when tank level is too low to properly supply pumps, with all pumps running. -- 1 EA - 200 gallon (minimum) soluble oil fluid reservoir | 12/30/1999 | 1.0000 | EA | .000000 | .00 |

Acceptance of this order constitutes full acceptance of all terms and conditions written, printed or stamped hereon including reverse side or attached hereto. Purchase Order No. must appear on all invoices,      ges and correspondence.

DATE PRINTED:  8/04/1999

CONFIDENTIAL
ACCESS
RESTRICTED

CAM_CIV_0002878

**R & B   F A L C O N   D R I L L I N G   C O.**
901 Threadneedle - Suite 200 - P.O.BOX 79627 - HOUSTON, TEXAS 77279-2902

PAGE     3

| Purchase Order: 087-00101 | | Print Number:  1 | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Line# | Item Code | Rev# | Description | Need Date | Quantity | UOM | Unit Cost | Extended Cost |
| | | | complete with sight glass, low level alarm, manhole cover and valved drain. | | | | | |
| | | | -- | | | | | |
| | | | 1 EA -200 gallon (minimum) glycol reservoir complete with sight glass, low level alarm, manhole cover and valved drain.  Glycol reservoir to have an additional valved connection near bottom of tank for future addition of second glycol reservoir of similar height for increased capacity when/if required. | | | | | |
| | | | -- | | | | | |
| | | | 1 EA - Automatic fluid mixing system, sized and designed as per API 16E. Closed loop system may delete automatic proportioning system as an option, batch mixing would be acceptable.  Totalizing positive displacement meters are required for all three fluids for either case. Motor starters, if required by the system,  will be owner furnished, and mounted remotely in rig motor control centers.  Vendor will provide required interface information and equipment for suitable control. | | | | | |
| | | | -- | | | | | |
| | | | 1 EA - Pump unit, consisting of at least three (3) electrically driven multiple plunger pumps (minimum 3 plungers each pump), including discharge manifold with isolation valves, surge dampeners, rupture discs, 480 volt, 3 phase, 60 cycle AC high starting torque, normal slip, explosion proof electric motors | | | | | |

Acceptance of this order constitutes full acceptance of all terms and conditions written, printed or stamped hereon including reverse side or attached hereto. Purchase Order No. must appear on all invoices,        ges and correspondence.

DATE PRINTED:  8/04/1999

CONFIDENTIAL
ACCESS
RESTRICTED

R & B   F A L C O N   D R I L L I N G   C O.
901 Threadneedle - Suite 200 - P.O. BOX 79627 - HOUSTON, TEXAS 77279-2902

PAGE    4

Purchase Order:  087-00101              Print Number:  1

| Line# | Item Code Rev# | Description | Need Date | Quantity | UOM | Unit Cost | Extended Cost |
|---|---|---|---|---|---|---|---|
| | | with thermal overload protection complete with presusure transducer (by software) start/stop pressure adjustment drive assemblies,  and suction strainers and high pressure filters.  Motor starters will be owner furnished, and mounted remotely in rig motor control centers.  Vendor will provide required interface information and equipment for suitable control. -- NOTE:  The combined output of all hydraulic power pump systems should comply with API RP 16E. -- 1 set - High pressure resetable flow meter, capable of registering the flow of all hydraulically operated components on the BOP stack and the LMRP. -- 1 EA - Alarm lights and horn for low rig air, low accumulator pressure, low mixed fluid level, low glycol, low soluble lubricant, and power failure. -- 1 EA - Stainless steel liquid filled hydraulic gauges for the following (all scales to be customer approved): 1.  Accumulator pressure 3. Rig air pressure (if required for operation of hydraulic power unit/mixing system) Cost is $459,853.55 Promise Date:  2/18/2000 Acct Code: 089-087-10201-0301      003002 | | | | | |
| 3 | 1515739 | Panel,Electric Driller's | 2/01/2000 | 1.0000 | EA | .000000 | .00 |

Acceptance of this order constitutes full acceptance of all terms and conditions written, printed or stamped hereon including reverse side or attached hereto.  Purchase Order No. must appear on all invoices,  charges and correspondence.

DATE  PRINTED:  8/04/1999

CAM_CIV_0002879

CONFIDENTIAL
ACCESS
RESTRICTED

CAM_CIV_0002880

R & B FALCON DRILLING CO.
901 Threadneedle - Suite 200 - P.O.BOX 79627 - HOUSTON, TEXAS 77279-2902

Purchase Order: 087-00101 Print Number: 1

| Line# | Item Code | Rev# | Description | Need Date | Quantity | UOM | Unit Cost | Extended Cost |
|---|---|---|---|---|---|---|---|---|
| | | | Console<br>BOP<br>Electric driller's console panel to be housed in an air purged stainless steel enclosure, which will be located at driller's position on rig floor. The basic controls and displays are itemized on the function list, provided specifically for RBS-8D, including EDS and DMS<br>Panel to consist of the following:<br>--<br>1 EA - NEMA 4x control cabinet complete with graphic outline of BOP stack and diverter functions.<br>--<br>1 EA - Lot of combination pushbutton/status indicating lights for control of BOP and diverter/surface functions.<br>--<br>NOTE: The vent position will be labled VENT. The label BLOCK is not to be used unless the function is hydraulically locked when that selection is made.<br>--<br>1 LOT - Protective covers for shear ram and riser connector and wellhead connector. Additional covers may be required upon review of the panel arrangements.<br>--<br>Alarm warning lights with audible alarm for the following:<br>--<br>Low accumulator pressure<br>Low soluble lubricant reservoir level<br>Low mixed fluid reservoir level<br>Low glycol reservoir level | | | | | |

Acceptance of this order constitutes full acceptance of all terms and conditions written, printed or stamped hereon including reverse side or attached hereto. Purchase Order No. must appear on all invoices, p[illegible]es and correspondence.

DATE PRINTED: 8/04/1999

CONFIDENTIAL
ACCESS
RESTRICTED

R & B  F A L C O N  D R I L L I N G  C O.
901 Threadneedle - Suite 200 - P.O.BOX 79627 - HOUSTON, TEXAS 77279-2902                    PAGE        6

CAM_CIV_0002881

| Purchase Order:  087-00101 | Print Number:  1 |
|---|---|

| Line# | Item Code | Rev# | Description | Need Date | Quantity | UOM | Unit Cost | Extended Cost |
|---|---|---|---|---|---|---|---|---|
| | | | Low air pressure<br>Low purge (driller's panel)<br>Battery power 'on'<br>--<br>1 EA - Alarm aknowlege button,<br>which silences the audible<br>alarm until the alarm condition<br>resets or a new alarm condition<br>is detected.<br>1 EA- "Memory"<br>circuitry/program to permit light<br>indication to remain on the<br>position (open or closed) of<br>each function after the function<br>has been put in vent position.<br>--<br>1 EA -Lamp and test button.<br>--<br>1 EA - Push and hold to operate<br>button.<br>--<br>1 EA - Set of Lexan Doors<br>Cost is $254,050.52<br>Promise Date:  4/17/2000<br>Acct Code: 089-087-10201-0301      003002 | | | | | |
| 4 | 1516739 | | Panel,Electric toolpusher's<br>control<br>BOP<br>Electric toolpusher's control<br>panel to be housed in a<br>stainless steel enclosure, which<br>will be located in control room.<br>The basic controls and displays<br>are itemized on the function list.<br>The general arrangement,<br>lables, and function of the panel<br>is to be the same as the Driller's<br>panel.  Panel is to consist of the<br>following:<br>--<br>1 EA - NEMA 4X control cabinet<br>complete with graphic outline of<br>BOP stack and diverter/surface | 2/01/2000 | 1.0000 | EA | .000000 | .00 |

Acceptance of this order constitutes full acceptance
of all terms and conditions written, printed or
stamped hereon including reverse side or attached
hereto. Purchase Order No. must appear on all
invoices, p‑‑‑es and correspondence.

| DATE PRINTED:  8/04/1999 |
|---|

CONFIDENTIAL
ACCESS
RESTRICTED

CAM_CIV_0002882

# R & B  F A L C O N  D R I L L I N G  C O.

901 Threadneedle - Suite 200 - P.O.BOX 79627 - HOUSTON, TEXAS 77279-2902                    PAGE      7

| Purchase Order:  087-00101 | Print Number:  1 |
|---|---|

| Line# | Item Code | Rev# | Description | Need Date | Quantity | UOM | Unit Cost | Extended Cost |
|---|---|---|---|---|---|---|---|---|
| | | | functions.<br>Cost is $192,647.27<br>Promise Date:  4/17/2000<br>Acct Code: 089-087-10201-0301      003002 | | | | | |
| 5 | 2105739 | | Central Control Unit,BOP<br>Control Room<br>BOP<br>  BOP control room control station.<br>  This is a fully functional<br>  control station, with all<br>  readbacks and alarms.  This<br>  may be a computer rather than<br>  a normal panel<br>  Cost is $68,656.88<br>  Promise Date:  4/17/2000<br>  Acct Code: 089-087-10201-0301      003002 | 12/30/1999 | 1.0000 | EA | .000000 | .00 |
| 6 | 1518739 | | Control Station,Portable<br>Test Unit<br>BOP<br>  (Trouble Shooting Laptop)<br>  --<br>  Portable test unit/control station.<br>  This may be two devices to fully<br>  cover requirements, such as a<br>  wand and a portable test unit.<br>  Different vendors comply with<br>  this requirement with different<br>  hardware.<br>  Cost is $26,689.09<br>  Promise Date:  4/17/2000<br>  Acct Code: 089-087-10201-0301      003002 | 2/01/2000 | 1.0000 | EA | .000000 | .00 |
| 7 | 1519739 | | Unit,Data Logging<br>BOP<br>  Data logging unit, with printer<br>  for paper hard copy, plus<br>  electronic media storage for at<br>  least two months operation,<br>  suitable for monthly<br>  downloading of operational<br>  history.  This may be integrated<br>  with one of the fixed panel | 12/30/1999 | 1.0000 | EA | .000000 | .00 |

Acceptance of this order constitutes full acceptance
of  all  terms  and  conditions  written, printed or
stamped hereon  including reverse side  or  attached
hereto.  Purchase  Order  No.  must  appear  on  all
invoices,   ...ges and correspondence.

