U.S. Department of the Interior
Minerals Management Service (MMS)

OMB Control Number 1010-0141
OMB Approval Expires 08/31/200

### Form MMS 123A/123S - Electronic Version
## Application for Permit to Drill a New Well

**Lease** G32306   **Area/Block** MC 252   **Well Name** 001   **ST** 00   **BP** 00   **Well Type** Exploration
**Application Status** Approved   **Operator** 02481   BP Exploration & Production Inc.

**Pay.gov**
**Amount:** $1,959

**Amount:**
**Tracking ID:** EWL-APD-8404

**Pay.gov**
**Tracking ID:** 24VFAUT8

### General Well Information

| | | | | | |
|---|---|---|---|---|---|
| API Number   608174116900 | Approval Date | 05/22/2009 | Approved By | Frank Patton |
| Date of Request   05/13/2009 | Req Spud Date | 06/15/2009 | Kickoff Point | N/A |
| Water Depth (ft.)   4992 | Drive Size (in) | 36 | Mineral Code | Hydrocarbon |
| RKB Elevation   89 | Drive Depth (ft.) | 5361 | Subsea BOP | Yes |
| Verbal Approval Date | | Verbal Approval By | | |

### Proposed Well Location
#### Surface Location

| LEASE (OCS)   G32306 | Area/Block   MC 252 | Authority   Federal Lease |
|---|---|---|
| Entered NAD 27 Data | Calculated NAD 27 Departures | Calculated NAD 27 X-Y Coordinates |
| at:   28.73836889 | N   6857 | X   1202802.892336 |
| Lon:   -88.36593389 | E   1037 | Y   10431702.916855 |
| Surface Plan | Plan Lease (OCS)   G32306   Area/Block   MC 252 | |

#### Bottom Location

| LEASE (OCS)   G32306 | Area/Block   MC 252 | |
|---|---|---|
| Entered NAD 27 Data | Calculated NAD 27 Departures | Calculated NAD 27 X-Y Coordinates |
| Lat:   28.73836889 | N   6857 | X   1202802.892336 |
| Lon:   -88.36593389 | E   1037 | Y   10431702.916855 |
| Bottom Plan | Plan Lease (OCS)   G32306   Area/Block   MC 252 | |

**Approval Comments**   The APD is approved with the following cautions/conditions:
Please use caution while drilling because of possible shallow gas at 4370 feet to 4820 feet BML.
Please use caution while drilling because of a moderate potential shallow water flow at 1832 feet to 1944 feet, 3200 feet to 3367 feet 3760 feet to 3960 feet and 437- feet to 4800 feet BML.
Please be reminded that an APM should be submitted with a final surveyed surface location plat (in NAD 83), KB, and water depth as soon as they are determined.
If the water depth is greater than 800 meters (2,624 feet) and you plan to leave the wellhead on the seafloor after plugging and abandoning of this well, you are required to obtain MMS approval as soon as possible and no later than 5 work days prior to the start of plugging operations for the well so that MMS will have time to get concurrence from the Navy. Your

Electronically generated on   05/29/2009

Page   1   of   8

Exhibit 7

4021

Exhibit No. ————
Worldwide Court
Reporters, Inc.

BP-HZN-SNR00000122

U.S. Department of the Interior
Minerals Management Service (MMS)

OMB Control Number 1010-0141
OMB Approval Expires 08/31/200

### Form MMS 123A/123S - Electronic Version
## Application for Permit to Drill a New Well

**Lease** G32306   **Area/Block** MC 252   **Well Name** 001   **ST** 00   **BP** 00   **Well Type** Exploration
**Application Status** Approved     **Operator** 02481   BP Exploration & Production Inc.

request should contain the following information: Lat. and Long. coordinates, water depth, wellhead height, completion guide base height, and aerial extent. If the water depth is greater than 1,666 meters (5000 feet), then concurrence from the Navy is not required.
The approval of waiver to leave a wellhead on the sea floor in water depth less than 800 meters (2,624 feet) will be limited to request that pose a mechanical problem or a safety concern, such as diver safety when excavating around the wellhead on the seafloor. The waiver must be approved by the District Manager and concurrence from the Navy must be obtained.

BP-HZN-SNR00000123

U.S. Department of the Interior
Minerals Management Service (MMS)

OMB Control Number 1010-0141
OMB Approval Expires 08/31/200

## Form MMS 123A/123S - Electronic Version
## Application for Permit to Drill a New Well

**Lease** G32306 **Area/Block** MC 252 **Well Name** 001 **ST** 00 **BP** 00 **Well Type** Exploration
**Application Status** Approved **Operator** 02481 BP Exploration & Production Inc.

### Geologic Information

| H2S Designation Absent | H2S TVD | |
|---|---|---|
| **Anticipated Geologic Markers** | | |
| **Name** | | **Top MD** |
| Reticulofenestra pseudoumbilicus | | 7060 |
| Catinaster mexicanus | | 9100 |
| Catinaster coalitus | | 13145 |
| Discoaster kugleri | | 14153 |
| Cyclicargolithus floridanus | | 17481 |
| Globorotalia peripheroronda | | 18400 |
| Sphenolithus heteromorphus | | 19120 |
| Discoaster petaliformis | | 19594 |

### Rig Information

| RIG SPECIFICATIONS | | ANCHORS | Yes |
|---|---|---|---|
| **Rig Name** | T.O. MARIANAS | | |
| **Type** | SEMISUBMERSIBLE | **ID Number** | 44574 |
| **Function** | DRILLING | **Constucted Year** | 1979 |
| **Shipyard** | MITSIBUSHI | **Refurbished Year** | |
| **RATED DEPTHS** | | | |
| **Water Depth** | 7000 | **Drill Depth** | 25000 |
| **CERTIFICATES** | | | |
| **ABS/DNV** | 08/31/2013 | **Coast Guard** | 12/13/2009 |
| **SAFE WELDING AREA** | | | |
| **Approval Date** | 10/22/1998 | **District** | 1 |
| **Remarks** | Water Depth Rating increased from 6000 ft to 7000 ft based on email from Kenny Brown, Mariana Rig Manager - DJT | | |

Electronically generated on 05/28/2009

Page 3 of 8

BP-HZN-SNR00000124

U.S. Department of the Interior
Minerals Management Service (MMS)

OMB Control Number 1010-0141
OMB Approval Expires 08/31/200

### Form MMS 123A/123S - Electronic Version
## Application for Permit to Drill a New Well

**Lease** G32306   **Area/Block** MC 252   **Well Name** 001   **ST** 00   **BP** 00   **Well Type** Exploration
**Application Status** Approved   **Operator** 02481   BP Exploration & Production Inc.

| Number | Question | Response | Response Text |
|--------|----------|----------|--------------|
| 1 | Will you maintain quantities of mud and mud material (including weight materials and additives) sufficient to raise the entire system mu | YES | |
| 2 | If hydrocarbon-based drilling fluids were used, is the drilling rig outfitted for zero discharge and will zero discharge procedures be followed? | N/A | |
| 3 | If drilling the shallow casings strings riserless, will you maintain kill weight mud on the rig and monitor the wellbore with an ROV to ensure that i | YES | |
| 4 | If requesting a waiver of the conductor casing, have you submitted a log to MMS G&G that is with in 500 feet of the proposed bottom hole locat | N/A | |
| 5 | Will the proposed operation be covered by an EPA Discharge Permit? (please provide permit number in comments for this question) | YES | NOI has been submitted but permit number has not yet been assigned. |
| 6 | Will all wells in the well bay and related production equipment be shut-in when moving on to or off of an offshore platform, or from well to w | N/A | |

**BP-HZN-SNR00000125**

U.S. Department of the Interior
Minerals Management Service (MMS)

OMB Control Number 1010-0141
OMB Approval Expires 08/31/200

### Form MMS 123A/123S - Electronic Version
## Application for Permit to Drill a New Well

**Lease** G32306   **Area/Block** MC 252   **Well Name** 001   **ST** 00   **BP** 00   **Well Type** Exploration
**Application Status** Approved   **Operator** 02481   BP Exploration & Production Inc.

