U.S. Department of the Interior
Minerals Management Service (MMS)

OMB Control Number 1010-0141
OMB Approval Expires 08/31/2008

## Form MMS 123A/123S - Electronic Version
## Application for Revised New Well

Lease   G32306   Area/Block   MC 252   Well Name   001   ST 00   BP 00   Well Type   Exploration

Application Status   Approved   Operator   02481   BP Exploration & Production Inc.

**Correction Narrative**   01-12-09 - Revision to use the Deepwater Horizon to finish drilling operations (Marianas sent to shipyard for repairs, no longer under BP contract).

Revised attachments include:
1) Horizon BOP schematic
2) Wellbore schematic with revised RKB
3) Revised Departure List (removed departure for 250.449 (f)
4) Revised Pore Pressure Plot with Horizon RKB

The casing information has been upated to reflect actual setting depths, mudweights, etc.

Attachments referring to the Marianas BOPs and mooring have been removed.

---

10-29-09 - Revised to show shallow setting depth and revised cement volume for the 18" casing.

---

Revision I: 10-15-09
This RPD is to request approval to replace the upper annular element from the originally approved standard element rated to 10k on 5-1/2" pipe to a 6-5/8" element which is rated to 7.5k on 5-1/2" and 10k on 6-5/8".

Please see the attached chart which shows the rating of each element. Our max annular tests per the approved APD will be 5k both on the stump test and down hole.

4008

Exhibit No. _____
Worldwide Court
Reporters, Inc.

Exhibit 8

BP-HZN-SNR00000770

U.S. Department of the Interior
Minerals Management Service (MMS)

OMB Control Number 1010-0141
OMB Approval Expires 08/31/2008

## Form MMS 123A/123S - Electronic Version

## Application for Revised New Well

Lease  G32306    Area/Block  MC 252    Well Name  001    ST 00    BP 00    Well Type  Exploration

Application Status  Approved    Operator  02481    BP Exploration & Production Inc.

## General Well Information

| API Number  608174116900 | Approval Date  01/14/2010 | Approved By  Frank Patton |
|---|---|---|
| Date of Request  01/12/2010 | Req Spud Date  08/15/2009 | Kickoff Point  N/A |
| Water Depth (ft.)  4992 | Drive Size (in)  36 | Mineral Code  Hydrocarbon |
| RKB Elevation  75 | Drive Depth (ft.)  5361 | Subsea BOP  Yes |
| Verbal Approval Date | Verbal Approval By | |

## Proposed Well Location

### Surface Location

| LEASE (OCS) G32306 | Area/Block  MC 252 | Authority  Federal Lease |
|---|---|---|
| Entered NAD 27 Data | Calculated NAD 27 Departures | Calculated NAD 27 X-Y Coordinates |
| Lat:  28.73836889 | N  6857 | X  1202802.892336 |
| Lon:  -88.36583389 | E  1037 | Y  10431702.916855 |
| Surface Plan | Plan Lease (OCS)  G32306    Area/Block    MC 252 | |

### Bottom Location

| LEASE (OCS)  G32306 | Area/Block  MC 252 | |
|---|---|---|
| Entered NAD 27 Data | Calculated NAD 27 Departures | Calculated NAD 27 X-Y Coordinates |
| Lat:  28.73836889 | N  6857 | X  1202802.892336 |
| Lon:  -88.36583389 | E  1037 | Y  10431702.916855 |
| Bottom Plan | Plan Lease (OCS)  G32306    Area/Block    MC 252 | |

Approval Comments    All conditions/cautions of approval for the original APD remain in effect.

Electronically generated on    01/14/2010

Page  2    of  8

BP-HZN-SNR00000771



U.S. Department of the Interior
Minerals Management Service (MMS)

OMB Control Number 1010-0141
OMB Approval Expires 06/31/2008

## Form MMS 123A/123S - Electronic Version
## Application for Revised New Well

Lease   G32306   Area/Block   MC 252   Well Name   001   ST 00   BP 00   Well Type   Exploration
Application Status   Approved   Operator   02481   BP Exploration & Production Inc.

