

BRS Beck Redden & Secrest
A Registered Limited Liability Partnership

August 10, 2010

Re: Indemnity Demand Regarding Deepwater Horizon Incident and Its Aftermath

Transocean Ltd. and all Subsidiaries and Affiliates ("Transocean")      (*via USPS and email*)
c/o Steven L. Roberts, Esq.
Acting Co-General Counsel, Horizon Event
Transocean Holdings, LLC
4 Greenway Plaza
Houston, Texas 77046

Dear Mr. Roberts:

Pursuant to Section 18 of the contract for equipment installed on the Deepwater Horizon ("the Contract") between Cameron and R&B Falcon Drilling, the predecessor in interest to Transocean, and paragraph 15 of the Master Service Agreement between Transocean and Cameron ("the MSA"), Cameron International Corporation hereby makes demand on Transocean to indemnify, hold harmless, and defend Cameron from and against any and all claims, demands or causes of action of every kind and character, brought by any person or party, for "injury to, illness or death of any member" of the "Purchaser Group", for "pollution, loss of hydrocarbons, damage to reservoirs, loss of hole or other damages associated with blowout or loss of well control", and, if any are made, for "Purchaser Group" property damage arising out of or related to the Deepwater Horizon incident and its aftermath.

This demand includes the demand that Transocean reimburse Cameron for all its expenses incurred and to be incurred in defending against all such claims and suits. To date, Cameron's costs of defending claims and suits subject to this indemnity obligation exceed $2.5 million, demand for which is hereby now made.

Please confirm as soon as practicable that Transocean will honor these demands made under and pursuant to the terms of the Contract and MSA.

Very truly yours,

*[signature]*

David J. Beck

DJB/rct

David J. Beck
dbeck@brsfirm.com
One Houston Center
1221 McKinney Street, Suite 4500 • Houston, Texas 77010
Telephone 713.951.3700 • Facsimile 713.951.3720
www.brsfirm.com

383.00017/461182.v12

Exhibit 10