

STEVEN L ROBERTS
ACTING CO-GENERAL COUNSEL

TRANSOCEAN DEEPWATER DRILLING INC
4 GREENWAY PLAZA (77046)
POST OFFICE BOX 2765
HOUSTON, TEXAS 77252-2765
TEL +1-713-232-7447
FAX +1-713-232-7600

August 19, 2010

James Lucari
Managing Attorney
BP America, Inc.
4101 Winfield Road
Warrenville, IL 60555

James Neath
Associate General Counsel
BP America, Inc.
550 Westlake Park Blvd.
Houston, Texas 77079

Re: Indemnity Demand by Cameron International Corp.

Dear Messrs. Lucari and Neath:

    Attached is a demand for indemnity made on Transocean by Cameron International Corp. ("Cameron") in connection with claims asserted by Cameron as a result of the *Deepwater Horizon* casualty.

    We direct your attention to sections 24.2 and 25.1 of the Drilling Contract for the *Deepwater Horizon* between Transocean Holdings, Inc. as successor to R & B Falcon Drilling Co., and BP Production America, Inc. as successor to Vastar Resources, Inc. In particular, section 24.2 requires BP to take "full responsibility for and" to "protect, . . ., defend, and hold" Transocean "harmless from and against any . . . claim . . . for pollution." Furthermore, section 25.1 provides that the required undertaking of "full responsibility," protection, defense, and hold harmless of section 24.2 includes "any and all claims" and "demands . . . without limit," "and without regard to whether the claim against [TO] is the result of an indemnification agreement with a third party."

    The Cameron demand for indemnity by Transocean for pollution-related indemnity is, therefore, a claim expressly covered by section 24.2, as amplified by section 25.1. Transocean therefore, demands that BP "protect . . . and hold harmless" Transocean from the Cameron

9433077.1

Exhibit 11

August 18, 2010
Page 2 of 2

demand by taking full responsibility for all costs and liability incurred by Cameron in connection with pollution claims against Cameron arising from the *Deepwater Horizon* casualty.

Sincerely,

Steven L. Roberts
Acting Co-General Counsel
Transocean Deepwater Drilling, Inc.

SLR/cds
Enclosure

9433077.1


Beck Redden & Secrest

August 10, 2010

Re: Indemnity Demand Regarding Deepwater Horizon Incident and Its Aftermath

Transocean Ltd. and all Subsidiaries and Affiliates ("Transocean")   (*via USPS and email*)
c/o Steven L. Roberts, Esq.
Acting Co-General Counsel, Horizon Event
Transocean Holdings, LLC
4 Greenway Plaza
Houston, Texas 77046

Dear Mr. Roberts:

Pursuant to Section 18 of the contract for equipment installed on the Deepwater Horizon ("the Contract") between Cameron and R&B Falcon Drilling, the predecessor in interest to Transocean, and paragraph 15 of the Master Service Agreement between Transocean and Cameron ("the MSA"), Cameron International Corporation hereby makes demand on Transocean to indemnify, hold harmless, and defend Cameron from and against any and all claims, demands or causes of action of every kind and character, brought by any person or party, for "injury to, illness or death of any member" of the "Purchaser Group", for "pollution, loss of hydrocarbons, damage to reservoirs, loss of hole or other damages associated with blowout or loss of well control", and, if any are made, for "Purchaser Group" property damage arising out of or related to the Deepwater Horizon incident and its aftermath.

This demand includes the demand that Transocean reimburse Cameron for all its expenses incurred and to be incurred in defending against all such claims and suits. To date, Cameron's costs of defending claims and suits subject to this indemnity obligation exceed $2.5 million, demand for which is hereby now made.

Please confirm as soon as practicable that Transocean will honor these demands made under and pursuant to the terms of the Contract and MSA.

Very truly yours,

David J. Beck

DJB/rct

David J. Beck
dbeck@brsfirm.com
One Houston Center
1221 McKinney Street, Suite 4500 • Houston, Texas 77010
Telephone 713.951.3700 • Facsimile 713.951.3720
www.brsfirm.com

383.00017/461182.v12