

STEVEN L. ROBERTS
DIRECT LINE: 713.470.6192
E-mail: steven.roberts@sutherland.com

January 7, 2011

Beck, Redden & Secrest
Attn: David J. Beck
1221 McKinney Street, Suite 4500
Houston, TX 77010

Re:   *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*; MDL Docket No. 2179
Claims of Transocean Employees Against Certain Third Parties

Dear Mr. Beck:

This confirms that Transocean Deepwater Drilling, Inc. ("Transocean") will undertake the defense and indemnity of Cameron Division and Cameron Controls Division, Cooper Cameron Corporation and Cooper Cameron (collectively, "Cameron") pursuant to the terms of the Master Service Agreement and Terms And Conditions in the captioned matter for any claim brought against it by any Transocean employee arising out of the referenced matter as follows:

1. The defense and indemnity is limited to the personal injury and death claims brought by Transocean employees that were aboard the *Deepwater Horizon* on April 20, 2010, each of whom are identified in Exhibit "A" hereto, against Cameron (the "Claims");

2. The purpose of this Agreement is to set forth an orderly procedure for Transocean to resolve the claims brought by its employees against certain third parties. No party to this Agreement admits any liability to any party, including but not limited to any Transocean employee;

Exhibit 12

Mr. David Beck
January 7, 2011
Page 2

3. Transocean unconditionally agrees to settle or pay any judgment entered against Cameron for any personal injury or death claim brought against Cameron by or on behalf of any Transocean employee. As part of this procedure, Transocean will negotiate each Claim on the basis that the liability of one or more parties will be established, such that counsel assigned to defend Cameron against these Claims will not require from Cameron any proprietary, confidential, attorney-client, attorney work product, or any other similar type of document or discovery related to the potential liability of Cameron;

4. Transocean will appoint and pay for counsel of its own choosing to defend the Claims against Cameron;

5. The parties recognize that Cameron has retained separate counsel to represent and defend it in connection with all other aspects of the referenced matter, including any liability of Cameron. By the terms of this Agreement, Transocean's counsel appointed to defend the Claims will not require, obtain or seek to obtain from Cameron or Cameron appointed counsel any proprietary, confidential, attorney-client, attorney work product, or any other similar type of document or discovery related to the potential liability of Cameron;

6. If Cameron considers that there is a potential conflict, that Transocean's counsel appointed to defend the Claims may have in connection with its defense of Cameron, the parties shall use best efforts to resolve this informally, but in the event they cannot do so, the parties will petition the court to consider their dispute on an *in camera* basis;

7. Cameron agrees to waive all past attorney's fees and costs incurred in connection with its defense of the Claims. All future defense costs of Cameron's separately retained counsel remain for Cameron's account;

8. The undertaking of the defense and indemnity by Transocean for the Claims is not to be used as precedent or as evidence for any other claims related in whole or in part to this action or any pending or future actions, nor may it be considered in any way an admission of liability on behalf of Transocean, Cameron, or others; and

9. All parties agree that this Agreement shall be kept confidential and not disclosed to any third parties unless compelled to do so by a court of competent jurisdiction.

10920393.1

Mr. David Beck
January 7, 2011
Page 3

If the foregoing terms are agreeable, please sign below and email back to me.

With kind regards, I remain

Yours very truly,

Steven L. Roberts

ACKNOWLEDGED AND AGREED

BY: _____

Duly Authorized Representative of
Cameron Division and Cameron Controls Division, Cooper Cameron Corporation and
Cooper Cameron

DATE: _____

10920393.1