# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 2179 |
| | | | SECTION J |
| | | * | JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: | | * * | MAG. JUDGE SUSHAN |
| IN RE: TRITON ASSET LEASING, GmbH Case No. 2:10-cv-2771-CJB-SS | | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR LEAVE TO FILE A LIMITATION
## SHORT FORM JOINDER BEYOND THE APRIL 20, 2011 DEADLINE

NOW INTO COURT, through undersigned counsel, come Jules Alexie, Jordan Daigle, Kenneth Domingue, Fred Farve, Jr., Global Management, Inc., High Tide Beach Resort, L.L.C., Joel Holley, James LeBlanc, Kim Liberto, Randy Lilliman, Rodney Navarro, Truman Nguyen, Olde Boston Construction Company, Eric Richardson, Brennan Rojas and Angel Strong ("Movants") who move this Court for leave to file late a Short Form Joinder in the limitation proceedings brought by Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., as Owner, Managing Owners, Owners Pro Hac Vice, and/or Operators of the MODU Deepwater Horizon, and as grounds therefore shows the Court as follows:

(1) This Court set a deadline for filing the claims in the Transocean limitation action for April 20, 2011.

(2) Movants contacted counsel after the Court's deadline seeking assistance in filing claims for injuries and damages each incurred as a result of the Deepwater Horizon explosion and resulting oil spill.

(3) Because Movants were unaware of the Court's deadline, or had not yet fully realized their damages, they did not timely file a Short Form Joinder in the Transocean limitation action.

(4) No prejudice will result from the acceptance of the proposed Short Form Joinders, which are attached hereto as Exhibits 1 - 16. No action has been taken in the limitation action which could cause prejudice to any other party to the proceedings.

For the above reasons, Movants request that the Court grant Movants leave to file the Short Form Joinders attached hereto as Exhibits 1 - 16 and that the Court deem the Short Form Joinders as timely filed.

November 8, 2011

Respectfully submitted,

**COLVIN LAW FIRM**
A Professional Law Company

_____
DAVID L. COLVIN, La. Bar #4353, Trial Attorney
230 Huey P. Long Avenue
Gretna, LA 70053
Telephone: (504) 367-9001
Facsimile: (504) 367-0650
Email: davec@dcolvinlaw.com
Attorney for Movants, Jules Alexie, Jordan Daigle, Kenneth Domingue, Fred Farve, Jr., Global Management, Inc., High Tide Beach Resort, L.L.C., Joel Holley, James LeBlanc, Kim Liberto, Randy Lilliman, Rodney Navarro, Truman Nguyen, Olde Boston Construction Company, Eric Richardson, Brennan Rojas and Angel Strong

**CERTIFICATE OF SERVICE**

I hereby certify that on November 8, 2011, I electronically filed the foregoing Motion with the Clerk of Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF System, and provided notice by and through LexisNexis to all counsel of record.

David L. Colvin