UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | OIL SPILL by the OIL RIG * | MDL NO. 2179 |
| | "DEEPWATER HORIZON" in * | |
| | the GULF OF MEXICO, on * | SECTION J |
| | APRIL 20, 2010 * | |
| | * | JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: | * | |
| | * | MAG. JUDGE SUSHAN |
| IN RE: TRITON ASSET LEASING, GmbH | * | |
| Case No. 2:10-cv-2771-CJB-SS | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM IN SUPPORT OF MOTION
## FOR LEAVE TO FILE A LIMITATION SHORT FORM
## JOINDER BEYOND THE APRIL 20, 2011 DEADLINE

NOW INTO COURT, through undersigned counsel, come Jules Alexie, Jordan Daigle, Kenneth Domingue, Fred Farve, Jr., Global Management, Inc., High Tide Beach Resort, L.L.C., Joel Holley, James LeBlanc, Kim Liberto, Randy Lilliman, Rodney Navarro, Truman Nguyen, Olde Boston Construction Company, Eric Richardson, Brennan Rojas and Angel Strong ("Movants") who file this Memorandum in Support of Motion for Leave to File a Limitation Short Form Joinder Beyond the April 20, 2011 Deadline as follows:

Movants contacted counsel after the Court's deadline seeking assistance in filing claims for injuries and damages each incurred as a result of the Deepwater Horizon explosion and resulting oil spill.

Movants were unaware of the Court's deadline and did not timely file a Short Form Joinder in the Transocean limitation action.

No prejudice will result from the acceptance of the proposed Short Form Joinder, which is attached hereto as Exhibits 1 - 16. No action has been taken in the limitation action which could cause prejudice to any other party to the proceedings.

Supplemental Admiralty Rule 14(f) gives the Court discretion to permit the late filing of claims in a limitation proceeding. Where no prejudice could be suffered by plaintiffs in the limitation proceeding, the acceptance of late filed claims should be allowed where equitable reasons are shown. *Texas Gulf Sulphur Co. v. Blue Stack Towing Co.*, 313 F.3d 359, 362 (5th Cir. 1963) ("[S]o long as rights of the parties are not adversely affected, the court will freely grant permission to file late claims."); *In re Gladiator Marine, Inc.*, No. 98-2037, 1999 WL 378121 (E.D. La. June 7, 1999); *citing Golnoy Barge Co. v. M/T Shinoussa*, 980 F.2d 349, 351 (5th Cir. 1993). There is no indication that any plaintiff in the limitation of liability action would be adversely affected or suffer any prejudice if the Short Form Joinders are accepted as filed and deemed timely.

Limitation has not been determined and there is no prejudice to the Limiting Parties or other Defendants.

For the above reasons, Movants request that the Court grant Movants leave to file the Short Form Joinders attached hereto as Exhibits 1 - 16 to the Motion for Leave to File Limitation Short Form Joinder beyond the April 20, 2011 Deadline and that the Court deem the Short Form Joinders as timely filed.

November 8, 2011                    Respectfully submitted,

                                       **COLVIN LAW FIRM**
                                       A Professional Law Company

                                       */s/ David L. Colvin*
                                       **DAVID L. COLVIN**, La. Bar #4353, Trial Attorney
                                       230 Huey P. Long Avenue
                                       Gretna, LA 70053
                                       Telephone: (504) 367-9001
                                       Facsimile: (504) 367-0650
                                       Email: davec@dcolvinlaw.com
                                       Attorney for Movants, Jules Alexie, Jordan Daigle, Kenneth Domingue, Fred Farve, Jr., Global Management, Inc., High Tide Beach Resort, L.L.C., Joel Holley, James LeBlanc, Kim Liberto, Randy Lilliman, Rodney Navarro, Truman Nguyen, Olde Boston Construction Company, Eric Richardson, Brennan Rojas and Angel Strong

## CERTIFICATE OF SERVICE

    I hereby certify that on November __8__, 2011, I electronically filed the foregoing Memorandum with the Clerk of Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF System, and provided notice by and through LexisNexis to all counsel of record.

                                                    */s/ David L. Colvin*
                                                  David L. Colvin