UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 2179 <br><br> SECTION J |
| | * | JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: | * * | MAG. JUDGE SUSHAN |
| IN RE: TRITON ASSET LEASING, GmbH <br> Case No. 2:10-cv-2771-CJB-SS | * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

### NOTICE OF SUBMISSION

TO:   ALL COUNSEL

PLEASE TAKE NOTICE that subject to Pre-trial Order No. 15, in which the Court stated that all motions are continued without date and it will set motions for hearing in due course, this motion is not set for submission at this time.

November 8, 2011

COLVIN LAW FIRM
A Professional Law Company

*/s/ David L. Colvin*
_____
DAVID L. COLVIN, La. Bar #4353, Trial Attorney
230 Huey P. Long Avenue
Gretna, LA 70053
Telephone: (504) 367-9001
Facsimile: (504) 367-0650
Email: davec@dcolvinlaw.com
Attorney for Movants, Jules Alexie, Jordan Daigle, Kenneth Domingue, Fred Farve, Jr., Global Management, Inc., High Tide Beach Resort, L.L.C., Joel Holley, James LeBlanc, Kim Liberto, Randy Lilliman, Rodney Navarro, Truman Nguyen, Olde Boston Construction Company, Eric Richardson, Brennan Rojas and Angel Strong

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2011, I electronically filed the foregoing Notice with the Clerk of Court for the United States District Court of the Eastern District of Louisiana via the CM/ECF System, and provided notice by and through LexisNexis to all counsel of record.

David L. Colvin