UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 2179 |
| | | | SECTION J |
| | | * | JUDGE BARBIER |
| THIS DOCUMENT RELATES TO: | | * * | MAG. JUDGE SUSHAN |
| IN RE: TRITON ASSET LEASING, GmbH Case No. 2:10-cv-2771-CJB-SS | | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the Motion for Leave to File a Short Form Joinder Beyond the April 20, 2011 Deadline and Supporting Memorandum:

IT IS ORDERED that Movants, Jules Alexie, Jordan Daigle, Kenneth Domingue, Fred Farve, Jr., Global Management, Inc., High Tide Beach Resort, L.L.C., Joel Holley, James LeBlanc, Kim Liberto, Randy Lilliman, Rodney Navarro, Truman Nguyen, Olde Boston Construction Company, Eric Richardson, Brennan Rojas and Angel Strong, are hereby granted leave to file the Short Form Joinder attached to their motion as Exhibits 1 - 16 into the record of Civil Action No. 10-8888, which shall be considered a timely filed claim in the Transocean Limitation (Civil Action 10-2771), as well as joinder in the Bundle B1 and/or B3 Amended Master Complaints, in accordance with Pre-Trial Order Nos. 24 and 25.

Signed this _____ day of November, 2011.

_____
Honorable Carl J. Barbier
U.S. District Court Judge