04-3930
EAF/dlr

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

# CONFIDENTIAL

## *WorldwideVIEW*™
### Interactive Deposition Digital Display

ORAL AND VIDEOTAPED DEPOSITION OF:



## David McWhorter

**VOLUME 1**

JULY 7, 2011

## COPY



Systems Technology for the Litigation World

Litigation Group • Court Reporting • Video Production • Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2

 3   IN RE:  OIL SPILL        )  MDL NO. 2179
     BY THE OIL RIG           )
 4   "DEEPWATER HORIZON" IN   )  SECTION "J"
     THE GULF OF MEXICO, ON   )
 5   APRIL 20, 2010           )  JUDGE BARBIER
                              )  MAG. JUDGE SHUSHAN
 6

 7

 8

 9

10

11

12

13

14

15

16

17              *****************
                     VOLUME 1
18              *****************

19

20

            Deposition of David James
21   McWhorter, as a Corporate Representative,
     taken at Pan-American Building, 601 Poydras
22   Street, 11th Floor, New Orleans, Louisiana,
     70130, on the 7th day of July, 2011.
23

24

25
```

**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1  might mention, while I was there, I went --
 2  went back to school to get my -- my MBA from
 3  Texas A&M, and that was -- I graduated with
 4  that in 2003.
 5              When I came to Cameron in 2005,
 6  it was as the Director of Engineering for the
 7  Drilling Systems Division, and in 2007 I -- I
 8  became the Vice President of Engineering and
 9  Quality for that same Division.
10       Q.    Were you finished?
11       A.    Yes, sir.
12       Q.    Okay.  So your present title is
13  Vice President for Cameron, as -- as Director
14  of Engineering for the Drilling Systems
15  Equipment?
16       A.    My title is the Vice President
17  of Engineering and Quality for the Drilling
18  Systems Division.
19       Q.    Drilling Systems Division?
20       A.    Yes, sir.
21       Q.    Who's your boss?
22       A.    A man named Glen Chiasson.
23       Q.    Okay.  What's Mr. Chiasson's
24  title?
25       A.    He's the President of the
```

**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1  Drilling Division.
 2       Q.     Okay.  And who's his boss?
 3       A.     His boss is John Carne.
 4       Q.     And what's Mr. Carne's job?
 5       A.     He's the Chief Operating Officer
 6  for the company.
 7       Q.     Okay.  And who's his boss?
 8       A.     His boss is Jack Moore.
 9       Q.     Okay.  What's Mr. Moore's job?
10       A.     He's the CEO.
11       Q.     Okay.  And Mr. Moore's boss is
12  the Board of Directors?
13       A.     Yes, sir.
14       Q.     Are you a stockholder?
15       A.     I am.
16       Q.     And as part of your job
17  responsibilities, do you get stock options as
18  part of your compensation package?
19       A.     I do.
20       Q.     Okay.  Where you can exercise
21  those options at various prices, assuming you
22  choose to exercise them?
23       A.     Well, we -- we don't -- we don't
24  do options.  They're -- they're stock
25  grants --
```

**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1        A.      It is completely discretionary.
 2        Q.      Okay.  With Management?
 3        A.      Correct.
 4        Q.      Okay.  All right.  You've used
 5   the term "Drilling Systems Division," right?
 6   And I believe you said Mr. Carne is
 7   actually -- I'm sorry, Mr. Chiasson is
 8   actually the person who's the President of
 9   the Drilling Systems Division?
10        A.      That's right.
11        Q.      What is the Drilling Systems
12   Division?
13        A.      It -- it is a -- a Business Unit
14   that is responsible for the -- the equipment
15   that would be used -- that we sell, that
16   would be used in a drilling application --
17   for example, blowout preventers, control
18   systems.  We do have a diverter line,
19   drilling riser, connectors, or at least
20   connectors that would be used in a -- a
21   drilling operation.
22        Q.      Okay.  Anything else, or are
23   those the main things?
24        A.      I think that's the -- those are
25   the main things.
```

**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1        Q.    Okay.  And all here in New
 2   Orleans or in Houston and New Orleans?
 3        A.    It was in Washington, D.C.
 4        Q.    Okay.
 5        A.    And in New Orleans.
 6        Q.    And by the way, I didn't ask,
 7   but I assumed you worked -- well, where do
 8   you work out of?
 9        A.    I work out of Houston.
10        Q.    Right.  And have you worked out
11   of Houston ever since 2005 when you went to
12   work -- back to work for Cameron?
13        A.    I have.
14        Q.    And are you on the road or do
15   you travel much?
16        A.    I travel a little bit, yes.
17        Q.    Okay.  Do you ever go offshore?
18        A.    I haven't -- I have not been
19   offshore in many years.
20        Q.    Okay. Were you ever on -- and
21   while we're covering those details, were you
22   ever on the DEEPWATER HORIZON?
23        A.    No, sir, I was not.
24        Q.    Did you ever have anything to do
25   with the DEEPWATER HORIZON blowout preventer?
```

**PURSUANT TO CONFIDENTIALITY ORDER**