```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2
 3   IN RE:  OIL SPILL        )    MDL NO. 2179
     by the OIL RIG,          )
 4   DEEPWATER HORIZON in     )    SECTION "J"
     the GULF OF MEXICO,      )
 5   April 20, 2010           )    JUDGE BARBIER
                              )
 6                            )    MAG. JUDGE
                              )    SHUSHAN
 7
 8
 9
                       ***************
10                        VOLUME 1
                       ***************
11
12
13
14
15
16
17
18
19        Deposition of MELVYN WHITBY, taken at
     Pan-American Building, 601 Poydras Street,
20   11th Floor, New Orleans, Louisiana, 70130, on
     July 18, 2011.
21
22
23
24
25
```

**PURSUANT TO CONFIDENTIALITY ORDER**

```
08:36:10  1           A.   No, sir.
08:36:10  2           Q.   Okay.  Anything on it you want
08:36:11  3    to add and say, oh, my God, I think this
08:36:15  4    would be something I'm proud of in my
08:36:17  5    professional career, and it's not on here?
08:36:23  6    Anything like that?
08:36:24  7           A.   There might be another patent or
08:36:26  8    two that I would have received in the
08:36:27  9    meantime.
08:36:27 10           Q.   Okay.  You say on here that
08:36:28 11    you're the director of engineering technology
08:36:29 12    for Cameron Drilling Systems.
08:36:31 13           Did I read that correctly?
08:36:32 14           A.   That is correct.
08:36:33 15           Q.   What is that?  Tell me what that
08:36:36 16    means.
08:36:39 17           A.   I have resource and engineering
08:36:41 18    oversight for -- up until the spill, that
08:36:48 19    is -- for research and development of
08:36:51 20    drilling systems.
08:36:53 21           Q.   Okay.  You say "up until the
08:36:54 22    spill."  Have your job duties changed since
08:36:56 23    the spill?
08:36:57 24           A.   Yes.  My primary
08:37:00 25    responsibilities have been supporting the
```

**PURSUANT TO CONFIDENTIALITY ORDER**

```
08:42:21  1           Q.    Okay.  Tell me when you kind of
08:42:23  2     got out of university.
08:42:23  3           A.    Approximately 1972.
08:42:25  4           Q.    Where?
08:42:25  5           A.    I graduated from York Technical
08:42:30  6     College.
08:42:30  7           Q.    Okay.  Also in England?
08:42:31  8           A.    Also in England.
08:42:33  9           Q.    And when did you first go to
08:42:34 10     work for Cameron?
08:42:39 11           A.    I had a contract employment
08:42:41 12     stint with Cameron in 1980 for approximately
08:42:43 13     one year.
08:42:44 14           Q.    Okay.
08:42:45 15           A.    And then I started my current
08:42:47 16     tenure with Cameron in August of 1996.
08:42:50 17           Q.    Okay.  Just so we make sure
08:42:53 18     we're on the same page, you're under oath to
08:42:56 19     tell the truth.  Everything we're saying is
08:42:57 20     being recorded.  It could be used in court
08:42:59 21     for Cameron, against Cameron, for the other
08:43:01 22     parties, against the other parties.  You
08:43:03 23     understand all that?
08:43:04 24           A.    I understand.
08:43:05 25           Q.    And it's important that you
```

```
08:46:37   1          Q.     It's not a very natural way of
08:46:38   2    talking.  Okay?  Depositions are not a very
08:46:40   3    natural way -- they do not follow the natural
08:46:44   4    pattern of conversation that we all engage
08:46:46   5    in.
08:46:46   6          A.     Thank you.
08:46:47   7          Q.     The -- but David McWhorter,
08:46:49   8    who's also with Cameron?
08:46:50   9          A.     David McWhorter is my
08:46:56  10    direct supervisor at Cameron.
08:46:58  11          Q.     Okay.  When you got down there,
08:47:00  12    did you know the well was flowing and on fire
08:47:05  13    at that time?
08:47:05  14          A.     We knew that there was -- there
08:47:08  15    was an incident in the Gulf with a -- with a
08:47:11  16    drilling rig.  We had -- we had seen the news
08:47:15  17    on the day of -- on the -- on the previous
08:47:17  18    day when the incident occurred.
08:47:22  19          Q.     When did you start working with
08:47:26  20    blowout preventers?
08:47:27  21          A.     My first experience with blowout
08:47:29  22    preventers would have been around 1981.
08:47:35  23          Q.     Okay.  Did you ever hear about
08:47:36  24    the -- I may have the name wrong -- Ixtapa
08:47:44  25    off Mexico?  1979, large oil spill in the
```

**PURSUANT TO CONFIDENTIALITY ORDER**