01-37457
TC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

## *CONFIDENTIAL*

## *WorldwideVIEW*™
### Interactive Deposition Digital Display

ORAL AND VIDEOTAPED DEPOSITION OF:



# Melvyn Whitby

**VOLUME 2**

JULY 19, 2011

## *COPY*



### *Systems Technology for the Litigation World*

Litigation Group♦Court Reporting♦Video Production♦Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

383

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2

 3   IN RE:  OIL SPILL        )    MDL NO. 2179
     by the OIL RIG,          )
 4   DEEPWATER HORIZON in      )    SECTION "J"
     the GULF OF MEXICO,       )
 5   April 20, 2010           )    JUDGE BARBIER
                               )
 6                             )    MAG. JUDGE
                               )    SHUSHAN
 7

 8

 9

10                   VOLUME 2

11

12

13

14

15

16

17

18

19      Deposition of MELVYN WHITBY, taken at
     Pan-American Building, 601 Poydras Street,
20   11th Floor, New Orleans, Louisiana, 70130, on
     July 19, 2011.
21

22

23

24

25
```

**PURSUANT TO CONFIDENTIALITY ORDER**

1    A.  I'm not thoroughly conversant with all of

2    the situations that could arise in that.

3    Q.  All right.  Let's try this one.  How

4    about a hurricane?  We're in the Gulf of Mexico.

03:10  5    Maybe we could have a hurricane, and it blows the

6    ship off its position.  Do you think that's a

7    possibility?

8    A.  Weather would be a -- would be a

9    consideration.

03:10  10    Q.  You think maybe hurricanes in the Gulf of

11   Mexico?

12    A.  Inclement weather, yes.

13    Q.  How long have you lived in Houston?

14    A.  31 years.

03:10  15    Q.  Okay.  Let's just be honest.  Hurricanes

16   are a big issue in the Gulf of Mexico, aren't

17   they?

18    A.  Yes, sir.

19    Q.  Okay.  And hurricanes could cause an MODU

03:11  20   to get off position, correct?

21    A.  That is correct.

22    Q.  As a matter of fact, this very rig, the

23   DEEPWATER HORIZON, had to activate disconnect of

24   the LMRP in 2003 due to a hurricane, correct?

03:11  25    A.  I'm not familiar specifically with

**PURSUANT TO CONFIDENTIALITY ORDER**