


Search... 🔍   HOME   SITE MAP   CONTACT US   LOCATIONS   SIGN IN   DIVISIONS ▼

COMPANY   PRODUCTS   RESOURCES   AFTERMARKET

HOME > INVESTORS > BOARD OF DIRECTORS                              RAISING PERFORMANCE. TOGETHER™

▼ Investor Relations
  -Annual Reports And Proxy
   Statements
  -Board Of Directors
  -Executive Officers
  -Request Information
  -SEC Filings

**STOCK PRICE**
| | |
|---|---|
| Exchange | NYSE (US Dollar) |
| Symbol | CAM |
| Price | $52.58 |
| Change | 1.39(2.72%) |
| Volume | 2,049,100 |

**CONTACT INFORMATION**
1333 W. Loop South
Suite 1700
Houston, Texas 77027
(p) 713.513.3300
(f) 713.513.3456
ir@c-a-m.com

**Shareholder Information**
Transfer Agent and Register
Computershare Trust Company,
N.A. Shareholder Services
P.O. Box 43069
Providence, RI 02940-3069
Website: www.computershare.com



## BOARD OF DIRECTORS



**Jack B. Moore**
Chairman, President
and Chief Executive Officer
Cameron
Houston, Texas



**C. Baker Cunningham**
Investor
St. Louis, Missouri



**Sheldon R. Erikson**
Chairman of the Board (Former)
Cameron
Houston, Texas



**Peter J. Fluor**
Chairman and Chief
Executive Officer
Texas Crude Energy, Inc.



**Douglas L. Foshee**
Director, President and
Chief Executive Officer
El Paso Corporation
Houston, Texas



**Michael E. Patrick**
Vice President and
Chief Investment Officer,
Meadows Foundation, Inc.
Dallas, Texas



**Jon Erik Reinhardsen**
President and Chief
Executive Officer
Petroleum Geo-Service
ASA
Norway



**David Ross**
Presiding Director
Investor
Houston, Texas



**Bruce W. Wilkinson**
Chairman and
Chief Executive Officer
(Retired)
McDermott International, Inc.
Houston, Texas

## Biographies

**Jack B. Moore**
Chairman, President and Chief Executive Officer
Cameron
Houston, Texas

Jack B. Moore is Chairman, President and Chief Executive Officer of Cameron International Corporation. He was named President and Chief Executive Officer in April 2008 and became Cameron's Chairman of the Board in May 2011. He joined Cameron's Drilling & Production Systems group in July 1999 as Vice President and General Manager, Western Hemisphere, and was named President of this group in July 2002. He became President and Chief Operating Officer in January 2007 and has been a Director of Cameron since 2007.

Prior to joining Cameron, Moore held various management positions with Baker Hughes Incorporated where he was employed for twenty-three years.

Moore holds a B.B.A. degree from the University of Houston and is a graduate of the Advanced Management Program at Harvard Business School. He serves on the boards of directors of the American Petroleum Institute (API), the National Ocean Industries Association (NOIA) and the Petroleum Equipment Suppliers Association. He also serves in positions of leadership for the Greater Houston Partnership, Spindletop Charities, Memorial Drive United Methodist Church and The University of Houston C.T. Bauer College of Business Dean's Executive Board.

Cameron (NYSE: CAM) is a leading provider of flow equipment products, systems and services to worldwide oil, gas and process industries.

>>Back to Top

**C. Baker Cunningham**
Investor
St. Louis, Missouri

C. Baker Cunningham has been a Director of Cameron since 1996. Mr. Cunningham served as President and Chief Executive Officer, and director, of Belden CDT Inc., a manufacturer of high-speed electronic cables focusing on products for the specialty electronic and data networking markets, including connectivity, from July 2004 until his retirement in October 2005. He served as Chairman of the Board, President and Chief Executive Officer of Belden Inc., a wire, cable and fiber optic products manufacturing company, from 1993 to July 2004. He served in positions of increasing responsibility with Cooper Industries, Inc., a diversified manufacturer, marketer and seller of electrical products, tools and hardware from 1970 to 1993, including Executive Vice President, Operations from 1982 to 1993. Mr. Cunningham is also a director of Rea Magnet Wire Company, Inc. a privately held corporation in Fort Wayne, Indiana.

Mr. Cunningham has a B. S. degree in Civil Engineering from Washington University, an M.S. degree in Civil Engineering from Georgia Institute of Technology and an M.B.A. degree from the Harvard Graduate School of Business Administration.

>>Back to Top

**Sheldon R. Erikson**
Chairman of the Board (Former)
Cameron
Houston, Texas

Sheldon R. Erikson is and has been Chairman of the Board of Directors for Cameron since 1996. He also served as Chief Executive Officer from 1995 through March 2008, and was President from 1995 through 2006.

He was Chairman of the Board from 1988 to April 1995 and President and Chief Executive Officer from 1987 to April 1995 of The Western Company of North America, a worldwide petroleum service company engaged in pressure pumping, well stimulating and cementing and offshore drilling. Previously, he was President of Joy Petroleum Equipment Group of Joy Manufacturing Company. He is a director of Rockwood Holdings, Inc. He also serves on the Board of Directors of the National Petroleum Council, the American Petroleum Institute, and the Petroleum Equipment Suppliers Association, of which he is a past Chairman of the Board.

Mr. Erikson has an M.B.A. degree from the Harvard Graduate School of Business Administration and studied engineering and economics at the University of Illinois.

