

Search…   HOME   SITE MAP   CONTACT US   LOCATIONS   SIGN IN   DIVISIONS ▼

COMPANY   PRODUCTS   RESOURCES   AFTERMARKET

HOME > INVESTORS > CAMERON CORPORATE OFFICERS

RAISING PERFORMANCE. TOGETHER™

▼ Investor Relations
- Annual Reports And Proxy Statements
- Board Of Directors
- Executive Officers
- Request Information
- SEC Filings

**STOCK PRICE**

| | |
|---|---|
| Exchange | NYSE (US Dollar) |
| Symbol | CAM |
| Price | $52.58 |
| Change | 1.39(2.72%) |
| Volume | 2,049,100 |

**CONTACT INFORMATION**

1333 W. Loop South
Suite 1700
Houston, Texas 77027
(p) 713.513.3300
(f) 713.513.3456
ir@c-a-m.com

**Shareholder Information**

Transfer Agent and Register
Computershare Trust Company,
N.A. Shareholder Services
P.O. Box 43069
Providence, RI 02940-3069
Website: www.computershare.com



**CAMERON'S INVESTOR RELATIONS**

Investing In the Future

**CAMERON CORPORATE OFFICERS**

**Jack B. Moore**
Chairman, President and Chief Executive Officer

Jack B. Moore is Chairman, President and Chief Executive Officer of Cameron International Corporation. He was named President and Chief Executive Officer in April 2008 and became Cameron's Chairman of the Board in May 2011. He joined Cameron's Drilling & Production Systems group in July 1999 as Vice President and General Manager, Western Hemisphere, and was named President of this group in July 2002. He became President and Chief Operating Officer in January 2007 and has been a Director of Cameron since 2007.

Prior to joining Cameron, Moore held various management positions with Baker Hughes Incorporated where he was employed for twenty-three years.

Moore holds a B.B.A. degree from the University of Houston and is a graduate of the Advanced Management Program at Harvard Business School. He serves on the boards of directors of the American Petroleum Institute (API), the National Ocean Industries Association (NOIA) and the Petroleum Equipment Suppliers Association. He also serves in positions of leadership for the Greater Houston Partnership, Spindletop Charities, Memorial Drive United Methodist Church and The University of Houston C.T. Bauer College of Business Dean's Executive Board.

Cameron (NYSE: CAM) is a leading provider of flow equipment products, systems and services to worldwide oil, gas and process industries.

>>Back to Top



**John D. Carne**
Executive Vice President and Chief Operating Officer

John D. Carne was named Chief Operating Officer of Cameron in August 2010. Carne has also served as Executive Vice President of Cameron since April 2010.

Carne joined Cameron's Compression Systems business in 1971 and subsequently held positions as systems designer; manager, Technical Services; area manager, Aftermarket Services; regional manager, Far East; and director of operations, U.K. and Norway. In 1996 he became manager of the Subsea Systems division's manufacturing facility in Leeds, England and was named operations director, Eastern Hemisphere for the Drilling & Production Systems group in 1999. In April 2002, Carne became president of Cameron's Valves & Measurement group and a vice president of the corporation. In January 2007, Carne became President of Cameron's Drilling & Production Systems.

>>Back to Top



**Charles M. Sledge**

Senior Vice President and Chief Financial Officer

Charles M. Sledge is Senior Vice President and Chief Financial Officer for Cameron International Corporation. He joined Cameron in July 2001 as Corporate Controller and was named to his current position in April 2008.

Sledge had previously been with Stage Stores Inc. since 1996, serving most recently as Senior Vice President-Finance and Treasurer. Prior to joining Stage, he was with Price Waterhouse LLP from 1989 to 1996.

Sledge holds a Bachelor of Science degree in Accounting from Louisiana State University and is a Certified Public Accountant. He is also a graduate of The Advanced Management Program at Harvard Business School.

>>Back to Top



**William C. Lemmer**

Senior Vice President and General Counsel

William C. Lemmer is Senior Vice President and General Counsel for Cameron. He joined Cameron in July 1999.

Lemmer was previously with Oryx Energy Company, where he had served as vice president, general counsel and corporate secretary since 1994, and as chief counsel in Oryx's corporate office from 1988 to 1994. He also held various senior management positions in the upstream and downstream businesses of Sunoco, Inc. from 1979 to 1988; was a staff attorney with the Overseas Private Investment Company from 1976 to 1979; and was an associate with Bigham, Englar, Jones and Houston in New York from 1971 to 1976.

