

Search... | HOME SITE MAP CONTACT US LOCATIONS SIGN IN **DIVISIONS** ▼

COMPANY    PRODUCTS    RESOURCES    AFTERMARKET



HOME > ABOUT US > PROFILE

RAISING PERFORMANCE. TOGETHER™

▼ About Us
　-Profile
　-History
　-Logo

**SEARCH PRODUCTS BY CATEGORY**

Please Select Category

GO

**SEARCH ALPHABETICALLY**

A B C D E F G H I J K L M
N O P Q R S T U V W X Y Z

**SHOW ALL ITEMS**

Type a Product name    GO

**Cameron Profile**

Cameron is a leading provider of flow equipment products, systems and services to worldwide oil, gas and process industries. Leveraging its global manufacturing, engineering and sales and service network, Cameron works with drilling contractors, oil & gas producers, pipeline operators, refiners and other process owners to control, direct, adjust, process, measure and compress pressures and flows. (Cameron Overview pdf link)

Cameron operates around the world from more than 300 locations covering virtually all of the world's oil and gas operating basins. Approximately 2/3 of its business comes from outside the United States.

The company goes to market under the common trade name of Cameron using an organizational and product brand structure aligned to global upstream to downstream flow equipment market segments. Our 11 operating divisions, each with its own strong suite of product brands, are managed through three operating groups.



