UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 <br><br> SECTION: J |
| This Document Applies to: <br> 11-2632 | * * | JUDGE BARBIER |
| | * * * | MAGISTRATE JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Although Case No. 11-2632, *Wilson v. Salt, L.L.C. & M/V "Vessel,"* shares a factual backdrop with others in this MDL, the Court finds it is sufficiently unrelated with the MDL to warrant consolidation.  Accordingly,

**IT IS ORDERED** that Case No. 11-2632 is hereby **SEVERED** from MDL 2179.  Any stay of proceeding imposed by an order or pretrial order in MDL 2179 is lifted.

New Orleans, Louisiana, this 9th day of November, 2011.

_____
UNITED STATES DISTRICT JUDGE