UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION J |
| Applies to:<br>*All Cases* | JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

## ORDER

**[As to Motion to Establish Account and Reserve for Litigation Expenses]**

IT IS ORDERED that any responses to the Motion to Establish Account and Reserve for Litigation Expenses (Rec. Doc. 4507) shall be filed no later than November 21, 2011 and shall not exceed 10 pages, at which time the Court will take the Motion under advisement

New Orleans, Louisiana, this 10th day of November, 2011.

_____
UNITED STATES DISTRICT JUDGE