**UNITED STATES DISTRICT OF COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | § MDL No. 2179 <br> § <br> § SECTION: J <br> § <br> § JUDGE BARBIER <br> § MAG. JUDGE SHUSHAN |

**THIS DOCUMENT RELATES TO ALL CASES**

**UNITED STATES' NOTICE OF SERVICE OF PHASE I**
**RELIANCE EXHIBIT LISTS FOR REBUTTAL EXPERTS**

The United States of America hereby gives notice of service of Reliance Exhibit Lists

(attached) for the following rebuttal experts:

> **Rory Davis, et al.**
> **Allan Huffman**
> **James P. Lang**
> **D.H. Doughty**

Respectfully submitted,

/s/ Sarah D. Himmelhoch

STEVEN O'ROURKE
Senior Attorney
Environmental Enforcement Section
SARAH D. HIMMELHOCH
Senior Litigation Counsel for E-Discovery
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
Telephone: 202-514-2779/202-514-0180
Facsimile: 202-514-2583
E-mail: steve.o'rourke@usdoj.gov
        sarah.himmelhoch@usdoj.gov

/s/ R. Michael Underhill

R. MICHAEL UNDERHILL, T.A.
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
U.S. Department of Justice
7-5395 Federal Bldg., Box 36028
450 Golden Gate Avenue
San Francisco, CA 94102-3463
Telephone: 415-436-6648
Facsimile: 415-436-6632
E-mail: mike.underhill@usdoj.gov

JIM LETTEN
United States Attorney
SHARON D. SMITH
Assistant United States Attorney
Eastern District of Louisiana
Hale Boggs Federal Building
500 Poydras Street, Ste. B-210
New Orleans, LA 70130

Attorneys for the UNITED STATES OF AMERICA

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing United States' Notice of Service of Phase I

Reliance Exhibit Lists for Rebuttal Experts, and attachments thereto, have been served on All

Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with

Pretrial Order No. 12, which will send a notice of electronic filing in accordance with the

procedures established in MDL 2179, on this 11th day of November, 2011.


/s/ Steven O'Rourke
U.S. Department of Justice

# Reliance Exhibit List

# Rory Davis, et al.

| Exhibit No. | Document Title/Description | Producing Party Bates Range |
|---|---|---|
| 3130 | Det Norske Veritas, *DNV SEM Notebook* | |
| 5165 | Cameron, *Report of Findings re: FPR # 226314* ( | |
| 3781 | Picture of Disassembled Solenoid Valve | |
| 33024 | Expert Report by Greg Childs | |
| 33025 | Expert report by R.R. Davis | |
| 33026 | Expert Report by Arthur Zatarian | |
| 33027 | Expert Report of Forrest Earl Shanks II | |
| 33028 | Expert Report of Greg S. Perkin | |
| 33029 | Expert Report of Cliff Knight | |
| 33030 | expert Report of David O'Donnell | |
| 33031 | Transocean Investigation Report, "MACONDO WELL INCIDENT" Volume II Appendices, dated March 20, 2011, Appendix N. | |
| 33032 | Transocean, Macondo Well Incident – Transocean Investigation Report, Volume 1 and Volume 2, June 2011. In particular, see Appendix G – Hydraulic Analysis of Macondo #252 Well Prior to Incident of April 20, 2010. | |
| 33033 | Transocean, *Macondo Well Incident – Transocean Investigation Report, Volume 1 and Volume 2* , June 2011. In particular, see *Appendix M – Structural Analysis of the Macondo #252 Work String* | |
| 33034 | DNV Forensic Examination Of Deepwater Horizon Blow out Preventer, Volume I Final Report No. EP030842, 20 March 2011 | |
| 33035 | DNV Forensic Examination Of Deepwater Horizon Blow out Preventer, Volume II Final Report No. EP030842, 20 March 2011 | |
| 33036 | Kenney, G.D., Forensic Examination of Deepwater Horizon Blowout Preventer – Addendum to Final Report, Det Norske Veritas, April 30, 2011 (DNV Report #EP030842, Contract #M10PX00335) | |
| 33037 | Timeline Regarding Specific Events Concerning the BOP, August 1999 – May 30, 2010 | BP-HZN-BLY00087028 (excel natively produced) |
| 33038 | Steve Myers, Re: DWH-BOP follow up, Email, November 3, 2010 | TRN-INV-01834164 - TRN-INV-01834165 |
| 33039 | CAM_CIV_0022982 | |
| 33040 | TRN-INV-02546919-939 | |
| 33041 | TRN-INV-1130032 - 41 | |
| 33042 | Det Norske Veritas, DNV IMAGE 23117 | |
| 33043 | National Commission on the BP Deepwater Horizon Oil Spill and Offshore Drilling, *Report to the President* , January 2011. See particularly, Ch. 5 | |
| 33044 | T. Baumeister, et. al, *Marks' Standard Handbook for Mechanical Engineers,* Fuller, Dudley, D., "Friction", in Section 3 - Mechanics of Solids and Fluids 8th Edition, pg. 3-26, Table 1 (Coefficients of Static and Sliding Friction) | |
| 33045 | Deposition of David McWhorter, July 7, 2011 at 233:19-234:25 (Vol. 1) | |
| 33046 | Deposition of William LeNormand, June 21, 2011 at 143:10-144:25 (Vol. 2) | |
| 33047 | BP, *Macondo 252 Well Integrity Test* , July 11, 2010 | TRN-MDL-02488242-268 |
| 33048 | SEM Testing at WEST DEC, November 3, 2010 | TRN-INV-01130032 – TRN-INV-01130041 |
| 33049 | Mika Reed, November 17, 2010, Email | TRN-INV-02546919 - TRN-INV-02546939 |

