UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig<br>"Deepwater Horizon" in the Gulf<br>Of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION J |
| This Document applies to:<br>*ALL CASES* | JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

## TRANSOCEAN'S SUBMISSION OF SUPPLEMENTAL PHASE ONE TRIAL EXPERT RELIANCE EXHIBIT LISTS

NOW INTO COURT come Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., and, respectfully submit the following Supplemental Phase One Trial Expert Reliance Exhibit Lists for the February 2012 Limitation and Liability Trial:

    a.   Consolidated Transocean Expert Reliance Exhibit List;

    b.   Greg Childs; and

    c.   Jeff L. Wolfe.

Respectfully submitted,


Respectfully submitted,

| | |
|---|---|
| By:   /s/ Steven L. Roberts<br>Steven L. Roberts (Texas, No. 17019300)<br>Rachel Giesber Clingman (Texas, No. 00784125)<br>Kent C. Sullivan (Texas, No. 19487300)<br>Sutherland Asbill & Brennan LLP<br>1001 Fannin Street, Suite 3700<br>Houston, Texas 77002<br>Telephone: (713) 470-6100<br>Facsimile: (713) 654-1301<br>Email: steven.roberts@sutherland.com<br>rachel.clingman@sutherland.com<br>kent.sullivan@sutherland.com | By:   /s/ Kerry J. Miller<br>Kerry J. Miller (Louisiana, No. 24562)<br>Frilot, L.L.C.<br>1100 Poydras Street, Suite 3700<br>New Orleans, Louisiana 70163<br>Telephone: (504) 599-8169<br>Facsimile: (504) 599-8154<br>Email: kmiller@frilot.com<br><br>-and-<br><br>By:/s/ Edwin G. Preis, Jr.<br>Edwin G. Preis, Jr. (Louisiana, No. 10703)<br>Richard J. Hymel (Louisiana, No. 20230)<br>Preis & Roy PLC<br>102 Versailles Boulevard, Suite 400<br>Lafayette, Louisiana 70501<br>Telephone: (337) 237-6062<br>Facsimile: (337) 237-9129<br><br>-and-<br><br>601 Poydras Street, Suite 1700<br>New Orleans, Louisiana 70130<br>Telephone: (504) 581-6062<br>Facsimile: (504) 522-9129<br>Email: egp@preisroy.com, rjh@preisroy.com |

Of Counsel:

John M. Elsley (Texas, No. 0591950)
Royston, Rayzor, Vickery & Williams LLP
711 Louisiana Street, Suite 500
Houston, Texas 77002
Telephone: (713) 224-8380
Facsimile: (713) 225-9945
Email: john.elsley@roystonlaw.com

Daniel O. Goforth (Texas, No. 08064000)
Goforth Geren Easterling LLP
4900 Woodway, Suite 750
Houston, Texas 77056
Telephone: (713) 650-0022
Facsimile: (713) 650-1669
Email: dangoforth@goforthlaw.com

Brad D. Brian (California, No. 79001)
Allen M. Katz (California, No. 54933)
Munger Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071
Telephone: (213) 683-9100
Facsimile: (213) 683-5180, (213) 683-4018
Email: brad.brian@mto.com, allen.katz@mto.com

*Counsel for Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc. and Transocean Deepwater Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that on November 11, 2011, I electronically filed the foregoing with the Court's CM/ECF system and service on all counsel by using the LexisNexis File & Serve, in accordance with Pretrial Order No. 12 which will send a notice of filing to all counsel accepting electronic notice.

