UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

**ORDER**

**[Regarding Amended Allocation for Rory Davis - Phase One Expert for the U.S.]**

The deposition of Rory Davis (BOP) is set for Wednesday and Thursday, November 16 and 17. The original requests for examination time are shown for all parties except Transocean. It originally requested 90 minutes. It now requests 200 minutes, because of Davis' rebuttal report. There is merit to Transocean's request. The amount allocated to each party is shown below. The order of examination will be as the parties are listed below.

| | Request | Allocation |
|---|---|---|
| BP | 420 minutes | 385 minutes |
| Transocean | 200 minutes | 180 minutes |
| Cameron | 300 minutes | 260 minutes |
| Halliburton | 120 minutes | 50 minutes |
| Anadarko | 120 minutes | 10 minutes |
| M-I Swaco | 15 minutes | 10 minutes |
| Weatherford | 15 minutes | 10 minutes |
| Dril Quip | 0 minutes | 0 minutes |
| MOEX | 0 minutes | 0 minutes |
| BP | It may reserve up to 60 minutes of its time for further cross-examination at | |

|  |  |  |
|---|---|---|
| | this point in the sequence. | |
| Cameron | It may reserve up to 45 minutes of its time for further cross-examination at this point in the sequence. | |
| Transocean | It may reserve up to 45 minutes of its time for further cross-examination at this point in the sequence. | |
| PSC | 0 minutes | 0 minutes |
| U.S. | 110 minutes | 25 minutes |
| States | <u>0 minutes</u> | <u>0 minutes</u> |
| **Total** | **1300 minutes** | **930 minutes** |

The deadline for appealing this order is **Monday, November 14, 2011.**

New Orleans, Louisiana, this 11th day of November, 2011.

_____
**SALLY SHUSHAN**
**United States Magistrate Judge**

2