

SUTHERLAND ASBILL & BRENNAN LLP
1001 Fannin, Suite 3700
Houston, Texas 77002
713.470.6100  Fax 713.654.1301
www.sutherland.com

**DAVID A. BAAY**
DIRECT LINE:  713.470.6112
E-mail: david.baay@sutherland.com

November 10, 2011

<u>*VIA ELECTRONIC MAIL*</u>

Honorable Sally Shushan
United States Magistrate Judge
Eastern District of Louisiana
500 Poydras Street, Soom B-345
New Orleans, LA 70130

      RE:    In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010, MDL 2179

Dear Judge Shushan:

    Rory Davis, an expert for the Department of Justice, will be deposed next week on November 16 and 17, 2011.  For his deposition, BP has been allotted 410 minutes, Cameron 225 minutes and Transocean 90 minutes.

    Mr. Davis, and his team, focus on Transocean and Mr. Childs, Transocean's designated expert, in many of the opinions offered in his initial report.  The focus on Transocean and Mr. Childs becomes even more concentrated in Mr. Davis's rebuttal report.  As an example, of the opinions outlined by Mr. Davis in his rebuttal report, many are primarily focused on Transocean, Mr. Childs and the calculations and data provided by Stress Engineering (a third party whose data is relied upon by Mr. Childs):

- Upward forces in the well would not have been sufficient to cause the drill pipe to be pushed off-center,

- The BSR activated by autoshear, not AMF, and failed to seal,

- The miswired 103Y solenoid was positively faulty and prevented AMF operation from the yellow pod, and

- The blue pod 27 volt battery was positively depleted and prevented AMF operation from the blue pod.

      ATLANTA      AUSTIN      HOUSTON      NEW YORK      WASHINGTON DC

15238233.1

Honorable Sally Shushan
November 10, 2011
Page 2

      As the Court appreciates, most of these issues are uniquely positioned against Transocean and yet Transocean has the least amount of time in relation to the two other parties addressed in Mr. Davis's reports, BP and Cameron.

      Transocean requests that the Court redistribute the time allocations to reflect the following schedule: BP 300 minutes, Transocean 200 minutes, Cameron 275 minutes. While Transocean initially requested the reasonable allotment of 90 minutes, that allocation is no longer sufficient given the opinions offered in Mr. Davis's rebuttal report.

      Thank you for your consideration of this request.

                                                               Sincerely,

                                                               */s/*David A. Baay

DAB/cgh