# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

333 South Hope Street
Los Angeles, California  90071

| | | |
|---|---|---|
| R. Alexander Pilmer<br>To Call Writer Directly:<br>(213) 680-8405<br>alexander.pilmer@kirkland.com | (213) 680-8400<br><br>www.kirkland.com | Facsimile:<br>(213) 680-8500 |

November 11, 2011

**VIA EMAIL**                                                                       **IN CAMERA SUBMISSION**

The Honorable Sally Shushan
United States Magistrate Judge
500 Poydras Street, Room B345
New Orleans, Louisiana 70130

      *Re:     In re Oil Spill by the Oil Rig "Deepwater Horizon," MDL No. 2179*

Dear Magistrate Judge Shushan,

    I write to inform the Court that the parties have resolved the dispute described in my November 7, 2011 letter to the Court regarding the scope of testimony contained in the transcript of Matthew Lucas's February 24-25, 2011 deposition.

                             \*      \*      \*      \*      \*

# KIRKLAND & ELLIS LLP

The Honorable Sally Shushan
November 11, 2011
Page 2

The parties agree that the following testimony should be stricken from the transcript:

| Agreed Stricken Lucas Testimony ||
|---|---|
| 351:3-4 | 375:16-18 |
| 351:8-9 | 375:19-24 |
| 351:19-352:10 | 376:18-377:1 |
| 356:3-7 | 379:11-382:16 |
| 356:19-357:6 | 384:13-16 |
| 358:6-360:13 | 384:20-21 |
| 360:22-24 | 596:19-597:10 |
| 361:3-362:24 | 598:5-599:10 |
| 363:10-19 | 610:15-611:24 |
| 363:23-364:9 | 613:12-21 |
| 369:10-373:7 | 627:12-628:6 |
| 373:11-12 | |

With the consent of all parties, BP now requests that (i) the court reporter be ordered to prepare a revised transcript wherein the above-identified testimony is redacted; (ii) all parties be ordered to destroy prior paper and electronic versions of the transcript, substituting instead the new redacted version; (iii) with respect to the parties' deposition designations, that inData/Worldwide be ordered to delete all designations held privileged, as well as any highlighted excerpts from Exhibit 513, before submission of any portion of the transcript and related materials to the Court in connection with the Phase I trial; and (iv) that the parties be ordered to submit to inData revised two-page summaries to the extent any party's summary of Mr. Lucas's deposition designations includes any of the portions of his testimony identified in the table above.

## KIRKLAND & ELLIS LLP

The Honorable Sally Shushan
November 11, 2011
Page 3

               Respectfully,

               /s/ R. Alexander Pilmer

RAP/rst

cc: James Roy
   Steve Herman
   Mike Underhill
   Corey Maze
   Defense Steering Committee