

Frilot L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163
Phone: 504.599.8000
Facsimile: 504.599.8100
www.frilot.com

Kerry J. Miller
Telephone: 504.599.8194
Facsimile: 504.599.8145
kmiller@frilot.com

November 11, 2011

**VIA E-MAIL**
Magistrate Judge Sally Shushan
United States District Court
500 Poydras Street
New Orleans, LA 70130

      Re:    In Re: Deepwater Horizon
               Civil Action No. 10-md-02179

Dear Judge Shushan:

    I am writing on behalf of Transocean to respectfully request that Your Honor provide further clarification as to the exhibits that the parties must list in the "good faith" Exhibit List due on November 14, 2011.

    On September 2, 2011, Your Honor ordered all parties to identify all exhibits and exhibit numbers in a "good faith" trial Exhibit List by November 14, 2011. (Doc. 3916). As we discussed this morning, due to the nature of the proceedings and the grouping of priority witnesses, non-presenting parties' page/line designations for Priority Witnesses Groups 7-10 and Non-Priority Witnesses will not be due to inData until after November 14, 2011.

    Because the page/line designations are one of the primary sources for determining which deposition exhibits will be set forth in the Exhibit List, Transocean respectfully requests that the Court modify its September 2, 2011 Order to require that the November 14, 2011 Exhibit List contain deposition exhibits for Priority Witnesses Groups 1-6 only. For Priority Witnesses Groups 7-10 and Non-Priority Witnesses, Transocean requests that designated trial exhibits be required to be set forth in a subsequent exhibit list provided at a later date as directed by the Court.

    Transocean understands and agrees that the November 14 Exhibit List will include all Expert Reliance Exhibits and "Other" Exhibits and that the modification sought will only apply to deposition exhibits, and specifically those deposition exhibits set forth in the parties' deposition designations that have not yet been submitted to InData. Further, to the extent parties have completed designations for witnesses that are not yet due to InData, Transocean requests that



ATTORNEYS AT LAW

Frilot L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163
Phone: 504.599.8000
Facsimile: 504.599.8100
www.frilot.com

**November 11, 2011**
**Page - 2**

the Court permit the parties to include those witness exhibits in the November 14, 2011 Exhibit List.

Respectfully submitted,

Kerry J. Miller

KJM/sc