UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | MDL No. 2179 |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico on April 20, 2010** | * | SECTION "J" |
| | * | JUDGE BARBIER |
| **This Document Relates to:** | * | |
| **No. 10-2771** | * | |
| | * | |
| | * | MAGISTRATE NO. 1 |
| | * | MAGISTRATE SHUSHAN |

* * * * * * * * * * * *

## ORDER

Considering the *Ex Parte* Consent Motion of Anadarko Petroleum Corporation and Anadarko E&P Company LP for Leave to Withdraw Pending Motion to Dismiss the Cross-Claims of Weatherford U.S., L.P., the Motion is hereby GRANTED.

IT IS ORDERED that the pending Motion to Dismiss (Rec. Doc. 2927) is WITHDRAWN only as it relates to Weatherford U.S., L.P.  The Motion to Dismiss (Rec. Doc. 2927) is maintained as to the other parties listed therein.

This 14th day of November, 2011.

_____
United States District Judge