UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | * * * * | MDL No. 2179<br><br>SECTION: J<br>JUDGE BARBIER |
| This Document Relates to:<br>No. 10-2771 | * * * * * | MAGISTRATE NO. 1<br>MAGISTRATE SHUSHAN |

**ORDER**

Considering the Motion of Defendants MOEX Offshore 2007 LLC and MOEX USA Corporation (together, "MOEX") to Join in and Adopt the arguments made in the Anadarko entities' Motion in Limine (Rec. Doc. 4319) as well as the accompanying memorandum in support (Rec. Doc. 4319-1),

The Motion is GRANTED.  IT IS ORDERED that MOEX is permitted to join in and adopt the arguments made in the Anadarko entities' Motion in Limine (Rec. Doc. 4319) and accompanying memorandum in support (Rec. Doc. 4319-1).

New Orleans, Louisiana, this 14th day of November, 2011.

_____
United States District Judge