UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | * | MDL NO. 10-2179 |
| "DEEPWATER HORIZON" | * | |
| in the GULF OF MEXICO, | * | |
| on APRIL 20, 2010 | * | SECTION "J" |
| | * | |
| This Document Relates To: | * | |
| | * | JUDGE BARBIER |
| In Re: The Complaint of Kenneth Roberts | * | MAGISTRATE JUDGE SHUSHAN |
| Civil Action No. 10-3815 | * | |

*********************************************

## ORDER

Considering the foregoing;

IT IS ORDERED ADJUDGED AND DECREED that the Joint Motion of Partial Voluntary Dismissal Without Prejudice of Plaintiff, Kenneth Roberts, and Defendant, ART Catering, Inc., is hereby GRANTED.

This partial dismissal only applies to the claims for Jones Act negligence and shall not be construed to be a voluntary dismissal of any other claim of Mr. Roberts against ART CATERING, INC. or any other Defendant.

New Orleans, Louisiana, this 14th day of November, 2011.

_____
United States District Judge