UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | *  MDL NO. 2179 <br> * <br> * <br> * |
| | *  SECTION J |
| Relates to: *All Cases.* | * |
| | *  JUDGE BARBIER |
| (Including No. 10-2771) | * |
| | *  MAG. JUDGE SHUSHAN |

*****************************************

### ORDER

CONSIDERING the Motion for Leave to File in Excess of Page Limitations:

IT IS ORDERED that the Plaintiff Steering Committee be and is hereby granted leave to file its PSC STATUS REPORT AND MEMORANDUM IN SUPPORT OF MOTION TO ESTABLISH ACCOUNT AND RESERVE FOR LITIGATION EXPENSES [Doc 4507-1].

SIGNED at New Orleans, Louisiana this 11th day of November, 2011.

_____
United States District Judge