UNITED STATES DISTRICT OF COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 § § § § § | § § § § § | MDL No. 2179 <br> SECTION:  J <br> JUDGE BARBIER |
| Applies to:   All Cases <br> 2:10-cv-02771 <br> 2:10-cv-04536 | § § § § | MAG. JUDGE SHUSHAN |

**ORDER GRANTING HALLIBURTON ENERGY SERVICES INC.'S *EX PARTE* MOTION FOR LEAVE TO FILE HALLIBURTON ENERGY SERVICES, INC.'S REPLY TO BP'S OPPOSITION TO MOTION TO DISMISS OR, ALTERNATIVELY, TO STAY BP'S FRAUD AND FRAUDULENT CONCEALMENT CLAIMS IN BP'S CROSS-COMPLAINT AND THIRD-PARTY COMPLAINT**

On this day the Court heard and considered Halliburton Energy Services, Inc.'s *Ex Parte* Motion For Leave to File Halliburton Energy Services, Inc.'s Reply to BP's Opposition to Motion to Dismiss Or, Alternatively, to Stay BP's Fraud And Fraudulent Concealment Claims in BP's Cross-Complaint and Third-Party Complaint.  The Court, after reviewing the Motion, finds that good cause has been shown, and that Halliburton Energy Services, Inc.'s Motion should be and is in all things GRANTED.

IT IS HEREBY ORDERED that Halliburton Energy Services, Inc. is permitted to file its Reply To BP's Opposition To Motion To Dismiss Or, Alternatively, To Stay BP's Fraud And Fraudulent Concealment Claims In BP's Cross-Complaint And Third-Party Complaint to be included the record.

Signed on the   14th   day of November, 2011.

_____
United States District Judge