UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

[Amending Schedule for BP Motions *in Limine* and Responses to PSC Issues (R. D. 4468)]

| | Anticipated Motion(s)/Responses | Motion | Response | Reply |
|---|---|---|---|---|
| 1. | BP and others to respond to PSC Letter Regarding "E-Mail Strings Produced by Defendants" | N/A | 11/11/11 | 11/16/11 |
| 2. | BP's and others' Motion *in Limine* to Preclude the Introduction into Evidence of the MBI Report and MBI Testimony (including a discussion of reliance upon this material by experts). | 11/7/11 | 11/18/11 | 11/28/11 |
| 3. | BP's and others' Motion *in Limine* to Preclude the Introduction into Evidence of Other Government Reports and Testimony (including a discussion of reliance upon this material by experts). | 11/7/11 | 11/18/11 | 11/28/11 |
| 4. | BP and others to Respond to PSC Letter Alleged *Daubert/*702 Issues | N/A | 12/5/11 | 12/12/11 |
| 5. | BP and others to Advise of Other Miscellaneous Issues Arising from PSC List of 300 | 11/7/11 (letter) | 11/18/11 | 11/28/11 |
| | | | | |

| | | | | |
|---|---|---|---|---|
| 6. | BP's and others' Motion *in Limine* to Preclude Evidence Regarding Instances of Prior Alleged Improper Conduct Unrelated to the Macondo Well Incident. | **11/7/11** | **11/18/11** | **11/28/11** |
| 7. | BP's and others' Motion *in Limine* to Preclude Evidence Regarding Prior Adverse Criminal, Civil, or Regulatory Proceedings Unrelated to the Macondo Well Incident. | **11/7/11** | **11/18/11** | **11/28/11** |
| 8. | BP's and others' Motion *in Limine* to Preclude Evidence Regarding Non-Governmental Reports (i.e. Bly Report, Berkeley Report, etc.). | **12/5/11** | **12/12/11** | **12/19/11** |
| 9. | BP's and others' Motion *in Limine* to Preclude Evidence Regarding subsequent remedial measures, as already addressed in the letter brief submitted by the PSC. | **12/5/11** | **12/12/11** | **12/19/11** |
| 10. | BP's and others' Motion *in Limine* to Preclude Evidence Regarding Discussions and Settlements. | **12/5/11** | **12/12/11** | **12/19/11** |
| 11. | BP's and others' Motion(s) *in Limine* to Preclude Inappropriate Evidence Arising from Deposition Designations or Other Anticipated Testimony. | **12/5/11** | **12/12/11** | **12/19/11** |

| 12. | BP's and others' Motion(s) *in Limine* to Preclude Evidence Regarding Clawed Back or Stricken Documents or Documents or Information Otherwise Excluded from the Scope of Appropriate Discovery in Pre-Trial Discovery Rulings. | 1/9/12 | 1/16/12 | 1/23/12 |
| --- | --- | --- | --- | --- |
| 13. | Such other motions as BP or other parties deem[s] appropriate upon further consideration, including but not limited to review of proposed testimony, exhibits and positions taken with regard thereto by other parties to the litigation. | 1/9/12 | 1/16/12 | 1/23/12 |

New Orleans, Louisiana, this 14th day of November, 2011.

                **SALLY SHUSHAN**
                **United States Magistrate Judge**