UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig<br>"Deepwater Horizon"<br>in the Gulf of Mexico,<br>on April 20, 2010 | MDL No. 2179<br><br><br>SECTION: J |
| This Document Relates to:<br>Salvesen v. Feinberg, et al.,<br>2:11-cv-02533<br>_____/ | <br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

NOTICE OF REFILING OF PLAINTIFF'S MOTION TO REMAND
AND MEMORANDUM OF LAW

Pursuant to this Court's Pretrial Order No. 5, Selmer M. Salvesen ("Plaintiff"), by and through his undersigned counsel, hereby moves to refile his attached Motion to Remand into MDL 2179 in order to receive consideration from the Court. The purpose of this refiling is to provide the Court with notice of the existence of this motion, as this motion does not currently appear on the Court's MDL docket. Plaintiff understands, pursuant to this Court's Pretrial Order No. 15, pending further orders of this Court, all pending and future motions, including Motions to Remand, are continued without date unless a motion is specifically excepted from the continuance by the Court. The Court will then organize and prioritize the continued motions and in due course, set the motions for hearing.

DATED: November 10, 2011                    Respectfully submitted,

                                            s/ Brian J. Donovan
                                            Brian J. Donovan
                                            Attorney for Plaintiffs
                                            Florida Bar No. 143900
                                            3102 Seaway Court, Suite 304
                                            Tampa, FL 33629
                                            Tel: (352)328-7469
                                            BrianJDonovan@verizon.net

## CERTIFICATE OF NON-SUPPORT

The undersigned certifies, pursuant to Pretrial Order No. 11, that he has conferred with Plaintiffs' Liaison Counsel, Stephen J. Herman, requesting support for the filing of Notice of Refiling of Plaintiff's Motion to Remand and Memorandum of Law. Plaintiffs' Liaison Counsel stated, "the PSC takes no position."

DATED: November 10, 2011                                    Respectfully submitted,

                                                            s/ Brian J. Donovan
                                                            Brian J. Donovan
                                                            Attorney for Plaintiffs
                                                            Florida Bar No. 143900
                                                            3102 Seaway Court, Suite 304
                                                            Tampa, FL 33629
                                                            Tel: (352)328-7469
                                                            BrianJDonovan@verizon.net

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Refiling of Plaintiff's Motion to Remand and Memorandum of Law has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 10th day of November, 2011.

                                                            s/ Brian J. Donovan
                                                            Brian J. Donovan
                                                            Attorney for Plaintiffs
                                                            Florida Bar No. 143900
                                                            3102 Seaway Court, Suite 304
                                                            Tampa, FL 33629
                                                            Tel: (352)328-7469
                                                            BrianJDonovan@verizon.net