UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | * * * * | MDL No. 2179 SECTION "J" JUDGE BARBIER |
| This Document Relates to All Cases | * * * * * | MAGISTRATE NO. 1 MAGISTRATE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \*

## ANADARKO PETROLEUM CORPORATION AND ANADARKO E&P COMPANY LP GOOD FAITH TRIAL EXHIBIT LIST

Defendants Anadarko Petroleum Corporation and Anadarko E&P Company LP (collectively, "Anadarko"), hereby respectfully submit their Good Faith Trial Exhibit List in accordance with this Court's Order dated September 2, 2011 [Rec. Doc. 3916].

Anadarko hereby designates all exhibits included on the attached list. As depositions and discovery are ongoing, and as permitted by the September 2, 2011 Order, Anadarko respectfully reserves the right to supplement its list with such additional relevant documents it may deem appropriate given such depositions and discovery. Anadarko further reserves the right to seek to designate or use at trial any exhibit it deems appropriate that is listed or designated by any other party.

DATED: November 14, 2011          Respectfully submitted,

                                  BINGHAM McCUTCHEN, LLP

                                  /s/ *Ky E. Kirby*_____
                                  Ky E. Kirby
                                  ky.kirby@bingham.com

A/74595706.1

Warren Anthony Fitch
tony.fitch@bingham.com
Randall M. Levine
randall.levine@bingham.com
2020 K Street, NW
Washington, DC 20006-1806
Telephone (202) 373-6000
Facsimile (202) 373-6001
James J. Dragna
jim.dragna@bingham.com
Bingham McCutchen LLP
355 South Grand Avenue
Suite 4400
Los Angeles, California 90071-3106
Telephone (213) 680-6436
Facsimile (213) 680-8636

KUCHLER POLK SCHELL
WEINER & RICHESON, LLC

Deborah D. Kuchler, T.A. (La. Bar No. 17013)
dkuchler@kuchlerpolk.com
Janika Polk (La. Bar No. 27608)
jpolk@kuchlerpolk.com
Robert Guidry (La. Bar No. 28064)
rguidry@kuchlerpolk.com
1615 Poydras Street, Suite 1300
New Orleans, LA  70112
Tel:  (504) 592-0691
Fax:  (504) 592-0696

3

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on November 14, 2011.



                                                                                             Ky E. Kirby