MDL 2179
Anadarko's Good Faith Phase One Trial Exhibit List

| Trial Exhibit Number | Bates Range | Date | Description | Objections |
|---|---|---|---|---|
| TREX-00537 | BP-HZN-MBI00126982 | 4/14/2010 | E-mail chain from Brian Morel to Ronald Sepulvado re: Forward Ops | |
| TREX-00613 | HAL0050569 - HAL0050581 | 4/16/2010 - 4/20/2010 | Report: Wellspace Inclusive Date Range - MC 252 #1 Macondo (4/16/2010 - 4/20/2010) | |
| TREX-00614 | HAL0050546 - HAL0050563 | Undated | INSITE Anywhere® Access Log | |
| TREX-01243 | ANA_MDL-000030610 - ANA_MDL-000030612; APC-HEC1-000001601 - APC-HEC1-000001840 | 12/17/2009 | Ratification and Joinder of Operating Agreement Macondo Prospect between BP Exploration & Production Inc. and MOEX Offshore 2007 LLC | |
| TREX-02317 | ANA-MDL-000023861 - ANA-MDL-000023866 | 6/10/2010 | E-Mail from Michael Beirne to Naoki Ishii, Jim Bryan and Nick Huch re: First Amendment of Macondo Operating Agreement with attachments | |
| TREX-02320 | BP-HZN-2179MDL00003296 - BP-HZN-2179MDL00003297 | 4/14/2010 | E-Mail chain from Michael Beirne to Kemper Howe, Aimee Patel and Bryan Ritchie re: Macondo TD & Draft Sub. Op. AFE | |
| TREX-02635 | ANA-MDL-000005118 - ANA-MDL-000005119 | 4/9/2010 | E-Mail chain from Alan O'Donnell to Robert Quitzau, Paul Chandler, Derek Folger, Dawn Peyton, and Forrest Burton re: Macondo TD Reached | |
| TREX-02636 | ANA-MDL-000008106 - ANA-MDL-000008108 | 4/13/2010 | E-Mail chain from Alan O'Donnell to Robert Quitzau, Nick Huch, Tim Trautman, Paul Chandler, Forrest Burton, Bert Allbritton, and Dawn Peyton re: Macondo TD & Draft Sub. Op. AFE | |
| TREX-02638 | | 4/18/2010 | Daily Operations Report - Partners (Completion) (Report No. 4) | |
| TREX-02639 | | 4/19/2010 | Daily Operations Report - Partners (Completion) (Report No. 5) | |

MDL 2179
Anadarko's Good Faith Phase One Trial Exhibit List

| Trial Exhibit Number | Bates Range | Date | Description | Objections |
|---|---|---|---|---|
| TREX-02662 | BP-HZN-2179MDL00010456 | 3/11/2010 | E-Mail from Robert Bodek to Matthew Aymond, Paul Stapp, and Halliburton Central Data Hub re: Add to Macondo WellSpace | |
| TREX-03239 | BP-HZN-2179MDL01833704 | 10/22/2009 | E-Mail chain from David Rainey to Kemper Howe, Kirk Wardlaw, and Jay Thorseth re: Macondo deals | |
| TREX-04502 | BP-HZN-CEC020232 - BP-HZN-CEC020235 | 4/27/2010 | Transcription of Brian Morel Interview Notes | |
| TREX-80000 | BP-HZN-MBI00142276 - BP-HZN-MBI00142284 | 4/13/2010 | MC 252 #1 Macondo TD Forward Plan Review: Production Casing & TA options | |
| TREX-80001 | | 5/27/2011 | Response of Triton Asset Leasing GMBH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., and Transocean Deepwater Inc. to Defendant Anadarko E&P Company LP's First Set of Requests for Admissions | |
| TREX-80002 | | 5/27/2011 | Response of Triton Asset Leasing GMBH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc., and Transocean Deepwater Inc. to Defendant Anadarko Petroleum Corporation's First Set of Requests for Admissions | |
| TREX-80003 | | 5/27/2011 | The BP Parties' Responses and Objections to Defendant Anadarko E&P Company LP's First Requests for Admissions | |
| TREX-80004 | | 5/27/2011 | The BP Parties' Responses and Objections to Defendant Anadarko Petroleum Corporation's First Requests for Admissions | |
| TREX-80005 | | 10/17/2011 | Expert Report of Roger Vernon | |
| TREX-80006 | | 10/17/2011 | Roger Vernon Curriculum Vitae | |

**MDL 2179**
**Anadarko's Good Faith Phase One Trial Exhibit List**

| Trial Exhibit Number | Bates Range | Date | Description | Objections |
|---|---|---|---|---|
| TREX-80007 | | 10/17/2011 | Roger Vernon - List of Facts and Documents Considered | |
| TREX-80008 | | 10/17/2011 | Roger Vernon - List of Facts and Documents Relied Upon | |