UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL No. 2179  SECTION: J  JUDGE BARBIER |
| Applies to: All Cases  2:10-cv-02771 | § § § § | MAG. JUDGE SHUSHAN |

**DEFENDANT HALLIBURTON ENERGY SERVICES, INC.'S
OBJECTIONS TO AUTHENTICITY OF DEPOSITION EXHIBITS
INTRODUCED BETWEEN JULY 31, 2011 AND NOVEMBER 4, 2011**

Pursuant to this Court's Order dated September 2, 2011 [Docket No. 3916] and Fed. R. Evid. 901, Defendant Halliburton Energy Services, Inc. ("HESI") files its objections to the authenticity of documents produced by a party and used in a deposition of a fact witness taken between July 31, 2011 and November 4, 2011. HESI objects to the authenticity of the documents described below, and shall meet and confer with the other parties in an attempt to resolve these objections.[1]

| Date | Witness Name | Exhibit No. | Description | Bates Number | Basis for Objection Fed. R. Evid. 901 |
|---|---|---|---|---|---|
| **08/17/11** | **Craig Gardner** | 4580 | CEMENT LAB TESTING SHEET; Date: 10-13-10; Test: 100432.6 | CVX8031100000703 | Exhibit contains handwriting that was not identified in the deposition. |
| **08/17/11** | **Craig Gardner** | 4576 | Handwritten Notes BP Deep Water Horizon Commission Testing with Cement Lab Testing Results, 10/13/10 to 10/15/10 | CVX8031100000556 - CVX8031100000566 | Exhibit contains handwriting that was not identified in the deposition. |

---

[1] HESI has identified 52 additional exhibits that have various deficiencies, *e.g.* extraneous and unidentified handwriting or highlighting; illegible copies; missing portions of exhibits or pages; or unrelated documents compiled as a single exhibit. HESI believes that some or all of these deficiencies can be remedied without the involvement of the Court, and HESI will work with counsel to correct these deficiencies. For the Court's convenience, HESI lists all 52 such exhibits on Exhibit "A" attached hereto, and reserves its right to formally object to those exhibits absent resolution by counsel.

Page 1 of 5

| Date | Witness Name | Exhibit No. | Description | Bates Number | Basis for Objection Fed. R. Evid. 901 |
|---|---|---|---|---|---|
| **08/17/11** | **Craig Gardner** | 4579 | CEMENT LAB TESTING SHEET; Date: 10-13-10; Test: 100431.5 | CVX8031100000622 | Exhibit contains handwriting that was not identified in the deposition. |
| **08/17/11** | **Craig Gardner** | 4578 | CEMENT LAB TESTING SHEET; Date: 10-13-10; Test: 100431.5 | CVX8031100000719 | Exhibit contains handwriting that was not identified in the deposition. |
| **08/17/11** | **Craig Gardner** | 4577 | CEMENT LAB TESTING SHEET; Date: 10-13-10; Test: 100431.5 | CVX8031100000720 | Exhibit contains handwriting that was not identified in the deposition. |
| **08/17/11** | **Craig Gardner** | 4582 | Job Report Fluid Loss & 90 degree Free Water Date:10/15/2010 | CVX8031100000736 | Exhibit contains handwriting that was not identified in the deposition. |
| **08/17/11** | **Craig Gardner** | 4583 | Chevron Foam Cube Calculation Slurry Design; Test No. 100431.5 | CVX8031100000763 | Exhibit contains handwriting that was not identified in the deposition. |
| **10/14/11** | **Benjamin Richard** | 5595 | Cement Lab Weigh-Up Sheets, marked as BUSINESS CONFIDENTIAL/CONFIDENTIAL ACCESS RESTRICTED; eight pages | None | Exhibit lacks Bates label and not authenticated. May contain extraneous highlighting. |
| **09/28/11** | **Buddy Trahan** | 5617 | News article from internet: Rig Survivor Blames BP's 'Screwed-Up Plan' for Gulf Oil Blowout, dated 9/23/2011, six pages | None | Exhibit lacks Bates label and not authenticated. May contain extraneous highlighting. |
| **09/21/11** | **James H. Prestidge Jr.** | 5271 | Halliburton Insights; 17 pages | None | Exhibit lacks Bates label and not authenticated. |

Respectfully Submitted,

**GODWIN RONQUILLO PC**

**By:**  /s/  *Donald E. Godwin*
Donald E. Godwin
*Attorney-in-charge*
State Bar No. 08056500
dgodwin@GodwinRonquillo.com
Bruce W. Bowman, Jr.
State Bar No. 02752000
bbowman@GodwinRonquillo.com
Jenny L. Martinez
State Bar No. 24013109
jmartinez@GodwinRonquillo.com
Floyd R. Hartley, Jr.
State Bar No. 00798242
fhartley@GodwinRonquillo.com
Gavin E. Hill
State Bar No.  00796756
ghill@GodwinRonquillo.com
Renaissance Tower
1201 Elm, Suite 1700
Dallas, Texas 75270-2041
Telephone: (214) 939-4400
Facsimile: (214) 760-7332

and

R. Alan York
AYork@GodwinRonquillo.com
Jerry C. von Sternberg
JVonSternberg@GodwinRonquillo.com
Misty Hataway-Coné
MCone@GodwinRonquillo.com
1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone:  713.595.8300
Facsimile:  713.425.7594

**ATTORNEYS FOR DEFENDANT
HALLIBURTON ENERGY SERVICES, INC.**

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Halliburton Energy Services, Inc.'s Objections to Authenticity of Deposition Exhibits Introduced Between July 31, 2011 and November 4, 2011 was filed electronically with the Clerk of the Court using the CM/ECF system and that notice of this filing will be sent to all counsel through the CM/ECF system on this 14th day of November, 2011.

                                          /s/ Donald E. Godwin
                                          Donald E. Godwin