# EXHIBIT A

The deposition exhibit numbers referenced herein contain various deficiencies, such as extraneous and unidentified handwriting or highlighting; illegible copies; missing portions of exhibits or pages; or unrelated documents compiled as a single exhibit.

| | | |
|---|---|---|
| 4953 | 5238 | 5481 |
| 4945 | 5236 | 5470 |
| 4823 | 5169 | 5473 |
| 4791 | 5162 | 5661 |
| 5120 | 5165 | 5659 |
| 5118 | 5166 | 5563 |
| 4991 | 5097 | 5564 |
| 5022 | 5094 | 5562 |
| 4998 | 6351 | 5768 |
| 5014 | 5536 | 5835 |
| 5301 | 5403 | 5590 |
| 5232 | 5396 | 5579 |
| 5079 | 5631 | 5889 |
| 5073 | 5416 | 5898 |
| 5074 | 5415 | 7345 |
| 5075 | 5421 | 5937 |
| 5076 | 5432 | |
| 5239 | 5431 | |