UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:   Oil Spill by the Oil Rig "*Deepwater Horizon*" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179<br><br>SECTION: J |
| Applies to: *All Cases in Pleading Bundle B3* | * * | JUDGE BARBIER<br>MAGISTRATE SHUSHAN |
| *   *   *   *   *   *   *   * | | |

STIPULATION AND AGREED-UPON ORDER DISMISSING
CLAIMS AGAINST MITSUI OIL EXPLORATION CO., LTD. FROM THE AMENDED
MASTER COMPLAINT FOR THE B3 BUNDLE

WHEREAS, claims in the above-captioned matters have been consolidated in this District by order of the U.S. Judicial Panel on Multi-District Litigation dated August 10, 2010 (Doc. 1); and

WHEREAS, this Court ordered that certain matters before it in these proceedings be tried beginning on February 27, 2012; and

WHEREAS, the Plaintiffs' Steering Committee, through undersigned Liaison Counsel, are authorized to act generally for Plaintiffs with respect to administrative matters and with respect to non-administrative matters subject to Court approval and, in particular, with respect to this Stipulation and Agreed-Upon Order; and

WHEREAS, Plaintiffs filed a "First Amended Master Complaint in Accordance with PTO No. 11 [Case Management Order No. 1] Section III.B(3) ['B3 Bundle'], Complaint in Admiralty, Rule 9(h)" (the "B3 Bundle Amended Master Complaint") (Doc. 1812);

WHEREAS, the B3 Bundle Amended Master Complaint, among other things, alleged in substance that MOEX Offshore 2007 LLC ("Offshore") is not a distinct corporate entity, but rather is "dominated and controlled" by Mitsui Oil Exploration Co., Ltd. ("MOECO"); that Offshore and MOEX USA Corporation ("MOEX USA") are each the "agent/alter ego" of MOECO; that liability should be imputed to MOECO because Offshore and MOEX USA are allegedly its agents; and that

the corporate veil should be pierced to render MOECO liable for the obligations of Offshore and/or MOEX USA; and

WHEREAS, Offshore, MOEX USA and MOECO dispute and in all respects deny such allegations; and

WHEREAS, on February 28, 2011, Offshore and MOEX USA moved to dismiss the B3 Bundle Amended Master Complaint (Doc 1416) (the "Motion"); and

WHEREAS, on July 8, 2011, the Court entered a Stipulation and Agreed-Upon Order Regarding "Alter Ego" or "Veil Piercing" Claims against MOEX USA and MOECO (Doc 3208), which provided, among other things, that the Alter Ego Claims (as defined therein) were bifurcated and severed for later discovery and a separate trial, which discovery and trial shall occur at some point subsequent to the conclusion of the trial commencing on February 27, 2012; and

WHEREAS, on August 30, 2011, Judge Barbier endorsed a Stipulation and Agreed-Upon Order (Doc 3874), which extended MOECO's time to answer, move or otherwise respond to the B1 Complaint until 30 days after the later of (a) the date Judge Barbier decided the Motion or (b) the date Plaintiffs file a Further Amended Complaint that contains amended allegations against MOECO; and

WHEREAS, the Court decided the Motion in an Order and Reasons [As to Motions to Dismiss the B3 Master Complaint] issued on September 30, 2011 (the "September 30 Order") (Doc 4159); and

WHEREAS, the September 30 Order held that Offshore and MOEX USA were "dismissed as Defendants to the B3 Master Complaint" and that "all B3 claims against … MOEX are dismissed";

NOW, THEREFORE, the Plaintiffs' Steering Committee and MOECO, by and through their undersigned counsel, hereby stipulate and agree, and the Court hereby Orders, that:

1. Consistent with the September 30 Order, MOECO shall be dismissed as a defendant to the B3 Bundle Master Complaint (Doc 1812) and all claims against MOECO in the B3 Bundle Master Complaint shall be dismissed; and

2. This dismissal shall be without prejudice to Plaintiffs' appellate rights in this matter, including without limitation any right to challenge the September 30 Order on appeal.

3. Except as expressly set forth herein, (a) the Plaintiffs reserve, and do not waive, any and all of their rights and/or claims against MOECO; and (b) MOECO reserves, and does not waive, any and all of its rights and defenses.


Dated:  November 8, 2011


s/  Thomas A. Campbell
Thomas A. Campbell
tom.campbell@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
2 Houston Center
909 Fannin, Suite 2000
Houston, TX 77010-1018
Telephone: (713) 276 7676
Facsimile: (281) 582 6033
**COUNSEL FOR MITSUI OIL EXPLORATION CO., LTD.**


s/ Stephen J. Herman
Stephen J. Herman, La. Bar No. 23129
sherman@hhkc.com
HERMAN HERMAN KATZ & COTLAR LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Telephone (504) 581 4892
Facsimile (504) 569 6024

s/ James Parkerson Roy_____
James Parkerson Roy, La. Bar No. 11511
Domengeaux Wright Roy & Edwards LLC
jimr@wrightroy.com
556 Jefferson Street, Suite 500
Lafayette, Louisiana 70501
Telephone (337) 233 3033
Facsimile (337) 233 2796

**PLAINTIFFS' LIAISON COUNSEL**

**S O   O R D E R E D:**

New Orleans, Louisiana, this 14th day of November, 2011.

_____
United States District Judge