**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § § | MDL No. 2179  SECTION: J |
| **This Document Relates To:** *All Cases* *2:10-cv-02771* | § § § § § § | **Judge Carl J. Barbier** **Magistrate Judge Sally Shushan** |

**DEFENDANT M-I L.L.C.'S**
**GOOD FAITH TRIAL EXHIBIT LIST**

Defendant M-I L.L.C. ("M-I") submits its Good Faith Trial Exhibit List, including all Reliance Exhibits, in connection with Phase One of the February 2012 Limitation and Liability Trial pursuant to the Court's Order of September 2, 2011 [Doc No. 3916].

M-I hereby designates all exhibits included on the attached list.  Because both depositions and discovery are ongoing, M-I respectfully reserves the right to supplement its list with such additional relevant documents it may deem appropriate given such depositions and discovery. M-I  further reserves the right to seek to designate or use at trial any exhibit it deems appropriate that is listed or designated by any other party.

Dated:  November 14, 2011                                     Respectfully submitted,


                                                              MORGAN, LEWIS & BOCKIUS LLP

**OF COUNSEL:**
MORGAN, LEWIS & BOCKIUS LLP

                                                              By:  */s/ Hugh E. Tanner*
Derek E. Leon                                                       Hugh E. Tanner
dleon@morganlewis.com                                              htanner@morganlewis.com
Texas Bar No. 24002463                                             Texas Bar No. 19637400
5300 Wachovia Financial Center                                     1000 Louisiana, Suite 4000
200 South Biscayne Boulevard                                       Houston, Texas  77002
Miami, Florida  33131                                              Telephone:     (713) 890-5000
Telephone:     (305) 415-3000                                      Facsimile:     (713) 890-5001
Facsimile:     (305) 415-3001

Denise Scofield                                               **ATTORNEY FOR DEFENDANT**
dscofield@morganlewis.com                                     **M-I L.L.C.**
Texas Bar No. 00784934
1000 Louisiana, Suite 4000
Houston, Texas  77002
Telephone:     (713) 890-5000
Facsimile:     (713) 890-5001

**ATTORNEYS FOR DEFENDANT**
**M-I L.L.C.**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing Defendant M-I L.L.C.'s Submission of Good Faith Trial Exhibit List has been served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the Court's CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL No. 2179, on this 14th day of November, 2011.


                                                        */s/ Hugh E. Tanner*
                                                        Hugh E. Tanner


DB1/ 68515551.1

# Attachment 1

M-I L.L.C.'s TRIAL EXHIBIT LIST
MDL NO. 2179

| TRIAL EXHIBIT NO. | DATE | BATES RANGE | SUBJECT/ DESCRIPTION |
|---|---|---|---|
| 1 | 9/8/2010 | N/A | Deepwater Horizon Accident Investigation Report (Bly Report) |
| 3 | | BP-HZN-CEC020351 - BP-HZN-CEC020354 | Typewritten notes of Don Vidrine interview |
| 3a | | BP-HZN-CEC020351 - BP-HZN-CEC020354 | Typewritten notes of Don Vidrine interview |
| 4 | | BP-HZN-CEC020334 - BP-HZN-CEC020340 | Handwritten notes of Don Vidrine interview |
| 4a | | BP-HZN-CEC020334 - BP-HZN-CEC020340 | Handwritten notes of Don Vidrine interview |
| 5 | | BP-HZN-MBI00021275 - BP-HZN-MBI00021282 | Typewritten notes of Bob Kaluza interview |
| 6 | | BP-HZN-MBI00021406 - BP-HZN-MBI00021433 | Handwritten notes of Don Vidrine interview |
| 11 | 4/29/2010 | BP-HZN-MBI00021289 - BP-HZN-MBI00021294 | Handwritten meeting notes |
| 12 | 5/17/2010 | BP-HZN-MBI00021298 - BP-HZN-MBI00021297 | Typewritten notes of Lee Lambert interview |
| 17 | 4/25/2010 | BP-HZN-MBI00021367 - BP-HZN-MBI00021388 | Handwritten notes of David Sims interview |
| 18 | 4/28/2010 | BP-HZN-CEC020112 - BP-HZN-CEC020111 | Shane Albers interview notes |
| 19 | 5/9/2010 | BP-HZN-BLY00061549 - BP-HZN-BLY00061553 | Erick Cunningham interview notes |
| 33 | 5/18/2010 | BP-HZN-BLY00061457 - BP-HZN-BLY00061458 and BP-HZN-BLY00061799 | Paul Tooms interview notes |
| 40 | 7/22/2010 | BP-HZN-BLY00086472 - BP-HZN-BLY00086476 | Post-meeting notes between Mark Bly and James Wetherbee |
| 44 | 5/12/2010 | BP-HZN-BLY00061358 - BP-HZN-BLY00061366 | Jim Wetherbee handwritten notes |
| 45 | 4/28/2010 | BP-HZN-BLY00061496 - BP-HZN-BLY00061512 | Bob Kaluza witness interview notes |

