# Exhibit A

In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 -- BP List of Authenticity Objections and Other Issues To Resolve For Exhibits Marked Between July 31, 2011 Through November 4, 2011

| Exhibit Number | Description | Authenticity Objection | Other Issue to Resolve |
|---|---|---|---|
| 4621 | Email from D. Williams to W. Stringfellow et al. re RE: DSP - DTL Shuttle Valves RMR | | Incomplete; missing attachments; please substitute. |
| 4777 | Macondo Sand Identification | | Incomplete; please substitute. |
| 4781 | BP Deepwater Horizon Accident Investigation Report; Macondo Well Planning and Design | | Incomplete; please substitute. |
| 4838 | State of Oklahoma Certificate of Limited Liability Company: Beirute Enterprises, LLC | | Compilation of separate documents into a single document; please separate. |
| 4856 | Email from K. Corser to B. Thorn, W. Winters, J. McKay and K. Corser re "CSI peer review comments" with Peer Review Feedback Attachment | | Incomplete; please substitute. |
| 4861 | DW D&C Organizational Chart | | Exhibit is illegible; please substitute. |
| 4867 | Presentation: "Drilling Fluid (Mud) Displacement" | | Exhibit is illegible; please substitute. |
| 4875 | Mud Erodibility Technology | | Exhibit is illegible; please substitute. |

| | | | |
|---|---|---|---|
| 4889 | Chart looking at overal cement design and placement contributing to the failure of the annulus cement job | | Exhibit is illegible; please substitute. |
| 5070 | Slides in a Presentation outlining the structure of the Operating Management System | | Incomplete; exhibit is missing pages; please substitute. |
| 5075 | Source Control - Summary of response to the active flow | | Incomplete; exhibit is missing pages; handwriting or highlighting apparently by attorney; please substitute. |
| 5076 | Email from C. Verchere to G. Birrell re: Update 05:00 am | | Incomplete; exhibit is missing pages; handwriting or highlighting apparently by attorney; please substitute. |
| 5077 | Delegate Comments at 3 Months Follow Up | | Incomplete; exhibit is missing pages; please substitute. |
| 5078 | Email from B. Price to A. Rios re E&P SEEAC Paper attaching SEEAC US Regulatory Compliance papers, EP pre-read for SEEAC | | Incomplete; missing attachments; please substitute. |
| 5084 | Email from D. Wood to T. Mushovic re: Rig Requirements attaching Specifications and Technical Documents, Drilling Unit Equipment List, HSSE Requirements | | Incomplete; missing other attachments; please substitute. |
| 5125 | Email from B. Walsh to W. bell et al. re Gumbo Box Generic Info | | Handwriting or highlighting apparently by attorney; please substitute. |

| | | | |
|---|---|---|---|
| 5127 | Email from R. Tiano to B. Ambrose et al. re Neg Test | | Incomplete; missing attachment; please combine. |
| 5128 | BP Spreadsheet re Mud Weights and Calculations | | Incomplete; missing cover email; please combine. |
| 5139 | Handwritten note depicting a chart of Active Pits | Drawn by counsel for the PSC at deposition - not produced by party. | |
| 5140 | Tandem Form-A-Squeeze Form - AK Mixing and Spotting Prodcedures - Weighted Pill | | Incomplete; missing cover email; please substitute. |
| 5144 | MI SWACO Tandem Form-A-Squeeze AK Mixing and Spotting Procedures - Weighted Pill | | Incomplete; missing cover email and other attachments; please substitute. |
| 5263 | Email from S. Loprete to J. Prestidge re "Plan to reach ISO 9001 compliance in all of Halliburton" | | Incomplete; missing attachment; please substitute. |
| 5351 | Mineral Management Service, Interior, Section 250.417 | | Handwriting or highlighting apparently by attorney; please substitute. |
| 5352 | Code of Federal Regulations Title 30 - Mineral Resources Chapter 2 - Minerals Management Service, Department of the Interior, subchapter B - Offshore, Part 250 Oil and Gas and Sulphur Pperations in the Outer Continental Shelf Subpart D - Oil and Gas Drilling Operations | | Handwriting or highlighting apparently by attorney; please substitute. |
| 5366 | Diagram of stages and cause/effect of rig malfunctions | | Incomplete; missing cover email and other attachments; please substitute. |

