UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | : | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the | : | |
| GULF OF MEXICO, on | : | SECTION:  J |
| APRIL 20, 2010 | : | JUDGE BARBIER |
| | : | MAG. JUDGE SHUSHAN |
| **THIS APPLIES TO ALL CASES AND** | : | |
| **10-2771** | : | JURY TRIAL DEMANDED |
| | : | |

. .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .

### CAMERON INTERNATIONAL CORPORATION'S
### PHASE ONE "GOOD FAITH" TRIAL EXHIBIT LIST

Cameron International Corporation ("Cameron") respectfully submits the attached Phase One "Good Faith" Trial Exhibit List.  Cameron hereby designates all exhibits included on the attached list marked as Exhibit A.  As depositions and discovery are ongoing, and as permitted by the September 2, 2011 Order (R.Doc. 3916), Cameron respectfully reserves the right to supplemental its list with such additional relevant documents as it may deem appropriate given such deposition and discovery.  Cameron further reserves the right to seek to designate or use at trial any exhibits it deems appropriate that is listed or designated by any other party.

DATE:  November 15, 2011

1

1075789v.1

Respectfully submitted,

David J. Beck, T.A.
    dbeck@brsfirm.com
Joe W. Redden, Jr.
    jredden@brsfirm.com
David W. Jones
    djones@brsfirm.com
Geoffrey Gannaway
    ggannaway@brsfirm.com
BECK, REDDEN & SECREST, L.L.P.
One Houston Center
1221 McKinney, Suite 4500
Houston, TX 77010-2010
713-951-3700
713-951-3720 (fax)

and

*/s/ Phillip A. Wittmann*
Phillip A. Wittmann, 13625
    pwittman@stonepigman.com
Carmelite M. Bertaut, 3054
    cbertaut@stonepigman.com
Keith B. Hall, 24444
    khall@stonepigman.com
Jared Davidson, 32419
    jdavidson@stonepigman.com
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
504-581-3200
504-581-3361 (fax)

**ATTORNEYS FOR DEFENDANT CAMERON INTERNATIONAL CORPORATION**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Cameron International Corporation's Phase One "Good Faith" Trial Exhibit List has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve (Transaction ID 40882027) in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 15th day of November, 2011.

/s/ Phillip A. Wittmann
Phillip A. Wittmann

1075789v.1