UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | * * * * | MDL No. 2179 |
| | * | SECTION: J |
| This Document Relates to: Cases in Pleading Bundles A, B1 and C as Enumerated in Attachment 1 | * * * * | JUDGE BARBIER |
| | * * | MAGISTRATE JUDGE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \*

### MOTION TO SUBSTITUTE BP EXPLORATION & PRODUCTION, INC. AS CROSS-CLAIM PLAINTIFF IN AMENDED CROSS-CLAIMS OF MOEX OFFSHORE 2007 LLC

NOW INTO COURT comes Cross-Claim Plaintiff MOEX Offshore 2007 LLC ("Offshore") and moves, pursuant to Federal Rules of Civil Procedure 17(a) and 25(c), to substitute BP Exploration & Production Inc. ("BPXP") for Offshore as the plaintiff in Offshore's Amended Cross-Claims (Document 4385).

The motion is brought because BPXP is the real party in interest as to Offshore's Amended Cross-Claims, and therefore the Cross-Claims should be prosecuted in BPXP's name under Federal Rule of Civil Procedure 17(a).  Specifically, on May 20, 2011, Offshore and BPXP became parties to a settlement agreement which, among other things, assigned to BPXP all right, title and interest in the Offshore Cross-Claims.  Therefore, BPXP is the owner of the Offshore Cross-Claims, and is properly substituted for Offshore as the cross-claim plaintiff.

Before filing this motion to substitute, the movant attempt to obtain consent for the filing and granting of the motion from all parties having an interest to oppose.  In

response to its invitations for consent, comment and/or objection, counsel for movant received no objections to this motion. BP consented to this motion to substitute. Counsel for Cross-Claim Defendant Transocean advised that Transocean does not oppose this motion. Counsel for the other Cross-Claim Defendants, Halliburton, M-I, LLC, Cameron International Corporation and Dril-Quip, Inc. were provided with copies of the motion, the accompanying memorandum in support and proposed order and did not object. M-I, LLC commented that it was concerned because other parties are not continue to prosecute the cross-claims. Halliburton commented that "[g]iven that, at present, Halliburton still has a cross-claim pending against MOEX, we believe it is premature to have BP substituting in as the named party. Therefore, while we have not determined whether we will actively oppose the motion, we cannot agree to it at this time."

The background, the nature of the relief sought, and the legal basis therefor are described in greater detail in the accompanying Memorandum of Law.

**WHEREFORE,** Cross-Claim Plaintiff MOEX Offshore 2007 LLC prays that this Court substitute BPXP as the plaintiff in its Amended Cross-Claims (Document 4385).

Dated: November 15, 2011

>Respectfully submitted,
>
>*s/ Philip D. Nizialek*_____
>Philip D. Nizialek (La. Bar No. 24180)
>M. Hampton Carver (La. Bar No. 3947)
>CARVER, DARDEN, KORETZKY, TESSIER,
>FINN, BLOSSMAN & AREAUX, LLC
>1100 Poydras Street, Suite 3100
>New Orleans, LA 70163
>Telephone: (504) 585-3800
>Fax: (504) 585-3801
>
>**COUNSEL FOR MOEX OFFSHORE 2007 LLC**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on November 15, 2011.

                                                 ___s/ Philip D. Nizialek_____

4810-5004-1870, v. 1