UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig** "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | **MDL NO. 2179**<br><br>**SECTION J** |
| **Applies to:** *All Cases* | **JUDGE BARBIER**<br>**MAGISTRATE JUDGE SHUSHAN** |

## AMENDED ORDER

### [Regarding Deposition Designations Track]

On October 4, 2011, the Court issued an order with a schedule for the submission of all deposition designations to Judge Barbier by December 31, 2011. Rec. doc. 4217. On November 1, 2011, a draft amended order was submitted to the parties for review. In addition to comments from the parties, the PSC issued a prioritized witness deposition cut list dated November 3, 2011 at 3:00 p.m., and a prioritized witness deposition cut list dated November 7, 2011 at 1:00 p.m.

The November 7, 2011 list contains 168 deponents.[1] Another 58 deponents are on a separate list because either the PSC has no present intention of submitting cuts for them or it has no present intention to cut or submit them for Phase One.

The deposition designation schedule is amended as follows:

### Prior to Friday, November 11, 2011

Group One

All defendants shall submit their designations for the first 15 depositions ("Group One") on the PSC's prioritized list (including the "final" deposition of Tony Hayward) to inData.

All parties shall submit cross designations and highlighted exhibits for Group One.

---

[1] The numbers within each Group in this draft amended order refer to numbers 1-168 on the November 7, 2011 list.

All parties submit their objections and two page summaries for Group One.

Group Two

All non-presenting parties (i.e. parties who did not present the witness at deposition) shall deliver affirmative (case-in-chief) designations for Group Two (depositions 16-30 on the PSC's prioritized list).

The presenting parties shall submit their counter/affirmative designations for Group Two.

All parties submit their final counter-designations and highlighted exhibits for Group Two.

All parties submit their objections and two page summaries for Group Two.

Group Three

All non-presenting parties shall deliver affirmative designations for Group Three (depositions 31-45 on the PSC's prioritized list).

The presenting parties shall submit their counter/affirmative designations for Group Three.

All parties submit their final counter-designations and highlighted exhibits for Group Three.

Group Four

All non-presenting parties shall deliver affirmative designations for Group Four (depositions 46-60 on the PSC's prioritized list).

The presenting parties shall submit their counter/affirmative designations for Group Four.

Group Five

All non-presenting parties shall deliver affirmative designations for Group Five (depositions 61-80 on the PSC's prioritized list).

**Friday, November 11, 2011** (In progress - Groups One through Six [100 depositions]).

    inData shall present the Group One depositions to Judge Barbier and all counsel.

    inData shall present the Group Two depositions to Judge Barbier and all counsel.[2]

    All parties submit their objections and two page summaries for Group Three.

    All parties submit their final counter-designations and highlighted exhibits for Group Four.

    The presenting parties shall submit their counter/affirmative designations for Group Five.

    All non-presenting parties shall deliver affirmative designations for Group Six (depositions 81-100 on the PSC's prioritized list).

**Friday, November 18, 2011** (In progress - Groups Three through Seven [88 depositions]).

    inData shall present the Group Three depositions to Judge Barbier and all counsel.[3]

    All parties submit their objections and two page summaries for Group Four.

    All parties submit their final counter-designations and highlighted exhibits for Group Five.

    The presenting parties shall submit their counter/affirmative designations for Group Six.

    All non-presenting parties shall deliver affirmative designations for Group Seven (depositions 101-118 on the PSC's prioritized list).

**Friday, November 25, 2011** (day after Thanksgiving)

    The PSC shall designate any additions to the November 7, 2011 prioritized list, including

---

[2] M. Hafle (no. 18), B. Morel (no. 20), and B. Kaluza (no. 22) are in Group Two. Their deposition bundles will not be submitted until after Judge Barbier rules on the motion *in limine* concerning the Fifth Amendment objections.

[3] Tommy Roth (no. 40) and Carter Erwin (no. 44) are in Group Three. At the November 4, 2011 conference, it was agreed that the submission of their deposition bundles would be delayed.

