UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § § § § | MDL No. 2179 SECTION:  J JUDGE BARBIER MAG. JUDGE SHUSHAN |
| Applies to:   All Cases | | |

### HALLIBURTON ENERGY SERVICES, INC.'S MOTION TO DISQUALIFY MICHAEL VIATOR, FRED SABINS, AND CSI TECHNOLOGIES, INC. AND TO STRIKE EXPERT OPINIONS

Defendant Halliburton Energy Services, Inc. ("HESI") files this Motion to Disqualify Michael Viator, Fred Sabins, and CSI Technologies, Inc., and to Strike Expert Opinions.  During his employment with HESI, Viator met with, strategized with, and assisted HESI's defense counsel to formulate HESI's defense strategies in this litigation.  On April 14, 2011, without HESI's knowledge, Viator began working for BP's cement expert, Fred Sabins, and his company, CSI Technologies, Inc. ("CSI").  Viator revealed confidential information and assisted BP in formulating its claims against HESI in this litigation.  Because Sabins and CSI consciously and affirmatively tainted themselves in this case, their continued work for BP unfairly prejudices HESI and offends the integrity of the judicial process.  Accordingly, Viator, Sabins and CSI should be disqualified as experts in this litigation and their expert opinions should be stricken.

Dated: November 15, 2011.

Respectfully Submitted,

**GODWIN RONQUILLO PC**

**By:** /s/ *Donald E. Godwin*
Donald E. Godwin
*Attorney-in-charge*
State Bar No. 08056500
dgodwin@GodwinRonquillo.com
Bruce W. Bowman, Jr.
State Bar No. 02752000
bbowman@GodwinRonquillo.com
Jenny L. Martinez
State Bar No. 24013109
jmartinez@GodwinRonquillo.com
Floyd R. Hartley, Jr.
State Bar No. 00798242
fhartley@GodwinRonquillo.com
Gavin E. Hill
State Bar No.  00796756
ghill@GodwinRonquillo.com
Renaissance Tower
1201 Elm, Suite 1700
Dallas, Texas 75270-2041
Telephone: (214) 939-4400
Facsimile: (214) 760-7332

and

R. Alan York
AYork@GodwinRonquillo.com
Jerry C. von Sternberg
JVonSternberg@GodwinRonquillo.com
Misty Hataway-Coné
MCone@GodwinRonquillo.com
1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone:  713.595.8300
Facsimile:  713.425.7594

**ATTORNEYS FOR DEFENDANT**
**HALLIBURTON ENERGY SERVICES, INC.**

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Halliburton Energy Services, Inc.'s *Motion to Disqualify Michael Viator, Fred Sabins, and CSI Technologies, Inc., and to Strike Expert Opinions* was filed electronically with the Clerk of the Court using the CM/ECF system and that notice of this filing will be sent to all counsel through the CM/ECF system on this 15th day of November, 2011.

      /s/ Donald E. Godwin
      Donald E. Godwin