# EXHIBIT B

(Provided Under Seal)