# EXHIBIT C

(Provided Under Seal)