# EXHIBIT D

(Provided Under Seal)