# EXHIBIT E

From:CSI Technologies          281 784 7995          10/12/2011 13:59     #677 P.002/003

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION: J |
| Applies to: *All Cases.* | JUDGE BARBIER |
| * * * * * * * * * * * * | MAGISTRATE SHUSHAN |

## AFFIDAVIT OF MICHAEL VIATOR

STATE OF TEXAS

COUNTY OF HARRIS

Michael Viator, being duly sworn, states the following under oath:

1. Since April 14, 2011, I have been employed by CSI Technologies, Inc. as a Research Engineer.

2. Prior to joining CSI Technologies, I was employed by Halliburton.

3. I have not disclosed any confidential information related to my work at Halliburton to any employee or representative of CSI Technologies.

4. I have not disclosed any confidential information related to my work at Halliburton to any employee or representative of BP or any attorney for BP.

5. Other than a general disclosure that I performed work for Halliburton related to the Deepwater Horizon oil spill, I have not discussed the work I performed for Halliburton related to the Deepwater Horizon oil spill with any employee or representative of CSI Technologies or with any employee or representative of BP or any attorney for BP.

7340
Exhibit No. _____
Worldwide Court
Reporters, Inc.

From:CSI Technologies          281 784 7995          10/12/2011 14:00          #677 P.003/003

6. I am aware that employees of CSI Technologies have performed certain work for BP in connection with the Deepwater Horizon oil spill litigation. I have not participated in that work except as described in paragraph 7 below.

7. During the period from September 19, 2011 through October 4, 2011, I performed a review of works published in scientific journals at the request of Fred Sabins. The literature related to pressure effects on cement slurries. Based on my review, I prepared a written summary of the various published works that I reviewed.

Dated this ___ day of October, 2011.

MICHAEL VIATOR

Sworn and subscribed before me this ___ day of October, 2011

NOTARY PUBLIC

PAMELA S. WARNER
Notary Public, State of Texas
My Commission Expires
June 14, 2014