# EXHIBIT I

Case 2:10-md-02179-CJB-DPC   Document 4595-10   Filed 11/15/11   Page 1 of 2





2202 Oil Center Court
Houston, TX 77073
Phone: (281) 784-7990
Fax: (281) 784-7995

Key Staff

**Fred Sabins, President**
—281-784-7902
—fsabins@csi-tech.net

**Larry Watters, Vice President**
—281-784-7903
—lwatters@csi-tech.net

**David Brown, Field Operations Manager**
—281-784-7910
—dbrown@csi-tech.net

**Paul Sonnier, Laboratory Operations Manager**
—281-784-7915
—psonnier@csi-tech.net

**Jeff Watters, Research Manager**
—281-784-7906
—jwatters@csi-tech.net

*CSI Technologies,*
an engineering and research firm focused on cementing, stimulation, and technology concerns for operators in the Gulf Coast.

© 2007
All Rights Rserved    |    Home    |    Cementing    |    Stimulation    |    Promise    |    Awards    |    Contacts