**U.S. Department of Justice**
**United States Marshals Service**

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
__Eastern__ District of __Louisiana__

TO: National Pollution Funds Center
Craig A. Bennett, Director
United States Coast Guard
US Coast Guard Stop 7100
4200 Wilson Blvd., Ste. 1000
Arlington, VA 20598

Civil Action, File Number __11-2290-J__

D. Montgomery
V.
United States Coast Guard, ET AL

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within __60__ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within __60__ days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the complaint within __60__ days of the date those documents were sent. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was mailed on this date.

__10/26/11__
Date of Signature   **Please respond within 60 days of the above date.**

Signature (USMS Official)

### ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare, under penalty of perjury, that I received a copy of the summons and of the complaint in the above captioned manner at

_____
Street Number and Street Name or P.O. Box No.

_____
City, State and Zip Code

_____
Signature

_____
Relationship to Entity/Authority to Receive

_____
Service of Process

Fee _____
Process _____
X  Dktd _____
CtRm___ _____
Doc. No. _____

Date of Signature

Form USM-299
(Rev. 6/95)

Copy 4 - USMS District Suspense

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

**RETURN**

D. MONTGOMERY

*Plaintiff*

v.

UNITED STATES COAST GUARD, ET AL

*Defendant*

Civil Action No. 11-2298 "J" (1)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    National Pollution Funds Center
    Craig A. Bennett, Director
    United States Coast Guard
    US Coast Guard Stop 7100
    4200 Wilson Blvd, Ste 1000
    Arlington, VA  20598-7100

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    D. Montgomery
    c/o ETR
    33523 Eight Mile Rd.
    Bldg. A-3, Suite 108
    Livonia, MI  48152

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
*Name of Clerk of Court*

*Deputy clerk's signature*

Date: Sep 29 2011

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 11-2298 "J" (1)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
National Pollution Funds Ctr.
Craig A. Bennett, Director
USCG
USCG Stop 7100
4200 Wilson Blvd., Ste. 1000
Arlington, VA 20598

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X Chris Cr[uz]  ☑ Agent  ☐ Addressee
B. Received by (Printed Name): CHRIS CRUZ
C. Date of Delivery: 11/1/2011
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☑ No

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☑ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number *(Transfer from service label)*: 7005 3110 0001 2344 3075

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540