**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates To:<br>2:10-cv-2771 and 10-cv-2179 | MDL No. 2179<br><br>SECTION:  J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

**EXPARTE CONSENT MOTION OF MOEX OFFSHORE 2007 LLC FOR LEAVE TO WITHDRAW PENDING MOTION TO DISMISS THE COUNTER-CLAIM/CROSS-CLAIM OF WEATHERFORD U.S., L.P. AND WEATHERFORD INTERNATIONAL, INC.**

**NOW INTO COURT,** comes MOEX Offshore 2007 LLC, ("MOEX") and respectfully requests leave to withdraw its Motion to Dismiss the Counter-Claim/Cross-Claim of Weatherford U.S., L.P. and Weatherford International, Inc. (together "Weatherford") [Rec. Doc. 2910] filed June 20, 2011. MOEX and Weatherford have mutually agreed that the counter-claim/cross-claim against each other should be voluntarily dismissed. The requested leave should be granted in order to avoid expenditure of judicial and litigant resources on unnecessary briefing and argument with respect to MOEX's Motion to Dismiss Weatherford's counter-claim/cross-claim against MOEX.

**WHEREFORE**, MOEX prays that this Court grant the requested leave to withdraw the

Motion of Defendant MOEX Offshore 2007 LLC to Dismiss the Counter-Claim/Cross-Claim of

Weatherford U.S., L.P. and Weatherford International, Inc. [Rec. Doc 2910].

Dated: November 15, 2011

Respectfully submitted,


/s/ John F. Pritchard
John F. Pritchard
Edward Flanders
PILLSBURY WINTHROP SHAW PITTMAN LLP
1540 Broadway
New York, NY 10036-4039
Tel. (212) 858-1000
Fax (212) 858-1500
john.pritchard@pillsburylaw.com
edward.flanders@pillsburylaw.com

Christopher McNevin
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
Telephone (213) 488-7507
Fax (213) 629-1033
chrismcnevin@pillsburylaw.com

**ATTORNEYS FOR MOEX OFFSHORE 2007 LLC**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on November 15, 2011.

      /s/ John F. Pritchard      
John F. Pritchard
