UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>This Document Relates To:<br>2:10-cv-2771 and 10-cv-2179 | MDL No. 2179<br><br>SECTION:  J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

## ORDER

Considering the *Ex Parte* Consent Motion of MOEX Offshore 2007 LLC for Leave to Withdraw Pending Motion to Dismiss the Counter-Claim/Cross-Claim of Weatherford U.S., L.P., and Weatherford International, Inc., the Motion is hereby GRANTED.

SO ORDERED.

This ____ day of _____, 2011.

_____
United States District Judge