UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 |
| | * | SECTION: J |
| | * * | JUDGE BARBIER |
| | * * | MAGISTRATE JUDGE SHUSHAN |
| This Document Relates To: 11-CV-2745 | * * | |
| | * * | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## DEFENDANT BP EXPLORATION & PRODUCTION INC.'S CONSENT TO NOTICE OF REMOVAL

Defendant, BP Exploration & Production Inc., pursuant to 28 U.S.C. § 1446, without waiving and specifically reserving all rights, defenses, objections, and exceptions, hereby gives notice that it consents to and joins in the Notice of Removal filed by Defendant Cameron International Corporation.

Dated:  11/15/11

1066727_1

Respectfully submitted,


/s/ Don K. Haycraft
Don K. Haycraft (Bar No. 14361)
R. Keith Jarrett (Bar No. 16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

and

Paul Matthew Jones (Bar No. 19641)
April L. Rolen-Ogden (Bar No. 30698)
Stuart T. Welch (Bar No. 31359)
LISKOW & LEWIS
822 Harding Street
Lafayette, LA 70503
Telephone: (337) 232-7424
Facsimile: (337) 267-2399

and

*Of Counsel*
Richard Godfrey, P.C.
J. Andrew Langan, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

**Attorneys for BP Exploration & Production Inc.**

1066727_1

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 15th day of November, 2011.

/s/  Don K. Haycraft

-3-