# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico on April 20, 2010 | * | SECTION "J" |
| | * | JUDGE BARBIER |
| This Document Relates to: | * | |
| No. 10-2771; 10-4536 | * | MAGISTRATE NO. 1 |
| | * | MAGISTRATE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \*

## *EX PARTE* MOTION FOR LEAVE TO EXCEED PAGE LIMITATION
## FOR THE ANADARKO ENTITIES' REPLY IN SUPPORT OF MOTION *IN LIMINE*

**MAY IT PLEASE THE COURT:**

Anadarko Petroleum Corporation and Anadarko E&P Company LP (collectively "Anadarko") respectfully request leave of the Court to exceed the five (5) page limit set for Replies in Support of Anadarko's Motion *in Limine* to Exclude Evidence. (Order, Rec. Doc. 4383).

Anadarko's Reply consolidates into a single brief Anadarko's responses to all Oppositions to its Motion *in Limine*, including the Oppositions of the United States [Rec. Doc. 4543], the PSC [Rec. Doc. 4485], Halliburton [Rec. Doc. 4544], Transocean [Rec. Doc. 4549] and M-I [4546]. To accommodate the expanded scope of a single, consolidated Reply brief, Anadarko respectfully asks that the Court enlarge the page limitation from five (5) to seven (7) pages. Anadarko submits that a seven-page consolidated Reply brief is reasonable under the circumstances, and will preserve judicial and litigant resources by obviating the drafting and filing of multiple, duplicative briefs.

WHEREFORE, Anadarko respectfully requests leave of the Court to exceed the page limit for Replies in Support of Anadarko's Motion *in Limine*.

Respectfully submitted,

DATED: November 15, 2011          BINGHAM McCUTCHEN, LLP

/s/*Ky E. Kirby*
Ky E. Kirby
ky.kirby@bingham.com
David B. Salmons
david.salmons@bingham.com
Warren Anthony Fitch
tony.fitch@bingham.com
Randall M. Levine
randall.levine@bingham.com
2020 K Street, NW
Washington, DC 20006-1806
Telephone (202) 373-6000
Facsimile (202) 373-6001

James J. Dragna
jim.dragna@bingham.com
Bingham McCutchen LLP
355 South Grand Avenue
Suite 4400
Los Angeles, California 90071-3106
Telephone (213) 680-6436
Facsimile (213) 680-8636

KUCHLER POLK SCHELL
WEINER & RICHESON, LLC

Deborah D. Kuchler, T.A. (La. Bar No. 17013)
dkuchler@kuchlerpolk.com
Janika Polk (La. Bar No. 27608)
jpolk@kuchlerpolk.com
Robert Guidry (La. Bar No. 28064)
rguidry@kuchlerpolk.com
1615 Poydras Street, Suite 1300
New Orleans, LA  70112
Tel:  (504) 592-0691
Fax:  (504) 592-0696

3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, pursuant to Pre-trial Order No. 12, I have caused the foregoing to be served on all counsel via the Lexis Nexis File & Serve system, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, who will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on November 15, 2011.

                                                             _____/s/ *Ky E. Kirby*_____
                                                                             Ky E. Kirby