UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | * * * * | MDL No. 2179<br><br>SECTION "J"<br>JUDGE BARBIER |
| This Document Relates to:<br>No. 10-2771; 10-4536 | * * * | MAGISTRATE NO. 1<br>MAGISTRATE SHUSHAN |

* * * * * * * * * * * *

### ORDER

Considering Anadarko Petroleum Corporation's and Anadarko E&P LP's *Ex Parte* Motion for Leave Exceed Page Limitation For The Anadarko Entities' Reply In Support of Motion *In Limine*, and good cause being shown, the Motion is hereby GRANTED.

IT IS ORDERED THAT Anadarko is granted leave to file a seven-page consolidated Reply brief in support of its Motion *in Limine*.

New Orleans, Louisiana, this _____ day of November, 2011.

_____
CARL J. BARBIER, D.J.