UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | MDL No. 2179 <br> SECTION: J <br><br> JUDGE BARBIER |
| This Document applies to All Cases | MAGISTRATE SHUSHAN |

### ORDER

After considering Transocean's Motion for Leave to File Its Sur-Reply in Opposition to M-I's Motions to Dismiss Transocean's Cross-Claims and Third-Party Claim and, being satisfied of good cause shown:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Transocean' Motion for Leave to File Its Sur-Reply in Opposition to M-I's Motions to Dismiss Transocean's Cross-Claims and Third-Party Claim is **GRANTED**.

New Orleans, Louisiana, this _____ day of November, 2011.

_____
THE HONORABLE CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

56816:10093228