UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * MDL NO. 2179 <br> * <br> * SECTION J <br> * |
| Relates to:  No. 10-8888 Doc. Ref. No. 63576 | * JUDGE BARBIER <br> * |
| | * MAG. JUDGE SHUSHAN |
| Vessel of Opportunity (VoO) Contract Disputes | * <br> * |

**********************************************  *

### BP PARTIES' MOTION TO STRIKE THE AFFIDAVITS OF PHILLIP LEVINE, JR. AND BARRY ROGERS

**NOW INTO COURT**, through undersigned counsel, comes the BP Parties, and respectfully move the Court to strike the affidavits of Phillip Levine, Jr. and Barry Rogers and any argument related to either affidavit in Plaintiffs Reply Memorandum filed on November 3, 2011 (Rec. Doc. No. 4474), as the affidavits and related argument were raised for the first time in Plaintiffs Reply Brief and neither affiant is a VoO Focus Plaintiff.  The BP Parties' position is set forth more fully in the accompanying memorandum in support of this motion.

Dated: November 16, 2011                Respectfully submitted,

By: /s/ Don K. Haycraft
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana  70139-5099
Telephone:  (504) 581-7979
Facsimile:  (504) 556-4108

Richard C. Godfrey, P.C.
(richard.godfrey@kirkland.com)
J. Andrew Langan, P.C.
(andrew.langan@kirkland.com)
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:  (312) 862-2000

Robert C. "Mike" Brock
(mbrock@cov.com)
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone:  (202) 662-5985

***Attorneys for BP Exploration & Production Inc.
& BP America Production Company***

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 16th day of November, 2011.

                                                             /s/ Don K. Haycraft