UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig           MDL No. 2179
      "Deepwater Horizon" in the Gulf
      of Mexico, on April 20, 2010        SECTION J

Applies to:                                JUDGE BARBIER
All Cases

                                           MAGISTRATE SHUSHAN

### ORDER

**[As to the MDL Status Conference Scheduled for Nov. 18, 2011]**

IT IS ORDERED that the time of the Status Conference scheduled for Friday, November 18, 2011 is changed from 9:30 a.m. C.S.T. to 9:00 a.m. C.S.T.

New Orleans, Louisiana, this 16th day of October, 2011

_____
UNITED STATES DISTRICT JUDGE