UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION J |
| Applies to:<br>Case No. 10-8888, Rec. Doc. 63576<br>Vessel of Opportunity (VoO) Contract Disputes | JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

## STIPULATED ORDER

By the stipulation and agreement of counsel for the Plaintiffs' Steering Committee, counsel for Plaintiff Hoi Nguyen, and counsel for the BP Parties,

The document attached hereto as "EXHIBIT 1" is a true and accurate copy of the form "Master Vessel Charter Agreement" (Rev: 50610) and is a complete version of the document signed by Plaintiff Hoi Nguyen and attached as Exhibit 6A to the Motion for Partial Summary Judgment on the Issue of Liability for Breach of Master Vessel Charter Agreement, Vessel of Opportunity Program (Rec. Doc. 4035-11). Counsel further agree that EXHIBIT 1 should be an additional exhibit to and considered with the above Motion for Summary Judgment (Rec. Doc. 4035), as well as the corresponding Opposition (Rec. Doc. 4421) and Reply (Rec. Doc. 4474). Accordingly,

IT IS ORDERED that the attached EXHIBIT 1 be entered into the Court's Record as a Supplemental Exhibit to the Motion for Summary Judgment (Rec. Doc. 4035), Opposition (Rec. Doc. 4421), and Reply (Rec. Doc. 4474).

New Orleans, Louisiana, this 16th day of November, 2011.

_____
UNITED STATES DISTRICT JUDGE