UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

ORDER

[Schedule Phase One Experts for Weeks Four, Five and Six]

| WEEK FOUR | Deposition Time |
|---|---|
| **Monday - December 5** | |
| McGuire, L.V. (Cameron-Drilling) | 480 minutes |
| Azar, J.J. (BP-Drilling) | 450 minutes |
| Batte, J.R. (BP-Maritime) | 450 minutes |
| Burch, Morris (BP-Policies and Procedures) | 450 minutes |
| Lewis, Sam (HESI-Cement) | 480 minutes |
| Coronado, Richard (Cameron-BOP) | 480 minutes |
| **Tuesday - December 6** | |
| McGuire, L.V. (Cameron-Drilling) | 480 minutes |
| Azar, J.J. (BP-Drilling) | 450 minutes |
| Batte, J.R. (BP-Maritime) | 225 minutes |
| Burch, Morris (BP-Policies and Procedures) | 120 minutes |
| Lewis, Sam (HESI-Cement) | 480 minutes |
| Coronado, Richard (Cameron-BOP) | 480 minutes |

### Wednesday - December 7

| | |
|---|---|
| Hughett, John (HESI-Drilling) | 480 minutes |
| Friggard, Ian (Cameron-Cement) | 480 minutes |
| O'Donnell, D (Cameron-BOP) | 450 minutes |
| Medley, George (M-I-Fluids) | 450 minutes |

### Thursday - December 8

| | |
|---|---|
| Hughett, John (HESI-Drilling) | 480 minutes |
| Friggard, Ian (Cameron-Cement) | 480 minutes |
| O'Donnell, D (Cameron-BOP) | 450 minutes |
| Medley, George (M-I-Fluids) | 450 minutes |
| Emilsen, Morten (BP-Modeling) | 450 minutes |
| Quoyeser, Joseph (BP-Industry) | 450 minutes |

### Friday - December 9

| | |
|---|---|
| Emilsen, Morten (BP-Modeling) | 120 minutes |
| Quoyeser, Joseph (BP-Industry) | 120 minutes |

### WEEK FIVE

### Monday - December 12

| | |
|---|---|
| Abel, William (Cameron-Drilling) | 480 minutes |
| Grace, Robert (BP-Drilling) | 480 minutes |
| Shanks, Earl (BP-BOP) | 480 minutes |
| Jennings, Hamlin (HESI-Cement) | 480 minutes |

### **Tuesday - December 13**

| | |
|---|---|
| Jennings, Hamlin (HESI-Cement) | 480 minutes |
| Vernon, Roger (Anadarko-Drilling) | 480 minutes |
| Abel, William (Cameron-Drilling) | 480 minutes |
| Grace, Robert (BP-Drilling) | 225 minutes |
| Shanks, Earl (BP-BOP) | 225 minutes |

### **Wednesday - December 14**

| | |
|---|---|
| Vernon, Roger (Anadarko-Drilling) | 225 minutes |
| Sabins, Fred (BP-Cement) | 480 minutes |
| Stevick, Glen (HESI-BOP) | 480 minutes |
| Mitchell, Andrew (BP-Safety) | 450 minutes |

### **Thursday - December 15**

| | |
|---|---|
| Weintritt, Donald (HESI-Fluids) | 480 minutes |
| Beck, Gene (HESI-Drilling) | 480 minutes |
| Sabins, Fred (BP-Cement) | 480 minutes |
| Stevick, Glen (HESI-BOP) | 480 minutes |
| Sutcliffe, Kathleen (BP-Safety) | 450 minutes |
| Mitchell, Andrew (BP-Safety) | 225 minutes |

### **Friday - December 16**

| | |
|---|---|
| Weintritt, Donald (HESI-Fluids) | 480 minutes |
| Beck, Gene (HESI-Drilling) | 480 minutes |
| Dias, Paul (BP-BOP) | 450 minutes |

| | |
|---|---|
| McCormack, Gregory (Weatherford-Float Collar) | 450 minutes |
| Sutcliffe, Kathleen (BP-Safety) | 120 minutes |

### Saturday - December 17

| | |
|---|---|
| Dias, Paul (BP-BOP) | 450 minutes |

### WEEK SIX

### Monday - December 19

| | |
|---|---|
| McCormack, Gregory (Weatherford-Float Collar) | 190 minutes |
| Calvert, David (Weatherford-Float Collar) | 225 minutes |
| Knight, Cliff (Cameron-BOP) | 480 minutes |
| Cain, Gordon (MOEX-Industry) | 450 minutes |
| Trahan, Kevin (Cameron-Cement) | 450 minutes |
| Hudson, Patrick (HESI-Policies and Procedures) | 480 minutes |
| Wecker, William (BP-Safety) | 450 minutes |

### Tuesday - December 20

| | |
|---|---|
| Calvert, David (Weatherford-Float Collar) | 450 minutes |
| Knight, Cliff (Cameron-BOP) | 225 minutes |
| Cain, Gordon (MOEX-Industry) | 225 minutes |
| Trahan, Kevin (Cameron-Cement) | 450 minutes |
| Hudson, Patrick (HESI-Policies and Procedures) | 480 minutes |
| Strickland, Richard (HESI-Geology) | 450 minutes |
| Friedheim, James (M-I-Fluids) | 450 minutes |
| Wecker, William (BP-Safety) | 120 minutes |

**Wednesday - December 21**

| | |
|---|---|
| Woolie, Marion (Weatherford-Drilling) | 450 minutes |
| Friedheim, James (M-I-Fluids) | 120 minutes |
| Strickland, Richard (HESI-Geology) | 450 minutes |
| Bourgoyne, Adam (BP-Drilling) | 480 minutes |
| Zatarain, Arthur (BP-BOP) | 450 minutes |

**Thursday - December 22**

| | |
|---|---|
| Woolie, Marion (Weatherford-Drilling) | 175 minutes |
| Lirette, Brent (Weatherford-Float Collar) | 210 minutes |
| Barker, John (Dril-Quip-Drilling) | 450 minutes |
| Bolado, David (HESI-Cement) | 480 minutes |
| Bourgoyne, Adam (BP-Drilling) | 480 minutes |
| Schoennagel, Chuck (BP-Regulatory) | 450 minutes |
| Lewis, David (BP-Design) | 450 minutes |
| Zatarain, Arthur (BP-BOP) | 450 minutes |

**Friday - December 23**

| | |
|---|---|
| Lirette, Brent (Weatherford-Float Collar) | 450 minutes |
| Barker, John (Dril-Quip-Drilling) | 180 minutes |
| Bolado, David (HESI-Cement) | 480 minutes |
| Schoennagel, Chuck (BP-Regulatory) | 120 minutes |
| Lewis, David (BP-Design) | 120 minutes |

New Orleans, Louisiana, this 16th day of November, 2011.

_____
**SALLY SHUSHAN**
**United States Magistrate Judge**