UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | MDL NO. 2179<br><br>SECTION J |
| THIS DOCUMENT RELATES TO:<br>**CIVIL ACTION NO. 2:11-cv-02745 ONLY** | *<br>*<br>*<br>* | JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**NOTICE OF CONSENT TO REMOVAL**

PLEASE TAKE NOTICE that United States Environmental Services, LLC, sought to be made defendant herein, appearing solely for the limited purpose of further confirming its consent to the removal of this matter to federal court and specifically reserving all of its rights, objections and defenses, hereby gives notice, pursuant to 28 U.S.C. §1446, that it consents to and joins in the Notice of Removal filed by defendant, Cameron International Corporation.

        Respectfully submitted,

        **ADAMS AND REESE LLP**

        *Roland M. Vandenweghe, Jr.*
        Roland M. Vandenweghe, Jr. (LA State Bar #25283)
        David C. Coons (LA State Bar #32403)
        701 Poydras Street, Suite 4500
        New Orleans, LA 70139
        Telephone: (504) 581-3234
        Facsimile: (504) 566-0210
        Roland.Vandenweghe@arlaw.com
        David.Coons@arlaw.com

        AND

C. Britton Bonner (LA State Bar # 26807)
RSA Battle House Tower
11 North Water Street, Suite 23200
Mobile, Alabama 36602
Telephone: 251.650.0862
Facsimile: 251.650.2050
Britton.Bonner@arlaw.com

*Attorneys for United States Environmental Services, LLC*

## CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that, on this 16th day of November, 2011, I electronically filed the above and foregoing Notice of Consent to Removal with the Clerk of Court by using the CM/ECF system, thereby electronically serving this document upon all counsel of record who are registered with this Court's CM/ECF system.

/s/ Roland M. Vandenweghe, Jr.
ROLAND M. VANDENWEGHE, JR.