# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION J |
| Applies to:<br>2:10-cv-2771 and 2:10-cv-04536 | JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

## ORDER

**[Amended Scheduling Order re Transocean's Motion for Partial Summary Judgment (Rec. Docs. 4477)]**

In light of the numerous other matters pending before the Court and the burdens presently imposed upon the parties, the previous Scheduling Order (Rec. Doc. 4473) is amended as follows:

IT IS ORDERED that any Oppositions to Transocean's Motion for Partial Summary Judgment (Rec. Docs. 4477) shall be filed no later than December 7, 2011, and shall not exceed twenty-five pages.  Replies shall be filed no later than December 12, 2011, and shall not exceed ten pages.

IT IS FURTHER ORDERED that briefs shall address only the predominantly legal issues raised by Transocean's Motion; e.g., whether indemnity, contribution, etc., was contractually or legally owed, and/or whether certain conduct or circumstances could void an otherwise-enforceable claim to indemnity, etc.  The Court will not consider at this time the predominantly factual issues raised in Transocean's Motion (e.g., whether any party's conduct amounted to gross negligence, etc.).

New Orleans, Louisiana, this 16th day of November, 2011.

_____
UNITED STATES DISTRICT JUDGE