# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

300 North LaSalle Street
Chicago, Illinois 60654

J. Andrew Langan, P.C.
To Call Writer Directly:
(312) 862-2064
andrew.langan@kirkland.com

(312) 862-2000

www.kirkland.com

Facsimile:
(312) 862-2200

November 16, 2011

**VIA E-MAIL**

The Honorable Sally Shushan
United States Magistrate Judge
United States District Court
500 Poydras Street
New Orleans, LA 70130

Re: In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010, MDL No. 2179

Dear Judge Shushan:

On November 7, 2011, BP disclosed Mr. Graham Vinson as a non-retained expert who may provide testimony regarding "the M57B zone in the production interval of the Macondo well." (11/7/11 Disclosure, Ex. A) Even though Mr. Vinson was previously deposed over the course of two days—on June 23 and 24, 2011—the PSC and the United States have requested that Mr. Vinson appear for another deposition.

BP does not object to producing Mr. Vinson for a supplemental deposition on the subject of his potential expert testimony, so long as the deposition is limited to one day. Contrary to the assertions of the PSC and United States, BP's disclosure of Mr. Vinson's potential expert testimony was neither "vague" nor "broad." Rather, BP described with specificity the opinions that Mr. Vinson may offer regarding the M57B zone. (Ex. A) Specifically, BP explained that Mr. Vinson may testify "that Dr. Strickland's opinions related to the M57B are incorrect and that BP properly identified the top hydrocarbon bearing zone;" "that the M57B is not likely to be a hydrocarbon bearing zone;" and "that the BP team's analysis of the top hydrocarbon bearing zone was complete, accurate and appropriate." (*Id.* at 2) The nature and scope of Mr. Vinson's potential expert opinions are clear. In light of his prior deposition and the limited scope of his potential expert testimony, a one-day supplemental deposition provides more than enough time for the parties to question Mr. Vinson.

## KIRKLAND & ELLIS LLP

The Honorable Sally Shushan
October 28, 2011
Page 2

Thank you in advance for your consideration.

Sincerely,

*Andrew Langan* AJ

J. Andrew Langan, P.C.

cc: Plaintiffs' Liaison Counsel
Defense Liaison Counsel
Mike Underhill
Hon. Attorney General Luther Strange
Corey Maze
Allan Kanner
Lili Peterson

# EXHIBIT A



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : : | MDL NO. 2179<br><br>SECTION: J |
| THIS DOCUMENT RELATES TO: ALL CASES | : : : : | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

## BP's DISCLOSURES OF NON-RETAINED REBUTTAL EXPERT WITNESS NOT REQUIRED TO PROVIDE WRITTEN REPORT

Pursuant to Federal Rule of Civil Procedure 26(a)(2)(C), BP hereby respectfully identifies Graham Vinson as a BP employee who may be called to provide expert testimony during Phase One of the February 2012 Limitation and Liability Trial, but who is not required to provide a written report.

Mr. Vinson is currently the team lead for BP's Gulf of Mexico exploration TIGER Team, the group of subsurface specialists working on Gulf of Mexico exploration wells. Mr. Vinson has more than 30 years of experience in Gulf of Mexico drilling and prior to leading the TIGER team, spent 22 years as a petrophysicist, both with BP and Shell. Mr. Vinson has been involved in developing industry standards for subsurface drilling matters, including operational petrophysics, extended coring and pore pressure and fracture gradient prediction. As the manager for the TIGER team, Mr. Vinson has been involved with nearly 20 deepwater exploration wells in the Gulf of Mexico.

Mr. Vinson is expected to present evidence, including opinion testimony, related to the M57B zone in the production interval of the Macondo well. Mr. Vinson is expected to testify that Dr. Strickland's opinions related to the M57B are incorrect and that BP properly identified the top hydrocarbon bearing zone.

Mr. Vinson is expected to testify that based on his expertise and analysis of the various data available on the M57B, including the mud log reports, triple combo log reports, OBMI, CMR, and other wireline and mud log data, that the M57B is not likely to be a hydrocarbon bearing zone. Mr. Vinson is expected to explain his analysis of the data and why the data cannot be shown to conclusively determine that the M57B is a hydrocarbon bearing zone.

Additionally, Mr. Vinson is expected to testify based on his experience and expertise, that the BP team's analysis of the top hydrocarbon bearing zone was complete, accurate and appropriate. Mr. Vinson will explain that the indicators available during wireline logging would not cause a reasonable operator to conclude that M57B was a hydrocarbon bearing zone and that the BP team appropriately identified the top hydrocarbon zone .

BP has made this identification based on the information reviewed and available as of the date of this disclosure. BP reserves the right to identify additional persons and testimony based on new information as it is discovered. Moreover, pursuant to the Court's directive on September 30, 2011, BP has not identified every fact witness who may provide opinion testimony at trial.

Dated: November 7, 2011                    Respectfully submitted,

By: /s/ Don K. Haycraft

Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099    Telephone: (504) 581-7979
Facsimile: (504) 556-4108

Richard C. Godfrey, P.C.
(richard.godfrey@kirkland.com)
J. Andrew Langan, P.C.
(andrew.langan@kirkland.com)
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000

Robert C. "Mike" Brock    (mbrock@cov.com)
Covington & Burling LLP
1201 Pennsylvania Avenue, NW    Washington, DC 20004-2401
Telephone: (202) 662-5985

*Attorneys for BP Exploration & Production Inc., BP America Production Company, and BP p.l.c.*