**From:** Kent, James (Houston)
**Sent:** Monday, February 22, 2010 3:28 PM
**To:** Kent, James (Houston); DWH, SubSeaSup (Deepwater Horizon); DWH, MaintSup (Deepwater Horizon)
**Subject:** RE: Tracking

Steve/ Owen please give a call for an update.

thanks

*James Kent*
**Rig manager asset**
***Deepwater Horizon***
***Office 832-587-8534***
***Mob.281-687-7188***


*The pessimist complains about the wind.*
*The optimist expects it to change.*
*The leader adjusts the sails.*
*John Maxwell*

---

**From:** Kent, James (Houston)
**Sent:** Saturday, February 20, 2010 8:03 AM
**To:** DWH, SubSeaSup (Deepwater Horizon); DWH, MaintSup (Deepwater Horizon)
**Subject:** FW: Tracking
**Importance:** High

Owen see the attached documents. The first two are from Buddy, the last one is the one from the rig I received several months ago which is very similar to the one Buddy sent. Update with details every bit of information about the BOP and associated equipments. I know we have changed bonnets, pods, slip joints, connector, failsafe valves and so. It is important that this is updated by the end of the weekend or very near it, but it needs to be detailed.
Steve please assist Owen where he may need it.
Owen see Buddy's comment belo

*James Kent*
**Rig manager asset**
***Deepwater Horizon***
***Office 832-587-8534***
***Mob.281-687-7188***


*The pessimist complains about the wind.*
*The optimist expects it to change.*
*The leader adjusts the sails.*
*John Maxwell*

---

**From:** Trahan, Buddy (Houston)
**Sent:** Monday, February 15, 2010 10:19 AM
**To:** Weiss, Kevin (Houston); Kent, James (Houston); Smith, Scott (Houston); Brown, Jason D (Houston); Callahan, Jason (Newfoundland); Tracey, Leon (Houston)
**Cc:** Matlock, David (Newfoundland)
**Subject:** Tracking
**Importance:** High

All,

   This email is a follow up from several emails sent over the last year, to assist you and your rig. I've asked you to manage several key issues and now I would like some re-assurance this was done. Due to some recent examples, I feel some

CONFIDENTIAL

TRN-MDL-00303083

have been dropped. I want each of you to provide the following:

1. Latest BOP Hose Registry (See attachment of the one sent to you last year)
2. Latest Battery inventory  (To include life of battery and time in use)
3. Riser Inspection (Time in service)
4. Riser bolts and inserts
5. Co flex hoses last inspection (Re-cert) Is this correct in RMS (include Kelly hose, LMRP Jumpers, moon pool drape hoses, take on hoses)
6. Load Path, do you have a defined list for you rig? Does it include running tools
7. Smoke/Gas detection
8. Drill Pipe, Drill collar and Sub inspection
9. Drops and Lifting gear Inspection
10. Asset Ledger review (Annually)


So I'm doing as I asked you, Trust but Verify. Plus I would like to standardize some of the processes, and hope to find a way to enter this information into RMS. So I would like each of you to provide a package with all this stuff and any more items as such, by Feb 28th.  Once I review we can discuss best practices.

Together we can become better organized and hopefully prevent some further embarrassment.


*Buddy Trahan*
Operation Manager - Asset
North America Region
832-587-8829 (Office)
713-829-2036 (Cell)
Buddy.Trahan@deepwater.com

CONFIDENTIAL                                                                                           TRN-MDL-00303084