01-37180
TC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG          )          MDL NO. 2179
"DEEPWATER HORIZON" in the               )
GULF OF MEXICO, on                       )          SECTION: J
APRIL 20, 2010                           )
                                         )          JUDGE BARBIER
                                         )
                                         )          MAG. JUDGE SHUSHAN

## *CONFIDENTIAL*

### *WorldwideVIEW*™
### Interactive Deposition Digital Display

ORAL AND VIDEOTAPED DEPOSITION OF:



# James Kent

**VOLUME 2**

JUNE 22, 2011

# *COPY*



*Systems Technology for the Litigation World*

Litigation Group•Court Reporting•Video Production•Videoconferencing
**For U.S. & International Services**
**800 - 745 - 1101**

| | | |
|---|---|---|
| 09:11:04 | 1 | personnel as well? |
| 09:11:06 | 2 | A. Yes, it would. |
| 09:11:08 | 3 | Q. If you could turn to Binder 4, |
| 09:11:17 | 4 | Mr. Trahan -- I'm sorry -- Mr. Kent. |
| 09:11:23 | 5 | A. This one right here? |
| 09:11:24 | 6 | Q. Yes. I'd like to draw your |
| 09:11:32 | 7 | attention to Tab 76. |
| 09:11:41 | 8 | A. Okay. |
| 09:11:42 | 9 | Q. And to make sure we're on the |
| 09:11:45 | 10 | same page, the lower right-hand designation |
| 09:11:50 | 11 | reads TRN-MDL-00303083; is that right? |
| 09:11:56 | 12 | A. That's correct. |
| 09:11:56 | 13 | Q. If you can go ahead and mark |
| 09:11:58 | 14 | that with an exhibit sticker. And this will |
| 09:12:02 | 15 | be Deposition Exhibit 3419. |
| 09:12:05 | 16 | (Exhibit 3419 was marked.) |
| 09:12:07 | 17 | A. Thanks. Okay. |
| 09:12:11 | 18 | (BY MR. COLLIER) All right. And this is an |
| 09:12:18 | 19 | e-mail exchange, at least the top, involving |
| 09:12:25 | 20 | you. Is that correct? |
| 09:12:26 | 21 | A. Yes, it is. |
| 09:12:26 | 22 | Q. Okay. And I'd like to draw your |
| 09:12:30 | 23 | attention to the earliest e-mail in this |
| 09:12:32 | 24 | chain, the one on the bottom, which was sent |
| 09:12:36 | 25 | from Buddy Trahan. Do you see that? |

| | | |
|---|---|---|
| 09:12:38 | 1 | A. Uh-huh. |
| 09:12:39 | 2 | Q. It's dated February 15th, 2010; |
| 09:12:42 | 3 | is that right? |
| 09:12:42 | 4 | A. That is correct. |
| 09:12:42 | 5 | Q. And you are one of several |
| 09:12:44 | 6 | people copied on this e-mail, correct? |
| 09:12:46 | 7 | A. Yes. |
| 09:12:47 | 8 | Q. And the subject matter is |
| 09:12:50 | 9 | Tracking, correct? |
| 09:12:52 | 10 | A. That is correct. |
| 09:12:52 | 11 | Q. And the text of the e-mail |
| 09:12:55 | 12 | reads: All -- this e-mail is a followup from |
| 09:12:58 | 13 | several e-mails sent over the last year to |
| 09:13:00 | 14 | assist you and your rig. I've asked you to |
| 09:13:02 | 15 | manage several key issues, and now I would |
| 09:13:06 | 16 | like some reassurance this was done. Due to |
| 09:13:09 | 17 | some recent examples, I feel some have been |
| 09:13:13 | 18 | dropped. |
| 09:13:14 | 19 | Did I read that correctly? |
| 09:13:15 | 20 | A. Yes, you did. |
| 09:13:16 | 21 | Q. And do you know what Mr. Trahan |
| 09:13:18 | 22 | was referring to as far as managing several |
| 09:13:22 | 23 | key issues? |
| 09:13:26 | 24 | MR. KINCHEN: Object to form. |
| 09:13:26 | 25 | A. Okay. It appears that |

