**UNITED STATES DISTRICT OF COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL | § | MDL No. 2179 |
| RIG "DEEPWATER HORIZON" | § | |
| IN THE GULF OF MEXICO, | § | SECTION: J |
| ON APRIL 20, 2010 | § | |
| | § | JUDGE BARBIER |
| | § | MAG. JUDGE SHUSHAN |

**ORDER REGARDING**
**PRIVILEGED DEPOSITION TESTIMONY OF MATTHEW J. LUCAS**

On March 24, 2011, the Court held that the document inadvertently produced by BP and marked as Deposition Exhibit 513 (Bates-stamped BP-HZN-BLY00180368-371) was privileged. (Docket No. 1729).  BP has now requested that testimony regarding that document from the February 24-25, 2011 deposition of Matthew J. Lucas be stricken from the record. As all parties have met, conferred, and agreed upon the testimony that should be stricken because it reveals or relates to privileged communications.

IT IS ORDERED as follows:

1.   The testimony from Mr. Lucas's deposition, listed by page and line in the following table, shall be stricken from the record:

| Agreed Stricken Lucas Testimony | |
|---|---|
| 351:3-4 | 361:3-362:24 |
| 351:8-9 | 363:10-19 |
| 351:19-352:10 | 363:23-364:9 |
| 356:3-7 | 369:10-373:7 |
| 356:19-357:6 | 373:11-12 |
| 358:6-360:13 | 375:16-18 |

| Agreed Stricken Lucas Testimony | |
|---|---|
| 360:22-24 | 375:19-24 |
| 376:18-377:1 | 598:5-599:10 |
| 379:11-382:16 | 610:15-611:24 |
| 384:13-16 | 613:12-21 |
| 384:20-21 | 627:12-628:6 |
| 596:19-597:10 | |

2.  The court reporter is hereby ordered to prepare a revised transcript wherein the above-identified testimony is redacted.

3.  BP shall maintain a copy of the original transcript in unredacted form. All parties, including their attorneys, employees, consultants, vendors, retained and unretained experts, and the court reporter and Worldwide/inData are hereby ordered to destroy prior paper and electronic versions of the transcript, substituting instead the new redacted version.

4.  With respect to the parties' deposition designations, it is hereby ordered that inData/Worldwide eliminate all of the stricken testimony, as well as any copies of or excerpts from Exhibit 513, from the deposition designation bundle for Mr. Lucas, before submission of any portion of the transcript and related materials to the Court in connection with the Phase I trial.

5.  The parties are hereby ordered to submit to inData by December 2, 2011, revised two-page summaries to the extent any party's summary of Mr. Lucas's deposition designations refers to or relies on any of the stricken testimony.

IT IS SO ORDERED this 17TH day of November, 2011, at New Orleans, Louisiana.

                                          **SALLY SHUSHAN**
                                          **UNITED STATES MAGISTRATE JUDGE**

cc:     Jordan Ray, inData Corp.
        jray@indatacorp.com