## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### ORDER

**[Regarding Depositions of Rebuttal Experts]**

Following the receipt of the rebuttal expert reports, the parties were notified that D. H. Doughty, James Lang, Richard Lee, Larry Lockard, Leif Colson, Richard Sears and Martin Chenevert should be deposed in January.

BP responded that: (1) it agreed that these persons should be deposed in January; (2) it requested that Daniel Farr (Transocean) be scheduled for deposition in January; and (3) it asked that Halliburton's disclosure of Roland Chemali as a rebuttal witness be struck as untimely.[1]  The PSC requested the depositions of Graham Vinson (BP), Richard Coronado (Cameron), and Daniel Farr (Transocean).  The U.S. also requested the depositions of Coronado and Vinson.  Coronado's deposition is set for December 5 and 6, therefore the request for his deposition is moot.

BP replied that even though Vinson was deposed for two days on June 23 and 24, it does not object to producing him for a supplemental deposition contending however, that such a deposition should be limited to one day.  Vinson will be required to submit to a supplemental deposition in

---

[1] A separate order will be issued on BP's motion to strike Roland Chemali as a rebuttal expert.  Halliburton requests that any deposition of Chemali be limited to one day.  If the motion is denied, the issue of the length of Chemali's deposition will be resolved after receipt of requests for examination time.

January. The duration of the deposition will be determined after the parties submit their requests for examination time.

Farr will be added to those persons to be deposed in January.

The following will be deposed from Tuesday, January 3, through Tuesday, January 10, 2012. By **Monday, November 28, 2011**, the parties shall: (1) report on the availability of these experts for January 3-10, 2012; and (2) submit their requests for examination time.

| Name | Submitted by |
|---|---|
| D. H. Doughty | U.S. |
| James Lang | U.S. |
| Richard Lee | BP |
| Larry Lockard | BP |
| Leif Colson | BP |
| Richard Sears | Cameron |
| Martin Chenevert | M-I |
| Daniel Farr | Transocean |
| Graham Vinson | BP |

New Orleans, Louisiana, this 17th day of November, 2011.

_____
**SALLY SHUSHAN**
**United States Magistrate Judge**