UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179<br><br>SECTION: J |
| Applies to: 2:11-cv-02425 | * * * * | JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a) and Pretrial Order Number 42 in 10-md-2179, plaintiff provides this Notice of Dismissal of Case No. 2:11-cv-02425, previously consolidated within Case No. 10-md-2179.  The dismissal is without prejudice, with each party to bear its own costs, and does not pertain to any other lawsuits plaintiff may have pending before this Court.

        Respectfully submitted,

        /s/ Paul M. Sterbcow
        PAUL M. STERBCOW (#17817)
        IAN F. TAYLOR (#33408)
        Lewis, Kullman, Sterbcow & Abramson
        601 Poydras Street, Suite 2615
        New Orleans, LA 70130
        (504) 588-1500     Telephone
        (504) 588-1514     Facsimile
        sterbcow@lksalaw.com
        itaylor@lksalaw.com

## **CERTIFICATE OF SERVICE**

      I do hereby certify that on this 17th day of November, 2011, I have electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all parties to this proceeding.

                                        /s/ Paul M. Sterbcow
                                        Paul M. Sterbcow