IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | * | CIVIL ACTION |
| "DEEPWATER HORIZON" in the | * | |
| GULF OF MEXICO, on APRIL 20, 2010 | * | 2:10-md-2179 |
| | * | |
| This Document Relates to: | * | SECTION: J |
| | * | |
| Red Willow Offshore, LLC | * | DISTRICT JUDGE BARBIER |
| No. 72735 | * | |
| | * | MAGISTRATE JUDGE SHUSHAN |
| Houston Energy & Development, LP | * | |
| No. 72737 | * | |
| * * * * * * * * * * * * * * * * * * | | |

## MOTION TO ENROLL AS COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, come plaintiffs/B1 claimants, Houston Energy & Development, LP and Red Willow Offshore, LLC, and respectfully move this Honorable Court to enroll Daniel G. Rauh (La. Bar No. 27280) and Matthew F. Morgan (La. Bar. No. 32966), of Gieger, Laborde & Laperouse, LLC, 701 Poydras Street, Suite 4800, New Orleans, Louisiana, 70139, as counsel of record in the above-captioned matter.

Respectfully Submitted,

/s/ Matthew F. Morgan
DANIEL G. RAUH (27280)
    drauh@glllaw.com
MATTHEW F. MORGAN (32966)
    mmorgan@glllaw.com
GIEGER, LABORDE & LAPEROUSE, L.L.C.
Suite 4800, One Shell Square
New Orleans, Louisiana 70139
Telephone: (504) 561-0400
Facsimile: (504) 561-1011
*Attorneys for Houston Energy & Development Offshore, LP and Red Willow Offshore, LLC*

**CERTIFICATE OF SERVICE**

        I hereby certify that the above and foregoing Motion to Enroll as Additional Counsel has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 18th day of November, 2011.

        /s/ Matthew F. Morgan
        MATTHEW F. MORGAN

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * | MDL NO. 2179 |
| | * | SECTION: J |
| This Document Relates to: | * * | |
| Red Willow Offshore, LLC No. 72735 | * * * | DISTRICT JUDGE BARBIER |
| Houston Energy & Development, LP No. 72737 | * * | MAGISTRATE JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * *

## **ORDER**

Considering the foregoing Motion to Enroll as Counsel of Record:

**IT IS ORDERED** that Daniel G. Rauh (La. Bar No. 27280) and Matthew F. Morgan (La. Bar. No. 32966), of Gieger, Laborde & Laperouse, LLC, 701 Poydras Street, Suite 4800, New Orleans, Louisiana, 70139, are hereby enrolled as counsel of record in this matter on behalf of plaintiffs/B1 claimants, Houston Energy & Development, LP and Red Willow Offshore, LLC.

New Orleans, Louisiana, on this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE
HONORABLE CARL J. BARBIER