UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 2179 SECTION: J |
| | Relates to: *All Cases.* | * * | JUDGE BARBIER MAG JUDGE SUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Pursuant to Pre-Trial Order No. 13, the Plaintiff's Steering Committee ("PSC") has been engaged in the process of challenging the designation of specific deposition testimony as Confidential or Highly Confidential by serving written objections upon the respective designating parties. Also pursuant to Pre-Trial Order No. 13, the designating parties have responded to the PSC's objections in writing by either: 1) agreeing to remove the Confidential or Highly Confidential designation; or 2) stating the reasons for such designation.

IT IS HEREBY ORDERED that to keep the Court and all parties informed as to the status of deposition testimony which remains "Confidential" and/or "Highly Confidential," the following procedures will govern:

(1) On the first and fifteenth day of every month, a designating party shall serve on all other parties, via LexisNexis, a chart (hereafter "Deposition Testimony Confidentiality Status Chart") of all deposition testimony over which it continues to maintain a "Confidential" or "Highly Confidential" designation - either because the original designation was not challenged or because, pursuant to PTO #13, the designating party properly maintains the designation even after it has been challenged.

(2) The Deposition Testimony Confidentiality Status Chart shall include the following information for each deponent whose testimony has been designated as Confidential or Highly Confidential: a) Deponent name (last name, first name); b) page and line range of the testimony which has been maintained as Confidential or Highly Confidential; and c) the designation itself (Confidential or Highly Confidential). The following is how the Deposition Testimony Confidentiality Status Chart should appear:

| Deponent Name | From Page: Line | To Page: Line | Designation |
|---|---|---|---|
| Doe, John | 142: 10 | 142: 16 | Confidential |

(3) A designating party's Deposition Testimony Confidentiality Status Chart does not need to include any designations for depositions that were taken during the thirty (30) days immediately preceding the date of service for that Deposition Testimony Confidentiality Status Chart. For depositions taken during this 30 day period, the parties shall not rely on the existence or non-existence of a designation in the Deposition Testimony Confidentiality Status Chart to determine whether deposition testimony is not confidential, Confidential or Highly Confidential.

(4) The initial Deposition Testimony Confidentiality Status Chart for each designating party, which shall include all previously maintained Confidential and Highly Confidential designations of deposition testimony, must be served via LexisNexis within ten (10) days from the entry of this Order, and will observe the thirty-day period described in paragraph (3) of this Order.

(5) Nothing in this order shall relieve the designating or challenging party of its original designation or challenge obligations pursuant to PTO #13.

New Orleans, Louisiana, this 18th day of November, 2011.

_____
SALLY SHUSHAN
United States Magistrate Judge