MINUTE ENTRY
M.J. SHUSHAN
NOVEMBER 18, 2011

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig          MDL NO. 2179
    "Deepwater Horizon" in the Gulf
    of Mexico, on April 20, 2010         SECTION J

Applies to: *11-2521*
    *Ronald Roshto*               JUDGE BARBIER
                                               MAGISTRATE JUDGE SHUSHAN

     A telephone status conference was held this date.

     Participating were: Jason Itkin, Scott Bickford and Jason Landry.

     After discussion with counsel, the parties shall proceed as follows: Mr. Itkin, on behalf of his clients, shall have until Wednesday, January 4, 2012 to pursue settlement of his client's claims. He shall also, **within five (5) working days**, as represented in the conference, confirm to Mr. Bickford in writing that Mr. Itkin's clients will not assert any claim against the settlement funds obtained by Mr. Bickford's clients.

     If, **by January 4, 2012**, Mr. Itkin has not settled his client's claims, he shall notify Mr. Bickford and thereafter Mr. Bickford may file whatever dispositive motions he desires on behalf of his clients to have Mr. Itkin's clients' claims dismissed.

                                                            _____
                                                           SALLY SHUSHAN
                                                           **United States Magistrate Judge**

MJSTAR :25