# MDL NO. 2179

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*

## MOEX "GOOD FAITH" FINAL EXHIBIT LIST*

| EXHIBIT NO. | DATE | BATES RANGE | SUMMARY / DESCRIPTION |
|---|---|---|---|
| 986** | 2011 | | "Macondo, The Gulf Oil Disaster," Chief Counsel's Report 2011, National Commission on the BP Deepwater Horizon Oil Spill and Offshore Drilling |
| 1243** | 10/1/2009 | APC-HEC1-000001601 - 1840 | Macondo Prospect Offshore Deepwater Operating Agreement between BP and MOEX Offshore 2007 LLC |
| 1244** | 10/1/2009 | DWHMX00000247 - 260 | Lease Exchange Agreement between BP and MOEX Offshore 2007 LLC |
| 85001** | 10/1/2009 | DWHMX00000379 - 401 | Lease Exchange Agreement between BP and MOEX Offshore 2007 LLC: Exhibits A through D |
| 85002** | 6/1/2008 | BP-HZN02179MDL00605624 - 30 | BP's Lease OCS-G 32306 covering MC 252 |
| 85003** | | | AAPL Form 610-1989 Model Form Operating Agreement |
| 85004** | | | AAPL Form 610-1982 Model Form Operating Agreement |
| 85005** | | | AAPL Model Form of Offshore Operating Agreement 710-2002 |
| 85006** | | | AAPL Model Form of Offshore Deepwater Operating Agreement, AAPL-810 (2007) |
| 85,007 | 6/2-6/20/09 | DWHMX00105396-402 | E-mail string between MOEX Offshore and BP regarding possible investment in the Macondo Prospect |
| 85,008 | | DWHMX00077693-720 | BP presentation regarding potential investment in Macondo Prospect |
| 85,009 | 6/23-6/26/09 | DWHMX00207045-46 | E-mail string between MOEX Offshore and BP regarding possible investment in the Macondo Prospect |
| 85,010 | 6/26/2009 | DWHMX00077354-68 | Knowledge Reservoir review of Macondo Prospect |
| 85,011 | 6/30/2009 | DWHMX00077285-327 | Knowledge Reservoir review of Macondo Prospect |
| 85,012 | 7/13/2009 | DWHMX00000750-82 | Knowledge Reservoir report on Macondo Prospect |
| 85,013 | revised 6/30/09; approved 7/21/09 | DWHMX00057213-329 | BP Regional Oil Spill Response Plan - Gulf of Mexico |
| 85,014 | 9/14/09 | DWHMX00076234 | E-mail from MOEX to BP requesting additional information regarding the Macondo Prospect |
| 85,015 | 9/14-18/09 | DWHMX00075972-74 | E-mail string between MOEX and BP regarding BP's Macondo presentation |
| 85,016 | 9/14-23/09 | DWHMX00075861-67 | E-mail string between MOEX and BP regarding MOEX's request for additional Macondo data |
| 85,017 | 10/27-28/09 | DWHMX00075055-59 | E-mail string between MOEX and BP investment in the Macondo Prospect and attaching draft AFE |
| 85,018 | 11/4/2009 | DWHMX00074101-378 | E-mail from BP to MOEX attaching Macondo safety information |
| 85,019 | 11/9/2009 | DWHMX00072865-935 | E-mail from BP to MOEX attaching detailed description of Marianas rig and equipment |
| 85,020 | 11/10/2009 | DWHMX00072734-37 | E-mail from BP to MOEX attaching AFE and two-page well plan schematic |
| 85,021 | 11/14/2009 | DWHMX00057196-212 | BP's GoMP Wells Field Compliance Worksheet/Compliance Matrix - Marianas MODU dated 11/14/09 |
| 85,022 | 11/18/2009 | DWHMX00000261-63 | Executed AFE |
| 85,023 | 11/14/2009 | DWHMX00071599 | E-mail from BP to Halliburton regarding MOEX's access to WellSpace for Macondo |
| 85,024 | 11/23-24/09 | DWHMX00167685-86 | E-mail string between BP and MOEX regarding damage to the Marianas rig resulting from Hurricane Ida |
| 85,025 | 12/14-15/09 | DWHMX00255974-75 | E-mail string between BP and MOEX regarding a Macondo rig update and revised AFE |
| 85,026 | 1/28/2010 | DWHMX00070656-57 | E-mails between BP and MOEX regarding Macondo drilling update and supplemental AFE |
| 85,027 | 2/1/2010 | DWHMX00000273-79 | Letter from BP to MOEX attaching supplemental AFE, and return fax from MOEX attaching signed supplemental AFE |
| 85,028 | 2/2/2010 | DWHMX00256877-78 | E-mail from BP to MOEX regarding MOEX's access to INSITEanywhere for Macondo |
| 85,029 | 3/4/2010 | DWHMX00070177 | E-mail from MOEX to BP regarding March invoice and Macondo drilling plan |
| 85,030 | 3/12/2010 | DWHMX 00069738 | E-mail from MOEX to BP regarding Macondo drilling and supplemental AFE |
| 85,031 | 3/15/2010 | DWHMX00069493-94 | E-mail from MOEX to BP regarding Macondo status and drilling plan |
| 85,032 | 3/17/2010 | DWHMX00069306-307 | E-mail from MOEX to BP regarding Macondo status and drilling plan |
| 85,033 | 3/21-22/10 | DWHMX00099873 | E-mail string between MOEX and BP regarding Macondo status |
| 85,034 | 3/22/2010 | DWHMX00208378 | E-mail from MOEX to BP regarding supplemental AFE |
| 85,035 | 3/26/-29/10 | DWHMX00099856-59 | E-mail string between BP and MOEX regarding supplemental AFE and attaching same |
| 85,036 | 3/30/2010 | DWHMX00000286-89 | Correspondence from MOEX to BP transmitting signed second supplemental AFE |
| 85,037 | 1/14-3/31/10 | DWHMX00068910-11 | E-mail string between MOEX and BP regarding requests for information concerning Macondo |
| 85,038 | 1/14-4/1/10 | DWHMX00068852-86 | E-mail string between MOEX and BP regarding requests for information concerning Macondo (with attachment) |
| 85,039 | 4/5/2010 | DWHMX00208387 | E-mail from MOEX to BP regarding supplemental AFE |
| 85,040 | 4/13-4/14/10 | DWHMX00068340-42 | E-mails from BP to MOEX and Anadarko regarding achievement of objective depth and supplemental AFE |

