## CONFERENCE ATTENDANCE RECORD

**DATE:** 11-18-11                    **TIME:** _____

**CASE NAME: IN RE: DEEPWATER HORIZON, ET AL.**

**DOCKET NUMBER & SECTION: MDL 2179**



DISCOVERY STATUS CONFERENCE

## ☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| ANTHONY IRPINO | PSC |
| Don Jackson | Dril-Quip |
| Glenn Goodier | Weatherford |
| DENNIS BARROW | DRIL-QUIP |
| Denise Scofield | MI |
| J.B. Tarter | M-I |
| Don Godwin | Halliburton |
| Alan York | Halliburton |
| Stefanie Major | Halliburton |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Jenny Martinez | Halliburton |
| Carmelite Bertaut | Cameron |
| Philip Wittman | Cameron |
| David Beck | Cameron |
| Ted Tsekerdes | Sexon, o'brien + NRC |
| Jim Roy | Pl. Co-Counsel |
| Brian Barr | PSC |
| Bill Stradley | MDL 2185 2nd. Investors |
| RACHEL CLINGMAN | TO |
| Jeff Brect | PSC |
| Nancy Flickiger | USA |
| Steve O'Rourke | USA |
| Ryan Babiuch | BP |
| Andy Langan | BP |
| Henry Dart | St of LA |
| John Roy | PSC |
| R. Mike UNDERHILL | DOJ |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Allan Kanner | LA |
| Allen Usry | Louisiana |
| Jim Dragna | Anadarko |
| Deb Kuchler | '' |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Mark Nomelinni

Ben Mayeux

Christian Van Kleve

Tony Fitch

Ky Kirby

Sarah Valentine

Brian Cavenaugh

Winfield Sinclair