UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION J |
| Applies to:<br>All Cases, 2:10-cv-2771, and 2:10-cv-04536 | JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

### ORDER

IT IS ORDERED that any Oppositions to Cameron International Corporations's Motion for Summary Judgment (Rec. Doc. 4524) shall be filed no later than December 7, 2011, and shall not exceed twenty-five pages. Replies shall be filed no later than December 12, 2011, and shall not exceed ten pages.

IT IS FURTHER ORDERED that any Cross-Motions to Transocean's Motion for Partial Summary Judgment (Rec. Docs. 4477) shall be filed no later than December 7, 2011, and shall not exceed twenty-five pages. In the event a Cross-Motion is filed, any Opposition shall be filed no later than December 12, 2011.

This Order is intended to maintain consistency with the previous Scheduling Order of November 16, 2011 (Rec. Doc. 4618).

New Orleans, Louisiana, this 18th day of November, 2011.

_____
United States District Judge