**MINUTE ENTRY**
**BARBIER, J.**
**Nov. 18, 2011**
**JS-10: 2 hr. 7 min.**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| | : | **MDL NO. 2179** |
| **IN RE: OIL SPILL by the OIL RIG** | : | |
| **"DEEPWATER HORIZON" in the** | : | |
| **GULF OF MEXICO, on** | : | |
| **APRIL 20, 2010** | : | **SECTION: J** |
| | : | |
| | : | |
| | : | **JUDGE BARBIER** |
| | : | **MAG. JUDGE SHUSHAN** |

.. .. .. .. .. .. .. .. .. .. .. .. . .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..

**COURTROOM DEPUTY:**                             **COURT REPORTER:**
**STEPHANIE KALL**                                **CATHY PEPPER**

**FRIDAY, NOVEMBER 18, 2011 9:00 A.M.**
**JUDGE CARL J. BARBIER PRESIDING**

**STATUS CONFERENCE**

**Plaintiffs' Liaison Counsel, Defense Liaison Counsel, and Government Coordinating Counsel introduced themselves to the Court. The matters listed below were discussed:**

**The Court briefly discussed certain recently-issued Orders.**

**BP Counsel Andy Langan reported on the status of recent conditional transfer orders and number of active cases within the MDL.**

**BP Counsel Andy Langan reported on the status of cases before various state courts.**

**BP Counsel Andy Langan reported on the status of MDL 2185 before Judge Ellison in the Southern District of Texas.**

1

**BP Counsel Andy Langan provided an update on the continued progress of written and deposition discovery. Over 43 million pages of documents have been produced. 246 Depositions have been taken. Phase I expert depositions are scheduled to be taken through December and early January. Parties are working to schedule Phase II depositions and discovery.**

**BP Counsel Andy Langan and Plaintiffs' Counsel Steve Herman reported on the Vessels of Opportunity ("VoO") cases. 5 of the 6 "focus" plaintiffs and 1 BP witness have been deposed. The Court will hear oral argument on a Motion for Partial Summary Judgment (Rec. Doc. 4035) at the end of today's Status Conference.**

**BP Counsel Andy Langan and Counsel for Transocean's Insurers George Gilly reported that an agreement has been reached on the insurers' protocol, respecting the interpleader actions, Case Nos. 11-1439 and 11-1440. Respecting the declaratory judgment actions, Case Nos.11-274 and 11-275, counsel discussed what should occur in light of the Court's Order of Nov. 15, 2011, denying the Motion for Judgment on the Pleadings (Rec. Doc. 4588).**

**BP Counsel Rob Gasaway reported on issues relating to the custody, preservation, and inspection of the blowout preventer and the capping stack.**

**Mike Underhill, Coordinating Counsel for the Federal Government, reported on the status of testing of certain cement and rock samples found on the deck of the M/V DAMON BANKSTON.**

**BP Counsel Andy Langan and Plaintiffs' Counsel Steve Herman reported on the briefing schedule for Motions in Limine respecting evidentiary issues.**

**BP Counsel Andy Langan and the Court's Special Master Francis McGovern reported on the proposed process for the Dept. of Justice's audit of the GCCF.**

**The Court reported on pending motions respecting indemnity issues. Cameron Counsel David Beck reported on Cameron's Motion for Summary Judgment, filed on Nov. 8, 2011 (Rec. Doc. 4524). The Court stated it would issue a scheduling order as to Cameron's Motion. Haliburton Counsel Don Godwin reported that it may file a similar motion.**

**The Court heard oral argument on the Plaintiffs' Steering Committee's Motion in Limine to Exclude Evidence of the Alleged Fault of Non-Parties and Immune Parties (Rec. Doc. 4158). Plaintiffs' Counsel Jim Roy argued on behalf of the movants. BP Counsel Andy Langan argued for opponents. The Court DENIED the Motion.**

The Court heard oral argument on the United States' Motion to Dismiss Rule 14(c) Third-Party Complaint and Cross Claim of Transocean (Rec. Doc. 2410). Coordinating Counsel for Government Interests Mike Underhill argued on behalf of the movants. Transocean Counsel John Elsely argued for opponents. The Court GRANTED the Motion.

The Court heard oral argument on Anadarko and MOEX's Motions to Dismiss certain Cross-Claims and Counterclaims (Rec. Docs. 2477, 2479, 2873, 2878, 2882, 2885, 2888, 2892, 2903, 2905, 2924, 2927, 2934, 2946, 2955, 3260) and Motions in Limine to Exclude Evidence (Rec. Docs. 4319 and 4566). Anadarko Counsel David Salmon argued on behalf of the movants. United States' Counsel Steve O'Rouke and Plaintiffs' Counsel Steve Herman argued on behalf of opponents. The Court GRANTED the Motions to Dismiss (Rec. Docs. 2477, 2479, 2873, 2878, 2882, 2885, 2888, 2892, 2903, 2905, 2924, 2927, 2934, 2946, 2955, 3260) . The Court DEFERRED ruling on the Motions in Limine (Rec. Docs. 4319 and 4566).

The Court heard oral argument on the Motion for Partial Summary Judgment on the Issue of Liability for Breach of Master Vessel Charter Agreement, Vessel of Opportunity Program (Rec. Doc. 4035). Plaintiffs' Counsel Clay Garside argued on behalf of the movants. BP Counsel Chris Esbrook argued on behalf of the opponents. The Court took the Motion under advisement.

The Court thanked counsel for their continued cooperation, both with each other and the Court.

The Status Conference ended at 11:22.

The next status conference will be held on DECEMBER 16, 2011 at 9:30 a.m.

ATTORNEYS: See attached list.