# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

Status Conference–November 18, 2011

# PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Don Godwin | (214) 939-4400 | Halliburton |
| Alan York | (214) 939-4400 | Halliburton |
| Jenny Martinez | (214) 939-4400 | Halliburton |
| Stefanie Major | (214) 939-4400 | Halliburton |
| Steve Power | (202) 550-5176 | Brunswick Group |
| Guy Potvin | 212 333 3810 | Brunswick Group |
| Carmelita Bertaut | 504 581 3200 | Cameron |
| John Elsley | 713 224-8550 | Transocean |
| Allan Moore | 2026625575 | BP |
| Matt Lund | 337-439-0707 | PSC |
| Phil Cossich | 394-9000 | PSC |
| Soren Gisleson | 581-4892 | PSC |
| (illegible) | 254-922-7100 | |
| Jeff Brett | 757-615-853 | PSC |
| J.B. Tarter | 713-890-5000 | M-I |
| Ryan Babiuch | 312 862 2000 | BP |
| Tara Kelly | 713-225-1883 | BP |

# Attendance Record

## MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

### Status Conference–November 18, 2011

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| R. G. BEA | 925-631-1587 | PLC MDL 2179 |
| Jude Guice | 228-374-9287 | Bonnes |
| Robert S. Stassi | (504) 585-3846 | MOEX |
| Frederick A. Brodie | (212) 858 1000 | MOEX |
| Michael Cangelosi | 504 561 0400 | Dynamic |
| Cooper Shattuck | 334.242.7120 | COU/ALA. |
| MEKEL ALVAREZ | 599-3385 | TS |
| Karen Case | 261 366 4294 | BP |
| Mike Beul | 334 799 5948 | BP |
| Craig Coleman | 612-766-6981 | Trvong |
| Nancy Flickinger | (202) 514-5258 | US |
| Jeff Siemssen | 504-554-2138 | Voo |
| Glenn Goodier | 504-582-8174 | WEATHERFORD |
| Tripp Segars | 803-486-0440 | Poole |
| Robert GASAWAY | 202-879-5175 | BP |
| Andy Dupre | 985-855-2553 727-7328 | DRC |
| Wm. David Coffey | 985- | TF |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–November 18, 2011

# PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Christopher Esbrook | 312-862-2000 | BP |
| Frederick Kuykendall | 205-960-3229 | Cy a et al |
| Jennifer Chu(?) | 5042363914 | PSC |
| Frank Lamothe(?) | 9852496800 | TT/S |
| Joe Rice | 843-216-9000 | TT PSC |
| Keenan Dunlap | (504)522-8755 | Singleton Law Firm |
| Willie Singleton | " | " " |
| Kevin Turner | 334-353-2196 | Alabama |
| Corey Anderson(?) | 504.525.8100 | TB |
| Paul Bar??(?) | 861-5004 | DOJ B. Piter(?) |
| (illegible) | 451-0806 | PSC |
| Rachel Clingman | 7134706189 | TO |
| Jason Landry(?) | 581-9065 | Plq Parish |
| Sabrina Lanfield(?) | 940-7294 | CNS |
| Joel Waltzer(?) | 3406300 | HO/Nguyen |
| Allan Kanner(?) | 524-5777 | EA Louisiana |
| Elizabeth Petosa(?) | 5245777 | State of LA |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–November 18, 2011

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Robert Cunningham | 251 471 6191 | PSC |
| Gerry Nolting | 612-766-8328 | Tom Tai |
| Dawn Barrios | 504-524-3300 | TI |
| Di Franco | 504 648 0180 | TI |
| Don Jackson | 713-659-6400 | DrilQuip |
| Frank Peters | 954/318-0268 | PSC |
| Steve Olen | 251-471-6191 | Ps |
| Clay Garside | 504-669-4751 | Ps |
| Dennis Reich | 713-622-7271 | TS |
| Robin Greenwald | 2125585802 | PSC |
| Brian Barr | 8505722164 | PSC |
| Enka Heyder | 9198071959 | PSC |
| Mikel Watts | 2104472555 | PSC |
| Henry Dart | 985-809-8093 | St of LA |
| Patrick Montoya | 305-476-7400 | PSC |
| Wilfred P Ned | 504-4006?? | PSC |
| Scott Bickford | 581-9065 | Plq Parish |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–November 18, 2011

# PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| Ted Tsekerides | 212-310-8218 | Seaco, O'Brien, NRC |
| Randall Levine | 202-373-6541 | Anadarko |
| Scott Summy | 214-384-1913 | PSC |
| Calvin Fayard | 225 261-4195 | PSC |
| Marty Lacey | 504 584-9212 | TO Excess Ins. |
| Dennis Barrow | 713 659 6400 | Dril-Qu |
| Hugh Tanner | 713-890-5180 | M-I |
| Kim Ines | 451030 | PSC |
| Stephen Keller | 5048453489 | Truong |
| Stephen Murray, Sr. | 504 525 8100 | Plaintiffs |
| Liz Murrill | 225-342-8212 | LA |
| Meghan Shoemaker | 504 522 2304 | Plaintiffs |
| Becky Murphy | 504-826-3417 | Trans PCL |
| Chris Bartwell | 334-201-4809 | PSC |
| Annika K. Martin | 917 287 2670 | PSC |
| Steve O'Rourke | 202 514 2779 | USA |
| James Bilsborrow | 773-934-4930 | PSC |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–November 18, 2011

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| I. Espino | 214-521-3605 | PSC |
| George Eilly | 504-584-9289 | TO's XS insurers |
| Phil Nizialek | 504 585-7820 | MOEX |
| John Pritchard | 212-858-1620 | MOEX |
| (illegible) | 713 810-9005 | MI LLC |
| Matt Thriese | 202-879-5963 | BP |
| John deGravelles | 225 344-3735 | PSC |
| Tony Pletcher | 361-816-1665 | PSC |
| Elizabeth Cabron | 415 806 2100 | PSC |
| Jay Dinr | 601 969-1111 | Pour Sanford |
| MX | 601 663-5617 | PSC |
| Corey Maze | 334 353 4336 | Alabama |
| Andrew Lemmon | 985 783 6789 | TI |
| Tony Roussie | 337 308 5746 | PSC |
| Allen Usry | 572-4600 | State Louisiana |
| Megan Terrell | 225 326 6085 | Louisiana |
| David McLendon | 504-261-8660 | PSC |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–November 18, 2011

## PLEASE PRINT



| Name | Telephone | Client Name |
|---|---|---|
| Phil Wittmann | 581-6201 | Cameron |
| David Beck | 713-951-6209 | " |
| Don Antoine | 213-955-9452 | Halliburton |
| Ted Tsekerides | 212-310-8218 | Seacor, O'Brien's, NRC |
| Alan York | 713-595-8801 | Halliburton |
| Jenny Martinez | 214-939-4620 | " |
| Steve Herman | (504) 453-7462 | PSC |
| Tim Roy | | " |
| Andrew Langa | 312-862-2000 | BP |
| Deb Kuchler | 504-592-0691 | Anadarko |
| Jim Dragna | 213-680-6400 | APC |
| David Salmons | 202-373-6283 | APC |
| Luther Strange | 334-242-7401 | Alabama |
| Mike Underhill | 415-436-6648 | DOJ/US |
| Steven O'Rourke | 202-514-2779 | USA |

# Attendance Record

# MDL-2179 Oil Spill by the Oil Rig "Deepwater Horizon"

## Status Conference–November 18, 2011

## PLEASE PRINT

| Name | Telephone | Client Name |
|---|---|---|
| MARIJA JANES | 504 5668800 | PENETONE |
| Philip Brooks | 504 585 7648 | O'BRIEN'S + NRC |
| DC Waters | 757-374-2957 | LML/PSC Mailing |
| DENTEL McCOFVEY | 337-291-2431 | BRANDUM/ETC |
| Felix Cao | 832-788-4034 | PSC |
| Natalie Mitchell | 504-524-0206 | CajunCo's LLC |
| David Baswell | 251-928-2970 | Plaintiff |
| Josh Palmintier | 225-344-3735 | Plaintiff |
| Jayne Conroy | 212 784 6402 | π |
| Ryan Beasley | 504.220.3944 | π |
| JEFFREY FARSHAD | 504 566 8800 | PENETONE |