UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * | MDL NO. 2179 |
| | * | SECTION J |
| Relates to: *All Cases* | * | |
| | * | JUDGE BARBIER |
| (Including No. 10-2771) | * | |
| | * | MAG. JUDGE SHUSHAN |
| ************************************** | * | |

MOTION FOR LEAVE
TO FILE MEMORANDUM IN EXCESS OF ORDINARY PAGE LIMITATIONS

NOW INTO COURT come the undersigned Plaintiffs' Co-Liaison Counsel, who respectfully move for leave to file their PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTIONS *IN LIMINE* TO PRECLUDE THE INTRODUCTION OF GOVERNMENTAL REPORTS AND DOCUMENTS, INCLUDING CONGRESSIONAL TESTIMONY. This opposition replies to four different Motions *in Limine* filed by the defendants.[1] Plaintiffs have responded as briefly and concisely as possible, and believe that the opposition as submitted will be helpful to the Court.

This 18th day of November, 2011.

Respectfully submitted,

| | |
|---|---|
| /s/ Stephen J. Herman | /s/ James Parkerson Roy |
| **Stephen J. Herman**, La. Bar No. 23129 | **James Parkerson Roy**, La. Bar No. 11511 |
| HERMAN HERMAN KATZ & COTLAR LLP | DOMENGEAUX WRIGHT ROY & EDWARDS LLC |
| 820 O'Keefe Avenue | 556 Jefferson Street, Suite 500 |
| New Orleans, Louisiana 70113 | Lafayette, Louisiana 70501 |
| Telephone: (504) 581-4892 | Telephone: (337) 233-3033 |
| Fax No. (504) 569-6024 | Fax No. (337) 233-2796 |

---

[1] Doc 4506, Doc 4515, Doc 4521 and Doc 4523.

E-Mail: sherman@hhkc.com  
*Plaintiffs' Liaison Counsel*

E-Mail: jimr@wrightroy.com  
*Plaintiffs' Liaison Counsel*

### **CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that the above and foregoing Motion will be filed into the record *via* the Court's ECF electronic filing system and will be served on all counsel *via* Lexis-Nexis File & Serve, pursuant to PRE-TRIAL ORDER NO. 12, this 18th day of November, 2011.

/s/ Stephen J. Herman and James Parkerson Roy