# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * | MDL NO. 2179 |
| | * | SECTION J |
| Relates to: *All Cases.* | * * | JUDGE BARBIER |
| (Including No. 10-2771) | * * | MAG. JUDGE SHUSHAN |

## ORDER

**CONSIDERING** the Motion for Leave to File in Excess of Page Limitations:

**IT IS ORDERED** that the Plaintiff Steering Committee be and is hereby granted leave to file its PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTIONS *IN LIMINE* TO PRECLUDE THE INTRODUCTION OF GOVERNMENTAL REPORTS AND DOCUMENTS, INCLUDING CONGRESSIONAL TESTIMONY.

**SIGNED** at New Orleans, Louisiana, this _____ day of _____, 2011.

_____
**Hon. Carl J. Barbier**
**U.S. District Court Judge**