UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig<br>"Deepwater Horizon" in the Gulf<br>Of Mexico, on April 20, 2010 | MDL No. 2179<br><br>SECTION J |
| This Document applies to:<br>*ALL CASES* | JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

**TRANSOCEAN'S OBJECTION TO AUTHENTICITY OF DOCUMENTS USED IN
DEPOSITIONS TAKEN BETWEEN JULY 31, 2011 AND NOVEMBER 4, 2011**
_____

TO THE HONORABLE CARL J. BARBIER, United States District Judge:

Pursuant to Magistrate Judge Sally Shushan's September 2, 2011 Order [Doc. No. 3916],

Defendants Transocean Offshore Deepwater Drilling Inc., Transocean Holdings LLC,

Transocean Deepwater, Inc., and Triton Asset Leasing GmbH (collectively "Transocean")

object[1] to the authenticity of the following exhibits produced by a party and used in a deposition

between July 31, 2011 and November 4, 2011.

**(1) Exhibit 5160**

Transocean objects to the authenticity of Exhibit 5160.  Exhibit 5160 is a one page

document introduced by BP in the deposition of Ed Gaude.  BP purports that that Exhibit 5160 is

"a simplified version of the schematic shown in Exhibit 5159."  [Deposition of Ed Gaude, 246:1-

5].

_____

[1] Also pursuant to Magistrate Judge Shushan's September 2, 2011 Order, Transocean shall meet
and confer with the parties regarding authenticity objections.  If the authenticity objections
cannot be resolved, Transocean may, by motion, bring the issue before Your Honor by
December 2, 2011.

Transocean objects to the authenticity of Exhibit 5160 because the exhibit was not authenticated.  A document must be authenticated as a condition precedent to its admissibility. Fed. R. Evid. 901.  Neither Ed Gaude nor any other deponent authenticated Exhibit 5160 in deposition testimony.  *See id*.  Furthermore, Exhibit 5160 is not a self-authenticating document. *See* Fed. R. Evid. 902.  WHEREFORE, Transocean objects to the authenticity of Exhibit 5160.

Respectfully submitted,

By:   /s/ Steven L. Roberts
Steven L. Roberts (Texas, No. 17019300)
Rachel Giesber Clingman (Texas, No. 00784125)
Kent C. Sullivan (Texas, No. 19487300)
Sutherland Asbill & Brennan LLP
1001 Fannin Street, Suite 3700
Houston, Texas 77002
Telephone: (713) 470-6100
Facsimile: (713) 654-1301
Email: steven.roberts@sutherland.com
rachel.clingman@sutherland.com
kent.sullivan@sutherland.com

By:   /s/ Kerry J. Miller
Kerry J. Miller (Louisiana, No. 24562)
Frilot, L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163
Telephone: (504) 599-8169
Facsimile: (504) 599-8154
Email: kmiller@frilot.com
            -and-

By:   /s/ Edwin G. Preis, Jr.
Edwin G. Preis, Jr. (Louisiana, No. 10703)
Edward F. Kohnke, IV (Louisiana, No. 07824)
Preis & Roy PLC
102 Versailles Boulevard, Suite 400
Lafayette, Louisiana 70501
Telephone: (337) 237-6062
Facsimile: (337) 237-9129

-and-

601 Poydras Street, Suite 1700
New Orleans, Louisiana 70130
Telephone: (504) 581-6062
Facsimile: (504) 522-9129
Email: egp@preisroy.com, efk@preisroy.com

Of Counsel:
John M. Elsley (Texas, No. 0591950)
Royston, Rayzor, Vickery & Williams LLP
711 Louisiana Street, Suite 500
Houston, Texas 77002
Telephone: (713) 224-8380
Facsimile: (713) 225-9945
Email: john.elsley@roystonlaw.com

Daniel O. Goforth (Texas, No. 08064000)
Goforth Geren Easterling LLP
4900 Woodway, Suite 750
Houston, Texas 77056
Telephone: (713) 650-0022
Facsimile: (713) 650-1669
Email: dangoforth@goforthlaw.com

Brad D. Brian (California, No. 79001)
Allen M. Katz (California, No. 054933)
Munger Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071
Telephone: (213) 683-9100
Facsimile: (213) 683-5180, (213) 683-4018
Email: brad.brian@mto.com, allen.katz@mto.com

*Counsel for Triton Asset Leasing GmbH,*
*Transocean Holdings LLC, Transocean*
*Offshore Deepwater Drilling Inc. and*
*Transocean Deepwater Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been electronically filed through the Court's CM/ECF system and/or LexisNexis File & Serve, in accordance with Pretrial Order No. 12, which will send a notice of electronic filing to all counsel of record on this 18th day of November, 2011.

/s/  Kerry J. Miller