UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HONG VAN TRUONG, BARISICH INC., MICHAEL HUFF, DARREN HELMER, and those persons identified in Exhibit A,<br><br>Plaintiffs,<br>vs.<br><br>BP AMERICA PRODUCTION COMPANY; BP EXPLORATION AND PRODUCTION, INC.; UNITED STATES MARITIME SERVICES, INC.; UNITED STATES MARITIME SERVICES, LLC; UNITED STATES ENVIRONMENTAL SERVICES, LLC; and DRC EMERGENCY SERVICES, LLC,<br><br>Defendants. | CIVIL ACTION NO. 11-CV-2766<br><br>SECTION: "J"<br>DIVISION: (1)<br><br>CHIEF JUDGE CARL J. BARBIER<br><br>MAG. JUDGE SALLY SHUSHAN |

### AFFIDAVIT

STATE OF LOUISIANA

PARISH OF ORLEANS

BEFORE ME, a Notary Public in and for the State and Parish aforementioned, personally came and appeared:

STEPHEN S. KRELLER

who being by me duly sworn did state that on November 14, 2011, pursuant to the provisions of La. R.S. 13:3201, et seq., commonly referred to as the Louisiana Long Arm Statute, he mailed a certified copy of the Complaint in an envelope properly addressed to DRC Emergency Services, Inc., through its registered agent for service of process, Robert Isakson, 740 Museum Drive, Mobile, Alabama 36608, return receipt requested, with sufficient postage affixed; the said certified mail was received as evidenced by the attached

1

receipt hereto and made a part hereof as Exhibit A.

_____
STEPHEN S. KRELLER

Sworn to and subscribed
before me this 21st day of
November 2011.

_____
NOTARY PUBLIC

My commission expires _at death_

**Mary S. Bubbett**
State of Louisiana - Bar No. 29110
My commission is issued for life