# Issued by the
# UNITED STATES DISTRICT COURT

Eastern   DISTRICT OF   Louisiana

In re: Oil Spill by the Oil Rig
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]   USDC - EDLA 10-md-2179

TO: Ronald Sepulvado
Through his Attorney of Record
Ralph S. Whalen, Jr.
Law Offices of Ralph S. Whalen, Jr.
Energy Centre, 1100 Poydras St., Ste. 2950
New Orleans, LA 70163-1133

X  YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY<br>Eastern District of Louisiana<br>500 Poydras Street<br>New Orleans, LA 70130 | COURTROOM<br>Barbier Room C268 |
| --- | --- |
| | DATE AND TIME<br>February 27, 2012; 9:00 a.m. |

YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
| --- | --- |
| | |

YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
| --- | --- |
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
| --- | --- |
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE<br>October 13, 2011 |
| --- | --- |
| ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER | |

Stephen J. Herman; Herman, Herman, Katz & Cotlar, 820 O'Keefe, New Orleans, Louisiana 70113; (504)581-4892

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

...an district of issuance, state district under case number.
...a Civil Case

## PROOF OF SERVICE

| DATE | PLACE |
|---|---|

SERVED

SERVED ON (PRINT NAME): Ronald Sepulvado through Mr. Ralph Whalen via certifi[ed]

MANNER OF SERVICE:

SERVED BY (PRINT NAME): Stephen J. Herman

TITLE: Plaintiffs' Liaison Counsel

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on November 21, 2011
DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER: 820 O'Keefe Ave
NOLA 70113

Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), as amended on December 1, 2006:

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Ralph Whalen
1100 Poydras St. Ste 2850
New Orleans, LA 70163

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): W.S. R.   C. Date of Delivery: 10-14-11

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7011 1570 0000 8251 5016

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540