**Issued by the**

# UNITED STATES DISTRICT COURT

Middle                    DISTRICT OF                    Louisiana

In re: Oil Spill by the Oil Rig
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]    USDC - EDLA 10-md-2179

TO:    Donald Vidrine
       Through his Attorney of Record
       Robert N. Habans, Jr.
       Habans & Carriere
       10843 N. Oak Hills Parkway
       Baton Rouge, LA 70810

X   YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| Eastern District of Louisiana | Barbier Room C268 |
| 500 Poydras Street | **DATE AND TIME** |
| New Orleans, LA  70130 | February 27, 2012; 9:00 a.m. |

YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐  YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| | October 10, 2011 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

**Stephen J. Herman; Herman, Herman, Katz & Cotlar, 820 O'Keefe, New Orleans, Louisiana 70113; (504)581-4892**

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

Case 2:10-md-02179-CJB-DPC   Document 4654   Filed 11/21/11   Page 2 of 2

6) Subpoena in a Civil Case

## PROOF OF SERVICE

|  | DATE | PLACE |
| --- | --- | --- |

SERVED _Donald Vidrine through Robert Habans via Certified_

SERVED ON (PRINT NAME)        MANNER OF SERVICE

_Stephen J. Herman_       _Plaintiffs'Liason Counsel_

SERVED BY (PRINT NAME)       TITLE

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on   _November 21, 2011_

                   DATE

SIGNATURE OF SERVER

_820 O'Keefe Ave_

ADDRESS OF SERVER

_NOLA 70113_

---

Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), as amended on December 1, 2006:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.
    (1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.
    (2) (A) A person commanded to produce and permit inspection, copying, testing, or sampling of designated electronically stored information, books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless com...
    (B) Subject t...
inspection, copying,...
before the time speci...
upon the party or atto...
of the designated mat...
information in the for...
shall not be entitled to...
pursuant to an order o...
the party serving the...
at any time for an or...
Such an order to com...
significant expense re...
    (3) (A) On timely...
the subpoena if it
      (i) fails to
      (ii) requir...
more than 100 miles fi...
business in person, ex...
a person may in order...
state in which the tria...
      (iii) requir...
waiver applies; or
      (iv) subjec...
    (B) If a subpo...
      (i) require...
or commercial inform...
      (ii) requir...
describing specific ev...
not at the request of a...
      (iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject

to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.
    (1) (A) A person responding to a subpoena to produce documents shall produce them as ...bel them to correspond with ...ducing electronically stored ...formation in a form or forms ...at are reasonably usable. ...e same electronically stored

...discovery of electronically ...sonably accessible because ...ash, the person from whom ...sonably accessible because ...onetheless order discovery ...ering the limitations of Rule

...a claim that it is privileged ...be made expressly and shall ...munications, or things not ...t the claim.

...that is subject to a claim of ...aking the claim may notify ...r it. After being notified, a ...mation and any copies it has ...ved. A receiving party may ...ination of the claim. If the ...ust take reasonable steps to ...ve the information until the

...ey a subpoena served upon ...the subpoena issued. An ...ts to require a nonparty to attend or produce at a place not within the limits provided by clause (ii) of subparagraph (c)(3)(A).

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

_Mr. Robert Habans_
_Habans & Carriere_
_10843. N. Oak Hills Pkwy_
_Baton Rouge La 70810_

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Patricia S Habans_   ☐ Agent   ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
_Patricia S Habans_   10-18-11

D. Is delivery address different from item 1?   ☐ Yes
    If YES, enter delivery address below:   ☐ No

3. Service Type
  ☐ Certified Mail    ☐ Express Mail
  ☐ Registered    ☐ Return Receipt for Merchandise
  ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
  (Transfer from service label)    7007 0710 0002 2806 3384

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540