IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 10, 2010 | : : : : | MDL 2179 SECTION J |
| | : | JUDGE BARBIER |
| RELATES TO: All Cases and 2:11-cv-00263 | : : | MAG. JUDGE SHUSHAN |

## ORDER DENYING MOTION TO ESTABLISH ACCOUNT AND RESERVE FOR LITIGATION EXPENSES

After considering the PSC's Motion to Establish Account and Reserve for Litigation Expenses, responses thereto and arguments of counsel, the Court **DENIES** the motion. It is therefore,

**ORDERED** that the PSC's Motion to Establish Account and Reserve for Litigation Expenses is **DENIED**.

**Signed** at New Orleans, Louisiana, this _____ day of _____, 2011.

_____
**Hon. Carl J. Barbier**
**U.S. District Court Judge**

1