UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

### [Regarding Ceding Time in Phase One Expert Depositions]

Beginning with the third week of expert depositions set to begin on Monday, November 28, 2011, the ceding of time in Phase One expert depositions is prohibited.

New Orleans, Louisiana, this 21st day of November, 2011.

SALLY SHUSHAN
United States Magistrate Judge