UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | : : : : | MDL No. 2179 SECTION: J |
| This Document Relates To: 2:10-CV-04182; 2:10-CV-04183; 2:11-CV-0516; and 2:10-CV-03059 | : : : : | JUDGE BARBIER MAGISTRATE JUDGE SHUSHAN |

……………………………………………...

### ORDER

**[Regarding Defendants' Responsive Pleadings Deadline]**

With the agreement of the State Coordinating Counsel, and counsel for BP Exploration & Production Inc., BP American Production Company, Cameron International Corporation, Halliburton Energy Services, Inc., MOEX Offshore 2007 LLC, MOEX USA Corporation, Anadarko E&P Company LP, and Anadarko Petroleum Corporation, and in response to the November 14, 2011 Order and Reasons as to the Motions to Dismiss the Complaints of the States of Alabama and Louisiana, Party of Pleading Bundle "C" (Doc. 4578), this Order sets the following pleading deadline:

**IT IS ORDERED** that any required answers to the remaining claims in the Complaints of the States of Alabama and Louisiana shall be filed **on or before December 14, 2011**.

New Orleans, Louisiana, this 21st day of November, 2011.

_____
UNITED STATES MAGISTRATE JUDGE