UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | * | MDL NO. 2179 |
| "DEEPWATER HORIZON" | * | |
| in the GULF OF MEXICO, | * | SECTION: J |
| on APRIL 20, 2010 | * | |
| | * | JUDGE BARBIER |
| | * | |
| Related to:  All Cases | * | MAGISTRATE JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * *

**OPPOSITION TO MOTION TO ESTABLISH ACCOUNT AND RESERVE FOR LITIGATION EXPENSES**

Now into court, through undersigned counsel, comes the Plaintiffs, Terrebonne Parish Consolidated Government, Terrebonne Parish School Board, Terrebonne Parish Fire Protection No. 6, Terrebonne Parish Library Board of Control, Terrebonne Council on Aging, Inc., Terrebonne Parish Fire Protection No. Five, Terrebonne Parish Sheriff's Office, Terrebonne Parish Fire Protection District No. 10, Terrebonne Parish Recreation District No. 10, Terrebonne Economic Development Authority, Terrebonne Levee and Conservation District, Terrebonne Parish Recreational District No. 7 and Terrebonne Parish Recreation District No. 11 (sometimes hereafter referred to as "the Terrebonne Parish entities"), who respectfully file this limited opposition to the Motion to Establish Account and Reserve for Litigation Expenses filed by

Plaintiffs' Co-Liaison Counsel and member of the Plaintiffs' Steering Committee for the following reasons:

1.

The Terrebonne Parish entities all filed timely joinders into Pleading Bundle C.

2.

In the Motion to Establish Account and Reserve for Litigation Expenses, the PSC proposes that the defendants be required to deposit a reserve in an amount equal to 6% of the gross amount of any settlement, judgment or other payment by or on behalf of a Defendant arising out of the Macondo/*Deepwater Horizon* incident and spill into the court-supervised escrow account.[1]

3.

In the Motion the PSC states that it seeks reserve of only 4% of any settlement, judgment or other payment to the State of Alabama or the State of Louisiana.[2]

4.

The Terrebonne Parish entities hereby seek the same 4% reserve of any settlement, judgment or other payment to the Terrebonne Parish entities as afforded the State of Louisiana, as all are governmental entities entitled to the same treatment.

---

[1] See footnote 1 to the Motion
[2] See footnote 1 to the Motion.

WHEREFORE, Terrebonne Parish entities pray that this Opposition be deemed good and sufficient and after a hearing is held in this matter that Defendants be required to deposit a reserve of only 4% of any settlement, judgment, or other payment to the Terrebonne Parish entities.

        Respectfully submitted,

        **DUVAL, FUNDERBURK, SUNDBERY,**
            **LOVELL & WATKINS**

        BY:/s/ Stanwood R. Duval_____
          **C. BERWICK DUVAL, II (5109)**
          **STANWOOD R. DUVAL, (27732)**
          101 Wilson Avenue
          Post Office Box 3017
          Houma, Louisiana 70361
          Telephone: (985) 876-6410
          Fax: (985) 851-1490

### CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

        /s/ Stanwood R. Duval_____
          STANWOOD R. DUVAL