IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * | MDL NO. 2179 |
| | * | SECTION: J |
| This Document Relates to: | * * | |
| Red Willow Offshore, LLC   No. 72735 , 10-8888 | * * * | DISTRICT JUDGE BARBIER |
| Houston Energy & Development, LP   No. 72737, 10-8888 | * * | MAGISTRATE JUDGE SHUSHAN |

## ORDER

Considering the foregoing Motion to Enroll as Counsel of Record:

**IT IS ORDERED** that Daniel G. Rauh (La. Bar No. 27280) and Matthew F. Morgan (La. Bar. No. 32966), of Gieger, Laborde & Laperouse, LLC, 701 Poydras Street, Suite 4800, New Orleans, Louisiana, 70139, are hereby enrolled as counsel of record in this matter on behalf of plaintiffs/B1 claimants, Houston Energy & Development, LP and Red Willow Offshore, LLC.

New Orleans, Louisiana this 21st day of November, 2011.

_____
United States District Judge