UNITED STATES DISTRICT COURT
EASTER DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | * * * * | MDL 2179 SECTION "J" |
| THIS DOCUMENT RELATES TO: | * * | JUDGE BARBIER |
| C.A. No. 10-4169 IN THE MATTER OF NAUTICAL SOLUTIONS, LLC, AS OWNER OF THE M/V MR. SIDNEY, PETITIONING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | * * * * * * * * * | MAG. JUDGE SHUSHAN |

**FINAL JUDGMENT AND DECREE OF EXONERATION**

In accordance with the Court's Order and Reasons of October 12, 2011 (No. 10-md-2179, Rec. Doc. 4285), granting the Joint Motion of Emergency Responder Defendants to Dismiss Pursuant to Rules 12(b)(6) and 12(c) (No. 10-md-2179, Rec. Doc. 2707),

IT IS ORDERED, ADJUDGED, AND DECREED:

(1) That Nautical Solutions, LLC ("Limitation Petitioner") is not liable, as a matter of law, for the damages described in the Limitation Petitioner's Complaint for Exoneration from or Limitation of Liability;

(2) That Limitation Petitioner be and hereby is forever exonerated and discharged from all loss, damage, destruction, and injury arising from or growing out of the incident referenced in Limitation Petitioner's Complaint;

(3) That all Claims filed in Civil Action No. 10-4169 by any of the Claimants with respect to Limitation Petitioner's Complaint for Exoneration from or Limitation of Liability are hereby dismissed, with prejudice; and

(4) That costs are assigned to and shall be borne by the Claimants.

New Orleans, Louisiana, this 21st day of November, 2011.

_____
UNITED STATES DISTRICT JUDGE