UNITED STATES DISTRICT COURT
EASTER DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | * * * * | MDL 2179<br><br>SECTION "J" |
| THIS DOCUMENT RELATES TO: | * * | JUDGE BARBIER |
| C.A. No. 10-1986 | * * | MAG. JUDGE SHUSHAN |
| TERRY G. ROBIN, ET AL.<br>VERSUS<br>SEACOR MARINE, L.L.C., ET AL. | * * * * | |

**FINAL JUDGMENT**

Considering the Court's Order and Reasons of October 12, 2011, entered in MDL 2179 - *In re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010* (Rec. Doc. 4285 in C.A. 10-md-2179),

IT IS ORDERED, ADJUDGED, AND DECREED that there be judgment in favor of defendants, Seacor Marine, L.L.C., Seacor Marine, Inc., Seacor Marine International, Inc., Nautical Ventures, L.L.C., Island Ventures II, Gulf Offshore Logistics, L.L.C., M/V MONICA ANN, M/V JOE GRIFFIN, M/V MR. SIDNEY, M/V SEACOR WASHINGTON, M/V SEACOR VANGUARD, and M/V HILDA LAB, and against plaintiffs, Terry G. Robin, Carolyn Friere, Dorothy Molero, Janice Gonzales, Janet Estavez, Ricky Estavez, Anabelle Nunez, Dardinella Long, David Estavez, Karen Scott, Marie Campo, Larry Frilot, and B.M. Perry II, Ltd., individually and on behalf of the putative classes identified, dismissing said plaintiffs' claims with prejudice and at

plaintiffs' costs.

    New Orleans, Louisiana this 21st day of November, 2011.

                                        UNITED STATES DISTRICT JUDGE