UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL No. 2179 SECTION: J JUDGE BARBIER |
| Applies to: *All cases* and No. 10-2771 | § § § § | MAG. JUDGE SHUSHAN |

### HALLIBURTON ENERGY SERVICES, INC.'S *EX PARTE* MOTION TO JOIN IN AND ADOPT THE ARGUMENTS MADE IN THE WEATHERFORD ENTITIES' MEMORANDUM IN OPPOSITION TO THE PSC'S MOTION TO ESTABLISH ACCOUNT AND RESERVE FOR LITIGATION EXPENSES

**NOW INTO COURT**, comes Defendant Halliburton Energy Services, Inc. ("HESI") and respectfully files this *Ex Parte* Motion to Join and Adopt, as if copied herein *in extenso*, the arguments made in Weatherford U.S., L.P., and Weatherford International, Inc.'s Memorandum in Opposition to the PSC's Motion to Establish Account and Reserve for Litigation Expenses, (the "Weatherford Opposition) (Rec. Doc. 4660) because those arguments are equally applicable to HESI as a defendant in this litigation.

**WHEREFORE**, HESI prays that this Honorable Court permit it to join in and adopt the arguments made in the Weatherford Opposition and seek similar relief requested, specifically, that the Court deny the PSC's request for a reserve fund and that any request for an assessment obligation against Defendants be denied.

Respectfully Submitted,

**GODWIN RONQUILLO PC**

**By:** /s/ *Donald E. Godwin*
Donald E. Godwin
*Attorney-in-charge*
State Bar No. 08056500
DGodwin@GodwinRonquillo.com
Bruce W. Bowman, Jr.
State Bar No. 02752000
BBowman@GodwinRonquillo.com
Jenny L. Martinez
State Bar No. 24013109
JMartinez@GodwinRonquillo.com
Floyd R. Hartley, Jr.
State Bar No. 00798242
FHartley@GodwinRonquillo.com
Gavin E. Hill
State Bar No. 00796756
GHill@GodwinRonquillo.com
Renaissance Tower
1201 Elm, Suite 1700
Dallas, Texas 75270-2041
Telephone: (214) 939-4400
Facsimile: (214) 760-7332

and

R. Alan York
State Bar No. 22167500
AYork@GodwinRonquillo.com
Jerry C. von Sternberg
State Bar No. 20618150
JVonSternberg@GodwinRonquillo.com
Misty Hataway-Coné
State Bar No. 24032277
MCone@GodwinRonquillo.com
1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone: 713.595.8300
Facsimile: 713.425.7594

**ATTORNEYS FOR DEFENDANT HALLIBURTON ENERGY SERVICES, INC.**

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Halliburton Energy Services, Inc.,'s Motion to Join in and Adopt the Arguments Made in the Weatherford Entities' Memorandum In Opposition To The PSC's Motion to Establish Account and Reserve for Litigation Expenses has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedure established in MDL 2179, on this 21st day of November, 2011.

                                                /s/ Donald E. Godwin
                                                Donald E. Godwin