# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL No. 2179 <br> SECTION: J <br> JUDGE BARBIER |
| Applies to: <br> *All cases* <br> and No. 10-2771 | § § § § | MAG. JUDGE SHUSHAN |

## ORDER

Considering the *Ex Parte* Motion of Defendant Halliburton Energy Services, Inc. to join in and adopt the arguments made in the Weatherford entities' Memorandum in Opposition to the PSC's Motion to Establish Account and Reserve for Litigation Expense (Rec. Doc. No. 4660), the Court finds that the *Ex Parte* Motion to Join and Adopt has merit, and is supported by law, therefore, it is hereby GRANTED.

SO ORDERED.

This ___ day of _____ 2011.

_____
UNITED STATES DISTRICT JUDGE

1798347 v1-24010/0002 PLEADINGS