# UNITED STATES DISTRICT COURT
# EASTER DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | * * * * | MDL 2179<br><br>SECTION "J" |
| THIS DOCUMENT RELATES TO: | * * | JUDGE BARBIER |
| C.A. No. 10-4168<br>IN THE MATTER OF ISLAND VENTURES II, LLC, AS OWNER OF THE M/V JOE GRIFFIN, PETITIONING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | * * * * * * * * * * | MAG. JUDGE SHUSHAN |

## FINAL JUDGMENT AND DECREE OF EXONERATION

In accordance with the Court's Order and Reasons of October 12, 2011 (No. 10-md-2179, Rec. Doc. 4285), granting the Joint Motion of Emergency Responder Defendants to Dismiss Pursuant to Rules 12(b)(6) and 12(c) (No. 10-md-2179, Rec. Doc. 2707),

IT IS ORDERED, ADJUDGED, AND DECREED:

(1) That Island Ventures II, LLC ("Limitation Petitioner") is not liable, as a matter of law, for the damages described in the Limitation Petitioner's Complaint for Exoneration from or Limitation of Liability;

(2) That Limitation Petitioner be and hereby is forever exonerated and discharged from all loss, damage, destruction, and injury arising from or growing out of the incident referenced in Limitation Petitioner's Complaint;

(3)  That all Claims filed in Civil Action No. 10-4168 by any of the Claimants with respect to Limitation Petitioner's Complaint for Exoneration from or Limitation of Liability are hereby dismissed, with prejudice; and

(4)  That costs are assigned to and shall be borne by the Claimants.

New Orleans, Louisiana this 21st day of November, 2011.

_____
UNITED STATES DISTRICT JUDGE