## UNITED STATES DISTRICT COURT
## EASTER DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | * | MDL 2179 |
| "DEEPWATER HORIZON" in the GULF | * | |
| OF MEXICO on APRIL 20, 2010 | * | SECTION "J" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE BARBIER |
| | * | |
| C.A. No. 11-58 | * | MAG. JUDGE SHUSHAN |
| IN THE MATTER OF MONICA ANN, | * | |
| L.L.C., AS OWNER, AND JNB | * | |
| OPERATING, L.L.C. AND GULF | * | |
| OFFSHORE LOGISTICS, L.L.C., AS | * | |
| OPERATORS AND/OR OWNERS PRO | * | |
| HAC VICE, OF THE M/V MONICA ANN, | * | |
| PETITIONING FOR EXONERATION | * | |
| FROM OR LIMITATION OF LIABILITY | * | |
| | * | |

## FINAL JUDGMENT AND DECREE OF EXONERATION

In accordance with the Court's Order and Reasons of October 12, 2011 (No. 10-md-2179, Rec. Doc. 4285), granting the Joint Motion of Emergency Responder Defendants to Dismiss Pursuant to Rules 12(b)(6) and 12(c) (No. 10-md-2179, Rec. Doc. 2707),

IT IS ORDERED, ADJUDGED, AND DECREED:

(1) That Monica Ann, L.L.C., JNB Operating, L.L.C., and Gulf Offshore Logistics, L.L.C. (collectively, "Limitation Petitioners") are not liable, as a matter of law, for the damages described in the Limitation Petitioners' Complaint for Exoneration from or Limitation of Liability;

(2) That Limitation Petitioners be and hereby are forever exonerated and discharged from all loss, damage, destruction, and injury arising from or growing out of the

        incident referenced in Limitation Petitioners' Complaint;

(3)    That all Claims filed in Civil Action No. 11-58 by any of the Claimants with respect to Limitation Petitioners' Complaint for Exoneration from or Limitation of Liability are hereby dismissed, with prejudice; and

(4)    That costs are assigned to and shall be borne by the Claimants.

New Orleans, Louisiana this 21st day of November, 2011.

                                                UNITED STATES DISTRICT JUDGE