IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE" OIL SPILL by the OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, on April 20, 2010 | § § § § | MDL NO. 2179 SECTION J |
| THIS DOCUMENT RELATES TO: | § § § | JUDGE BARBIER |
| 2:11-cv-02526 | § | MAG. JUDGE SHUSHAN |

**PLAINTIFF'S AND INTERVENOR'S MOTION TO REMAND**

Pursuant to Pre-Trial Order # 5, Plaintiff, Nyoka Curtis, as Next Friend of Treavor Ray Curtis, a Minor, and Nancy Curtis, in Her Capacity as Personal Representative of the Estate of Stephen Ray Curtis and His Beneficiaries, and on Behalf of Treavor Ray Curtis, a Minor ("Curtis"), and Intervenor, Wyman W. Wheeler ("Wheeler"), are re-filing their Motion to Remand for consideration by this Court.  [MDL Doc. # 17].

On or about October 6, 2011, Curtis's and Wheeler's case was transferred to MDL 2179. Prior to the MDL transfer, however, Curtis and Wheeler filed their Motion to Remand in the Southern District of Texas Houston Division on July 7, 2011 [Doc. # 8, in Cause No. 4:11-cv-2231, *Curtis et al v. BP Exploration & Production Inc. et al.*]  The Court should remand this case for the following reasons:

- Curtis and Wheeler have not made any claims arising under the Outer Continental Shelf Lands Act ("OCSLA") or any other federal law that falls within the parameters of 28 U.S.C. § 1331.[1]

- Curtis's and Wheeler's claims are governed by the Jones Act and general maritime law and are, therefore, not removable.[2]

---

[1]  Curtis's First Amended Original Petition and Request for Disclosure as well as Wheeler's Original Petition in Intervention are respectively attached as Exhibit 1, pp. 3-4, and Exhibit 2, pp. 3-4 to Plaintiff's and Intervenor's Memorandum in Support of Motion to Remand filed contemporaneously herewith.

[2]  *See Romero v. Int'l Terminal Operating Co.*, 358 U.S. 354, 377–79 (1958) (discussing non-removability of "savings to suitors" claims on the grounds that, because maritime claims do not arise under the laws or Constitution of the United States they do not present federal questions).

- Even if the OCSLA applies (which it does not), Curtis's and Wheeler's maritime vessel-related tort claims arising on an OCSLA situs are not removable if one of the Defendants is a citizen of the forum state.[3]

- Even if OCSLA applies (which it does not), OCSLA exempts vessels such as the Deepwater Horizon from its parameters.[4]

Curtis and Wheeler respectfully request that the Court remand this case to the 129th Judicial District of Harris, County, Texas and for all other relief the Court deems appropriate.

                Respectfully submitted,

                **STEVENSON & MURRAY**

By:    /s/ John W. Stevenson, Jr.
       **JOHN W. STEVENSON, JR.**
       Attorney-In-Charge
       E-Mail: jstevenson@johnstevensonlaw.com
       Texas Bar No. 01159820
       Southern District of Texas No. 3992
       **JOHN C. SCHWAMBACH, JR.**
       E-Mail: jschwambach@johnstevensonlaw.com
       Texas Bar No. 19196050
       Southern District of Texas No. 22904
       Weslayan Tower, Suite 750
       24 Greenway Plaza
       Houston, Texas 77046-2416
       (713) 622-3223
       (713) 622-3224 (fax)

       Counsel for Plaintiff, Nyoka Curtis, as Next Friend of Treavor Ray Curtis, a Minor, *et al*.

---

[3] *See Morris v. TE Marine Corp.*, 344 F.3d 439, 444 (5th Cir. 2003).

[4] *Walsh v. Seagull Energy Corp.*, 836 F. Supp. 411, 418 (S.D. Tex. 1993) ("In sum, despite the potential and probably intended breadth of the application of federal law under OCSLA to oilfield operations on the shelf, in practice the courts have read *Rodrique* [*v. Aetna Cas. & Sur. Co.*, 395 U.S. 352, 363–69 (1969)] to almost strictly limit its operation as to personal injuries to accidents taking place on fixed platforms."); *Grand Isle Shipyard Inc. v. Seacor Marine, LLC*, 589 F.3d 778. 781 (5th Cir. 2009).

and
**HORTMAN HARLOW BASSI ROBINSON & McDANIEL, PLLC**

By: _/s/ Christopher B. McDaniel_
**CHRISTOPHER B. McDANIEL**
Mississippi Bar No. 10711
Texas Bar No. 24075440
E-Mail: cmcdaniel@hartmonharlow.com
**BRETT W. ROBINSON**
Mississippi Bar No. 10006
E-Mail: brobinson@hortmanharlow.com
414 West Oak Street
Laurel, Mississippi  39440-3947
Post Office Drawer 1409
Laurel, Mississippi  39441-1409
(601) 649-8611
(601) 649-6062 (fax)

Counsel for Intervenor, Wyman W. Wheeler

## **CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that the above and foregoing Plaintiff's and Intervenor's Motion to Remand has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ ECF System, which will send a notice of electronic filing in accordance with the procedure established in MDL 2179, on this 21st day of November, 2012.

                                                    _/s/ John C. Schwambach, Jr._
                                              **JOHN C. SCHWAMBACH, JR.**