

**STATE OF ALABAMA**
**OFFICE OF THE ATTORNEY GENERAL**

LUTHER STRANGE
ATTORNEY GENERAL

501 WASHINGTON AVENUE
P.O. BOX 300152
MONTGOMERY, AL 36130-0152
(334) 242-7300
WWW.AGO.STATE.AL.US

November 21, 2011

The Honorable Carl J. Barbier
United States Judge, Eastern District of Louisiana

**Via Email to Ben Allums, MDL Clerk**
 (cc to Liaison Counsel, Coordinating Counsel, and Counsel for the State of Louisiana)

    Re:    The PSC's Motion

Dear Judge Barbier:

Alabama supports the PSC's Motion to Establish Account and Reserve for Litigation Expenses. *See* Doc. 4507. Alabama's support for a hold back fund, and its application to the State of Alabama (if any), is case-specific and is based upon the State's decision to enter into a mutually beneficial Joint Prosecution Agreement with the MDL 2179 Plaintiffs' Steering Committee.

Respectfully,

LUTHER STRANGE
*Attorney General, State of Alabama*
*States' Coordinating Counsel, MDL 2179*