UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  OIL SPILL by the OIL RIG           *     MDL NO. 2179
        "DEEPWATER HORIZON" in            *
        the GULF OF MEXICO, on            *     SECTION J
        APRIL 20, 2010                    *
                                          *     JUDGE BARBIER
THIS DOCUMENT RELATES TO:                 *
                                          *     MAG. JUDGE SUSHAN
IN RE:  TRITON ASSET LEASING, GmbH       *
Case No. 2:10-cv-2771-CJB-SS,             *
        2:11-CV-00893 and 2:11-CV-00895   *
                                          *

* * * * * * * * * * * * * * * * * * * * * * * * * * *

### EXHIBIT "A" - JEFFERSON PARISH SERVICE DISTRICTS AND POLITICAL SUBDIVISIONS

1.   Ambulance Service District No. 1
2.   Ambulance Service District No. 2
3.   East Bank Consolidated Special Service Fire Protection District
4.   Fire Protection District No. 3
5.   Fire Protection District No. 4
6.   Fire Protection District No. 5
7.   Fire Protection District No. 6
8.   Fire Protection District No. 7
9.   Fire Protection District No. 8
10.  Fire Protection District No. 9
11.  Garbage District No. 1
12.  Jefferson Parish Hospital District No. 1, Parish of Jefferson, State of Louisiana, d/b/a West Jefferson Medical Center
13.  Jefferson Parish Hospital District No. 2, Parish of Jefferson, State of Louisiana, d/b/a East Jefferson Hospital
14.  Consolidated Jefferson Recreation and Community Center and Playground District
15.  Consolidated Recreation and Community Center and Playground District No. 2
16.  Subdistrict No. 1 of Consolidated Recreation and Community Center and Playground District No.2
17.  Community Center and Playground District No. 16
18.  East Jefferson Park and Community Center and Playground District
19.  West Jefferson Park and Community Center and Playground District
20.  Civic and Cultural Center District No. 1
21.  Metairie Economic Development District
22.  Consolidated Sewerage District No. 1

23. Lafitte Area Wide Sewerage Service Area Consolidated Drainage District No. 1
24. Consolidated Waterworks District No. 1
25. Road Lighting District No. 7
26. Consolidated Road Lighting District
27. Police Protection District No. 1
28. The City of Kenner and its political subdivisions, departments and service districts
29. Newell Norman, in his official capacity as Sheriff of the Parish of Jefferson and The Jefferson Parish Sheriff's Office
30. Consolidated Drainage District No. 2
31. Special Services Special District
32. Stonebridge Subdivision Special District
33. Plantation Estates Subdivision Special District
34. Jefferson Parish Hospital and Health Services District