**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | * | MDL NO. 2179 |
| "DEEPWATER HORIZON" | * | |
| in the GULF OF MEXICO, | * | SECTION: J |
| on APRIL 20, 2010 | * | |
| | * | JUDGE BARBIER MAGISTRATE |
| | * | |
| Related to: All Cases | * | JUDGE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM OF POSITION REGARDING MOTION TO ESTABLISH ACCOUNT AND RESERVE FOR LITIGATION EXPENSES OF LAFOURCHE PARISH ENTITIES**

Now into court, through undersigned counsel, come Plaintiffs, Lafourche Parish Government, North Lafourche Conservation, Levee, & Drainage District, Lafourche Parish Water District No. 1, and Lafourche Parish School Board (sometimes hereafter referred to as "the Lafourche Parish entities"), who respectfully file this Memorandum of Position Regarding the Motion to Establish Account and Reserve for Litigation Expenses filed by Plaintiffs' Co-Liaison Counsel and members of the Plaintiffs' Steering Committee.

-1-

The Lafourche Parish entities all filed timely joinders into Pleading Bundle C. In the Motion to Establish Account and Reserve for Litigation Expenses, the PSC proposes that the defendants be required to deposit a reserve in an amount equal to 6% of the gross amount of any settlement, judgment or other payment by or on behalf of a Defendant arising out of the Macondo/Deepwater Horizon incident and spill into the court-supervised escrow account.

In its Motion, the PSC states that it seeks reserve of only 4% of any settlement, judgment or other payment made to the State of Alabama or the State of Louisiana. In the event the Court establishes such a reserve, the Lafourche Parish entities hereby seek the same 4% reserve of any settlement, judgment or other payment to the Lafourche Parish entities as afforded the State of Louisiana (or the lowest reserve set for any governments). It is respectfully submitted that all government entities should be entitled to the same treatment.

In that regard, some local government entities have filed joinders in Pleading Bundle C without having retained counsel. Whether response has been made to the PSC's Motion or not by local governments, it is respectfully suggested all local governments should be treated the same for purposes of the PSC's Motion.

Dated: November 21, 2011         Respectfully submitted:

                        **BY:** /s/ Walter J. Leger, Jr.
                           WALTER J. LEGER, JR. (LA Bar. No.8278)
                           FRANKLIN G. SHAW (LA Bar No.1594)
                           CHRISTINE SEVIN (LA Bar No.32683)
                           **LEGER & SHAW**
                           600 Carondelet St., Ninth Floor
                           New Orleans, LA 70130
                           Phone: 504-588-9043

                           **ATTORNEYS FOR:**
                           **LAFOURCHE PARISH GOVERNMENT;**
                           **NORTH LAFOURCHE CONSERVATION,**
                           **LEVEE, AND DRAINAGE DISTRICT;**
                           **LAFOURCHE PARISH WATER DISTRICT NO.**
                           **1; AND**
                           **LAFOURCHE PARISH SCHOOL BOARD**

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2011, a copy of the above and foregoing pleading has been served upon all counsel of record in this matter by placing the same in the U.S. Mail, first class postage prepaid and properly addressed, by facsimile and/or by electronic mail using the CM/ECF.

                                          /s/ Walter J. Leger, Jr.
                                          Walter J. Leger, Jr.