UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179 |
| | CIVIL ACTION NO. 2:10-MD-02179 |
| | SECTION: J |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | JUDGE BARBIER MAG. JUDGE SHUSHAN |

*****************************************************************************

## REQUEST FOR ORAL ARGUMENT

NOW INTO COURT, through undersigned counsel, come Plaintiffs, who respectfully represents that considering the delicate nature of this issue, that oral argument will assist in the Court's resolution of the pending Motion to Establish Account and Reserve for Litigation Expenses (Rec. Doc. No. 4507) and the opposition filed by undersigned counsel (Rec. Doc. No. 4682).

Therefore, pursuant to Local Rule 78.1 E, Plaintiffs request oral argument on the Motion to Establish Account and Reserve for Litigation Expenses set for hearing before this Court.

                Respectfully submitted,

                BY:  /s/Daniel E. Bencel, Jr.
                Daniel E. Becnel, Jr. (2926)
                BECNEL LAW FIRM, LLC
                106 W. SEVENTH STREET
                P.O. DRAWER H
                Reserve, LA 70084
                (985) 536-1186

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of November, 2011, the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Don K. Haycraft, James P. Roy and Stephen J. Herman by operation of the Court's electronic filing system and to all counsel of record through the Lexis Nexis File & Serve.

/s/Daniel E. Becnel, Jr.