UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | CIVIL ACTION NO. 2:10-MDL-02179 SECTION "J" |
| This Document Relates to: 10-8888 | * * | JUDGE BARBIER |
| | * | MAGISTRATE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR CLAIMANTS

Now into Court, come counsel of record Martins I. Imudia, Martins I Imudia & Associates, Terrence J. Lestelle, Andrea S. Lestelle, Jeffery B. Struckhoff and Richard M. Morgain, Lestelle & Lestelle, A Professional Law Corporation, who hereby request that they be permitted to withdraw as counsel of record for the following clients in this action in accordance with LR 83.2.11:

| Name | Address | Document No | Telephone No |
|---|---|---|---|
| Forest E. Porter | 2216 Jena Street, New Orleans, LA 70115 | 52886 | (601) 600-9514 |
| Nerilien JeanBaptiste | 616 Commerce Street Gretna, LA 70056 | 52731 | (504) 335-7917 |
| Lamercie JeanBaptiste | 616 Commerce Street Gretna, LA 70056 | 69836 | (504) 579-3918 |
| Claudin Severe | 2144 Glouster Street Gretna, LA 70056 | 65295 | (504) 939-5134 |
| Jacques St. Louis | 2721 Rue Collette New Orleans | 65260 | (504) 331-3828 |
| Chatmon Lenox | 912 Fourth Street New Orleans, LA 70130 | 52777 | (504) 710-9216 |

Clients have received letters notifying them of deadlines and pending court appearances in the above-entitled action(s).

                                        Respectfully Submitted,

 s/ Martins I. Imudia_____
Martins I. Imudia-24809
Martins I. Imudia & Associates, APLC
3105 David Drive
Metairie, Louisiana  70003
Telephone:  (504) 885-0015
       and
Terrence J. Lestelle-8540
Andrea S. Lestelle-8539
Jeffrey B. Struckhoff-30173
Richard M. Morgain-32603
Lestelle & Lestelle, APLC
3421 N. Causeway Boulevard,
Suite 602
Metairie, Louisiana 70002
Telephone: 504-828-1224

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

     I hereby certify that on this  21st  day of   November  2011, a copy of the foregoing has been served upon client and counsel of record in this action by electronic service through the Court's CM/ECF.

 s/ Martins I. Imudia_____
Martins I. Imudia