**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | *  CIVIL ACTION<br>*  NO. 2:10-MDL-02179<br>*<br>*  SECTION "J" |
| This Document Relates to: 10-888 | *<br>*  JUDGE BARBIER<br>*<br>*  MAGISTRATE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion to Withdraw as Counsel of Record for

Claimant Forest E. Porter (52886);           Claimant Claudin Severe (65295);
Claimant Nerilien JeanBaptiste (52731);      Claimant Jacques St. Louis (65260); and
Claimant Lamercie JeanBaptiste (69836);      Claimant Chatmon Lenox (52777).

**IT IS ORDERED** that Martins I. Imudia, Martins I Imudia & Associates, Terrence J. Lestelle, Andrea S. Lestelle, Jeffery B. Struckhoff, and Richard M. Morgain, Lestelle & Lestelle, A Professional Law Corporation, are hereby withdrawn as counsel of record for

Claimant Forest E. Porter (52886);           Claimant Claudin Severe (65295);
Claimant Nerilien JeanBaptiste (52731);      Claimant Jacques St. Louis (65260); and
Claimant Lamercie JeanBaptiste (69836);      Claimant Chatmon Lenox (52777).

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
**U.S. DISTRICT COURT JUDGE**