UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

# ORDER

### [Regarding Schedule for Limited Discovery of BP re: Corexit]

| | |
|---|---|
| BP to begin rolling production of documents responsive to document requests previously served in MDL 2179 regarding Corexit[1] | December 19, 2011 |
| PSC to serve and take 30(b)(6) Depositions of BP re: Corexit (and counsel for *James Herbert v. BP PLC, et al.*, Cause No. 2010-38791, 333rd Judicial District, Texas, to be permitted to attend and ask additional questions) | 30 days after completion of rolling production by BP |

New Orleans, Louisiana, this 22nd day of November, 2011.

SALLY SHUSHAN
**United States Magistrate Judge**

---

[1] Includes the following RFPs: PSC 382, PSC 385, PSC 387, Anadarko 35-37, APC Intl. 32-33, PSC 23.