UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | *  CIVIL ACTION<br>*  NO. 2:10-MDL-02179<br>*<br>*  SECTION "J" |
| This Document Relates to: 10-8888 | * |
| | *  JUDGE BARBIER<br>*<br>*  MAGISTRATE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion to Withdraw as Counsel of Record for

Claimant Forest E. Porter (52886);  Claimant Claudin Severe (65295);
Claimant Nerilien JeanBaptiste (52731);  Claimant Jacques St. Louis (65260); and
Claimant Lamercie JeanBaptiste (69836);  Claimant Chatmon Lenox (52777).

**IT IS ORDERED** that Martins I. Imudia, Martins I Imudia & Associates, Terrence J. Lestelle, Andrea S. Lestelle, Jeffery B. Struckhoff, and Richard M. Morgain, Lestelle & Lestelle, A Professional Law Corporation, are hereby withdrawn as counsel of record for

Claimant Forest E. Porter (52886);  Claimant Claudin Severe (65295);
Claimant Nerilien JeanBaptiste (52731);  Claimant Jacques St. Louis (65260); and
Claimant Lamercie JeanBaptiste (69836);  Claimant Chatmon Lenox (52777).

New Orleans, Louisiana, this __22nd__ day of __November__, 2011.

_____
United States District Judge