UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG     "DEEPWATER HORIZON" in the     GULF OF MEXICO, on     APRIL 20, 2010 | : : : : : | MDL NO. 2179<br><br>SECTION:  J<br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
| **THIS DOCUMENT RELATES TO** 10-2771 and 10-4536, *United States v. BP Exploration and Production Inc., et al.* | : : : | JURY TRIAL DEMANDED |

. .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .

### CAMERON INTERNATIONAL CORPORATION'S MOTION FOR LEAVE TO FILE BRIEF IN SUPPORT OF TRANSOCEAN 'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON BP'S INDEMNITY OBLIGATIONS

Cameron International Corporation ("Cameron") requests leave to file the attached brief in support of the motion for summary judgment filed by Transocean with respect to its indemnity rights against BP under the party's Drilling Contract (Doc. 4477). As explained in Cameron's motion for summary judgment with respect to its own indemnity rights against Transocean (Doc. 4524), Cameron has a substantial stake in the resolution of the legal issues raised by the Transocean motion. The attached brief conforms to the requirements specified in this Court's Order concerning briefing of the legal issues raised by the Transocean motion (Doc. 4618).

Cameron therefore respectfully requests entry of an Order granting it leave to file the attached brief.

- 1 -

1076624v.1

Respectfully submitted,

David J. Beck, T.A.
dbeck@brsfirm.com
Joe W. Redden, Jr.
jredden@brsfirm.com
David W. Jones
djones@brsfirm.com
Geoffrey Gannaway
ggannaway@brsfirm.com
BECK, REDDEN & SECREST, L.L.P.
One Houston Center
1221 McKinney, Suite 4500
Houston, TX 77010-2010
713-951-3700
713-951-3720 (fax)

and

/s/ Phillip A. Wittmann

Phillip A. Wittmann, 13625
pwittmann@stonepigman.com
Carmelite M. Bertaut, 3054
cbertaut@stonepigman.com
Keith B. Hall, 24444
khall@stonepigman.com
Jared Davidson, 32419
jdavidson@stonepigman.com
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
504-581-3200
504-581-3361 (fax)

**ATTORNEYS FOR CROSS-DEFENDANT COUNTER-PLAINTIFF CAMERON INTERNATIONAL CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Cameron International Corporation's Motion for Leave to File Brief in Support of Transocean's Motion for Partial Summary Judgment on BP's Indemnity Obligations has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 22nd day of November, 2011.

                                            */s/ Phillip A. Wittmann*
                                            Phillip A. Wittmann

1076624v.1