UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : : | MDL NO. 2179<br><br>SECTION:  J<br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
| **THIS DOCUMENT RELATES TO** 10-2771 and 10-4536, *United States v. BP Exploration and Production Inc., et al.* | : : : | JURY TRIAL DEMANDED |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

## ORDER

Considering the foregoing Motion of Cameron International Corporation for Leave to File Brief in Support of Transocean's Motion for Partial Summary Judgment on BP's Indemnity Obligations;

**IT IS ORDERED** that the Motion be and the same hereby is **GRANTED.** Defendant, Cameron International Corporation is hereby granted leave to file its Brief in Support of Transocean's Motion for Partial Summary Judgment on BP's Indemnity Obligations.

New Orleans, Louisiana, this _____ day of November, 2011.

_____
UNITED STATES DISTRICT JUDGE