UNITED STATES DISTRICT COURT
EASTER DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | * * * * | MDL 2179 SECTION "J" |
| THIS DOCUMENT RELATES TO: | * * | JUDGE BARBIER |
| C.A. No. 10-3896 IN THE MATTER OF SEACOR HOLDINGS, INC., SEACOR OFFSHORE LLC and SEACOR MARINE LLC, AS BENEFICIAL OWNER, REGISTERED OWNER AND MANAGING OWNER OF THE M/V SEACOR VANGUARD, PETITIONING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | * * * * * * * * * * | MAG. JUDGE SHUSHAN |

## FINAL JUDGMENT AND DECREE OF EXONERATION

In accordance with the Court's Order and Reasons of October 12, 2011 (No. 10-md-2179, Rec. Doc. 4285), granting the Joint Motion of Emergency Responder Defendants to Dismiss Pursuant to Rules 12(b)(6) and 12(c) (No. 10-md-2179, Rec. Doc. 2707),

IT IS ORDERED, ADJUDGED, AND DECREED:

(1) Except as to the claim of DuWayne Mason [Rec. Doc. 1941, C.A. 10-md-2179], that Seacor Holdings, Inc., Seacor Offshore LLC and Seacor Marine LLC, (collectively, "Limitation Petitioners") are not liable, as a matter of law, for the damages described in the Limitation Petitioners' Complaint for Exoneration from or Limitation of Liability;

(2) That Limitation Petitioners be and hereby are forever exonerated and discharged from all loss, damage, destruction, and injury arising from or growing out of the incident referenced in Limitation Petitioners' Complaint, except as to the claim of DuWayne Mason;

(3) That all Claims, other than that of DuWayne Mason, filed in Civil Action No. 10-3896 by any of the Claimants with respect to Limitation Petitioners' Complaint for Exoneration from or Limitation of Liability are hereby dismissed, with prejudice;

(4) That the claim of DuWayne Mason is based on theory of fault that is separate and distinct from those asserted by all other Claimants subject to the Court's October 12, 2011 Order and Reasons, and, therefore, that pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, there is no just reason for delay in the entry of final judgment as to all claims except that of DuWayne Mason; and

(5) That costs are assigned to and shall be borne by the Claimants whose claims are herein dismissed.

New Orleans, Louisiana this 22nd day of November, 2011.

_____
**UNITED STATES DISTRICT JUDGE**