UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG        *    MDL NO. 2179
"DEEPWATER HORIZON" in the GULF        *
OF MEXICO, on APRIL 20, 2010           *
                                       *    SECTION J
    Relates to:  *All Cases*           *
                                       *    JUDGE BARBIER
    (Including No. 10-2771)            *
                                       *    MAG. JUDGE SHUSHAN
***************************************  *


MOTION FOR LEAVE TO FILE REPLY BRIEF
IN FURTHER SUPPORT OF THE PSC's MOTION TO
ESTABLISH ACCOUNT AND RESERVE FOR LITIGATION EXPENSES


NOW INTO COURT, through Plaintiffs' Liaison Counsel, comes the Plaintiffs' Steering

Committee, on behalf of all Common Benefit Attorneys, and respectfully prays for leave to file a

Reply Brief in further support of the PSC's Motion to Establish Account and Reserve for

Litigation Expenses.


It appears from the Oppositions and other Responses to the motion that there may be

some confusion surrounding the proposed Order [Doc 4507-2], as submitted to the Court.


Plaintiffs' proposed Reply Brief is concise, narrowly tailored, and will likely be helpful

to the parties and to the Court.


934310.1                              -1-

-2-

**WHEREFORE** the undersigned respectfully pray for leave to file a Reply Brief in further support of the PSC's Motion to Establish Account and Reserve for Litigation Expenses.

This 22<u>nd</u> day of <u>November, 2011</u>.

Respectfully submitted,

<table>
<tr><td>_____/s/ Stephen J. Herman_____<br>**Stephen J. Herman**, La. Bar No. 23129<br>**HERMAN HERMAN KATZ & COTLAR LLP**<br>820 O'Keefe Avenue<br>New Orleans, Louisiana 70113<br>Telephone: (504) 581-4892<br>Fax No. (504) 569-6024<br>E-Mail: sherman@hhkc.com<br>*Plaintiffs' Liaison Counsel*</td><td>_____/s/ James Parkerson Roy_____<br>**James Parkerson Roy**, La. Bar No. 11511<br>**DOMENGEAUX WRIGHT ROY & EDWARDS LLC**<br>556 Jefferson Street, Suite 500<br>Lafayette, Louisiana 70501<br>Telephone: (337) 233-3033<br>Fax No. (337) 233-2796<br>E-Mail: jimr@wrightroy.com<br>*Plaintiffs' Liaison Counsel*</td></tr>
</table>

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that the above and foregoing Motion will be filed into the record *via* the Court's ECF electronic filing system and will be served on all counsel *via* Lexis-Nexis File & Serve, pursuant to PRE-TRIAL ORDER NO. 12, this 22<u>nd</u> day of <u>November, 2011</u>.

/s/ Stephen J. Herman and James Parkerson Roy