UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

**ORDER**

**[Regarding Laser Scan Protocol for the Damaged Riser]**

Considering the attached Laser Scan Proposal for the damaged riser, which has been reviewed and approved by the vendor, and by the Department of Justice,

IT IS ORDERED that the attached Laser Scan Proposal dated November 1, 2011, is approved and is adopted as the protocol for the laser scan.

New Orleans, Louisiana, this 22nd day of November, 2011.

                                                    SALLY SHUSHAN
                                                    **United States Magistrate Judge**