



# PROPOSAL

# BP

**PROVISION OF 3D LASER SCANNING SERVICES FOR THE DAMAGED RISER STORED AT THE NASA FACILITY IN MICHOUD, LOUISIANA**

| REVISION | DATE | COMMENT | FOR | REVIEWED |
|----------|------|---------|-----|----------|
| 0 | 11/01/2011 | Proposal | David E. Grassmick | Kyle McNeil |

| Author | Shan Pehlman |
|--------|--------------|
| Approved | Steve Anderson |

Project Quote No:     11218P Rev 0



# TABLE OF CONTENTS

**1.0   INTRODUCTION** _____ 2

**2.0   PROJECT SYNOPSIS** _____ 4

2.1.   SCHEDULE _____ 6

**3.0   Blank** _____ 7

**4.0   EQUIPMENT LIST** _____ 8

**5.0   CLARIFICATIONS** _____ 9

## 1.0   INTRODUCTION

This proposal is in response to a Request for Proposal (RFP) issued by Kirkland & Ellis LLP

requesting provision of 3D Laser Scanning to be provided at the NASA facility in Michaud,



**Valued Quality. Delivered.**

Louisiana.  This proposal has been based on preliminary information provided by David E.
Grassmick.

**Hi-Cad respectfully requests that this proposal be kept confidential.**

**Client provided information:**

On the award of contract please provide details for the information requested below:

- Site contact name and cell number.
- Safety Training Location/ Time / duration.
- Please confirm site address.
- Please provide dxf / dwg /dgn of laser scan area for navigation purposes within the LFM Software. If Hi-Cad does not receive a drawing prior to processing the data Hi-Cad will not delay the delivery of the data due to non- receipt.

Please email the above information to: Shan.Pehlman@intertek.com



**Valued Quality. Delivered.**

## 2.0   PROJECT SYNOPSIS

**Project Name: Damaged Riser Project**

The project involves the as-built data collection of the Damaged Riser in the NASA  Lay down Yard.  Any alterations to the field work quoted herein can be reflected on a Change Order. Before Hi-Cad performs the laser scan, BP will arrange to have the Damaged Cleaned and the protective sealant removed.  Once Hi-Cad completes the laser scan, BP will arrange to have protective coating reapplied to the Damaged Riser.

For the laser scan, Hi-Cad will establish a local coordinate system and rotate the Damaged Riser Orthogonal for Possible modeling and demonstration purposes. Hi-Cad will need a four foot clearance around the Riser in order to perform a complete scan. Hi-Cad will scan the large damaged riser segment, as well as individual metallic parts that have been cut from the riser including the kinked portion, several large metallic portions, the spool portion, as well as several smaller metal portions.



**Valued Quality. Delivered.**



## Deliverables:

- Hi Cad will document and provide a Laser scan dataset of the Riser surface as requested. Hi-Cad will capture all deformation possible.
- Hi-Cad will provide surface deformation charts compared to any provided design drawings.
- Hi-Cad will provide the laser scan dataset for integration within the LFM Viewer Lite application. All dimensioning and diameters will be extractable form the Viewer Lite application. **Hi-Cad will provide generic PTX files for review in other scan cloud software packages.**



**Valued Quality. Delivered.**

## *2.1.    SCHEDULE*

Field 3D Laser Scanning (Primary Scope)                1 day

<u>Breakdown by Area</u>



**Valued Quality. Delivered.**

| Area | Grade Access | Stair Access | Lift Access | Ladder/Scaf Rope Access | Total Scans | No. of Days |
|------|------|------|------|------|------|------|
| | | | | | 0 | 0.0 |
| Damaged Riser | 20 | | | | 20 | 0.8 |
| | | | | | 0 | 0.0 |
| | | | | | 0 | 0.0 |
| | | | | | 0 | 0.0 |
| | | | | | 0 | 0.0 |
| | | | | | 0 | 0.0 |
| | | | | | 0 | 0.0 |
| | | | | | 0 | 0.0 |
| | | | | | 0 | 0.0 |
| | | | | | 0 | 0.0 |
| | | | | | 0 | 0.0 |
| | | | | | 0 | 0.0 |
| | | | | | 0 | 0.0 |
| | | | | | 0 | 0.0 |
| | | | | | 0 | 0.0 |
| | | | | | 0 | 0.0 |
| Grand Total | | | | | 20 | 0.8 |

Notes:

Grade Access – Scans performed from grade (ground) elevations that require no additional requirements other than moving the scanner from location to location.  Average Grade Access scans are 40 per day – this includes only scans done at grade elevation.

Stair Access – Scans performed from grade (ground) elevations that require no additional requirements other than moving the scanner from location to location.  Average Stair Access scans are 25 per day – this includes only scans done from stair accessible locations.

Lift Access – Scans done from a mechanical lift (scissor lift) which do not require physically hoisting or lowering of the scan equipment.  Average Lift Access scans are 15 per day – this includes only scans done from a mechanical lift.

Ladder / Scaffold / Rope Access – Scans done from platforms which require lifting the scan equipment physically with a rope.  Average Ladder / Scaffold / Rope Access scans are 10 per day – this includes only scans done from locations which can only be scanned via physically hoisting the scanner with a rope.

Post Processing of Data                                         5 days

## 3.0   [purposely blank]



## 4.0   EQUIPMENT LIST

**Laser Scanning Team**

- 3D Laser Scanner and tripod
- Total station
- Laptop computer



- Tripod
- Accessories
- Datum markers
- Small Hand Tools
- Safety PPE (Personnel Protective Equipment) conforming to all OSHA standards includes:
  - Hard Hat
  - Safety Glasses
  - Goggles
  - H2S Monitor
  - Steel Toed Work Boots
  - FRC (Fire Retardant Clothing) – Coveralls
  - Hearing Protection (Foam Ear Plugs)
  - Workman's Gloves (Leather)

**Equipment Description, Carrier Box dimensions and weights**

- Laser Scanner – 22"L x 12" W x 30" H – 50 lbs. (hand-carry)
- Laser Scanner Accessories Box-22"L x 12" W x 30" H- 35Lbs.
- Scanner Tripod – 12"L x 13"W x 49"H – 70 lbs
- Scanner Job-Box – 45"L x 17"W x 32"H – 70 lbs
- Total Station – 18"L x 15"W x 11"H – 30 lbs (hand-carry)
- Tripod – 43"L x 8" diameter volume  - 15 lbs
- Accessories including Datum markers, targets, glue, hammer, punch – hand carry
- Laptop computer – hand carry

## 5.0   CLARIFICATIONS

- This is a Laser Scanning service proposal; this proposal does not include software.
- All Survey Equipment (Total Station, Prisms, Laptop, etc) provided by Hi-Cad.
- Client will provide the equipment (scissor lift) and properly trained operator required to elevate the scanner when necessary.



**Valued Quality. Delivered.**

- Client will provide a qualified person to direct the Hi-Cad scan crew for the location of each scan for the duration of the field data collection.

- Any Respiratory equipment required to be worn by Hi-Cad personnel will be provided by Client.

- Expenses based on a minimum of one week notice and continuous work schedule from start of mobilization (working through the weekends).

- Hi-Cad will be required to utilize the plant coordinate system; Client will provide a minimum of 3 verified survey monuments for plant grid alignment within reasonable proximity (100' maximum) of the area to be scanned.

- **<u>The data will be provided in electronic PDF format.</u>**

    Post Processing of data to include-

    - Control survey calculation and reduction
    - Individual scan registration against control survey network
    - Construction of scan database for direct import into client CAD system
    - Compilation of data books, pictures and field notes

1.

