**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig** | * | **MDL NO. 2179** |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico, on April 20, 2010** | * | **SECTION: J** |
| | * | |
| **Applies to: 2:11-cv-02451** | * | **JUDGE BARBIER** |
| | * | |
| | * | **MAGISTRATE SHUSHAN** |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

<u>**NOTICE OF DISMISSAL**</u>

Pursuant to Federal Rule of Civil Procedure 41(a) and Pretrial Order Number 42 in 10-md-2179, plaintiff provides this Notice of Dismissal of Case No. 2:11-cv-02451, previously consolidated within Case No. 10-md-2179. The dismissal is without prejudice, with each party to bear its own costs, and does not pertain to any other lawsuits plaintiff may have pending before this Court.

Respectfully submitted,


/s/ Paul M. Sterbcow
PAUL M. STERBCOW (#17817)
IAN F. TAYLOR (#33408)
Lewis, Kullman, Sterbcow & Abramson
601 Poydras Street, Suite 2615
New Orleans, LA 70130
(504) 588-1500          Telephone
(504) 588-1514          Facsimile
sterbcow@lksalaw.com
itaylor@lksalaw.com

## CERTIFICATE OF SERVICE

I do hereby certify that on this 23rd day of November, 2011, I have electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all parties to this proceeding.

/s/ Paul M. Sterbcow
Paul M. Sterbcow