UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : : | MDL NO. 2179<br><br>SECTION:  J<br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
| **THIS DOCUMENT RELATES TO** 10-2771 and 10-4536, *United States v. BP Exploration and Production Inc., et al.* | : : : | JURY TRIAL DEMANDED |

. . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .

## ORDER

Considering the foregoing Motion of Cameron International Corporation for Leave to File Brief in Support of Transocean's Motion for Partial Summary Judgment on BP's Indemnity Obligations;

**IT IS ORDERED** that the Motion be and the same hereby is **GRANTED.** Defendant, Cameron International Corporation is hereby granted leave to file its Brief in Support of Transocean's Motion for Partial Summary Judgment on BP's Indemnity Obligations.

New Orleans, Louisiana this 23rd day of November, 2011.

_____
United States District Judge

- 1 -

1076657v.1