UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | : | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the | : | |
| GULF OF MEXICO, on | : | SECTION:  J |
| APRIL 20, 2010 | : | JUDGE BARBIER |
| | : | MAG. JUDGE SHUSHAN |
| **THIS APPLIES TO ALL CASES AND** | : | |
| **10-2771** | : | JURY TRIAL DEMANDED |
| | : | |

. .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .  . .

## CAMERON INTERNATIONAL CORPORATION'S
## FIRST AMENDED PHASE ONE "GOOD FAITH" TRIAL EXHIBIT LIST

Pursuant to the Court's Order regarding the Working Group Conference on Friday, November 18, 2011 (R.Doc. 4690), Cameron International Corporation ("Cameron") respectfully submits the attached First Amended Phase One "Good Faith" Trial Exhibit List in order to correct typographical errors and expand descriptions of previously identified exhibits. Cameron hereby designates all exhibits included on the attached list marked as Exhibit A.  As depositions and discovery are ongoing, and as permitted by the September 2, 2011 Order (R.Doc. 3916), Cameron respectfully reserves the right to supplemental its list with such additional relevant documents as it may deem appropriate given such deposition and discovery.  Cameron further reserves the right to seek to designate or use at trial any exhibits it deems appropriate that is listed or designated by any other party.

DATE:  November 23, 2011

1

1076714v.1

Respectfully submitted,

| | |
|---|---|
| David J. Beck, T.A.<br>    dbeck@brsfirm.com<br>Joe W. Redden, Jr.<br>    jredden@brsfirm.com<br>David W. Jones<br>    djones@brsfirm.com<br>Geoffrey Gannaway<br>    ggannaway@brsfirm.com<br><br>BECK, REDDEN & SECREST, L.L.P.<br>One Houston Center<br>1221 McKinney, Suite 4500<br>Houston, TX  77010-2010<br>713-951-3700<br>713-951-3720 (fax) | */s/ Phillip A. Wittmann*_____<br>Phillip A. Wittmann, 13625<br>    pwittman@stonepigman.com<br>Carmelite M. Bertaut, 3054<br>    cbertaut@stonepigman.com<br>Keith B. Hall, 24444<br>    khall@stonepigman.com<br>Jared A. Davidson, 32419<br>    jdavidson@stonepigman.com<br><br>STONE PIGMAN WALTHER WITTMANN L.L.C.<br>546 Carondelet Street<br>New Orleans, Louisiana  70130<br>504-581-3200<br>504-581-3361 (fax)<br><br>**ATTORNEYS FOR CAMERON INTERNATIONAL CORPORATION** |

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Cameron International Corporation's First Amended Phase One "Good Faith" Trial Exhibit List has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 23rd day of November, 2011.

          */s/ Phillip A. Wittmann*_____
          Phillip A. Wittmann

1076714v.1