**MEMORANDUM OF POSITION REGARDING MOTION TO ESTABLISH ACCOUNT AND RESERVE FOR LITIGATION EXPENSES OF CITY OF COVINGTON, LOUISIANA**