UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * | MDL NO. 2179 |
| | * | SECTION J |
| Relates to: *All Cases.* | * * | JUDGE BARBIER |
| (Including No. 10-2771) | * * | MAG. JUDGE SHUSHAN |

## ORDER

**CONSIDERING** the Motion for Leave to File:

**IT IS ORDERED** that the Plaintiff Steering Committee be and is hereby granted leave to file its Reply Brief in further support of the PSC's Motion to Establish Account and Reserve for Litigation Expenses.

**SIGNED** at New Orleans, Louisiana this 23rd day of November, 2011.

_____
United States District Judge