# Mince Loretta

**From:** Roslyn Bazile [rbazile@csi-tech.net]
**Sent:** Thursday, October 13, 2011 2:24 PM
**To:** Mince Loretta
**Subject:** Mike Viator's Time

Lori,

I have reviewed our time and billing records through October 9, 2011 for work CSI is performing for BP in connection with the Macondo blowout. Those records show the following time entries for Mike Viator:

| Date  | Description | Hours |
|-------|-------------|-------|
| 9/19  | Lit Review  | 4     |
| 9/20  | Lit Review  | 4     |
| 9/21  | Lit Review  | 4     |
| 9/22  | Lit Review  | 7     |
| 9/23  | Lit Review  | 8     |
| 9/26  | Lit Review  | 6     |
| 9/27  | Lit Review  | 6     |
| 9/29  | Lit Review  | 4     |
| 9/30  | Lit Review  | 5     |
| 10/3  | Lit Review  | 1     |
| 10/4  | Lit Review  | 2     |
|       | Total       | 51    |

Thank you,

**Roslyn Bazile, Controller**
*CSI Technologies, LLC*
**2202 Oil Center Court**
**Houston, TX  77073**
**(281)784-7990 ext 73505**
**(281)784-7921 direct**
**(281)784-7994 fax**
rbazile@csi-tech.net

This email and any files transmitted with it are privileged, confidential and intended solely for the use of the individual or entity to whom it is addressed. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, please be advised that you have received this email in error and that any use, dissemination, forwarding, printing, or copying of this email and any file attachments is strictly prohibited. If you have received this email in error, please immediately notify us by telephone at 281-784-7990 or by reply email to the sender. Please delete this email and its attachments from your system and do not retain any copies.

The contents of this message are provided for informational purposes only. Wild Well Control, Inc. does not guarantee the accuracy or completeness of the contents and assumes no liability whatsoever for loss or damage arising out of recipient's reliance on or use of the information provided herein. This message contains confidential information and is intended solely for the named recipient(s). If you are not the intended recipient, please immediately contact the sender by return e-mail and destroy all copies of the original message. Thank you.


EXHIBIT A

10/13/2011