UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG  * | MDL NO. 2179 |
| "DEEPWATER HORIZON" * | |
| in the GULF OF MEXICO, * | SECTION: J |
| on APRIL 20, 2010 * | |
| * | JUDGE BARBIER MAGISTRATE |
| Related to: All Cases * | |
| * | |
| * | JUDGE SHUSHAN |

**************************************

## MEMORANDUM OF POSITION REGARDING MOTION TO ESTABLISH ACCOUNT AND RESERVE FOR LITIGATION EXPENSES OF CITY OF COVINGTON, LOUISIANA

Now into court, through undersigned counsel, comes Plaintiff, City of Covington, Louisiana, who respectfully files this Memorandum of Position Regarding the Motion to Establish Account and Reserve for Litigation Expenses filed by Plaintiffs' Co-Liaison Counsel and members of Plaintiffs' Steering Committee.

The City of Covington, Louisiana filed timely a joinder into Pleading Bundle C. In the Motion to Establish Account and Reserve for Litigation Expenses, the PSC proposes that the defendants be required to deposit a reserve in an amount equal to 6% of the gross amount of any settlement, judgment or other payment by or on behalf of a Defendant arising out of the Macondo/Deepwater Horizon incident and spill into the court-supervised escrow account.

-1-

In its Motion, the Common Benefits Fees states that it seeks reserve of only 4% of any settlement, judgment or other payment made to the state of Alabama or the state of Louisiana. In the event the Court establishes such a reserve, City of Covington, Louisiana hereby seeks the same 4% reserve of any settlement, judgment or other payment to City of Covington, Louisiana as afforded the state of Louisiana (or the lowest reserve set for any governments). It is resentfully submitted that all government entities should be entitled to the same treatment.

In that regard, some local government entities have filed joinders in Pleading Bundle C without having retained counsel. Whether response has been made to the PSC's Motion or not by local governments, it is respectfully suggested all local governments should be treated the same for purposes of the PSC's Motion.

Dated: November 23, 2011               Respectfully submitted:

**THORNHILL LAW FIRM, L.C.**

s/Tom W. Thornhill (LSBA #12776)
1308 Ninth Street
Slidell, LA 70458
Telephone:  (958) 641-5010
Facsimile:  (985) 641-5011
*Attorney for Plaintiff*

-2-

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 23rd day of November, 2011.

                                                                                           _____/s/Tom W. Thornhill, 12776_____
                                                                                              TOM W. THORNHILL