# Exhibit A
# (Provided Under Seal)