IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179 SECTION J |
| This document relates to: | * * | Honorable CARL J. BARBIER |
| *All cases* | * * | Magistrate Judge SHUSHAN |

**BP DEFENDANTS' EX PARTE MOTION FOR LEAVE TO FILE UNDER SEAL BP'S OPPOSITION TO HALLIBURTON ENERGY SERVICES, INC.'S MOTION TO DISQUALIFY MICHAEL VIATOR, FRED SABINS, AND CSI TECHNOLOGIES, INC. AND TO STRIKE EXPERT OPINIONS AND <u>CERTAIN EXHIBITS ATTACHED THERETO</u>**

**PLEASE TAKE NOTICE** that the undersigned parties will and hereby do respectfully request leave to file under seal BP's Opposition To Halliburton Energy Services, Inc.'s Motion to Disqualify Mr. Michael Viator, Mr. Fred Sabins, and CSI Technologies, Inc. and to Strike Expert Opinions and certain exhibits attached thereto.

This motion is based upon this Motion, the Notice of Submission, the supporting Memorandum of Points and Authorities, all pleadings and papers filed in this action, and such other arguments and evidence as may properly come before the Court.

Date: November 23, 2011               Respectfully submitted,

/s/ Don K. Haycraft
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

and

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Robert C. "Mike" Brock
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone: (202) 662-5985

***Attorneys for BP Exploration & Production Inc. and BP America Production Company***

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 23th day of November, 2011.

/s/ Don K. Haycraft
Don K. Haycraft