UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: OILSPILL by the Oil rig        * | MDL NO. 2179 |
| "Deepwater Horizon: in the        * | |
| Gulf of Mexico, on April 20, 2010"   * | |
| * | |
| IN RE: TRITON ASSET LEASING   * | |
| GmbH, et al         * | SECTION "J" |
| * | |
| * | JUDGE BARBIER |
| This Document relates to Pleading Bundle C,   * | |
| * | MAG. JUDGE SHUSHAN |
| 2:11:CV-00348         * | |

**************************************************************************

### PLAQUEMINES PARISH SCHOOL BOARD'S MOTION
### FOR LEAVE TO FILE MEMORANDUM IN OPPOSITION
### TO PSC'S REQUEST FOR COURT SUPERVISED ACCOUNT
### AND RESERVE FOR COMMON BENEFIT LITIGATION EXPENSES

.

Now into Court comes Louisiana *ex rel*. Plaquemines Parish School Board ("PPSB"), plaintiff in civil action no. 2:11-CV-00348, who moves for leave to file its Memorandum in Opposition to PSC's Request for Court Supervised Account and Reserve for Common Benefit Litigation Expenses.

/s/ Robert E. Arceneaux  
ROBERT E. ARCENEAUX, (No. 1199)  
Robert E. Arceneaux, LLC  
47 Beverly Garden Drive  
Metairie, LA 70001  
Telephone: 504.833.7533  
Facsimile: 504.833.7612  
Email: rea7001@cox.net  

MARGARET E. WOODWARD (No. 13677)  
3701 Canal Street, Suite C  
New Orleans, Louisiana 70119  
Telephone: 504.301.4333  
Facsimile: 504.301.4365  
Email: mewno@aol.com  

Attorneys for Plaquemines Parish School Board

## CERTIFICATE OF SERVICE

    I hereby certify that the above the above and foregoing Motion has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 25th day of Nov, 2011.

/s/ Robert E. Arceneaux,
