UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: OIL SPILL by the Oil rig | * | MDL NO. 2179 |
|    "Deepwater Horizon: in the | * | |
|    Gulf of Mexico, on April 20, 2010" | * | |
| | * | |
| **IN RE: TRITON ASSET LEASING** | * | |
|  GmbH, et al | * | SECTION "J" |
| | * | |
| | * | JUDGE BARBIER |
| This Document relates to Pleading Bundle C, | * | |
| | * | MAG. JUDGE SHUSHAN |
|    2:11:CV-00348 | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

.
   Upon the foregoing motion, Plaquemines Parish School Board is given leave to file its Memorandum in Opposition to PSC's Request for Court Supervised Account and Reserve for Common Benefit Litigation Expenses.

   New Orleans, Louisiana, this _____ day of _____, 2011.

                                                                            _____
                                                                             DISTRICT JUDGE