**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: OILSPILL by the Oil rig | * | MDL NO. 2179 |
|    "Deepwater Horizon: in the | * | |
|    Gulf of Mexico, on April 20, 2010" | * | |
| | * | |
| **IN RE: TRITON ASSET LEASING** | * | |
|  GmbH, et al | * | SECTION "J" |
| | * | |
| | * | JUDGE BARBIER |
| This Document relates to Pleading Bundle C, | * | |
| | * | MAG. JUDGE SHUSHAN |
|          2:11:CV-00348 | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PLAQUEMINES PARISH SCHOOL BOARD'S MEMORANDUM IN OPPOSITION TO PSC'S REQUEST FOR COURT SUPERVISED ACCOUNT AND RESERVE FOR COMMON BENEFIT LITIGATION EXPENSES**

.

     This memorandum is respectfully submitted on behalf of Louisiana *ex rel*. Plaquemines Parish School Board ("PPSB"), plaintiff in civil action no. 2:11-CV-00348, in opposition to the PSC's motion to establish a court-supervised account and reserve for common benefit litigation expenses; the opposition is made with full reservation of the rights granted to it under Pre-Trial Order 33 and Pre-Trial Order 20 to preserve its challenge to the jurisdiction of this Court and to pursue its independent claim either herein or in Louisiana state court to which its action should be remanded.

     This action, filed in state court under state law, was improperly removed to this Court, and Plaintiff, represented by undersigned counsel, has not relied on any of the PSC's work in pursuing its claims, nor does it expect to do so. PPSB's damages are unique; and it intends to rely upon its own experts in establishing liability, protecting its interests, and proving its damages. The work of

the PSC has not provided any benefit to PPSB, and therefore the PSC has no proper claim against any portion of PPSB's recovery.

Moreover, this Court has no jurisdiction to impose charges against this state agency's recovery in an action under state law which has been improperly removed to federal court. In *In re Showa Denko K.K. L..Tryptophan Prod. Liab. Litig.,* 953 F.2d 162, 164 (4th Cir.1992), the Fourth Circuit struck down the portion of the MDL judge's order that applied assessments to actions venued in state courts, untransferred federal cases, and unfiled claims in which any MDL defendant is a party or payor. *See also In re Genetically Modified Rice Litig.*, 2010 U.S. Dist. LEXIS 19168 (E.D. Mo. February 24, 2010), refusing to order a holdback in improperly removed state court cases.[1]

        /s/ Robert E. Arceneaux
ROBERT E. ARCENEAUX, (No. 1199)
Robert E. Arceneaux, LLC
47 Beverly Garden Drive
Metairie, LA 70001
Telephone: 504.833.7533
Facsimile: 504.833.7612
Email: rea7001@cox.net

MARGARET E. WOODWARD (No. 13677)
3701 Canal Street, Suite C
New Orleans, Louisiana 70119
Telephone:  504.301.4333
Facsimile:  504.301.4365
Email:  mewno@aol.com

Attorneys for Plaquemines Parish School Board

---

[1]The court subsequently reaffirmed its holding that it had no jurisdiction to order a holdback with respect to state-court litigation, even as a litigant that was a party in a separate proceeding in the MDL. See *In re Genetically Modified Rice Litig.*, 2011 U.S. Dist. LEXIS 17211, at * 176-179 (E.D. Mo. February 11, 2011).

## **CERTIFICATE OF SERVICE**

 I hereby certify that the above the above and foregoing Memorandum has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 25th day of Nov, 2011.

            /s/ Robert E. Arceneaux,