From:
"Steve Herman" <SHERMAN@hhkc.com>
To:
<Sally_Shushan@laed.uscourts.gov>, "Ben Allums" <Ben_Allums@laed.uscourts.gov>
Cc:
"James Roy" <JIMR@wrightroy.com>, <dsc2179@liskow.com>, "Mike Underhill" <mike.underhill@usdoj.gov>, <CMaze@ago.state.al.us>, <Mike_OKeefe@laed.uscourts.gov>
Date:
11/12/2011 01:25 PM
Subject:
Deepwater Horizon - Organizational Chart

Dear Judge Shushan and Ben,

We would like to provide the Court with an electronic Organizational Chart that would allow Judge Barbier to get a sense of where the deponent and/or other persons or divisions stand in relation to each other and/or fit within the overall corporate structure as he reviews the deposition designations and exhibits.

Please find attached a static partial sample draft pdf, which will provide an idea of what we are contemplating.  We envision that the final product would be a dynamic file, with search / click capabilities.

If possible, we would like to seek guidance from the Court (and/or perhaps the other parties) regarding the Court's preferences and/or other logistics at this Friday's Discovery / Trial Planning Conference.

As always, we appreciate the Court's time and consideration in this matter.

Respectfully submitted,
Plaintiffs' Liaison Counsel