





**BP Organizational Chart**

SEARCH





# Safety, Environment, and Ethics Assurance Committee

**Sir William Castell**
Non-Executive
Director

Board of
Directors

**Sir Thomas McKillop**
Non-Executive
Director

**Antony Burgmans**
Non-Executive
Director

**Cynthia Carroll**
Non-Executive
Director

**Erroll B. Davis Jr.**
Non-Executive
Director

**Bly Investigation Team**



**SEARCH**



# Board of Directors

Carl-Henric Svanberg
Chairman

Tony Hayward
Group CEO

Safety, Environment, and Ethics Assurance Committee

Iain Conn
Chief Executive
Repair and Maintenance

Robert Dudley
Managing Director

Byron Grote
Chief Financial Officer

Andrew Inglis
Chief Executive
Exploration and Production

Douglas Flint
Non-Executive Director

Antony Burgmans
Non-Executive Director

Cynthia Carroll
Non-Executive Director

Sir William Castell
Non-Executive Director

George David
Non-Executive Director

Sir Thomas McKillop
Non-Executive Director

DeAnne S. Julius
Non-Executive Director

Erroll B. Davis Jr.
Non-Executive Director

Ian Prosser
Non-Executive Director

Executive Management

**Bly Investigation Team**

SEARCH

Board of Directors

## Executive Management

**Tony Hayward**
Group Chief
Executive

Group
Operating
Risk Committee

Group
Engineering

Group Safety
and
Operations
Integrity

**Byron Grote**
Chief Financial
Officer

**Andrew Inglis**
Chief Executive
Exploration and
Production

**Iain Conn**
Chief Executive
Repair and
Maintenance

**Robert Dudley**
Managing Director

**Robert Bondy**
Group General
Counsel

**Sally Bott**
Executive Vice
President, HR

**Steve Westwell**
Executive Vice
President
Group Chief of Staff

**Lamar McKay**
Executive Vice
President

Exploration and Production

**Bly Investigation Team**

**SEARCH**





Executive Management



# Group Engineering

**John Baxter**
Group Head of Engineering

**Paul Tooms**
Vice President of Engineering

**Cheryl Grounds**
Chief of Process and Process Safety Engineering

**Samuel DeFranco**
Segment Engineering Technical Authority, Exploration and Production

**Bly Investigation Team**


SEARCH



Executive Management

# Group Safety and Operations Integrity



**Mark Bly**
Group Head of
Safety and Operations

**Steve Flynn**
Vice President of Health,
Safety, Security, and
Environment

**Bly Investigation Team**



SEARCH

Executive Management
Exploration and Production
Andrew Inglis
Chief Executive Exploration and Production
Douglas Suttles
Chief Operating Officer Exploration and Production
Ellis Armstrong
Chief Operating Officer Exploration and Production
Barbara Yilmaz
Vice President of Technology, Drilling and Completions
James Dupree
Vice President Gulf of Mexico
Gordon Birrell
Vice President of Technology, Operations, HSE, and Engineering
Mike Daly
Vice President of Exploration
Neil Shaw
Head of Central Development Organization
Norman Wong
Manager of Rig Audit Group
Mark Mazzella
Segment Engineering Technical Authority Well Control
Mark Alberty
Segment Engineering Technical Authority Pore Pressure
Daryl Kellingray
Segment Engineering Technical Authority, Cement Sector Specialist, Eastern Hemisphere
Ken Tucker
Vice President of Organization and Development
David Wall
Vice President of HSSE and Integrity Management
Richard Lynch
Vice President of Drilling and Completions
Kevin Kennelley
Vice President of Engineering and HSSE
Erick Cunningham
Cement Section Specialist, Western Hemisphere
Martin Breazeale
Wellsite Leader of Future Coach
Gulf of Mexico Strategic Performance Unit
Bly Investigation Team
SEARCH

Exploration and
Production

# Gulf of Mexico Strategic Performance Unit

**James Dupree**
SPU Leader

**Patrick O'Bryan**
Vice President
Drilling and
Completions

**Fergus Addison**
Vice President
Development

**David Rainey**
Vice President
Exploration

**Cindi Skelton**
Vice President
HSSE and Engineering

**Richard Morrison**
Vice President
Operations

**Lynn Saha**
Engineering Authority

Gulf of Mexico Drilling
and Completions

Gulf of Mexico
Development

Gulf of Mexico
Exploration

Gulf of Mexico
HSSE and Engineering

Gulf of Mexico
Operations

Gulf of Mexico
Engineering Authority

**Bly Investigation Team**

**SEARCH**

Gulf of Mexico Strategic
Performance Unit

# **Gulf of Mexico Drilling and Completions**

**Patrick O'Bryan**
Vice President
Drilling & Completions

**John Sprague**
Engineering
Manager

**David Rich**
Well
Manager

**John Shaughnessy**
Technical Authority
Well Control

**Gregory Walz**
Engineering
Team Leader

**Timothy Burns**
Drilling
Engineer

**Peter Driscoll**
Engineering
Team Leader

**David Sims**
Operations
Manager

**Keith Daigle**
Well Operations
Advisor

**Mark Hafle**
Senior Drilling
Engineer

**Trent Fleece**
Senior Drilling
Engineer

**John Guide**
Well Team
Leader

**Brian Morel**
Drilling
Engineer

**Brett Cocales**
Drilling
Engineer

**Donald Vidrine**
Well Site
Leader

**John LeBleu**
Drilling Fluids
Engineer

**Robert Kaluza**
Well Site
Leader

**Lee Lambert**
Well Site Leader
of the Future

**Phillip Earl Lee**
Well Site
Leader

**Vincent Price**
Well Site
Leader

**Murray Sepulvado**
Well Site
Leader

**Ronald Sepulvado**
Well Site
Leader



**SEARCH**

**Bly Investigation Team**



Gulf of Mexico Strategic
Performance Unit

# Gulf of Mexico Development



**Fergus Addison**
Vice President
Development

**Starlee Waligura**
Project General Manager
– Global Subsea Hardware

**Michael Byrd**
Global Agreement
Manager – FMC

**Bly Investigation Team**







Gulf of Mexico Strategic Performance Unit

# Gulf of Mexico HSSE and Engineering

**Cindi Skelton**
Vice President HSSE and Engineering

**Dennis Johnson**
Crisis and Continuity Management and Emergency Response Team Leader

**James Grant**
Director of Regulatory Compliance and Environmental

**Scherie Douglas**
Regulatory Compliance Team Leader

**Bly Investigation Team**


SEARCH



Gulf of Mexico Strategic
Performance Unit

# Gulf of Mexico Operations

**Richard Morrison**
Vice President
Operations

**Robert Marshall**
Subsea
Manager

**John Hughes**
Subsea Installations and
Interventions Manager

**Merrick Kelley**
Subsea Wells
Team Leader

**Brad Tippetts**
Subsea Wells
Engineer

**Ross Skidmore**
Subsea Wells Supervisor
(Contractor)

**Shane Albers**
Challenger Subsea
Wells Engineer

SEARCH

**Bly Investigation Team**





Gulf of Mexico Strategic
Performance Unit

# Gulf of Mexico Engineering Authority



**Lynn Saha**
Engineering
Authority

**Neil Crammond**
Marine
Authority

**Troy Endicott**
Deputy Marine
Authority

**Angel Rodriguez**
Marine Advisor
– Deepwater Horizon

**Bly Investigation Team**

