# Attachment 1

## Unidentified Custodians on US Productions Through Gov066-002

| Custodian | Agency Attribution |
|---|---|
| Albores, Richard | DOE; Fossil Energy |
| Autry, Lara | DOE; Fossil Energy |
| Ballentine, Paula | DOE; Fossil Energy |
| Baudier, Timothy | DOI Minerals Management |
| Benge, Glen | Expert Material |
| Bergman, Shawna | DOE; Fossil Energy |
| Bertone, Steve | DHS US Coast Guard |
| Blackman, Richard | DOE; Fossil Energy |
| Bloom, David | DOE; Fossil Energy |
| Bodette, Amy | DOE; Secretary of Energy |
| Boerner, Karis | DOE; Fossil Energy |
| Borsz, Patrice | DOE; Fossil Energy |
| Boyd, Wyatt | DOE; Fossil Energy |
| Brandt, Charlie | Pacific Northwest National Laboratory |
| Bray, Jeffrey | DHS US Coast Guard |
| Breedin, D. | DOI Minerals Management |
| Brooks, Becky | EPB; DOE; Fossil Energy |
| Brown, Douglas | DHS US Coast Guard |
| Burley, Jamie | DOI; Executive Secretariat |
| Canino, Richard | DOE; Fossil Energy |
| Carrilr, O. | DOI Minerals Management |
| Crowley, Thomas | Navy Congressional and FOIA Materials |
| Davis, Rory R. | Expert Material |
| Dietrich, Debbie | EPB; DOE; Fossil Energy |
| Dolan, Brenda | NOAA FOIA Responses |
| Dreisch, Rick | EPB; DOE; Fossil Energy |
| Dreyfus, Gabrielle | NOAA Discovery Response (custodial materials) |
| Eichelberger, Rachel | DOE; Fossil Energy |
| Elliott, Brett | DOJ Civil Frauds |
| Erdenberger, Pat | NOAA Discovery Response |
| Ezell, Miles Randall | DHS US Coast Guard |
| Feldman, Richard | DOE; Fossil Energy |
| Fine, Ellyn | EPB; DOE; Fossil Energy |
| Froikin, Sara | DOE; Fossil Energy |
| Garrison, Greg | JIT Contractors |
| Geldard, Amanda | DOE; Fossil Energy |
| Gilmore, Ward | Pacific Northwest National Laboratory |
| Granston, Michael | DOJ Civil Frauds |
| Gunner, L. | NOAA Discovery Response (custodial materials) |
| Haire, Christopher Ryan | DHS US Coast Guard |
| Heenan, Richard | XRH |
| Hodges, Carson | DOE; Fossil Energy |
| Howard, Sophia | NOAA FOIA Responses |

# Unidentified Custodians on US Productions Through Gov066-002

| Custodian | Agency/Affiliation |
| --- | --- |
| Huffmans, Alan | XAZ |
| Irish, Tony | DOI Minerals Management |
| Jackson, Gary | NOAA FOIA Responses |
| Jarvis, Michael | NOAA FOIA Responses |
| Jenkins, Amelia | DOE; Office of Congressional and Intergovernmental Affairs |
| Johnson, Jean Carter | NOAA FOIA Responses |
| Jones, Cole | DHS US Coast Guard |
| Jordan, Terry | DOE; Energy Tech Lab |
| Kaluza, Robert | DHS US Coast Guard |
| Kaps, Melissa | DOE; Fossil Energy |
| Keese, David | Sandia National Laboratories |
| Keith, Joseph | DHS US Coast Guard |
| Kimball, Deborah | DOI Minerals Management |
| Krabbe, Linda | DOI; Fish and Wildlife |
| Kuczka, Keith | DOI OIG |
| Kumar, Nketa | DOE; Public Affairs Office |
| Lane, Jeff | DOE; Office of Congressional and Intergovernmental Affairs |
| Lee, Michael G. | EPB; DOE; Fossil Energy |
| Levy, Jonathan | Levine, Ed |
| Long, Timothy | Navy Congressional and FOIA Materials |
| Lopez, Anita | NOAA FOIA Responses |
| Martinez, Dennis | DHS US Coast Guard |
| Matthews, Carol | DOE; Office of Executive Secretariat |
| McInerney, Ray | DOI |
| Meinhart, Paul | DHS US Coast Guard |
| Melchert, Elena | DOE; Oil Spill Commission; Archive Material |
| Melchionno, Richard | EPB; DOE; Fossil Energy |
| Michael, James | DOE; Fossil Energy |
| Morrison, Kay | EPB; DOE; Fossil Energy |
| Myers, Eric | DOI OIG |
| Ndubisi, Nkoika | NOAA FOIA Responses |
| Newman, David | IGS |
| Nguyen, Khanh | EPB; DOE; Fossil Energy |
| OMahoney, Patrick | Navy Congressional and FOIA Materials |
| Osborne, Christopher | EPB; DOE; Fossil Energy |
| Patterson, Robin | Navy Congressional and FOIA Materials |
| Purdy, Wanda | DOI; Fish and Wildlife |
| Redden, Kenneth | EPB |
| Richards, George | DOE; Energy Tech Lab |
| Robinson, Rhonda | EPB |
| Rodriguez, Elias | DOE; Fossil Energy |

# Unidentified Custodians on US Productions Through Gov066-002

| Custodian | Agency Affiliation |
| --- | --- |
| Rogers, William | DOE; Energy Tech Lab |
| Savitch, Shannon | DOE; Fossil Energy |
| Schulson, Daniel | EPB |
| Seltzer, Mark | NOAA Discovery Response (custodial materials) |
| Senn, John | NOAA Discovery Response (custodial materials) |
| Shahnam, Mehrdad | DOE; Energy Tech Lab |
| Shuster, Erik | DOE; Energy Tech Lab |
| Siciliano, CarolAnn | EPB |
| Simpson, Major | Navy Congressional and FOIA Materials |
| Smith, Beverly | NOAA FOIA Responses |
| Stoner, William | DHS US Coast Guard |
| Sutton, Steve | DHS US Coast Guard |
| Syamlal, Madhava | DOE; Energy Tech Lab |
| Tarpley, John | NOAA Discovery Response (custodial materials) |
| Terris, Carol | DOE; Fossil Energy |
| Thomas, Jenny | DOE; Fossil Energy |
| Trabocchi, Rosanne | DHS US Coast Guard |
| Tuttle, Robert | DOE; Office of Congressional and Intergovernmental Affairs |
| Vavra, Randall | Navy Congressional and FOIA Materials |
| Vidrine, Donald | DHS US Coast Guard |
| Walker, Shelby | NOAA Discovery Response (custodial materials) |
| Waters, Katrina | Pacific Northwest National Laboratory |
| Williams, Jack | DOI Minerals Management |
| Williams, Michael | DHS US Coast Guard |
| Wilson, Rita | EPB |
| Zainey, Robert | DOI; MMS |
| Zimmerman, Emily | EPB; DOE; Fossil Energy |