# Exhibit 1



Jul 25 2011
4:27PM

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | § § § § § § § | MDL No. 2179<br><br>Section: J<br><br>Judge Barbier<br><br>Mag. Judge Shushan |

THIS DOCUMENT RELATES TO ALL CASES

### AGREED 30(B)(6) DEPOSITION NOTICE OF THE UNITED STATES OF AMERICA PURSUANT TO THE FEDERAL RULES OF CIVIL PROCEDURE

By agreement of the undersigned parties and the United States, the United States shall, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure and PRE-TRIAL ORDER NO. 17, as supplemented and amended by PRE-TRIAL ORDER 27, designate and produce one or more representatives of the United States to be deposed regarding the Areas of Inquiry identified in Exhibit A.  The times and locations of these Rule 30(b)(6) depositions will be scheduled in conjunction with the fact depositions of the designees, if applicable, or as otherwise agreed between Magistrate Judge Shushan and the parties.  The depositions will take place before a notary public or some other person authorized to administer oaths and will be recorded by audio, stenographic, and videographic means.

Dated: July 25, 2011					Respectfully submitted,

                */s/ Don K. Haycraft*
                Don K. Haycraft (Bar #14361)
                R. Keith Jarrett (Bar #16984)
                LISKOW & LEWIS
                701 Poydras Street, Suite 5000
                New Orleans, Louisiana 70139-5099
                Telephone: (504) 581-7979
                Facsimile: (504) 556-4108

                and

                Richard C. Godfrey, P.C.
                J. Andrew Langan, P.C.
                Wendy Bloom, P.C.
                Timothy A. Duffy, P.C.
                KIRKLAND & ELLIS LLP
                300 North LaSalle Street
                Chicago, IL 60654
                312-862-2000 (Tel)
                312-862-2200 (Fax)

                and

                Robert C. "Mike" Brock
                COVINGTON & BURLING LLP
                1201 Pennsylvania Avenue, NW
                Washington, DC 20004-2401
                202-662-5985

                ATTORNEYS FOR DEFENDANTS BP
                EXPLORATION & PRODUCTION INC., BP
                PRODUCTS NORTH AMERICA INC., BP
                AMERICA INC., AND BP CORPORATION
                NORTH AMERICA, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing deposition notice has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice in accordance with the procedures established in MDL 2179, on this 25th day of July, 2011.

/s/ Don K. Haycraft_____

# EXHIBIT A

## AREAS OF INQUIRY

1. Participation in the evaluation, analysis, approval or disapproval of any submission from BP related to the MC252 Well.

2. The BOEM's policies, procedures, guidelines or requirements regarding well design for deepwater wells, including policies, procedures, guidelines or requirements related to tubular materials, casing design, cement jobs, temporary abandonment procedures and casing integrity tests.

3. The training, education and instruction of each person involved in the evaluation, analysis, approval or disapproval of any submission from BP related to the MC252 Well.

4. Participation in the inspection, audit, evaluation of, or any rig-visits on Transocean's *Deepwater Horizon* rig, including the blow-out preventer on the *Deepwater Horizon*.

5. The BOEM's policies, procedures, guidelines or requirements regarding maintenance, safety, and equipment on deepwater drilling rigs in the Gulf of Mexico, including blowout preventers.

6. The training, education and instruction of each person involved in the inspection, audit or evaluation of Transocean's *Deepwater Horizon* rig, including the blowout preventer on the *Deepwater Horizon*.

7. The well design plans for all deepwater wells approved by the BOEM from April 20, 2005 through the present that utilized a long string production casing design.

8. The U.S. Government's involvement in and emergency response to the Deepwater Horizon incident, including all disaster, search and rescue and firefighting efforts between April 20, 2010 and the sinking of the Transocean's Deepwater Horizon rig on April 22, 2010.

9. Participation in the evaluation or analysis of the *Deepwater Horizon* blowout preventer and the attempts to actuate the *Deepwater Horizon* blowout preventer on or after April 20, 2010.

# Exhibit 2

**Page 1**

MEETING REGARDING OIL SPILL BY

THE OIL RIG DEEPWATER HORIZON

MEETING HELD AT BOEMRE FIELD OFFICE, 1201 ELMWOOD PARK BOULEVARD, NEW ORLEANS, LOUISIANA, ON THE 6TH DAY OF SEPTEMBER, 2011, COMMENCING AT 11:12 A.M. AND CONCLUDING AT 4:31 P.M.

REPORTED BY:

RUBY M. WALLEN
CERTIFIED COURT REPORTER

**Page 2**

APPEARANCES:

REPRESENTING THE U.S. DEPARTMENT OF THE INTERIOR:

SARAH DOVERSPIKE
U.S. DEPARTMENT OF THE INTERIOR
ROOM 5358, C STREET, N.W.
WASHINGTON, DC 20240
202.208.5562
SARAH.DOVERSPIKE@SOL.DOI.GOV

-AND-

GORDON SPEIGHTS YOUNG, ESQ.
ATTORNEY ADVISOR
PROFESSIONAL RESPONSIBILITY ADVISING OFFICE
1425 NEW YORK AVENUE, N.W.
SUITE 12000
WASHINGTON, D.C. 20530
202.514.0458
GORDON.YOUNG@USDOG.GOVE

