UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

ORDER

[Schedule and Allocation of Examination Time for Phase One Experts for Week Four]

1.   **Azar, J.J.** (BP-Drilling)

J.J. Azar will be deposed on Monday, December 5 (450 minutes), and Tuesday, December 6 (450 minutes).  He submitted a report on October 17, 2011.  He did not submit a rebuttal report.  He is a professor of drilling engineering.  He opined that: (1) none of the drilling engineering designs for well construction or post-construction operations caused the uncontrolled kick or blowout on April 20, 2010; and (2) it was caused by the failure of the drilling crew and mudloggers to properly monitor the well and the failure to recognize that an influx of hydrocarbons entered the well consistent with fundamental well control principles for those positions in a drilling operation.

|  | **Request** | **Allocation** |
|---|---|---|
| U.S. | 360 minutes | 300 minutes |
| TO | 240 minutes | 240 minutes |
| HESI | 250 minutes | 180 minutes |
| Cameron | 90 minutes | 50 minutes |
| Anadarko | 45 minutes | 20 minutes |
| M-I | 60 minutes | 40 minutes |
| Dril-Quip | 30 minutes | 20 minutes |

| | | |
|---|---|---|
| MOEX | No request | 0 minutes |
| Weatherford | 30 minutes | 20 minutes |
| U.S. | It may reserve up to 60 minutes of its time for further cross-examination at this point in the sequence. | |
| Transocean | It may reserve up to 60 minutes of its time for further cross-examination at this point in the sequence. | |
| HESI | It may reserve up to 60 minutes of its time for further cross-examination at this point in the sequence. | |
| BP | 90 minutes (Rebuttal) | 30 minutes |
| **Total** | **1,195 minutes** | **900 minutes** |

2. **Batte, J.R.**  (BP-Maritime)

J.R. Batte will be deposed on Monday, December 5 (450 minutes), and Tuesday, December 6 (240 minutes).  On October 17, 2011, he submitted a report.  He did not submit a rebuttal report. His degrees include a degree in marine engineering.  He concludes that the Deepwater Horizon was not seaworthy on April 20, 2010.  He cited the dual command structure, training deficiencies and the failure to maintain the vessel in accord with good industry practice.

| | **Request** | **Allocation** |
|---|---|---|
| TO | 360 minutes | 360 minutes |
| Cameron | 70 minutes | 60 minutes |
| HESI | 90 minutes | 55 minutes |
| U.S. | 180 minutes | 140 minutes |
| Anadarko | 45 minutes | 15 minutes |

| | | |
|---|---|---|
| M-I | 15 minutes | 15 minutes |
| Dril-Quip | No request | 0 minutes |
| MOEX | No request | 0 minutes |
| Weatherford | 15 minutes | 15 minutes |
| Transocean | It may reserve up to 60 minutes of its time for further cross-examination at this point in the sequence. | |
| BP | 90 minutes (Rebuttal) | 30 minutes |
| **Total** | **865 minutes** | **690 minutes** |

3. **Burch, Morris** (BP-Policies and Procedures)

Morris Burch will be deposed on Monday, December 5 (450 minutes), and Tuesday, December 6 (130 minutes). Burch submitted reports on October 17 and November 7, 2011. He opined that there is overwhelming evidence that BP has had a comprehensive and continually improving process safety management system. He took exception to the opinions expressed by Dr. Patrick Hudson, a Halliburton expert.

| | **Request** | **Allocation** |
|---|---|---|
| HESI | 200 minutes | 200 minutes |
| TO | 90 minutes | 80 minutes |
| Cameron | 90 minutes | 75 minutes |
| U.S. | 180 minutes | 150 minutes |
| Anadarko | 45 minutes | 15 minutes |
| M-I | 10 minutes | 10 minutes |
| Dril-Quip | 20 minutes | 20 minutes |

3

| | | |
|---|---|---|
| MOEX | No request | 0 minutes |
| Weatherford | 15 minutes | 10 minutes |
| Halliburton | It may reserve up to 40 minutes of its time for further cross-examination at this point in the sequence. | |
| BP | 90 minutes (Rebuttal) | 20 minutes |
| **Total** | **740 minutes** | **580 minutes** |

4. **Coronado, Richard** (Cameron - BOP)

Richard Coronado will be deposed on Monday, December 5 (480 minutes), and Tuesday, December 6 (480 minutes).  He is employed by Cameron as the Engineering Manager, Drilling Systems Controls.  He has not been deposed.  He submitted a report on November 7, 2011.  He disputed the opinion of Arthur Zatarain, a BOP control systems expert for BP.  BP requests 600 minutes because of Coronado's response to Zatarain's report.

