**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In re: Oil Spill by the Oil Rig                    **MDL NO. 2179**
    **"Deepwater Horizon" in the Gulf**
    **of Mexico, on April 20, 2010**              **SECTION J**

Applies to: *All Cases*                              **JUDGE BARBIER**
                                       **MAGISTRATE JUDGE SHUSHAN**

## ORDER

**[Regarding Phase Two Deposition Designations]**

On November 17, 2011, the Court confirmed the prior instructions that:

1.      The PSC and the U.S. may make some deposition designations for Phase One witnesses who also had Phase Two information so that they do not have to re-designate for a witness later and because in some instances it is hard to segregate the witnesses' testimony.

2.      No defendant is obligated to cross-designate what it clearly believes is Phase Two deposition designations.

3.      No party shall include Phase Two argument in its two-page summaries.

IT IS ORDERED that: (1) Anadarko's request for a modification of these procedures is DENIED; and (2) the deadline for any appeal of this order is **Friday, December 2, 2011**.

New Orleans, Louisiana, this 28th day of November, 2011.

                                            **SALLY SHUSHAN**
                                            **United States Magistrate Judge**