UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Regarding the Initial Objections of the U.S. to Draft Phase Two Rule 30(b)(6) Deposition Notice from BP (Rec. doc. 4729]**

The U.S. objects to BP's proposed Rule 30(b)(6) notice as overly broad and exceptionally burdensome. It contends that BP should be required to withdraw the notice and revise it within a limit of thirty to forty topics. Rec. doc. 4729. BP submitted an opposition. Rec. doc. 4730.

BP will not be required to withdraw the proposed notice. The parties shall meet and confer on the topics. If they cannot reach agreement on the scope of the notice for purposes of Phase Two discovery, the U.S. may move for a protective order or other appropriate relief.

If the parties require an extension to conduct the meet-and-confer process and, if necessary, present a motion, they shall notify the Court.

IT IS ORDERED that: (1) the request by the U.S. that BP be limited to a certain number of topics for its Rule 30(b)(6) deposition notice to the U.S. for Phase Two discovery (Rec. doc. 4729) is DENIED; and (2) the deadline for appeal from this order is **Monday, December 5, 2011**.

New Orleans, Louisiana, this 28th day of November, 2011.

SALLY SHUSHAN
United States Magistrate Judge