UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig** <br> **"Deepwater Horizon" in the Gulf** <br> **of Mexico, on April 20, 2010** | **MDL NO. 2179** <br><br> **SECTION J** |
| **Applies to:** *All Cases* | **JUDGE BARBIER** <br> **MAGISTRATE JUDGE SHUSHAN** |

## ORDER

**[Regarding BP's motion to strike Halliburton's disclosure of Chemali (Rec. doc. 4629)]**

On November 7, 2011, Halliburton served its disclosure of Roland Chemali as a non-retained rebuttal expert witness.[1] Chemali, the chief petrophysicist for Sperry Drilling, is described as having decades of experience in interpreting well logs.

On November 14, 2011, BP submitted a letter requesting that Halliburton's disclosure of Chemali as an expert witness be declared untimely and that he be precluded from testifying at the trial. In the alternative, it requested that he be made available for deposition in January. Rec. doc. 4629. Halliburton submitted an opposition, and BP submitted a reply. Rec. docs. 4734 and 4731.

Halliburton's November 7, 2011 disclosure for Chemali, in part, states:

> Mr. Chemali is expected to testify that a <u>reasonable petrophysicist</u> would have identified at least four zones above 17,900 feet as being potential hydrocarbon bearing zones, including three zones located above the 17,803 foot zone identified by BP petrophysicist Ms. Galina Skripnikova as being the shallowest zone in the Macondo well. Furthermore, Mr. Chemali is expected to testify concerning his belief that BP was reckless in failing to identify and account for the shallower M57B gas zone located at a depth of 17,467 feet.

Rec. doc. 4629 (Exhibit C at 2)(emphasis added). The declaration concludes with the statement that "Mr. Chemali will testify that a reasonably prudent petrophysicist, after examining the Schlumberger

---

[1] See Exhibit C to Rec. doc. 4629.

wireline logs, would have noted the M57B zone and would have classified it as a risk to the well and to the cement program." Id. at 3.

The principal, if not exclusive thrust of Halliburton's declaration for Chemali, is that BP and more particularly Skripnikova, were negligent in failing to identify and account for the shallower M57B gas zone located at a depth of 17,467 feet. This is an essential element of Halliburton's cross-claim against BP.[2] Halliburton's expert reports in support of its cross-claim were due on October 17. Mr. Chemali's opinion is clearly case-in-chief as to BP.

Halliburton, in its letter of November 21, contends that Chemali is a rebuttal expert for two reports submitted by BP. The first is the report of Chuck Schoennagel in which he "avows that a hydrocarbon bearing zone under the MMS regulations only includes producible intervals and does not include all 'all stringer identified in the wellbore.'" Rec. doc. 4734 at 2. The second is the report of Fred Sabins in which he concludes that "the final cement job covered the 'three major hydrocarbon producing zones from 18,051' to 18,233' and thus it was the slurry design and not the location of the slurry that allowed the hydrocarbon flow to enter the well.'" Id. Schoennagel is a former MMS official with responsibility for regulating offshore oil and gas activities. Sabins is a cement expert. Neither one is a petrophysicist and neither are mentioned in Halliburton's Chemali disclosure. For the reasons described by BP, Halliburton's disclosure of Chemali is not rebuttal testimony. He will not be permitted to testify as an expert at Phase One of the February 27, 2012 trial.

---

[2] In its motion for leave to file a second amended cross-claim, Halliburton contended that it was not until the first day of the deposition of Galina Skripnikova, the BP petrophysicist, taken on July 7, 2011, that it learned that BP knew, prior to the incident, and failed to disclose to Halliburton critical data relating to the actual conditions for the well, including identification of the shallower hydrocarbon-bearing zones in the well. Rec. doc. 3893 at 2.

IT IS ORDERED that: (1) BP's motion to strike Halliburton's disclosure of Roland Chemali (Rec. doc. 4629) is GRANTED; and (2) the deadline for appealing this ruling is **Monday, December 5, 2011**.

New Orleans, Louisiana, this 28th day of November, 2011.

**SALLY SHUSHAN**
**United States Magistrate Judge**