UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | *  MDL NO. 2179 <br> * <br> * <br> *  SECTION J |
| Relates to: *All Cases* | * <br> *  JUDGE BARBIER |
| (Including No. 10-2771) | * <br> *  MAG. JUDGE SHUSHAN |
| ************************************ | * |

### MOTION FOR LEAVE TO FILE SUR-REPLY BRIEF IN FURTHER SUPPORT OF THE PSC's MOTION TO ESTABLISH ACCOUNT AND RESERVE FOR LITIGATION EXPENSES

**NOW INTO COURT,** through Plaintiffs' Liaison Counsel, comes the Plaintiffs' Steering Committee, on behalf of all Common Benefit Attorneys, and respectfully prays for leave to file a Sur-Reply Brief in further support of the PSC's Motion to Establish Account and Reserve for Litigation Expenses.

Based on the recently filed Oppositions by BP and others, the PSC respectfully seeks to:

   i.   Further address the Court's authority to compel BP to reserve funds with respect to settlements or other payments made by and through the Gulf Coast Claims Facility ("GCCF");

   ii.  Further address the Court's authority to compel Defendants to reserve funds with respect to judgments, settlements or other payments to plaintiffs who have only filed State Court cases, which have been removed and transferred to the MDL, but which may be subject to remand;

   iii. Further address the Court's authority to compel Defendants to reserve funds with respect to judgments, settlements or other payments to claimants who have never asserted claims in (and/or that were removed to and/or transferred to) the Transocean Limitation and/or the MDL; and,

   iv.  Submit a revised Proposed Order, which seeks to expressly clarify the points made in the PSC's REPLY BRIEF [Doc 4717].

934310.1                                -1-

-2-

Plaintiffs' proposed Reply Brief is concise, narrowly tailored, and will likely be helpful to the parties and to the Court.

**WHEREFORE** the undersigned respectfully pray for leave to file a Sur-Reply Brief in further support of the PSC's Motion to Establish Account and Reserve for Litigation Expenses.

This 28th day of November, 2011.

Respectfully submitted,

|  |  |
|---|---|
| /s/ Stephen J. Herman | /s/ James Parkerson Roy |
| **Stephen J. Herman**, La. Bar No. 23129 | **James Parkerson Roy**, La. Bar No. 11511 |
| **HERMAN HERMAN KATZ & COTLAR LLP** | **DOMENGEAUX WRIGHT ROY & EDWARDS LLC** |
| 820 O'Keefe Avenue | 556 Jefferson Street, Suite 500 |
| New Orleans, Louisiana 70113 | Lafayette, Louisiana 70501 |
| Telephone: (504) 581-4892 | Telephone: (337) 233-3033 |
| Fax No. (504) 569-6024 | Fax No. (337) 233-2796 |
| E-Mail: sherman@hhkc.com | E-Mail: jimr@wrightroy.com |
| *Plaintiffs' Liaison Counsel* | *Plaintiffs' Liaison Counsel* |

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that the above and foregoing Motion will be filed into the record *via* the Court's ECF electronic filing system and will be served on all counsel *via* Lexis-Nexis File & Serve, pursuant to PRE-TRIAL ORDER NO. 12, this 28th day of November, 2011.

/s/ Stephen J. Herman and James Parkerson Roy