UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * | MDL NO. 2179 |
| | * | SECTION J |
| Relates to: *All Cases.* | * * | JUDGE BARBIER |
| (Including No. 10-2771) | * * | MAG. JUDGE SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

CONSIDERING the Motion for Leave to File:

IT IS ORDERED that the Plaintiff Steering Committee be and is hereby granted leave to file its Sur-Reply Brief in further support of the PSC's Motion to Establish Account and Reserve for Litigation Expenses.

SIGNED at New Orleans, Louisiana, this ____ day of _____, 2011.

_____
Hon. Carl J. Barbier
U.S. District Court Judge