UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE OIL SPILL by the OIL RIG | ) | MDL No. 2179 |
| "DEEPWATER HORIZON" in the GULF | ) | |
| OF MEXICO, on April 20, 2010 | ) | Section: J |
| | ) | |
| This Document Relates to: | ) | |
| *Cooley v. BP PLC, et al.* | ) | |
| 10-CV-391 HSO-JMR | ) | JUDGE BARBIER |
| | ) | MAG. JUDGE SUSHAN |

**Notice of Address Change**

Please be advised that the address for Finkelstein Thompson LLP has been changed to:

1077 30th St NW
Suite 150
Washington, D.C. 20007

All other contact information remains the same.

Dated: November 28, 2011                                      Respectfully submitted,

/s/ Eugene J. Benick_____
Eugene J. Benick
Burton H Finkelstein
Mila F. Bartos
Tracy D. Rezvani
Karen J. Marcus
**FINKELSTEIN THOMPSON LLP**
1077 30th Street, N.W.
Suite 150
Washington, DC  20007
ebenick@finkelsteinthompson.com
bfinkelstein@finkelsteinthompson.com
mbartos@finkelsteinthompson.com
trezvani@finkelsteinthompson.com
kmarcus@finkelsteinthompson.com
Tel: (202) 337-8000
Fax: (202) 337-8090

1

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing notice of Change of Address has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12 , and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 28 day of November, 2011.

/s/ Eugene J. Benick_____