UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179 |
| | SECTION "J" |
| THIS DOCUMENT RELATES TO: ALL CASES | |
| | JUDGE BARBIER |

**STIPULATION REGARDING "WELL ADVISOR" USE BY TRANSOCEAN FOR MACONDO**

1. Attached as Deposition Exhibit 4686 to this Stipulation is a true copy of Transocean's "Well Advisor" tool.  This exhibit, together with its native form Excel file (TRN-MDL-00867751.xls), are stipulated to be business records of Transocean and admissible in evidence, along with this Stipulation.

2. The Well Advisor is a spreadsheet tool, authored by Transocean's Well Operations Group, available to be used, at their discretion, by a Transocean senior drilling crew and/or the rig manager performance to assist in evaluating a customer's well design planning.

1066575_1.DOCX

3. For Macondo, Transocean's vessel management (both on the rig and shoreside) elected to use Well Advisor to evaluate the well's kick tolerance on or about February 6, 2010, when the DEEPWATER HORIZON was at MC 252 and about to commence drilling operations. Other spreadsheet tabs of Well Advisor (Well Review Checklist, Well Overview, Maximum Pressure @ BOP & Surface, Pore Pressure, Mud, & Fracture Pressure Chart, Well Control Preparation Checklist) were <u>not</u> used by Transocean at Macondo.

4. Also attached to this Stipulation are Deposition Exhibits 4902 and 5696, email strings dated February 2010, and an Well Advisor spreadsheet that reflects the kick tolerance evaluation undertaken and described in Paragraph 3 of this Stipulation. These exhibits are true copies, are business records of Transocean, and are stipulated to be admissible in evidence.

Respectfully submitted,

/s/ Don K. Haycraft
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Robert C. "Mike" Brock
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone: (202) 662-5985

**Attorneys for BP**

1066575_1.DOCX

3

Steven L. Roberts
Rachel Giesber Clingman
Kent C. Sullivan
Teri L. Donaldson
Sutherland Asbill & Brennan LLP
1001 Fannin Street, Suite 3700
Houston, Texas  77002
Telephone:  (713) 470-6100

Kerry J. Miller
Frilot, L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, Louisiana  70163
Telephone:  (504) 599-8169

Edwin G. Preis, Jr.
Edward F. Kohnke IV
Preis & Roy PLC
102 Versailles Boulevard, Suite 400
Lafayette, Louisiana  70501
Telephone:  (337) 237-6062
–and –
601 Poydras Street, Suite 1700
New Orleans, Louisiana  70130
Telephone:  (504) 581-6062

**Of Counsel:**
Daniel O. Goforth
Goforth Geren Easterling LLP
4900 Woodway, Suite 750
Houston, Texas  77056
Telephone:  (713) 650-0022

John M. Elsley
Royston, Rayzor, Vickery & Williams LLP
711 Louisiana Street, Suite 500
Houston, Texas  77002
Telephone:  (713) 224-8380

Brad D. Brian
Allen M. Katz
Munger Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California  90071
Telephone:  (213) 683-9100

**Counsel for Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Deepwater Inc., and Transocean Offshore Deepwater Drilling Inc.**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 28th day of November, 2011.

/s/ Don K. Haycraft
Don K. Haycraft