**From:** Ambrose, Bill (Houston)
**Sent:** Sunday, May 16, 2010 5:12 AM
**To:** Garza, Vicki (Houston)
**Subject:** FW: Macondo KT

Log this email.

**PRIVILEGED AND CONFIDENTIAL**
ATTORNEY-CLIENT COMMUNICATION, DOCUMENT(S) PREPARED IN ANTICIPATION OF LITIGATION

---

Thanks,

Bill

---

**BILL AMBROSE**
TRANSOCEAN | 4 GREENWAY PLAZA, HOUSTON, TX 77046 | OFFICE 713 232 7600 | CELL 713.377.8360 | bill.ambrose@deepwater.com

---

**From:** Johnson, Paul (Houston)
**Sent:** Monday, May 10, 2010 10:49 AM
**To:** Ambrose, Bill (Houston)
**Subject:** FW: Macondo KT


Regards
Paul Johnson
Rig Manager Performance DWH
Office  832 587 8533
Mobile  281 685 6524

**From:** Sannan, Bill (Houston)
**Sent:** Saturday, February 13, 2010 4:29 PM
**To:** Johnson, Paul (Houston); Winslow, Daun (Houston)
**Subject:** RE: Macondo KT

Approved.

Regards,

Bill Sannan
General Manager - North America
Transocean Offshore Deepwater Drilling Inc.

832-587-8763 (office)
713-502-1634 (cell)
bill.sannan@deepwater.com


-----Original Message-----
**From:** Johnson, Paul (Houston)
**Sent:** Friday, February 12, 2010 7:04 AM
**To:** Sannan, Bill (Houston); Winslow, Daun (Houston)
**Subject:** FW: Macondo KT
**Importance:** High

4902
Exhibit No. _____
Worldwide Court
Reporters, Inc.

Bill, can you please approve.

Regards
Paul

**From:** Johnson, Paul (Houston)
**Sent:** Tuesday, February 09, 2010 10:03 AM
**To:** Sannan, Bill (Houston)
**Cc:** Winslow, Daun (Houston); Johnson, Paul (Houston); DWH, OIM (Deepwater Horizon)
**Subject:** FW: Macondo KT
**Importance:** High

Bill,
As per Section 1 Sub section 2.1 of the HQS-OPS-HB-01 Well control manual.
I require your approval to proceed with drilling operations with a Kick tolerance of less than 25bbls.

Could you please review the attached spread sheet and approve for us to continue. As you are aware this is the same well that the Marianas was on.

Regards
Paul

**From:** DWH, OIM (Deepwater Horizon)
**Sent:** Saturday, February 06, 2010 9:55 AM
**To:** Johnson, Paul (Houston)
**Subject:** FW: Macondo KT

Paul, When you have time please review tab "B" kick tolerance. As you will see we have no kick tolerance on Macondo using TOI criteria which is not unusual for the Gulf Of Mexico. I am require to pass this information on to you and if you would please forward to the Division Manager or Business Unit Director of Operations Performance for Approval as per requirements (see tab "C" "Well Overview"). In the pass the Gulf of Mexico had an exemption renewed yearly to drill with less than a 25 bbl kick tolerance, but starting last year we are only required to inform you if it is 50 bbls to 25 bbls and the District Manager if it is less that 25 bbls. I will need e-mails giving us approval to proceed.


Rodney J. Ryan

Offshore Installation Manager (OIM)

Transocean Inc.

Deepwater Horizon

713-232-8262 or 713-232-8265 Phone

713-232-8268 Fax

oim.dwh@deepwater.com


This email and any files transmitted with it from Transocean Offshore Deepwater Drilling, Inc. are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the sender.

**From:** DWH, Toolpusher (Deepwater Horizon)

CONFIDENTIAL

TRN-INV-00690289

**Sent:** Saturday, February 06, 2010 7:48 AM
**To:** DWH, OIM (Deepwater Horizon)
**Subject:** FW: Macondo KT


**JASON ANDERSON**
**TOOLPUSHER**
**TRANSOCEAN DEEPWATER HORIZON**
**toolpusher.dwh@deepwater.com**
**713-232-8262**

---

**From:** DWH, AsstDriller (Deepwater Horizon)
**Sent:** Saturday, February 06, 2010 6:12 AM
**To:** DWH, Toolpusher (Deepwater Horizon)
**Subject:** WELL ADVISOR.xls

CONFIDENTIAL
TRN-INV-00690290