| | |
|---|---|
| **From:** | DWH, OIM (Deepwater Horizon) |
| **Sent:** | Saturday, February 06, 2010 3:55 PM |
| **To:** | Johnson, Paul (Houston) |
| **Subject:** | FW: Macondo KT |
| **Attachments:** | WELL ADVISOR.xls |

Paul, When you have time please review tab "B" kick tolerance. As you will see we have no kick tolerance on Macondo using TOI criteria which is not unusual for the Gulf Of Mexico. I am require to pass this information on to you and if you would please forward to the Division Manager or Business Unit Director of Operations Performance for Approval as per requirements (see tab "C" "Well Overview"). In the pass the Gulf of Mexico had an exemption renewed yearly to drill with less than a 25 bbl kick tolerance, but starting last year we are only required to inform you if it is 50 bbls to 25 bbls and the District Manager if it is less that 25 bbls. I will need e-mails giving us approval to proceed.

Rodney J. Ryan
Offshore Installation Manager (OIM)
Transocean Inc.
Deepwater Horizon
713-232-8262 or 713-232-8265 Phone
713-232-8268 Fax
oim.dwh@deepwater.com

This email and any files transmitted with it from Transocean Offshore Deepwater Drilling, Inc. are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the sender.

---

**From:** DWH, Toolpusher (Deepwater Horizon)
**Sent:** Saturday, February 06, 2010 7:48 AM
**To:** DWH, OIM (Deepwater Horizon)
**Subject:** FW: Macondo KT

JASON ANDERSON
TOOLPUSHER
TRANSOCEAN DEEPWATER HORIZON
toolpusher.dwh@deepwater.com
713-232-8262

---

**From:** DWH, AsstDriller (Deepwater Horizon)
**Sent:** Saturday, February 06, 2010 6:12 AM
**To:** DWH, Toolpusher (Deepwater Horizon)
**Subject:** WELL ADVISOR.xls

5696

Exhibit No. _____
Worldwide Court
Reporters, Inc.

CONFIDENTIAL

TRN-MDL-00697758

CONFIDENTIAL



**Welcome to Well Advisor**

| A Well Review Checklist | Comments: |
|---|---|
| B Input Kick Tolerance Data | Enter data in Kick Tolerance sheet first. |
| C Well Overview | ENTER DATA IN YELLOW CELLS ONLY |
| D Maximum Pressure @ Wellhead | Revised 1st April 2009 |
| E Pore Pressure, Mud & Fracture Weights Chart (Click PP,MW & FP tab) | |
| F Well Control Preparation Checklist | |
| G Post Well Review | |
| H Conversions | For your queries contact |
| Help | wog@mail.deepwater.com |

TRN-MDL-00687759

CONFIDENTIAL

TRN-MDL-00697760

CONFIDENTIAL

WELL REVIEW CHECKLIST

Rig Name
Well Name

| A |
|---|
| 1 |
| 2 |
| 3" |
| 4 |
| 5 |
| 6" |
| B |
| 7" |
| 8 |
| 9 |
| 10" |
| 11a |
| 11b |
| 11c" |
| 12a |
| 12b |
| 12c |
| 13 |
| 14 |
| 15" |
| C |
| 16" |

Transocean
Well Operations Group, Houston

wcg@mail.deepwater.com

TRN-MDL-00697761

CONFIDENTIAL

TRN-MDL-00697762

Location Assessment
Review the well location, well trajectory profile and plan view in the well program.
Provide a Mooring analysis as appropriate. (Floater)
Provide a riser analysis and/or review conductor tension for the location as appropriate. (Floater) "
Review/discuss Well Specific Operating Criteria. (Floater)
Are there any outstanding issues with the site survey/foundation data? (Jack Up)
For re-entries or workovers, determine the airgap of rigs which previously worked on the well and adjust accordingly."
Well Control - Shallow Gas (Prior to BOP)
Has a satisfactory Shallow Gas assessment been performed which addresses the Transocean shallow gas policy? "
Has a seismic map showing surface and bottom hole locations been provided?
Has a bright spot analysis been performed?
Is there a possibility of encountering a shallow reservoir?
Has the planned well location been moved to avoid shallow gas or potential shallow water flows?
Has there or will there be a pilot hole drilled? A pilot hole should be drilled to the casing point in areas of possible shallow gas."
Has a shallow gas contingency plan been developed?

Does the contingency plan reflect the method of well control?

Does the contingency plan allow for rapid well detection, securing of the unit, activation of the de
luge system  and evacuation of personnel with simple yet specific instructions?"
In areas of potential shallow gas a non-ported float valve should be run in the BHA.
For casing drilling, a dual high pressure differential opening float collar should be used.
Diverter-less drilling will require a dispensation from Transocean well control policy.
For casing drilling, a dual high pressure differential opening float collar should be used.

Diverter-less drilling will require a dispensation from Transocean well control policy.
Where applicable, Bit nozzles and BHA should allow for LCM to be pumped without clogging.
Are plans in place for the diverter system to be function tested?
Has the diverting procedure been formalized and posted, with the crew trained in implementation through regularly conducted drills?"
Well Control - General.
If differences exist between standard Transocean practices and the operator requirements, has a brid
ging document been prepared and approved? Are rig specific well control procedures in place?"

Transocean
Well Operations Group, Houston                              wcg@mail.deepwater.com

wcg@mail.deepwater.com

| Rig A | Operator | Client A | | YES | NO | N/A | Well Con Ref # | Comments |
|-------|----------|----------|---|-----|-----|-----|---------------|----------|
| 123456 | Date | 1-Jan-08 | | | | | | |

Audit
Audit"

Audit"

Transocean
Well Operations Group, Houston

CONFIDENTIAL

CONFIDENTIAL



Transocean
Well Operations Group, Houston

wcg@mail.deepwater.com

TRN-MDL-00697764

Has a review of operator and Transocean offset data been performed?
(To include mud weights used, casing shoes, drilling problems, any well control problems, highlights, lowlights)"
On production platforms are plans in place for nearby wells to be monitored for signs of pressure at the annuli? "
Are there existing plans to avoid other well paths?

Are any SIMOPS planned on the platform which may affect well operations?
Has a temperature profile been provided?

Are well control equipment rubber goods/elastomers suitable for the expected circulating temperature? "
Are Lithology and Stratigraphy columns including depth uncertainty available?
Have pore pressure and fracture gradient profiles been provided?
Compare these profiles with the leak off/formation integrity tests planned for each section.
Is the planned Kick Tolerance greater than 50bbls in each hole section of the well?
Refer to Well control manual for exemption procedure & required levels of dispensation.
Determine the max anticapated wellhead pressures possible for each section and compare with BOP rating.
"
Determine the max anticapated wellhead pressures possible for each section and compare with Wellhead rating.
"
Determine the max anticapated wellhead pressures possible for each section and compare with casing burst pressures for each relevant section."
Review the proposed BOP pressure test schedule and casing pressure test schedule.
Review the ram configuration for the well or each hole section as applicable.
Review the kill and choke line configurations.
Are any Well Control Dispensations required?
Drilling Hazards
Is there the potential for boulder-beds or channels?
Is there the potential for lost circulation? Is a mitigation plan in place?
Are any faults expected to be encountered?
Is any $H_2S$ expected to be encountered?
Is any $CO_2$ expected to be encountered?
What other formation hazard potential is know to exist? (Differential sticking, Over pressured shale's) "
Well Construction
The drilling program should be made available well in advance for review.
Ensure that all parties have the same and latest version.
Ensure that any amendment is properly communicated to Onshore and Offshore personnel.

