# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig        MDL NO. 2179
     "Deepwater Horizon" in the Gulf
     of Mexico, on April 20, 2010       SECTION J

Applies to: *All Cases*            JUDGE BARBIER
                           MAGISTRATE JUDGE SHUSHAN

## ORDER

**[Schedule and Allocation of Examination Time for Phase One Experts for Week Five]**

1.      **Abel, William** (Cameron-Drilling)

William Abel will be deposed on Monday, December 12 (480 minutes), and Tuesday, December 13 (480 minutes). He submitted reports on October 17 and November 7 opining that BP lost control of the well because standard industry practices were violated by BP and its contractors. For example, he identified BP's failure to set a second barrier before removing hydrostatic control. The rebuttal report referred to the reports from A.T. Bourgoyne and Robert Grace, drilling experts for BP.

|  | **Request** | **Allocation** |
|---|---|---|
| BP | 600 minutes | 400 minutes |
| TO | 240 minutes | 180 minutes |
| HESI | 250 minutes | 180 minutes |
| M-I | 90 minutes | 60 minutes |
| U.S. | 180 minutes | 60 minutes |
| Anadarko | 45 minutes | 15 minutes |
| Dril-Quip | 20 minutes | 20 minutes |

| | | |
|---|---|---|
| MOEX | No request | 0 minutes |
| Weatherford | 15 minutes | 15 minutes |
| BP | It may reserve up to 60 minutes of its time for further cross-examination at this point in the sequence. | |
| TO | It may reserve up to 40 minutes of its time for further cross-examination at this point in the sequence. | |
| HESI | It may reserve up to 40 minutes of its time for further cross-examination at this point in the sequence. | |
| Cameron | 30 minutes (Rebuttal) | 30 minutes |
| **Total** | **1,470 minutes** | **960 minutes** |

2.    **Grace, Robert**  (BP-Drilling)

Robert Grace will be deposed on Monday, December 12 (480 minutes), and Tuesday, December 13 (225 minutes).  He submitted a report on October 17.  He did not submit a rebuttal report.  He characterized the blowout as a "perfect storm," but assigned responsibility to BP's contractors.

| | **Request** | **Allocation** |
|---|---|---|
| TO | 240 minutes | 210 minutes |
| HESI | 250 minutes | 210 minutes |
| Cameron | 90 minutes | 50 minutes |
| M-I | 60 minutes | 45 minutes |
| U.S. | 180 minutes | 115 minutes |
| Anadarko | 45 minutes | 15 minutes |

2

| | | |
|---|---|---|
| Dril-Quip | 20 minutes | 15 minutes |
| Weatherford | 30 minutes | 15 minutes |
| MOEX | No request | 0 minutes |
| TO | It may reserve up to 40 minutes of its time for further cross-examination at this point in the sequence. | |
| HESI | It may reserve up to 40 minutes of its time for further cross-examination at this point in the sequence. | |
| BP | 90 minutes (rebuttal) | 30 minutes |
| | **Total 1,005 minutes** | **705 minutes** |

3.    **Shanks, Earl**  (BP - BOP)

Earl Shanks will be deposed on Monday, December 12 (480 minutes), and Tuesday, December 13 (240 minutes).  He submitted reports on October 17 and November 7.  His report is concerned with the sufficiency of the design of the BOP.  For example, he opined that at the time it was built, it was technologically feasible to provide a blind shear ram that could have seared and sealed drill pipe located anywhere in the wellbore.  The rebuttal report responded to opinions on the BOP from the experts for Cameron and HESI.

| | **Request** | **Allocation** |
|---|---|---|
| Cameron | 480 minutes | 400 minutes |
| TO | 120 minutes | 110 minutes |
| HESI | 90 minutes | 75 minutes |
| U.S. | 180 minutes | 60 minutes |
| Anadarko | 45 minutes | 15 minutes |

3

| | | |
|---|---|---|
| M-I | 15 minutes | 15 minutes |
| Dril-Quip | No request | 0 minutes |
| MOEX | No request | 0 minutes |
| Weatherford | 15 minutes | 15 minutes |
| Cameron | It may reserve up to 60 minutes of its time for further cross-examination at this point in the sequence. | |
| BP | 90 minutes (rebuttal) | 30 minutes |
| **Total** | **1,035 minutes** | **720 minutes** |

