UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

ORDER

[Amended Allocation of Examination for Morris Burch and George Medley]

1.   **Burch, Morris** (BP-Policies and Procedures)

Transocean sought 90 minutes for its examination of Morris Burch.  On November 28, 2011, it requested that it be increased to 180 minutes.  Burch's deposition will be increased by 60 minutes. He will be deposed on Monday, December 5 (450 minutes), and Tuesday, December 6 (190 minutes).

| | Request | Allocation |
|---|---|---|
| HESI | 200 minutes | 200 minutes |
| TO | 180 minutes | 140 minutes |
| Cameron | 90 minutes | 75 minutes |
| U.S. | 180 minutes | 150 minutes |
| Anadarko | 45 minutes | 15 minutes |
| M-I | 10 minutes | 10 minutes |
| Dril-Quip | 20 minutes | 20 minutes |
| MOEX | No request | 0 minutes |

| | | |
|---|---|---|
| Weatherford | 15 minutes | 10 minutes |
| Halliburton | It may reserve up to 40 minutes of its time for further cross-examination at this point in the sequence. | |
| BP | 90 minutes (Rebuttal) | 20 minutes |
| **Total** | **830 minutes** | **640 minutes** |

2.   **Medley, George**  (M-I - Fluids)

M-I sought rebuttal time with the deposition of its expert, George Medley.  The November 28, 2011 order (Rec. doc. 4733) erroneously reported that M-I did not request rebuttal time.  The deposition will be increased by 30 minutes.  Medley will be deposed on Wednesday, December 7 (465 minutes), and Thursday, December 8 (465 minutes).

| | **Request** | **Allocation** |
|---|---|---|
| BP | 600 minutes | 440 minutes |
| HESI | 210 minutes | 170 minutes |
| TO | 90 minutes | 90 minutes |
| Cameron | 70 minutes | 50 minutes |
| U.S. | 180 minutes | 120 minutes |
| Anadarko | 45 minutes | 15 minutes |
| Dril-Quip | No request | 0 minutes |
| MOEX | No request | 0 minutes |
| Weatherford | 15 minutes | 15 minutes |

BP      It may reserve up to 60 minutes of its time for further cross-examination at this point in the sequence.

M-I      30 minutes (Rebuttal)    30 minutes

    **Total**   **1,240 hours**      **930 minutes**

Any appeal of this order, must be taken by **Thursday, December 1, 2011.**

New Orleans, Louisiana, this 29th day of November, 2011.

                 **SALLY SHUSHAN**
                 **United States Magistrate Judge**