UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | * * * | CIVIL ACTION NO. 2:10-MDL-02179 |
| This Document Relates to: 10-8888 | * * * * | SECTION "J" JUDGE BARBIER |
| | * | MAGISTRATE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR CLAIMANTS

Now into Court, come counsel of record Martins I. Imudia, Martins I Imudia & Associates, Terrence J. Lestelle, Andrea S. Lestelle, Jeffery B. Struckhoff and Richard M. Morgain, Lestelle & Lestelle, A Professional Law Corporation, who hereby request that they be permitted to withdraw as counsel of record for the following clients in this action in accordance with LR 83.2.11:

| Name | Address | Document No | Telephone No |
|---|---|---|---|
| Rochel Occy | 733 Carrolwood Vill. Dr., Gretna, LA 70056 | 49194 | (504) 638-4612 |
| Roldoph Vergin | 1140 Orange Blossom Harvey, LA 70058 | 53038 | (504) 382-6731 |
| Edna Vallius | 2202 Whitney Blvd. Gretna, LA 70056 | 49737 | (504) 248-8608 |
| Messilien Georges | 604 Farmington Place Gretna, LA 70058 | 52671 | (504) 307-5411 |

Clients have received letters notifying them of deadlines and pending court appearances in the above-entitled action(s).

Respectfully Submitted,

  s/ Martins I. Imudia_____
Martins I. Imudia-24809

        Martins I. Imudia & Associates, APLC
3105 David Drive
Metairie, Louisiana  70003
Telephone:  (504) 885-0015
    and
Terrence J. Lestelle-8540
Andrea S. Lestelle-8539
Jeffrey B. Struckhoff-30173
Richard M. Morgain-32603
Lestelle & Lestelle, APLC
3421 N. Causeway Boulevard, Suite 602
Metairie, Louisiana 70002
Telephone: 504-828-1224

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

    I hereby certify that on this  29th  day of   November   2011, a copy of the foregoing has been served upon client and counsel of record in this action by electronic service through the Court's CM/ECF.

         s/ Martins I. Imudia
        Martins I. Imudia