AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| HONG VAN TRUONG, BARISICH, INC., MICHAEL HUFF, DARREN HELMER, et al.<br>*Plaintiff*<br>v.<br>BP AMERICA PRODUCTION COMPANY, et al.<br>*Defendant* | Civil Action No.  11-2766 J-1 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BP AMERICA PRODUCTION COMPANY
c/o CT Corporation System
5615 Corporate Boulevard
Suite 400B
Baton Rouge, LA 70808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Stephen S. Kreller
The Kreller Law Firm
4224 Canal Street
New Orleans, LA 70119
Phone:  504-484-3488
Email:  ssk@krellerlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date:  Nov 10 2011

Deputy clerk's signature

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 11-2766 J-1

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **B.P American Production Co**
was received by me on *(date)* **11-11-11**.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Julie Chism** , who is
designated by law to accept service of process on behalf of *(name of organization)* **CT**
_____ on *(date)* **11-14-11** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **11-14-11**

*Server's signature*

**Stephen K. Mertz**
*Printed name and title*

**LEGAL WINGS, INC.**
**P.O. BOX 8494**
**METAIRIE, LA 70011-8494**
*Server's address*

Additional information regarding attempted service, etc:

Julie Chism
*Associate Corporate*
*Operations Specialist*
CT

**CT**
a Wolters Kluwer business

5615 Corporate Blvd
Suite 400 B
Baton Rouge, LA 70808
225 922 4490 tel
225 922 4495 fax
julie.chism@wolterskluwer.com

www.ctlegalsolutions.com