AO 440 (Rev. 12/09) Summons in a Civil Action

*Thomas Benham*

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| HONG VAN TRUONG, BARISICH, INC., MICHAEL HUFF, DARREN HELMER, et al. <br> *Plaintiff* <br> v. <br> BP AMERICA PRODUCTION COMPANY, et al. <br> *Defendant* | ) <br> ) <br> ) <br> ) Civil Action No.  11-2766 J-1 <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  UNITED STATES ENVIRONMENTAL SERVICES, LLC.
c/o Barry J. Thibodeaux
365 Canal Street
Suite 2500
New Orleans, LA 70130

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Stephen S. Kreller
The Kreller Law Firm
4224 Canal Street
New Orleans, LA 70119
Phone: 504-484-3488
Email: ssk@krellerlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
*Name of clerk of court*

Date:  Nov 10 2011

*Deputy clerk's signature*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 11-2766 J-1

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* United States Environmental Services, LLC

was received by me on *(date)* 11/11/11.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Thomas Bingham, who is designated by law to accept service of process on behalf of *(name of organization)* United States Environmental Services, LLC on *(date)* 11/14/11 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 11/14/11

*Server's signature* [Michael Porteous signature]

Michael Porteous / Process Server
*Printed name and title*

858 Camp ST NOLA 70130
*Server's address*

Additional information regarding attempted service, etc: