AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | | |
|---|---|---|
| HONG VAN TRUONG, BARISICH, INC., MICHAEL HUFF, DARREN HELMER, et al. | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 11-2766 J-1 |
| BP AMERICA PRODUCTION COMPANY, et al. | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  UNITED STATES MARITIME SERVICES. INC.

       c/o Barry J. Thibodeaux
       365 Canal Street
       Suite 2500
       New Orleans, LA 70130

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
       Stephen S. Kreller
       The Kreller Law Firm
       4224 Canal Street
       New Orleans, LA 70119
       Phone: 504-484-3488
       Email: ssk@krellerlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
*Name of Clerk of court*

Date: Nov 10 2011

*Deputy clerk's signature*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 11-2766 J-1

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* United States Maritime Services, INC.
was received by me on *(date)* 11/11/11.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Thomas Bayhem, who is designated by law to accept service of process on behalf of *(name of organization)* United States Maritime Services, INC. on *(date)* 11/14/11 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 11/14/11

*Server's signature*

Michael Portrous / Process Server
*Printed name and title*

858 Camp St. NOLA 70130
*Server's address*

Additional information regarding attempted service, etc: