**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re:  Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico, on April 20, 2010** | * | **SECTION: J** |
| | * | |
| **This Document Applies to:** | * | **JUDGE BARBIER** |
| 10-2771 and 10-4536 | * | |
| | * | **MAGISTRATE JUDGE SHUSHAN** |
| | * | |
| | * | |

**ORDER**

Before the Court are three Motions to Dismiss:

1.  Special Appearance by Mitsui Oil Exploration Co., Ltd and Motion to Dismiss Cross-Claims of Cameron International Corporation.  (Rec. Doc. 3619)

2.  Motion of MOEX Offshore 2007 to Dismiss Cross-Claims and Counterclaims of Cameron International Corporation for Failure to State a Claim Upon Which Relief Can Be Granted.  (Rec. Doc. 3627)

3.  Motion of MOEX USA Corporation to Dismiss Cross-Claims of Cameron International Corporation for Failure to State a Claim Upon Which Relief Can Be Granted. (Rec. Doc. 3631)

These Motions raise issues similar or identical to those found in certain Motions to Dismiss[1] granted

during the November 18, 2011 Status Conference (Minute Entry, Rec. Doc. 4642).

Accordingly, the instant Motions to Dismiss (Rec. Docs. 3619, 3627, 3631) are GRANTED.

IT IS ORDERED that the Crossclaims and/or Counterclaims brought by Cameron International

Corporation (Rec. Docs. 2865, 2867, 2868, 2872 in 10-md-2179; Rec. Doc. 412 in 10-2771) against

Mitsui Oil Exploration Co., Ltd, MOEX Offshore 2007, and/or MOEX USA Corporation are

---

[1] *See* Rec. Docs. 2477, 2479, 2873, 2878, 2882, 2885, 2888, 2892, 2903, 2905, 2924, 2927, 2934, 2946, 2955, 3260.

DISMISSED.  This Order does not affect Cameron International's Crossclaims and Counterclaims

asserted against other parties.

New Orleans, Louisiana, this 29th day of November, 2011.

_____
UNITED STATES DISTRICT JUDGE