UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010<br><br>This Document Relates to: 10-888 | *  CIVIL ACTION<br>*  NO. 2:10-MDL-02179<br>*<br>*  SECTION "J"<br>*<br>*  JUDGE BARBIER<br>*<br>*  MAGISTRATE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion to Withdraw as Counsel of Record for

Rochel Occy (49194);         Roldoph Vergin (53038); and
Edna Vallius (49737);        Messilien Georges (52671).

**IT IS ORDERED** that Martins I. Imudia, Martins I Imudia & Associates, Terrence J. Lestelle, Andrea S. Lestelle, Jeffery B. Struckhoff, and Richard M. Morgain, Lestelle & Lestelle, A Professional Law Corporation, are hereby withdrawn as counsel of record for

Rochel Occy (49194);         Roldoph Vergin (53038); and
Edna Vallius (49737);        Messilien Georges (52671).

New Orleans, Louisiana, this __30th__ day of __November__, 2011.

_____
U.S. DISTRICT COURT JUDGE