# EXHIBIT A-1

Due to the sensitivity of the data contained in this Document, access and use is restricted to BP authorized personnel only. All data shall be treated as **Confidential**. Any unauthorized access or use of the data extracted from the system may result in Company disciplinary action or legal proceeding.

CONFIDENTIAL
Business Confidential



# CONTRACT FOR
# GULF OF MEXICO
# STRATEGIC PERFORMANCE UNIT
# OFFSHORE WELL SERVICES

BETWEEN

# BP EXPLORATION AND PRODUCTION, INC.

AND

# HALLIBURTON ENERGY SERVICES, INC.

## BPM-09-00255

CONFIDENTIAL
Business Confidential

**Section 1 – Agreement**

# Section 1 – Agreement
# Halliburton for GOM

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022161

# AGREEMENT

This CONTRACT is made between the following PARTIES: BP EXPLORATION AND PRODUCTION, INC., a company having its office at 501 WESTLAKE PARK BLVD., HOUSTON, TEXAS 77079 hereinafter called COMPANY and HALLIBURTON ENERGY SERVICES, INC. having its main or registered office at 1401 MCKINNEY STREET, SUITE 2400, HOUSTON, TEXAS 77010 hereinafter called CONTRACTOR. PARTY or PARTIES shall mean individually the COMPANY or CONTRACTOR or collectively as both COMPANY and CONTRACTOR.

**WHEREAS**:

1)      COMPANY wishes that the WORK shall be carried out, all as described in the CONTRACT; and

2)      CONTRACTOR wishes to carry out the WORK in accordance with the terms and conditions of this CONTRACT.

3)      CONTRACTOR represents that it has the requisite skills, experience and resources to carry out the WORK to the reasonable satisfaction of COMPANY in accordance with the terms and conditions specified herein,

**NOW THEREFORE, the PARTIES hereto agree as follows:**

1)      In this CONTRACT all capitalized words and expressions shall have the meanings assigned to them in this AGREEMENT or elsewhere in the CONTRACT.

The following Sections shall form and be read and construed as the CONTRACT:

| | |
|---|---|
| Section 1 | Agreement |
| Section 2 | General Conditions of Contract |

- Appendix 1: Special Conditions of Contract
- Appendix 2: Local Tax Provision

| | |
|---|---|
| Section 3 | Scope of Work (including Appendices) |

- Appendix 1: Supplier Performance Management
- Appendix 2: WORK ORDER Form
- Appendix 3: CHANGE ORDER Form
- Appendix 4: SUBCONTRACTORs / CONTRACTOR's Key Personnel
- Appendix 5: Description of the WORK
- Appendix 6: Functional and Technical Specifications
- Appendix 7: Technical Integrity

| | |
|---|---|
| Section 4 | Remuneration (including Appendices) |

- Appendix 1: Special Local Invoicing
- Appendix 2: Lost in Hole Charges
- Appendix 3: Sub-Sector Terms and Conditions
- Appendix 4: Schedule of Rates and Charges

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022162

---

### Section 1 – Agreement

| | |
|---|---|
| Section 5 | Integrity Management |
| Section 6 | Quality Assurance and Quality Control |
| Section 7 | Health, Safety, Security, and the Environment (including applicable Appendices) |

- Appendix 1: Getting HSE Right (GHSER)
- Appendix 2: BP's Golden Rules for Safety
- Appendix 3: Substance Abuse Policy
- Appendix 4: Scope Specific HSSE Issues
- Appendix 5: Minimum HSSE Requirements

| | |
|---|---|
| Section 8 | Code of Conduct |

2) The Sections shall be read as one document, the contents of which, in the event of ambiguity or contradiction between Sections, shall be given precedence in the order listed, with the exception that the Special Local Conditions of Contract as stated in Appendix 1 to Section 2 – Special Conditions of Contract shall take precedence over the General Conditions of Contract.

3) In accordance with the terms and conditions of the CONTRACT, CONTRACTOR shall perform and complete the WORK and COMPANY shall pay the CONTRACT PRICE.

4) The EFFECTIVE DATE OF THE CONTRACT shall be April 15, 2009. Notwithstanding the EFFECTIVE DATE of the CONTRACT, the WORK is scheduled to commence on the date specified in each individual WORK ORDER issued pursuant to the provisions of Section 3 ("COMMENCEMENT DATE") and shall continue until completed to the reasonable satisfaction of COMPANY. Subject to the terms and conditions contained in Section 2 – General Conditions of Contract, the CONTRACT duration shall be for a term of three (3) years from the EFFECTIVE DATE OF THE CONTRACT. COMPANY shall have the option to extend this CONTRACT for up to two (2) consecutive one year options following the expiration of the three (3) year term.

5) This CONTRACT constitutes the entire agreement between the PARTIES hereto with respect to the WORK and supersedes all prior negotiations, representations, or agreements related to the CONTRACT, either written or oral. No amendments to the CONTRACT shall be effective unless evidenced in writing and signed by the PARTIES to the CONTRACT.

**The authorized representatives of the PARTIES have executed the CONTRACT in duplicate upon the dates indicated below:**

For COMPANY

Name: WilBeRT LAne JR

Title: CPO

Date: 4/15/09

For CONTRACTOR

Name: DAvid S. Kido

Title: DIvIsIon PResIDent

Date: 4/16/09

---

Halliburton Energy Services, Inc.          Page 3 of 4
BPM-09-00255

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022163

**Section 1 – Agreement**

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022164

**Section 2 – General Conditions of Contract**

# Section 2 – General Conditions of Contract
# Halliburton for GOM

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022165

**Section 2 – General Conditions of Contract**

**INDEX**

| CLAUSE | HEADING | Page |
|---|---|---|
| 1. | DEFINITIONS | 3 |
| 2. | INTERPRETATION | 4 |
| 3. | COMPANY AND CONTRACTOR REPRESENTATIVES | 5 |
| 4. | CONTRACTOR's GENERAL OBLIGATIONS | 6 |
| 5. | TRANSPORTATION | 7 |
| 6. | CONTRACTOR TO INFORM ITSELF | 7 |
| 7. | CONTRACTOR TO INFORM COMPANY | 7 |
| 8. | ASSIGNMENTS AND SUBCONTRACTING | 8 |
| 9. | CONTRACTOR PERSONNEL | 8 |
| 10. | DEFECTIVE PERFORMANCE | 10 |
| 11. | CHANGES TO THE WORK | 11 |
| 12. | FORCE MAJEURE | 11 |
| 13. | SUSPENSION | 12 |
| 14. | TERMS OF PAYMENT | 13 |
| 15. | TAXES | 15 |
| 16. | OWNERSHIP | 17 |
| 17. | PATENTS AND OTHER PROPRIETARY RIGHTS | 17 |
| 18. | LAWS AND REGULATIONS | 20 |
| 19. | INDEMNITIES | 20 |
| 20. | INSURANCE BY CONTRACTOR | 24 |
| 21. | CONSEQUENTIAL LOSS | 26 |
| 22. | CONFIDENTIALITY | 27 |
| 23. | TERMINATION | 28 |
| 24. | AUDIT | 29 |
| 25. | LIENS | 30 |
| 26. | BUSINESS ETHICS | 31 |
| 28. | RESOLUTION OF DISPUTES | 35 |
| 29. | WARRANTY | 35 |
| 30. | ACCESS TO LOCATIONS | 36 |
| 31. | HEALTH, SAFETY, ENVIRONMENT AND THE WELFARE OF PERSONNEL | 37 |
| 32. | PERFORMANCE MANAGEMENT | 38 |
| 33. | AGGREGATE OF LIABILITY | 39 |
| 34. | CONTINUING OBLIGATIONS | 39 |
| 35. | ANTI-CORRUPTION UNDERTAKINGS | 40 |
| 36. | SPECIAL CONDITIONS | 41 |

**APPENDICES**

APPENDIX 1   SPECIAL CONDITIONS OF CONTRACT

APPENDIX 2   LOCAL TAX PROVISIONS

CONFIDENTIAL
Business Confidential

**Section 2 – General Conditions of Contract**

**FAIR NOTICE DISCLOSURE STATEMENT**

**BOTH PARTIES TO THIS CONTRACT ACKNOWLEDGE THAT THIS STATEMENT COMPLIES WITH ANY REQUIREMENT TO EXPRESSLY STATE LIABILITY FOR NEGLIGENCE OF THE INDEMNITEE (EXPRESS NEGLIGENCE RULE), IS CONSPICUOUS AND AFFORDS FAIR AND ADEQUATE NOTICE. BOTH PARTIES TO THIS CONTRACT REPRESENT TO EACH OTHER THAT THEY HAVE CONSULTED AN ATTORNEY CONCERNING THE CONTENTS OF THIS CONTRACT AND ARE SATISFIED THAT THEY FULLY UNDERSTAND THEIR RIGHTS AND OBLIGATIONS HEREUNDER AND IF THEY HAVE NOT CONSULTED AN ATTORNEY, CONFIRM THAT THEY WERE PROVIDED THE OPPORTUNITY AND HAD THE ABILITY TO CONSULT AN ATTORNEY, BUT MADE A KNOWLEDGEABLE DECISION NOT TO OBTAIN SUCH CONSULTATION.**

1. **DEFINITIONS**

    The following definitions shall be used for the purpose of interpreting the CONTRACT. Further definitions not contained in this Clause shall apply to the Section in which they are stated and subsequent Sections.

1.1  "AFFILIATE" of a company means a person or entity directly or indirectly controlling, controlled by, or under common control with such company. "Control" for this purpose shall, in the case of a corporation with outstanding voting stock, require the direct or indirect ownership of, or power to vote with respect to, outstanding shares of a corporation's capital stock constituting fifty per cent (50%) or more of the votes of any class of such corporation's outstanding voting stock.

1.2  "CHANGE ORDER" shall mean the written instruction in the form similar to Section 3, Appendix 3 issued by COMPANY in accordance with the provisions of Clause 11 describing a change or variation to the WORK or a specific WORK ORDER.

1.3  "COMPANY GROUP" shall mean COMPANY, its CO-VENTURERS, its and their respective AFFILIATES and its and their respective directors, officers, and employees (including agency personnel), but shall not include any member of CONTRACTOR GROUP.

1.4  "COMPANY REPRESENTATIVE" shall mean that person referred to in Clause 3.

1.5  "CONTRACT" shall have the meaning described in Section 1 - Agreement.

1.6  "CONTRACT PRICE" shall mean the price for the WORK calculated in accordance with Section 4 – Remuneration and where applicable as set forth in any WORK ORDER, as modified by any CHANGE ORDERS, issued hereunder.

1.7  "CONTRACTOR GROUP" shall mean CONTRACTOR, its SUBCONTRACTORS their subcontractors of any tier, its and their respective AFFILIATES or co-venturers and, its and their respective directors, officers, and employees (including agency personnel), but shall not include any member of COMPANY GROUP.

1.8  "CONTRACTOR REPRESENTATIVE" shall mean that person referred to in Clause 3.

1.9  "CO-VENTURERS" shall mean any co-venturers and / or Co-Lessees with COMPANY from time to time having an interest in the exploration and production license under which the WORK is being performed and the successors in interest of such CO-VENTURERS or the assignees of any interest of such CO-VENTURERS as more fully defined in Appendix 1 to this Section 2.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022167

---

**Section 2 – General Conditions of Contract**

---

1.10    "DEFECTS LIABILITY PERIOD" shall mean the period from the commencement of the WORK up to ninety (90) days after completion of the WORK during which CONTRACTOR shall remain liable for the correction of defects to the WORK or services as provided for under Clause 10.

1.11    "SERVICE COMPANY(IES)" shall mean any contractor(s) other than CONTRACTOR who have entered into contract(s) with COMPANY and are engaged by COMPANY to provide services or perform WORK at the WORKSITE or engaged by COMPANY to provide services or perform work in connection with the WORK.

1.12    "SERVICE COMPANY GROUP" shall mean any SERVICE COMPANY, its sub-contractors of any tier, its and their AFFILIATES, and its and their respective directors, officers and employees (including agency personnel), but shall not include any member of COMPANY GROUP or CONTRACTOR GROUP.

1.13    "SUBCONTRACT" shall mean any contract between CONTRACTOR and any party or between such party and its SUBCONTRACTORs of any tier (other than COMPANY or any employees of CONTRACTOR) for the performance of any part of the WORK.

1.14    "SUBCONTRACTOR" shall mean any party (other than CONTRACTOR) to a SUBCONTRACT.

1.15    "TECHNICAL INFORMATION" shall mean all such information provided by or caused to be provided by COMPANY pursuant to the CONTRACT.

1.16    "WARRANTY PERIOD" in respect of equipment and products provided by CONTRACTOR hereunder shall mean a period of 12 months from date of installation or 24 months from date of shipment of any product, whichever first occurs, as provided for under Clause 29.

1.17    "WORK" shall mean all work, including each service to be rendered, related equipment or materials supplied, or products provided pursuant to each WORK ORDER (as modified by any CHANGE ORDER), that CONTRACTOR is required to carry out in accordance with the provisions of the CONTRACT.

1.18    "WORK ORDER" shall mean the written instruction in a form similar to Section 3, Appendix 2 that will be issued by COMPANY in accordance with the provisions of the CONTRACT describing the WORK required to be performed at a specific WORKSITE.

1.19    "WORKSITE" shall mean the lands, waters and other places on, under, in or through which the WORK is to be performed including COMPANY owned, leased or operated premises, land drilling and production sites, offshore installations, floating construction equipment, vessels (including the area covered by approved anchor patterns) or places where equipment, materials or supplies are being obtained, stored or used for the purposes of the CONTRACT.

**2.      INTERPRETATION**

2.1     All instructions, notices, agreements, authorizations, approvals, and acknowledgements shall be in writing. All such documentation together with all correspondence and other documents shall be in the English language.

        Nevertheless, if for any reason it is considered necessary by COMPANY to give an instruction to CONTRACTOR orally in the first instance, CONTRACTOR shall comply with such instruction. Any such oral instruction shall be confirmed in writing as soon as is possible under the circumstances, provided that, if CONTRACTOR confirms in writing any such oral instruction

---

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022168

---

**Section 2 – General Conditions of Contract**

---

which is not contradicted in writing by COMPANY without undue delay, it shall be deemed to be an instruction in writing by COMPANY.

2.2     Any reference to statute, statutory provision, or statutory instrument shall include any re-enactment or amendment thereof for the time this CONTRACT is in force.

**3.      COMPANY AND CONTRACTOR REPRESENTATIVES**

3.1     General

(a)     COMPANY REPRESENTATIVE and CONTRACTOR REPRESENTATIVE are the persons named as such in Appendix 1 to this Section 2.

(b)     Such representatives, or delegates appointed in accordance with the provisions of this Clause, shall be readily available to enable both COMPANY and CONTRACTOR to discharge their obligations under the CONTRACT.

(c)     COMPANY REPRESENTATIVE and any person authorized by him shall have access at all reasonable times to the WORKSITE and CONTRACTOR shall afford every facility for and every assistance in obtaining the right of access.

3.2     COMPANY REPRESENTATIVE

(a)     COMPANY REPRESENTATIVE has the authority to commit COMPANY in all matters under the CONTRACT and, subject to any delegation of such authority, shall be responsible for issuing to and receiving from CONTRACTOR all notices, information, instructions and decisions.

(b)     By notice to CONTRACTOR, COMPANY REPRESENTATIVE may at any time delegate any of his authority to any nominated deputy.  Such notice shall specify the precise authority of any such deputy and shall be sent to CONTRACTOR REPRESENTATIVE.

(c)     COMPANY may change COMPANY REPRESENTATIVE at any time and shall notify CONTRACTOR of any change.

(d)     Except as expressly stated in the CONTRACT, COMPANY REPRESENTATIVE has no powers to amend the CONTRACT or to relieve CONTRACTOR from any of its obligations under the CONTRACT.

3.3     CONTRACTOR REPRESENTATIVE

(a)     CONTRACTOR REPRESENTATIVE has the authority to commit CONTRACTOR to any course of action within the rights and obligations of CONTRACTOR under the CONTRACT and, subject to any delegation of such authority, shall be responsible for issuing to and receiving from COMPANY all notices, information, instructions and decisions.

(b)     CONTRACTOR REPRESENTATIVE may delegate any of his authority to any nominated deputy, the terms of such delegation being subject to the prior approval of COMPANY which shall not be unreasonably withheld or delayed.

---

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022169

**Section 2 – General Conditions of Contract**

(c)    CONTRACTOR shall not change CONTRACTOR REPRESENTATIVE without cause or any nominated deputy without the prior approval of COMPANY which shall not unreasonably be withheld or delayed.

(d)    CONTRACTOR REPRESENTATIVE has no powers to amend the CONTRACT.

## 4.  CONTRACTOR's GENERAL OBLIGATIONS

4.1    CONTRACTOR shall in accordance with Section 3, carry out all of its obligations under the CONTRACT and provide all management, supervision, personnel, materials and equipment, (except materials and equipment specified to be provided by COMPANY), plant, consumables, facilities and all other things whether of a temporary or permanent nature, so far as the necessity for providing the same is expressed with reasonable clarity in the CONTRACT.

4.2    CONTRACTOR shall carry out all of its obligations under the CONTRACT and shall execute the WORK with all due care and diligence and with the skill to be expected of a reputable contractor experienced in the types of work to be carried out under the CONTRACT.

4.3    CONTRACTOR shall take full responsibility for the adequacy, stability, health, safety, and environmental protection of all its operations and methods necessary for the performance of the WORK and shall keep strictly to the provisions of Section 7 – Health, Safety, Security, and Environment.

4.4    Except to the extent that it may be illegal or physically impossible or create a hazard to safety CONTRACTOR shall comply with COMPANY's instructions and directions on all matters relating to the WORK.

4.5    In order to ensure that performance and completion of the WORK are not delayed or impeded CONTRACTOR shall be responsible for the timely provision of all matters referred to in Clause 4.1 and, where provided for elsewhere in the CONTRACT, for the timely request of COMPANY provided materials, services, and facilities.

4.6    COMPANY reserves the right to let other contracts for work or services to be performed coincidently with the WORK at the WORKSITE.  CONTRACTOR shall afford COMPANY and SERVICE COMPANY(IES) reasonable access and opportunity for the performance of their work or contracts and shall cooperate fully with SERVICE COMPANY(IES).

4.7    CONTRACTOR shall be responsible for the programming of the WORK.

4.8    On completion of the WORK or any portion thereof and subject to any modifications set forth in Section 3, Scope of Work, CONTRACTOR shall without delay clear and remove all equipment and materials owned or in the custody and control of CONTRACTOR (other than equipment and material addressed in Clause 4.9) including debris, thereby leaving the WORKSITE in a clean, tidy and safe condition consistent with the provisions of Section 7 – Health, Safety, Security, and Environment.  Nothing contained herein shall oblige CONTRACTOR to dispose of hazardous waste unless expressly stated otherwise.  Notwithstanding the foregoing, nothing in this CONTRACT shall obligate the CONTRACTOR to raise and recover any item of sunken equipment whether lost overboard in transit or on location unless CONTRACTOR is required by statute or regulation to raise and recover such item or where COMPANY requires such item to be recovered as interfering with COMPANY's future operations at the location.

4.9    Surplus COMPANY material in the possession of CONTRACTOR on completion of the WORK shall be disposed of by CONTRACTOR in accordance with the instructions of COMPANY

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022170

---

**Section 2 – General Conditions of Contract**

REPRESENTATIVE which shall be the subject of a CHANGE ORDER in accordance with Clause 11.

### 5. TRANSPORTATION

The responsibility and obligations of COMPANY with respect to the provision of onshore or offshore transportation, where applicable, for CONTRACTOR provided personnel, equipment and materials are as stated in Section 3 - Scope of Work.

### 6. CONTRACTOR TO INFORM ITSELF

6.1   CONTRACTOR shall be deemed to the extent reasonably possible to have satisfied itself, before entering into the CONTRACT, as to the extent and nature of the WORK including but not limited to the services, personnel, materials and equipment, plant, consumables and facilities required for the WORK, the correctness and sufficiency of the rates and prices entered in Section 4 - Remuneration, general and local conditions, and all other matters which could affect progress or performance of the WORK.

6.2   Any failure by CONTRACTOR to take account of matters, which affect the WORK, will not relieve CONTRACTOR from its obligations under the CONTRACT.

6.3   CONTRACTOR shall check all TECHNICAL INFORMATION in accordance with good oilfield practice and advise COMPANY of any errors or inconsistencies it finds.  COMPANY shall resolve those errors or inconsistencies as soon as reasonably possible and CONTRACTOR shall thereafter be entitled to rely on all TECHNICAL INFORMATION furnished to CONTRACTOR by COMPANY (as corrected by COMPANY if applicable).

6.4   The COMPANY shall without undue delay provide to CONTRACTOR all information affecting the WORK which CONTRACTOR reasonably requires from COMPANY in order to properly perform the WORK in accordance with the CONTRACT.

### 7. CONTRACTOR TO INFORM COMPANY

7.1   CONTRACTOR shall notify COMPANY without undue delay of all things, which in the opinion of CONTRACTOR appear to be deficiencies, omissions, contradictions, or ambiguities in the CONTRACT or conflicts with applicable law.  COMPANY shall review these items and issue the necessary instructions before CONTRACTOR proceeds with any part of the WORK affected. Subject to the provisions of Clause 11, COMPANY shall issue a CHANGE ORDER if CONTRACTOR can show that it has suffered delay and/or incurred additional cost as a result of any such instruction.

7.2   In addition to the requirements of Section 7 – Health, Safety, Security, and Environment, CONTRACTOR shall notify COMPANY without delay of any health, safety and environmental incidents and accidents that occur in connection with the carrying out of the WORK. CONTRACTOR shall also notify COMPANY of any other incidents which occur which might affect the carrying out of the WORK or the CONTRACT.

7.3   CONTRACTOR shall notify COMPANY immediately of any proposed or actual stoppages of work, industrial disputes, or other matters affecting or likely to affect the carrying out or completion of the WORK.

When requested by COMPANY, CONTRACTOR shall also supply to COMPANY other information in connection with the WORK relating to industrial relations.

---

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022171

---

**Section 2 – General Conditions of Contract**

---

8.      **ASSIGNMENTS AND SUBCONTRACTING**

8.1     Assignment

   (a)   COMPANY is entitled to assign the CONTRACT or any part of it or any benefit or interest in or under it to any CO-VENTURER or AFFILIATE of COMPANY.   In addition, COMPANY may make any such assignment to any other third party but only with the prior agreement of CONTRACTOR which shall not unreasonably be withheld or delayed.

   (b)   CONTRACTOR undertakes that, in the event of any assignment described above, it will execute without delay a formal assignment of interest in the CONTRACT to the relevant party, to be effective upon the written assumption by the assignee of all obligations of COMPANY under the CONTRACT.

   (c)   CONTRACTOR shall not assign the CONTRACT or any benefit or interest therein, whether in whole or in part, except to a CONTRACTOR AFFILIATE without the prior approval of COMPANY, which approval shall not be unreasonably withheld or delayed.

8.2     Subcontracting

   (a)   CONTRACTOR shall not subcontract the whole of the WORK.   CONTRACTOR shall not subcontract any material part of the WORK without the prior approval of COMPANY which approval shall not unreasonably be withheld or delayed.

   (b)   Before entering into any SUBCONTRACT as provided in 8.2 (a), COMPANY shall be given an adequate opportunity to review the form of SUBCONTRACT, the choice of SUBCONTRACTOR, the part of the WORK included in the SUBCONTRACT and any other relevant details requested by COMPANY.

         Where COMPANY will be required to reimburse to CONTRACTOR the sum paid to the SUBCONTRACTOR, any procedure for award of such SUBCONTRACTS included in the CONTRACT shall be followed and COMPANY shall be entitled to review all relevant aspects of the SUBCONTRACT.

   (c)   No SUBCONTRACT shall bind or purport to bind COMPANY or the CO-VENTURERS. CONTRACTOR shall ensure that any SUBCONTRACTOR shall be bound by and observe the provisions of the CONTRACT in so far as they apply to the SUBCONTRACT.

         Each SUBCONTRACT shall expressly provide for CONTRACTOR's unconditional right of assignment of the SUBCONTRACT to COMPANY in the event that COMPANY terminates the CONTRACT or the WORK.

   (d)   CONTRACTOR shall be responsible for all work, acts, omissions, and defaults of any SUBCONTRACTOR as fully as if they were work, acts, omissions, or defaults of CONTRACTOR.

9.      **CONTRACTOR PERSONNEL**

9.1     CONTRACTOR undertakes to provide sufficient personnel at all times to ensure performance and completion of the WORK in accordance with the provisions of the CONTRACT.

---

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022172

---

**Section 2 – General Conditions of Contract**

---

9.2     All personnel employed on the WORK shall, for the work they are required to perform, be competent, properly qualified, skilled and experienced in accordance with good industry practice.

        CONTRACTOR shall verify all relevant qualifications of such personnel.  This includes, but is not limited to, CONTRACTOR's:

        a)     Site based personnel,
        b)     Shore base / shop personnel who prepare equipment and materials pre-job,
        c)     QA/QC personnel,
        d)     HSSE personnel,
        e)     Logistics personnel,
        f)     Technical support staff.

9.3     Where CONTRACTOR's key personnel are specified in the CONTRACT, they shall not be replaced without prior COMPANY approval which shall not unreasonably be withheld or delayed. Any replacement shall work with the person to be replaced for a reasonable handover period.

