# EXHIBIT A-2

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**A. Cementing Services**

(d)  Mud condition

(e)  Occurrence of losses during drilling

(f)  Deviation from expected formations encountered

6.1.2  The final slurry details shall be issued to COMPANY's Well team a minimum of (24) twenty four hours prior to starting to run casing and shall be countersigned by a competent CONTRACTOR engineer.   COMPANY's minimum slurry testing requirements are detailed in Appendix 6 – Functional and Technical Specifications, 2.  The Minimum Testing for Cementing Operations.  When final slurry testing is complete the data should be submitted as directed by COMPANY's well team with the details covered in 5.3.1.  If requested actual copies of the laboratory chars shall be made available.  The data required in the final slurry proposal shall be agreed with COMPANY

6.1.3  CONTRACTOR shall be required to provide a pressurized mud balance to confirm the actual slurry density.  This mud balance shall be calibrated at regular intervals, and should be calibrated with a calibration fluid of more than 1.56 SG (13 ppg) according to CONTRACTOR's procedures.

## 6.2  Job Evaluation

6.2.1  A report on job execution shall be completed by the offshore cementer within 2 working days using COMPANY preferred reporting system (DIMS) and CONTRACTOR preferred execution report (format to be agreed with COMPANY).  In addition, for each offshore job, a Service Quality Assessment shall be provided.  The contents of this assessment shall be agreed to by COMPANY.

6.2.2  At the end of each well CONTRACTOR shall provide COMPANY with an end of well report.  This report is to be presented within 28 days of the suspension of each well.

6.2.3  For each well drilled, CONTRACTOR shall complete COMPANY's Drilling and Completions SPM score card for cementing services.  The completed card shall be submitted to COMPANY's representative within 28 days of the completion of operations on the well or batch program by CONTRACTOR.  The forma and format of the score card shall be agreed to by COMPANY and CONTRACTOR.

6.2.4  Any incident investigation requested by COMPANY shall require a fully agreed scope of work prior to the commencement of the investigation.

6.2.5  All cementing NPT incidents in DIMS shall be investigated by CONTRACTOR and recommendations made to COMPANY to prevent reoccurrence.

## 6.3  Performance

6.3.1  The intent of the CONTRACT is for CONTRACTOR to deliver upper quartile performance and continuous improvement throughout the CONTRACT term.

6.3.2  On a quarterly basis CONTRACTOR shall present QPR data mutually agreed upon, detailing overall performance using Drilling and Completions SPM metrics.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022258

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**A. Cementing Services**

6.3.3 CONTRACTOR and COMPANY shall agree on annual performance assessment. Key performance criteria are listed in Attachment E – Global Cement KPI.

## 7.0 MANAGEMENT OF SERVICE

### 7.1 Technical Support

7.1.1 CONTRACTOR shall provide to COMPANY well-qualified personnel, best technology, processes, and equipment on a global basis.

7.1.2 CONTRACTOR shall have a system in place for prioritizing technical service work, internal costing of that work and resource allocation. When a piece of work is required by COMPANY, the scope shall be agreed between COMPANY and CONTRACTOR in writing.

### 7.2 Management Systems

7.2.1 CONTRACTOR shall have in place and demonstrate compliance with all of the systems specified as follows: HSSE Management System; Preventive Maintenance Systems; Personnel Development and Deployment System for COMPANY; and Quality Assurance and Quality Control plan for tools, bulks, equipment, and laboratory.

7.2.2 CONTRACTOR shall as required by COMPANY, perform a capability audit of the services provided to ensure strict adherence to the CONTRACT specifications, CONTRACTOR's policies and operating procedures performed in a manner so as to provide a professional and cost effective service.

7.2.3 Prior to the introduction of a new chemical to the WORK, MSDS sheets shall be reviewed by CONTRACTOR who shall ensure that the potential human health risk is assessed and provided to COMPANY. The chemical shall not be used or shipped to the WORKSITE until this processes in completed satisfactorily.

### 7.3 Third Party Services

7.3.1 CONTRACTOR may be required to subcontract and manage non-core services such as casing consumables, bulk cement, and mobile equipment. This requirement shall be at COMPANY's discretion and at that point when COMPANY assesses that CONTRACTOR is able to effectively manage such services in COMPANY's best interests. In such case CONTRACTOR shall demonstrate to COMPANY's satisfaction that CONTRACTOR

(a) Has procured a cost effective service,

(b) Employed competent people by the SUBCONTRACTOR,

(c) Has HSSE management plans in place,

(d) Has managed the training of its personnel in a cost effective manner, and

(e) Has demonstrated good audit practices and control of the service.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022259

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**A. Cementing Services**

7.3.2   COMPANY shall produce a scope of work for any service which it wishes CONTRACTOR to perform or to subcontract.

7.3.3   Detailed scopes of work for the provision of third party services referred to above shall be mutually agreed between COMPANY and CONTRACTOR.

## 8.0   CONTRACTOR'S RESPONSIBILITIES / ACCOUNTABILITIES

8.1   Pump CONTRACTOR's Accountability (Unit Owner)

Pump CONTRACTOR shall be accountable for performance from completion of a successful FIT until commencement of the next casing or cementing operation.  All relevant sections of Scope of Work shall apply.

Pump CONTRACTOR's responsibilities include:

8.1.1   Perform pumping and Pressure Testing as required.

8.1.2   Mix all cement slurries to the required density as specified by CONTRACTOR.

8.1.3   Provide and operate all permanently retained Pump CONTRACTOR's tools.

8.1.4   Assist in the preparation of all chemicals and spacers.

8.1.5   Collect all offshore samples (additives and cement) according to written instructions from CONTRACTOR.

8.1.6   Provide Weekly inventory check of all Pump CONTRACTOR's and CONTRACTOR's materials held onboard.

8.1.7   Check cement calculations (although not accountable for accuracy thereof).

8.1.8   Participate in all risk assessments.

8.1.9   Provide a second man for extended work period (e.g., pressure testing).

8.1.10   Provide all paperwork where Pump CONTRACTOR is accountable for the service.

8.1.11   Provide competent personnel to operate CONTRACTOR's equipment, as defined in Scope of Work.

8.1.12   Provide a designated point of contact for coordination of the WORK with CONTRACTOR.

8.1.13   Provide data, as required to complete the Drilling and Completions SPM Score Card, to CONTRACTOR e.g., total service cost, man-hours worked etc.

8.2   CONTRACTOR's Accountability

CONTRACTOR shall be accountable for performance during all flat spots associated with cementing and plug and abandonment operations.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022260

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**A. Cementing Services**

8.3    CONTRACTOR's Responsibilities (Cementing Service Suppler)

CONTRACTOR shall be responsible for the following which shall include but not be limited to:

8.3.1    Cementing calculations.

8.3.2    Providing all load out lists for cementing and casing operations.

8.3.3    Ensuring adequate stocks are held on the rig.

8.3.4    Providing a competent operator/engineer to go out and supervise cementing operations. This engineer is assigned to rig and is on call out.

8.3.5    Provide detailed program and work instructions and ensure all hazards are adequately debated prior to commencing operations. Participate in all COSHH and risk assessments associated with the casing and cement operation.

8.3.6    Assist Pump CONTRACTOR cement operator during mixing and displacement.

8.3.7    Operate all non- Pump CONTRACTOR's supplied cementing tools.

8.3.8    Assist Pump CONTRACTOR's operator in clean up of equipment.

8.3.9    Complete and submit Drilling and Completions SPM forms.

8.3.10   Coordinate casing and cementing operations with COMPANY at the WORKSITE

8.3.11   Assist in routine maintenance.

8.3.12   Prepare and submit all reports for casing and cementing operations.

8.3.13   Provide sampling kit.

8.3.14   Where competence has been demonstrated, perform pressure-testing operations to permit twenty four (24) hour coverage.

8.3.15   Check that Pump CONTRACTOR's maintenance program has been performed and is updated.

8.3.16   Witness the Pump CONTRACTOR perform spot checks on their equipment prior to the job.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022261

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022262

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**A. Cementing Services**

### Attachment A – Competence Assessment for Onshore Engineers

| Score<br>0 – No experience in this area<br>3 – Some experience but not fully meeting requirement<br>6 – Meets expectation<br>10 – Exceeds requirements | Zero (0) No experience in this area | Three (3) Some experience but not fully meeting requirement | Six (6) Meets expectation | Comments Supporting Information |
|---|---|---|---|---|
| Visibility / Proactive – Has attended operations meetings, experienced in handling potential operational problems/questions, can lead cementing sessions in pre-Spud and during morning calls. Peer reviews, etc. | | | | |
| Deals with operational requests and always provides recommendations which have demonstrably prevented reoccurrence | | | | |
| Has followed a formal management of change process | | | | |
| Logistics Aware of COMPANY logistic set up and requirements to get materials and equipment offshore | | | | |
| Has constructed a Basis of Design as outlined in the WORK description for a development project | | | | |
| Transaction Efficiency invoicing is complete correct and submitted on time | | | | |
| Experience at introducing New Technology, can describe a case history of leading the implementation of a New Technology on a well | | | | |
| Clear on local legislation | | | | |
| Overall Score | (place score here) | | | |
| Are of focus – (Please put comments here) | | | | |

CONFIDENTIAL
Business Confidential

| | | | |
|---|---|---|---|
| **Competency category** | | | |
| **Score** | | | |
| 0 – No experience in this area | | | |
| 3 – Some experience but not fully meeting requirement | | | |
| 6 – Meets expectation | | | |
| 10 – Exceeds requirements | | | |
| **Technical** | | | |
| In this section the Technical Engineer will be evaluated on his/her competency as follows: | | | |
| | | **Score** | **Comment / Supporting Information** |
| Details on technical training received relevant t the role Engineer is being proposed for (List training courses and outline relevance) | | | Score |
| **Phase 1: Job Design and Evaluation** | | **Score** | **Comment / Supporting Information** |
| 1 | Can describe all data required to complete construction of Basis of Design and Well Specific Program | | |
| 2 | Is fully aware of relevant additive systems particularly relating to the Deep Water / HPHT /ERD and Arctic Cementing | | |
| 3 | Can run all COMPANY engineering tools (including hydraulics / temperature / placement and mechanical modeling software | | |
| 4 | Can describe difference in Cement Evaluation techniques and has participated in log evaluation and produced recommendations to improve operation. | | |
| **Phase 2: Execution** | | **Score** | **Comment / Supporting Information** |
| 1 | Can import field data into engineer models and update with actual well data | | |
| 2 | Can generate request for relevant alb testing and can effectively interpret results. Can describe Company specific testing requirement sand how to select test conditions for HPHT and Deep Water Wells | | |
| 3 | Can import job play back details and evaluate against the job as planned and develop effective lessons to transfer to next operation | | |
| 4 | Has worked in rig site team and can describe operational pre job checks particularly those required prior to a Deep Water Cementing Operation | | |

BP-HZN-MBI00022263

Section 3 – Scope of Work
Appendix 5 – Description of the WORK
A. Cementing Services

| Competency category | | |
|---|---|---|
| Score | | |
| 0 – No experience in this area | | |
| 3 – Some experience but not fully meeting requirement | | |
| 6 – Meets expectation | | |
| 10 – Exceeds requirements | | |
| | | |
| **Standalone Laboratory Operations** | Score | Comment / Supporting Information |
| 1 | Acted as a lab technician for no less than (3) three weeks and can describe API tests used in design of a cement slurry. | | |
| 2 | Can describe spacer compatibility testing procedures. | | |
| 3 | Can describe in house sources to support selection of fit for purpose slurry designs. | | |
| 4 | Can describe proprietary technologies used in dealing with Shallow Water Flows / Gas Migration and dealing with mechanical loading during production and appropriate testing. | | |
| | Score | Comment / Supporting Information |
| 1 | Organize and service all location specific Squeeze tools including, but not limited to: permanent and retrievable packers and bridge plugs, cement retainers.  If tools are required to be run on wire line, these must be adequately dressed for such purposes. | | |
| 2. | Can describe basic squeeze techniques and can make clear recommendations as to appropriate use. | | |

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022264

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**A. Cementing Services**

## Attachment B – Lightweight Proprietary Blends

The lightweight blends must meet the following specification for 24-hour compressive strength at 120 degrees Fahrenheit:

10.0 – 10.5 ppg    >  500 psi

10.5 – 11.0 ppg    >  750 psi

11.0 – 11.5 ppg    >1,000 psi

11.5 – 12.0 ppg    >1,250 psi

12.0 – 12.5 ppg    >1,500 psi

12.5 – 13.0 ppg    >1,500 psi

13.0 – 13.5 ppg    >1,500 psi

13.5 – 14.0 ppg    >1,500 psi


It must be possible to formulate slurries, which have the following properties using the blends for the indicated temperature ranges:

COMPANY Settlement < 2%
API Fluid Loss < 100 ml
Pump time controllable between 4-12 hours
30 Bc - 100 Bc < 1 hr
Slurry mixable > 4 bpm using offshore mixing and pumping equipment

When necessary it must be possible to modify the blend to have a transition time < 45 min at 60 deg F (measured by SGSA or relevant equivalent using an agreed alternative procedure).


Other proprietary blends shall be agreed with COMPANY.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022265

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**A. Cementing Services**

**Attachment C – Intentionally Blank**

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022266

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**A. Cementing Services**

## Attachment D – Global Drilling and Completions Score Card

Drilling and Completions SPM

* Denotes Compulsory

### Global D&C SCORECARD: Global Cementing Services

| | |
|---|---|
| Region | |
| Business Unit | |
| Country | |
| Service Company | |
| Field | |
| * Well Name | |
| Unique Well Number | |
| * Start Date of Operation | |
| * End Date of Operation | |
| * Is the cementing unit owned by the contractor submitting the scorecard? | Yes / No |
| * Rig Name | |

### HSE

| | Number Completed |
|---|---|
| * Number of HSE related management rig visits | |
| * Number of dropped objects incidents | |
| * Calculation of Number of HSE Proactive Inputs (Leading Indicators) | |
| Recorded Safety Observations e.g. STOP Cards | |
| Safety Observations and Conversations (SOC's) / Safety Tours | |
| * Total Manhours | |
| * Days Away From Work Injuries | |
| * Recordable Injuries and Illnesses | |
| * First Aid Cases | |
| * Number of accidental, uncontained oil spills or discharge | |

### Cost

| | | |
|---|---|---|
| Scope of Work Changes (number of occurences) | Number of occurences | |
| * Planned Cost of Services | US Dollar | |
| | Sterling | |
| | Canadian Dollar | |
| * Actual Cost of Services | US Dollar | |
| | Sterling | |
| | Canadian Dollar | |
| Total Standby Costs [Offshore] | US Dollar | |
| | Sterling | |
| | Canadian Dollar | |

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022267

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**A. Cementing Services**

**Total Standby Time (days) [Offshore]**

| Job | Casing / liner / open hole size or Operation | Length of Cemented Interval | Total Volume of Cement Pumped | Total Cost of Cement and Additives | Total Cost of all Spacer Material Pumped | Total Personnel Costs | Total Cost of Cement Rental Equipment | Total Cost of Casing Consumables | Total Cost of 3rd Party Charges |
|---|---|---|---|---|---|---|---|---|---|
| Job 1 | | | | | | | | | |
| Job 2 | | | | | | | | | |
| Job 3 | | | | | | | | | |
| Job 4 | | | | | | | | | |
| Job 5 | | | | | | | | | |

| Expanation of Cost Variance / Scope Changes | | |
|---|---|---|
| Explanation | Associated Financial Value | |
| 1 | | |
| 2 | | |
| 3 | | |

**Efficiency**

* Total NPT recorded in DIMS incurred during product line operations (days) (supplier calculated) [Offshore]

* Planned time from spud to end of completion (days) [Offshore]
* Actual time from spud to end of completion (days) [Offshore]
* Total NPT recorded in DIMS incurred during product line operations (days) [Offshore]
* Planned Operating Time (days)
* Actual Operating Time (days)
* Supplier Related NPT for this Service (days)
* Total NPT incidents accountable to this service
* Overall Rig Cost / Day                                    US Dollar
                                                            Sterling
                                                            Canadian Dollar

* Total Drilled Interval                                     feet
                                                            metres

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022268

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**A. Cementing Services**

## Quality

| * Offshore Cementing Objectives [Offshore] | Select Objectives | Objectives Successfully Delivered | % Relative Importance (Weighting) | Explanation for non-delivery of Objectives |
|---|---|---|---|---|
| Basis of design complete/updated with options/risk assessment and | Yes | No | | |
| recommended technical solution | No | Yes | | |
| Cement program addresses all proposed slurries, engineering | Yes | No | | |
| modelling, spacer design, compatibility testing, centraliser | No | Yes | | |
| deployment and commercial aspects | | | | |
| All computer modelling updated with actual well site conditions | Yes | No | | |
| and confirmation testing of proposed slurries using field | No | Yes | | |
| samples provided to drilling engineer 24 hours prior to | | | | |
| pumping job | | | | |
| All cement slurries mixed within +/- 0.25 ppg (0.03 SG) of target | Yes | No | | |
| density with correct slurry design | No | Yes | | |
| All job parameters recorded (density/pressure/rate) for all | Yes | No | | |
| operations | No | Yes | | |
| No losses initiated after start of mixing cement during primary | Yes | No | | |
| cement jobs | No | Yes | | |
| No NPT during cement mixing and placement as a result of | Yes | No | | |
| failure of contractor supplied equipment or personnel | No | Yes | | |
| All cement plugs (kick off/suspension/abandonment) are | Yes | No | | |
| successful first time and do not require to be repeated | No | Yes | | |
| All post job reporting submitted as agreed in scope of service | Yes | No | | |
| | No | Yes | | |
| All structural objectives of casing support achieved (e.g. | Yes | No | | |
| conductor support/BOP support/support at casing window) | No | Yes | | |
| All zonal isolation requirements of casing and liner cement | Yes | No | | |
| jobs met with no impact on initial production and well | No | Yes | | |
| operability due to reduced perforated interval or wellhead | | | | |
| pressure | | | | |
| Cement contractor NPT 1% of total well NPT | Yes | No | | |
| | No | Yes | | |
| No annular pressure or post cementing annular well control | Yes | No | | |
| incidents due to sub surface flows | No | Yes | | |
| No remedial cement squeezes needed for zonal isolation at | Yes | No | | |
| casing shoes or permeable formations | No | Yes | | |
| No stuck pipe as a consequence of cement | Yes | No | | |
| | No | Yes | | |
| No unplanned WOC during well | Yes | No | | |
| | No | Yes | | |
| TOC within 300ft of target on casing and liner jobs and / or no | Yes | No | | |
| top ups required | No | Yes | | |

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022269

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**A. Cementing Services**

| | Select Objectives | Objectives Defined | Objectives Successfully Delivered | % Relative Importance (Weighting) | Explanation for non-delivery of Objectives |
|---|---|---|---|---|---|
| 1 | Yes | | | | |
| | No | | | | |
| 2 | Yes | | | | |
| | No | | | | |
| 3 | Yes | | | | |
| | No | | | | |

Table title: * Well Specific Objectives (Offshore) [Offshore]

*No of Corrective Actions assigned to the Contractor during the course of the well [Offshore]

* No of Corrective Actions closed out by the Contractor during the course of the well [Offshore]

* Service Quality Assesment Score [Offshore]

## Incremental Benefit Delivered

| | Appropriate value of Incremental benefit delivered | Detils of Cost Savings of successfully implemented incremental ideas submitted | benefit |
|---|---|---|---|
| 1 | | | |
| 2 | | | |

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022270

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**A. Cementing Services**

### Attachment E – Global Cement KPI

| OFFSHORE CEMENT 2005-6 | |
|---|---|
| General Details | NUMBER OF SCORE CARDS |
| General Details | TOTAL ACTUAL COST OF SERVICES |
| HSSE | TRIIF PER 200K MANHRS |
| HSSE | PROACTIVE SAFETY INPUT PER 200K MANHRS |
| Cost | ACTUAL COST/ DAY VS PLANNED COST/DAY |
| Cost | TOTAL CEMENT COST PER 10K FT |
| Cost | CEMENT AND ADDICTIVE + SPACER COST PER BBL CEMENT PUMPED |
| Efficiency | TOTAL NPT HRS PER WELL |
| Efficiency | NPT HRS PER 1000 BBL PUMPED |
| Quality | TOTAL WEIGHTED OBJECTIVES MET VS SET IN % |
| Incremental Benefit Delivered | IBD PER 1000 BBL PUMPED |

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022271

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**A. Cementing Services**

## Attachment F – Cement Units

1.0   Free Placement Cementing Unit – Pride Rig #2

CONTRACTOR shall provide a double-pump cementing unit equipped with an automatic density controlled, re-circulating mixer, a Liquid Additive System (LAS), and other components to be installed on the PS-2.

1.1   Cementing Unit Requirement

- Primary and remedial cementing operations

- Use of Cement Pump as temporary mud pump, for pumping downhole or boosting the drilling riser

- Unit must be manned with a qualified cement operator available on a 24-hour basis

- Unit must include all necessary treating iron and valves, plug containers, etc

- Data recording pressure, rate, and flow (real time and a permanent copy).

- Real time external data feed to Digital BOP Testing software, comprised of time stamp, pump pressure, pump flow rate, and cumulative volume updated at least once per second. Pressure measurement accuracy of $\leq$ 0.05% of full scale and resolution of $\leq$ 0.025%.

1.2   General Cementing Unit System Specifications:

- Certification ABS + CDS

- Delivery to Geoje Island, Korea - Samsung Heavy Industries Shipyard, Firm date – August 12, 2009 (Pride PS-2)

- Sound Cladding - Cladding for high noise items (main motors/drivetrain, fluid end, HPUs)

- Equipment for Nitrogen Foamed Cement Jobs - Includes equipment considered for permanent installation which would aid the rig up of any temporary equipment brought out specifically for this type of job.

- Water Cooling - required to the extent possible to minimize ventilation noise, include water cooled as the primary option, air cooled only as secondary

- Solids fraction mixing - CONTRACTOR to include system for solids fraction mixing, to deal with high and low density slurries.

- Sampling points - CONTRACTOR to include sampling point systems as shipped loose items with victaulic couplings for connection to 5" lines. Note that the Pride drillships are coming with a National Oilwell Varco Procon bulk system, equipped with sampling points at both port and starboard boat loading stations. CONTRACTOR to provide units as required for supply lines to the cement unit room.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022272

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**A. Cementing Services**

- Liquid Additive System - CONTRACTOR's best available, high specification continuous computer controlled, minimum 8 pumps

- Liquid Additive Tanks - 8 ea.  Note the rig is being designed with a permanent location for LAS tank storage, either a permanent or marine portable tank solution is acceptable

- Batch Blender System - 2 ea. 100 bbl tanks, internally coated for brine service, electric powered.  The intent is to use these tanks for mixing mud and brine pills, spacers, etc - in addition to typical cementing usage.  Skid(s) to be equipped with additional inlet point (if required) for connecting brine, mud, and base oil, and additional outlet point downstream of pumps (if required) for connecting back to active mud pits

- Real Time Data Capture and Transmission - CONTRACTOR to provide a computer to capture real time job data on the rig and to provide capability to transmit the job data to a COMPANY shore-based system via use of COMPANY provided internet connection.  Data format to be WITSML compatible, using Internet Protocol over COMPANY's 3rd party network.

1.3    Specifications - High Capacity Unit

- Electric Powered - Two or Three A/C motors with 2,300hp total minimum

- 15,000 psi pressure rating on all discharge piping, equipped one fluied end side minimum 15,000 psi for high pressure testing, and one fluid end side minimum 10,000 psi for higher volume pumping

- Dual Mixing System - CONTRACTOR's best available fully automated continuous mixing system.

- Dual Bulk Cement Surge Tanks, sized to match high mixing rate specification, equipped with rock catchers on inlets

- Single Dust Collector Tank System

- Dual HPUs

**2.0    DELIVERY SCHEDULE**

CONTRACTOR, at no cost or liability to COMPANY will ensure that the cementing unit ("Unit") described above will be delivered to Geoje Island, Korea – Samsung Heavy Industries Shipyard ("Shipyard"), on or before August 12, 2009 and installed onboard the new build rig, Pride PS-2.

**3.0    COMPANY RESPONSIBILITY**

Initial Placement of the units shall be accomplished by CONTRACTOR at no cost or liability to COMPANY including mobilization, installation, or other charges. COMPANY shall provide CONTRACTOR with all reasonable assistance with respect to the initial mobilization and installation of the Unit onboard the rig including provision of reasonable assistance at the Shipyard. Such assistance shall include facilitating access to craneage, labor, power, water, air, certified lifting facilities, etc. to aid in the installation of the unit.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022273

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**A. Cementing Services**

**4.0    SCOPE OF WORK (All Units)**

- Using Equipment with COMPANY Products (i.e., pumping COMPANY's cement)

- Using Cement Pump as temporary mud pump, for pumping downhole or boosting the drilling riser

- Unit must be manned with a qualified cement operator available on a 24-hour basis

- Unit must include all necessary treating iron and valves, plug containers, etc

- Unit daily price will be all inclusive, no matter what type of work is being performed including, but not limited to, cementing, BOP testing, miscellaneous pumping, circulation of well, any pressure, any rate, any depth, and any temperature or type of product being pumped.

