# EXHIBIT A-3

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**C. Well Placement**

- Assembly/disassembly, inspection and testing of sub-assemblies (i.e., basic pulser replacement).
- Complete disassembly and disassembly of entire MWD and LWD tool.
- Inspection, testing and repair of sub-assemblies, i.e., advanced MWD pulser repairs.

(d) Electrical

- Basic functional and verification testing of LWD subs and probe strings.
- Advanced LWD subs and probe testing.
- Exchange of broken/damaged harnesses and connectors.
- Testing at temperature.
- PCB (Board) replacement.
- Opening of probes and LWD subs to board level.
- Testing of boards and exchange of boards.

(e) Calibration

- Routine calibration of nuclear tools including GR and Neutron-Density tools.
- Routine calibration of resistivity tools.
- Routine calibration of pressure measurement tools including FPWD and PWD tools.

11.1.3 Prior to the EFFECTIVE DATE of the CONTRACT, CONTRACTOR shall have developed a detailed management plan to ensure that sufficient equipment and personnel resources are available at all times to service COMPANY's operations.

The management plan will address the following as a minimum:

(a) Repair and Maintenance (R&M) facilities to be located in the SPU.

(b) Repair and Maintenance (R&M) facilities to be utilized at CONTRACTOR's bases located elsewhere.

(c) Tool calibration and testing requirements.

(d) Back-up equipment requirements.

(e) Spare parts, tools etc.

(f) Turn around times where equipment R&M and calibration activities are to be completed in locations other than the SPU.

(g) Transportation routes to be utilized for moving equipment to/from the Point(s) Of Mobilization and Demobilization.

(h) Personnel requirements at the WORKSITE, within the SPU and any other location(s) where R&M and/or calibration activities may be required.

11.2 Storage and Transportation of Radio Active Sources

CONFIDENTIAL
Business Confidential

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**C. Well Placement**

11.2.1  CONTRACTOR shall be responsible for the following with respect to Radio Active source materials:

(a)  Transportation of Radio Active sources between CONTRACTOR's base of operation and COMPANY's Points of Mobilization and De-mobilization.

(b)  Provision of suitable shipping containers for the shipping of Radio Active sources between CONTRACTOR's base of operations and COMPANY's supply base.

(c)  Provision of suitable storage containers for the storage of Radio Active sources within COMPANY's supply base for the duration of the CONTRACT.

(d)  Provision of suitable shipping containers for the transportation of Radio Active sources between COMPANY's supply base and the WORKSITE(s) on supply vessels.

(e)  Provision of suitable containers for the storage and transportation of Radio Active sources at the WORKSITE(s).

(f)  Handling of all Radio Active sources at the Points of Mobilization and De-mobilization, COMPANY's supply base and WORKSITE(s) until all Radio Active material has been demobilized from COMPANY's supply base and WORKSITE(s) and returned to CONTRACTOR's base of operations.

(g)  Application and approval of all permits and licenses required by the local Government for the transportation, storage and use of Radio Active materials.

(h)  Provision of Radio Active Survey Meter to detect radiation around Radio Active storage container(s) and other necessary locations at the WORKSITE(s).

(i)  CONTRACTOR shall provide all required permits/licenses/approval from relevant institution/government authorities to perform this WORK with no additional charge or expenses to COMPANY.  **CONTRACTOR shall indemnify and hold COMPANY harmless from and against all liability, demands, levies, fines and expenses in the event CONTRACTOR fails to acquire such permits/licenses/approval.**

11.2.2  COMPANY shall be responsible for the following with respect to Radio Active source materials:

(a)  Transportation of Radio Active sources, stored in CONTRACTOR's shipping container, between COMPANY's Points of Mobilization and De-mobilization and COMPANY's supply base.

(b)  Transportation of Radio Active sources, stored in CONTRACTOR's shipping container, between COMPANY's supply base and the WORKSITE(s).

(c)  Provision of a secure designated area for the storage of CONTRACTOR's Radio Active storage container.  The secure area shall include fencing and secure access.

(d)  Provision of security personnel, if required, at the designated Radio Active source storage area.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022358

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**C. Well Placement**

(e) Provision of assistance to CONTRACTOR for the application and approval of permits and licenses for the transportation, storage and use of Radio Active materials where requested by CONTRACTOR.

11.3 CONTRACTOR shall provide a tool make-up and testing service (pre-made BHAs). Drilling tool modules shall be made up as agreed with COMPANY. Scope shall include, but not be limited to make-up and break-out, function testing, hydraulic/gas testing, pressure testing, inspection, storage and preparation for shipment. Modules shall be clearly identified by stenciling unique ID and component serial numbers. Modules shall be loaded into shipping baskets which, together with lifting slings and shackles, shall be fit for purpose and certified

11.4 Materials

CONTRACTOR shall store all drilling tools, equipment, spares, etc (with the exception of drilling modules due for shipment), under cover. Perishable items shall be stored according to manufacturer's recommendations. All completion tools and equipment shall be provided with appropriate protection.

11.5 Schedule

CONTRACTOR shall provide materials, equipment and services in order to take account of COMPANY's drilling schedule and as amended and issued to CONTRACTOR from time to time by COMPANY.

11.6 SERVICE LEVELS.

11.6.1 It shall be CONTRACTOR's responsibility to establish a level of servicing that shall be conducted within each specified SPU, for each technology, in order to support the levels of WORK detailed herein; whilst considering reliability of CONTRACTOR's different systems, R&M capabilities, and required competencies to ensure all tools operate to publicized specifications. All additional costs incurred to cater for remote servicing (transportation, customs, R&M costs etc.) shall be included in the pricing of each tool or service.

11.6.2 Prior to the EFFECTIVE DATE of the CONTRACT, service levels shall be mutually agreed between COMPANY and CONTRACTOR.

**12.0 REPORTING AND RECORD KEEPING**

12.1 CONTRACTOR will be responsible for the reporting of directional drilling and survey data, ensuring BHA records are current etc. on COMPANY's "EDM/COMPASS" or other system to be determined by COMPANY, in addition to fulfilling CONTRACTOR's own internal reporting requirements.

12.2 CONTRACTOR should ensure that its personnel are familiar with the data requirements of COMPANY during the WORK. Real time and memory data, both depth-based and time-based shall be easily accessible for review. Output options and presentations must be flexible to COMPANY requirements. Hard and digital copies in various formats shall be required.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022359

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**C. Well Placement**

12.3   CONTRACTOR is required to provide COMPANY with timely information on request. Running the tools successfully should not be the only CONTRACTOR focus on the WORKSITE. This alone does not meet COMPANY requirements.

12.4   CONTRACTOR personnel at the well site shall maintain a daily diary in digital form. This shall capture not only a summary of the day's activity but any problems, recommendations, and critical comments covering any and all aspects of the drilling activity and its management. The intention is to capture this information as it happens and use it in hole section reviews and lessons learned sessions, post well. CONTRACTOR personnel shall contribute to this as often as practicable but as a minimum it shall be updated every day. Subjectivity is encouraged and will be treated in a positive manner.

12.5   On completion of well operations, CONTRACTOR will prepare an End of Well Report (EOWR) in line with the requirements of COMPANY REPRESENTATIVE. This shall be completed within 30 days of reaching TD of each well or hole section. The end of well report shall contain:

   (a)   Run by run detailed synopsis by service.

   (b)   BHA description and operational variables.

   (c)   Details of lessons learned and recommendations for continuous performance improvement.

   (d)   A complete reconciled cost close out on the well

   (e)   Tracking, reporting and benchmarking of COMPANY's Directional Drilling Performance Measures.

12.6   Any additional engineering service provided by CONTRACTOR (such as Drilling Optimization, Pore Pressure Management, NDS) shall be summarized in an additional or integrated End of Well report, with supporting logs where appropriate.

12.7   The format of the end of well report shall be approved by COMPANY Representative.

12.8   All digital data from the well shall be stored securely by CONTRACTOR for a one (1) year period after termination of the CONTRACT. COMPANY shall be notified prior to its destruction after the end of this period.

12.9   On completion of well operations, CONTRACTOR shall operate a post-analysis review of well performance so that lessons learned are fed back into the plans for the next well. The details of this review will be jointly agreed upon with COMPANY. The data to be reviewed will include but not be limited to:

   -   Mud logging and associated reports
   -   COMPANY "EDM/COMPASS' or other system to be determined by COMPANY - compatible directional drilling report

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022360

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**C. Well Placement**

- Special Note: For long term archival purposes, the survey data and QA/QC sheets for the constituent parts of the definitive survey will be employed as the data to be reviewed

12.10 CONTRACTOR is required to submit the following reports

CONTRACTOR Reporting Requirements

| | FREQUENCY |
|---|---|
| Invoice of WORK | Monthly/By Well |
| Daily Digital Diary (maintain and submit as requested) | Update Daily |
| Itemized Cost for WORK by Product Line | Per well |
| Safety Reports | Monthly |
| Performance Standards | Quarterly |
| Performance Measures | Quarterly |
| Performance Score Cards, if required | Per Well or Batch |
| Summary of Inspection Reports and findings | Monthly |
| Failure Analysis / problem | as required |
| End of Well Reports Directional | Per well |
| End of Well Tool Utilization | Per well/month |
| Definite Survey | Per well |
| Project / Study reports | as required |

The content, style and structure of the above reports shall be agreed between COMPANY REPRESENTATIVE and CONTRACTOR REPRESENTATIVE.

12.11 For the Performance Standards and Measures reports, they will be for CONTRACTOR's operation as a whole and not on well by well basis. The report shall include both the month's performance and a cumulative aggregated performance.

12.12 Inspection and Failure/Problem analysis reports shall be discussed and agreed on an individual basis by COMPANY and CONTRACTOR. CONTRACTOR must provide full details on problems and issues in order to ensure capture of lessons learned and continuous improvement.

12.13 Project / Study Reports shall be undertaken as necessary following identification of the issues from the above reports. Such projects/studies shall have an agreed Scope of Work, objective and deliverable prior to commencement. This type of work shall be part of CONTRACTOR's commitment to improve performance and will be undertaken at no cost to COMPANY.

12.14 In addition to job reports CONTRACTOR is requested to supply to COMPANY on a monthly basis a summary of jobs performed. The summary is to be delivered to COMPANY's REPRESENTATIVE by the third working day of the following month. The format is to be agreed with COMPANY's REPRESENTATIVE but shall include the following information for each job performed within the month.

- Well name/Slot number
- AFE number
- Hole section/Casing / Liner - size
- Service provided

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022361

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**C. Well Placement**

- Itemized Cost (excluding tax)

12.15 CONTRACTOR will produce as part of the End Of Well Dataset five (5) hardcopies of final logs and reports (scales and TVD/MD requirements to be dictated by sub-surface requirements) , and two (2) ASCII /LAS and EOWR Datasets (including yet not limited to all Reporting Requirements items listed in Table Rep.1) on DVD.

12.16 Each SPU reserves the right to reduce the amount of reports or logs as required.  Any additional logs will be as per Appendix 3 and/or Appendix 4.

12.17 All End of Well logs must be fully environmentally corrected with tool calibration files attached.  The entire well must be spliced on a composite log including spliced repeat sections and include details of the splice points when logs from subsequent runs are joined, on the header.  Separate / individual runs printed on one log scroll are not acceptable.  These logs will follow the formats specified in the BOD document.

12.18 Should any post well processing be required (for example sonic, SMWD etc) this will be conducted prior to the splicing of the final composite logs or EOWR data sets.

12.19 All End of Well Logs will be approved by COMPANY Geophysicist prior to submission as the final data set.

12.20 CONTRACTOR shall be responsible to ensure that all logs are depth matched to the reference log.  GR and Resistivity from the MWD/LWD will be the depth reference log.

12.21 Mud Logging Reporting

All reporting should be in electronic format where possible.

(a) Daily copy of FEL at 1:500 scale and PEL at 1:2000 scale, correct to 06:00 hrs and covering a minimum of the previous 24 hour period.  The log scales and symbols used shall conform to COMPANY standard 'Formation Evaluation Log'.

(b) Preparation of a Daily Geological Report (in the absence of COMPANY Well Site Geologist) to COMPANY standard format.

(c) Preparation and posting of Daily Drilling Data files containing the last 24 hrs drilling data and gas data.

(d) The 'Mudlogging End of Well Report' shall be issued in ring binders with stiff cover.  Diagrams and plots should be in color and letter size.  Two unbound draft copies of the report complete with logs and data on CD are to be sent to COMPANY Operations Geologist, within two weeks of the end of well.

12.22 Meetings

12.22.1 There will be a formal Quarterly Performance Review (QPR) meeting, with minutes produced, which will take place quarterly.  The purpose of the meeting will principally

---

CONFIDENTIAL
Business Confidential

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**C. Well Placement**

be to discuss general performance, contractual issues and areas for improvement, and any other issues raised as may be agreed between the PARTIES. The meeting will be recorded with minutes and actions to be agreed and signed off by both PARTIES. This meeting will discuss, as a minimum:

- Safety update and issues
- Operational Issues
- Technical / Engineering issues
- Performance issues
- Address any action arising from previous meetings or reports
- AOB

12.22.2 CONTRACTOR's personnel shall be required to attend a variety of meetings both in COMPANY office and at the WORKSITE. COMPANY encourages full, effective, open, honest, proactive participation in all meetings and encourages CONTRACTOR personnel to share this goal.

12.22.3 CONTRACTOR personnel shall lead briefings ahead of well and hole sections to introduce new technology tools/equipment to all rig site personnel. They shall ensure that literature is available to familiarize involved rig floor personnel with any handling issues or hazards associated with the tools/equipment. CONTRACTOR personnel are also encouraged to lead safety meetings on the rig site as well.

## 13.0 SUPPLIER PERFORMANCE MANAGEMENT

13.1 The intent of the CONTRACT is for CONTRACTOR to deliver upper quartile performance and continuous improvement throughout the CONTRACT term.

13.2 On a quarterly basis CONTRACTOR shall present QPR data mutually agreed upon, detailing overall performance using Drilling and Completions SPM metrics.

13.3 CONTRACTOR will be requested to participate in regionally or globally held Performance Reviews at regular interviews to be defined by COMPANY.

13.4 CONTRACTOR will track the Key Performance Indicators detailed below, which have been collated in the D&C SPM system as outlined in Appendix 1 Supplier Performance Management, unless COMPANY proposes an alternative system or rationalized data set:

| General Details | NUMBER OF SCORE CARDS |
|---|---|
| HSE | TRIIF PER 200K MANHRS |
| HSE | PROACTIVE SAFETY INPUT PER 200K MANHRS |
| Cost | ACTUAL VS PLANNED COST (W/ SCOPE CHANGE) |
| Cost | ACTUAL COST PER 10K FT |
| Cost | NPC COST PER 10K FT |
| Cost | LIH COST PER 10K FT |
| Cost | TOTAL ACTUAL COST OF SERVICE |

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022363

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**C. Well Placement**

| General Details | NUMBER OF SCORE CARDS |
|---|---|
| Efficiency | TRIPS FOR FAILURE PER 10K FT |
| Efficiency | % DRILLING TIME PER CIRCULATING HOURS |
| Efficiency | NPT VS BELOW ROTARY TIME |
| Efficiency | REAL TIME LOGGING EFFICIENCY |
| Efficiency | RECORDED TIME LOGGING EFFICIENCY |
| Efficiency | FOOTAGE PER DRILLING HOUR (ROP) |
| Efficiency | % SUCCESSFUL RUN RATE (FAILURE FREE) |
| Quality | WELL SPECIFIC OBJECTIVE MET / SET RATIO |
| Quality | GLOBAL OBJECTIVES MET / SET RATIO |
| Incremental Benefit Delivered | IBD PER ACTUAL INVOICE COST |

13.5   The performance criteria shall be monitored whether CONTRACTOR has WORKSITE representation or is providing engineering support from elsewhere.  CONTRACTOR shall provide a plan on the EFFECTIVE DATE of the CONTRACT or initial mobilization, which ever is the earliest date, to monitor the achievement of these objectives.

13.6   CONTRACTOR shall document operations in the Well Placement Score Card detailed below, unless an SPU defines an alternative card or condensed system:

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022364

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**C. Well Placement**

 Drilling and Completions

\* Denotes Compulsory

**Global D&C SCORECARD: Well Placement (Dir. Drlg, Rot Steerables, and/or MWD-LWD)**

Region
Business Unit
Country
Service Company
Field
\* Well Name
Unique Well Number
\* Start Date of Operation
\* End Date of Operation
\* Mobilisation Date
\* De-mobilisation Date
Platform
\* Rotary or CTD Well?
Degree of difficulty (Alaska only)

Rotary Rig
Coiled Tubing Drilling Rig

**HSE**

\* Number of HSE related management rig visits

\* Number of dropped objects incidents

| \* Calculation of Number of HSE Proactive Inputs (Leading Indicators) | Number Completed |
|---|---|
| Recorded Safety Observations e.g. STOP Cards | |
| Safety Observations and Conversations (SOC's) / Safety Tours | |

\* Total Manhours

\* Days Away From Work Injuries

\* Recordable Injuries and Illnesses

\* First Aid Cases

\* Number of accidental, uncontained oil spills or discharge

**Cost**

\* Planned Cost of Services [Directional Drilling]   US Dollar / Sterling / Canadian Dollar

\* Planned Cost of Services [MWD/LWD]   US Dollar / Sterling / Canadian Dollar

\* Planned Cost of Services [RSS]   US Dollar / Sterling / Canadian Dollar

\* Actual Cost of Services [Directional Drilling]   US Dollar / Sterling / Canadian Dollar

\* Actual Cost of Services [MWD/LWD]   US Dollar / Sterling / Canadian Dollar

\* Actual Cost of Services [RSS]   US Dollar / Sterling / Canadian Dollar

\* Lost or Left in Hole Costs [Directional Drilling]   US Dollar / Sterling / Canadian Dollar

\* Lost or Left in Hole Costs [MWD/LWD]   US Dollar / Sterling / Canadian Dollar

\* Lost or Left in Hole Costs [RSS]   US Dollar / Sterling / Canadian Dollar

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022365

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**C. Well Placement**

| | | | |
|---|---|---|---|
| | Directional Drilling | MWD/LWD | RSS |
| Failed Runs | | | |
| | Directional Drilling | MWD/LWD | RSS |
| Trips for Failure of this Product | | | |
| | Directional Drilling | MWD/LWD | RSS |
| Out of Spec Trips for Failure | | | |
| | Directional Drilling | MWD/LWD | RSS |
| Number of 0-25 hr (BRT Hrs) Failures of this product | | | |
| | Directional Drilling | MWD/LWD | RSS |
| Number of Total Other Failures | | | |

- No. of Memory Measurements [MWD/LWD]
- No. of Real Time Measurements [MWD/LWD]
- No of psi Tests attempted [MWD/LWD]
- No of psi Tests obtained [MWD/LWD]

**Quality**

Well Specific Objectives

| | Objectives Defined | Objective Successfully Delivered? | Explanation for non-delivery of Objective |
|---|---|---|---|
| 1 | | No | |
| | | Yes | |
| 2 | | No | |
| | | Yes | |
| 3 | | No | |
| | | Yes | |
| 4 | | No | |
| | | Yes | |
| 5 | | No | |
| | | Yes | |
| 6 | | No | |
| | | Yes | |

* Global Well Placement Sector Objectives

| | Objective Compulsory | Objective Successfully Delivered? | Explanation for non-delivery of Objective |
|---|---|---|---|
| Personnel meet BP competency requirements, and are proactive both onshore and offshore | Yes | No | |
| | No | Yes | |
| No Unplanned Shut Ins or Close Approach Violations for equipment or service reasons | Yes | No | |
| | No | Yes | |
| No Unplanned Side-tracks for equipment or service reasons (as a result of equipment, product line or service). | Yes | No | |
| | No | Yes | |
| No Stuck Pipe Incidents (as a result of equipment, product line or service). | Yes | No | |
| | No | Yes | |
| No back offs, twist offs or fatigue related failures in supplier equipment. | Yes | No | |
| | No | Yes | |
| No lost BHA's or components (as a result of equipment, product line or service) | Yes | No | |
| | No | Yes | |
| No Trips as a result of Surface or subsurface BHA system failures. | Yes | No | |
| | No | Yes | |
| No surface equipment or BHA component or system failures (regardless of cause), which interrupted the service (i.e. redundancy was inadequate). | Yes | No | |
| | No | Yes | |
| At least one complete set of functional backup equipment at the rig site for each BHA component in the hole and required for next run. (See clarifications.) | Yes | No | |
| | No | Yes | |
| Intersected all Targets as planned within agreed tolerances (inclusive of csg points, fluid or gas contacts, zones of interest, geological markers etc). Did not exceed DLS limits, Tortuosity limits | Yes | No | |
| | No | Yes | |
| Did not exceed operating limits of tools (intentionally or unintentionally). | Yes | No | |
| | No | Yes | |
| Logged & Drilled shoe to shoe without service interruption, delay, or failure. | Yes | No | |
| | No | Yes | |
| Reported 100% of all failures, service interruptions, delays & equipment non conformances regardless of severity level i.e. catastrophic, severe, critical, major, minor. | Yes | No | |
| | No | Yes | |

* Global Well Placement Sector Objectives (MWD/LWD) [MWD/LWD]

| | Objective Compulsory | Objective Successfully Delivered? | Explanation for non-delivery of Objective |
|---|---|---|---|
| Delivered 100% of all data within agreed time frame. (Specify data distribution requirements & timings) | Yes | No | |
| | No | Yes | |
| 100% of all Data Fully Tracable (Environmental Corrections, Tool Numbers, Software ID, Key Constants, Variables & Filtering Identified) | Yes | No | |
| | No | Yes | |

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022366

**Section 3 – Scope of Work**
**Appendix 5 – Description of the WORK**
**C. Well Placement**

| | Yes | No |
|---|---|---|
| 100% Match between Real Time and Recorded Data | No | Yes |
| No repeat logging runs required to aquire poor, lost, or missing data. | Yes | No |
| | No | Yes |

\* Global Well Placement Sector Objectives (DD/RSS) [Directional Drilling]

| | Objective Compulsory | Objective Successfully Delivered? | Explanation for non-delivery of Objective |
|---|---|---|---|
| Achieved planned (P50- Average) Drilling hours for well and each hole section. (Specify P50 hours for each hole section) | Yes | No | |
| | No | Yes | |
| Reached planned TVD, departure and measured depth for each BHA run and each hole section.(Specify Dep, TVD, MD & Tolerances +/-) | Yes | No | |
| | No | Yes | |
| STRETCH: Optimum target (P10) drilling curve achieved. | Yes | No | |
| | No | Yes | |

\* Global Well Placement Sector Objectives (DD/RSS) [RSS]

| | Objective Compulsory | Objective Successfully Delivered? | Explanation for non-delivery of Objective |
|---|---|---|---|
| Achieved planned (P50- Average) Drilling hours for well and each hole section. (Specify P50 hours for each hole section) | Yes | No | |
| | No | Yes | |
| Reached planned TVD, departure and measured depth for each BHA run and each hole section.(Specify Dep, TVD, MD & Tolerances +/-) | Yes | No | |
| | No | Yes | |
| STRETCH: Optimum target (P10) drilling curve achieved. | Yes | No | |
| | No | Yes | |

**Incremental Benefit Delivered**

| | Approximate value of Incremental benefit delivered | Incremental Benefit Details of Cost Savings of successfully implemeted incremental benefit ideas submitted |
|---|---|---|
| 1 | | |

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022367

# D. Wireline Services

**1.0    GENERAL SERVICE REQUIREMENTS**

1.1    CONTRACTOR shall provide twenty-four (24) hour Wireline services (Open Hole, Cased Hole, and Perforating) in accordance with the terms and conditions detailed within this Appendix 5 and the Statement of Requirements found in Section 4, Appendix 3, and in a safe and cost effective manner as detailed herein comprising, but not limited to, the provision of all necessary rig site management, support and engineering expertise, office and rig site personnel, equipment, tools, spare parts, consumables and other items necessary or required for the satisfactory performance of the WORK described herein during COMPANY's exploration and development drilling and production operations.