DATE PRINTED:  8/04/1999

CONFIDENTIAL
ACCESS
RESTRICTED

**R & B   F A L C O N   D R I L L I N G   C O.**
901 Threadneedle - Suite 200 - P.O.BOX 79627 - HOUSTON, TEXAS 77279-2902

PAGE    8

Purchase Order:  087-00101            Print Number:  1

| Line# | Item Code | Rev# | Description | Need Date | Quantity | UOM | Unit Cost | Extended Cost |
|-------|-----------|------|-------------|-----------|----------|-----|-----------|---------------|
| | | | installations, if desired. Cost is $13,932.24 Promise Date:  4/17/2000 Acct Code: 089-087-10201-0301      003002 | | | | | |
| 8 | 1520739 | | Reel,Mux Cable BOP   Mux cable reel, one for each pod, capacity for up to 11,500 ft of cable.  Complete with variable speed drive system, brake independently controlled from drive, lock dog, levelwinder, slip ring assemblies as required, and a remote control station for use in the moonpool area.  Suitable for hazardous locations. Cost $292,928.93 Promise Date:  2/18/2000 Acct Code: 089-087-10201-0301      003002 | 12/30/1999 | 2.0000 | EA | .000000 | .00 |
| 9 | 1521739 | | Cable,Mux BOP   Mux cable, one for each pod, complete with end terminations. Length to be 11,500 ft minimum. R&B Falcon to specifically approve mux cable selection (hose vendor and model) provided by vendor. Cost $269,171.04 Promise Date:  2/18/2000 Acct Code: 089-087-10201-0301      003002 | 12/30/1999 | 2.0000 | EA | .000000 | .00 |
| 10 | 1522739 | | Sheave,Turndown,for Mux Cable BOP   Turndown sheave, for mux cable. Complete with swiveling mount for direct attachment to drill floor substructure. Cost $ 15,536.07 Promise Date:  2/18/2000 | 12/30/1999 | 2.0000 | EA | .000000 | .00 |

Acceptance of this order constitutes full acceptance of all terms and conditions written, printed or stamped hereon including reverse side or attached hereto.  Purchase Order No. must appear on all invoices, p   ges and correspondence.

DATE PRINTED:  8/04/1999

CAM_CIV_0002883

CONFIDENTIAL
ACCESS
RESTRICTED

**R & B   F A L C O N   D R I L L I N G   C O.**

901 Threadneedle - Suite 200 - P.O.BOX 79627 - HOUSTON, TEXAS 77279-2902

PAGE      9

| Purchase Order: 087-00101 | Print Number: 1 |
|---|---|

| Line# | Item Code | Rev# | Description | Need Date | Quantity | UOM | Unit Cost | Extended Cost |
|---|---|---|---|---|---|---|---|---|
| | | | Acct Code: 089-087-10201-0301      003002 | | | | | |
| 11 | 1523739 | | Pod,Subsea Control<br>BOP<br>  Subsea control pod.  Each pod<br>  contains sufficient valves and<br>  manifolding to operate all BOP<br>  functions plus minimum 6<br>  spares, if adequate space is<br>  available (3 on lower stack and<br>  3 on LMRP).  Each pod consists<br>  of the following:<br>  --<br>  1 EA - Pod frame, main base<br>  and removable covers.<br>  --<br>  1 lot - Subea pod mounted<br>  valves, as required for proper<br>  function.  Some of the items are<br>  listed below:<br>  --<br>  1 EA - Lot 1-1/2", 1" and 3/4"<br>  stainless steel pod valves for<br>  functions approved by customer<br>  and 1/8-1/4" solenoid pilot<br>  functions as required.<br>  --<br>  3 EA - 1-1/2" stainless steel<br>  subsea hydraulically piloted<br>  pressure reducing regulators,<br>  two for annular preventers, and<br>  one for rams and manifold<br>  functions.<br>  --<br>  2 EA - Regulators for wellhead<br>  and LMRP connectors.<br>  --<br>  1 EA - Pilot regulator if required.<br>  --<br>  1 SET - Filter units as required<br>  for pod pilot supply and main<br>  hydraulic supply.<br>  --<br>  1 EA - Pod cover and guidance | 2/01/2000 | 2.0000 | EA | .000000 | .00 |

Acceptance of this order constitutes full acceptance
of all terms and conditions written, printed or
stamped hereon including reverse side or attached
hereto. Purchase Order No. must appear on all
invoices, ' ges and correspondence.

DATE PRINTED:  8/04/1999

CAM_CIV_0002884

CONFIDENTIAL
ACCESS
RESTRICTED

**R & B   F A L C O N   D R I L L I N G   C O.**

901 Threadneedle - Suite 200 - P.O.BOX 79627 - HOUSTON, TEXAS 77279-2902                    PAGE      10

| Purchase Order:  087-00101 | Print Number:   1 |
|---|---|

| Line# | Item Code | Rev# | Description | Need Date | Quantity | UOM | Unit Cost | Extended Cost |
|---|---|---|---|---|---|---|---|---|
| | | | system, designed for easy access for service, and ease of installation to LMRP. -- 1 EA - Multiplex electronics/solenoid valve electronic pod subassembly. -- 1 set - Additional connections, as needed, for auxiliary equipment, such as Hot stab for initial power upafter retrieval/reinstallation of pod Temperature, pressure Telemetry Riser, stack angle telemetry These items, and any additional, may be listed as options, if not required by system as proposed. Cost $1,892,054.80 Promise Date:  4/17/2000 Acct Code: 089-087-10201-0301     003002 | | | | | |
| 12 | 1524739 | | Interconnect,LMRP Pod BOP    LMRP pod interconnect permanently mounted on the lower riser assembly. (LMRP pod receiver) Cost $13,157.01 Promise Date:  4/17/2000 Acct Code: 089-087-10201-0301     003002 | 2/01/2000 | 2.0000 | EA | .000000 | .00 |
| 13 | 1525739 | | Interconnect,Lower BOP stack pod BOP    Lower BOP stack pod interconnect complete with spring housing permanently mounted on the BOP stack. (Stack pod receiver) Cost $14,500.34 Promise Date:  4/17/2000 Acct Code: 089-087-10201-0301     003002 | 2/01/2000 | 2.0000 | EA | .000000 | .00 |

Acceptance of this order constitutes full acceptance of all terms and conditions written, printed or stamped hereon including reverse side or attached hereto. Purchase Order No. must appear on all invoices,      ies and correspondence.

DATE PRINTED:  8/04/1999

CAM_CIV_0002885

CONFIDENTIAL
ACCESS
RESTRICTED

CAM_CIV_0002886

**R & B   F A L C O N   D R I L L I N G   C O.**

901 Threadneedle - Suite 200 - P.O.BOX 79627 - HOUSTON, TEXAS 77279-2902

PAGE    11

| Purchase Order:  087-00101 | Print Number:   1 |
|---|---|

| Line# | Item Code | Rev# | Description | Need Date | Quantity | UOM | Unit Cost | Extended Cost |
|---|---|---|---|---|---|---|---|---|
| 14 | 1526739 | | Stand,test for pod<br>BOP<br>  Test stand for pod.<br>  Cost $47,863.65<br>  Promise Date:  2/18/2000<br>  Acct Code: 089-087-10201-0301      003002 | 2/01/2000 | 1.0000 | EA | .000000 | .00 |
| 15 | 1527739 | | Accumulators,Surface<br>BOP<br>  Surface accumulators, designed<br>  too have 150% fluid to open and<br>  close each ram preventers and<br>  two annular preventers at least<br>  once with a pressure drop from<br>  maximum accumulator<br>  operating pressure to the<br>  pressure necessary to perform<br>  the all ram and annular<br>  functions.  Accumulators to be<br>  manifolded and mounted on<br>  minimum three skids (banks).<br>  Each accumulator is to be<br>  equipped with an isolation shut-<br>  off valve and each bank shall<br>  have master shut-off valve,<br>  bleed valve and pressure relief<br>  valve.  Bottles to be top load<br>  type.  Float type accumulators<br>  may be quoted as an option.<br>  (2) X 14 X 40 gal + (1) X 12 X<br>  40 gal.<br>  --<br>  1 lot - Fifteen (15) gallon<br>  separator bladder type<br>  accumulators for diverter/riser<br>  stack panel supply storage.<br>  3,000 or 5,000 psi working<br>  pressure.  Bottles to be top<br>  loaded type.<br>  Cost $753,264.00<br>  Promise Date:  2/18/2000<br>  Acct Code: 089-087-10201-0301      003002 | 12/30/1999 | 1.0000 | LOT | .000000 | .00 |
| 16 | 1528739 | | Manifold/Panel,Diverter and | 12/30/1999 | 1.0000 | EA | .000000 | .00 |