### Permit Attachments

| File Type | File Description | Status |
|-----------|-----------------|--------|

**Required Attachments**

| File Type | File Description | Status |
|-----------|-----------------|--------|
| pdf | Proposed Well Location Plat | Attached |
| pdf | Drilling prognosis and summary of drilling, cementing, and mud processes | Attached |
| pdf | Directional Program | Attached |
| pdf | Pore pressure (PP), Mud Weight (MW), and Fracture Gradient (FG) Plot | Attached |
| pdf | Proposed Wellbore Schematic | Attached |
| pdf | Engineering Calculation | Attached |
| pdf | BOP & Diverter Schematics with Operating Procedures | Attached |

**Optional/Supplemental Attachments**

| File Type | File Description | Status |
|-----------|-----------------|--------|
| pdf | Departure List | Attached |
| df | Mooring approval | Attached |
| PDF | Application for Permit to Drill | Attached |

### Contacts Information

| | |
|---|---|
| Name | Scherie Douglas |
| Company | 02481   BP Exploration & Production Inc. |
| Phone Number | 281-366-6843 |
| E-mail Address | scherie.douglas@bp.com |
| Contact Description | Regulatory |

| | |
|---|---|
| Name | Heather Powell |
| Company | 02481   BP Exploration & Production Inc. |
| Phone Number | 281-504-0984 |
| E-mail Address | heather.powell@bp.com |
| Contact Description | Regulatory |

**BP-HZN-SNR00000126**

U.S. Department of the Interior
Minerals Management Service (MMS)

OMB Control Number 1010-0141
OMB Approval Expires 08/31/200

### Form MMS 123A/123S - Electronic Version
## Application for Permit to Drill a New Well

**Lease** G32306 **Area/Block** MC 252 **Well Name** 001 **ST** 00 **BP** 00 **Well Type** Exploration
**Application Status** Approved **Operator** 02481 **BP Exploration & Production Inc.**

## Well Design Information

| Interval Number 1 | Type | Casing | | | Name | Conductor | | | |
|---|---|---|---|---|---|---|---|---|---|
| Section Number | Casing Size (in) | Casing Weight (lb/ft) | Casing Grade | Burst Rating | Collapse Ratio (psi) | Depth (ft) MD | TVD | Pore Pressure (ppg) | |
| 1 | 28.000 | 218.0 | X-52 | 2437 | 952 | 6275 | 6275 | 8.6 | |

| GENERAL INFORMATION | | PREVENTER INFORMATION | | TEST INFORMATION | |
|---|---|---|---|---|---|
| Hole Size (in) | 32.500 | Type | No Preventers | Annular Test (psi) | 0 |
| Mud Weight (ppg) | 8.6 | Size (in) | N/A | BOP/Diverter Test (psi) | 0 |
| Mud Type Code | Gelled Sea Water | Wellhead Rating (psi) | 0 | Test Fluid Weight (ppg) | 0.0 |
| Fracture Gradient (ppg) | 9.8 | Annular Rating (psi) | 0 | Casing/Liner Test (psi) | 0 |
| Liner Top Depth (ft) | | BOP/Diverter Rating (psi) | 0 | Formation Test (ppg) | 0.0 |
| Cement Volume (cu ft) | 2000 | | | | |

| Interval Number 2 | Type | Casing | | | Name | Surface | | | |
|---|---|---|---|---|---|---|---|---|---|
| Section Number | Casing Size (in) | Casing Weight (lb/ft) | Casing Grade | Burst Rating | Collapse Ratio (psi) | Depth (ft) MD | TVD | Pore Pressure (ppg) | |
| 1 | 22.000 | 277.0 | X-80 | 7955 | 6870 | 5161 | 5161 | 8.6 | |
| 2 | 22.000 | 224.0 | X-80 | 6363 | 3876 | 8000 | 8000 | 9.3 | |

| GENERAL INFORMATION | | PREVENTER INFORMATION | | TEST INFORMATION | |
|---|---|---|---|---|---|
| Hole Size (in) | 26.000 | Type | Blowout | Annular Test (psi) | 5000 |
| Mud Weight (ppg) | 9.5 | Size (in) | 18.75 | BOP/Diverter Test (psi) | 6500 |
| Mud Type Code | Water Base | Wellhead Rating (psi) | 15000 | Test Fluid Weight (ppg) | 8.6 |
| Fracture Gradient (ppg) | 11.1 | Annular Rating (psi) | 10000 | Casing/Liner Test (psi) | 3400 |
| Liner Top Depth (ft) | | BOP/Diverter Rating (psi) | 15000 | Formation Test (ppg) | 11.1 |
| Cement Volume (cu ft) | 3300 | | | | |

BP-HZN-SNR00000127

U.S. Department of the Interior
Minerals Management Service (MMS)

OMB Control Number 1010-0141
OMB Approval Expires 08/31/200

## Form MMS 123A/123S - Electronic Version
## Application for Permit to Drill a New Well

Lease  G32306  Area/Block  MC 252  Well Name  001  ST 00  BP 00  Well Type  Exploration
Application Status  Approved  Operator  02481  BP Exploration & Production Inc.

---

### Interval Number 3  Type  Liner  Name  Intermediate

| Section Number | Casing Size (in) | Casing Weight (lb/ft) | Casing Grade | Burst Rating | Collapse Ratin (psi) | Depth (ft) MD | Depth (ft) TVD | Pore Pressure (ppg) |
|---|---|---|---|---|---|---|---|---|
| 1 | 18.000 | 117.0 | P-110 | 6680 | 2110 | 9900 | 9900 | 10.4 |

| GENERAL INFORMATION | | PREVENTER INFORMATION | | TEST INFORMATION | |
|---|---|---|---|---|---|
| Hole Size (in) | 22.000 | Type | Blowout | Annular Test (psi) | 5000 |
| Mud Weight (ppg) | 10.6 | Size (in) | 18.75 | BOP/Diverter Test (psi) | 6500 |
| Mud Type Code | Synthetic Base | Wellhead Rating (psi) | 15000 | Test Fluid Weight (ppg) | 10.6 |
| Fracture Gradient (ppg) | 12.3 | Annular Rating (psi) | 10000 | Casing/Liner Test (psi) | 2800 |
| Liner Top Depth (ft) | 7600.0 | BOP/Diverter Rating (psi) | 15000 | Formation Test (ppg) | 12.3 |
| Cement Volume (cu ft) | 1040 | | | | |

---

### Interval Number 4  Type  Casing  Name  Intermediate

| Section Number | Casing Size (in) | Casing Weight (lb/ft) | Casing Grade | Burst Rating | Collapse Ratin (psi) | Depth (ft) MD | Depth (ft) TVD | Pore Pressure (ppg) |
|---|---|---|---|---|---|---|---|---|
|  | 16.000 | 97.0 | P-110 | 6920 | 2340 | 12500 | 12500 | 11.6 |

| GENERAL INFORMATION | | PREVENTER INFORMATION | | TEST INFORMATION | |
|---|---|---|---|---|---|
| Hole Size (in) | 20.000 | Type | Blowout | Annular Test (psi) | 5000 |
| Mud Weight (ppg) | 11.8 | Size (in) | 18.75 | BOP/Diverter Test (psi) | 6500 |
| Mud Type Code | Synthetic Base | Wellhead Rating (psi) | 15000 | Test Fluid Weight (ppg) | 11.8 |
| Fracture Gradient (ppg) | 13.6 | Annular Rating (psi) | 10000 | Casing/Liner Test (psi) | 3100 |
| Liner Top Depth (ft) | | BOP/Diverter Rating (psi) | 15000 | Formation Test (ppg) | 13.6 |
| Cement Volume (cu ft) | 930 | | | | |

---

### Interval Number 5  Type  Liner  Name  Intermediate

| Section Number | Casing Size (in) | Casing Weight (lb/ft) | Casing Grade | Burst Rating | Collapse Ratin (psi) | Depth (ft) MD | Depth (ft) TVD | Pore Pressure (ppg) |
|---|---|---|---|---|---|---|---|---|
| 1 | 13.625 | 88.2 | Q-125 | 10030 | 4800 | 15300 | 15300 | 12.9 |

| GENERAL INFORMATION | | PREVENTER INFORMATION | | TEST INFORMATION | |
|---|---|---|---|---|---|
| Hole Size (in) | 16.000 | Type | Blowout | Annular Test (psi) | 5000 |
| Mud Weight (ppg) | 13.1 | Size (in) | 18.75 | BOP/Diverter Test (psi) | 6500 |
| Mud Type Code | Synthetic Base | Wellhead Rating (psi) | 15000 | Test Fluid Weight (ppg) | 13.1 |
| Fracture Gradient (ppg) | 14.7 | Annular Rating (psi) | 10000 | Casing/Liner Test (psi) | 2000 |
| Liner Top Depth (ft) | 12200.0 | BOP/Diverter Rating (psi) | 15000 | Formation Test (ppg) | 14.7 |
| Cement Volume (cu ft) | 410 | | | | |