## Geologic Information

| H2S Designation  Absent | H2S TVD |
| --- | --- |

| Anticipated Geologic Markers | |
| --- | --- |
| **Name** | **Top MD** |
| Reticulofenestra pseudoumbilicus | 7060 |
| Catinaster mexicanus | 9100 |
| Catinaster coalitus | 13145 |
| Discoaster kugleri | 14153 |
| Cyclicargolithus floridanus | 17481 |
| Globorotalia peripheroronda | 18400 |
| Sphenolithus heteromorphus | 19120 |
| Discoaster petaliformis | 19594 |

## Rig Information

| RIG SPECIFICATIONS | | ANCHORS | No |
| --- | --- | --- | --- |
| Rig Name | T.O. DEEPWATER HORIZON | | |
| Type | SEMISUBMERSIBLE | ID Number | 46428 |
| Function | DRILLING | Constucted Year | 2001 |
| Shipyard | HYUNDAI | Refurbished Year | |
| **RATED DEPTHS** | | | |
| Water Depth | 10000 | Drill Depth | 35000 |
| **CERTIFICATES** | | | |
| ABS/DNV | 02/28/2011 | Coast Guard | 07/27/2011 |
| **SAFE WELDING AREA** | | | |
| Approval Date | 09/28/2001 | District | 1 |
| **Remarks** | | | |

BP-HZN-SNR00000772

U.S. Department of the Interior
Minerals Management Service (MMS)

OMB Control Number 1010-0141
OMB Approval Expires 06/31/2006

### Form MMS 123A/123S - Electronic Version
## Application for Revised New Well

**Lease** G32306   **Area/Block** MC 252   **Well Name** 001   **ST** 00   **BP** 00   **Well Type** Exploration

**Application Status** Approved   **Operator** 02481   BP Exploration & Production Inc.

| Number | Question | Response | Response Text |
|---|---|---|---|
| 1 | Will you maintain quantities of mud and mud material (including weight materials and additives) sufficient to raise the entire system mud weight 1/2 | YES | |
| 2 | If hydrocarbon-based drilling fluids were used, is the drilling rig outfitted for zero discharge and will zero discharge procedures be followed? | N/A | |
| 3 | If drilling the shallow casings strings riserless, will you maintain kill weight mud on the rig and monitor the wellbore with an ROV to ensure that it i | YES | |
| 4 | If requesting a waiver of the conductor casing, have you submitted a log to MMS G&G that is with in 500 feet of the proposed bottom hole location for th | N/A | |
| | Will the proposed operation be covered by an EPA Discharge Permit? (please provide permit number in comments for this question) | YES | NOI has been submitted but permit number has not yet been assigned. |
| 6 | Will all wells in the well bay and related production equipment be shut-in when moving on to or off of an offshore platform, or from well to well on the plat | N/A | |

BP-HZN-SNR00000773

U.S. Department of the Interior
Minerals Management Service (MMS)

OMB Control Number 1010-0141
OMB Approval Expires 08/31/2008

**Form MMS 123A/123S - Electronic Version**
## Application for Revised New Well

Lease   G32306      Area/Block   MC 252      Well Name   001      ST 00    BP 00   Well Type   Exploration

Application Status   Approved           Operator      02481      BP Exploration & Production Inc.

## Permit Attachments

| File Type | File Description | Status |
|---|---|---|

**Required Attachments**

| | | |
|---|---|---|
| pdf | Drilling prognosis and summary of drilling, cementing, and mud processes | Attached |
| pdf | Directional Program | Attached |
| pdf | Proposed Well Location Plat | Attached |
| pdf | BOP & Diverter Schematics with Operating Procedures | Attached |
| pdf | Pore pressure (PP), Mud Weight (MW), and Fracture Gradient (FG) Plot | Attached |
| pdf | Proposed Wellbore Schematic | Attached |
| pdf | Engineering Calculation | Attached |

**Optional/Supplemental Attachments**

| | | |
|---|---|---|
| pdf | Departure List | Attached |
| PDF | Application for Permit to Drill | Attached |

## Contacts Information

| Name | Scherie Douglas | |
|---|---|---|
| Company | 02481 | BP Exploration & Production Inc. |
| Phone Number | 281-366-6843 | |
| E-mail Address | scherie.douglas@bp.com | |
| Contact Description | Regulatory | |
| Name | Heather Powell | |
| Company | 02481 | BP Exploration & Production Inc. |
| Phone Number | 281-504-0984 | |
| E-mail Address | heather.powell@bp.com | |
| Contact Description | Regulatory | |

BP-HZN-SNR00000774

U.S. Department of the Interior
Minerals Management Service (MMS)

OMB Control Number 1010-0141
OMB Approval Expires 08/31/2008

**Form MMS 123A/123S - Electronic Version**

## Application for Revised New Well

Lease  G32306     Area/Block  MC 252     Well Name   001      ST  00     BP  00   Well Type  Exploration
Application Status  Approved          Operator     02481       BP Exploration & Production Inc.