>>Back to Top

**Peter J. Fluor**
Chairman and Chief Executive Officer
Texas Crude Energy, Inc.

Peter J. Fluor has been a Director of Cameron since February 2005. Mr. Fluor is Chairman and Chief Executive Officer of Texas Crude Energy, Inc., a private, independent oil and gas exploration company, where he has been employed since 1972 in positions of increasing responsibility. He also serves on the Boards of Directors of Anadarko Petroleum

Corporation, The Welch Foundation and Fluor Corporation. He served as Interim Chairman of Fluor Corporation from January 1998 through July 1998 and is currently Lead Independent Director. He is a member of the All American Wildcatters and an Emeritus member of The Council of Overseers of the Jesse H. Jones Graduate School of Management at Rice University.

Mr. Fluor has a B.S. degree in Business and an M.B.A. from the University of Southern California.

>>Back to Top

**Douglas L. Foshee**
Director, President and Chief Executive Officer
El Paso Corporation
Houston, Texas

Douglas L. Foshee has been a Director of Cameron since July 2008. Mr. Foshee currently serves as Chairman and Chief Executive Officer of El Paso Corporation, where he has been employed since September 2003. Prior to El Paso, Foshee served as Executive Vice President and Chief Operating officer for Halliburton, having joined Halliburton in 2001 as Executive Vice President and Chief Financial Officer. Prior to Halliburton, he was President, Chief Executive Officer and Chairman of Nuevo Energy Company from 1997 to 2001. From 1993 to 1997, he served in various capacities for Torch Energy Advisors, Inc., ultimately becoming President and Chief Executive Officer. Mr. Foshee is currently Chairman of the Federal Reserve Bank of Dallas, Houston Branch, and is a Trustee of the AIG Credit Facility Trust for the benefit of the U.S. Treasury. Mr. Foshee is also a director of El Paso Pipeline GP Company, L.L.C., the general partner of El Paso's publicly traded master limited partnership, El Paso Pipeline Partners, L.P.

>>Back to Top

**Michael E. Patrick**
Vice President and Chief Investment Officer,
Meadows Foundation, Inc.
Dallas, Texas

Michael E. Patrick has been a Director of Cameron since 1996. Mr. Patrick has been Vice President and Chief Investment Officer of Meadows Foundation, Inc., a philanthropic association, since 1995. He is a director of BJ Services Company and Apptricity Corporation.

Mr. Patrick has a B.A. degree in English Literature from Harvard University and an M.B.A. degree from the Harvard Graduate School of Business Administration.

>>Back to Top

**Jon Erik Reinhardsen**
President and Chief Executive Officer
Petroleum Geo-Service ASA
Norway

Jon Erik Reinhardsen became a director on June 12, 2009. He has been the president and chief executive officer of Petroleum Geo-Services ASA, a focused geophysical company providing a broad range of seismic and reservoir services since April 2008. From 2005 to 2007 he served as the Vice President of Alcoa, Inc. and President of one of its subsidiaries, Global Primary Products Growth. He was with Aker Kvaerner ASA from 1983 to 2005 in various senior executive positions, most recently operating out of Houston, Texas as Group Executive Vice President with responsibility for global product and contracting businesses outside Europe. Mr. Reinhardsen is also a director of Leif Höegh & Co. Ltd.

He has an M.S. degree in Applied Mathematics/Geophysics from the University of Bergen, Norway and attended the International Executive Program at the Institute for Management Development in Lausanne, Switzerland.

>>Back to Top

**David Ross**
Presiding Director, Investor
Houston, Texas

David Ross has been a Director of Cameron since June 1995. Mr. Ross serves as the Presiding Director. Mr. Ross is a member of the Council of Overseers of the Jesse H. Jones Graduate School of Management at Rice University. From

1987 until 1993 he was Chairman and Chief Executive Officer of the Sterling Consulting Group, a firm which provides analytical research, planning and evaluation services to companies in the oil and gas industry. Between 1984 and 1987 he was a principal in the Sterling Group, a firm engaged in leveraged buyouts, primarily in the chemical industry, and Camp, Ross, Santoski & Hanzlik, Inc., which provided planning and consulting services to the oil and gas industry. Mr. Ross is a director of Process Technology Holdings, Inc. and Compete-At.com.

He has a B.A. degree in Mathematics from Yale and a M.B.A. degree from the Harvard Graduate School of Business Administration.

>>Back to Top

**Bruce W. Wilkinson**
Chairman and Chief Executive Officer (Retired)
McDermott International, Inc.
Houston, Texas

Bruce Wilkinson has been a Director of Cameron since May 2002. Mr. Wilkinson served as Chairman and Chief Executive Officer from August 2000, and President and Chief Operating Officer from May 2000 to July 2000, of McDermott International, Inc., an energy services company until his retirement in September 2008. He was a Principal of Pinnacle Equity Partners, L.L.C., a private equity group, from May 1999 to April 2000; Chairman and Chief Executive Officer of Chemical Logistics Corporation, a company formed to consolidate chemical distribution companies, from April 1998 to April 1999; President and Chief Executive Officer of Tyler Corporation (a diversified manufacturing and service company) from April 1997 to October 1997; Interim President and Chief Executive Officer of Proler International, Inc. (a ferrous metals recycling company) from July 1996 to December 1996; and Chairman and Chief Executive Officer of CRSS, Inc. (a global engineering and construction services company) from October 1989 to March 1996.

Mr. Wilkinson has a B.A and J.D. from the University of Oklahoma and an LLM from the University of London.

>>Back to Top