Lemmer holds a Bachelor of Arts degree from Michigan State University Honors College and a J. D. degree from the University of Virginia School of Law.

>>Back to Top



**James E. Wright**

Senior Vice President, President Valves and Measurement

James E. Wright was named President of Cameron's Valves & Measurement group in January, 2007. Wright has also served as Senior Vice President of Cameron since April 2010.

Wright joined Cameron in 1979 and has previously served as President, Distributed and Process Valves divisions and Vice President and General Manager, Distributed Products as well as in numerous domestic and international management positions in Cameron's valve businesses.

Wright holds a Bachelor of Arts degree in English from the University of British Columbia.

>>Back to Top



**Joseph H. Mongrain**

Vice President, President Process & Compression Systems Group

Joseph H. Mongrain is President of Cameron's Process & Compression Systems Group. Mongrain joined Cameron in June 2006 as Vice President, Human Resources and was responsible for the Company's worldwide human resources programs.

Mongrain was previously with Schlumberger, where he began his career as a Field Engineer in the Gulf of Mexico. He then moved to the Middle East where he held management positions in multiple locations and functions. He moved into a human resources management role in 1995, serving most recently as Director, Human Resources for one of the firm's global divisions in Houston, and prior to that, as Director, Human Resources for Schlumberger's North and South America region.

He holds a Bachelor of Science degree in Ocean Engineering from the Florida Institute of Technology.

>>Back to Top



**Jeffrey G. Altamari**

Vice President, Investor Relations

Jeff Altamari was named Vice President, Investor Relations, for Cameron, in May 2011. He is responsible for the company's investor and media relations.

Altamari served most recently as VP, Finance for Cameron's Valve & Measurement Group, a position he assumed in 2008. Previously he was VP, Finance for Cameron's Compression Group. He joined Cameron in 1999. Prior to Cameron, Altamari held financial management positions at Ingersoll-Rand Corporation and Atlas Copco. He is a CPA and began his career with KPMG.

Altamari holds a Bachelor of Science degree from Cornell University and a Masters in Accounting degree from the State University of New York at Albany. Professional affiliations include the National Investor Relations Institute, the AICPA and Financial Executives International.

>>Back to Top



**John C. Bartos**

Vice President, Development and Technology

John C. Bartos was named Vice President, Development and Technology for Cameron in May, 2007. He is responsible for identifying and implementing new technology that support Cameron's engineering processes and product development initiatives.

Bartos has served as vice president, engineering and product development for Cameron's Compression Systems division since 2003. He joined Cameron in 2000 as vice president, engineering for Compression Systems' centrifugal compressor business and also held leadership roles in the division's Lean Six Sigma program as well as in reciprocating engineering, information technology and technical training functions.

Before joining Cameron, Bartos held similar positions with Ingersoll-Rand and with A-C Compressor. He has a Bachelor of Engineering degree from Stevens Institute of Technology in Hoboken, NJ.

>>Back to Top



**Hal J. Goldie**

Vice President, Global Business Development

Hal J. Goldie is Vice President of Global Business Development for Cameron. He joined Cameron Iron Works Ltd. in 1969 as an Apprentice Engineer in Scotland. Since that time, he has served Cameron in field operations, Sales Management, Product Management, Vice President & General Manager Drilling Production Systems Eastern Hemisphere and Vice President Offshore Systems. He became Cameron's Division President Subsea Systems in July 2005, and was named to his current position in March 2010.

>>Back to Top



**H. Keith Jennings**

Vice President, Treasurer

H. Keith Jennings is Vice President and Treasurer for Cameron International Corporation. He joined Cameron in June 2009.

Jennings was previously with Alghanim Industries, serving as Corporate Treasurer. Prior to joining Alghanim, he was a senior member of PepsiCo. Inc.'s Corporate Treasury team with responsibility for International Corporate Finance and Global Liquidity. He also served in a variety of senior treasury and finance-related roles with Ingersoll-Rand Corporation, Pharmacia Corporation and Monsanto Company.

Jennings holds a Bachelor of Commerce degree from the University of Toronto and an M.B.A. from Columbia University.