| Exhibit No. | Document Title/Description | Producing Party Bates Range |
|---|---|---|
| 33050 | Dugal-Whitehead, N., *Test Preparation Sheet - Test of Yellow SEM Batteries* , June 16, 2011, DNV Phase II Test Data, | DNV2011061601-603 |
| 33051 | Anon., *Test Preparation Sheet- Full Load Battery Test* , June 17, 2011, DNV Phase II Test Data, | DNV2011061701-702 |
| 33052 | Anon., *Test Preparation Sheet - Full Load Battery Test at Low Temperature* , June 18, 2011, DNV Phase II Test Data | DNV2011061802 |
| 33053 | Blevins, R.D., "Applied Fluid Dynamics Handbook", van Nostrand Reinhold Co, 1984 | |
| 33054 | DNV, Summary Preparation Sheet BOP-009 Test Solenoid at Deep Sea Temperature, May 16, 2011, DNV Phase II | DNV2011051601 |
| 33055 | Figure 1 from Davis  Expert Rebuttal Report | |
| 33056 | Figure 2 from Davis  Expert Rebuttal Report | |
| 33057 | Figure 3 from Davis  Expert Rebuttal Report | |
| 33058 | Picture Starboard UVBR | DNV IMG8297 |
| 33059 | Picture Starboard UVBR | DNV IMG8294 |
| 33060 | Picture of Port UVBR | DNV IMG 8574 |
| 33061 | Picture of Port UVBR | DNV IMG 2106 |
| 33062 | Picture of Port MVBR | DNV IMG 8508 |
| 33063 | Figure 14 from Davis  Expert Rebuttal Report | |
| 33064 | Figure 1-2 from Davis  Expert Rebuttal Report | |
| 33065 | Figure 1 -3 from Davis  Expert Rebuttal Report | |
| 33066 | Figure 1 -4from Davis  Expert Rebuttal Report | |

# Reliance Exhibit List

# Allan Huffman

| Exhibit No. | Description | Bates Number | Comments |
|---|---|---|---|
| 5839 | Tubular Design Manual (BPA-D-003) | BP-HZN-OIG00039853 - BP-HZN-OIG00039975 | |
| 5840 | Standardization of Leak-Off Testing Procedures (SG No.??) | BP-HZN-2179MDL03137901 - BP-HZN-2179MDL03137923 | |
| 32042 | Event Summary OSC-G 32306 - MC252 #1 Deepwater Horizon Macondo 8.5x9.875" Open Hole Mud Loss Event | BP-HZN-2179MDL00752353 - BP-HZN-2179MDL00752357 | |
| 32043 | Mi Swaco Synthetic Based Mud Report No. 69 | BP-HZN-MBI 00125820 - BP-HZN-MBI 00125824 | |
| 32044 | Douglas, Scherie Deposition Transcript | | |
| 32045 | Guide, John Deposition Transcript | | |
| 32046 | Morel, Brian Deposition Transcript | | |
| 32047 | Hafle, Mark Deposition Transcript | | |
| 32048 | Troquet, David Deposition Transcript | | |
| 32049 | E-mail - From: Albertin, Martin L. Sent: Tue Mar 23 22:08:35 2010 Subject: RE: Yumuri LOT @ M66 way above overburden | BP-HZN-2179MDL00292629 | |
| 32050 | E-Mail - From: Bennet, Gord (Q0 Inc.) Sent: Mon Mar 22 19:14:04 2010 Subject: FW: | BP-HZN-2179MDL01213209 | |
| 4090 | E-mail - From: Burns, Tim Sent: Sat Apr 03 15:00:11 2010 Subject: RE: Question | BP-HZN-2179MDL00302373 - BP-HZN-2179MDL00302374 | |
| 32051 | Wireline  Well Log Data: BP_OCS-G_32306_001_ST00BP01_P_and_S_in-casing_17240-11770.las | BP-HZN-2179MDL 269688 - BP-2179MDL00269691 | Digital File |
| 32052 | Wireline  Well Log Data: BP_Macondo_OCSG_32306_001_ST00BP01_OB MI_DSI_Main_Pass_MD_125PUP.las | BP-HZN-2179MDL 269688 - BP-2179MDL00269691 | Digital File |
| 32053 | Wireline  Well Log Data: BP_Macondo_OCSG_32306_001_ST00BP01_TC OM_Main_Pass_Quick_Look_LAS_file_071PUP.l as | BP-HZN-2179MDL 269688 - BP-2179MDL00269691 | Digital File |