    /s/  Kerry J. Miller
        KERRY J. MILLER

| | MDL 2179—Transocean<br>Supplemental Reliance Exhibits | | | | |
|---|---|---|---|---|---|
| Trial Ex. No. | Bates No. | Date | Subject/Description | | Expert/Report |
| TREX-00671 | | | *Deepwater Horizon* Operations Manual § 2.1 | | Wolfe |
| TREX-00953 | | | Exhibit 953, Marshall Islands ISM Code Document of Compliance for Transocean Offshore Deepwater Drilling, Inc. | | Wolfe |
| TREX-01164 | | 3/20/11 | DNV Final Report Related to Forensic Examination of *Deepwater Horizon* Blowout Preventer, Volume I | | Childs |
| TREX-01165 | | 3/20/11 | DNV Final Report Related to Forensic Examination of *Deepwater Horizon* Blowout Preventer, Volume II, Appendices | | Childs |
| TREX-01453 | TRN-MDL-00048518 | | *Deepwater Horizon* Emergency Response Manual, Vol. 1, Station Bill | | Wolfe |
| TREX-01776 | | 7/11/07 | Marshall Islands Safety Management Certificate for *Deepwater Horizon*, July 11, 2007 | | Wolfe |
| TREX-01787 | | 9/14/10 | Letter from Republic of the Marshall Islands Re: *Deepwater Horizon* Casualty Investigation, at p. 2 | | Wolfe |
| TREX-03130 | 016862 - 016902 | | DNV Laboratory Notebook of Gary Kenney | | Childs |
| TREX-03605 | CAM_CIV_0003275 - CAM_CIV_0003276 | 9/8/04 | Cameron Engineering Bulletin EB 891 D AMF/Deadman Battery Replacement | | Childs |
| TREX-03808 | | 6/11 | Transocean Investigation Report, Volume 1 | | Childs |
| TREX-04469 | HCG059-000126 | 4/21/10 | U.S. Coast Guard Witness Statement of Andrea Fleytas | | Wolfe |
| TREX-05580 | | 7/27/09 | U.S. Coast Guard Activities Summary Report for Certificate of Compliance Examination on *Deepwater Horizon* conducted on July 27, 2009 | | Wolfe |
| TREX-40007 | | 10/17/11 | Expert Report of Paul Dias | | Childs |
| TREX-40008 | | 10/17/11 | Expert Report of Forrest Earl Shanks II | | Childs |
| TREX-40009 | | 10/17/11 | Expert Report of Arthur Zatarain, P.E. | | Childs |
| TREX-40016 | | 10/17/11 | Expert Report of Chuck Schoennagel | | Childs |
| TREX-50150 | | 4/27/11 | Stress Engineering Services Inc., Hydraulic Analysis of Macondo #252 Well Prior to Incident of April 20, 2010, Revision 1 | | Childs |
| TREX-50151 | | 5/11 | Stress Engineering Services Inc.; Structural Analysis of the Macondo #252 Work String | | Childs |
| TREX-50165 | TRN-MDL-02971987 - TRN-MDL-02971993 | 8/5/11 | West Daily Activity Report Testing Notes | | Childs |
| TREX-50339 | HCG059-000043 | 4/21/10 | U.S. Coast Guard Witness Statement of Darin Rupinski | | Wolfe |
| TREX-50342 | HCG059-000056 | 4/21/10 | U.S. Coast Guard Witness Statement of Eric Estrada | | Wolfe |
| TREX-50343 | HCG059-000059 | 4/21/10 | U.S. Coast Guard Witness Statement of Greg Meche | | Wolfe |
| TREX-50359 | | 12/2007 | See IMCA, Guidelines for the Design and Operation of Dynamically Positioned Vessels, December 2007, at Section 1.6.4 | | Wolfe |
| TREX-50370 | | 11/7/11 | Rebuttal Expert Report of Greg Childs - Blowout Preventer (BOP) | | Childs |