M-I L.L.C.'s TRIAL EXHIBIT LIST
MDL NO. 2179

| TRIAL EXHIBIT NO. | DATE | BATES RANGE | SUBJECT/ DESCRIPTION |
|---|---|---|---|
| 46 | 4/29/2010 and 5/17/2010 | BP-HZN-BLY00061571 - BP-HZN-BLY00061578 | Lee Lambert interview notes |
| 47 | 4/27/2010 | BP-HZN-BLY00061617 - BP-HZN-BLY00061628 | Brian Morel interview notes |
| 48 | 5/7/2010 | BP-HZN-BLY00061254 - BP-HZN-BLY00061256 | Don Vidrine interview notes |
| 49 | | BP-HZN-MBI00139573 - BP-HZN-MBI00139576 | Handwritten notes of Don Vidrine interview |
| 50 | 7/14/2010 | BP-HZN-BLY00093519 - BP-HZN-BLY00093520 | E-Mail from Murry R. Sepulvado |
| 52 | | BP-HZN-BLY00094818 | BP/Deepwater Horizon Rheliant Displacement Procedure |
| 60 | 7/21/2010 | BP-HZN-BLY00089917 - BP-HZN-BLY00089920 | Post-meeting notes (Steve Robinson and James Wetherbee) |
| 61 | 5/5/2010 | BP-HZN-BLY00099032 - BP-HZN-BLY00099033 | Timeline of events |
| 63 | 4/28/2010 | BP-HZN-BLY00061487 - BP-HZN-BLY00061495 | Handwritten notes of Bob Kaluza interview |
| 64 | 4/29/2010 | BP-HZN-BLY00061563 - BP-HZN-BLY00061568 | Handwritten notes of Lee Lambert interview |
| 65 | | BP-HZN-BLY00061738 - BP-HZN-BLY00061742 | Handwritten notes of David Sims interview |
| 66 | | BP-HZN-MBI00139613 - BP-HZN-MBI00139614 | Handwritten notes of Cathleenia Willis interview |
| 93 | October, 2008 | BP-HZN-2179MDL00057261 - BP-HZN-2179MDL00057282 | BP Drilling and Well Operations Practice (E&P Defined Operating Practice GP10-00) |
| 96 | 6/22/2010 | BP-HZN-BLY00097030 - BP-HZN-BLY00097033 | Email from Kent Corser regarding John Guide email capture with attachments |
| 97 | 4/26/2010 | BP-HZN-2179MDL00060995 | Email from Brian Morel regarding "Ops Notes" |
| 103 | 5/7/2010 | BP-HZN-MBI00021427 | Typewritten interview notes |
| 104 | 5/17/2010 | BP-HZN-CEC 020226 - BP-HZN-CEC 020227 | Typewritten notes of Lee Lambert interview |
| 112 | 5/7/2010 | BP-HZN-BLY00104358 - BP-HZN-BLY00104389 | Notebook with handwritten notes of Don Vidrine interview |