| | | | |
|---|---|---|---|
| 5368 | 2009 GoM SPU Major Hazard Risk Review | | Pages are out of order; please substitute. |
| 5379 | 2008 - Every $ Counts | | Exhibit is missing pages; please substitute. |
| 5418 | Interviewing Form of Sean Bayer | | This is a compilation of documents; please separate. |
| 5520 | Image of CD and image of information on CD | As an initial step, need web address or other source for audio recording. As an initial step, need web address or other source for video. | |
| 5525 | Email from T. Emmerson to T. Brock re: Request - ROV Timeline and Photos of the drillers dog house | | This is a compilation of e-mails; please separate. |
| 5542 | TH Safety Pulse Check #4 Summary Report | | Handwriting or highlighting apparently by attorney; please substitute. |
| 5547 | Email from P. Chandler to T. Trautman and S. Strife re: Any update on Macondo? | | Text obsured by black box (not in produced version); please substitute. |
| 5559 | RT Scanner Hostile Litho Density Tool Compensated Nuetron | | Contains yellow tabs; please substitute. |
| 5671 | Email from C. Daigle to M. Stidham, et al. re: Viking Lab Test Documentation attaching Viking Lab Reporting v3 | | Attachment is missing; please substitute. |
| 5681 | Drilling & Completions MOC Initiate | | Compilation of separate documents into a single document; please separate. |
| 5767 | D&C HSSE Self Assessment System Progress Chart | Not produced by a party or otherwise authenticated | |
| 5769 | Email from G. Walz to M. Hafle re: MOC - do not think we need John on this MOC | | Incomplete; please substitute. |

| | | | |
|---|---|---|---|
| 5784 | Email from D. Foster to B. Braniff and D. Cameron re: Update on WCE attaching Deepwater Horizon Well Status Rev2 | | Incomplete; missing attachments; please substitute. |
| 5833 | Email from D. Scherie to T. Halverson, et al. re: High Pressure drilling risers attaching High Pressure 2 RD; Draft Policy Completion Case MASP 11-18-09 | | Incomplete; missing two attachments. Please substitute. |
| 5841 | Email from B. Morel to S. Douglas re: Draft to MMS attaching PPF GMW charts | | Incomplete; missing attachment; please substitute. |
| 5900 | Regional Oil Spill Response Plan | | Incomplete; please substitute. |
| 5905 | Email from Y. Prevallet to G GOM SPU LT re: Group Leader Performance Contracts attaching 2008 OMS & IM IPC GL Feb | | Incomplete; please substitute. |
| 5908 | Email from R. Morrison to L. McVay re: Meeting on the 28th of April attaching SO Audit Strategic Review Mtg Apr. 28; 809 GoM Final Audit Report; GoM Safety Pulse Check 2008 Feedback3 md hol pomp | | Incomplete; missing attachments; please substitute. |

| | | | |
|---|---|---|---|
| 6376 | Email from J. Peijs to M. Illingworth, et al. re: Weekly Drilling Report attaching 1 pagers, Egypt Drilling Weekly; Macondo Rpt ending | | Exhibits out of order; please substitute. |
| 6381 | Email from J. Peijs to M. Illingworth, et al. re: Weekly Drilling Report attaching Weekly Exploration Drilling Report March | | Incomplete; missing attachment. Handwriting or highlighting apparently by attorney; please substitute. |
| 7349 | Gulf of Mexico Regional Oil Spill Response Plan | | Incomplete; please substitute. |
| 7360 | Email from E. Nitcher to L. McKay re: Admiral Landry talking points attaching Talking Points MODU | | Ex. 7358 apparently erroneously included in Ex. 7360. |
| 7366 | Gulf of Mexico Regional Oil Spill Response Plan (Incomplete) | | Incomplete; please substitute. |
| 7367 | Photograph of Oil on plants and other objects | Not produced and not otherwise authenticated. | |