3

depositions taken between September 1, 2011 and November 24, 2011.[4]

**Friday, December 2, 2011** (In progress - Groups Four through Eight [90 depositions]).

All parties other than the PSC shall identify for use at the trial any depositions, which were not identified by the PSC. The parties shall attempt to put these depositions in a single priority list. If they cannot, they shall request that the Court prepare a single priority list.[5]

inData shall present the Group Four depositions to Judge Barbier and all counsel.[6]

All parties submit their final objections and two page summaries for Group Five.

All parties submit their final counter-designations and highlighted exhibits for Group Six.

The presenting parties shall submit their counter/affirmative designations for Group Seven.

All non-presenting parties shall deliver affirmative designations for Group Eight (depositions 119-135 on the PSC's prioritized list).

**Friday, December 9, 2011** (In progress - Groups Five through Nine [90 depositions]).

inData shall present the Group Five depositions to Judge Barbier and all counsel.[7]

All parties submit their objections and two page summaries for Group Six.

All parties submit their final counter-designations and highlighted exhibits for Group Seven.

---

[4] The only Phase One fact depositions scheduled for after November 11, 2011 are Heather Powell (scheduled for November 17) and Lt. Houck 30(b)(6) (scheduled for November 21).

[5] After the Court receives the PSC's additions to its prioritized list and the identification of the remaining deponents by all parties other than the PSC, the order will be revised to provide a schedule for the submission of deposition bundles for those remaining deponents.

[6] T. Roth (no. 40) and C. Erwin (no. 44) will be submitted on this date. Barbara Yilmaz (no. 56) will not be submitted on this date. At the November 4, 2011 conference, it was agreed that her bundle would be delayed by one week.

[7] J. Gagliano (no. 61), C. Haire (no. 63), J. Harrell (no. 64), C. Kuctha (no. 72) and C. Holloway (no. 79) are in Group Five. Their deposition bundles will not be submitted until after Judge Barbier rules on the motion *in limine* concerning the Fifth Amendment objections. Barbara Yilmaz's deposition bundle will be submitted on this date.

The presenting parties shall submit their counter/affirmative designations for Group Eight.

All non-presenting parties shall deliver affirmative designations for Group Nine (depositions 136-150 on the PSC's prioritized list).

**Friday, December 16, 2011** (In progress - Groups Six through Ten [88 depositions]).

inData shall present the Group Six depositions to Judge Barbier and all counsel.[8]

All parties submit their objections and two page summaries for Group Seven.

All parties submit their final counter-designations and highlighted exhibits for Group Eight.

The presenting parties shall submit their counter/affirmative designations for Group Nine.

All non-presenting parties shall deliver affirmative designations for Group Ten (depositions 151-168 on the PSC's prioritized list).

**Thursday, December 29, 2011** (In progress - Groups Seven through Ten [68 depositions]).

inData shall present the Group Seven depositions to Judge Barbier and all counsel.

All parties submit their objections and two page summaries for Group Eight.

All parties submit their final counter-designations and highlighted exhibits for Group Nine.

The presenting parties shall submit their counter/affirmative designations for Group Ten.

**Friday, January 6, 2012** (In progress - Groups Eight through Ten [50 depositions]).

inData shall present the Group Eight depositions to Judge Barbier and all counsel.

All parties submit their objections and two page summaries for Group Nine.

All parties submit final their counter-designations and highlighted exhibits for Group Ten.

**Friday, January 13, 2011** (In progress - Groups Nine and Ten [33 depositions]).

---

[8] C. Willis (no. 87) is in Group Five. Willis' deposition bundle will not be submitted until after Judge Barbier rules on the motion *in limine* concerning the Fifth Amendment objections.

inData shall present the Group Nine depositions to Judge Barbier and all counsel.

All parties submit their objections and two page summaries for Group Ten.

**Friday, January 20, 2011** (In progress - Group Ten [18 depositions]).

inData shall present the Group Ten depositions to Judge Barbier and all counsel.

New Orleans, Louisiana, this 15th day of November, 2011.

                                            **SALLY SHUSHAN**
                                            **United States Magistrate Judge**

cc: Jordan Ray