| | | |
|---|---|---|
| 09:13:28 | 1 | Mr. Trahan was talking about the ten items. |
| 09:13:33 | 2 | That appears to be the key issues. |
| 09:13:35 | 3 | Q.     (BY MR. COLLIER)   And these are |
| 09:13:35 | 4 | the ten items that are listed on the rest of |
| 09:13:38 | 5 | the e-mail; is that right? |
| 09:13:39 | 6 | A.     I believe so, yes. |
| 09:13:40 | 7 | Q.     And the first item listed was: |
| 09:13:42 | 8 | Latest BOP hose registry. |
| 09:13:44 | 9 | Do you see that? |
| 09:13:45 | 10 | A.     Uh-huh. |
| 09:13:45 | 11 | Q.     And do you know what that is in |
| 09:13:47 | 12 | reference to? |
| 09:13:48 | 13 | MR. KINCHEN:   Object to form. |
| 09:13:48 | 14 | A.     It's to the BOP hose registry. |
| 09:13:51 | 15 | (BY MR. COLLIER)   And was there an issue with |
| 09:13:53 | 16 | the BOP hose registry, to your knowledge? |
| 09:13:55 | 17 | A.     Not for the HORIZON, no. |
| 09:13:57 | 18 | Q.     The second one is:   Latest |
| 09:13:59 | 19 | battery inventory. |
| 09:14:01 | 20 | Do you see that? |
| 09:14:01 | 21 | A.     Yes. |
| 09:14:02 | 22 | Q.     And the parenthetical after that |
| 09:14:05 | 23 | reads:   (To include life of battery and time |
| 09:14:07 | 24 | in use.) |
| 09:14:08 | 25 | Do you see that? |

53

| 09:14:08 | 1 | A. Yes. |
| 09:14:09 | 2 | Q. To your knowledge, was there an |
| 09:14:10 | 3 | issue with respect to Transocean's battery |
| 09:14:13 | 4 | inventory? |
| 09:14:14 | 5 | A. I don't know about Transocean, |
| 09:14:15 | 6 | but I know that DEEPWATER HORIZON there was |
| 09:14:17 | 7 | no issues. |
| 09:14:18 | 8 | Q. Do you know if that was |
| 09:14:20 | 9 | referring to the batteries that would be in |
| 09:14:23 | 10 | the control pod for the BOP? |
| 09:14:25 | 11 | MR. KINCHEN: Object to form. |
| 09:14:25 | 12 | A. I really -- I don't remember. I |
| 09:14:28 | 13 | really can't answer. I would probably think |
| 09:14:30 | 14 | not, but I don't know for sure. |
| 09:14:33 | 15 | (BY MR. COLLIER) You weren't certain what |
| 09:14:34 | 16 | Mr. Trahan was referring to in -- |
| 09:14:37 | 17 | A. Yeah. I'm certain -- |
| 09:14:40 | 18 | MR. KINCHEN: Object to form. |
| 09:14:40 | 19 | A. I'm certain what he was |
| 09:14:42 | 20 | referring to. |
| 09:14:42 | 21 | Q. (BY MR. COLLIER) Does |
| 09:14:43 | 22 | Transocean retain a battery inventory? |
| 09:14:44 | 23 | A. Each rig carries a battery |
| 09:14:47 | 24 | inventory, yes. |
| 09:14:47 | 25 | Q. And is information retained as |

| | | |
|---|---|---|
| 09:14:50 | 1 | far as the life of those batteries? |
| 09:14:53 | 2 | MR. KINCHEN:  Object to form. |
| 09:14:53 | 3 | A.    Actually, I think what he means |
| 09:15:00 | 4 | by a life of the battery, is it a ten-year |
| 09:15:02 | 5 | battery, is it a 15-year battery.  I don't |
| 09:15:04 | 6 | think -- did you interpret it that way? |
| 09:15:06 | 7 | That's what he means.  He means that this |
| 09:15:08 | 8 | battery is supposed to last ten years. |
| 09:15:09 | 9 | Q.    (BY MR. COLLIER)  To your |
| 09:15:10 | 10 | knowledge, was there any issue with the |
| 09:15:11 | 11 | battery inventory for the DEEPWATER HORIZON? |
| 09:15:13 | 12 | A.    There were -- |
| 09:15:14 | 13 | MR. KINCHEN:  Object to form. |
| 09:15:14 | 14 | A.    No, there were no issues. |
| 09:15:16 | 15 | Q.    (BY MR. COLLIER)  And if you can |
| 09:15:17 | 16 | turn to item 7 on that same list, and it |
| 09:15:19 | 17 | reads:  Smoke/gas detection. |
| 09:15:22 | 18 | Do you see that? |
| 09:15:22 | 19 | A.    Yes, I do. |
| 09:15:22 | 20 | Q.    And do you know what Mr. Trahan |
| 09:15:24 | 21 | was referencing as far as smoke/gas |
| 09:15:30 | 22 | detection? |
| 09:15:36 | 23 | MR. KINCHEN:  Object to form. |
| 09:15:36 | 24 | A.    Yes, I do. |
| 09:15:37 | 25 | Q.    (BY MR. COLLIER)  And what |