# MDL NO. 2179

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*

## MOEX "GOOD FAITH" FINAL EXHIBIT LIST*

| EXHIBIT NO. | DATE | BATES RANGE | SUMMARY / DESCRIPTION |
|---|---|---|---|
| 85,041 | 4/15/2010 | DWHMX00000293-305 | E-mail from BP to MOEX and Anadarko regarding supplemental AFE, and copies of signed AFE with transmittal letters |
| 85,042 | 4/20/2010 | DWJMX00058236-38 | E-mail from BP to MOEX and Anadarko regarding BP's recommendation to temporarily abandon the Macondo well after successfully completing the setting of the production casing |
| 85,043 | 4/21/2010 | DWHMX00263929-30 | E-mails between BP and MOEX regarding the Macondo accident |
| 85,044 | 4/24/2010 | DWHMX00263893-95 | E-mails between BP and MOEX regarding the Macondo/Horizon Incident Communications Protocol |
| 85,045 | 5/11/2010 | DWHMX00312901-903 | Letter from BP to MOEX and Anadarko regarding the Deepwater Horizon Incident |

\* As indicated in Anadarko's motion *in limine* (which MOEX joined), MOEX's purported knowledge of, or access to information about, well design or the operations of the Deepwater Horizon on the Macondo Prospect is not relevant to any issues to be tried in Phase One of the trial.  Nevertheless, until that motion is decided, and in anticipation that other parties will attempt to introduce evidence of MOEX's knowledge or access to information, MOEX has listed exhibits related to its knowledge and/or access to information.  By listing such exhibits, MOEX does not concede that such information is relevant to any of the issues to be tried in Phase One of the trial.


\*\*  "Reliance Exhibits" considered by MOEX's industry expert, Gordon Cain.