REPRESENTING BRITISH PETROLEUM CORPORATION:

KIRKLAND & ELLIS
ATTORNEYS AT LAW
BY: GARY CHYI, ESQ.
300 NORTH LASALLE
CHICAGO, ILLINOIS 60654

312.862.2115
GARY.CHYI@KIRKLAND.COM

ALSO PRESENT:

ERIC MICHEL, DELOITTE
MATTHEWS GENTILE, DELOITTE
WARREN WILLIAMSON, BOEMRE
TIMOTHY BAUDIER, BOEMRE
NICK WETZEL, BOEMRE

**Page 3**

1  MR. WILLIAMSON:
2      What would be the best way to
3  articulate what was just asked?
4  MR. MICHEL:
5      I would just say that we are asking --
6  I am requesting the TIMS data model. I will answer
7  your question. Yeah. Request the data model for
8  TIMS.
9  MS. DOVERSPIKE:
10     For TIMS or based on the 90-day PDF?
11 MR. GENTILE:
12     Whatever is easier. If it is easier
13 for you just to reverse engineer the data model for
14 the whole thing and just kick it out, that is fine.
15 Or if you want to kick it out, and then and pull out
16 all of the tables that aren't being requested, that
17 is really up to you guys.
18 MR. WILLIAMSON:
19     If it is just easier to give them the
20 whole data model, I don't see that as being an issue.
21 That is just the model of the data. It is not the
22 specific data. We may argue about whether certain
23 data is something we would want to give them. But I
24 don't think the data model would be something we
25 would object to.

**Page 4**

1      There is some technical issues in that
2  we have TIMS, which is the official corporate
3  database. Then we have EWELL which is sort of a --
4  it is a pilot that was approved as a two-year pilot
5  going on Year 6, and we have plans to redo it, but it
6  is bogged down in funding. Our funding was cut. We
7  are going back.
8      So technically it wasn't absorbed
9  completely into TIMS, and that is where I think some
10 of the issues were. We are trying to take that
11 model, and eventually we want to actually migrate it
12 to a more industry-wide, you know, Ritz-ML-type well
13 data format. But we haven't gotten there yet. We
14 are still kind of using this pilot system. So that
15 may have been more of an issue.
16     But TIMS should have a pretty good
17 data model. And they tell me that EWELL has a model;
18 it is just something they have to try to pull out of
19 the Oracle well, the Oracle database some kind of
20 way.
21 MR. CHYI:
22     That was actually one of the things we
23 were wondering about. Because the 90-page PDF and
24 some of the tables that we got from the Access
25 database of the sampling were EWELL data tables, not



Toll Free: 877.377.4411
Facsimile: 504.525.1560

Suite 1515
650 Poydras Street
New Orleans, LA 70130
www.esquiresolutions.com

### Page 5

1  TIMS.
2      (Off the record.)
3  MR. MICHEL:
4      I think the request would be a data
5  dictionary that identifies all of the domain tables.
6  Actually, all the tables with columns or fields that
7  have domain values.
8  MR. WILLIAMSON:
9      And I thought we had given you like
10 the TED data element dictionary.
11 MR. MICHEL:
12      Yeah.  We did get that.  Two things
13 there, though.  One is that we are not sure if that
14 contains all of the latest tables.  And then,
15 obviously, we are going to have new tables that we
16 are asking for which we will probably have domain
17 values, but we don't know about them yet.
18      So we would probably need the domain
19 values for the requested tables and then any newly
20 requested tables.  I have another point which I
21 forgot.
22 MR. WILLIAMSON:
23      So we could actually give you the
24 whole --
25 MR. MICHEL:

### Page 6

1      Format.  In terms of the format,
2  whatever is easiest for you.  That Oracle Designer
3  Output, it works.  But, you know, it would take a lot
4  of effort to try to pull all of those domain
5  descriptions out, because it is a PDF format.  So
6  even if you get this and you can kick it out as HTML
7  for each table, because I see you can pull it up as
8  HTML.  I am not sure if you can export that in some
9  sort of format.
10 MR. WILLIAMSON:
11     This is the Access database that I had
12 given you guys.
13 MR. MICHEL:
14     Okay.
15 MR. WILLIAMSON:
16     You can input it into here.  And maybe
17 --
18 MR. MICHEL:
19     Okay.
20 MR. WILLIAMSON:
21     So you want the domain values tables,
22 Gulf of Mexico.
23 MR. MICHEL:
24     Does that include all domain values or
25 is that just for that one particular table?