The PSC urges that Coronado should be treated as fact witness because he will provide Rule 30(b)(6) testimony which other Cameron witnesses were not able to provide.  It requests 290 minutes, the default allocation for a two-day Phase One fact deposition (Rec. doc. 3079).  The U.S. echoed the PSC's requests for a default allocation of 110 minutes.  Id.  On November 14, 2011, the U.S. requested 260 minutes.  If Coronado had testified as a fact witness, he would have been deposed after July 31, 2011. As Cameron noted on November 18, the default time limit for a post-July 31, 2011 Phase One fact witness was one day.

Transocean and Halliburton each seek 120 minutes.  Cameron requested 30 minutes of rebuttal time.  Anadarko seeks 120 minutes for each expert.  M-I did not submit a request for Coronado, but it did request between 15 and 90 minutes for other Cameron-BOP experts.

4

Weatherford seeks 15 minutes for other BOP experts. Dril-Quip did not request any time for BOP experts. MOEX did not submit a request for examination time with Coronado.

|  | **Request** | **Allocation** |
|---|---|---|
| BP | 600 minutes | 480 minutes |
| PSC | 290 minutes | 150 minutes |
| U.S. | 240 minutes | 110 minutes |
| TO | 120 minutes | 120 minutes |
| HESI | 120 minutes | 20 minutes |
| Anadarko | 120 minutes | 15 minutes |
| M-I | 45 minutes | 20 minutes |
| Dril-Quip | No request | 0 minutes |
| MOEX | No request | 0 minutes |
| Weatherford | 15 minutes | 15 minutes |
| BP | It may reserve up to 60 minutes of its time for further cross-examination at this point in the sequence. | |
| Cameron | 30 minutes (Rebuttal) | 30 minutes |
| **Total** | **1,480 minutes** | **960 minutes** |

5. **Emilsen, Morten** (BP-Modeling)

Morten Emilsen will be deposed on Thursday, December 8 (450 minutes), and Friday, December 9 (120 minutes). He submitted a report on October 17, 2011. He did not submit a rebuttal report. He was employed by BP's investigation team. He concluded that the initial flow path was through a leaking casing shoe and up through the inside of the casing.

|  | **Request** | **Allocation** |
|---|---|---|
| HESI | 210 minutes | 175 minutes |
| TO | 90 minutes | 80 minutes |
| Cameron | 90 minutes | 80 minutes |
| U.S. | 180 minutes | 150 minutes |
| Anadarko | 45 minutes | 15 minutes |
| M-I | 10 minutes | 10 minutes |
| Dril-Quip | 20 minutes | 15 minutes |
| MOEX | No request | 0 minutes |
| Weatherford | 30 minutes | 25 minutes |
| Halliburton | It may reserve up to 30 minutes of its time for further cross-examination at this point in the sequence. | |
| BP | 90 minutes (Rebuttal) | 20 minutes |
| **Total** | **765 minutes** | **570 minutes** |

6. **Friggard, Ian** (Cameron-Cement)

Ian Friggard will be deposed on Wednesday, December 7 (480 minutes), and Thursday, December 8 (480 minutes). He submitted a report on October 17, 2011. He did not submit a rebuttal report. His report focused on cement issues. He opined that in light of the issues he identified and the high risk of the cement job on the well, a cement bond log should have been run and likely would have identified the absence of zonal isolation.

|  | **Request** | **Allocation** |
|---|---|---|
| BP | 420 minutes | 270 minutes |