The drilling program should be made available well in advance for review.
Review offset data as per item #17 above.
FLUIDS: Review the fluids planned WBM/OBM/SBM for the well from the following perspectives:
(i) environmental containment

wcg@mail.deepwater.com

CONFIDENTIAL

TRN-MDL-00697765

wcg@mail.deepwater.com

Audit

Audit

Transocean
Well Operations Group, Houston

CONFIDENTIAL

CONFIDENTIAL

TRN-MDL-00697767

| |
|---|
| 35b |
| 35c |
| 35d |
| 35e |
| 36" |
| 37a" |
| 37b" |
| 38 |
| 39" |
| 40 |
| 41" |
| 42 |
| F |
| 43 |
| 44" |
| 45" |
| 46 |
| 47 |
| 48 |
| 49 |
| 50" |

CONFIDENTIAL

(ii) safety concerns & availability of MSDS
(iii) maximum weights capable of being stored on board,
(iv) compatibility with rubber goods / elastomers,
(v) LCM on board
FLUIDS: Are there any cuttings cleaning or zero discharge requirements which may require installation and rig modification?"
CASING: Is the casing design similar to offset wells? Is there a contingency liner or other contingency plan in place? "
CASING: If casing program is significantly different (shoe depths, number of casing/liner strings, w
all thickness, diameter, grade, TOC), ascertain reasoning. "
CEMENT: Review the cement thickening time vs. planned mixing, displacement time and offset data
CEMENT: Establish minimum WOC time before removing stack. (Special attention necessary when a slip and seal type wellhead is in use)"
CEMENT: Review the expected ECDs during cementing vs. leak off test and fracture gradient
CEMENT: Discuss the cement placement method -- are any problems foreseen with regard to equipment or operation? "
CEMENT: Is there a contingency plan for top up job in place? (Jack Up)
Rig Site Operations
What is the maximum anticipated hook load? (versus equipment limitations).
Discuss drillpipe & landing string tensile rating – Review the allowable tensile capacity versus depth & overpull requirement."
Discuss any other potential equipment limitations versus the planned well program: (derrick, drawworks, rotary table, TDS, mud pumps, other). "
Are any Simultaneous Operations planned? A separate SIMOPS study may be required.
Manned Platform (Jack Up) –  Are Emergency Procedures and operating parameters in place?
Well Testing operations will require a separate series of meetings (HAZID/HAZOP) and/or CWOP.
Work over operations will require a separate series of meetings / HAZID / HAZOP.
Critical or non-standard operations such as HPHT, surface BOPs or managed pressure drilling will req
uire a separate series of meetings / HAZID / HAZOP."

TRN-MDL-00697768

wcg@mail.deepwater.com

Transocean
Well Operations Group, Houston

CONFIDENTIAL

CONFIDENTIAL

Transocean Kick Tolerance

Weak Point Data

| Casing/ Liner Size | | Casing Shoe Depths |
| --- | --- | --- |
| in | | TVD ft |
| 18.000 | | 8,969 |
| 16.000 | | 12,250 |
| 13.625 | | 15,300 |
| 11.75 | | 17,000 |

Operators Kick Tolerance

Weak Point Data

| Casing/ Liner Size | | Casing Shoe TVD |
| --- | --- | --- |
| in | | TVD ft |
| 18.00 | | 8,969 |
| 16.00 | | 12,250 |
| 13.63 | | 15,300 |
| 11.75 | | 17,000 |
| | | |
| | | |
| | | |
| | | |
| | | |

Note:
' If the KT for a swabbed kick is required, the value of Pf should be taken as the value of the mud hy
' drostatic in use (i.e. the pressure of the swabbed in gas bubble is equal to the hydrostatic of the mud column."                    "

' This methodology gives a higher KT since no kick intensity is incorporated & should not be confused when dealing with KT
' calculations."                    "

TRN-MDL-00697770

CONFIDENTIAL

| | Open Hole Data | | | | | | Drill String Data | | | Other Data |
|---|---|---|---|---|---|---|---|---|---|---|
| | LOT/FIT EMW | Hole Angle @ Shoe | Hole Size | Hole Angle @ TD | Section TD | | Drill Collar Length | Drill Collar OD | Drill Pipe OD | Mud Weight @ TD |
| MD ft | ppg | ° | in | ° | TVD ft | MD ft | ft | in | in | ppg |
| 8,969 | 12.0 | 0.0 | 18.13 | 0.0 | 12,250 | 12,250 | 300 | 8.25 | 6.63 | 11.80 |
| 12,250 | 13.6 | 0.0 | 16.50 | 0.0 | 15,300 | 15,300 | 300 | 8.25 | 6.63 | 13.10 |
| 15,300 | 14.7 | 0.0 | 12.25 | 0.0 | 17,000 | 17,000 | 300 | 8.25 | 6.63 | 13.50 |
| 17,000 | 15.2 | 0.0 | 12.25 | 0.0 | 19,650 | 19,650 | 300 | 8.25 | 6.63 | 14.60 |

| | Open Hole Data | | | | | | | Drill String Data | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | LOT/FIT EMW | Hole Angle @ Shoe | Hole Size | Hole Angle @ TD | Section TD | | Max PP | Drill Collar Length | Drill Collar OD | Drill Pipe OD |
| MD ft | ppg | ° | in | ° | TVD ft | MD ft | ppg | ft | in | in |
| 8,969 | 12.00 | 0.0 | 18.13 | 0.0 | 12,250 | 12,250 | 11.60 | 300 | 8.25 | 6.63 |
| 12,250 | 13.60 | 0.0 | 16.50 | 0.0 | 15,300 | 15,300 | 12.90 | 300 | 8.25 | 6.63 |
| 15,300 | 14.70 | 0.0 | 12.25 | 0.0 | 17,000 | 17,000 | 13.30 | 300 | 8.25 | 6.63 |
| 17,000 | 15.20 | 0.0 | 12.25 | 0.0 | 19,650 | 19,650 | 14.40 | 300 | 8.25 | 6.63 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

**Units:** *oil field*

| Annular Back Pressure @ SCR (psi) | Choke Operator Error (psi) | Kick Intensity (ppg) | Swabbed Kick | Influx Gradient (psi/ft) | KT (bbls) |
|---|---|---|---|---|---|
| 50 | 100 | 0.50 | No | 0.1 | No KT |
| 50 | 100 | 0.50 | No | 0.1 | No KT |
| 50 | 100 | 0.50 | No | 0.1 | 65.1 |
| 50 | 100 | 0.50 | No | 0.1 | No KT |

**Other Data**

| Mud Weight @ TD (ppg) | Annular Back Pressure @ SCR (psi) | Choke Operator Error (psi) | Influx Gradient (psi/ft) | KT (bbls) |
|---|---|---|---|---|
| 11.80 | 50 | 100 | 0.1 | 28.8 |
| 13.10 | 50 | 100 | 0.1 | 106.6 |
| 13.50 | 50 | 100 | 0.1 | 161.1 |
| 14.60 | 50 | 100 | 0.1 | 83.5 |

CONFIDENTIAL

CONFIDENTIAL

TRN-MDL-00697773

Yes
No

### Annular Capacity & Volume Around Drill Collars

| | | Annular Capacity Around DP | True Vertical Height Of BHA | TD Vmax Volume Around DP |
|---|---|---|---|---|
| bbls/ft | bbls | bbls/ft | ft | bbls |
| 0.2530 | 75.90 | 0.2765 | 300 | 0.0 |
| 0.1984 | 59.51 | 0.2218 | 300 | 0.0 |
| 0.0797 | 23.90 | 0.1031 | 300 | 31.2 |
| 0.0797 | 23.90 | 0.1031 | 300 | 0.0 |
| 0.0000 | 0.00 | 0.0000 | | |
| 0.0000 | 0.00 | 0.0000 | | |
| 0.0000 | 0.00 | 0.0000 | | |
| 0.0000 | 0.00 | 0.0000 | | |
| 0.0000 | 0.00 | 0.0000 | | |
| 0.0000 | 0.00 | 0.0000 | | |

### Annular Capacity Around Drill Collars

| | | Annular Capacity Around DP | True Vertical Height Of BHA | TD Vmax Volume Around DP |
|---|---|---|---|---|
| bbls/ft | bbls | bbls/ft | ft | bbls |
| 0.2530 | 75.90 | 0.2765 | 300 | 0 |
| 0.1984 | 59.51 | 0.2218 | 300 | 58 |
| 0.0797 | 23.90 | 0.1031 | 300 | 137 |
| 0.0797 | 23.90 | 0.1031 | 300 | 61 |
| 0.0000 | 0.00 | 0.0000 | | |
| 0.0000 | 0.00 | 0.0000 | | |
| 0.0000 | 0.00 | 0.0000 | | |
| 0.0000 | 0.00 | 0.0000 | | |
| 0.0000 | 0.00 | 0.0000 | | |
| 0.0000 | 0.00 | 0.0000 | | |