4.    **Jennings, Hamlin** (Halliburton-Cement)

Hamlin Jennings will be deposed on Monday, December 12 (480 minutes), and Tuesday, December 13 (480 minutes).  He submitted reports on October 17 and November 7.  He opined that the cement was stable and would develop more than adequate compressive strength.  He contends that BP failed to wait a reasonable time (at least 24 hours) to ensure that the cement slurry had properly set.  The rebuttal report responded to opinions on the cement from the experts for the U.S., BP, Cameron and Weatherford.

| | **Request** | **Allocation** |
|---|---|---|
| BP | 600 minutes | 450 minutes |
| TO | 150 minutes | 120 minutes |
| Cameron | 120 minutes | 90 minutes |
| M-I | 75 minutes | 55 minutes |
| Weatherford | 60 minutes | 45 minutes |
| U.S. | 300 minutes | 155 minutes |

4

| | | |
|---|---|---|
| Anadarko | 45 minutes | 15 minutes |
| Dril-Quip | No request | 0 minutes |
| MOEX | No request | 0 minutes |
| BP | It may reserve up to 60 minutes of its time for further cross-examination at this point in the sequence. | |
| HESI | 90 minutes (rebuttal) | 30 minutes |
| | **Total 1,440 minutes** | **960 minutes** |

5.     **Vernon, Roger**  (Anadarko-Drilling)

Roger Vernon will be deposed on Tuesday, December 13 (480 minutes), and Wednesday, December 14 (225 minutes).  He submitted a report on October 17.  He did not submit a rebuttal report.  His report addressed the responsibilities of the operator of the well versus the responsibilities of non-operating parties.  The U.S. contends that he is an important witness against Anadarko under the CWA.

| | **Request** | **Allocation** |
|---|---|---|
| BP | 180 minutes | 120 minutes |
| HESI | 250 minutes | 160 minutes |
| TO | 90 minutes | 90 minutes |
| M-I | 75 minutes | 60 minutes |
| U.S. | 300 minutes | 180 minutes |
| Cameron | 70 minutes | 40 minutes |
| Dril-Quip | 10 minutes | 10 minutes |
| MOEX | No request | 0 minutes |

5

| | | |
|---|---|---|
| Weatherford | 15 minutes | 15 minutes |
| BP | It may reserve up to 30 minutes of its time for further cross-examination at this point in the sequence. | |
| Anadarko | 45 minutes (rebuttal) | 30 minutes |
| **Total** | **1,035 minutes** | **705 minutes** |

6.     **Sabins, Fred**[1]  (BP-Cement)

Fred Sabins will be deposed on Wednesday, December 14 (480 minutes), and Thursday, December 15 (480 minutes).  He submitted reports on October 17 and November 7.  He focused on deficiencies in Halliburton's performance.  The U.S. contends that his opinions are relevant to its case-in-chief and issues raised by its expert, Glen Benge.   Weatherford seeks examination time because part of the report is concerned with the float collar, a cementing tool.

| | **Request** | **Allocation** |
|---|---|---|
| HESI | 350 minutes | 320 minutes |
| TO | 180 minutes | 150 minutes |
| Weatherford | 60 minutes | 60 minutes |
| Cameron | 120 minutes | 30 minutes |
| U.S. | 480 minutes | 330 minutes |
| Anadarko | 45 minutes | 10 minutes |
| M-I | 30 minutes | 20 minutes |
| Dril-Quip | 10 minutes | 10 minutes |

---

[1]  There is a pending motion to strike Mr. Sabins as an expert witness.  This allocation is being made before the motion is decided and may be withdrawn in the event the motion is granted.