9.4     CONTRACTOR shall maintain full and up to date records of its personnel employed on the WORK and register all periods worked offshore by its personnel and make records available to COMPANY if or when required.

9.5     CONTRACTOR shall be solely responsible for and shall meet all costs incurred in connection with the employment and administration of its personnel, local or otherwise, together with all necessary and routine medical services to be provided for its personnel, and all other matters relating thereto, including making all travel arrangements (reservations, onshore transport, lodging, maintenance, etc) except as set out in Section 3 hereof, obtaining all necessary passports and visas (and renewals thereof) and all to satisfy the requirement of all applicable laws, rules, regulations and decrees of any governmental or regulatory body having jurisdiction over its WORK.

9.6     CONTRACTOR shall also be solely responsible for the timely payment of wages, salaries, and allowances for its personnel including the withholding of any taxes required by any governmental or regulatory body having jurisdiction over the WORK and/or the WORKSITE.  CONTRACTOR shall make and file all returns and reports in connection therewith and account thereafter to the appropriate authorities.

9.7     Except as otherwise provided herein, CONTRACTOR shall be responsible for all matters and costs associated with rest periods for its personnel including all crew changes which may take place during the period of the WORK.  CONTRACTOR is responsible for ensuring that all personnel are properly rested in order to carry out the WORK in a safe, efficient, and environmentally responsible manner.

9.8     CONTRACTOR shall, as its own expense, provide its personnel with all necessary protective clothing and safety equipment suitable for the working conditions.  For duty offshore/onshore such clothing/equipment shall be in accordance with statutory requirements.

9.9     CONTRACTOR shall ensure that such key personnel and supervisory personnel of CONTRACTOR and SUBCONTRACTORs shall read, write, and speak fluent English.

9.10    CONTRACTOR shall be as responsible for any WORK performed by any CONTRACTOR agency personnel and by any other person provided by CONTRACTOR in connection with the WORK as if the WORK was performed by the CONTRACTOR's employees.

---

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022173

---

**Section 2 – General Conditions of Contract**

---

9.11    CONTRACTOR shall ensure that all employees of CONTRACTOR and any SUBCONTRACTOR engaged in the performance of the WORK comply with applicable laws including immigration laws and where required are in possession of a valid work permit, travel permits, for the duration of the CONTRACT.   When requested, details of such work permits shall be submitted to COMPANY.

9.12    COMPANY may verbally or in writing instruct CONTRACTOR to remove from the WORKSITE any CONTRACTOR GROUP personnel engaged in any part of the WORK who in the reasonable opinion of COMPANY is either:

(a)    incompetent or negligent in the performance of their duties; or

(b)    engaged in activities that are contrary or detrimental to the interests of COMPANY; or

(c)    not conforming with relevant safety procedures described in Section 7 – Health, Safety, Security, and Environment or persists in any conduct likely to be prejudicial to safety, health or the environment.

CONTRACTOR shall remove or lawfully secure such removal of any such person forthwith from the WORKSITE.   COMPANY shall state the reason for such removal in a subsequent written instruction if requested by CONTRACTOR.  CONTRACTOR shall provide a suitable replacement for any such person within 24 hours or longer time as may be agreed by COMPANY.

Any person removed for any of the above reasons shall not be engaged again in the WORK or on any other work of COMPANY without the prior informed approval of COMPANY

9.13    CONTRACTOR shall forthwith at its cost and expense replace any such person removed under the provisions of Clause 9.12 hereof with such replacement being a person qualified and capable of performing in an efficient manner the duties of any such person being replaced. This Clause shall also apply to CONTRACTOR's and SUBCONTRACTOR's personnel leaving of their own volition.

9.14    CONTRACTOR shall take all requisite precautions and use its best endeavors to prevent any riotous or unlawful behavior by or amongst any of CONTRACTOR's personnel.

**10.    DEFECTIVE PERFORMANCE**

10.1    If at any time within the DEFECTS LIABILITY PERIOD and without prejudice to COMPANY's other rights under Clause 23, where COMPANY has found that the WORK or part thereof or any re-work performed by CONTRACTOR has not been performed in accordance with the CONTRACT, COMPANY shall detail in writing such fault or defect ("DEFECTS"), the specific nature of the DEFECTS and the Clause and Section of the CONTRACT that contains the obligation that CONTRACTOR has failed to meet.

10.2    Starting on the date set out in COMPANY's notice under Clause 10.1 to CONTRACTOR (or if no such date is specified, commencing immediately upon such notice becoming effective), CONTRACTOR shall expeditiously take all necessary action to remedy the DEFECTS. CONTRACTOR's obligations under this Clause shall continue until the DEFECTS have been remedied in full compliance with the requirements of the CONTRACT.

10.3    Subject to Clause 10.4 and without prejudice to COMPANY's other rights under Clause 23, if following receipt of COMPANY notification as set out in Clause 10.1, CONTRACTOR is unwilling or unable to perform the work necessary to correct the DEFECTS in a time which is reasonable

---

CONFIDENTIAL
Business Confidential

---

**Section 2 – General Conditions of Contract**

---

in all circumstances then COMPANY may decide that CONTRACTOR's failure to correct such DEFECTS will be prejudicial to its interests. In such cases COMPANY may at its option either:

a)   at CONTRACTOR's expense, either re-perform the defective WORK or have the defective WORK remedied by others at best market rates available to COMPANY taking into account HSSE, technical and cost considerations. CONTRACTOR's liability in respect of this Clause 10.3(a) shall extend to the full amount of the incremental cost, meaning the amount by which the cost of procuring such alternative performance exceeds the CONTRACT PRICE, incurred by COMPANY in procuring alternative performance of the defective WORK as aforesaid; or

b)   terminate the CONTRACT or WORK ORDER as provided under Clause 23.1 (b)

10.4   For the purposes of Clause 10.2, 10.3 and 23.5, CONTRACTOR shall not be liable to COMPANY for the costs of any items which are specified in the CONTRACT or WORK ORDER as items to be provided by COMPANY or items which were previously provided by COMPANY.

10.5   CONTRACTOR's limit of financial liability expressed under Clause 10.3(a) shall be limited to a sum equivalent to the costs incurred by COMPANY and in any event to a sum not greater than thirty percent (30%) of the price of the element of the WORK or services in respect of which a notice of DEFECTS has been issued pursuant to Clause 10.1 plus all reasonable and documented third party mobilization (and de-mobilization, as applicable) costs necessary to re-perform the WORK or services in question.

**11.   CHANGES TO THE WORK**

11.1   COMPANY has the right to issue instructions in the form of a CHANGE ORDER to CONTRACTOR at any time to make any variation or changes to the WORK which are within the capability and resources of CONTRACTOR. CONTRACTOR shall proceed immediately as instructed.

11.2   CONTRACTOR shall notify COMPANY if any CHANGE ORDER issued pursuant to Clause 11.1 will result in an adjustment to CONTRACT PRICE. Any adjustment to the CONTRACT PRICE resulting from any CHANGE ORDER shall be valued at the appropriate rates and prices included in the CONTRACT, or in the absence of any appropriate rates and prices, a fair valuation shall be mutually agreed by COMPANY and CONTRACTOR.

11.3   Any additions or modifications to the schedule of rates defined in the remuneration section shall be treated as contractual amendments requiring the approval of both PARTIES' authorized representatives.

**12.   FORCE MAJEURE**

12.1   Neither COMPANY nor CONTRACTOR shall be responsible for any failure to fulfill any term or condition of the CONTRACT (other than any obligation to make payment when due for WORK already carried out) if and to the extent that fulfillment has been delayed or temporarily prevented by a force majeure occurrence, as herein defined, which has been notified in accordance with this Clause and which is beyond the control and without the fault or negligence of the PARTY affected and which, by the exercise of reasonable diligence, the said PARTY is unable to provide against.

12.2   For the purpose of this CONTRACT, force majeure as defined in Clause 12.1 shall be considered to include, but not be limited to, the following:

---

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022175

**Section 2 – General Conditions of Contract**

    (a)    Riot, war, invasion, act of foreign enemies, hostilities (whether war be declared or not), acts of terrorism, civil war, rebellion, revolution, insurrection of military or usurped power;

    (b)    Ionizing radiations or contamination by radioactivity from any nuclear fuel or from any nuclear waste from the combustion of nuclear fuel or radioactive, toxic, explosive or other hazardous properties of any explosive nuclear assembly or nuclear component thereof;

    (c)    Earthquake, flood, fire, explosion, Acts of God and/or other natural physical disaster; but excluding weather conditions as such, regardless of severity, for which operational contingency plans exist;

    (d)    Strikes at a national or regional level or industrial disputes at a national or regional level, or strikes or industrial disputes by labor not employed by the affected PARTY its subcontractors or its suppliers and which affect a substantial or essential portion of the WORK;

    (e)    Maritime or aviation disasters;

    (f)    Changes to any general or local Statute, Ordinance, Decree, or other Law or any regulation or bye-law of any local or other duly constituted authority or the introduction of any such Statute, Ordinance, Decree, Law, regulation, or bye-law.

12.3    In the event of a force majeure occurrence, the PARTY that is or may be delayed in performing the CONTRACT shall notify the other PARTY without delay giving the full particulars thereof and shall use all reasonable endeavors to remedy the situation without delay.

12.4    Save as otherwise expressly provided in the CONTRACT, no additional payments of whatever nature shall be made in respect of a force majeure occurrence.

12.5    Following notification of a force majeure occurrence in accordance with Clause 12.3, the PARTIES shall meet at appropriate intervals to agree on a mutually acceptable course of action to minimize the impact and effects of such an occurrence to either PARTY.

12.6    In the event that a force majeure occurrence causes the WORK to be halted for a period longer than thirty (30) days, the PARTIES shall meet and agree to:-

    (a)    extend the term of the CONTRACT in accordance with Clause 11.1, with appropriate adjustments in remuneration to compensate for delayed completion, or

    (b)    reschedule the WORK.

Failing agreement either PARTY shall be entitled to terminate the WORK ORDER or CONTRACT in accordance with Clause 23.6.

## 13.    SUSPENSION

13.1    COMPANY shall have the right, by notice to CONTRACTOR, to suspend the WORK or any part thereof to the extent detailed in the notice, for any of the following reasons;

    (a)    subject only to Clause 13.3, in the event of some default on the part of CONTRACTOR; or

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022176

**Section 2 – General Conditions of Contract**

    (b)    in the event that suspension is necessary for the proper execution or safety of the WORK, or persons or;

    (c)    to suit the convenience of COMPANY.

13.2    Upon receipt of any such notice, CONTRACTOR shall, unless instructed otherwise:

    (a)    discontinue the WORK or the part of the WORK detailed in the notice, on the date and to the extent specified; and

    (b)    properly protect and secure the WORK as required by COMPANY.

13.3    In the event of default on the part of CONTRACTOR and before the issue by COMPANY of a notice to suspend the WORK or any part thereof COMPANY shall give notice of default to CONTRACTOR giving details of such default.  If CONTRACTOR, upon receipt of such notice, does not commence and thereafter continuously proceed with action reasonably satisfactory to COMPANY to remedy such default COMPANY may issue a notice of suspension in accordance with the provisions of Clause 13.1.

13.4    Unless the suspension arises as a result of default on the part of CONTRACTOR, CONTRACTOR shall be reimbursed in accordance with the provisions of Section 4 - Remuneration or, in the absence of such provisions, in accordance with Clause 11.

13.5    COMPANY may, by further notice, instruct CONTRACTOR to resume the WORK to the extent specified.

13.6    In the event of any suspension, COMPANY and CONTRACTOR shall meet at not more than 7 day intervals with a view to agreeing upon a mutually acceptable course of action during the suspension.

13.7    If the period of any suspension not arising as a result of default on the part of CONTRACTOR exceeds thirty (30) days hereto, CONTRACTOR may serve a notice on COMPANY requiring permission within fourteen (14) days from the receipt of such notice to proceed with the WORK or that part thereof subject to suspension.  If within the said fourteen (14) days COMPANY does not grant such permission CONTRACTOR, by a further notice, may (but is not bound to) elect to treat the suspension as either:

    (a)    where it affects part of the WORK, an omission of such part under Clause 11; or

    (b)    where it affects the whole of the WORK, termination in accordance with Clause 23.1 (a).

**14.**    **TERMS OF PAYMENT**

14.1    For the performance and completion of the WORK, COMPANY shall pay or cause to be paid to CONTRACTOR the amounts provided in Section 4 - Remuneration at the times and in the manner specified in Section 4 - Remuneration and in this Clause.

14.2    Except where it is expressly provided that COMPANY shall carry out an obligation under the CONTRACT at its own cost, all things to be supplied or performed by CONTRACTOR under the CONTRACT shall be deemed to be included in the rates and prices included in Section 4 - Remuneration.  All obligations of CONTRACTOR pursuant to the provision of Clause 10 shall be performed by CONTRACTOR at its sole cost and expense.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022177

**Section 2 – General Conditions of Contract**

14.3    CONTRACTOR shall invoice COMPANY for WORK performed in accordance with the provisions stated in Appendix 1 to Section 4 - Remuneration. All invoices will be submitted no later than ninety (90) days after the completion of the whole of the WORK or such longer period as mutually agreed.

14.4    To the extent payments to be made under the CONTRACT attract any national and/or local government, federal or state sales and/or service type tax, the invoicing provisions for such sales and/or taxes shall be as stated in Appendix 1 to Section 4 - Remuneration.

14.5    COMPANY shall pay CONTRACTOR's invoice(s) within the period, in the currency, in the manner, and at the address stated in Appendix 1 to Section 4 - Remuneration.

14.6    CONTRACTOR shall submit all documentation reasonably required by COMPANY to substantiate all invoices.

14.7    If COMPANY disputes any items on any invoice in whole or in part or if the invoice is prepared or submitted incorrectly in any respect, COMPANY shall promptly notify CONTRACTOR of the reasons and request CONTRACTOR to issue a credit note for the disputed part pending resolution of the dispute or whole of the invoice as applicable. Upon receipt of such credit note, COMPANY shall be obliged to pay the undisputed part of a disputed invoice.

If any other dispute connected with the CONTRACT exists between the PARTIES, COMPANY may withhold from any money which becomes payable under the CONTRACT the amount which is the subject of the dispute. COMPANY shall not be entitled to withhold monies due to CONTRACTOR under any other contracts with COMPANY as set off against disputes under the CONTRACT, nor shall it be entitled to withhold monies due under the CONTRACT as set off against disputes under any other contract.

On settlement of any dispute CONTRACTOR shall submit an invoice for sums due and COMPANY shall make the appropriate payment in accordance with the provisions of this Clause 14.

14.8    Neither the presentation nor payment nor non-payment of an individual invoice shall constitute a settlement of a dispute, an accord and satisfaction, a remedy of account stated, or otherwise waive or affect the rights of the PARTIES hereunder.

In particular, COMPANY may correct or modify any sum previously paid in any or all of the following circumstances:

(a)    any such sum was incorrect;

(b)    any such sum was not properly payable to CONTRACTOR;

(c)    any WORK in respect of which payment has been made and which does not comply with the terms of the CONTRACT.

14.9    If COMPANY, at any time, incurs costs which, under the provisions of the CONTRACT, COMPANY is entitled to recover from CONTRACTOR, COMPANY may invoice CONTRACTOR for such costs, provided always that COMPANY may deduct the amount of such costs from any amount due, or that may become due to CONTRACTOR under the CONTRACT.

CONTRACTOR shall pay COMPANY within thirty (30) days of receipt of invoice any undisputed sums outstanding after such deduction.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022178

---

**Section 2 – General Conditions of Contract**

---

14.10   For the purposes of Clause 14.9, and elsewhere in the CONTRACT, wherever one PARTY is entitled to recover from the other PARTY any costs incurred then the amount of such costs shall be the amount of all claims, loss, damages, charges, disbursements, costs (including amounts paid to third parties), overheads and expenses directly resulting from the matter in question, but no element of profit.

**15.**   **TAXES**

15.1   CONTRACTOR shall co-operate with COMPANY and at the request of COMPANY, CONTRACTOR or its permitted assigns shall use its best efforts to supply and shall procure any SUBCONTRACTOR or supplier hereunder to supply to COMPANY such information (including documentary information) in connection with its activities or its SUBCONTRACTORs' or suppliers' activities hereunder as may be required by COMPANY for any of the following purposes:

  (a)   to enable COMPANY to comply with the lawful demand or requirement for such information by appropriate taxing authority having jurisdiction over the area in which the WORK is to be performed to ensure that all requirements of the applicable law are being complied with by CONTRACTOR.

  (b)   to enable COMPANY to conduct, defend, negotiate or settle any claim arising out of, or in connection with, such activities, whether or not such claim shall have become the subject of arbitration or judicial proceedings,

  (c)   to enable COMPANY to make any application (including, but without limitation, any claim for any allowances or relief) or representation in connection with, or to contest any assessment on, or liability of COMPANY to any taxes,

  COMPANY's request for such information and documents shall allow CONTRACTOR a reasonable time to prepare, provide, and submit that information requested.

15.2   The obligations of CONTRACTOR set forth above shall exist for a period of six (6) years commencing with the date of agreement by COMPANY of CONTRACTOR's final statement of account under the CONTRACT, and CONTRACTOR shall retain and shall procure any SUBCONTRACTOR or supplier hereunder to retain, all information and documents in connection with its activities under or pursuant to the CONTRACT as shall enable CONTRACTOR to comply with its above obligations.

15.3   Except as specifically addressed elsewhere in CONTRACT including without limitation Appendix 2, CONTRACTOR shall assume full and exclusive liability for payment, and shall procure that its SUBCONTRACTORs shall assume full and exclusive liability for payment of all taxes properly and lawfully assessed or imposed on CONTRACTOR or its SUBCONTRACTORs by any competent Government or regulatory authority having jurisdiction over the WORKSITE and any other areas where the WORK is to be performed in connection with the carrying out of the WORK.

  Notwithstanding the foregoing, the CONTRACTOR's liability for any claims or liability of the COMPANY in respect of taxes is subject to the following:  If the COMPANY receives any demand or request for payment of any levies, charges, taxes or contributions of the type referenced in this Clause 15.3 for which it would seek indemnity or reimbursement from CONTRACTOR, the COMPANY shall forthwith notify the CONTRACTOR in writing of such demand or request.  The COMPANY shall consult with the CONTRACTOR on its response to such demand or request and the COMPANY shall use its reasonable endeavors to appeal against such demand or request.

---

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022179

---

**Section 2 – General Conditions of Contract**

---

15.4    **CONTRACTOR shall indemnify and keep indemnified COMPANY against all liabilities incurred as a consequence of breach by CONTRACTOR or any SUBCONTRACTOR or supplier of any of the obligations under Clauses 15.1, 15.2 and 15.3 hereof and all actions, proceedings, claims, damages, charges, costs and expenses whatsoever in relation thereto.**

15.5    Except as specifically addressed in Appendix 2 to Section 2, Local Tax Provision, or elsewhere in this CONTRACT, CONTRACTOR is considered to have taken into account in the CONTRACT PRICE all taxes, levies or contributions having effect on the EFFECTIVE DATE.

15.6    If, on or after the EFFECTIVE DATE, there shall be any change in the level or in the incidence, or any new incidence or abolition, of any tax applicable to the WORKSITE, levy or contribution excluding any tax on profits or gains, which are by law payable by CONTRACTOR or any SUBCONTRACTOR or supplier hereunder in respect of its employees working wholly on the WORK or in respect of CONTRACTOR's or any SUBCONTRACTORs or supplier's activities under the CONTRACT or any SUBCONTRACT or purchase order hereunder, the net amount of such change or new incidence or abolition shall constitute an addition to, or deduction from, the sums payable to CONTRACTOR under the CONTRACT.

15.7    CONTRACTOR shall submit to COMPANY with its monthly statements full details of any addition or deduction to be made pursuant to the above, and all payments after submission of such details shall take account of the additions or deductions to which such details shall relate.

15.8    CONTRACTOR shall insert provisions into each SUBCONTRACT or purchase order hereunder imposing on each SUBCONTRACTOR or supplier obligations, which will enable CONTRACTOR to comply with its obligations under Clauses 15.1 to 15.6 hereof.  The net amount due to, or from, any SUBCONTRACTOR or supplier hereunder as a result of any change, new incidence or abolition arising from the provisions of Clause 15.6 hereof shall be paid to, or recovered from CONTRACTOR by COMPANY as though such increase or decrease had directly affected CONTRACTOR.

15.9    CONTRACTOR, its SUBCONTRACTORs and suppliers or its and their permitted assigns shall comply with laws and regulations concerning all COMPANY's branch office registration requirements, local taxes and levies including maintaining the proper accounting records, filing and properly paying all fiscal dues on its or their activities.   CONTRACTOR, its SUBCONTRACTOR's and suppliers or its and their permitted assigns shall declare in a timely manner all custom duties, local sales tax if any and satisfying all indirect taxes that may be due hereunder.

15.10   In the event that CONTRACTOR benefits from a deduction in taxes paid in CONTRACTOR's country of fiscal residence by way of receiving a tax credit, offset, deduction or otherwise in respect of any tax withheld from payments due under the CONTRACT and which is borne or paid for by COMPANY on behalf of CONTRACTOR, its SUBCONTRACTOR or its or their personnel, such reimbursement of the aforesaid tax savings shall be made to the COMPANY at the amount of net savings and after the payment of tax deduction is made by the fiscal authority to CONTRACTOR.

15.11   For the purposes of this Clause only, "tax" shall mean and include any tax, duty or charge and any penalty or interest thereon and any other costs and charges whatsoever assessed or imposed by any competent Government or regulatory authority having jurisdiction over the WORKSITE and any other areas where the WORK is to be performed.

---

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022180

---

**Section 2 – General Conditions of Contract**

---

**16.**     **OWNERSHIP**

16.1     COMPANY shall retain title to COMPANY provided items and information, including but not limited to, TECHNICAL INFORMATION and materials and equipment.

16.2     All equipment, materials and supplies provided by CONTRACTOR for permanent incorporation into the WORK shall become and be clearly identified as the property of COMPANY upon delivery to the WORKSITE or payment by COMPANY whichever is the earlier. Risk of loss and title to this property passes to COMPANY at this time.

       CONTRACTOR shall ensure that all CONTRACTOR provided items are free from all liens and/or retention of title claims from any third party.

16.3     Title

       (a)   Title in any equipment, materials and supplies provided by CONTRACTOR which do not comply with the requirements of the CONTRACT and which are rejected by COMPANY, shall re-vest immediately in CONTRACTOR.

       (b)   Title in items provided by CONTRACTOR for which no payment has been made by COMPANY and which are no longer required for the purposes of the CONTRACT, shall re-vest in CONTRACTOR.

16.4     Where designs, drawings, reports, sketches and other documents and data to be provided by CONTRACTOR hereunder are created and stored electronically, CONTRACTOR shall provide to COMPANY such designs, drawings, reports, sketches and other documents and data on a CD-ROM (2 copies minimum) or other mutually agreed electronic media compatible with COMPANY's systems at the times specified in Section 3 – Scope of Work or if no times specified, when reasonably required by COMPANY. If required by COMPANY, files will be provided in original format (i.e. Word, Excel, CAD, etc.) and if mutually agreed for specific work in a PDF Format. COMPANY and CONTRACTOR shall mutually agree upon the system compatibility requirement applicable to the WORK.

16.5     Without prejudice to CONTRACTOR's right to compensation hereunder, title to all data, test results, charts, and reports of whatever nature in respect of COMPANY's wells including information on wellbore, production, reservoir, geology and formations encountered in the well that have been created by CONTRACTOR in the performance of the WORK shall vest in COMPANY with effect from the date of creation. Upon completion, suspension or abandonment of each well or if earlier upon completion of CONTRACTOR's WORK in connection with that well, CONTRACTOR shall issue to COMPANY all such documents in its possession.

**17.**     **PATENTS AND OTHER PROPRIETARY RIGHTS**

17.1     Neither PARTY shall have the right of use other than for the purposes of performing WORK pursuant to the CONTRACT, whether directly or indirectly, of any patent, copyright, proprietary right or confidential know how, trademark or process provided by the other PARTY.

17.2     Where any potential patent or registrable right in any country in the world results from:

       (a)   developments by the CONTRACTOR which are based wholly on data, equipment, processes, substances and the like in the possession of the CONTRACTOR or its AFFILIATES at the EFFECTIVE DATE or otherwise produced outside of the CONTRACT or,

---

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022181

---

**Section 2 – General Conditions of Contract**

---

    (b)    enhancements of or in the existing intellectual property rights of the CONTRACTOR or its AFFILIATES

such rights shall vest in the CONTRACTOR and COMPANY agrees to take such action as may be reasonably requested by CONTRACTOR, including execution of assignments, to enable CONTRACTOR to perfect such rights and to obtain the full benefit of this Clause.

17.3    Where any potential patent or registrable right in any country in the world results from:

    (a)    developments by the COMPANY or its AFFILIATES or CO-VENTURERS which are based wholly on data, equipment, processes, substances and the like in the possession of the COMPANY at the EFFECTIVE DATE or otherwise produced outside the CONTRACT or,

    (b)    enhancements of or in the existing intellectual property rights of the COMPANY or its AFFILIATES or CO-VENTURERS,

such rights shall vest in the COMPANY and CONTRACTOR agrees to take such action as may be reasonably requested by COMPANY, including execution of assignments, to enable COMPANY to perfect such rights and to obtain the full benefit of this Clause.