- Data recording pressure, rate, and flow (real time and a permanent copy).  Real time external data feed to Digital BOP Testing software, comprised of time stamp, pump pressure, pump rate, and cumulative volume updated at least once per second.  Pressure measurement accuracy of $\leq$ 0.05% of full scale and resolution of $\leq$ 0.025%.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022274

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**B. Fluids Services**

# B. Fluids Services

**1.0   GENERAL SERVICE REQUIREMENTS**

1.1   CONTRACTOR shall provide some or all of the following services as requested by COMPANY: Performance Fluids Management (PFM) services, which include drilling fluids, completion fluids, waste management / solids control equipment, and if offshore, environmental compliance and monitoring, as well as associated engineering services in support of COMPANY operations.  PFM services will include but not be limited to the provision of all necessary field management, support and engineering expertise, office and operational personnel, equipment, tools, spare parts, consumables, rig site optimization of drilling fluids systems, the management of associated waste and any other items or services necessary for the delivery of top quartile performance of the WORK described herein.

1.2   COMPANY reserves the right to design the fluid program as deemed appropriate by COMPANY.   COMPANY may utilize CONTRACTOR provided Design and Evaluation Services for Clients (DESC) engineers when deemed appropriate.

1.3   In the event COMPANY designs a PFM Program, COMPANY shall notify CONTRACTOR of this election, and afford CONTRACTOR ten (10) business days from receipt of notice of election to review and approve said Program in advance of CONTRACTOR performing the WORK.

1.4   COMPANY reserves the option to evaluate CONTRACTOR's engineering personnel slated for rig site or office placement prior to or after CONTRACT award.  COMPANY reserves the option to supply rig site fluid engineering services from other sources.

1.5   Prior to making any changes in personnel assignments associated with this CONTRACT, CONTRACTOR is required to provide COMPANY with the following;

- A slate of not less than three (3) qualified candidates for the position to be back-filled
- Their respective resume / CV
- A completed skill assessment attached below
- A Management of Change (MOC) document, compliant with COMPANY standards

1.6   CONTRACTOR, on request by COMPANY, will make immediate provision of drilling, completion, spacers and workover fluids, herein collectively referred to as "fluids" together with suitable bulked, sacked, or drummed chemicals as are necessary to maintain or alter the fluid properties as to COMPANY specification.

1.7   CONTRACTOR, on request by COMPANY will:

1.7.1  Supply technical assistance on site in the form of laboratory testing and oral / written advice.

1.7.2  Supply and maintain a complete range of fluid testing equipment on site to allow testing to API recommended practices (RP) 13 B-1 and 13 B-2 as applicable for drilling fluids;

---

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022275

Section 3 – Scope of Work
Appendix 5 – Description of the WORK
B. Fluids Services

API RP 13 C for waste management / shaker screen designation; API RP 13 J for testing of heavy brines, or modified as required by COMPANY.

1.7.3 Supply and maintain all the necessary equipment and test kits to comply with all testing requirements and regulatory or COMPANY environmental regulations.

1.7.4 Provide PFM services as required by COMPANY at the WORKSITE or in COMPANY office.

1.7.5 Provide shaker screens in the event the Drilling Unit Contractor does not provide shaker screens, and any new solids control equipment as required by COMPANY; and CONTRACTOR shall provide technical recommendations in regards to performance improvements and necessary maintenance for any existing solids control equipment at the WORKSITE.

1.7.6 COMPANY reserves the right to select a different waste management COMPANY from CONTRACTOR; however, it is expected that CONTRACTOR will still be responsible for overall PFM performance and management.

1.7.7 COMPANY reserves the right to supply CONTRACTOR with completion fluids provided by Third Parties.

1.7.8 The Project Coordinator as described in Section 3, Appendix 5 Clause 9.1, shall in support of this role:

   (a) be responsible for setting up an engineering planning process for COMPANY that is compatible with the planning process within COMPANY's System of Work (SoW). The planning process should include documents to be produced for the project and individual wells, information required to prepare the documentation; and

   (b) shall ensure that all produced documentation pertaining to COMPANY comes under a document control system where signatory authorities will be described through the SoW process; and

   (c) shall, in the event COMPANY designs a PFM Program, CONTRACTOR shall review and approve said Program in advance of CONTRACTOR performing the WORK. CONTRACTOR is expected to challenge any deficiencies noted in said Program, and bring notice of said deficiencies to the attention of COMPANY. Prior to execution of the Program, the PARTIES shall amend the Program, or otherwise reach mutual agreement on the Program.

## 2.0  PERFORMANCE FLUIDS MANAGEMENT SERVICES

2.1 CONTRACTOR shall define and optimize all aspects of the WORK to drill and complete the wells demonstrating a structured route for continuous performance improvement. CONTRACTOR shall provide all engineering support as it pertains to the WORK required to plan wells from conception through execution. In the event COMPANY designs the fluids program, CONTRACTOR will be involved with the review, provide feedback, recommendations, and endorse the plan prior to execution.

2.2 CONTRACTOR shall support the WORK and provide comprehensive warehousing, workshop and service support facilities. The services to be provided by CONTRACTOR at

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022276

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**B. Fluids Services**

the various locations shall include but shall not be limited to the storage, handling, preparation, testing, and maintenance of CONTRACTOR's chemicals, fluids, and equipment.

2.3    CONTRACTOR shall provide a fast, effective, and efficient problem and failure investigation service that provides rapid feedback to COMPANY on the likely cause of operational problem(s), and a well documented root cause analysis.

2.4    CONTRACTOR shall only propose alternative equipment and services at the WORKSITE on the understanding that it has previously approached COMPANY and received written acceptance to a rate for the inclusion of such equipment or services in the CONTRACT. It is incumbent upon CONTRACTOR to proactively advise COMPANY of new equipment and services for potential inclusion in the CONTRACT.

2.5    CONTRACTOR shall develop and maintain procedures for the transfer and management of fluids in all aspects of performance of the WORK.

2.6    COMPANY reserves the right to procure products and services from a Third Party if in COMPANY's opinion CONTRACTOR's product or service does not meet the specifications required for performing the WORK or any other reason that COMPANY deems appropriate.

2.7    CONTRACTOR shall have available at the WORKSITE and provide to COMPANY and Drilling Unit Contractor the following in respect to performance of the WORK:

- All pertinent plans and recommendations

- Operating manual and laminated MSDS and product data sheets for all tools, equipment and materials

- Inventory of equipment and material available at the WORKSITE

- An inspection report with all equipment and tools sent to the WORKSITE to ensure the equipment is in satisfactory condition to be used

- All shipping manifests for equipment and chemicals

**3.0    PROVISION OF DRILLING FLUIDS AND / OR COMPLETION FLUIDS AND ENGINEERING SERVICES**

3.1    CONTRACTOR on the request of COMPANY will provide, in a reasonable time, drilling and / or completions fluids together with suitable bulked, sacked or drummed chemicals as are necessary to build, maintain or alter the fluid properties to COMPANY's specification.

3.2    CONTRACTOR will be responsible for drilling and / or completion fluids and bulks until transferred to COMPANY at COMPANY's WORKSITE and the materials are actually used in COMPANY's down-hole drilling operations.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022277

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**B. Fluids Services**

3.3 Notwithstanding COMPANY providing transportation or warehousing of any sort, CONTRACTOR shall retain ownership and the attendant rights and obligations for said materials for all drilling and / or completion fluids and bulks provided under the terms of this CONTRACT. CONTRACTOR shall be encouraged to advise COMPANY on ways to optimize the transportation and warehousing logistics. The implementation of any recommendation for optimization shall be at the discretion of COMPANY.

3.4 CONTRACTOR shall provide assurance by developing and updating checklists and procedures covering effective management to reduce waste and losses. CONTRACTOR shall be encouraged to advise COMPANY on ways to minimize any loss of drilling and / or completion fluids and bulk while on the rig. The implementation of any recommendation to minimize losses shall be at the discretion of COMPANY.

3.5 CONTRACTOR shall confirm the acceptability and cleanliness of the tanks of marine vessels and verify volumes of drilling and / or completion fluids and bulks prior to transferring to and from the marine vessel, Drilling Unit, and fluid plant. CONTRACTOR shall ensure that a comprehensive up to date procedure for the transfer of drilling and / or completion fluids and bulks is available at the relevant transfer points.

3.6 CONTRACTOR shall provide the necessary personnel to manage the drilling and / or completion fluids and bulks at the WORKSITE. The number of personnel will be dictated by operational needs as agreed to by COMPANY and CONTRACTOR.

3.7 COMPANY reserves the right to supply CONTRACTOR with completion fluids provided by Third Parties.

3.8 CONTRACTOR shall provide Barite and Bentonite that meet API RP 13 B-1 and B-2 (with the exception of 4.1 specific gravity Barite).

3.9 COMPANY reserves the right to specify any chemicals provided by a Third Party for which COMPANY deems CONTRACTOR does not have a suitable alternative. CONTRACTOR shall ensure that such Third Party chemicals are compatible with the drilling and / or completion fluids supplied by CONTRACTOR prior to purchase by COMPANY.

3.10 CONTRACTOR shall provide, maintain, and re-supply as necessary a comprehensive mud kit per drilling unit to conduct regular fluid tests in accordance with COMPANY requirements. The test kit shall include all necessary chemical reagents plus associated glassware sufficient for the comprehensive testing of all water based and oil based drilling and completion fluids as determined by both COMPANY and CONTRACTOR in order to maintain the fluid properties as specified by COMPANY.

3.11 CONTRACTOR shall provide calcium carbonate that is metamorphic and not sedimentary.

3.12 Any oil based or synthetic based mud provided to WORKSITE or supply base, should have an oil based ratio of 70:30 to 90:10. COMPANY reserves the right to request fluids outside

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022278

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**B. Fluids Services**

specification in which COMPANY will pay for additional base oil and / or products to meet COMPANY requests.

3.13   When COMPANY designs the PFM Program, COMPANY may request CONTRACTOR to run hydraulics analysis using COMPANY provided data and design parameters.

**4.0   PROVISION OF WASTE MANAGEMENT AND SOLIDS CONTROL ENGINEERING SERVICES**

4.1   CONTRACTOR shall be responsible for ensuring compliance with the relevant environmental regulations, standards, guidelines, and COMPANY Environmental Management System as based on ISO 14001 Environmental Management System.  This shall be done in consultation with COMPANY's PFM champion or designate.

4.2   CONTRACTOR is encouraged to suggest ways to control the production of all discharges ranging from reduction in hole size, fluid type, drilling unit equipment, solids control management, closed loop mud systems and de-watering process and cuttings re-injection.

4.3   CONTRACTOR shall be required to provide expertise with respect to managing and minimizing all discharges including cement and sewerage.

4.4   CONTRACTOR shall provide the necessary personnel to manage the solids control and provide waste management service at the WORKSITE.  The number of personnel shall be dictated by operational needs as agreed by COMPANY and CONTRACTOR.

4.5   Upon the commencement of the WORK, CONTRACTOR shall perform an audit of the solids control capability of the Drilling Unit and advise COMPANY of the necessary modifications required to achieve the required solids control and waste management efficiency as mutually agreed to by COMPANY and CONTRACTOR.

**5.0   PROVISION OF WASTE MANAGEMENT AND SOLIDS CONTROL EQUIPMENT**

5.1   CONTRACTOR shall be responsible for managing all CONTRACTOR supplied waste management and solids control equipment.

5.2   CONTRACTOR may be required to supply and install solids control equipment and waste management equipment as identified per the audit performed and as agreed by COMPANY.

5.3   CONTRACTOR shall be required to supply consumables such as screens not covered under the Drilling Unit contract for the performance of the WORK.

5.4   CONTRACTOR shall be required to supply consumables and spares associated with CONTRACTOR supplied waste management and solids control equipment in order to minimize disruptions in the performance of the WORK.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022279

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**B. Fluids Services**

5.5   CONTRACTOR shall provide the necessary personnel to manage CONTRACTOR supplied waste management and solids control equipment at the WORKSITE.   The number of personnel shall be dictated by operational needs as agreed by COMPANY and CONTRACTOR.

**6.0   DRILLING PERFORMANCE OPTIMIZATION AND INNOVATION**

6.1   CONTRACTOR shall operate a formal post-analysis review of well performance so that lessons learned are fed back into the plans for the next section of the well or on subsequent wells.  Where applicable, all relevant COMPANY specialists, technologies, and facilities shall be made available to CONTRACTOR to facilitate this process.  Such assistance shall be provided at the sole discretion of COMPANY but shall not be unreasonably withheld.

6.2   CONTRACTOR shall provide an execution plan before a well is spud to monitor the achievement of the objectives, which shall be monitored and recorded using the PFM weekly report.  The performance criteria with objectives shall be monitored whether CONTRACTOR has WORKSITE representation or providing engineering support elsewhere.

6.3   CONTRACTOR shall proactively execute, monitor, evaluate, and promote the use of new technology where appropriate.

6.4   CONTRACTOR shall provide a process for accessing its global engineering resources and shall analyze the data both at the WORKSITE for real-time decision-making and subsequently in the office to achieve a systematic improvement in performance.

6.5   Provide linkage to CONTRACTOR's global knowledge management and lessons-learned data bases for technical and HSSE issues.

**7.0   REPORTING, RECORD KEEPING AND MEETINGS**

7.1   CONTRACTOR shall be responsible for inputting all relevant PFM data on COMPANY's SPM tool and / or other system to be determined by COMPANY, in addition to fulfilling CONTRACTOR's own internal reporting requirements.

7.2   On completion of either a drilling phase or completion phase, CONTRACTOR shall prepare a Final Well Report consistent with COMPANY requirements as specified in the SoW.  This shall be completed within two (2) weeks of completing the well.

7.3   CONTRACTOR may be required to submit one or more of the following reports in an electronic format compatible with COMPANY's computer software.  These reports shall be distributed to the relevant COMPANY personnel.  Hard copies of these reports may be requested by COMPANY.

| Type | Frequency |
| --- | --- |

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022280

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**B. Fluids Services**

| | |
|---|---|
| EMS Internal Observations / Potential Non-conformances | Bi-monthly |
| PFM Audits | Quarterly |
| Mud report | Daily |
| PFM Report, CRI Log, Discharge Log, ROC Report | Daily |
| PFM Report, Waste with Effluent Discharge | Weekly |
| Discharge model, PFM recap, SPM Tool | Per Well |
| Spill Reports, SPCC* | As required |
| Safety Reports | Quarterly |
| Performance Measures, SPM Tool | Per well and QPR |
| Inspection Reports | As required |
| Failure / Problem analysis | As required |
| Guide book update | Semi-annual |
| BOD | Updated every well |
| End of Well Reports | Per well |
| Project / Study reports | As required |
| Quality Improvement Plan Status | Updated Quarterly |

\* SPCC – Spill Prevention Containment and Countermeasure

The content, style, and structure of the above reports shall be agreed between COMPANY and CONTRACTOR.  COMPANY will not entertain any charges for the above reports.

7.4     Inspection and Failure / Problem analysis reports shall be discussed and agreed on an individual basis by COMPANY and CONTRACTOR.  CONTRACTOR must provide full details on problems and issues to ensure capture of lessons learned and continuous improvement.

7.5     Project / Study Reports shall be undertaken as necessary following identification of issues from the above reports.  Such projects / studies shall have an agreed scope of work, objective, and deliverable prior to commencement.  This type of work shall be part of CONTRACTOR's commitment to improve drilling performance.

7.6     CONTRACTOR's personnel may be required to attend a variety of meetings both in COMPANY office and at the WORKSITE.  COMPANY encourages full, effective, open, honest, proactive participation in all meetings and encourages CONTRACTOR personnel to share this goal.   Cost associated with these activities is covered under Section 4 – Remuneration, Appendix 3 – Sub-Sector Terms and Conditions, Clause 1.4.

7.7     Prior to a well or hole section, CONTRACTOR personnel shall lead briefings to introduce new technology tools / new mud systems / equipment to all personnel involved in the operations. CONTRACTOR personnel shall ensure that literature is available to familiarize rig floor personnel with any handling issues or hazards associated with the tools / equipment and mud systems.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022281

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**B. Fluids Services**

## 8.0   PERSONNEL REQUIREMENTS

The following positions listed herein are deemed to be Key Personnel and may be utilized during the term of the CONTRACT.

8.1   The Project Coordinator shall be competent in all the required skill sets necessary to support the activities listed herein.  The roles and responsibilities shall include but shall not be limited to the following issues relating to compliance and execution of the WORK.

8.1.1   Provides a single point of contact for all contractual issues including HSSE, quality, cost, people, and performance.

8.1.2   Accountable for all personnel provided by CONTRACTOR and the preparation of a RACI chart covering all personnel and attendant processes.

8.1.3   Responsible for instituting an engineering planning process that is compatible with COMPANY's System of Work (SoW).  This planning process should include but not be limited to, documents to be produced for the project such as the SoW document, the PFM guide book, the PFM generic field program, the information required to produce these documents and the timeframe within which these documents would be produced and finalized.

8.1.4   Ensures that all documentation pertaining to the CONTRACT is governed by a document control system where signing authorities will be described through the RACI process.  Electronic copies of all documentation are required and must be filed within COMPANY's system.

8.1.5   Ensures compliance to the project's SoW and PFM Programs as approved by COMPANY.

8.1.6   Promotes the agreed safety program and actively follows up on action plans.

8.1.7   Coordinates PFM activities to meet and exceed environmental standards outlined by CONTRACTOR and COMPANY.

8.1.8    Ensures adherence to all QA / QC procedures.

8.1.9   Ensures that personnel, material, and equipment are at the WORKSITE or shore base as agreed to by COMPANY.

8.1.10   Provides technical support for all projects and ensures that lessons learned are transferred.  Identifies potential problems and recommends solutions to maintain and improve the quality of service.

8.1.11   Review and approves PFM programs generated by the Project Engineer.

8.1.12   Attends all planning meetings for the project (risk assessment, SoW, section meeting, etc.) and ensures the transfer of pertinent information to all CONTRACTOR personnel involved in the performance of the WORK.

8.1.13   In the event COMPANY designs the fluids program, the Project Coordinator will be involved with the review, provide feedback, recommendations, and endorse the plan prior to execution.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022282

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**B. Fluids Services**

8.2     The Project DESC Engineer, if used, shall be competent in all required skill sets necessary to support the activities listed herein.  The roles and responsibilities shall include but shall not be limited to the following:

   8.2.1   Produces and updates the SoW document for the project.  This work shall includes all background engineering required to develop the generic field PFM program and the PFM guide book which will incorporate as a minimum the following:

   - area experience
   - formation damage
   - well bore stability
   - hydraulics - swab / surge calculations, ECD management
   - corrosion Monitoring and Management
   - fluid displacements from one fluid to another
   - logistics and rig constraints
   - commercial balance (cost benefit analysis)
   - cementing interface considerations
   - environmental controls
   - hole cleaning procedures including suggested gpm / max ROP and trip procedures
   - lost circulation procedures - including a decision tree for expected lost circulation root causes.
   - differentially stuck pipe-freeing procedures.

   8.2.2   Updates the project PFM guidebook.

   8.2.3   Generates PFM programs with reference to the PFM guidebook.  The PFM program will include the projected cost for drilling and completions of wells, material consumption, and other subject areas specified by COMPANY.

   8.2.4   Coordinates and distributes weekly PFM summaries and all other reports such as end of well recap, section reviews etc., to all relevant COMPANY personnel.  There shall be special emphasis on recommendations for continuous performance improvement, and feedback to maintain and update the PFM Basis of Design (BOD).

   8.2.5   Promotes the agreed safety program and actively follows up on action plans.

   8.2.6   Ensures adherence to all QA / QC procedures.

   8.2.7   Attends morning meetings, reviews all daily reports and ensures adherence to the PFM program.

   8.2.8   Tracks, reports, and benchmarks drilling, waste management, and solids control performance measures as per SPM performance score cards.  Pre-fills the SPM performance score cards prior to spudding the well and completes the SPM performance score cards at the end of each well.

8.3     The Lead Mud Engineer is the primary liaison with COMPANY and shall be competent in all required skill sets necessary to support the activities listed herein.

   8.3.1   Production of daily drilling fluids and treatment reports to API 13-G standards as a minimum, or as required by COMPANY.  This will be entered on COMPANY's DIMS / OpenWells reporting system or as specified.  A minimum of one complete fluid test

---

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022283

will be performed per 12 hour period – results of two tests will be recorded on the daily report. More frequent testing will be performed as necessary to maintain fluid specifications as established in the well plan.

8.3.2   Daily chemical and physical testing of drilling fluids and brines.

8.3.3   Making recommendations to COMPANY for continuous improvements as and when opportunities arise.

8.3.4   Making daily inventory checks and reconciling stocks, billing and credits at the end of the well.

8.3.5   Monitoring and assisting with the optimization of solids control equipment. If COMPANY puts in place a Third Party to fill this role, CONTRACTOR personnel will cooperate and assist as required.

8.3.6   Executing a corrosion monitoring and mitigation plan for the circulating system, pits, and drill string.

8.3.7   Accurately recording and documenting the solid and fluid waste streams produced from the well. CONTRACTOR rig site personnel will work proactively with COMPANY and Third Party personnel to minimize waste disposal volumes and costs.

8.3.8   Ensures that the fluid in the well (mud, drill-in fluid, brine, and spacers) is in the appropriate condition and used in the most effective manner.

8.3.9   Ensures that the agreed parameters as defined in the well PFM Program, approved by COMPANY, are carried out in a professional and cost effective manner.

8.3.10   Ensures that the goals of the PFM program are achieved while complying with all COMPANY's and CONTRACTOR's requirements regarding Quality, Health, Safety, and Environment (QHSE).

8.3.11   Promotes the agreed safety program and actively follows up on action plans.

8.3.12   Manages the personnel under his supervision.

8.3.13   Ensures adherence to all QA / QC procedures.

8.3.14   May supervise the PFM Compliance Engineer and the Mud Engineer and plans ahead for all fluids discharged from WORKSITE, as per environmental requirements and COMPANY guidelines

8.3.15   Monitors COMPANY's PFM waste stream management plan. This includes daily documentation of date, time, quantity, quality of material discharged, entry of solids control and waste management data into CONTRACTOR data base computer program for record keeping on the rig.

8.3.16   Monitors the material discharged. Ensures that the synthetic content of cuttings discharged on a daily and interval basis comply with and exceed environmental requirements and COMPANY guidelines.

8.3.17   Anticipates material movement, works closely with solids control personnel and mud engineer to reduce waste.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022284

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**B. Fluids Services**

8.3.18   Identifies potential problems and recommends solutions to maintain and / or improve the quality of service.

8.4   The PFM Compliance Engineer ensures that design parameters specified in the approved PFM program are obtained in a professional and cost effective manner.  Complies with and ensures that the personnel under their supervision comply with all COMPANY's requirements regarding Quality, Health, Safety, and Environment (QHSE).

8.4.1   Ensures all QA / QC procedures are completed prior to commencement of the WORK.

8.4.2   Monitors discharge of fluids per environmental requirements and COMPANY guidelines.  This includes daily documentation of date, time, quantity, and quality of material discharged.  Also included is daily entry of solids control and waste management data into CONTRACTOR's and COMPANY's databases.

8.4.3   Ensures that the materials discharged comply with environmental and COMPANY requirements.

8.4.4   Monitors synthetic oil base mud content of cuttings discharged on a daily and interval basis.

8.4.5   Anticipates material movement, liaises with solids control personnel and mud engineers to reduce waste.

8.4.6   Identify potential problems and recommend solutions to maintain and / or improve the quality of service.

8.4.7   Maintains and communicates the PFM weekly report to CONTRACTOR and COMPANY personnel.

8.4.8   Promotes the agreed safety program and actively follows up on action plans.

8.5   The Mud Engineers shall be competent in both drilling and completion skill sets.  The rig site mud engineering service provided will include, but not be limited to:

8.5.1   Production of daily drilling fluids and treatment reports to API 13-G standards as a minimum, or as required by COMPANY.  This will be entered on COMPANY's DIMS / OpenWells reporting system or as specified.  A minimum of one complete fluid test will be performed per 12 hour period – results of two tests will be recorded on the daily report.  More frequent testing will be performed as necessary to maintain fluid specifications as established in the well plan.

8.5.2   Daily chemical and physical testing of drilling fluids and brines.

8.5.3   Making recommendations to COMPANY for continuous improvement as and when opportunities arise.

8.5.4   Making daily inventory checks and reconciling stocks, billing and credits at the end of the well.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022285

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**B. Fluids Services**

8.5.5 Monitoring and assisting with the optimization of solids control equipment. If COMPANY puts in place a Third Party to fill this role, CONTRACTOR personnel will cooperate and assist as required.

8.5.6 Executing a corrosion monitoring and mitigation plan for the circulating system, pits, and drill string.

8.5.7 Accurately recording and documenting the solid and fluid waste streams produced from the well. CONTRACTOR rig site personnel will work proactively with COMPANY and Third Party personnel to minimize waste disposal volumes and costs.