1.2    In the event COMPANY elects under the provisions of Section 4 (Remuneration), to pay a monthly minimum guaranteed rate per surface equipment spread (logging unit and associated equipment), all tools, services, consumables, and expendables contribute to the monthly minimum rate with no exclusions.  Operations by these units in excess of the guaranteed monthly minimum will be charged in accordance with the Schedule of Rates and Charges.

1.3    It is agreed and understood by the PARTIES that COMPANY may adjust the total fleet of WIRELINE exclusive equipment and associated personnel provided to perform the WORK by providing CONTRACTOR thirty (30) days written notice, in the form of a Change Order hereunder.  CONTRACTOR shall adjust its fleet of equipment provided to COMPANY within thirty (30) days from the issuance date of the Change Order or such later date specified by COMPANY.

1.4    The provision, utilization and management of the services shall be the sole responsibility of CONTRACTOR always accepting that CONTRACTOR must meet the requirements of this CONTRACT.  Each service shall be provided in accordance with the service specific statement of technical requirements stated hereunder.

1.5    CONTRACTOR shall work together with COMPANY, and with other contractors from the first stages of well planning through finalization of well reports and performance evaluation. COMPANY's operations are conducted utilizing Beyond the Best principles, and a strongly process-focused approach to well planning, design, execution, evaluation, and re-design. CONTRACTOR is expected to work with COMPANY and other contractors performing well services for COMPANY within this framework.

1.6    CONTRACTOR performance with respect to total cost, project cycle time, and well rates are critical to achieving COMPANY objectives.  Performance of CONTRACTOR will be measured, and intervened upon as necessary, utilizing score cards developed mutually between COMPANY and CONTRACTOR.

1.7    CONTRACTOR may be required to co-operate and work closely with other service providers during provision of the WORK.  In particular this may include working with the providers of Logging-While-Drilling and Mudlogging services.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022368

**Section 3 – Scope of Work**
**Appendix 5 – Description of the Work**
**D. Wireline Services**

**2.0   PERSONNEL**

2.1   CONTRACTOR shall provide fully trained, competent personnel to perform the services in accordance with the Scope of Work. The number and location of personnel required will be determined by operational and engineering need as agreed by COMPANY and CONTRACTOR. To ensure continuity and operational learning(s), personnel assigned to a drilling unit shall not be replaced without COMPANY's written agreement.

2.2   Personnel are required to be capable of operating, testing, troubleshooting and repairing all CONTRACTOR equipment as required.

2.3   In support of this role, the Account Manager, referenced in Section 3, Clause 3.3 shall be responsible for setting up an engineering planning process for COMPANY that is compatible with COMPANY's system. This shall include documents to be produced for the WORK and individual wells, information required to prepare the documentation and a 'Responsible, Accountable, Consult and Inform' (RACI) chart for the process.

2.4   The Account Manager shall also ensure that all produced documentation pertaining to COMPANY comes under a document control system where signatory authorities shall be described through the RACI process. Electronic copies of all documentation shall be required, copies of which must be logged within COMPANY system.

2.5   CONTRACTOR, as directed by COMPANY to meet operational requirements, will make available a suitable number of Wireline Office Engineers, including In-house Engineers, who will become familiar with COMPANY operations so as to provide effective support and coordination for the WORK, ensure efficiency and consistency in process, and if so directed by COMPANY serve as a single point of contact for the Asset Team, Rotary Teams, Coiled Tubing Drilling Team, as well as Workover and Wells Teams. Their minimum responsibilities will be performing or participating in providing:

- Planning and generation of well-specific and project logging programs with COMPANY's subsurface representative to ensure COMPANY's WORK objectives are realized, efficiently and safely
- Technology resources for advanced logging and perforating applications
- Operational co-ordination between COMPANY's local offices and well site
- Project planning and scheduling meetings
- Process re-engineering, technical limits evaluations, beyond best technical practices, knowledge management, risk assessments, and cost and efficiency benefit analysis, etc.
- Project / well evaluations and reporting
- Support for CONTRACTOR invoice and field service report reconciliation issues as may be required by COMPANY
- Real-time transmission applications in COMPANY's office
- Support and training material for COMPANY staff as required
- Technology leadership for advanced wireline logging and perforating applications
- Cost and time estimates for the WORK as required by COMPANY
- Assurance that the cost estimates are not exceeded during performance of the WORK
- Other logging and Perforating support as required

CONFIDENTIAL
Business Confidential

**Section 3 – Scope of Work**
**Appendix 5 – Description of the Work**
**D. Wireline Services**

2.6   Data and Data Transmission Requirements will unless otherwise advised by COMPANY provide:

- Preliminary hard copy plots at well site
- Multiple final hard copy plots
- Well site CD / DVD / floppy log presentation curves (LAS / DLIS)
- Preliminary and final Log Plots in digital format (PDS / CGM) to data servers or Intranet / secure internet
- Final Log Plots in digital format (PDS / CGM) to data servers
- Provide real time data.
- At the end of all Jobs, Wells, and individual hole sections CONTRACTOR shall provide COMPANY DVDs / CDs and other acceptable formats as agreed by the PARTIES, including all data files (repeats, main logs) in appropriate format (XTF / LAS / DLIS) and all digital log plots (PDS / CGM)

2.7   CONTRACTOR may provide Wireline and / or petrophysical analytical services to support COMPANY operations which shall include, but not be limited to:

- Processing of digital wireline log data
- Data re-processing
- Specialist log analysis
- Interpretative studies
- Recommendations for special data acquisition
- Access to new or developing technology

2.8   Drilling Unit and / or Well Site wireline personnel will be required to provide the following services, including but not limited to:

- Participation in STOP program and / or other safety behavior programs
- Early involvement in planning meetings and interaction with rig crew to ensure sheave points and rig up details have been discussed and risk assessed prior to jobs.
- Caliper / gauge all equipment that goes in the well
- Supply COMPANY on-site representative with tool string diagrams prior to running in the well and caliper fishing neck / tool body.
- Fishing procedure and logging while fishing program
- Table of Risks and Mitigations
- Applying industry Best Practices, lessons learned, knowledge and experience, and be responsible for pushing back and questioning rig / well procedures as appropriate.

2.9   As required, CONTRACTOR shall ensure all boom truck / crane / mast crews have a minimum of two fully trained and experienced ABC ticketed / certified crane operators on the WORKSITE at all times during the execution of the WORK.

2.10   As required, CONTRACTOR shall ensure all crews have valid advanced heavy equipment driver training certificate, and current D.O.T. license type, CDL suitable for the vehicles. This requirement also includes, as a prerequisite for ALL crews, a full array of light vehicle training courses including but not limited to journey management, Arctic driving familiarization and coaching, defensive driver training, skid pan and simulator training etc. All driver training

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022370

**Section 3 – Scope of Work**
**Appendix 5 – Description of the Work**
**D. Wireline Services**

records are subject to systematic refresher courses and may be audited by COMPANY from time to time.

2.11   Individual Asset Teams may require that the Wireline Office Engineer be co-located with the Performance Unit.  Depending on the amount of WORK awarded to CONTRACTOR, and the number of Engineers co-located with COMPANY, COMPANY may require the appointment of a CONTRACTOR Coordinator.

2.12   COMPANY requires that Wireline Office Engineers serve tours of duty with COMPANY of no less than two years duration.  COMPANY will review the qualifications of and approve the placement of such individuals.  COMPANY reserves the right to demand replacement of any such engineer or analyst based on inadequate performance, capabilities, or compliance with COMPANY policies and procedures.

2.13   CONTRACTOR shall provide units capable of performing services that cover the following work activities, including but not limited to:

- Open Hole logging (real time Wireline and / or memory)
- Cased Hole logging (real time  Wireline and / or memory)
- Perforating and mechanical services (real time  Wireline  and or  memory / E-fire)
- Wireline  hoisting services
- Logging data services (Pre job, real time and Post job support)

2.14   From time to time, CONTRACTOR will be required to provide technically competent and experienced technical personnel and research support for CONTRACTOR awarded WORK on COMPANY projects.

**3.0   EQUIPMENT**

3.1   CONTRACTOR shall provide all equipment required to perform the WORK, as required by COMPANY's programs and ensure that safety, efficiency and quality is not compromised.

3.2   Equipment and services provided by CONTRACTOR to meet COMPANY's statements of requirements shall be fit for purpose, and will include all equipment necessary for providing the following services which shall include, but is not limited to:

- Open Hole logging of newly drilled wells to determine formation properties
- Cased Hole logging of wells to determine formation properties
- Cased Hole gamma ray correlation logs
- Pressure and fluid sampling in Open Hole and Cased Hole
- Cement bond / quality logs
- Casing inspection logs
- Casing and pipe recovery services
- Production logs
- Perforating casing, drill pipe, or work strings
- Setting plugs, packers, inflatable tools, whipstocks, and bridge plugs
- Pressure and temperature recording
- Hoisting services

CONFIDENTIAL
Business Confidential

**Section 3 – Scope of Work**
**Appendix 5 – Description of the Work**
**D. Wireline Services**

- Tractor conveyance
- All of the above work in slim hole, HPHT and Memory environments when necessary

3.3  Individual Performance Unit assets may have specific equipment requirements to service the CONTRACT.

3.4  COMPANY shall have the right to inspect and audit CONTRACTOR's equipment, materials and supplies at any time to observe their condition and to ensure that no deficiencies exist therein.  Such inspection by COMPANY shall not imply any acceptance of the condition of the said equipment, materials and supplies by COMPANY and CONTRACTOR shall not be relieved of its obligations under this CONTRACT by any such inspection.

3.5  In concert with Appendix 1, Clause 2.2 and Clause 5.3 herein below this Appendix 5, prior to running logs, mutually approved evaluation objectives between COMPANY and CONTRACTOR will be completed for each hole section or Cased Hole log / perforating run which identifies log suite quality, depth for logs, targeted evaluation zone, agreed footage for perforating intervals.

3.6  CONTRACTOR shall be required to identify and communicate in writing fishing contingencies for all down-hole equipment used to perform the WORK prior to running in hole. CONTRACTOR shall maintain knowledge and availability of appropriate fishing tools and techniques for CONTRACTOR's equipment.  A complete record of down-hole equipment with callipered dimensions is required for each run in hole.  COMPANY may require appropriate fishing tools onsite for remote operations.  For normal operations, fishing tools will be provided from CONTRACTOR's base as required.  CONTRACTOR shall provide onsite support and supervision for all fishing operations that involve higher risk tools, such as by non-limiting example, tools that may contain one or more radioactive sources, explosives and other dangerous goods.

3.7  CONTRACT tools and contingency equipment shall be available for all WORK at COMPANY's Well Site, except as otherwise specified by COMPANY.

3.8  COMPANY reserves the right, in its reasonable discretion, to specify the electric line cable size, type and manufacturer, and any other enabling technologies as may be required from time to time.  By mutual agreement with COMPANY, CONTRACTOR will use and maintain said equipment and or enabling technologies for the WORK.

**4.0  QUALITY ASSURANCE**

4.1  CONTRACTOR may be required to submit a QA/QC plan for the equipment/services furnished to COMPANY for review and approval.  This QA/QC plan shall be tailored after a recognized quality standard such as API-Q1, ISO 9001, MIL-Q9858A or equivalent.  Upon approval by COMPANY, this QA / QC plan shall be made a part of this CONTRACT and shall apply not only to CONTRACTOR's activities, but also to those of any SUBCONTRACTORs. The QA / QC plan shall, at a minimum, include:

4.1.1  Detailed description of the stages of performance of a service, or manufacture of

CONFIDENTIAL
Business Confidential                                         BP-HZN-MBI00022372

**Section 3 – Scope of Work**
**Appendix 5 – Description of the Work**
**D. Wireline Services**

equipment components and final product.

4.1.2   Location of service to be provided, sources of materials and equipment, and manufacture, inspection, assembly, testing and storage of any purchased equipment.

4.1.3   A matrix that shall list the full description of the individual services, products, and equipment utilized in conducting required services, or of individual components and assembly of purchased equipment, along with the documentation, traceability, testing, inspection and process that shall be performed by CONTRACTOR or his agents.  This matrix shall be utilized by COMPANY to list any COMPANY required inspections, standards and testing in addition to COMPANY's witness, review, traceability and documentation requirements.

4.1.4   Provisions for COMPANY to review and approve CONTRACTOR's and SUBCONTRACTOR's QA/QC plans, processes, procedures, documentation, drawings, materials, parts lists and non-conformance deviation reports.

4.1.5   The accepted QA/QC plan shall contain certain inspections and manufacturing processes which COMPANY may or may not witness, verify or review.  This does not absolve CONTRACTOR from performing any and all tests, inspections, equipment calibrations or dimensional measurements that are required in CONTRACTOR's approved QA / QC plan.

4.1.6   COMPANY reserves the right to conduct any and all tests and any other inspection deemed necessary by COMPANY at COMPANY's sole expense.

4.1.7   CONTRACTOR shall afford COMPANY reasonable access to:

(a)   Perform audits

(b)   Perform relevant inspections

(c)   Review all QA/QC records and documents

4.2   These QA/QC plans will be agreed to by COMPANY and CONTRACTOR at a later date.  Any commercial issues arising out of any additional testing, inspections, traceability, documentation or dimensional requirements that COMPANY may require will be agreed to at that time between COMPANY and CONTRACTOR and the CONTRACT will be amended to include that agreement.

## 5.0   ENGINEERING SERVICES

5.1   CONTRACTOR shall pro-actively monitor, evaluate and promote the use of new technology to improve cost effectiveness and add value through the application of technology.  COMPANY is committed to making its knowledge of best practice available to CONTRACTOR.  It is expected that CONTRACTOR will avail itself of the opportunity to use COMPANY's data and knowledge in the course of its work.  Likewise, it is expected that CONTRACTOR will provide to COMPANY its knowledge of industry best practices and technology.

5.2   CONTRACTOR shall commit to utilizing the necessary quality and performance improvement systems to provide full traceability of its engineering work, provide assurance that engineering designs were accurate and were followed, and improve performance of all

CONFIDENTIAL
Business Confidential                                         BP-HZN-MBI00022373

**Section 3 – Scope of Work**
**Appendix 5 – Description of the Work**
**D. Wireline Services**

aspects of CONTRACTOR services.

5.3   In concert with Appendix 1, Clause 2.2 and Clause 3.5 herein above this Appendix 5, prior to performing each operation, CONTRACTOR shall provide, at the request of COMPANY, a complete well specific engineering proposal for requested services, complete with cost estimate. This proposal should include:

5.3.1   Consideration that COMPANY reserves the right to conduct any and all tests and any other inspection deemed necessary by COMPANY at COMPANY's sole expense.

5.3.2   Wireline logging tools to be run

5.3.3   Stacked tool combinations

5.3.4   Depth intervals to be logged

5.3.5   Conveyance methods (i.e., capstan, appropriate strength cable, weak-point)

5.3.6   Tension analysis for each run

5.3.7   Load out sheet containing item description, weight, size and safety issues, most recent inspection date, and responsible party with telephone numbers for each item, with all Third Party items clearly marked.

5.3.8   Detailed job cost estimate, and if applicable data service charges.

5.4   After well operations are completed, CONTRACTOR, at request of COMPANY, shall conduct a formal post-analysis review of operational performance so that lessons learned are fed back into the plans for the next well. The format of the report will be determined by COMPANY and CONTRACTOR. Where applicable, all relevant COMPANY specialists, technologies and facilities shall be made available to CONTRACTOR to facilitate this process. Such assistance shall be provided at the sole discretion of COMPANY but shall not be unreasonably withheld.

5.5   CONTRACTOR shall contribute to the process of daily reporting on COMPANY's information system installed at the WORKSITE or field office location.

5.6   CONTRACTOR will be required to conduct pre-studies to evaluate acquisition parameters for the NMR, seismic and other advanced / non-standard tools as required including but not limited to slim hole and HPHT environments.

5.7   CONTRACTOR shall store all original logging data for five (5) years.

5.8   All Open Hole and Cased Hole unit charges include presentation, interpretation and deliverables in accordance with COMPANY's requirements.

5.9   Wireline Open Hole and Cased Hole unit rates for WORK as set forth in Appendix 3 and/or

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022374

**Section 3 – Scope of Work**
**Appendix 5 – Description of the Work**
**D. Wireline Services**

Appendix 4 include all standard data services and post processing required for the generation and shipping of final prints, films, tapes and disks as listed below, or in accordance with COMPANY's procedures and / or requirements. The WORKSITE and final product deliverables will be specified by each SPU.

- Digital disks (CD, DVD or other) will be made available immediately after the Job (or run in hole) for field deliverables.
- If applicable, LDWG logs, which shall include depth shifting, clipping, compositing, as required for AOGCC compliance
- Tapes / Disks
- Electronic data transfers
- Black and white prints
- Film and sepia if applicable
- Color prints and associated field playbacks will be provided for all services.

5.10 All Well Site logging units shall have real time data transmission and remote witnessing capability as required by COMPANY, which shall be for CONTRACTOR's account. Finalized logging products shall be delivered on a timetable that meets or exceeds the SPU internal and partner requirements, which is expected to vary depending on job complexity and well site location, etc.

## 6.0   MANAGEMENT SYSTEMS AND OTHER REQUIREMENTS

6.1   CONTRACTOR must have in place or implement and demonstrate compliance in all of the systems noted below:

- BP Environmental Management System (EMS)
- Preventative Maintenance Systems for all mechanical equipment
- Staff Development and Deployment System for COMPANY Operations
- Personnel Competency Assessment System for COMPANY Operations
- Organizational Learning System

6.2   CONTRACTOR shall manage its operations in accordance with the principles outlined in COMPANY "Getting HSE Right" document and comply with various Performance Unit and COMPANY defined Safe Practices Guidelines and Safety Policies.

6.3   COMPANY also requires CONTRACTOR to maintain up-to-date training records for their employees and make the records available for review at COMPANY's request.   All CONTRACTOR personnel should be trained to the standards required by law as a minimum or to some other standard as may be required by COMPANY.

6.4   Should CONTRACTOR fail to achieve the required competencies within the agreed timescale, CONTRACTOR shall be deemed to be in default of the CONTRACT, and COMPANY shall have the right to terminate the CONTRACT at its sole discretion under the terms and conditions of Section 2 (General Conditions of Contract), Clause 23.1(b).

CONFIDENTIAL
Business Confidential

**Section 3 – Scope of Work**
**Appendix 5 – Description of the Work**
**D. Wireline Services**

**SPECIAL REQUIREMENTS FOR ANY WORK PERFORMED IN THE GULF OF MEXICO**

**1.0   EQUIPMENT**

1.1   Cable working strength of up to 18,000 pounds is required on most wells in the deeper hole sections.

1.2   Further to Section 3, Appendix 5, Clause 3.2, a CONTRACT cable of similar specification to the primary cable is required at the WORKSITE.   Cost should be included in the Base Service Unit Rate.

1.3   A redundant surface acquisition system / electronics cab is required on location, with umbilical capability to the primary logging / winch unit.   Cost should be included in the Base Service Unit Rate.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022376

# E. Completions

**1.0   GENERAL**

1.1   As required by COMPANY, CONTRACTOR shall provide completion equipment and services as detailed herein comprising but not limited to, the provision of all management, support base, engineering expertise, office and rig personnel, equipment, tools, spare parts, and consumables, necessary for the satisfactory performance of the WORK.

1.2   CONTRACTOR shall provide design, engineering, qualification, computer modeling, supply, and installation of the equipment and services for COMPANY's operations, as detailed herein. The equipment and services shall comprise, but not necessarily be limited to:

1.2.1   Provision and installation of completions equipment and services; see Section 3, Appendix 6 – Functional and Technical Specifications.

1.2.2   Provision of Completions Products, spare inventory, services, personnel and rental equipment; see Section 3, Appendix 6 – Functional and Technical Specifications.

1.2.3   Provision of Multi-Lateral Systems, Fishing, Whipstock, and Machine Shop services, personnel and rental equipment; see Section 3, Appendix 6 – Functional and Technical Specifications.

1.2.4   Provision of personnel and rental equipment, including installation and deployment of the lower completion equipment, sand screens, upper completion equipment, intelligent well equipment; DST / TCP services, and sand control pumping services.

1.2.5   Preparing completion programs and procedures, including cost estimates.

1.2.6   Coordination / Integration of Third Party services and equipment (e.g., nipple profiles, rentals, etc.).

1.2.7   Onshore facilities for storage, inspection, make-up, and testing of completion equipment.

1.2.8   Onshore facilities for staging, storage, maintenance of service equipment.

1.2.9   Tracking of all equipment through manufacture, transportation, delivery, storage, and installation in the well-bore.

1.2.10   Participation in technical limit, right scoping exercise, risk mitigation, and complete well on paper (CWOP) sessions.

1.2.11   Participation in integration and stack-up testing of CONTRACTOR equipment and Third Party completion equipment where required.

1.3   CONTRACTOR shall provide lower completion equipment and services to meet the requirements of the Lower Completion Functional and Technical Specifications; see Section 3, Appendix 6 – Functional and Technical Specifications.

CONFIDENTIAL
Business Confidential

**Section 3 – Scope of Work**
**Appendix 5 – Description of the Work**
**E. Completions**

1.4 CONTRACTOR shall provide upper completion equipment and services to meet the requirements of the Upper Completion Functional and Technical Specifications; see Section 3, Appendix 6 – Functional and Technical Specifications.

1.5 CONTRACTOR shall provide sand control pumping equipment, consumables, and services to meet the requirements of the Sand Control Pumping Functional and Technical Specifications; see Section 3, Appendix 6 – Functional and Technical Specifications.

1.6 CONTRACTOR shall provide the TCP / DST equipment, consumables, and services to meet the requirements of the TCP / DST Functional and Technical Specifications; see Section 3, Appendix 6 – Functional and Technical Specifications.

1.7 CONTRACTOR shall provide the sand screen equipment and services to meet the requirements of the Sand Screens Functional and Technical Specifications; see Section 3, Appendix 6 – Functional and Technical Specifications.

1.8 CONTRACTOR shall provide the intelligent well (including downhole flow control (DHFC), permanent monitoring, pressure / temperature gauges) equipment and services to meet the requirements of the Intelligent Wells Functional and Technical Specifications; see Section 3, Appendix 6 – Functional and Technical Specifications.

## 2.0 PERSONNEL AND ENGINEERING SUPPORT

2.1 CONTRACTOR shall provide engineering or technical support, which shall include but not be limited to:

2.1.1 Working with COMPANY to finalize equipment technical specifications and qualification programs including Equipment Statement of Requirements (eSOR).

2.1.2 Selection of well specific completion equipment.

2.1.3 Sand control design (including OHGP, gravel packing, water packing, frac packing, etc.).

2.1.4 Analysis, assessment and documentation of critical well engineering parameters including, but not limited to:  torque and drag; tubing movement; pump rates and pressures; packer performance envelopes, etc.

2.1.5 Optimization of completion operations through application of processes such as technical limit, right scoping exercises, risk management, Complete Well on Paper (CWOP) and application of industry best practices.

2.1.6 Verification of systems integration / compatibility of Third Party supplied equipment.

2.1.7 Work with COMPANY to develop programs, procedures and cost estimates for completion designs, equipment and services including Third Party equipment and services.

2.1.8 Coordination of CONTRACTOR personnel and equipment requirements for well completion operations.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022378

**Section 3 – Scope of Work**
**Appendix 5 – Description of the Work**
**E. Completions**

2.1.9    Produce post-well completion reports including job evaluation, time breakdowns, non-productive time analysis, recommendations for continual performance improvement; and "as-run" equipment tallies.

2.1.10   Investigating and reporting to COMPANY of any equipment or service failures during installation.  Working with COMPANY to diagnose any post-installation failures, resolving issues and providing assurance plans for future avoidance of the failures.

2.1.11   Completion of COMPANY's Performance Management Score Card.

2.1.12   Ensuring the transfer of lessons learned and best practices from CONTRACTOR's on-going operations.

2.1.13   CONTRACTOR shall be responsible for ensuring that the technical interfaces between the upper completion and Third Party Contractors' equipment (e.g., DHFC, subsea, sand face completion, real time temperature profiling) and rig are coordinated and seamless.