Acceptance of this order constitutes full acceptance
of  all  terms  and  conditions  written, printed or
stamped hereon  including reverse side  or  attached
hereto.  P⸝⸝⸝se Order No. must  appear  on  all
invoices, ⸝⸝⸝ges and correspondence.

| DATE   TED:  8/04/1999 |
|---|

CONFIDENTIAL
ACCESS
RESTRICTED

CAM_CIV_0002887

## R & B   F A L C O N   D R I L L I N G   C O.
901 Threadneedle - Suite 200 - P.O.BOX 79627 - HOUSTON, TEXAS 77279-2902

PAGE     12

| Purchase Order:  087-00101 | Print Number:   1 |
|---|---|

| Line# | Item Code | Rev# | Description | Need Date | Quantity | UOM | Unit Cost | Extended Cost |
|---|---|---|---|---|---|---|---|---|
| | | | Riser stack | | | | | |
| | | | BOP | | | | | |
| | | | Diverter and riser stack (mounted just below telescopic joint) hydraulic-pneumatic control manifold/panel to consist of the following: -- | | | | | |
| | | | 1 EA - Steel cabinet, sandblasted and painted per the specification for mounting in control room, complete with graphic overlays. The basic controls and displays required are itemized on the function list. -- | | | | | |
| | | | 1 EA - Five (5) gallon separator bladder type accumulator for use as surge dampener for diverter element. -- | | | | | |
| | | | 2 EA - 1" supply and return inlet and outlet complete with shut-off valve. -- | | | | | |
| | | | System shall be complete with necessary solenoid valves pressure transducers and pressure switches for remote control of diverter panel from electric remote panels.  The diverter hydraulic panel will be located in a non-hazardous area.  Solenoids and pressure switches to be housed in junction boxes suitable for non-hazardous area. | | | | | |
| | | | Cost $ 657,976.10 | | | | | |
| | | | Promise Date:  2/18/2000 | | | | | |
| | | | Acct Code: 089-087-10201-0301    003002 | | | | | |
| 17 | 1529739 | | Sheave | 12/30/1999 | 1.0000 | EA | .000000 | .00 |
| | | | BOP | | | | | |
| | | | Sheave for use with 1 hose, | | | | | |

Acceptance of this order constitutes full acceptance
of  all  terms  and  conditions  written, printed or
stamped hereon  including reverse side  or  attached
hereto.  Purchase  Order  No.  must  appear  on  all
invoices,   kages and correspondence.

| DATE PRINTED:  8/04/1999 |
|---|

CONFIDENTIAL
ACCESS
RESTRICTED

CAM_CIV_0002888

### R & B  F A L C O N  D R I L L I N G  C O.
901 Threadneedle - Suite 200 - P.O.BOX 79627 - HOUSTON, TEXAS 77279-2902                    PAGE      13

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|

Purchase Order:  087-00101                 Print Number:   1

| Line# | Item Code | Rev# | Description | Need Date | Quantity | UOM | Unit Cost | Extended Cost |
|---|---|---|---|---|---|---|---|---|
| | | | used for BOP control hot line. Complete with swivel mount for direct attachment to drill floor substructure. Cost $7,768.03 Promise Date:  2/18/2000 Acct Code: 089-087-10201-0301      003002 | | | | | |
| 18 | 1530739 | | Hose,Hot Line BOP   Hot line hose, 1 id, 5,000 psiwp, corrosion resistant, approximately 11,000 ft long, continuous length.  R&B Falcon to specifically approve hose selection (hose vendor and model) provided by vendor. Cost $146,078.29 Promise Date:  2/18/2000 Acct Code: 089-087-10201-0301     003002 | 12/30/1999 | 1.0000 | EA | .000000 | .00 |
| 19 | 1531739 | | Reel,Hose BOP   Hose reel, for hot line hose, designed to hold 11,000 ft of hot line hose, with level wind, pressure swivel for maintaining pressure while running/retrieving BOP/LMRP. Pneumatic or electric drive, suitable for hazardous locations, with independent braking, and forward/reverse controls.  Unit will have remote control for station in moonpool area. Cost $141,739.18 Promise Date:  2/18/2000 Acct Code: 089-087-10201-0301     003002 | 12/30/1999 | 1.0000 | EA | .000000 | .00 |
| 20 | 1532739 | | Valves and actuators,stack and LMRP mounted BOP   Stack and LMRP mounted valves and actuators, including: | 2/01/2000 | 1.0000 | LOT | .000000 | .00 |

Acceptance of this order constitutes full acceptance of all terms and conditions written, printed or stamped hereon including reverse side or attached hereto. Purchase Order No. must appear on all invoices,    rages and correspondence.

DATE PRINTED:  8/04/1999

CONFIDENTIAL
ACCESS
RESTRICTED

R & B   F A L C O N   D R I L L I N G   C O.
901 Threadneedle - Suite 200 - P.O.BOX 79627 - HOUSTON, TEXAS 77279-2902                           PAGE     14

| Purchase Order:  087-00101 | Print Number:   1 |
|---|---|

| Line# | Item Code | Rev# | Description | Need Date | Quantity | UOM | Unit Cost | Extended Cost |
|---|---|---|---|---|---|---|---|---|
| | | | Lot, 1-1/2" stainless steel shuttle valves. | | | | | |
| | | | Lot, 1" stainless steel shuttle valves. | | | | | |
| | | | Lot, 3/4" stainless steel shuttle valves. | | | | | |
| | | | Lot, 1/4"  or non-interflow stainless steel shuttle valves. | | | | | |
| | | | Lot, stack mounted normally closed bi-directional 1-1/2" SPM valves, for stack accumulator isolation and charge. | | | | | |
| | | | Lot, stack mounted 1/2" SPM valves for accumulator dump. | | | | | |
| | | | Lot, pilot operated check valves. | | | | | |
| | | | Lot, rigid conduit and hot line control manifold(s) (if not pod mounted) | | | | | |
| | | | Cost $511,541.58 | | | | | |
| | | | Promise Date:  4/17/2000 | | | | | |
| | | | Acct Code: 089-087-10201-0301    003002 | | | | | |
| 21 | | | Bottles, Accumulator, Stack and LMRP Mounted | 2/01/2000 | 51.0000 | EA | .000000 | .00 |
| | | | Accumulator bottles for closing the shear rams and dead man functions subsea plus 50 percent at 10,000 ft. water depth. | | | | | |
| | | | -- | | | | | |
| | | | Final bottle quantity to be determined through Vendor's calculatons for 10,000 ft. water depth. | | | | | |
| | | | Cost $176,235.53 | | | | | |
| | | | Promise Date:  4/17/2000 | | | | | |
| | | | Acct Code: 089-087-10201-0301    003002 | | | | | |
| 22 | 1535739 | | Cables,electric | 12/30/1999 | 1.0000 | LOT | .000000 | .00 |
| | | | BOP | | | | | |
| | | | Electric Interconnect cables (surface) described by Cameron but provided by customer. Signal interconnect cables (fiber optic/copper) necessary for | | | | | |

Acceptance of this order constitutes full acceptance of all terms and conditions written, printed or stamped hereon including reverse side or attached hereto. Purchase Order No. must appear on all invoices, packages and correspondence.

DATE PRINTED:  8/04/1999

CAM_CIV_0002889

CONFIDENTIAL
ACCESS
RESTRICTED

CAM_CIV_0002890

**R & B   F A L C O N   D R I L L I N G   C O.**

901 Threadneedle - Suite 200 - P.O.BOX 79627 - HOUSTON, TEXAS 77279-2902

PAGE    15

| Purchase Order:  087-00101 | | Print Number:   1 |

| Line# | Item Code | Rev# | Description | Need Date | Quantity | UOM | Unit Cost | Extended Cost |
|-------|-----------|------|-------------|-----------|----------|-----|-----------|---------------|
| | | | complete hook-up, including terminations provided by Cameron. Cost $31,260.45 Promise Date: 4/17/2000 Acct Code: 089-087-10201-0301        003002 | | | | | |
| 23 | 1536739 | | System,Dead Man BOP Pod control system for well securement in the event of loss of control from the surface. Basic function requirements are included in the function list. Cost $92,651.48 Promise Date: 4/17/2000 Acct Code: 089-087-10201-0301        003002 | 2/01/2000 | 1.0000 | EA | .000000 | .00 |
| 24 | 1537739 | | EDS (Emergency Disconnect Sequence) BOP EDS (Emergency Disconnect Sequence).  Basic function requirements are included in the function list. Promise Date: 4/17/2000 Acct Code: 089-087-10201-0301        003002 | 2/01/2000 | 1.0000 | EA | .000000 | .00 |
| 25 | 1538739 | | Surface equipment and UPS BOP Surface control equipment including two uninteruptible power supplies with battery self tests.  List any additional equipment required and/or options offered here. Cost $201,225.06 Promise Date: 4/17/2000 Acct Code: 089-087-10201-0301        003002 | 12/30/1999 | 1.0000 | LOT | .000000 | .00 |
| 26 | 2106739 | | Controls,Surface for Gas Handler System BOP Valves and surge damper for | 12/30/1999 | 1.0000 | EA | .000000 | .00 |

Acceptance of this order constitutes full acceptance of all terms and conditions written, printed or stamped hereon including reverse side or attached hereto. Purchase Order No. must appear on all invoices       ages and correspondence.