BP-HZN-SNR00000128

U.S. Department of the Interior
Minerals Management Service (MMS)

OMB Control Number 1010-0141
OMB Approval Expires 08/31/200

## Form MMS 123A/123S - Electronic Version
## Application for Permit to Drill a New Well

Lease   G32306    Area/Block   MC 252    Well Name   001    ST 00   BP 00   Well Type   Exploration
Application Status   Approved          Operator   02481    BP Exploration & Production Inc.

| Interval Number 6 | | Type | Open Hole | | | Name | Open Hole | | |
|---|---|---|---|---|---|---|---|---|---|
| Section Number | Casing Size (in) | Casing Weight (lb/ft) | Casing Grade | Burst Rating | Collapse Ratin (psi) | Depth (ft) MD | TVD | Pore Pressure (ppg) | |
| 1 | | | | | | 20200 | 20200 | 14.0 | |

| GENERAL INFORMATION | | PREVENTER INFORMATION | | TEST INFORMATION | |
|---|---|---|---|---|---|
| Hole Size (in) | 14.000 | Type | Blowout | Annular Test (psi) | 5000 |
| Mud Weight (ppg) | 14.2 | Size (in) | 18.75 | BOP/Diverter Test (psi) | 6500 |
| Mud Type Code | Synthetic Base | Wellhead Rating (psi) | 15000 | Test Fluid Weight (ppg) | 0.0 |
| Fracture Gradient (ppg) | 16.1 | Annular Rating (psi) | 10000 | Casing/Liner Test (psi) | 0 |
| Liner Top Depth (ft) | | BOP/Diverter Rating (psi) | 15000 | Formation Test (ppg) | 0.0 |
| Cement Volume (cu ft) | | | | | |

PAPERWORK REDUCTION ACT OF 1995 (PRA) STATEMENT: The PRA (44 U.S.C. 3501 et seq. Requires us to inform you that we collect this information to obtain knowledge of equipment and procedures to be used in drilling operations. MMS uses the information to evaluate and approve or disapprove the adequacy of the equipment and/or procedures to safely perform the proposed drilling operation. Responses are mandatory (43 U.S.C. 1334). Proprietary data are covered under 30 CFR 250.196. An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB Control Number. Public reporting burden for this form is estimated to average 27 hours per response, including the time for reviewing instructions, gathering and maintaining data, and completing and reviewing the form. Direct comments regarding the burden estimate or any other aspect of this form for the Information Collection Clearance Officer, Mail Stop 4230, Minerals Management Service, 1849

BP-HZN-SNR00000129

Prospect Overview

Macondo is a moderate depth Miocene prospect in the Mississippi Canyon area. The prospect is located entirely outside of any salt body. It is located approximately 24 miles north of BP's Isabela discovery which was drilled in MC 562 during 2006. The primary target for the Macondo prospect is the M56, which was the same as Isabela. The target depth for Macondo is approximately 18,400'. The well will be drilled to a TD of 20,200' to test the older Miocene section below the targeted M56. Seismic data quality over this prospect is very good since there is no salt involved. The well will be drilled as a vertical hole from the "A" location as permitted in the approved Exploration Plan for MC 252.

Drilling Plan Summary

The Macondo well will be drilled with the Transocean "Marianas" moored Semi-Submersible rig in Mississippi Canyon Block 252 at a proposed surface location of 6,943' FNL and 1,036' FEL, in a water depth of 4,992 ft.

A structural string of 36" x 1-½" wall will be jetted (drilled) into position at approximately 280' below the mud line (~10' stick up). After completion of the jetting operations and appropriate waiting time, the running tool will be released and a 26" x 32-1/2" hole will be drilled riserless with seawater and viscous sweeps to an expected total depth of 6,275' md/tvd. There is a low potential for shallow water flow within this section. "Pump & dump" method will remain a contingency in the event any abnormally pressured sands are encountered.

At section TD, an 11.5 ppg pad mud will be spotted and the well will be monitored for flow prior to pulling out of the hole. Once out of the hole, 28" casing will be run to TD and cemented to the mud line with Halliburton foamed Class H lead and tail. The inner string will be pulled out of the hole only after confirmation is made of no flow and no detectable wellhead subsidence.

A 26" hole will be drilled with seawater and viscous sweeps to an expected total depth of 8,000' md/tvd. There is a low potential for shallow flow within this section. "Pump & dump" method will remain a contingency in the event any abnormally pressured sands are encountered. At section TD, 11.5 ppg pad mud will be spotted in open hole while leaving 16.0 ppg mud in the rat hole. Once a static wellbore is verified, the 22", 1.0" wall casing will be run to TD along with the Dril-Quip 18-3/4" high pressure wellhead and 1.25" wall extension joints. After a successful cement job with Halliburton's foamed Class H lead and tail, the wellhead will be pre-loaded to 1,500,000 lbs. The running tool and inner string will be pulled and operations to run BOP and riser will commence.

Once the BOP and riser are successfully installed and tested (per APD), the 22" casing and B/S rams will be tested per the APD. The well will be displaced to Barold's 10.0 ppg synthetic oil base mud while drilling out the float equipment. A Leak-off Test (LOT) will be performed after drilling out. The estimated fracture gradient is ~11.1 ppg EMW. This setting depth should give sufficient fracture gradient to achieve 18" casing point at 9,900' md/tvd.

An 18-1/8" x 22" hole will be drilled with SOBM to a depth of 9900' md/tvd. At section TD, a 17.0 ppg pad mud will be spotted in the rathole prior to POOH for 18" liner. The 18" liner will be run

MC 252 #1
OCS-G-32306
Attachment 9

Mark Hafle
5/11/09

BP-HZN-SNR00000130

and cemented in place with Halliburton Class H lead and tail slurries. A Leak-off Test (LOT) will be performed after drilling out. The estimated fracture gradient is ~ 12.3 ppg EMW. This setting depth should give sufficient fracture gradient to achieve the 16" casing point at 12,500' md/tvd.

A 16-1/2" x 20" hole will be drilled with SOBM to 12,500' md/tvd. At section TD, a 17.0 ppg pad mud will be spotted in the rathole prior to POOH for 16" casing. After POOH, the 16" casing will be run and cemented in place with Halliburton Class H lead and tail slurries. A Leak-off Test (LOT) will be performed after drilling out. The estimated fracture gradient is ~13.6 ppg EMW. This setting depth should give sufficient fracture gradient to achieve the 13-5/8" casing point at 15,300' md/tvd.

A 14-3/4" x 16" hole will be drilled with SOBM to 15,300' md/tvd. At section TD, the rathole will be filled with 17.0 ppg pad mud prior to POOH for 13-5/8" liner. After POOH, the 13-5/8" liner will be run and cemented in place with Halliburton Class H lead and tail slurries. A Leak-off Test (LOT) will be performed after drilling out. The estimated fracture gradient is ~14.7 ppg EMW. This setting depth should give sufficient fracture gradient to achieve drilling to the TD of 20,200' md/tvd.

A 12-1/4"x 14" hole will be drilled to 20,200' md/tvd. The need for wireline evaluation of this interval will be determined by real time LWD data. A decision on the way forward will be made following evaluation of the open hole interval. The well will either be P&A'd or temporarily abandoned for future completion. Once the final evaluation program is complete, a decision will be made as to whether to sidetrack, TA well, or PA the well.

## Notes:

MWD and LWD will be used in all intervals to assist with directional control, formation evaluation and pore pressure detection. Additionally, PWD will be utilized to monitor downhole static mud weights, equivalent circulating densities as well as assist in optimizing downhole hydraulics.

All intervals below the 22" casing include optional wireline evaluation programs. Execution of these evaluation programs will be based on real time LWD, paleo and pore pressure data.

During the drilling of all hole sections, the rig shall maintain a minimum inventory of 1000 sx of barite and 200 sx of gel/poly at all times.