## Well Design Information

| Interval Number 1 | | Type  Casing | | | Name  Conductor | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Section Number | Casing Size (in) | Casing Weight (lb/ft) | Casing Grade | Burst Rating | Collapse Rating (psi) | Depth (ft) MD | TVD | Pore Pressure (ppg) | |
| 1 | 28.000 | 218.0 | X-52 | 2437 | 952 | 6217 | 6217 | 8.6 | |

| GENERAL INFORMATION | | PREVENTER INFORMATION | | TEST INFORMATION | |
|---|---|---|---|---|---|
| Hole Size (in) | 32.500 | Type | No Preventers | Annular Test (psi) | 0 |
| Mud Weight (ppg) | 8.6 | Size (in) | N/A | BOP/Diverter Test (psi) | 0 |
| Mud Type Code | Gelled Sea Water | Wellhead Rating (psi) | 0 | Test Fluid Weight (ppg) | 0.0 |
| Fracture Gradient (ppg) | 9.6 | Annular Rating (psi) | 0 | Casing/Liner Test (psi) | 0 |
| Liner Top Depth (ft) | | BOP/Diverter Rating (psi) | 0 | Formation Test (ppg) | 0.0 |
| Cement Volume (cu ft) | 4636 | | | | |

| Interval Number 2 | | Type  Casing | | | Name  Surface | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Section Number | Casing Size (in) | Casing Weight (lb/ft) | Casing Grade | Burst Rating | Collapse Rating (psi) | Depth (ft) MD | TVD | Pore Pressure (ppg) | |
| 1 | 22.000 | 277.0 | X-80 | 7955 | 6670 | 5227 | 5227 | 8.6 | |
| | 22.000 | 224.0 | X-80 | 6363 | 3876 | 7937 | 7937 | 9.3 | |

| GENERAL INFORMATION | | PREVENTER INFORMATION | | TEST INFORMATION | |
|---|---|---|---|---|---|
| Hole Size (in) | 26.000 | Type | Blowout | Annular Test (psi) | 5000 |
| Mud Weight (ppg) | 9.5 | Size (in) | 18.75 | BOP/Diverter Test (psi) | 6500 |
| Mud Type Code | Water Base | Wellhead Rating (psi) | 15000 | Test Fluid Weight (ppg) | 8.6 |
| Fracture Gradient (ppg) | 10.5 | Annular Rating (psi) | 10000 | Casing/Liner Test (psi) | 3400 |
| Liner Top Depth (ft) | | BOP/Diverter Rating (psi) | 15000 | Formation Test (ppg) | 10.5 |
| Cement Volume (cu ft) | 6301 | | | | |

BP-HZN-SNR00000775

U.S. Department of the Interior
Minerals Management Service (MMS)

OMB Control Number 1010-0141
OMB Approval Expires 08/31/2008



**Form MMS 123A/123S - Electronic Version**

## Application for Revised New Well

Lease   G32306   Area/Block   MC 252   Well Name   001   ST 00   BP 00   Well Type   Exploration

Application Status   Approved          Operator   02481   BP Exploration & Production Inc.

---

**Interval Number 3**          Type   Liner                    Name   Intermediate

| Section Number | Casing Size (in) | Casing Weight (lb/ft) | Casing Grade | Burst Rating | Collapse Rating (psi) | Depth (ft) MD | TVD | Pore Pressure (ppg) |
|---|---|---|---|---|---|---|---|---|
| 1 | 16.000 | 117.0 | P-110 | 6680 | 2110 | 8969 | 8969 | 10.0 |

**GENERAL INFORMATION**

| | | |
|---|---|---|
| Hole Size (in) | 22.000 | |
| Mud Weight (ppg) | 10.2 | |
| Mud Type Code | Synthetic Base | |
| Fracture Gradient (ppg) | 12.1 | |
| Liner Top Depth (ft) | 7469.0 | |
| Cement Volume (cu ft) | 993 | |

**PREVENTER INFORMATION**

| | |
|---|---|
| Type | Blowout |
| Size (in) | 18.75 |
| Wellhead Rating (psi) | 15000 |
| Annular Rating (psi) | 10000 |
| BOP/Diverter Rating (psi) | 15000 |