>>Back to Top



**Christopher A. Krummel**

Vice President, Controller and Chief Accounting Officer

Christopher A. Krummel is Vice President, Controller and Chief Accounting Officer for Cameron International Corporation, responsible for all accounting functions, including consolidated financial reporting and SEC filings. He joined Cameron in October 2007 and was named to his current position in April 2008.

Previously, he was with Enventure Global Technology, serving most recently as chief financial officer. Prior to Enventure, he held financial leadership roles with Petroleum Geo-Services ASA and Price Waterhouse. He holds an undergraduate degree in Accounting from Creighton University and an MBA from The Wharton School of the University of Pennsylvania.

>>Back to Top



**Roslyn Larkey**

Vice President, Human Resources

Roslyn Larkey is Vice President, Human Resources responsible for the Company's worldwide human resources programs. She joined Cameron in 2000 and was appointed to her current position in August 2010.

Roslyn most recently held the position of Vice President, Human Resources for Cameron's Valves & Measurement Group, and also served as Director Employee Relations & Organizational Development and Vice President HR Surface Systems. Roslyn previously held key human resources roles at The Coastal Corporation and Metamor Worldwide. She holds a Bachelor of Arts degree from Rice University.

>>Back to Top



**Stuart Taylor**

Vice President, Tax

Stuart Taylor is Vice President Tax for Cameron International Corporation. He joined Cameron in December 2008.

Taylor had previously been with General Electric since 2000, serving most recently as Tax Director. Prior to joining GE, he was with Baker Hughes 1993 to 2000 and prior to that with Ernst & Young.

Taylor holds a Bachelor of Science degree in Economics from the London School of Economics & Political Science; a Master's degree in Accounting from the University of Texas at Austin; and, is a Certified Public Accountant.

>>Back to Top



**Stephen P. Tomlinson**

Vice President, Operations Integrity

Stephen P. Tomlinson was named Vice President, Operations Integrity in May 2011.

Prior to coming to Cameron, Tomlinson was with Vetco Gray for five years where he held the position of Vice President, Manufacturing – Western Region Operations from 2002 - 2007.

Previous to Vetco Gray he was with GE for 23 years, graduating from GE's Manufacturing Management Program. He held various operations, manufacturing engineering, and quality management positions within GE Transportation, Ordnance Systems and Power Systems. Tomlinson also served as VP, Quality for General Signal / NY Air Brake from 1990 – 1991.

He earned a Bachelor of Science degree in Industrial Technology from SUNY Buffalo State College, an MBA from Rensselaer Polytechnic Institute, and is a certified Master Black Belt.

>>Back to Top



**Edward E. Will**

Vice President, Marketing and Strategy

Edward E. Will is Vice President of Marketing and Strategy for Cameron. He joined Cameron's Drilling and Production Systems group in 1998 as Vice President, Surface and Subsea Business. Most recently, he served as Vice President, Marketing, Drilling and Production Systems.

Will came from Weatherford where he directed corporate acquisition and business development activities. He previously served as President of the international division of the Western Company of North America and Vice President for several divisions of NL Industries/Baroid Corporation, including its former Shaffer pressure controls equipment division and ACME rental equipment division. Will holds a Bachelor's degree from Reed College and an M.B.A. from The Harvard Business School.

>>Back to Top



**Grace B. Holmes**

Corporate Secretary and Chief Governance Officer

Grace B. Holmes was named Corporate Secretary and Governance Governance Officer for Cameron International Corporation in May 2011. She is responsible for providing corporate governance support for Cameron's board of directors and committees, maintaining Cameron's corporate records, SEC and NYSE reporting and compliance, subsidiary and records management functions, stockholder relations, and stock administration. She joined Cameron in May 1995 as Assistant Corporate Secretary. From 2003 to 2008, she also managed the ethics and compliance programs and served as Cameron's Ethics and Compliance Officer.

Before joining Cameron, Holmes was with Transco Energy Company (acquired by The Williams Companies, Inc.) for 13 years, where she served most recently as Director of Community Affairs and Assistant Corporate Secretary.

Holmes attended the University of Texas in Austin and is a summa cum laude graduate of the University of St. Thomas in Houston, Texas, with a Bachelor of Business Administration degree. Her professional affiliations have included the Society of Corporate Secretaries and Governance Professionals, National Association of Stock Plan Professionals, Ethics and Compliance Officers Association, and the Greater Houston Business Ethics Roundtable.

>>Back to Top