# Reliance Exhibit List

## James P. Lang

### RELIANCE LIST FOR REBUTTAL EXPERT JAMES LANG

| Exhibit No. | Document Title/Description | Bates Range |
|---|---|---|
| Ex 0611 | HALLIBIRTON, Sperry Drilling Services - BP Exploration & Production OCS-G32306 001 ST00BP00 & BP01, Mississippi Canyon Blk. 252 - RIG: Transocean Deepwater Horizon | BP-HZN-2179MDL00338238 - BP-HZN-2179MDL00338319 |
| Ex 0613 | Report: WellSpace - MC 252 #1 Macondo, Date Range - 04/16/2010 - 04/20/2010 | HAL_0050570 - HAL_0050581 |
| Ex 0617 | Document Produced Natively - Rigsite for SDL, Lesson 1: SDL Services and Job Responsibilities Overview | HAL_0463296 |
| Ex 1072 | E-Mail - From: Bellow, Jonathan M Sent: Mon Mar 15 14:30:20 2010 - Subject: FW: Some Thoughts and Help Requested, PP detection, Macondo | BP-HZN-2179MDL00032990- BP-HZN-2179MDL00032991 |
| Ex 1213 | E-Mail - From: Bodek, Robert Sent: Tue Jan 26 16:04:48 2010 - Subject: MC 252 #1 (Macondo) WellSpace | BP-HZN-MBI00175753 BPD108_007827 |
| Ex 1215 | E-Mail - From: Bodek, Robert [robert.bodek@bp.com] Sent: Tuesday, February 02, 2010 12:31 PM - Subject: Add to INSITE anywhere access list for Macondo | |
| Ex 1216 | E-Mail - From: Naoki Ishii [naoki_ishii@moexus.com] Sent: Friday, February 12, 2010 1:55 PM - Subject: RE: Macondo Update | DWHMX0070342 - DWHMX0070344 |
| Ex 1218 | E-Mail - From: Chandler, Paul Sent: Wed 3/24/2010 10:04:57 PM - Subject: FW: Macondo Casing Plan & Pore Pressure Update | ANA_MDL-000007262 - ANA_MDL-000007264 |
| Ex 1219 | E-Mail - From: Quitzau, Robert Sent: Monday, April 05, 2010 3:55 PM - Subject: FW: Macondo Update | |
| Ex 1221 | E-Mail - From: Beirne, Michael Sent: Tue Apr 20 13:13:19 2010 - Subject: RE: Macondo Forward Plan | BP-HZN-MBI00129063 - BPHZN-MBI00129064 |