| | MDL 2179—Transocean<br>Supplemental Reliance Exhibits | | | |
|---|---|---|---|---|
| **Trial Ex. No.** | **Bates No.** | **Date** | **Subject/Description** | **Expert/Report** |
| TREX-50370.01 | | 12/13/10 | Graph 1: December 13, 2010 Test Results Showing that Approximately Every 4 Minutes and 11 Seconds the Rebooting Cycle Started Over. | Childs |
| TREX-50370.02 | | | Table 1: Theories on Why the Blind Shear Rams Failed to Seal the Well | Childs |
| TREX-50371 | | 10/17/11 | Expert Report of Cliff Knight | Childs |
| TREX-50372 | | 10/17/11 | Expert Report of David O'Donnell | Childs |
| TREX-50373 | | 10/17/11 | Expert Report of Glen Stevick, Ph.D., P.E. | Childs |
| TREX-50374 | | | Talas Engineering Report | Childs |
| TREX-50375 | CAM_CIV_0374340 - CAM_CIV_0374349 | 9/15/10 | Cameron Report (of findings regarding FPR #226314 and solenoid part # 223290-63) | Childs |
| TREX-50376 | TRN-MDL-02995997 - TRN-MDL-02996000 | | Revised Calculation of Vertical Friction Force on 5.5" Drill Pipe | Childs |
| TREX-50377 | TRN-MDL-02996001 - TRN-MDL-02996002 | | Summary Document of AMF Battery Replacement and Pods | Childs |
| TREX-50378 | TRN-MDL-02996003 - TRN-MDL-02996086 | 10/10 - 12/10 | Summary of SEM Testing Results on the *Nautilus* | Childs |
| TREX-50379 | CAM_CIV_0070558 - CAM_CIV_0070570 | 4/27/00 | Cameron Report, 18-3/4" 15M TL BOP 7-5/8" to 3-1/2" VBR RAM | Childs |
| TREX-50380 | TRN-INV-01130032 - TRN-INV-01130041 | 11/3/10 | SEM Testing at West Drilling Equipment Center | Childs |
| TREX-50381 | | | Rebuttal Expert Report of Jeff L. Wolfe *Deepwater Horizon* – Seaworthiness, Marine System, and Safety Condition on April 20, 2010 | Wolfe |
| TREX-50382 | | | 33 C.F.R. § 146.5 (a) | Wolfe |
| TREX-50383 | | | 46 C.F.R. § 109.107 | Wolfe |
| TREX-50384 | | | Regulation V/13, International Convention for the Safety of Life at Sea (SOLAS) | Wolfe |
| TREX-50385 | | | Principles of Safe Manning, IMO Resolution A/21/Res.890, Annex 2, § 3.2 | Wolfe |
| TREX-50386 | | | Regulation IX/1, International Convention for the Safety of Life at Sea (SOLAS) | Wolfe |
| TREX-50387 | | | Marshall Islands Requirements for Merchant Marine Personnel Certification, MI-118 | Wolfe |
| TREX-50388 | | | 46 C.F.R. § 15.520 | Wolfe |
| TREX-50389 | | | Marshall Islands' requirements, Schedules B and C, Marshall Islands, Office of the Maritime Administrator, Minimum Safe Manning Requirements for Vessels, Marine Notice No. 7-038-2 (Rev. 12/09). | Wolfe |