M-I L.L.C.'s TRIAL EXHIBIT LIST
MDL NO. 2179

| TRIAL EXHIBIT NO. | DATE | BATES RANGE | SUBJECT/ DESCRIPTION |
|---|---|---|---|
| 114 | 5/3/2010 | BP-HZN-BLY00061711 - BP-HZN-BLY00061714 | Handwritten notes of Ronnie Sepulvado interview |
| 116 | 3/7/2010 [ *sic* ] | BP-HZN-BLY00061254 - BP-HZN-BLY00061255 | Handwritten notes of Don Vidrine interview |
| 184 | April, 2008 | BP-HZ-2179MDL00269659 - BP-HZ-2179MDL00269673 | BP Zonal Isolation Requirements during Drilling Operations and Well Abandonment and Suspension GP10-60 |
| 194 | 4/31/2010 | BP-HZN-BLY00061459 - BP-HZN-BLY00061467 | Handwritten notes of John Guide interview |
| 195 | 5/12/2010 | BP-HZN-BLY00104234 - BP-HZN-BLY00104239 | Handwritten notes of John Guide interview |
| 232 | 1/13/2011 | BP-HZN-BLY00124040 - BP-HZN-BLY00124057 | "Deepwater Horizon Investigation Findings" slide show |
| 302 | 4/27/2010 | BP-HZN-CEC020346 - BP-HZN-CEC020350 | Typewritten notes of Don Vidrine interview |
| 303 | Undated | BP-HZN-BLY00143650 - BP-HZN-BLY00143655 | Typewritten compilation of various notes associated with Brian Martin deposition |
| 304 | | BP-HZN-BLY00061656 - BP-HZN-BLY00061657 | Handwritten notes of Pat O'Bryan interview |
| 305 | 5/12/2010 | BP-HZN-BLY00161935 - BP-HZN-BLY00161639 | Handwritten notes of John Guide interview |
| 306 | 5/11/2010 | BP-HZN-BLY00062033 - BP-HZN-BLY00062037 | Handwritten notes of Dave Walz interview |
| 307 | 5/14/2010 | BP-HZN-BLY00061946 - BP-HZN-BLY00061951 | Handwritten notes of Jesse Gagliano interview |
| 308 | 5/15/2010 | BP-HZN-BLY00062038 - BP-HZN-BLY00062040 | Handwritten notes of Brett Cocales interview |
| 309 | 5/6/2010 | BP-HZN-BLY00061924 - BP-HZN-BLY00061925 | Handwritten notes of Cathleenia Willis interview |
| 310 | 5/13/2010 | BP-HZN-BLY00061595 - BP-HZN-BLY00061596 | Handwritten notes of Leo Linder interview |
| 311 | 5/7/2010 | BP-HZN-BLY00061926 - BP-HZN-BLY00061929 | Handwritten notes of Charles Credeur interview |
| 312 | 5/6/2010 | BP-HZN-BLY00061922 - BP-HZN-BLY00061923 | Handwritten notes of Christopher Haire interview |

M-I L.L.C.'s TRIAL EXHIBIT LIST
MDL NO. 2179

| TRIAL EXHIBIT NO. | DATE | BATES RANGE | SUBJECT/ DESCRIPTION |
|---|---|---|---|
| 319 | | BP-HZN-BLY00061376 - BP-HZN-BLY00061380 | Handwritten notes of Mark Hafle interview |
| 323 | 5/5/2010 | BP-HZN-BLY00061840 - BP-HZN-BLY00061843 | Handwritten notes of James Wilson interview |
| 324 | 5/12/2010 | N/A | Typewritten compilation of John Guide interview notes |
| 325 | 4/29/2010 | N/A | Typewritten notes of Alvin Landry and Anthony Gervasio interviews |
| 326 | 5/13/2010 | N/A | Typewritten notes of Leo Linder interview |
| 327 | 4/25/2010 | BP-HZN-BLY00061727 - BP-HZN-BLY00061737 | Handwritten notes of David Sims interview |
| 328 | 5/8/2010 | BP-HZN-BLY00162026 - BP-HZN-BLY00162032 | Handwritten notes of Team Briefing |
| 329 | | BP-HZN-BLY00061207 - BP-HZN-BLY00061208 | Handwritten notes of Brandon Boullion interview |
| 330 | 5/4/2010 | BP-HZN-BLY00061520 - BP-HZN-BLY00061521 | Handwritten notes of Joseph Keith interview |
| 331 | 5/13/2010 | BP-HZN-BLY00061611 - BP-HZN-BLY00061612 | Handwritten notes of Greg Meche interview |
| 332 | 5/13/2010 | BP-HZN-BLY00061690 - BP-HZN-BLY00061691 | Handwritten notes of John Quibodeaux interview |
| 333 | 5/4/2010 | BP-HZN-MBI00139581 - BP-HZN-MBI00139582 | Handwritten notes of Vincent Tabler interview |
| 515 | 4/29/2010 | N/A | Typewritten notes of John LeBleu interview |
| 516 | 4/25/2010 | BP-HZN-CEC020295 - BP-HZN-CEC020326 | Handwritten and typewritten notes from various interviews |
| 596 | 3/31/2009 | BP-HZN-2179MDL00330768 - BP-HZN-2179MDL00330810 | Excerpts from Tranocean Well Control Handbook |
| 638 | | N/A | Excerpt from the National Commission on the BP Deepwater Horizon Oil Spill and Offshore Drilling Chief Counsel's Report |
| 667 | 3/31/2009 | TRN-USCG_MMS-00043810 - TRN-USCG_MMS-00043888 | Excerpts from Tranocean Well Control Handbook |
| 673 | 11/1/2004 | TRN-HCEC-00004639 - TRN-HCEC-00004671 | Excerpts from Tranocean Operations Policies and Procedures Manual |
| 690 | 4/24/2009 | BP-HZN-2179MDL00768549 - BP-HZN-2179MDL00768558 | BP Revised GOM Drilling Fluids Engineer Role |