| | | |
|---|---|---|
| 09:15:37 | 1 | specifically was Mr. Trahan requesting |
| 09:15:40 | 2 | that -- |
| 09:15:41 | 3 | A.    What he's wanting to make sure |
| 09:15:43 | 4 | of is that -- |
| 09:15:48 | 5 | MR. KINCHEN:  Object to form. |
| 09:15:48 | 6 | A.    -- that this information is in |
| 09:15:51 | 7 | RMS and it's being maintained. |
| 09:15:54 | 8 | (BY MR. COLLIER)  Did Mr. Trahan identify a |
| 09:15:57 | 9 | specific concern with respect to the |
| 09:16:00 | 10 | smoke/gas detection? |
| 09:16:01 | 11 | A.    Not that I'm aware of. |
| 09:16:02 | 12 | Q.    Did Mr. Trahan make any comment |
| 09:16:04 | 13 | to you specifically that he had concerns |
| 09:16:05 | 14 | about smoke/gas detection with respect to the |
| 09:16:08 | 15 | DEEPWATER HORIZON? |
| 09:16:09 | 16 | A.    No. |
| 09:16:17 | 17 | Q.    The last line on the e-mail |
| 09:16:21 | 18 | reads:  Together we can become better |
| 09:16:24 | 19 | organized and hopefully prevent some further |
| 09:16:27 | 20 | embarrassment. |
| 09:16:28 | 21 | Do you see that?  Did I read |
| 09:16:29 | 22 | that correctly? |
| 09:16:30 | 23 | A.    Yes, you did. |
| 09:16:31 | 24 | Q.    And do you know what Mr. Trahan |
| 09:16:33 | 25 | was referring to as far as embarrassment was |

| | | |
|---|---|---|
| 09:16:36 | 1 | concerned? |
| 09:16:37 | 2 | MR. KINCHEN:  Object to form. |
| 09:16:37 | 3 | A.    He -- he wasn't referring to the |
| 09:16:40 | 4 | DEEPWATER HORIZON, as we were very organized. |
| 09:16:43 | 5 | Q.    (BY MR. COLLIER)  Do you know |
| 09:16:43 | 6 | what rig he was referring to? |
| 09:16:45 | 7 | A.    No, I do not know. |
| 09:16:46 | 8 | Q.    Did you have any discussions |
| 09:16:47 | 9 | with Mr. Trahan where he identified that |
| 09:16:50 | 10 | there were issues or concerns that had caused |
| 09:16:52 | 11 | him embarrassment? |
| 09:16:53 | 12 | A.    No, I did not discuss that with |
| 09:16:54 | 13 | Mr. Trahan. |
| 09:17:00 | 14 | Q.    If you can turn to the first |
| 09:17:03 | 15 | page of that e-mail, Mr. Kent.  I'd like to |
| 09:17:07 | 16 | draw your attention to the e-mail that's in |
| 09:17:09 | 17 | the middle of the chain, and it's an e-mail |
| 09:17:10 | 18 | from you dated February 20, 2010; is that |
| 09:17:13 | 19 | right? |
| 09:17:13 | 20 | A.    Yes. |
| 09:17:13 | 21 | Q.    And it's sent to a number of |
| 09:17:17 | 22 | individuals on the DEEPWATER HORIZON; is that |
| 09:17:18 | 23 | right? |
| 09:17:18 | 24 | A.    That's correct. |
| 09:17:19 | 25 | Q.    And the first line reads:  Owen, |