### Page 7

1  MR. WILLIAMSON:
2      It should include all domain values
3  where they have a domain value.  There may be a few
4  tables where there is only one or two types and they
5  may not have bothered to create an actual domain for.
6  Although, I don't know which ones those would be.
7      I think the intention is the process
8  they use in ITD is to develop a domain and then have
9  domain values in this one domain values tables.
10 MR. MICHEL:
11     Okay.
12 MR. WILLIAMSON:
13     So I would think -- I mean, I can't
14 swear all of them.  I think 98 percent, you know,
15 should be in here.
16 MR. MICHEL:
17     Okay.
18 MR. WILLIAMSON:
19     And if not, you know, I might be able
20 to tell you.
21 MR. MICHEL:
22     All right.  Let's take a look at what
23 it dumps out and see if it works.
24     (Off the record.)
25 MR. WILLIAMSON:

### Page 8

1      What I did was, was I -- what I am
2  proposing to do is download the tables that make up
3  the TIMS data element dictionary.  And basically, it
4  would be to provide them the entire data element
5  dictionary in Access by just downloading the tables.
6  It includes the data elements.  It should have a
7  definition, I believe.  It had a description of the
8  data element.  Although, some of these descriptions
9  may be out of date.  It has the element name.
10     Now, these element names, though, can
11 be used in more than one table, too.  So that is sort
12 of --
13 MR. MICHEL:
14     Sure.
15 MR. WILLIAMSON:
16     In other words, if we give them TED,
17 we are basically giving them these tables.  We are
18 giving them the data elements, we are giving them the
19 domain values, the domain names, the element
20 definitions.  That is what I would say makes up TED.
21     And what is this?  Let me see what
22 this is.  I am not sure how this is even used.  I
23 wouldn't consider this proprietary.  I don't know how
24 that would help you.  So I don't have a problem
25 giving you that data.



Toll Free: 877.377.4411
Facsimile: 504.525.1560

Suite 1515
650 Poydras Street
New Orleans, LA 70130
www.esquiresolutions.com

Meeting                                                                               September 6, 2011

```
                                         9                                                        11
 1    MR. CHYI:                                      1    MR. MICHEL:
 2        Right.  So it looks like at least you      2        And that is for TIMS and EWELL.
 3    have selected, I think, six tables.            3    MR. BAUDIER:
 4    MR. MICHEL:                                    4        Right.
 5        I think there is four.                     5    MR. MICHEL:
 6    MR. CHYI:                                      6        And then a follow-on to that was we
 7        Four?  Okay.  Four.  So TIMS               7    were trying to get an understanding of what the
 8    SUPPORT_DATA-ELEMENT; TIMS SUPPORT-DOMAIN-MMS-ORGS;  8    domain values were for specific columns and specific
 9    TIMS SUPPORT_DOMAIN_VALUES; TIMS SUPPORT_DOMAINS;     9    tables.  And so far we have been able to access the
10    TIMS SUPPORT_ELEMENTS_DEFINITIONS.             10    TIMS domain values, but we don't know what the domain
11    MR. WILLIAMSON:                                11    values are for the EWELL tables.
12        Right.  So there is five, I guess.         12        (Off the record.)
13    MR. CHYI:                                      13    MR. CHYI:
14        Five.  Okay.                               14        What BP is interested in are the form
15        (Off the record.)                          15    128, 128S with the linkages, with the linkages to the
16    MR. CHYI:                                      16    data in TIMS.  What was produced was the TIMS Access
17        The variables are listed in Attachment     17    database separately and those well design files
18    B.                                             18    separately, without the links.
19        (Off the record.)                          19        Because we want the links, it looks
20    MS. DOVERSPIKE:                                20    like we have two options:  The first option is to
21        Let's get down the EWELL.                  21    attempt to link the already produced well design
22    MR. CHYI:                                      22    files to the already produced Access database by
23        Ruby, just for the record, we need         23    providing additional metadata in the form of
24    basically the dictionary for the 23 variables  24    potentially a new load file for the produced
25    identified at No. 35 through 57 on Attachment B that 25    documents that will assign an API number, whatever

                                         10                                                       12
 1    we sent which begins with variables CSNG_INTV_TYPE_CD 1    additional metadata we can to them and/or a table
 2    in Table E_APD_CASING_INTERVALS through variable     2    that will tie the existing TIMS Access database
 3    WELL_ACTIVITY_CD in Table E-WARBORES.  That is       3    production to the already produced PDFs.  That is
 4    spelled W-A-R-B-O-R-E-S.                             4    Option 1.
 5        And our expectation is that of 162          5    MR. WILLIAMSON:
 6    variables listed on the Attachment B, 144 of them    6        Okay.
 7    should be in the five TIMS SUPPORT underscore tables 7    MR. CHYI:
 8    we have already discussed and we identified earlier. 8        Option 2 would be an Oracle dump from
 9    And that those 23 are likely in EWELL, and we need to 9    EWELL which would include all of the well design
10    pull the dictionary information for them in another 10    files that have already produced, but with the
11    fashion.                                            11    linkages this time.
12    MS. DOVERSPIKE:                                     12        And on the second option we can
13        Sounds good.                                    13    certainly discuss format, what format might be
14        (Off the record.)                               14    easier; what format might be doable.
15    MS. DOVERSPIKE:                                     15        In the first option --
16        So it is my understanding that at this         16    MR. BAUDIER:
17    point we will be agreeing to try to pull the data   17        You guys might need for the second
18    model for the tables that have been produced and that 18  option, you wouldn't necessarily just be able to just
19    we agreed to produce from this meeting.             19    look at the table and see it in a written format.
20        I would like on the record that BOEMRE         20    You might need some ap or something to sit on top of
21    thinks that we have covered the data models for the 21    that.
22    previously produced tables.  We will take another   22    MR. WILLIAMSON:
23    look at that.  And if there are any specific examples 23       They would probably need like this,
24    you have where you didn't get that, that would be   24    for example, this view maybe, because this is a good
25    very helpful for us.                                25    summary view, and then the attachments.
```