6

| | | |
|---|---|---|
| HESI | 300 minutes | 300 minutes |
| TO | 120 minutes | 110 minutes |
| U.S. | 240 minutes | 180 minutes |
| Anadarko | 45 minutes | 10 minutes |
| M-I | 30 minutes | 25 minutes |
| Dril-Quip | 10 minutes | 10 minutes |
| MOEX | No request | 0 minutes |
| Weatherford | 30 minutes | 25 minutes |
| BP | It may reserve up to 60 minutes of its time for further cross-examination at this point in the sequence. | |
| HESI | It may reserve up to 60 minutes of its time for further cross-examination at this point in the sequence. | |
| Cameron | 70 minutes (Rebuttal) | 30 minutes |
| **Total** | **1,265 minutes** | **960 minutes** |

7. **Hughett, John** (Halliburton-Drilling)

John Hughett will be deposed on Wednesday, December 7 (480 minutes), and Thursday, December 8 (480 minutes). He submitted reports on October 17 and November 7, 2011. The reports concluded that BP violated its own Recommended Best Practices and MMS regulations.

| | **Request** | **Allocation** |
|---|---|---|
| BP | 600 minutes | 465 minutes |
| TO | 160 minutes | 120 minutes |
| Cameron | 120 minutes | 90 minutes |

| | | |
|---|---|---|
| U.S. | 180 minutes | 150 minutes |
| Anadarko | 45 minutes | 15 minutes |
| M-I | 15 minutes | 15 minutes |
| Dril-Quip | 20 minutes | 15 minutes |
| MOEX | No request | 0 minutes |
| Weatherford | 90 minutes | 60 minutes |
| BP | It may reserve up to 60 minutes of its time for further cross-examination at this point in the sequence. | |
| HESI | 90 minutes (Rebuttal) | 30 minutes |
| **Total** | **1,440 minutes** | **960 minutes** |

8.  **Lewis, Sam**  (Halliburton - Cement)

Sam Lewis will be deposed on Monday, December 5 (480 minutes), and Tuesday, December 6 (480 minutes). He submitted reports on October 17 and November 7, 2011. The focus of the reports is cement chemistry. He disagreed with Glen Benge, the expert for the U.S. The rebuttal report questioned the opinion of Fred Sabins, the expert for BP.

| | **Request** | **Allocation** |
|---|---|---|
| BP | 600 minutes | 430 minutes |
| U.S. | 300 minutes | 220 minutes |
| TO | 150 minutes | 120 minutes |
| Cameron | 120 minutes | 80 minutes |
| Anadarko | 45 minutes | 10 minutes |
| M-I | 75 minutes | 55 minutes |

8

| | | |
|---|---|---|
| Dril-Quip | No request | 0 minutes |
| MOEX | No request | 0 minutes |
| Weatherford | 15 minutes | 15 minutes |
| U.S. | It may reserve up to 60 minutes of its time for further cross-examination at this point in the sequence. | |
| BP | It may reserve up to 60 minutes of its time for further cross-examination at this point in the sequence. | |
| HESI | 90 minutes (Rebuttal) | 30 minutes |
| **Total** | **1,395 minutes** | **960 minutes** |

9. **McGuire, L.V.**  (Cameron-Drilling)

L.V. McGuire will be deposed on Monday, December 5 (480 minutes), and Tuesday, December 6 (480 minutes). He submitted reports on October 17 and November 7, 2011. He opined that the single most important contributing factor to the incident was the misinterpretation of the negative pressure test. The rebuttal report questioned the opinions of Robert Grace (BP expert on drilling), Adam Bourgoyne (BP expert on drilling) and Joseph Quoyeser (BP expert on industry practices).

| | **Request** | **Allocation** |
|---|---|---|
| BP | 600 minutes | 380 minutes |
| TO | 240 minutes | 170 minutes |
| HESI | 250 minutes | 170 minutes |
| US | 180 minutes | 120 minutes |
| Anadarko | 45 minutes | 20 minutes |

| | | |
|---|---|---|
| M-I | 45 minutes | 30 minutes |
| Dril-Quip | 20 minutes | 20 minutes |
| MOEX | No request | 0 minutes |
| Weatherford | 30 minutes | 20 minutes |
| BP | It may reserve up to 60 minutes of its time for further cross-examination at this point in the sequence. | |
| Cameron | 70 minutes (Rebuttal) | 30 minutes |
| **Total** | **1,480 minutes** | **960 minutes** |