"          "   "          "          "

"          "   "          "          "

CONFIDENTIAL

Formation Strength @ Shoe   Safety Margin  Pmax  Pf     Hmax  TD Vmax  Weak Point Vmax   Convert Vmax With Boyle's Law to V1

| psi | psi | psi | psi | ft | bbls | bbls | bbls |
|---|---|---|---|---|---|---|---|
| 5,597 | 150 | -57 | 7,835 | -731 | -184.8 | -202.0 | -144.3 |
| 8,663 | 150 | 169 | 10,820 | -395 | -78.3 | -87.5 | -70.1 |
| 11,695 | 150 | 805 | 12,376 | 603 | 55.1 | 62.1 | 58.7 |
| 13,437 | 150 | 380 | 15,429 | -198 | -15.8 | -20.4 | -17.8 |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

Formation Strength @ Shoe   Safety Margin  Pmax  Pf     Hmax  TD Vmax  Weak Point Vmax   Convert Vmax With Boyle's Law to V1

| psi | psi | psi | psi | ft | bbls | bbls | bbls |
|---|---|---|---|---|---|---|---|
| 5,597 | 150 | 187 | 7,389 | 138 | 34.8 | 38.0 | 28.8 |
| 8,663 | 150 | 446 | 10,263 | 564 | 118.0 | 125.0 | 105.6 |
| 11,695 | 150 | 1,114 | 11,757 | 1,630 | 161.1 | 168.2 | 167.3 |
| 13,437 | 150 | 707 | 14,714 | 887 | 84.4 | 91.4 | 83.5 |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

TRN-MDL-00697774

CONFIDENTIAL

Chart Data

| in | TVD ft |
|---|---|
| 18.00 | 4,080 |
| 18.00 | 8969 |
| 16.00 | 4080 |
| 16.00 | 12250 |
| 13.63 | 5500 |
| 13.63 | 15300 |
| 11.75 | 4080 |
| 11.75 | 17000 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

TRN-MDL-00697775

Pore Pressure
Mud Weight
LOT

| 7.1 | 7.1 | 7.2 | 7.2 | 7.3 | 7.3 | 7.4 | 7.4 | 7.5 | 7.5 | 7.6 | 7.6 | 7.7 | 7.7 | 7.8 | 7.8 | 7.9 | 7.9 | 8.0 | 8.0 |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|

CONFIDENTIAL

Transocean, Well Operations Group, Houston: wog@deepwater.com

CONFIDENTIAL

CONFIDENTIAL

| 1 | Rig Name |
|---|---|
| 2 | Operator |
| 3 | Rig Type |
| 4 | Type of Well |
| 5 | Well Name |
| 6 | Country |
| 7 | Well Location |
| 8 | Well Profile |

Weak Point Data
Casing or Liner



| 28 | Casing |
|----|--------|
| 29 | Casing |
| 30 | Liner |
| 31 | Casing |
| 32 | Liner |
| 33 | |
| 34 | |
| 35 | |
| 36 | |
| 37 | |

Open Hole

| | Inches |
|----|--------|
| 38 | 17.50 |
| 39 | 13.00 |
| 40 | 12.25 |
| 41 | 8.50 |
| 41 | 8.50 |
| 41 | 8.50 |
| 42 | 6.00 |
| 43 | |
| 44 | |
| 45 | |
| 46 | |
| 47 | |

TRN-MDL-00697778

CONFIDENTIAL

Rig A
XYZ
Floater
Development
Deep 1
GOM
Open Water
Vertical

| | |
|---|---|
| 9 | Well TD, TVD |
| 10 | Water Depth |
| 11 | Air Gap |
| 12 | Wellhead Depth |
| 13 | Gas Density |
| 14 | Fresh/Sea Water |

Open Hole Data

| Size Inches | Shoe TVD ft | Inc ° | LOT/FIT ppg | Liner Top TVD ft | Size Inches |
|---|---|---|---|---|---|
| 18.00 | 8,969 | 0 | 12.0 | | 18.13 |
| 16.00 | 12,260 | 0 | 13.6 | | 16.50 |
| 13.63 | 15,300 | 0 | 14.7 | 5,500 | 12.25 |
| 11.75 | 17,000 | 0 | 15.2 | | 12.25 |
| | | | | 12,500 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Hazards / Critical Success Factors for Well Operations

Salt Domes
Salt Domes
Hole Cleaning
Lost Circulation
Lost Circulation
Lost Circulation
Gas/Oil/Water Kick

Lost Circulation
Soft Unconsolidated Sediments
Abnormal Pr Zone
Abnormal Pr Zone
Abnormal Pr Zone
Reservior

TRN-MDL-00697779

CONFIDENTIAL

## *Well Overview*

| | |
|---|---|
| 20,000 | ft |
| 4,000 | ft |
| 80 | ft |
| 4,080 | ft |
| 0.1 | psi/ft |
| 8.6 | ppg |

**Units:**     **oil field**

Section TD

| | | Inc |
|---|---|---|
| **TVD ft** | **MD ft** | |
| 12,250.00 | 12,250.00 | 0 |
| 15,300.00 | 15,300.00 | 0 |
| 17,000.00 | 17,000.00 | 0 |
| 19,650.00 | 19,650.00 | 0 |
| | | |
| | | |
| | | |
| | | |
| | | |

Rig Managers Comments

Refer to offset well X

TRN-MDL-00697780

15
16
17
18
19
20

| DC OD inches |
| --- |
| 8.25 |
| 8.25 |
| 8.25 |
| 8.25 |

Drilling Fluid

WBM
OBM
OBM
OBM
OBM
OBM
OBM

CONFIDENTIAL

CONFIDENTIAL

| Well Environment | |
|---|---|
| Specify Non Std Operation | |
| Proposed Completion | |
| Expected Reservoir Fluid | |
| Associated Reservoir Fluid | |

Non Standard
MPD
Well Test
Condensate
Water

Transocean KT

| DP OD Inches | MW @ TD PPG | Max PP PPG | bbls |
|---|---|---|---|
| 6.63 | 11.80 | 11.6 | No KT |
| 6.63 | 13.10 | 12.9 | No KT |
| 6.63 | 13.50 | 13.3 | 55 |
| 6.63 | 14.60 | 14.4 | No KT |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Casing/Liner

| | Size Inches | Weight lbs/ft | MW PPg |
|---|---|---|---|
| 48 | 18.00 | 133 | 8.4 |
| 49 | 16.00 | 72 | 11.8 |
| 50 | 13.63 | 60 | 13.1 |
| 51 | 11.75 | 53.5 | 13.5 |
| 52 | | 35 | |
| 52 | | 35 | |
| 52 | | 35 | |
| 53 | | | |
| 54 | | | |
| 55 | | | |
| 56 | | | |
| 57 | | | |
| 58 | | | |

TRN-MDL-00697782

CONFIDENTIAL

TRN-MDL-00697783

| | | | |
|---|---|---|---|
| 21 | Start Date | | 2-Oct-09 |
| 22 | Planned Days | | 60 |
| | Forecast End Date | | 1-Dec-09 |
| 23 | BOP rating (psi) | | 10,000 |
| 24 | Wellhead Rating (psi) | | 10,000 |
| 25 | Max Temp at Well TD | | 151° C |
| 26 | Max Circ Temp @ BOP | | 85° C |
| 27 | Seabed Temperature | | 5° C |

| Operators KT | MW - PP Margin | Over- Balance | MAASP [no SF] | Max Press @ BOP | Max Press @ Surface |
|---|---|---|---|---|---|
| bbls | ppg | psi | psi | psi | psi |
| 29 | 0.2 | 127 | 93 | 6,108 | 6,108 |
| 106 | 0.2 | 159 | 319 | 7,846 | 7,846 |
| 161 | 0.2 | 177 | 965 | 10,465 | 10,057 |
| 83 | 0.2 | 204 | 530 | 12,145 | 12,145 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| Casing/LinerWeight | Landing String Weight | | Estimated Hook Load | LS Ten Cap 90% | Landing String Concern? |
|---|---|---|---|---|---|
| lbs | lbs/ft | lbs | lbs | lbs | |
| 666,771 | 55.8 | 198,441 | 765,212 | 1,000,000 | OK |
| 482,170 | 55.8 | 186,612 | 668,782 | 1,000,000 | OK |
| 470,292 | 55.8 | 245,464 | 715,756 | 1,000,000 | OK |
| 548,624 | 55.8 | 180,698 | 729,322 | 1,000,000 | OK |
| | 55.8 | 56 | | 1,000,000 | |
| | 55.8 | 66 | | 1,000,000 | |
| | 55.8 | 66 | | 1,000,000 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