6

| | | |
|---|---|---|
| MOEX | No request | 0 minutes |
| HESI | It may reserve up to 60 minutes of its time for further cross-examination at this point in the sequence. | |
| BP | 90 minutes (rebuttal) | 30 minutes |
| | **Total 1,365 minutes** | **960 minutes** |

7.    **Stevick, Glen**  (Halliburton - BOP)

Glen Stevick will be deposed on Wednesday, December 14 (480 minutes), and Thursday, December 15 (480 minutes).  He submitted reports on October 17 and November 7.  His report concluded that the design of the BOP was deficient and that BP was active in its design.  He also found that Transocean and BP failed to properly maintain the BOP.  The U.S. seeks time, in part, for his opinions concerning the BOP's ability to control the flow of hydrocarbons.

| | **Request** | **Allocation** |
|---|---|---|
| BP | 600 minutes | 400 minutes |
| Cameron | 480 minutes | 300 minutes |
| TO | 90 minutes | 85 minutes |
| U.S. | 360 minutes | 110 minutes |
| Anadarko | 45 minutes | 10 minutes |
| M-I | 10 minutes | 10 minutes |
| Dril-Quip | No request | 0 minutes |
| MOEX | No request | 0 minutes |
| Weatherford | 15 minutes | 15 minutes |

| | | |
|---|---|---|
| BP | It may reserve up to 60 minutes of its time for further cross-examination at this point in the sequence. | |
| Cameron | It may reserve up to 60 minutes of its time for further cross-examination at this point in the sequence. | |
| HESI | 90 minutes (rebuttal) | 30 minutes |
| **Total** | **1,690 minutes** | **960 minutes** |

8.   **Mitchell, Andrew**  (BP - Safety)

Andrew Mitchell will be deposed on Wednesday, December 14, 2011 (450 minutes), and Thursday, December 15 (225 minutes).  He submitted a report on October 17.  He did not submit a rebuttal report.  He is concerned with Transocean.

| | **Request** | **Allocation** |
|---|---|---|
| TO | 360 minutes | 360 minutes |
| HESI | 90 minutes | 60 minutes |
| Cameron | 70 minutes | 40 minutes |
| U.S. | 180 minutes | 145 minutes |
| Anadarko | 45 minutes | 15 minutes |
| M-I | 10 minutes | 10 minutes |
| Dril-Quip | No request | 0 minutes |
| MOEX | No request | 0 minutes |
| Weatherford | 15 minutes | 15 minutes |

TO           It may reserve up to 60 minutes of its time for further cross-examination at this point in the sequence.

BP           90 minutes (rebuttal)           30 minutes

**Total 860 minutes**           **675 minutes**

9.     **Weintritt, Donald** (Halliburton - Fluids)

Donald Weintritt will be deposed on Thursday, December 15 (480 minutes), and Friday, December 16 (480 minutes).  He submitted a report on October 17.  He did not submit a report on November 7.  He is concerned with the decision by BP and M-I on the use of lost circulation material as a spacer.

| | **Request** | **Allocation** |
|---|---|---|
| BP | 600 minutes | 440 minutes |
| M-I | 450 minutes | 315 minutes |
| TO | 90 minutes | 45 minutes |
| Cameron | 90 minutes | 45 minutes |
| U.S. | 180 minutes | 60 minutes |
| Anadarko | 45 minutes | 10 minutes |
| Dril-Quip | No request | 0 minutes |
| MOEX | No request | 0 minute |
| Weatherford | 15 minutes | 15 minutes |

BP           It may reserve up to 60 minutes of its time for further cross-examination at this point in the sequence.

| M-I | It may reserve up to 60 minutes of its time for further cross-examination at this point in the sequence. |
|---|---|
| HESI | 90 minutes (rebuttal) | 30 minutes |

**Total  1,560 minutes                          960 minutes**

10.     **Beck, Gene** (Halliburton-Drilling)

Gene Beck will be deposed on Thursday, December 15 (480 minutes), and Friday, December 16 (480 minutes). He submitted reports on October 17 and November 7. He opined that BP caused the blowout by recklessly losing control of the well when it decided to significantly under balance the well even though its preceding negative pressure test demonstrated an influx of high pressure hydrocarbons flowing into the well. He also opined that BP and Transocean recklessly explained away the results of the negative pressure test. Weatherford seeks examination time because the report specifically addressed the float collar.

|  | **Request** | **Allocation** |
|---|---|---|
| BP | 600 minutes | 420 minutes |
| TO | 240 minutes | 180 minutes |
| M-I | 120 minutes | 75 minutes |
| Weatherford | 90 minutes | 75 minutes |
| Cameron | 90 minutes | 30 minutes |
| U.S. | 360 minutes | 120 minutes |
| Anadarko | 45 minutes | 10 minutes |
| Dril-Quip | 20 minutes | 20 minutes |