17.4    Except as otherwise provided in Clauses 17.2 and 17.3, during the term of the CONTRACT, and in the course of performance of the CONTRACT, in an effort to address and provide solutions for problems that are specifically related to the performance of the CONTRACT, employees of COMPANY and/or CONTRACTOR may conceive or make new inventions, ideas, or discoveries that may be protected by patent or copyright or maintained as a trade secret (hereinafter "Intellectual Property"). Subject to the obligation of the respective employees of COMPANY or CONTRACTOR to assign their interest in such Intellectual Property to the employing party, COMPANY and CONTRACTOR agree that the right, title, and interest in and to any such Intellectual Property shall be allocated as set forth below:

    (a)    COMPANY shall own all Intellectual Property conceived or made during the term of the CONTRACT solely by any COMPANY employee(s).

    (b)    CONTRACTOR shall own all Intellectual Property conceived or made during the term of the CONTRACT solely by any CONTRACTOR employee(s).

    (c)    COMPANY and CONTRACTOR shall each have an equal, undivided interest in the right, title and interest in and to any Intellectual Property that is jointly conceived or made during the performance of the CONTRACT by any COMPANY employee(s) along with any CONTRACTOR employee(s).

        i)    In the event that either PARTY believes that a patent application should be filed on such a joint invention, they shall then attempt in good faith to agree upon filing a patent application on the same.

        ii)    In the event that either PARTY does not wish to share equally in payment of the costs for preparing, filing and prosecuting such jointly owned application, the PARTY paying such costs shall be the assignee of that patent application and subsequent patent or patents issuing therefrom, if any, and the other, non-paying PARTY and its affiliates shall have an irrevocable, royalty-free license, without the right to sublicense, to practice but not sell or lease the subject joint invention to third parties. Both COMPANY and CONTRACTOR agree to co-operate fully in the preparation, filing and prosecution of subsequent judicial or administrative

---

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022182

---

**Section 2 – General Conditions of Contract**

---

proceedings involving such and to pay its share of all necessary fees to maintain any jointly owned application or patent assigned to it in force throughout its full term; provided, however, that a PARTY may elect to notify the other PARTY that it intends to discontinue payment of such fees and thereafter promptly assign such patent to the other PARTY, retaining no interest therein in exchange for an irrevocable, royalty free license for the remainder of the term of each such patent.

(d)   CONTRACTOR agrees to grant the COMPANY and its AFFILIATES a non-exclusive, royalty free, irrevocable, non-sublicensable, non-transferable, worldwide license to use any patent or other registrable right vesting in CONTRACTOR pursuant to clause 17.4(b) above, but which was solely conceived and developed on COMPANY owned or operated wells and for which COMPANY engaged the services of CONTRACTOR.  COMPANY agrees to grant the CONTRACTOR and its AFFILIATES a non-exclusive, royalty free, irrevocable, non-sublicensable, non-transferable, worldwide license to use any patent or other registrable right vesting in COMPANY pursuant to clause 17.4(a) above but which was solely conceived and developed during the provision of services by CONTRACTOR to COMPANY.

17.5   Both COMPANY and CONTRACTOR shall, on request, disclose promptly to the other all inventions, ideas, and discoveries which it or its employees may conceive or make to address and provide solutions for problems that are specifically related to the performance of WORK pursuant of the CONTRACT.

17.6   Subject to Clause 17.7 below, COMPANY and CONTRACTOR may decide to jointly develop Intellectual Property which may or may not be related to the WORK, in which case COMPANY and CONTRACTOR shall enter into a separate technology collaboration agreement (unless an agreement has been previously entered into) addressing each PARTY's obligations with respect to joint development costs, ownership and licensing rights of any registrable item or idea arising out of or invented during the term of that agreement as a direct or indirect result of joint cooperation between COMPANY and CONTRACTOR.

17.7   The technology collaboration of the PARTIES described in Clauses 17.6 above shall be preceded by a mutually acceptable confidentiality agreement, and neither PARTY shall acquire any Intellectual Property rights unless a separate technology collaboration agreement is fully agreed and executed.

17.8   **CONTRACTOR shall save, indemnify, release, defend and hold harmless COMPANY GROUP from all claims, losses, damages, costs (including legal costs), expenses, and liabilities of every kind and nature for, or arising out of, any alleged infringement of any patent or proprietary or protected right, arising out of or in connection with the performance of the obligations of CONTRACTOR under CONTRACT except where such infringement necessarily arises from the TECHNICAL INFORMATION and/or COMPANY's instructions. However, CONTRACTOR shall, when specifically requested, use its reasonable endeavors to identify any infringement in the TECHNICAL INFORMATION and/or COMPANY's instructions of any patent or proprietary or protected right, and should CONTRACTOR become aware of such infringement or possible infringement then the CONTRACTOR shall inform COMPANY immediately.**

17.9   **COMPANY shall save, indemnify, release, defend and hold harmless the CONTRACTOR GROUP from all claims, losses, damages, costs (including legal costs), expenses, and liabilities of every kind and nature for, or arising out of, any alleged infringement of any patent or proprietary or protected right arising out of or in connection with the performance of the obligations of the COMPANY under the CONTRACT or the COMPANY's instructions to CONTRACTOR or the use by the CONTRACTOR of TECHNICAL INFORMATION or materials or equipment supplied by the COMPANY.**

---

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022183

---

**Section 2 – General Conditions of Contract**

---

However, COMPANY shall, when specifically requested, use its reasonable endeavors to identify any infringement in the CONTRACTOR furnished information, and should COMPANY become aware of such infringement or possible infringement, then the COMPANY shall inform CONTRACTOR immediately.

## 18.   LAWS AND REGULATIONS

18.1   CONTRACTOR shall conduct its operations in accordance with all applicable laws, rules, regulations and decrees of any governmental or regulatory body having jurisdiction over the WORK and/or the WORKSITE; provided that nothing in the CONTRACT is intended or should be construed to require CONTRACTOR to act or fail to act if such action or failure to act would be inconsistent with or penalized by (1) the laws and regulations of CONTRACTOR's or COMPANY's country of incorporation and /or (2) the laws and regulations of the country of incorporation of any direct, indirect or ultimate parent company of CONTRACTOR or COMPANY.

18.2   CONTRACTOR shall obtain all licenses, permits, temporary permits and authorizations required by the applicable laws, rules and regulations for the performance of the WORK, save to the extent that the same can only be legally obtained by COMPANY.

18.3   Notwithstanding Clause 15.6, should changes in any applicable laws, rules and regulations made after the EFFECTIVE DATE, result in increases or decreases in the cost to CONTRACTOR of performing the WORK, then except where there is provision contained within Section 4 – Remuneration, the PARTIES shall mutually agree to the appropriate changes necessary to the CONTRACT PRICE.

18.4   CONTRACTOR shall endeavor to ensure that neither it nor any other entity or person in CONTRACTOR GROUP has: a) given any commissions, payments, gifts of substantial value, kickbacks, lavish or extensive entertainment, or other things of value to any officer, director, employee, agent, or representative of COMPANY, or any family member thereof, or received same from any vendor, supplier, or contractor in connection with this CONTRACT or b) paid any fee, commission, rebate, or anything of value to or for the benefit of any official or functionary of the government having jurisdiction over the WORKSITE and acknowledges that the giving or receiving of any such payments, gifts, kickbacks, extensive entertainment or anything of value is strictly in violation of COMPANY's corporate policy and may result in the cancellation of this CONTRACT and other contracts. CONTRACTOR shall notify COMPANY's security department of any such solicitation at the following corporate number in the USA 1-800-225-6141 or in the UK 0 (20) 7 496 4496.

CONTRACTOR's compliance with the provisions of this Clause 18.4 is subject to audit by COMPANY.

## 19.   INDEMNITIES

19.1   **Personal Injury or Property Damage suffered by CONTRACTOR GROUP**

**CONTRACTOR shall be responsible for and shall save, indemnify, release, defend and hold harmless COMPANY GROUP and SERVICE COMPANY GROUP from and against all claims, losses, damages, costs (including legal costs) expenses and liabilities in respect of:**

**(a)   except as otherwise provided herein, loss of or damage to property or equipment of CONTRACTOR GROUP not including any equipment provided by any member of SERVICE COMPANY GROUP whether owned, hired, leased or otherwise**

---

CONFIDENTIAL
Business Confidential

Section 2 – General Conditions of Contract

provided by CONTRACTOR GROUP arising from or relating to the performance of the CONTRACT located at the WORKSITE including ingress, egress, loading, and unloading of personnel or cargo;

(b)    personal injury including death or disease to any person employed by CONTRACTOR GROUP arising from or relating to the performance of the CONTRACT including ingress, egress, loading, and unloading of personnel or cargo.

19.2    **Personal Injury or Property Damage suffered by COMPANY GROUP**

COMPANY shall be responsible for and shall save, indemnify, release, defend and hold harmless CONTRACTOR GROUP from and against any claims, losses, damages, costs (including legal costs) expenses, and liabilities in respect of:

(a)    loss of or damage to property or equipment of COMPANY GROUP whether owned, hired, leased or otherwise provided by COMPANY GROUP, not including any equipment provided by any member of SERVICE COMPANY GROUP arising from or related to the performance of CONTRACT located at the WORKSITE including ingress, egress, loading, and unloading of personnel or cargo;

(b)    personal injury including death or disease to any person employed by COMPANY GROUP arising from or relating to the performance of the CONTRACT including ingress, egress, loading, and unloading of personnel or cargo.

19.3    **Loss, Damage, Injury or Death suffered by Third Parties**

(a)    Subject to Clause 19.4(a), CONTRACTOR shall be responsible for and shall release, save, indemnify, defend and hold harmless COMPANY GROUP and SERVICE COMPANY GROUP from and against all claims, losses, damages, costs (including legal costs) expenses and liabilities in respect of personal injury including death or disease or loss of or damage to the property or equipment of any Third Party to the extent that any such injury, loss or damage is caused by the negligence or breach of duty (whether statutory or otherwise) of CONTRACTOR GROUP. For the purpose of this Clause, "Third Party" shall mean any party which is not a member of COMPANY GROUP or CONTRACTOR GROUP.

(b)    Subject to Clause 19.4(b), COMPANY shall be responsible for and shall release, save, indemnify, defend and hold harmless CONTRACTOR GROUP from and against any claims, losses, damages, costs (including legal costs) expenses and liabilities in respect of personal injury including death or disease or loss of or damage to the property or equipment of any Third Party to the extent that any such injury, loss or damage is caused by the negligence or breach of duty (whether statutory or otherwise) of COMPANY GROUP. For the purposes of this Clause, "Third Party" shall mean any party which is not a member of CONTRACTOR GROUP or COMPANY GROUP.

19.4    **Pollution**

(a)    Notwithstanding the provisions of Clause 19.3(a) and except as provided by Clause 19.1(a), Clause 19.1(b) and Clause 19.4(b) COMPANY shall save, indemnify, release, defend and hold harmless CONTRACTOR GROUP from and against any claim of whatsoever nature arising from pollution and/or contamination including without limitation such pollution or contamination from

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022185

**Section 2 – General Conditions of Contract**

the reservoir or from the property or equipment of COMPANY GROUP arising from or related to the performance of the CONTRACT.

(b)     Notwithstanding the provisions of Clause 19.3(b) and except as provided by Clause 19.2(a) and Clause 19.2(b) CONTRACTOR shall save, indemnify, release, defend and hold harmless COMPANY GROUP and SERVICE COMPANY GROUP from and against any claim of whatsoever nature arising from pollution occurring on the premises of CONTRACTOR GROUP or originating from the property or equipment of CONTRACTOR GROUP located above the surface of the land or water arising from or relating to the performance of the CONTRACT.

19.5     **CONTRACTOR's Tools and Equipment**

Without limiting CONTRACTOR GROUP's obligation to furnish equipment which is in good working order and notwithstanding the provisions of Clause 19.1(a), COMPANY shall be responsible for and shall reimburse CONTRACTOR GROUP in respect of loss of or damage to property, materials or equipment (tools) or component part thereof, of CONTRACTOR GROUP's tools and equipment which occurs whilst in-hole below the rotary table other than normal wear and tear.   COMPANY's liability for such loss or damage shall, subject to the provisions contained in Section 4 – Remuneration and its appendices,  be either the actual repair or replacement cost, whichever is the lesser, as substantiated by CONTRACTOR to COMPANY REPRESENTATIVE.

Notwithstanding the reasons for any loss or damage to CONTRACTOR's equipment, nothing herein contained shall absolve CONTRACTOR from its obligation to provide such equipment as and when reasonably required by COMPANY

19.6     **Other COMPANY Responsibilities**

Subject to Clauses 19.1 and 19.4(b), but notwithstanding anything contained elsewhere in the CONTRACT to the contrary, COMPANY shall save, indemnify, release, defend and hold harmless CONTRACTOR GROUP against all claims, losses, damages, costs (including legal costs) expenses and liabilities resulting from:

(a)     loss or damage to any well or hole (including the cost to re-drill);

(b)     blowout, fire, explosion, cratering, or any uncontrolled well condition (including the costs to control a wild well and the removal of debris);

(c)     damage to any reservoir, aquifer, geological formation or underground strata or the loss of oil or gas therefrom;

(d)     the use of radioactive sources in relation to the WORK or any contamination resulting therefrom (including retrieval and/or containment, clean up and /or containment of contamination from naturally occurring radioactive materials).

19.7     **Indemnities in their Entirety**

All exclusions, releases of liabilities and indemnities given under this Clause (save for those under Clauses 19.3(a) and 19.3(b)) and Clause 21 shall apply irrespective of cause and notwithstanding the negligence or breach of duty (whether statutory or otherwise) of the indemnified PARTY or any other entity or party and shall apply whether or not the claim, liability, damage, or expense in question is:

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022186

---

**Section 2 – General Conditions of Contract**

---

(a)  predicated on sole, joint or concurrent fault, negligence (whether active, passive or gross), strict liability, statutory duty, contractual indemnity or otherwise at law, or

(b)  sought directly or indirectly by way of recovery, indemnification, or contribution by any person or entity against COMPANY GROUP, SERVICE COMPANY GROUP, or CONTRACTOR GROUP as the case may be.

**19.8    Claims**

If either PARTY becomes aware of any incident likely to give rise to a claim under the above indemnities, they shall notify the other and both PARTIES shall co-operate fully in investigating the incident.

**19.9**    It is the intent of the PARTIES hereto that the releases of liability and indemnities furnished by CONTRACTOR in this Clause and in Clause 21 and the releases of liability and indemnities given by SERVICE COMPANY in COMPANY contracts shall apply:

(a)    save as provided below for the benefit of the SERVICE COMPANY GROUP in the case of the releases of liability and indemnities furnished by CONTRACTOR; and,

(b)    for the benefit of CONTRACTOR GROUP in the case of the releases of liability and indemnities given by the SERVICE COMPANY in COMPANY contracts.

The releases of liability, indemnities, defense, save and hold harmless provisions given by CONTRACTOR in Clauses 19 and 21 herein in favor of SERVICE COMPANY GROUP shall be provided by CONTRACTOR on the express understanding that they shall apply in favor only of such SERVICE COMPANY(IES) who have provided substantially similar reciprocal releases of liability, indemnities, defense, save and hold harmless provisions in favor of CONTRACTOR GROUP in their respective contracts with COMPANY. The releases of liability, indemnities, defense, save and hold harmless provisions provided by CONTRACTOR in Clauses 19 and 21 herein in favor of SERVICE COMPANY GROUP shall become effective from such time and for such duration as such SERVICE COMPANY(IES) become bound by substantially similar reciprocal releases of liability, indemnities, defense, save and hold harmless provisions in favor of CONTRACTOR GROUP in their respective contracts with COMPANY.

In fulfillment of this objective, COMPANY shall use its reasonable endeavors to ensure that in its respective contracts with SERVICE COMPANY(IES), the releases of liability, indemnities, defense, save and hold harmless provisions contained in such contracts in favor of CONTRACTOR GROUP shall be substantially similar to the releases of liability, indemnities, defense, save and hold harmless provisions given by CONTRACTOR in Clauses 19 and 21 herein in favor of SERVICE COMPANY GROUP.

In the event that COMPANY is unable to fully fulfill the foregoing objective, COMPANY shall, without delay, notify CONTRACTOR in writing with details of the additional risk being assumed by CONTRACTOR, as soon as is reasonably practicable thereafter and the PARTIES further undertake to meet to discuss ways of minimizing the impact of such a notification within the overall requirements of the CONTRACT. Failure by COMPANY to issue such written notification as required herein will constitute a material breach of the terms of the CONTRACT.

In the event that COMPANY advises CONTRACTOR that one or more SERVICE COMPANY(IES) have declined to provide substantially similar releases of liability, indemnities, defense, save and hold harmless provisions in favor of CONTRACTOR

---

CONFIDENTIAL
Business Confidential

Section 2 – General Conditions of Contract

GROUP in their respective contracts with COMPANY, the PARTIES shall meet to discuss and agree ways of minimizing the impact of such additional risks as may be identified by either PARTY which may include: alternative working practices or arrangements to minimize the impact of such risks; a separate mutual hold harmless agreement applicable at the WORKSITE or additional compensation to enable CONTRACTOR to insure against such additional risks.

Notwithstanding the foregoing, the failure of one of more SERVICE COMPANY(IES) to provide substantially similar releases of liability, indemnities, defense, save and hold harmless provisions in favor of CONTRACTOR GROUP in its respective contracts with COMPANY as envisaged herein shall cause such SERVICE COMPANY(IES) to be considered a Third Party for the purpose of Clause 19.3 herein.

19.10   CONTRACTOR and COMPANY expressly acknowledge that the indemnities and releases of liability contained in this CONTRACT require assumption of liability for the negligence of the other party.  In the event this CONTRACT is subject to the indemnity limitations in Chapter 127 of the Texas Civil Practices and Remedies Code (or any successor statute), and so long as such limitations are in force, each party covenants and agrees to support the mutual indemnity and release obligations contained in Clauses 19.1 and 19.2 above, by carrying equal amounts of insurance (or qualified self-insurance) of the types and in the amounts not less than those specified in Appendix 1 for the benefit of the other party as indemnitee.

20.      INSURANCE BY CONTRACTOR

20.1    CONTRACTOR shall arrange as a minimum the insurances set out in the CONTRACT and ensure that they are in full force and effect throughout the life of the CONTRACT.

All such insurances shall be placed with reputable and substantial insurers, reasonably satisfactory to COMPANY.

All insurances (including insurances provided by SUBCONTRACTORs), other than Employers Liability Insurance / Workmen's Compensation only, shall to the extent of the liabilities assumed and indemnities offered by CONTRACTOR under the CONTRACT, include COMPANY, CO-VENTURERS and its and their respective AFFILIATES as additional assureds.

All insurances shall, to the extent of the liabilities assumed and indemnities offered by CONTRACTOR under the CONTRACT, be endorsed to provide that underwriters waive any rights of recourse, including in particular subrogation rights against COMPANY, CO-VENTURERS, SERVICE COMPANY(IES), and its and their respective AFFILIATES in relation to the CONTRACT.

Such insurances shall also where possible, provide that COMPANY shall be given not less than thirty (30) days notice of cancellation of or material change to cover.  The provisions of this Clause 20 shall in no way limit the liability of CONTRACTOR under the CONTRACT.

COMPANY's insurances in respect of the operations under the CONTRACT shall, to the extent of the liabilities assumed and indemnities offered by COMPANY under the CONTRACT, contain waivers of subrogation in favor of CONTRACTOR GROUP.

Notwithstanding the above paragraph, the provision that CONTRACTOR's underwriters waive any right of recourse against SERVICE COMPANY(IES) and their AFFILIATES,

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022188

---

**Section 2 – General Conditions of Contract**

---

**including in particular subrogation rights against the SERVICE COMPANY(IES) and their AFFILIATES, in relation to the CONTRACT, are given with the express understanding that they shall only apply where such SERVICE COMPANY(IES)' underwriters have provided reciprocal waivers of rights of recourse including subrogation rights against CONTRACTOR GROUP and only from such time as such SERVICE COMPANY(IES)' underwriters become bound by such reciprocal waivers of rights of recourse including subrogation rights and only for the duration they remain bound by such reciprocal waivers.**

20.2    The following insurance policies and coverages are required:

(a)    Workers' Compensation Insurance satisfying the legal requirements of each state and/or location in which WORK is to be performed, including an Alternative Employer endorsement (when applicable) with minimum limits in accordance with applicable legislation to meet CONTRACTOR's obligation for the payment of statutory benefits to its workers as set forth and required by applicable law in the area of operation or area in which CONTRACTOR may become obligated to pay benefits, and Employer's Liability Insurance with minimum limits of $1,000,000 per occurrence.

(b)    Commercial General Liability Insurance, including bodily injury and property damage, with minimum limits not less than $1,000,000.00 per occurrence. The Commercial General Liability policy shall include the following coverages as they apply to the WORK to be performed; each with minimum limits not less than $1,000,000.00 per occurrence.

  i)    Independent Contractors' and Contractual Liability coverage required for all WORK, without exception;

  ii)    Products Liability/Completed Operations coverage required for any WORK that results in a finished product or that involves or results in the construction, erection, or installation of structures, buildings, or equipment;

  iii)    Explosion, collapse, and underground hazards coverage required for any WORK involving excavation, blasting, use of explosives, or construction, erection, or installation of buildings, structures, or equipment; and

  iv)    Deletion of non-owned watercraft exclusion if any WORK is performed on or over navigable waters or involves maritime workers or vessels.

(c)    Automobile Liability Insurance with minimum limits not less than $1,000,000.00, and including bodily injury, property damage, and auto liability, for all owned, hired, and non-owned vehicles that will be used in the performance of WORK under this CONTRACT.

(d)    In the event any of the WORK to be performed under this CONTRACT involves maritime workers or the provision of vessels by CONTRACTOR or is performed on or over navigable waters, CONTRACTOR shall or shall require the owner or operator of vessels to obtain the following additional coverage:

  i)    Workers' Compensation Insurance in accordance with applicable legislation to meet CONTRACTOR's obligation for the payment of statutory benefits to its workers as set forth and required by applicable law in the area of operation or area in which CONTRACTOR may become obligated to pay

---

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022189

**Section 2 – General Conditions of Contract**

benefits including the following endorsements and Employer's Liability Insurance with minimum limits of $1,000,000 per occurrence.

- Maritime coverage B and coverage for maritime employer's liability, including Jones Act, transportation, wages, and maintenance and cure;

- United States Longshore and Harbor Workers Compensation Act endorsement and Outer Continental Shelf Lands Act endorsement; and

- "In rem" endorsement treating "in rem" claims as claims against the insured.

ii)   Protection and Indemnity insurance on each vessel owned or chartered by CONTRACTOR with minimum limits of $2,000,000, or an amount  equal to the declared value of each vessel owned or hired by CONTRACTOR, whichever is greater, and including coverage for collision and tower's liability, third party bodily injury and property damage liability, and pollution liability.

iii)  Hull and Machinery insurance on each vessel owned or chartered by CONTRACTOR in the amount of the declared value of the vessels owned or hired by CONTRACTOR.

iv)   All primary and excess Protection and Indemnity and Hull and Machinery insurance shall be endorsed to provide full coverage to COMPANY GROUP as additional insured without limiting coverage to liability "as owner" of the vessel and to delete any "as owner" clause and any other language purporting to limit coverage to liability of an insured "as owner" of the vessel. For clarification purposes, the reference to "full coverage to COMPANY GROUP as an additional insured" is intended to limit coverage to COMPANY GROUP only to and to the extent of the liabilities assumed by CONTRACTOR under this CONTRACT.

v)    Excess or Umbrella liability insurance with minimum limits not less than $1,000,000.00 inclusive of and, following the terms and conditions at least as broad as underlying coverage.

20.3   CONTRACTOR shall supply COMPANY with evidence of such insurance on demand in the form of certificates of insurance on industry standard forms.

20.4   CONTRACTOR shall ensure that SUBCONTRACTORs are insured to appropriate levels as may be relevant to their work.

**21.   CONSEQUENTIAL LOSS**

**For the purposes of this Clause 21, the expression "Consequential Loss" shall mean consequential loss or damages under applicable law and/or any indirect, special, incidental, punitive, or consequential losses or damages, including without limitation loss of production, loss of product, loss of use, loss of business and business interruption and loss of revenue, profit or anticipated profit whether direct or indirect arising from or related to the performance of the CONTRACT and whether or not such losses were foreseeable at the time of entering into the CONTRACT except to the extent such consequential, indirect, and/or special damages, loss of profits, loss of production, or loss of use are part of a Third Party claim for which a party is seeking contribution or indemnification pursuant to this CONTRACT. For the purpose of this Clause, "Third Party"**

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022190

shall mean any party which is not a member of COMPANY GROUP or CONTRACTOR GROUP and "Third Party claim" shall mean any claim raised by a Third Party not claiming, directly or indirectly, by or through any member of COMPANY GROUP or CONTRACTOR GROUP.

Notwithstanding any provisions to the contrary elsewhere in the CONTRACT and except to the extent of any agreed liquidated damages or any termination fees provided for in the CONTRACT, COMPANY shall save, indemnify, release, defend and hold harmless CONTRACTOR GROUP from COMPANY GROUP's own Consequential Loss and CONTRACTOR shall save, indemnify, release, defend and hold harmless COMPANY GROUP and SERVICE COMPANY GROUP from CONTRACTOR GROUP's own Consequential Loss. CONTRACTOR's obligation with respect to SERVICE COMPANY GROUP shall be subject to the provisions of Clause 19.9.