8.5.8 Supervision, evaluation, and optimization of the PFM processes including personnel involved in PFM operations at the WORKSITE.

8.5.9 Manages and coordinates all PFM services including cost analysis at the WORKSITE.

8.5.10 Promotes communication between all parties involved with the PFM process.

8.5.11 Communicates the PFM program emphasizing goals and objectives to all personnel at the WORKSITE.

8.5.12 Performs solids control engineering to ensure optimum use of all solids control equipment including shale shaker screens at the WORKSITE.

8.5.13 Manages PFM services to prevent high treatment costs and / or unnecessary chemical usage.

8.5.14 Co-ordinates the shipping of material (chemicals and mud samples) to and from the WORKSITE. This will include packaging, dispatching, and documenting as required.

8.5.15 Maintains inventory and performs daily inventory checks of fluids, chemicals, and equipment at the WORKSITE.

8.5.16 Inputs and updates all applicable sections within the SPM tool on a daily basis.

8.5.17 Produces the daily drilling fluid reports, PFM and completion fluid reports in a timely and professional manner.

8.5.18 Prepares daily and monthly reporting of all fluids and cuttings discharged from facilities.

8.5.19 Performs all necessary environmental and COMPANY compliance testing and reporting.

8.5.20 Performs daily sampling, chemical and physical testing of drilling fluid.

8.5.21 Performs static sheen test weekly or any time large quantities of mud are discharged.

8.5.22 Monitors well-bore stability and hole conditions and makes daily recommendations for continuous performance improvement.

8.5.23 Recommends the use of drilling and tripping practices, as agreed in the SOW.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022286

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**B. Fluids Services**

8.5.24   Manages all completions activities including well-bore displacement clean-up, tool make-up, tool operation, packer fluid, and pill construction.

8.5.25   Ensures the transfer of lessons learned from WORKSITE to shore based team.

8.5.26   Participate in the rig S.T.O.P. program or equivalent.

8.5.27   Leads daily safety meeting regarding applicable aspects of the PFM services and equipment.   Documents meeting and topics discussed on the mud check report every morning.

8.5.28   Attends daily safety meeting and pre-tour meetings with COMPANY Representative, Toolpusher, and other Contractors.

8.5.29   Performs and documents weekly safety audit of PFM operation.

8.5.30   Monitors the oil content and total volume of shipped cuttings if required. Implements, supervises, and optimizes procedures for tracking volumes of oil / mud recovering systems.

8.6   The Completion Engineers shall be competent in both completion and drilling skill sets.  The rig site completion engineering service provided will include, but not be limited to:

8.6.1   Supervision, evaluation, and optimization of the fluid processes including personnel and equipment involved in completion operations at the WORKSITE.

8.6.2   Manages and coordinates all completion fluid services including cost analysis at the WORKSITE.

8.6.3   Promotes communication between all parties involved with the completion process.

8.6.4   Communicates the completions program emphasizing goals and objectives to all personnel at the WORKSITE.

8.6.5   Performs fluid filtration supervision to ensure optimum use of the filtration unit equipment and personnel at the WORKSITE.

8.6.6   Manages completion services to prevent high treatment costs and / or unnecessary chemical usage.

8.6.7   Co-ordinates the shipping of material (chemicals and brine samples) to and from the WORKSITE.  This will include packaging, dispatching, and documenting as required.

8.6.8   Maintains inventory and performs daily inventory checks of completion fluids, chemicals, and equipment at the WORKSITE.

8.6.9   Inputs and updates all applicable sections within SPM tool on a daily basis.

8.6.10   Produces the daily completion fluid reports in a timely and professional manner.

8.6.11   Prepares daily and monthly reporting of all completion fluids and cuttings discharged from facilities.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022287

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**B. Fluids Services**

8.6.12   Performs all necessary environmental and COMPANY compliance testing and reporting.

8.6.13   Performs daily sampling, chemical and physical testing of completion fluid.

8.6.14   Performs static sheen test weekly or any time large quantities of fluid discharged.

8.6.15   Manages all completions activities including well-bore displacement clean-up, tool make-up, tool operation, packer fluid, spacers and pill construction.

8.6.16    Ensures the transfer of lessons learned from WORKSITE to shore based team.

8.6.17   Participate in the rig S.T.O.P. program or equivalent.

8.6.18   Leads daily safety meeting regarding applicable aspects of the completion fluid services and equipment.   Documents meeting and topics discussed on the completion fluid check report every morning.

8.6.19   Attends daily safety meeting and pre-tour meetings with COMPANY Representative, Toolpusher, and other Contractors.

8.6.20   Performs and documents weekly safety audit of completion operations.

8.6.21   Monitors the oil content and total volume of shipped waste if required.  Implements, supervises, and optimizes procedures for tracking volumes of oil / brine recovering systems.


**9.0  CONTRACTOR'S EQUIPMENT**

9.1   CONTRACTOR's comprehensive listing of equipment and specifications to be used in connection with the WORK is described in Clause 11 of Section 3.


9.2   CONTRACTOR shall be responsible at its own cost for the stock control, maintenance and servicing of its equipment supplied for the WORK and shall ensure that sufficient spares and back up tools are available for all normal maintenance requirements and to meet any reasonably foreseeable contingency.


9.3   COMPANY shall have the right to inspect CONTRACTOR's equipment, spares, and supplies at any time to observe their condition and to ensure that no deficiencies exist therein.  Such inspection by COMPANY shall not imply any acceptance of the condition of the said equipment, spares, and supplies provided by CONTRACTOR and CONTRACTOR shall not be relieved of its obligations under this CONTRACT by any such inspection.


9.4   All packaging shall be of suitable quality to withstand adverse weather conditions. COMPANY shall have the right to reject any equipment deemed unsuitably packaged for the conditions or where the packaging is of poor quality.  The equipment shall be returned to CONTRACTOR at CONTRACTOR'S cost.


**10.0  EQUIPMENT LIST AND SPECIFICATIONS**

CONFIDENTIAL
Business Confidential

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**B. Fluids Services**

10.1 The following list identifies the primary Solids Control and Waste Management equipment and the specification that shall be supplied by CONTRACTOR as may be requested by COMPANY.

10.1.1 Dryer System:  Only vertical units verified to be able to handle one hundred and twenty five percent (125%) of the maximum expected cuttings and fluids from the well discharge and produce a cutting discharge ROC of less than four percent (4%).

10.1.2 Cuttings Transfer System from Shakers to Dryer:  Engineered augers, vacuums, or pneumatic transfer equipment verified to be able to handle 125% of the maximum expected cuttings and fluids from the well discharge with a proven verified continuous discharge capability.

10.1.3 High Speed / High Volume Centrifuge: Variable speed centrifuge capable of minimum 500 g forces to a maximum of 3,000 g forces, with a mechanical solids process of about 200 GPM of drilling mud.

10.1.4 Orbital or Elliptical motion Shakers: Stand alone or integrated units with no less than 2.5 g force and minimum screening area of 20 sq ft per unit.  Each unit must be capable of handling up to 80 mesh screens and process a minimum of 350 gpm 15 ppg EMW at 120 degrees F.

10.1.5 Linear Motion Primary Shakers: Linear motion machine capable of up to 6.5 g's with a screening area of no less than 30 sq. ft. and capable of decline to negative 1 degree and positive 5 degrees and ability to screen fluid with no loss over basket weir at a minimum of 300 gpm flow rate of 15 ppg EMW at 120 degrees F.

10.1.6 Triple Deck Shaker: Shaker must have 3 decks capable of running in parallel or series mode for LCM recovery, must be able to return discard material from second screen to active system in LCM recovery mode.

10.2 Typical use of solids handling and transfer equipment to meet the environmental regulations:

- 100 HP Vacuum system
- Cuttings dryer package
- Continuous feed system
- HS / HV Centrifuge package
- 14", 12" auger systems with all safety components
- Personnel

## 11.0 PERFORMANCE MEASUREMENT

11.1 The intent of the CONTRACT is for CONTRACTOR to deliver excellent performance and continuous improvement throughout the CONTRACT period.  Key Performance Indicators (KPIs) as set forth below are to be used to manage CONTRACTOR's performance in Drilling Fluids, Completion Fluids, and Waste Management.  At the start of the CONTRACT, COMPANY and CONTRACTOR shall agree on the targets for these KPIs measured against the delivery of the WORK.  Targets shall be set to encourage the delivery of continuous improvement.  CONTRACTOR shall supply all information required for the standard COMPANY reporting system.  CONTRACTOR shall complete performance data score cards for every well, as detailed on COMPANY SPM website.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022289

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**B. Fluids Services**

11.2   KPI for <u>Drilling Fluids</u>:

11.2.1   Proactive safety input per 200,000 man-hours

11.2.2   Actual versus planned cost, with adjustments for any scope change.

11.2.3   Actual cost per 10,000 feet

11.2.4   Consequential NPC as a percent of actual cost

11.2.5   Total weighted objectives met versus set.

CONTRACTOR will select from COMPANY's SPM tool and COMPANY shall approve the following drilling fluids objectives, which cover forty percent (40%) of the well performance objectives. The remaining sixty percent (60%) of the well performance objectives will be selected from the balance of the performance objectives contained within COMPANY's SPM tool.

(a)   Consequential NPT less than seven and a half percent (7.5%) of the drilling NPT from DIMS

(b)   Drilling Performance: Down-hole mud losses to the formation to be no greater than those in the fluids program.

(c)   Drilling performance: Produce stable and clean hole for the specified hole sections measured by the ability to run casing to section depth first time and within planned time for the running of the casing.

(d)   Drilling Performance:  No stuck pipe due to either hole cleaning or instability problems.

11.3   KPIs for <u>Completion Fluids</u>

11.3.1   Proactive safety input per 200,000 man-hours

11.3.2   Actual versus planned cost, with adjustments for any scope change.

11.3.3   Actual versus planned operating time

11.3.4   Direct NPT as percentage of operating time

11.3.5   Total weighted objectives met versus set.

CONTRACTOR will select from COMPANY's SPM tool and COMPANY shall approve the following completions fluids objectives, which cover forty percent (40%) of the well performance objectives.  The remaining sixty percent (60%) of the well performance objectives will be selected from the balance of the performance objectives contained within COMPANY's SPM tool.

(a)   Rig site engineers of the required competence and quality available for the job.

(b)   Actual rig time to displace to completion fluids and clean the well to the programmed standard <= P50 planned time

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022290

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**B. Fluids Services**

   (c) No COMPANY agreed supplier related NPT

   (d) Completion fluid and well cleaned to completion program.

11.4 KPIs for <u>Waste Management</u>

  11.4.1 Proactive safety input per 200,000 man-hours

  11.4.2 Actual versus planned cost, with adjustments for any scope change.

  11.4.3 Actual cost per day

  11.4.4 Direct NPT as percentage of operating time

  11.4.5 Total weighted objectives met versus set.

    CONTRACTOR will select from COMPANY's SPM tool and COMPANY shall approve the following waste management objectives, which cover forty percent (40%) of the well performance objectives. The remaining sixty percent (60%) of the well performance objectives will be selected from the balance of the performance objectives contained within COMPANY's SPM tool.

   (a) Rig-site engineers of the required competence and quality available for the job.

   (b) Waste Management system allows drilling at agreed system designed ROP excluding weather.

   (c) No wells team agreed product line NPT.

   (d) All planned maintenance done as per plan.

11.5 COMPANY and CONTRACTOR shall hold regular reviews, as agreed to by the PARTIES for their respective SPUs, to review performance against targets by well, operating unit (Field) and overall performance. COMPANY may re-allocate WORK based on performance. CONTRACTOR shall pre-fill the SPM score card prior to spudding the well with approval from COMPANY drilling engineer on objectives and their relative weighting. The objectives shall be tracked with the PFM weekly report. The SPM score card shall be submitted to COMPANY within fourteen (14) days of completing the well.

11.6 In addition to the prescribed set of KPIs and Weighted Objectives, each SPU is expected to have additional specific KPI requirements that shall be identified which would become part of their respective CONTRACT.

**12.0 PREVENTATIVE MAINTENANCE**

12.1 CONTRACTOR shall have a documented preventative maintenance plan for each piece of powered and non-powered equipment.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022291

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**B. Fluids Services**

12.2 COMPANY or designated COMPANY REPRESENTATIVE will review CONTRACTOR's preventative maintenance plan and schedule. The review will verify compliance to contractual requirements.

12.3 Preventative maintenance program shall include but not be limited to:

- Regularly scheduled inspection and maintenance procedures.
- Pre-Job equipment check.
- Post-Job equipment check.
- Performance standards.

**13.0   ADDITIONAL GENERAL INFORMATION RELATIVE TO SPECIFIC SPUS**

13.1  Gulf of Mexico

13.1.1  Drilling Fluids

(a)   CONTRACTOR shall be required to perform the following functions:

(i)    follow COMPANY Salt Exit Strategy.

(ii)   CONTRACTOR shall record product usage/inventory, mud type, mud weight, footage drilled, bit O.D., surface discharges, other discharges and maximum fluid discharge rate, on a daily basis.

(iii)  CONTRACTOR shall supply and maintain mercury and cadmium certificates of analysis with each shipment of barite to be submitted to COMPANY at the end of each well.

(iv)   CONTRACTOR shall supply and maintain synthetic base oil stock limitation certificates identifying polynuclear aromatic hydrocarbon content, base oil 10 day sediment toxicity and, 275 day biodegradation rate for each shipment of synthetic base oil at the rig-site to be submitted to COMPANY at the end of each well.

(v)    CONTRACTOR shall maintain calibration certificates for retort, triple beam balance, thermometer, JP tubes, balance weights and maintain purity certificates 1% NIST Crude and IPA at the rig-site to be submitted to COMPANY at the end of each well.

(vi)   CONTRACTOR shall monitor and record refrigerator temperature daily when maintaining samples in refrigerator.

(vii)  CONTRACTOR shall monitor and record percent ROC (retention on cuttings) every 500 feet maximum 3 times per day, static sheen analysis on all discharged fluids and cuttings weekly.

(viii) CONTRACTOR shall supply and maintain GC/MS certification of no formation oil contamination prior to drilling to be submitted to COMPANY at the end of each well.

(ix)   CONTRACTOR shall monitor formation oil content in SBM either using GCMS analysis or RPE test weekly when discharging.

CONFIDENTIAL
Business Confidential

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**B. Fluids Services**

(x) CONTRACTOR shall monitor contamination of drilling fluids using GCMS analysis. CONTRACTOR may perform analysis at CONTRACTOR laboratory or send samples to COMPANY approved laboratory.

(xi) CONTRACTOR shall sample and submit for toxicity analysis (Aquatic and Sediment toxicity), samples of drilling fluid to COMPANY approved laboratory.

(xii) CONTRACTOR shall monitor and record mud, cuttings, cement (at the sea floor) source water, and sand using visual sheen and static sheen analysis.

(xiii) CONTRACTOR shall segregate all spent laboratory chemicals into an approved DOT waste container and maintain a COMPANY Hazardous Waste Generation Log for all spent fluids laboratory chemicals.

(xiv) CONTRACTOR shall submit copies of all monitoring and measurement records to COMPANY at the end of each well.

(xv) CONTRACTOR shall supply operating staff that have been adequately trained to perform discharge monitoring and waste handling duties as required by COMPANY.

### 13.1.2 Completion Fluids

(a) CONTRACTOR shall perform the following functions:

(i) Static sheen analysis on each type of fluid discharged, daily when discharging.

(ii) CONTRACTOR shall sample and submit, for oil and grease analysis, samples of each type of fluid discharge to COMPANY approved laboratory.

(iii) CONTRACTOR shall perform static sheen or visual sheen analysis on diatomaceous earth filter media, daily when discharging.

(iv) CONTRACTOR shall submit copies of all monitoring and measurement records to COMPANY at the end of each well.

(v) For those fluids intended to discharge, CONTRACTOR shall provide a fluid free of priority pollutants.

(vi) CONTRACTOR shall supply operating staff that have been adequately trained to perform discharge monitoring and waste handling duties as required by COMPANY.

(a) CONTRACTOR is responsible for:

- brine weight at their shore base at +/0.1 ppg, -/0.0 ppg.

- brine clarity of less than 20 NTU and un-dissolved solids content less than 0.1%.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022293

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**B. Fluids Services**

- ensuring boat tanks are satisfactory clean and isolated prior to loading completion fluids.

- designing and testing all spacers at 40 degree Fahrenheit and maximum bottom hole temperatures as required by COMPANY.

13.1.3  Waste Management

CONTRACTOR acknowledges that waste management equipment could be provided by a Third Party, which CONTRACTOR would be expected to supervise and manage.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022294

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**C. Well Placement**

# C. Well Placement

## 1.0 THE WORK

1.1 The WORK shall specifically comprise CONTRACTOR's provision of management, engineering, supervision, labor, plant, equipment, and materials at onshore and offshore locations to support COMPANY's operations.

1.2 CONTRACTOR shall provide directional drilling, MWD/LWD and mudlogging services comprising of: engineering, well planning, operations management, and support services together with drilling, surveying, survey management and data acquisition activities necessary for the satisfactory performance of the WORK. Notwithstanding this, COMPANY expectations are that the combined services shall help deliver the most cost effective, top quartile data acquisition and well-bores. The WORK shall comprise the principal following services:

- Directional Drilling
- Rotary Steerable Services
- Specialist Rental Tools
- Measurement while Drilling (MWD)
- Logging while Drilling (LWD)
- Directional Drilling Engineering (Well Planning and Drilling Optimization)
- Survey Management (IFR, CA Corrections, DB Management)
- Engineering Support and Services (NDS, Pore-pressure Modeling, Geological Steering)
- Mud Logging

1.3 COMPANY has a program comprising development, appraisal, and exploration drilling projects. The wells will include vertical, directional, and horizontal/ERD drilling.

1.4 The provision, utilization, and management of the WORK shall be the sole responsibility of CONTRACTOR always accepting that CONTRACTOR shall meet the requirements of the Scope of WORK. The WORK shall be provided in accordance with the service specific statement of technical requirements stated in this Detailed Scope of Work.

1.5 CONTRACTOR shall liaise with, and ascertain from COMPANY, all forward programming and planning information for COMPANY's drilling operations to enable CONTRACTOR to provide all the resources required to meet its obligations under the CONTRACT. CONTRACTOR shall be solely responsible for ensuring that personnel, equipment, and all other items are provided so that no disruption occurs to the drilling operation.

1.6 CONTRACTOR shall provide all of the Technical Support Service related to the WORK which shall include provision of competent Technical Support Engineers and operationally experienced Field Engineers and Operators as required to execute the WORK.

1.7 CONTRACTOR shall provide an organization to plan, monitor, and optimize the performance of the WORK in full compliance with the requirements of COMPANY. CONTRACTOR shall ensure optimal utilization of equipment, for example, equipment shall be back loaded at the earliest opportunity if no longer required. CONTRACTOR shall render all assistance to COMPANY in this regard. Nevertheless, equipment shall only be shipped and back loaded with the prior consent of COMPANY. COMPANY may elect to measure the effectiveness and benefits of actions taken as part of a Performance Management System.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022295

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**C. Well Placement**

1.8 Upon receipt of a request from COMPANY, CONTRACTOR shall provide or procure the requested tool, equipment, spare, or material available for transport by the mutually agreed specified time. Where CONTRACTOR cannot supply such tools, equipment, spares, or materials from its own inventory, it shall offer to COMPANY an alternative tool, equipment, spares or materials at contracted rates.

1.9 Where appropriate, CONTRACTOR is responsible for providing all necessary protection against the weather elements, mechanical protection, handling equipment, and appropriate transportation baskets.

1.10 An up to date inventory and utilization report of all equipment is required at all times and shall be available for inspection by COMPANY as and when requested. This inventory shall be maintained on a well by well basis, reported on monthly and shall be submitted to COMPANY to receive payment for services.

1.11 Inspections done by a third party inspection company must be accepted and approved by COMPANY. All inspections shall be in accordance with COMPANY's field inspection procedures. A specific set of inspections for MWD Tools and Mud Motors shall be produced by CONTRACTOR. CONTRACTOR shall provide inspection criteria and acceptance/rejection criteria to evaluate inspections.

1.12 COMPANY reserves the right to assign its own Third Party Inspectors to review daily operations or to witness tool break-down during failure investigations or following reports of running tools out of specification.

1.13 The WORK will be conducted in a safe and cost effective manner as described more fully herein.

1.14 COMPANY will not specify equipment lists for the performance of the WORK, nor will it prescribe the techniques that shall be used to perform the WORK. It is the intention that techniques used will be jointly developed and agreed by COMPANY and CONTRACTOR.

1.15 CONTRACTOR shall seek out expertise from within CONTRACTOR's organization, COMPANY's organization, and from Third Parties to enable CONTRACTOR to maximize drilling performance.

1.16 CONTRACTOR shall have in place or set up a program to provide 24 hour technical support, in order to have immediate response to problems arising in operations.

1.17 CONTRACTOR shall provide a process for accessing its local engineering resources and shall analyze the data both at the WORKSITE for real-time decision making and subsequently in the office to achieve a systematic improvement in performance, specifically with respect to drill string dynamics.

1.18 CONTRACTOR will be required to co-operate and work closely with other service providers during the project. In particular this may include working with the Drilling Contractor, and providers of Drilling Fluid, Cementing, and Electric Line services.

1.19 Where applicable, all relevant COMPANY specialists, technologies, and IT facilities shall be made available to CONTRACTOR to facilitate this process. Such assistance shall be provided at the sole discretion of COMPANY but shall not be unreasonably withheld.

1.20 CONTRACTOR is required to submit a detailed recommendation on equipment requirements and specifications to execute the WORK for each hole section, justifying said

CONFIDENTIAL
Business Confidential

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**C. Well Placement**

recommendation with the exact specifications and quantities of tools required for each of the possible hole sections.  That recommendation shall be inclusive of CONTRACTOR's equipment and relevant Third Party equipment required to successfully execute the WORK.

1.21  CONTRACTOR shall proactively monitor, evaluate, and promote the use of new technology where appropriate, especially with regard to the application of drill string dynamics and reaming while drilling, real-time automated drilling systems and communications, high tier rotary steerable, and formation evaluation technologies.

1.22  Any new developments and/or innovations in equipment or processes which could improve the operations shall be proposed by CONTRACTOR to COMPANY.  The application of any such new development or technology shall be the subject of an amendment and must be approved by COMPANY regional or Global Sector Specialist prior to implementation.

1.23  CONTRACTOR will only propose alternative equipment and services at the WORKSITE on the understanding that it has previously approached COMPANY (Global Sector Specialist or local Specialist where available) and received written acceptance to a rate for the inclusion of such equipment or services in the CONTRACT and to be provided upon signing of an Amendment to this CONTRACT by the Parties.  It is incumbent upon CONTRACTOR to proactively advise COMPANY of new equipment and services for inclusion in the CONTRACT.

1.24  COMPANY reserves the right to procure equipment and services from a Third Party if in COMPANY's opinion CONTRACTOR's equipment or service does not meet the specifications required for performing the WORK.

1.25  Following well operations, CONTRACTOR shall operate a post-analysis review of well performance so that lessons learned are fed back into the plans for the next section of the well.  Refer to Reporting and Record Keeping Clause 12 of Appendix 5 herein.

1.26  COMPANY reserves the right to audit CONTRACTOR facilities against their own Quality Management system to ensure compliance.  This will include yet not be limited to HSSE, Operations, R&M & Quality (facilities, systems, calibrations (depth in particular) & workshops), HR (Competency), Legal, Finance, Sales and Tendering and Asset Management.  The audit will be an open, jointly owned process between CONTRACTOR and COMPANY and all findings / observations will be shared between both organizations.

1.27  Operations shall be conducted in accordance with a standard set of joint operating procedures (JORPS) which either:

- Have been jointly developed by COMPANY and CONTRACTOR, or
- Shall be jointly developed by COMPANY and CONTRACTOR.

In the case above where CONTRACTOR does not have an approved JORPS in place with COMPANY, CONTRACTOR shall provide the WORK for COMPANY on a probationary status but shall be required to establish and complete JORPS within six (6) months of the EFFECTIVE DATE OF CONTRACT.

**2.0  PERSONNEL**

2.1  CONTRACTOR shall provide the following dedicated personnel for each SPU:

- SERVICES COORDINATOR (DD, MWD, LWD, SURVEYING, Mud Logging).
- DESC ENGINEER (Directional Drilling Engineering / Well Planning).

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022297

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**C. Well Placement**

COMPANY and CONTRACTOR may agree to reduce the numbers of the above.

2.2　CONTRACTOR shall provide a local SERVICES COORDINATOR who is to be accountable for the performance of all personnel provided by CONTRACTOR. They are expected to provide a single point of contact for all contractual issues, HSSE performance, and for all issues relating to compliance and execution of the WORK. This position can be split into an MWD/LWD, MUD LOGGING, and DD SERVICES COORDINATOR should volume of work dictate.

2.3　In support of this role, the SERVICES COORDINATOR shall be responsible for setting up an engineering planning process for COMPANY that is compatible with the system within COMPANY.