2.2    CONTRACTOR shall provide technically competent and experienced personnel for the delivery of technical and engineering support.  CONTRACTOR shall propose candidates to COMPANY by submission of a completed competency assessment model. (An example of a completed competency assessment model / framework is provided for your review in Attachment A).   COMPANY will provide competency assessment model, if required. COMPANY may request evidence and verification of skills, experience, training, and competencies including an on-site interview of the candidate. An on-site interview shall be at CONTRACTOR's account.  The competency assessment model will document, assess, and evaluate four areas:

2.2.1    Experience;

2.2.2    Interpersonal;

2.2.3    HSSE;

2.2.4    Technical.

2.3    CONTRACTOR shall provide technically competent and experienced specialist personnel at the WORKSITE for the installation and service of the WORK.

2.3.1    COMPANY designates the following personnel as key positions.  As required, COMPANY may designate other key positions.

(a)    Account Manager

(b)    Technical and Engineering Support personnel

(c)    Upper Completion Specialist (including upper completion, DHFC, intelligent well, and permanent monitoring equipment)

(d)    Sand Face Tool Specialist

(e)    TCP / DST Tool Specialist

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022379

**Section 3 – Scope of Work**
**Appendix 5 – Description of the Work**
**E. Completions**

 (f)  Pumping Supervisor

 (g)  Offshore Lab Technician (sand control services)

 (h)  Coordinator (single trip gravel pack systems)

 (i)  Project Coordinator

2.3.2 CONTRACTOR shall select personnel for key positions that are technically competent and highly experienced for the specific product line / service. This assessment shall be based primarily on the following:

 (a)  Actual job experience as the senior or lead tool or service specialist; and,

 (b)  Progression through CONTRACTOR's competency based training program.

2.3.3 COMPANY may request, on a per job basis, that CONTRACTOR submit a completed competency assessment (see example in Attachment A) that will verifiably demonstrate that the candidates proposed for key positions are technically competent and highly experienced.

2.4 CONTRACTOR personnel shall carry a documented record detailing the following items: technical / operational training; experience; safety and environmental training; and specific areas of competence (e.g., high pressure testing, operating down-hole tools).

## 3.0 POST CONTRACT AWARD

3.1 All proposed equipment may be subjected to a COMPANY specified design review process (e.g., Detailed Design Review).

3.2 If requested by COMPANY, CONTRACTOR and / or SUBCONTRACTORS shall demonstrate the functionality of the integrated completion string(s) in a land based stack-up test (e.g., gravel packing tool string with Fluid Loss Control Valve (FLCV) at expected pump rates and conditions).

3.3 If requested by COMPANY, CONTRACTOR shall subject all proposed breaker systems, stimulation, treating fluids, and gravel carrier fluids to a rigorous core flood formation damage / mud cake removal study.

3.4 If requested by COMPANY, CONTRACTOR shall generate a risk matrix for all aspects of the completion operations and shall identify contingency measures for each (i.e., contingency on losing a pump, excessive fluid loss to the formation, early screen out, incorrect fluid viscosity, sand bridge in workstring / cross-over tool, etc.).

3.5 In response to COMPANY equipment statement of requirements (eSOR), CONTRACTOR shall provide a Certificate of Performance (COP) documentation package which shall address and include, but not be limited to, the following elements:

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022380

**Section 3 – Scope of Work**
**Appendix 5 – Description of the Work**
**E. Completions**

(a) Engineering narrative.

(b) Technical specification sheet.

(c) Bill of Material.

(d) Standard Operating Procedure / Installation Procedure.

(e) Equipment diagrams and drawings.

(f) State of Stress Table (see example – Attachment B).

(g) Rated Performance Envelope.

(h) Equipment Performance Validation (see example – Attachment C).

(i) Run history and reliability data.

## 4.0 RENTAL EQUIPMENT

4.1   CONTRACTOR shall provide all necessary tools and equipment to install and test the equipment specified in Section 3, Appendix 6 – Functional and Technical Specifications.

4.2   COMPANY may designate the use of Third Party suppliers for the provision of equipment and services specified herein, including but not limited to, pumping / treating iron, high pressure hoses, wash pipe and associated handling tools, etc.

## 5.0 CONSUMABLE MATERIALS

5.1   CONTRACTOR shall provide or procure all necessary consumable materials to install and test the equipment specified in Section 3, Appendix 6 – Functional and Technical Specifications.

5.2   CONTACTOR shall ensure that all consumable materials are individually labeled or identified so as to ensure verification of material content, shelf life, expiration date and traceability to job lot or batch number.

5.3   CONTRACTOR shall be responsible for segregating and proper disposal of consumable materials that have exceeded their shelf life or expiration date.

## 6.0 BACK-UP MATERIALS AND EQUIPMENT

6.1   CONTRACTOR shall make appropriate provision for back-up materials, equipment, spare parts and tools to ensure the WORK is not disrupted due to equipment failures or other problems associated with CONTRACTOR's equipment or service.

6.2   Back-up equipment shall include, but not be limited to, permanently installed equipment, service tools, spares, and re-dress kits.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022381

**Section 3 – Scope of Work**
**Appendix 5 – Description of the Work**
**E. Completions**

**7.0 TECHNICAL INTEGRITY**

7.1   COMPANY's technical integrity assurance requirements for the WORK inclusive of quality assurance, quality control, and design verification requirements are given in Section 3, Appendix 7 – Technical Integrity. Quality control plans (QCPs) and / or Inspection and Test Plans (ITPs) shall include, but not be limited to:

7.1.1   Manufacturing;

7.1.2   Service support facilities (shop or base) to include:

(a)   Rental equipment.

(b)   The inspection, preparation, assembly, test (function / pressure) and packaging for shipment of completion assemblies, service tools, and rental equipment.

(c)   Pre-job inspection and performance testing of powered and non-powered equipment (e.g., pumps).

7.1.3   On-site installation and service quality plans and procedures.

7.1.4   Post-job and end of well report.

**8.0 FACILITIES, LOGISTICS, LABORATORY, AND TESTING**

8.1   Onshore Base, Materials, and Logistics

8.1.1   CONTRACTOR shall maintain an onshore warehousing and service support facility. The services to be provided by CONTRACTOR shall include, but not be limited to, the preservation, storage, handling, preparation, and restocking of equipment and consumables.

8.1.2   CONTRACTOR shall be responsible for ensuring that competent CONTRACTOR supervision as well as technically competent and experienced personnel are present:

(a)   When shipping or taking receipt of COMPANY materials and equipment at CONTRACTOR premises.

(b)   For the inspection, assembly / disassembly of equipment, make-up of assemblies, functional testing, etc.

(c)   For the development of shop quality control plans and / or inspection and test plans.

(d)   For the development of WORKSITE quality control plans for equipment, services, and rental equipment.

(e)   For the inventory management, preservation, handling, and storage of critical equipment and consumables.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022382

**Section 3 – Scope of Work**
**Appendix 5 – Description of the Work**
**E. Completions**

8.1.3   CONTRACTOR shall provide to COMPANY prior to shipment, manifests quoting volumes, weights, descriptions, and serial / identification numbers on all equipment and material delivered to COMPANY's nominated supply base or heliport.

8.1.4   CONTRACTOR shall continuously examine all steps of the supply chain to identify methods to reduce costs relating to logistics, transportation, handling, storage, inspection, and repair.

8.1.5   CONTRACTOR shall be responsible for the disposal cost of all drums, bags, and any other waste types generated by CONTRACTOR activities required in performance of the WORK whether inside or outside CONTRACTOR's facilities.   COMPANY shall return all CONTRACTOR's drums, bags, and other waste types generated at the WORKSITE to CONTRACTOR for disposal.

8.1.6   CONTRACTOR shall ensure that all equipment and material deliveries identify the CONTRACT, Purchase Order, or Call-Off reference numbers as applicable on 100% of packing lists and on material and equipment where practical.

8.1.7   CONTRACTOR shall provide Materials Safety Data Sheet (MSDS) for all applicable materials offered for shipment to the WORKSITE.   Laminated copies shall be provided for use at WORKSITE.   CONTRACTOR shall ensure that a hard copy of the MSDS accompanies shipments to WORKSITE.   CONTRACTOR shall ensure the MSDS is provided to COMPANY.

8.1.8   CONTRACTOR shall be responsible for obtaining necessary regulatory approval for fluids, chemicals, and materials used at the WORKSITE.

8.1.9   MSDS must be retained by CONTRACTOR at WORKSITE.

8.2   Make-up and Testing

8.2.1   Equipment shall be made-up in accordance with CONTRACTOR's procedures and quality plans (see Appendix 7 – Technical Integrity).   CONTRACTOR shall provide procedures and quality plans for review and acceptance by COMPANY.

8.2.2   Upon completion of all testing, equipment shall be clearly identified (stenciled) with a designation of "Primary" or "Back-up" as necessary or use of an alternative tagging system such as "green tag".

8.3   Laboratory Testing and Reporting

8.3.1   CONTRACTOR shall have an onshore facility to perform laboratory tests in accordance with the latest API / ISO Specifications (as referenced in Section 3, Appendix 6 – Functional and Technical Specifications) or CONTRACTOR standard operating procedures or COMPANY specific procedures.

8.3.2   CONTRACTOR shall provide an offshore WORKSITE lab to perform laboratory tests in accordance with the latest API / ISO Specifications (as referenced in Section 3, Appendix 6 – Functional and Technical Specifications) or CONTRACTOR standard operating procedures or COMPANY specific procedures.

**9.0 STORAGE**

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022383

**Section 3 – Scope of Work**
**Appendix 5 – Description of the Work**
**E. Completions**

9.1     Where CONTRACTOR is responsible for storing COMPANY's goods and materials, these goods and materials shall be adequately protected against corrosion, degradation, handling, transportation, or storage damage through the use of suitable protection and measures.

9.2     Upon acceptance by COMPANY, where acceptance is agreed upon when the COMPANY signs the CONTRACTOR's service ticket for invoicing purchased items, COMPANY acknowledges the passage of title and assumes the risk of loss on all purchased items from CONTRACTOR to COMPANY regardless if the goods remain at CONTRACTOR's facilities subject to the next paragraph below.  Payment for purchased items is not contingent to any future services which, if provided, will be subject of a separate agreement.

COMPANY acknowledges that CONTRACTOR will hold the requested, purchased items as a bailee for COMPANY and that CONTRACTOR shall exercise custodial care and control in accordance with good industry practice.  CONTRACTOR assumes no liability with respect to purchased items unless damage or loss is due to negligence of CONTRACTOR, willful misconduct of CONTRACTOR, or failure of CONTRACTOR to adhere to industry standard storage and preservation practices.   CONTRACTOR assumes no liability to insure COMPANY owned equipment.  CONTRACTOR liability shall be limited to replacement of COMPANY's equipment, repair of COMPANY's equipment, or reimbursement of the replacement cost of the equipment, whichever COMPANY elects.

At the time of title transfer, CONTRACTOR shall provide to COMPANY a recommended storage procedure, a recommended maintenance plan and schedule, and an estimated cost for storage and maintenance (Storage and Maintenance Plan) for the goods stored at CONTRACTOR's facilities and / or at COMPANY's PMF facility in Houma, Louisiana, all subject to COMPANY's approval.

If the CONTRACTOR is requested to store and / or maintain COMPANY's goods, CONTRACTOR shall provide COMPANY with documented evidence that the Storage and Maintenance Plan recommended by CONTRACTOR and approved by COMPANY has been performed.

COMPANY will have sixty (60) days, from the time the Storage and Maintenance Plan is submitted by CONTRACTOR to review and make recommendations and / or comments. Until such time as COMPANY makes a decision as to where the material will be stored and who will maintain it, CONTRACTOR shall store and maintain this material at no cost to COMPANY.

9.3     CONTRACTOR shall be responsible for the timely written notification to COMPANY of any damage to COMPANY owned equipment and materials.  The notification will include a descriptive listing of the equipment and materials and the estimated value of the equipment in an undamaged state.  The notification will also include a copy of CONTRACTOR's non-conformance report inclusive of root cause analysis and corrective actions.

9.4     CONTRACTOR shall be responsible for effective management and storage of materials (fluids, materials, chemicals, consumables, spare parts, re-dress kits, elastomers, etc.) and ensure that aforementioned materials that have exceeded their shelf life or expiration date and / or have been subject to a recall notice or engineering change order that such material is not used by COMPANY.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022384

**Section 3 – Scope of Work**
**Appendix 5 – Description of the Work**
**E. Completions**

**10.0  INVENTORY**

10.1  CONTRACTOR shall provide to COMPANY a monthly inventory update (electronic spreadsheet or equivalent) identifying the following:

10.1.1  CONTRACTOR owned equipment.

10.1.2  COMPANY owned equipment inclusive of Purchase Order value.

A monthly inventory update shall also be created and be able to record the quantity and name of the materials that are reserved / allocated (i.e., Items required for a completion would be recorded and reserved).

10.2  COMPANY owned equipment returned from WORKSITE shall be properly cleaned, protected from corrosion, protected from storage / handling damage, and stored by CONTRACTOR in accordance with CONTRACTOR procedures.

**11.0  PREVENTIVE MAINTENANCE (PM) / SERVICE SPECIFIC QUALITY PLAN**

11.1  CONTRACTOR shall have a documented preventive maintenance plan for all equipment (both powered equipment and non-powered equipment).

11.2  COMPANY or designated COMPANY Representative shall review CONTRACTOR's PM plan and schedule.  The review shall verify compliance to contractual requirements.

11.3  The Preventive Maintenance Program shall include, but not be limited to:

11.3.1  Regularly scheduled inspection and maintenance procedures.

11.3.2  Pre-Job equipment check.

11.3.3  Post-Job equipment check.

11.3.4  Regular hydrostatic pressure test of field iron (any fluid conveying conduit including rubber hoses).

11.3.5  Procedure for recording and tracking equipment problems.

11.3.6  Method of positive identification of equipment not meeting CONTRACTOR performance standards.

**12.0  PRE-JOB MODEL**

12.1  Prior to initiating WORK, CONTRACTOR shall generate a Job Model which includes but is not limited to:

12.1.1  Detailed running and installation procedures, including but not limited to, drawings, calculations, rig-up diagrams, equipment layouts, technical manuals, and specification sheets, etc.  Procedures will reference CONTRACTOR Standard Operating Procedures (SOP).  CONTRACTOR shall produce SOP for the installation

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022385

**Section 3 – Scope of Work**
**Appendix 5 – Description of the Work**
**E. Completions**

and service of completion equipment and services. SOPs will be approved by CONTRACTOR's Technical Authority.

12.1.2 Torque and drag profiles.

12.1.3 Tubing stress analysis and movement calculations.

12.1.4 Treating and pumping design and plans.

12.1.5 Procedure for recording and tracking equipment problems.

12.1.6 Operating parameters for all equipment.

## 13.0 JOB EVALUATION AND JOB PERFORMANCE

13.1 Job Evaluation

13.1.1 A report on job execution shall be completed by CONTRACTOR within two (2) working days using COMPANY preferred reporting system and CONTRACTOR preferred execution report (format to be agreed with COMPANY). In addition, for each job, a Service Quality Assessment shall be provided. The contents of this assessment shall be agreed to by COMPANY.

13.1.2 At the end of each job, CONTRACTOR shall provide COMPANY with an end of well report. This report is to be presented within thirty (30) days of the completion of the WORK.

13.1.3 For each job executed, CONTRACTOR shall complete COMPANY's Drilling and Completions SPM Score Card. The completed card shall be submitted to COMPANY's representative within thirty (30) days of the completion of WORK.

13.1.4 Any incident investigation requested by COMPANY shall require a fully agreed terms of reference (TOR) prior to the commencement of the investigation.

13.1.5 All completion NPT incidents in DIMS shall be investigated by CONTRACTOR and written recommendations made to COMPANY to prevent recurrence.

13.2 Job Performance

13.2.1 The intent of the CONTRACT is for CONTRACTOR to deliver upper quartile performance and continuous improvement throughout the CONTRACT term.

13.2.2 On a quarterly basis CONTRACTOR shall present QPR data detailing overall performance using Drilling and Completions SPM metrics.

13.2.3 CONTRACTOR and COMPANY shall agree on annual performance assessment. Key performance criteria are listed in Attachment D – Global Completion Score Card.

## 14.0 STIMULATION VESSEL

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022386

**Section 3 – Scope of Work**
**Appendix 5 – Description of the Work**
**E. Completions**

14.1   CONTRACTOR shall provide a suitable vessel to carry out the stimulation services in connection with the WORK (hereinafter referred to as the "Vessel"). Responsibility for and the expense of management, maintenance and operation of the Vessel shall remain at all times with CONTRACTOR.   CONTRACTOR shall carry out its services with the utmost dispatch during the day and night as required by COMPANY and shall render all customary assistance to COMPANY in the conduct of its operations with the Vessel's crew and equipment.   The Master of the Vessel shall be in full and complete control thereof. CONTRACTOR and not COMPANY shall employ all members of the crew of the Vessel. Subject to foregoing and CONTRACTOR's decision that an operation is likely to cause loss or damage to property, or loss of life or injury, all work requested by COMPANY shall be undertaken and accomplished with reasonable dispatch.

14.2   CONTRACTOR shall man the Vessel with Master, Officers, and crew as required for the Vessel to perform its normal services. In addition to the Vessel's Master, Officers, and crew, CONTRACTOR shall provide all necessary personnel, pumps and ancillary plant and equipment required to carry out the WORK.

14.3   Vessel shall be maintained, crewed, and operated in accordance with the applicable legislation in the country of its operation. In addition to these legislative requirements, the Vessel shall be operated in accordance with best industry practice and procedures.

14.4   CONTRACTOR shall ensure that the Vessel has all necessary safety and seaworthiness certificates permitting it to be employed on the WORK. CONTRACTOR shall ensure that no modifications of any kind to the Vessel have been or are made which could invalidate the said documents and certificates.   CONTRACTOR shall, upon the execution of the CONTRACT, provide COMPANY with such copies of the said safety and seaworthiness certificates, as COMPANY shall request. CONTRACTOR shall also permit COMPANY to examine the originals of any such certificate.

14.5   CONTRACTOR shall carry out on its own initiative and at its own cost all inspection, maintenance and repair of the Vessel necessary to maintain the same safe, fully certified and operational status at all times. COMPANY shall be entitled to audit and reject any Vessel, which does not conform to the CONTRACT.   CONTRACTOR shall immediately rectify the defect or deficiency, at no additional cost to COMPANY.

14.6   CONTRACTOR shall assume full responsibility for the safety of the Vessel and marine operations performed in connection with the WORK. In particular, CONTRACTOR shall ensure that the Vessel employed or chartered by CONTRACTOR shall at all times be in safe working condition, suitable for WORK and free from any legal, contractual or other restriction preventing it from operating in those areas and conditions required by the terms of the CONTRACT.

14.7   CONTRACTOR shall inform COMPANY of the anticipated Vessel workload, location and alternative commitments at a minimum of two-week intervals, commencing upon a date to be agreed between COMPANY and CONTRACTOR.

14.8   CONTRACTOR's dynamically-positioned Vessels shall comply with COMPANY's dynamic positioning requirements, a copy of which will be provided by COMPANY upon request by

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022387

**Section 3 – Scope of Work**
**Appendix 5 – Description of the Work**
**E. Completions**

CONTRACTOR.  COMPANY number for this document is "MAR – 57 – MA – PR – 0006, Revision 0" and dated 13 December 2007

## 15.0  MANAGEMENT OF SERVICE

### 15.1  Technical Support

15.1.1  CONTRACTOR shall provide to COMPANY well-qualified personnel, best technology, processes, and equipment on a global basis.

15.1.2  CONTRACTOR shall have a system in place for prioritizing technical service work, internal costing of that work and resource allocation.  When a piece of work is required by COMPANY, the scope shall be agreed between COMPANY and CONTRACTOR in writing.

### 15.2  Management Systems

15.2.1  CONTRACTOR shall have in place and demonstrate compliance with all of the systems specified as follows: HSSE Management System; Preventive Maintenance Systems; Personnel Development and Deployment System for COMPANY; and Quality Assurance and Quality Control plan for tools, bulks, equipment, and laboratory.

15.2.2  CONTRACTOR shall as required by COMPANY, perform a capability audit of the services provided to ensure strict adherence to the CONTRACT specifications, CONTRACTOR's policies and operating procedures performed in a manner so as to provide a professional and cost effective service.

15.2.3  Prior to the introduction of a new chemical or hazardous material to the WORKSITE, MSDS shall be reviewed by CONTRACTOR who shall ensure that the potential human health risk is assessed and provided to COMPANY.  The chemical or material shall not be used or shipped to the WORKSITE until this process is completed satisfactorily.

### 15.3  Third Party Services

15.3.1  CONTRACTOR may be required to subcontract and manage non-core services. This requirement shall be at COMPANY's discretion, and COMPANY assesses that CONTRACTOR is able to effectively manage such services in COMPANY's best interests.   In such case CONTRACTOR shall demonstrate to COMPANY's satisfaction that CONTRACTOR

(a)  Employed competent people by the SUBCONTRACTOR,

(b)  Has HSSE management plans in place,

(c)  Has managed the training of its personnel in, and

(d)  Has demonstrated good audit practices and control of the service.