DATE PRINTED:  8/04/1999

CONFIDENTIAL
ACCESS
RESTRICTED

CAM_CIV_0002891

**R & B   F A L C O N   D R I L L I N G   C O.**
901 Threadneedle - Suite 200 - P.O.BOX 79627 - HOUSTON, TEXAS 77279-2902

PAGE    16

| Purchase Order:  087-00101 | Print Number:  1 |
|---|---|

| Line# | Item Code | Rev# | Description | Need Date | Quantity | UOM | Unit Cost | Extended Cost |
|---|---|---|---|---|---|---|---|---|
| | | | control of riser mounted BOP stack.   This is the surface hydraulic/pneumatic/electric panel, if any.  This section will be located in the BOP control room, with the diverter panel, etc, and will be located in a non-hazardous area. Cost $165,404.22 Promise Date:  4/17/2000 Acct Code: 089-087-10201-0301     003002 | | | | | |
| 27 | 1017792 | | BOP CONTROL SYSTEM,SPARE POD BOP   POD   Cost $946,027.39   Promise Date:  4/17/2000   Acct Code: 089-087-10201-0301     003002 | 2/01/2000 | 1.0000 | EA | .000000 | .00 |
| 28 | 1018792 | | BOP CONTROL SYSTEM,HAND HELD TEST UNIT BOP   Cost $7,221.92   Promise Date:  4/17/2000   Acct Code: 089-087-10201-0301     003002 | 12/30/1999 | 1.0000 | EA | .000000 | .00 |
| 29 | 1020792 | | BOP CONTROL SYSTEM,TEST MANIFOLD BOP   Cost $14,095.46   Promise Date:  4/17/2000   Acct Code: 089-087-10201-0301     003002 | 12/30/1999 | 1.0000 | EA | .000000 | .00 |
| 30 | 1021792 | | BOP CONTROL SYSTEM,PROJECT MANAGEMENT BOP   Cameron to designate one person as a single point of contact who will be responsible to RBF for all issues related to this project order. Cameron to advise Kevin Wink and Linda Wetherell the name, phone number and e-mail address of the designated | 11/16/1999 | 1.0000 | EA | .000000 | .00 |

Acceptance of this order constitutes full acceptance of all terms and conditions written, printed or stamped hereon including reverse side or attached hereto. Purchase Order No. must appear on all invoices, packages and correspondence.

| DATE PRINTED:  8/04/1999 |
|---|

CONFIDENTIAL
ACCESS
RESTRICTED

CAM_CIV_0002892

**R & B  F A L C O N  D R I L L I N G  C O.**
901 Threadneedle - Suite 200 - P.O.BOX 79627 - HOUSTON, TEXAS 77279-2902                                PAGE    17

Purchase Order:  087-00101                 Print Number:   1

| Line# | Item Code | Rev# | Description | Need Date | Quantity | UOM | Unit Cost | Extended Cost |
|-------|-----------|------|-------------|-----------|----------|-----|-----------|---------------|
|       |           |      | project manager. RBFalcon shall direct all technical and commercial issues to the project manager. Promise Date: 11/16/1999 Acct Code: 089-087-10201-0301      003002 |           |          |     |           |               |
| 31    | 1120792   |      | Pod Assembly & Storage Stand POD Vendor Part No: Unknown Manufacturer: DPR Manufacturer Part No: Unknown Promise Date:  4/17/2000 Acct Code: 089-087-10201-0301      003002 | 2/01/2000 | 1.0000 | EA | .000000 | .00 |
| 32    |           |      | Documentation, Preliminary Function list in Excel format with control points, type of control, and sizing calculations. Promise Date:  7/31/1999 Acct Code: 089-087-10201-0301      003002 | 7/31/1999 | 3.0000 | EA | .000000 | .00 |
| 33    |           |      | Documentation, Preliminary Electric/electronic/program logic sequences Promise Date:  7/31/1999 Acct Code: 089-087-10201-0301      003002 | 7/31/1999 | 3.0000 | EA | .000000 | .00 |
| 34    |           |      | Documentation, Preliminary Mechanical, electrical and shipyard installation drawings and procedures. Promise Date:  7/31/1999 Acct Code: 089-087-10201-0301      003002 | 7/31/1999 | 3.0000 | EA | .000000 | .00 |
| 35    |           |      | Documentation, Preliminary, Schematic, Hard Copy Hydraulic, electrical and piping schematics to be included. Promise Date:  7/31/1999 Acct Code: 089-087-10201-0301      003002 | 7/31/1999 | 3.0000 | EA | .000000 | .00 |
| 36    | 066674    |      | Documentation,Preliminary, Mating Interface, Hard Copy Vendor is required to supply | 7/31/1999 | 3.0000 | EA | .000000 | .00 |

Acceptance of this order constitutes full acceptance of  all  terms  and  conditions  written,  printed  or stamped hereon including reverse side  or  attached hereto.  Purchase  Order  No.  must  appear  on  all invoices, charges and correspondence.

DATE PRINTED:  8/04/1999

CONFIDENTIAL
ACCESS
RESTRICTED

CAM_CIV_0002893

**R & B  F A L C O N  D R I L L I N G  C O.**
901 Threadneedle - Suite 200 - P.O.BOX 79627 - HOUSTON, TEXAS 77279-2902                    PAGE    18

| Purchase Order: | 087-00101 | Print Number: | 1 |
|---|---|---|---|

| Line# | Item Code | Rev# | Description | Need Date | Quantity | UOM | Unit Cost | Extended Cost |
|---|---|---|---|---|---|---|---|---|
| | | | information on all interface connectors, flanges, couplings, etc. that are required to install and terminate vendor supplied equipment with the shipyard installed piping and cabling. Any specialty items will be brought tot he attention of the Owner (in writing) and clearly indicated on equipment drawing's bill of material as supplied by others. Specification for mating flanges with gaskets, studs, nuts, couplings etc. are to be provided on all piping or tubing end connections.  Specifications for all electrical end connections, boxes, etc. shall also be supplied with appropriate couplings, glands, packing, etc. Promise Date:  7/31/1999 Acct Code: 089-087-10201-0301    003002 | | | | | |
| 37 | | | Documentation, Approval, Hard Copy Function list in Excel format with control points, type of control, and sizing calculations. Promise Date: 11/16/1999 Acct Code: 089-087-10201-0301    003002 | 11/16/1999 | 4.0000 | EA | .000000 | .00 |
| 38 | | | Documentation, Approval, CD Format Function list in Excel format with control points, type of control, and sizing calculations. Promise Date: 11/16/1999 Acct Code: 089-087-10201-0301    003002 | 11/16/1999 | 2.0000 | EA | .000000 | .00 |
| 39 | | | Documentation, Approval, Hard Copy Electric/electronic/program logic sequences | 11/16/1999 | 4.0000 | EA | .000000 | .00 |

Acceptance of this order constitutes full acceptance of all terms and conditions written, printed or stamped hereon including reverse side or attached hereto. Purchase Order No. must appear on all invoices,      ges and correspondence.

| DATE PRINTED:  8/04/1999 |
|---|

CONFIDENTIAL
ACCESS
RESTRICTED

CAM_CIV_0002894

**R & B   F A L C O N   D R I L L I N G   C O.**
901 Threadneedle - Suite 200 - P.O.BOX 79627 - HOUSTON, TEXAS 77279-2902

| Purchase Order: | 087-00101 | Print Number: | 1 |
|---|---|---|---|

| Line# | Item Code | Rev# | Description | Need Date | Quantity | UOM | Unit Cost | Extended Cost |
|---|---|---|---|---|---|---|---|---|
| | | | Promise Date: 11/16/1999<br>Acct Code: 089-087-10201-0301    003002 | | | | | |
| 40 | | | Documentation, Approval, CD Format<br>Electric/electronic/program<br>logic sequences<br>Promise Date: 11/16/1999<br>Acct Code: 089-087-10201-0301    003002 | 11/16/1999 | 2.0000 | EA | .000000 | .00 |
| 41 | 065345 | | Documentation,Approval,<br>Vendor Document Schedule,<br>Hard Copy<br>  Vendor shall supply, for RBF<br>  approval, a complete listing<br>  of all documents that are to<br>  be provided and a scheduled<br>  date of when they are to be<br>  delivered.<br>Promise Date: 11/16/1999<br>Acct Code: 089-087-10201-0301    003002 | 11/16/1999 | 4.0000 | EA | .000000 | .00 |
| 42 | 066677 | | Documentation,Approval,<br>Vendor Document Schedule,CD Frmat<br>  Vendor shall supply, for RBF<br>  approval, a complete listing<br>  of all documents that are to<br>  be provided and a scheduled<br>  date of when they are to be<br>  delivered.<br>Promise Date: 11/16/1999<br>Acct Code: 089-087-10201-0301    003002 | 11/16/1999 | 2.0000 | EA | .000000 | .00 |
| 43 | 065348 | | Documentation,Approval,<br>Mating Interface, Hard Copy<br>  Vendor is required to supply<br>  for approval information on<br>  all interface connectors,<br>  flanges, couplings, etc. that<br>  are required to install and<br>  terminate vendor supplied<br>  equipment with the shipyard<br>  installed piping and cabling.<br>  Any specialty items will be<br>  brought tot he attention of | 11/16/1999 | 4.0000 | EA | .000000 | .00 |