MC 252 #1
OCS-G-32306
Attachment 9

Mark Hafle
5/11/09

BP-HZN-SNR00000131

## Shallow Water Flow Zone Management

An evaluation of shallow water flow (SWF) potential was carried out at the Macondo drilling location as part of BP's standard shallow hazard analysis. The data that formed the basis for this evaluation consist of:

- *3D seismic data*: Approved by MMS for shallow hazard evaluation utility based on EP approval date April 6, 2009
- *Offset well control*: Drilling history, casing design, and nature of 3D seismic reflectors at nearby Texaco MC 252#1 and Dominion MC 296#1 wells (about 1.3 miles and 1.9 miles SW, respectively), Chevron's Gemini well in MC 292#1 (about 14 miles W-SW) and BP's Ariel Well MC 429#A1 (about 13 miles SE)
- *Geohazard report*: The proposed location of this well was selected based on the results of: a regional shallow hazards survey and study of MC208, MC252 and MC296 and portions of surrounding blocks conducted by KC Offshore in 1998 for Texaco Exploration and Production Inc. (Texaco) using HR2D seismic data integrated with 3D exploration seismic data; AND a shallow hazards report for MC252 and MC296 and vicinity produced by Fugro GeoServices, Inc. (Fugro) in 2003 for Dominion Exploration and Production Inc. (Dominion) based on exploration 3D seismic data – the seafloor mapping area for this report covered all of MC252 and MC296, whereas the subsurface mapping area only covered the southern half of MC252 and the northern half of MC296. Additionally, BP completed a site clearance letter for EP submittal at the proposed location based on 3D seismic data.

The seismic character of events at the proposed location was compared to the wells referenced above. No shallow water flow was recorded at the two closest offset wells, MC 252#1 and MC 296#1. The MMS SWF website notes a "low" severity SWF event was documented at the MC 292#1 well and MC 429#A1 well at about 1,784 ft and 1,738 ft below mudline (bml), respectively. The intervals noted as "low" severity SWF roughly correlate with three sand-prone intervals interpreted at the proposed Macondo location within the tophole section. These three potential sand-bearing zones are noted between approximate depths of 1,489 -1,620 ft, 1,832 – 1,944 ft and 1,944 – 2,533 ft bml at Macondo. Based on our seismic facies analysis of the data, and the general absence of reported significant SWF sands in offset wells, we risk the sand-prone intervals has having a low, moderate and low potential for SWF, respectively.

Three additional sand-prone intervals have been interpreted at 3,202 ft – 3,367 ft, 3,761 ft – 3,958 ft and 4,372 ft and 4,618 ft bml at Macondo. Although these zones have been assessed a moderate potential for SWF, they are below the depth of the planned first pressure containment 22-inch casing string.

The table below summarizes concerns and mitigations and meets API RP 65 best practices.

| Concern | Mitigation |
|---|---|
| Site Selection | Drilling location selected to minimize shallow water flow risk. See discussion above. One "low" risk shallow water flow has been interpreted. See geologic top hole forecast on next page. |
| Identifying SWF | Downhole pressure while drilling (PWD), gamma ray and resistivity tools will be run in the drilling BHA to assist in identifying potential permeable sands or flow events. A shallow hazard observer will be on the rig during the tophole section to monitor logs. |

MC 252 #1
OCS-G-32306
Attachment 9

Mark Hafle
5/11/09

BP-HZN-SNR00000132

| | |
|---|---|
| Seafloor Monitoring | Rig based, remotely operated vehicle (ROV) will be on the seafloor monitoring riserless returns and checking for flow on connections. ROV will also be utilized to monitor returns during cementing. A shallow hazard observer will be on the rig during the tophole section to monitor the ROV. |
| Drilling Fluids | Risk of shallow water flow (SWF) has been interpreted as "low". All riserless intervals are planned to be drilled with seawater. Sufficient quantities of 16.4 ppg water based mud (WBM) will be on location for spotting weighted pad mud in the open hole and for well control in the riserless sections, should it be required. |
| Casing Point Selection | 28" casing point selected at 6275' MD, above an intermediate "low" risk SWF. The 22" casing shoe is selected at 8000' MD, below the deeper "low" risk SWF zone. If a SWF is encountered, pump and dump contingency can be exercised with minimal risk to the jetted-in conductor shoe. The 22" is set above the interval expected to have a "low" probability of shallow gas, and a "moderate" probability of SWF. |
| Cementing | 28" and 22" casing strings will be cemented (via inner string) to the mudline using foamed lead and non-foamed tail cement slurries. Cement returns will be verified with the ROV. Wellhead configuration includes an annular sealing mechanism that can be closed after cementing (to eliminate nitrogen breakout). |
| Well Control Response | SWF will be killed with weighted WBM. Pump and dump contingencies, using weighted WBM, would be initiated prior to drilling ahead. |

Mark Hafle
5/11/09

BP-HZN-SNR00000133

MC252 "A" — Mississippi Canyon 252 (OCS-G-32306)

Trace 14150 on Line 17282

| Interpretation | | Depth BML (ft) | Depth BSL (ft) | TWT BSL (sec) | Interval Thickness (ft) | Comments | Hazards Risk | |
|---|---|---|---|---|---|---|---|---|
| Stratigraphy | Lithology | | | | | | Shallow Gas | Shallow Water Flow |
| Seafloor / Horizon 10 | Clay | 0 | 4,982 | 2.258 | 250 | Relatively smooth seafloor, slope ~3.5° to 5E | | |
| Unit 1 | | | | | | Hummocky seeps with possible thin clay debris flows | | |
| Unit 2 | Clay | 340 | 5,342 | 2.150 | 504 | Interbedded marine clays and thin clay-prone debris flows | | |
| Horizon 15 / Unit 3 | Clay/Marl | 728 | 5,718 | 2.304 | 478 | Interbedded marine clays and possible marls | | |
| Horizon 20 | Clay/Marl | 844 | 5,836 | 2.346 | 116 | | | |
| Horizon 30 / Unit 4 | Clay | 9,042 | 6,034 | 2.416 | 198 | Faulted sands with shallow gas associated with overbank deposits in a set | | |
| Horizon 34 | Clay, silt and sand | 1,469 | 6,461 | 2.570 | 447 | Clay turbidites and debris flows | | |
| Horizon 36 | Clay | 1,508 | 6,612 | 2.614 | 151 | Overbank/channel levee clays and possible silts and sands | | |
| Horizon 36 / Horizon 40 | Sands and silts | 1,552 / 1,564 | 6,534 / 6,596 | 2.668 / 2.722 | 172 / 115 | Clay turbidites and thin debris flows / Continuous sands and silts with shallow gas in overburden | | |
| Unit 5 | Clay and possible sands | 2,551 | 7,515 | 2.912 | 888 | Interbedded clay turbidites and thin clay-prone debris flows with possible sands | | |
| Horizon 45 | Clay and possible silts | 2,823 | 7,884 | 3.000 | 298 | Massive clay-prone debris flow with possible silts | | |
| Horizon 50 | | | 6,134 | 3.170 | 370 | | | |
| | Continuous sands | 3,261 / 3,467 | 6,488 | 3.179 | 166 | | | |
| Unit 6 | Clay, silts and sands | 3,291 | 6,782 | 3.380 | 304 | Interbedded clay turbidites and debris flows with locally continuous sands | 2,406 | |
| | Continuous sands | 3,968 | 6,988 | 3.400 | 187 | | | |
| | Continuous sands | 4,471 | 6,984 | 3.440 | 464 | | | |
| | | 4,478 | 6,988 | 3.440 | 246 | | | |
| Horizon 60 | Depth Limit of Investigation | 5,338 | 10,320 | 3.794 | 710 | | | |

Risk level:  Negligible   Low   Moderate

(Unit and Horizon nomenclature taken from Paizie, 2003)

*Updated 5-5-09

MC 252 #1
OCS-G-32306
Attachment 9

Mark Hafle
5/11/09

BP-HZN-SNR00000134



MC 252 #1
OCS-G-32306
Attachment 3

Mark Hafle
5/11/09

BP-HZN-SNR00000135



Y = 10, 438, 560. 00 ft

Notes:
1) All coordinate data in UTM Zone 16 North,
   NAD27, US survey feet unless otherwise noted;
2) All geodetic conversions transformed utilizing
   NADCON version 2.0 or better equivalent software;
3) Locations NOT in a Military Warning Area