**TEST INFORMATION**

| | |
|---|---|
| Annular Test (psi) | 5000 |
| BOP/Diverter Test (psi) | 6500 |
| Test Fluid Weight (ppg) | 10.2 |
| Casing/Liner Test (psi) | 3000 |
| Formation Test (ppg) | 12.1 |

---

**Interval Number 4**          Type   Casing                   Name   Intermediate

| Section Number | Casing Size (in) | Casing Weight (lb/ft) | Casing Grade | Burst Rating | Collapse Rating (psi) | Depth (ft) MD | TVD | Pore Pressure (ppg) |
|---|---|---|---|---|---|---|---|---|
| 1 | 16.000 | 97.0 | P-110 | 6920 | 2340 | 12500 | 12500 | 11.4 |

**GENERAL INFORMATION**

| | | |
|---|---|---|
| Hole Size (in) | 20.000 | |
| Mud Weight (ppg) | 11.6 | |
| Mud Type Code | Synthetic Base | |
| Fracture Gradient (ppg) | 13.6 | |
| Liner Top Depth (ft) | | |
| Cement Volume (cu ft) | 930 | |

**PREVENTER INFORMATION**

| | |
|---|---|
| Type | Blowout |
| Size (in) | 18.75 |
| Wellhead Rating (psi) | 15000 |
| Annular Rating (psi) | 10000 |
| BOP/Diverter Rating (psi) | 15000 |

**TEST INFORMATION**

| | |
|---|---|
| Annular Test (psi) | 5000 |
| BOP/Diverter Test (psi) | 6500 |
| Test Fluid Weight (ppg) | 11.6 |
| Casing/Liner Test (psi) | 3300 |
| Formation Test (ppg) | 13.6 |

---

**Interval Number 5**          Type   Liner                    Name   Intermediate

| Section Number | Casing Size (in) | Casing Weight (lb/ft) | Casing Grade | Burst Rating | Collapse Rating (psi) | Depth (ft) MD | TVD | Pore Pressure (ppg) |
|---|---|---|---|---|---|---|---|---|
| 1 | 13.625 | 88.2 | Q-125 | 10030 | 4800 | 15300 | 15300 | 12.9 |

**GENERAL INFORMATION**

| | | |
|---|---|---|
| Hole Size (in) | 16.000 | |
| Mud Weight (ppg) | 13.1 | |
| Mud Type Code | Synthetic Base | |
| Fracture Gradient (ppg) | 14.7 | |
| Liner Top Depth (ft) | 12200.0 | |
| Cement Volume (cu ft) | 410 | |

**PREVENTER INFORMATION**

| | |
|---|---|
| Type | Blowout |
| Size (in) | 18.75 |
| Wellhead Rating (psi) | 15000 |
| Annular Rating (psi) | 10000 |
| BOP/Diverter Rating (psi) | 15000 |

**TEST INFORMATION**

| | |
|---|---|
| Annular Test (psi) | 5000 |
| BOP/Diverter Test (psi) | 6500 |
| Test Fluid Weight (ppg) | 13.1 |
| Casing/Liner Test (psi) | 2000 |
| Formation Test (ppg) | 14.7 |

---

BP-HZN-SNR00000776

U.S. Department of the Interior
Minerals Management Service (MMS)

OMB Control Number 1010-0141
OMB Approval Expires 06/31/2008

## Form MMS 123A/123S - Electronic Version
## Application for Revised New Well

Lease G32306　　Area/Block MC 252　　Well Name 001　　ST 00　　BP 00　 Well Type Exploration

Application Status Approved　　　　Operator 02481　　BP Exploration & Production Inc.

| Interval Number 6 | | Type | Open Hole | | | Name | Open Hole | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Section Number | Casing Size (in) | Casing Weight (lb/ft) | Casing Grade | Burst Rating | Collapse Rating (psi) | | Depth (ft) MD | TVD | | Pore Pressure (ppg) |
| 1 | | | | | | | 20200 | 20200 | | 14.0 |

| GENERAL INFORMATION | | PREVENTER INFORMATION | | TEST INFORMATION | |
|---|---|---|---|---|---|
| Hole Size (in) | 14.000 | Type | Blowout | Annular Test (psi) | 5000 |
| Mud Weight (ppg) | 14.2 | Size (in) | 18.75 | BOP/Diverter Test (psi) | 6500 |
| Mud Type Code | Synthetic Base | Wellhead Rating (psi) | 15000 | Test Fluid Weight (ppg) | 0.0 |
| Fracture Gradient (ppg) | 16.1 | Annular Rating (psi) | 10000 | Casing/Liner Test (psi) | 0 |
| Liner Top Depth (ft) | | BOP/Diverter Rating (psi) | 15000 | Formation Test (ppg) | 0.0 |
| Cement Volume (cu ft) | | | | | |