**RELIANCE LIST FOR REBUTTAL EXPERT JAMES LANG**

| Exhibit No. | Document Title/Description | Bates Range |
|---|---|---|
| Ex 1222 | Chief Counsel's Report 2011, National Commission on BP Deepwater Horizon Oil Spill and Offshore Drilling, Chapter 4.2: Well Design | |
| Ex 1243 | Joint Operating Agreement | ANA-MDL-000030610 - |
| Ex 1244 | Lease Exchange Agreement | DWHMX00000247 - 260 |
| Ex 1256 | E-Mail - From: Huch, Nick Sent: Wed Apr 14 18:54:22 2010 - Subject: RE: Macondo TD & Draft Sub. Op. AFE | BP-HZN-MBI00178357 - BPHZN-MBI00178358 |
| Ex 1258 | E-Mail - From: Chandler, Paul <Paul.Chandler@Anadarko.com> Sent: Monday, April 19, 2010 1:05 PM - Subject: RE: Macondo CMR DLIS files | APC-SHS2A-000007936 |
| Ex 1913 | E-Mail - From: O'Donnell, Alan<Alan.ODonnell@Anadarko.com> Sent: Friday, April 9, 2010 7:33 PM - Subject: Macondo update | APC-HEC1-000004797 - APCHEC1-000004798 |
| Ex 1914 | E-Mail - From: Strickling, Robert[Robert.Strickling@Anadar ko.com] Sent: Mon 10/19/2009 4:23:49 PM - Subject: RE: Value of Interest in Blacktail, Silverton & Mauna Kea | ANA-MDL-000041074 - ANAMDL-000041118 |
| Ex 1918 | E-Mail - From: Hollek, Darrell[Darrell.Hollek@Anadarko.com] Sent: Wed 12/16/2009 8:32:54 PM - Subject: Macondo economics | ANA-MDL-000041677 - ANAMDL-000041683 |
| Ex 1919 | BP - Authorization for Expenditure | APC-SHS2A-000001082 - APCSHS2A-000001084 |
| Ex 1920 | Letter to Michael Beirne, from Nicholas G. Huch, dated February 18, 2010 | ANA-MDL-000030713 - ANAMDL-000030714 |
| Ex 1921 | Letter to Michael Beirne, from Nicholas G. Huch, dated March 30, 2010 | ANA-MDL-000030687 - ANAMDL-00003068790 |

**RELIANCE LIST FOR REBUTTAL EXPERT JAMES LANG**

| Exhibit No. | Document Title/Description | Bates Range |
|---|---|---|
| Ex 1922 | Letter to Aimee Patel, from Nicholas G. Huch, dated April 15, 2010 | ANA-MDL-000030726 - ANAMDL-000030728 |
| Ex 1931 | E-Mail - From: Huch, Nick[Nick.Huch@Anadarko.com] Sent: Tuesday, April 20, 2010 3:17 PM - Subject: RE: Macondo TA Letter Agreement to the T&A the MC 252 # 1 Well | DWHMX00058228 - DWHMX00058231 |
| Ex 1941 | E-Mail - From: O'Donnell, Alan[Alan.ODonnell@Anadarko.c om] Sent: Tue 11/24/2009 1:52:00 PM - Subject: RE: BP's Macondo (MC 252) Well Cost Update | ANA-MDL-000041486 - ANAMDL-000041487 |
| Ex 1942 | Lease Exchange Agreement | APC-SHS2A-000008493 - APCSHS2A-000008523 |
| Ex 1943 | Well Participation Agreement | ANA-MDL-000030613 - 30650 |
| Ex 1946 | E-Mail - From: Huch,Nick[Nick.Huch@Anadarko.com]Sent: Mon 12/21/2009 5:00:07 PM- Subject: Macondo DOO & 1017 | ANA-MDL-000040009 - ANAMDL-000040015 |
| Ex 1947 | E-Mail - From: Strife, Stuart<Stuart.Strife@Anadarko.com> Sent: Friday, November 20, 2009 9:08 PM - Subject: RE: FYI Macondo | APC-HEC1-000004654- APCHEC1-000004655 ADR005-001653 - ADR005-001654 |
| Ex 1952 | E-Mail - From: Sepulvado, Ronald W Sent: Mon Sep 21 11:02:50 2009 - Subject: FW: Deepwater Horizon Rig Audit | BP-HZN-OIG00002240 - BPHZN-OIG00002243 |
| Ex 2308 | E-Mail - From: Huch, Nick Sent: 11/02/2009 11:15:31 PM - Subject: RE: Macondo Development Cost | APC-SHS2A-000000509 - APCSHS2A-000000510 |