| **MDL 2179—Transocean Supplemental Reliance Exhibits** |
|---|---|---|---|---|
| Trial Ex. No. | Bates No. | Date | Subject/Description | Expert/Report |
| TREX-50390 | | | Schedule A, Marshall Islands, Office of the Maritime Administrator, Minimum Safe Manning Requirements for Vessels, Marine Notice No. 7-038-2 (Rev. 12/09) | Wolfe |
| TREX-50391 | | | Guidelines for Vessels with Dynamic Positioning Systems, IMO MSC/Circ. 645 (Jun. 6, 1994), available at http://www.imo.org/includes/blastDataOnly.asp/data_id%3D10015/MSCcirc645.pdf | Wolfe |
| TREX-50392 | | | 33 C.F.R. § 155.700 | Wolfe |
| TREX-50393 | | | 33 C.F.R. § 155.710 | Wolfe |
| TREX-50394 | | 8/25/20 | Letter from Republic of the Marshall Islands Re: *Deepwater Horizon* Casualty Investigation, August 25, 2010, at p. 2 | Wolfe |
| TREX-50395 | TRN-MDL-01101587 | 12/17/09 | Republic of the Marshall Islands Report of Safety Inspection for the *Deepwater Horizon* | Wolfe |
| TREX-50396 | | 10/17/11 | Appendix 6, Analysis of Industry Norm on "Dual Command Structure" to In the Matter of *Deepwater Horizon* Report Regarding Transocean's Safety Management System and the ISM Code by Captain Andrew Mitchell | Wolfe |
| TREX-50397 | | | Code for the Construction and Equipment of Mobile Offshore Drilling Units, Chapter 14.8.10 | Wolfe |
| TREX-50398 | TRN-INV-00001469 | 6/24/10 | Transocean Internal Investigation Team Interview of Andrea Fleytas | Wolfe |
| TREX-50399 | HCG059-000086 | 4/21/10 | U.S. Coast Guard Witness Statement of Micah Burgess | Wolfe |
| TREX-50400 | HCG059-000066 | 4/21/10 | U.S. Coast Guard Witness Statement of Jason Cooley | Wolfe |
| TREX-50401 | HCG059-000088 | 4/21/10 | U.S. Coast Guard Witness Statement of Michael Glendenning | Wolfe |
| TREX-50402 | HCG059-000001 | 4/21/10 | U.S. Coast Guard Witness Statement of Anthony Graham | Wolfe |
| TREX-50403 | HCG059-000133 | 4/21/10 | U.S. Coast Guard Witness Statement of Troy Hadaway | Wolfe |
| TREX-50404 | HCG059-000083 | 4/23/10 | U.S. Coast Guard Witness Statement of Mark Hay | Wolfe |
| TREX-50405 | HCG059-000085 | 4/21/10 | U.S. Coast Guard Witness Statement of Matthew Jacobs | Wolfe |
| TREX-50406 | HCG059-000055 | 4/21/10 | U.S. Coast Guard Witness Statement of Dustin Johnson | Wolfe |
| TREX-50407 | HCG059-000084 | 4/21/10 | U.S. Coast Guard Witness Statement of Mark Nunley | Wolfe |
| TREX-50408 | HCG059-000112 | 4/21/10 | U.S. Coast Guard Witness Statement of Samuel Pigg | Wolfe |
| TREX-50409 | HCG059-000068 | 4/21/10 | U.S. Coast Guard Witness Statement of Jerry Pitts | Wolfe |
| TREX-50410 | HCG059-000070 | 4/21/10 | U.S. Coast Guard Witness Statement of John Quibedeaux | Wolfe |
| TREX-50411 | HCG059-000075 | 4/21/10 | U.S. Coast Guard Witness Statement of Karl Rhodes | Wolfe |
| TREX-50412 | HCG059-000123 | 4/21/10 | U.S. Coast Guard Witness Statement of Steven Richards | Wolfe |
| TREX-50413 | HCG059-000117 | 4/21/10 | U.S. Coast Guard Witness Statement of Stenson Roark | Wolfe |
| TREX-50414 | HCG059-000139 | 4/21/10 | U.S. Coast Guard Witness Statement of William Terrell | Wolfe |
| TREX-50415 | HCG059-000051 | 4/21/10 | U.S. Coast Guard Witness Statement of Dominick Ussin | Wolfe |
| TREX-50416 | HCG059-000104 | 4/21/10 | U.S. Coast Guard Witness Statement of Paula Walker | Wolfe |
| TREX-50417 | HCG059-000071 | 4/21/10 | U.S. Coast Guard Witness Statement of Jonathan Kersey | Wolfe |
| TREX-50418 | HCG059-000081 | 4/21/10 | U.S. Coast Guard Witness Statement of Leo Lindner | Wolfe |
| TREX-50419 | HCG059-000102 | 4/21/10 | U.S. Coast Guard Witness Statement of Patrick Morgan | Wolfe |