M-I L.L.C.'s TRIAL EXHIBIT LIST
MDL NO. 2179

| TRIAL EXHIBIT NO. | DATE | BATES RANGE | SUBJECT/ DESCRIPTION |
|---|---|---|---|
| 692 | 1/5/2010 | BP-HZN-2179MDL00235667 | Email from John LeBleu regarding mud program |
| 693 | 1/11/2010 | BP-HZN-2179MDL00235906 - BP-HZN-2179MDL00235907 | Email from John LeBleu regarding Macondo potentially depleted sand - contingency plan for massive losses |
| 694 | 1/26/2010 | BP-HZN-2179MDL00270159 - BP-HZN-2179MDL00270161 | Email from John LeBleu regarding Macondo recap |
| 718 | 4/16/2010 - 4/20/2010 | HAL-CG 0000515 - HAL-CG 0000527 and last page with no Bates No. | Tally book of Nathan Chaisson |
| 759 | 4/27/2010 | BP-HZN-2179MDL0032187 | Email from Patrick O'Bryan regarding bladder effect |
| 816 | 5/14/2010 | BP-HZN-BLY00061275 - BP-HZN-BLY00061280 | Handwritten notes of Jesse Gagliano interview |
| 817 | 5/14/2010 | BP-HZN-BLY00061292 - BP-HZN-BLY00061298 | Handwritten notes of Jesse Gagliano interview |
| 963 | 4/10/2010 | BP-HZN-2179MDL00032495 | Sperry Drilling Services email regarding Release of Data to John LeBleu |
| 964 | 4/11/2010 | BP-HZN-2179MDL00042476 | John LeBleu email requesting data from Sperry Drilling Services |
| 965 | 4/11/2010 | BP-HZN-2179MDL00039500 | Brian Morel email regarding Release of Data |
| 966 | 4/12/2010 | BP-HZN-2179MDL00045083 - BP-HZN-2179MDL00045084 | John Guide email regarding Release of Data |
| 967 | 4/20/2010 | BP-HZN-2179MDL00015195 | Rheliant Displacement Procedure |
| 1009 | 4/16/2010 | BP-HZN-MBI 00129286 | Email from Doyle Maxie regarding waterbased FAS pills |
| 1010 | 4/16/2010 | BP-HZN-MBI 00129279 - BP-HZN-MBI 00129280 | Email from John LeBleu regarding waterbased FAS pills |
| 1011 | 4/16/2010 | BP-HZN-MBI 00129268 | Email from John LeBleu regarding waterbased FAS pills |
| 1015 | 4/16/2010 | BP-HZN-MBI 00129261 | Email from Doyle Maxie regarding FAS and FAS AK |
| 1017 | 4/17/2010 | BP-HZN-MBI 00129251 | Email from John LeBleu regarding disposal |
| 1018 | 6/16/2010 | BP-HZN-BLY00038424 - BP-HZN-BLY00038461 | Project Spacer:  Results of the Investigation at the Screening Level of the Spacer used for Displacement of the Riser to Seawater on MC 252 |
| 1019 | 5/27/2010 | BP-HZN-BLY00098875 - BP-HZN-BLY00098876 | BP Project Spacer report (draft) |
| 1026 | | BP-HZN-2179MDL00016162 | Drilling Fluids Program "Macondo Prospect" |
| 1037 | 4/29/2010 | BP-HZN-BLY00061587 | Notes of John LeBleu interview |
| 1039 | 4/16/2010 | BP-HZN-BLY00069239 | Email from Don Vidrine regarding waterbased FAS pills |
| 1040 | 4/17/2010 | M-I 00016425 | Email from Leo Lindner regarding waterbased FAS pills |