| | | |
|---|---|---|
| 09:17:23 | 1 | see the attached documents. |
| 09:17:25 | 2 | Do you see that? |
| 09:17:26 | 3 | A.    Yes. |
| 09:17:27 | 4 | Q.    You're referring to Owen |
| 09:17:29 | 5 | McWhorter in that e-mail? |
| 09:17:31 | 6 | A.    Excuse me? |
| 09:17:33 | 7 | Q.    Are you referring to Owen |
| 09:17:35 | 8 | McWhorter? |
| 09:17:36 | 9 | A.    Yes, I am. |
| 09:17:37 | 10 | Q.    Owen McWhorter is a subsea |
| 09:17:40 | 11 | supervisor on the DEEPWATER HORIZON -- |
| 09:17:43 | 12 | A.    Yes. |
| 09:17:43 | 13 | Q.    -- at least at this time; is |
| 09:17:46 | 14 | that right? |
| 09:17:49 | 15 | Let me ask the question again. |
| 09:17:50 | 16 | Owen McWhorter is a -- |
| 09:17:53 | 17 | A.    Yes. |
| 09:17:53 | 18 | Q.    -- subsea supervisor at this |
| 09:17:54 | 19 | time, right? |
| 09:17:54 | 20 | A.    Yes, he was. |
| 09:17:56 | 21 | Q.    And I'd like to draw your |
| 09:17:57 | 22 | attention to -- I think it's about the third |
| 09:17:59 | 23 | or fourth line -- or fourth -- third or |
| 09:18:02 | 24 | fourth sentence in the e-mail -- in the |
| 09:18:04 | 25 | e-mail text which reads:  I know we have |

| | | |
|---|---|---|
| 09:18:08 | 1 | changed bonnets, pods, slip joints, |
| 09:18:11 | 2 | connector, failsafe valves and so on. |
| 09:18:14 | 3 | Is that correct? |
| 09:18:14 | 4 | A. That's correct. |
| 09:18:14 | 5 | Q. Can you explain what you were |
| 09:18:16 | 6 | referring to. |
| 09:18:18 | 7 | A. That we would change bonnets, |
| 09:18:22 | 8 | pods, slip joints, connectors and failsafe |
| 09:18:25 | 9 | valves. |
| 09:18:25 | 10 | Q. Was it your understanding that |
| 09:18:27 | 11 | the DEEPWATER HORIZON had changed all of the |
| 09:18:28 | 12 | bonnets? |
| 09:18:29 | 13 | A. It is my understanding, yes. |
| 09:18:30 | 14 | Q. And from where did you have that |
| 09:18:32 | 15 | understanding? |
| 09:18:32 | 16 | A. Reviewing the certificates for |
| 09:18:40 | 17 | the bonnets. |
| 09:18:42 | 18 | Q. And had all of those bonnets |
| 09:18:44 | 19 | been changed within the last five years? |
| 09:18:46 | 20 | A. I believe they have, yes. |
| 09:18:51 | 21 | Q. You also identify that the |
| 09:18:54 | 22 | DEEPWATER HORIZON had changed pods. Do you |
| 09:18:57 | 23 | see that? |
| 09:18:57 | 24 | A. Yes. |
| 09:18:58 | 25 | Q. And can you explain what you |

| | | |
|---|---|---|
| 09:18:59 | 1 | mean by changed pods. |
| 09:19:02 | 2 | A.    Well, they would replace the |
| 09:19:03 | 3 | pods on the BOP with OEM remanufactured pods, |
| 09:19:09 | 4 | which would be Cameron. |
| 09:19:11 | 5 | Q.    Do you know when the pods were |
| 09:19:14 | 6 | replaced on the DEEPWATER HORIZON? |
| 09:19:15 | 7 | A.    I believe that both of them were |
| 09:19:17 | 8 | replaced early 2009, and I believe towards |
| 09:19:22 | 9 | the end of 2009.  Maybe June -- very, very |
| 09:19:26 | 10 | close interval, a few months apart.  But both |
| 09:19:29 | 11 | of them were recently replaced. |
| 09:19:31 | 12 | Q.    Where would you go to identify |
| 09:19:32 | 13 | that information? |
| 09:19:34 | 14 | A.    I would have to go back into RMS |
| 09:19:37 | 15 | and look and find out specifically. |
| 09:19:38 | 16 | Q.    And you mentioned Cameron had |
| 09:19:43 | 17 | refurbished or rebuilt the pods; is that |
| 09:19:46 | 18 | right? |
| 09:19:46 | 19 | A.    Yes. |
| 09:19:46 | 20 | Q.    As part of the rebuilding of the |
| 09:19:48 | 21 | pods, would Cameron change the batteries |
| 09:19:51 | 22 | within the control pods? |
| 09:19:52 | 23 | A.    I believe they would, yes. |
| 09:19:54 | 24 | Q.    Was that something that -- is |
| 09:19:56 | 25 | that something that Transocean had retained |