Toll Free: 877.377.4411
Facsimile: 504.525.1560

Suite 1515
650 Poydras Street
New Orleans, LA 70130
www.esquiresolutions.com

Meeting                                                                September 6, 2011

```
                                  13
 1          This will be the link.  SN_APD I think
 2  is the link.  I am suggesting this could be -- well,
 3  is this the type of metadata we are talking about?
 4  We are talking about the company number, the well
 5  name, type of permit.
 6        MR. CHYI:
 7          I think so. But there are blanks on
 8  that particular table for API well number for at
 9  least some of the entries.
10        MR. WILLIAMSON:
11          Yeah.  Those weren't approved yet
12  probably.
13        MR. CHYI:
14          So, I mean, our general goal is to get
15  the well design files with the links, with the links,
16  with the metadata.  The question is, you know, how to
17  do that.
18          And it is either to try and make an
19  additional supplemental production to tie together
20  the two things that have already been produced or to
21  try and pull a new data dump from EWELL.
22          And it sounds like, at least for the
23  second option, we would have to explore format and
24  whether we would need an additional sort of software
25  application.
```

```
                                  14
 1        MR. BAUDIER:
 2          If you look at the Block column on the
 3  table, it is going to look like nonsense.  You know,
 4  it is binary data.  So you need some way to pull it
 5  into --
 6        MR. MICHEL:
 7          We will just load it into Oracle.
 8        MR. BAUDIER:
 9          Right.  But once it is even in an
10  Oracle table, you need some kind of form or something
11  sitting on top of that to look at that data where it
12  is going to be intelligible.
13        MR. MICHEL:
14          But the table has the API number in
15  there.  Right?  So you got the API number and the
16  Block file.
17        MR. BAUDIER:
18          You got to know whether you are
19  looking at a PDF or whatever it is to translate
20  binary data to whatever ap is going to look at.  If
21  you just look at it raw, it is going to, you know,
22  not make a lot of sense.
23        MR. WILLIAMSON:
24          As you pointed out, sometimes the API
25  number is null.  But that is only where the permit
```

```
                                  15
 1  was not approved yet.  I don't think we gave you --
 2        MR. CHYI:
 3          Unapproved permits?
 4        MR. WILLIAMSON:
 5          The unapproved permits.
 6          So chances are, I am almost positive,
 7  that the documents you have do have an API and they
 8  do correspond to, you know, to a table record that
 9  has an API.  The true link is this SN_APD.  That is
10  what links the Oracle tables together.
11          But I mean -- I think if we give you a
12  spreadsheet that has some metadata and a hyperlink to
13  that PDF file, that probably allows you to do an
14  easier search.
15        MR. CHYI:
16          We just have to have metadata in place
17  so that hyperlink works once we get it.
18        MR. WILLIAMSON:
19          You would have to assume it is in the
20  same default folder.  You know, so you would have to
21  put that in the same folder as the PDF file.
22        MR. CHYI:
23          Right.
24        MR. WILLIAMSON:
25          I need to talk to Michelle and find
```

```
                                  16
 1  out what she actually gave you guys.
 2        MR. CHYI:
 3          Right.  How the well design files came
 4  from here.
 5        MR. BAUDIER:
 6          They may get moved from a different
 7  structure from what they dumped it.  It may not be
 8  directly from the same place we got it from.  So it
 9  could be a little different.
10        MR. WILLIAMSON:
11          We asked them to provide it, because
12  it was just too much data for me to download.  But
13  first of all, I technically cannot download the Block
14  files in here.  So it is really a question of getting
15  all the PDFs, and I don't have access to all that.
16        MR. MICHEL:
17          The easiest thing would just be the
18  Oracle dump.
19        MR. BAUDIER:
20          I have a general question, and that is
21  because I am just coming in this.  I haven't been
22  involved in this whole process.
23          (Off the record.)
24        MS. DOVERSPIKE:
25          For Attachment B, No. 39, CASING
```



Toll Free: 877.377.4411
Facsimile: 504.525.1560

Suite 1515
650 Poydras Street
New Orleans, LA 70130
www.esquiresolutions.com

Meeting                                                              September 6, 2011

                                                17
 1  SECTION, CASING GRADE, we are going to produce the --
 2       MR. WILLIAMSON:
 3           TUBULAR_SPECS table.
 4       MR. CHYI:
 5           TIMSTABS_TUBULAR_SPECS.  And you said
 6  you were going to go through before producing this
 7  table to weed out the ones without --
 8       MR. WILLIAMSON:
 9           I will get rid of the ones with the no
10  values that don't have records in EWELL.  In other
11  words, this is a table used for both the pipeline
12  section as well as weekly reports from years ago,
13  which didn't have any real data validation.
14       MR. CHYI:
15           Right.
16       MR. WILLIAMSON:
17           But it was also used in EWELL.  The
18  ones in EWELL, have -- actually, if it doesn't have
19  Burst and Collapse, it won't show up in EWELL.  The
20  ones without Burst and Collapse aren't available.  So
21  I would argue it is not going to correspond with
22  something in EWELL.
23           What I was going to do is just make
24  sure that what I give you is something that
25  corresponds to something in the table I already gave