10. **Medley, George**  (M-I - Fluids)

George Medley will be deposed on Wednesday, December 7 (450 minutes), and Thursday, December 8 (450 minutes). He submitted reports on October 17 and November 7, 2011 concerning practices related to the responsibilities of an operator and contractor, responsibility for drilling procedures, fluid displacement and pressure indicators during and after negative pressure testing.

| | **Request** | **Allocation** |
|---|---|---|
| BP | 600 minutes | 440 minutes |
| HESI | 210 minutes | 170 minutes |
| TO | 90 minutes | 90 minutes |
| Cameron | 70 minutes | 50 minutes |
| U.S. | 180 minutes | 120 minutes |
| Anadarko | 45 minutes | 15 minutes |
| Dril-Quip | No request | 0 minutes |

| | | |
|---|---|---|
| MOEX | No request | 0 minutes |
| Weatherford | 15 minutes | 15 minutes |
| M-I | No request | 0 minutes |
| BP | It may reserve up to 60 minutes of its time for further cross-examination at this point in the sequence. | |
| **Total** | **1,210 hours** | **900 minutes** |

11. **O'Donnell, David**  (Cameron - BOP)

David O'Donnell will be deposed on Wednesday, December 7 (450 minutes), and Thursday, December 8 (450 minutes).  He submitted reports on October 17 and November 7, 2011 concerning the BOP.  For example, he opined that the BOP could not seal the well due to extreme conditions and misuse.  The rebuttal report questioned the opinions of Earl Shanks (a BOP expert for BP) and Glen Stevick (a BOP expert for Halliburton).

| | **Request** | **Allocation** |
|---|---|---|
| BP | 480 minutes | 390 minutes |
| TO | 90 minutes | 90 minutes |
| HESI | 90 minutes | 60 minutes |
| U.S. | 360 minutes | 285 minutes |
| Anadarko | 45 minutes | 15 minutes |
| M-I | 15 minutes | 15 minutes |
| Dril-Quip | No request | 0 minutes |
| MOEX | No request | 0 minutes |

| | | |
|---|---|---|
| Weatherford | 15 minutes | 15 minutes |
| BP | It may reserve up to 60 minutes of its time for further cross-examination at this point in the sequence. | |
| Cameron | 70 minutes (Rebuttal) | 30 minutes |
| **Total** | **1,165 minutes** | **900 minutes** |

12.   **Quoyeser, Joseph**  (BP - Industry)

Joseph Quoyeser will be deposed on Thursday, December 8 (450 minutes), and Friday, December 9 (120 minutes).  He submitted a report on October 17, 2011.  He concludes that BP's 2010 organization redesign was well conceived, effectively implemented, and had minimal impact on the drilling operations on the Deepwater Horizon.

| | **Request** | **Allocation** |
|---|---|---|
| HESI | 200 minutes | 170 minutes |
| TO | 90 minutes | 90 minutes |
| Cameron | 90 minutes | 70 minutes |
| U.S. | 180 minutes | 165 minutes |
| Anadarko | 45 minutes | 15 minutes |
| M-I | 15 minutes | 15 minutes |
| Dril-Quip | No request | 0 minutes |
| MOEX | No request | 0 minutes |
| Weatherford | 15 minutes | 15 minutes |
| HESI | It may reserve up to 30 minutes of its time for further cross-examination at this point in the sequence. | |

| | | |
|---|---|---|
| BP | 90 minutes (Rebuttal) | 30 minutes |
| **Total** | **725 minutes** | **570 minutes** |

Pursuant to the November 21, 2011 order regarding ceding time (Rec. doc. 4661), the parties may not cede time in these depositions. By agreement, they may alter the sequence of the examination of any witness.

Any appeal of this order, must be taken by **Wednesday, November 30, 2011.**

New Orleans, Louisiana, this 28th day of November, 2011.

_____
**SALLY SHUSHAN**
**United States Magistrate Judge**