CONFIDENTIAL

| Type of Rig | Risk |
|---|---|
| Jack-Up | 2 |
| Floater | 3 |

| Type of Well | Risk |
|---|---|
| Wildcat | 3 |
| Exploration | 2 |
| Appraisal | 2 |
| Development | 2 |
| Completion | 2 |
| Workover | 1 |
| **Units** | |
| Oil Field | |
| Metric | |
| SI | |
| **Well Location** | **Risk** |
| Open Water | 3 |
| Platform | 2 |
| Subsea Field | 2 |
| **Well Profile** | **Risk** |
| Directional | 2 |
| Horizontal | 2 |
| Multilateral | 3 |
| Vertical | 1 |
| **Well Environment** | **Risk** |
| Deepwater | 2 |
| HPHT | 10 |
| Non Standard | 10 |
| Slim Hole | 3 |
| Standard | 1 |
| Under Balance | 5 |
| Under Balance | 5 |
| Under Balance | 5 |
| **Proposed Completion** | |
| Complete | |
| Well Test | |
| P & A | |
| Suspend | |
| **Expected Reservoir Fluid** | **Risk** |
| Condensate | 4 |

| Hazards | Risk |
|---|---|
| Abnormal Pr Zone | 2 |
| Ballooning | 2 |
| Basement Drilling | 2 |
| Bathymetry | 2 |
| Buried Faulting or Channels | 2 |
| Chaotic Zone | 2 |
| Chemo-synthetic Communities | 2 |
| CO2 | 2 |
| Debri | 2 |
| Depletion | 2 |
| Dogleg Severity | 2 |
| Faults | 2 |
| Gas/Oil/Water Kick | 2 |
| H2S | 2 |
| Hole Cleaning | 2 |
| Hydrates | 2 |
| Land/Mud Slides | 2 |
| Lost Circulation | 2 |
| Pipelines | 2 |
| Reservior | 2 |
| Salt Domes | 2 |
| Seabed Expulsion Features | 2 |
| Shallow Gas | 2 |
| Shallow Water Flow | 2 |
| Shipwrecks | 2 |
| Soft Unconsolidated Sediments | 2 |
| Stuck Pipe Risk | 2 |
| Transition Zone | 2 |
| Tripping | 2 |
| Wellbore Stability | 2 |
| **Drilling Fluid** | **Risk** |
| SW | 1 |
| SW | 1 |
| SW | 1 |
| OBM | 3 |
| WBM | 1 |
| Brine | 1 |
| Drill - In Fluid | 1 |
| **Non Standard** | |
| SBOP | |
| CAPM | |

Landing String

| | Casing | Liner |
|---|---|---|
| BF | lbs | lbs |
| 0.87164 | 198441 | 0 |
| 0.81968 | 186612 | 0 |
| 0.79982 | 182089 | 245464 |
| 0.79370 | 180698 | 0 |
| | #VALUE! | #VALUE! |

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

TRN-MDL-00697784

CONFIDENTIAL

For Hydrate, if Water Depth >1000ft

| 59 | Pressure @ BOP |
| 60 | Seabed Temperature |
| 61 | Hydrate Equilibrium Temperature |

**Notes:**

Casing weight calculation uses TVD, well inclination is not considered.

" "     While drilling the well the kick tolerence should be re-calculated for the actual LOT & mud weights."

" "     If seabed temperature is less than the hydrate equilibrium temperature then hydrate remediation may be required."

Risk Score

| <15 |
| 15-25 |
| >25 |

**Transocean, Well Operations Group, Houston :wog@deepwater.com**

TRN-MDL-00697785

| 1789 psi |
| 5.0° C |
| 18.0° C |

Low Risk
Med Risk
High Risk

CONFIDENTIAL

TRN-MDL-00697786



63  64  65  66    68    70

67"

69"



Well Type
>50 bbls
25 bbls to 50 bbls
<25 bbls

CONFIDENTIAL

CONFIDENTIAL

**ALERT MESSAGES**

| |
|---|
| High Risk Well. Please refer to Operations Manager & Well Operations Group |
| Non Standard. Inform Operations Manager & Well Operations Group for Program Review |
| |
| Max Surface Pressure Exceeds 80% of BOP Rating |
| Max Surface Pressure Exceeds 80% of Wellhead Rating" |
| Refer to HPHT Checklist. Temperature in Excess of 150° C |
| Refer to HPHT Checklist. Possible BOP Pressures in Excess of:" |
| Hydrate Remediation May Be Required - Check With Operator |

TRN-MDL-00697788

62 Total 'RISK' Score=

Exploration & Apprasial

Floater
Development

HIGH RISK WELL

40

**10000"**   **psi"**

Exploration & Apprasial

Bottom Supported
Development

CONFIDENTIAL

CONFIDENTIAL

TRN-MDL-00697791

| Formation Water | 2 |
|---|---|
| Gas | 3 |
| Oil | 2 |
| **Associated Reservoir Fluid** | **Risk** |
| $CO_2$ | 2 |
| $H_2S$ | 5 |
| Water | |

| Riserless on Jack up |
|---|
| Under balance |
| MPD |
| HPHT>15000 psi |

Casing

Liner

"    "

"    "

### Risk Score

| Well Location | 3 |
|---|---|
| Type of Well | 3 |
| Well Environment | 10 |
| Non standard operation | 10 |
| Well Profile | 1 |
| Reservoir Fluid | 4 |
| Associated Reservoir Fluid | 9 |
| Add 3 for Temp in Excess of 150°C | 6 |
| KT | 2 |
| KT | 2 |
| KT | 2 |
| KT | 2 |
| KT | |

| KT | |
|---|---|
| Salt Domes | 2 |
| Hole Cleaning | 2 |
| Lost Circulation | 2 |
| Gas/Oil/Water Kick | 2 |
| | |
| | |
| | |
| | |
| Lost Circulation | 2 |
| Soft Unconsolidated Sediments | 2 |
| Abnormal Pr Zone | 2 |
| Reservoir | 2 |

.

CONFIDENTIAL

TRN-MDL-00697792

CONFIDENTIAL

TRN-MDL-00697793

CONFIDENTIAL

TRN-MDL-00697795

CONFIDENTIAL

TRN-MDL-00697796

CONFIDENTIAL

TRN-MDL-00697797



TRN-MDL-00697798

CONFIDENTIAL

Maximum Pressure @ BOP & Surface

Oil Field Units

Open Hole Size                                                    Last Casing Shoe

| Inches | TVD ft |
|--------|--------|
| 18.13 | 8,969 |
| 16.50 | 12,250 |
| 12.25 | 15,300 |
| 12.25 | 17,000 |
| | |
| | |
| | |
| | |
| | |

Maximum Wellhead Pressure & Surface Pressure For Well=

Minimum BOP Requirements=

" "                                                              "

TRN-MDL-00697799

CONFIDENTIAL

Shoe Strength

| ppg |
|---|
| 12.0 |
| 13.6 |
| 14.7 |
| 15.2 |
|  |
|  |
|  |
|  |
|  |

*PSI below the* **Maximum Working Pressure** *if exceeded, the next higher rated equipment should be used.*

*i.e. With a 500 psi safety factor & a 9,600 psi calculated BOP/Surface pressure, then 15,000 psi (15M) equipment should be used."*