10

| | | |
|---|---|---|
| MOEX | No request | 0 minutes |
| BP | | It may reserve up to 60 minutes of its time for further cross-examination at this point in the sequence. |
| TO | | It may reserve up to 40 minutes of its time for further cross-examination at this point in the sequence. |
| HESI | 90 minutes (rebuttal) | 30 minutes. |
| **Total** | **1,655 minutes** | **960 minutes** |

11.   **Sutcliffe, Kathleen** (BP-Safety)

Kathleen Sutcliffe will be deposed on Thursday, December 15 (450 minutes), and Friday, December 16 (120 minutes).  She submitted reports on October 17 and November 7.  She opined that BP worked to enable a strong safety culture.  The rebuttal report challenged the conclusion of Patrick Hudson, an expert for Halliburton on policies and procedures.

| | **Request** | **Allocation** |
|---|---|---|
| HESI | 200 minutes | 180 minutes |
| TO | 90 minutes | 90 minutes |
| Cameron | 90 minutes | 60 minutes |
| U.S. | 180 minutes | 150 minutes |
| Anadarko | 45 minutes | 10 minutes |
| M-I | 30 minutes | 25 minutes |
| Dril-Quip | 10 minutes | 10 minutes |
| MOEX | No request | 0 minutes |

| | | |
|---|---|---|
| Weatherford | 15 minutes | 15 minutes |
| HESI | It may reserve up to 40 minutes of its time for further cross-examination at this point in the sequence. | |
| BP | 90 minutes (rebuttal) | 30 minutes |
| **Total** | **750 minutes** | **570 minutes** |

12.     **Dias, Paul**  (BP-BOP)

Paul Dias will be deposed on Friday, December 16 (450 minutes), and Saturday, December 17 (450 minutes).  He submitted a report on October 17.  He did not submit a rebuttal report.  He responded to contentions regarding maintenance and testing of the BOP presented by experts for the PSC, U.S. and Transocean.

| | **Request** | **Allocation** |
|---|---|---|
| Cameron | 480 minutes | 395 minutes |
| TO | 90 minutes | 90 minutes |
| HESI | 90 minutes | 20 minutes |
| U.S. | 360 minutes | 330 minutes |
| Anadarko | 45 minutes | 10 minutes |
| M-I | 10 minutes | 10 minutes |
| Dril-Quip | No request | 0 minutes |
| MOEX | No request | 0 minutes |
| Weatherford | 15 minutes | 15 minutes |

| | | |
|---|---|---|
| Cameron | | It may reserve up to 60 minutes of its time for further cross-examination at this point in the sequence. |
| BP | 90 minutes (rebuttal) | 30 minutes |
| **Total** | **1,180 minutes** | **900 minutes** |

13.   **McCormack, Gregory** (Weatherford-Float Collar)

Gregory McCormack will be deposed on Friday, December 16 (450 minutes), and Monday, December 19 (190 minutes).  McCormack submitted a report on October 17.  He did not submit a rebuttal report.  McCormack opined, in part, that: (a) the float collar was used as casing running and casing cementing tool; and (b) BP did not use it as a barrier to hydrocarbon flow or as a well control device.

| | **Request** | **Allocation** |
|---|---|---|
| BP | 180 minutes | 150 minutes |
| HESI | 100 minutes | 85 minutes |
| TO | 75 minutes | 65 minutes |
| Cameron | 70 minutes | 60 minutes |
| U.S. | 240 minutes | 215 minutes |
| Anadarko | 45 minutes | 15 minutes |
| M-I | 10 minutes | 10 minutes |
| Dril-Quip | 10 minutes | 10 minutes |
| MOEX | No request | 0 minutes |

13

BP                  It may reserve up to 60 minutes of its time for further cross-examination at this point in the sequence.

Weatherford    70 minutes (rebuttal)             30 minutes

            **Total 800 minutes**                 **640 minutes**

Pursuant to the November 21, 2011 order regarding ceding time (Rec. doc. 4661), the parties may not cede time in these depositions. By agreement, they may alter the sequence of the examination of any witness.

Any appeal of this order, must be taken by **Monday, December 5, 2011.**

New Orleans, Louisiana, this 29th day of November, 2011.

                                   **SALLY SHUSHAN**
                                   **United States Magistrate Judge**