## 22.     CONFIDENTIALITY

22.1     CONTRACTOR shall at no time without the prior agreement of COMPANY either:

(a)     make any publicity releases or announcements concerning the subject matter of the CONTRACT; or

(b)     publish or permit to be published either alone or in conjunction with any other person any articles, photographs or other illustrations relating to the WORK hereunder, or COMPANY's business generally, without prior reference to and approval in writing from COMPANY. Such consent shall only apply to each specific application and relate only to that application. The accuracy of any information which was not supplied directly by COMPANY shall be the absolute responsibility of CONTRACTOR; or

(c)     except as may be necessary to enable CONTRACTOR to perform its obligations under the CONTRACT, use, reproduce, copy, disclose to, place at the disposal of or use on behalf of any third party or enable any third party to use, peruse or copy any information including, but not limited to, drawings, data, and computer software which;

(i)     is provided to CONTRACTOR by or on behalf of COMPANY, the CO-VENTURERS or its or their AFFILIATES in or in relation to the CONTRACT; or

(ii)     vest in COMPANY in accordance with the CONTRACT; or

(iii)     CONTRACTOR prepares in connection with the WORK.

In the event CONTRACTOR discloses any information to any third party under the provisions of Clause 22.1(b), CONTRACTOR shall be responsible for ensuring that such third party keeps any such information confidential and complies with all requirements of this Clause 22.1.

22.2     The provisions of Clause 22.1 shall not apply to information which:

(a)     is or becomes part of the public domain; or

(b)     was in the possession of CONTRACTOR prior to award of the CONTRACT and which was not subject to any obligation of confidentiality owed to COMPANY; or

(c)     was received from a third party whose possession is lawful and who is under no obligation not to disclose; or

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022191

---

**Section 2 – General Conditions of Contract**

---

    (d)    is required to be disclosed in order to comply with the requirements of any law, rule or regulation of any governmental or regulatory body having jurisdiction over the WORK or CONTRACTOR, or of any relevant stock exchange; or

    (e)    is used or disclosed by CONTRACTOR five (5) years, or such other period specified in Appendix 1 to Section 2, after the completion of the WORK.

    (f)    was owned exclusively, developed exclusively or developed independently by CONTRACTOR and does not mention COMPANY or WORK in any respect.

22.3    CONTRACTOR shall ensure that the provisions of this Clause are incorporated in any SUBCONTRACT and that the officers, employees, and agents of CONTRACTOR and of the SUBCONTRACTORs comply with the same.

22.4    All information provided by CONTRACTOR which CONTRACTOR wishes to remain confidential shall be clearly marked as being confidential but no markings shall be required for CONTRACTOR's pricing information and trade secrets. COMPANY shall nevertheless be entitled, subject to CONTRACTOR's consent which shall not be unreasonably withheld or delayed, to use and disclose any such confidential information to third parties to the extent necessary for the execution and maintenance of the project in connection with which the WORK is to be performed and in relation to any statutory or other legal requirement.

    With the above exceptions COMPANY will take all reasonable measures to protect the confidentiality of such information.

## 23.    TERMINATION

23.1    COMPANY shall have the right by giving notice to terminate all or any part of the WORK or the CONTRACT at such time or times as COMPANY may consider necessary for any or all of the following reasons:

    (a)    to suit the convenience of COMPANY;

    (b)    in the event of i) a default on the part of the CONTRACTOR; or ii) any DEFECTS in the WORK, subject to the provisions of Clause 10; and

    (c)    in the event of CONTRACTOR becoming bankrupt or making a composition or arrangement with its creditors or a winding-up order of CONTRACTOR being made or (except for the purposes of amalgamation or reconstruction) a resolution for its voluntary winding-up passed or a provisional liquidator, receiver, administrator or manager of its business or undertaking appointed or presenting a petition or having a petition presented applying for an administration order to be made, or possession being taken by or on behalf of the holders of any debenture secured by a floating charge of any property comprised in or subject to the floating charge, or any equivalent act or thing should be done or suffered under any applicable law.

23.2    In the event of default on the part of CONTRACTOR and before the issue by COMPANY of an order of termination of all or any part of the WORK or the CONTRACT, COMPANY shall give notice of default to CONTRACTOR giving the details of such default. If CONTRACTOR upon receipt of such notice does not commence and thereafter continuously proceed with action satisfactory to COMPANY to remedy such default COMPANY may issue a notice of termination in accordance with the provisions of Clause 23.1.

---

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022192

**Section 2 – General Conditions of Contract**

23.3    In the event of COMPANY giving CONTRACTOR notice of termination of all or any part of the WORK or the CONTRACT, such notice shall become effective on the date specified therein (or in the absence of any specified date at the date of receipt of the notice) whereupon CONTRACTOR shall immediately:

(a)    cease performance of the WORK or such part thereof as may be specified in the notice and may remove its equipment from WORKSITE;

(b)    allow COMPANY or its nominee full right of access to take over the WORK or the relevant part of the WORK;

(c)    assign to COMPANY, or its nominee, to the extent desired by COMPANY all or the relevant parts of the rights, titles, liabilities, and SUBCONTRACTS relating to the WORK which CONTRACTOR may have acquired or entered into.

23.4    In the event of termination under Clause 23.1(a) CONTRACTOR shall be entitled to payment as set out in Section 4 - Remuneration for the part of the WORK performed in accordance with the CONTRACT together with such other payments and fees as may be set out in that Section or such reasonable costs as agreed between the PARTIES at the time of termination.

23.5    In the event of termination of part or all of the WORK or the CONTRACT in accordance with Clause 23.1(b) or Clause 23.1(c) the following conditions shall apply:

(a)    CONTRACTOR shall cease to be entitled to receive any money or monies on account of the CONTRACT until the costs of completion and all other costs arising as a result of CONTRACTOR's default or other events giving rise to the termination have been finally ascertained;

(b)    thereafter and subject to any deductions that may be made under the provisions of the CONTRACT, CONTRACTOR shall be entitled to payment only as set out in Section 4 - Remuneration for the part of the WORK completed in accordance with the CONTRACT up to date of termination and;

(c)    any additional costs reasonably incurred by COMPANY as a direct result of such termination shall be recoverable from CONTRACTOR.   CONTRACTOR's liability in respect of the foregoing shall be limited to thirty percent (30%) of the price of the specific element of the WORK leading to the notice of termination plus all reasonable and documented third party mobilization (and de-mobilization, as applicable) costs necessary to re-perform the WORK or services in question or to remedy the default.

23.6    In the event that a single period of force majeure continues longer than thirty (30) days unless the PARTIES have agreed alternative arrangements as described in Clause 12.6, then either PARTY shall be entitled to terminate the WORK ORDER or CONTRACT by giving the other PARTY ten (10) days written notice of termination and the PARTIES will have no additional obligations to each other as a result of said termination.

**24.    AUDIT**

24.1    During the course of the WORK and for a period ending twenty-four (24) months after the date of its termination, or final payment, whichever occurs last, COMPANY or its duly authorized representative shall have the right to audit at all reasonable times and, upon request, take copies of all of CONTRACTOR's records (written or electronic form or media), books, personnel records, accounts, correspondence, memoranda, receipts, vouchers and other papers of every kind relating to;

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022193

**Section 2 – General Conditions of Contract**

(a) all invoiced charges made by CONTRACTOR on COMPANY, and

(b) any provision of this CONTRACT under which the CONTRACTOR has obligations, the performance of which is capable of being verified by audit including without limitation COMPANY ethical conduct expectations expressed in Section 8 – Code of Conduct.

In this respect, COMPANY shall not generally be entitled to investigate the make up of rates and lump sums included in the CONTRACT except to the extent necessary for the proper evaluation of any CHANGE ORDERS, CONTRACTOR shall also have the right to exclude any trade secrets, formulas or processes from such audit by COMPANY nor will COMPANY be allowed access to CONTRACTOR's proprietary or trade secret information unless otherwise specifically agreed between the PARTIES.

24.2 CONTRACTOR shall co-operate fully with COMPANY and/or its representatives in the carrying out of any audit required by COMPANY. COMPANY will conduct any audit in a manner, which will keep to a reasonable minimum any inconvenience to CONTRACTOR.

In the event that such audit or audits reveal any error or discrepancy of any nature whatever, such error or discrepancy will be promptly corrected and any amount owing or due to either COMPANY or CONTRACTOR, will be promptly paid by the other PARTY. COMPANY shall have this right to audit CONTRACTOR's accounts and records only after delivery of written notice to CONTRACTOR in accordance with the provisions for notices set forth above.

24.3 CONTRACTOR shall obtain equivalent rights of audit to those specified above from all SUBCONTRACTORs and will cause such rights to extend to COMPANY

**25. LIENS**

25.1 CONTRACTOR shall not claim any lien, charge or the like on the WORK or on any property of COMPANY in the possession of CONTRACTOR or at the WORKSITE.

25.2 **Without prejudice to any other provisions of this Clause, CONTRACTOR shall save, indemnify, release, defend and hold harmless COMPANY from and against all liens, attachments, charges or claims by any of its SUBCONTRACTORs or persons alleging to be SUBCONTRACTORs in connection with or arising out of the CONTRACT.**

25.3 CONTRACTOR shall immediately notify COMPANY of any possible lien, attachment, charge or claim which may affect the WORK or any part thereof.

25.4 **If at any time there is evidence of any lien, attachment, charge or claim to which, if established, COMPANY or its property might be subjected, whether made by any persons against CONTRACTOR or made by any of its SUBCONTRACTORs or person alleging to be a SUBCONTRACTOR against COMPANY, then COMPANY shall have the right to withhold and/or set off or otherwise recover from CONTRACTOR such sum of money as will fully indemnify COMPANY against any such lien, attachment, charge or claim.**

25.5 Before taking any action in accordance with Clause 25.4, COMPANY shall give to CONTRACTOR a reasonable opportunity to demonstrate that the purported lien, attachment, charge or claim is either unenforceable or is covered by the provisions of an enforceable policy of insurance.

25.6 For the purpose of this Clause reference to COMPANY shall include the CO-VENTURERS and its and their AFFILIATES.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022194

**Section 2 – General Conditions of Contract**

## 26. BUSINESS ETHICS

26.1    CONTRACTOR shall perform the WORK for COMPANY's exclusive benefit. This obligation shall be applicable to CONTRACTOR's agents and employees; they must provide the diligence and care required to prevent any action or condition which might result in a conflict with COMPANY's interests. CONTRACTOR's efforts shall include, but not be limited to, the establishment of measures to prevent its personnel from giving or receiving gifts, payments, loans, or any other inducement, for any purpose whatsoever from any person, firm, corporation or other body in connection with the performance of the CONTRACT.

26.2    COMPANY's Code of Conduct is entitled "Our commitment to integrity" (hereafter referred to as the "BP Code of Conduct"). A copy of the BP Code of Conduct can be obtained using the web link highlighted Section 8 – Code of Conduct. COMPANY requires CONTRACTOR and each SUBCONTRACTOR to carefully review the BP Code of Conduct. In connection with CONTRACTOR's and each SUBCONTRACTOR's performance of this CONTRACT, CONTRACTOR and each SUBCONTRACTOR undertakes and agrees to act consistently with the BP Code of Conduct, and with any updated or amended version of the BP Code of Conduct provided to CONTRACTOR from time to time, and to adhere to the principles set out within it. CONTRACTOR accepts and acknowledges that compliance with ethical practices is a core business value of COMPANY and accordingly any failure on the part of CONTRACTOR or any SUBCONTRACTOR to act in a manner consistent with the BP Code of Conduct shall be considered a material breach of this CONTRACT. CONTRACTOR and all SUBCONTRACTORs shall ensure that their personnel are made aware of the BP Code of Conduct.

## 27. GENERAL LEGAL PROVISIONS

27.1    Waiver

None of the terms and conditions of the CONTRACT shall be considered to be waived by either COMPANY or CONTRACTOR unless a written waiver is given by one PARTY to the other. No failure on the part of either party to enforce any of the terms and conditions of the CONTRACT shall constitute a waiver of such terms.

27.2    Retention of Rights

Subject to the provisions of Clauses 19, 21, 27.10, 29, and 33 unless otherwise specifically stated in the CONTRACT, both COMPANY and CONTRACTOR shall retain all rights and remedies, both under the CONTRACT and at Law, which either may have against the other.

CONTRACTOR shall not be relieved from any liability or obligation under the CONTRACT by any review, approval, authorization, acknowledgement or the like, by COMPANY.

27.3    CONTRACTOR's AFFILIATES

Any limitation of liability given by COMPANY to CONTRACTOR under the CONTRACT shall include the AFFILIATES of CONTRACTOR.

27.4    Independence of CONTRACTOR

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022195

**Section 2 – General Conditions of Contract**

CONTRACTOR shall act as an independent contractor with respect to the WORK and shall exercise control, supervision, management, and direction as to the method and manner of obtaining the results required by COMPANY.

In all cases where CONTRACTOR's EMPLOYEES (defined to include CONTRACTOR's and its SUBCONTRACTOR's direct, borrowed, special, or statutory employees) are performing work in or offshore the State of Louisiana or are otherwise covered by the Louisiana Workers' Compensation Act, La. R.S. 23:1021 et seq., COMPANY and CONTRACTOR agree that all WORK and operations performed by CONTRACTOR and CONTRACTOR's EMPLOYEES pursuant to this CONTRACT are an integral part of and are essential to the ability of COMPANY to generate COMPANY's goods, products, and services for the purpose of La. R.S. 23:1061 (A) (1). Furthermore, COMPANY and CONTRACTOR agree that COMPANY is the statutory employer of CONTRACTOR's EMPLOYEES for purposes of La. R.S. 23:1061 (A) (3) and that COMPANY shall be entitled to the protections afforded a statutory employer under Louisiana law. Irrespective of COMPANY's status as the statutory or special employer (as defined in La. R.S. 23:1031 (C)) of CONTRACTOR's EMPLOYEES, CONTRACTOR shall remain primarily responsible for the payment of Louisiana workers' compensation and medical benefits to its employees, and shall not be entitled to seek contribution for any such payments from COMPANY or any member of COMPANY GROUP, and CONTRACTOR further agrees that it will indemnify COMPANY and any member of COMPANY GROUP for any such payments and that CONTRACTOR will be obligated to release, defend, and indemnify COMPANY GROUP for any personal injury , death, disease or property damage claims relating to CONTRACTOR's EMPLOYEES pursuant to the provisions of Clause 19.1 of this CONTRACT even if any such employee of CONTRACTOR is also held to be an employee (whether a statutory, special or borrowed employee, or otherwise) of COMPANY or any member of COMPANY GROUP.

27.5    Governing Law and Language

This CONTRACT shall be construed and enforced in accordance with the GENERAL MARITIME LAW of the United States wherever permissible; otherwise, the laws of the State of Texas shall apply, excepting therefrom any conflicts of laws rules which might provide for the application of the laws of another jurisdiction. Subject to Clause 28, the PARTIES agree to submit any dispute arising hereunder to the jurisdiction of the courts of the State of Texas and further agree that venue for the resolution of any such dispute shall be found in Harris County, Texas.

27.6    Notices

All notices in respect of the CONTRACT shall be given in writing and delivered by hand, by telefax or by first class post to the relevant address specified in Appendix 1 hereto and copied to such other office or offices of the PARTIES as shall from time to time be nominated by them in writing to the other.

Such notices shall be effective:

(a)      if delivered by hand, at the time of delivery;

(b)      if sent by telefax, on the first working day at the recipient address following the date of sending;

(c)      if sent by first class post, 48 hours after the time of posting.

27.7    Status of COMPANY

COMPANY enters into the CONTRACT either:

---

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022196

**Section 2 – General Conditions of Contract**

a)      for itself and as agent for and on behalf of its other CO-VENTURERS; or

b)      as agent for and on behalf of an AFFILIATE and the CO-VENTURERS of that AFFILIATE (in which case this CONTRACT other than this Clause 27.7 shall be interpreted as though all references to "COMPANY" were references to that AFFILIATE).

Notwithstanding a) above:

(c)     CONTRACTOR agrees to look only to COMPANY for the due performance of the CONTRACT and nothing contained in the CONTRACT will impose any liability upon, or entitle CONTRACTOR to commence any proceedings against any CO-VENTURER other than COMPANY;

(d)     COMPANY is entitled to enforce the CONTRACT on behalf of all CO-VENTURERS as well as for itself.  For that purpose COMPANY may commence proceedings in its own name to enforce all obligations and liabilities of CONTRACTOR and to make any claim which any CO-VENTURER may have against CONTRACTOR.

Notwithstanding b) above:

(e)     CONTRACTOR agrees to look only to the AFFILATE of COMPANY for the due performance of the CONTRACT and nothing contained in the CONTRACT will impose any liability upon, or entitle CONTRACTOR to commence any proceedings against COMPANY or CO-VENTURER of an AFFILIATE other than the AFFILIATE;

(f)     the AFFILATE of COMPANY is entitled to enforce the CONTRACT on behalf of COMPANY and all CO-VENTURERS of that AFFILIATE as well as for itself.  For that purpose the AFFILIATE may commence proceedings in its own name to enforce all obligations and liabilities of CONTRACTOR and to make any claim which COMPANY or CO-VENTURER of that AFFILIATE may have against CONTRACTOR.

27.8    Entire Agreement

The CONTRACT constitutes the entire agreement between the PARTIES hereto with respect to the WORK and supersedes all prior negotiations, representations, or agreements related to the CONTRACT, either written or oral.  No amendments to the CONTRACT shall be effective unless evidenced in writing and signed by the PARTIES to the CONTRACT.

27.9    Mitigation of Loss

Both COMPANY and CONTRACTOR shall take all reasonable steps to mitigate any loss resulting from any breach of CONTRACT by the other PARTY.

27.10   Extent of Exclusion or Limitation of Liability

Any exclusion or limitation of liability under the CONTRACT shall exclude or limit such liability not only in contract but also in tort or otherwise at law.

27.11   Invalidity and Severability

If any provision of this CONTRACT shall be found by any court or administrative body of competent jurisdiction to be invalid or unenforceable, the invalidity or unenforceability of such provision shall not affect the other provisions of this CONTRACT and all provisions not affected

CONFIDENTIAL
Business Confidential

**Section 2 – General Conditions of Contract**

by such invalidity or unenforceability shall remain in full force and effect.  COMPANY and CONTRACTOR hereby agree to attempt to substitute, for any invalid or unenforceable provision, a valid or enforceable provision which achieves to the greatest possible extent, the economic, legal, and commercial objectives of the invalid or unenforceable provision.

27.12   CONTRACTS (RIGHTS OF THIRD PARTIES) ACT

(a)   Subject to Clause 27.12 (c), the PARTIES intend that no provision of the CONTRACT shall confer any benefit on, nor be enforceable by any person who is not a party to the CONTRACT.

(b)   For the purpose of this Clause 27.12, "Third Party" shall mean any member of COMPANY GROUP (other than COMPANY) or CONTRACTOR GROUP (other than CONTRACTOR) or in respect only of the provisions of Clauses 19, 20 and 21 hereof, the SERVICE COMPANY GROUP.

(c)   Subject to the remaining provisions of the CONTRACT,

i)   Clause 17.7, Clause 17.8, Clause 19, Clause 20 and Clause 21 are intended to be enforceable by a Third Party; and

ii)   Clause 27.3 is intended to be enforceable by the AFFILIATES of CONTRACTOR.

(d)   Notwithstanding Clause 27.12 (c), the CONTRACT may be rescinded, amended or varied by the PARTIES to the CONTRACT without notice to or the consent of any Third Party even if, as a result, that Third Party's right to enforce a term of this CONTRACT may be varied or extinguished.

(e)   The rights of any Third Party under Clause 27.12 (c) shall be subject to the following:

i)   any claim, or reliance on any term of the CONTRACT by a Third Party against a party to the CONTRACT shall be notified in writing in accordance with the requirements of Clauses 19.8 and 27.6 by such Third Party to each party to the CONTRACT as soon as such Third Party becomes aware that an event is likely to give rise to such a claim and such notification shall contain the following information as a minimum:

- details of the occurrence giving rise to the claim; and

- the right relied upon by the Third Party under the CONTRACT,

ii)   the provisions of Clause 28 shall apply in respect of any claim by a Third Party in that the relevant PARTIES agree to resolve any dispute between them in a prompt and amicable manner by adopting the provisions of Clause 28.

iii)   the Third Party's written agreement to submit irrevocably to the jurisdiction of the State of Texas in respect of all matters relating to such rights.

(f)   In enforcing any right to which it is entitled and the provisions of this CONTRACT, the remedies of a Third Party shall be limited to damages.

(g)   A Third Party shall not be entitled to assign any benefit or right conferred on it under this CONTRACT.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022198

---

**Section 2 – General Conditions of Contract**

---

**28.      RESOLUTION OF DISPUTES**

28.1    In the event of a commercial dispute between the PARTIES arising out of or relating to this CONTRACT, or the breach thereof, the PARTIES shall submit the dispute to non-binding mediation and shall make a good-faith effort to resolve the dispute through the mediation process. No suit may be filed relating to a commercial dispute arising pursuant to this CONTRACT until the mediation requirements of this provision have been fulfilled.  If such a suit is filed, the PARTIES shall again submit the dispute to non-binding mediation prior to the trial of the suit.  Each party shall pay its costs of mediation.  Expressly excluded from the requirements of this Clause 28 are claims, suits, or disputes arising out of or relating to tort suits, indemnity, insurance, or assumption of liability issues or provisions.

28.2    Whilst any matter or matters are in dispute, CONTRACTOR shall proceed with the execution and completion of the WORK and both CONTRACTOR and COMPANY shall comply with all the provisions of the CONTRACT.

**29.      WARRANTY**

29.1    **CONTRACTOR warrants and guarantees that:**

(a)      **it shall exercise all reasonable skill, care and diligence in the performance of the WORK and shall carry out the WORK in accordance with the requirements of the CONTRACT and to internationally recognized good oilfield practices and standards;**

(b)      **it shall exercise diligence to ensure the completeness and safe transportation of all acquired information including well logs, test and other information ("DATA"), arising out of the performance of the WORK.  CONTRACTOR does not warrant the accuracy of DATA transmitted by electronic process, and CONTRACTOR will not be responsible for accidental or intentional interception of such DATA by third parties;**

(c)      **any equipment and/or related spare parts provided or supplied by CONTRACTOR or its SUBCONTRACTORs for the account of COMPANY: (i) shall meet the detailed specification set forth in the CONTRACT; or (ii) where no detailed specification is provided by COMPANY, shall be of good quality and workmanship and fit for the intended purpose where a specific purpose is defined in the CONTRACT or, where no specific purpose is defined, in fulfillment of the application for which it was designed. CONTRACTOR warrants that all equipment and/or related spare parts provided or supplied by CONTRACTOR or its SUBCONTRACTOR's and suppliers shall be free from defects in material and/or workmanship during the WARRANTY PERIOD;**

(d)      **consumable materials and/or products provided or supplied by CONTRACTOR for the account of COMPANY under the terms of the CONTRACT shall meet the detailed specification   as defined in this CONTRACT and where no such specification is defined, shall conform to (1) where applicable, recognized industry standards or (2) the standard grade and quality of products in the region.**

29.2    **The warranties and guarantees provided under Clause 29.1 shall not apply to:**

(a)      **consumable materials and/or products that have been modified and/or subjected to improper handling, storage, installation, operation or maintenance by any party other than CONTRACTOR and/or its SUBCONTRACTOR's and suppliers;**

---

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022199

(b)     equipment, spare parts, consumable materials, and/or products provided by COMPANY and free issued to CONTRACTOR in connection with the WORK;

(c)     samples which are provided by CONTRACTOR to COMPANY as examples or illustrations only of the general properties of CONTRACTOR's products and/or workmanship; and

(d)     damage to the equipment, materials and/or products caused by improper use by any party other than CONTRACTOR and/or its SUBCONTRACTOR's and suppliers by way of abrasive materials, corrosion due to aggressive fluids, lightning, improper voltage supply, mishandling or misapplication and the like.

29.3    CONTRACTOR may give COMPANY the benefit of its judgment based on its experience interpreting information and making recommendations, either written or oral, as to DATA or amount of material or type of oilfield service to be provided by CONTRACTOR, or the manner of performance or in prediction of results.  Notwithstanding the foregoing, all such recommendations and/or predictions shall be received by COMPANY as opinions only, and no warranty expressed or implied shall be inferred by COMPANY from such recommendations and or in view of the impracticability of obtaining first-hand knowledge of the many variable conditions, the reliance on inferences, measurements and assumptions which are not infallible, and/or the necessity of relying on facts and supporting oilfield services provided by others.

29.4    Save as expressly provided herein all warranties, conditions or other terms implied by applicable law or otherwise are excluded to the fullest extent permitted by law (including without limitation, implied warranties of merchantability and/or fitness for a particular purpose) and, for the avoidance of doubt, no warranty condition or other term is given that DATA resulting from the performance of the WORK will be fit for any particular purpose (including without limitation, implied warranties of merchantability and/or fitness for a particular purpose).