2.4　CONTRACTOR shall provide all of the Technical Support Service related to the WORK which will include provision of Technical Support Engineers and operationally experienced Field Engineers and Operators as required to execute the WORK. Personnel and support services shall be located in proximity to the operations and at locations agreed with COMPANY. Should CONTRACTOR be unable to fully support services from these locations CONTRACTOR shall identify the exceptions and provide details of alternative support services offered to enable CONTRACTOR to satisfactorily perform the WORK.

2.5　In the case of new technology equipment, CONTRACTOR is required to demonstrate adequate training and experience for assigned personnel. Where appropriate, development engineers shall provide support for the WORKSITE engineers.

2.6　PERSONNEL UTILIZATION

2.6.1　Utilization and number of personnel employed on any part of the WORK shall be at the discretion of CONTRACTOR but shall be sufficient to perform the WORK in an efficient, effective manner while complying with local HSSE regulations for maximum working hour limits. Additional personnel may be provided at the WORKSITE as and when required by CONTRACTOR for operational or other reasons. Any personnel requirement additional or otherwise shall be agreed in advance with COMPANY and its Rig-site Representative.

2.6.2　The crew change rotation schedule for the offshore personnel shall be agreed by COMPANY and CONTRACTOR and adhered to, with only COMPANY approved personnel being included in the rotation schedule.

2.6.3　CONTRACTOR shall, if applicable to this CONTRACT, employ local labor subject to availability and suitability of qualifications and experience. CONTRACTOR shall comply with all relevant governmental rules, regulations, and instructions with respect to the employment of local labor. All local employees shall undertake suitable induction training and work orientation and be familiarized with the HSSE aspects of their work.

2.7　C0MPANY APPROVAL

2.7.1　The experience of all personnel to be used for the WORK shall be agreed with COMPANY before assignment to COMPANY operations. Curriculum Vitae of proposed lead personnel to be used in COMPANY operations shall be approved by COMPANY prior to commencement of the job and only the personnel therein described shall be employed in the performance of the WORK. If CONTRACTOR wishes to employ personnel not listed therein then CONTRACTOR shall obtain

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022298

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**C. Well Placement**

COMPANY's prior approval.  Applications for any substitution of personnel shall be made to COMPANY's WORKSITE Representative in advance and shall be accompanied by detailed curriculum vitae relating to the proposed replacement personnel.

2.7.2   Depending on the nature and complexity of the WORK, CONTRACTOR may be required to provide, on request, personnel who work as embedded members of COMPANY wells team.  This team is responsible for the planning and successful delivery of COMPANY drilling basis of design.  Such a commitment may be required some time ahead of the spud date.  CONTRACTOR shall not rotate personnel in this type of office position.

Individuals required may include a Directional / Well Planning Engineer, LWD Desk Engineer/Coordinator, Drilling Optimization Specialist, Log Analyst.

2.7.3   CONTRACTOR shall provide further assurance that the WORKSITE personnel, who spend time planning in the office and attend all the pre-spud briefings, are continuously available through the drilling phase of the project.

2.7.4   To ensure continuity and operational learning, CONTRACTOR personnel assigned to a rig shall not be replaced without COMPANY agreement.

2.8   CONTRACTOR, with approval from COMPANY, shall develop and deploy a program, to maximize savings in personnel at the offshore WORKSITE by multi skilled staff members and thereby reducing the number of personnel required to a minimum.  Such personnel reductions shall not at any time compromise safety or efficiency.  COMPANY shall, wherever possible, (but at COMPANY's sole discretion) provide offshore transportation and accommodation for CONTRACTOR's trainee personnel to facilitate ongoing training development at the WORKSITE.

2.9   All offshore/onshore operations personnel shall be trained in a recognized Safety Observation Program.  In addition supervisors shall be capable of performing Safety Observation Conversations (SOCs) of CONTRACTOR tools, equipment, and operations.  All CONTRACTOR personnel shall participate in COMPANY sponsored offshore/onshore safety initiatives and safety meetings.  They are also encouraged to lead safety meetings, job risk assessments, and toolbox talks.

2.10   All offshore personnel shall have a "Passport" or similar record assigned to them detailing:

- Offshore Medical Certificate
- Offshore Survival Certificate including HUET
- Technical/operational training
- Experience level
- Safety training- SOC, STOP, FOCUS
- Drilling Contractor's Permit to Work system
- Risk Assessment training
- Manual handling training
- Fire fighting

2.11   Prior to starting work on any new rig, irrespective of whether the engineer has worked on other COMPANY installations, CONTRACTOR personnel shall be thoroughly inducted into the ways of working on the rig and also the technical issues associated with the WORK on the rig.  It shall be the responsibility of CONTRACTOR to provide this induction.  The process should include an induction pack, the Basis of Design for the project / program and thorough

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022299

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**C. Well Placement**

briefing on the program of work to be carried out.  COMPANY reserves the right to test this understanding through a competency assessment.

2.12 COMPANY may ask CONTRACTOR's personnel to perform the WORK at the WORKSITE or any other places other than location stated above as instructed by COMPANY in writing These shall include but not be limited to the following:

- Technical Limit Workshops
- Crew Engagement Sessions
- Team Building Events
- Well Pre-Spud Meetings

2.13 The SERVICES COORDINATOR shall have a CONTRACTOR supplied computer, complete with CONTRACTOR software, for all directional planning, drill string design and log interpretation.

2.14 CONTRACTOR's WORKSITE based Directional Drilling and MWD/LWD Engineers shall have a CONTRACTOR supplied computer, complete with CONTRACTOR software for drill string equipment inventory management, well-bore survey calculations, ant-collision analysis, BHA analysis and prediction and LWD log data QC and interpretation.

2.15 Cross Trained Engineers are individuals who have current competencies in both LWD/MWD and Directional Drilling disciplines, enabling the rationalization of personnel at the WORKSITE into two cross trained engineers.

2.16 ROLES AND RESPONSIBILITIES

2.16.1 Specific Roles and Responsibilities for SERVICES COORDINATOR include:

(a) Producing a Basis of Design (BOD) document for the project which covers all background engineering required to put in place the generic field program.  It shall cover previous area experience, relevant options, logistics, rig constraints, commercial balance, interface considerations and environmental controls with complementary or conflicting services or activities, development of recommended practices and procedures including a risk weighted decision tree and detailed optional procedures.  The BOD document shall be required to be approved by COMPANY Representative.  Individual well programs shall be written with reference to the BOD Document, the DWOP (Drilling & Well Operations Policy) manual and Engineering and Group Technical Practices;

(b) Producing for all wells a cost estimate for the WORK for inclusion in COMPANY's Approval for Expenditure (AFE).  Back up engineering shall be available to validate the proposal.  All such estimates shall include all associated costs for the project.

(c) Being an active part of COMPANY's project execution team.  This shall involve attending planning meetings.  Cooperative working relationships are expected and shall be maintained with other contractors and service providers.

(d) Holding a peer review of the planning and the final Basis of Design or program as appropriate with CONTRACTOR's personnel of suitable technical standing.

(e) Producing combined service End of Well Reports with recommendations for continuous performance improvement, problem description/analysis and cost analysis.

CONFIDENTIAL
Business Confidential

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**C. Well Placement**

(f) Monitoring and controlling projected and actual equipment utilization on the project against the projected costs and requirements. The Services Coordinator shall advise COMPANY Representative in advance of any likely breach of the forecast cost.

(g) Implementing a system for tracking variations from expected WORK levels and producing recommendations for future avoidance.

(h) Undertaking rig visits on an ad-hoc basis but as a minimum once per well for single well programs and a minimum of two times per year for multi well projects. The purpose of the visit shall be ensuring that CONTRACTOR's personnel are working in a safe and efficient manner. The findings of these inspections shall be shared with COMPANY REPRESENTATIVE.

(i) Coordination of all CONTRACTOR's personnel movement to and from the rig site. Keeping records of personnel hours worked per week on COMPANY's business. Records of this shall be provided once per month to COMPANY Representative.

(j) Adherence to COMPANY's specific directional drilling & well bore survey procedures.

(k) Drilling performance optimization recommendations.

(l) Providing updates to formation evaluation logs as required.

2.16.2 General responsibilities of CONTRACTOR's WORKSITE Personnel (DDs and MWD/LWD engineers) shall include, but not necessarily be limited to:

(a) Performing visual checks of all equipment, tubular goods, and connections prior to running. When a CONTRACTOR Representative is on location this check shall be performed in conjunction with the nominated COMPANY supervisor.

(b) Ensuring that all power units and general make-up equipment are functioning correctly, before the tubular running operation begins.

(c) Advising on the positioning of make-up and break-out rig tong system in conjunction with driller/rig crew.

(d) Advising on the setting of elevators and slips on equipment in conjunction with the driller/rig crew.

(e) Observing rig crews and drillers operating equipment to ensure safe and efficient deployment of equipment.

(f) Applying torque to limits set by COMPANY with respect to values such as speed.

(g) Determining acceptability of make up and break out of connections.

(h) Advising on any equipment to be laid out for repairs or damage.

(i) Conducting ad hoc audits in conjunction with COMPANY supervisors.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022301

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**C. Well Placement**

(j) Providing a written report on each job and data set to COMPANY's requirements; highlighting any difficulties, problem areas, points of concern or deviations from procedure.

(k) Attending pre-job safety or operational learning sessions, or other meetings with COMPANY's other contractors and COMPANY Representative at the location.

(l) Being involved in the safety management systems, including incident and accident reporting, of COMPANY's Drilling Contractor and COMPANY as they affect the WORKSITE.

(m) Taking due care and attention to the safety of others and themselves when on location and comply with all health, safety, security, and environmental requirements.

(n) Monitoring and recording real time and memory LWD and directional data and prepare data files and print outs while drilling to COMPANY's requirements.

(o) Ensuring full compliance with any agreed COMPANY Communications Protocol - informing the well site geologist and key drilling personnel in a timely manner of any operation or condition that may have a bearing on operations (such as equipment failures, safety issues, unexpected log responses, hydrocarbon indications etc.).

(p) Producing reports detailing daily and cumulative cost, operational performance, and equipment utilization.

(q) Making recommendations as to the optimization of CONTRACTOR equipment and monitor its performance unless COMPANY puts in place a Third Party whose specific job it is to do this. Under these circumstances CONTRACTOR shall work in co-operation with this Third Party.

(r) Providing guidance to the Drilling Contractor, COMPANY, or other Third Party as to the hazardous nature of CONTRACTOR's equipment, service, or activity specific hazards that are to be used.

2.16.3   CONTRACTOR may be required to provide a dedicated DESC engineer (Drilling Engineering Servicing Client)  focusing on Directional Drilling Engineering, Well Planning and Survey Management activities to support the WORK. The DESC will be based in either COMPANY's or CONTRACTOR's office at COMPANY discretion.

2.16.4   Specific Roles and Responsibilities relating to Directional Drilling Engineering, Well Planning and Survey Management (DESC) shall include, but not necessarily be limited to:

(a) Computation of well-bore trajectory to meet criteria requested by COMPANY geology, reservoir engineering and drilling departments including target sizing, selection and boundary conditions.

(b) Anti-Collision scanning of trajectory design against adjacent wells on platform, geological structure, and field. This includes all development, exploration, and appraisal wells that have definitive surveys. Although CONTRACTOR has risk models that are internationally accepted, all collision risk shall be generating using COMPANY supplied models and sanctioned software systems, and comply with all Strategic Performance Units specified regulations. Well-bore

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022302

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**C. Well Placement**

anti-collision & conductor slot utilization will fully comply with the Group Practice for Directional Drilling and Surveying (GP 10-05) using COMPASS or COMPANY approved alternative system to perform any pertinent engineering analysis.

(c) Torque and Drag calculations to be supplied as requested by COMPANY and mandatory for all directional wells drilled.

(d) Hydraulic modeling of all BHAs (Bottom Hole Assemblies) to ensure adequate hole cleaning, bit hydraulics, and total pressure drop requirements are met.

(e) Magnetic Modeling of all BHAs shall be done to ensure adequate magnetic environment for accurate well-bore surveying.

(f) Vibration analysis is done to facilitate the smooth operation of BHAs downhole in order to maximize rates of penetration and avoid down-hole tool failures.

(g) Preparation of drilling and structure maps for posting in COMPANY offices and WORKSITE such as spider plots, traveling cylinder plots, plan and vertical section views.

(h) BHA recommendations.

(i) Tracking, reporting, and benchmarking of Directional Drilling Performance Measures, as required in Clause 12 of this document.

(j) Report directional drilling & survey data on COMPANY data-store (Currently EDM/COMPASS).

(k) Ensuring that for one-off wells, the same basic considerations are taken into account and documented in all COMPANY's operations.

(l) The use of risk based engineering in preparing the Basis of Designs, individual well program and all associated engineering. The results of such risk based engineering shall be documented.

(m) Being part of COMPANY's project execution team. This shall involve attending planning meetings. Cooperative working relationships are expected and shall be maintained with other contractors and service providers e.g., No Drilling Surprises and Technical Limits meetings.

(n) Making recommendations for continuous performance improvement.

2.16.5 The specified role and responsibilities of the SERVICES COORDINATOR and DESC may be reassigned by an SPU, particularly as the SERVICES COORDINATOR position may be split or the DESC may take on additional coordination responsibilities. It is an expectation of COMPANY that independent of assignment the activities detailed above shall be completed, yet can be managed to suit the various operations.

## 2.17 COMPETENCY

2.17.1 CONTRACTOR personnel and its SUBCONTRACTOR's personnel shall be properly qualified, skilled, experienced, and competent in their respective disciplines to a recognized industry standard, where applicable.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022303

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**C. Well Placement**

2.17.2   CONTRACTOR shall have in place a formal system of Competency Assurance for its personnel and for its SUBCONTRACTOR's personnel the scope of which will, as a minimum, cover:

- All trade/discipline skills employed in the performance of the WORK;
- The details of its safe working practices which shall include communications, permit-to-work systems, risk assessment, and risk to the environment;
- Include a means of confirmation that the system is effective and verification that all personnel and SUBCONTRACTOR's personnel are covered and have been assessed for competence.
- Consider core and specialized technical competencies, behavioral and teams skills (non-technical skills),
- Be a system able to assess current as well as new personnel particularly with respect to declining standards.

2.17.3   CONTRACTOR's formal process for the selection of its SUBCONTRACTORs shall include assessment of SUBCONTRACTOR's own Competence Assurance system.

2.17.4   CONTRACTOR shall submit names and Competency Assessments which will enable COMPANY to determine the suitability of the nominated personnel. Only personnel approved by COMPANY shall be employed by CONTRACTOR for the performance of the WORK. All personnel shall be competent and be fully trained to perform their assigned tasks. A training matrix shall be provided by CONTRACTOR altogether with the competency assessments.

2.17.5   COMPANY has the right to object to and require CONTRACTOR to remove from the performance of the WORK any personnel and/or SUBCONTRACTOR's personnel who, in the opinion of COMPANY, misconduct themselves or are incompetent or negligent in the proper performance of their duties and such personnel shall not be again employed upon the WORK without COMPANY's approval. At the instruction of COMPANY in writing CONTRACTOR shall remove from duties hereunder or lawfully secure such removal of any of CONTRACTOR's personnel or SUBCONTRACTOR's personnel who is unacceptable to COMPANY. COMPANY shall state the reason for such removal in the written instruction.

2.17.6   No CONTRACTOR personnel will be removed from the CONTRACT for purposes of internal transfer without agreement of COMPANY Representative. Prior to any move a management of change document shall be submitted to COMPANY Representative detailing the signed handover of all responsibilities. Three months prior to a change of the SERVICES COORDINATOR, CONTRACTOR will forward COMPANY the Curriculum Vitae of at least three candidates for COMPANY to choose from. Should none of the proposed candidates be suitable for COMPANY, CONTRACTOR will propose more Curriculum Vitae. Once one of the proposed candidates has been approved by COMPANY, the candidate will spend a month overlap with the current SERVICES COORDINATOR or the onshore well site personnel.

2.17.7   The set of seven competencies in which CONTRACTOR must show that it is proficient in are:

(a) Documentation of directional drilling engineering practices including data transfer from COMPANY, planning procedures, drawings and collision tolerance setting and transfer of final well data back to COMPANY.

(b) Staff trained and assessed as competent to perform the WORK, including ongoing training program and succession plan in place.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022304

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**C. Well Placement**

(c) Survey management system in place, including: survey program design, instrument selection procedures, process for validating new tools, process in place for screening results and guaranteeing integrity of data.

(d) Implementation of a management and control system to ensure that the operations at the well site take place in accordance with the terms of the well design and that there is a mechanism in place to handle deviations from plan.

(e) Development of drilling engineering procedures to ensure that the operations optimization process is formalized and applied routinely including bit/BHA performance analysis, overall time performance, and management of losses such as drill string failure and stuck pipe.

(f) Accreditation of the whole engineering management system to a recognized Quality Standard (such as ISO 9001).

(g) General management and supervision of the service including additional location support, logistical organization and rig site supervision.

2.17.8  It is anticipated that COMPANY and CONTRACTOR will jointly agree on the attainment of these competencies at CONTRACT commencement.  In addition to having the documentation and audit mechanisms in place, CONTRACTOR shall be required to demonstrate its relevant understanding of COMPANY's current policies, working standards and practices, and their implementation to the above stated competencies.

2.17.9  Should CONTRACTOR fail to achieve the required competencies within the agreed timescale, COMPANY shall have the right to terminate the CONTRACT (with cause) at its sole discretion.

2.17.10 CONTRACTOR shall comply with all other Regulatory or Governmental regulations as specified in each SPU.

2.17.11 Minimum Competencies are detailed in Technical and Functional Specifications Appendix 6

## 3.0   SERVICES and SUPPORT – Drilling Engineering, Optimization, and Well Planning

3.1  CONTRACTOR shall provide engineering support required to directionally plan wells from conception through execution and evaluation.  The functions may include but will not be limited to:

- Generic Engineering Support
- Preparation of Basis of Design documents.
- Establishment of well shut-down requirements in accordance with COMPANY Directional Drilling and Surveying Group Practice (GP 10-05).
- BHA design and optimization studies.
- Drill string vibration mitigation and management studies.
- Creation and maintenance of Joint Operations Procedures (JORPS) Manual.
- Input to Technical Limit Programs.
- Conceptual well planning and trajectory design studies.

CONFIDENTIAL
Business Confidential

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**C. Well Placement**

- Completion of 'end of well reports' with details of 'lessons learnt' and recommendations for continuous performance improvement.
- Tracking, reporting, and benchmarking of Directional Drilling Performance Measures.
- Cost management and inventory management.
- Service cost estimating.

3.2   Well Specific as follows:

3.2.1   Generation of detailed well designs and trajectories to meet criteria requested by COMPANY geology, reservoir engineering, and drilling departments.

3.2.2   Anti-Collision scanning of trajectory design against adjacent wells on platform, geological structure, and field. This includes all development, exploration, and appraisal wells that have definitive surveys. Wells known to be in the area but without a definitive survey will have a COMPANY/CONTRACTOR agreed specific error model attached to reduce collision risks. Although CONTRACTOR has risk models that are internationally accepted, all collision risk shall be generated using COMPANY supplied models and applications, presently EDM/Compass.

3.2.3   Develop well specific well-bore survey procedures (by parts).

3.2.4   Develop contingency sidetrack plans.

3.2.5   Establish MWD/LWD data acquisition plans.

3.2.6   Production of all working drawings for use at the WORKSITE and onshore office locations.

3.2.7   Generation of well specific operating procedures.

3.2.8   Maintenance of directional drilling and survey data on COMPANY database (in real-time where requested).

3.2.9   Provide collision avoidance assurance in real-time at the well site. (See also 4.0 SERVICES and SUPPORT - Survey Management).

3.2.10   Torque and Drag calculations to be supplied as requested by COMPANY and mandatory for all directional wells drilled.

3.2.11   Hydraulic modeling of all BHAs to ensure adequate hole cleaning, bit hydraulics, and total pressure drop requirements are met.

3.2.12   Comprehensive vibration analysis to be conducted on all BHAs to facilitate their smooth operation down-hole in order to maximize rates of penetration and avoid down-hole tool failures.

3.2.13   Provide updates to formation evaluation logs as required.

3.2.14   Implementation of procedures and practices to minimize drill string failures and/or optimize ROP.

3.2.15   Preparation of drilling and structure maps for posting in COMPANY offices and rig site using COMPANY approved applications, presently EDM/Compass.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022306

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**C. Well Placement**

3.3     CONTRACTOR shall be responsible for securing all hardware and software to enable CONTRACTOR to access COMPANY's designated planning and database system. In the event that COMPANY requires CONTRACTOR to utilize software licensed to COMPANY and COMPANY is required to safeguard such software under the terms of its license, the following provisions shall apply:

3.3.1   On request of CONTRACTOR, COMPANY shall provide CONTRACTOR with copies of such licensed software and any associated bitlocks for use solely in conjunction with the WORK;

3.3.2   CONTRACTOR shall notify COMPANY of the location of such software copies and bitlocks.  CONTRACTOR shall notify COMPANY promptly of any changes to the location of such software copies and bitlocks.  CONTRACTOR shall take all reasonable measures to ensure that copies of such software and bitlocks are kept in secure locations and protected against theft;

3.3.3   CONTRACTOR warrants that it shall not copy such software except to the extent that this is required in performance of the WORK;

3.3.4   CONTRACTOR warrants that it shall not disassemble or reverse engineer such software, and

3.3.5   CONTRACTOR shall return such software and bitlocks on COMPANY's request, or on completion or termination of the CONTRACT, whichever is the sooner, and confirm such return to COMPANY in writing.

Such licensed software shall include but not be limited to software licensed by Landmark, including Compass and Wellplan.

3.4     The minimum expectations for the engineering performance:

3.4.1   Compass software and algorithms used in planning, anti-collision scanning and survey calculations. COMPANY maintains a Compass database that is designated as the Master Database for its operations.  Separate working databases may be operated by CONTRACTOR at remote locations and offices outside COMPANY firewall, but CONTRACTOR is responsible for preparing their work to be transferred to the Master Database at the end of planning and operation phases.

3.4.2   Survey planning: For those sections of a well where the consequences of a collision present a major risk (as determined by COMPANY and specified in COMPANY's Surveying Handbook) the survey program shall be planned to provide sufficient data redundancy to permit independent validation of the performance of each constituent survey.

3.4.3   A geometrical positioning tolerance around each target location should be defined based on geological or engineering constraints.  A reduced Driller's Target should be calculated in a way that makes allowance for well position uncertainty.

3.4.4   An anti-collision scan against COMPANY's Master Database shall be performed on the planned well trajectory.  CONTRACTOR's collocated engineers will perform such scans using Master Database.  For engineering services not collocated, CONTRACTOR will provide data files and other support for COMPANY engineers to perform the scan within the Master Database.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022307

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**C. Well Placement**

3.4.5 After each survey is taken, the as-drilled position and trend of the well shall be determined in relation to the pre-determined tolerances. Drilling tolerances should be represented on an anti-collision diagram, ideally a traveling cylinder plot, annotated with tolerance lines.

3.4.6 The value of magnetic declination shall be determined either from the latest version of the British Geological Survey Global Geomagnetic Model (BGGM) or direct measurement of the local field, with or without a time-varying correction (IFR).

3.5 CONTRACTOR shall obtain COMPANY approval for all proposed methods, tools, and/or equipment prior to mobilization or implementation.

3.6 CONTRACTOR shall have in place and demonstrate the necessary quality assurance systems to ensure that all engineering work is fully traceable and be able to demonstrate that the assumptions, objectives, and procedures made in the planning process are not violated during the drilling operations at the WORKSITE.

3.7 CONTRACTOR will provide signed assurance of all approved designs, drawings, programs, and procedures and will retain record of all approved well designs and associated calculations, and be prepared to surrender such documentation and electronic datasets at CONTRACT end.

3.8 CONTRACTOR shall produce all working drawings for execution of the WORK at the WORKSITE and COMPANY's office. These plots shall include but not be limited to the following:

- Well Trajectory Plots (VS, Plan and Spider)
- North Orientated Anti-Collision Traveling Cylinder Plots, where applicable
- BHA Diagrams and associated Torque and Drag and Hydraulics trend plots
- Dimensional Drawings for CONTRACTOR's equipment

3.9 CONTRACTOR shall maintain up-to-date plans for the overall slot-target allocation master plan on COMPANY's directional drilling support system 'DIMS/COMPASS' or other system to be determined by COMPANY in accordance with the overall field development plan and keep the directional drilling basis of design document up to date as experience in the field grows and as the generic well design is developed.

3.10 CONTRACTOR will use all COMPANY and CONTRACTOR applicable procedures and instructions and must ensure its full compliance with the following procedures:

- COMPANY Directional Survey Handbook (Ref: BPA - D - 004)
- COMPANY Drilling and Well Operations Procedure
- COMPANY Directional Drilling and Surveying GP 10-05
- COMPANY Offshore Site Investigation Guidelines

Copies of these documents are available on request.