15.3.2  COMPANY shall produce a scope of work for any service which it wishes CONTRACTOR to perform or to subcontract.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022388

**Section 3 – Scope of Work**
**Appendix 5 – Description of the Work**
**E. Completions**

15.3.3  Detailed scopes of work for the provision of Third Party services referred to above shall be mutually agreed between COMPANY and CONTRACTOR.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022389

**Section 3 – Scope of Work**
**Appendix 5 – Description of the Work**
**E. Completions**

## Attachment A – Competency Assessment Model
## Engineering and Technical Support

**Experience**

| Name: DESC Engineer | | | Self Assessed Skill Level | | Go to Summary | | |
|---|---|---|---|---|---|---|---|
| **1. Experience** | | | 0 is has no experience in this area.<br>1 is basic only in the assessed area<br>2 is competent in the assessed area<br>3 is highly competent in the assessed area. | | | | |
| Area | Skill Definition | Desired Skill (0 - 3) | Skill (0 - 3) | Supporting Information | Forward Action | | Agreed Skill Level |
| | 8 years oilfield experience with 4 years in a completions/ sand control environment. | 3 | | | | | |
| | Has been involved in a minimum of 15 completion operations for wells of each type (horizontal OHGP, Allpack, CHGP, FP) | 3 | | | | | |
| | Has been involved in the execution of > 15 TCP jobs, and at least five orientated TCP jobs. | 3 | | | | | |
| | Has been the lead engineer/ Field Service Coordinator for at least 10 sand control jobs | 3 | | | | | |
| | Fully understands company SOP's for each sand control technique and has written >15 completion programs requiring sand control and 5 completion programs requiring TCP. | 3 | | | | | |
| | Capable of using company software to: 1, Perform T&D analysis. 2, Conduct tool movement and tubing stress analysis. 3, Predict fluid rheology versus temperature, and frictional pressure loss during pumping operations. 4. Design sand control operational schedule. 5, Produce all engineering calculations & procedures related to pressure testing operations, maintaining final screen out pressure below minimum rated collapse pressure etc. 6, Calculate charge pressure for FIV and cycle pressure required to open same. | 3 | | | | | |
| | Totally familiar with the procedures, operation and limitations of contractor's service tools and packers and capable of troubleshooting & servicing same. Must have taken part in: 1. Failure investigation of critical equipment items. 2, Input to operating procedures for same. Documented evidence required. | 3 | | | | | |
| | Totally familiar with the design of SSSV and fluid loss control devices. Capable of producing all engineering calculations & procedures related to maximum setting depth, pressure required to open SSSV. | 3 | | | | | |
| | Familiar with formation damage laboratory testing procedures. Capable of producing a formation damage work program. | 3 | | | | | |
| | Must have previous experience of pumping with linear and cross-linked gels, brine and Oil-pac fluid systems. | 3 | | | | | |
| | Has been involved in execution of loss circulation pills and understands risks to sandface completion. Familiar with screen plugging tests to mitigate against same. | 3 | | | | | |
| | Must have experience of Quality Plans/ QAQC processes and input to same for FIV, packers, screens etc. documented evidence of experience required. | 3 | | | | | |
| | Must be rated within the top quartile of the completion engineers. Evidence is required. | 3 | | | | | |
| | Familiar with bpTT procedures for ordering, receiving, shipping and documenting. Ideally will have worked within bp.Experience with DIMS and GWSI | 3 | | | | | |
| | **Total** | **42** | **0** | **0%** | | **0%** | **0** |

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022390

**Section 3 – Scope of Work**
**Appendix 5 – Description of the Work**
**E. Completions**

## Interpersonal

| DESC Engineer | | Self Assessed Skill Level | | Go to Summary | |
|---|---|---|---|---|---|
| | | 0 is has no experience in this area. 1 is basic only in the assessed area 2 is competent in the assessed area 3 is highly competent in the assessed area. | | | |
| **Skill Definition** | **Desired Skill (0 - 3)** | **Skill (0 - 3)** | **Supporting Information** | **Forward Action** | **Agreed Skill Level** |
| Must clearly demonstrate the ability to communicate easily at all levels with BPTT engineers, service company field personnel, workshop technicians and technical / R&D facilities. | 3 | | | | |
| Must be effective & motivated team player intent on striving for continued performance improvement. | 3 | | | | |
| Must be fluent in English. | 3 | | | | |
| **Total** | **9** | **0** | 0% | | 0%   **0** |

## HSSE

| DESC Engineer | | Self Assessed Skill Level | | Go to Summary | |
|---|---|---|---|---|---|
| | | 0 is has no experience in this area. 1 is basic only in the assessed area 2 is competent in the assessed area 3 is highly competent in the assessed area. | | | |
| **Skill Definition** | **Desired Skill (0 - 3)** | **Skill (0 - 3)** | **Supporting Information** | **Forward Action** | **Agreed Skill Level** |
| Must have complete awareness of occupational hygiene issues. Understands the implications of MSDS sheets & recommends procedures & PPE | 3 | | | | |
| Must be familiar with relevant regulations & controls, GSHER & offshore Trinidad. | 3 | | | | |
| Has been trained in GHSER, ASA, JSA. Provide evidence. | 3 | | | | |
| STOP trained. If so, date of last STOP course required. Must be capable of performing ASA on contractor's equipment at the rig site. | 3 | | | | |
| **Total** | **12** | **0** | 0% | | 0%   **0** |

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022391

**Section 3 – Scope of Work**
**Appendix 5 – Description of the Work**
**E. Completions**

**Technical**

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022392

**Section 3 – Scope of Work**
**Appendix 5 – Description of the Work**
**E. Completions**

| Name: DESC Engineer | | | | Self Assessed Skill Level | Go to Summary | |
|---|---|---|---|---|---|---|
| **4. Technical** | | | | 0 is has no experience in this area.<br>1 is basic only in the assessed area<br>2 is competent in the assessed area<br>3 is highly competent in the assessed area. | | |
| Area | Skill Definition | Desired Skill (0 - 3) | Skill (0 - 3) | Supporting Information | Forward Action | Agreed Skill Level |
| | Must have successfully completed all contractor training courses commensurate with grade level & experience. Formal training as a sand control engineer is a must. Evidence is required. | 3 | | | | |
| | Must have good understanding of well construction process. Evidence of how experience gained is required | 3 | | | | |
| | Must have good working knowledge of drilling fluids & influence on formation damage. | 3 | | | | |
| | Familiar with slurry design & understands function & limitations of carrier additives & influence of downhole conditions on slurry behavior. | 3 | | | | |
| | Capable of using company software to: 1, Perform T&D analysis. 2, Conduct tool movement and tubing stress analysis. 3, Predict fluid rheology versus temperature, and frictional pressure loss during pumping operations. 4, Design sand control operational schedule. 5, Produce all engineering calculations & procedures related to pressure testing operations, maintaining final screen out pressure below minimum rated collapse pressure etc. 6, Calculate charge pressure for FIV and cycle pressure required to open same. | 3 | | | | |
| | Capable of making all engineering calculations related to surface & downhole pressure testing operations & safely conducting testing. | 3 | | | | |
| | Must be capable of performing space out calculations for washpipe - GP tool, and prevention of connections across BOPs | 3 | | | | |
| | Must be capable of interpreting temperature/ pressure data from GP/ FP jobs and capable of producing timely end of well reports | 3 | | | | |
| | Must have a full working knowledge of pumping system, blenders and mixing systems (additives/ gravel) | 3 | | | | |
| | Must understand criticality of fluid QA/QC testing and have a working knowledge of onsite testing requirements. | 3 | | | | |
| | Has been trained in Well Control Attended formal training. | 3 | | | | |
| | **Total** | **33** | **0** | **0%** | **0%** | **0** |

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022393

**Section 3 – Scope of Work**
**Appendix 5 – Description of the Work**
**E. Completions**

## Attachment B – State of Stress Table

| STATE OF STRESS TABLE | | | | |
|---|---|---|---|---|
| Assembly Number:____A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_____ | | | | |
| PART NO. | DESCRIPTION | CRITICAL (Y/N) | FAILURE MODE | FACTOR OF SAFETY / RATING |
| P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 | ScSSV Bottom Sub | Y | 200,000 lbs Tensile | 2.5 |
|  |  |  | 15,000 psi int.  Press | 1.8 |
|  |  |  | Torsion | 20,000 ft-lbs |
| P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 | ¼" set screw | N |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Verification Test Number: _____   Date of Test: _____

Maximum Tension Applied: _____   Maximum Internal Pressure Applied: _____

Actual Material Yield Tested: _____Minimum Material Yield Specified: _____

Design Criteria: _____

CONFIDENTIAL
Business Confidential

**Section 3 – Scope of Work**
**Appendix 5 – Description of the Work**
**E. Completions**

**Attachment C – Equipment Performance Validation Table**

| EQUIPMENT PERFORMANCE VALIDATION TABLE | | | |
|---|---|---|---|
| | PERFORMANCE VALIDATION METHOD* | | |
| ASSEMBLY | TESTING | HISTORICAL USE | ANALYTICAL** |
| 7" TRSV f/12,000 psi WP inside project specified casing | Y/N | Y/N | Y/N |
| | | | |

\* Provide summary of validation obtained for 'Yes' responses or a plan and schedule to obtain validation for 'No' responses through testing or analytical methods.

\*\* Include States of Stress Table.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022395

**Section 3 – Scope of Work**
**Appendix 5 – Description of the Work**
**E. Completions**

## Attachment D – Global Completions Score Card



CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022396

CONFIDENTIAL

Business Confidential

BP-HZN-MBI00022397

**Section 3 – Scope of Work**
**Appendix 5 – Description of the Work**
**E. Completions**

| | | |
|---|---|---|
| Was the completion performed without any known or likely well productivity impairment attributable to the service company | No Yes | Barrier Valve (FIV, AFIV, SIV, FS-1, etc) / Expandable Screens / Production Packer Assembly / Sand Control Pumping / Sand Control Tools (Screens and Rental Equipment) / Subsurface Safety Valves (Tubing and Annular) / Surveillance, Wells and Down Hole Flow Control / Tubing Conveyed Perforating |
| Was all equipment, including backup, in country and available at the shore base by the agreed upon date | No Yes | Barrier Valve (FIV, AFIV, SIV, FS-1, etc) / Expandable Screens / Production Packer Assembly / Sand Control Pumping / Sand Control Tools (Screens and Rental Equipment) / Subsurface Safety Valves (Tubing and Annular) / Surveillance, Wells and Down Hole Flow Control / Tubing Conveyed Perforating |
| Was all equipment provided in accordance with existing contract pricing so that no items were "outside of the contract" with price on request or special pricing | No Yes | Barrier Valve (FIV, AFIV, SIV, FS-1, etc) / Expandable Screens / Production Packer Assembly / Sand Control Pumping / Sand Control Tools (Screens and Rental Equipment) / Subsurface Safety Valves (Tubing and Annular) / Surveillance, Wells and Down Hole Flow Control / Tubing Conveyed Perforating |
| Was the completion performed without any unplanned logistical or operational incident (e.g. invisible NPT, offline NPT, operational near miss, etc) NOTE: Add row below to record for more than one service | No Yes | Barrier Valve (FIV, AFIV, SIV, FS-1, etc) / Expandable Screens / Production Packer Assembly / Sand Control Pumping / Sand Control Tools (Screens and Rental Equipment) / Subsurface Safety Valves (Tubing and Annular) / Surveillance, Wells and Down Hole Flow Control / Tubing Conveyed Perforating |

### Quality

**\* Barrier Valve (FIV, AFIV, SIV, FS-1, etc) Objectives** [Barrier Valve (FIV, AFIV, SIV, FS-1, etc)]

| | Successful? |
|---|---|
| Was the valve fully functional and in correct position (during and upon installation) as intended, at all times | No / Yes |
| Was the valve fully open or fully closed as intended at all times (without any milling required) | No / Yes |

**\* Production Packer Assembly Objectives** [Production Packer Assembly]

| | Successful? |
|---|---|
| All packers(s) fully set at the correct depth, on first attempt | No / Yes |
| There were no issues with the setting process (i.e. ball seat blew prematurely, etc.). | No / Yes |

**\* Sand Control Pumping Objectives** [Sand Control Pumping]

| | Successful? |
|---|---|
| Was a complete gravel pack achieved - usually accepted to be >90% packed (This criteria should be agreed prior to the job) | No / Yes |
| Did the pumping equipment perform without failure for the duration of the job (example: a pump failed, but a backup was brought online and rate was maintained)? | No / Yes |
| Were the critical pumping parameters (pressure, rate and density) properly displayed and recorded without failure or incident during the job. | No / Yes |
| Were the proppant concentrations, fluid rheology and additives all pumped according to design? | No / Yes |

**\* Sand Control Tools (Screen and Rental Equipment, Not expandables) Objectives** [Sand Control Tools (Screen and Rental Equipment)]

| | Successful? |
|---|---|
| Did the crossover tool pull free without sticking or significant over pull following the pumping treatment? | Does Not Apply / No / Yes |
| Was the excess slurry reversed out of the hole without difficulty immediately after the gravel pack? | Does Not Apply / No / Yes |
| Was the service company able to accurately model the hook loads and hydraulics during this job? | No / Yes |
| No backup setting mechanism was required in order to set the packer, and the crossover tool did not release pre-maturely? | No / Yes |

**\* Surveillance, Wells and Down Hole Flow Control Objectives** [Surveillance, Wells and Down Hole Flow Control]

| | Successful? |
|---|---|
| Was the cable was run without a splice? | No / Yes |
| Was the down hole gauge data provided at the point in time specified by the well design (i.e. no delay)? | No / Yes |

---

**Section 3 – Scope of Work**
**Appendix 5 – Description of the Work**
**E. Completions**

| ^ Tubing Conveyed Perforating Objectives [Tubing Conveyed Perforating] | Successful? |
|---|---|
| All shots fired with primary detonation method and without incident | No / Yes |
| Did the guns and tools perform without mechanical gun failure or other service company related incident that could cause sticking, or significant additional drag while tripping out of hole (e.g. almost stuck) | No / Yes |

| * Tubular and Annular subsurface safety systems objectives [Tubular & Annular subsurface safety systems] | Successful? |
|---|---|
| Was the tubular and annuular subsurface safety systems installed correctly, and fully functional the first time without incident | No / Yes |

| * Expandables objectives [Expandables] | Successful? |
|---|---|
| Was the expandable fully expanded for the entire length | No / Yes |

| * Other (sleeves, nipples, SLMs, etc) Objectives [other (sleeves, nipples, SLMs, etc)] | Successful? |
|---|---|
| Did all items perform as intended? | No / Yes |
| Were all items available at the shorebase and rig on time? | No / Yes |
| Were all items torqued and tested as required by the well plan? | No / Yes |

**Well Specific Objectives**

| | Objectives Defined | Objectives Successfully Delivered? | Explanation for non-delivery of Objectives |
|---|---|---|---|
| 1 | | No / Yes | |
| 2 | | No / Yes | |
| 3 | | No / Yes | |

**Incremental Benefit Delivered**

**Summarize Benefits and Savings**

| | Summarize Benefit | Rig Time Savings (hours) | Productivity Increase (MBOE/D) | Reserves Increase (MMBOE) |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022398

# Appendix 6 – Functional and Technical Specifications

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022399

**Section 3 – Scope of Work**
**Appendix 6 – Functional and Technical Specifications**

## A. Cementing Services

### 1.0   RELEVANT CEMENTING SPECIFICATIONS APPLICABLE TO THIS CONTRACT

All relevant API / ISO specifications shall apply to the Scope of Work unless agreed otherwise by COMPANY.   (The current lists of relevant specifications are listed in Attachment C entitled: "API/ISO SPECIFICATIONS

| API Specification Number | Title | Synopsis |
|---|---|---|
| API RP 65 | Cementing Shallow Water Flow Zones in Deep water wells | Covers design processes for cementing where the risk of shallow water flows are high.  Includes test procedures and checklist for design of cement slurries to prevent shallow water flow. |
| API 10TR1 | Cement Sheath Evaluation | Provides the current principles and practices regarding the evaluation and repair of primary cementations.  Cement bond logs, compensated logging tools and borehole compensated logging tools and ultrasonic logs. |
| API 10TR3 | Temperatures for API Cement Operations Thickening Time tests – 1993 Report from the API Task Group on Cementing Temperature Schedules. | Work by the API task group on cementing temperatures.  The task group reviewed a large industry database and recommend significant changes to determine well stimulation temperatures. |
| API 10B | Addendum 1 – Specification for Cements and Materials for well Cementing | Provides guidance for the testing of cement slurries and related materials under simulated well conditions. |
| API 41 | Presenting Performance Data on Cementing and Hydraulic Fracturing Equipment | |
| API RP 10F | Recommended Practice for Performance Testing of Cementing Float Equipment. | Describes the testing and practices to evaluate the performance of cementing float equipment.  The Specification only covers equipment used with WBM. |
| API Spec 10A | Specification for Cements and Materials for well Cementing. | Specifies requirements and gives recommendations for eight classes of well cement including their chemical and physical requirements and procedures for physical testing. |
| API G04400 – Obsolete | Worldwide Cementing Practices | Covers cements and well cementing.  Intended as a practical text by both the beginning and practicing engineer. |
| API Spec 10D | Specification for Bow Spring Casing Centralizers | Provides minimum performance requirements test procedures and marking requirements for bow spring casing centralizers.  Specification does not cover rigid centralizers. |

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022400

**Section 3 – Scope of Work**
**Appendix 6 – Functional and Technical Specifications**

## 2.0   THE MINIMUM TESTING FOR CEMENTING OPERATIONS

2.1   All testing is required on rig samples and to be submitted to COMPANY Wells Team 24 hours prior to cementing operations commence, unless otherwise agreed with Wells Team.

2.2   General Requirements (all slurries all job types)

All slurries incorporating a Fluids Loss aid must have API fluid loss determined

Slurries placed for control of Shallow Flows (conductor or surface pipe) or where gas migration risk is high   (predicted flow potential is high and/or static cement overbalance < 200psi against a permeable gas bearing formations) must have static gel strength transition time and zero gel time determined.   In addition COMPANY settlement test must be run in these situations

2.3   Specific Requirements

| Job Type | Slurry | Pump Time | Compressive Strength | Operating Free Water | API Fluid Loss | Rheology | COMPANY Settlement Test |
|---|---|---|---|---|---|---|---|
| Conductor | Neat | Note 1 | No | No | No | No | No |
|  | Extended | Yes | Yes | Yes | No | Yes | No |
| Surface | Lead | Yes | Note 2 | Yes | No | No | No |
|  | Tail | Yes | Yes | Yes | No | No | No |
| Intermediate | Lead | Yes | No | Yes | No | Yes | No |
|  | Tail | Yes | Yes | Yes | No | Yes | No |
| Production Casing and Drilling liners | Lead and Tail | Yes | Yes | Yes | No | Yes | Note 3 |
| Production Liner |  | Yes | Yes | Yes | Yes | Yes | Yes |
| Plugs |  | Yes | Yes | Yes | No | Yes | Note 3 |

Note 1: Extended testing regime applies if temperature > 40 degrees C or slurry not Class G/H + accelerator

Note 2: Where structural support or zonal isolation is required, and when a filler slurry is unnecessary, compressive strength must be determined.

Note 3: When the hole angle exceeds 70 degrees, a COMPANY settlement test is required.

2.4   Compatibility Testing

2.4.1   Water Based Mud and Oil Based Mud

For liner jobs and where cement is pumped directly in contact with the drilling fluid a contaminated thickening time test is required using a 95 / 5 cement to mud contaminant.

For every well API mud /spacer compatibility test should be performed on intervals isolating hydrocarbon bearing formations and permeable overpressured brine or

---

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022401

**Section 3 – Scope of Work**
**Appendix 6 – Functional and Technical Specifications**

water bearing formations for each section (mud spacer combinations only need to be tested once per well).

Where a cement evaluation log is to be run compressive strength should be determined for a 95/5 cement/spacer combination.

2.4.2   Oil Based Mud

Water wetting characteristics of the spacer to be confirmed on a metal coupon test with sample of field mud for once each well.

CONFIDENTIAL
Business Confidential

# B. Fluids Services

**NO FUNCTIONAL AND TECHNICAL SPECIFICATIONS ARE INCLUDED IN SECTION 3 – SCOPE OF WORK, APPENDIX 6 – FUNCTIONAL AND TECHNICAL SPECIFICATIONS**

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022403

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**C. Well Placement**

# C. Well Placement

**1.0   MWD**

1.1    MWD, Tool Collar Mounted (≤1.5 bps) and MWD, Tool Probe Based (≤1.5 bps) shall be 3 1/4" - 11 1/4" Collar size (All hole sizes) and include the following in the standard offering:

  1.1.1    Lost Circulation Tolerant Pulser / Modulator (to 50 ppbl for uniform, non-coarse, and homogeneously-mixed materials)

  1.1.2    Price includes all additional subs for telemetry, tool bus termination, and batteries etc.

  1.1.3    Max Operating Temperature up to 302°F BHST (150 deg C)

  1.1.4    Max Hydrostatic Pressure up to 25,000 psi

  1.1.5    Continuous wave positive or negative pulse.

  1.1.6    STANDARD - Transmitting at up to 1.5bps

  1.1.7    RT Communications to uphole and downhole tools

  1.1.8    Power provided for all LWD tools and configurations

  1.1.9    Downlink option active and inclusive

  1.1.10   Rotary Speed: Rated to 250 RPM; however, due to excessive wear and tear any damage caused above 220 RPM will be for COMPANY account.

  1.1.11   Flow range optional   : 200-400, 300-600, 400-800, 900-1200 gpm

  1.1.12   Drilling Fluid Sand Content  : 1% (maximum)

  1.1.13   LCM max size and concentration   : 40lb/bbl medium grade.

  1.1.14   CO2 and H2S Contents        :10% and  10 ppm

  1.1.15   Drilling Dynamics survivability 30 minutes at design specification limit

  1.1.16   INCLINATION Measurement

     1.1.16.1 Range              :0°-180°
     1.1.16.2 Accuracy    :± 0.1°
     1.1.16.3 Resolution  :0.05°

  1.1.17   AZIMUTH Measurement

     1.1.17.1 Range              :0°-360°
     1.1.17.2 Accuracy    :± 1.0°
     1.1.17.3 Resolution  :1.0°

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022404

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**C. Well Placement**

1.1.18   MAGNETIC TFO Measurement

    1.1.18.1  Range :0°-360°
    1.1.18.2  Accuracy    :± 1° (Update frequency 15 seconds or less)
    1.1.18.3  Resolution  :1.0°

1.1.19   GRAVITY TFO Measurement

    1.1.19.1  Range                :0°-360°
    1.1.19.2  Accuracy    :± 3.0°
    1.1.19.3  Resolution  :1.0°

1.1.20   TEMPERATURE Measurement

    1.1.20.1  Range                :0-150°C (175°)
    1.1.20.2  Accuracy    :+/- 0.5°C
    1.1.20.3  Resolution          :0.1°C

1.1.21   FIELD STRENGTH   :Magnetic Field Strength (Interference)

1.1.22   6 AXIS SURVEY       :6 Axis measurements for accelerometers and magnetometers.

1.1.23   5 AXIS SURVEY (axial correction):5 Axis measurements for accelerometers and magnetometers.

1.1.24   Magnetic interference corrected survey

1.1.25   WASHOUT DETECTION:            :Turbine RPM transmitted where available in MWD/LWD

1.1.26   When operating in "Recorded Mode", as a minimum there must be sufficient down hole power shall be provided for 100 hours of operation with all petro-physical sensors functioning.  Sufficient downhole memory shall be available for 10000 feet of logged interval with all logging sensors sampling data at an average of two (2) samples per foot.

1.1.27   Modular or Collar mounted MWD inclusive of Control Electronics, Memory & Power Source, Processing and telemetry modules.  Real time and memory (if available) update of Directional inclination, Azimuth, Toolface, Magnetic Highside, Gravity Highside, Flow On or off (Turbine RPM),  Tool face orientation, Circulating Temperature, Static temperature, 1.5 bps telemetry, advanced or enhanced memory & data compression.

1.2   MWD Unit will meet the following specification, with listed ancillaries:

    1.2.1   An intrinsically safe MWD/LWD surface unit if situated within the hazardous zone

    1.2.2   Surface decoding equipment and software for differential, multiple standpipe sensor signal detection, filtering and signal strength boosting.

    1.2.3   Surface computing equipment

    1.2.4   Surface plotting equipment

    1.2.5   Offshore remote display screens

    1.2.6   Depth tracking sensors including heave compensation

CONFIDENTIAL
Business Confidential

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**C. Well Placement**

1.2.7   Hook load sensors

1.2.8   RPM sensor

1.2.9   Surface torque sensor

1.2.10  Pump stroke flow sensor

1.2.11  Signal pressure transducers

1.2.12  Rig floor display

1.2.13  Real time data transmission equipment and software.

1.2.14  Rig floor Real Time down-hole vibration "Traffic Light" warning unit

1.2.15  Cables

1.2.16  Equipment baskets and containers / workshops

1.3   Should CONTRACTOR be requested to operate within an alternative unit or office, or the supplier have a rationalized offering for surface data acquisition and service support the following should be provided as a minimum:

1.3.1   Surface decoding equipment and software for differential, multiple standpipe sensor signal detection, filtering and signal strength boosting.

1.3.2   Surface computing equipment

1.3.3   Surface plotting equipment.

1.3.4   Depth tracking sensors

1.3.5   Hook load sensors

1.3.6   Pressure transducers

1.3.7   Cables

1.4   Optional extras that can be added to the standard MWD service include but will not be limited to:

1.4.1   TELEMETRY:

1.4.1.1  Transmitting at greater than 1.5bps and up to 3 bps (inclusive)

1.4.1.2  Transmitting at greater than 3bps and up to 6 bps (inclusive)

1.4.1.3  Transmitting at greater than 6bps and up to 12 bps (inclusive)

1.4.1.4  Transmitting at greater than 12bps

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022406

1.4.2    MWD HPHT

1.4.2.1 Max Operating Temperature (High Temp Option) greater than 300°F BHST (150 deg C) to 347 Deg F (175 deg C)

1.4.2.2 Max Hydrostatic Pressure (High Press Option) Greater than 25,000 psi up to 30,000 psi

1.4.2.3 Both HP and HT options at the same time

1.4.3    CONTINUOUS SURVEY - inc and azi in RT

1.4.4    Wired pipe cross over sub option available for GOM, Trinidad and Alaskan operations.

1.4.5    High Density Data / High Downhole Power Generation addition to the standard MWD pricing should extra power be required to run high tier LWD services

1.5    MWD, Tool Electromagnetic (≤12 bps) specifications will be AS MWD   ABOVE WITH DIFFERENCES BELOW

1.5.1    4 3/4" - 6 3/4" collar

1.5.2    Up to and inclusive of 12 bps telemetry

1.5.3    125 deg C, 12,000 psi rated tools

1.5.4    Flow range       : 0-400, 0-600 gpm

1.5.5    Data compression

1.5.6    MWD, Tool Electromagnetic, Retrievable  (≤12 bps) shall be fully retrievable

## 2.0    DRILLING DYNAMICS

All Drilling Dynamics shall be available from all MWD and LWD tools and be inclusive of the following:

2.1    Drilling Dynamics in separate collar, in MWD or LWD tools for 3 1/8" - 11 1/4" Collar size (Any hole size)

2.2    Max Operating Temperature up to 302°F BHST (150 deg C)

2.3    Max Hydrostatic Pressure up to 25,000 psi

2.4    Rotary Speed: Rated to 250 RPM; however, due to excessive wear and tear any damage caused above 220 RPM will be for COMPANY account.