Acceptance of this order constitutes full acceptance
of  all  terms  and  conditions  written, printed or
stamped hereon  including reverse side  or  attached
hereto.  Purchase  Order  No.  must  appear  on  all
invoices,   ckages and correspondence.

| DATE PRINTED:  8/04/1999 |
|---|

CONFIDENTIAL
ACCESS
RESTRICTED

CAM_CIV_0002895

R & B   F A L C O N   D R I L L I N G   C O.
901 Threadneedle - Suite 200 - P.O.BOX 79627 - HOUSTON, TEXAS 77279-2902

PAGE     20

| Purchase Order: 087-00101 | Print Number:  1 |
|---|---|

| Line# | Item Code | Rev# | Description | Need Date | Quantity | UOM | Unit Cost | Extended Cost |
|---|---|---|---|---|---|---|---|---|
| | | | the Owner (in writing) and clearly indicated on equipment drawing's bill of material as supplied by others. Specification for mating flanges with gaskets, studs, nuts, couplings etc. are to be provided on all piping or tubing end connections.  Specifications for all electrical end connections, boxes, etc. shall also be supplied with appropriate couplings, glands, packing, etc. Promise Date: 11/16/1999 Acct Code: 089-087-10201-0301     003002 | | | | | |
| 44 | 066678 | | Documentaiton,Approval, Mating Interface, CD Format Vendor is required to supply for approval information on all interface connectors, flanges, couplings, etc. that are required to install and terminate vendor supplied equipment with the shipyard installed piping and cabling. Any specialty items will be brought tot he attention of the Owner (in writing) and clearly indicated on equipment drawing's bill of material as supplied by others. Specification for mating flanges with gaskets, studs, nuts, couplings etc. are to be provided on all piping or tubing end connections.  Specifications for all electrical end connections, boxes, etc. shall also be supplied with appropriate couplings, | 11/16/1999 | 2.0000 | EA | .000000 | .00 |

Acceptance of this order constitutes full acceptance of all terms and conditions written, printed or stamped hereon including reverse side or attached hereto. Purchase Order No. must appear on all invoices, packages and correspondence.

| DATE PRINTED:  8/04/1999 |
|---|

CONFIDENTIAL
ACCESS
RESTRICTED

CAM_CIV_0002896

**R & B   F A L C O N   D R I L L I N G   C O.**
901 Threadneedle - Suite 200 - P.O.BOX 79627 - HOUSTON, TEXAS 77279-2902                    PAGE    21

| Purchase Order:  087-00101 | Print Number:   1 |
|---|---|

| Line# | Item Code | Rev# | Description | Need Date | Quantity | UOM | Unit Cost | Extended Cost |
|---|---|---|---|---|---|---|---|---|
| | | | glands, packing, etc.<br>Promise Date: 11/16/1999<br>Acct Code: 089-087-10201-0301      003002 | | | | | |
| 45 | | | Documentation, Approval, Schematic, Hard Copy<br>Hydraulic, electrical and piping<br>schematics to be provided.<br>Promise Date: 11/16/1999<br>Acct Code: 089-087-10201-0301      003002 | 11/16/1999 | 4.0000 | EA | .000000 | .00 |
| 46 | | | Documentation, Approval, Schematic, CD Format<br>Promise Date: 11/16/1999<br>Acct Code: 089-087-10201-0301      003002 | 11/16/1999 | 2.0000 | EA | .000000 | .00 |
| 47 | | | Documentation, Approval, Drawing & Procedures,<br>Installation, Hard Copy<br>--<br>Package to include Mechanical,<br>Electrical and Shipyard<br>Installation drawings and<br>procedures.<br>Promise Date: 11/16/1999<br>Acct Code: 089-087-10201-0301      003002 | 11/16/1999 | 4.0000 | EA | .000000 | .00 |
| 48 | | | Documentation, Approval, Drawing and Procedures,<br>Installation, CD Format<br>Promise Date: 11/16/1999<br>Acct Code: 089-087-10201-0301      003002 | 11/16/1999 | 2.0000 | EA | .000000 | .00 |
| 49 | | | Documentation, Approval, Temp. Range, Hard Copy<br>Vendor to provide design and<br>operational temperature range<br>for equipment.<br>Promise Date: 11/16/1999<br>Acct Code: 089-087-10201-0301      003002 | 11/16/1999 | 4.0000 | EA | .000000 | .00 |
| 50 | | | Documentation, Approval, Temp. Range, CD Format<br>Vendor to provide design and<br>operational temperature range<br>for equipment.<br>Promise Date: 11/16/1999<br>Acct Code: 089-087-10201-0301      003002 | 11/16/1999 | 2.0000 | EA | .000000 | .00 |
| 51 | 066697 | | Documentation,Approval,Manuals | 11/16/1999 | 4.0000 | EA | .000000 | .00 |

Acceptance of this order constitutes full acceptance
of all terms and conditions written, printed or
stamped hereon including reverse side or attached
hereto. Purchase Order No. must appear on all
invoices   ...ages and correspondence.

| DATE PRINTED:  8/04/1999 |
|---|

CONFIDENTIAL
ACCESS
RESTRICTED

CAM_CIV_0002897

**R & B   F A L C O N   D R I L L I N G   C O.**
901 Threadneedle - Suite 200 - P.O.BOX 79627 - HOUSTON, TEXAS 77279-2902

PAGE    22

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Purchase Order: 087-00101 | | | Print Number:  1 | | | | | |

| Line# | Item Code | Rev# | Description | Need Date | Quantity | UOM | Unit Cost | Extended Cost |
|---|---|---|---|---|---|---|---|---|
| | | | Hard Copy<br>  The manuals are to be<br>  bound and include<br>  instructions and information<br>  describing installation,<br>  training, operations, safety,<br>  maintenance, adjustment,<br>  wiring, parts, repair and<br>  service of the equipment as<br>  applicable.  Detailed<br>  preventative maintenance<br>  procedures and<br>  recommended frequency for<br>  scheduled maintenance to<br>  be included.<br>  Promise Date: 11/16/1999<br>  Acct Code: 089-087-10201-0301    003002 | | | | | |
| 52 | 066698 | | Documentation,Approval,Manuals<br>CD Format<br>  The manuals are to be<br>  bound and include<br>  instructions and information<br>  describing installation,<br>  training, operations, safety,<br>  maintenance, adjustment,<br>  wiring, parts, repair and<br>  service of the equipment as<br>  applicable.  Detailed<br>  preventative maintenance<br>  procedures and<br>  recommended frequency for<br>  scheduled maintenance to<br>  be included.<br>  Promise Date: 11/16/1999<br>  Acct Code: 089-087-10201-0301    003002 | 11/16/1999 | 2.0000 | EA | .000000 | .00 |
| 53 | 065367 | | Documentation,Approval, FAT,<br>Agenda, Hard Copy<br>  Agenda for factory test to be<br>  provided by vendor.  Vendor<br>  to notify RBF two (2) weeks<br>  prior to commencement of<br>  testing.  RBF to be given the | 11/16/1999 | 4.0000 | EA | .000000 | .00 |

Acceptance of this order constitutes full acceptance of all terms and conditions written, printed or stamped hereon including reverse side or attached hereto. Purchase Order No. must appear on all invoices, charges and correspondence.

| |
|---|
| DATE PRINTED:  8/04/1999 |

CONFIDENTIAL
ACCESS
RESTRICTED

CAM_CIV_0002898

R & B   F A L C O N   D R I L L I N G   C O.