NAD83 Data

SHL Data
MC252 No. 1
ST00 BP00

Latitude   28°44'18.128"N
Longitude  88°21'57.362"W

Proposed Well Location
MC252 OCS-G32306
Well No. 1 ST00 BP00
X = 1,202,803.88 ft   UTM Zone 16 North
Y = 10,431,617.00 ft   NAD27 - US Survey feet
Latitude   28°44'17.277"N   NAD27
Longitude  88°21'57.340"W
MD/TVD= 20,200 ft
Water depth = 4992 ft

6943.00 ft

1036.12 ft

MC252
BP E&P Inc
OCS-G32306

N
Grid North

BHL
001 ST00BP01    SHL
BHL              001
001 ST00BP00

BHL
001 ST00BP02

SHL
001

Y = 10, 422, 720. 00 ft

X = 1, 203, 840. 00 ft

Digital Copy
Signed & sealed original on file

Brian D. Autio      Date: 8 May 2009
Registered Professional Land Surveyor
State of Louisiana
Registration Number 4819
Employee of bp America, Inc
(281) 366-4482

I, Brian D. Autio, hereby certify that the
proposed surface location of BP EXPL & PROD.
OCS-G32306 MC 252 No. 1 ST00BP00 is as follows:
Location: 1,036.12 ft. from the East Line and
6,943.00 ft. from the North Line of
Mississippi Canyon Block 252.

"Confidential Information"

Sheet 2 of 2

bp

BP EXPLORATION AND PRODUCTION
Proposed Well Location OCS-G32306 MC 252 No. 1 ST00BP00
Mississippi Canyon Area (OPD# NH16-10) Block 252        Offshore Federal - Louisiana
Plat prepared by:   Brian D. Autio, RPLS BP 1TGS GoM SPU

Scale 1" = 2000 ft
Date 8May2009

## BP Gulf of Mexico - MMS APD Worksheet

**MASP - Frac Gradient Method**

*The frac pressure at the 22 Casing shoe is:*
P @ shoe = 8,000' x 11.1ppg x 0.052 = 4,618 psi

*A column of 0.10 psi/ft gas yields:*
P @ ML = 4,618 - 0.10 x 2,919 = 4,326 psi
P @ surf = 4,618 - 0.10 x 8,000' = 3,818 psi

**MASP - Bottom Hole Pressure Method**

*The bottom hole pressure at 9,900' TVD is:*
P @ TD = 9,900' x 10.4ppg x 0.052 = 5,354 psi

*A column of 70% gas & 30% liquid back to surface gives:*
P @ surf = 5,354 - 0.7 x 9,900' x 0.10 psi/ft
- 0.3 x 9,900' x 10.6ppg x 0.052 = 3,024 psi

*Using 70% gas and 30% liquid from ML to surface, the mudline pressure is:*
P @ ML = 3,024 + 0.7 x 5,081' x 0.10 psi/ft
+ 0.3 x 5,081' x 10.6ppg x 0.052 = 4,220 psi

**MASP (at surface)**

MASP for 22 Casing = 3,024 psi
Worst Case MASP = 3,347 psi, rounded up to 3,400 psi

*The frac pressure at the 18 shoe is:*
P @ shoe = 9,900' x 12.3ppg x 0.052 = 6,332 psi

*A column of 0.15 psi/ft gas yields:*
P @ ML = 6,332 - 0.15 x 4,819' = 5,609 psi
P @ surf = 6,332 - 0.15 x 9,900' = 4,847 psi

*The bottom hole pressure at 12,500' TVD is:*
P @ TD = 12,500' x 11.6ppg x 0.052 = 7,540 psi

*A column of 60% gas & 40% liquid back to surface gives:*
P @ surf = 7,540 - 0.6 x 12,500' x 0.15 psi/ft
- 0.4 x 12,500' x 11.8ppg x 0.052 = 3,347 psi

*Using 60% gas and 40% liquid from ML to surface, the mudline pressure is:*
P @ ML = 3,347 + 0.6 x 5,081' x 0.15 psi/ft
+ 0.4 x 5,081' x 11.8ppg x 0.052 = 5,051 psi

MASP for 18 Liner = 3,347 psi

---

**Test Pressure**

*MASP at the wellhead (based on the liner) + 500 psi is:*
P @ ML = 5,051 + 500 = 5,551 psi
*The maximum test pressure with 8.6 ppg mud is:*
P @ surf = 5,551 - 5,081' x 8.6 ppg x 0.052 = 3,279 psi
*At the casing shoe, external pressure is:*
Po @ shoe = 8,000' x 9.0 ppg x 0.052 = 3,744 psi
*The test pressure is limited to 70% of the 22" MIYP:*
P @ surf = 0.7 x 6,360 + 3,744 - 8,000' x 8.6ppg x 0.052 = 4,618 psi

*For the liner, MASP at the wellhead + 500 psi is:*
P @ ML = 5,051 + 500 = 5,551 psi
*The maximum test pressure with 10.6 ppg mud is:*
P @ surf = 5,551 - 5,081' x 10.6 ppg x 0.052 = 2,751 psi
*At the liner shoe, external pressure is:*
Po @ shoe = 9,300 x 9.0 ppg x 0.052 = 4,633 psi
*The test pressure is limited to 70% of the 18" MIYP:*
P @ surf = 0.7 x 6,680 + 4,633 - 9,300' x 10.6ppg x 0.052 = 3,852 psi
*Limiting the test pressure to 70% of the 22 Casing shoe at 7,600' yields:*
P @ surf = 0.7 x 6,360 - 7,600' x (10.6ppg - 9.0ppg) x 0.052 = 3,620 psi

The highest test pressure is 3,279 psi on 8.6 ppg mud, rounded up to 3,300 psi.

 **BP Gulf of Mexico - MMS APD Worksheet**

MC 252 #1 - Macondo Prospect
22 Casing
Page 2

## Minimum Design Factors
The burst design factor is calculated as follows:
*DF = MIYP / load, where the load is the differential pressure at either the top of the string or at the shoe*
At the mudline, the internal pressure is the MASP at the wellhead
 Internal pressure at 5,081' = 5,051 psi
 External pressure at 5,081' = 5,081' x 8.6 ppg x 0.052 = 2,272 psi
 DF = 7,950 / (5,051 - 2,272) = 2.86
At the 18 TOL, the internal pressure is the MASP at the wellhead + 2,519' of 60% gas and 40% mud
 Internal pressure at 7,600' = 5,051 psi + 2,519' x [0.4 x 11.8 ppg x 0.052 + 0.6 x 0.15 psi/ft] = 5,898 psi
 External pressure at 7,600' = 7,600' x 9.0 ppg x 0.052 = 3,557 psi
 DF = 6,360 / (5,898 - 3,557) = 2.72
At the x-over, the internal pressure is the MASP at the wellhead + 80' of 70% gas and 30% mud
 Internal pressure at 5,161' = 5,051 psi + 80' x [0.3 x 11.8 ppg x 0.052 + 0.7 x 0.15 psi/ft] = 5,074 psi
 External pressure at 5,161' = 5,161' x 9.0 ppg x 0.052 = 2,415 psi
 DF = 6,360 / (5,074 - 2,415) = 2.39
The minimum burst design factor = 2.39

The collapse design factor is calculated as follows:
*DF = Collapse Rating / load, where the load is defined by replacing the lightest internal mud weight with seawater down to the mudline*
At the mudline, the internal pressure is 5,081' of 8.6 ppg sea water
 Internal pressure at 5,081' = 5,081' x 8.6 ppg x 0.052 = 2,272 psi
 External pressure at 5,081' = 5,081' x 9.5 ppg x 0.052 = 2,510 psi
 The API collapse pressure is 2,510 - 2,272 x [1 - 2 / (22 / 1.25)] = 498 psi
 DF = 6,670 / 498 = 13.45
At the shoe, the internal pressure is 5,081' of 8.6 ppg sea water + 2,919' of 8.6 ppg mud
 Internal pressure at 8,000' = 5,081' x 8.6 ppg x 0.052 + 2,919 x 8.6 ppg x 0.052 = 3,578 psi
 External pressure at 8,000' = 8,000' x 9.5 ppg x 0.052 = 3,952 psi
 The API collapse pressure is 3,952 - 3,578 x [1 - 2 / (22 / 1)] = 700 psi
 DF = 3,870 / 700 = 5.53
At the x-over, the internal pressure is 5,081' of 8.6 ppg sea water + 80' of 8.6 ppg mud
 Internal pressure at 5,161' = 5,081' x 8.6 ppg x 0.052 + 80' x 8.6 ppg x 0.052 = 2,308 psi
 External pressure at 5,161' = 5,161' x 9.5 ppg x 0.052 = 2,550 psi
 The API collapse pressure is 2,550 - 2,308 x [1 - 2 / (22 / 1)] = 451 psi
 DF = 3,870 / 451 = 8.57
The minimum collapse design factor is 5.53