PERWORK REDUCTION ACT OF 1995 (PRA) STATEMENT: The PRA (44 U.S.C. 3501 et seq. Requires us to inform you
at we collect this information to obtain knowledge of equipment and procedures to be used in drilling operations. MMS uses
the information to evaluate and approve or disapprove the adequacy of the equipment and/or procedures to safely perform the
proposed drilling operation. Responses are mandatory (43 U.S.C. 1334). Proprietary data are covered under 30 CFR 250.196.
An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it
displays a currently valid OMB Control Number. Public reporting burden for this form is estimated to average 27 hours per
response, including the time for reviewing instructions, gathering and maintaining data, and completing and reviewing the form.
Direct comments regarding the burden estimate or any other aspect of this form for the Information Collection Clearance Officer,
Mail Stop 4230, Minerals Management Service, 1849

BP-HZN-SNR00000777



MC 252 #1
OCS-G-32306
Attachment 3

Brian Morel
1/12/10

BP-HZN-SNR00000778

## MC 252 #1 - Macondo Prospect

### MMS APD Attachment - PP/MW/FG



MC 252 #1
OCS-G-32306
Attachment 2

Brian Morel
1/12/10

BP-HZN-SNR00000779

**MMS Application for Permit to Drill**

## Departures to Code of Federal Regulations (23-Feb-03 Edition)

250.423 (b)
The conductor casing (28") will not be tested to 200 psi as the subsequent open hole section will be drilled riserless.

250.433(b)
Partial closing of the diverter sealing element shall be considered to be an actuation test. Full closure actuation will be conducted in conjunction with regular scheduled BOP testing. The vent lines will not be flow tested and the system will not be pressure tested per the subject regulation.

250.445(g)
A safety valve will not be on the rig floor for the casing being run unless the casing string length results in the casing being across the blind/shear rams prior to crossing over to the drill pipe running string.

250.447(b)
The 14-day BOP pressure test is not required for blind shear rams. The blind shear rams and the wellhead connector will be tested to the casing pressure tests as specified in the APD during casing tests such that code requirement of 250.449(e) is met.

250.447(c)
The BOP's will be pressure tested every 14 days. The BOP test before drilling out each casing string and/or liner shall not be expressly required, except that the 14-day pressure test must be valid. This applies to the following casing strings:

  ➢ 18" Liner
  ➢ 16"
  ➢ 13 5/8" Liner
  ➢ contingency liners

250.448 (b & c)
The subsea BOPs will *not* be pressure tested to 15K psi rated working pressure, and the annular will *not* be tested to 70% of its rated working pressure, on the test stump, or after installation. We propose that the single ram type BOPs shall be stump-tested to 10,000 psi and the annular-type BOPs shall be stump-tested to 5,000 psi. Thereafter, test pressures will be per the APD.

The blind/shear rams will not be pressure tested to their rated working pressure upon installation or during subsequent tests. The blind/shear rams will be tested to the casing test pressures as specified in the APD.

The upper inner and outer annular bleed valves will *not* be pressure tested to their rated working pressure. A pressure test of the upper inner and outer bleed valves will be performed against the annular BOP to the annular test pressure specified in the APD.

MC 252 #1
OCS-G-32306
Attachment 5

Mark Hafle
5/11/09

BP-HZN-SNR00000780

250.449 (f)          Variable bore-pipe rams will be pressure tested against largest and smallest sizes of pipe that will be across the stack, excluding drill collars, HWDP, and bottom-hole tools.

                     The annular BOP will only be tested to the smallest OD drill pipe when a tapered string is in use.

250.449(h)           Request to delay or omit 7-day function test of Blind/Shear and casing shear rams, when function test is due and the drill string is across the stack.  The maximum time between function tests shall not exceed 14 days, unless authorized by the MMS district office on a case by case basis.

250.461 (a)(2)       In the event a directional MWD is run, a multi-shot (or single-shot) survey shall not be required at casing points or TD.

MC 252 #1                                                                                    Mark Hafle
OCS-G-32306                                                                                   5/11/09
Attachment 5

BP-HZN-SNR00000781



Brian Morel
01/12/10

BP-HZN-SNR00000782