**RELIANCE LIST FOR REBUTTAL EXPERT JAMES LANG**

| Exhibit No. | Document Title/Description | Bates Range |
|---|---|---|
| Ex 2623 | E-Mail - To: Quitzau, Robert[Robert.Quitzau@Anadarko .com] Sent: Thur 3/11/2010 4:16:19 PM - Subject: MC 252 #1 Macondo WellSpace | ANA-MDL-000000117 - ANAMDL-000000118 |
| Ex 2633 | E-Mail - To: O'Donnell, Alan[Alan.ODonnell@Anadarko.com] Sent: Fri 4/9/2010 2:47:19 PM - Subject: FW: Macondo Completion Question | ANA-MDL-000007458 - ANAMDL-000007460 |
| Ex 2697 | April 4 and 5, 2010 e-mails from Dawn Peyton and Bert Allbritton; Subject: RE: Macondo supplement with attachment | ANA-MDL-000049732 - ANAMDL-000049753 |
| Ex 2818 | String of e-mails among from Tom Lee to Kachi Tokio, et al. dated 8/5/2009; Subject: FW: Production of Macondo | BP-HZN-MDI00173675 - BP-HZN-MDI 00173678 |
| Ex 2842 | E-mail from Robert Bodek to Naoki Ishii; 3/21/10; Subject: Macondo Update | BP-HZN-MBI00175819 |
| Ex 2847 | E-mail string among Mike Beirne and Naoki Ishii, et al., 3/30/10; Subject: RE: Macondo Supplemental AFE | BP-HZN-MBI00178328 - BP-HZN-MBI00178329 |
| Ex 2850 | E-mail string 4/14/10 from Michael Beirne to Shinjiro Naito; Subject: FW: Macondo TD & Draft Sub. Op. AFE | BP-HZN-MBI00178364 - BP-HZN-MBI00178367 |
| Ex 2852 | E-mail string from Michael Beirne to Nick Huch, Naoki Ishii; 4/13/10; Subject Macondo TD & Draft Sub. OP AFE | BP-HZN-MBI00178344 -BP-HZN-MBI00178345 |
| Ex 2855 | E-mail string among Michael Beirne to Bryan Ritchie, et al.; 4/14/10; Subject: Macondo JOA Obligations | BP-HZN-2179MDL00010635 |
| Ex 2856 | E-mail and attachment, from Naoki Ishii to Michael Beirne, et al.; 4/21/10; Subject: RE: Macondo TA Letter Agreement | BP-HZN-2179MDL00326889 - BP-HZN-2179MDL00326891 |

RELIANCE LIST FOR REBUTTAL EXPERT JAMES LANG

| Exhibit No. | Document Title/Description | Bates Range |
|---|---|---|
| Ex 2871 | Service agreement, Mitsui Oil Exploration Co., Ltd., and MOEX USA Corporation | DWHMX0036555 - DWHMX0036564 |
| Ex 2877 | E-mail String from Michael Beirne to Robert Bodek, et al.; 3/17/10; Subject: FW: Macondo - Information Request | BP-HZN-2179MDL00032533 - BP-HZN-2179MDL00032535 |
| Ex 2878 | Authorization for Expenditure, August 28, 2009 | DWHMX00108107 - DWHMX00108109 |
| Ex 2879 | Supplemental Authorization for Expenditure, January 27, 2010 | DWHMX00108110 |
| Ex 2882 | E-mail String among Naoki Ishii, Shinjiro Naito, et al., 4/15/10, Subject: FW: Macondo AFE Proposed Subsequent Operation-- Production Casing | DWHMX00080011-DWHMX00080013 |
| Ex 2883a | E-mail String among from Naoki Ishii to Yutaka Tsuji, et al.;Date: 03/05/10 Subject: RE: Macondo (English Version) | DWHMX00070145 - DWHMX00070146 |
| Ex 2884 | E-mail from Yutaka Tsuji to Kazuhito Oseto, et al., 4/21/2010,Subject: Macondo Daily Report (4/19) with attachment | DWHMX00427688 - DWHMX00427695 |
| Ex 2889 | 2/10 E-mail String from Naoki Ishii to Yutaka Tsuji, et al.; Subject: FW: Macondo Invoices (Japanese Version) | DWHMX00058159 - DWHMX00058161 |
| Ex 2891 | December 2009 BP invoice to MOEX | DWHMX00288881 - DWHMX00288885 |
| Ex 2893 | January 2010 invoice BP to MOEX | DWHMX00166242 - DWHMX00166247 |
| Ex 2895 | March 2010 Invoice month of operations | DWHMX00268365 - DWHMX00268368 |
| Ex 2896 | April 2010 Invoice month of operations | DWHMX00262122 - DWHMX00262125 |
| Ex 2898a | 03/12/10 E-mail String (In English) from Naoki Ishii to Shinjiro Naito, et al.; Subject: RE: [Macondo] BP | DWHMX000G9734 - DWHMX000G9737 |