| MDL 2179—Transocean<br>Supplemental Reliance Exhibits ||||||
|---|---|---|---|---|
| **Trial Ex. No.** | **Bates No.** | **Date** | **Subject/Description** | **Expert/Report** |
| TREX-50420 | HCG059-000134 | 4/21/10 | U.S. Coast Guard Witness Statement of Truitt Crawford | Wolfe |
| TREX-50421 | HCG059-000022 | 4/21/10 | U.S. Coast Guard Witness Statement of Christopher Haire | Wolfe |
| TREX-50422 | HCG059-000124 | 4/20/10 | U.S. Coast Guard Witness Statement of Terry Sellers | Wolfe |
| TREX-50423 | HCG059-000135 | 4/21/10 | U.S. Coast Guard Witness Statement of Tyrone Benton | Wolfe |
| TREX-50424 | HCG059-000025 | 4/21/10 | U.S. Coast Guard Witness Statement of Craig Breland | Wolfe |
| TREX-50425 | HCG059-000080 | 4/21/10 | U.S. Coast Guard Witness Statement of Lee Lambert | Wolfe |
| TREX-50426 | BP-HZN-IIT-0002662 - BP-HZN-IIT-0002696 | | *Deepwater Horizon* Emergency Response Manual, Emergency Disconnect Procedure, Section 12 | Wolfe |
| TREX-50427 | TRN-MDL-02995979 - TRN-MDL-02995988 | | Transocean Emergency Disconnect Procedures for Red Alert EDS | Wolfe |
| TREX-50428 | | | Code for the Construction and Equipment of Mobile Offshore Drilling Units, 2009, Resolution A.1023(26) | Wolfe |
| TREX-50429 | | | Marshall Islands ISM Code Document of Compliance for Transocean Offshore Deepwater Drilling, Inc | Wolfe |
| TREX-50430 | HCG161-041962 | 5/5/10 | Email from Callan Brown to Michael Odom and Jay Willimon | Wolfe |
| TREX-50431 | | 6/11/05 | Code for the Construction and Equipment of Mobile Offshore Drilling Units, 1989 | Wolfe |
| TREX-50432 | | | ABS Rules for Building and Classing Mobile Offshore Drilling Units (2008), Part 6, Chapter 2, Section 6.3, available at: http://www.eagle.org/eagleExternalPortalWEB/ShowProperty/BEA%20Repository/Rules&Guides/Current/6_MODU_2008/Pub06_MODU_Part 6; 1 | Wolfe |
| TREX-50433 | | | DNV Rules for Classification of Offshore Drilling and Support Units, DNV-OSS-10, Chapter 3, Section 4, K101, K203, K, 301, available at: http://exchange.dnv.com/publishing/Codes/download.asp?url=2011-10/oss-101.pdf | Wolfe |
| TREX-50434 | | | 46 C.F.R. §§ 107.261(b), 107.265 | Wolfe |
| TREX-50435 | | 12/12/69 | U.S. Coast Guard Navigation and Vessel Inspection Circular No. 12-69, Special Examination in Lieu of Dry-Docking for Large Mobile Drilling Units (Dec. 12, 1969), available at: www.uscg.mil/hq/cg5/nvic/pdf/1960s/n12-69.pdf. | Wolfe |

| | | MDL 2179—Transocean | | |
|---|---|---|---|---|
| | | **Greg Childs Supplemental Reliance Exhibits** | | |
| Trial Ex. No. | Bates No. | Date | Subject/Description | Expert/Report |
| TREX-01164 | | 3/20/11 | DNV Final Report Related to Forensic Examination of *Deepwater Horizon* Blowout Preventer, Volume I | Childs |
| TREX-01165 | | 3/20/11 | DNV Final Report Related to Forensic Examination of *Deepwater Horizon* Blowout Preventer, Volume II, Appendices | Childs |
| TREX-03130 | 016862 - 016902 | | DNV Laboratory Notebook of Gary Kenney | Childs |
| TREX-03605 | CAM_CIV_0003275 - CAM_CIV_0003276 | 9/8/04 | Cameron Engineering Bulletin EB 891 D AMF/Deadman Battery Replacement | Childs |
| TREX-03808 | | 6/11 | Transocean Investigation Report, Volume 1 | Childs |
| TREX-40007 | | 10/17/11 | Expert Report of Paul Dias | Childs |
| TREX-40008 | | 10/17/11 | Expert Report of Forrest Earl Shanks II | Childs |
| TREX-40009 | | 10/17/11 | Expert Report of Arthur Zatarain, P.E. | Childs |
| TREX-40016 | | 10/17/11 | Expert Report of Chuck Schoennagel | Childs |
| TREX-50150 | | 4/27/11 | Stress Engineering Services Inc., Hydraulic Analysis of Macondo #252 Well Prior to Incident of April 20, 2010, Revision 1 | Childs |
| TREX-50151 | | 5/11 | Stress Engineering Services Inc. Structural Analysis of the Macondo #252 Work String | Childs |
| TREX-50165 | TRN-MDL-02971987 - TRN-MDL-02971993 | 8/5/11 | West Daily Activity Report Testing Notes | Childs |
| TREX-50370 | | 11/7/11 | Rebuttal Expert Report of Greg Childs - Blowout Preventer (BOP) | Childs |
| TREX-50370.01 | | 12/13/10 | Graph 1: December 13, 2010 Test Results Showing that Approximately Every 4 Minutes and 11 Seconds the Rebooting Cycle Started Over. | Childs |
| TREX-50370.02 | | | Table 1: Theories on Why the Blind Shear Rams Failed to Seal the Well | Childs |
| TREX-50371 | | 10/17/11 | Expert Report of Cliff Knight | Childs |
| TREX-50372 | | 10/17/11 | Expert Report of David O'Donnell | Childs |
| TREX-50373 | | 10/17/11 | Expert Report of Glen Stevick, Ph.D., P.E. | Childs |
| TREX-50374 | | | Talas Engineering Report | Childs |
| TREX-50375 | CAM_CIV_0374340 - CAM_CIV_0374349 | 9/15/10 | Cameron Report (of findings regarding FPR #226314 and solenoid part # 223290-63) | Childs |
| TREX-50376 | TRN-MDL-02995997 - TRN-MDL-02996000 | | Revised Calculation of Vertical Friction Force on 5.5" Drill Pipe | Childs |
| TREX-50377 | TRN-MDL-02996001 - TRN-MDL-02996002 | | Summary Document of AMF Battery Replacement and Pods | Childs |
| TREX-50378 | TRN-MDL-02996003 - TRN-MDL-02996086 | 10/10 - 12/10 | Summary of SEM Testing Results on the *Nautilus* | Childs |
| TREX-50379 | CAM_CIV_0070558 - CAM_CIV_0070570 | 4/27/00 | Cameron Report, 18-3/4" 15M TL BOP 7-5/8" to 3-1/2" VBR RAM | Childs |
| TREX-50380 | TRN-INV-01130032 - TRN-INV-01130041 | 11/3/10 | SEM Testing at West Drilling Equipment Center | Childs |