M-I L.L.C.'s TRIAL EXHIBIT LIST
MDL NO. 2179

| TRIAL EXHIBIT NO. | DATE | BATES RANGE | SUBJECT/ DESCRIPTION |
|---|---|---|---|
| 1041 | 2/23/2010 | BP-HZN-MBI 00104424 - BP-HZN-MB1 00104428 | Email from Mark Hafle regarding the agreed pumping procedure for Form-A-Set AK |
| 1043 | 5/4/2010 | BP-HZN-MBI 00129240 - BP-HZN-MBI 00129241 | Email from John LeBleu regarding riser displacement spacer |
| 1044 | 6/16/2010 | BP-HZN-BLY00038424 - BP-HZN-BLY00038442 | Project Spacer: Results of the Investigation at the Screening Level of the Spacer used for Displacement of the Riser to Seawater on MC 252 |
| 1061 | 2/25/2010 | BP-HZN-2179MDL00006206 - BP-HZN-2179MDL00006216 | Email from John LeBleu regarding LWD memory data from Macondo trip out/ loss zone |
| 1084 | 3/24/2010 | BP-HZN-2179MDL00890037 | Email from Robert Bodek regarding Macondo LCM |
| 1219 | 4/5/2010 | N/A | Email from Robert Quitzau regarding Macondo update |
| 1220 | 4/13/2010 | BP-HZN-2179MDL00044347 - BP-HZN-2179MDL00044348 | Email from Robert Bodek regarding Macondo TD |
| 1236 | 2/23/2010 | BP-HZN-MBI 00104421 - BP-HZN-MBI 00104423 | Email from Mark Hafle regarding Macondo Lost Circulation/ Fracture modeling |
| 1237 | 5/20/2010 | BP-HZN-2179MDL00765359 - BP-HZN-2179MDL00765363 | Macondo 20" Open Hole Mud Loss Event Summary |
| 1313 | | N/A | Excerpt from the National Commission on the BP Deepwater Horizon Oil Spill and Offshore Drilling report |
| 1326 | 3/19/2010 | BP-HZN-2179MDL00025882 | Email from Kate Paine regarding lesson learned- plan forward: Macondo |
| 1390 | 4/18/2010 | N/A | Email from Brian Morel regarding requirements for MMS regulations for negative test |
| 1425 | 4/19/2010 | BP-HZN-MBI00191720 - BP-HZN-MBI00191726 | Daily Operations Report – Partners |
| 1426 | 4/20/2010 | TRN-MDL-00466859 - TRN-MDL-00466863 | Daily Drilling Report |
| 1427 | 6/4/2010 | BP-HZN-BLY00061253 | Handwritten notes of Cathleenia Williams interview |
| 1814 | 4/20/2010 | BP-HZN-MBI 00129100 | Email from Doyle Maxie regarding VH modeling |
| 1990 | 4/13/2010 | BP-HZN-MBI00126320 | Email regarding "Rev 1 Procedure" |
| 1992 | 4/20/2010 | BP-HZN-BLY00071107 | Email regarding "Ops Note" |
| 1993 | 9/8/2010 | N/A | BP Deepwater Horizon Accident Investigation Report |
| 2301 | 4/19/2010 | TRN-USCG-MMS-00011638 - TRN-USCG-MMS-00011643 | Daily Drilling Report |
| 2803 | | M-I 00079488 - M-I 00079489 | Brad Billon Curriculum Vitae |