60

| | | |
|---|---|---|
| 09:19:59 | 1 | Cameron to perform, was the replacement of |
| 09:20:01 | 2 | batteries? |
| 09:20:01 | 3 | A.     I believe that Cameron would |
| 09:20:02 | 4 | have replaced the batteries.  That would have |
| 09:20:05 | 5 | been part of the function of the overhaul. |
| 09:20:07 | 6 | Q.     Were you involved directly with |
| 09:20:10 | 7 | dealing with Cameron as far as the rebuilding |
| 09:20:12 | 8 | of the control pods? |
| 09:20:13 | 9 | A.     No, I was not. |
| 09:20:14 | 10 | Q.     Who on the Transocean team would |
| 09:20:16 | 11 | have been involved with that? |
| 09:20:17 | 12 | A.     It would have been the subsea |
| 09:20:20 | 13 | engineers, and I believe possibly somebody |
| 09:20:21 | 14 | from the technical support center. |
| 09:20:37 | 15 | Q.     In this e-mail it also |
| 09:20:42 | 16 | identifies that you requested Mr. McWhorter |
| 09:20:46 | 17 | to:  Update with details every bit of |
| 09:20:48 | 18 | information about the BOP and associated |
| 09:20:50 | 19 | equipment. |
| 09:20:50 | 20 | Do you see that? |
| 09:20:50 | 21 | A.     Yes, I do. |
| 09:20:51 | 22 | Q.     And do you know if Mr. McWhorter |
| 09:20:53 | 23 | provided that information? |
| 09:20:54 | 24 | A.     Yeah, they already had the |
| 09:20:57 | 25 | information.  They just provided it, yes. |

| | | |
|---|---|---|
| 09:20:58 | 1 | Q.   And do you know if Mr. McWhorter |
| 09:21:00 | 2 | provided information about the state of the |
| 09:21:03 | 3 | control pod batteries for the BOP? |
| 09:21:05 | 4 | A.   No, I'm not aware of that. |
| 09:21:12 | 5 | Q.   Mr. Kent, if you can turn to -- |
| 09:21:50 | 6 | MR. COLLIER:  Actually, we have this -- |
| 09:21:50 | 7 | we have this loose, right? |
| 09:21:58 | 8 | (Discussion off the record.) |
| 09:22:09 | 9 | (BY MR. COLLIER)  If you can turn to -- turn |
| 09:22:22 | 10 | to Binder 3 again, Mr. Kent, and in Tab 44, |
| 09:22:28 | 11 | which is the operations manual that we were |
| 09:22:30 | 12 | discussing earlier. |
| 09:22:37 | 13 | A.   Okay.  Volume 4.  Which tab, |
| 09:22:39 | 14 | please? |
| 09:22:40 | 15 | Q.   It's Tab 44. |
| 09:22:42 | 16 | A.   Okay. |
| 09:22:42 | 17 | Q.   And previously designated as |
| 09:22:46 | 18 | Deposition Exhibit 673. |
| 09:22:48 | 19 | A.   Okay. |
| 09:22:49 | 20 | Q.   And if you can turn to |
| 09:23:05 | 21 | Section 3.1.2. |
| 09:23:13 | 22 | A.   3.1.2. |
| 09:23:16 | 23 | Q.   For the record, it has the last |
| 09:23:18 | 24 | three digits 673.  Do you see that? |
| 09:23:21 | 25 | A.   Yes. |