                                                18
 1  you.
 2       MR. CHYI:
 3           Right.  Exactly.
 4           (Off the record.)
 5       MR. WILLIAMSON:
 6           We are going to provide the
 7  EGOV_READ_E_APM_SUB-OPERATIONS.
 8       MR. CHYI:
 9           And in addition to the table, we will
10  need as much we can get of the definitions for the
11  various coding values.
12       MS. DOVERSPIKE:
13           Well, I mean, if it is the operators
14  who code it, then the operators should be able to
15  tell you what it is.
16       MR. WILLIAMSON:
17           No. It is a certain finite list.  They
18  don't have -- I mean, the operator just can't put
19  anything.  It is on the form.
20       MS. DOVERSPIKE:
21           It is a form that BP would fill out.
22       MR. WILLIAMSON:
23           Well, that is true.
24       MS. DOVERSPIKE:
25           Hopefully, they would know.

                                                19
 1       MR. WILLIAMSON:
 2           Actually, BP has people that know
 3  EWELL pretty well.  But I don't know if you can talk
 4  to them.
 5       MR. CHYI:
 6           We certainly can't show them this,
 7  which is part of the problem.
 8       MS. DOVERSPIKE:
 9           But it is on the form.  They come
10  right from the form.  And you guys know which form
11  that is.
12       MR. WILLIAMSON:
13           And the links, as I kind of described
14  earlier, whenever you see an SN with something and an
15  FK, that kind of points to that.
16       MR. BAUDIER:
17           This is APM tables.  That is the
18  primary key on this table.  The FK goes back to APMs.
19           (Off the record.)
20       MR. CHYI:
21           On Attachment C, sent by BP, starting
22  at the bottom group first.  No. 202, 203, 204, 205,
23  206 and 207, the government has agreed to produce
24  those tables.
25           208, BP is withdrawing its request.

                                                20
 1  209, the government is agreeing to produce that table
 2  with data from 2005 to 2010.
 3           Table 210, BP is withdrawing its
 4  request.
 5           211, 212, 213, 214, 215, the
 6  government is agreeing to produce those.
 7           And then at the top, Attachment C, No.
 8  1, the government is agreeing to produce as part of
 9  the broader data dictionary and definitional
10  information.
11           No. 2, BP withdraws the request.
12           No. 3 and No. 4, BP provisionally
13  withdraws based on the results from the Oracle dump
14  of the well design files.
15           No. 5 the government has agreed to
16  produce.
17           Nos. 6 and 7 BP withdraws.
18           No. 8 and No. 9, the government agrees
19  to produce data from those tables from 2005 to 2010.
20           No. 10 and No. 11, the government
21  provisionally agrees to produce pending review for
22  privilege purposes.
23           No. 12, the government will produce
24  and will include the rating service, rating date and
25  rating level information to the extent it exists.



Toll Free: 877.377.4411
Facsimile: 504.525.1560

Suite 1515
650 Poydras Street
New Orleans, LA 70130
www.esquiresolutions.com

Meeting                                                                                September 6, 2011

```
                                              21                                                    23
 1       13, 14 and 15 BP withdraws as they are       1   yes from the government.  52 is a yes.
 2  covered by the production of 12.  No. 16 BP       2       53 BP withdraws.  54 is a provisional
 3  withdraws.                                        3   yes.  I am sorry.  Is a yes.  I am sorry.
 4       No. 17 the government has agreed to         4       MR. WILLIAMSON:
 5  produce.  And in relation to No. 17, the government 5       Plus we are adding three other tables
 6  has also agreed to produce the table entitled    6   with 54.
 7  Well_Completions.                                 7       MR. CHYI:
 8       Tables 18, 20, 22, 25, 27, 28 and 29,       8           Right.
 9  the government has provisionally agreed to produce 9       MS. DOVERSPIKE:
10  pending a privilege review.                     10           The three additional runs are UNITS,
11       MR. WILLIAMSON:                            11   UNIT LEASE AND UNIT SUP-OPERATORS.
12           24, also.                              12       MR. CHYI:
13       MR. CHYI:                                  13           UNIT_SUB-OPERATORS, UNIT-LEASES.
14           24 is one --                           14           And then 55, because it is duplicative
15       MR. BAUDIER:                               15   of the EWELL WAR_CASING_INTERVAL tables, BP withdraws
16           No.  I think we said they could have   16   provisional on that basis.
17  that one.                                       17           56, WAR_CASING_SECTIONS, BP is
18       MR. CHYI:                                  18   withdrawing provisionally because it is duplicative
19           So 18, 20, 22, 24, 25, 27, 28, 29,     19   of the EWELL table, EWARE_CASING_SECTIONS.
20  provisionally agreed to produce pending privilege 20          57 and 58 BP withdraws its request.
21  review.                                         21   59 BP provisionally withdraws its request because the
22           19 and 21, so long as Table 10 is      22   table is duplicative of the EWELL table
23  produced, BP does not need those.  And then Tables 23 23  EWAR_SIGNIFICANT EVENTS.
24  and 26 BP withdraws its requests on those.      24           60 and 61 BP withdraws.  And 62 BP
25           I have everything so far?              25   provisionally withdraws because it is duplicative of
                                              22                                                    24
 1       MS. DOVERSPIKE:                             1   the EWELL table, EWELL_ACTIVITY_REPORTS.
 2           Agreed.                                 2           And then for purposes of discussion,
 3           (Off the record.)                       3   Tables 63 through 89, we are going to postpone
 4       MR. CHYI:                                   4   discussion of those until tomorrow when we have
 5           The government has agreed to produce    5   someone from TDMS present who knows more specifically
 6  Tables 30, 31, 32 and 33.  BP withdraws its request 6   about those tables.
 7  for 34 and 35.                                   7           (Off the record.)
 8           The government has agreed to produce    8       MR. CHYI:
 9  36 and 37.                                       9           So starting at 90.  The government has
10           For Tables 38, 40, 41, 42, 43, 44, 45, 10   agreed to produce 90 and 91.  92 and 93 the
11  46 and 47, the government has provisionally agreed to 11  government has agreed to provisionally agreed to
12  produce those subject to a privilege review.    12   produce.
13           BP withdraws its request for Table 39. 13           94, BP is withdrawing as it is
14  BP also withdraws its request for Table 48 and also 14  duplicative of EAPD LOCATIONS and EAPDs.
15  withdraws its request for Tables 49 and 50, as the 15          95, 96, 97, 98, 99, 100, BP withdraws
16  data has already been produced out of EWELL as  16   its request.
17  opposed to TIMS.  And that catches us up to where we 17          97 the government has provisionally
18  are.                                            18   agreed to produce pending further analysis.  And that
19           (Off the record.)                      19   is it for now.
20       MR. CHYI:                                  20           (Off the record.)
21           52.                                    21       MR. CHYI:
22       MS. DOVERSPIKE:                            22           Starting with 101, BP withdraws its
23           I had up to 51.                        23   request for 101, 102, 103, 104 and 105.
24       MR. CHYI:                                  24           The government agrees to --
25           For 51, OTHER_INCS.  So a provisional  25   provisionally agrees to produce 106,
```