TRN-MDL-00697800

CONFIDENTIAL

*Equipment Safety Factor* _____          | 500 | psi

Section TVD                    Mud Weight  Pore Pressure          Gas Density

| psi | TVD ft | ppg | ppg | psi | psi/ft |
|---|---|---|---|---|---|
| 5,597 | 12,250 | 11.8 | 11.6 | 7,389 | 0.1 |
| 8,663 | 15,300 | 13.1 | 12.9 | 10,263 | 0.1 |
| 11,695 | 17,000 | 13.5 | 13.3 | 11,757 | 0.1 |
| 13,437 | 19,650 | 14.6 | 14.4 | 14,714 | 0.1 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

15M                              Minimum Surface Equipment Requirements=

*Equipment Safety Factor:*
_____

"                    "                    "         "              "     "

MIP= Maximum Internal Pressure
_____          MP= Maximum Pressure
                                        _____

| 2M= | 2000 |
|---|---|
| 3M= | 3000 |
| 5M= | 5000 |
| 10M= | 10000 |
| 15M= | 15000 |
| 20M= | 20000 |

CONFIDENTIAL

**BOP Below Rotary Table:**       **4,080 ft**

| Pressure @ Shoe | MIP @ BOP | | Max Pressure With WP. | MP @ Surface | |
|---|---|---|---|---|---|
| | Weak Point | No Weak Point | | No Weak Point | Max Pressure With WP. |
| psi | psi | psi | psi | psi | psi |
| 7,061 | 5,108 | 6,572 | 5,108 | 6,164 | 5,108 |
| 9,958 | 7,846 | 9,141 | 7,846 | 8,733 | 7,846 |
| 11,587 | 10,573 | 10,465 | 10,465 | 10,057 | 10,057 |
| 14,449 | 12,145 | 13,157 | 12,145 | 12,749 | 12,145 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | 12144.8 | 13156.92 | 12144.8 | 12748.92 | 12144.8 |

15M

**BOP**

| 0 | 2000 | 0 |
|---|---|---|
| 0 | 3000 | 0 |
| 0 | 5000 | 0 |
| 0 | 10000 | 0 |
| 1 | 15000 | 1 |
| 2 | 20000 | 1 |

**Surface Equipment**

| 0 | 2000 | 0 |
|---|---|---|
| 0 | 3000 | 0 |
| 0 | 5000 | 0 |
| 0 | 10000 | 0 |
| 1 | 15000 | 1 |
| 2 | 20000 | 1 |

TRN-MDL-00697802

 

Transocean, Well Operations Group, Houston .wog@deepwater.com

TRN-MDL-00697804

CONFIDENTIAL



TRN-MDL-00697805

### Pore Pressure, Mud & Fracture Pressure Chart
Well Operations Group, Houston
wog@deepwater.com

| 18.00 | 16.00 | 13.63 | 11.75 | | | Pore Pressure | Mud Weight | LOT | Rig A | XYZ | Deep 1 |

CONFIDENTIAL

WELL CONTROL PREPAREDNESS CHECKLIST

BOPS

| |
|---|
| 1 |
| 2 |
| 3 |
| 4 |
| 5 |
| 6" |
| 7" |
| 8 |
| 9 |
| 10 |
| 11 |
| 12 |
| 13 |
| 14 |
| 15 |
| 16 |
| 17 |
| 18 |
| 19 |

SUBSEA SPECIFIC

| |
|---|
| 20" |
| 21" |
| 22 |
| 23" |
| 24" |
| 25" |
| 26 |
| 27" |

TRN-MDL-00697806

CONFIDENTIAL

**Revised: 8th May 2008**

| |
|---|
| What is the pressure rating of the BOP rams? |
| What is the pressure rating of the BOP bag type/annular preventer? |
| What is the maximum operating temperature for the elastomers in the BOP(s) ? |
| Are preventers (& elastomers) suitable/certified for H2S service? |
| Has the ram configuration been agreed with the client? |
| Is the working pressure of the annulars known with any necessary reduction in closing pressure pre-d etermined for large diameter casing (prevent exceeding collapse rating)?" |
| Does the ram configuration take into account future well operations (running casing / well testing etc)? " |
| Are casing rams required and are they available? |
| What are the maximum hang-off weights for each applicable ram, both fixed and variable? Has this been documented? |
| Is the shearing force confirmed to be sufficient to cut all of the tubulars in use? |
| Have Shearing procedures been discussed, agreed and procedures put in place? |
| Are plans in place for when non-shearable tubulars are across the stack (TRA / TSTP)? |
| Are stack-up drawing available and distances to rams from the rotary up to date? |
| Are there any sharp bends in choke or kill lines? If so are "Targets" installed? |
| Is the rig prepared for stripping operations? |
| Have stripping procedures been agreed? |
| Are the crews familiar with the function and operation of the stripping tank? |
| Is BOP third party certification up to date? |
| Are copies of all applicable certification & test records available? |

| |
|---|
| Are there acoustic and ROV back-up controls for the BOP? Are there procedures in place for functioning the stack using these back-up controls?" |
| Is the exact location and function of the pressure and temperature sensors mounted on the subsea BOP clearly understood? " |
| Is there a glycol injection system in the sub sea choke line? Where necessary, is this addressed in the procedures? |
| Do the procedures address the type of fluid to be maintained in the choke & kill lines and address a ny required displacement prior to circulating a kick?" |
| Are the procedures in place and clearly understood for accurately measuring choke line friction, kick circulation rate and initial SICP?" |
| Is the procedure for flushing gas trapped below the annular after circulating out a gas kick in place and clearly understood? " |
| Have shallow gas hydrates been considered as a well control hazard in deepwater well planning? |
| Where applicable, are there procedures in place (which are clearly understood) to ensure BOP and rel ated equipment functionality in case you are operating in Arctic / freezing conditions?" |

TRN-MDL-00697807



CONFIDENTIAL

TRN-MDL-00697808

CONFIDENTIAL

| 28" |
| --- |

ACCUMULATOR UNIT

| 29" |
| --- |
| 30" |
| 31 |
| 32 |

CHOKE MANIFOLD

| 33 |
| --- |
| 34 |
| 35 |
| 36" |
| 37 |
| 38 |
| 39 |
| 40" |
| 41 |
| 42 |
| 43 |
| 44" |
| 45 |

MUD-GAS SEPARATOR (POOR BOY)

| 46 |
| --- |
| 47 |
| 48" |
| 49 |
| 50 |
| 51 |
| 52 |
| 53 |
| 54 |

TRN-MDL-00697809

CONFIDENTIAL

TRN-MDL-00697810

| Where applicable, have Emergency Disconnect Sequences for all applicable scenarios been developed. ( To include subsea test trees and non-shearables across the stack, e.g., drilling, running casing, B HA across BOP, wire line, bit above the stack, during well control operations)" |
|---|

| Is the accumulator system designed such that the loss of an individual bottle and/or bank would not result in more than 25% loss of the total accumulator system capacity, i.e. isolation valves installed?" |
|---|
| Is a back-up power supply available to maintain accumulator pressure in case of failure of the prima ry power source? (e.g. electric pump connected to emergency generator)" |
| Can bag type/annular preventer closing pressure be regulated from the drill floor remote panel? |
| Are copies of all applicable certification and up to date test records available? |

| What is the pressure rating of the choke manifold on: (1) HP side (2) buffer side |
|---|
| Is the choke manifold suitable/certified for H2S service? |
| Are wall thickness tests conducted regularly and are the results available? |
| Can the Mud gas separator low pressure gauge be read from the choke position? If not, what plans are in place to monitor this gauge during a well kill operation?" |
| Is the remote panel on drill floor fully operational? |
| When were the chokes last inspected? |
| Are the chokes regularly flushed? |
| Do the procedure's clearly address how the choke manifold should be lined up while drilling to allow for a hard shut-in? " |
| Is there a line-up schematic for all of the various rigfloor manifolds posted on the drill floor? |
| Is a spare set of chokes and needles & the necessary tools to install available on-site? |
| Are chokes equipped with bleeder valves? |
| Is there a contingency for glycol/methanol injection to inhibit hydrates? Is this addressed in the procedures?" |
| Are copies of all applicable certification and up to date test records available? |

| What is the maximum gas handling capacity of the MGS? |
|---|
| What is length of "U" tube mud seal? |
| Is the U-tube seal adequate to prevent blow through to the shakers when circulating out an expected kick size" |
| What is the temperature rating? |
| What is the pressure rating? |
| Is the MGS suitable/certified for H2S service? |
| Are "as-built" drawings of the separator available on site? |
| Has a Low pressure (e.g. 15 psi) gauge been fitted and is it readable by the choke operator? |
| Is the liquid seal drained and flushed after use? |