29.5    CONTRACTOR shall ensure that similar warranty undertakings are included in all purchase orders with vendors and contracts entered into with its SUBCONTRACTORs and/or suppliers who supply consumable materials/products and/or equipment and spare parts in respect of the WORK.  The foregoing obligation shall not apply to purchase orders with vendors and contracts entered into with SUBCONTRACTORs and / or suppliers in those instances where CONTRACTOR and COMPANY have agreed to use a specific vendor and/or supplier and CONTRACTOR has obtained COMPANY's advance written approval to modify the foregoing warranty undertakings.

29.6    In the event that any equipment and/or related spare parts or consumable materials provided or supplied by CONTRACTOR do not conform to the warranties set forth in Clause 29.1, COMPANY shall notify CONTRACTOR promptly upon the failure of such warranty, and in any event during the WARRANTY PERIOD, specifying the nature and extent of the failure in question.  Upon receipt of such notice, CONTRACTOR shall expeditiously proceed to repair or replace, at CONTRACTOR's sole cost, the equipment and/or related spare parts or consumable materials in question.

30.     **ACCESS TO LOCATIONS**

COMPANY shall secure for CONTRACTOR and its SUBCONTRACTOR's rights of access to and from the WORKSITES.  COMPANY shall use its best endeavors to advise CONTRACTOR of any limitations, restriction or conditions which may affect such access and CONTRACTOR shall abide by such limitations, restrictions, and conditions as aforesaid.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022200

---

**Section 2 – General Conditions of Contract**

---

**31.      HEALTH, SAFETY, ENVIRONMENT AND THE WELFARE OF PERSONNEL**

31.1      COMPANY places prime importance on health, safety, security, and environmental (HSSE) issues and requires that CONTRACTOR, SUBCONTRACTORs, and their subcontractors subscribe to and actively pursue the highest standards of HSSE performance.  CONTRACTOR shall observe and comply with COMPANY Health, Safety, Security, and Environment Policy, Regulations and Procedures as amended from time to time, copies of which will be provided by COMPANY REPRESENTATIVE.   CONTRACTOR shall familiarize itself with the following documents:

        a)      Getting HSE Right (gHSEr)
        b)      BP's Golden Rules for Safety
        c)      Drilling and Wells Operations Policy
        d)      Specific local HSSE policies as defined in Appendix 5 to Section 7

        It shall be the responsibility of CONTRACTOR to ensure that its personnel comply with said policy, regulations, and procedures.

31.2      CONTRACTOR's personnel may be required by COMPANY to attend site induction for Health, Safety and Environmental Policy, Regulations and Procedures before entering a WORKSITE where any part of the WORK is to be performed and it shall be CONTRACTOR's responsibility to establish with COMPANY which personnel must be inducted and to ensure their attendance.

31.3      CONTRACTOR shall ensure that its personnel are aware of and carry out their own obligations with regard to health, safety, and environment including the strict obligation to report unsafe working conditions, hazards, dangerous incidents, accidents, and environmental issues.

31.4      CONTRACTOR shall ensure that its personnel:

        (a)     observe and comply with all relevant statutory obligations regarding health and safety at work, environmental protection and all applicable safety regulations and requirements;

        (b)     are fully conversant with and comply with the working conditions, safety regulations and policies at all locations where the WORK is to be performed;

        (c)     are familiar with all local safety instructions, regulations and policies applicable to the WORKSITE where the WORK is to be performed and comply with same;

        (d)     endeavor to advise CONTRACTOR supervisor of any pre-existing medical disability or condition which may adversely effect their own health and safety or the health and safety of others;

        (e)     endeavor to advise CONTRACTOR of over the counter drug warnings for medication they are taking and shall endeavor to ensure that personnel immediately advise CONTRACTOR supervisor where such usage may impact the individual's ability to perform safely.

31.5      CONTRACTOR's personnel shall obey and comply with all reasonable instructions or order given to them by COMPANY REPRESENTATIVE or any officer of COMPANY in all matters relating to health, safety, and the environment.

31.6      If requested by COMPANY and prior to mobilization of CONTRACTOR's personnel to the WORKSITE, CONTRACTOR shall submit to COMPANY a certificate of a fully registered

---

CONFIDENTIAL
Business Confidential

---

**Section 2 – General Conditions of Contract**

---

medical practitioner indicating medical fitness for duty at the WORKSITE. Cost associated with the supply of this medical certificate shall be borne by COMPANY unless specifically addressed in Section 3, Scope of Work.

31.7 WORK provided by CONTRACTOR personnel shall be conducted in accordance with the prevailing health, safety, and environmental protection requirements in force in the WORKSITE and in full accordance with statutory and local requirements.

31.8 CONTRACTOR shall endeavor to ensure that its personnel and recommendations for performing the WORK are in accordance with World Health Organization recommendations.

31.9 If CONTRACTOR's personnel are required by COMPANY to work offshore or at remote sites and are required to be evacuated to a medical facility for medical treatment, the costs of evacuating CONTRACTOR's personnel to COMPANY's onshore supply base shall be borne by COMPANY. In the event that medical evacuation was for a pre-existing medical condition that was not disclosed by CONTRACTOR to COMPANY, the costs of evacuating CONTRACTOR's personnel to COMPANY's onshore supply base shall be borne by CONTRACTOR. COMPANY reserves the right to recover on a cost recoverable basis within the scope of CONTRACTOR's insurances for medical evacuations. All other transportation and medical treatment costs shall be borne by CONTRACTOR.

31.10 CONTRACTOR shall impose on its SUBCONTRACTORs the same obligations as are described in this Clause 31 and shall ensure that its SUBCONTRACTORs comply therewith.

31.11 For the purposes of this Clause 31, all obligations of CONTRACTOR shall include its SUBCONTRACTOR, AFFILIATES, its and their employees, servants, and agents.

31.12 CONTRACTOR shall observe and comply with the provisions of Section 7 – Health, Safety, Security, and Environment and failure to meet these requirements or to satisfy COMPANY with regard to the control of HSSE risks in respect of the CONTRACT will be regarded as due cause for termination of the CONTRACT without notice and without financial penalty to COMPANY in accordance with the provisions of Clause 23.1.

31.13 Nothing contained herein will affect the application of Clause 19 and 21 of the CONTRACT.

**32.   PERFORMANCE MANAGEMENT**

32.1 CONTRACTOR and COMPANY agree that there are certain Key Performance Indicators (KPI), measures which are set out in Section 3 - Scope of Work. The successful closeout of COMPANY and CONTRACTOR's corrective actions to remedy performance gaps shall be mutually agreed.

32.2 For the measures referred to in Clause 32.1 above, well specific targets and objectives, together with any agreed deliverables, timescales or milestones will be mutually agreed between CONTRACTOR and COMPANY prior to commencement of any well and shall be fully documented.

32.3 CONTRACTOR shall participate in COMPANY's Supplier Performance Management (SPM) system. This process shall include, but not be limited to, the work scope review, risk review, mutual setting of KPIs and objectives, the timely completion of any agreed scorecards or measurement tools and the agreement of annual Performance Contracts where appropriate. The second phase shall include a post-job evaluation and submittal / approval. Data and associated scorecards gathered will be used to support reviews outlined in Clause 32.4.

---

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022202

---

**Section 2 – General Conditions of Contract**

32.4    Performance Review Process (PRM) – PRMs shall be held on a quarterly basis, or other frequency as mutually agreed, the COMPANY's REPRESENTATIVE, sector Team (if applicable), CONTRACTOR's management team, and CONTRACTOR's REPRESENTATIVE, shall meet formally to discuss the previous quarter's performance and identify any performance gaps and opportunities for improvement. This PRM shall also be an opportunity to discuss the next period to determine risks to delivery of work programs or projects. The focus shall be on information sharing and identifying key risks, then agreement on a risk management and action plan for the next period. Previous quarter's performance shall be formally agreed at this meeting and recorded for future reference. Progress of follow up actions from the PRM will be recorded and monitored on a monthly CAR (Corrective Action Reporting) register maintained by the CONTRACTOR.

32.5    If requested by COMPANY, a performance contract shall be mutually agreed upon for the projected WORK scope prior to WORK commencement. This performance contract shall include sections to address, but not limited to, HSSE, People, Cost, Quality, Delivery, and Innovation. Each section will have measurable targets and reflect KPIs referenced in Clause 32.1.

32.6    CONTRACTOR's Safety Management System (SMS) shall be reviewed by COMPANY prior to award. Any gaps identified during this review will be reported to CONTRACTOR as compulsory improvement actions. CONTRACTOR will develop an SMS gap closure plan and the mutually agreed upon actions and completion dates shall be monitored and updated via the scorecard and PRM process. Failure to successfully complete the actions or close the gaps by the agreed due dates shall be deemed to be a failure of the CONTRACTOR to perform the services and COMPANY shall have the right to suspend the WORK in accordance with Clause 13 or terminate the WORK or the CONTRACT in accordance with Clause 23. The SMS gap closure plan shall be maintained by CONTRACTOR and updated after each interim SMS evaluation has been completed

32.7    If requested by COMPANY, CONTRACTOR's Environmental Management System (EMS) shall be reviewed by COMPANY prior to award. CONTRACTOR will develop an EMS gap closure plan and the mutually agreed upon actions and completion dates shall be monitored and updated via the scorecard and PRM process. Failure to successfully complete the actions or close the gaps by the agreed due dates shall be deemed to be a failure of the CONTRACTOR to perform the services and COMPANY shall have the right to suspend the WORK in accordance with Clause 13 or terminate the WORK or the CONTRACT in accordance with Clause 23. The EMS gap closure plan shall be maintained by CONTRACTOR and updated after each interim EMS evaluation has been completed.

33.    **AGGREGATE OF LIABILITY**

CONTRACTOR's cumulative liability hereunder in respect of liabilities incurred pursuant to Clause 10.3 and 23.5 shall not exceed in aggregate (i) fifty percent (50%) of the CONTRACT PRICE where all WORK to be performed under the CONTRACT is set forth in Section 3, Scope of Work independent of WORK ORDERS or, (ii) where WORK ORDERS are issued, fifty percent (50%) of the price of all WORK to be performed under the individual WORK ORDER.

34.    **CONTINUING OBLIGATIONS**

In the event of termination or expiration of this CONTRACT, for any reason, any provision which by its own express terms reflects an intent that it shall continue to apply beyond the term of this CONTRACT shall continue in full force and effect, including without limitation Clauses 19, 21, 22, and 24.

---

CONFIDENTIAL
Business Confidential                                    BP-HZN-MBI00022203

**Section 2 – General Conditions of Contract**

**35.    ANTI-CORRUPTION UNDERTAKINGS**

35.1    CONTRACTOR and COMPANY each agree and undertake one to the other that in connection with the CONTRACT and the transactions contemplated by this CONTRACT, they will each respectively comply with all applicable laws, rules, regulations, decrees and/or official governmental orders of the United Kingdom and the United States of America relating to anti-bribery and anti-money laundering.

35.2    CONTRACTOR agrees, undertakes and confirms that it, and each of its AFFILIATES, and its and their respective directors, officers, employees, agents and every other person acting on its or their behalf, has not, in connection with the transactions contemplated by this CONTRACT or in connection with any other business transactions involving COMPANY in the United States of America, made, offered or promised to make, and will not make, offer, or promise to make, any payment or other transfer of anything of value, including without limitation the provision of any service, gift or entertainment, directly or indirectly,

   a)   to any government official (including directors, officers and  employees of government-owned and government-controlled companies and public international organizations);
   b)   to any director, officer or employee of COMPANY or of BP plc or any of its other subsidiaries;
   c)   to any political party, official of a political party, or candidate for public office;
   d)   to an agent or intermediary for payment to any of the foregoing; or
   e)   to any other person or entity

   for the purpose of obtaining or influencing the award of or carrying out this CONTRACT if and to the extent that to do so is or would be either in violation of or inconsistent in any material way with the anti-bribery or anti-money laundering laws of any relevant jurisdiction, including, without limitation, the  U.S. Foreign Corrupt Practices Act, the U.K. Anti-Terrorism, Crime and Security Act 2001 and successor legislation, the applicable country legislation implementing the OECD Convention on Combating Bribery of Foreign Public Officials in International Business Transactions and/or the anti-corruption laws of the United States of America.

   For the purposes of this Clause 35, the term "government official" shall mean any director, officer, or employee of any government or any department, agency or instrumentality thereof, and/or of any enterprise in which a government owns an interest, and/or of any public international organization.   This term also includes any person acting in any official, administrative or judicial capacity for or on behalf of any such government or department, agency, instrumentality, company, or public international organization.

35.3    CONTRACTOR agrees and undertakes that in connection with this CONTRACT and in connection with any other business transactions involving COMPANY in the United States of America, CONTRACTOR and each of its AFFILIATES shall:

   (a)   have and will apply, in respect of its dealings with COMPANY under this CONTRACT, effective disclosure controls and procedures;

   (b)   have and will maintain books, records, and accounts which, in reasonable detail, accurately and fairly reflect the transactions undertaken and the disposition of assets; and

   (c)   have and will maintain an internal accounting controls system that is sufficient to ensure the proper authorization, recording and reporting of all transactions and to provide reasonable assurance that violations of the anticorruption laws of the applicable jurisdictions will be prevented, detected and deterred.

35.4    In  the  event  that  COMPANY  has  any  reasonable  basis  for  a  good  faith  belief  that

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022204

**Section 2 – General Conditions of Contract**

CONTRACTOR and/or any of its AFFILIATES may not be in compliance in any material way with the undertakings and/or requirements set forth in sub-clauses 35.1, 35.2 and/or 35.3, COMPANY shall advise CONTRACTOR in writing of its good faith belief and CONTRACTOR shall cooperate fully with any and all enquiries undertaken by or on behalf of COMPANY in connection therewith, including the provision by CONTRACTOR of personnel and supporting documents and affidavits if reasonably deemed necessary by COMPANY (provided, however, that CONTRACTOR may withhold from any such request for disclosure any investigative personnel working under the direction of the CONTRACTOR'S legal department and documents which are subject to legal privilege).

35.5    Subject to the requirements of sub-clause 35.4, and without prejudice to any other rights or remedies the COMPANY may have hereunder or at law (including, as applicable, the right to damages for breach of contract), COMPANY shall have the right to terminate this CONTRACT with immediate effect if COMPANY reasonably believes in good faith that any of the foregoing agreements, undertakings or requirements set forth in this Clause 35 have not been complied with or fulfilled by CONTRACTOR or any of its AFFILIATES; PROVIDED, HOWEVER, that COMPANY shall have provided CONTRACTOR with written notice of its intention to terminate the CONTRACT under the provisions of this Clause 35 together with the reasons therefore and that CONTRACTOR has been unable within fifteen (15) business days of delivery of such notice to provide COMPANY with evidence which demonstrates, to the reasonable satisfaction of the COMPANY, that CONTRACTOR and its AFFILIATES have not failed to comply with or fulfill any of the foregoing agreements, undertakings or requirements.

35.6    All payments by COMPANY to CONTRACTOR shall be made in accordance with the terms of payment specified in the CONTRACT. In the absence of any such specific payment instructions elsewhere in the CONTRACT, payments by COMPANY to CONTRACTOR shall only be made by check or wire transfer to a bank account, details of which shall be provided by CONTRACTOR to COMPANY in writing.

35.7    Any dispute arising hereunder as the result of COMPANY exercising its rights under sub-clause 35.5 hereof shall be settled in accordance with the provisions of CLAUSE 28 – SETTLEMENT OF DISPUTES.

35.8    CONTRACTOR shall take all reasonable measures to apply the provisions of this CLAUSE 35 in its contracts with SUB-CONTRACTORS in order to give effect to the agreements, undertakings, and requirements set forth in this CLAUSE 35.

**36.    SPECIAL CONDITIONS**

Any additional special conditions applicable to the CONTRACT shall be as listed in Appendix 1 hereto and shall be numbered consecutively with these General Conditions of CONTRACT.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022205

**Section 2 – General Conditions of Contract**
**Appendix 1 – Special Conditions of Contract**

**Appendix 1 – Special Conditions of Contract**

In the event of any ambiguity or contradiction between the General Conditions of Contract and the Special Conditions of Contract, the latter shall take precedence.

| Section1 | Agreement |
|---|---|
| Clause 4 | The EFFECTIVE DATE of the CONTRACT is April 15, 2009 |
| Clause 4 | The scheduled COMMENCEMENT DATE of the WORK is – Will be specified as the date of each WORK ORDER |
| Clause 5 | The duration of the CONTRACT is three (3) years from the EFFECTIVE DATE of the CONTRACT.  COMPANY shall have the option to extend the CONTRACT for up to two (2) consecutive one-year options following the expiration of the three (3) year term. |
| | |

| Section 2 | General Conditions of Contract |
|---|---|
| | |
| Clause 1.9 | "CO-VENTURERS" shall mean – Not Applicable |
| Clause 3.1(a) | COMPANY REPRESENTATIVE is Mr. Sundaram Srinivasan<br><br>Manager – GOM PSCM Drilling and Wells<br>(281) 504-4277 (OFFICE PHONE)<br>(281) 366-7130 (FAX)<br>sundaram.srinivasan@bp.com |
| Clause 3.1(a) | CONTRACTOR REPRESENTATIVE is Merv Swan<br><br>Vice-President, BP Account<br>(281) 575-3020 (OFFICE PHONE)<br>(281) 935-9238 (CELL PHONE)<br>merv.swan@halliburton.com |
| Clause 27.6 | The addresses for the service of notices are:<br><br>i)  COMPANY:     BP Exploration and Production, Inc.<br>200 Westlake Park Boulevard<br>Westlake 4<br>Houston, Texas 77079<br>ATTN: Sundaram Srinivasan<br><br>ii) CONTRACTOR:   Halliburton Energy Services, Inc.<br>1401 McKinney Street, Suite 2400<br>Houston, Texas 77010<br>ATTN: Merv Swan |

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022206

**Section 2 – General Conditions of Contract**
**Appendix 2 – Local Tax Provisions**

**Appendix 2 – Local Tax Provisions**

CONTRACTOR agrees to defend, indemnify, and hold harmless COMPANY, jointly and severally, from and against, and to accept full and exclusive liability for, the payment of its legally due contributions or taxes for unemployment insurance, old age retirement benefits, annuities, wage and income taxes, business and occupation taxes, now or hereafter imposed by the Government of the United States or any State or political subdivision thereof, however measured.

CONTRACTOR agrees to be responsible for and indemnify, and hold harmless COMPANY, jointly and severally, from any liability for contract, inventory, ad valorem, business and occupational, or other taxes which are imposed upon CONTRACTOR for the performance of this CONTRACT or the ownership or use of any property employed by CONTRACTOR in the performance of this CONTRACT.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022207

**Section 2 – General Conditions of Contract**
**Appendix 2 – Local Tax Provisions**

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022208

# Section 3 – Scope of Work

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022209

**Section 3 – Scope of Work**

# Table of Contents

1.0     GENERAL ......................................................................................................................... 3

2.0     THE WORK ...................................................................................................................... 3

3.0     PERSONNEL .................................................................................................................... 5

4.0     EQUIPMENT ..................................................................................................................... 6

5.0     TRANSPORTATION OF EQUIPMENT AND MATERIALS ........................................... 8

6.0     FACILITIES ...................................................................................................................... 9

7.0     SPECIFICATIONS AND PROCEDURES ..................................................................... 10

8.0     COMPANY'S GENERAL OBLIGATIONS .................................................................... 10

Appendix 1 – Supplier Performance Management ................................................................ 11

Appendix 2 – WORK ORDER ................................................................................................. 18

Appendix 3 – CHANGE ORDER ............................................................................................. 20

Appendix 4 – SUBCONTRACTORs / CONTRACTOR's Key Personnel .............................. 22
        A. Cementing Services ................................................................................................. 23
        B. Fluids Services ......................................................................................................... 25
        C. Well Placement ......................................................................................................... 28
        D. Wireline Services ...................................................................................................... 29
        E. Completions ............................................................................................................... 30

Appendix 5 – Description of the Work .................................................................................... 32
        A. Cementing Services ................................................................................................. 33
        B. Fluids Services ......................................................................................................... 67
        C. Well Placement ......................................................................................................... 87
        D. Wireline Services .................................................................................................... 160
        G. Completions ............................................................................................................ 169

Appendix 6 – Functional and Technical Specifications ....................................................... 191
        A. Cementing Services ............................................................................................... 192
        B. Fluids Services ....................................................................................................... 195
        C. Well Placement ....................................................................................................... 196
        D. Wireline Services .................................................................................................... 225
        E. Completions ............................................................................................................ 226

Appendix 7 – Technical Integrity .......................................................................................... 321
        A. Cementing Services ............................................................................................... 322
        B. Fluids Services ....................................................................................................... 329
        C. Well Placement ....................................................................................................... 330
        D. Wireline Services .................................................................................................... 331
        E. Completions ............................................................................................................ 339

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022210

**Section 3 – Scope of Work**

## 1.0  GENERAL

1.1   CONTRACTOR has been selected for the performance of the WORK on the understanding that it is qualified in the class of work involved and that CONTRACTOR shall exercise all reasonable skill, care, and diligence in the performance of the WORK and shall carry out the WORK in accordance with the requirements of the CONTRACT and to internationally recognized good oilfield practices and standards.

1.2   The WORK which is to be provided by CONTRACTOR shall comprise but not necessarily be limited to, the provision of management, engineering, supervision, labor, plant, equipment, and materials to support COMPANY's operations, all as generally described herein.

## 2.0  THE WORK

2.1   COMPANY may from time to time request CONTRACTOR to carry out certain work or services, or provide supplies, equipment, or materials in accordance with the terms of the CONTRACT as more specifically defined in each job request issued by COMPANY ("WORK ORDER").   A WORK ORDER shall mean any of the following document types issued pursuant to this CONTRACT either on paper or electronic form.

    2.1.1   WORK ORDER Template, as set forth by example in Section 3, Appendix 2 – WORK ORDER.  Other written forms of this template are acceptable so long as it provides sufficient detail, including as a minimum:

- identification of CONTRACTOR
- reference to the CONTRACT number
- the date of the WORK ORDER
- details of the WORK to be performed
- any other terms the PARTIES deem appropriate

    2.1.2   Specific direction / instruction to CONTRACTOR to proceed with WORK via e-mail, or an otherwise electronically transmitted Microsoft Word or Excel document with the same minimum requirements as noted in Clause 2.1.1 herein above.  Said direction / instruction to CONTRACTOR shall require electronic acknowledgement of receipt as well as acceptance from CONTRACTOR in order to be deemed to be a WORK ORDER.

    2.1.3   Pursuant to a verbal request by COMPANY to initiate WORK under this CONTRACT, a request by CONTRACTOR to proceed with WORK shall be presented to COMPANY via e-mail, or an otherwise electronically transmitted Microsoft Word or Excel document with the same minimum requirements as noted in Clause 2.1.1 herein above.   Said request made by CONTRACTOR shall require electronic acknowledgement of receipt as well as acceptance from COMPANY in order to be deemed to be a WORK ORDER.

    2.1.4   Purchase Orders for the procurement of materials that includes sufficient details, including as a minimum:

- identification of CONTRACTOR
- reference to the CONTRACT number
- the date of the Purchase Order
- details of the materials to be procured
- any other terms the PARTIES deem appropriate

CONFIDENTIAL
Business Confidential

**Section 3 – Scope of Work**

2.1.5   Nothing contained in a WORK ORDER, in any acceptable format, shall be construed as an Amendment to the terms of the CONTRACT.  Accordingly, WORK ORDERS, in any acceptable format, shall NOT be used to add new services, equipment, or materials to the CONTRACT, all of which may only be added to the CONTRACT by formal Amendment.

2.2   It is agreed and understood that COMPANY is not obligated to request WORK hereunder, and that CONTRACTOR is not obligated to accept any WORK ORDER issued by COMPANY hereunder; however, COMPANY and CONTRACTOR agree that the following general provisions shall at all times apply to and control all WORK which may be conducted or carried out by CONTRACTOR for COMPANY under any WORK ORDER until such WORK ORDER is cancelled.  With respect to WORK performed under this CONTRACT, the Schedule of Rates and Charges in Section 4 – Remuneration, shall apply.

CONTRACTOR shall use reasonable commercial efforts during the term of the CONTRACT or any WORK ORDER, to ensure that the costs of the final completion of the WORK shall not exceed the estimate.  In the event that the WORK is performed on an unsupervised basis, e.g., rental tools, COMPANY and CONTRACTOR will jointly monitor costs for expenditure tracking.   If CONTRACTOR determines that the estimate is likely to be exceeded, CONTRACTOR shall promptly notify COMPANY of the same and provide an estimate of the additional cost.  Such notification shall constitute a request for a CHANGE ORDER to revise the original estimate.  Upon receipt of such notice, COMPANY shall promptly (1) issue a CHANGE ORDER revising the original estimate before such estimate is exceeded or (2) release CONTRACTOR's personnel and equipment.    However, in no event shall CONTRACTOR make or incur total expenditures and charges for the WORK in excess of such estimates unless and until a written request is approved by COMPANY.

2.3   From time to time COMPANY may clarify, modify, expand, or reduce the scope of the WORK ORDER by a CHANGE ORDER.   CONTRACTOR will comply with instructions in such CHANGE ORDER.   A CHANGE ORDER shall mean any of the following document types issued pursuant to this CONTRACT either on paper or electronic form.