In addition, survey programs shall be designed according to the principles in:

- COMPANY's Generic Directional Drilling Basis of Design
- COMPANY's Generic Well Program

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022308

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**C. Well Placement**

3.11 All critical processes in directional planning, directional drilling, and survey management will be performed according to a System for Technical Integrity, maintained by CONTRACTOR, and agreed with COMPANY.

3.12 CONTRACTOR shall provide a fast, effective and efficient problem / failure investigation service that provides rapid feedback to COMPANY on the likely cause of operational problem(s)' This service will include a well documented root cause analysis with service or equipment failure mode identified, together with a means of correction and further work required to effect a total solution, or further equipment design life and performance studies to be undertaken to ensure a satisfactory solution.

3.13 CONTRACTOR shall undertake to:

    3.13.1 Investigate all CONTRACTOR related operational incidents/failures (e.g., personnel, tool, BHA, etc.) and report to COMPANY Well Operations any findings and recommendations.

    3.13.2 Keep a record on a daily basis of the critical operating and drilling parameters during WORKSITE operations (loads, make-up torque, weight, time in hole, mud type, etc.).

    3.13.3 Maintain operations histories, activity reports, service and history records, handover notes, and report on a well by well and monthly basis to COMPANY Representative all findings. In addition CONTRACTOR will advise COMPANY on personnel, service and equipment operation, and of inspection results or requirements, plus failure frequency and acceptance/rejection criteria.

3.14 CONTRACTOR shall respond in a timely manner to COMPANY on queries of a general nature relating to CONTRACTOR's services and products.

3.15 CONTRACTOR will provide to COMPANY's office and rig site the following:

    3.15.1 All pertinent plans and recommendations.

    3.15.2 Maintenance and Inspection procedures manual.

    3.15.3 Operating manuals

    3.15.4 Dimensional drawings (laminated sheets).

    3.15.5 Inventory list of equipment available.

    3.15.6 All equipment and tools sent to the rig sites shall be sent with the inspection report to ensure the equipment is in perfect condition to be used.

    3.15.7 All equipment shipping manifests.

3.16 As a minimum, CONTRACTOR shall use a Chartered/Registered Engineer or person of equivalent professional status to set assurance standards, monitor engineering performance and demonstrate how technical authorities are defined and delegated.  This may be a corporate or global role within CONTRACTOR organization.

3.17 CONTRACTOR shall define the methods, equipment, and tools to be used to drill the wells in order to optimize performance.  CONTRACTOR shall operate a formal process of BHA design and optimization demonstrating a structured route for continuous performance improvement.

CONFIDENTIAL
Business Confidential

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**C. Well Placement**

3.18   CONTRACTOR shall possess a suitable BHA analysis program, which has inputs for the dip and azimuth of the formation, along with a formation characteristic index in support of operations.   CONTRACTOR shall be required to maintain validation of these systems in order to demonstrate continuous improvement.

3.19   CONTRACTOR shall interact with COMPANY specialists to access COMPANY bit selection and dynamics expertise to maximize drilling performance and minimize dynamics-induced losses.   CONTRACTOR shall ensure its expertise is available to assist COMPANY when required.

3.20   CONTRACTOR will continually work towards improving the design and construction of downhole tools to be more resilient to Drilling Dynamics and work closely with COMPANY to improve its understanding for standardizing tool specifications across the service sector.

3.21   The performance criteria shall be monitored whether CONTRACTOR has WORKSITE representation or is providing engineering support from elsewhere.   CONTRACTOR shall provide a plan before the well is spudded to monitor the achievement of these objectives.

3.22   CONTRACTOR shall provide a process for accessing its regional based engineering resources and shall analyze the data both at the WORKSITE for real-time decision making and subsequently in the office to achieve a systematic improvement in performance specifically with respect to the dynamics-related and drill bit optimization.

**4.0   SERVICES and SUPPORT – Survey Management**

4.1   CONTRACTOR shall design survey programs, manage survey operations and monitor progress using COMPANY's 'EDM/COMPASS' system or other system to be determined by COMPANY.  In addition, CONTRACTOR shall manage surveying operations with equipment agreed by COMPANY in strict accordance with COMPANY Directional Survey Handbook (Ref: BPA - D - 004), The Directional Drilling and Surveying GP 10-05 and COMPANY approved CONTRACTOR "Joint Operating and Reporting Procedures" (JORPs), where agreed between COMPANY and CONTRACTOR.

4.2   CONTRACTOR shall provide all engineering support required to design survey programs and manage the acquisition and handling of survey data, including:

4.2.1   Engineering design of survey programs and selection of survey tools.

4.2.2   Coordination of and liaison with survey providers.

4.2.3   Liaison with COMPANY drilling team through provision of a point-of-contact accountable for the survey management service.

4.2.4   Survey data integrity analysis and reconciliation of inconsistencies, monitoring the execution of the survey program, recommending quality requirements where changes to the program are required to be implemented.

4.2.5   Application of environmental and/or other corrections to the measured data to ensure adherence to specifications, when necessary.   CONTRACTOR shall provide information regarding calibration standards, routines, and tolerances, charts and/or algorithms for the application of corrections to raw data to COMPANY when requested.

CONFIDENTIAL
Business Confidential

4.2.6   Maintenance of COMPANY drilling database, "EDM/COMPASS' or other system to be determined by COMPANY, as the definitive survey database for the drilling operation.

4.2.7   Carry out survey data validation checks and investigate discrepancies in and / or reduced quality of survey data including annual auditing.

4.2.8   Preparation and distribution of definitive surveys.

4.2.9   Creation and maintenance of a Well Survey File, containing a record of all survey data acquired in the well, and all information pertaining to its accuracy, consistency, and reliability.

4.2.10  Maintaining awareness of latest developments in survey technology and methodology and make appropriate recommendations which might benefit COMPANY.

4.2.11  Provide an interface between COMPANY and CONTRACTOR's technical departments to further the improvements of directional and / or drilling services provided to COMPANY.

4.2.12  Advise COMPANY personnel on survey operations and procedures as and when required, making recommendations to improve service quality and meet the individual objectives of the survey program.

4.3   CONTRACTOR shall be responsible for maintaining the integrity of COMPANY data while in its care.   Particularly CONTRACTOR will use COMPANY's "EDM/COMPASS' or other system to be determined by COMPANY.

4.4   CONTRACTOR shall execute the program and analyze performance as required to deliver a definitive survey meeting COMPANY accuracy specifications.  CONTRACTOR shall take full responsibility and accountability for analyzing data, reconciling inconsistencies, and accommodating the consequences of failed runs.

4.5   CONTRACTOR agrees that the surveying tools to be used may be procured through a competitor of CONTRACTOR.

4.6   The Magnetic reference model will by default be the latest available British Geological Survey (BGS) BGGM model unless an improved magnetic reference model is available and approved for use by COMPANY.

4.7   CONTRACTOR shall provide competent personnel to provide IFR survey services if requested by COMPANY.  Application of IFR data will be real-time, daily, or other time interval as agreed between CONTRACTOR and COMPANY.  BGS IFR model data, static or time dependant, is COMPANY standard. BGS IFR source data shall be periodically reviewed for quality.  CONTRACTOR shall ensure IFR source data has supporting quality assessment upon request.  CONTRACTOR shall ensure IFR source data and application of IFR data is in agreement with COMPANY IPM model.

4.8   CONTRACTOR shall manage directional drilling and well bore surveying operations by providing adequate information to COMPANY.  CONTRACTOR shall ensure the efficient drilling of the wells in accordance with the specified anti-collision tolerances and the performance criteria such that the definitive survey shows that the well meets COMPANY objectives, which are defined in terms of the following general performance criteria:

- Well bore surveys which meet required accuracy and validation specification
- Definitive well bore survey passing through drilling target

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022311

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**C. Well Placement**

- COMPANY anti-collision tolerances not violated
- COMPANY dogleg limitations not exceeded
- COMPANY tortuosity limitations not exceeded
- COMPANY angular departure from plan not exceeded
- No equipment failures

4.9   COMPANY policy requires that only qualified survey tools can be run, that is, tools whose performance and reliability have been demonstrated to COMPANY through the process of validation. This process is described in COMPANY's Directional Survey Handbook (BPA-D-004), available on request.

4.10   Surveying Standards and Competencies

CONTRACTOR will have the following standards and competencies implemented by the EFFECTIVE DATE OF CONTRACT to ensure that the WORK is performed to COMPANY's requirements and satisfaction.

4.10.1   Documentation of surveying engineering practices including, transfer of intermediate section and end of well data to COMPANY (where requested), ongoing engineering research, accuracy and reliability of current monitoring systems and adherence to standard engineering practices for well site services to ensure that the operations optimization process is formalized and then applied routinely (the latter should be available in the form of a manual for COMPANY to review if required).

4.10.2   Staff trained and assessed as competent in the WORK, including an ongoing training program and succession plan in place. This is to include the personnel in the office and on the rig site as their ability to interpret and act upon the data from the well is particularly important.

4.10.3   Survey Management System in place, including survey program design, instrument selection procedures, process for validating new measurements, process in place for screening results and guaranteeing integrity of data. As the survey data is important to a number of COMPANY departments, the speed with which it is processed and issued is a consideration.

4.10.4   Implementation of a management and control system to ensure that there is a mechanism in place to handle and document new requirements of service. This could be due to a new measurement or alterations in the accuracy of monitoring.

4.10.5   Implementation of survey engineering procedures to a sufficiently high level of competency to ensure the achievement of a basic performance as defined in the performance criteria.

4.10.6   Accreditation of the survey services to a recognized Quality Standard, e.g., ISO9001.

4.10.7   General management and supervision of the whole service including office support, logistical organization and well site supervision. It is anticipated that CONTRACTOR will manage all equipment provided for their operations in accordance with a CONTRACTOR owned standard minimum technical specification. This specification may initially be based upon current COMPANY specifications.

4.10.8   It is anticipated that COMPANY and CONTRACTOR will jointly agree on the attainment of these competencies. In addition to CONTRACTOR having the documentation and audit mechanisms in place, COMPANY will be looking for

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022312

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**C. Well Placement**

CONTRACTOR to demonstrate their understanding of COMPANY's policies and working practices.

4.11 Regardless of whether COMPANY has in-house or external engineering, there are some minimum expectations for the engineering performance as detailed in Clause 3.3.

**5.0   EQUIPMENT and SERVICES**

5.1   CONTRACTOR shall provide:

    5.1.1   All equipment at the WORKSITE necessary to perform the specified WORK safely, efficiently, in a timely manner.  COMPANY shall agree with CONTRACTOR the actual equipment required for each particular program prior to mobilization of equipment or personnel.  CONTRACTOR shall be responsible for the protection and supervision of the equipment used;

    5.1.2   Full technical information, all materials specifications, and support for its products, service, tools, and specialized equipment deemed useful to the operations that CONTRACTOR might wish to propose to be used under the CONTRACT, prior to the commencement of the WORK.  CONTRACTOR shall be responsible for the provision of all specialist systems to perform the WORK, and

    5.1.3   All maintenance, spares, inspections, repair, testing, and certification for all equipment and tools provided for the WORK.

5.2   CONTRACTOR shall be proactive in the development of new tools/systems as may be required for the provision of the WORK.  If any tool, system, or size is not currently available CONTRACTOR shall provide an estimated time of delivery and monthly updates detailing progress and development of such tools/systems.

5.3   COMPANY shall assess if the equipment, machinery, and tools supplied by CONTRACTOR are sufficient and reserves the right during performance of the CONTRACT to reject those that, in COMPANY's opinion, are inadequate.  In such cases it shall be the responsibility of CONTRACTOR to replace or add necessary equipment to comply with requirements stipulated by COMPANY.

5.4   All equipment used for the provision of the WORK shall be 'as new' and preferably dedicated to the CONTRACT.  Used equipment may be acceptable to COMPANY provided that full traceability is available and written details of service life inspection/overhaul history, certification and testing documents, shock, vibration and temperature exposures, by component part, is made available for COMPANY inspection prior to its use.

5.5   The certification strategy for equipment to be utilized in the provision of the WORK under the CONTRACT shall be provided by CONTRACTOR before the equipment is used in the provision of the WORK.  The tools and equipment shall be to COMPANY acceptable agreed manufacturing standards at the date of commencement of the CONTRACT and shall have full traceability, service history and maintenance records, covering their total life span.

5.6   CONTRACTOR shall manage the mobilization and demobilization of the various equipment and packages throughout each phase of the drilling operation, in such a manner so as to ensure an overall efficient operation.

5.7   CONTRACTOR shall provide the relevant equipment at the WORKSITE prior to the commencement of drilling operations on each relevant section of the well.  CONTRACTOR

CONFIDENTIAL
Business Confidential

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**C. Well Placement**

shall manage the movement of equipment by each designated section of the well. COMPANY shall not specify an equipment list for the performance of the WORK nor shall it prescribe the techniques to be used to construct, complete, manage, and intervene in the wells, rather it is the intention that techniques employed shall be jointly developed and agreed by CONTRACTOR and COMPANY.

5.8     CONTRACTOR shall be responsible for transportation requirements as set out in the Remuneration Terms and Conditions of this CONTRACT.

5.9     CONTRACTOR shall continuously examine all steps of the Supply Chain to identify methods to reduce costs relating to logistics, transportation, handling, storage, inspection, and repair. CONTRACTOR shall endeavor to continuously improve the utilization, manage out waste and other costs associated with rental equipment.

5.10    CONTRACTOR shall provide full documentation for all equipment and materials which CONTRACTOR may require to have transported to the WORKSITE for the execution of the WORK. The documentation shall comply with current regulation and with all other applicable statutory requirements.   COMPANY shall have the right to refuse to accept any item submitted for transportation which COMPANY considers to be incorrectly or inadequately documented.

5.11    CONTRACTOR is required to submit a detailed recommendation on equipment requirements and specifications to execute the WORK for each hole section, justifying said recommendation with the exact specifications and quantities of tools required for each of the possible hole sections.   That recommendation shall be inclusive of CONTRACTOR's equipment, COMPANY owned equipment, and Third Party equipment required to successfully execute the WORK.

5.12    As part of this Scope of Work it shall be the responsibility of CONTRACTOR to provide COMPANY at the WORKSITE and at COMPANY's Onshore Operations Center or office with a load out list of all BHA or drill string components that are required for each operation and the efficient execution of this Scope of Work. This load out list shall indicate which items of equipment are from CONTRACTOR's own inventory and which are to be accessed from the Third Party equipment inventory.

5.13    COMPANY shall as a minimum provide one fully serviceable back-up tool for all equipment at the rig site (not including 'dumb steel/iron') and sufficient back-up in town/port to provide uninterrupted service should failures arise.   It is the responsibility of CONTRACTOR to assess onshore back-up requirements based on proven reliability statistics for the tools being offered in support of the Scope of Work.

5.14    COMPANY reserves the right to back-load or reduce the level of back-up equipment to improve efficiencies in the drilling operation, should the risks be acceptable to COMPANY.

5.15    COMPANY reserves the right to request CONTRACTOR to arrange for the provision of other Third Party down hole tool rental and maintenance services not expressly identified herein. These arrangements shall provide for all or part of other drill string or BHA components not provided for in this Scope of Work.

5.16    COMPANY shall arrange for the provision of other Third Party down hole tool rental and maintenance services not expressly identified herein.   These arrangements shall provide for part of or all other drill string or BHA components not provided for in this Scope of Work.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022314

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**C. Well Placement**

5.17 The equipment and tools identified in the Scope of Work shall be repaired in accordance with COMPANY's QC/QA requirements identified in Section 6 to the CONTRACT and the manufacturer's technical specifications.

5.18 All equipment and tools identified in the Scope of Work shall be provided in accordance with manufacturer's specifications. Further, if required by COMPANY, CONTRACTOR shall supply and agree with COMPANY the following specifications for all the tools and any accessories being supplied:

- Manufacturing specifications including Quality Plans.
- Repair/Re-manufacturing specifications including Quality Plans.
- General maintenance specifications, standards, and procedures.
- Tool / connection Inspection specifications including acceptance/rejection criteria.
- Operating and field site procedures and guidelines for day to day care, maintenance, and running, including any troubleshooting guidelines.

5.19 All changes to agreed specifications shall be documented, justified, and agreed between CONTRACTOR and COMPANY.

5.20 CONTRACTOR shall ensure that it has all the technical specifications required to perform the repair of the connections.

5.21 The following is a list of the minimum applicable standards and specifications which shall apply to the equipment and tools identified in this technical specification and Scope of Work:

- Manufacture, repair, and maintenance shall be carried out in facilities with implemented Quality Management Systems certified to API Q1, or ISO 9001:2000 by an internationally recognized certifying authority acceptable to COMPANY.
- Materials to be used in H2S containing environments shall be compliant with ISO 15156 Parts 1, 2 & 3 or NACE MR 0175.
- Inspection and repair to meet the requirements of DS-1 (or ISO 10407-2 when issued) and the original equipment manufacturer's (OEM's) requirements.
- Only parts procured from approved vendors through the OEM recognized supply chain to be used.

Rotary Drill Stem Elements to be in accordance with API Spec 7.

- Drilling and production hoisting equipment - manufacture to be in accordance with API Spec 8A & API Spec 8C.
- Drilling and production hoisting equipment - inspection, maintenance, repair, and remanufacture to be in accordance with API Spec 8B.

5.22 The above list is a minimum expectation and all equipment and tools supplied by CONTRACTOR must comply with the latest edition of the above standards.

5.23 The following specific standards and specifications shall apply:

5.23.1 All near-bit and drill string stabilizers shall be integral blade (EXCEPT 24" or greater).

5.23.2 Use of sleeve-type stabilizers is permitted; "clamp-on-type" are not approved. The exception to this rule is the Density Neutron Equipment.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022315

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**C. Well Placement**

5.23.3   All drill string connections shall be manufactured with API stress relief features, with the exception of MWD/LWD/Motor subs and crossovers, which are subject to DS-1 inspection.

5.23.4   All non-magnetic drill collars shall be subject to hot spot magnetic defect inspections on a six monthly basis.

5.23.5   Where hard facing is required for tool protection, COMPANY preferred material is chrome alloy 'casing friendly' hard metal.  COMPANY Hard banding Guidelines are available upon request.  Tungsten carbide hard facing shall not be used.

5.23.6   All API Regular connections shall be provided with stress relief grooves.

5.23.7   An intrinsically safe unit is also required for DD/MWD/LWD services situated within any hazardous zones.

5.23.8   COMPANY's preference is for the supply of new tools.  In the event of refurbished tools being offered, this should be clearly stated and details of history and use provided.

5.23.9   In the event inspection criteria are excluded, DS-1 Category 5 standards apply.


**6.0   DIRECTIONAL DRILLING TOOLS AND EQUIPMENT**

6.1   CONTRACTOR shall provide equipment necessary to successfully execute directional drilling services which will include but will not be limited to surface specialty rental tools and equipment, subsurface downhole tools, and back-up tools to permit directional drilling, steering, motor drilling, open and cased-hole side-tracking and kick-offs as well as providing certain data acquisition equipment in the planned or contingent hole sizes and at the planned angles and dog-legs.

6.2   CONTRACTOR shall supply the Directional and Rental Equipment as listed in Table 1.  The use of cross-overs shall be kept to an absolute minimum and will be no less than one meter in length.

6.3   Directional Drilling tools, RSS and Motors Specifications must conform to the operating ranges detailed in Technical and Functional Specs, Appendix 6 to the Scope of Work, and Well-Bore Information.

6.4   The following equipment list in Table 1 is not exhaustive and supplementary tools and services are expected to be available from CONTRACTOR's facility.   Exact rental requirements will be determined based upon specific well requirements.

| Table 1 – Directional Drilling and Rental Equipment | |
|---|---|
| 1 | Positive Displacement Mud Motors & Accessories |
| | Standard short radius |
| | Articulated short radius |
| | Standard power |
| | Standard power high speed |
| | Standard power low speed |
| | Thin Wall – Even Wall Thickness TWM-EWT motors |
| | TWM-EWT motors low speed |
| | TWM-EWT motors high speed |

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022316

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**C. Well Placement**

| Table 1 – Directional Drilling and Rental Equipment | |
|---|---|
| 2 | Rotary Steerable System (Performance, Standard, Vertical) |
| 3 | NMDC's and Ferromagnetic steel DC's |
| 4 | NMHWDP and Ferromagnetic steel HWDP |
| 5 | NM and regular near bit & string stabilizers bored for floats |
| 6 | Bent subs |
| 7 | UBHO subs |
| 8 | Orienting Subs |
| 9 | Stabilizers fixed blade, welded, string and/or near bit |
| 10 | Adjustable stabilizers |
| 11 | Roller reamers |
| 12 | WORKSITE Computing Systems |
| 13 | Specialist Tool Slings & Thread protectors |
| 14 | Totco Rings |
| 15 | Float Subs & floats |
| 16 | Filter Subs |
| 17 | Cross overs |
| 18 | Circulating subs |
| 19 | Lifting Subs |
| 20 | Bit subs |
| 21 | Agitators |
| 22 | Thrusters |
| 23 | Under Reamers |
| 24 | Jars |

6.5   CONTRACTOR should specify fishing tools required for this equipment prior to any use and ensure COMPANY is aware of these requirements prior to use at the rig site.

6.6   CONTRACTOR shall be fully responsible for the equipment used which must, as a prerequisite, be entirely consistent with competent practice and meet all relevant COMPANY and statutory standards, detailed below.

6.7   DIRECTIONAL DRILLING STANDARDS

CONTRACTOR will have the following standards and competencies implemented on the EFFECTIVE DATE of the CONTRACT to ensure that the WORK is performed to COMPANY's requirements and satisfaction.

6.7.1   CONTRACTOR shall have in place documentation identifying directional drilling engineering practices including: data transfer from COMPANY, planning procedures, drawings and collision tolerance setting, transfer of final well data back to COMPANY, engineering research ongoing, accuracy and reliability of current monitoring systems and building up of standard engineering practices.

6.7.2   Personnel trained and assessed as competent in the WORK, including ongoing training program and succession plan in place. This is to include the personnel in CONTRACTOR's service centre and on the WORKSITE as their ability to interpret and act upon the data from the well is particularly important.

6.7.3   Implementation of a management and control system to ensure that the operations at the well site take place in accordance with the terms of the well design and that there

CONFIDENTIAL
Business Confidential

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**C. Well Placement**

is a mechanism in place to handle deviations from the plan. The change of plan could be due to a target change or required by the conditions of the well.

6.7.4 Implementation of directional drilling engineering procedures to a sufficiently high level of competency to ensure the achievement of a basic performance as defined in the performance criteria. Development of directional drilling engineering procedures to ensure that the operations optimization process is formalized and then applied routinely including bit/BHA performance analysis, overall time performance and management of losses such as drill string failure and stuck pipe.

6.7.5 General management and supervision of the WORK including office support, logistical organization and WORKSITE supervision. It is anticipated that CONTRACTOR will manage all equipment provided for their downhole operations in accordance with a CONTRACTOR owned standard minimum technical specification. This specification will initially be based upon current COMPANY specifications.

## 7.0 MWD/LWD SERVICES REQUIREMENTS

7.1 The precise nature of the MWD/LWD equipment will depend upon the type and level of services requested by COMPANY, and full details will be determined prior to mobilization to COMPANY WORKSITE. However, CONTRACTOR will make provisions to provide the following MWD/LWD equipment and services which will include but will not necessarily be limited to:

- Surface Equipment
- Subsurface Equipment
- Data Acquisition, Interpretation, Pre and Post-Modeling
- Field Repair, Maintenance
- Operators, Engineers and Technicians
- Real time data transmission via internet / intranet / BP server system

7.2 All MWD and LWD tool and services specifications must conform to the operating ranges detailed in Technical and functional Specs, Appendix 6 to the Scope of Work and Well-Bore Information.

7.3 Surface MWD/LWD Equipment

7.3.1 CONTRACTOR shall provide full technical information on the equipment and specialized equipment deemed useful to the operations which CONTRACTOR might wish to propose to be deployed under the Scope of Work.

7.3.2 CONTRACTOR shall provide surface MWD/LWD equipment requirements at the WORKSITE including, but not necessarily limited to, those identified in Table 2 below.

| TABLE 2 – MWD/LWD Surface Equipment | |
|---|---|
| 1 | An intrinsically safe MWD/LWD surface unit if situated within the hazardous zone |
| 2 | Surface decoding equipment |
| 3 | Surface computing equipment |
| 4 | Surface plotting equipment |
| 5 | Offshore remote display screens |

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022318

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**C. Well Placement**

| TABLE 2 – MWD/LWD Surface Equipment | |
|---|---|
| 6 | Depth tracking sensors |
| 7 | Hook load sensors |
| 8 | RPM sensor |
| 9 | Surface torque sensor |
| 10 | Pump stroke flow sensor |
| 11 | Pressure transducers |
| 12 | Rig floor displays |
| 13 | Real time data transmission equipment and software. |
| 14 | Rig floor Real Time down-hole vibration "Traffic Light" warning unit |
| 15 | Cables |
| 16 | Equipment baskets |

7.3.3   The surface equipment at the well site shall be capable of storing and retrieving all surface and down-hole digital data.  In addition the surface equipment shall:

(a)   Merge, manipulate, and splice digital data.