2.5    Flow range optional      : 200-400, 300-600, 400-800, 900-1200 gpm

2.6    Drilling Fluid Sand Content    : 1% (maximum)

2.7    LCM max size and concentration     : 40lb/bbl medium grade.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022407

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**C. Well Placement**

2.8    CO2 and H2S Contents        :10% and  10 ppm

2.9    Drilling Dynamics survivability 30 minutes at design specification limit

2.10   Includes all batteries and disposal

2.11   For standard Drilling Dynamics services the following measurements will be taken and transmitted in RT

    2.11.1        Lateral Vibration

    2.11.2        Axial Vibration

    2.11.3        Torsional Vibration

    2.11.4        Peak Shock / Shock Risk / Shocks per second / RMS per second

    2.11.5        Drilling Dynamics in Memory when achievable

2.12   Stick-Slip  in RT  Stick-Slip (delta RPM) in RT

    2.12.1        Peak RPM in RT

    2.12.2        stick-slip in Memory when achievable

2.13   Downhole Weight and Torque will be transmitted in real-time and includes:

    2.13.1        Weight, torque and bending force in separate collar or in MWD 6 3/4" - 8" Collar size (Any hole size)

    2.13.2        Downhole Weight on Bit

    2.13.3        Downhole Torque in RT

    2.13.4        DWOB and DTORQ in Memory when achievable.

2.14   Borehole Annular Pressure in Real Time & Memory (APWD) can be in separate collar or in MWD, will be in 4 3/4" - 9 1/2" Collar size (Any hole size) and include:

    2.14.1        Range        :1 - 25,000 psi (1,725 bar)

    2.14.2        Resolution   :5 psi

    2.14.3        Accuracy:    :+/- 12psi / 0.25% of full scale.

    2.14.4        Total Error:  :<0.25 % F.S.

    2.14.5        Borehole Annular Pressure in Real Time & Memory

2.15   Options that COMPANY may procure during operation of the WORK include:

    2.15.1        Annular PWD (Pumps on + off for LOT) in Real Time & Memory (provides only a minimum pressure reading, a maximum pressure reading, and a mean pressure reading)

---

CONFIDENTIAL
Business Confidential

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**C. Well Placement**

2.15.2      Bending Force in Real Time & Memory

2.15.3      Azimuthal Bending in Real Time & Memory

2.15.4      High speed sample option (1000Hz) for Drilling Dynamics

2.15.5      Downhole tare feature in Real Time & Memory

2.15.6      DYNAMICS HPHT

      2.15.6.1   Max Operating Temperature (High Temp Option) greater than 300°F BHST (150 deg C) to 347 Deg F (175 deg C)

      2.15.6.2   Max Hydrostatic Pressure (High Press Option) Greater than 25,000 psi up to 30,000 psi

      2.15.6.3   Both HP and HT options at the same time


# 3    GAMMA RAY

The following specifications are standard whilst running a Gamma Ray service:

3.1      Max Operating Temperature up to 302°F BHST (150 deg C)

3.2      Max Hydrostatic Pressure up to 25,000 psi

3.3      Rotary Speed     : Rated to 250 RPM; however, due to excessive wear and tear any damage caused above 220 RPM will be for COMPANY account.

3.4      $CO_2$ and $H_2S$ Contents      :10% and  10 ppm

3.5      Drilling Dynamics survivability 30 minutes at design specification limit

3.6      GR in separate collar or in MWD     3 1/8" - 9 1/2" Collar size (Any hole size)

3.7      Pricing includes all batteries and disposal

3.8      Gamma Ray - Plateau/Total, non-azimuthal in Memory,

      3.8.1   Real-Time add-on

      3.8.2   Range:  0-250 API

      3.8.3   Accuracy:+/- 2.5 API at 100ft/hr

      3.8.4   Vertical resolution:6"

3.9      Gamma Ray - Spectral in Memory

      3.9.1   Real-Time add-on

      3.9.2   Range:  0-250 API

CONFIDENTIAL
Business Confidential

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**C. Well Placement**

3.9.3    Accuracy:+/- 2.5 API at 100ft/hr

3.9.4    Vertical resolution:6"

3.9.5    Potassium, thorium, and uranium measurements (K, Th, and U).

3.10    Gamma Ray - Azimuthal in Real Time & Memory

3.10.1   Range:  0-250 API

3.10.2   Accuracy:+/- 2.5 API at 100ft/hr

3.10.3   Vertical resolution:6"

3.10.4   Azimuthal (Up/Down)

3.10.5   Azimuthal GR (all sectors transmitted) in Memory as standard

3.11    Gamma Ray, N. Bit (modular sub) in Real Time (incorporated into the MTR (excluding RSS)

3.11.1   N. Bit (modular sub)

3.11.2   Less than 5 ft from bit

3.12    Optional extras that are associated to MWwd OR lwd Gamma Ray include:

3.12.1   Azimuthal Measurements

3.12.1.1  Azimuthal (4 sector)

3.12.1.2  Azimuthal (8 sector)

3.12.1.3  Azimuthal (16 sectors or greater)

3.12.2   GR HPHT

3.12.2.1    Max Operating Temperature (High Temp Option) greater than 300°F BHST (150 deg C) to 347 Deg F (175 deg C)

3.12.2.2    Max Hydrostatic Pressure (High Press Option) Greater than 25,000 psi up to 30,000 psi

3.12.2.3    Both HP and HT options at the same time

3.12.3   Total GR in Memory only option or as an add-on to a real-time service.

## 4    RESISTIVITY

The following technical specifications are required from any resistivity offering:

4.1    Resistivity in separate collar or in MWD    3 1/8" - 9" Collar size (Any hole size)

4.2    Max Operating Temperature up to 302°F BHST (150 deg C)

---

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022410

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**C. Well Placement**

4.3    Max Hydrostatic Pressure up to 25,000 psi

4.4    Rotary Speed: Rated to 250 RPM; however, due to excessive wear and tear any damage caused

       above 220 RPM will be for COMPANY account.

4.5    Flow range - no limits

4.6    CO2 and H2S Contents          :10% and  10 ppm

4.7    Drilling Dynamics survivability 30 minutes at design specification limit

4.8    All Drilling Dynamics provided where available in standard data set

4.9    Includes all batteries and disposal


The following information dictates the required deliverables and specifications for each resistivity service
tier:

4.10   Basic Resistivity Service in Memory

               4.10.1   Compensated Correlation Resistivity Single Freq (either 500KHz, 1MHz or 2MHz)
                        (as selected by COMPANY)

               4.10.2   2 x phase shift and 2 x attenuation curves

               4.10.3   Phase

                        4.10.3.1 Depths of investigation: To be defined by COMPANY

                        4.10.3.2 Range                  : 0-3000 ohm.m

                        4.10.3.3 Accuracy          :+/- 3%

                        4.10.3.4 Vertical Resolution: 1ft

               4.10.4   Attenuation

                        4.10.4.1 Depths of investigation: To be defined by COMPANY

                        4.10.4.2 Range                  : 0-500ohm.m

                        4.10.4.3 Accuracy          : +/- 4%

                        4.10.4.4 Vert Resolution          : 6ft

               4.10.5   Real-time and memory data for time lapsed logging.

               4.10.6   SOBM environment

               4.10.7   In Real-Time add-on

4.11   Intermediate Resistivity Service in Memory

---

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022411

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**C. Well Placement**

4.11.1   Compensated Correlation Resistivity Single Freq - Any two (defined by COMPANY) of 500 KHz, 1 MHz or 2MHz Resistivity frequency.  (as selected by COMPANY)

4.11.2   4 x phase shift and 4 x attenuation (8 curves)

4.11.3   Phase

    4.11.3.1  Depths of investigation: To be defined by COMPANY

    4.11.3.2  Range          : 0-3000 ohm.m

    4.11.3.3  Accuracy     :+/- 3%

    4.11.3.4  Vert Resolution     : 1ft

4.11.4   Attenuation

    4.11.4.1  Depths of investigation: To be defined by COMPANY

    4.11.4.2  Range          : 0-500ohm.m

    4.11.4.3  Accuracy     : +/- 4%

    4.11.4.4  Vert Resolution    : 6ft

4.11.5   Real-time and memory data for time lapsed logging.

4.11.6   SOBM environment

4.11.7   In Real-Time add-on

4.12   Advanced Resistivity Service in Memory

4.12.1   Compensated Correlation Resistivity Single Freq - Any two (defined by COMPANY) of 125 KHz, 250 KHz, 500 KHz, or 2MHz Resistivity frequency. (as selected by COMPANY)

4.12.2   All available phase shift and attenuation curves from the tool. (20 curves +)

4.12.3   Phase

    4.12.3.1  Depths of investigation: All Available

    4.12.3.2  Range          : 0-3000 ohm.m

    4.12.3.3  Accuracy     :+/- 3%

    4.12.3.4  Vert Resolution     : 1ft

4.12.4   Attenuation

    4.12.4.1  Depths of investigation: All Available

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022412

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**C. Well Placement**

    4.12.4.2 Range          : 0-500ohm.m

    4.12.4.3 Accuracy      : +/- 4%

    4.12.4.4 Vert Resolution  : 6ft

4.12.5  Real-time and memory data for time lapsed logging.

4.12.6  SOBM environment

4.12.7  In Real-Time add-on

4.13  Mutli-Depth, Dual frequency Resistivity Service in Memory

4.13.1  Real-time and memory data for time lapsed logging.

4.13.2  Multi Frequency

4.13.3  5 7/8 - 14 1/2" hole size

4.13.4  In Real-Time add-on

4.14  At-Bit / Near Bit Resistivity for Geo-Stopping  in Real Time & Memory

4.14.1  Bit - sensor or reading offset:  <3ft

4.14.2  Electrically-Conductive Drilling Fluids with resistivity ranging from 0.01 to 10 ohm-meters

4.14.3  Vertical resolution: 12-24in

4.14.4  Depth of Investigation: 12 in

4.14.5  Range 0-20000 ohm-m

4.15  Ring Laterolog resistivity in Real Time & Memory

4.15.1  Up and Down Resistivity Boundary Mapping (Azimuthal Deep Res) – SERVICE NOT PROVIDED BY HALLIBURTON

4.15.2  Optional Extras – add-ons

    4.15.2.1 Azimuthal Measurements of Propogation resistivity Device

    4.15.2.2 Azimuthal  (4 sector) Propogation

    4.15.2.3 Azimuthal  (16 sector) Propogation

    4.15.2.4 Restivity HPHT

    4.15.2.4.1 Max Operating Temperature (High Temp Option) greater than 300°F BHST (150 deg C) to 347 Deg F (175 deg C)

    4.15.2.4.2 Max Hydrostatic Pressure (High Press Option) Greater than 25,000 psi up to 30,000 psi

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022413

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**C. Well Placement**

4.15.2.4.3   Both HP and HT options at the same time

4.16    Azimuthal Resistivity (4 sector) in Real Time & Memory

4.16.1   STANDARD Azimuthal  (4 sector) Laterolog

4.16.2   Range 0.2 to 1,000 ohm-m

4.16.3   Accuracy below 2,000 ohm-m ± 5%

4.16.4   Accuracy above 2,000 ohm-m ± 20%

4.16.5   DOI: 1-7"

4.16.6   Vertical Res: 2-3"

4.16.7   Real-time and memory data for time lapsed logging.

4.16.8   WBM environment

4.16.9   Includes imaging sleeves – NOT PROVIDED BY HALLIBURTON

4.16.10 Azimuthal Measurements additional resolutions include:

4.16.10.1   Resistivity, Azimuthal   (8 sector) Laterolog, Add-on in Real Time & Memory

4.16.10.2   Resistivity, Azimuthal   (16 sector) Laterolog, Add-on in Real Time & Memory

4.16.10.3   Resistivity, Azimuthal   (32 sector) Laterolog, Add-on in Real Time & Memory

4.16.10.4   Resistivity, Azimuthal  (64 sector) Laterolog, Add-on Memory

4.16.10.5   Resistivity, Azimuthal  (128 sector) Laterolog, Add-on Memory

4.17    Ultra Deep Resistivity in Real Time in Real Time & Memory

4.17.1   Up and Down Resistivity Boundary Mapping

4.17.2   Real-time and memory data for time lapsed logging.

4.17.3   Range 0.2 to 1,000 ohm-m

4.17.4   Accuracy below 2,000 ohm-m ± 5%

4.17.5   Accuracy above 2,000 ohm-m ± 20%

4.17.6   DOI: 1-15'

**5      ACOUSTICS**

CONFIDENTIAL
Business Confidential

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**C. Well Placement**

5.1     Standard operating specifications for acoustic services (Sonic tools or Untra-Sonic Caliper  tools) are detailed below:

    5.1.1     Max Operating Temperature up to 302°F BHST (150 deg C)

    5.1.2     Max Hydrostatic Pressure up to 25,000 psi

    5.1.3     Rotary Speed  : Rated to 250 RPM; however, due to excessive wear and tear any damage caused above 220 RPM will be for COMPANY account.

    5.1.4     Flow range optional   -

    5.1.5     CO2 and H2S Contents        :10% and  10 ppm

    5.1.6     Drilling Dynamics survivability       30 minutes at design specification limit

    5.1.7     All Drilling Dynamics provided where available in standard data set

    5.1.8     Includes all batteries and disposal

5.2     Acoustic Caliper (Average) in Memory

    5.2.1     Ultra-sonic Caliper  in separate collar or in Nuclear or Sonic Tool  6 3/4" - 8" Collar size (Any hole size)

    5.2.2     Real Time add-on

    5.2.3     Range: 0 -2" over-gauge - Standoff range

    5.2.4     Accuracy +/- 10% or +/- 0.1" (which ever is greater)

    5.2.5     MW up to 13ppg

    5.2.6     Azimuthal additional measurements include:

        5.2.6.1  Azimuthal Acoustic Caliper (Quadrant) in Real Time & Memory

        5.2.6.2  Azimuthal Acoustic Caliper (16 Sector) in Real Time & Memory:

5.3     Sonic in Real Time & Memory

    5.3.1     4 3/4" - 9 1/2" Collar size (Any hole size)

    5.3.2     Compressional Slowness Delta-T (40 - 220µs/ft)

    5.3.3     Measure/transmit shear vel. slowness  with range: 60 - 550s/ft

    5.3.4     Accuracy: ±2µ sec/ft Δt compressional

    5.3.5     Vertical Resolution: 2ft

    5.3.6     All memory included

    5.3.7     Correlation (Coherence) curve value in real time

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022415

5.3.8   Multiple mode (STC) peaks streamed in real time

5.3.9   Full raw waveform recorded in Mem.

5.4   Optional extras include:
      5.4.1   Pore pressure trend plot from sonic (in memory only)

      5.4.2   Synthetic Sysmogram (service as specified requires compressional sonic log data as well as density log data over the same run intervals and are generated on a run by run basis)

      5.4.3   Slowness time curve processing

      5.4.4   Top of Cement detection

      5.4.5   Shear

               5.4.5.1  DiPole Shear + processing

               5.4.5.2  Quadrapole Shear + processing

      5.4.6   ACOUSTIC HPHT

               5.4.6.1  Max Operating Temperature (High Temp Option) greater than 300°F BHST (150 deg C) to 347 Deg F (175 deg C)

               5.4.6.2  Max Hydrostatic Pressure (High Press Option) Greater than 25,000 psi up to 30,000 psi

               5.4.6.3  Both HP and HT options at the same time


# 6   NUCLEAR SERVICES

All nuclear services will be subject to the following specifications:

6.1   Max Operating Temperature up to 302°F BHST (150 deg C)

6.2   Max Hydrostatic Pressure up to 25,000 psi

6.3   Rotary Speed       :Rated to 250 RPM; however, due to excessive wear and tear any damage caused above 220 RPM will be for COMPANY account.

6.4   Flow range optional

6.5   CO2 and H2S Contents        :10% and  10 ppm

6.6   Drilling Dynamics survivability 30 minutes at design specification limit

6.7   Collar stabilized or slick

6.8   4 3/4" - 8 1/4" Collar size (Any hole size)

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022416

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**C. Well Placement**

6.9      All Drilling Dynamics provided where available in standard data set

6.10     When providing density image services (memory or real time image logs as standard deliverable
and included in rates up to requirements specified in the Scope of Work)

6.11     Pricing includes all sample rate configurations

6.12     Includes all batteries and disposal

6.13     Compensated Formation Density in Memory

      6.13.1   Real-time add-on

      6.13.2   Density (1.6 - 3.1 g/cc) compensated

      6.13.3   Range: 1.6 - 3.1 g/cc

      6.13.4   Accuracy: +/-0.025 g/cc

      6.13.5   All acquisition rates included in rates

      6.13.6   Vert Resolution: 6"

      6.13.7   Azimuthal Measurements

            6.13.7.1  Azimuthal Density (Quadrant) compensated

            6.13.7.2  Azimuthal Density (16 sector) compensated

6.14     Photo-electric Factor (PEF) compensated in Memory

      6.14.1   Real-time add-on

      6.14.2   Pe factor operating range 1 - 20 B/e-

      6.14.3   Pe factor measurement accuracy 3 ±0.25 B/e- (1 - 5 B/e-)

      6.14.4   Vert Resolution: 6"

      6.14.5   Sample rate: 5 seconds or less

      6.14.6   Azimuthal options to PEF include:

            6.14.6.1  Azimuthal PeF (Quadrant) compensated

            6.14.6.2  Azimuthal PEF (16 sector and image) compensated

            6.14.6.3  PEF Caliper (16 sector and image)

6.15     Fully Compensated Neutron Porosity in Memory

      6.15.1   Real-time add-on

      6.15.2   Porosity (0 - 100 pu) thermally compensated

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022417

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**C. Well Placement**

6.15.3   Range: 0 - 100 pu

6.15.4   Accuracy: 0.5 pu from 0-10 pu and 5% from 10-50 pu

6.15.5   Vert Resolution: 12"

6.15.6   All porosity sampling rates / configurations included in operating rates

6.16   Density Caliper Average in Memory

6.16.1   Real-time add-on

6.16.2   Image derived density

6.16.3   Azimuthal Measurements

6.16.3.1   Up/Down

6.16.3.2   4 sector

6.16.3.3   16 sector

6.17   Neutron-Gamma Density in Real time and memory

6.17.1   Caliper corrected

6.17.2   Capture Spectroscopy (Elements, minerals, matrix properties)

6.17.3   Sigma

6.18   NUCLEAR ADDITIONAL ITEMS

6.18.1   RT or Post-well dip

6.18.2   Post-well structural zone, structural interpretation

6.18.3   Wireline retrievability of nuclear source – THIS SERVICE IS NOT PROVIDED BY HALLIBURTON

6.18.4   Orientating Sub

6.18.5   Nuclear HPHT

6.18.5.1   Max Operating Temperature (High Temp Option) greater than 300°F BHST (150 deg C) to 347 Deg F (175 deg C)

6.18.5.2   Max Hydrostatic Pressure (High Press Option) Greater than 25,000 psi up to 30,000 psi

6.18.5.3   Both HP and HT options at the same time

**7   SPECIALIST LWD**

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022418

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**C. Well Placement**

7.1     All specialist LWD tools need to meet the following specifications:

7.2     Max Operating Temperature up to 302°F BHST (150 deg C)

7.3     Max Hydrostatic Pressure up to 20,000 psi

7.4     Rotary Speed     : Rated to 250 RPM; however, due to excessive wear and tear any damage caused above 220 RPM will be for COMPANY account.

7.5     Flow range optional     -

7.6     CO2 and H2S Contents     :10% and  10 ppm

7.7     Drilling Dynamics survivability30 minutes at design specification limit

7.8     Drilling Fluid Sand Content    : 1% (maximum)

7.9     All Drilling Dynamics provided where available in standard data set

7.10    Tool cost includes all Basic Pressure test charges independent of number

7.11    Tool costs inclusive of preplanning job

7.12    Includes all batteries and disposal

7.13    Formation Pressure While Drilling in Real Time & Memory (FPWD)

          7.13.1   6 3/4" - 8 1/4" Collar size

          7.13.2   No orientation required in hole sizes up to 15" diameter.

          7.13.3   Pressure accuracy +/- 0.2% Full Scale

          7.13.4   Tests up to 150 in RT and Memory

          7.13.5   Drawdown pressure range 0-6000psi, variable.

          7.13.6   Drawdown volume up to 25cc variable

          7.13.7   Drawdown rate up to 10cc/s variable

          7.13.8   Mobility Range: 0.1 mD/cP - 10 D/cP (field experience)

          7.13.9   Mobility Accuracy: ±5%

          7.13.10  Available from 8 1/2" to 17 1/2" hole sizes

          7.13.11  10 minutes maximum disruption to drilling process per pressure test.