901 Threadneedle - Suite 200 - P.O.BOX 79627 - HOUSTON, TEXAS 77279-2902

PAGE    23

| Purchase Order:  087-00101 | Print Number:  1 |
|---|---|

| Line# | Item Code | Rev# | Description | Need Date | Quantity | UOM | Unit Cost | Extended Cost |
|---|---|---|---|---|---|---|---|---|
| | | | opportunity to witness FAT if desired.<br>Promise Date: 11/16/1999<br>Acct Code: 089-087-10201-0301   003002 | | | | | |
| 54 | 066699 | | Documentation,Approval,FAT Agenda, CD Format<br>  Agenda for factory test to be provided by vendor.  Vendor to notify RBF two (2)weeks prior to commencement of testing. RBF to be given the opportunity to witness FAT if desired.<br>  11/16/99 required<br>Promise Date: 11/16/1999<br>Acct Code: 089-087-10201-0301   003002 | 11/16/1999 | 2.0000 | EA | .000000 | .00 |
| 55 | 066700 | | Documentation,Approval,Weight Specification<br>  Vendor to submit for approval the dry, wet, shipping, assembly component weight and CG's of all materials and equipment included.  Vendor shall not exceed the weights specified in the PO.  Should the actual weights of the materials and equipment exceed the quoted weight, RBF may direct the vendor to reduce the weight. Any costs expended to reduce the weight of materials and equipment furnished by the vendor shall be borne entirely by Cameron.<br>Promise Date: 11/16/1999<br>Acct Code: 089-087-10201-0301   003002 | 11/16/1999 | 4.0000 | EA | .000000 | .00 |
| 56 | | | Documentation, Certified As Built, Hard Copy<br>  Wiring diagrams<br>Promise Date:  4/28/2000 | 4/28/2000 | 6.0000 | EA | .000000 | .00 |

Acceptance of this order constitutes full acceptance of all terms and conditions written, printed or stamped hereon including reverse side or attached hereto. Purchase Order No. must appear on all invoices, packages and correspondence.

| DATE PRINTED:  8/04/1999 |
|---|

CONFIDENTIAL
ACCESS
RESTRICTED

CAM_CIV_0002899

R & B   F A L C O N   D R I L L I N G   C O.
901 Threadneedle - Suite 200 - P.O.BOX 79627 - HOUSTON, TEXAS 77279-2902                    PAGE    24

| Purchase Order: 087-00101 | Print Number:   1 |
|---|---|

| Line# | Item Code | Rev# | Description | Need Date | Quantity | UOM | Unit Cost | Extended Cost |
|---|---|---|---|---|---|---|---|---|
| | | | Acct Code: 089-087-10201-0301      003002 | | | | | |
| 57 | | | Documentation, Certified As Built, CD Format<br>Wiring diagrams<br>Promise Date:  4/28/2000<br>Acct Code: 089-087-10201-0301      003002 | 4/28/2000 | 3.0000 | EA | .000000 | .00 |
| 58 | | | Documentation, Certified As Built, Hard Copy<br>Function list in Excel format with<br>control points, type of control,<br>and sizing calculations.<br>Promise Date:  4/28/2000<br>Acct Code: 089-087-10201-0301      003002 | 4/28/2000 | 6.0000 | EA | .000000 | .00 |
| 59 | | | Documentation, Certified As Built, CD Format<br>Functions list in Excel format<br>with control points, type of<br>control, and sizing calculations.<br>Promise Date:  4/28/2000<br>Acct Code: 089-087-10201-0301      003002 | 4/28/2000 | 3.0000 | EA | .000000 | .00 |
| 60 | | | Documentation, Certified As Built, Hard Copy<br>Electric/Electronic/program<br>logic sequences<br>Promise Date:  4/28/2000<br>Acct Code: 089-087-10201-0301      003002 | 4/28/2000 | 6.0000 | EA | .000000 | .00 |
| 61 | | | Documentation, Certified As Built, CD Format<br>Electric/Electronic/program<br>logic sequences<br>Promise Date:  4/28/2000<br>Acct Code: 089-087-10201-0301      003002 | 4/28/2000 | 3.0000 | EA | .000000 | .00 |
| 62 | 065346 | | Documentation,Certified<br>Vendor Document Sch, Hard Copy<br>Vendor to supply final complete<br>listing of all documents that<br>were provided for the equipment<br>furnished on this PO.<br>Promise Date:  4/28/2000<br>Acct Code: 089-087-10201-0301      003002 | 4/28/2000 | 6.0000 | EA | .000000 | .00 |
| 63 | 065349 | | Documentation,Cert As Built,<br>Mating Interface, Hard Copy | 4/28/2000 | 6.0000 | EA | .000000 | .00 |

Acceptance of this order constitutes full acceptance
of all terms and conditions written, printed or
stamped hereon including reverse side or attached
hereto. Purchase Order No. must appear on all
invoices, packages and correspondence.

| DATE PRINTED:  8/04/1999 |
|---|

CONFIDENTIAL
ACCESS
RESTRICTED

CAM_CIV_0002900

**R & B   F A L C O N   D R I L L I N G   C O.**
901 Threadneedle - Suite 200 - P.O.BOX 79627 - HOUSTON, TEXAS 77279-2902                    PAGE    25

| Purchase Order:  087-00101 | Print Number:   1 |
|---|---|

| Line# | Item Code | Rev# | Description | Need Date | Quantity | UOM | Unit Cost | Extended Cost |
|---|---|---|---|---|---|---|---|---|
| | | | Vendor is required to supply final information on all interface connectors, flanges, couplings, etc. that are required to install and terminate vendor supplied equipment with the shipyard installed piping and cabling. Any specialty items will be brought to the attention of the Owner (in writing) and clearly indicated on equipment drawing's bill of material as supplied by others. Specification for mating flanges with gaskets, studs, nuts, couplings etc. are to be provided on all piping or tubing end connections.  Specifications for all electrical end connections, boxes, etc. shall also be supplied with appropriate couplings, glands, packing, etc.<br>Promise Date:  4/28/2000<br>Acct Code: 089-087-10201-0301    003002 | | | | | |
| 64 | 065350 | | Documentation,Cert As Built, Mating Interface, CD Format<br>  Vendor is required to supply final information on all interface connectors, flanges, couplings, etc. that are required to install and terminate vendor supplied equipment with the shipyard installed piping and cabling. Any specialty items will be brought to the attention of the Owner (in writing) and clearly indicated on equipment drawing's bill of material as supplied by | 4/28/2000 | 3.0000 | EA | .000000 | .00 |

Acceptance of this order constitutes full acceptance of all terms and conditions written, printed or stamped hereon including reverse side or attached hereto. Purchase Order No. must appear on all invoices      ages and correspondence.

DATE PRINTED:  8/04/1999

CONFIDENTIAL
ACCESS
RESTRICTED

CAM_CIV_0002901

**R & B   F A L C O N   D R I L L I N G   C O.**
901 Threadneedle - Suite 200 - P.O.BOX 79627 - HOUSTON, TEXAS 77279-2902

PAGE     26

Purchase Order:  087-00101              Print Number:   1

| Line# | Item Code Rev# | Description | Need Date | Quantity | UOM | Unit Cost | Extended Cost |
|-------|----------------|-------------|-----------|----------|-----|-----------|---------------|
| | | others. Specification for mating flanges with gaskets, studs, nuts, couplings etc. are to be provided on all piping or tubing end connections.  Specifications for all electrical end connections, boxes, etc. shall also be supplied with appropriate couplings, glands, packing, etc. Promise Date:  4/28/2000 Acct Code: 089-087-10201-0301     003002 | | | | | |
| 65 | 066701 | Documentation,Certified As Built,Drawings,Arrangement, Hard Copy   Arrangement drawings Promise Date:  4/28/2000 Acct Code: 089-087-10201-0301     003002 | 4/28/2000 | 6.0000 | EA | .000000 | .00 |
| 66 | 065352 | Documentation,Cert As Built, Dwg, Design & Spec, Hard Copy Promise Date:  4/28/2000 Acct Code: 089-087-10201-0301     003002 | 4/28/2000 | 6.0000 | EA | .000000 | .00 |
| 67 | 065353 | Documentation,Cert As Built, Dwg, Design & Spec, CD Format Promise Date:  4/28/2000 Acct Code: 089-087-10201-0301     003002 | 4/28/2000 | 3.0000 | EA | .000000 | .00 |
| 68 | 065354 | Documentation,Cert As Built, Schematic, Elec/Pipe, Hard Copy   Hydraulic, electrical and piping schematics to be provided. Promise Date:  4/28/2000 Acct Code: 089-087-10201-0301     003002 | 4/28/2000 | 6.0000 | EA | .000000 | .00 |
| 69 | 065356 | Documentation,Cert As Built Schematic, Elec/Pipe, CD Format Promise Date:  4/28/2000 Acct Code: 089-087-10201-0301     003002 | 4/28/2000 | 3.0000 | EA | .000000 | .00 |
| 70 | 065358 | Documentation,Certified,Dwg & | 4/28/2000 | 6.0000 | EA | .000000 | .00 |

Acceptance of this order constitutes full acceptance of all terms and conditions written, printed or stamped hereon including reverse side or attached hereto.  Purchase Order No. must appear on all invoices, ~~~~ges and correspondence.