The tension design factor is calculated as follows:
*DF = Tension Rating / load, where the load is the hanging weight of the string in mud plus 100 kips overpull*
 This simplified tension uses the TVD hanging weight and a buoyancy factor of (65.5 - 9.5) / 65.5 = 0.855 for 9.5 ppg mud
 Tension = (8,000' - 5,161') x 224 ppf x 0.855 = 543.7 kips
 DF = 5,278.0 / (543.7 + 100 kips overpull) = 8.20
The tension design factor is 8.20

BP-HZN-SNR00000138

BP Gulf of Mexico - MMS APD Worksheet

### BP Gulf of Mexico - MMS APD Worksheet

MC 252 #1 - Macondo Prospect
18 Liner
Page 1

**MASP - Frac Gradient Method**
*The frac pressure at the 18 Liner shoe is:*
    P @ shoe = 9,900' x 12.3ppg x 0.052 = 6,332 psi

*A column of 0.15 psi/ft gas yields:*
    P @ ML = 6,332 - 0.15 x 4,819 = 5,609 psi
    P @ surf = 6,332 - 0.15 x 9,900 = 4,847 psi

**MASP - Bottom Hole Pressure Method**
*The bottom hole pressure at 12,500' TVD is:*
    P @ TD = 12,500 x 11.6ppg x 0.052 = 7,540 psi

*A column of 60% gas & 40% liquid back to surface gives:*
    P @ surf = 7,540 - 0.6 x 12,500 x 0.15 psi/ft
             - 0.4 x 12,500' x 11.8ppg x 0.052 = 3,347 psi

*Using 60% gas and 40% liquid from ML to surface, the mudline pressure is:*
    P @ ML = 3,347 + 0.6 x 5,081' x 0.15 psi/ft
           + 0.4 x 5,081' x 11.8ppg x 0.052 = 5,051 psi

**MASP (at surface)**
    MASP for 18 Liner = 3,347 psi
    Worst Case MASP = 3,347 psi, rounded up to 3,400 psi

**Test Pressure**
*MASP at the wellhead + 500 psi is:*
    P @ ML = 5,051 + 500 = 5,551 psi
*The maximum test pressure with 10.6 ppg mud is:*
    P @ surf = 5,551 - 5,081' x 10.6 ppg x 0.052 = 2,751 psi
*At the casing shoe, external pressure is:*
    Po @ shoe = 9,900' x 9.0 ppg x 0.052 = 4,633 psi
*The test pressure is limited to 70% of the 18" MIYP:*
    P @ surf = 0.7 x 6,680 + 4,633 - 9,900' x 10.6ppg x 0.052 = 3,852 psi
*The test pressure is also limited by the 22 Casing at 7,600'*
    P @ surf = 0.7 x 6,360 - 7,600' x (10.6ppg - 9.0ppg) x 0.052 = 3,820 psi

The highest test pressure is 2,751 psi on 10.6 ppg mud, rounded up to 2,800 psi.

BP-HZN-SNR00000139

BP Gulf of Mexico - MMS APD Worksheet

 **BP Gulf of Mexico - MMS APD Worksheet**

MC 252 #1 - Macondo Prospect
18 Liner
Page 2

**Minimum Design Factors**
The burst design factor is calculated as follows:
*DF = MIYP / load, where the load is the differential pressure at either the top of the string or at the shoe*
At the TOL, the internal pressure is the MASP at the wellhead + 2,519' of 60% gas / 40% mud
  Internal pressure at 7,600' = 5,051 psi + 2,519' x [0.4 x 11.8 ppg x 0.052 + 0.8 x 0.15 psi/ft] = 5,898 psi
  External pressure at 7,600' = 7,600' x 9.0 ppg x 0.052 = 3,557 psi
  DF = 8,680 / (5,898 - 3,557) = 2.86
At the shoe, the internal pressure is the MASP at the wellhead + 4,819' of 60% gas and 40% mud
  Internal pressure at 9,900' = 5,051 psi + 4,819' x [0.4 x 11.8 ppg x 0.052 + 0.6 x 0.15 psi/ft] = 6,668 psi
  External pressure at 9,900' = 9,900' x 9.0 ppg x 0.052 = 4,633 psi
  DF = 6,680 / (6,668 - 4,633) = 3.28
The minimum burst design factor = 2.86

The collapse design factor is calculated as follows:
*DF = Collapse Rating / load, where the load is defined by replacing the lightest internal mud weight with seawater down to the mudline*
At the TOL, the internal pressure is 5,081' of 8.6 ppg see water + 2,519' of 10.6 ppg mud
  Internal pressure at 7,600' = 5,081' x 8.6 ppg x 0.052 + 2,519' x 10.6 ppg x 0.052 = 3,661 psi
  External pressure at 7,600' = 7,600' x 10.6 ppg x 0.052 = 4,189 psi
  The API collapse pressure is 4,189 - 3,661 x [1 - 2 / (18 / 0.625)] = 783 psi
  DF = 2,110 / 783 = 2.70
At the shoe, the internal pressure is 5,081' of 8.6 ppg see water + 4,819' of 10.6 ppg mud
  Internal pressure at 9,900' = 5,081' x 8.6 ppg x 0.052 + 4,819' x 10.6 ppg x 0.052 = 4,928 psi
  External pressure at 9,900' = 9,900' x 10.6 ppg x 0.052 = 5,457 psi
  The API collapse pressure is 5,457 - 4,928 x [1 - 2 / (18 / 0.625)] = 871 psi
  DF = 2,110 / 871 = 2.42
The minimum collapse design factor = 2.42

The tension design factor is calculated as follows:
*DF = Tension Rating / load, where the load is the hanging weight of the string in mud plus 100 kips overpull*
  This simplified tension uses the TVD hanging weight and a buoyancy factor of (65.5 - 10.6) / 65.5 = 0.836 for 10.6 ppg mud
  Tension = (9,900' - 7,600') x 117 ppf x 0.836 = 225.6 kips
  DF = 2,331.0 / (225.6 + 100 kips overpull) = 7.16
The tension design factor is 7.16

BP-HZN-SNR00000140



## BP Gulf of Mexico - MMS APD Worksheet

MC 252 #1 - Macondo Prospect
16 Casing
Page 1

### MASP - Frac Gradient Method

*The frac pressure at the 16 Casing shoe is:*
P @ shoe = 12,500' x 13.6ppg x 0.052 = 8,840 psi

*A column of 0.15 psi/ft gas yields:*
P @ ML = 8,840 - 0.15 x 7,419 = 7,727 psi
P @ surf = 8,840 - 0.15 x 12,500' = 6,985 psi

*The frac pressure at the 13.625 shoe is:*
P @ shoe = 15,300' x 14.7ppg x 0.052 = 11,695 psi

*A column of 0.15 psi/ft gas yields:*
P @ ML = 11,695 - 0.15 x 10,219' = 10,162 psi
P @ surf = 11,695 - 0.15 x 15,300' = 9,400 psi

### MASP - Bottom Hole Pressure Method

*The bottom hole pressure at 15,300' TVD is:*
P @ TD = 15,300' x 12.9ppg x 0.052 = 10,263 psi

*A column of 50% gas & 50% liquid back to surface gives:*
P @ surf = 10,263 - 0.5 x 15,300' x 0.15 psi/ft
   - 0.5 x 15,300' x 13.1ppg x 0.052 = 3,905 psi

*Using 50% gas and 50% liquid from ML to surface, the mudline pressure is:*
P @ ML = 3,905 + 0.5 x 5,081' x 0.15 psi/ft
   + 0.5 x 5,081' x 13.1ppg x 0.052 = 5,016 psi

*The bottom hole pressure at 20,200' TVD is:*
P @ TD = 20,200' x 14.0ppg x 0.052 = 14,708 psi