5

**RELIANCE LIST FOR REBUTTAL EXPERT JAMES LANG**

| Exhibit No. | Document Title/Description | Bates Range |
|---|---|---|
| Ex 2900 | E-mail from Lars Herbst to James Grant and others, dated March 19, 2010; Subject: RE: MMS Director Trip on 3-18-10 | BP-HZN-2179MDL00290025 - BP-HZN-2179MDL00290026 |
| Ex 3007 | E-Mail - From: McCutcheon, Anne P Sent: Mon Jun 15 20:53:18 2009 - Subject: Action Required: Macondo | BP-HZN-2179MDL01823216 - BP-HZN-2179MDL01823221 |
| Ex 3012 | E-Mail - From: Wardlaw, O. Kirk Sent: Mon Oct 05 13:16:31 2009 - Subject: FW: Macondo Proposal | BP-HZN-2179MDL01832578 - BP-HZN-2179MDL01832580 |
| Ex 3017 | E-Mail - From: Tokio, Kachi Sent: Friday, June 26, 2009 12:49 PM - Subject: RE: Macondo data room on June 19 | DWHMX00077645 - DWHMX00077646 |
| Ex 3019 | BP - July 9, 2010 Letter to Jim Ryan & Robert Reeves from Kirk Wardlaw | APC-SHS1-007 - APC-SHS1-007 |
| Ex 4204 | Invoice Dated 2/2/10, Number 0120100070003670 Month of Operation January 2010 | BP-HZN-2179MDL02752577 - BP-HZN-2179MDL02752582 |
| Ex 4205 | Remittance Advice of Electronic Funds Transfer, Trace/Advice Number 0110434005, Payment Date 2/26/10 | ANA-MDL-000230693 - ANAMDL-000230694 |
| Ex 4206 | Invoice Dated 3/2/10 Number 02201000700367 Month of Operation February 2010 | BP-HZN-2179MDL02379545 - BP-HZN-2179MDL02379548 |
| Ex 4207 | Remittance Advice of Electronic Funds Transfer, Trace/Advice Number 0110439022, Payment Date 3/25/10 | ANA-MDL-000230693 - ANAMDL-000230694 |
| Ex 4208 | Revised Invoice Dated 4/2/10 Number 0320100070003670 Month of Operation March 2010 | BP-HZN-2179MDL02379484 - BP-HZN-2179MDL02379489 |

**RELIANCE LIST FOR REBUTTAL EXPERT JAMES LANG**

| Exhibit No. | Document Title/Description | Bates Range |
|---|---|---|
| Ex 4209 | Remittance Advice of Electronic Funds Transfer, Trace/Advice Number 0110445099, Payment Date 4/23/10 | ANA-MDL-000230697 - ANAMDL-000230698 |
| Ex 4210 | Invoice Dated 5/6/10 Number 0420100070003670 Month of Operation April 2010 | BP-HZN-2179MDL02379499 - BP-HZN-2179MDL02379504 |
| Ex 4211 | Remittance Advice of Electronic Funds Transfer, Trace/Advice Number 0110453088, Payment Date 6/1/10 | ANA-MDL-000230699 - ANAMDL-000230700 |
| Ex 4212 | Invoice Dated 6/2/10 Number0520100070003670 Month ofOperation May 2010 | ANA-MDL-000073379 - ANAMDL-000073384 |
| Ex 5547 | April 18 and 19, 2010 E-mail string among Tim Trautman, Forrest Burton, Stuart Strife and others, Subject: Any Update on Macondo, marked as CONFIDENTIAL | ANA-MDL-000009518-ANA-MDL-000009519 |
| | 30 C.F.R. § 250.146(a) | |
| Ex 34001 | Anadarko Designation of Operator | ANA-MDL-000020295 - ANA-MDL-000020296 |
| Ex 34002 | Anadarko Petroleum Corp. 2010 10-K | |
| Ex 34003 | Anadarko Petroleum Corporation (APC) 3rd Quarter Review: http://phx.corporate-ir.net/External.File?item=UGFyZW50SUQ9MTEzMjQ4fENoaWxkSUQ9LTF8VHlwZT0z&t=1 | |
| Ex 34004 | Blowout Frequencies, OGP Risk Assessment Data Directory, Report No. 4342, March 2010 http://www.ogp.org.uk/ | |