| | MDL 2179—Transocean<br>Jeff Wolfe Supplemental Reliance Exhibits | | | |
|---|---|---|---|---|
| **Trial Ex. No.** | **Bates No.** | **Date** | **Subject/Description** | **Expert/Report** |
| TREX-00671 | | | *Deepwater Horizon* Operations Manual § 2.1. | Wolfe |
| TREX-00953 | | | Exhibit 953, Marshall Islands ISM Code Document of Compliance for Transocean Offshore Deepwater Drilling, Inc. | Wolfe |
| TREX-01453 | TRN-MDL-00048518 | | *Deepwater Horizon* Emergency Response Manual, Vol. 1, Station Bill | Wolfe |
| TREX-01776 | | 7/11/07 | Marshall Islands Safety Management Certificate for *Deepwater Horizon*, July 11, 2007 | Wolfe |
| TREX-01787 | | 9/14/10 | Letter from Republic of the Marshall Islands Re: *Deepwater Horizon* Casualty Investigation, at p. 2 | Wolfe |
| TREX-04469 | HCG059-000126 | 4/21/10 | U.S. Coast Guard Witness Statement of Andrea Fleytas | Wolfe |
| TREX-05580 | | 7/27/09 | U.S. Coast Guard Activities Summary Report for Certificate of Compliance Examination on *Deepwater Horizon* conducted on July 27, 2009 | Wolfe |
| TREX-50339 | HCG059-000043 | 4/21/10 | U.S. Coast Guard Witness Statement of Darin Rupinski | Wolfe |
| TREX-50342 | HCG059-000056 | 4/21/10 | U.S. Coast Guard Witness Statement of Eric Estrada | Wolfe |
| TREX-50343 | HCG059-000059 | 4/21/10 | U.S. Coast Guard Witness Statement of Greg Meche | Wolfe |
| TREX-50359 | | 12/2007 | IMCA, Guidelines for the Design and Operation of Dynamically Positioned Vessels, Dec. 2007, at Section 1.6.4, available at: http://www.imca int.com/divisions/marine/publications/103.html | Wolfe |
| TREX-50381 | | 11/7/11 | Rebuttal Expert Report of Jeff L. Wolfe *Deepwater Horizon* – Seaworthiness, Marine System, and Safety Condition on April 20, 2010 | Wolfe |
| TREX-50382 | | | 33 C.F.R. § 146.5 (a) | Wolfe |
| TREX-50383 | | | 46 C.F.R. § 109.107 | Wolfe |
| TREX-50384 | | | Regulation V/13, International Convention for the Safety of Life at Sea (SOLAS) | Wolfe |
| TREX-50385 | | | Principles of Safe Manning, IMO Resolution A/21/Res.890, Annex 2, § 3.2 | Wolfe |
| TREX-50386 | | | Regulation IX/1, International Convention for the Safety of Life at Sea (SOLAS) | Wolfe |
| TREX-50387 | | | Marshall Islands Requirements for Merchant Marine Personnel Certification, MI-118 | Wolfe |
| TREX-50388 | | | 46 C.F.R. § 15.520 | Wolfe |
| TREX-50389 | | | Marshall Islands' requirements, Schedules B and C, Marshall Islands, Office of the Maritime Administrator, Minimum Safe Manning Requirements for Vessels, Marine Notice No. 7-038-2 (Rev. 12/09). | Wolfe |
| TREX-50390 | | 12/09 | Schedule A, Marshall Islands, Office of the Maritime Administrator, Minimum Safe Manning Requirements for Vessels, Marine Notice No. 7-038-2 (Rev. 12/09) | Wolfe |
| TREX-50391 | | | Guidelines for Vessels with Dynamic Positioning Systems, IMO MSC/Circ. 645 (Jun. 6, 1994), available at http://www.imo.org/includes/blastDataOnly.asp/data_id%3D10015/MSCcirc 645.pdf | Wolfe |