M-I L.L.C.'s TRIAL EXHIBIT LIST
MDL NO. 2179

| TRIAL EXHIBIT NO. | DATE | BATES RANGE | SUBJECT/ DESCRIPTION |
|---|---|---|---|
| 2804 | 2/1/2009 | M-I00000795- M-I00000997; M-I00032095 - M-I00032106; M-I00014306 - M-I00014307 | Contract for Gulf of Mexico Strategic Performance Unit Offshore Well Services |
| 2805 | | M-I 00018684 - M-I 00018685 | Appendix P BP/Deepwater Horizon Rheliant Displacement Procedure |
| 2806 | 5/27/2010 | BP-HZN-BLY00098874 - BP-HZN-BLY00098902 | Email from Paul Hanson regarding project spacer with detailed notes explanations |
| 2808 | 4/6/2010 | BP-HZN-2179MDL00008486 - BP-HZN-2179MDL00008492 | Email from Doyle Maxie regarding tandem procedure 2 |
| 2809 | 4/8/2010 | M-I 00002352 - M-I 00002356 | Email from Doyle Maxie regarding LCM requirements and initial order |
| 2810 | 4/16/2010 | M-I 00016419 - M-I 00016422 | Email from Jamie Manuel regarding waterbased FAS pills |
| 2811 | | BP-HZN-2179MDL00427686 | BP/ Deepwater Horizon Rheliant Displacement Procedure |
| 2812 | 5/11/2010 | M-I 00013724 - M-I 00013725 | Email from Doyle Maxie regarding FAS and FAS AK |
| 2813 | 5/11/2010 | M-I 00015962 - M-I 00015963 | Form-A-Set AK and Form-A-Squeeze document and BP- Response to Questions with water-base mud report |
| 2814 | 5/11/2010 | M-I 00013743 - M-I 00013746 | Email from Doyle Maxie regarding waterbased FAS pills |
| 2815 | 4/16/2010 | M-I 00003186 - M-I 00003189; M-I 00016425 - M-I 00016427 | Email from Timothy Armand regarding waterbased FAS pills |
| 2817 | 4/17/2010 | M-I 00015966 - M-I 00015967 | Email from Leo Lindner regarding waterbased FAS pills |
| 2821 | 4/20/2010 | BP-HZN-2179MDL01329154 | Email from Robert Kaluza regarding Ops Note |
| 3033 | 6/10/2010 | HAL 0577477 | Email from Christopher Haire regarding negative tests |
| 4032 | | BP-HZN-SNR00000944 - BP-HZN-SNR00000947 | Form MMS-124 -  Electronic Version with Temporary Abandonment Procedure |
| 4052 | | IMSO21-008823 - IMSO21-008825 | MC 252 OCS-G32306 Well Number 1 History BP Macondo prospect |
| 4063 | | IMSOI7-004747 - IMSOI7-004759 | Answers to Commission questions of Frank Patton |
| 4502 | 4/27/2010 | BP-HZN-CEC020232 - BP-HZN-CEC020235 | Transcript of Brian Morel interview |
| 4504 | 4/27/2010 | BP-HZN-CEC020236 - BP-HZN-CEC020247 | Handwritten notes from interview panel |
| 4505 | 5/10/2010 | BP-HZN-CEC020251 - BP-HZN-CEC020265 | Handwritten notes of Brian Morel interview |

M-I L.L.C.'s TRIAL EXHIBIT LIST
MDL NO. 2179

| TRIAL EXHIBIT NO. | DATE | BATES RANGE | SUBJECT/ DESCRIPTION |
|---|---|---|---|
| 4640 | | TRN-MDL-01995569 - TRN-MDL-01995570 | Transocean Deepwater Horizon Task Specific Think Procedure |
| 5143 | 5/12/2010 | BP-HZN-BLY00076265 - BP-HZN-BLY00076343 | Letter from James Webster regarding BP Deepwater Horizon Matter – Response to Request for Information |
| 5144 | 4/6/2010 | BP-HZN-2179MDL00003333 - BP-HZN-2179MDL00003335 | Tandem Form-A-Squeeze/ Form-A-Set AK Mixing and Spotting Procedures - weighted pill |
| 5146 | 4/19/2011 | M-I 00003698 - M-I 00003699 | Email from Leo Lindner regarding Form-A-Set AK and Form-A-Squeeze pills |
| 6155 | 3/29/2010 - 7/20/2010 | BP-HZN-BLY00360427 - BP-HZN-BLY00360485 | Notebook of Norman Wong with handwritten notes of Deepwater Horizon incident investigation |
| 6156 | 5/14/2010 | BP-HZN-BLY00366044 - BP-HZN-BLY00366045 | Email from Ray Fleming attaching excerpt from BOP Immediate Recommendations document |
| 6157 | 5/23/2010 | BP-HZN-BLY00367004 - BP-HZN-BLY00367006 | Email from Norman Wong attaching excerpt from Interim Recommendations |
| 6220 | April, 2010 | BP-HZN-2179MDL00640467 - BP-HZN-2179MDL00640494 | E&P Segment Recommended Practice Drilling and Completions Cementing Manual- HPHT Cementing Section |
| 6221 | 7/29/2010 | BP-HZN-2179MDL0222007 | Email from Daryl Kellingray regarding investigation team |
| 6230 | 4/8/2010 | BP-HZN-2179MDL00712772 - BP-HZN-2179MDL00712797 | Email from Erick Cunningham regarding SRP cement placement manual |
| 6234 | 8/11/2010 | N/A | Appendix K. Laboratory Analysis of Cementing Operations on the Deepwater Horizon (from CSI Technologies) |
| 6236 | 6/28/2010 | BP-HZN-BLY00121376 - BP-HZN-BLY00121433 | Email from Daryl Kellingray regarding proposal for slurry tests |
| 7602 | | M-I 00002391 - M-I 00002455 | Drilling Fluids Program "Macondo Prospect" OCS-G 32306 #1 Mississippi Canyon 252 |
| 7603 | 4/6/2010 | BP-HZN-MBI 00118578 - BP-HZN-MBI 00118581 | Tandem Form-A-Squeeze/ Form-A-Set AK Mixing and Spotting Procedures - weighted pill |
| 7607 | 4/19/2010 | M-I 00003704 - M-I 00003705 | Email from Leo Lindner regarding Displacement |
| 7612 | | M-I 00018282 | BP/ Deepwater Horizon Rheliant Displacement Procedure "Macondo" OSC-G 32306 |
| 7613 | 4/16/2010 | M-I 00003186 - M-I 00003189 | Email from Timothy Armand regarding waterbased FAS pills |
| 7614 | 4/16/2010 | BP-HZN-BLY 00069131 - BP-HZN-BLY 00069132 | Email from Brian Morel regarding FAS and FAS AK |
| 89000 | | N/A | A Primer of Oilwell Drilling, Sixth Edition, Petroleum Extension Service |