Toll Free: 877.377.4411
Facsimile: 504.525.1560

Suite 1515
650 Poydras Street
New Orleans, LA 70130
www.esquiresolutions.com

25
1   DRILL_STEM_TESTS. And that means we are going to
2   cover tomorrow when we have someone from TDMS
3   present, 63 through 89, and then beginning with 107
4   through 127, some of the EV series.
5   (Whereupon, the taking of the proceeding was
6   concluded for the day.)
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

26
1           REPORTER'S CERTIFICATE
2
3
4       I, RUBY M. WALLEN, Certified Court
5   Reporter, do hereby certify that the above-named
6   witness, after having been first duly sworn by me to
7   testify to the truth, did testify as hereinabove set
8   forth;
9       That the testimony was reported by me in
10  shorthand and transcribed under my personal direction
11  and supervision, and is a true and correct
12  transcript, to the best of my ability and
13  understanding;
14      That I am not of counsel, not related to
15  counsel or the parties hereto, and not in any way
16  interested in the outcome of this matter.
17
18
19
20      _____
        RUBY M. WALLEN
21      CERTIFIED COURT REPORTER
        CSR NO. 78022
22
23
24
25



Toll Free: 877.377.4411
Facsimile: 504.525.1560

Suite 1515
650 Poydras Street
New Orleans, LA 70130
www.esquiresolutions.com

Meeting                                                         September 7, 2011

### Page 1

OIL SPILL BY THE
OIL RIG DEEPWATER HORIZON

MEETING TAKEN ON SEPTEMBER 7, 2011, AT THE OFFICES OF BOEMRE, 1201 ELMWOOD PARKWAY BOULEVARD, NEW ORLEANS, LOUISIANA 70123

### Page 2

APPEARANCES:

U.S. DEPARTMENT OF THE INTERIOR
Room 5358, C. Street, N.W.
Washington, DC  20240
BY: SARAH DOVERSPIKE, ESQ.

U.S. DEPARTMENT OF JUSTICE
SENIOR LITIGATION COUNSEL OF
E-DISCOVERY ENVIRONMENT & NATIONAL
RESOURCE DIVISION
601 D. Street NW
Washington, DC
Post Office Box 7611
Washington, DC  20044-7611
BY: GORDON SPEIGHTS YOUNG, ESQ.

REPRESENTING: BP
KIRKLAND & ELLIS, LLP
300 North LaSalle
Chicago, IL  60654
BY: GARY Y. CHYI, ESQ.