CONFIDENTIAL

TRN-MDL-00697811

CONFIDENTIAL

| |
|---|
| 55" |
| 56 |
| 57 |

**DEGASSER (VACUUM or ATMOSPHERIC)**

| |
|---|
| 58 |
| 59" |
| 60 |
| 61 |

**RIG FLOOR EQUIPMENT**

| |
|---|
| 62" |
| 63" |
| 64 |
| 65 |
| 66 |
| 67 |
| 68 |
| 69 |

**WIRELINE OPERATIONS / PRESSURE CONTROL EQUIPMENT**

| |
|---|
| 70 |
| 71 |
| 72 |
| 73 |
| 74" |
| 75" |

**MUD PITS & MUD MIXING SYSTEM**

| |
|---|
| 76" |
| 77 |
| 78" |
| 79" |
| 80 |
| 81" |
| 82" |

TRN-MDL-00697812

CONFIDENTIAL

| |
|---|
| Is there a hot mud fill up line for the MGS (to limit loss of density of mud in the U-tube with hydrocarbon liquids)?" |
| Is there a contingency for blow through to the shakers? |
| Are copies of all applicable certification and up to date test records available? |

| |
|---|
| Are specification and as built drawings available on site? |
| Has the impact of the venting point on the hazardous area classification and potential H2S release been considered?" |
| Is the degasser suitable/certified for H2S service? |
| Are copies of all applicable certification available? |

| |
|---|
| Are full bore Kelly Cocks and inside BOP (Gray-valve(s)) available for all applicable sizes of  DP ( and DCs)  located on the rig floor, fully functional and stored in open position? " |
| Are x/overs available on the drill floor to easily install during a well control event while handling casing and DC's?" |
| Are all well control subs tested in the direction of flow expected during a well control event? |
| Is the test frequency at least equal to the BOP test frequency? |
| Are the tests recorded in the daily drilling reports? |
| When was the last test performed to full rated working pressure? |
| Are all components suitable/certified for H2S service? |
| Are copies of all applicable certification available? |

| |
|---|
| Has the proposed wireline equipment been evaluated as being suitable for the planned operation? |
| Can the cable be stripped out under pressure? |
| Is the wireline BOP capable of forming a seal on the cable in use? |
| Can the cable be sheared in all situations? |
| Is the function of the stuffing box understood? (Is it rated for stripping operations or is it only rated for sealing on a static cable?)" |
| If a well control situation occurs when using a wireline side entry sub, are procedures in place for  shutting in the well with the cable above and if applicable across the rigs BOPs?" |

| |
|---|
| Is a clear mud-pit diagram available, i.e. low-and high pressure system as well as all valves and with suction/overflow lines clearly identified?" |
| Can the system mix weighing material directly into the active tank? |
| What is the mud mixing capability for an appropriate range of mud weight increases? E.g. How much ti me is required to weight up the hole volume by 1ppg? This information is essential when determining  which well control method to use in addition to being a measurement of the efficiency of the mixing system." |
| Are the minimum stocks of weighting material/Cement/LCM/sulphide scavenger available on site at all times?" |
| Are maintenance & calibration records available? |
| Have all of the mud logging sensors been calibrated & synchronised in conjunction with the rig sensors?" |
| Have clear paths of communication been developed and agreed with the mud logging representatives onboard and any other applicable third parties?" |

CONFIDENTIAL

TRN-MDL-00697814

CONFIDENTIAL

| |
|---|
| 83" |

EMERGENCY GENERATOR

| |
|---|
| 84 |
| 85" |

DRILLS

| |
|---|
| 86 |
| 87 |
| 88 |
| 89 |

WELL CONTROL PROCEDURES

| |
|---|
| 90 |
| 91 |
| 92" |
| 93 |
| 94" |
| 95 |
| 96 |
| 97 |
| 98 |

SHALLOW GAS

| |
|---|
| 99" |
| 100 |
| 101 |
| 102" |
| 103 |
| 104 |
| 105" |
| 106 |
| 107 |

TRN-MDL-00697815

CONFIDENTIAL

| Are all overboard valves isolated and controlled using the permit to work system? This must include all overboard valves on the drainage system." |
|---|

| Are key safety systems connected to the emergency generator? |
|---|
| Does this include: "navigation lights", accommodation area, emergency route lights, fire and gas alarm system, communication system, BOP control system, fire pumps, bilge and ballast pumps?" |

| Are plans in place for drilling / pit / tripping & stripping well control drills? |
|---|
| Has the strip force required through the annular preventer been recorded for reference? |
| Are choke-drills held frequently and recorded? |
| Are H2S-drills held frequently and recorded? |

| Has the preferred well control method been determined in conjunction with the client? |
|---|
| Who is in charge of well control operations? |
| In the event of a kick, have the actions, roles and responsibilities been clearly identified in the procedures and clearly communicated to all?  (who does what)" |
| Is the method of shut-in clearly established? |
| Are shut-in procedures for the various well control scenarios laid down and are they on display at the driller's position?" |
| What is the procedure with regards to pre-kick sheets? |
| Who makes calculations? |
| Who verifies? |
| Where are copies kept? |

| Has a satisfactory Shallow Gas assessment been performed which addresses the Transocean shallow gas procedures? " |
|---|
| Has a seismic map showing surface and bottom hole locations been provided? |
| Has a bright spot analysis been performed? |
| Is there a possibility of encountering a shallow reservoir? |
| Has the planned well location been moved to avoid shallow gas or potential shallow water flows? |
| Has there or will there be a pilot hole drilled? A pilot hole should be drilled to the casing point in areas of possible shallow gas." |
| Has a shallow gas contingency plan been developed? |
| Does the contingency plan reflect the method of well control? |
| Does the contingency plan allow for rapid well detection, securing of the unit, activation of the deluge system  and evacuation of personnel with simple yet specific instructions?" |
| In areas of potential shallow gas a non-ported float valve should be run in the BHA. |
| For casing drilling, a dual high pressure differential opening float collar should be used. |

CONFIDENTIAL

TRN-MDL-00697817

DRILLING PROGRAM

108
109"
110"
111"
112"
113"
114"
115"
116
117
118
119
120"
121
122
123
124"
125"
126
127
128

TRN-MDL-00697818

CONFIDENTIAL

| |
|---|
| Where applicable, Bit nozzles and BHA should allow for LCM to be pumped without clogging. |
| Are plans in place for the diverter system to be function tested and where feasible pressure tested? " |
| Has the diverting procedure been formalized and posted, with the crew trained in implementation through regularly conducted drills?" |

| |
|---|
| Is the planned operation standard or non-standard such as managed pressure drilling, high pressure high temperature, surface BOP etc?" |
| If non-standard operations are planned, have specific procedures been developed? Do these procedures address the method of well control to be used in all instances? Has a joint operations/bridging do cument been prepared with the client agreeing on the methods of well control?" |
| If differences exist between standard Transocean proceduress and the operator requirements, has a br idging document been prepared and approved? Are rig specific well control procedures in place?" |
| Has a review of operator and Transocean offset data been performed? |
| (To include mud type, mud weights used, casing shoes, drilling problems, any well control problems, highlights, lowlights)" |
| On production platforms are plans in place for nearby wells to be monitored for signs of pressure at the annuli? " |
| On production platforms, have all encompassing emergency evacuation plans been developed? |
| Are there existing plans to avoid other well paths? |
| Are any SIMOPS planned on the platform which may affect well operations? |
| Has a temperature profile been provided? |
| Are well control equipment rubber goods/elastomers suitable for the expected circulating temperature? " |
| Has a geological column been provided indicating the type and depth of the expected formations? |
| Have pore pressure and fracture gradient profiles been provided? |
| Compare these profiles with the leak off/formation integrity tests planned for each section. |
| Is the planned Kick Tolerance greater than 50bbls in each hole section of the well? |
| Refer to Well control manual for exemption procedure & required levels of dispensation. |
| Determine the max anticipated wellhead pressures possible for each section and compare with BOP & wellhead rating. " |
| Determine the max anticipated wellhead pressures possible for each section and compare with casing burst pressures for each relevant section." |
| Review the proposed BOP pressure test schedule and casing pressure test schedule. |
| Review the ram configuration for the well or each hole section as applicable. |
| Are any other Well Control Dispensations required? |