2.3.1   CHANGE ORDER Template, as set forth by example in Section 3, Appendix 3 – CHANGE ORDER.  Other written forms of this template are acceptable so long as they provide sufficient detail, including as a minimum:

- identification of CONTRACTOR
- reference to the CONTRACT number
- reference to the WORK ORDER number
- the date of the CHANGE ORDER
- details of the changes to the WORK to be performed
- any other terms the PARTIES deem appropriate

2.3.2   Specific direction / instruction to CONTRACTOR to change the WORK ORDER via e-mail, or an otherwise electronically transmitted Microsoft Word or Excel document with the same minimum requirements as noted in Clause 2.3.1 herein above.  Said direction / instruction to CONTRACTOR shall require electronic acknowledgement of receipt as well as acceptance from CONTRACTOR in order to be deemed to be a CHANGE ORDER.

2.3.3   Pursuant to a verbal request by COMPANY to change the WORK ORDER under this CONTRACT, a request by CONTRACTOR to proceed with WORK shall be presented to COMPANY via e-mail, or an otherwise electronically transmitted Microsoft Word or Excel document with the same minimum requirements as noted in

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022212

**Section 3 – Scope of Work**

Clause 2.3.1 herein above.  Said request made by CONTRACTOR shall require electronic acknowledgement of receipt as well as acceptance from COMPANY in order to be deemed to be a CHANGE ORDER.

2.3.4   Nothing contained in a CHANGE ORDER, in any acceptable format, shall be construed as an Amendment to the terms of the CONTRACT.  Accordingly, CHANGE ORDERs, in any acceptable format, shall NOT be used to add new services, equipment, or materials, to the CONTRACT, all of which may only be added to the CONTRACT by formal Amendment.

2.4   The provision, utilization, and management of the WORK shall be the sole responsibility of CONTRACTOR always accepting that CONTRACTOR shall meet the Scope of Work.  The WORK shall be provided in accordance with the service specific requirements contained in this Section 3.

2.5   CONTRACTOR shall liaise with, and ascertain from COMPANY, all forward programming and planning information for COMPANY's well operations to enable CONTRACTOR to provide all the resources required to meet its obligations under the CONTRACT. CONTRACTOR shall be solely responsible for ensuring that personnel, equipment, and all other items are provided so that no disruption occurs to the well operation.

2.6   CONTRACTOR shall seek out expertise from within CONTRACTOR's organization, COMPANY's organization, and from Third Parties to enable CONTRACTOR to maximize operating performance.  Said involvement of Third Parties for purposes of this Clause shall not be for COMPANY's account or reimbursable under the provisions of Section 4 – Remuneration.

2.7   CONTRACTOR shall pro-actively monitor, evaluate, and promote the use of new technology to improve cost effectiveness and add value to the WORK.

2.8   COMPANY is committed to making its technology and knowledge of 'best practices' available to CONTRACTOR.  It is expected that CONTRACTOR will avail itself of this opportunity to use COMPANY data and knowledge in the course of the CONTRACT.  Likewise, it is expected that CONTRACTOR will provide to COMPANY its knowledge of industry best practices and technology.

2.9   CONTRACTOR shall provide an organization to plan, monitor, and optimize the performance of the WORK in full compliance with the requirements of COMPANY.  This shall include, but not be limited to, the management of CONTRACTOR's and SUBCONTRACTOR's health, safety, security, environment, quality assurance, and legal obligations.

2.10   CONTRACTOR shall ensure optimal utilization of equipment, in that, equipment shall be back loaded at the earliest opportunity if no longer required.  CONTRACTOR shall render all assistance to COMPANY in this regard.  Nevertheless, equipment and / or materials shall only be shipped and back loaded with the prior consent of COMPANY.  The effectiveness and benefits of the actions taken may be measured as part of the Performance Management System.

**3.0   PERSONNEL**

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022213

**Section 3 – Scope of Work**

3.1   CONTRACTOR shall provide fully trained, competent personnel to perform the WORK in accordance with the applicable WORK ORDER.  The number of personnel required will be determined by operational and engineering need as agreed by COMPANY and CONTRACTOR.  To ensure continuity and operational learning(s), personnel assigned to a WORKSITE shall not be replaced without COMPANY's approval which shall not be unreasonably withheld.

3.2   CONTRACTOR may be required to provide co-located engineering or technical support in COMPANY's local offices.  "Co-located" support is defined as those personnel working on COMPANY operations and located in one or more of COMPANY's various local offices. CONTRACTOR staff designated for such positions will be pre-qualified and approved by COMPANY.  Such CONTRACTOR staff is expected to perform as members of multi-discipline COMPANY teams, with shared accountability for team performance.

3.3   CONTRACTOR will supply a nominated Account Manager who is accountable for the performance of all personnel provided by CONTRACTOR.  The Account Manager is expected to provide a single point of contact for contractual issues, HSSE performance, and for issues relating to compliance with the Scope of Work contained herein.

3.4   CONTRACTOR, with approval from COMPANY, will develop and deploy a program to maximize savings at the WORKSITE by employing multi-skilled personnel and thereby reducing the number of personnel required to an absolute minimum.  Such reductions shall not at any time compromise safety, efficiency, or quality.

3.5   Additional personnel may be provided as required by CONTRACTOR and or COMPANY for operational or other reasons.  The requirement for such additional personnel must be agreed to in advance and shall be affected by a CHANGE ORDER at rates as specified in Section 4 – Remuneration.

3.6   A Personnel Plan may be requested from time to time for various activities (e.g., large development projects).  These Personnel Plans may include – but not be limited to – number of personnel by category required to discharge all duties needed to complete the WORK; organization charts; manner in which any applicable local content requirements will be satisfied; and other items that may be specified.

3.7   Personnel shall be trained appropriately for the duties for which they will be responsible. Specifically, this requirement shall include, as applicable, all statutory and COMPANY requirements relating to WORKSITE safety, survival, and well control.   In addition, supervisors shall be capable of performing Behavioral Safety Audits on CONTRACTOR tools, processes, and equipment.  All applicable CONTRACTOR personnel shall participate in COMPANY sponsored initiatives and must comply with safety training requirements as defined or required by COMPANY.

## 4.0   EQUIPMENT

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022214

---

**Section 3 – Scope of Work**

---

4.1     CONTRACTOR shall provide all equipment necessary to perform the WORK. CONTRACTOR shall be fully responsible for implementation of the techniques and equipment used which must be entirely consistent with good oilfield practice and meet all COMPANY standards as stated herein.

4.2     CONTRACTOR shall be required to mobilize and demobilize its tools and equipment in accordance with the specific requirements of each operation. Unless agreed to in advance by COMPANY, CONTRACTOR shall provide adequate back up tools, equipment, spares and consumables to ensure that service disruption is minimized due to tool or equipment failures.

4.3     Upon receipt of a WORK ORDER, or CHANGE ORDER to a WORK ORDER from COMPANY, CONTRACTOR shall provide, or procure the requested tools, equipment, spares, or materials, to be available for transport by the specified time. Where CONTRACTOR cannot supply such tools or equipment from its own inventory, it shall notify COMPANY, and upon receipt of COMPANY's written approval, shall procure same through a Third Party and supply to COMPANY at the rates contained in this CONTRACT.

4.4     CONTRACTOR shall develop and maintain an up to date inventory and utilization report in Microsoft Excel or other acceptable format for:

    4.4.1     all CONTRACTOR owned tools and equipment used during all or a portion of the CONTRACT term.

    4.4.2     all COMPANY owned equipment used during all or a portion of the CONTRACT term, inclusive of those items being held on consignment for future use and their respective Purchase Order value.

    4.4.3     all materials consumed during the then current invoice period and collectively throughout the entire term of the CONTRACT.

    4.4.4     In addition, CONTRACTOR shall make the above referenced inventory and utilization reports available for inspection by COMPANY as and when requested.

    4.4.5     Further, this inventory and utilization report must be maintained on a well by well basis, and must be submitted to COMPANY when invoicing for services. Failure to provide the specifics of inventory and utilization shall be deemed to be a breach of Section 2 – General Conditions of Contract, Clause 14.6.

4.5     CONTRACTOR shall be responsible at its own cost for stock control, maintenance, and servicing of its equipment, and shall use best efforts to ensure that sufficient spares are available for maintenance requirements and to meet contingency requirements.

4.6     COMPANY shall have the right to inspect CONTRACTOR's equipment, materials, and supplies at any time to observe their condition and to ensure that no deficiencies exist. Such inspection by COMPANY shall not imply any acceptance of the condition of the said equipment, materials, and supplies by COMPANY and CONTRACTOR shall not be relieved of its obligations under this CONTRACT by any such inspection.

4.7     CONTRACTOR shall provide equipment that meets the requirements outlined in Section 6 – Quality Assurance and Quality Control (QA/QC) and Section 3, Appendix 7 – Technical Integrity herein.

---

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022215

4.8     All tools, material, and equipment used for the execution of the WORK shall be fit for purpose and maintained in accordance with manufacturers' recommendations. In addition, a full history record and certification shall be maintained in accordance with CONTRACTOR's existing preventive maintenance and quality management systems.

4.9     CONTRACTOR shall create and implement a 'Total Quality Management' process or use an existing approach for the process of recording and reporting the history of tools and equipment from procurement to end use.

Features of the system shall include:

4.9.1     Capable of Audit.

4.9.2     Record full traceability from mill material test reports and test certificates, through manufacture, procurement, and subsequent service life.

4.9.3     Ability to manage and control stock levels.

4.9.4     Identifies items under repair as potential stock.

4.9.5     Ability to reserve or allocate items in stock for specific well service / completion requirements and subsequently complete transfer and amend stock level.

4.9.6     Record and display tools and equipment in specific generic groupings, i.e., packers, safety valves etc., for ease of reviewing availability.

4.9.7     Ability to record tool or equipment history by well.

4.9.8     Show the well file as the final reconciliation for well costs with a summary statement showing all items consumed and associated service costs. The final reconciliation shall be submitted with CONTRACTOR's invoice to COMPANY.

4.10     All work shall be conducted under agreed procedures and fully in accordance with COMPANY Technical Integrity requirements.

## 5.0     TRANSPORTATION OF EQUIPMENT AND MATERIALS

5.1     If the WORK includes marine transportation of equipment and materials, CONTRACTOR shall be required to give not less than the SPU-specific minimum notice time for offshore transportation requirements. COMPANY's decision as to the availability of vessel and / or helicopter transportation at any particular time shall be final.

5.2     In supplying equipment and materials to COMPANY's designated supply base, CONTRACTOR shall take due consideration of the magnitude and urgency of each consignment. CONTRACTOR shall liaise with COMPANY's nominated supply base sufficiently in advance of each consignment to agree timing of collection and delivery.

5.3     CONTRACTOR shall at all times comply with appropriate regulations and guidelines for the transportation of dangerous and hazardous goods. Copies of Material Safety Data Sheets (MSDS) for all products shall be made available to COMPANY upon demand by COMPANY

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022216

or its delegate.

5.4    All packaging is to be of suitable quality to withstand operating area climatic conditions.  All materials shall be palletized, strapped, and shrink-wrapped.  COMPANY shall have the right to reject any materials deemed unsuitably packaged for the conditions or where the packaging is of poor quality.   Materials received by COMPANY without the required packaging will not be accepted and will be returned to CONTRACTOR for CONTRACTOR's account.

All packaged equipment shall be externally marked using suitable means so as to allow ready identification of the enclosed items:

5.4.1    Parts and equipment shall have exposed metallic surfaces protected against corrosion.

5.4.2    Exposed seals, seal surfaces, threads, and operating parts shall be protected from mechanical damage during shipping.

5.4.3    Loose components shall be separately packed and identified.

5.4.4    Exposed hydraulic end fittings shall be capped.

5.4.5    Special provisions for shipment and storage of electronic items in accordance with manufacturer instructions shall be made.

5.4.6    Units and assemblies shall be securely crated or mounted on skids to suit the proposed shipment method.  These shall be designed to prevent damage and to facilitate handling.

5.4.7    Special provisions for transportation vibration protection for both land and sea shall be made to ensure no damage to equipment.

5.4.8    The packaging / shipment method shall take into account any limitations in maximum or minimum allowable temperature, UV, and humidity protection.  This shall include storage for extended periods in the local climate.

5.5    CONTRACTOR will be responsible for loading equipment efficiently into its Cargo Carrying Units (CCU) at its local facility and will endeavor to minimize the number of CCUs used. Equipment transported within CCUs shall be adequately secured such that there is no risk of injury through either opening the CCU or equipment falling out or through accessing equipment within the CCU.

## 6.0    FACILITIES

6.1    CONTRACTOR shall support the WORK from local facilities that provide comprehensive warehousing, laboratory, workshop, and service support.  The services to be provided by CONTRACTOR at the local facility will include but would not be limited to the storage, preservation, handling, preparation, inspection, testing, maintenance, and repair of CONTRACTOR's tools, equipment, and materials.

6.2    Where CONTRACTOR is unable to comply fully with the requirements of Clause 6.1 above, CONTRACTOR shall identify the exceptions and provide details of alternative support services to be offered to enable CONTRACTOR to perform the WORK in a manner

CONFIDENTIAL
Business Confidential

---

**Section 3 – Scope of Work**

---

satisfactory to COMPANY.

**7.0   SPECIFICATIONS AND PROCEDURES**

7.1   CONTRACTOR shall perform WORK as specified in Section 3, Appendix 6 – Functional and Technical Specifications (for those Sub-Sectors where Functional and Technical Specifications exist, including: Cementing Services; Stimulation Services; Coiled Tubing Services; Well Placement; Wireline Services; and Completions).

7.2   CONTRACTOR, during the performance of WORK, shall adhere to the methods and procedures as specified in Section 3, Appendix 7 – Technical Integrity and in Section 6 – Quality Assurance and Quality Control.

**8.0   COMPANY'S GENERAL OBLIGATIONS**

The following items shall be for COMPANY's account for all offshore WORK:

8.1   Accommodation and messing for CONTRACTOR's personnel while onboard any COMPANY offshore facility.

8.2   Installed services required to perform WORK, including diesel fuel, air, water, and electricity.

8.3   Marine and air transport of CONTRACTOR's materials, tools, equipment, and personnel between COMPANY's designated marine and air supply bases and the offshore location. COMPANY shall select type of transport.

---

CONFIDENTIAL
Business Confidential

# Appendix 1 – Supplier Performance Management

CONFIDENTIAL
Business Confidential

**Section 3 – Scope of Work**
**Appendix 1 – Supplier Performance Management**

In accordance with Section 2, Clauses 32.1 through 32.7, performance management will be integral to the WORK.  The mandatory global Key Performance Indicators (KPIs) includes metrics for HSSE, Cost, Efficiency, Quality, and Incremental Benefit Delivered (IBD).

## 1.0   SUPPLIER PERFORMANCE MANAGEMENT

1.1.   Definition of Supplier Performance Management

Supplier Performance Management (SPM) is one of eight COMPANY common processes and it is the process by which COMPANY gains assurance that CONTRACTOR's performance is meeting or exceeding the CONTRACT requirements.  The process, as more fully described herein, comprises the measurement of CONTRACTOR's performance against predefined targets, rating of performance, identification of gaps in performance, and implementation of actions that are required in order to ensure CONTRACTOR's achievement of the agreed performance levels.  By implementing the SPM process and through working in a cooperative manner, COMPANY and CONTRACTOR shall create the potential for CONTRACTOR's performance to exceed COMPANY's expectations and targets.

1.2.   Key Objectives of SPM

The SPM process is implemented in order to deliver the following objectives:

1.2.1   To drive continuous performance improvement;

1.2.2   To ensure CONTRACTOR's alignment with COMPANY's business processes, objectives, drivers and expectations;

1.2.3   To encourage a culture of performance enhancement and assist in identifying performance gaps;

1.2.4   To create transparency of performance allowing COMPANY to benchmark performance over a wider sector;

1.2.5   To ensure that focus is maintained on performance through regular, structured, and significant performance reviews;

1.2.6   To assist in the development of a long term relationship which promotes enhanced delivery; and

1.2.7   To allow management of the relationship between COMPANY and CONTRACTOR at the various levels of:

(a)   Well Section

(b)   Well;

(c)   Project; and

(d)   Product Line / Supply Market Sector

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022220

**Section 3 – Scope of Work**
**Appendix 1 – Supplier Performance Management**

1.3.  COMPANY Commitment to Supplier Performance Management

The SPM process is a key element of COMPANY's Procurement and Supply Chain Management process. Accordingly, COMPANY places a high level of importance on implementing a robust process that is designed to sustain and enhance the overall delivery. COMPANY shall work cooperatively with CONTRACTOR in order to promote continuous improvement.

1.4.  CONTRACTOR Commitment to Supplier Performance Management

CONTRACTOR shall work with COMPANY in order to implement SPM throughout the various phases of each individual product line or sector. The measures described herein shall be subject to ongoing monitoring and review by COMPANY in conjunction with CONTRACTOR. As such, CONTRACTOR shall work in a cooperative manner with COMPANY in order to implement appropriate changes to the measures and targets that may be required in sustaining continuous improvement.

## 2.0  SUPPLIER PERFORMANCE MANAGEMENT PROCESS

2.1  General

In implementing a successful SPM process, three key elements require consideration:

2.1.1  Organizational Support and Competency

A fundamental requirement of the SPM process is to develop a relationship between COMPANY and CONTRACTOR which enables the delivery of extraordinary performance. This relationship shall be developed at three levels:

(a)  Management level within the individual Wells programs or Strategic Performance Units (SPU);

(b)  Management level within individual Projects; and

(c)  Executive level beyond the Project to the Product Line / Supply Market Sector

2.1.2  Measures and Targets

(a)  Clear and objective targets against which performance can be measured shall be set and where appropriate, corrective action taken. The key to successful implementation of SPM is to have clearly defined and agreed targets and a measurement system that will provide visibility of actual performance against a predefined benchmark. To this end COMPANY and CONTRACTOR have agreed a series of balanced score cards which are fed by the measurement and recording of performance against lower level Key Performance Indicators (KPIs); and

(b)  The balanced score cards and KPIs will be agreed between COMPANY and CONTRACTOR. From time to time, both the balanced score card and the KPIs will be subject to change in order to improve performance monitoring to increase the quality of the results for subsequent analysis.

2.1.3  Performance Review

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022221

**Section 3 – Scope of Work**
**Appendix 1 – Supplier Performance Management**

Formal meetings to cover performance shall be held at the SPU level and executive level.  The requirements and function of the performance reviews are detailed under Clause 3.2 and 3.3 herein.

2.2   Balanced Score Card

COMPANY and CONTRACTOR will agree on a balanced score card which shall be used by the PARTIES to monitor and record CONTRACTOR's performance.  The balanced score card considers a range of metrics which are designed to provide an objective view of CONTRACTOR's overall performance.  Each element within the score card is assigned a value which is a weighting that represents its importance in determining the overall standard of performance of CONTRACTOR.  The minimum performance metrics utilized within the balanced score card are:

2.2.1   HSSE;

2.2.2   Quality;

2.2.3   The specific SPU and / or service line content;

2.2.4   Technical and Operational Performance;

2.2.5   Commercial;

2.2.6   People;

2.2.7   Innovation; and

2.2.8   Incremental Benefit Delivered (IBD)

The weightings of the balanced score card may be adjusted in order to represent changes in risk and / or priorities.  COMPANY and CONTRACTOR shall review the relevance of the weightings during the scheduled Performance Reviews and prior to the commencement of WORK.  However, to ensure some level of consistency across all of COMPANY SPUs, score cards will only be reviewed for material changes to the metrics, KPIs, weightings, and / or score card appearance on an annual basis.  If such changes have a valid business case and show a positive return on the investment, and do not materially impact the SPM process at other SPUs, they will be submitted for modification.

2.3   Key Performance Indicators (KPIs)

2.3.1   At a level below the balanced score card as described under Clause 2.2 herein, a series of KPIs will be developed to enable meaningful and accurate measurement. At the outset of the CONTRACT, the KPIs will be established by COMPANY as being of importance in determining the overall standard of CONTRACTOR's performance. In agreeing to the KPIs, each PARTY has given consideration to:

(a)   Identification of risks to the overall success of the individual Projects and mitigation of same;

(b)   What processes need to be measured in order to demonstrate that the identified risks are being managed and mitigated effectively;

(c)   What performance levels represent a benchmark for current performance;

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022222

**Section 3 – Scope of Work**
**Appendix 1 – Supplier Performance Management**

    (d) What the performance target shall be;

    (e) Establishing a targeted balance of forward looking KPIs and retrospective KPIs; and

    (f) The contribution and relationship each individual KPI has in determining the performance rating at balanced score card level.

2.3.2 During the term of the CONTRACT the applicability, risks, and priority may change. Equally, as performance levels become visible it will be necessary for targets and benchmarks to be reset in order to drive continuous improvement. Accordingly the KPIs will be subject to an ongoing process of review and refinement throughout the CONTRACT.

2.3.3 The relevance of the KPIs shall be reviewed by COMPANY and CONTRACTOR during the scheduled Performance Reviews and prior to the commencement of each individual project.

2.3.4 Notwithstanding anything else contained herein, CONTRACTOR recognizes that the implementation of SPM is an integral part of COMPANY's business processes. As such, COMPANY seeks to ensure that a level of consistency is maintained across its CONTRACTORs working within the same sector. Accordingly, CONTRACTOR acknowledges and accepts that the establishment and agreement of KPIs will be influenced by COMPANY's sector benchmarking requirements. To this end, COMPANY has the right to implement such KPIs with or without CONTRACTOR's explicit agreement. In these circumstances CONTRACTOR shall continue to provide COMPANY with such information, reporting, and support that it would otherwise have provided shall the KPI have been agreed to in advance by CONTRACTOR.

2.4 Weighting of Score Cards and KPIs

Weightings are used to recognize the relationship and more particularly the importance of individual aspects of the balanced score card and individual KPIs. KPI weightings will be established at the outset of the CONTRACT and may be adjusted during the term of the CONTRACT.

2.5 CONTRACTOR Personnel

CONTRACTOR shall assign one member to assume overall responsibility for reporting performance, liaising with COMPANY on SPM issues, developing action plans for continuous improvement, and working with COMPANY in order to refine the KPIs and balanced score cards. Further, the individual shall have responsibility for increasing awareness of SPM within CONTRACTOR's wider project team. Such an individual shall be classified as a member of CONTRACTOR's key personnel and shall be assigned to SPM duties on a part-time basis.

CONTRACTOR shall commit other appropriate personnel as may be required to support the SPM process and to participate in the appropriate performance review meetings. Such personnel shall be at the appropriate management level.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022223

**Section 3 – Scope of Work**
**Appendix 1 – Supplier Performance Management**

2.6     COMPANY Personnel

COMPANY shall notify CONTRACTOR of the specific roles and responsibilities of the personnel appointed to implement and manage the SPM process on behalf of COMPANY. General roles that may be performed may include, but not necessarily be limited to the following:

2.6.1   Relationship Manager (REM) – Works at a high level with CONTRACTOR's senior management in order to ensure alignment with COMPANY's expectations and objectives for delivery;

2.6.2   Sector Team Lead (STL) / Sub-Sector Specialist – Provides input regarding sector strategy, performance targets, and achievements for the relevant sector and ensures SPM supports the business strategy;

2.6.3   Contract Accountable Manager (CAM) – Responsible for monitoring CONTRACTOR's performance and is the focal point for interaction with CONTRACTOR;

2.6.4   Specialists – Responsible for providing assistance in appropriate performance areas such as HSSE, Quality, Technical, Supply Chain Management, etc. Such personnel may be engaged to suit particular needs or focus.

2.6.5   Supplier Performance Management Champion – Each Strategic Performance Unit (SPU) may designate an individual that is accountable for providing support to the SPM process, liaising with the SPU Line and Management, ensuring efficacy of system and being the focal point for score card / metrics issues and improvements and communication of same to Drilling and Completions Wells Services;

2.6.6   Drilling and Completions Wells Services SPM Administrator – Accountable for system architecture and compliance to COMPANY Common Processes. Liaison between SPUs and software provider to troubleshoot, manage score card and system additions and changes and management of the KPI libraries. Responsible for improving user interfaces, relevant reporting output, and compliance to budgeted system maintenance and support costs.

## 3.0   PERFORMANCE REVIEW

3.1   KPI Scoring Process

3.1.1   At least every six months, COMPANY shall review and score CONTRACTOR performance against the KPIs. Where appropriate, the scoring shall be supplemented with information, documentation, and feedback from other COMPANY personnel.

3.1.2   CONTRACTOR's overall performance shall be assessed by collating and reviewing the individual score cards and KPIs. COMPANY shall use this information in order to generate an overall balanced score card which shall be used to monitor CONTRACTOR's performance. CONTRACTOR's performance, trends, divergences in performance between projects and wells and any resultant action plans shall be discussed as part of the formal performance review meeting.

3.2   Performance Review Process

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022224

**Section 3 – Scope of Work**
**Appendix 1 – Supplier Performance Management**

COMPANY's relationships with CONTRACTORs occur at different levels of each party's organization. The Supplier Performance Management (SPM) process is focused at operational and performance-based levels. To manage the relationship at these hierarchically higher levels the SPM process drives continuous performance through Performance Review Meetings (PRM). The most important of those are described as follows:

3.2.1   Performance Review Meetings (PRMs);

    (a)  On a quarterly basis, or other frequency as mutually agreed, a performance review meeting shall be conducted where CONTRACTOR's performance shall be benchmarked for the prior KPI measurement period; and

    (b)  The PRM meeting shall provide a forum to discuss issues related to performance, management, future workload and organizational issues. While COMPANY shall offer a summary view of CONTRACTOR's quarterly performance, the focus of the PRM is on identifying future actions required, misalignment between the PARTIES, corrective action, risk mitigation actions, performance improvement, or re-establishing KPIs and targets in order to ensure that the performance standards are achieved if not exceeded.