(b)   Export data to LAS, LIS, DLIS, TIF, and/or ASCII format on memory stick or other media such as tapes, CD etc.

(c)   Surface equipment for signal acquisition, processing, and display shall be provided.  A minimum of one (1) remote display will be provided (Rig Floor). Additional displays in COMPANY Representative's Office, Well Site Geologist work room, CONTRACTOR office or Mud Logging unit will be specified by each SPU.

(d)   Real time sample, record and display both annular and standpipe and internal pressures in drillers console, and COMPANY's representative office.

(e)   Upload all stored data to the surface computer after the run.

7.3.4   Where Vibration Monitoring Systems are procured they shall consisting of the following as a minimum:

(a)   Vibration Monitoring Rig floor Alarm installed in the Rig floor – 1 ea.

(b)   Vibration Monitoring System (graphic screen or other display) installed in Driller Doghouse – 1 ea.

(c)   Vibration Monitoring System (graphic screen or other display) installed in COMPANY Representative Office – 1 ea.

(d)   Sensors and instrumentation installed on the rig must be explosion proof or part of an intrinsically safe system throughout.

7.3.5   Drilling Sensors, to process, display and continuously record the following parameters:

(a)   Weight on hook sensor with output to recorder, digital display in graphic and alphanumeric.

---

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022319

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**C. Well Placement**

---

    (b) Standpipe and BHA internal pressure sensors with output to recorder, digital display in graphic and alphanumeric.

    (c) Torque sensor with output to recorder, digital display in graphic and alphanumeric.

    (d) Rotary speed with output to recorder, digital display in graphic and alphanumeric.

7.3.6    CONTRACTOR shall ensure that any offshore surface unit(s) provided is/are appropriate to accommodate working requirements of a potentially large well site team. This might include MWD/LWD engineers, Directional Drillers, Pore Pressure Specialists, new technology support specialists etc. In the case of a combined LWD/Mudlogging unit, this list would include Data Engineers, Mudloggers, Sample catchers, Well Site Geologist, etc.

7.3.7    COMPANY requires CONTRACTOR to demonstrate that the needs of this expanding offshore well site team are effectively addressed in the provision of working accommodation.

7.4    Downhole MWD/LWD Equipment Requirements

7.4.1    CONTRACTOR may be required to provide MWD and LWD Equipment and Sensors. The exact specifications, types of sensors and tool configurations will be available for all hole sizes (not under-reamed holes).

7.4.2    CONTRACTOR will be required to provide additional services as and when required by COMPANY. The exact specifications, types of sensors and tool configurations will be available for any hole size. The additional sensor and tool configuration requirements will include but will not necessarily be limited to those identified in Table 2. Where CONTRACTOR is unable to provide a service CONTRACTOR should indicate how this requirement may be supported.

7.4.3    CONTRACTOR will provide all auxiliary MWD/LWD equipment that is normally required to perform the WORK even where not specifically identified herein.

7.4.4    The MWD and LWD subs shall be supplied with API connections. The use of cross over subs must be minimized and will be furnished by CONTRACTOR at no charge to COMPANY.

7.4.5    CONTRACTOR shall provide:

    (a) All necessary equipment and personnel to acquire raw MWD directional surveys, temperature data and provide tool face orientation information in all hole sizes, and

    (b) Full technical information on the equipment and specialized equipment deemed useful to the operations which CONTRACTOR might wish to propose to be deployed under the Scope of Work.

7.4.6    Subject to CONTRACTOR having undertaken an engineered analysis of the drilling programs, CONTRACTOR may wish to propose to COMPANY that MWD/LWD tools are not used under certain conditions. COMPANY shall consider the potential benefits of any such proposal on each application and advise CONTRACTOR of its approval or otherwise.

---

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022320

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**C. Well Placement**

7.4.7   All MWD/LWD and DD tools must have the capability to transmit high speed (memory quality) data through Grant-Prideco IntelliServ (IS) drill pipe and adequate surface software to intelligently display at surface.  The requirements for the LWD/MWD tools are:

(a)  Basic Requirements:

(i)   System is compatible with IS and allows two way data flow.

(ii)  The LWD provider will specify the data rate that they can supply the IS network with (IS network provides 1 MEG bps bandwidth, LWD tools do not yet feed data at that rate) IS data stream to be compatible with Mud Pulse data stream (to enable back-up/redundancy).

(iii) Data to be made available on a WITSML server.

(iv)  Rate at which WITSML data is provided from the LWD surface system to be specified (to ensure there is no bottle neck here).

(b)  Expectation of Wired Pipe enabled applications:

(i)   Memory quality logs in real-time.

(ii)  Repeat logs (measurements made while tripping or reaming) available in real-time.

(iii) High data density MWD (downhole PWD, Torque, WOB, Shock, Vibrations etc.) in real-time while drilling and tripping.

(iv)  Surface control of steerable BHA: On the fly downlinking to rotary steerables.

(v)   Surface Control of MWD/LWD: Ability to diagnose, reprogram/configure MWD/LWD tools from surface.

(c)  Data Processing/Analysis:

(i)   WORKSITE or Office based drilling performance engineer(s) to analyze the MWD data

(ii)  Real-time pore pressure/well-bore stability analysis services.

7.5   MWD/LWD Equipment Specifications

7.5.1   The MWD and LWD systems must meet the technical specifications detailed in the Technical and Functional Specs, Appendix 6.

7.5.2   As a minimum when operating in "Recorded Mode, sufficient down hole power shall be provided for 100 hours of operation with all petro-physical sensors functioning. Sufficient down-hole memory shall be available for 6000 feet of logged interval with all logging sensors sampling data at an average of two (2) samples per foot.

## 8.0   SURVEYING SPECIFICATIONS

CONFIDENTIAL
Business Confidential

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**C. Well Placement**

(See also Services and Support - Drilling Engineering and Well Planning )

8.1   CONTRACTOR shall provide all necessary equipment and personnel to acquire directional surveys, and orientation information in all hole sizes.

8.2   All surveying tool and services specifications must conform to the operating ranges detailed in Technical and functional Specs, Appendix 6 and Well-Bore Information.

8.3   The WORK shall be conducted in accordance with the standard set of Joint Operating Procedures ("JORPs") which have been jointly developed and agreed by COMPANY and CONTRACTOR.   In turn this shall be in compliance with the Directional Drilling and Surveying Group Practice GP10-05.

8.3.1   The JORPs documents may require amending during the period of the CONTRACT due to a change in practices.   In such event it shall be the responsibility of CONTRACTOR to propose such changes to ensure agreement on any amendments with COMPANY.

8.3.2   Adherence to JORPs shall be clearly specified for every tool or service used.

8.3.3   CONTRACTOR shall use JORPs automatically for all the WORK.   CONTRACTOR's use of JORPs ensures that the Instrument Performance Models used at the planning stage are applicable, and that, as far as possible, a uniform standard of service and data quality is achieved world wide.

8.3.4   In exceptional cases JORPs may not be available for a particular service. CONTRACTOR shall consult with COMPANY and CONTRACTOR shall demonstrate to COMPANY's satisfaction, which shall be evidenced by written agreement, that CONTRACTOR has adequate QA and QC procedures (e.g., pre-job tool calibration, quality of survey personnel) before any survey instrument can be used.

8.3.5   Any breach of this condition by CONTRACTOR shall be considered negligence and COMPANY may terminate the WORK or any part thereof immediately. CONTRACTOR's QA and QC procedures are considered by COMPANY as equally important to the overall service as basic tool performance.

8.3.6   JORPs are discussed in more detail in COMPANY's Directional Survey Handbook Document Number: BPA_D_004, a copy of which will be made available to CONTRACTOR prior to start of the CONTRACT.

8.4   Surveying Equipment

8.4.1   CONTRACTOR shall provide equipment necessary to successfully execute surveying services which shall include but will not be limited to the Well Placement Survey Equipment listed.

8.4.2   All tools are required to provide real time directional survey data comprising measurements of Azimuth, Inclination, and Tool Face as a minimum unless otherwise agreed by COMPANY.   All DD and MWD tools are required to provide real time continuous directional service comprising measurements of Azimuth, Inclination, and Tool Face, together with continuous surveying capabilities where available.

8.4.3   COMPANY's Drilling Policy refers to the requirement of running only qualified survey tools, that is, tools whose performance and reliability have been demonstrated to

CONFIDENTIAL
Business Confidential

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**C. Well Placement**

COMPANY through the process of validation. This process is covered in more detail in Directional Survey Handbook, document number: BPA_D_004.

8.4.4   CONTRACTOR shall provide all auxiliary surveying equipment that is normally required to perform the WORK even where not specifically identified herein.

8.4.5   CONTRACTOR shall be fully responsible for the equipment used which shall, as a prerequisite, be entirely consistent with competent practice and meet all relevant COMPANY and statutory standards:

    (a)   CONTRACTOR shall manage the availability of the various equipment packages throughout each phase of the drilling operation. CONTRACTOR shall provide the relevant equipment package at the WORKSITE prior to the commencement of drilling operations on each relevant section of the well. COMPANY shall not specify an equipment list for the performance of the WORK, nor shall it prescribe the techniques that shall be used to construct, complete, manage, and intervene in the wells. It is the intention that techniques used shall be jointly developed and agreed by CONTRACTOR and COMPANY.

    (b)   CONTRACTOR shall mobilize and demobilize its equipment packages in accordance with the specific requirements of each well engineering activity, in such a manner so as to ensure an overall efficient operation. CONTRACTOR shall manage the movement of equipment by each designated section of the well.

    (c)   CONTRACTOR shall ensure that it has made appropriate provision for back up equipment, spare parts, tools etc. to ensure that the WORK is not disrupted due to equipment failures or other problems associated with CONTRACTOR's processes.

    (d)   CONTRACTOR shall continuously examine all steps of the Supply Chain to identify methods to reduce logistics, transportation, handling, storage, inspection, repair, inefficiencies, and costs. CONTRACTOR shall seek to continuously improve the utilization, manage out waste and other costs associated with rental equipment.

8.4.6   It shall be the responsibility of CONTRACTOR to provide COMPANY at the WORKSITE and at COMPANY's Onshore Operations centre with a load out list of all surveying components which are required for each operation and the efficient execution of this Scope of Work. This load out list shall indicate which items of equipment are from CONTRACTOR's own inventory and which are to be accessed from the third party equipment inventory.

8.4.7   CONTRACTOR shall provide Survey Engineer with a PC capable of downloading tool memory, performing survey Quality Control checks and preparing a final survey report at the WORKSITE.

## 9.0   SPECIALIST REAL-TIME DATA ACQUISITION SERVICES

9.1   CONTRACTOR may be required to provide specialist services as and when required by COMPANY. The exact specifications, types of sensors and tool configurations should be available for any hole size. The additional sensor and tool configuration requirements will include but will not necessarily be limited to those identified below.

---

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022323

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**C. Well Placement**

- High speed data transmission / systems for remote operations
- Rig Site and Operations Center Displays , as well as web based displays viewable inside COMPANY
- IT support for limited networking / data sharing between CONTRACTOR and COMPANY systems at the rig site
- WITSML feed (with support) to Third Party units at rig site
- Real Time and Recorded Rig Site Data Transmission (Time and Depth Based)
- Real Time Down Hole Vibration Data Interpretation and Drilling Parameter Optimization
- Rig Site Modeling Capabilities
- Up Link and Down Link Capability
- Geological Steering Capabilities
- Forward geological modeling
- Post logging modeling
- Full range Data Processing Services
- Full range of Data Management Services
- Petrophysical Support and Analytical Services

9.2  CONTRACTOR shall ensure that its personnel are familiar with the requirements of COMPANY during the drilling phase of the well.  Real time and memory data, both depth-based and time-based shall be easily accessible via WITSML for review.  Output options and presentations must be flexible to meet COMPANY requirements.  Hard and digital copies in various pre-agreed formats shall be required.

9.3  CONTRACTOR shall have the capability to provide a Real Time Downhole Vibration Data Analysis and Drilling Optimization service to be provided at the WORKSITE.  Information will be required on the type of training undertaken by specialist personnel and their experience, the processing technique employed at the WORKSITE and the software used to interpret and display this information.

9.4  CONTRACTOR shall have the capability to provide a specialized Pore Pressure Analysis service that may be provided at the WORKSITE.  Information will be required on the type of training undertaken by specialist personnel and their experience, pre-drill prediction material used for modeling, the type of information collated while drilling, the processing technique employed at the WORKSITE, and the software used to interpret and display this information.  The use of Third Party software may augment CONTRACTOR's own system but is not a replacement.

9.5  The interface between MWD/LWD log data and Mud Logging CONTRACTOR's computer must be possible utilizing the WITSML format and according to COMPANY's specified updating frequency.

9.6  Data readout will be required on the rig floor and in COMPANY's office(s) on the rig.

9.7  Real-time transfer of MWD/LWD/FEWD data between CONTRACTOR's well site unit and COMPANY's offices onshore/worldwide will be required.  CONTRACTOR will transmit their own data from the rig site to CONTRACTOR's or COMPANY's office using COMPANY's bandwidth but using their own systems to facilitate their value added services.  In addition COMPANY shall manage an 'aggregated' flow of data between rig site and COMPANY offices to facilitate a standard platform for COMPANY's own or other Third Party value add services on top of a known capable architecture.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022324

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**C. Well Placement**

9.8   Transmitted information shall be provided in accordance with the Well Site Information Transfer Standardized Mark-up Language (WITSML) standard (see www.witsml.org). WITSML shall also be used as a medium for the exchange of static and real-time data.

9.9   COMPANY requires testing of the interoperability of rig site and offsite information systems prior to mobilization to the field.  CONTRACTOR should make allowance for the provision of equipment and services to perform integration testing of information systems, including those which will be installed at the WORKSITE, and those supplied by other contractors, prior to field mobilization, in order to ensure the overall system works as planned.

9.10   CONTRACTOR providing services to COMPANY in the Drilling and Completions domain, that include the supply of digital data, will increasingly be required to supply that data in the XML formats, and with interfaces conforming to the Applications Program Interface defined by the Drilling and Completions community through collaborative effort in the WITSML Special Interest Group (SIG).  Questions and required technical solutions to interoperability between contractors, service suppliers and software application vendors, should see the SIG as the preferred approach to resolving technical issues around interoperability.

9.11   COMPANY expects its contractors and service providers to provide software to support the use of WITSML as a medium for both Real Time and static exchange of data, both between COMPANY and the supplier, and between COMPANY's suppliers in the offshore environment, where such exchange is approved by COMPANY.  Within one year of a new revision of the standard being issued, COMPANY expects its suppliers and application vendors to be ready to deploy the new version, but to do so in a manner that does not require a synchronous upgrade of all systems sharing the data objects.

9.12   WITSML service agreement

   9.12.1   Whenever a WITSML service is setup between a WITSML service provider (PROVIDER) and a WITSML service consumer (CONSUMER) there are several aspects of the service that needs to be further specified and agreed upon.

   9.12.2   The WITSML standard only contains specifications about the data transport media, format, protocol, data objects, and their elements, and so the issues below are not part of the standard itself.

   9.12.3   Prior to the finalization of a WITSML service agreement the following issues will be agreed between the PROVIDER and CONSUMER:

      (a)   The WITSML interfaces which the PROVIDER will supply.

      (b)   The version of the PROVIDER'S WITSML server.

      (c)   The data objects and data elements the PROVIDER will supply (not all WITSML data elements are mandatory).

      (d)   Completion of the mapping between PROVIDER and CONSUMER such as names on curves etc.

      (e)   The default unit of measures to be used for the various data elements

      (f)   Security:

         (i)   HTTPS shall be used.

---

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022325

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**C. Well Placement**

(ii) After guidance from COMPANY's DCT group, PROVIDERS will confirm what network the service be run on: Internet or VPN. PROVIDERS should validate and test their authentication model within that network framework.

(iii) If firewalls need to be opened for the service to run the IP addresses and ports of the participating machines as well as the direction of connection initiation between them will be specified.

(iv) CONTRACTOR shall ensure that the Work is performed in accordance with the BP Group Digital Security Standard, Digital Security Operating Practices, and COMPANY's Security of Information Standard and Instructions, copies of which are available upon request.

9.12.4 CONTRACTOR may be requested to provide data from the following data objects, as defined in the WITSML Schema, or additional items as added to future versions of the schema, as they are added, that are relevant to the services being provided:

- BHA Run data object
- Cement Job data object
- Conventional Core data object
- Fluids Report data object
- Formation Marker data object
- Log data object
- Message data object
- Mud Log data object
- Operations Report data object
- Real-time data object
- Rig data object
- Risk data object
- Sidewall Core data object
- Survey Program data object
- Target data object
- Trajectory data object
- Trajectory Station data object
- Tubular data object
- Well-bore Geometry data object
- Well data object
- Well-bore data object
- Well Log data object

9.12.5 CONTRACTOR will have a schedule which clearly indicates costs associated with the provision of the above data items from the services they will be providing, and whether the data can be delivered as a real time feed from a WITSML server, or in the case of contextual data, such as for example a Fluids report, in the form of an XML document. Where data is provided as a static document, the document should include a call to a style sheet for that object to ensure that the document is available both as XML and as human readable documentation.

9.12.6 Primary list of real time data types to be transferred includes:

(a) Surface Parameters:

---

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022326

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**C. Well Placement**

- Block position / height
- Trip / running speed
- Bit Depth
- Hole Depth
- Lag Depth
- Gas total (include chromatograph breakdown of C1 – C5+, if chromatograph used)
- Lithology Percentage (if mud logging services being used)
- Weight on bit
- Hook Load
- Choke Pressure
- Stand Pipe Pressure
- Surface Torque
- Surface Rotary
- Mud Motor RPMs
- Flow In and Flow Out
- Mud Weight
- Rate of Penetration
- Pump Rate (spms for each pump)
- Cumulative Stroke Count
- Active Mud System Total
- Active Mud System Change
- All Trip Tanks (including any mini trip tanks)
- Mud Temperature In / Out

(b) Calculated Parameters:

- In Slips / Connection time (for rig comparisons and best of class)
- Connection Drag
- Washout / Restriction ratio where available (looks at ratio of pump pressure to flow for quick washout or jet plugging detection)
- Total hours on bit
- Calculated Bottom Up Strokes
- Calculated In/Out Strokes
- Total Bit Revolutions
- Dxc
- Calculated Hydraulics, (ECD, system, annular pressure losses)

(c) Down hole (MWD / LWD ) parameters:

- Data from ALL sensors down hole.  This includes (where available):
- All FEMWD data (Gamma, Resistivity, Neutron Porosity, Bulk Density, Nuclear Magnetic Resonance While Drilling; Resistivity At Bit; Seismic Measurement While Drilling; Formation Pressure While Drilling. etc)
- Bit depth
- Hole depth
- PWD annular pressure
- PWD internal pressure
- PWD EMW
- PWD pumps off min, max and average
- Drill String Vibration /Axial Shock Sensors

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022327

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**C. Well Placement**

- Drilling dynamics (downhole torque, downhole wob, etc.)

(d) Cement / DCRI Unit Real Time Data:

- Pump rate,
- Pump pressure,
- Slurry Density
- Cumulative volume pumped
- Data from LOT / FIT tests

9.13   Data Storage and Manipulation at WORKSITE

9.13.1   CONTRACTOR shall provide a Real Time Data Store server in the DD/LWD unit. This unit will be run by MWD/LWD/DD cross trained personnel.

9.13.2   The information shall be provided in accordance with the Well Site Information Transfer Standardized Mark-up Language (WITSML) standard (see www.witsml.org). WITSML shall also be used as a medium for the exchange of static data.  The offshore Data Store shall gather data, including but not limited to data generated by:

(a)  Directional Drilling / LWD / MWD

(b)  Mud Logging

(c)  Surveying

(d)  Drilling Contractor information

9.13.3   If CONTRACTOR is chosen to supply Data Transmission Services, CONTRACTOR shall supply the communications links between the various data sources and the Data Store.

9.13.4   CONTRACTOR is responsible for such detailed interface specification and coordination with other rig site data suppliers as is necessary to ensure the continued efficient transfer of data, both dynamic and static.

9.13.5   CONTRACTOR is responsible for development and execution of a detailed integrated test procedure to ensure these data flows are accomplished successfully, including coordination of other rig site data sources, prior to spud on the first well from any new rig installation.

9.13.6   The offshore Data Transmission Data Store shall be able to monitor real time activity at any time, with multiple displays of the various data feeds.  Print outs of any data shall be available.

9.13.7   System must be able to lift ASCII data and make plots from the supplied visual data so that it can be used by the operations team in real time.

9.13.8   CONTRACTOR shall identify any areas where other industry standard data formats are preferred for the rig site data interface – e.g., WITSML or OPC.

9.14   Data Transmission Services – WORKSITE to Office

9.14.1   Data Transmission system from the WORKSITE to COMPANY's defined offices shall be through COMPANY's high capacity communications package on the WORKSITE.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022328

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**C. Well Placement**

The bandwidth available from this shall meet the requirements of any Real Time Data Transmission system.

9.14.2   Data will be transmitted in WITSML format or COMPANY approved proprietary format for purposes of data compression

9.14.3   COMPANY requires testing of the inter-operability of WORKSITE and offsite information systems as soon as possible after mobilization to the field. CONTRACTOR shall make allowance for the provision of equipment and services to perform integration testing of information systems, including those which will be installed on the rig, and those supplied by other contractors, in order to ensure the overall system works as planned.

9.15   OFFICE Data Store

9.15.1   COMPANY OFFICE shall potentially be equipped with a central room for data gathering and decision-making, to be known as the Advanced Collaborative Centre (A.C.E.). The OFFICE Data Store supplied by CONTRACTOR will be situated in the A.C.E.

9.15.2   The onshore WITSML data shall mirror the rig site Data Store. This then provides a WITSML feed (using Openwire) into COMPANY's onshore data stores, principally Landmark EDM and Openwells. COMPANY's design basis is for this onshore server to be within COMPANY domain, in the Advanced Collaborative Center (ACE). Access by COMPANY Third Parties, such as CONTRACTOR, would be using iLink. For this onshore WITSML data store, COMPANY will specify Operating System requirements, network and security rules, as it forms part of COMPANY Domain.

## 10.0  MUDLOGGING SERVICES

10.1   COMPANY expectations – this scope defines the minimum level of service that COMPANY requires from any Mud Logging Unit.

CONTRACTOR is deemed to have an expert knowledge and capability and COMPANY expects:

(a)   The efficient execution of the mud logging service and timely reporting with CONTRACTOR providing personnel that are trained in unit operation and have extensive local geological experience;

(b)   The maintenance and calibration of all sensors to ensure that they are always providing accurate data to assist real time decision making, and for processing to aid post-well analysis, and

(c)   A safe, clean, and comfortable working environment to be provided by CONTRACTOR which meets COMPANY standards.

10.2   Principal objectives of the mud logging service

(a)   Monitor the drilling operation parameters including providing Geological control, Formation evaluation, understand their significance to the downhole conditions, and advise COMPANY and Drilling Contractor personnel of any situation developing with safety or efficiency implications. Where the situation is judged to

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022329

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**C. Well Placement**

be of a serious potential impact, logging personnel should contact the rig floor directly if COMPANY Representative cannot immediately be contacted.

(b) Efficiently record the parameters, and provide the data that is required to support post well analysis, via COMPANY defined format, to the correct personnel, and in a timely manner.

(c) Recommend solutions for improvement of performance based on monitoring of the well conditions. The Mud Logging Service, if required shall be fully computerized to provide an on and off-line system in constant operational readiness. Unit systems shall be latest technology. In event of future systems upgrades of software and hardware CONTRACTOR shall offer COMPANY the opportunity for such upgrades.

10.3 CONTRACTOR shall provide all units and equipment, necessary to successfully perform the required WORK, fully serviced and in a good state of operational readiness. The Mudlogging Unit shall be a skid mounted oilfield module of sufficient size to accommodate COMPANY's geologist in addition to the service crew. As a minimum the Unit shall feature:

(a) Unit power provided by COMPANY with necessary transformer interfaces and regulators supplied by CONTRACTOR.

(b) Safety barrier system to prevent stray electrical surges from outside the unit.

(c) Explosion proof safety pressurized system to ensure safe unit interior by fresh air purge, with control to maintain stable environment within unit. Preferably, the unit should automatically shut down if loss of pressurization occurs.

(d) Air conditioning system able to provide environmental control under pressurization with minimal noise.

(e) All electrical systems shall meet requirements of local regulatory agencies. All unit personnel shall be trained in wiring and grounding techniques and lightening protection.

(f) Unit shall contain sheathing or similar system to minimize effects of radio interference on the equipment.

(g) Quiet working environment.

(h) Emergency exit in addition to the main entrance/exit.

(i) Drafting space and light.

(j) Software to include an acceptable Word processor and Spreadsheet package.

(k) Workspace for COMPANY Well Site Geologist.

(l) Unit to be ergonomically designed and use a minimum number of monitors, printers, etc. In order to reduce noise and distraction but allow an acceptable level of service.