          7.13.12  Basic Test:  Single Draw Down, Preset Volume & Rate

          7.13.13  Five (5) points transmitted in RT

          7.13.14  Real-time pressure data sent within 0.1psi resolution directly after test

---

Halliburton Energy Services, Inc.          Page 211 of 352
BPM-09-00255

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022419

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**C. Well Placement**

7.13.15 Quality assurance status transmitted as standard.

7.14 FPWD additional items

7.14.1 Optimized Test: Two (2) point variable Draw Down, Smart Mode

7.14.2 Annular pressure measurement before, during and after testing

7.14.3 Pumps-off measurements

7.14.4 FPWD HPHT

7.14.4.1 Max Operating Temperature (High Temp Option) greater than 300°F BHST (150 deg C) to 347 Deg F (175 deg C)

7.14.4.2 Max Hydrostatic Pressure (High Press Option) Greater than 25,000 psi up to 30,000 psi

7.14.4.3 Both HP and HT options at the same time

7.15 Seismic Measurements While Drilling in Real Time & Memory (Downhole sensors for acquisition and first order processing)

7.15.1 6 3/4" - 9" Collar size

7.15.2 30 hrs of memory available (14,000 waveforms)

7.15.3 Real-time waveforms for QC and look ahead

7.15.4 Real-time check-shot data

7.15.5 Recorded waveforms for look-ahead vertical seismic profiles (VSPs)

7.15.6 Real-time placement of well trajectory on surface seismic map, following SMWD check shot.

7.15.7 Resolution: 2mS

7.15.8 Waveform sampling interval: 2mS

7.15.9 SMWD HPHT

7.15.9.1 Max Operating Temperature (High Temp Option) greater than 300°F BHST (150 deg C) to 347 Deg F (175 deg C)

7.15.9.2 Max Hydrostatic Pressure (High Press Option) Greater than 25,000 psi up to 30,000 psi

7.15.9.3 Both HP and HT options at the same time

7.16 Nuclear Magnetic Resonance Imaging in Real Time & Memory

7.16.1 8-1/2 to 10-5/8 inch hole tool (14 inch sensitive volume)

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022420

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**C. Well Placement**

7.16.2   operate for up to 200 hours

7.16.3   Real-time identification of free- and bound-fluid volumes

7.16.4   Total porosity, free fluid, bound fluid, permeability, T2LM (RT)

7.16.5   Mineralogy-independent porosity measurement in RT

7.16.6   Identification of free-fluid type: gas, oil or water

7.16.7   Dual wait time acquisition for hydrocarbon identification (RM)

7.16.8   T1 or T2 acquisition modes (fully programmable)

7.16.9   Real Time T2 distribution

7.16.10  Shell diameter 14 in. [356 mm]

7.16.11  Static vertical resolution 6 in. [152 mm]

7.16.12  Vertical resolution 3.9 ft at 100 ft/hr [1.2 m at 30 m/hr] with vertical stacking to achieve

7.16.13  Porosity accuracy ± 1 pu or ± 5%, whichever is greater

7.16.14  Max number of echoes 2000

7.16.15  NMR HPHT

   7.16.15.1 Max Operating Temperature (High Temp Option) greater than 300°F BHST (150 deg C) to 347 Deg F (175 deg C)

   7.16.15.2 Max Hydrostatic Pressure (High Press Option) Greater than 25,000 psi up to 30,000 psi

   7.16.15.3 Both HP and HT options at the same time

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022421

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**C. Well Placement**

## 8    SURVEYING

Full listing of COMPANY approved IPMs listed within the "A Guide to BP Tool Error Models" revision 4, page 5, Appendix A.  Find below a list of survey services and the minimum expectation of those services:

| Directional MWD | Magnetic source reference model | | | Azimuthal processing | | Special Service / Tool | |
|---|---|---|---|---|---|---|---|
| | BGGM | IFR (CA)* | IFR (IIFR)** | Axial Correction | Multi-Station | SAG | GYRO |
| MWD | √ | | | | | | |
| MWD+SCC | √ | | | √ | | | |
| MWD+CRUST | | √ | | | | √ | |
| MWD+CA+SC | | √ | | √ | | √ | |
| MWD+IFR [1 & 3] | | | √ | | | √ | |
| MWD+IFR+MS | | √ | √ | | √ | √ | |
| GYRO+MWD+SS [7] | n/a | n/a | n/a | n/a | | | √ |
| | | | | | | | |
| EMS | √ | | | | | | |
| EMS+SAG | √ | | | | | √ | |
| EMS+IFR [1 & 6] | | | √ | | | | |
| EMS+CRUST | | √ | | | | | |

| North Seeking Rate Gyro services | Instrument delivery & environment | | | | Gyro Mode | | Special |
|---|---|---|---|---|---|---|---|
| | Drop / DP | W/L in DP | W/L in Csg | W/L in LID Csg | Gyro Compass | Gyro Continuous | Floater |
| GYD-GC-MS [4] | | | √ | | √ | | |
| GYD-CT-CMS [4] | | | √ | | | √ | |
| GYD-CT-DMS [4] | | √ | | | | √ | |
| GYD-LID-MS [2 & 4] | | | | √ | | √ | |
| GYD-BM-MS [5] | √ | | | | √ | | |
| KPR-CSG-MS [4] | | | √ | | | √ | |
| KPR-DP-MS [4] | | √ | | | | √ | |
| KPR-LID-MS [4] | | | | √ | | √ | |

| Other Gyro | Instrument delivery & environment | | | | Gyro Mode | | Special |
|---|---|---|---|---|---|---|---|
| | Drop / DP | W/L in DP | W/L in Csg | W/L in LID Csg | Gyro Compass | Optical/Surface Ref | Floater |
| NS Gyro single Shot [3 & 6] | √ | √ | √ | | √ | | √ |
| KPR-SR-SS [5] | | √ | √ | | | √ | |
| GYD-SS [6] | | √ | | | √ | | |
| KPR-SS [5] | | √ | | | √ | | |

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022422

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**C. Well Placement**

| Other Survey | Instrument Delivery | | | | | |
|---|---|---|---|---|---|---|
| | Drop / DP | W/L in DP | in drilling BHA | | | |
| Inc (Totco style) | √ | √ | | | | |
| Inc (Teledrift style) | | | √ | | | |

```
*    Static crustal anomaly, to BGS standard with Down continuation
**   Time dependant IFR (IIFR) to BGS standard w/ Downward Continuation
1    Time dependant IFR (IIFR) to BGS standard w/ Downward Continuation
2    18" ID or larger (Large Internal Dimension - LID)
3    North Seek gyro in floater environment
4    Survey Depth Reference is W/L
5    Survey Depth Reference is Drill Pipe
6    Some Locations may have location dependant version IPM
7    IPM reference is only for the GYRO surveys, not the included MWD in the same BHA.
```

8.1     The MWD system specifications for surveying are detailed in this Appendix 6, Clause 1.   (This service does not include acquisition of aeromagnetic data or BGS transformation.)

8.2     The GMWD, Gyro Tool (≤1.5 bps) system must provide the following data:

      8.2.1     Gravity Tool Face

      8.2.2     Gyro Tool Face

      8.2.3     Magnetic Tool Face

      8.2.4     Hole Inclination, accuracy ± 0.1°

      8.2.5     Hole Direction, accuracy ± 0.5°

      8.2.6     Tool Face, accuracy ± 1.5° (Update frequency 15 seconds or less)

      8.2.7     The Gyro MWD system shall be a high speed North Seeking Continuous Gyro system.

      8.2.8     Optically referenced Gyro tools are not acceptable.

8.3     NORTH SEEKING OR RATE GYROS Equipment Specifications (as contingency to MWD when experiencing magnetic interference from adjacent well bores)  are outlined below:

      8.3.1     CONTRACTOR shall supply a high accuracy North Seeking Gyro tool.  The high accuracy gyroscopic tool shall be able to give continuous reading over the whole well-bore, consisting of complete in and out run data sets.  At lower angles it may not be possible to operate in continuous mode with certain tools, the merits of this shall be considered by COMPANY in order to evaluate the use or limitations.

      8.3.2     Tool memory shall be capable of storing a minimum of 500 Survey Stations.

CONFIDENTIAL
Business Confidential

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**C. Well Placement**

8.3.3    Tool shall be supplied complete with the following equipment as a minimum:

8.3.3.1    Sinker Bar Roller

8.3.3.2    Centrollers

8.3.3.3    Side entry sub
8.3.3.4    Shock absorbers

8.3.3.5    Running equipment including rope socket, spear point and retrieval overshot

8.3.4    Add-ons include:

8.3.4.1    Additional report charge per job (5 original + 3 IBM ANSCI II data discs) in addition to standard report requirements listed in the Scope of Work

8.3.4.2    Temperature sub

8.3.4.3    Gamma Ray sub

8.3.4.4    Casing Collar Locator (CCL)

8.3.4.5    Orienting sub

8.3.4.6    Elevated bushing

8.3.4.7    Template, Manifold, wellhead orienting sub and stinger

8.3.4.8    Circulating head and pack off, cable inserts and rubbers

8.3.4.9    Survey tool pup down sub (all applications)

8.3.4.10    Wireline Unit Daily Rental - Diesel/Electrical driven, skid mounted, non pressurized Zone II unit with electric single mono 5/16" conductor line (BP 200).

8.3.4.11    Heat shield

8.4    Inclination tools Capable of drop, wireline operations (Totco style)

8.4.1    Capable to be run in drilling BHA (Teledrift style)

8.4.2    Provided with all operational and/or consumable equipment to perform survey operations

8.4.3    Measurement intervals (Inclination) no greater than 0.5 degree increments

# 9    ROTARY STEERABLE SYSTEMS

Standard Specs include:

9.1    Max Operating Temperature up to 302°F BHST (150 deg C)

CONFIDENTIAL
Business Confidential

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**C. Well Placement**

9.2     Max Hydrostatic Pressure up to 20,000 psi

9.3     CO2 and H2S Contents          :10% and  10 ppm

9.4     Drilling Dynamics survivability 30 minutes at design specification limit

9.5     Drilling Fluid Sand Content    : 1% (maximum)

9.6     Modular In-line RSS Stabilzer Flex or Standard inclusive

9.7     Downlink and RT Confirmation capability inclusive in all systems.

9.8     All Drilling Dynamics provided where available in standard data set

9.9     Operate from vertical

9.10    Mud: WBM, OBM, SOBM

9.11    Basic Directional Toolface, Magnetic Highside, Gravity Highside,

9.12    Excludes MWD in specs.

9.13    Standard Hybrid / Push / Point the bit

9.14    Includes all batteries and disposal

9.15    4 3/4 - 5 1/4" RSS (Excluding MWD)

        9.15.1   5 3/4" - 6 3/4" Hole Size

        9.15.2   Flow range: 220-400 gpm

        9.15.3    DLS: 8 deg/30m build rate

        9.15.4   Rotary Speed: up to 250 RPM

9.16    6 3/4" RSS (Excluding MWD)

        9.16.1   8 3/8" - 9 7/8" Hole Size

        9.16.2   Flow range: 320-650 gpm

        9.16.3   DLS: 6.5 deg/30m build rate

        9.16.4   Rotary Speed: up to 250 RPM

9.17    8 1/4" RSS (Excluding MWD)

        9.17.1   10 5/8" Hole Size

        9.17.2   Flow range: 480-1500 gpm

        9.17.3   DLS: 6.5 deg/30m build rate

        9.17.4   Rotary Speed: up to 250 RPM

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022425

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**C. Well Placement**

9.18    9 1/2" RSS (Excluding MWD)

    9.18.1   12 1/4 - 18 1/4" Hole Size

    9.18.2   Flow range: 480-1900 gpm

    9.18.3   DLS: 5 deg/30m build rate

    9.18.4   Rotary Speed: up to 250 RPM

9.19    11.25" RSS (Excluding MWD)

    9.19.1   16 - 26" Hole Size

    9.19.2   Flow range: 480-1900 gpm

    9.19.3   DLS: 3 deg/30m build rate

    9.19.4   Rotary Speed: up to 200 RPM

9.20    Vertical ROTARY Steerable devices can be a reconfiguration of the tools above to drill in vertical mode or additional tools detailed below:

    9.20.1   6 3/4" RSS (Excluding MWD)      8 3/8" - 9 7/8" Hole Size

    9.20.2   9 1/2" RSS (Excluding MWD)      12 1/4 - 14 3/4" Hole Size

    9.20.3   9 1/2" RSS (Excluding MWD)      16 - 28" Hole Size

    9.20.4   Tool must be able to retain verticality to within 1.0 degrees of vertical.

9.21    Performance MTR + RSS

    9.21.1   4 3/4 - 11 1/4" RSS (Excluding MWD configuration or pricing)

    9.21.2   Performance Rotary Steerable devices are tools with an additional modumar motor.  As such the specifications for the Rotary Steerable tools are as above:

    9.21.3   Full bi-directional communication through the MTR (hard wired)is an additional service that may be utilized.

9.22    Low Cost/Limited Service RSS

    9.22.1   Restricted service, limited functionality rotary steerable tool for cost effective 3-Dimensional directional drilling.

    9.22.2   6 3/4" RSS (Excluding MWD) - 8 3/8" - 9 7/8" Hole Size

    9.22.3   8" RSS (Excluding MWD)   - 12" - 14 3/4" Hole Size

9.23    Hostile Environment RSS

    9.23.1   Higher dog-leg, harsher drilling environment rotary steerable system

    9.23.2   Abrasive, hot and high-shock locations

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022426

    9.23.3  Openhole sidetracking in over-gauge hole and soft formations with the reduced dependence of the steering principle on well-bore contact.

    9.23.4  Bi-center bits functionality for directional drilling with minimal well-bore dependence.

9.24    Rotary Steerable additional options include:

    9.24.1  HP - 30000 psi

    9.24.2  Automatic Inclination Hold Mode

    9.24.3  Near Bit Inclination continuous RT (3Ft)

    9.24.4  Azimuthal Near Bit Gamma (4Ft)

    9.24.5  Near Bit Gamma (4Ft)

    9.24.6  Computer controlled Non-intrusive Down-link (no interruption to drill at all)

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022427

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**C. Well Placement**

**10     MOTORS**

10.1     Directional motor specifications will be compiled in CONTRACTOR's response in the Schedule of Rates and Charges.  As a guide some specifications have been detailed below so technical offerings can be compared across Proposing Parties:

| Nominal Hole Size | Tool Size (OD) | Description | Expected operating range | | | | | |
| | | | Flow Range (gpm) | | Bit Speed (rpm) | | Max Operating Torque (ft-lb) | HP |
| | | | From | To | From | To | | |
| 3 1/2 - 4 1/4 | 3 1/8 | Standard Short Radius | 60 | 120 | 230 | 460 | 280 | 10 |
| 3 1/2 - 4 1/4 | 3 1/8 | Articulated Short Radius | 60 | 120 | 230 | 460 | 280 | 10 |
| 4 1/2 - 4 3/4 | 3 3/4 | Standard Short Radius | 130 | 190 | 240 | 355 | 600-1050 | 16-35 |
| 4 1/2 - 4 3/4 | 3 3/4 | Articulated Short Radius | 130 | 190 | 240 | 355 | 600-1050 | 16-35 |
| 5 7/8 – 7 | 4 3/4 | Standard Short Radius | 100 | 250 | 100 | 245 | 1100 | 24 |
| 5 7/8 – 7 | 4 3/4 | Articulated Short Radius | 100 | 250 | 100 | 245 | 1100 | 24 |
| 2 7/8 - 3 1/2 | 2 3/8 | STANDARD POWER Medium Speed | 20 | 50 | 160 | 395 | 195 | 7 |
| 3 5/8 - 4 3/4 | 2 7/8 | STANDARD POWER Medium Speed | 30 | 90 | 125 | 375 | 465-580 | 15 |
| 3 1/2 - 4 1/4 | 3 1/8 | STANDARD POWER Low Speed | 80 | 160 | 65 | 125 | 1135 | 17 |
| 3 1/2 - 4 1/4 | 3 1/8 | STANDARD POWER high speed | 80 | 160 | 175 | 350 | 565-700 | 36-54 |
| 3 1/2 - 4 1/4 | 3 1/8 | STANDARD POWER Medium speed | 80 | 160 | 115 | 244 | 695 | 32 |
| 4 1/4 – 6 | 3 1/2 - 3 3/8 | STANDARD POWER Medium speed | 30 | 110 | 45 | 200 | 575 | 18 |
| 4 1/4 – 6 | 3 1/2 | STANDARD POWER high speed | 30 | 110 | 95 | 350 | 980 | 33 |
| 5 7/8 – 7 | 4 3/4 | STANDARD POWER Medium Speed | 100 | 250 | 55 | 135 | 2590-3750 | 34-54 |
| 5 7/8 – 7 | 4 3/4 | STANDARD POWER high speed | 160 | 265 | 180 | 600 | 1365-2550 | 165-174 |
| 5 7/8 – 7 | 4 3/4 | STANDARD POWER low speed | 105 | 315 | 50 | 155 | 2350-4120 | 62-97 |
| 7 7/8 - 8 1/2 | 6 1/4 | STANDARD POWER Medium Speed | 150 | 400 | 50 | 135 | 440-2000 | 64-118 |
| 7 7/8 - 8 1/2 | 6 1/4 | STANDARD POWER low speed | 170 | 400 | 53 | 124 | 3400 | 80 |
| 8 3/8 - 9 7/8 | 6 1/2 | STANDARD POWER Medium Speed | 300 | 600 | 60 | 115 | 6800 | 100 |
| 8 3/8 - 9 7/8 | 6 1/2 | STANDARD POWER high speed | 265 | 530 | 235 | 470 | 4300 | 240 |
| 8 3/8 - 9 7/8 | 6 1/2 | STANDARD POWER low speed | 265 | 660 | 55 | 135 | 7790 | 160 |
| 8 3/8 - 9 7/8 | 6 3/4 | STANDARD POWER Medium Speed | 300 | 600 | 150 | 300 | 3360-5400 | 170-192 |
| 8 3/8 - 9 7/8 | 6 3/4 | STANDARD POWER high speed | 300 | 600 | 235 | 600 | 2600-5600 | 240-415 |
| 8 3/8 - 9 7/8 | 6 3/4 | STANDARD POWER low speed | 300 | 600 | 85 | 172 | 3300-5700 | 96-125 |
| 9 7/8 - 14 3/4 | 8 - 8 1/4 | STANDARD POWER Medium Speed | 300 | 900 | 45 | 225 | 5000-9900 | 132-217 |
| 9 7/8 - 14 3/4 | 8 - 8 1/4 | STANDARD POWER high speed | 300 | 600 | 210 | 500 | 1300-2200 | 138 |
| 12 1/4 - 26 | 9 1/2 - 9 5/8 | STANDARD POWER Medium Speed | 600 | 1200 | 135 | 265 | 6900-10500 | 354-435 |
| 12 1/4 - 26 | 9 1/2 - 9 5/8 | STANDARD POWER high speed | 600 | 1200 | 150 | 570 | 1200-4500 | 480-709 |
| 12 1/4 - 26 | 9 1/2 - 9 5/8 | STANDARD POWER low speed | 600 | 1200 | 40 | 135 | 9500-13500 | 110-250 |
| 17 1/2 - 26 | 11 1/4 | STANDARD POWER Medium speed | 1000 | 1500 | 115 | 180 | 10200-14900 | 318-350 |
| 3 1/2 - 4 1/4 | 3 1/8 | HIGH POWER medium Speed | 80 | 160 | 180 | 380 | 600-1300 | 27-53 |
| 4 1/2 - 4 3/4 | 3 3/4 | HIGH POWER medium Speed | 80 | 210 | 150 | 410 | 2590 | 126 |
| 5 7/8 – 7 | 4 3/4 | HIGH POWER medium Speed | 100 | 250 | 105 | 350 | 2100-4600 | 84-161 |
| 5 7/8 – 7 | 5 | HIGH POWER medium Speed | 100 | 250 | 105 | 260 | 4500 | 132 |
| 8 3/8 - 9 7/8 | 6 1/2 - 6 3/4 | HIGH POWER medium Speed | 300 | 600 | 125 | 300 | 8080-10500 | 212-310 |
| 8 3/8 - 9 7/8 | 7 | HIGH POWER medium Speed | 300 | 600 | 85 | 175 | 12000 | 250 |
| 9 7/8 - 14 3/4 | 8 - 8 1/4 | HIGH POWER medium Speed | 300 | 900 | 75 | 340 | 12500 | 285-470 |

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022428

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**C. Well Placement**

| Nominal Hole Size | Tool Size (OD) | Description | Expected operating range | | | | |
|---|---|---|---|---|---|---|---|
| | | | Flow Range (gpm) | | Bit Speed (rpm) | | Max Operating Torque (ft-lb) | HP |
| | | | From | To | From | To | | |
| 12 1/4 - 26 | 9 1/2 - 9 5/8 | HIGH POWER medium Speed | 600 | 1200 | 65 | 230 | 17230-24000 | 330-342 |
| 17 1/2 - 26 | 11 1/4 | HIGH POWER medium Speed | 600 | 1200 | 65 | 130 | 24000-28320 | 342-370 |
| 17 1/2 + | 12 1/4 | HIGH POWER medium Speed | 790 | 1270 | 70 | 110 | 28320 | 370 |
| 2 7/8 - 3 1/2 | 2 3/8 | Thin Wall - Even Wall Thickness MOTORS | 25 | 80 | 145 | 435 | 365 | 24 |
| 3 5/8 - 4 3/4 | 2 7/8 | TWM-EWT MOTORS medium speed | 25 | 120 | 100 | 490 | 780 | 58 |
| 4 1/4 – 6 | 3 1/2 | TWM-EWT MOTORS medium speed | 80 | 180 | 160 | 360 | 2280 | 117 |
| 4 1/4 – 6 | 3 1/2 | TWM-EWT MOTORS low speed | 80 | 180 | 90 | 200 | 1455 | 44 |
| 4 1/4 – 6 | 3 1/2 | TWM-EWT MOTORS high speed | 60 | 180 | 400 | 1185 | 765 | 129 |
| 5 7/8 – 7 | 4 3/4 | TWM-EWT MOTORS medium speed | 105 | 315 | 110 | 325 | 3920-5960 | 194-276 |
| 5 7/8 – 7 | 4 3/4 | TWM-EWT MOTORS low speed | 105 | 315 | 55 | 155 | 4120 | 97 |
| 5 7/8 – 7 | 4 3/4 | TWM-EWT MOTORS high speed | 130 | 315 | 480 | 1150 | 1865 | 307 |
| 8 3/8 - 9 7/8 | 6 1/2 | TWM-EWT MOTORS medium speed | 265 | 660 | 90 | 220 | 7225 | 242 |
| 8 3/8 - 9 7/8 | 6 1/2 | TWM-EWT MOTORS low speed | 265 | 660 | 55 | 135 | 7790 | 160 |
| 8 3/8 - 9 7/8 | 6 3/4 | TWM-EWT MOTORS medium speed | 265 | 675 | 90 | 252 | 7225-11560 | 242-363 |
| 8 3/8 - 9 7/8 | 6 3/4 | TWM-EWT MOTORS low speed | 265 | 660 | 55 | 135 | 7790 | 160 |
| 8 3/8 - 9 7/8 | 6 3/4 | TWM-EWT MOTORS high speed | 265 | 530 | 450 | 900 | 3845 | 493 |
| 9 7/8 – 14 3/4 | 8 - 8 1/4 | TWM-EWT MOTORS medium speed | 395 | 900 | 85 | 195 | 14660 | 435 |
| 12 1/4 - 26 | 9 1/2 - 9 5/8 | TWM-EWT MOTORS medium speed | 530 | 1200 | 75 | 185 | 20565 | 575 |
| 12 1/4 - 26 | 9 1/2 - 9 5/8 | TWM-EWT MOTORS low speed | 530 | 1160 | 40 | 90 | 20600 | 280 |
| 12 1/4 - 26 | 9 1/2 - 9 5/8 | TWM-EWT MOTORS high speed | 395 | 1055 | 365 | 975 | 7375 | 1025 |
| 17 1/2 + | 12 3/4 | TWM-EWT MOTORS medium speed | 790 | 1740 | 70 | 150 | 37050 | 845 |

10.2    Additional Items

   10.2.1   Sleeves

   10.2.2   Instrumented motors with :

      10.2.2.1   Near-bit inclination (rotating and sliding)

      10.2.2.2   Resistivity & Gamma Ray near bit

      10.2.2.3   Resistivity measurements available in either oil-base or water-base muds

      10.2.2.4   Azimuthal gamma ray, providing high-side and low-side measurements

      10.2.2.5   Real-time and memory data acquisition

   10.2.3   High durometer elastomer - Nitrile Butadiene Rubber.  The durometer of the stator rubber is 90.

10.3    All Motor prices must include:

   10.3.1   All Pricing to include Cargo Baskets, slings, and thread protectors

   10.3.2   Bend housing independent of setting or range

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022429

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**C. Well Placement**

    10.3.3  Normal Flow/High Flow Configurations

    10.3.4  Rotor Catcher

    10.3.5  No string or conventional near bit stabilizers

    10.3.6  configured with Near bit, middle and top motor stabilizers

    10.3.7  All tool pricing must include X/Overs to string connections

    10.3.8  Open or sealed Bearings

11  CONTRACTOR's SERVICES COORDINATOR shall be considered competent in the following skills on all COMPANY facilities:

11.1  Evaluate pre-well planning to ensure safest well trajectory has been planned, and that all tools required to achieve trajectory are included in well plan.

11.2  Are properly trained in HSE competencies, and are certified by COMPANY recognized authority to travel and to work at the WORKSITE.

11.3  Are competent in the safe supervision of bottom hole assemblies, sub assemblies and drill string construction.

11.4  Are trained in the use of all well planning, anti-collision, drilling engineering and survey management software utilized in the well-bore construction process.

11.5  Are competent in the interpretation of all rig sensors and their implications on the drilling process.

11.6  Are competent to recommend drilling parameters associated with the well construction process.  These include WOB, pump pressure, RPM, allowable pickup and slack off loads with respect to buckling and surveying JORPs.

11.7  Are competent in the assessment of well-bore design in order to recommend design features that shall enhance the safe, efficient delivery of the well construction process.

11.8  Have enhanced competencies in the area of trajectory design, drill string design, bit selection, and specialty product applications.

11.9  Are competent in the assessment of Directional Drillers and MWD/LWD Engineers in order to identify opportunities for personal and professional growth.

11.10 Are competent in trouble shooting technical problems that may arise at the WORKSITE.

11.11 Evaluate trajectories to ensure sufficient magnetic isolation is accounted for in BHA design.

11.12 Are trained and tagged for work with nuclear sources, and promotion of safe handling practices at the WORKSITE.

11.13 Are competent in the interpretation of all logs acquired and able to QC logs prior to dispatch to COMPANY.

CONFIDENTIAL
Business Confidential                    BP-HZN-MBI00022430

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**C. Well Placement**

11.14    CONTRACTOR's Directional Drillers (Lead or otherwise) shall be competent to carry out the following on COMPANY designated WORKSITES:

    11.14.1 Evaluate pre-well planning to ensure safest well trajectory has been planned, and that all tools required to achieve trajectory are included in well plan.

    11.14.2 Are properly trained in HSSE competencies, and are certified by COMPANY recognized authority to travel and to work offshore.