DATE PRINTED:  8/04/1999

CONFIDENTIAL
ACCESS
RESTRICTED

CAM_CIV_0002902

**R & B   F A L C O N   D R I L L I N G   C O.**
901 Threadneedle - Suite 200 - P.O.BOX 79627 - HOUSTON, TEXAS 77279-2902                    PAGE      27

Purchase Order:   087-00101          Print Number:   1

| Line# | Item Code Rev# | Description | Need Date | Quantity | UOM | Unit Cost | Extended Cost |
|-------|----------------|-------------|-----------|----------|-----|-----------|---------------|
|       |                | Proc.,Install,Hard Copy<br>Mechanical, electrical and<br>shipyard installation drawings<br>and procedures.<br>Promise Date:  4/28/2000<br>Acct Code: 089-087-10201-0301      003002 | | | | | |
| 71 | 065358 | Documentation,Certified,Dwg &<br>Proc.,Install,Hard Copy<br>Promise Date:  4/28/2000<br>Acct Code: 089-087-10201-0301      003002 | 4/28/2000 | 3.0000 | EA | .000000 | .00 |
| 72 | 066705 | Documentation,Certified,Noise<br>Spectrum Data, Hard Copy<br>Vendor to provide tested acoustic<br>noise spectrum data for<br>equipment. Vendor shall also<br>provide vibration limitations<br>from external sources.<br>Promise Date:  4/28/2000<br>Acct Code: 089-087-10201-0301      003002 | 4/28/2000 | 6.0000 | EA | .000000 | .00 |
| 73 | 066706 | Documentation,Certified,Noise<br>Spectrum Data, CD Format<br>Vendor to provide tested acoustic<br>noise spectrum data for equipment.<br>Vendor shall also provide<br>vibration limitations from<br>external sources.<br>Promise Date:  4/28/2000<br>Acct Code: 089-087-10201-0301      003002 | 4/28/2000 | 3.0000 | EA | .000000 | .00 |
| 74 | 066709 | Documentation,Certified,Temp.<br>Range,Hard Copy<br>Vendor to provide design and<br>operational temperature range<br>for equipment.<br>Promise Date:  4/28/2000<br>Acct Code: 089-087-10201-0301      003002 | 4/28/2000 | 6.0000 | EA | .000000 | .00 |
| 75 | 066710 | Documentation,Certified,<br>Temperature Range, CD Format<br>Vendor to provide design and<br>operational temperature range | 4/28/2000 | 3.0000 | EA | .000000 | .00 |

Acceptance of this order constitutes full acceptance
of all terms and conditions written, printed or
stamped hereon including reverse side or attached
hereto. Purchase Order No. must appear on all
invoices, ...ages and correspondence.

DATE PRINTED:  8/04/1999

CONFIDENTIAL
ACCESS
RESTRICTED

CAM_CIV_0002903

**R & B   F A L C O N   D R I L L I N G   C O.**
901 Threadneedle - Suite 200 - P.O.BOX 79627 - HOUSTON, TEXAS 77279-2902

PAGE    28

| Purchase Order:  087-00101 | | | Print Number:   1 |
|---|---|---|---|

| Line# | Item Code | Rev# | Description | Need Date | Quantity | UOM | Unit Cost | Extended Cost |
|---|---|---|---|---|---|---|---|---|
| | | | for equipment.<br>Promise Date:  4/28/2000<br>Acct Code: 089-087-10201-0301     003002 | | | | | |
| 76 | 065365 | | Documentation,Certified,<br>Manuals, Hard Copy<br>  The manuals are to be<br>  bound and include<br>  instructions and information<br>  describing installation,<br>  training, operations,<br>  functional explanations,<br>  safety, maintenance,<br>  adjustment, wiring, parts,<br>  repair and service of the<br>  equipment.  Detailed<br>  preventative maintenance<br>  procedures and<br>  recommended frequency for<br>  scheduled maintenance to<br>  be included.<br>  Promise Date:  4/28/2000<br>  Acct Code: 089-087-10201-0301     003002 | 4/28/2000 | 6.0000 | EA | .000000 | .00 |
| 77 | 065366 | | Documentation,Certified,<br>Manuals, CD Format<br>  The manuals are to be<br>  bound and include<br>  instructions and information<br>  describing installation,<br>  training, operations, safety,<br>  maintenance, adjustment,<br>  wiring, parts, repair and<br>  service of the equipment.<br>  Detailed preventative<br>  maintenance procedures and<br>  recommended frequency for<br>  scheduled maintenance to<br>  be included.<br>  Promise Date:  4/28/2000<br>  Acct Code: 089-087-10201-0301     003002 | 4/28/2000 | 3.0000 | EA | .000000 | .00 |
| 78 | 065370 | | Documentation,Certified, FAT,<br>Hard Copy | 4/28/2000 | 6.0000 | EA | .000000 | .00 |

Acceptance of this order constitutes full acceptance of all terms and conditions written, printed or stamped hereon including reverse side or attached hereto. Purchase Order No. must appear on all invoices,    ages and correspondence.

DATE PRINTED:  8/04/1999

CONFIDENTIAL
ACCESS
RESTRICTED

**R & B  F A L C O N   D R I L L I N G   C O.**

901 Threadneedle - Suite 200 - P.O.BOX 79627 - HOUSTON, TEXAS 77279-2902

PAGE    29

| Purchase Order:  087-00101 | Print Number:  1 |
|---|---|

| Line# | Item Code | Rev# | Description | Need Date | Quantity | UOM | Unit Cost | Extended Cost |
|---|---|---|---|---|---|---|---|---|
| | | | Vendor to provide results of the FAT in accordance with the approved FAT agenda. RB Falcon to be given the opportunity to witness FAT if desired. Promise Date:  4/28/2000 Acct Code: 089-087-10201-0301    003002 | | | | | |
| 79 | 065372 | | Documentation,Certified, FAT, CD Format Vendor to provide results of the FAT in accordance with the approved FAT agenda. RB Falcon to be given the opportunity to witness FAT if desired. Promise Date:  4/28/2000 Acct Code: 089-087-10201-0301    003002 | 4/28/2000 | 3.0000 | EA | .000000 | .00 |
| 80 | 066715 | | Documentation,Certified, Preservation Procedure,Hard Copy Vendor to provide detailed preservation procedure for extended periods of non-operational use. Promise Date:  4/28/2000 Acct Code: 089-087-10201-0301    003002 | 4/28/2000 | 6.0000 | EA | .000000 | .00 |
| 81 | 066716 | | Documentation,Certified, Preservation Procedure, CD Format Vendor to provide detailed preservation procedure for extended periods of non-operational use. Promise Date:  4/28/2000 Acct Code: 089-087-10201-0301    003002 | 4/28/2000 | 3.0000 | EA | .000000 | .00 |
| 82 | 066717 | | Documentation,Status Report VENDOR shall provide a written report to RB Falcon that specifies the schedule duration in bar chart format, based on realistic dates for all Level 1, | 4/28/2000 | 1.0000 | EA | .000000 | .00 |

Acceptance of this order constitutes full acceptance of all terms and conditions written, printed or stamped hereon including reverse side or attached hereto. Purchase Order No. must appear on all invoices, packages and correspondence.

| DATE PRINTED:  8/04/1999 |
|---|

CAM_CIV_0002904

CONFIDENTIAL
ACCESS
RESTRICTED

CAM_CIV_0002905

**R & B   F A L C O N   D R I L L I N G   C O.**
901 Threadneedle - Suite 200 - P.O.BOX 79627 - HOUSTON, TEXAS 77279-2902

PAGE     30

| Purchase Order:  087-00101 | Print Number:  1 |
| --- | --- |

| Line# | Item Code | Rev# | Description | Need Date | Quantity | UOM | Unit Cost | Extended Cost |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Level 2 and Level 3 activities. Report shall be transmitted to RB Falcon by telefacsimile once per month, until such time as the materials and/or services furnished by the VENDOR are determined to be complete.<br>Promise Date:  4/28/2000<br>Acct Code: 089-087-10201-0301      003002 | | | | | |
| 83 | 065374 | | Documentation,Certificate, Weight<br>　　Prior to shipment, the vendor shall be required to weigh the equipment using a certified calibrated weighing device.  RBFalcon and/or ABS shall witness the final weighing.  Copies of the final weight certificate to be furnished within 10 days after shipment from the vendor's facility.<br>Promise Date:  4/28/2000<br>Acct Code: 089-087-10201-0301      003002 | 4/28/2000 | 3.0000 | EA | .000000 | .00 |
| 84 | 066721 | | Documentation,Certificate, Classification + CDS(N) Hard Copy<br>　　The American Bureau of Shipping (ABS) has been contracted to perform the classification for this vessel. The vendor shall be responsible for all classification and certification requirements and associated costs.  Equipment covered by this PO shall comply with the applicable requirements in the ABS Rules and Guides (latest edition).  The vendor will furnish ABS Certificate with +CDS (N) notation. | 4/28/2000 | 6.0000 | EA | .000000 | .00 |

Acceptance of this order constitutes full acceptance of all terms and conditions written, printed or stamped hereon including reverse side or attached hereto. Purchase Order No. must appear on all invoices, ⸻ges and correspondence.

| DATE PRINTED:  8/04/1999 |
| --- |

CONFIDENTIAL
ACCESS
RESTRICTED

CAM_CIV_0002906

R & B   F A L C O N   D R I L L I N G   C O.
901 Threadneedle - Suite 200 - P.O.BOX 79627 - HOUSTON, TEXAS 77279-2902