*A column of 50% gas & 50% liquid back to surface gives:*
P @ surf = 14,708 - 0.5 x 20,200' x 0.15 psi/ft
   - 0.5 x 20,200' x 14.2ppg x 0.052 = 5,733 psi

*Using 50% gas and 50% liquid from ML to surface, the mudline pressure is:*
P @ ML = 5,733 + 0.5 x 5,081' x 0.15 psi/ft
   + 0.5 x 5,081' x 14.2ppg x 0.052 = 7,980 psi

### MASP (at surface)

MASP for 16 Casing = 3,905 psi
Worst Case MASP = 5,733 psi, rounded up to 5,800 psi

MASP for 13.625 Liner = 5,733 psi

### Test Pressure

*MASP at the wellhead (based on the liner) + 500 psi is:*
P @ ML = 7,980 + 500 = 8,490 psi
*The maximum test pressure with 11.8 ppg mud is:*
P @ surf = 8,490 - 5,081' x 11.8 ppg x 0.052 = 5,372 psi
*At the casing shoe, external pressure is:*
Po @ shoe = 12,500' x 9.0 ppg x 0.052 = 5,850 psi
*The test pressure is limited to 70% of the 16" MYP:*
P @ surf = 0.7 x 6,660 - 5,850 - 12,500' x 11.8ppg x 0.052 = 2,842 psi

*For the liner, MASP at the wellhead + 500 psi is:*
P @ ML = 7,980 + 500 = 8,490 psi
*The maximum test pressure with 13.1 ppg mud is:*
P @ surf = 8,490 - 5,081' x 13.1 ppg x 0.052 = 5,029 psi
*At the liner shoe, external pressure is:*
Po @ shoe = 15,300' x 9.0 ppg x 0.052 = 7,160 psi
*The test pressure is limited to 70% of the 13.625" MYP:*
P @ surf = 0.7 x 10,030 + 7,160 - 15,300' x 13.1ppg x 0.052 = 3,759 psi
*Limiting the test pressure to 70% of the 16 Casing MYP at 5,081' yields:*
P @ surf = 0.7 x 6,660 - 5,081' x (13.1ppg - 9.0ppg) x 0.052 = 3,579 psi

The highest test pressure is 3,579 psi on 13.1 ppg mud, rounded up to 3,600 psi.

BP-HZN-SNR00000141

 **BP Gulf of Mexico - MMS APD Worksheet**

MC 252 #1 - Macondo Prospect
16 Casing
Page 2

**Minimum Design Factors**
The burst design factor is calculated as follows:
DF = MIYP / load, where the load is the differential pressure at either the top of the string or at the shoe
At the mudline, the internal pressure is the MASP at the wellhead
   Internal pressure at 5,081' = 7,990 psi
   External pressure at 5,081' = 5.081' x 8.6 ppg x 0.052 = 2,272 psi
   DF = 6,660 / (7,990 - 2,272) = 1.16
At the 13,625 TOL, the internal pressure is the MASP at the wellhead + 7,119' of 50% gas and 50% mud
   Internal pressure at 12,200' = 7,990 psi + 7,119' x [0.5 x 14.2 ppg x 0.052 + 0.5 x 0.15 psi/ft] = 11,152 psi
   External pressure at 12,200' = 12,200' x 9.0 ppg x 0.052 = 5,710 psi
   DF = 6,660 / (11,152 - 5,710) = 1.22
The minimum burst design factor = 1.16

The collapse design factor is calculated as follows:
DF = Collapse Rating / load, where the load is defined by replacing the lightest internal mud weight with seawater down to the mudline
At the mudline, the internal pressure is 5,081' of 8.6 ppg sea water
   Internal pressure at 5,081' = 5.081' x 8.6 ppg x 0.052 = 2,272 psi
   External pressure at 5,081' = 5.081' x 11.8 ppg x 0.052 = 3,118 psi
   The API collapse pressure is 3,118 - 2,272 x [1 - 2 / (16 / 0.575)] = 1,009 psi
   DF = 2,340 / 1,009 = 2.32
At the shoe, the internal pressure is 5,081' of 8.6 ppg sea water + 7,419' of 11.8 ppg mud
   Internal pressure at 12,500' = 5.081' x 8.6 ppg x 0.052 + 7,419' x 11.8 ppg x 0.052 = 6,825 psi
   External pressure at 12,500' = 12,500' x 11.8 ppg x 0.052 = 7,670 psi
   The API collapse pressure is 7,670 - 6,825 x [1 - 2 / (16 / 0.575)] = 1,336 psi
   DF = 2,340 / 1,336 = 1.75
The minimum collapse design factor = 1.75

The tension design factor is calculated as follows:
DF = Tension Rating / load, where the load is the hanging weight of the string in mud plus 100 kips overpull
   This simplified tension uses the TVD hanging weight and a buoyancy factor of (65.5 - 11.8) / 65.5 = 0.820 for 11.8 ppg mud
   Tension = (12,500' - 5.081') x 97 ppf x 0.820 = 590.0 kips
   DF = 1,916.0 / (590.0 + 100 kips overpull) = 2.78
The tension design factor is 2.78

BP-HZN-SNR00000142



## BP Gulf of Mexico - MMS APD Worksheet

MC 252 #1 - Macondo Prospect
13.625 Liner
Page 1

**MASP - Frac Gradient Method**

*The frac pressure at the 13.625 Liner shoe is:*
    P @ shoe = 15,300' x 14.7ppg x 0.052 = 11,695 psi

*A column of 0.15 psi/ft gas yields:*
    P @ ML = 11,695 - 0.15 x 10,219' = 10,162 psi
    P @ surf = 11,695 - 0.15 x 15,300' = 9,400 psi

**MASP - Bottom Hole Pressure Method**

*The bottom hole pressure at 20,200' TVD is:*
    P @ TD = 20,200' x 14.0ppg x 0.052 = 14,706 psi

*A column of 50% gas & 50% liquid back to surface gives:*
    P @ surf = 14,706 - 0.5 x 20,200' x 0.15 psi/ft
        - 0.5 x 20,200' x 14.2ppg x 0.052 = 5,733 psi

*Using 50% gas and 50% liquid from ML to surface, the mudline pressure is:*
    P @ ML = 5,733 + 0.5 x 5,081' x 0.15 psi/ft
        + 0.5 x 5,081' x 14.2ppg x 0.052 = 7,980 psi

**MASP (at surface)**

    MASP for 13.625 Liner = 5,733 psi
    Worst Case MASP = 5,733 psi, rounded up to 5,800 psi

---

**Test Pressure**

*MASP at the wellhead + 500 psi is:*
    P @ ML = 7,980 + 500 = 8,480 psi
*The maximum test pressure with 13.1 ppg mud is:*
    P @ surf = 8,480 - 5,081' x 13.1 ppg x 0.052 = 5,029 psi
*At the casing shoe, external pressure is:*
    Po @ shoe = 15,300' x 9.0 ppg x 0.052 = 7,160 psi
*The test pressure is limited to 70% of the 13.625" MIYP:*
    P @ surf = 0.7 x 10,030 + 7,160 - 15,300' x 13.1ppg x 0.052 = 3,759 psi
*The test pressure is also limited by the 16 Casing at 12,200'*
    P @ surf = 0.7 x 6,680 - 12,200' x (13.1ppg - 9.0ppg) x 0.052 = 2,061 psi

The highest test pressure is 2,061 psi on 13.1 ppg mud, rounded up to 2,100 psi.