RELIANCE LIST FOR REBUTTAL EXPERT JAMES LANG

| Exhibit No. | Document Title/Description | Bates Range |
|---|---|---|
| Ex 34005 | BP 2010 results and investor update, http://www.bp.com/liveassets/bp_internet/globalbp/STAGING/glob al_assets/downloads/B/bp_fourth_quarter_2010_results_presentati on_slides.pdf | |
| Ex 34006 | Bureau of Safety and Environmental Enforcement, Leasing Information, http://www.data.bsee.gov/homepg/data_center/leasing/leasing.asp | |
| | Deposition of  Robert Bodek | |
| | Deposition of Michael Beirne | |
| | Deposition of Jerry Byrd | |
| | Deposition of Paul Chandler | |
| | Deposition of John Gisclair | |
| | Deposition of Nicholas Huch | |
| | Deposition of Naoki Ishii | |
| | Deposition of Alan O'Donnell | |
| | Deposition of Robert Quitzau | |
| | Deposition of Stuart Strife | |
| | Deposition of Kirk Wardlaw | |
| | Expert Report of Gordon Cain | |
| Ex 80005 | Expert Report of Roger Vernon | |

RELIANCE LIST FOR REBUTTAL EXPERT JAMES LANG

| Exhibit No. | Document Title/Description | Bates Range |
|---|---|---|
| Ex 80007; 80008 | Expert Report of Roger Vernon - Appendix B [p. 17 -37 (Production Documents)] | ANA-MDL-000002765 - ANA-MDL-000002768; ANA-MDL-000065764 -ANA-MDL-000065767; ANA-MDL-000277774-ANA-MDL-000277802; APC-HEC1-000001600 - APC-HEC1-000001840; Apc-Shs2b-000000001 - Apc-Shs2b-000001028 |
| Ex 34007 | Global Prospects, IECO, London, (Westwood), 24 March 2009 | |
| Ex 34008 | How Chevron Makes Decisions, http://www.youtube.com/chevron#p/u/12/JRCxZA6ay3M | |
| Ex 34009 | International Recommendations on well incident prevention, intervention and response, OGP, http://www.ogp.org.uk/downloads/GirgBrochure.pdf | |
| Ex 34010 | March 12, 2010 email exchange between Mr. Tsuruta and Mr. Rainey discussing Macondo and potential interest in another prospect, Kasikda | BP-HZN-2179MDL1837107 |
| Ex 34011 | Marine Well Containment Company, http://www.marinewellcontainment.com/membership.php | |
| Ex 34012 | MOECO U.S.A. Project/Gulf of Mexico (MOEX USA), http://www.moeco.co.jp/english/project/usa-moexusa.html | |
| Ex 34013 | MOECO Website, http://www.moeco.co.jp/en/moeco/business.html | |
| Ex 34014 | MOEX Designation of Operator | DWHMX00375903 |

**RELIANCE LIST FOR REBUTTAL EXPERT JAMES LANG**

| Exhibit No. | Document Title/Description | Bates Range |
|---|---|---|
| Ex 34015 | October 13, 2009 email from Mr. Tsuruta of MOECO to Mr. Rainey and Mr. Wardlaw of BP regarding potential Macondo deal | DWHMX00075580 |
| Ex 34016 | Daily Geologic Reports | DWHMX00318191 - DWHMX00318192, DWHMX00318193 - DWHMX00318194 |
| Ex 34017 | Daily Operations Reports | DWHMX00078353 - DWHMX00078357, DWHMX00078362 - DWHMX00078370 |
| Ex 34018 | Daily PPFG (pore pressure fracture gradient) Reports | DWHMX00318677 - DWHMX00318680, DWHMX00318681 - DWHMX00318683 |
| Ex 34019 | Equivalent Static Density Calculations | DWHMX00318617 - DWHMX00318622, DWHMX00318623 - DWHMX00318628 |
| Ex 34020 | MiSWACO Synthetic-Based Mud Report | DWHMX00318023 - DWHMX00318026, DWHMX00318027 - DWHMX00318030, DWHMX00318031 - DWHMX00318034 |
| Ex 34000 | Sperry Drilling Services – Daily Operations Reports | DWRM0001866 - DWRM0001867, DWRM0001874 - DWRM0001875 |