| | MDL 2179—Transocean<br>Jeff Wolfe Supplemental Reliance Exhibits | | | |
|---|---|---|---|---|
| **Trial Ex. No.** | **Bates No.** | **Date** | **Subject/Description** | **Expert/Report** |
| TREX-50392 | | | 33 C.F.R. § 155.700 | Wolfe |
| TREX-50393 | | | 33 C.F.R. § 155.710 | Wolfe |
| TREX-50394 | | 8/25/20 | Letter from Republic of the Marshall Islands Re: *Deepwater Horizon* Casualty Investigation, Aug. 25, 2010 at p. 2 | Wolfe |
| TREX-50395 | TRN-MDL-01101587 | 12/17/09 | Republic of the Marshall Islands Report of Safety Inspection for the *Deepwater Horizon* | Wolfe |
| TREX-50396 | | 10/17/11 | Appendix 6, Analysis of Industry Norm on "Dual Command Structure" to In the Matter of *Deepwater Horizon* Report Regarding Transocean's Safety Management System and the ISM Code by Captain Andrew Mitchell | Wolfe |
| TREX-50397 | | | Code for the Construction and Equipment of Mobile Offshore Drilling Units, Chapter 14.8.10 | Wolfe |
| TREX-50398 | TRN-INV-00001469 | 6/24/10 | Transocean Investigation Interview of Andrea Fleytas | Wolfe |
| TREX-50399 | HCG059-000086 | 4/21/10 | U.S. Coast Guard Witness Statements of Micah Burgess | Wolfe |
| TREX-50400 | HCG059-000066 | 4/21/10 | U.S. Coast Guard Witness Statements of Jason Cooley | Wolfe |
| TREX-50401 | HCG059-000088 | 4/21/10 | U.S. Coast Guard Witness Statements of Michael Glendenning | Wolfe |
| TREX-50402 | HCG059-000001 | 4/21/10 | U.S. Coast Guard Witness Statements of Anthony Graham | Wolfe |
| TREX-50403 | HCG059-000133 | 4/21/10 | U.S. Coast Guard Witness Statements of Troy Hadaway | Wolfe |
| TREX-50404 | HCG059-000083 | 4/23/10 | U.S. Coast Guard Witness Statements of Mark Hay | Wolfe |
| TREX-50405 | HCG059-000085 | 4/21/10 | U.S. Coast Guard Witness Statements of Matthew Jacobs | Wolfe |
| TREX-50406 | HCG059-000055 | 4/21/10 | U.S. Coast Guard Witness Statements of Dustin Johnson | Wolfe |
| TREX-50407 | HCG059-000084 | 4/21/10 | U.S. Coast Guard Witness Statements of Mark Nunley | Wolfe |
| TREX-50408 | HCG059-000112 | 4/21/10 | U.S. Coast Guard Witness Statements of Samuel Pigg | Wolfe |
| TREX-50409 | HCG059-000068 | 4/21/10 | U.S. Coast Guard Witness Statements of Jerry Pitts | Wolfe |
| TREX-50410 | HCG059-000070 | 4/21/10 | U.S. Coast Guard Witness Statements of John Quibedeaux | Wolfe |
| TREX-50411 | HCG059-000075 | 4/21/10 | U.S. Coast Guard Witness Statements of Karl Rhodes | Wolfe |
| TREX-50412 | HCG059-000123 | 4/21/10 | U.S. Coast Guard Witness Statements of Steven Richards | Wolfe |
| TREX-50413 | HCG059-000117 | 4/21/10 | U.S. Coast Guard Witness Statements of Stenson Roark | Wolfe |
| TREX-50414 | HCG059-000139 | 4/21/10 | U.S. Coast Guard Witness Statements of  William Terrell | Wolfe |
| TREX-50415 | HCG059-000051 | 4/21/10 | U.S. Coast Guard Witness Statements of Dominick Ussin | Wolfe |
| TREX-50416 | HCG059-000104 | 4/21/10 | U.S. Coast Guard Witness Statements of Paula Walker | Wolfe |
| TREX-50417 | HCG059-000071 | 4/21/10 | U.S. Coast Guard Witness Statement of Jonathan Kersey | Wolfe |
| TREX-50418 | HCG059-000081 | 4/21/10 | U.S. Coast Guard Witness Statement of Leo Lindner | Wolfe |
| TREX-50419 | HCG059-000102 | 4/21/10 | U.S. Coast Guard Witness Statement of Patrick Morgan | Wolfe |
| TREX-50420 | HCG059-000134 | 4/21/10 | U.S. Coast Guard Witness Statement of Truitt Crawford | Wolfe |
| TREX-50421 | HCG059-000022 | 4/21/10 | U.S. Coast Guard Witness Statement of Christopher Haire | Wolfe |
| TREX-50422 | HCG059-000124 | 4/20/10 | U.S. Coast Guard Witness Statement of Terry Sellers | Wolfe |
| TREX-50423 | HCG059-000135 | 4/21/10 | U.S. Coast Guard Witness Statement of Tyrone Benton | Wolfe |
| TREX-50424 | HCG059-000025 | 4/21/10 | U.S. Coast Guard Witness Statement of Craig Breland | Wolfe |
| TREX-50425 | HCG059-000080 | 4/21/10 | U.S. Coast Guard Witness Statement of Lee Lambert | Wolfe |
| TREX-50426 | BP-HZN-IIT-0002662 - BP-HZN-IIT-0002696 | | *Deepwater Horizon* Emergency Response Manual, Emergency Disconnect Procedure, Section 12 | Wolfe |