M-I L.L.C.'s TRIAL EXHIBIT LIST
MDL NO. 2179

| TRIAL EXHIBIT NO. | DATE | BATES RANGE | SUBJECT/ DESCRIPTION |
|---|---|---|---|
| 89001 | 1991 | N/A | Applied Drilling Engineering -Bourgoyne, Jr., Adam T., Millheim, Keith K., Chenevert, Martin E., and Young, Jr., F.S., SPE Textbook Series No. 2, Society of Petroleum Engineers, Richardson, Texas, 1991. |
| 89002 | 9/14/2011 | N/A | The Bureau of Ocean Energy Management, Regulation and Enforcement, "Report Regarding the Cause of the April 20, 2010 Macondo Well Blowout." |
| 89003 | June, 2011 | N/A | Macondo Well Incident:  Transocean Investigative Report, Volumes I and II |
| 89004 | 2011 | N/A | Macondo:  The Gulf Oil Disaster, Chief Counsel's Report, 2011, National Commission on the BP Deepwater Horizon Oil Spill and Offshore Drilling |
| 89005 | 12/7/2010 | N/A | USCG/BOEM Transcript of Joseph E. Keith |
| 89006 | 10/17/2011 | N/A | Expert Report of J.J. Azar Ph.D |
| 89007 | 10/17/2011 | N/A | Expert Report of Dr. Frederick "Gene" Beck on Well Design, Control, Drilling, and Monitoring |
| 89008 | 8/26/2011 | N/A | Expert Opinion-Basis of Opinion, Analysis and Discussion Prepared by David M. Pritchard, P.E. |
| 89009 | 9/23/2011 | N/A | Macondo Engineering, Operations and Well Control Response, Expert Report of Calvin C. Barnhill, P.E. |
| 89010 | 10/17/2011 | N/A | Expert Report of Adam T. Bourgoyne., Ph.D, P.E. |
| 89011 | 11/5/2011 | N/A | Results of Bacterial Degradation testing of FAS-AK |
| 89012 | 11/5/2011 | N/A | Results of Bacterial Degradation testing of FASq |
| 89013 | 11/2/2011 | N/A | Results of LCM Spacer Settlement Testing |
| 89014 | 10/17/2011 | N/A | Expert Report of Donald Weintritt, Use of Lost Circulation Material as a Spacer and Adverse Consequences:  An Examination of the Properties of Barite, Duo-vis, Form-A-Set AK and Form-A-Squeeze under the Conditions of use as a Spacer Fluid |
| 89015 | 6/9/2010 | BP-HZN-BLY00315249 - BP-HZN-BLY00315273 | Intertek Westport Technology Center Report on Potential for Settlement of Form-A-Squeeze & Form-A-Set Blends |
| 89016 | 4/19/2010 | M-I 00000003 – M-I 00000006 | Daily Mud Report |
| 89017 | 4/18/2010 | M-I 00000007 – M-I 00000010 | Daily Mud Report |
| 89018 | 4/17/2010 | M-I 00000011 – M-I 00000015 | Daily Mud Report |
| 89019 | 4/16/2010 | M-I 00000016 – M-I 00000020 | Daily Mud Report |