ALSO PRESENT:
CHRISTOPHER J. SCHOENNAGEL (BOEMRE)
KATHERINE ROSS (BOEMRE)
MICHELE DAIGLE (BOEMRE)
WARREN WILLIAMSON (BOEMRE)
ERIC MICHEL (Deloitte)
MATHEW GENTLE (Deloitte)

### Page 3

1   MR. CHYI:
2       For the purposes of the
3   record, we have found for various reasons,
4   whether we are talking about the events or
5   the plans to drill, there are some slight
6   differences between some cases from the
7   tables from eWells and the tables from TIMS.
8       Those may be explainable for
9   various reasons, including but not limited
10  to the fact that we don't have the completed
11  data, so we might not be able to convert
12  between the two.
13      If we are talking about
14  events, we may be talking about the data
15  that the company enters at that time versus
16  the data that is documented afterwards.
17      And in order to determine what
18  may be the most authoritative version, we
19  would like to, if we find those
20  inconsistencies detail them as much as we
21  can, and submit it in writing to the
22  Government, so that they can tell us which
23  number we should be using, if we find two to
24  be inconsistent.
25      And if there is, which one it

### Page 4

1   should be, what number we should be using.
2       MS. DOVERSPIKE:
3           The Government does not
4   agree at this time to update and tell you
5   the reason for every discrepancy.  We can
6   talk about it further as we go along if that
7   situation presents itself.
8       MR. MICHEL:
9           Can we request where
10  there are differences in eWells and the TIMS
11  tables that we get both sets of data, so
12  that we can identify those differences on
13  our own?
14      MS. DOVERSPIKE:
15          We would be fine with
16  that.
17      MR. CHYI:
18          In that case, does
19  that mean that we need to go back to the
20  five tables that we passed on yesterday,
21  because we already had the eWells
22  conversation or can we get both, the eWells
23  and the TIMS tables?
24      MS. DOVERSPIKE:
25          If we go through them


ESQUIRE
an Alexander Gallo Company

Toll Free: 877.377.4411
Facsimile: 504.525.1560

Suite 1515
650 Poydras Street
New Orleans, LA 70130
www.esquiresolutions.com

Meeting                                                        September 7, 2011

---

Page 5

1  and think that they would have been changed
2  post, if they would have been edited --
3       MR. WILLIAMSON:
4            We want to specify a
5  date range, because a lot of the TIMS tables
6  may go back -- I think you-guys were looking
7  for 2005 to 2010.  That may be --
8       MS. DOVERSPIKE:
9            We will be happy to
10 provide those.
11      MR. CHYI:
12           If you don't mind,
13 let's talk about those.  Off the record.
14 (Whereupon, an off-the-record discussion was
15 held.)
16      (Back on the record.)
17      MR. CHYI:
18           Based on our
19 discussions, the differences in the data
20 entries between TIMS and eWells, we are
21 going to revise Tables 49 and 50 in
22 Attachment C, that is OPEN_HOLE_RUNS and
23 OPEN_HOLE_TESTS.
24           BP removes its request for
25 them, and the Government sees no issues with

Page 6

1  producing those tables as well.
2       Off the record. (Whereupon, an
3  off-the-record discussion was held.)
4       (Back on the record.)
5       MR. CHYI:
6            Based on our discussions,
7  the Government has provisionally agreed to
8  produce tables from Attachment C for 64,
9  WELL_CASING_INTERVALS; 67 WELL_CUT_CASINGS;
10 81, WELL_PLUG_INST_INFO; 82 WELL_PLUG_TYPES.
11           BP is going to withdraw its
12 request for tables 65, 66, 68, 69, 70, 71,
13 72, 73, 74, 75, 76, 77, 78, 79, 80, 83, 84,
14 85, 86, 87, 88, and 89.
15           I think that takes us to the
16 other group where we left off yesterday, the
17 event related tables starting with 107.
18      Off the record. (Whereupon, an
19 off-the-record discussion was held.)
20      (Back on the record.)
21      MR. CHYI:
22           Starting with 189,
23 SERVICE_COMPANY_LOG_TOOLS, BP withdraws its
24 requests for 189, 190, 191, 192, 193, 194,
25 and all other tables that begin with TIMS_,

Page 7

1  except for TIMS_LEASE, which the Government
2  has provisionally agreed to produce.
3       Then back on the list, 195,
4  TUBULAR_SPECS, the Government has agreed to
5  produce that.  196 and 197, BP withdraws its
6  request for those.
7       MS. DOVERSPIKE:
8            Good.
9       MR. CHYI:
10           Off the record.
11 (Whereupon, an off-the-record discussion was
12 held.)
13      (Back on the record.)
14      MR. CHYI:
15           BP withdraws its request
16 for Attachment C, 107, because we already
17 have a provisional agreement to produce 38.
18 Withdraws on 108.  Withdraws on 109, because
19 of the provisional agreement to produce 41.
20 Withdraws 110, because of the provisional
21 agreement to produce 42.  Withdraws on 111,
22 because of the provisional agreement to
23 produce 43.
24           The Government has
25 provisionally agreed to produce 112, 113,

Page 8

1  114, 115, 116, 117, and 118.
2            BP withdraws its request for
3  119, because the Government provisionally
4  agrees to produce 44.  BP withdraws on 120,
5  because the Government has provisionally
6  agreed to produce 45.  BP withdraws 121 and
7  122.  The Government has provisionally
8  agreed to produce 123 and 124.
9            BP withdraws 125.  The
10 Government has provisionally agreed to
11 produce 46.  BP withdraws 126, because the
12 Government has provisionally agreed to
13 produce 47.  Lastly, Government has
14 provisionally agreed to produce 127.
15      MS. DOVERSPIKE:
16           Good.  Thank you.
17      (Back on the record.)
18      MR. CHYI:
19           Starting at 128.  For
20 Attachment C, BP withdraws its request for
21 128 and 129.  The United States has
22 provisionally agreed to produce 130.  Has
23 agreed to produce 131.  BP withdraws its
24 request for 132.  The Government has agreed
25 to produce 133 and 134.  BP withdraws its