CONFIDENTIAL

TRN-MDL-00697820

CONFIDENTIAL

POST WELL REVIEW GUIDELINE
* The purpose of conducting a post well performance review is to actively demonstrate to the client
Transocean's commitment to team performance & continual improvement. The primary objective is gauge
 and understand the client's operational performance perspective and to openly discuss any underlyi
ng problems or issues which subsequently can be addressed. The reviews should be conducted after ea
ch well is concluded and should be seen as a supplement to existing performance review tools such as the SQA. "

* The purpose of this sheet is to provide an outline/guidline for conducting a performance review wi
th the respective client at the end of each well. The items suggested are by no means an exhaustive
 list but should serve to illustrate typical discussion topics which should be raised by the Perfor
mance Rig Manager. This is a tool for the Performance rig manager and can be used to assist with post well reviews."
* Information deemed from and recorded for and during the post well review can serve as a beneficial
 tool for future performance discussions with the client."
PREPARATION
* Current technical issues? (Being addressed?)
* Current personnel issues. (Being addressed?)
* Downtime statistics
* Safety statistics
* Environmental statistics
* Key rig performance data:

POTENTIAL DISCUSSION TOPICS
* Client perception of performance on the rig?
* Actual flat spot performance

* Overall team performance

* Opportunities for improvement

TRN-MDL-00697821

CONFIDENTIAL

"                                                  " " " "

"                                                  " " " "

"                                                  " " " "

- Riser tripping speeds
- Tubular tripping speeds
- Tubular P/U L/D times
- BHA handling performance
- BOP testing performance
- Rig up times (Csg/riser/testing/cementing)
- Waiting on Cement timing
- Slip and cut times
- OFFLINE operations (time savings)
- What does the client focus on?
- What has the client focused on?
- What is important to the client?

- What went well? What didn't go well?

- What went well? What didn't go well?

- Procedural
- Equipment related
- Logistics

TRN-MDL-00697822

CONFIDENTIAL

TRN-MDL-00697823



"                                                                    "              "

"                                                                    "              "

"                                                                    "              "

POST WELL REVIEW DATA SHEET
Rig Name                                                                Rig A
Operator                                                                XYZ
Rig Type                                                                Floater
Water Depth                                                             4000
SAFETY & ENVIRONMENTAL
                                                                       Start Cards

| | Well: | Deep 1 |
|---|---|---|
| | | YTD |

PERFORMANCE
Well Performance                                                       Drilling
Planned days, (AFE)
Actual days
Efficiency

                                                                       Transocean DT
                                                                       Client NPT

KEY SERVICE INDICATORS
Well Control Events
Event #                                                                1
Kick size (bbls)
Kick intensity (ppg)
Casing Operations
                                                        R/U to run csg

| Casing size | Actual (hrs) | Avg(hrs) |
|---|---|---|

TRN-MDL-00697824

"           "           "           "                     "           "

"           "           "           "                     "           "

"           "           "           "                     "           "

| Type of Well | Development | Well Environment |
| Well Name | Deep 1 | Non Std Operation |
| Country | GOM | Completion |
| Well Location | Open Water | |

| SIC | RWC | MTC | FAC | EVDS | EVDM |
|-----|-----|-----|-----|------|------|

| Completion | Well testing | Non Productive Time | | Hours | % of Well |
|------------|--------------|---------------------|--|-------|-----------|
| | | Rig DT (minus SS) | | | |
| | | Rig Subsea DT | | | |
| Year to Date Performance | YTD (%) | Total Transocean DT | | | |
| | | Client DT | | | |
| | | 3rd party | | | |
| | | WOW | | | |
| | | Total Operator NPT | | | |
| | | Total Well DT | | | |

Well Control Event Management Summary

| 2 | 3 | 4 |
|---|---|---|

BOP Operations
Run#

Run Casing                    R/D & clear rigfloor

| Actual (ft/hr) | Avg(hrs) | Actual (ft/hr) | Avg(hrs) |
|----------------|----------|----------------|----------|

| 1 |
|---|
| 2 |

CONFIDENTIAL

TRN-MDL-00697825

"           "           "           "           "        "                    "

"           "           "           "           "        "                    "

"           "           "           "           "        "                    "

Non Standard           Date of Review
MPD                    Planned TD (ft TVD)          20000
Well Test              Actual TD (ft TVD)

| Near Miss | Manhours | TRIR |
|---|---|---|

Major Transocean  Downtime Summary

Major Client NPT Summary

| Operation | R/up For Riser Handling | | Riser Handling | | R/dwn From Riser Handling | |
|---|---|---|---|---|---|---|
| | Actual (hrs) | Avg(hrs) | Actual (ft/hr) | Avg(hrs) | Actual (hrs) | Avg(hrs) |
| Run Riser | | | | | | |
| Pull Riser | | | | | | |

Run Riser

" " " " Pull Riser"

CONFIDENTIAL

CONFIDENTIAL

* Can we better assist the client meet their well objectives?

* Pre-planning

* Personnel Performance / Requirements

"

* Scheduled preventative maintenance (Make Client aware of any required shut-down periods in advance)"

TRN-MDL-00697827

- Client downtime
- 3rd party downtime

- DWOP / CWOP / Pre-spud meetings
- Well Advisor
- Well Control preparation checklist

- Problem areas?

- Additional requirements?"                    " " " "

                                               " " " "

"

TRN-MDL-00697828

CONFIDENTIAL

Tripping & picking up drillpipe (unrestricted)

| | Crew 1 | Crew 2 |
|---|---|---|
| RIH (ft/hr) | | |
| POH (Ft/hr) | | |
| P/U DP (ft/hr) | | |
| L/D DP (ft/hr) | | |

GENERAL COMMENTS

What went well?   What didn't go well?   Opportunities for improvement?   Client perception of performance?"          "          "

"          "          "

TRN-MDL-00697829

| Crew 3 | Crew 4 | Average |
|---|---|---|
| " | " | " |
| " | " | " |

| |
|---|
| 3 |
| 4 |

BOP Testing

| Test | Actual (hrs) |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| " | " |
| " | " |

Time Saved (hrs)

Offline Operations
Operation Performed

Average (hrs)

TRN-MDL-00697831

CONFIDENTIAL

CONFIDENTIAL

## Conversions

### Depth

| | | | | |
|---|---|---|---|---|
| 1 | ft | = | 0.381 | m |
| 5,000 | m | = | 16,404 | ft |

### Volume

| | | | |
|---|---|---|---|
| 10 Gallons (US) | = | 0.0 | m³ |
| | | 37.9 | Litres |
| 50 Barrels (US) | = | 7.9 | m³ |
| | | 7,948.5 | Litres |
| 25 m³ | = | 157.3 | Barrels (US) |
| 15,100 Litres | | 95.0 | |
| 1 m³ | = | 264.2 | Gallons (US) |
| 300 Litres | | 79.3 | |

### Pressure

| | | | |
|---|---|---|---|
| 264 psi | = | 1,820.3 | kPa |
| | | 18.2 | bar |
| 2.3 kPa | = | 0.3 | psi |
| | | 0.023 | bar |
| 200 Kg/cm² | = | 19,620.0 | kPa |
| | | 2,644.6 | psi |
| 53 bar | = | 5,300.0 | kPa |
| | | 768.5 | psi |

### Mud Weight

| | | | | |
|---|---|---|---|---|
| 1.60 | Kg/l | = | 13.3 | ppg |
| 13.3 ppg | | = | 1,593.3 | Kg/m³ |
| | | | 1.60 | Kg/l |
| 1,200 | Kg/m³ | = | 10.0 | ppg |

### Pressure Gradient

| | | | |
|---|---|---|---|
| 0.4567 psi/ft | = | 10.3 | kPa/m |
| | | 0.1 | bar/m |
| 11 kPa/m | = | 0.4863 | psi/ft |
| | | 0.1 | bar/m |