    (c)  The output from the PRM shall be a clear and concise action list, which shall include, but not be limited to, the following information: action description; action party; date raised; target date for completion; actual date completed; action status; and issues

    (d)  CONTRACTOR shall be responsible for implementing, populating, updating and maintaining the action log and tracking system and provide COMPANY with unrestricted access to this information at all times. CONTRACTOR shall also prepare regular analysis of the entire system in order to identify recurring actions, trends, and common themes. This information will be presented at the PRM and will be used to demonstrate the effectiveness of the remedial actions implemented.

3.2.2   Global Business Reviews (GBR)

For certain strategic CONTRACTORs, Global Business Reviews may be held in addition to the regular PRM. The GBR is conducted between the Senior Leadership of COMPANY and CONTRACTOR, either annual or biannually. The intent of these meetings is to create strategic alignment and drive performance-based relationships by considering local, regional, and global trends against globally consistent KPIs and "best in class" performers.

## 4.0   KEY PERFORMANCE INDICATORS

In reference to Section 3 – Scope of Work, Appendix 1 – Supplier Performance Management, Clause 2.3, above, Key Performance Indicators (KPIs) have been developed for several Sub-Sectors. This information is found in Section 3 – Scope of Work, Appendix 5 – Description of the Work.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022225

**Section 3 – Scope of Work**
**Appendix 2 – Work Order**

# Appendix 2 – Work Order

CONFIDENTIAL
Business Confidential

**Section 3 – Scope of Work**
**Appendix 2 – Work Order**

**WORK ORDER**

Date: _____

WORK ORDER requested by: _____
                              *(Name)*

> **This WORK ORDER is subject to the terms and conditions of CONTRACT No. _____ between COMPANY, _____, and CONTRACTOR, _____, effective (MM/DD/YYYY).  NOTHING CONTAINED IN THIS WORK ORDER SHALL BE CONSTRUED AS AN AMENDMENT TO THE TERMS OF THE REFERENCED CONTRACT.**

CONTRACTOR: _____

WORK ORDER No: _____

Pay Key No, if applicable. _____

Project Identification: _____

Value of WORK ORDER:
    Estimated Maximum Price: _____

Expected completion date: _____

Description / Scope of Work:_____
_____
_____
_____
_____

Forward invoices / statements to:_____
_____
    Attention: _____
    WORK ORDER No._____
    Pay Key No. _____

ACCEPTED BY:_____    APPROVED BY:_____
        CONTRACTOR                      COMPANY
    Date: _____        Date: _____

Notices:    _____        _____
            _____        _____
            _____        _____
    Attention: _____    Attention: _____
    Mail Code: _____    Mail Code: _____
    Office Phone:_____   Office Phone:_____
    Cell Phone:_____     Cell Phone :_____
    Fax:      _____       Fax:      _____
    Email     _____       Email     _____

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022227

**Section 3 – Scope of Work**
**Appendix 3 – Change Order**

# Appendix 3 – Change Order

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022228

**Section 3 – Scope of Work**
**Appendix 3 – Change Order**

<u>**CHANGE ORDER**</u>

| NOTHING CONTAINED IN THIS CHANGE ORDER SHALL BE CONSTRUED AS AN AMENDMENT TO THE TERMS OF THE REFERENCED CONTRACT. |
|---|

CHANGE ORDER Number: ___type number___
WORK ORDER Number: ___type number___
CONTRACT Number: ___type number___
Project Code / Identification (if applicable): ___type number___
Date: _____
WORK ORDER requested by: _____
*(Name)*

1. DESCRIPTION OF CHANGE OF WORK

   *(A summary of clarification, modification, expansion, or reduction of Work will be stated, and attachments, if any, will be listed.)*

2. COMPENSATION

   *(Any changes thereto will be stated.)*

3. COMPLETION DATE

   *(Any change to the Completion Date stated in the Work Order.)*

4. ORIGINAL WORK ORDER VALUE _____
   VALUE OF APPROVED CHANGE ORDERS TO DATE _____
   THIS CHANGE ORDER VALUE _____
   TOTAL CURRENT WORK ORDER VALUE _____

COMPANY APPROVAL _____ DATE    CONTRACTOR ACCEPTANCE _____ DATE

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022229

# Appendix 4 – Subcontractors / Contractor's Key Personnel

CONFIDENTIAL
Business Confidential

## A. Cementing Services

### 1.0    SUBCONTRACTORs

CONTRACTOR intends to employ the following SUBCONTRACTORs, which, collectively, account for a minimum of 80% of the WORK to be outsourced.  This list of SUBCONTRACTORs must be a rank-order of SUBCONTRACTORs in descending order of anticipated total payments.

| Subcontractor | Work to be Performed | % Value of Work |
|---|---|---|
| | This table is not applicable to this CONTRACT. | |

### 2.0    CONTRACTOR KEY PERSONNEL

2.1    COMPANY designates the following as key positions of CONTRACTOR.

| Position | Quantity | Minimum Competency Requirements |
|---|---|---|
| | Key Personnel are identified in Section 3, Appendix 5, Description of the Work | |

2.2    In the event that CONTRACTOR or COMPANY determines that Key Personnel need to be replaced, CONTRACTOR shall provide and agree with COMPANY a management of change

CONFIDENTIAL
Business Confidential

**Section 3 – Scope of Work**
**Appendix 4 – Subcontractors, Suppliers and Contractor's Key Personnel**

procedure.  A replacement person shall work with the person to be replaced for a period of time determined by COMPANY.  All expenses associated with the replacement of key personnel shall be for CONTRACTOR account.  For the avoidance of any doubt, this means that CONTRACTOR shall not charge COMPANY for any person's time or expenses while they are being trained and / or assuming duties for any person being replaced.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022232

**Section 3 – Scope of Work**
**Appendix 4 – Subcontractors, Suppliers and Contractor's Key Personnel**

## B. Fluids Services

### 1.0 SUBCONTRACTORs

CONTRACTOR intends to employ the following SUBCONTRACTORs which, collectively, account for a minimum of 80% of the WORK to be outsourced. This list of SUBCONTRACTORs must be a rank-order of SUBCONTRACTORs in descending order of anticipated total payments.

| Subcontractor | Work to be Performed | % Value of Work |
|---|---|---|
| | This table is not applicable to this CONTRACT. | |

### 2.0 CONTRACTOR KEY PERSONNEL

2.1    COMPANY designates the following as key positions of CONTRACTOR.

2.1.1 Gulf of Mexico

| Position | Minimum Competency Requirements |
|---|---|
| Project Coordinator | • Bachelors degree in a science or engineering discipline, or have commensurate industry experience. <br> • Must have Drilling Fluids School <br> • Proven ability to analyze drilling programs / operations and integrate objectives into fluids programs. <br> • Current knowledge of drilling fluid products, applications, and Innovations. <br> • Engineer has worked as an in-house offshore operations engineer for a minimum of 7 years, of which 3 must have been in the GoM. <br> • Desired field experience 10 years <br> • Familiar with COMPANY procedures for ordering, receiving, shipping, and documenting. <br> • Be capable of manage several PFM projects in GoM Deepwater. |
| Project DESC Engineer | • Bachelors degree in a science or engineering discipline, or have |

CONFIDENTIAL
Business Confidential

| Position | Minimum Competency Requirements |
|---|---|
| | commensurate industry experience.<br>• Must have Drilling Fluids School<br>• Proven ability to analyze drilling programs / operations and integrate objectives into fluids programs.<br>• Current knowledge of drilling fluid products, applications and Innovations<br>• Engineer has worked as an in-house offshore operations engineer for a minimum of 3 years of which 2 must have been in the GoM.<br>• Desired field experience – 9 years with 2 wells using Synthetic Based Mud system<br>• Good understanding of sub salt drilling practices in GoM, and is capable of discussion salt drilling issues with the team.<br>• Ability to use or willing to learn COMPANY DIMS reporting system.<br>• Have general knowledge of and actively contribute to COMPANY well planning tools (e.g., Risk Analysis Tool – RAT, Drilling & Completion Uncertainty Statement – DCUS, Well Plan, Well Control toolkit) |
| Lead Mud Engineer | • Bachelors degree in a science or engineering discipline, or have commensurate industry experience.<br>• Must have Drilling Fluids School<br>• Proven ability to analyze drilling programs / operations and integrate objectives into fluids programs.<br>• Current knowledge of drilling fluid products, applications and Innovations<br>• Engineer has worked as field offshore fluids engineer for a minimum of 7 years of which 4 must have been in the GoM.<br>• Desired field experience – 7 years with 2 wells using Synthetic Based Mud system<br>• Good understanding of sub salt drilling practices in GoM, and is capable of discussion salt drilling issues with the team.<br>• Ability to use or willing to learn COMPANY DIMS reporting system.<br>• Proven knowledge of COMPANY deepwater well control procedures<br>• Ability to provide drilling hydraulics planning and real time analysis. |
| PFM Compliance Engineer | • Bachelors degree in a science or engineering discipline, or have commensurate industry experience.<br>• Must have Drilling Fluids School<br>• Proven ability to analyze drilling programs / operations and integrate objectives into fluids programs.<br>• Current knowledge of drilling fluid products, applications and Innovations<br>• Engineer has worked as field offshore compliance engineer for a minimum of 3 years of which 1 must have been in the GoM.<br>• Desired minimum field experience – 5 years.<br>• Desired to have certified TFP training.<br>• Proven knowledge of Best Management Practices and Waste |

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022234

**Section 3 – Scope of Work**
**Appendix 4 – Subcontractors, Suppliers and Contractor's Key Personnel**

| Position | Minimum Competency Requirements |
|---|---|
|  | Management Programs.  Must have experience in regulatory discharge compliance. |
| Mud Engineer | • Should have sufficient industry experience to execute project requirements.<br>• Must have Basic Drilling Fluids School<br>• Proven ability to analyze fluid programs / operations and identify potential for reducing waste stream.<br>• Must have worked as Mud Engineer or PFM Specialist for a minimum of 3 years in GoM.<br>• Desired field experience – 5 years. |
| Completions Fluid Engineer | • Should have sufficient industry experience to execute project requirements.<br>• Must have Drilling Fluids and Completion Fluid School<br>• Proven ability to analyze brine programs / operations and identify potential for reducing waste stream.<br>• Must have worked as completion engineer for a minimum of 5 years in GoM.<br>• Desired field experience – 7 years. |

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022235

## C. Well Placement

### 1.0 SUBCONTRACTORs

CONTRACTOR intends to employ the following SUBCONTRACTORs which, collectively, account for a minimum of 80% of the WORK to be outsourced. This list of SUBCONTRACTORs must be a rank-order of SUBCONTRACTORs in descending order of anticipated total payments.

| Subcontractor | Work to be Performed | % Value of Work |
|---|---|---|
| | This table is not applicable to this CONTRACT. | |

### 2.0 CONTRACTOR KEY PERSONNEL

| Position | Minimum Competency Requirements |
|---|---|
| | Key Personnel are identified in Section 3, Appendix 5, Description of the Work |

CONFIDENTIAL
Business Confidential

**Section 3 – Scope of WORK**
**Appendix 4 – Subcontractors, Suppliers and CONTRACTOR's Key Personnel**

## D. Wireline Services

### 1.0 SUBCONTRACTORs

CONTRACTOR intends to employ the following SUBCONTRACTORs which, collectively, account for a minimum of 80% of the WORK to be outsourced. This list of SUBCONTRACTORs must be a rank-order of SUBCONTRACTORs in descending order of anticipated total payments.

| SUBCONTRACTOR | Work to be Performed | % Value of Work |
|---|---|---|
| | This table is not applicable to this CONTRACT. | |

### 2.0 CONTRACTOR KEY PERSONNEL

| Position | Minimum Competency Expectation |
|---|---|
| Senior Logging Engineer | Bachelors degree in engineering or physical sciences or the equivalent practical experience; minimum of 5 years experience in Open, Cased Hole and Perforating services; CONTRACTOR sponsored formal training in all tools the Sr. Logging Engineer will run on behalf of COMPANY |
| Senior Logging Operator | Minimum of 5 years experience in Open, Cased Hole and Perforating services. |

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022237

## E. Completions

### 1.0 SUBCONTRACTORs

CONTRACTOR intends to employ the following SUBCONTRACTORs which, collectively, account for a minimum of 80% of the WORK to be outsourced.  This list of SUBCONTRACTORs must be a rank-order of SUBCONTRACTORs in descending order of anticipated total payments.

| Subcontractor | Work to be Performed | % Value of Work |
|---|---|---|
| | This table is not applicable to this CONTRACT. | |

### 2.0   CONTRACTOR KEY PERSONNEL

2.1   COMPANY designates the following as key positions of CONTRACTOR.

2.1.1   Gulf of Mexico

| Position | Minimum Competency Requirements |
|---|---|
| Account Manager | - At the discretion of COMPANY, an Account Manager may be required.  If required, candidate qualifications shall be consistent with Section 3, Appendix 5 |
| Technical and Engineering Support | - At the discretion of COMPANY, Technical and Engineering Support personnel may be required.  If required, candidate qualifications shall be consistent with Section 3, Appendix 5 |
| Upper Completions Specialist | - Expert knowledge of products, applications, and innovations related to Upper Completions<br>- Must have worked as a lead Upper Completions Specialist for a minimum of three (3) years<br>- Desired minimum field experience five (5) years |
| Sand Face Tool Specialist | - Expert knowledge of products, applications, and innovations related to Sand Face Tools<br>- Must have worked as a lead Sand Face Tools Specialist for a minimum of three (3) years<br>- Desired minimum field experience five (5) years |

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022238

**Section 3 – Scope of WORK**
**Appendix 4 – Subcontractors, Suppliers and CONTRACTOR's Key Personnel**

| Position | Minimum Competency Requirements |
|---|---|
| TCP / DST Tool Specialist | - Expert knowledge of products, applications, and innovations related to Tubing Conveyed Perforating / Drill Stem Testing<br>- Must have worked as a lead TCP / DST Specialist for a minimum of three (3) years<br>- Desired minimum field experience five (5) years |
| Pumping Supervisor | - Expert knowledge of products, applications, and innovations related to Pumping<br>- Must have worked as a lead Pumping Supervisor for a minimum of three (3) years<br>- Desired minimum field experience five (5) years |
| Offshore Laboratory Technician (Sand Control Services) | - Expert knowledge of products, applications, and innovations related to Offshore Laboratory activities / work<br>- Must have worked as a lead Offshore Laboratory Technician for a minimum of three (3) years<br>- Desired minimum field experience five (5) years |
| Coordinator (Single Trip Gravel Pack Systems) | - Expert knowledge of products, applications, and innovations related to Coordinator for single trip gravel pack systems<br>- Must have worked as a lead Coordinator for single trip gravel pack systems for a minimum of three (3) years<br>- Desired minimum field experience five (5) years |

2.2   In the event that CONTRACTOR or COMPANY determines that Key Personnel need to be replaced, CONTRACTOR shall provide and agree with COMPANY a management of change procedure.  A replacement person shall work with the person to be replaced for a period of time determined by COMPANY.  All personnel time and personnel expenses associated with the replacement of key personnel shall be for CONTRACTOR account.  For the avoidance of any doubt, this means that CONTRACTOR shall not charge COMPANY for any person's time or expenses while they are being trained and / or assuming duties for any person being replaced.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022239

# Appendix 5 – Description of the Work

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022240

# A. Cementing Services

**1.0   GENERAL**

1.1   CONTRACTOR shall as requested by COMPANY provide cementing materials, engineering, mixing and pumping services, hereinafter referred to as "Cementing Services" as defined herein, which shall include but not be limited to:

1.1.1   Primary cementing of all casing strings,

1.1.2   Placement of cement plugs,

1.1.3   Placement of loss circulation material,

1.1.4   FIT or LOT operations remedial cementing,

1.1.5   Pressure testing of equipment as required,

1.1.6   Well control pumping services,

1.1.7   Contingency slurry injection for the purpose of cuttings injection wells,

1.1.8   Well intervention work,

1.1.9   Real time data transmission and analysis using COMPANY's bandwidth on the rig communication system with CONTRACTOR's software and interface equipment in combination with software and interface equipment provided by others.

1.1.10 CONTRACTOR's cement unit pumps shall only be used as rig pumps if requested by COMPANY in the event of a critical well condition.

1.2   Provide onshore engineering support to the operation, with a full and comprehensive technical back up to the operation.  This shall include as a minimum:

1.2.1   Development and update the cement Basis of Design (BOD),

1.2.2   Slurry and spacer design,

1.2.3   Job planning and design,

1.2.4   Engineering simulations (pressures / temperatures / placement / mechanical failure),

1.2.5   Operational management / supervision, and

1.2.6   Job evaluation and reporting.

1.3   Provide and maintain fully operational cementing and pumping package suitable for all required cementing, pumping and pressure testing (surface and subsurface) and make immediate provision of cementing bulks and additives suitably bulked, sacked, or drummed necessary to provide all slurries and spacers as to COMPANY specification.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022241

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**A. Cementing Services**

1.4    Provide cement and additives suitably bulked, sacked, or drummed which are necessary for all slurries and spacers.

1.5    Provide tools, equipment, spares, or material as agreed by COMPANY either as rental or procurement item.  These items shall include, but not be limited to the following:

    1.5.1   Casing consumables (floats, plugs, darts, etc.), and

    1.5.2   Dedicated cementing equipment (sub sea cement heads, plug launchers etc and related pipe work);

        The above shall be available for transport by such means as mutually agreed by COMPANY and CONTRACTOR.  Where CONTRACTOR cannot supply such tools, equipment, spares or materials from its own inventory, it shall offer to COMPANY an alternative tool, equipment, spare or material;

1.6    Provide services for a complete range of cement and slurry testing requirements;

1.7    Establish a program to provide (24) twenty-four hour technical support in order to provide an immediate response to problems arising during operations;

1.8    Provide access to COMPANY for audit of all services, equipment, materials, personnel, procedures, facilities.  Where action items are identified during an audit, these shall be monitored using an action tracker and closed out in a timely manner;

1.9    Ensure the WORK is performed in accordance with COMPANY's Drilling and Well Operations Policy and Engineering Technical Practices and aligned with COMPANY Recommended Practices where available;

1.10   Propose alternate equipment and materials at the WORKSITE with the understanding that it has been previously approved by COMPANY and received written acceptance to a level to allow inclusion in the CONTRACT;

1.11   COMPANY reserves the right to request substitution of any material or service provided by CONTRACTOR which COMPANY deems unacceptable.  CONTRACTOR shall ensure that such substituted material or service is compatible with the material and services supplied by CONTRACTOR;

1.12   Availability at the WORKSITE of the following which shall be provided to COMPANY and drilling unit contractor in respect to performance of the WORK:

    1.12.1   All pertinent plans and recommendations;

    1.12.2   Operating manual and laminated MSDS and product data sheets for all tools, equipment and materials;

    1.12.3   All shipping manifests for equipment and chemicals.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022242

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**A. Cementing Services**

**2.0   PERSONNEL AND ENGINEERING**

2.1   Account Coordinator

2.1.1   Roles and Responsibilities

CONTRACTOR shall designate an Account Coordinator to provide technical assurance regarding the quality of the service provided, and provide input to performance reviews as required by COMPANY. The Account Coordinator shall be required to review all programs to ensure standardization of engineering design and to ensure the best and appropriate technology is supplied. Responsibilities shall include, but not limited to:

(a)  Coordination of the WORK across the SPU;

(b)  Preparation and submission of the performance data;

(c)  Utilization of standardized processes minimizing the approaches being implemented;

The Account Coordinator shall be the primary point of contact for Contractual issues, and serve as a primary point for coordination of the WORK with COMPANY REPRESENTATIVE;

Prior to replacement of the Account Coordinator, a management of change document shall be submitted to COMPANY REPRESENTATIVE detailing the agreed upon handover of all responsibilities and timeline;

2.1.2   Competencies

A competency assessment for any proposed Account Coordinator or onshore engineering personnel shall be completed by CONTRACTOR as per Attachment A – Competence Assessment for Onshore Engineers. The assessment shall be completed and approved by COMPANY, prior to performing work on COMPANY's behalf. In the event the proposed individual does not meet the assessment requirements, CONTRACTOR shall comply with COMPANY's rectification plan.

The minimum requirements for this position are as follows:

2.1.3   Five years office based engineering experience, including experience in a development drilling project. A minimum of 50% of this experience shall have been as a lead account engineer on a drilling project;

2.1.4   Six years total experience in well cementing services industry;

2.1.5   Educated to University standards in science or engineering or posses sufficient industry equivalency as determined by COMPANY;

2.1.6   Fluent in English both written and oral;

2.1.7   Fully competent in all offered CONTRACTOR cement software modeling packages;

2.1.8   Understanding of management systems used to control service quality;

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022243

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**A. Cementing Services**

2.1.9   Capable of performing all reporting requirements as designated by COMPANY;

2.1.10  STOP or Observation system trained;

2.1.11  Capable of performing behavior based safety audits;

2.2  Onshore Engineering

2.2.1  Roles and Responsibilities

CONTRACTOR shall provide to COMPANY an Onshore Engineer to work either in COMPANY's or CONTRACTOR's offices as required by COMPANY. This individual shall be a member of COMPANY's well planning team and:

(a)  Provide Safety Leadership training to all CONTRACTOR and SUBCONTRACTORs personnel performing work under the CONTRACT;

(b)  Participate in all COMPANY's safety initiatives and setting of safety targets and goals for all CONTRACTOR's and SUBCONTRACTORs personnel performing work under the CONTRACT;

(c)  Take full accountability for the technical quality, safety and environmental performance of all sub-contracted services managed by CONTRACTOR;

(d)  Ensure all CONTRACTOR or third party supplied equipment; bulks, chemicals, consumables and laboratory testing comply with agreed Quality Assurance and Quality Control standards;

(e)  Ensure that all produced documentation pertaining to COMPANY resides in a document control system where signatory authorities shall be described through the Responsible, Accountable, Consulted, Informed (RACI) process. Digital copies of all documentation shall be required, copies of which shall reside with COMPANY;

(f)  Produce and update a BOD document for the project. The objective of this document is to record the major decisions and their process of determination. The document shall be controlled and auditable;

(g)  Apply risk based engineering processes to prepare the BOD, individual well programs and all associated engineering and documentation;

(h)  Produce cost estimates for all services supplied by CONTRACTOR for individual wells or a time related program. The estimates shall be based on $P_{10}$, $P_{50}$ and a $P_{90}$ durations supplied by COMPANY. All such cost estimations shall include all associated costs for the project. This shall include as a minimum, personnel, (pump) equipment utilization and consumables;

(i)  Provide engineering support for all aspects of the service provided and fully competent in running all engineering software models offered to support the service, including the ability to run CONTRACTOR's cementing software from COMPANY's office;

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022244

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**A. Cementing Services**

(j) Provide solutions where conventional cement design and procedures are not suitable, such as blend and foam cement;

(k) Make recommendations on fit for purpose slurry designs to meet agreed specification;

(l) Participate in the review of the previous days drilling activities with COMPANY's onsite and offsite drilling management as required;

(m) Work with other service providers such as drilling/completion fluids and directional drilling;

(n) Provide technical input to the selection and operation of cementing equipment provided by CONTRACTOR;

(o) Conduct a review with COMPANY and other CONTRACTOR personnel for BOD and the final program on critical wells;

(p) Participate in risk assessments as required by COMPANY;

(q) Participate in pre-spud and well close out meetings, including the presentation of the cement part of well program highlighting critical issues;

(r) Perform rig visits on an ad-hoc basis but as a minimum once per 6 months. The purpose of the visit is to ensure that CONTRACTOR's personnel are working in a safe and workmanlike manner. An inspection system is to be developed which shall cover as a minimum chemical storage and handling, equipment maintenance, record keeping, bulk transfer procedures, quality of service provided to COMPANY and interface skills with the rig contractor;

(s) Provide and maintain close out of inspection and failure / problem analysis reports as agreed by COMPANY and CONTRACTOR. CONTRACTOR shall provide full details on problems and issues in order to ensure capture of successes, lessons learned and continuous improvement;

(t) Develop project / study reports as necessary upon identification of issues by COMPANY or CONTRACTOR. Such projects / studies shall have an agreed scope of work, objective, and deliverable prior to commencement. This type of work shall be part of CONTRACTOR's commitment to improve drilling performance. As mutually agreed between CONTRACTOR and COMPANY, this work will be paid for by COMPANY at the agreed hourly rate for laboratory support only when the work is considered to be outside that as described as "normal" for CONTRACT support;

(u) Supervise all onshore make-up and loading of cementing and equipment as required by COMPANY (e.g., installation of plug and darts in wellhead and casing hanger running tools and cement heads);

(v) Submit COMPANY PERFORMANCE SCORE CARDS within 28 days of well completion (or suspension of well if longer than 30 days);

(w) CONTRACTOR's Onshore Engineer shall ensure the equipment is fit to perform the planned work;

(x) Produce or ensure the following documents are prepared, approved, and issued:

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022245

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**A. Cementing Services**

**Cement Program**

Cement program including:
- Specific well details which impact cementing design (depths/casing sizes/temperatures (static and circulating), hole sizes, proposed excess)
- Agreed Drilling and Completions SPM score card objectives as found in Attachment D – Global Drilling and Completions SPM Score Card.
- Slurry designs and expected properties
- Proposed spacers (volumes/formulations/properties)
- Assumed mud properties
- Temperature simulation results
- Predicted circulating densities and pressures at any potential loss zones
- Centralizer details (type and placement)
- Logistical, bulk and additive requirement
- Cementing hardware needed on location (cement head/water bushings etc.)
- Commercial breakdown of program covering:
    - i.    Cement and chemicals
    - ii.   Rental equipment
    - iii.  Consumables
    - iv.   Third party equipment being supplied
    - v.    Personnel charges
- Recommended procedures and techniques
- Agreed contingencies

**Detailed Cement Report**

- Actual well details
- Slurry recipes
- Laboratory test results on rig materials
- Spacer design, volumes and recommended properties
- Equipment requirements
- Job execution procedures, including chemical handling bulk transfers and surface lines pressure testing
- Pumping schedule
- Displacement simulation and ECD prediction
- Frequency – Per cement job - 24 hours prior to execution

**End of Well Reports**

- A well synopsis (summary on well drilled, highlights and lowlights)
- Section job reports
- Detailed section discussion (what was achieved/lessons learnt/recommended changes)
- Discussion of any NPT or any incremental benefit
- Commercial Analysis/Reconciliation by section (all elements provided by CONTRACTOR shall be reported)
- Regional reporting requirements (e.g., legislative requirements including environmental reporting)
- Evaluation of cement jobs (TOC achieved, cement quality etc)
- Service breakdown
- Personnel breakdown
- Chemical breakdown
- Equipment breakdown
- Performance Measures
- Service quality during execution using a Quality Assessment

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022246

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**A. Cementing Services**

- Frequency – Per well or batch program within four weeks of completion

**Basis of Design**
- Objectives - What needs to be achieved (e.g., what objective would incur cementing NPT if not achieved?)
- Boundaries - What are the design limits that need to be considered (e.g., fracture gradient or local legislative requirements?)
- Assumptions – What engineering decision have already been made (e.g., mud weight/casing size and setting depths?)
- Risks – What are key risks?
- Mitigations – How can the major risks be managed?
- Options – What cement design options exist?
- Selection – Based on technical / HSSE / commercial and identified risks, what are the best options for the project?
- Measurement – How can we evaluate cementing operation met objectives successfully?
- Frequency – Per well or batch program within four weeks of completion
- Project / Study Updates as required

Notes:

Depending on the volume of work, these duties may be performed by the Account Coordinator.