In addition, all electrical equipment and sensors shall be intrinsically safe and all unit operators shall be trained in wiring and grounding techniques.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022330

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**C. Well Placement**

10.4   Geological Parameters and Sampling – the following requirements shall be provided:

   (a)   Geological Parameters

- Description and recording of lithologies, recording of total and Chromatographic Gases, monitoring for Hydrogen Sulphide and Carbon Dioxide, fluoroscopic examination of drilled cuttings and other 'show' evaluation procedures, calcimetry, mud 'resistivity in' and mud resistivity out.

   (b)   Clay hydration

- The CEC (MBT) test should be performed in all clay sections drilled with water-based mud.   Oil-based mud cuttings should be cleaned by washing in acetone or a similar solvent, and carefully dried.

   (c)   Pressure detection and analysis service:

- Providing pore pressure prediction, overburden, and estimated fracture pressure.

- Provide general assistance to COMPANY Well Site Geologist as and when required.

   (d)   Sampling

- Washed and dried samples, Unwashed bulk samples, geochemical samples, treated with bactericide, stored in either SEET foil bags or suitable tins, drilling mud samples, stored in nalgene bottles.

- Throughout the well, maintain a collection of samples of all mud chemicals and additives (liquids and solids) and rig equipment lubricants and greases that may affect the hydrocarbon evaluation of the well.

- Any other sampling (mud, formation fluids/gases) as requested during the well.

The actual required number of sets and the intervals etc., for each well will be provided prior to the commencement of the well by COMPANY Well Site Geologist.

10.5   Basic Applications

10.5.1   Drilling Monitor Program

A program capable of monitoring observed trends is required.   While drilling, it shall be possible to display and monitor the following parameters in graphical and textual form:

- Time of day
- Date
- Drilled depth
- Bit depth
- True vertical depth
- Bit size

---

CONFIDENTIAL
Business Confidential

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**C. Well Placement**

- Stand number
- Instantaneous ROP
- Averaged ROP (for the bit run and user defined intervals, e.g., every 10 feet)
- Weight on bit (minimum, maximum, average, standard deviation)
- Rotational speed of bit (calculated from motor/turbine characteristics including nozzled motors)
- Rotational speed of string (minimum, maximum, average, standard deviation)
- Mud flow rate in
- Mud flow rate out
- Pump strokes per minute
- Min, max, average, and standard deviation of torque
- Block / Kelly height
- Standpipe pressure (minimum, maximum, average, standard deviation)
- Hookload.
- String weight
- Rig heave (if applicable)
- Current cost per foot
- Total gas and chromatography

10.5.2  Pit Volume Totalization and Monitor Program

It shall also be possible to display and monitor trends of the total and individual pit volumes, and trends in the active circulating volume.  The system should allow for totalizing in any combination to give resultant active and reserve volumes such as:

- Total active circulating volume.
- Individual pit volumes.
- Reserve volume.
- Total volume.
- Temperature In/Out.
- PVT change.

10.5.3  Trip Monitor Program

It is also considered essential to provide a Trip-Monitor program capable of monitoring observed and predicted parameter trends.  The Trip-Monitor program shall be capable of calculating and displaying the following parameters in graphical and textual form, and in the form of a paper log:

- Time of day.
- Depth of bit.
- Bit size.
- Stands tripped / stands to go.
- Average, minimum, and maximum hookload.
- Expected hookload.
- Pit volume – actual.
- Pit volume – expected.
- Trip tank volume.
- Average time per stand.
- Instantaneous and average pipe velocity based on the traveling block sensor measurement.

---

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022332

- Reaming data (pump operation, torque, flow in/out, pressure) In the event of reaming having occurred, these variable values should be stored at regular depth and time increments, with a higher resolution than one value of each per stand (e.g., every ten feet or every one minute).

### 10.5.4 Kick and Kill Monitor Program

When the well is shut-in, or whilst killing the well, the following parameters should be made accessible on printers and rig site monitors:

- Time of day
- Casing pressure
- Standpipe pressure
- Total pit volume
- Mud weight in/out
- Mud flow in
- Total barrels displaced
- Total strokes pumped
- Depth to kill mud
- Strokes to bit
- Strokes to bottoms up
- Plot of casing pressure, standpipe pressure and pit volume
- Total gas.

## 10.6  Engineering Programs

### 10.6.1 COMPANY standard is to use DEAP.  However, in the event that a hydraulics program for slip velocities and calculated cuttings lag time should be run (Power law, Modified Power Law and Bingham) then the following conditions apply:

(a)  At the beginning of each hole interval;

(b)  Whenever there are significant changes in pump rate/rheology then undertake:

(c)  Swab and surge analysis;

(d)  Cost/unit depth analysis;

(e)  The resultant data being provided on-line and off-line.

### 10.6.2 CONTRACTOR's Well Control programs shall not be used to direct COMPANY operations during a well control incident.

## 10.7  Data Acquisition, Storage and Display

A continuous computerized monitoring, display, and interpretation service is required for all selected drilling parameters.

### 10.7.1 Computational Hardware

Computational equipment shall be interfaced with the monitoring systems to provide automatic collection, transfer processing and recording.  All processing equipment shall be redundant.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022333

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**C. Well Placement**

10.7.2   The computer system used to run engineering assistance programs should be:

   (a)   Compatible with telecommunications equipment to enable the data transmission service to be used if required

   (b)   Able to be reconfigured as an acquisition computer if the acquisition equipment fails.  All the processes shall be redundant.  The system shall be configurable within ten minutes to account for failure and a back up system has to work at all times.

10.7.3   Data Sampling, Processing, and Storage Specifications

This section defines the recording specifications to ensure that accurate, pertinent data is obtained in a reliable manner to aid the real time decision making process and for post well analysis.

   (a)   Dynamic drilling parameter measurements (including block/kelly position, rig heave, hookload, torque, rotary speed,  stand-pipe pressure) shall be filtered to minimize the effects of data aliasing;

   (b)   Parameters shall all be sampled at a consistent frequency.  A minimum sampling frequency of 10Hz is required;

   (c)   Each of the critical variables shall be allocated low and high level alarms and the setting of these discussed with COMPANY Drilling Representative/Engineer at the start of the well;

   (d)   Placement of mud logging sensors shall allow all measurements to be made independently of other CONTRACTOR equipment;

   (e)   All of the critical measured parameters should also be recorded on chart recorders of the continuous multi-track type;

   (f)   All parameters shall be stored digitally against depth and time and if requested provided post well in an agreed upon format.

   (g)   Comprehensive time based data while not making hole should be stored on paper and in databases (real time charts) for subsequent analysis. This should include data collected while drilling out cement/casing shoe, reaming, and during open hole tripping.

10.8  DISPLAYS

10.8.1   CRT and Remote Displays

   (a)   In addition to the display terminals normally present within the logging unit COMPANY requires additional VDU's in COMPANY Drilling Representative/Engineer office and an intrinsically safe VDU on the drill floor.  An additional monitor should be available;

   (b)   Each of these VDU's shall be capable of various graphic/numeric displays, to the format defined by COMPANY Drilling Representative/Drilling Engineer.  The screens should be interactive (ability to alter scales or format), and one-touch changeover should be provided between displays for different rig operations, together with simple data recall facilities, and

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022334

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**C. Well Placement**

(c)   The numeric and graphical display shall be capable of showing trends in the measured drilling parameters.   Color graphics and large screen sizes (i.e., minimum 11" diagonally corner to corner) are preferred.   Both raw and computed parameters should be available.

10.8.2   Chart Recorders

(a)   Any paper chart recorders provided for use in COMPANY office or mud logging unit should be of a type using paper of width 9" or greater (e.g., Siemens or Yokinawa type), rather than 4 3/4" wide paper as in the Chessel type.   This shall allow greater resolution and longer display of historical data.   Multiple pen colors are required;

(b)   All critical measured parameters shall be recorded on a chart recorder;

(c)   Chart recorder data shall obey the following rules;

- Consistent format between units in one area (including pen colors and layout);

- Regular scaling and annotation of the traces (time, date, observations);

- A reasonable number of pens per track (i.e., <6);

- Logical grouping of traces e.g., torque and rpm, standpipe pressure and flow rate, WOB and hookload.   A continuous computerized monitoring, display, and interpretation service is required.

10.9   CALIBRATION and QA/QC

10.9.1   Sensor Type, Accuracy, and Calibration

(a)   Sensors with minimum accuracy of 0.2 bbls are the preferred type for pit level measurement on land operations.   Sensors on all pits (including sand traps) may be required.   The standard is eight sensors per rig;

(b)   In-sensor compensation for temperature variations shall be provided for all sensors, especially those measuring WOB and hookload.   Accuracy of sensors for the base service should be better than 5%.   Better specification of sensor accuracy is required if Optional Services Clause 10.11 of Appendix 5 is requested;

(c)   Calibration shall take place in accordance with a defined program (specified in the bid) which is acceptable to COMPANY.   If calibration check readings are outside the allowed tolerances, the sensor shall be investigated by CONTRACTOR and all instrumentation/sensors shall be recalibrated or replaced as necessary.   The Drilling Engineer/Representative, or Well Site Geologist shall ensure that the program is adhered to and that checks/recalibration are properly carried out, and

(d)   Any discrepancies between measurements made by Mud Logging and Drilling equipment shall be reported to COMPANY Representative, who shall then request a calibration check of the equipment concerned.   At no time is one measurement to be deliberately manipulated to mimic another sensor value without an investigation of the cause of the discrepancy having taken place.   If

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022335

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**C. Well Placement**

the discrepancy persists after a calibration check, the matter shall be reported through to COMPANY Representative.

### 10.9.2   QUALITY CONTROL OF DATA

Data quality control is considered to be of supreme importance and a demonstrable ability by CONTRACTOR personnel to implement the rules as specified in this document shall be required.  This Clause 10.9.2 defines the responsibilities of CONTRACTOR personnel with regard to data validation during all phases of operation.

CONTRACTOR shall:

(a)  Obtain the signed approval of COMPANY Representative for sensor placement and hookup;

(b)  Maintain and calibrate all equipment in a state of operational readiness at all times.  Calibrations should be recorded in a log which can be made available to company during, or post well for purposes of correlation with post well data;

(c)  Notify all failures or inconsistent readings immediately to the relevant company representative.  All data logged from the last known date of correct operation to be reported to company representative as suspect;

(d)  Maintain an adequate level of spares to preclude/minimize the effects of any faults or breakdowns;

(e)  Take prompt action to rectify any breakdowns or suspected problems with the measurement or derived parameters;

(f)  Present the data required for post well analysis in the defined format (see Clause 10.22 herein) where requested.  Ownership of the data shall be the responsibility of CONTRACTOR until COMPANY office receives the data, and

(g)  Ensure that all data presented on disc or hard copy highlights erroneous data by the use of standard error codes (-999.25).  Similar data on logs shall be accompanied by a notation defining the failed sensor and interval affected.

### 10.10 MONITORING PRIORITIES

This section defines the Mud Logging activities which are to take precedence during each type of operational activity.  This is to avoid ancillary functions acting to the detriment of the prime responsibility of the Mud Logging service, that being well monitoring and safety.

### 10.10.1 Primary responsibilities during Drilling/Circulating

(a)  Well monitoring, including total gas levels, circulating system volumes, mud flow, mud weight/temperature, mud losses;

(b)  Monitoring for indications of drilling problems, e.g., poor hole cleaning, pipe sticking, bit balling, excessive cavings;

(c)  Monitoring and display of all logged parameters.

### 10.10.2 Primary Responsibilities during Tripping/Running Casing

CONFIDENTIAL
Business Confidential

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**C. Well Placement**

(a)  Observed versus expected trends in mud volumes and string weight;

(b)  Monitoring of mud flow;

(c)  Monitoring of gas levels from circulations;

(d)  Comparison with previous trips e.g., tight spots.

10.10.3 Primary Responsibilities during Cementing

(a)  Progress of the circulation(s), returns and reconciliation of volumes during and after the job;

(b)  Cement unit/mud pump rate, pressure.

10.10.4 Primary Responsibilities during Open hole Logging

(a)  Mud system volumes, flow.

10.10.5 Primary Responsibilities during testing

(a)  Hydrocarbon analysis of retrieved samples;

(b)  Monitoring annulus pressures;

(c)  Monitoring well kill pressures, volumes.

10.11  COMPETENCY/ENGINEERING STANDARDS

This Clause 10.11 applies to all of the basic requirements and optional services specified in this Scope of Work.

CONTRACTOR shall show the following basic engineering standards and competency:

(a)  Documentation of mud logging engineering practices including, transfer of intermediate section and end of well data to COMPANY (where requested), engineering research ongoing, accuracy and reliability of current monitoring systems and adherence to standard engineering practices for well site services to ensure that the operations optimization process is formalized and then applied routinely (the latter should be available in the form of a manual for COMPANY to review if required).  To include full accounting for mud losses while drilling (especially in the reservoir), swab/surge calculation in compliance with HSSE requirements;

(b)  Staff trained and assessed as competent in the WORK, including ongoing training program and succession plan in place.  This shall include the personnel in the office and on the rig site as their ability to interpret and act upon the data from the well is particularly important.  (The training and development of local staff is also an important criteria to COMPANY);

(c)  Mud logging management system in place, including logging program design, instrument selection procedures, process for validating new measurements, process in place for screening results and guaranteeing integrity of data.  As the

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022337

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**C. Well Placement**

logging data is important to a number of COMPANY departments, the speed with which it is processed and issued is a consideration;

(d) Implementation of a management and control system to ensure that there is a mechanism in place to handle and document new requirements of service. This could be due to a new measurement, alterations in the accuracy of monitoring;

(e) Implementation of mud logging engineering procedures to a sufficiently high level of competency to ensure the achievement of a basic performance as defined in the performance criteria;

(f) Accreditation of the Mud Logging services to a recognized Quality Standard e.g., ISO9000, and

(g) General management and supervision of the whole service including office support, logistical organization and well site supervision. It is anticipated that CONTRACTOR shall manage all equipment provided for their operations in accordance with a CONTRACTOR owned standard minimum technical specification. This specification may initially be based upon current COMPANY specifications.

(h) It is anticipated that COMPANY and CONTRACTOR shall jointly agree on the attainment of these competencies. In addition to CONTRACTOR having the documentation and audit mechanisms in place, COMPANY shall be looking for CONTRACTOR to demonstrate his understanding of COMPANY's policies and working practices.

## 10.12 ADDITIONAL MUDLOGGING SERVICES

These services are seen as key contributors to an optimal Mudlogging system and may be requested by COMPANY on a well by well basis and are detailed below.

- Pressure detection Services
- Enhanced Pit Level Sensor Package for floating rigs
- High Resolution Flow Monitoring
- Drilling Data Analysis Package
- Data transmission services
- Vibration Detection Service
- Enhanced Hole Condition Monitoring
- Casing Wear Monitoring
- Drill Off Test Monitoring
- Torque and Drag Monitoring
- Real Time Data Transmission
- Pore Pressure Analysis
- Advanced Gas Detection/Chromatography/Analysis

## 10.13 PRESSURE DETECTION SERVICE

### 10.13.1 Primary Methods

CONTRACTOR shall provide the following analysis, at a frequency suited to regional conditions:

(a) Corrected drilling exponent;

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022338

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**C. Well Placement**

  (b) Flow line mud temperature and differential temperature;

  (c) Gas trends, particularly trip/connection gas including chromatograph analysis, and

  (d) Cuttings and cavings analysis.

  Shale density may be required, the method for which shall be at the discretion of CONTRACTOR, but shall under no circumstances contravene relevant health, safety, security, or environmental regulations.  The bulk density method using water balance is unacceptable.

10.13.2 Secondary Methods

  At regular defined intervals, or at the discretion of the Well Site Geologist, the following additional work may be required:

  (a) Calcimetry;

  (b) Pore pressure from electric log data stored in a digital medium, uploaded at the WORKSITE;

  (c) Software package to analyze drilling data, MWD or LWD measurement of resistivity and gamma ray to produce estimation of pore pressure, fracture gradient;

  (d) Evaluation of d exponent corrected for bit wear, and

  (e) Temperature trend,

10.13.3 Additional Competencies

  For this service the mud logging CONTRACTOR shall be required to provide personnel with:

  (a) The ability to recognize and predict trends in pressure from measurements;

  (b) The ability to recognize deviations from predicted trends, and the implications for drilling and safety;

  (c) Use of d exponent and other predictive tools for the determination of pore pressure, fracture pressure, and overburden evolution;

  (d) Safe working practices, particularly where shale density is requested, and

  (e) Previous experience of providing a pressure detection service

10.14 ENHANCED PIT LEVEL SENSOR PACKAGE FOR FLOATING RIGS

  (a) The method of heave compensation for pit level monitoring is at the discretion of CONTRACTOR but shall be technically acceptable to COMPANY. CONTRACTOR should indicate additional sensor requirements with the bid, and any additional costs incurred, if any, by providing heave compensation.

CONFIDENTIAL
Business Confidential

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**C. Well Placement**

(b) The preferred method of measurement shall be to install two sensors per pit at opposite corners, and to use software averaging to determine the true pit level.

## 10.15 DRILLING DATA ANALYSIS PACKAGE

### 10.15.1 Introduction

A package of software analytical facilities may be required to assist in the processing and manipulation of large amounts of drilling parameters or other types of data.

### 10.15.2 Availability and General Functionality

When requested, the package as defined below shall be available both at the WORKSITE and at the onshore support base, and be able to operate both on-line (i.e., to act on data as it is acquired) and off-line. The package shall support the extension of existing tools, or addition of extra tools if required by COMPANY.

### 10.15.3 Data

The package shall be capable of acting on data of various types. This shall normally include any measured or derived depth-based and time-based data.

### 10.15.4 Package Content

As a minimum, drilling or additional data shall be able to be operated on using the following tools:

(a) Mathematical manipulation of measured or derived drilling parameters, to allow operator-defined equations to be performed and the resulting variables to be stored, processed, and displayed. An example of such a function would be the calculation of mechanical horsepower consumed per unit volume of rock drilled;

(b) X-y cross plotting, with up to three parameters available as discriminants on the plotted data. Curve fitting to be available for the plotted data, using an operator-accessible library of linear, exponential and logarithmic methods, and

(c) Statistical analysis of measured or derived drilling parameter data, or additional data, using various techniques e.g., standard deviation, coefficient of variation, analysis of variance, frequency histograms.

Plotting of both raw and derived variables should be possible.

### 10.15.5 Additional Competencies

For this service CONTRACTOR shall be required to provide personnel with:

(a) Statistical analysis methods training (to meet an agreed upon and understood level);

(b) Working experience of the data analysis package.

## 10.16 DATA TRANSMISSION FACILITIES

### 10.16.1 Hardware

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022340

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**C. Well Placement**

CONTRACTOR shall provide:

(a) A minimum of one office workstation in direct communication with the rig site database. This station should be of a high enough specification to allow detailed logs to be drawn on the screen quickly and legibly, and

(b) An office plotter capable of producing logs and reports with the same specifications as the rig site plotter.

### 10.16.2 Software

CONTRACTOR shall install a network connecting the rig site and office (TCP/IP). The minimum specification for the network shall be a serial line or phone link using Point to Point Protocol. The ability to perform batch updates shall be required. If requested, CONTRACTOR shall install a full network connection with a router at each site and provide a digital fax capability allowing the on-line computer system on the rig to send reports and logs directly to the office fax. Logs for office based personnel & partners shall be used as a primary source. Where an office workstation facility is provided the system shall be used only for investigation of measured parameters, and production of "one-off" logs which are needed at short notice in the office.

## 10.17 HIGH RESOLUTION FLOW MONITORING

An enhanced method of flow monitoring may be required. If requested, the method of flow monitoring shall be at the discretion of CONTRACTOR but shall be technically acceptable to COMPANY.

### 10.17.1 Requirements

The flow monitoring system:

(a) Shall be able to compensate for rig heave, pitch/roll, and riser boosters on floating rigs;

(b) Shall be able to compensate for pipe movement, and starting/stopping/altering of pumps;

(c) Shall be able to work with either water based or oil based mud;

(d) Shall be unaffected by temperature and density changes in the mud system;

(e) Shall make alarms in response to influx rate, influx volume, loss rate and loss volume; the alarm system should include the ability to preset the levels for each alarm at any time, and

(f) Sensitivity should be sufficient to allow detection of 1-2bbls losses/kicks on semi-submersible rigs, and 1/2bbl on fixed rigs.

### 10.17.2 Sensors

Several types of sensor are available:

(a) Acoustic: detects a phase shift in the return time of mud pump noise due to gas or liquid entry;

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022341

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**C. Well Placement**

(b) Electromagnetic: works only in wbm;

(c) Coriolis force: works in obm or wbm;

(d) J-meter: works in obm or wbm.

10.17.3 Display

The following parameters shall be available for display or for plotting against time once the Early Kick Detection system has processed the measured parameters:

(a) Total SPM: strokes per minute of the circulating pumps;

(b) Total flow: flow measured in gpm and calculated from the pump strokes and pump efficiency;

(c) Instantaneous flow: flow out along the return line in gpm, sampled at high frequency, corrected for variation in return line slope, and for the thickness of any cuttings deposited on the bottom of the pipe;

(d) Flow out: the instantaneous flow values averaged over one or more heave periods;

(e) AVG DFLO: average Delta Flow (gain +ive, loss -ive) in gpm. This is the difference between Total Flow and Flow Out;

(f) TRD DFLO: trend Delta Flow (gain +ive, loss -ive) in gpm. A less smoothed average delta flow, used to detect trends in flow rate;

(g) CUM DFLO: cumulative Delta Flow (gain +ive, loss -ive) in gpm. Cumulative difference in flow in and flow out since last reset;

10.18 MUD LOGGING VIBRATION DETECTION SERVICE

10.18.1 General Requirement

The principal objective is to distinguish periods of excessive variance in torque, surface rotary speed, hookload or standpipe pressure, and to alarm these to the mud logging crew and other rig personnel. Periods of excessive variation in these variables often indicate the presence of vibration. In particular, a signal analysis method should be employed to detect and discriminate the cyclic torque that is characteristic of torsional resonance (slip-stick). Displays and alarms are required on the rig to initiate responses to observed vibration (suppression).

10.18.2 Specific Requirements

(a) To read the surface torque, rotary speed, hookload and standpipe pressure sensors;

(b) From the high speed data, to calculate the standard deviation of each of the four parameters per time increment;

(c) From the high speed torque data, to employ a detection method to identify the regular cyclic torque pattern that is characteristic of slip-stick vibration. The

---

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022342

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**C. Well Placement**

minimum slip-stick period that shall be detectable shall be in the region of one (1) torque cycle per second. The detection method shall be able to discriminate between genuine slip-stick (regular torque cycling), and other, less regular torque variation which is not indicative of slip-stick vibration. This detection method shall not be dependent upon variance in surface rotary speed;

(d) To employ manually selectable set points and alarm thresholds to govern the sensitivity of the detection capability (set points for standard deviation alarm thresholds, minimum period of slip-stick, minimum amplitude(%) and number of torque cycles for slip-sick to be valid etc.);

(e) To trigger visible alarms in the mud logging unit and on the drill floor when the alarm thresholds are exceeded, or slip-stick detected (an audible drill floor alarm is not recommended). A "traffic light" type of visible alarm on the drill floor is suggested;

(f) To provide an on-line display of the high-speed torque, rotary speed, hookload and pump pressure data in the mud logging unit and company office, and to provide on the drill floor an ability to display the high speed data during periods of vibration. COMPANY office display shall be able to be left running at all times necessitating a devoted display;

(g) Whenever vibration is detected, to trigger an automatic printout of the four variables (raw high speed data), together with time/depth, and alarm status. These shall be used to provide a record of detection efficiency, and explanation material when vibration is being discussed at the rig. A lag time before and after the detected period of vibration should also be retained;

(h) Whenever vibration is detected, to store the raw high speed data to file, for later playback and analysis. A lag time before and after the detected period of vibration should also be retained, and

(i) To write values of the standard deviation of each variable to the standard depth database (i.e., averaged per depth increment), together with a flag indicating slip-stick status (i.e., Present or absent). Each of these variables shall be made available to depth-based logs and subsequent ASCII data on cd-rom (if optional Service 11.0 is requested).

10.18.3 Additional Competencies

CONTRACTOR shall be able to provide personnel trained in:

(a) Use of the vibration detection service;

(b) Maintenance of the detection hardware and software;

(c) Calibration of the equipment;

(d) Ability to recognize and be able to calibrate the equipment to recognize the difference between slip-stick and erratic torque.

CONTRACTOR shall provide monitors and /or "Traffic Lights" for the Rig Floor and COMPANY Man Office.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022343

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**C. Well Placement**

10.19 ENHANCED HOLE CONDITION MONITORING

Where enhanced hole condition monitoring is requested it is expected that severe hole problems shall arise due to tectonic stresses, overpressure, faults. The objective of this service is to provide equipment and procedures for the continuous monitoring of hole conditions, especially the volume of cuttings and cavings returned to surface. This latter measurement is used to produce a trend of the returns and early indication of a deterioration in hole condition.

The design of the monitoring system is at the discretion of CONTRACTOR but shall be technically acceptable to COMPANY.