    11.14.3 Are competent in the safe supervision of bottom hole assembly, sub assembly and drill string construction.

    11.14.4 Are trained in the use of all well planning, anti-collision, drilling engineering and survey management software utilized in the well-bore construction process.

    11.14.5 Are competent in the calculation of well-bore position and its relevance to any adjacent wells.

    11.14.6 Are competent in the interpretation of all rig sensors and their implications on the drilling process.

    11.14.7 Are competent to design all bottom hole assemblies and recommend drilling parameters associated with the well construction process.  These include WOB, pump pressure, RPM, allowable pickup and slack off loads with respect to buckling.

    11.14.8 Are competent to efficiently operate and maximize the operation all down hole drilling systems such as positive displacement motors, rotary steerable systems, third party adjustable gauge stabilizers and other such downhole drilling system.

    11.14.9 Are competent to select the correct drill bit for any specific application, BHA drive and drilling environment.

11.15    CONTRACTOR's DESC - Directional Drilling Engineer / Well Planner shall be considered competent in the following skills on all COMPANY facilities;

    11.15.1 Are properly trained in HSSE competencies

    11.15.2 Are competent to conduct the following engineering analyses:

        11.15.2.1 Well planning and trajectory design

        11.15.2.2 BHA design and optimization

        11.15.2.3 Torque and Drag modeling of BHAs, Drill Stings and Casing Strings

        11.15.2.4 Hydraulics for hole cleaning, pressure prediction and bit optimization

        11.15.2.5 Drillstring vibration mitigation and management

        11.15.2.6 Well-bore anti-collision and conductor slot utilization

        11.15.2.7 Well-bore survey procedures & JORPs

        11.15.2.8 Maintenance of directional drilling and survey data on COMPANY database

CONFIDENTIAL
Business Confidential

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**C. Well Placement**

11.16  CONTRACTOR's LWD/MWD Supervisors shall be considered competent in the following skills on all COMPANY facilities:

    11.16.1 Are properly trained in HSE competencies and are certified by COMPANY recognized authority to travel and to work offshore.

    11.16.2 Evaluate trajectories to ensure sufficient magnetic isolation is accounted for in BHA design.

    11.16.3 Are trained and tagged for work with nuclear sources, and promotion of safe handling practices at the WORKSITE.

    11.16.4 Are competent in the interpretation of all logs acquired and able to QC logs prior to dispatch to COMPANY.

    11.16.5 Are competent in trouble shooting technical problems that may arise at the WORKSITE.

    11.16.6 Are competent to use the First Alert reporting process to close out failures in a timely manner.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022432

## D. Wireline Services

.
**ALL FUNCTIONAL AND TECHNICAL SPECIFICATIONS, AS WELL AS THE
STATEMENT OF REQUIREMENTS ARE FOUND IN THE SCHEDULE OF RATES
AND CHARGES**

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022433

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**E. Completions**

# E. Completions

## Part 1 – Tubing Conveyed Perforation (TCP) / Drillstem Testing (DST)

### 1.0 INTRODUCTION

These are the functional and technical specifications for TCP / DST for Gulf of Mexico (GoM). For TCP, CONTRACTOR shall provide the equipment capable of performing perforating services that cover both offshore and land work using any conveyance – tubing conveyed, wireline, and / or coiled tubing systems for the following rig operations:

- Rotary Rig Operations
- Workover and Pulling Unit Rig Operations
- Coiled Tubing Drilling Operations
- Well Services Coiled Tubing Operations

1.1   System Description

CONTRACTOR shall provide TCP services as detailed herein comprising, but not limited to, the provision of all necessary well site management, support, and engineering expertise, office and rig site personnel, equipment, tools, spare parts, consumables, and other items necessary for the performance of the WORK described herein during COMPANY's drilling and well operations. DST type services shall amount to brief flow periods and bottom hole pressure measurements, associated with underbalanced perforating, or "perforate-and-surge" TCP operations. The equipment and services will likely comprise, but are not necessarily be limited to:

1.1.1   Tubing conveyed perforating guns (Various gun sizes, charge type, and shot densities).

1.1.2   Safe and secure transportation and handling of all explosive material and TCP related equipment, tools and accessories.

1.1.3   All necessary tools and handling equipment for the safe arming and disarming of all explosive material at COMPANY'S designated WORKSITE.

1.1.4   All necessary tools and handling equipment for the make-up of TCP guns, perforating packer and downhole test valve(s) assemblies at COMPANY's designated WORKSITE.

1.1.5   Downhole test assemblies (e.g., packers, test valves, BHP gauge carriers, bundle carriers, and other downhole components).

1.1.6   Drop bar, absolute pressure, differential pressure, and redundant firing heads.

1.1.7   Surface production equipment, flowheads, manifolds, tanks, etc.

In addition the following extra services may be required and shall include all equipment necessary for providing the following services:

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022434

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**E. Completions**

1.1.8   Surging of the perforations.  This may be on the same trip as perforating or may be a separate (subsequent) trip.

1.1.9   Perforating and sand control pumping on the same trip.

1.2   Typical Core Job Requirements

Production wells will be completed with Cased Hole Frac Packs (CHFP) / Gravel Packs (CHGP) or Open Hole Gravel Packs (OHGP).  Well productivity requirements for the cased hole completions often dictate high shot densities.   To facilitate effective well bore connectivity, COMPANY prefers to perforate underbalanced where the risk of sticking guns is manageable.  In high risk circumstances, wells are often perforated slightly over / on balance, the guns retrieved above the perforated interval, and the well surged via circulating in a predetermined underbalance (typically 20 to 50 bbls at approximately 2 bpm).

TCP operations must prioritize safety and environmental performance during all phases from initial preparation through to equipment demobilization.  The objective is to achieve:

1.2.1   Safe and efficient operation to maximize well productivity without any environmental incidents or spills.

1.2.2   Obtain effective well bore to reservoir communication.

1.2.3   Collect all necessary data to control and optimize reservoir performance and completion quality.

## 2.0   TCP EQUIPMENT AND SUPPORT REQUIREMENTS

Equipment, services, and personnel required for TCP services shall comprise, but not necessarily be limited to:

2.1   Provide and maintain a legally compliant storage magazine and gun loading facility that meets or exceeds all applicable regulations.

2.2   Safe and secure transportation and handling of all explosive material and TCP related equipment, tools, and accessories.

2.3   All necessary tools, auxiliary equipment, and handling equipment for the safe arming and disarming of all explosive material at COMPANY's WORKSITE.

2.4   Knowledge of appropriate fishing tools and fishing safety procedures for explosives shall be required on-site at all times.

2.5   All necessary tools and handling equipment for the make-up of TCP gun, perforating packer, and downhole test valve(s) assemblies at COMPANY's WORKSITE.

2.6   Transport and disposal of all explosive materials, including but not limited to, misfired, flooded, fished, old stock, damaged, unloaded charges, remnants, and excess stock.

2.7   Downhole test assemblies (e.g., packers, test valves, BHP gauge carriers, bundle carriers, and other downhole components).

2.8   Drop bar, absolute pressure, differential pressure, and redundant firing heads.

CONFIDENTIAL
Business Confidential                    BP-HZN-MBI00022435

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**E. Completions**

2.9   Surface production equipment, flowheads, manifolds, etc.

In addition, the following extra services may be required and shall include all equipment necessary for providing the following services:

2.10   Surging of the perforations.  This may be on the same trip as perforating or may be a separate (subsequent) trip.

2.11   Perforating and sand control pumping on the same trip.

**3.0   TCP EQUIPMENT AND SERVICES SPECIFICATIONS**

The following table details the surface testing equipment for the planned well testing and clean-up services.

| | TCP / DST Surface Equipment | COMPANY Requirements |
|---|---|---|
| 1 | Tubing Conveyed Perforating Head | Appropriately sized bore 15,000 psi working pressure, nominal 1.2 million lbs tensile rating at full working pressure, wing valve(s) with a minimum 15,000 psi working pressure, 1502 unions, integral swivel rated for rotation at working pressure, remote controlled valves which fail safe closed before wing outlets, remote controlled master valve upstream of swivel. |
| 2 | Tubing Conveyed Perforating Head Crossover to Workstring | 15,000 psi working pressure, nominal 1.2 million lbs tensile rating at full working pressure, crossover to be made-up to TCP head at CONTRACTOR's facility and tested to COMPANY required pressure rating prior to mobilization to WORKSITE. |
| 3 | Surface Iron | Appropriate diameter for required service (typically 2"), 15,000 psi working pressure, 1502 connections, adequate length, chiksans to provide required flexibility for workstring movement, connect to TCP manifold and rig systems. |
| 4 | Choke Manifold | 2" minimum nominal bore, 15,000 psi working pressure upstream, $H_2S$ rating if required by COMPANY, one (1) adjustable choke up to 2" orifice, one (1) fixed choke with a complete set of tungsten carbide and ceramic inserts, provisions to use fixed chokes in both wings (where appropriate), upstream and downstream pressure gauges, including a minimum of two, ½" NPT connections. |
| 5 | Open Top Catch Tank | 200 bbl capacity. |

Note:
All equipment must comply with the relevant lifting requirements specified by COMPANY.
CONTRACTOR shall provide appropriate crossovers to COMPANY workstring.

| | TCP / DST Downhole Equipment | COMPANY Requirements |
|---|---|---|
| 1 | Retrievable Packers | Nominal casing sizes ranging from 5" to 13 3/8", complete with hydraulic by-pass, hydraulic hold-down slips, crossovers to workstring. |

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022436

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**E. Completions**

| | TCP / DST Downhole Equipment | COMPANY Requirements |
|---|---|---|
| 2 | **Upper and Lower Packer Safety Joint** | Complete with crossovers. |
| 3 | **Packer Bypass or Circulating Joint** | If not already covered as an integral part of retrievable packer and upper and lower packer safety joint. |
| 4 | **Hydraulic Jars** | Complete with crossovers. |
| 5 | **Radioactive Marker Subs** | Full bore subs. |
| 6 | **Multiple Operating Reversing and Circulation Valve** | Complete with hydraulic reversing / pressure testing reference assembly and valve pressure testing subs, drain valves for all potential trapped pressure shall be provided. |
| 7 | **Slip Joints** | Complete with crossovers. |
| 8 | **Single Shot Reverse Circulating Valve Or Reverse Circulating Valve with Ball Valve Isolation** | Complete with crossovers, shear pins and / or shear discs, pressure test subs, and control mandrel(s). |
| 9 | **Perforated Anchor for Single Trip Perforate and Pack** | Complete with crossovers. |
| 10 | **Self-fill Tubing Tester Valve** | Single shot valve that allows self-filling and string pressure testing. |
| 11 | **Shear Open Pipe Tester Valve** | Single shot valve for pressure testing string, shear operation opens valve. |
| 12 | **Bottom Hole Pressure and Temperature Gauges** | 15,000 psi minimum working pressure, 275 degrees Fahrenheit working temperature, quartz gauges, minimum memory capacity of 1 million data sets. |
| 13 | **Fast Gauges (Bottom Hole Pressure and Temperature)** | 15,000 psi minimum working pressure, 275 degrees Fahrenheit working temperature, quartz gauges, minimum sample rate of 1,000 points per second. |
| 14 | **Gauge Carriers** | 15,000 psi minimum working pressure, $H_2S$ rating, complete with crossovers and pressure testing subs. |
| 15 | **Batteries** | Adequate gauge operating power for a minimum period of fifteen (15) days and up to 275 degrees Fahrenheit working temperature, full back-up is required. |

| | TCP Gun Systems | COMPANY Requirements |
|---|---|---|
| 1 | **TCP Guns** | Various sizes and types, 15,000 psi minimum working pressure to meet field specific requirements. |
| 2 | **Firing Heads (Mechanical, Annulus Pressure, Tubing Pressure Activated, Wireline)** | 15,000 psi minimum working pressure to meet field specific requirements, vendor shall be able to run any combination of firing heads as primary and back-up. |

**4.0   PERSONNEL**

Fully trained, certified personnel shall be provided to perform the WORK in accordance with the TCP / DST scope.  Personnel are required to be capable of operating, testing, troubleshooting, and repairing their equipment.  CONTRACTOR shall provide COMPANY with a single point contact for all TCP / DST operations.  CONTRACTOR responsibilities shall be performing or participating in:

4.1   planning and generation of well specific and project specific TCP and DST programs including computer simulated perforating performance.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022437

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**E. Completions**

4.2   on-site personnel adequate for 24 hour operations.

4.3   operational coordination between COMPANY's local offices and WORKSITE.

4.4   project planning.

4.5   process re-engineering, technical limits evaluations, and risk assessments.

4.6   generation of cost estimates for required TCP and DST services.

4.7   typical core job requirements.

CONTRACTOR on-site personnel must have an in-depth knowledge of the surface equipment, downhole tools, firing systems and guns.   COMPANY reserves the right to request Curriculum Vitae for CONTRACTOR personnel.

**5.0   DATA ACQUISITION AND REPORTING SERVICES**

The following table details the data acquisition and reporting services for the planned TCP and DST services.

| | Downhole Data Acquisition Services | COMPANY Requirements |
|---|---|---|
| 1 | **Downhole Data Collection, Recording, and Processing** | Record all bottom hole gauge data and deliver to COMPANY in a timely manner. |
| 2 | **Data Reports** | A full report covering equipment and operations, including data collection, hard and electronic copies (MS Word, Excel and Adobe Acrobat), CD-R media, suitable format to enable WORKSTIE transmission via the data transmission services provider. |

**6.0   REFERENCES**

ISO 11960 (API Spec 5CT):   Petroleum and natural gas industries – Steel pipes for use as casing or tubing for wells.

ISO 14310 (API Spec 11D1):   Petroleum and natural gas industries – Downhole equipment – packers and bridge plugs.

NACE MR-01-75:   Sulfide stress cracking resistant materials for oilfield equipment.

API Specification 6A718:   Specification of Nickel Base Alloy 718 (UNS N07718) for Oil and Gas Drilling and Production Equipment. 1st Edition March 2004*.

* - Note In addition to the requirements of API Spec 6A718, COMPANY has a further requirement that the minimum total hot work reduction ratio shall be 4:1 and not 3.75:1 as per Section 4.1.3.1 of API6A718.

BP References:

GIS 02-201:      Specification for OCTG Seamless Casing & Tubing (Standard Grades).

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022438

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**E. Completions**

GIS-02-203:       Specification for OCTG Crossover Connectors.

GIS-02-204:       Specification for OCTG Sour Resistant Grade C110 Low Alloy Steel OCTG
                  Seamless Casing.

GIS-02-205:       Specification for Duplex and Super Duplex 25% Chrome Stainless Steel
                  Seamless Pipe.

GIS-02-206:       Specification for Duplex and Super Duplex 25% Chrome Stainless Steel
                  Seamless Pipe.

BP-EPT-IAS-01:    Integrity Assurance Specification – For the Procurement of Critical equipment
                  for Drilling and Completions.

For undated references, the latest edition of the normative document referred to applies.


**7.0   DEFINITIONS AND ABBREVIATIONS**

For the purposes of this Part 1 – Tubing Conveyed Perforation (TCP) / Drillstem Testing (DST), the
following definitions and abbreviations will apply:

| | |
|---|---|
| bbl: | Barrel |
| BHP: | Bottom Hole Pressure |
| bpm: | Barrels Per Minute |
| CHFP: | Cased Hole Frac Pack |
| CHGP: | Cased Hole Gravel Pack |
| DST: | Drillstem Testing |
| FLCV: | Fluid Loss Control Valve |
| GoM: | Gulf of Mexico |
| GP: | Gravel Pack |
| lb: | Pounds |
| OHGP: | Open Hole Gravel Pack |
| psi: | Pounds per Square Inch |
| QA: | Quality Assurance |
| QC: | Quality Control |
| TCP: | Tubing Conveyed Perforation |

CONFIDENTIAL
Business Confidential

# Part 2 – Offshore Sand Face Pumping

**1.0   INTRODUCTION**

These are the functional and technical specifications for Offshore Sand Face Pumping Services.

1.1   System Description

The development wells will require a range of different lower completion types.   Further details can be found in Part 6 - Well-Bore Information for representative well types.

1.2   Lower Completion Description

The list below is a summary of the potential lower completion types.

1.2.1   Producers:

(a)   Cased Hole Frac Pack (CHFP)

(b)   Cased Hole Gravel Pack (CHGP)

(c)   Dual zone Gravel Packs (Lower Zone Open Hole and Upper Zone Cased)

(d)   Cased Hole High Rate Gravel Pack

(e)   Cased Hole High Rate Water Pack

(f)   Cased and Perforated (C&P)

(g)   Open Hole Gravel Pack (OHGP)

(h)   Expandable Completion (EC)

1.2.2   Injectors (water / gas):

(a)   Cased Hole Frac Pack (CHFP)

(b)   Stand Alone Screens (SAS)

(c)   Expandable Completion (EC)

(d)   Cased Hole Gravel Packs (CHGP)

The majority of lower completions are expected to be CHFP. There may be some CHGP applications.  Both SAS and ECs shall have the capability to accommodate Open Hole Zonal Isolation (OHZI) and Downhole Flow Control (DHFC).

**2.0   PUMPING EQUIPMENT AND SUPPORT  REQUIREMENTS**

2.1   General

CONFIDENTIAL
Business Confidential

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**E. Completions**

The equipment, materials, and support services described below are intended to cover OHGP, CHGP, CHFP, and SAS completion types. Further requirements for each of these lower completion types are detailed herein.

2.2  Pumping Equipment

Pumping equipment, and associated auxiliary equipment, required for gravel placement in open hole gravel packs (OHGP), cased hole gravel packs (CHGP) and cased hole frac packs (CHFP) shall be either skid or vessel based. Skid based pumping equipment shall be optimized to reduce foot print requirements on the rig. Vessel based pumping operations shall be independent of the rig with the exception of the treating hose interface. Equipment required consists of, but is not limited to the following:

|   | Loose Equipment | Minimum Requirements |
|---|---|---|
| 1 | **Treating Iron** | 15,000 psi working pressure, 1502 unions, appropriately sized for pump rate. |
| 2 | **Coflexip Hose** | All coflexip hoses compatible with 1502 iron unions and 15,000 psi working pressure, with quick disconnect capability. |
| 3 | **Fluid Storage Tanks*** | 200 – 400 bbl volume, 4.0" and 8.0" suction capability, circulating line, fluid level indicator system, fluid sump to minimize tank bottoms. |
| 4 | **Sand Silo** with unmanned bag cutter | 100,000 lb capacity, low profile, safe loading option (preference for system that does not require working at height). |
| 5 | **Suction and Discharge Hose** | With transportation basket. |
| 6 | **Slurry Return Tank** | 100 bbl volume minimum, gravel separation facility, graduated for volume measurement, flushing facilities for residual gravel. |
| 7 | **Liquid Additive Storage Tanks** | Stainless steel tank or tank lined with inert material, adequate for the job size. |
| 8 | **Pump-in Sub** | 15,000 psi working pressure, 1502 unions with integral swivel. |
| 9 | **Frac Head** | 10,000 psi or 15,000 psi working pressure, 1502 unions with integral swivel, minimum of 1.2 million lbs tensile load rating, minimum of one (1) hydraulic actuated master valve, minimum of two, 3" side entry connections. |
| 10 | **Ball Catcher** (where necessary for reversing packer setting ball) | 15,000 psi working pressure, 1502 unions. |
| 11 | **Gravel pack / Frac pack Manifold** | Appropriately sized for expected pump / flow rate, 15,000 psi working pressure, 1502 unions. |
| 12 | **Ball Dropping Sub** (packer setting ball) | 15,000 psi working pressure, 1502 unions. |
| 13 | **Polymer Shearing Device** | Minimum throughput 8 bpm. |
| 14 | **Acid Transport Tanks** | Appropriately sized tanks, lined, integral unions. |

Note: All equipment must comply with the relevant lifting rules specified by COMPANY. All preventive maintenance certifications shall be up to date at time of service. All items except for Items 2, 4, 7, and 12 shall be provided by a Third Party.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022441

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**E. Completions**

* Tanks shall to be fit for purpose and may need to be Polyurethane, Steel, or Stainless Steel.

2.3    On-Site Monitoring and Data Acquisition

|   | Treatment Monitoring | Requirements |
|---|---|---|
| 1 | **Monitoring Cabin** | 100% redundant data acquisition systems. |
| 2 | **High Pressure Flow Meters** | 15,000 psi, 1502 unions, Mag or Turbine, appropriately sized for pump rate. |
| 3 | **Low Pressure Return Line Flow Meter** | 1502 unions, Mag or turbine, appropriately sized for flow / pump rate. |
| 4 | **High Pressure Densitometer (Main Treating Line)** | 15,000 psi, 1502 unions, 100% redundancy, calibrated prior to operations. |
| 5 | **Low Pressure Densitometers** | Blender density line, return line density, calibrated prior to operations. |
| 6 | **Communication Systems** | Radios for vessel and rig personnel, with backup radios, batteries, chargers, to maintain adequate communication. |
| 7 | **Fluid QA / QC Lab** | Viscosity measurement, pH, specific gravity, acid titration (see Note 1 below). |
| 8 | **Equipment for Remote Data Transfer Capability** | Adequate to allow real-time interaction with operation (see Note 2 below). |
| 9 | **In-Line Viscosity Meter** | Adequate to determine base gel loading. |

Note 1: The on-site fluid QA / QC Lab minimum equipment requirements are as follows:
- Fann-50 or equivalent, (i.e., Brookfield, Chandler) pressurized viscosity meter(500 – 1,000 psi), Temperature to 250 degrees Fahrenheit
- Fann 35 (Ambient viscosity) viscosity meter
- Water Analysis Kit (Ca, Fe, pH, Specific Gravity)
- Heated Water Bath
- Sand Settling Testing at Temperature
- Sand Sieve Analysis Equipment
- Break Time Analysis Equipment
- Sand Screen Mud Flow Through Tester – 1 liter capacity (i.e., Baroid HP / HT cell)
- Qualified Lab Technician

Note 2: The data acquisition system shall be capable of recording and displaying typical operating parameters required in gravel / frac packing operations.  These include, but are not limited to, the following:
- Workstring or tubing and annulus pressures, pump-in / flow back rates, fluid / slurry density
- Liquid add rates, volumes, in-line pH
- Surface viscosity, temperature.

2.3.1    Additional measurements, include but are not limited to;

- Weight loss in sand silo as a function of time
- Liquid additive volumes as a function of time

2.3.2    Additional requirements of CONTRACTOR are to:

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022442

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**E. Completions**

- Provide timely merged surface and downhole gauge data (pressure and temperature) to COMPANY engineers.
- Perform Remote Data Transfer onto COMPANY intranet.
- Adequate redundancy (i.e., 100% of critical systems).
- Real-time maximum allowable surface treating (workstring) pressure calculation based on integrated density measurement (calculation of workstring hydrostatic in real-time) and workstring and annulus pressure measurements.
- Real-time net pressure as a function of treating time (i.e., Nolte-Smith plot) display in control cabin.
- Display of data shall be available on rig floor, at WORKSITE Leader's office, and in COMPANY's onshore office.

2.4    Blending Equipment

| | Blending Equipment | Minimum Requirements |
|---|---|---|
| 1 | Fracturing Blender(s) | 50 bpm, 12 ppa, dry additive functionality, appropriate hoses / fittings to perform operations. |
| 2 | Gravel Pack Blender | Blending rates of 2 – 15 bpm, 0.5 – 15 ppa, appropriate hoses / fittings to perform operations with either viscous or non-viscous fluids. |
| 3 | Batch Blender* | Stainless steel, capacity of 50 bbls or more, appropriate hoses / fittings to perform operations. |
| 4 | Chemical Additive System | Individually metered, low rate and high rate additive pumps, 100% backup of critical additives (i.e., crosslinker, breaker, buffer, etc). |
| 5 | Centrifugal Pump Skid | Capable of 20 bpm clean rate fluid transfer, appropriate hoses / fittings to perform operations. |

* CONTRACTOR's vessels are equipped with a 50 bpm fracturing blender rather than a batch blender.