PAGE    31

| Purchase Order:  087-00101 | Print Number:  1 |
|---|---|

| Line# | Item Code | Rev# | Description | Need Date | Quantity | UOM | Unit Cost | Extended Cost |
|---|---|---|---|---|---|---|---|---|
| | | | Promise Date:  4/28/2000 <br> Acct Code: 089-087-10201-0301      003002 | | | | | |
| 85 | 066722 | | Documentation,Certificate,ABS <br> Classification +CDS(N),CD Format <br>    The American Bureau of <br>    Shipping (ABS) has been <br>    contracted to perform the <br>    classification for this vessel. <br>    The vendor shall be <br>    responsible for all <br>    classification and certification <br>    requirements and associated <br>    costs.  Equipment covered <br>    by this PO shall comply with <br>    the applicable requirements <br>    in the ABS Rules and Guides <br>    (latest edition).  The vendor <br>    will furnish ABS Certificate <br>    with +CDS (N) notation. <br> Promise Date:  4/28/2000 <br> Acct Code: 089-087-10201-0301      003002 | 4/28/2000 | 3.0000 | EA | .000000 | .00 |
| 86 | 001798 | | Specification, Equipment <br> Certification <br>    16 Nov 1999 <br>    Designated classification <br>    society review of manufacturer's <br>    specification for manufacture, <br>    which includes detailed design <br>    data and drawings, fabrication <br>    procedures and a quality  plan, <br>    prior to fabrication.  Shop <br>    inspection during fabrication to <br>    include review of welder and <br>    weld procedure qualification test <br>    results, review of certified mill <br>    test reports, attendance during <br>    fit-ups or prior to final assembly, <br>    and witnessing of applicable <br>    functional and proof testing. <br>    Certificate of conformity to be <br>    issued.  ABS charges to be <br>    rebilled at cost. | 11/16/1999 | 6.0000 | EA | .000000 | .00 |

*DESIGN PKG. SUBMITTAL* (handwritten)

Acceptance of this order constitutes full acceptance
of all terms and conditions written, printed or
stamped hereon including reverse side or attached
hereto.  Purchase Order No. must appear on all
invoices,   ~kages and correspondence.

| DATE PRINTED:  8/04/1999 |
|---|

CONFIDENTIAL <br> ACCESS <br> RESTRICTED

CAM_CIV_0002907

**R & B   F A L C O N   D R I L L I N G   C O.**
901 Threadneedle - Suite 200 - P.O.BOX 79627 - HOUSTON, TEXAS 77279-2902

PAGE    32

| Purchase Order:  087-00101 | | | Print Number:   1 | | | | | |
|---|---|---|---|---|---|---|---|---|

| Line# | Item Code Rev# | Description | Need Date | Quantity | UOM | Unit Cost | Extended Cost |
|---|---|---|---|---|---|---|---|
| | | Promise Date: 11/16/1999<br>Acct Code: 089-087-10201-0301      003002 | | | | | |
| 87 | 001815 | Specification, Service<br>2 Engineers for 2 weeks plus<br>expenses at SITU in Berwick<br>for installation support<br>Required April 2000<br>Included in PO at cost  of<br>$14,312.02<br>--<br>42 Service days for on-site<br>installation/Start-up/Shipyard<br>Commissioning/training/<br>first operating location at<br>no additional cost.<br>--<br>If additional days are<br>required over and above the<br>days specified above cost<br>will be as follows:<br>Electrical/Electronic Service<br>Engineer $1850.00 per day<br>based on 12-hour working<br>day Overseas<br>Electrical/Electronic Service<br>Engineer $1050.00 per day<br>based on 12-hour working<br>day Domestic U.S.A.<br>--<br>Electro/Hydraulic Service<br>Technicians $1650.00 per<br>day based on 12-hour<br>working day Overseas<br>Electro/Hydraulic Service<br>Technicians $915.00 per day<br>based on 12-hour working day<br>Domestic U.S.A.<br>--<br>Hydraulic/Mechanical<br>Controls Technicians<br>$1450.00 per day based on<br>12-hour working day<br>Overseas | 4/28/2000 | 1.0000 | LOT | .000000 | .00 |

Acceptance of this order constitutes full acceptance
of  all  terms  and  conditions  written, printed  or
stamped hereon including reverse side or  attached
hereto.  Purchase  Order  No.  must  appear  on  all
invoices,    ·ges and correspondence.

| DATE PRINTED:  8/04/1999 |
|---|

CONFIDENTIAL
ACCESS
RESTRICTED

CAM_CIV_0002908

R & B   F A L C O N   D R I L L I N G   C O.
901 Threadneedle - Suite 200 - P.O.BOX 79627 - HOUSTON, TEXAS 77279-2902

PAGE      33

| Purchase Order:  087-00101 | Print Number:   1 |
|---|---|

| Line# | Item Code | Rev# | Description | Need Date | Quantity | UOM | Unit Cost | Extended Cost |
|---|---|---|---|---|---|---|---|---|
| | | | Hydraulic/Mechanical Controls Technicians $805.00 per day based on 12-hour working day Domestic U.S. A. -- RB Falcon to provide economy airfare transportation between vendor base of operations and rig/area.  Should the vendor arrange travel and secure tickets at the request of RBF, cost will be reimbursed to the vendor. -- RB Falcon to provide: 1.   Immigration and custom clearance of vendor personnel, tools, equipment and spares 2. Ground transport in area and/or shipyard 3. Accommodations while in the area/shipyard. -- Vendor to furnish the following:  (Cost included in day rate) -- 1. Meals 2. Laundry 3. Communications 4. Personal safety equipment (safety boots, hard hat, coveralls and safety glasses) 5. Visas 6. 48 hour advance notice of arrival Insurance per Schedule 7. A. See Attached. -- If requested by RB Falcon, | | | | | |

Acceptance of this order constitutes full acceptance of all terms and conditions written, printed or stamped hereon including reverse side or attached hereto. Purchase Order No. must appear on all invoices, packages and correspondence.

| DATE PRINTED:  8/04/1999 |
|---|

CONFIDENTIAL
ACCESS
RESTRICTED

CAM_CIV_0002909

**R & B   F A L C O N   D R I L L I N G   C O.**

901 Threadneedle - Suite 200 - P.O.BOX 79627 - HOUSTON, TEXAS 77279-2902

PAGE    34

| Purchase Order:  087-00101 | Print Number:   1 |
|---|---|

| Line# | Item Code | Rev# | Description | Need Date | Quantity | UOM | Unit Cost | Extended Cost |
|---|---|---|---|---|---|---|---|---|
| | | | qualified servicemen are to be provided in the shipyard for commissioning and testing to RBF satisfaction. If the system is not tested and commissioned to RBF satisfaction prior to mobilization the vendor will provide qualified servicemen onboard the rig during the mobilization. Qualified servicemen to be provided for the first well from mobilization through the first string of casing after the BOP has been run. Promise Date:  4/28/2000 Acct Code: 089-087-10201-0301     003002 | | | | | |
| 88 | 016009 | | Specification,Commercial Terms Progress Payment #1 Due At Order Placement Promise Date:  7/21/1999 Acct Code: 089-087-10201-0301     003002 | 7/21/1999 | 1.0000 | EA | | |
| 89 | 016009 | | Specification,Commercial Terms Progress Payment #2 Due November 1, 1999 Promise Date: 11/01/1999 Acct Code: 089-087-10201-0301     003002 | 11/01/1999 | 1.0000 | EA | | |
| 90 | 016009 | | Specification,Commercial Terms Progress Payment #3 Due February 1, 2000 Promise Date:  2/01/2000 Acct Code: 089-087-10201-0301     003002 | 2/01/2000 | 1.0000 | EA | | |
| 91 | 016009 | | Specification,Commercial Terms Progress Payment #4 Due April 16, 2000 Promise Date:  4/17/2000 Acct Code: 089-087-10201-0301     003002 | 4/17/2000 | 1.0000 | EA | | |
| 92 | 016009 | | Specification,Commercial Terms | 5/01/2000 | 1.0000 | EA | | |

Acceptance of this order constitutes full acceptance of all terms and conditions written, printed or stamped hereon including reverse side or attached hereto. Purchase Order No. must appear on all invoices,    ges and correspondence.

DATE PRINTED:  8/04/1999

CONFIDENTIAL
ACCESS
RESTRICTED

CAM_CIV_0002910

**R & B   F A L C O N   D R I L L I N G   C O.**
901 Threadneedle - Suite 200 - P.O.BOX 79627 - HOUSTON, TEXAS 77279-2902                    PAGE     35

Purchase Order:  087-00101              Print Number:   1

| Line# | Item Code | Rev# | Description | Need Date | Quantity | UOM | Unit Cost | Extended Cost |
|-------|-----------|------|-------------|-----------|----------|-----|-----------|---------------|
|       |           |      | Progress Payment #5 Due upon Receipt of Final Certified Documentation Package Promise Date:  5/01/2000 Acct Code: 089-087-10201-0301    003002 | | | | | |
| 93 | 001816 | | Specification, Shipping FOB Ex-works Cameron loaded onboard RB furnished conveyance. Promise Date:  4/17/1999 Acct Code: 089-087-10201-0301    003002 | 4/17/1999 | 1.0000 | LOT | .000000 | .00 |

|  | Tax | .00 |
|--|-----|-----|
|  | Total | 7,536,312.00 |

Acceptance of this order constitutes full acceptance of all terms and conditions written, printed or stamped hereon including reverse side or attached hereto. Purchase Order No. must appear on all invoices, packages and correspondence.

DATE PRINTED:  8/04/1999

AUTHORIZED SIGNATURE

Buyer

CONFIDENTIAL
ACCESS
RESTRICTED