---

BP-HZN-SNR00000143

 **BP Gulf of Mexico - MMS APD Worksheet**

MC 252 #1 - Macondo Prospect
13.625  Liner
Page 2

**Minimum Design Factors**

The burst design factor is calculated as follows:

DF = MIYP / load, where the load is the differential pressure at either the top of the string or at the shoe

At the TOL, the internal pressure is the MASP at the wellhead + 7,119' of 50% gas / 50% mud

    Internal pressure at 12,200' = 7,990 psi + 7,119' x [0.5 x 14.2 ppg x 0.052 + 0.5 x 0.15 psi/ft] = 11,152 psi

    External pressure at 12,200' = 12,200' x 9.0 ppg x 0.052 = 5,710 psi

    DF = 10,030 / (11,152 - 5,710) = 1.84

At the shoe, the internal pressure is the MASP at the wellhead + 10,219' of 50% gas and 50% mud

    Internal pressure at 15,300' = 7,990 psi + 10,219' x [0.5 x 14.2 ppg x 0.052 + 0.5 x 0.15 psi/ft] = 12,529 psi

    External pressure at 15,300' = 15,300' x 9.0 ppg x 0.052 = 7,160 psi

    DF = 10,030 / (12,529 - 7,160) = 1.87

The minimum burst design factor = 1.84

The collapse design factor is calculated as follows:

DF = Collapse Rating / load, where the load is defined by replacing the lightest internal mud weight with seawater down to the mudline

At the TOL, the internal pressure is 5,081' of 8.6 ppg sea water + 7,119' of 13.1 ppg mud

    Internal pressure at 12,200' = 5,081' x 8.6 ppg x 0.052 + 7,119' x 13.1 ppg x 0.052 = 7,122 psi

    External pressure at 12,200' = 12,200' x 13.1 ppg x 0.052 = 8,311 psi

    The API collapse pressure is 8,311 - 7,122 x [1 - 2 / (13.625 / 0.625)] = 1,842 psi

    DF = 4,800 / 1,842 = 2.61

At the shoe, the internal pressure is 5,081' of 8.6 ppg sea water + 10,219' of 13.1 ppg mud

    Internal pressure at 15,300' = 5,081' x 8.6 ppg x 0.052 + 10,219' x 13.1 ppg x 0.052 = 9,233 psi

    External pressure at 15,300' = 15,300' x 13.1 ppg x 0.052 = 10,422 psi

    The API collapse pressure is 10,422 - 9,233 x [1 - 2 / (13.625 / 0.625)] = 2,036 psi

    DF = 4,800 / 2,036 = 2.36

The minimum collapse design factor = 2.36

The tension design factor is calculated as follows:

DF = Tension Rating / load, where the load is the hanging weight of the string in mud plus 100 kips overpull

    This simplified tension uses the TVD hanging weight and a buoyancy factor of (65.5 - 13.1) / 65.5 = 0.800 for 13.1 ppg mud

    Tension = (15,300' - 12,200') x 88.7 ppf x 0.800 = 220.0 kips

    DF = 2,393.0 / (220.0 + 100 kips overpull) = 7.48

The tension design factor is 7.48

BP-HZN-SNR00000144

**MC 252 #1 - Macondo Prospect**

**MMS APD Attachment - PP/MW/FG**



MC 252 #1
OCS-G-32306
Attachment 2

Mark Hafle
5/11/09

BP-HZN-SNR00000145

**MMS Application for Permit to Drill**

**Departures to Code of Federal Regulations** (23-Feb-03 Edition)

| | |
|---|---|
| 250.423 (b) | The conductor casing (28") will not be tested to 200 psi as the subsequent open hole section will be drilled riserless. |
| 250.433(b) | Partial closing of the diverter sealing element shall be considered to be an actuation test. Full closure actuation will be conducted in conjunction with regular scheduled BOP testing. The vent lines will not be flow tested and the system will not be pressure tested per the subject regulation. |
| 250.445(g) | A safety valve will not be on the rig floor for the casing being run unless the casing string length results in the casing being across the blind/shear rams prior to crossing over to the drill pipe running string. |
| 250.447(b) | The 14-day BOP pressure test is not required for blind shear rams. The blind shear rams and the wellhead connector will be tested to the casing pressure tests as specified in the APD during casing tests such that code requirement of 250.449(e) is met. |
| 250.447(c) | The BOP's will be pressure tested every 14 days. The BOP test before drilling out each casing string and/or liner shall not be expressly required, except that the 14-day pressure test must be valid. This applies to the following casing strings: |

> 18" Liner
> 16"
> 13 5/8" Liner
> contingency liners

| | |
|---|---|
| 250.448 (b & c) | The subsea BOPs will *not* be pressure tested to 15K psi rated working pressure, and the annular will *not be* tested to 70% of its rated working pressure, on the test stump, or after installation. We propose that the single ram type BOPs shall be stump-tested to 10,000 psi and the annular-type BOPs shall be stump-tested to 5,000 psi. Thereafter, test pressures will be per the APD. |
| | The blind/shear rams will not be pressure tested to their rated working pressure upon installation or during subsequent tests. The blind/shear rams will be tested to the casing test pressures as specified in the APD. |
| | The upper inner and outer annular bleed valves will *not* be pressure tested to their rated working pressure. A pressure test of the upper inner and outer bleed valves will be performed against the annular BOP to the annular test pressure specified in the APD. |

MC 252 #1                                                                                          Mark Hafle
OCS-G-32306                                                                                        5/11/09
Attachment 5

BP-HZN-SNR00000146

250.449 (f)       Request not to test on 6⅝" casing landing string during BOP tests.  During drilling operations 6⅝" drill pipe will be used above the BOP stack (it will never go into or below the BOP stack).  The remainder of the string will be made up of 5½" drill pipe.(From the BOP stack down).  However to land the heavy 22" and 16" casing stings, a 6⅝" drill pipe landing string will be used.  Once the casing is landed and cemented, the 6⅝" drill pipe will be across the BOP stack (for approximately 12 hours).  There will be no drilling ahead with the 6⅝" drill pipe in or below the BOP stack.  Both 5½" drill pipe and 6⅝" drill pipe will be tested during the stump test, prior to running the BOP stack.

250.449 (f)       Variable bore-pipe rams will be pressure tested against largest and smallest sizes of pipe that will be across the stack, excluding drill collars, HWDP, and bottom-hole tools.

                           The annular BOP will only be tested to the smallest OD drill pipe when a tapered string is in use.

250.449(h)       Request to delay or omit 7-day function test of Blind/Shear and casing shear rams, when function test is due and the drill string is across the stack.  The maximum time between function tests shall not exceed 14 days, unless authorized by the MMS district office on a case by case basis.

250.461 (a)(2)    In the event a directional MWD is run, a multi-shot (or single-shot) survey shall not be required at casing points or TD.

Mark Hafle
5/11/09

BP-HZN-SNR00000147

MC 252 #001 is a straight hole.

BP-HZN-SNR00000148



BP-HZN-SNR00000149

Mooring approval for BP at MC 252 - Marianas                                  Page 1 of 1

**Douglas, Scherie D**

| | |
|---|---|
| **From:** | Labiche, Lance [Lance.Labiche@mms.gov] |
| **Sent:** | Wednesday, May 13, 2009 9:07 AM |
| **To:** | Douglas, Scherie D |
| **Cc:** | Powers, Jane; Patton, Frank; Trocquet, David; Labiche, Lance |
| **Subject:** | Mooring approval for BP at MC 252 - Marianas |

Scherie,
We have reviewed the mooring application submitted for the *Transocean Marianas* at Mississippi Canyon Block
252. MMS will allow the *Transocean Marianas* to be on the MC 252 location through August 15, 2009, with the
mooring system proposed in Intermoor's mooring report dated April 29, 2009 and Delmar's mooring risk
assessment dated April 29, 2009 (#4128-RA-0). This approval is conditional on the following:

- All of the mooring components have current inspection records and there are no documented
  defects/damages to any of the equipment.
- Anchors will be installed according to the installation plan.
- BP will contact the MMS New Orleans Drilling engineer (Frank Patton) on August 1, 2009, to discuss the
  progress of the well and the projected schedule. If, at the time of this progress report, it looks as though
  you will not meet the August 15, 2009 move-off date, you will be directed to secure the well and move off
  location. You will also provide to him how long it will take to secure the well and move off location, including
  the name of the vessels that will be conducting this work. [Note: If BP believes that there is not a sufficient
  weather window to safely move the rig off of this location and on to the next location, you should provide
  sufficient information to the MMS New Orleans Drilling Engineer and discuss this with him. MMS does not
  want a moored rig without all of its mooring system to be on location during a tropical storm event.]
- A detailed configuration listing all of the mooring equipment as installed in the mooring lines must be
  submitted to either Lance Labiche or Jane Powers once the rig is moored on location.
- If the mooring system sustains any damage during the 2009 hurricane season you must recover the
  damaged components and conduct a detailed investigation to determine the failure mechanism/mode of
  the damaged components.
- Please attach this email along with the report and risk assessment to your Ewell submittal.

Thanks,

*Lance Labiche*
*Petroleum Engineer*
*MMS, Office of Safety Management*
*Phone: (504)736-2433*
*lance.labiche@mms.gov*

**BP-HZN-SNR00000150**