# Reliance Exhibit List

# D.H. Doughty

| Exhibit No. | Document Title/Description | Producing Party Bates Range |
|---|---|---|
| 3602 | LeNormand, William, Daily Report Sheet – Subsea Pod Intervention, Cameron Controls, May 5, 2010 | CAM_CIV_0046703 - CAM_CIV_0046705 |
| 3605 | Cooper Cameron Corp., Engineering Bulletin EB 891D: AMF/Deadman Battery Replacement, September 8, 2004 | CAM_CIV_0003275 - CAM_CIV_0003276 |
| 3619 | LeNormand, William, Daily Report Sheet – Subsea Blue Pod Intervention, Cameron Controls, June 28, 2010.  In particular, see entry for July 5, 2010 | CAM_CIV_0151756- CAM_CIV_0151762 |
| 33005 | Dugal-Whitehead, N., Test Preparation Sheet - Test of Yellow SEM Batteries, June 16, 2011, DNV Phase II Test Data | DNV2011061601 |
| 33006 | Anon., Test Preparation Sheet- Full Load Battery Test, June 17, 2011, DNV Phase II Test Data | DNV2011061701 |
| 33007 | Dugal- Whitehead, N., Test Preparation Sheet - BOP Solenoid drop out and pick voltage test, February 25, 2011, DNV Phase 1 Test Data | DNV007-000189 - DNV007-000190 |
| 33008 | Dugal Whitehead, N., Test Preparation Sheet - BOP Solenoid drop out and pick voltage test of Yellow Pod 3A Solenoid, February 28, 2011, DNV Phase 1 Test Data | DNV007-000191 - DNV007-000193 |
| 33009 | Merala, R., Table A-2 – Summary of Full Load Battery Testing Data, June 2011.  This table was compiled from DNV2011062203 – Battery Testing Summary.xls, and test data files listed under "File Name". | DNV2011062203 |
| 33016 | DNV Phase II IMG_1182.JPG, June 16, 2011 BD 411 RP JPG | |
| 33017 | DNV Phase II IMG_1056.JPG, June 14, 2011 BD 411 RP JPG | |
| 33018 | DNV Phase II Doc. No. DNV2011061602 | |
| 33019 | DNV Phase II Doc. No. DNV2011061603 | |
| 33020 | Loaded battery summary data from Test Preparation Sheet, Test of Deepwater Horizon Blowout Preventor Batteries - Yellow, March 1, 2011, prepared by Norma Dugal-Whitehead, DNV Test Data, Phase I | |
| 33021 | Summary of Full Load Battery Testing Data, June 2011, compiled from DNV2011062203- Battery Testing Summary.xls, and test data files listed under "File Name" | |
| 33023 | Test Preparation Sheet, Test of Deepwater Horizon Blowout Preventor Batteries - Blue, March 1, 2011, prepared by Norma Dugal-Whitehead, DNV Test Data, Phase I | |
| 35000 | Expert Report by Greg Childs | |
| 35001 | Expert report by R.R. Davis | |
| 35002 | Expert Report by Arthur Zatarian | |
| 35003 | Transocean Investigation Report, "MACONDO WELL INCIDENT" Volume II Appendices, dated March 20, 2011, Appendix N. | |
| 35004 | DNV Forensic Examination Of Deepwater Horizon Blowout Preventer, Volume I Final Report No. EP030842, 20 March 2011 | |
| 35005 | Dugal-Whitehead, N., Test Preparation Sheet - Test of Deepwater Horizon Blowout Preventor Battery Voltages, Feb. 28, 2012 (sic 2011) | |
| 35006 | DNV Phase 1 Test Data; Dugal-Whitehead, N., Test Preparation Sheet - Test of Blue SEM Batteries, June 15, 2011, DNV Phase 1 Test Data | DNV2011061502 |
| 35007 | Cooper Cameron Corp., Battery Pack, 9VOC, 41A/HR Lithium 12 Cells in Series/Parallel w/Molex Conn. & PTC's, September 23, 2004 | CAM_CIV_0022982 |
| 35008 | "Ockham's razor." Encyclopædia Britannica. Encyclopædia Britannica Online. Encyclopædia Britannica Inc., 2011. Web. 06 Nov. 2011 | |
| 35009 | T. B. Reddy (Ed.), "Linden's Handbook of Batteries," 3rd and 4th Edition, McGraw-Hill, New York, 2011, Chapter 14. | |
| 35010 | TRN-INV-02546919-939 | |
| 35011 | TRN-INV-1130032 - 41 | |
| 35012 | Deposition of E. Florence , Oct. 5, 2011, pages 173-184 | |

| Exhibit No. | Document Title/Description | Producing Party Bates Range |
|---|---|---|
| 35013 | http://www.saftbatteries.com/doc/Documents/primary/Cube655/LS%2017330_0510.64f3680d-3385-4724-bead-132876d2e408.pdf | |
| 35014 | http://www.saftbatteries.com/doc/Documents/liion/Cube572/MP144350_1009.ff6efb8d-6aab-45ef-ae7a-7fe4af5b011d.pdf | |
| 35015 | http://www.saftbatteries.com/doc/Documents/primary/Cube656/LM33550_Jan2011.55d163ba-a0e5-4d94-9e55-4dc9c7af453d.pdf | |