| | **MDL 2179—Transocean** | | | |
|---|---|---|---|---|
| | **Jeff Wolfe Supplemental Reliance Exhibits** | | | |
| **Trial Ex. No.** | **Bates No.** | **Date** | **Subject/Description** | **Expert/Report** |
| TREX-50427 | TRN-MDL-02995979 - TRN-MDL-02995988 | | Transocean Emergency Disconnect Procedures for Red Alert EDS | Wolfe |
| TREX-50428 | | | Code for the Construction and Equipment of Mobile Offshore Drilling Units, 2009, Resolution A.1023(26) | Wolfe |
| TREX-50429 | HCG161-041962 | 5/5/10 | Email from Callan Brown to Michael Odom and Jay Willimon | |
| TREX-50430 | | | Code for the Construction and Equipment of Mobile Offshore Drilling Units, 1989 | Wolfe |
| TREX-50431 | | | ABS Rules for Building and Classing Mobile Offshore Drilling Units (2008), Part 6, Chapter 2, Section 6.3 available at http://www.eagle.org/eagleExternalPortalWEB/ShowProperty/BEA%20Repository/Rules&Guides/Current/6_MODU_2008/Pub06_MODU_Part6; 1 | Wolfe |
| TREX-50432 | | | DNV Rules for Classification of Offshore Drilling and Support Units, DNV-OSS-10, Chapter 3, Section 4, K101, K203, K, 301, available at http://exchange.dnv.com/publishing/Codes/download.asp?url=2011-10/oss-101.pdf | Wolfe |
| TREX-50433 | | | 46 C.F.R. §§ 107.261(b), 107.265 | Wolfe |
| TREX-50434 | | | U.S. Coast Guard Navigation and Vessel Inspection Circular No. 12-69, Special Examination in Lieu of Dry-docking for Large Mobile Drilling Units (Dec. 12, 1969), available at www.uscg.mil/hq/cg5/nvic/pdf/1960s/n12-69.pdf. | Wolfe |