M-I L.L.C.'s TRIAL EXHIBIT LIST
MDL NO. 2179

| TRIAL EXHIBIT NO. | DATE | BATES RANGE | SUBJECT/ DESCRIPTION |
|---|---|---|---|
| 89020 | 4/15/2010 | M-I 00000021 – M-I 00000026 | Daily Mud Report |
| 89021 | 4/14/2010 | M-I 00000027 – M-I 00000030 | Daily Mud Report |
| 89022 | 4/13/2010 | M-I 00000031 – M-I 00000035 | Daily Mud Report |
| 89023 | 4/12/2010 | M-I 00000036 – M-I 00000040 | Daily Mud Report |
| 89024 | 4/11/2010 | M-I 00000041 – M-I 00000045 | Daily Mud Report |
| 89025 | 4/10/2010 | M-I 00000046 – M-I 00000050 | Daily Mud Report |
| 89026 | 4/9/2010 | M-I 00000051 – M-I 00000055 | Daily Mud Report |
| 89027 | 4/8/2010 | M-I 00000056 – M-I 00000060 | Daily Mud Report |
| 89028 | 4/7/2010 | M-I 00000061 – M-I 00000065 | Daily Mud Report |
| 89029 | 4/6/2010 | M-I 00000066 – M-I 00000070 | Daily Mud Report |
| 89030 | 4/5/2010 | M-I 00000071 – M-I 00000075 | Daily Mud Report |
| 89031 | 4/4/2010 | M-I 00000076 – M-I 00000080 | Daily Mud Report |
| 89032 | 4/3/2010 | M-I 00000081 – M-I 00000085 | Daily Mud Report |
| 89033 | 4/2/2010 | M-I 00000086 – M-I 00000090 | Daily Mud Report |
| 89034 | 4/1/2010 | M-I 00000091 – M-I 00000095 | Daily Mud Report |
| 89035 | 5/12/2010 | M-I 00012924 | M-I's response to BP's request for information |
| 89036 | 4/16/2010 | BP-HZN-MBI 00129256 | E-mail from Doyle Maxie regarding LCM |
| 89037 | 4/17/2010 | BP-HZN-MBI 00129043 | E-mail chain with Doyle Maxie, John LeBleu, and Leo Lindner regarding pills |
| 89038 | 4/16/2010 | M-I 00016383 | E-mail from Doyle Maxie regarding pills |
| 89039 | 4/6/2010 | BP-HZN-MBI 00118417 | E-mail chain regarding pill procedure |
| 89040 | 2/20/2010 | M-1 00001915 | E-mail from Doyle Maxie regarding mud weight |
| 89041 | 3/18/2010 | BP-HZN-MBI 00113032 | E-mail from Doyle Maxie regarding mud weight |
| 89042 | | BP-HZN-2179MDL00973528 | Attachment 2: BP's Bases for Certain Decisions on the Macondo Well |
| 89043 | 1/12/2010 | BP-HZN-2179MDL01290022 | Email from John LeBleu regarding displacement and LCM pill |
| 89044 | 9/16/2010 | TRN-INV-01824082 | Email from TSC Controls to Perrin Roller regarding flow line sensor |
| 89045 | 1/13/2010 | M-I 00002189 - M-I 00002191 | Email from Tab Haygood regarding VSST |
| 89046 | 6/16/2010 | BP-HZN-BLY00096490 - BP-HZN-BLY00096527 | Project Spacer:  Results of the Investigation at the Screening Level of the Spacer used for Displacement of the Riser to Seawater on MC 252 |
| 89047 | 4/21/2010 | BP-HZN-BLY00043868 | Macondo BP Pits Log |

M-I L.L.C.'s TRIAL EXHIBIT LIST
MDL NO. 2179

| TRIAL EXHIBIT NO. | DATE | BATES RANGE | SUBJECT/ DESCRIPTION |
|---|---|---|---|
| 89048 | 4/21/2010 | HAL 0243170 | Macondo BP Pits Log |
| 89049 | | BP-HZN-2179MDL00437875 | Macondo BP Pits Log |
| 89050 | 11/7/2011 | | Rebuttal expert report of Adam T. Bourgoyne |