Toll Free: 877.377.4411
Facsimile: 504.525.1560

Suite 1515
650 Poydras Street
New Orleans, LA 70130
www.esquiresolutions.com

Meeting                                                                 September 7, 2011

                                                          9
 1   request for 135, 136, 137.  The United
 2   States has agreed to produce 138, 139, and
 3   140.  BP withdraws its request for 141 and
 4   142.  In place of 142, the United States has
 5   agreed to produce the Tables entitled
 6   METERS.  The United States has agreed to
 7   produce 143.  BP withdraws its request for
 8   144 and 145.  The United States has agreed
 9   to produce 146 and 147.  BP withdraws its
10   request for 148, 149, 150, 151, 152, and
11   153.
12        MS. DOVERSPIKE:
13             Good.
14        MR. CHYI:
15             Off the record.
16   (Whereupon, an off-the-record discussion was
17   held.)
18        (Back on the record.)
19        MR. CHYI:
20             On Attachment C, BP
21   withdraws its request for 154 and 155.  In
22   place of 155, the Government has agreed to
23   produce table LEASE_OWNER_GROUPS.  156, the
24   Government has provisionally agreed to
25   produce.  157, BP withdraws its request.

                                                         10
 1   158, the Government has agreed to produce.
 2   BP withdraws its request for 159, 160, and
 3   161. The Government has agreed to produce
 4   162.  BP withdraws its request for 163, but
 5   in its place the Government has agreed to
 6   produce PERSON_ROLES_VIEW.  The Government
 7   has agreed to produce 164.  BP withdraws its
 8   request for 165, 166, and 167.  The
 9   Government has agreed to produce 168 and
10   169.  BP withdraws its request for 170.  The
11   Government has agreed to produced 171.  BP
12   withdraws its request for 172.  The
13   Government has agreed to produce 173, 174,
14   175, and 176.  BP withdraws its request for
15   177 and 178.  Government has agreed to
16   produce 179.  BP withdraws on 180.
17   Government has agreed to produce 181, 182.
18   BP withdraws its request for 183 and 184.
19   The Government has agreed to produce 185.
20   BP withdraws its request for 186.  The
21   Government has agreed to produce 187.  BP
22   withdraws its request for 188.  BP also
23   withdraws its request for 198, 199, 200, and
24   201.  And finally, the Government has agreed
25   to produce tables LSE_OPER_PORTIONS.  BP

                                                         11
 1   confirms that it has been produced
 2   INSP_INSPECTORS, and withdraws its request
 3   for WELL_TEST_TRANS.
 4        I think that covers everything
 5   on our list.
 6        MS. DOVERSPIKE:
 7             That is good.  Thank
 8   you.
 9        MR. CHYI:
10             Off the record.
11   (Whereupon, an off-the-record discussion was
12   held.)
13        (Back on the record.)
14        MR. CHYI:
15             After going through,
16   we have basically four items.
17        The first item is the complete
18   data model for TIMS and for eWells, which
19   the Government is working on and will
20   generate it.  Oracle has data models and
21   tools.
22        Two, all of the domain values
23   and explanations for variables for all of
24   the tables that we have already received and
25   the new tables that are going to be

                                                         12
 1   produced.
 2        Three are those specific new
 3   tables that are going to be produced.
 4        I am going to send to Counsel
 5   for the Government, a list detailing our
 6   agreement on the status of the tables that
 7   we have requested.  And once we have that
 8   combined list, both the additional domain
 9   information and the variable explanations,
10   the tables will be put into -- will be added
11   to the Access database that has already been
12   produced.
13        The fourth item is basically
14   the production from eWells of the well
15   design schematics.  We are exploring two
16   option paths, one to see if we can get
17   additional metadata, which has been produced
18   to enable us to make a link between what is
19   already on file.  And if not, to pull the
20   Oracle documents for eWells, and for that to
21   be produced instead.
22        MS. DOVERSPIKE:
23             Index file or Oracle
24   tables are the two options.  That is it.
25        MR. CHYI:



Toll Free: 877.377.4411
Facsimile: 504.525.1560

Suite 1515
650 Poydras Street
New Orleans, LA 70130
www.esquiresolutions.com

Meeting					September 7, 2011

                                                13
1        That is all.  (Whereupon,
2    the meeting was concluded.)
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

                                                14
1        CERTIFICATE
2
3
4    I, DIANE D. VOLPE, Certified Court
5    Reporter, do hereby certify that MEETING ON
6    SEPTEMBER 7, 2011, was reported by me in
7    shorthand and transcribed under my personal
8    direction and supervision, and is a true and
9    correct transcript, to the best of my
10   ability and understanding.
11      That I am not of counsel, not related to
12   counsel, nor to the parties hereto, and am
13   in no way interested in the outcome of this
14   event.
15
16
17
18
19
20
21
22   _____
     DIANE D. VOLPE, C.C.R.
23   Certified Court Reporter
     State of Louisiana
24
25



Toll Free: 877.377.4411
Facsimile: 504.525.1560

Suite 1515
650 Poydras Street
New Orleans, LA 70130
www.esquiresolutions.com