### Mud Weight to Pressure Gradient

| | | | | |
|---|---|---|---|---|
| 12.0 | ppg | = | 0.624 | psi/ft |
| 1.5 Kg/l | | | 0.65 | psi/ft |
| | | | 0.1472 | bar/m |
| 50.0 | lb/ft³ | = | 0.347 | psi/ft |
| 1000 Kg/m³ | | | 0.4340 | psi/ft |
| | | | 9.82 | kPa/m |

### Flow Rate

| | | | |
|---|---|---|---|
| 100 gpm | = | 0.4 | m³/min |
| | | 378.5 | Litres/min |
| 10 bpm | = | 1.6 | m³/min |
| | | 1,590 | Litres/min |
| 2 m³/min | = | 528.4 | gpm |
| | | 12.6 | bpm |
| 300 Litres/min | = | 79.3 | gpm |
| | | 1.9 | bpm |

### Annular Velocity

| | | | | |
|---|---|---|---|---|
| 500 | ft/min | = | 152 | m/min |
| 100 | m/min | = | 328 | ft/min |

### Force

| | |
|---|---|
| 50,000 | |
| 10,000 | |

### Mass

| | |
|---|---|
| 50,000 | |
| 213,570 | |
| 210 | |
| 210 | |

### Pipe Weights

| | |
|---|---|
| 45.0 | |
| 45.0 | |

TRN-MDL-00697833

CONFIDENTIAL

| lbs | = | 22,250 | D-Newtons |
|---|---|---|---|
| D-Newtons | = | 22,472 | lbs |

| lbs | = | 22,700 | kg |
|---|---|---|---|
| kg | = | 470,409 | lbs |
| Long Tons | = | 213,570 | kg |
| Short Tons | = | 190,688 | kg |
| Metric Tons | = | 210,000 | kg |
| | | 462,546 | lbs |

| lbs/ft | = | 67.1 | kg/m |
|---|---|---|---|
| kg/m | = | 30.2 | lbs/ft |

TRN-MDL-00697834

CONFIDENTIAL

**Transocean, Well Operations Group, Houston :wog@deepwater.com**

## Well Advisor HELP

**A   Well Review Checklist**

All items in list to be addressed as applicable.

The checklist is self explanatory and should be used as a reference of critical items to be considered when reviewing an upcoming operation."

"

**B   Kick Tolerance Data**

All data should be entered into the YELLOW SHADED cells in the 'KT INPUT' sheet. Leave cells blank if no value is being entered. Do not enter '0' "

"

| INPUTS (Yellow Shaded Cells Only) |
| --- |

**Transocean Kick Tolerance Inputs**

1"   (Column B). Enter the OD of the casing and liner shoes. Typically, start with the shoe of the surfac
     e casing which is supporting the BOP of after which the BOP is first installed."

2   (Column C). Enter the TVD of each casing or liner shoe

3   (Column D). Enter the MD of each casing or liner shoe

4   (Column E). Enter the LOT value for the LOT performed at each casing and liner shoe.

5   (Column F). Enter the inclination at each casing or liner shoe

6   (Column G). Enter the size of openhole beneath the casing or liner shoe

7   (Column H). Enter the inclination at TD of the openhole section.

8   (Column I). Enter the TVD of the openhole section

9   (Column J). Enter the MD of the openhole section.

10   (Column K). Enter the BHA length

11   (Column L). Enter the average OD of the BHA.

12   (Column M). Enter the OD of the drillpipe which will be across the shoe having reached TD.

13   (Column N). Enter the mud weight in the hole at the end of each openhole section.

14   (Column O). Enter the typical annular back pressure when performing SCRs (Default = 50psi)

15   (Column P). Enter an allowance for choke operator error (typically 100psi)

16   (Column Q). The kick influx is assumed to be 0.5ppg intensity as per the TO Well Control Manual.

17"   (Column R). Select if the kick is due to swabbing. A swabbed kick will assume a kick intensity of zero."

18   (Column S). The gradient of any influx is assumed to be 0.1psi/ft.

**Operators Kick Tolerance Inputs**

20"   (Column K). For the operator kick tolerance, enter the operator supplied maximum pore pressure predictions."

21   (Column P). Enter the typical annular back pressure when performing SCRs (Default = 50psi)

22   (Column Q). Enter an allowance for choke operator error (typically 100psi)

   ***NOTE: The operator calculation assumes the kick magnitude = pore pressure rather than mud weight plus a kick intensity factor of 0.5ppg.***

"   "

**C   Well Overview**

TRN-MDL-00697835

CONFIDENTIAL

**INPUTS (Yellow Shaded Cells Only)**

1   Enter all data in cells N° 1 to 27. Self explanatory.

2   (Column C, N° 28 to 37). Enter casing or liner.

3   (Column H, N° 28 to 37). For liners, enter the top of liner (TVD)

4   For each hole section from N° 38 to 47, select the top two expected hazards as applicable.

5   Enter comments from N° 38 to 47.

6   (Column M, N° 38 to 47). Enter the type of drilling fluid to be used. (For reference only)

7"   (Column P, N° 48 to 58). Enter the weight per foot of the casing and landing string. (Only one type
      of landing string can be used in this approximate calculation)"

8"   (Column Q, N° 48). Enter the mud weight used when running the first casing string. This will be used
      for estimating the hookload when running the first string."

9"   (Column S, N° 48 to 58). Enter the weight per foot or meters of the landing string. (Only one type o
      f landing string can be used in this approximate calculation)"

10   (Column V, N° 48 to 58). Enter the maximum allowable tension on the landing string.

**CRITICAL OUTPUTS**

1"   TO kick tolerance. Refer to TO well control manual for required levels of dispensation. Less than 50
      bbls kick tolerance will require dispensation outwith the rig."

2   Operator kick tolerance. (For reference only)

3"   MW-PP Margin. The amount of overbalance in equivalent mud weight. (ppg difference between pore pressure and mud weight)"

4"   MAASP. The maximum pressure allowable at surface before exceeding the fracture gradient at the shoe.
      No safety factor is included in this calculation."

5"   Max pressure at BOP. This calc provides the max pressure possible at the BOP. The calc takes into ac
      count either reaching the fracture gradient at the shoe or having gas back to the BOP without excee
      ding the LOT. (e.g. If the fracture gradient is strong enough full evacuation to gas is possible without breaking down the shoe)"

6"   RISK SCORE: This score is weighted based on all of the inputs and is indicative of the complexity of
      the upcoming operation and required additional program review and support. Alert messages will be triggered based on this score."

| Risk Score | |
|---|---|
| <15 | Low Risk |
| 15-25 | Med Risk |
| >25 | High Risk |

**Other Outputs**

"   Hookload estimator. The spreadsheet calculates the approximate hookload expected when running casing
     or liner and indicates if the max allowable tensile capacity of the landing string may be exceeded."

"   Hydrate Calculation. If the seabed temperature is less than the hydrate equilibrium temperature then
     hydrate formation is possible. This is an approxiimate indicator only but discussion with the operator should take place."

**Alert Messages**

    Triggered by risk score. Indicates required level of support / program review.

"   Triggered for non-standard operations, additional program review required by 'Well Construction Group'"

TRN-MDL-00697836



Triggered if Kick tolerance dispensations required - based on TO calculation.
Triggered if max surface pressure exceeds 80% of BOP rating.
Triggered if max surface pressure exceeds 80% of Wellhead rating.
Triggered for HPHT wells. (Temperature in excess of 150 deg C)
Triggered for HPHT wells.(Pressures in excess of 10,000psi)
Triggered if hydrates may be an issue.

**D   Maximum Pressure @ Wellhead**
For information only - includes locked calculation

**E   MW, PP & FG Charts.**
Charts mud weight, pore pressure and fracture gradient versus depth.

**F   Well Control Preparation Checklist**
All items in list to be addressed as applicable.
The checklist is self explanatory and should be used as a reference of critical items to be considered when reviewing an upcoming operation."
"

**G   Post Well Review Guideline**
Suggested guideline for conducting a post well review
Identifies: Preparation required & suggested discussion topics
Provides: Performance data template

**H   Conversions**
Convert to & from oilfield units