For new-to-CONTRACTOR engineering personnel being considered for work at COMPANY's locations, an induction system based on CONTRACTOR's and COMPANY's standards of performance shall be provided to and complied with by said personnel;

Service Company personnel shall complete a (2) two year term on COMPANY account and shall remain as a CONTRACTOR's resource to COMPANY for purposes of internal transfer and shall not be removed without mutual agreement by CONTRACTOR and COMPANY. Prior to any move a management of change document shall be submitted to COMPANY detailing the signed handover of all responsibilities and time line for move.

2.2.2  Onshore Engineer Competency

The minimum requirements for this position are but not limited to the following:

(a)  Three years office based engineering experience, including experience in a development project. A minimum of 50% of this shall have been spent as a lead account engineer on an offshore project

(b)  Six years total experience in cementing with at least three years working in a technically complex area with a major operator.

(c)  Educated to University standard in science or engineering or possess sufficient industry equivalency as determined by COMPANY.

(d)  Fluent in English verbal and writing

(e)  Be capable of performing all reporting in a highly proficient manner.

CONFIDENTIAL
Business Confidential

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**A. Cementing Services**

---

(f)  STOP or Observation system trained.

(g)  Be capable of performing behavior based safety audits.

All proposed engineers shall be required to complete a competency assessment as per Attachment A – Competency Assessment Onshore Engineer; suitability may be further assessed via interview by COMPANY.

## 2.3  Offshore Engineering

### 2.3.1  Roles and Responsibilities

CONTRACTOR shall provide dedicated cementers assigned to each rig as requested by COMPANY. Prior to the start of the WORK on any rig, the cementer shall be thoroughly inducted into operational and technical functions and processes of the rig and also the technical issues associated with the WORK on the rig. It shall be the responsibility of CONTRACTOR to provide this induction. The process should include an induction pack, the Basis of Design and Guide Book for the project plus a thorough briefing on the program of work to be carried out.

During the term of CONTRACT nominated lead cementers shall serve a minimum of (18) eighteen months at an agreed location. No CONTRACTOR personnel shall be removed from WORKSITE for purposes of internal transfer without mutual agreement by CONTRACTOR and COMPANY. Prior to any move a management of change document shall be submitted to COMPANY detailing the signed handover of all responsibilities and time line.

The number of CONTRACTOR's personnel shall be dictated by operational need as required by COMPANY. The role of the offshore cementer shall include but not be limited to the following responsibilities:

(a)  Safety Leadership role – Rig site engineers shall be expected to take an active part in all aspects of safety on the drilling rig including STOP/Observation card system or other such campaigns, risk assessments and safety auditing. All engineers shall be STOP/Observation system trained. No engineers shall be allowed to work on COMPANY operations unless this has been completed. In addition, all Lead cementers shall attend safety training to ensure compliance with COMPANY's standard on Integrity Management. If this has not been completed prior to the Lead cementer starting to work offshore, the time frame by which this shall be completed shall be agreed at the competency assessment interview;

(b)  All SUBCONTRACTOR personnel shall report through the Lead cementer as their first line of reporting in addition to having a reporting line to COMPANY's representative on the drilling rig. The Lead cementer shall be accountable for the safety, technical and environmental performance of any SUBCONTRACTOR personnel working for CONTRACTOR on the drilling rig;

(c)  Competent operation of CONTRACTOR supplied equipment on the rig;

(d)  Routine/preventative maintenance of all CONTRACTORS supplied equipment;

(e)  Execution of all cementing programs;

---

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022248

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**A. Cementing Services**

(f)  Pressure testing and pumping;

(g)  Pre-job tests and checks of CONTRACTOR, COMPANY and Drilling Contractor supplied equipment where this applies to the cement unit and its associated systems;

(h)  Plan all cement jobs delivering detailed procedures in written format to COMPANY, including all cementing calculations, chemical handling, bulk transfer and specialist equipment procedures;

(i)  Provide expertise for all operational cementing issues on the rig;

(j)  Accurately prepare and or supervise the preparation of cement mix water and CONTRACTOR supplied spacers.  All spacers shall have density and rheology confirmed prior to pumping and information recorded in job report;

(k)  Ensure a chloride analysis is completed on any fresh water used for cementing offshore;

(l)  Supervise acquisition, handling, packaging, labeling and shipping of samples of all slurry ingredients to CONTRACTOR laboratory for testing in timely manor;

(m)  Be capable of performing offshore cement tests when required by COMPANY;

(n)  Take the following samples using "best practices";

    i.  Bulk cement

    ii.  Spacer for onsite verification

    iii.  Slurry and component materials pumped.

(o)  In the event of multi service operators, deploy down hole tools in all well types; including but not limited to:

    i.  Bridge plugs

    ii.  Cement retainers

    iii.  Retrievable packers

    iv.  Competent in all the calculations necessary for setting and testing all down hole tools;

(p)  Produce service reports and pressure test charts after each service job including those of sub-contracted services as per COMPANY specification in a timely and professional manner.  This shall be using CONTRACTOR's reporting system or as specified;

(q)  Maintain a daily job record of activities during his period on the rig;

(r)  Provide inventory management and daily reporting;

CONFIDENTIAL
Business Confidential

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**A. Cementing Services**

(s) Make regular recommendations for continuous performance improvement and reporting lessons learned, good and bad, with respect to the well program, the implementation of the program, equipment and logistics;

(t) Provide economical management of costs;

(u) Provide service related "Tool Box" talks to the rig crew covering services provided by CONTRACTOR;

(v) Compile a rig specific historical document to capture all rig specific working practices and project lessons learned to be made available to new CONTRACTOR personnel assigned to the operation.

### 2.3.2 Offshore Cementing Competency

CONTRACTOR shall supply CV and job history for proposed offshore cementing operators and where possible verification of competence by an industry or CONTRACTOR qualification.

The following are the minimum requirements for an offshore cementing position:

(a) Eight years cement field experience, four years of which should have on semi submersibles, a minimum of three years as a lead cementer including one year on a deep water project.;

(b) Experience with low density blend slurries and nitrogen cementing; experience of pre job preparation and calculations associated with both options and mixing and pumping of them;

(c) Rated within the top quartile of CONTRACTOR's cementers;

(d) Trained and experienced with operating automatic Liquid Additive System if installed.

## 2.4 Other Personnel

CONTRACTOR personnel working offshore shall carry a documented record with them detailing the following items: technical/operational training; experience; safety and environmental training; and specific areas of competence (e.g., high pressure testing, operating down-hole tools)

### 2.4.1 Pump Operator

COMPANY shall from time to time, require on the rig, a Pump Operator with auditable competency for high pressure pumping and testing.

### 2.4.2 Ad Hoc Specialists

CONTRACTOR, shall as required by COMPANY, provide technically competent and experienced specialist personnel on an ad-hoc basis. Additional personnel may include but are not limited to: additional cement operator; cementing helper; bulk operators; mechanics; down-hole tool engineer; instrument technicians; HSSE professionals; laboratory technicians; and cementing supervisor

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022250

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**A. Cementing Services**

---

**3.0   EQUIPMENT**

3.1   Cement Mixing and Pumping Package – General

A cement mixing and pumping package shall available from CONTRACTOR suitable for all required cementing, pumping and pressure testing (surface and subsurface) as required by COMPANY.

3.2   Cement Mixing and Pumping Package – Specifications

3.2.1   Unit minimum requirements – Offshore

Cementing and Pumping Package shall have all necessary certification of compliance with local environmental regulations.   Free placement units shall be capable of meeting the original design specifications for pressure and mixing rate.   Cement units shall have the following minimum following components/requirements:

(a)   Re-circulating mixer with minimum 6 bbl capacity

(b)   Data recording pressure, rate and flow (real time and a permanent copy)

(c)   Automatic density controlled mixing with control better than +/- 0.2 ppg

(d)   Martin Decker recorder

(e)   Pipe work valves and connections necessary for cement mixing and pressure testing

(f)   A contingency mixing system (e.g., jet mixer)

(g)   Displacement tanks shall be calibrated and a plate affixed showing true volumes including sump volume

(h)   Displacement tanks shall be fitted with Lightning mixers or some equivalent agitation system.

(i)   All power units shall conform to the applicable zoning specifications detailed in the rig-operating manual.   All such systems shall be correctly installed to applicable certification standards.

(j)   Twin pump skid

(k)   Liquid Additive System (LAS)

(l)   Minimum pressure rating 10,000psi

(m)   A pumping capability of: 2 bpm @ 10,000 psi; 3.6 bpm @ 4900 psi; and 18 bpm @ 1000 psi

(n)   Mixing performance of: 12 bpm @ 11 ppg; 6 bpm @ 16 ppg; and 2 bpm @22 ppg

(o)   Low pressure gauge (0-500psi)

---

CONFIDENTIAL
Business Confidential

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**A. Cementing Services**

(p) Solid fraction analyzer when slurries <12.6 ppg are to be used

Notes:

All recording devices on the cement unit or associated cementing equipment e.g., Martin-Decker units, flow meters, gauges, densitometers etc. shall be maintained and calibrated according to manufacturers recommendations. Documentation of calibration shall be submitted to COMPANY on request.

Where a Liquid Additive System (LAS) is provided, it shall be fully calibrated and the calibration record retained at the Rig fixed to the unit. The LAS shall have the capability to meter at least (4) four additives into either displacement tank through dedicated pipe work. There should be the ability to agitate the additives in the storage tanks and allow heating if necessary in cold weather. The LAS shall be configured to prevent overfilling of any dump tank or to ensure any spillage is contained. Dump tanks shall not allow filling and emptying to occur at the same time. Where an automated LAS has been installed prior to each job CONTRACTOR shall supply evidence that LAS system has been programmed and shall accurately add the recommended additive concentrations within +/- 5% of the required rate irrelevant of mixing rate.

Where the cement unit is a Free Placement item, CONTRACTOR shall assume all cost for installation and removal of the unit.

Density calibration of any automatic density mixing and recording system shall occur prior to every job with water and a heavier fluid than the anticipated slurry weight.

Where lightweight blend slurries are pumped with a density of <12.6ppg an alternative method of controlling density based on solids shall be available.

3.2.2   CONTRACTOR shall have written maintenance procedures and schedules for all cement units and associated equipment used in provision of the WORK. These procedures and schedules should be based on recommendations of equipment manufacturers. Records of maintenance kept up to date shall be available for inspection by COMPANY.

3.2.3   CONTRACTOR shall ensure that adequate spare parts, required for the cementing equipment, are held at the rig.

3.2.4   Where a batch mixer is supplied a minimum of 100 bbl of pump able slurry is required having two (2) separate compartments with paddles and a re-circulating pump. Mixing directly into either side of the batch tank should be possible. It should be possible to mix from big bags into the batch tank through a mixing system.

3.2.5   Where a surge canister is provided as part of the cementing package, it shall be fitted with a weight indicator and shall be fully compatible with existing rig bulk system.

3.2.6   Where bulk tanks are also provided they shall be capable of supplying cement in an uninterrupted flow to the surge tank and shall not adversely affect the cement properties through aeration.

3.2.7   CONTRACTOR and rig contractor shall jointly develop low risk plans for the transfer of base oil, glycol and diesel fuel to the unit for pumping downhole.

CONFIDENTIAL
Business Confidential

3.2.8   CONTRACTOR shall review pressure testing and pumping procedures to ensure alignment with COMPANY and owner installation policies.

3.2.9   Unit shall be equipped with suitable pressure relief valves.

**4.0   CEMENT AND ADDITIVES**

Cementing bulks and additives may be supplied by CONTRACTOR suitably containerized, sacked, or in tote tanks necessary to provide all slurries and spacers as to COMPANY specification.

4.1   Bulk Cement and Blends

CONTRACTOR shall supply bulk cement and prepare proprietary blends.  The cement and blending processes are expected to meet the following minimum standards:

4.1.1   Air supply shall produce oil free air and air intakes shall be positioned to prevent damage to the cement due to draw in of $CO_2$.  The dry bulk facilities shall have a dust collection system;

4.1.2   Air dyers shall be used for all air on the plant; these must be appropriate for the volume of air being used and have maintenance records available to confirm efficient operation;

4.1.3   Blending tanks should be appropriately sized for the amount of blend to be prepared with a suitably sized weight indicator accurate to +/- 2.5% of the smallest component of the blend to be added to the blender;

4.1.4   Permanent bulk silos shall have weight indicators with scales; these shall be suitable for size of the tanks on which they are installed.  These shall be calibrated as a minimum on an annual basis and evidence of calibration shall be available on request of COMPANY;

4.1.5   CONTRACTOR shall provide an automatic in-line sampling device (or approved Y sampler) for use while transferring cement and blends.  Samples of all cements taken shall be held for a minimum of 28 days prior to disposal.  Samples should be sent to the laboratory in a sample kit to the same standard as referred to in Clause 5.2 of this Part A. Cementing Services of Appendix 5;

4.1.6   When providing blended product containing silica flour, not more than twelve percent (12%) by weight of silica shall be retained on 200 mesh.  Approval for other blended products shall be required with COMPANY;

4.1.7   Blending procedures for proprietary lightweight blends must be agreed to by COMPANY.  These blends shall meet the specifications outlined in Attachment B – Lightweight Proprietary Blends;

4.1.8   The bulk cement selected shall take into account service and service quality e.g., degradation due to high sulfate groundwater, strength retrogression due to exposure to high temperature during production, minimal batch to batch variability to ensure reliable performance, materials supplied as meeting an API/ISO Specification shall have all manufacturer supplied batches checked according to the appropriate API/ISO Specification, and a retarder response test is to be agreed to by COMPANY and used as an additional QA/QC check on bulk supplied.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022253

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**A. Cementing Services**

4.1.9    No additions shall be made to bulk cements supplied apart from the additive required to meet the agreed slurry specification without prior approval of COMPANY,

4.1.10   CONTRACTOR shall have a suitable facility to accept returned unused cement; the acceptability of this repository for re-supply shall be determined by COMPANY, if a cement is supplied out of specification by CONTRACTOR this shall be returned for full credit, and

4.1.11   CONTRACTOR shall confirm the acceptability and cleanliness of the bulk tanks and verify volumes prior to transferring to and from marine vessel, drilling rig, and cement unit.  CONTRACTOR shall ensure that a comprehensive updated procedure for the transfer of bulks is available at the relevant transfer points.

4.1.12   Bulk facilities shall be located quay side to allow direct transfer to the supply vessel. The air compressor shall be of sufficient capacity to fully discharge the silos to within 5 percent of the nominal capacity.  The compressor shall be capable of achieving discharge to the boat in a reasonable time (minimum acceptable rate 60 Ton/hour).

4.2    Additives and Chemicals

For offshore locations COMPANY's preferred approach will be using liquid additives wherever possible.  Dry blends for offshore locations shall only be accepted where no equivalent liquid additive is available.

4.2.1    COMPANY reserves the right to specify any supplementary third party products in conjunction with the products supplied by CONTRACTOR.  These products shall be those for which COMPANY deems CONTRACTOR does not have a suitable alternative.  CONTRACTOR shall check that those products are compatible with CONTRACTOR's products by testing prior to their use.

4.2.2    All additives supplied under the CONTRACT shall comply with all local regulation and in any case, shall have been environmentally tested and found to be acceptable under the USA Chemical control system.

4.2.3    CONTRACTOR is to have in place a QA system for chemicals supplied to COMPANY.  All supplied chemicals are to have a QA performance test prior to shipment to WORKSITE.

4.2.4    For additives loaded on the rig in bulk, a QA/QC check shall be performed upon return onshore to determine acceptability for restocking or for load out to next COMPANY location.

4.2.5    All supplied chemicals shall have traceability and batch coding.

**5.0    FACILITIES, LOGISTICS, LABORATORY, AND TESTING**

5.1    Onshore Base, Materials, and Logistics

5.1.1    CONTRACTOR shall provide an onshore warehousing and service support facility as mutually agreed by COMPANY and CONTRACTOR.  The services to be provided by CONTRACTOR shall include but shall not be limited to the storage, handling, and preparation and restocking of equipment, chemicals, blends, bulks, and fluids.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022254

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**A. Cementing Services**

5.1.2   CONTRACTOR shall be responsible for ensuring that competent CONTRACTOR supervision is present when shipping or taking receipt of COMPANY materials and equipment at CONTRACTOR premises.   CONTRACTOR shall ensure that said Supervision is available to suit operational requirements and shall be available seven (7) days a week, twenty-four (24) hours a day.   COMPANY will not accept responsibility for supervising loading or off loading operations within the confines of CONTRACTOR premises.   COMPANY shall retain the right to refuse to accept or return CONTRACTOR equipment when supervision is not provided.   CONTRACTOR equipment shall be returned to COMPANY premises and shall be the responsibility for CONTRACTOR to arrange collection at CONTRACTOR cost.   COMPANY shall reserve the right to incur no additional rental costs when CONTRACTOR equipment is returned to COMPANY premises due to no supervision.

5.1.3   CONTRACTOR shall be responsible for providing to COMPANY prior to shipment, listings / manifests quoting volumes, descriptions, serial / identification numbers on all equipment and material delivered to COMPANY's nominated supply base or heliport.

5.1.4   CONTRACTOR shall ensure that it has made appropriate provision for back-up materials, equipment, spare parts, and tools to ensure the WORK is not disrupted due to equipment failures or other problems associated with CONTRACTOR's processes.

5.1.5   CONTRACTOR shall continuously examine all steps of the supply chain to identify methods to reduce costs relating to logistics, transportation, handling, storage, inspection, and repair.

5.1.6   HSSE and competence audits shall be performed at CONTRACTORS facilities described above at least once per year during the course of the CONTRACT term, the findings made available to COMPANY.   These audits should be performed by CONTRACTOR's competent personnel preferably from outside the region.

5.1.7   CONTRACTOR shall ensure that all equipment and materials are pre-slung, banded, packaged or containerized and protected, where necessary, ready for transportation and shipment by open deck supply boat or by air in accordance with the current shipping and or COMPANY requirements.

5.1.8   This Clause intentionally left blank.

5.1.9   CONTRACTOR shall ensure that all equipment and material deliveries identify the CONTRACT, Purchase Order or Call-Off reference numbers as applicable on 100% of packing lists and on material and equipment where practical.

5.1.10  CONTRACTOR shall provide Materials Safety Data Sheet (MSDS) for all applicable materials offered for shipment to the WORKSITE.   Laminated copies shall be provided for use at the WORKSITE.   CONTRACTOR shall ensure that a hard copy of the MSDS accompanies shipments to WORKSITE.   CONTRACTOR shall ensure the MSDS is provided to COMPANY.

5.1.11  MSDS must be retained by CONTRACTOR on location for all offshore WORK.

5.2   Cement and Spacer Sampling and Testing

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022255

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**A. Cementing Services**

The final results supplied to COMPANY prior to each job shall be available to COMPANY more than 24 hours before pumping cement and tests shall be completed using actual rig samples and not load out samples unless previously agreed with COMPANY. CONTRACTOR shall be responsible for the following:

5.2.1   For all cementing operations CONTRACTOR shall take, and protect from deterioration, representative field samples of cement, additives and mix water for confirmation testing.  Correct packaging and dispatch of samples, in good time for testing is required.  CONTRACTOR shall provide kit for the purpose of sampling and the transporting of samples of cement, mud, water, and additives for testing (relevant sections of the API Specification 10 stress the importance of correct sampling and protection of samples in transit and are a minimum requirement).  CONTRACTOR shall ensure that sufficient samples and sample kits are available at all times to allow timely slurry design recommendations.  Sample kits shall have airtight bottles specifically manufactured for transportation and protection of chemical samples. Cement shall be sent in air and moisture tight plastic bags in a container, which prevents damage to the bag containing the cement.  Water samples shall be transported in bottles which have not been used for anything other than transport / storage of water.  All samples for transportation by air must comply with FFA requirements, all regulatory requirements, and COMPANY regulations.

5.2.2   Bulk samples shall be taken at all relevant points by CONTRACTOR when transferring bulks to ensure quality is maintained during transport from CONTRACTOR base to the WORKSITE.

5.2.3   During job execution, representative samples of mix water; additives and dry cement shall be taken.  These samples shall be retained until it is confirmed that all the objectives of the cementing operation have been achieved.  Failure to provide these samples in the event of a post cementing investigation will prevent the root cause of the problems to be determined and inappropriate NPT allocation.

5.2.4   Where CONTRACTOR has supplied the cement spacer materials, CONTRACTOR is responsible for verifying that spacer systems are correctly made up and tested prior to pumping.  The density determined using a pressurized mud balance and the 6-speed rheology of the spacer shall be reported either on COMPANY's and CONTRACTOR's Cement Report or the database on the rig.

5.3   Laboratory Testing and Reporting

5.3.1   CONTRACTOR shall have facility to perform the following tests in accordance with the latest API/ISO Specifications (as found in Appendix 6 – Functional and Technical Specifications, 2.  The Minimum Testing for Cementing Operations) or COMPANY specific procedures.

Ultrasonic Cement Analyzers are permitted; however, cube strengths shall be reported when requested by COMPANY.  Any deviations from API procedure are to be discussed and agreed to by COMPANY

Equipment shall be available to enable testing of slurries up to 500° F and 40,000 psi

5.3.2   Additional equipment shall be available to:

(a)   Measure densities of liquid additives and to determine chloride ion concentrations in mix waters;

CONFIDENTIAL
Business Confidential

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**A. Cementing Services**

(b) Measure the density of all cement blends to confirm blend constituents,

(c) Determine the content of extender in a light weight pre-blend,

(d) Complete COMPANY's settlement test (details available as requested by Company,

(e) Assess cement mechanical properties under tri-axial conditions

5.3.3   From time to time there may be a requirement to supply equipment for testing of cement slurries offshore which will be detailed in a WORK ORDER.  Sufficient laboratory equipment should be available to provide this offshore testing capability without impacting onshore service. The following testing (as per API/ISO procedures unless agreed differently) may be required at the rig site.

(a) Rheology

(b) Free Water

(c) Fluid Loss

Tests for Thickening Time and tests for Compressive Strength will be completed in onshore laboratory facilities.

5.3.4   Bottom Hole Circulating Temperatures (BHCT) shall be determined from the best estimate of Bottom Hole Static Temperature available.  For Deep Water, High Pressure High Temperature wells and where well measured depth > twice the true vertical depth the BHCT shall be determined using a temperature simulation using a COMPANY approved model.  Bottom hole static temperature will be determined based on existing business unit data or using seabed temperature and a linear gradient to depth of interest using reservoir temperature as reference.  After simulation the cement test temperatures will be agreed to by COMPANY.  Test pressures should also reflect actual bottom-hole pressures and not those in API Schedules.  For other wells API BHCT equations are acceptable.

5.3.5   A full set of calibration records for all laboratory testing equipment and procedures are to be kept and made available to COMPANY as required.

## 6.0   JOB EXECUTION, EVALUATION, AND PERFORMANCE

6.1   Job Execution

6.1.1   CONTRACTOR shall update the proposal in the program prior to execution, taking into account as a minimum:

(a) Deviations in expected casing points

(b) New temperature data

(c) Hole condition

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022257