10.19.1 Measurement of Cavings and Data Storage

The measurement:

(a) System shall be able to provide an automatic, continuous measurement of the total weight/volume of cuttings/cavings being received at the shakers. This measurement shall be made not only while drilling, but also while tripping or reaming to provide the parameters referenced herein;

(b) Shall be recorded on the mud logging time database at the normal sampling frequency for the base service, and also in depth based format. Drilling information should be stored on the depth database as per normal requirements. The storage location of the tripping/reaming information is at the discretion of CONTRACTOR but it shall be possible to interrogate the system for the information so that the parameters referenced herein can be computed, and

(c) Device shall be regularly cleaned and calibrated to ensure that the correct weight of cuttings is being recorded.

10.19.2 Data Required

If the service 10.22 – Provision of Digital Data for Post Well Analysis has been requested the following parameters shall be provided for each lag depth as defined in Clause 10.22:

(a) Total time reaming: until the section is cased;

(b) Total caving volume per foot: until the section is cased;

(c) Total caving volume per section: until the section is cased;

(d) Total exposure time per foot: from time drilled to time cased;

The parameters are the cumulative value of time or volume derived from drilling, tripping, and reaming at each lag depth).

Where the Provision of Digital Data for Post Well Analysis service has not been requested the information shall be extracted from the mud logging databases separately, and presented in depth based ASCII format on CD-ROM.

10.19.3 Tripping Data

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022344

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**C. Well Placement**

(a) When saving the cuttings returns rate to the database COMPANY may request that a trip number index is saved which identifies which trip the rate was recorded on. This data shall be used to obtain the maximum rate recorded at each lag depth, and the trip upon which it occurred (including drilling) where requested. This shall assist in determining the duration over which particular formations produce cavings.

(b) Where the Provision of Digital Data for Post Well Analysis service has been requested this information shall not be provided with that data. A separate ASCII format disc shall be required. If the Post Well Analysis service has not been requested, this information may be included on the extra cavings analysis disc mentioned above.

10.19.4 Sampling Requirement

The shape and size distribution of the cuttings/cavings (percentage of each type) returned from a well may give an indication of the problem which is causing the cavings, e.g., high pressure & fractures and the formation which is producing the cavings. Accordingly:

(a) The cavings identification (procedure 10.19.5) shall be performed upon request from COMPANY Representative, and

(b) Three samples from each formation drilled shall be taken for comparison and stored for post well analysis. Comparison of these samples with real time cuttings/cavings returned to surface may indicate which formation is producing the cavings, especially when made at cavings return "peaks".

10.19.5 Cavings Identification Procedure

This procedure shall outline a method for determining the percentage size and type of cavings produced whilst drilling. This information shall be recorded on COMPANY's Pore Pressure and Hole Condition Log if requested. The procedure shall be required only if stipulated by COMPANY Well Site Geologist, or in the Drilling Program for the well.

The Procedure:

(a) To catch approximately a one kilogram sample at normal sample intervals;

(b) To pass the sample through three sieves whilst washing with water or base oil as appropriate:

- 5mm sieve - to catch obvious cavings to be sorted by shape.
- 2mm sieve - to ensure only cuttings pass through to the sample inspection sieve.
- 68-90 micron sieve - to wash sample for inspection of cuttings whilst retaining particles down to a fine sand grade.

(c) To weigh each fraction of the sample (to an accuracy of no less than 10 grams):

- 5mm sieve = W1.
- 2mm sieve = W2.
- 68-90 micron sieve = W3.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022345

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**C. Well Placement**

(d) To prepare 68-90 micron sample for inspection by the geologist;

(e) To sort the contents of the 5mm sieve into four categories of caving as defined by the pictures below; Tectonic (square/blocky), splintery (long and thin pressure cavings), flat angular plates and eroded cavings (damaged cavings not fitting any of the previous categories);

(f) To weigh each of the four samples (to an accuracy of no less than ten grams):

- Tectonic = Wt          Angular = Wa.
- Splintery = Wp        Eroded = We.

(g) To record the total percentage of cavings: (W1/(W1 + W2 + W3)) * 100 = total percentage of cavings;

(h) To record the total percentage of each of the four categories of caving with respect to the total sample: (Wt/ (W1 + W2 + W3)) * 100 = total percentage of tectonic cavings (similarly for Wp, Wa and We), and

(i) To record each of the total percentages on COMPANY Pore Pressure and Hole Condition Log if these have been requested in the reporting requirements.

### 10.19.6 Parameter Trend Monitoring

The hole condition should be inferred by monitoring trends in the following parameters:

- Pump pressure  (corrected for flow rate variations);
- Torque (corrected for rpm, wob);
- Drag;
- Reaming time;

Indications of divergence from the expected trend for each parameter may signify loading of the annulus with cuttings/cavings or breakouts.

Where this service is requested it is essential that logging personnel provide continuous monitoring of well-bore stability indicators, and that response to perceived problems is rapid.

### 10.19.7 Alarms

If requested by COMPANY, an automatic alarm system monitoring one or more well-bore stability indicators (compensated for changes in the drilling parameters) shall be required.  The system should be able to respond automatically to deviations of the monitored parameters from trend, and raise an audible alarm to the mud logging personnel.

### 10.19.8 Additional Competencies

CONTRACTOR shall provide personnel trained in:

- Use of the database for storage of time and depth based data while tripping and reaming;
- Cavings identification procedure as stated in 10.19.5;

---

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022346

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**C. Well Placement**

- Recognition, and understanding of hole condition deterioration;
- Maintenance and calibration of the cuttings measurement device installed at the shakers.

10.20 CASING WEAR MONITORING

This service shall provide an estimate of the amount of casing wear which is occurring in the well and to identify the wear mechanism.  Casing wear has three mechanisms:

(a) Abrasive wear: this mechanism is characterized by small particles of metal.  It occurs when solids contained in the mud system are ground against the casing wall by the drill string, causing a gradual wearing away of the metal.

(b) Adhesive wear: this mechanism is caused when the tool joint is pressed against the casing under rotation with enough force to form a friction weld with the metal.  As the tool joint continues to rotate a "lump" of metal is pulled away

(c) Cutting wear: this mechanism is caused when the hard banding of the tool joint is not flush ground.  As the tool joint rotates the exposed hard banding cuts long shavings of metal away from the casing.

CONTRACTOR shall, on a daily basis, measure the total weight of metal fragments recovered.  The weight of fragments measured should be notified daily to COMPANY Representative on the rig and the ops drilling engineer.

10.21 GEOLOGICAL SERVICES

10.21.1 Equipment

The unit shall be furnished with the following equipment:

- Shale factor kit
- Shale density kit
- Cuttings gas equipment
- Calcimetry kit
- Two high quality binocular zoom microscopes with variable power light system, one for the sole use of company geologist
- Ultra-violet light box
- Sample drying ovens
- Chemicals and equipment for geological  examination of  drilling returns for hydrocarbon detection and analysis
- Equipment for reproducing log copies at the WORKSITE (including plotter with geological symbols).

10.21.2 Sample Collection

CONTRACTOR shall be responsible for the proper collection, washing, and packaging of the cutting samples.  The sampling program shall be defined in the well program or amended by COMPANY Well Site Geologist on site.  CONTRACTOR shall supply all the WORKSITE consumables i.e.., wet sample packaging, dry sample envelopes and boxes, and official transport boxes. Color coded boxes to identify recipients may be preferred.  If requested, CONTRACTOR shall also supply foil bags for geochemical samples, plastic lined bags for Paleo samples and 1 liter polypropylene containers for mud samples.  This does not include coring operations.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022347

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**C. Well Placement**

10.21.3 Sample Description

Meticulous cuttings sample descriptions are required and shall include:

(a) Lithologies present, and their percentages, as determined by microscopic analysis of cuttings. Percentage cavings shall also be noted. Descriptions are to follow the standard company format. If a procedures manual is provided to the unit, the document shall be in both English and the local language (if different) and shall be read, understood and adhered to (where differences of interpretation exist, the English manual should take precedence). All data and descriptions shall be recorded in the cuttings register provided by company. The cuttings register should also be available on the mud logging system in digital format;

(b) Petroleum content as determined by chromatographic analysis of mud gases, cuttings gas, and white light/fluoroscopic analysis of the cuttings and associated mud samples. The effect of solvent extraction shall be recorded. Where a procedures manual is provided, the effect shall be recorded according to the method outlined. If a show is present, it shall be recorded in the show report format, and

(c) Carbonate analysis using calcimetry may be required every 50 ft, or at an interval specified by COMPANY Well Site Geologist, or in the Drilling Program for the well.

10.21.4 Test for Clay Hydratability

The CEC (MBT) test should be performed in all clay sections drilled with water-based mud, if requested by the Geologist. Oil-based mud cuttings should be cleaned by washing in acetone or a similar solvent, and carefully dried.

10.21.5 Assistance To COMPANY Geologist

CONTRACTOR shall provide general assistance to COMPANY designated Well Site Geologist as and when required.

10.21.6 Additional Competencies

CONTRACTOR shall provide personnel trained in:-

- Sample description and conversant with COMPANY format for geological symbols and descriptions
- Analysis of cuttings as described above
- Correct procedures for storing and logging samples
- Safe working practices
- Ability to make formation top picks based on cuttings sample information.

10.22 PROVISION OF DIGITAL DATA FOR POST-WELL ANALYSIS

Digital data shall be provided to COMPANY, for use in post-well studies of drilling performance and drilling problems. It is imperative that these data are of prime quality, since they shall be used both qualitatively in studies of drilling phenomena and bit response. Any algorithms used to screen data shall be reported to COMPANY.

10.22.1 Format of the Data

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022348

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**C. Well Placement**

(a) Data shall be provided in ASCII format on CD-ROM at the end of each hole section and at the end of the well;

(b) Data shall be stored every 1 foot or 0.5 meter.  If the depth increment is 1 foot, integer values of depth only shall be used;

(c) No depths should be repeated and all depths should continuously increase by the chosen depth increment;

(d) No depths should be missing.  If any data is missing for a particular depth the variable values should be null (-999.25);

(e) All variables should carry either a valid or null value at every depth;

(f) All variable values should be averages over the chosen depth increment, unless specified otherwise;

(g) Each variable value should be in the format nnnnnnnn.nn;

(h) Each ASCII file should contain a maximum of 10 variables, meaning that more than one CD-ROM shall be required to carry the data set from one hole section;

(i) Each ASCII file should carry the measured depth variable (DMEA);

(j) The column for each variable should be separated by 1 space from adjacent variable columns;

(k) ASCII data shall be backed up weekly

10.22.2 Data Set Required

The variables described here are required:

| Variable | Units | Mnemonic |
|---|---|---|
| Measured depth | Feet | DMEA |
| Date | YY:MM:DD | DATE |
| Time | HH:MM:SS | TIME |
| COMPANY Bit number | | BITN |
| Time on bottom | Minutes | TON |
| Time off bottom | Minutes | TOFF |
| Penetration rate | Ft/hr | ROPI |
| Weight on bit | Klbs | WOBA |
| Hookload | Klbs | HKLD |
| Rotary speed (String+bit) | RPM | RPMA |
| Measured depth | Feet | DMEA |
| Corrected D-exponent | - | DXC |

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022349

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**C. Well Placement**

| Variable | Units | Mnemonic |
|---|---|---|
| Average torque | Kft.lbs | TQA |
| Maximum torque | Kft.lbs | TQMX |
| Minimum torque | Kft.lbs | TQMN |
| Sigma torque (st. dev)** | Kft.lbs** | SITQ** |
| Slip-stick flag** | -** | VIBR** |
| Cumulative bit hours | Hours | BDTI |
| Estimated pore pressure | PPG | PORE |
| Flow rate in | GPM | MFIA |
| Measured depth | Feet | DMEA |
| Standpipe pressure | Psi | SPPA |
| Mud density in | PPG | MDIA |
| Mud density out | PPG | MDOA |
| Mud temperature in | Deg.F | MTIA |
| Mud temperature out | Deg.F | MTOA |
| Spare 1 | - | SPR1 |
| Spare 2 | - | SPR2 |
| Spare 3 | - | SPR3 |
| Spare 4 | - | SPR4 |
| Measured depth | Feet | DMEA |
| Interpreted lithology | - | LTYP |
| Total gas | % | TGAS |
| Chromatograph C1 | PPM | C1 |
| Chromatograph C2 | PPM | C2 |
| Chromatograph C3 | PPM | C3 |
| Chromatograph iC4 | PPM | iC4 |
| Chromatograph nC4 | PPM | nC4 |
| Chromatograph C5 | PPM | C5 |
| Chromatograph C6 | PPM | C6 |
| Gas Wetness Ratio | % | (C2+C3+C4+C5)/ *100 (C1+C2+C3+C4+C5) |
| Light to Heavy Ratio | PPM | (C1+C2)/ (C3+C4+C5) |
| Gas Wetness Ratio | PPM | (C4+C5)/ C3 |
| Measured depth++ | Feet++ | DMEA++ |

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022350

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**C. Well Placement**

| Variable | Units | Mnemonic |
|---|---|---|
| Total time reaming++ | Hours++ | TREA++ |
| Total cavings per foot++ | Bbls++ | CVFT++ |
| Total cavings per section++ | Bbls++ | CSEC++ |
| Total exposure per foot++ | Time++ | TEXP++ |

**=These parameters shall only be required where the Vibration Detection service (Section 10.18) has been requested.

++=These parameters shall only be required where the Enhanced Hole Condition Monitoring service (Section 10.19) has been requested.

10.23 Definitions

10.23.1 General

This section defines the meaning of certain terms used in the context of this Scope of Work:

- Derived Parameter – The result of combining two or more measurements with or without external data.

- Measurement – The output signal of a sensor after processing by the computer.

- Sensor Calibration – A method of verifying the satisfactory operation of a sensor. This is achieved by (a) ensuring a suitable sensor signal response to changes in the parameter of interest, and (b) calibrating the sensor output signal so that the displayed measurement accurately reflects the parameter's current properties.

- Sensor Signal – The output signal of the sensor prior to filtering, processing, or conversion to measurement units.

10.23.2 Applicable to the variables listed in Clause 10.2.2:

| | |
|---|---|
| Hookload | Measure weight of the drill string and hoisting equipment while drilling (average per depth increment). |
| Maximum Torque | Highest torque value recorded during the depth increment. |
| Minimum torque | Lowest torque value recorded during the depth increment. |
| Sigma Torque | Standard deviation of high frequency torque data recorded during the depth increment. |
| Slip-stick Flag | See "Specification for Optional Mud Logging Services", "Vibration Detection Service" (Clause 10.18). |
| Bit Number | The bit number (not the BHA run number), taken from COMPANY bit record. |
| Time on Bottom | The time spent on bottom drilling the depth increment (reset every depth increment) |
| Time off Bottom | The time spent off bottom while hole depth is within the depth increment (reset every depth increment). |
| Cum. Bit Time | Cumulative on-bottom time for the current bit run. |

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022351

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**C. Well Placement**

| | |
|---|---|
| Interpreted Lithology | Single integer value indicating the lithology present at that depth. The tail end of the ASCII file should contain details of integer values for each rock type. This should be standardized on all CONTRACTOR Mud Logging Operations. |
| Total time reaming | Total time spent reaming past each depth interval including back-reaming by the time the section is cased off. |
| Total cavings per foot | Total volume of cavings generated from each lag depth by the time the section is cased off. |
| Total cavings per section | Total volume of cavings generated for the whole section. |
| Total exposure per foot | Total exposure time for each foot of the section from time depth first drilled to time cased. |
| Spare 1 - 4 | To be used to convey other data, e.g., compliance-corrected ROP, formation evaluation or drilling mechanics MWD measurements etc. |

### 10.23.3 Delivery of Data

CONTRACTOR shall, if requested by COMPANY, supply a partial data set during hole sections on CD-ROM.

## 10.24 Drill Off Test Monitoring

COMPANY uses two types of drill-off test. The Mud Logging service is required to collect data during these two types of test, and treat the data to the point where the relationships between penetration rate, and weight on bit and RPM, can be clearly deduced and presented in cross plot form.

This section describes the steps involved in these tests, COMPANY's expectations of data processing requirements and instructions for Mud Logging Data Acquisition and Calculations.

### 10.24.1 Drill-Off Test Method 1

(a) COMPANY

- Choose appropriate drilling parameters for the test i.e., maximum WOB to drill-off from; minimum WOB to drill-off to; the three rotary speeds to be used for the test.

- These parameters should be chosen according to the type of bit in use (e.g., from a bit catalogue), and any BHA constraints (e.g., weight below the jars). They should explore as wide a range of parameters as possible.

(b) Driller

- Notify the Mud Logging unit that a drill-off test is about to be performed then start their time database and chart recorder.
- At the mid-range RPM, lock the brake at the maximum WOB. Allow the WOB to drill-off to the chosen minimum, without touching the brake.
- Repeat step 3 at the highest RPM.
- Repeat step 3 at the lowest RPM.
- Repeat step 3 at the first (mid-range) RPM.
- Go back to normal drilling (the test is now complete).

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022352

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**C. Well Placement**

(c) Mud Logger

- Get a printout of the time database data for the test interval, and the chart record.
- Perform the calculations as described overleaf.
- Deliver the ROP/WOB cross plot and chart record to COMPANY Drilling Representative.

(d) COMPANY

- From the chart record, check for smoothness of torque during each drill-off interval.
- From the ROP/WOB cross plot and chart record, choose the lowest WOB/RPM combination that gives best ROP and smoothest torque (thus balancing ROP versus bit and drill string life).

(e) Data Acquisition

- For the drill-off tests, the mud loggers should run a time database for the following variables, storing data every 30 seconds: time, block position, hookload, instantaneous weight on bit, average weight on bit, rotary speed, average torque, sigma torque, flow rate in, pump pressure. Also, the mud loggers should run a chart recorder at a minimum speed of 1.5 meters/minute with the following variables; block position, hookload, weight on bit, rotary speed, torque, sigma torque (if possible), flow rate in, and pump pressure.

(f) Data Processing

The following data processing is required from the mud loggers, and relates to the intervals of drill-off only (i.e., when the brake is locked and the string is drilling-off)

- Calculation of drill string compliance (drill pipe only) from,

$$C = \frac{MD}{E}\frac{Fdp1}{Adp1} + \frac{Fdp2}{Adp2}$$

in which:

C    =    compliance (m/kn)
MD    =    length of drill pipe (m)
E    =    Young's modulus for steel (gpa)
Fdp1 =    fraction of drill pipe of type 1 (e.g., 1")
Fdp2 =    fraction of drill pipe of type 2 (e.g., 6.5/8")
Adp1 =    cross-sectional area of pipe 1 (sq. mm)
Adp2 =    cross-sectional area of pipe 2 (sq. mm)

Typical values are:

E    =    206 gpa for drill pipe
Adp1 =    3403 sq. mm for 5" drill pipe
Adp2 =    4211 sq. mm for 6.5/8" drill pipe

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022353

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**C. Well Placement**

Fdp1 = 0.6, if 6000 ft of 5" pipe in 10,000 ft of total drill pipe
Fdp2 = 0.4, if the rest of the 10,000 ft is 6.5/8" drill pipe
MD  = 3048, for the example quoted here (10,000 ft of pipe)

The value for C is converted to FT/KLB before further use.

- Calculation of the amount of depth advance per WOB increment, and ROP per depth increment, from the time database data for the drill-off intervals only, as follows:

WOB change (klbs) =  Inst. WOB - Previous Inst. WOB
Depth advance (ft) =  WOB change (klbs) * Compliance (FT/KLBS)
Calc. ROP (ft/hr) =  Depth advance (ft) * (60/delta time) (mins)

These calculations are necessary because with the brake locked, the mud logging depth sensor is static, thus the system shall see no depth advance and hence calculate no ROP data. ROP is therefore calculated by hand from the WOB decay during the drill-off, and the estimated bit advance as the string extends.

(g) Plotting of calculated ROP (from step 2), versus average WOB (from the time database printout), for each RPM.

If, at this stage, the ROP/WOB relationships are not clear, instantaneous WOB data, and the resultant calculated ROPs should be calculated over longer time intervals, by grouping the raw time database data (this has the effect of smoothing out some of the errors in ROP and WOB). Alternatively, data can be grouped by WOB increment, which shall guarantee a minimum amount of data at higher WOB, where drill-off may be rapid. The new averages of ROP and WOB for each RPM should then be re-plotted.

(h) Deliver the raw data, ROP/WOB cross plot, and chart record to COMPANY Drilling Representative.

**10.24.2 Drill-Off test Method 2**

(a) COMPANY

- Choose appropriate drilling parameter "pairs" for the test (three pairs of WOB/RPM). These parameters should be selected according to the type of test in use (e.g., from a bit catalogue), and any BHA constraints (e.g., weight below the jars). They should explore as wide a range of WOB and RPM as possible.

(b) Driller

- Notify the mud logging unit that a drill-off test shall be performed. They should start their time database and chart recorder, recording the data as stipulated overleaf.
- Set the WOB to the mid-range value.
- Drill a minimum of 5 feet with each of the three chosen RPMs, beginning with the mid-range RPM and ending with the low RPM.
- Set the WOB to the high value.
- Drill 5 feet with each of the three RPMs beginning with the same RPM as used at the end of the mid-range WOB interval.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022354

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**C. Well Placement**

- Set the WOB to the low value.
- Drill 5 feet with each of the three RPMs, beginning with the same RPM as used at the end of the high WOB interval.
- Revert to the mid-range WOB and RPM, and drill at least 5 feet.
- Revert to chosen parameters (the test is now over).

(c)  Mud Logger

- Take the data from the drilling test interval from the time and depth databases, and process the data as described overleaf.
- Deliver the ROP/WOB crossplot and the chart record to COMPANY Drilling Representative.

(d)  COMPANY

- From the chart record, check for smoothness of torque during each drilling test interval.
- From the ROP/WOB cross plot and chart record, choose the lowest WOB/RPM combination that gives best ROP and smoothest torque (thus balancing ROP versus bit and drill string life).

(e)  Data Acquisition

- For the drilling test, the mud loggers should run a time database, storing the following variables every 30 seconds: time, depth, block position, hookload, instantaneous and average weight on bit, rotary speed, average torque, sigma torque, flow rate in, pump pressure, rate of penetration.  A chart recorder should also be run, at a minimum speed of 1.5 meters/minute, with the following variables: block position, hookload, weight on bit, rotary speed, torque, sigma torque, flow rate in, and rate of penetration.  These requirements are in addition to the normal storage of data on the depth database.

(f)  Data Processing

The following data processing is required from the mud logging system, for the data collected during the drilling test interval:

- Averaging of the ROP, WOB and RPM data over each of the intervals of constant WOB/RPM during the drilling test (i.e., averaging of these three variables for each pair of WOB/RPM values).  The interval for this averaging should be user-selectable, either in terms of depth increments (e.g., 1 foot, 5 feet), or time steps.  This shall require some automated recognition of each WOB/RPM pair.
- User-defined discrimination of data from the drilling test interval, e.g., to exclude bad ROP data from one or more of the WOB/RPM intervals, or to exclude WOB and/or RPM data that is not constant during an interval.  This functionality may best be incorporated into the cross plotting in step 3.
- From the time or depth database data, cross plotting of average ROP versus average WOB data, with one or more data points per pair of WOB/RPM values, for each of the test rotary speeds.  Curve fitting should be employed to give an equation for the relationship of ROP to WOB and RPM, either separately or combined.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022355

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**C. Well Placement**

- Deliver the raw data, ROP/WOB cross plot, and chart record to COMPANY Drilling Representative.

(g) Additional Competencies

CONTRACTOR shall provide personnel who are:-

- Fully conversant with COMPANY procedure for drill off test monitoring;
- Able to understand the meaning of the measured data, and know how to perform cross-correlation of the information to deduce the relationship between WOB, RPM, and ROP.

## 11.0 ONSHORE FACILITIES

11.1 Repair and Maintenance (R & M) Facilities

11.1.1 The services to be provided by CONTRACTOR shall include as a minimum:

(a) Coordination of all equipment, logistics and transportation requirements.

(b) Storage and handling of equipment and spare parts.

(c) Equipment preparation.

(d) Equipment inspection and testing.

(e) Repair and Maintenance (R&M).

11.1.2 CONTRACTOR is responsible for determining the most cost effective balance between back-up equipment requirements and the level of R&M and calibration facilities required in each SPU. As a minimum, CONTRACTOR's R&M facilities must be capable of performing mechanical and all board level servicing for all equipment likely to be used in the performance of the WORK including but not limited to the following:

(a) Rotary Steerable

- Inspection, testing and repair of sub-assemblies.
- Flow loop and bench testing facilities for command confirmation and systems testing prior to shipping.

(b)　　　　　Positive Displacement Motors

- Checking of bearing gap clearance.
- Checking of rotor/stator fit.
- Complete assembly and disassembly of motor.
- Inspection, testing and repair of sub-assemblies, i.e., stator, rotor, bearing, smaller subs.

(c) Mechanical

- Assembly and disassembly of outer collars (i.e., complete MWD subs/assemblies).

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022356