2.5    Skid Based Pumps

| | High Pressure Pumps | Requirements |
|---|---|---|
| 1 | OHGP Pumps | Minimum 500 HHP, 1502 treating iron. |
| 2 | Fracturing Pumps | HHP rating based on treatment design, 1502 treating iron. |

2.6    Pumping Vessel

| | High Pressure Pumps | Requirements |
|---|---|---|
| 1 | GP Pumps | Minimum 500 HHP, 1502 treating iron. |
| 2 | Fracturing Pumps | HHP rating based on treatment design, 1502 treating iron. |

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022443

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**E. Completions**

2.6.1   The dynamically positioned stimulation pumping vessel shall be capable of providing a stand alone service independent from the rig.  Vessel shall be capable of providing miscellaneous pumping services in addition to the operations discussed herein.

2.6.2   CONTRACTOR shall provide the rig based hose hanger and associated equipment to ensure simple, efficient rig-up to the hanger and to the workstring.  Coflexip quick disconnect system is required.

2.6.3   Pumps shall be remote operated from the monitoring cabin and have an over-pressure shut down system integral to pump control system.

2.7   Fluids and Gravel

It is anticipated that the following fluids may be used for any job.  The list is not exhaustive but covers the majority of fluids that are likely to be used.  The sand face completion fluids employed will be field and well specific.

| Acid & Clean-Up Systems | Requirements |
|---|---|
| Acid Systems and Additives | Acids may include HCl, HF, Acetic Acid, and Citric Acid with necessary inhibitors, non-emulsifiers, and anti-sludge agents, as required. The acid systems may be used for, but not limited to, mud cake removal during well clean-up and $CaCO_3$ scale removal.  HCl concentrations up to 15% may be used. |
| Pickle Systems | HCl, pipe dope dissolver. |
| Wax Dissolution | Aromatic solvent(s). |
| Methanol | May be used for hydrate removal in the upper completion and the christmas tree. |
| Glycol | Used for hydrate inhibition. |
| **OHGP Carrier Fluids\*** | **Requirements** |
| Brine Based | Clay inhibited. |
| Viscous Water-Based | HEC, Xanthan, VES, or alternative fluid systems. |
| Viscous Oil-Based | Based on RDF base oil. |
| Breakers | To break reversed gel with no delay (i.e., surfactant-based micellar fluids). |
| **Fracturing Fluids** | **Requirements** |
| Guar-Based and Additives | Legally dischargeable overboard. |
| Crosslinked Fluid System for Above 300 degrees Fahrenheit (150 degrees Celsius) | Legally dischargeable overboard. |
| Crosslinker | Legally dischargeable overboard. |
| Breakers | Legally dischargeable overboard. |
| Breaker Acids | Legally dischargeable overboard. |
| **Filter Cake Clean-Up Fluids** | **Requirements** |
| Calcium Carbonate Removal System | Typically acidic, minimum environmental risk. |
| Polymer Breaker System | Typically acidic or oxidizer, minimum environmental risk. |
| **Proppants And Gravels\*\*** | **Requirements** |

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022444

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**E. Completions**

| Mesh Distribution as determined by Produced Sand Particle Size Distribution | Typical API meshes to include, but not limited to 12-18/20, 16-20/30, 20-40, 30-50/60, 40-60/70, 50-70. Ceramic, resieved gravel, sintered bauxite, and resin coated versions of the above typical sizes. |
|---|---|
| **Loss Control Pills** | **Requirements** |
| Solids Free Gels | Adjustable break time by use of internal breaker, consistent loss control behavior with reproducible regained permeability following acid remediation. |
| Solids Laden Pills (Calcium Carbonate, Salt, etc.) | Sized to bridge on inside of screens with reasonable lift-off pressures.  Proof of testing required. |

\* Carrier fluid must be compatible with either water-based or oil-based drill in fluid – supported through lab testing.

\*\*All proppant will meet the requirements of API 58 and API RP 60 specifications, unless COMPANY specifies retention of a particular particle size distribution.  A full range of proppant types and sizes are required for potential program use.  Proppant type and size selection will be based on application and lab retention testing.  CONTRACTOR shall have at least 30% excess of proppant on location, based on final job design.

**3.0   OPEN HOLE / CASED HOLE GRAVEL PACK COMPLETIONS**

3.1   General

COMPANY may use oil-based mud or water-based mud.  COMPANY may employ gravel placement via viscous gel with alternate flow path equipment or circulating OHGP placement via the alpha-beta technique; however, both gel packing and water packing provisions for gravel pack services shall be available to optimize performance based on the well bore construction and the reservoir conditions.

The gravel pack service tool shall maintain hydrostatic pressure on the formation in all tool positions, have wash down functionality, and have the ability to spot fluids via the wash pipe after gravel packing is completed.  The gravel pack tool string shall close the fluid loss control valve and the gravel circulation port isolation sleeve while pulling out the wash pipe.

3.2   Technical Requirements

3.2.1   OHGP / CHGP – General

The objective of the gravel pack is to place a low skin sand face completion, annular pack for a reliable life-of-well sand control.

3.2.2   Pumping / Blending Equipment

Equipment used for pumping gravel packs can be either skid based or on a pumping vessel.  The minimum requirements for this equipment are as follows:

(a)   Equipment shall be capable of pumping rates required by the completion design.  OHGPs typically do not exceed 8 bpm at 5,000 psi but CHGP may

---

CONFIDENTIAL
Business Confidential

require pump rates in excess of 30 bpm with surface pressures up to 10,000 psi.

(b)     Blending equipment shall be capable of adding gravel at concentrations ranging from 0.5 – 15 ppa, with an accuracy +/- 0.25 ppa.

(c)     In the event liquid additives are required to be pumped 'on the fly,' add pumps shall be capable of metering rates of 2 to 60 US gpm and shall have 100% redundancy.

(d)     All equipment shall meet or exceed COMPANY's and rig operator's safety regulations.

3.2.3   Gravel Carrier Fluids

Water-based carrier fluids are the preferred carrier.  However considerations for oil-based carriers will be considered when conditions warrant.  Circulating brine packs, water-based viscous packs, and oil-based carrier fluids may be used.

OHGP carrier fluids shall be formulated to inhibit shales, be non-damaging to the formation, and be compatible with all other well bore and formation fluids. CONTRACTOR shall perform compatibility testing to ensure no adverse fluid / fluid interactions exist.  CONTRACTOR shall provide documented test results to COMPANY.  CONTRACTOR shall supply samples as required to COMPANY (or designated laboratory) for fluid / mineralogical testing to ensure that the carrier fluid is compatible with the formation and provides a high level of retained permeability.

The proposed fluid systems shall be evaluated on the following characteristics:

(a)     Proppant transport capacity adequate for the completion technique and reservoir conditions.

(b)     Non-damaging characteristics (supported by appropriate lab results and case histories) with high retained permeability.

(c)     Proven, simple, reliable, and quick mixing capability.

(d)     Capability of chemicals for filter cake clean-up.

(e)     Minimal environmental risk / impact.

3.2.4   Post Gravel Pack Treatment Fluids

COMPANY may require an optimized post-placement clean-up fluid for productivity reasons.  The clean-up fluid shall be required to provide the following characteristics in either an oil-based or water-based environment:

(a)     Ability to breakdown polymer at different times (mud filter cake & linear gel).

(b)     Ability to dissolve calcium carbonate.

(c)     Corrosion inhibited at bottom hole static temperature.

(d)     Emulsion / Sludge prevention.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022446

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**E. Completions**

3.2.5   Gravel Placement Design

CONTRACTOR shall be able to model, through computer simulation, the placement of gravel in the open hole and casing in order to optimize the design prior to and during operations.  Required outputs from the simulation model shall include:

(a)   Pump rates (maximum / minimum) for proppant suspension.

(b)   Proppant addition rates.

(c)   Volume of proppant required (open hole and blank coverage).

(d)   Predicted surface and bottom hole treating pressures at all points of interest in the well.

(e)   Durations of phases of gravel placement.

(f)   Estimated fluid velocities at all points of interest in the well.

(g)   Dune height predictions (when applicable).

3.2.6   Fluid Loss Control Pill

COMPANY may require fluid loss control pills for:

(a)   Losses while running in hole with lower completion assembly.

(b)   Excessive losses during circulation tests or prior to pumping slurry.

(c)   Failure or leakage of mechanical fluid loss control device.

Loss control pills shall be either non-particulate or properly sized bridging material (i.e., sized Calcium Carbonate, Salt, etc.).   Non-particulate pills may include crosslinked or linear HEC or Xanthan gels, as required to cure formation losses.

On flow back, loss control pills shall not leave lasting damage to formation or plugged sections of screen.   Residual loss control pill material shall be capable of being removed with a simple breaker or solvent.

Open hole loss control pills shall be sized to easily pass through the sand screens.

3.2.7   Fluid System Requirements

The table below outlines the functional and technical requirements for a typical fluid system.  The fluid system below ranges in gel loadings from 60-85 pptg HEC.

CONFIDENTIAL
Business Confidential

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**E. Completions**

| Description | | Critical Well Factors | | QA Requirements Y/N | |
|---|---|---|---|---|---|
| Fluid Type | Viscous | Well Type | Gas or Oil | Lab Tested Formulation w/representative LOTs | Y |
| Base Fluid | Water Based | Reservoir Temp | 150–240 °F (Max Expected) | Sand Settling Tests Performed | |
| | | Completion brine | 9.7–10.5 ppg CaCl₂ | Core Return Perm Testing | |
| Performance Standard | | Reservoir Pressure | 5000–7500 psig | Extended Break Performance Tests | |
| Sand Settling Criteria | 20% Settling in 30 mins (at BHFT) | Fracture Pressure | Variable | | |
| Minimum Viscosity | 100 cP @ 175s⁻¹ (at BHFT) | DIF type | WBM | Formation/Gravel Pack Sand Sizing Evaluation | Y |
| Final Viscosity | Required to have viscosity < 10 cP | Expected OH to GP | 800 to 1500 ft | 3ʳᵈ party Lab Fluid Test | |
| Fluid Break Time | 24–72hrs @ BHST | Open Hole Size | 7.5" & 9.5" | Screen Plug Test | |
| Shear Effect Requirements | Fluid must sustain presence above the reference curve for the calculated pump time | Max H₂S | 0 ppm | WS Quality Plan | |
| Other Additives | Filter cake cleanup chemicals e.g.chelants, enzyme or oxidser types | Workstring size | 4" XT39 & 5 7/8" XT 57 | Mixing Procedure | |
| Recovery Time | N/A | Max CO₂ | 0.05 Mol % | Fluid Engineer Required on Location | |
| Fluid Heat Ramp | • Fluid Tested at BHT for calculated pumping time • Subsequently Tested at BHST for remaining test time | Screen size/Type | 5 ½" 20ppf Alternate Path 4" 11.6ppf Alternate Path | Field Tested Formulation | |
| Environmental Effects | Must be able to be dumped overboard in GoM and TT | Gravel Size | 40/60 Econoprop | Field Equipment Calibration | |
| Post Treatment | No external breakers | Perforation size/ density (for OH) | N/A | Lab Equipment Calibration | Y |
| | | Deviation | Max 60 degrees | Yard Test Required | |
| | | OH or MZ packer | None | | |

### 4.0   CASED HOLE FRAC PACK (CHFP) COMPLETIONS

4.1   General

The main objective of a CHFP is to provide highly productive, reliable sand control completions.

A typical frac pack includes:

4.1.1   Workstring pickle

4.1.2   Circulation tests (circulate and reverse)

4.1.3   Fluid loss pill breaker treatment (i.e., pre-fracturing acid clean-up)

4.1.4   Mini-frac (fluid calibration test)

4.1.5   Step-rate test

4.1.6   Step-down test (could be required by injection pressures – infrequent)

4.1.7   Main frac treatment

4.1.8   Reverse out excess slurry / re-stress

CONFIDENTIAL
Business Confidential

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**E. Completions**

4.2   Technical Requirements

4.2.1   Pumping Equipment

Equipment used for pumping frac packs can be either skid based or on a pumping vessel.  The minimum requirements for this equipment are as follows:

(a)   Capable of pumping at rates up to 50 bpm at pressures up to 14,000 psi.

(b)   Capable of blending gravel and additives at rates up to 50 bpm and concentrations up to 15 ppa with accuracy within +/- 0.5 ppa, and 2% additive variance.

(c)   Sufficient redundancy of required equipment to execute the design in the event of equipment failure.

(d)   100% redundancy of critical components (i.e., densitometer, critical additive pumps, etc.).

4.2.2   Frac Pack Fluids

Fracturing fluids shall be designed with COMPANY engineer.  Typical fluids are guar-based (or any of its derivatives), borate crosslinked brines designed for high early viscosity development with rapid break when exposed to reservoir temperature.  In general, fluid viscosities shall be greater than $100 - 200$ centipoises at $170 \, \text{sec}^{-1}$ for the planned duration of injection time.  This requires on-site testing of fluids, mixed with on-site additives, to confirm required fluid properties.  Fluid system shall be compatible with resin coated proppant in the event that this media is utilized.  Third Party quality assurance personnel may be utilized to document fluid performance.  CONTRACTORs shall provide berth space to accommodate these personnel on Stimulation Vessels.

4.2.3   Fluid Loss Control / Kill Pills

COMPANY may require fluid loss control pills for:

(a)  Post perforating losses

(b)  Failure or leakage of mechanical fluid loss control device

Loss control pills shall be either non-particulate or properly sized bridging material (i.e., sized Calcium Carbonate, Salt, etc.).   Non-particulate pills may include crosslinked or linear HEC or Xanthan gels, as required to cure formation losses.

On flow back, loss control pills shall not leave lasting damage to the annular pack or plug the screens.  Residual loss control pill material shall be capable of being removed with a simple breaker or solvent.

4.2.4   Fracture Placement Design

CONTRACTOR shall be able to model, through computer simulation, the placement of gravel in the fracture in order to optimize the design prior to and during operations.  Required outputs from the simulation model shall include:

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022449

      (a)    Predicted surface and bottom hole treating pressures

      (b)    Stage front prediction of gravel placement

      (c)    Frac width, height, and length

      (d)    Proppant placed in fracture

      (e)    Proppant distribution within fracture

      (f)    Estimate fluid efficiency and predicted time to Tip Screenout (TSO)

      (g)    Fluid loss rate through fracture placement duration

      (h)    Predicted net pressure gain

      (i)    Closure time estimate

4.2.5    Other Completion Output Data

      (a)    Workstring hydrostatic pressure during proppant placement

      (b)    Real-time net pressure during proppant placement

      (c)    Real-time maximum allowable surface treating pressure

      (d)    Real-time surface pressure, rate, and density of proppant

      (e)    Amount of proppant placed:

            (i)   In the fracture

            (ii)  Around screens

            (iii)  Around blank (including blank height)

            (iv)  In workstring above crossover (needing to be reversed out)

## 5.0   QUALITY ASSURANCE

5.1    General

    CONTRACTOR shall provide QA / QC of the pumping equipment and fluids.

5.2    General Requirements

    Quality assurance measures shall be implemented for all aspects of the WORK. CONTRACTOR shall provide the following for review by COMPANY:

    5.2.1    Verification of CONTRACTOR's checklist and maintenance programs for gravel pack equipment.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022450

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**E. Completions**

5.2.2    Traceability of all chemicals.

    (a)    Lot numbers

    (b)    Shelf Life

5.2.3    Certification records of treating iron.

5.2.4    QA / QC Fluids Onshore

In preparation for each job, a fluids statement of requirements (SOR) will be given to CONTRACTOR by COMPANY such that CONTRACTOR has sufficient time to blend a fluid formulation that meets the requirements for the sand face completion.

5.2.5    QA / QC Job Design

In preparation for each job, CONTRACTOR shall supply design data prior to the execution of the job. The job preparation packet shall include the following:

    (a)    Laboratory fluid design data with break data of fluid in increments of 0, 15, 30, 60, 90, 120, 240, and 1,440 minutes.

    (b)    Verification that fluid can be pumped at surface conditions without losing pump prime.

    (c)    Sand settling rates.

    (d)    Calculations of estimated volumes of fluid required for job including excess.

    (e)    Calculation of Maximum Allowable Surface Pressure (MASP) based on tool string given by COMPANY.

    (f)    Table of displacement volume as a function of MASP.

    (g)    Table of displacement volume as a function of reversing pressure.

    (h)    Prediction of circulation rates and pressures.

    (i)    Prediction of OHGP / CHPG.

5.2.6    QA / QC Equipment Preparation

CONTRACTOR shall test the major components of the equipment which will be used in the lower completion in a yard test prior to the completion load out. Equipment shall be quarantined prior to shipping to WORKSITE. A yard test will be accepted and the equipment ready for the job when the following parameters are met:

    (a)    Hydraulic Horsepower test (meets 100% HHP of pumps).

    (b)    Densitometer calibration (+/- 0.5%).

    (c)    Liquid Additive pump testing (+/- 2%).

    (d)    Flow meter calibration (+/- 2%).

CONFIDENTIAL
Business Confidential

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**E. Completions**

(e)   Communications to monitoring station are functional.

(f)   All licenses to proprietary software are verified to be up to date.

5.2.7   WORKSITE Fluid QA / QC

Quality control of all fluids to be pumped on WORKSITE is required.  This includes the following:

(a)   Detail field mixing procedures.

(b)   QA / QC lab with capabilities noted above.

5.2.8   Proppants

A sample of the proppant shipped to the WORKSITE shall be measured and comply with the requirements of API 58 and API RP 60.

**6.0   REFERENCES**

ISO 11960 (API Spec 5CT):   Petroleum and natural gas industries – Steel pipes for use as casing or tubing for wells.

ISO 14310 (API Spec 11D1):   Petroleum and natural gas industries – Downhole equipment – packers and bridge plugs.

NACE MR-01-75:   Sulfide stress cracking resistant materials for oilfield equipment.

API Specification 6A718:   Specification of Nickel Base Alloy 718 (UNS N07718) for Oil and Gas Drilling and Production Equipment.  1st Edition March 2004*

* - Note In addition to the requirements of API Spec 6A718, COMPANY has a further requirement that the minimum total hot work reduction ratio shall be 4:1 and not 3.75:1 as per Section 4.1.3.1 of API6A718.

BP References:

GIS 02-201:   Specification for OCTG Seamless Casing & Tubing (Standard Grades).

GIS-02-203:   Specification for OCTG Crossover Connectors.

GIS-02-204:   Specification for OCTG Sour Resistant Grade C110 Low Alloy Steel OCTG Seamless Casing.

GIS-02-205:   Specification for Duplex and Super Duplex 25% Chrome Stainless Steel Seamless Pipe.

GIS-02-206:   Specification for Duplex and Super Duplex 25% Chrome Stainless Steel Seamless Pipe.

BP-EPT-IAS-01:   Integrity Assurance Specification – For the Procurement of Critical equipment for Drilling and Completions.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022452

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**E. Completions**

For undated references, the latest edition of the normative document referred to applies.

**7.0    DEFINITIONS AND ABBREVIATIONS**

For the purposes of this Part 2 – Offshore Sand Face Pumping, the following definitions and abbreviations will apply:

| | |
|---|---|
| API: | American Petroleum Institute |
| bbl: | Barrel |
| BHP: | Bottom Hole Pressure |
| bpm: | Barrels Per Minute |
| CHFP: | Cased Hole Frac Pack |
| CHGP: | Cased Hole Gravel Pack |
| C&P: | Cased and Perforated |
| DHFC: | Downhole Flow Control |
| EC: | Expandable Completions |
| FLCV: | Fluid Loss Control Valve |
| GoM: | Gulf of Mexico |
| GP: | Gravel Pack |
| gpm: | Gallons per Minute |
| HEC: | Hydroxyethyl Cellulose |
| HHP: | Hydraulic Horsepower |
| ID: | Internal Diameter |
| lb: | Pounds |
| mbd: | Thousand Barrels Per Day |
| OD: | Outside Diameter |
| OHGP: | Open Hole Gravel Pack |
| OHZI: | Open Hole Zonal Isolation |
| pptg: | Pounds Per Thousand Gallons |
| ppa: | Pounds Proppant Added Per US Gallon |
| psi: | Pounds per Square Inch |
| QA: | Quality Assurance |
| QC: | Quality Control |
| RDF: | Reservoir Drilling Fluid |
| RIH: | Run In Hole |
| SAS: | Stand Alone Screens |
| SOBM: | Synthetic Oil-Based Mud |
| TSO: | Tip Screenout |
| VES: | Visco-elastic Surfactant |

CONFIDENTIAL
Business Confidential

## Part 3 – Lower Completions

**1.0   INTRODUCTION**

These are the functional and technical specifications for Lower Completions.

1.1   General

The development wells programs will require a range of different lower completion types. Further details can be found in Part 6 - Well-Bore Information for representative well types.

1.2   Lower Completion Description

The list below is a summary of the potential lower completion types.

1.2.1   Producers:

(a)   Cased Hole Frac Pack (CHFP)

(b)   Cased Hole Gravel Pack (CHGP)

(c)   Dual Zone Gravel Packs (Lower Zone Open Hole and Upper Zone Cased)

(d)   Cased Hole High Rate Gravel Pack

(e)   Cased Hole High Rate Water Pack

(f)   Cased and Perforated (C&P)

(g)   Open Hole Gravel Pack (OHGP)

(h)   Expandable Completion (EC)

1.2.2   Injectors (water / gas):

(a)   Cased Hole Frac Pack (CHFP)

(b)   Stand Alone Screens (SAS)

(c)   Expandable Completion (EC)

(d)   Cased Hole Gravel Packs (CGFP)

The majority of lower completions are expected to be CHFP.  There may be some CHGP applications.  Both SAS and ECs shall have the capability to accommodate Open Hole Zonal Isolation (OHZI) and Downhole Flow Control (DHFC).

**2.0   GENERAL REQUIREMENTS**

2.1   Production Casing and Tubing Summary

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022454

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**E. Completions**

Casing sizes for the typical wells can be found in Part 6 - Well-Bore Information for representative well types.  Tubing sizes for the individual projects can be found in Appendix 3 and/or Appendix 4.

2.2   Connections

Unless specified otherwise herein, connections shall be a VAM-type premium connection.

2.3   Metallurgy

All completion component metallurgy shall be an equivalent or superior grade to the tubing unless otherwise specified by COMPANY.  All selection of materials shall be subject to COMPANY approval.

The producers shall have a minimum grade of ISO 11960 (API 5CT) L80 13Cr, AISI 410 or AISI 420 modified.  COMPANY may specify Super 13Cr or 25Cr.  If a high strength alternative is required, it shall be Alloy 718 or equivalent.  Injectors shall have a minimum grade of 25Cr, with nickel alloy 718 or equivalent as approved by COMPANY.  COMPANY may require high strength alternatives to meet project requirements.

All components made from L80 13Cr, AISI 410 or AISI 420 modified shall conform to ISO 11960 (API 5CT), BP GIS-02-201 and BP GIS-02-203.  All Super Duplex stainless steel shall conform to ISO 11960, BP GIS-02-206, and BP GIS-02-204.

All components made from Alloy 718 shall conform to API Specification API 6A718.  COMPANY has a further requirement that the minimum total hot work reduction ratio shall be 4:1 and not 3.75:1, as per Section 4.1.3.1 of API 6A718.  All equipment material selection shall be subject to a metallurgy review to ensure acceptability regarding corrosion / erosion performance, material specifications and supplier qualification.

All components shall meet the requirements of NACE MR-01-75 unless otherwise stated by COMPANY on WORK ORDER.

2.4   Elastomers

Examples of production, completion, and intervention fluids that will be seen by the wells throughout field-life are Sodium Chloride / Bromide, Calcium Chloride / Bromide brines, natural gas, condensates, and gravel / frac packing fluids.  Recommendations shall be made for elastomers that are suitable for project conditions.  Elastomer recommendations shall be subject to COMPANY approval but suggested elastomers are as follows:

**Typical Elastomer Seals**

| Seal Type | Elastomer |
| --- | --- |
| Packer elements | HNBR, Nitrile, CHEMRAZ, AFLAS, Viton |
| Chevron sets | HNBR, FKM, Viton, plus PTFE, plus PEEK |
| O-rings, T-seals etc | HNBR, FKM, Viton, plus PEEK back-ups |
| Safety valve | Non-elastomer |

Final elastomer specification shall be made by COMPANY on WORK ORDER.  Compatibility testing shall be required for all production and completion fluids.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022455