# EXHIBIT A-4

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**E. Completions**

2.5    Pressure Ratings / Tests

The bodies of the completion equipment shall be rated to at least the maximum anticipated well pressures, although a higher rating may be required for individual components, (e.g., TR-SCSSV control system, hydraulic actuation, absolute pressure components, etc.). The completions will be tested to the maximum anticipated pressures.

Pressure ratings and differential pressure requirements for the typical projects can be found on in Section 3, Appendix 6, Part 6 – Well-Bore Information.  In general maximum anticipated pressures are 10,000 psi – 20,000 psi.

2.6    Temperature Rating

Equipment shall be rated for the temperature range 40 degrees Fahrenheit to 275 degrees Fahrenheit with HT range to include 300 degrees Fahrenheit.

Material strengths shall be de-rated as appropriate for the temperatures.

2.7    Well Profile

Wells will range from non-deviated (straight hole) to highly deviated (70-90 degrees).  The completion intervals will range from non-deviated sections to highly deviated sections including horizontal for some OHGPs.  Average build rate for planned well paths typically will not exceed an average of 4.5 degrees per 100 ft on any well.  Dog leg severity at discrete points may be up to 10.0 degrees per 100 ft.  For more details about typical well profiles, see Section 3, Appendix 6, Part 6 – Well-Bore Information.

2.8    Mud / Fluid System

The reservoir section will be drilled with synthetic oil-based mud.  The mud will be conditioned to a level between 175 and 325 US mesh using shaker screens prior to running casing.  The sand control screens will be run in clear completion brines consisting of Calcium Bromide ($CaBr_2$), Calcium Chloride ($CaCl_2$), and / or Zinc Bromide ($ZnBr$).

2.9    Intervention Fluids and Treatment Chemicals

It is anticipated that the following fluids may be used for well intervention purposes and for treatment of produced and injected fluids over the life of the well.  The list is not exhaustive but covers the majority of fluids that are likely to be used.  Detailed fluid selection will be specified in Section 3, Appendix 6, Part 6 – Well-Bore Information.

2.9.1    Hydrochloric Acid (HCl): May be used for mud cake removal during well clean-up and for $CaCO_3$ scale removal.  It is anticipated that HCl acid concentrations up to 15% may be used.

2.9.2    Scale Dissolvers / EDTA: May be used for mud cake removal during well clean-up and for removal of both $BaSO_4$ and $CaCO_3$ scales.

2.9.3    Mutual Solvents: May be pumped as part of chemical stimulation or scale inhibition treatments.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022456

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**E. Completions**

2.9.4     Surfactants: May be pumped as part of chemical stimulation or scale inhibition treatments.

2.9.5     Organic Solvents: May be used for stimulation treatments.

2.9.6     Scale Inhibitors: May be used to prevent both $BaSO_4$ and $CaCO_3$ scales. Scale inhibitors will be pumped in the tubing via the chemical injection mandrel above the production packer in producers. Scale inhibitors may also be required to be pumped into the formation in squeeze treatments.

2.9.7     Methanol: May be used for hydrate removal in the upper completion and the christmas tree.

2.9.8     Glycol: May be used for hydrate inhibition.

2.9.9     Relative Permeability Modifiers: May be used for water shut-off treatments.

2.9.10   Water Shut-off Gels: May be pumped into the formation as water shut-off treatments.

2.9.11   Oxygen Scavengers: May be used in injected seawater during steady state water injection and during initial injectivity tests.

2.9.12   Corrosion Inhibitor: May be used in the injected produced water.

2.9.13   Biocide: May be used in the injected water.

2.9.14   Xylene: May be used for asphaltene remediation.

2.10   Testing and Qualification

Testing and qualification of equipment shall be performed in accordance with the standards (API, ISO etc.) that have been identified herein. Regardless as to whether or not a standard has been identified for the equipment, CONTRACTOR shall test and qualify all equipment in accordance with documented plans and procedures (see Clause 2.11 – Technical Integrity Assurance). These tests shall include analysis for all installation, tie-back, production load cases, contingency tools, and interventions. Welding, mechanical testing, and non-destructive testing shall be performed in accordance with recognized COMPANY and international standards.

Additional testing and qualification may be required for non-standard (new or modified) equipment. Testing programs and procedures are subject to review and approval by COMPANY. CONTRACTOR shall perform Failure Mode Effect and Criticality Assessment (FMECA) for any downhole equipment that is of a new or modified design. COMPANY shall be given the option of taking part in FMECA programs.

All design assumptions and calculations shall be made available for audit or verification. All proposed equipment may be subjected to a COMPANY specified design review process (e.g., Detailed Design Review).

Gravel pack packers, when used as production packers, shall be qualified in accordance with API Specification 11D1 / ISO 14310 and to a design validation grade V3 for oil service and V0 for gas service. (CONTRACTOR equipment meets ISO 14310 quality grade Q2.) The API monogram shall be required.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022457

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**E. Completions**

2.11   Technical Integrity Assurance

Technical integrity assurance requirements inclusive of quality assurance, quality control, and design verification requirements are given in the following documents:

- BP-EPT-IAS-01:          Integrity Assurance Specification (IAS) for the Procurement of Critical equipment for Drilling & Completions (excluding Tubular Products).

- BP-EPT-IAS-02:          Integrity Assurance Specification (IAS) for the Procurement of Critical equipment for Drilling & Completions (excluding Tubular Products).

- BP-DC-EIA-DRP-01:     Design Review Process for Drilling, Completion and Subsea Equipment.

In cases where a BP Global QCP exists, this shall be used for critical equipment.

2.12   Marking and Traceability

Where traceability is a requirement for compliance with the respective API or other standard, CONTRACTOR shall control and record the unique identification of equipment.   The components shall be marked as follows:

2.12.1   Supplier's name.

2.12.2   COMPANY Purchase Order number.

2.12.3   Supplier part number.

2.12.4   Assembly number.

2.12.5   Serial number.

2.12.6   Size and rated working pressure.

2.12.7   Date of manufacture.

2.12.8   API Monogram (as appropriate).

2.13   Storage Requirements

CONTRACTOR is responsible for the storage and protection of all goods and materials being supplied.   Goods and materials shall be adequately protected against corrosion, handling, and transportation damage through the use of suitable protection and measures which shall include, but not be limited to, the following:

2.13.1   All non-metallic completion items with the exception of fully assembled modules shall be stored in a temperature-controlled atmosphere to prevent deterioration.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022458

2.13.2 Elastomers, including packers and seal elements, shall be stored inside an environmentally controlled atmosphere in closed lightproof packets (complete with cure date and expiration date details) and protected against mechanical damage.

2.13.3 All metallic completion equipment shall be handled, transported, and stored in accordance with BP GIS-02-207, Guidance Document for the Handling, Transportation and Storage of Casing & Tubing (OCTG) or CONTRACTOR's procedures whichever is the more stringent.  Although BP GIS-02-207 is for OCTG, the same requirements shall be applied to completion equipment as appropriate.

2.13.4 All CRA materials (see BP GIS-02-207, Section 3 for definition of CRA) shall be stored away from harmful environments such as chloride-laden atmosphere (salt air).

2.13.5 All completion items including all fully assembled modules shall be properly stored (vertical and / or horizontal) under cover to prevent corrosion, contamination, and damage.  Ports and bores shall be protected to prevent ingress of debris, insects (and their remains) and / or animals (and their remains).

2.13.6 All completion items including fully assembled modules shall have the appropriate preservation / protection applied as advised by the original equipment manufacturer.

2.13.7 All temporary corrosion protection fluids and greases shall be of a low sulfur type, compatible with the intended hydrocarbon service and non-damaging to the completion.

2.13.8 Thread protectors shall be used for all threaded connections (composite plastic, breathable type for premium connections, steel style for API type connections).

2.13.9 CONTRACTOR shall ensure that all sealing surfaces shall be adequately protected against corrosion, impact, and abrasion damage.

2.13.10 Shear pins shall be closely controlled to avoid the risk of improper use in assembly and preparation.  Procedures shall be in place to ensure segregation of new and used shear stock and other consumable items.

2.13.11 All equipment exposed to salt / brine atmosphere / fluids and returned to CONTRACTOR for storage shall be rinsed in potable water to ensure that no salt deposit remains and that the residual chloride ion concentration of the waste water is negligible (<100 milligrams per liter or the level of atmospheric chloride concentration, whichever is greater) after the equipment has been allowed to soak for 30 minutes.

## 3.0   OPEN HOLE GRAVEL PACK (OHGP) COMPLETIONS

3.1   General

The main objective is to achieve a complete gravel pack with a low skin.

3.1.1   Typical project sand face conditions can be found in Part 6 – Well Bore Information for representative well types.

3.2   Technical Requirements

CONFIDENTIAL
Business Confidential

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**E. Completions**

3.2.1   General

All equipment shall have a temperature rating, burst / collapse pressure rating, as identified in Clause 2.0 of this PART 3, unless otherwise specified by COMPANY.

All equipment shall be capable of being run and set inside the production casing as identified in Clause 2.0 of this PART 3, unless otherwise specified by COMPANY.

All equipment shall be of the appropriate metallurgy for the service required as given in Clause 2.0 of this PART 3, unless otherwise specified by COMPANY. All components to meet requirements of NACE MR-01-75 unless otherwise stated.

3.2.2   Gravel Pack Packer

The gravel pack packer is intended to provide the primary tubing to casing barrier during sand control operations. The packer is set and tested by means of the GP service tool.

(a)   Service life shall be 20 years, unless stated otherwise by COMPANY.

(b)   Packer shall have a 5,000 psi differential pressure rating (plugged and unplugged). A higher rating of 6,500 psi may be needed for some over-pressured reservoirs.

(c)   Minimum packer seal bore shall be 6.00".

(d)   Packer shall be capable of setting in solids laden synthetic oil-based mud.

(e)   The bottom connection shall be compatible with extensions and approved by COMPANY.

(f)   The tensile / compressive rating shall be compatible with the rating of screen base pipe.

(g)   Packer shall have bi-directional circumferential slips.

(h)   Packer shall be hydraulically set with GP service tool.

(i)   Packer shall be retrievable (cut or shifting tool) without having to mill.

(j)   Run in hole rate shall be 0.8 ft per second. Packer shall be capable of circulating while running in hole without risk of pre-set or swabbing of the element with the following circulating conditions: rate greater than 8 bpm in synthetic oil-based mud, plastic viscosity of 20, yield point of 24 at 120 degrees Fahrenheit.

(k)   Packer shall be capable of an over pull of 100,000 lbs and set down weight of 200,000 lbs without movement or compromise of seal element.

(l)   Packer shall be capable of pressure and compression / tension (+/- 40,000 lbs) testing following set without compromise to fluids or tools.

(m)   Packer shall allow for easy entry of wireline tools, coiled tubing tools, and tractors at high well bore deviations.

CONFIDENTIAL
Business Confidential

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**E. Completions**

(n)  Gravel pack packers, when used as production packers, shall be qualified in accordance with API Specification 11D1 / ISO 14310 and to a design validation grade V3 for oil service and V0 for gas service.  (CONTRACTOR equipment meets ISO 14310 quality grade Q2.)  The API monogram shall be required.

### 3.2.3  Gravel Pack Extensions (including Gravel Circulation Port)

(a)  GP extensions shall be compatible with GP packer and Fluid Loss Control Valve.

(b)  The connections shall be COMPANY approved.

(c)  The gravel circulation port isolation sleeve shall be capable of mechanically being shifted closed when the GP service tool / wash pipe is pulled through the assembly.

(d)  The gravel circulation port isolation sleeve requires a positive means of position retention when open and closed (seal friction is not considered positive means of retention).

(e)  Tensile / Compressive rating shall be compatible with rating of screen base pipe.

(f)  Minimum differential pressure rating for isolation sleeve shall be 5,000 psi when closed.  A rating of 6,500 psi is preferred.

### 3.2.4  GP Service Tool (Rental)

(a)  The service tool shall be capable of operations in solids laden reservoir drill in fluid.

(b)  The service tool shall be a one trip system.

(c)  The GP Packer Hydraulic Setting Tool shall have to follow requirements:

    (i)  A feature to allow circulation without applying a load to the packer setting mechanism.

    (ii)  Capable of setting the GP Packer with applied tubing pressure.

    (iii)  Allow for hydraulic release of service tool from packer, with a mechanical back-up release.

    (iv)  Allow gravel circulation port isolation sleeve to be locked in place once shifted open, and ball / flapper secured for reverse circulation.

(d)  The service tool shall have a differential pressure rating of 5,000 psi.

(e)  The service tool shall be designed to maintain hydrostatic overbalance to the open hole during all steps of the operation and prevent pressure surge and swabbing to the formation during setting of the packer and positioning of the tool prior to pumping gravel pack.

(f)  The service tool shall have a positive indication of position when performing all functions of the service tool (weight down in the gravel pack pumping position).

---

Halliburton Energy Services, Inc.        Page 253 of 352
BPM-09-00255

CONFIDENTIAL
Business Confidential

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**E. Completions**

(g)   The service tool shall be able to pump a slurry of 10 ppa at 10 bpm for a total of 100,000 lbs of gravel without performance degradation or erosion.

(h)   Service tool seals, collets, or other parts shall be compatible with 6.000" nominal seal bore.

(i)   The service tool shall be compatible with closing mechanism of gravel circulation port isolation sleeve assembly (capable of shifting mechanically with axial motion of the GP service tool).

(j)   The service tool shall be capable of carrying packer, screens and associated gravel pack extension assembly through well bore profile into open hole (packer remains inside casing).  The tensile rating while carrying packer and screens shall be compatible with the screen coupling rating.

(k)   The service tool shall be capable of annulus pressure and push / pull test (+/- 40,000 lbs) of packer following setting without compromise to fluids or tools while maintaining communication with the formation.

(l)   The service tool shall be capable of redirecting the fluid flow path to the inside of the wash pipe string to facilitate post-gravel pack chemical treatment.

(m)   Tool shall provide a tell tale of final gravel port closing sleeve position.

(n)   The tool shall be compatible with shifting tools.  The shifting tool for the Fluid Loss Control Valve shall not inadvertently open the port closure sleeve.

3.2.5   Quick Connect Sub

The quick connect sub negates the need for rotation of the GP assembly during the final make-up to the wash pipe / extensions / blanks.

(a)   The tensile / compressive rating shall be compatible with rating of screen base pipe.

(b)   Sub shall have an anti rotational lock capable of having limited (greater than 5,000 ft-lbs) torque put through it.  Minimum collapse shall be equal to or greater than the gravel pack extension.  Threads shall be compatible with the GP extension such that no crossovers are required.

3.2.6   Crossovers

Crossovers shall be manufactured in accordance with ISO 11960 (API 5CT) and BP GIS-02-203.

3.2.7   PBR

(a)   PBR in lower completion assembly shall accommodate a seal stinger on the wash pipe, to enable circulation down wash pipe and out through wash down shoe.

(b)   Pup joint

---

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022462

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**E. Completions**

If required, the PBR shall have a 5.5" pup joint (+/- 2 ft in length) for space out of the seal stinger inside the PBR.

(c)     The PBR shall have a device that provides a means of relieving the hydraulic lock between the wash pipe seals and wash down shoe check valves during movement of the wash pipe (if required).

3.2.8    Wash Down Shoe

(a)     A double check valve design shall be used to allow circulation (>8 bpm) and wash down while screen assemblies are being run in hole and to prevent returns when performing open hole gravel pack.

(b)     Check valve spring metallurgy shall be compatible with any fluid that may be circulated (e.g., acid).

(c)     GoM: If required, the wash down shoe shall have a 5.5" pup joint (+/- 2 ft in length) for space out of the seal stinger inside the PBR.

3.2.9    Wash Pipe (Rental)

(a)     The wash pipe shall be 4" OD, 11.6 ppf (or other appropriate size i.e., 2 7/8" OD, 6.5 ppf) and grade N80.

(b)     Connections shall be Hydril 511 connections or flush joint equivalent to be approved by COMPANY.

(c)     The wash pipe swivel (for connection of GP assembly to wash pipe string) shall be compatible with the Fluid Loss Control Valve ID.

(d)     The wash pipe shall have an internal corrosion resistant powder coating (TK34P).

3.2.10   Wash Pipe Tools (Rental)

(a)     A seal stack at the end of the wash pipe shall be required for isolation inside the PBR above the wash down shoe.

(b)     Gauge carriers shall be flush with the OD of the wash pipe.

(c)     Downhole electronic memory pressure and temperature gauges minimum requirements shall be:  0.5 second sample rate, 1MB memory, >14 days battery life, +/- 5 psi pressure accuracy, 0.05 psi pressure resolution, 0.5 degree Celsius temperature accuracy, and 0.001 degree Celsius temperature resolution.

(d)     Gauges shall be placed at locations in the wash pipe string specified by COMPANY.

(e)     In order to reduce differential pressure across the wash pipe, the wash pipe shall have valves to change flow path (reduce length of wash pipe).

(f)     Wash pipe tools shall have a logging tool to measure gravel density in the screen open hole annulus to assess degree of pack achieved.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022463

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**E. Completions**

    (g)    Wash pipe tools / carriers connections shall be compatible with wash pipe.

    (h)    The same technician shall run both the gauges for wash pipe tools and downhole data acquisition.

3.2.11   Downhole Data Acquisition (Rental)

    (a)    Gauge carriers shall be used to carry gauges for 100% redundancy.

    (b)    At least two downhole electronic memory pressure and temperature gauges, measuring in both annulus and tubing, shall be provided and located above the GP service tool in the running string.

    (c)    Downhole electronic memory pressure and temperature gauges minimum requirements shall be:  0.5 second sample rate, 1MB memory, >14 days battery life, +/- 5 psi pressure accuracy, 0.05 psi pressure resolution, 0.5 degree Celsius temperature accuracy, and 0.001 degree Celsius temperature resolution.

    (d)    Data acquisition and reporting capabilities shall be COMPANY approved.

3.2.12   Upper Completion Interface

The upper completion interface for producers requires a latch seal extension and guide shoe to sting inside the lower completion.

    (a)    Latch Mechanism

        (i)    Latch mechanism shall be compatible with gravel pack packer.

        (ii)    Latching mechanism shall be capable of verifying seal position with an over pull of 20,000 lbs (minimum 5% loss of snap force over 5 snap in / out cycles).

        (iii)  Latch shall be capable of taking 200,000 lbs set down weight when seals are fully landed in the packer to accommodate shearing upper contraction joint or PBR.

    (b)    Seal Stack

        (i)    Seal extension and seal assembly shall seal inside GP extension PBR to isolate gravel circulating port.

        (ii)    Seal unit shall have a minimum ID of 4.6".

        (iii)  Bonded seals shall have elastomers as specified in Clause 2.0 of this PART 3 and be COMPANY approved.

    (c)    Guide Shoe

        (i)    Guide shoe OD shall be compatible with GP packer and GP extension ID.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022464

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**E. Completions**

(ii)    Guide shoe shall have self aligning functionality, and a spring covered by sleeve to isolate shoe from well bore fluid.  CONTRACTOR does not provide a cover for sleeve to isolate shoe from well bore fluid.

(iii)    Guide shoe shall provide smooth continuity for intervention tools (CT or tractor).

(iv)    Guide shoe shall have a minimum ID of 4.6".

**4.0   CASED HOLE FRAC PACK (CHFP) COMPLETIONS**

4.1   General

4.1.1   Typical project sand face conditions can be found in Part 6 – Well Bore Information for representative well types.

4.2   Technical Requirements

4.2.1   General

All equipment shall have a temperature rating, burst / collapse pressure rating, as identified in Clause 2.0 of this Part 3, unless otherwise specified by COMPANY.

All equipment shall be capable of being run and set inside the production casing as identified in Clause 2.0 of this Part 3, unless otherwise specified by COMPANY.

All equipment shall be of the appropriate metallurgy for the service required as given in Clause 2.0 of this Part 3, unless otherwise specified by COMPANY.  All components to meet requirements of NACE MR-01-75 unless otherwise stated.

4.2.2   Gravel Pack Packer

The Gravel Pack packer is intended to provide the primary tubing to casing barrier during sand control operations.  The packer is set and tested by means of the GP Service Tool.

(a)    Service life shall be 20 years, unless stated otherwise by COMPANY.

(b)    The differential pressure rating shall be 10,000 – 15,000 psi (plugged and unplugged, i.e., pressure test against FLCV).  Further details can be found in Part 6 – Well Bore Information for representative well types.

(c)    Packer seal bores shall be 3.25 – 6.00".  Further details can be found in Part 6 – Well Bore Information for representative well types.

(d)    Bottom connection shall be compatible with extensions and approved by COMPANY.

(e)    Tensile / compressive rating shall be compatible with rating of screen base pipe.

(f)    The packer shall have bi-directional circumferential slips.

(g)    Packer shall be hydraulically set with GP service tool.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022465

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**E. Completions**

(h)     Packer shall be retrievable (cut or shifting tool) without having to mill.

(i)     Run in hole rate shall be 0.8 ft per second.  Packer shall be capable of circulating while running in hole without risk of pre-set or swabbing of the element at rates greater than 8 bpm.

(j)     Packer shall have the ability to facilitate over pull of 100,000 lbs and set down weight of 160,000 lbs without movement or compromise of element seal. Further details can be found in Part 6 – Well Bore Information for representative well types.

(k)     Packer shall be capable of pressure test and compression / tension (+/- 40,000 lbs) test following packer set without compromise to fluids or tools.

(l)     Packer shall allow for easy entry of wireline tools, coiled tubing tools, and tractors at high deviations.

(m)     Packer shall be in accordance with API Specification 11D1 / ISO 14310 and to a design validation grade V3 for oil service and V0 for gas service unless otherwise specified by COMPANY.  (CONTRACTOR equipment meets ISO 14310 quality grade Q2.)  The API monogram shall be required.  Further details can be found in Part 6 – Well Bore Information for representative well types.

4.2.3   Gravel Pack Extensions (including Gravel Circulation Port)

(a)     Extensions shall be compatible with GP packer and Fluid Loss Control Valve.

(b)     Connections shall be COMPANY approved.

(c)     Gravel circulation port isolation sleeve shall be capable of mechanically being shifted closed when the GP service tool / wash pipe is pulled through the assembly.

(d)     Gravel circulation port isolation sleeve shall have a positive means of position retention when open and closed (seal friction is not considered positive means of retention).

(e)     The tensile / compressive rating shall be compatible with rating of screen base pipe.

(f)     The differential pressure rating shall have a minimum differential pressure rating for isolation sleeve shall be 10,000 psi when closed.

4.2.4   Gravel Pack Service Tool (Rental)

The GP Service Tool is a rental service tool used to set the Gravel Pack packer and provide a conduit for placing gravel pack slurry from the tubing ID to the annulus area outside the screens in the open hole.

(a)     The assembly shall be a one trip system.

(b)     The GP Packer Hydraulic Setting Tool shall meet the follow requirements:

CONFIDENTIAL
Business Confidential

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**E. Completions**

(i)    A feature to allow circulation without applying a load to the packer setting mechanism.

(ii)    Capable of setting the GP Packer with applied tubing pressure.

(iii)    Allow for hydraulic release of service tool from packer, with a mechanical back-up release.

(iv)    Allow gravel circulation port isolation sleeve to be locked in place once shifted open, and ball secured for reverse circulation.

(c)    Differential pressure requirements can be found in Appendix – Well Bore Information for representative well types.

(d)    The service tool shall be designed to maintain hydrostatic overbalance to the open hole during all steps of operation and prevent pressure surge and swabbing to the formation during setting of the packer and positioning of the tool prior to pumping the gravel pack.

(e)    The service tool shall have positive indication of position when performing all functions of the service tool (weight-down in the gravel pack pumping position).

(f)    The service tool shall be compatible with closing mechanism of gravel circulation port isolation sleeve assembly (capable of shifting mechanically with axial motion of the GP service tool).

(g)    The service tool shall be capable of carrying packer, screens and associated gravel pack extension assembly through well bore. The tensile rating while carrying packer and screens shall be compatible with the screen coupling rating.

(h)    The service tool shall be capable of annulus pressure and push / pull test (+/- 40,000 lbs) of packer following setting without compromise to fluids or tools while maintaining communication with the formation

(i)    Service Tool seals, collets, or other parts shall be compatible with nominal seal bore.

(j)    The service tool shall be capable of pumping a slurry of up to 12 ppg at up to 45 bpm for a total of up to 300,000 lbs of gravel without performance degradation or erosion on larger systems. Further details can be found in Part 6 – Well Bore Information for representative well types.

(k)    The service tool shall have the ability to test gravel port closing sleeve after shifting closed.

### 4.2.5    Quick Connect Sub

The quick connect sub negates the need for rotation of the GP assembly during the final make-up to the wash pipe / extensions / blanks.

(a)    The tensile / compressive rating shall be compatible with rating of screen base pipe.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022467

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**E. Completions**

    (b)    Sub shall have an anti rotational lock capable of having limited (greater than 5,000 ft-lbs) torque put through it.

    (c)    Body burst / collapse rating shall be compatible with gravel pack extension and further details can be found in Part 6 – Well Bore Information for representative well types.

### 4.2.6    Safety Shear Sub / Shear Safety Joint

    (a)    The maximum tensile / compressive rating shall be compatible with rating of screen base pipe.

    (b)    The body burst / collapse rating shall be compatible with gravel pack extension. Further details can be found in Part 6 – Well Bore Information for representative well types.

    (c)    The shear rating shall be further details can be found in Part 6 – Well Bore Information for representative well types.

### 4.2.7    Crossovers

    (a)    Crossovers shall be manufactured in accordance with ISO 11960 (API 5CT) and BP GIS-02-203.

    (b)    Connections shall be compatible with blank pipe and extensions.

### 4.2.8    Sump Packer

    (a)    Setting method shall be with drill pipe or electric line (if possible) for depth control.

    (b)    Service life shall be 20 years, unless stated otherwise by COMPANY.

    (c)    The minimum pressure rating shall be as per Part 6 – Well Bore Information for representative well types.

    (d)    The minimum seal bore ID shall be as per Part 6 – Well Bore Information for representative well types.

    (e)    The sump packer shall be in accordance with API Spec 11D1 / ISO 14310. Validation Grade V3 and Quality Grade Q1 shall be used. (CONTRACTOR equipment meets ISO 14310 quality grade Q2.)

### 4.2.9    Wash Pipe (Rental)

    (a)    Wash pipe size and grade shall be as per Part 6 – Well Bore Information for representative well types.

    (b)    Connections shall be Hydril 511 connections or flush joint equivalent to be approved by COMPANY.

    (c)    The wash pipe swivel (for connection of GP assembly to wash pipe string) shall be compatible with the Fluid Loss Control Valve ID.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022468

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**E. Completions**

(d)    The wash pipe shall have an internal corrosion resistant powder coating (TK34P).

4.2.10  Wash Pipe Tools (Rental)

(a)    A seal stack at the end of the wash pipe shall be required for isolation inside the PBR above the wash down shoe.

(b)    Gauge carriers shall have a full bore equivalent to the ID of the pipe.

(c)    Gauge carriers to carry gauges for 100% redundancy.

(d)    Downhole electronic memory pressure and temperature gauges minimum requirements shall be:  0.5 second sample rate, 1MB memory, >14 days battery life, +/- 5 psi pressure accuracy, 0.05 psi pressure resolution, 0.5 degree Celsius temperature accuracy, and 0.001 degree Celsius temperature resolution.

(e)    Gauges shall be placed at locations in the wash pipe string specified by COMPANY.

(f)    In order to reduce differential pressure across the wash pipe, the wash pipe shall have valves to change flow path (reduce length of wash pipe).

(g)    Wash pipe tools shall have a logging tool to measure gravel density in the screen annulus to assess degree of pack achieved.

(h)    Wash pipe tools / carriers connections shall be compatible with wash pipe.

(i)    A seal stack at the end of the wash pipe shall be required for isolation inside the PBR above the wash down shoe.

4.2.11  Downhole Data Acquisition (Rental)

(a)    Gauge carriers shall be used to carry gauges for 100% redundancy.

(b)    At least two downhole electronic memory pressure and temperature gauges, measuring in both annulus and tubing, shall be provided and located above the GP service tool in the running string.

(c)    Downhole electronic memory pressure and temperature gauges minimum requirements shall be:  0.5 second sample rate, 1MB memory, >14 days battery life, +/- 5 psi pressure accuracy, 0.05 psi pressure resolution, 0.5 degree Celsius temperature accuracy, and 0.001 degree Celsius temperature resolution.

(d)    Data acquisition and reporting capabilities shall be COMPANY approved.

4.2.12  Upper Completion Interface and Locator Seal Assembly

The upper completion interface for producers requires a latch seal extension and guide shoe to sting inside the lower completion.

CONFIDENTIAL
Business Confidential                    BP-HZN-MBI00022469

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**E. Completions**

(a)  Latch Mechanism

   (i)  Latch mechanism shall be compatible with gravel pack packer.

   (ii)  Latching mechanism shall be capable of verifying seal position with an over pull of 20,000 lbs (minimum 5% loss of snap force over 5 snap in / out cycles).

   (iii)  Latch shall be capable of taking 200,000 lbs set down weight when seals are fully landed in the packer to accommodate shearing upper contraction joint or PBR.

(b)  Seal Stack

   (i)  Seal extension and seal assembly shall seal inside extension PBR to isolate gravel circulating port.

   (ii)  See Part 6 – Well Bore Information for seal unit minimum ID for representative well types.

   (iii)  Bonded seals shall have elastomers as specified in Clause 2.0 of this Part 3 and be COMPANY approved.

(c)  Guide Shoe

   (i)  Guide shoe OD shall be compatible with GP packer and GP extension ID.

   (ii)  Guide shoe shall have self aligning functionality, and a spring covered by sleeve to isolate shoe from well bore fluid.  CONTRACTOR does not provide a cover for sleeve to isolate shoe from well bore fluid.

   (iii)  Guide shoe shall allow for easy entry of wireline tools, coiled tubing tools, and tractors at high deviations.

   (iv)  See Part 6 – Well Bore Information for guide shoe minimum ID for representative well types.

## 5.0  FLUID LOSS CONTROL VALVES (FLCV)

### 5.1  General

All completion types will include the use of a mechanical fluid loss control valve.

A fluid loss control valve will be used in all completion types to isolate the reservoir from the upper completion and facilitate displacing the casing to completion brines.  The device must seal in both directions and pass a pressure and underbalance test.  The ability to open and close the valve several times during completion activities is required.  Reliable remote actuation (opening) of the valve will be a critical factor for evaluation.

Both remote actuated or mechanical only type valves may be required for different applications.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022470

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**E. Completions**

5.2    Technical Requirements

5.2.1    General

All equipment shall have a temperature rating, burst / collapse pressure rating, as identified in Clause 2.0 of this Part 3. Tool functionality shall be maintained at the low end of the temperature range (e.g., run in hole through mud line) although flow path sealing is not required.

All equipment shall be capable of being run and set inside the production casing as identified in Clause 2.0 of this Part 3, unless otherwise specified by COMPANY.

All equipment shall be of the appropriate metallurgy for the service required as given in Clause 2.0 of this Part 3, unless otherwise specified by COMPANY.   All components to meet requirements of NACE MR-01-75 unless otherwise stated.

5.2.2    FLCV

(a)    OD shall have an allowance for an encapsulated line (11 mm x 11 mm) to be installed around valve.

(b)    OD shall be suitable for performing an OHGP or CHFP, i.e., circulating sand-laden slurry outside the valve body.  Typical slurry conditions shall be to pump 200,000 lb of a 12 ppa slurry at 30 – 45 bpm.

(c)    ID shall be compatible with flush joint wash pipe, mechanical shifting tool, and GP logging tool.

(d)    The tensile / compressive rating shall be equal to or greater than rating of screen base pipe.

(e)    A pup joint (saver sub) shall be installed above and below.  The length shall be specified by COMPANY.

(f)    The valve shall have the capability of mill-out of the ball / flapper as a contingency if it fails to open.

(g)    The valve shall be suitable for production rates of up to 50,000 barrels per day (1 pound per thousand barrels sand loading) and injection rates of 60,000 barrels per day (minimal solids).  The valve shall not form a choke to the flow rate.  Further details can be found in Appendix – Well Bore Information for representative well types.

5.2.3    Remote Opening Capability

(a)    The FLCV shall have the ability to open by remote actuation with the completion string in place and tubing hanger landed, without intervention.

(b)    Pressure required to open valve shall be compatible with other pressure limitations.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022471

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**E. Completions**

(c) The FLCV shall be able to be subjected to multiple (greater than 10) pressure cycles (e.g., packer setting, casing cleaning) without opening, i.e., having a unique opening pressure, signature, or signal.

(d) The FLCV shall have the ability to open and close under fluid loss conditions greater than 20 bpm.

(e) Mechanism shall be tolerant to debris (e.g., Ceramic 40 / 60 proppant, mud solids, perforating debris, pipe scale, rust, as well as formation sand and silt), particularly during hydraulic operation. Tolerant implies that the valve is capable of operations with a reasonable amount of debris inside and on top of the ball during both mechanical and hydraulic operations.

(f) The FLCV shall have an optional ability to lock open (or not) once remotely actuated.

5.2.4 Mechanical Shifting Tools

(a) A mechanical shifting tool shall have the capability to shift the valve closed by withdrawal of the wash pipe and open / close during subsequent intervention prior to remote actuation (open only, close only and open / close functionality required).

(b) The tool shall be capable of passing through screen base pipe ID. Further details can be found in Appendix – Well Bore Information for representative well types.

(c) The tool shall not interfere with the packer release mechanism or the gravel circulation port isolation sleeve mechanism in order to prevent inadvertent shifting of the sleeve during FLCV activities.

5.2.5 Mechanical Override Tools

(a) A mechanical override tool shall have the capability to shift the valve open and closed.

(b) The tool shall have the capability of being conveyed on either coiled tubing or an electric line tractor with low open / close force in horizontal sections.

(c) The tool shall be capable of passing through well bore restrictions. Further details can be found in Appendix – Well Bore Information for representative well types.

(d) The tool shall not interfere with the packer release mechanism or the gravel circulation port isolation sleeve mechanism in order to prevent inadvertent shifting of the sleeve during FLCV activities.

**6.0   ANNULAR FLUID LOSS  CONTROL VALVE FOR DHFC COMPLETIONS**

6.1   General

In order to accommodate the DHFC upper completion, an intermediate fluid loss module containing a tubing valve and annulus valve is required. The fluid loss control devices interface with the downhole flow control completion components.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022472

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**E. Completions**

6.2     Technical Requirements

    6.2.1     General

        All equipment shall have a temperature rating, burst / collapse pressure rating, as identified in Clause 2.0 of this Part 3.  Tool functionality shall be maintained at the low end of the temperature range (e.g., run in hole through mud line) although flow path sealing is not required.

        All equipment shall be capable of being run and set inside the production casing as identified in Clause 2.0 of this Part 3, unless otherwise specified by COMPANY.

        All equipment shall be of the appropriate metallurgy for the service required as given in Clause 2.0 of this Part 3, unless otherwise specified by COMPANY.   All components to meet requirements of NACE MR-01-75 unless otherwise stated.

    6.2.2     FLCV

        (a)     Same functional requirements as stated in Clause 5.2.2 – FLCV, with the following exception:  Mechanical shifting tool and / or override tool must be able to run through a concentric restriction.  Further details can be found in Part 6 – Well Bore Information for representative well types.

    6.2.3     PBR between Fluid Loss Control Valves

        The PBR provides the sealing interface for the DHFC dip tube (upper completion) seal stack.

        (a)     ID shall be compatible with DHFC dip tube seal stack OD.

        (b)     The PBR shall accommodate +/- 15 ft stroke length of seals.

    6.2.4     PBR between Fluid Loss Control Valves

        (a)     The tensile / compressive rating shall be compatible with rating of dip tube pipe.

        (b)     A pup joint (saver sub) shall be installed above and below.  The length shall be specified by COMPANY.

        (c)     Flow area for each injection stream shall be at least as large as that of the dip tube.  It shall not form a choke to the flow rate.  Components shall be designed to avoid erosion damage for injector rates of 60,000 barrels per day with 0.1 pounds per thousand barrels particles less 50 microns and for production rates of 50,000 barrels per day with 1 pound per thousand barrels sand loading.

        (d)     The PBR shall be able to pass through dog leg severity of 4.5 degrees per 100 ft.

    6.2.5     Remote Opening Capability

        (a)     The annular FLCV shall have the ability to open by remote actuation with the completion string in place and tubing hanger landed, without intervention.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022473

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**E. Completions**

(b)   Pressure required to open valve shall be compatible with system pressure limitations.

(c)   The annular FLCV shall have the ability to open and close under fluid loss conditions greater than 20 bpm.

(d)   Mechanism shall be tolerant to debris (e.g., Ceramic 40 / 60 proppant, mud solids, perforating debris, pipe scale, rust, as well as formation sand and silt), particularly during hydraulic operation.   Tolerant implies that the valve is capable of operations with a reasonable amount of debris inside and on top of the ball during both mechanical and hydraulic operations.

(e)   The annular FLCV shall have an optional ability to lock open (or closed) once remotely actuated.

6.2.6   Mechanical Shifting Tools

(a)   The tool shall not interfere with the packer release mechanism or the tubing FLCV mechanism to prevent inadvertent shifting of the tubing FLCV during annular FLCV functioning.

6.2.7   Mechanical Override Tools

(a)   A mechanical override tool shall have the capability to shift the valve open.

(b)   The tool shall have the capability of being conveyed on either coiled tubing or an electric line tractor with low open / close force in horizontal sections.

(c)   The tool shall be capable of passing through well bore restrictions.   Further details can be found in Part 6 – Well Bore Information for representative well types.

(d)   The tool shall not interfere with the packer release mechanism to prevent inadvertent shifting of the tubing FLCV during annular FLCV functioning.

6.2.8   Intermediate FLCV Module Dip Tube

(a)   Connections shall be Hunting SLF or equivalent to be approved by COMPANY.

(b)   The tube shall have a no go locator for lower completion PBR seal bore.

(c)   The tube shall have a seal stack and spacers with bonded elastomeric seals to fit ID of lower completion PBR seal bore.

(d)   The tube shall have a guide shoe with self aligning functionality, and a spring covered by sleeve to isolate from well bore fluid.

## 7.0   REFERENCES

ISO 11960 (API Spec 5CT):     Petroleum and natural gas industries – Steel pipes for use as casing or tubing for wells.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022474

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**E. Completions**

| | |
|---|---|
| ISO 14310 (API Spec 11D1): | Petroleum and natural gas industries – Downhole equipment – packers and bridge plugs. |
| NACE MR-01-75: | Sulfide stress cracking resistant materials for oilfield equipment. |
| API Specification 6A718: | Specification of Nickel Base Alloy 718 (UNS N07718) for Oil and Gas Drilling and Production Equipment.  1st Edition March 2004* |

* - Note In addition to the requirements of API Spec 6A718, COMPANY has a further requirement that the minimum total hot work reduction ratio shall be 4:1 and not 3.75:1 as per Section 4.1.3.1 of API6A718.

BP References:

| | |
|---|---|
| GIS 02-201: | Specification for OCTG Seamless Casing & Tubing (Standard Grades). |
| GIS-02-203: | Specification for OCTG Crossover Connectors. |
| GIS-02-204: | Specification for OCTG Sour Resistant Grade C110 Low Alloy Steel OCTG Seamless Casing. |
| GIS-02-205: | Specification for Duplex and Super Duplex 25% Chrome Stainless Steel Seamless Pipe. |
| GIS-02-206: | Specification for Duplex and Super Duplex 25% Chrome Stainless Steel Seamless Pipe. |
| BP-EPT-IAS-01: | Integrity Assurance Specification – For the Procurement of Critical equipment for Drilling and Completions. |

For undated references, the latest edition of the normative document referred to applies.

## 8.0   DEFINITIONS AND ABBREVIATIONS

For the purposes of this Part 3 – Lower Completions, the following definitions and abbreviations will apply:

| | |
|---|---|
| AISI: | American Iron and Steel Institute |
| API: | American Petroleum Institute |
| BHA: | Bottom Hole Assembly |
| bpm: | Barrels per minute |
| CHFP: | Cased Hole Frac Pack |
| CRA: | Corrosion-Resistant Alloy |
| DHFC: | Downhole Flow Control |
| EDTA: | Ethylenediamine Tetraacetic Acid |
| FLCV: | Fluid Loss Control Valve |
| FMECA: | Failure Mode Effect and Criticality |
| GoM: | Gulf of Mexico |
| GP: | Gravel Pack |
| HT: | High Temperature |
| IAS: | Integrity Assurance Specification |
| ID: | Internal Diameter |
| ISO: | International Organization for Standardization |

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022475

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**E. Completions**

| | |
|---|---|
| MB: | Megabyte |
| NACE: | National Association of Corrosion Engineers |
| NAS: | National Aerospace Standard |
| OD: | Outside Diameter |
| OEM: | Original Equipment Manufacturer |
| OHGP: | Open Hole Gravel Pack |
| ppa: | Proppant added per US gallon |
| psi: | Pounds Per Square Inch |
| QA: | Quality Assurance |
| QC: | Quality Control |
| QCP: | Quality Control Plan |
| RIH: | Run in Hole |
| SOBM: | Synthetic Oil-Based Mud |
| SOR: | Statement of Requirements |
| TEC: | Twisted Encapsulated Conductor |
| TR-SCSSV: | Tubing Retrieved Surface Controlled Subsurface Safety Valve |
| WBM: | Water-Based Mud |
| WEG: | Wireline Entry Guide |

CONFIDENTIAL
Business Confidential

# Part 4 – Intelligent Wells

## 1.0 INTRODUCTION

These are the functional and technical specifications for Intelligent Wells.

## 2.0 GENERAL REQUIREMENTS

### 2.1 Production Casing and Tubing Summary

Casing sizes for the typical wells can be found in Part 6 – Well Bore Information for representative well types.  Tubing sizes for the individual projects can be found in Appendix 3 and/or Appendix 4.

### 2.2 Connections

Unless specified otherwise herein, connections shall be a VAM-type premium connection.

### 2.3 Metallurgy

All completion component metallurgy shall be an equivalent or superior grade to the tubing unless otherwise specified by COMPANY.  All selection of materials shall be subject to COMPANY approval.

The producers shall have a minimum grade of ISO 11960 (API 5CT) L80 13Cr, AISI 410 or AISI 420 modified.  COMPANY may specify Super 13Cr or 25Cr.  If a high strength alternative is required, it shall be Alloy 718 or equivalent.  Injectors shall have a minimum grade of 25Cr, with nickel alloy 718 or equivalent as approved by COMPANY.  COMPANY may require high strength alternatives to meet project requirements.

All components made from L80 13Cr, AISI 410 or AISI 420 modified shall conform to ISO 11960 (API 5CT), BP GIS-02-201 and BP GIS-02-203.  All Super Duplex stainless steel shall conform to ISO 11960, BP GIS-02-206, and BP GIS-02-204.

All components made from Alloy 718 shall conform to API Specification API 6A718.  COMPANY has a further requirement that the minimum total hot work reduction ratio shall be 4:1 and not 3.75:1, as per Section 4.1.3.1 of API 6A718.  All equipment material selection shall be subject to a metallurgy review to ensure acceptability regarding corrosion / erosion performance, material specifications and supplier qualification.

All components shall meet the requirements of NACE MR-01-75 unless otherwise stated by COMPANY on WORK ORDER.

### 2.4 Elastomers

Examples of production, completion, and intervention fluids that will be seen by the wells throughout field-life are Sodium Chloride / Bromide, Calcium Chloride / Bromide brines, natural gas, condensates, and gravel / frac packing fluids.  Recommendations shall be made

---

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022477

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**E. Completions**

for elastomers that are suitable for project conditions.  Elastomer recommendations shall be subject to COMPANY approval but suggested elastomers are as follows:

**Typical Elastomer Seals**

| Seal Type | Elastomer |
|---|---|
| Packer elements | HNBR, Nitrile, CHEMRAZ, AFLAS, Viton |
| Chevron sets | HNBR, FKM, Viton, plus PTFE, plus PEEK |
| O-rings, T-seals etc | HNBR, FKM, Viton, plus PEEK back-ups |
| Safety valve | Non-elastomer |

Final elastomer specification shall be made by COMPANY on WORK ORDER.  Compatibility testing shall be required for all production and completion fluids.

2.5   Pressure Ratings / Tests

The bodies of the completion equipment shall be rated to at least the maximum anticipated well pressures, although a higher rating may be required for individual components, (e.g., TR-SCSSV control system, hydraulic actuation, absolute pressure components, etc.).  The completions will be tested to the maximum anticipated pressures.

Pressure ratings and differential pressure requirements for the typical projects can be found on in Appendix – Well Bore Information.  In general maximum anticipated pressures are 10,000 psi – 20,000 psi.

2.6   Temperature Rating

Equipment shall be rated for the temperature range 40 degrees Fahrenheit to 275 degrees Fahrenheit with HT range to include 300 degrees Fahrenheit.

Material strengths shall be de-rated as appropriate for the temperatures.

2.7   Well Profile

Wells will range from non-deviated (straight hole) to highly deviated (70-90 degrees).  The completion intervals will range from non-deviated sections to highly deviated sections including horizontal for some OHGPs.  Average build rate for planned well paths typically will not exceed an average of 4.5 degrees per 100 ft on any well.  Dog leg severity at discrete points may be up to 10.0 degrees per 100 ft.  For more details about typical well profiles, see Part 6 – Well Bore Information.

2.8   Mud / Fluid System

The reservoir section will be drilled with synthetic oil-based mud.  The mud will be conditioned to a level between 175 and 325 US mesh using shaker screens prior to running casing.  The sand control screens will be run in clear completion brines consisting of Calcium Bromide ($CaBr_2$), Calcium Chloride ($CaCl_2$), and / or Zinc Bromide (ZnBr).

2.9   Intervention Fluids and Treatment Chemicals

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022478

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**E. Completions**

It is anticipated that the following fluids may be used for well intervention purposes and for treatment of produced and injected fluids over the life of the well. The list is not exhaustive but covers the majority of fluids that are likely to be used. Detailed fluid selection will be specified in Part 6 – Well Bore Information.

2.9.1   Hydrochloric Acid (HCl): May be used for mud cake removal during well clean-up and for $CaCO_3$ scale removal. It is anticipated that HCl acid concentrations up to 15% may be used.

2.9.2   Scale Dissolvers / EDTA: May be used for mud cake removal during well clean-up and for removal of both $BaSO_4$ and $CaCO_3$ scales.

2.9.3   Mutual Solvents: May be pumped as part of chemical stimulation or scale inhibition treatments.

2.9.4   Surfactants: May be pumped as part of chemical stimulation or scale inhibition treatments.

2.9.5   Organic Solvents: May be used for stimulation treatments.

2.9.6   Scale Inhibitors: May be used to prevent both $BaSO_4$ and $CaCO_3$ scales. Scale inhibitors will be pumped in the tubing via the chemical injection mandrel above the production packer in producers. Scale inhibitors may also be required to be pumped into the formation in squeeze treatments.

2.9.7   Methanol: May be used for hydrate removal in the upper completion and the christmas tree.

2.9.8   Glycol: May be used for hydrate inhibition.

2.9.9   Relative Permeability Modifiers: May be used for water shut-off treatments.

2.9.10  Water Shut-off Gels: May be pumped into the formation as water shut-off treatments.

2.9.11  Oxygen Scavengers: May be used in injected seawater during steady state water injection and during initial injectivity tests.

2.9.12  Corrosion Inhibitor: May be used in the injected produced water.

2.9.13  Biocide: May be used in the injected water.

2.9.14  Xylene: May be used for asphaltene remediation.


2.10   Testing and Qualification

Testing and qualification of equipment shall be performed in accordance with the standards (API, ISO etc.) that have been identified herein. Regardless as to whether or not a standard has been identified for the equipment, CONTRACTOR shall test and qualify all equipment in accordance with documented plans and procedures (see Clause 2.11 – Technical Integrity Assurance). These tests shall include analysis for all installation, tie-back, production load cases, contingency tools, and interventions. Welding, mechanical testing, and non-destructive testing shall be performed in accordance with recognized COMPANY and international standards.

CONFIDENTIAL
Business Confidential                                    BP-HZN-MBI00022479

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**E. Completions**

Additional testing and qualification may be required for non-standard (new or modified) equipment. Testing programs and procedures are subject to review and approval by COMPANY. CONTRACTOR shall perform Failure Mode Effect and Criticality Assessment (FMECA) for any downhole equipment that is of a new or modified design. COMPANY shall be given the option of taking part in FMECA programs.

All design assumptions and calculations shall be made available for audit or verification. All proposed equipment may be subjected to a COMPANY specified design review process (e.g., Detailed Design Review).

Gravel pack packers, when used as production packers, shall be qualified in accordance with API Specification 11D1 / ISO 14310 and to a design validation grade V3 for oil service and V0 for gas service. (CONTRACTOR equipment meets ISO 14310 quality grade Q2.) The API monogram shall be required.

2.11   Technical Integrity Assurance

Technical integrity assurance requirements inclusive of quality assurance, quality control, and design verification requirements are given in the following documents:

- BP-EPT-IAS-01:         Integrity Assurance Specification (IAS) for the Procurement of Critical equipment for Drilling & Completions (excluding Tubular Products).
- BP-EPT-IAS-02:         Integrity Assurance Specification (IAS) for the Procurement of Critical equipment for Drilling & Completions (excluding Tubular Products).
- BP-DC-EIA-DRP-01:   Design Review Process for Drilling, Completion and Subsea Equipment.

In cases where a BP Global QCP exists, this shall be used for critical equipment.

2.12   Marking and Traceability

Where traceability is a requirement for compliance with the respective API or other standard, CONTRACTOR shall control and record the unique identification of equipment. The components shall be marked as follows:

2.12.1   Supplier's name.

2.12.2   COMPANY Purchase Order number.

2.12.3   Supplier part number.

2.12.4   Assembly number.

2.12.5   Serial number.

2.12.6   Size and rated working pressure.

2.12.7   Date of manufacture.

2.12.8   API Monogram (as appropriate).

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022480

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**E. Completions**

2.13  Storage Requirements

CONTRACTOR is responsible for the storage and protection of all goods and materials being supplied. Goods and materials shall be adequately protected against corrosion, handling, and transportation damage through the use of suitable protection and measures which shall include, but not be limited to, the following:

2.13.1  All non-metallic completion items with the exception of fully assembled modules shall be stored in a temperature-controlled atmosphere to prevent deterioration.

2.13.2  Elastomers, including packers and seal elements, shall be stored inside an environmentally controlled atmosphere in closed lightproof packets (complete with cure date and expiration date details) and protected against mechanical damage.

2.13.3  All metallic completion equipment shall be handled, transported, and stored in accordance with BP GIS-02-207, Guidance Document for the Handling, Transportation and Storage of Casing & Tubing (OCTG) or CONTRACTOR's procedures whichever is the more stringent. Although BP GIS-02-207 is for OCTG, the same requirements shall be applied to completion equipment as appropriate.

2.13.4  All CRA materials (see BP GIS-02-207, Section 3 for definition of CRA) shall be stored away from harmful environments such as chloride-laden atmosphere (salt air).

2.13.5  All completion items including all fully assembled modules shall be properly stored (vertical and / or horizontal) under cover to prevent corrosion, contamination, and damage. Ports and bores shall be protected to prevent ingress of debris, insects (and their remains) and / or animals (and their remains).

2.13.6  All completion items including fully assembled modules shall have the appropriate preservation / protection applied as advised by the original equipment manufacturer.

2.13.7  All temporary corrosion protection fluids and greases shall be of a low sulfur type, compatible with the intended hydrocarbon service and non-damaging to the completion.

2.13.8  Thread protectors shall be used for all threaded connections (composite plastic, breathable type for premium connections, steel style for API type connections).

2.13.9  CONTRACTOR shall ensure that all sealing surfaces shall be adequately protected against corrosion, impact, and abrasion damage.

2.13.10 Shear pins shall be closely controlled to avoid the risk of improper use in assembly and preparation. Procedures shall be in place to ensure segregation of new and used shear stock and other consumable items.

2.13.11 All equipment exposed to salt / brine atmosphere / fluids and returned to CONTRACTOR for storage shall be rinsed in potable water to ensure that no salt deposit remains and that the residual chloride ion concentration of the waste water is negligible (<100 milligrams per liter or the level of atmospheric chloride concentration, whichever is greater) after the equipment has been allowed to soak for 30 minutes.

**3.0  DHFC WELLS**

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022481

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**E. Completions**

3.1   General

The DHFC BHA will consist of filter sub, splice sub, feed-through packer, triple gauges, DHFC unshrouded valve, DHFC shrouded valve, shroud, internal pup joints with landing nipples, plug or junk baskets, perforated pups, and quick connects.  Control lines and components will consist of ¼" TEC control lines, ¼" hydraulic control lines, encapsulation, cross-coupling and special protector clamps, and control line fittings.

All equipment shall have a temperature rating, burst / collapse pressure rating, as identified in Clause 2.0 of this Part 4.  Tool functionality shall be maintained at the low end of the temperature range (e.g., run in hole through mud line) although flow path sealing is not required.

All equipment shall be capable of being run and set inside the production casing as identified in Clause 2.0 of this Part 4, unless otherwise specified by COMPANY.

All equipment shall be of the appropriate metallurgy for the service required as given in Clause 2.0 of this Part 4, unless otherwise specified by COMPANY.  All components to meet requirements of NACE MR-01-75 unless otherwise stated.

3.2   Permanent Production Packer for DHFC Wells

3.2.1   General

Production packers and associated equipment shall include, but not be limited to:

- Permanent packers.
- Packer recovery tools.
- Spares inventory for equipment and tools.
- Interventionless packer setting devices.
- Retrievable or removable packers.

3.2.2   Technical Requirements

The feed-through production packer is intended to provide the primary tubing to casing barrier.

(a)   OD shall be suitable to run through and set in specified casing.

(b)   ID shall be at least as large as full bore tubing.

(c)   Packer shall have an anti-pre-set mechanism.

(d)   The slips shall be bi-directional slips with as maximum circumferential contact as practically possible.

(e)   It shall be possible to circulate through the packer while running the completion.

(f)   The packer shall be capable of being set in a hole angle of up to 85 degrees.

(g)   The packer shall have premium tubing connections as detailed in Clause 2.0 of this Part 4, unless otherwise specified by COMPANY.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022482

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**E. Completions**

(h)   Metallurgy shall be equivalent or better than tubing.

(i)   Elastomers shall be as detailed in Clause 2.0 of this Part 4, unless otherwise specified by COMPANY.

(j)   Temperature range shall be as detailed in Clause 2.0 of this Part 4, unless otherwise specified by COMPANY.

(k)   Packer shall allow for a minimum of two thread re-cuts.

(l)   Packer shall be removable (i.e., primary removal shall be cut-to-release).

(m)   Qualified packer envelopes shall be in accordance with ISO 14310 Validation Grade with V0 for gas producers or V3 for oil producers, unless otherwise specified by COMPANY.  (CONTRACTOR equipment meets ISO 14310 quality grade Q2.)

(n)   The equipment shall conform to ISO 14310 with Quality Grade of Q1. (CONTRACTOR equipment meets ISO 14310 quality grade Q2.)

(o)   The equipment shall conform to NACE MR-01-75.

(p)   Hydrostatic is preferred method of packer setting, if available.

(q)   There shall be no relative body movement during setting.

(r)   Packer shall have feed-through for six lines.

(s)   There shall be a nipple profile between the packer and the flow-control valves for secondary packer setting assistance.

## 3.3   DHFC Valves

### 3.3.1   General

Downhole flow control valves shall include, but not be limited to:

(a)   Flow control valve for upper zone.

(b)   Flow control valve for lower zone with shroud.

(c)   Plug to set beneath lower valve.

Each valve must be capable of being functioned hydraulically independent of the other valve with three hydraulic lines.  Four lines may be specified as an option.

In addition to normal operating requirements, the valves will be used during the completion operations, i.e., to set the packer and test the tubing.

### 3.3.2   Technical Requirements

(a)   Upper Valve

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022483

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**E. Completions**

(i)     Valve shall be sized to fit inside and function in casing sizes specified in Appendix 3 and/or Appendix 4.

(ii)    For choking systems, the valve shall have a fully open position, a fully closed position and at least six intermediate positions.  COMPANY will customize trim at time of WORK ORDER.

(iii)   Valve shall be suitable for 45,000 barrels per day of production or injection in the fully open position.

(iv)    For injection service, upper valve shall be equipped with a tungsten-carbide deflector to prevent casing erosion.

(v)     Control line fluid shall be water-based.

(vi)    Valve shall be able to function with 1,500 psi differential pressure.  This includes repeated opening from a closed position with 1,500 psi differential in either direction without seal degradation.

(vii)   The valve shall have a fully closed position against which the upper completion can be pressure tested to 5,000 psi during the initial installation operations.

(viii)  The valve minimum ID shall allow for normal retrieval of shroud plug.

(ix)    Collapse, burst, tensile, and compressive ratings shall be equal to or greater than those of the adjacent tubing.

(x)     Valve shall be able to go to fully closed on one hydraulic pressure cycle.

(xi)    Valve shall be suitable for dog leg severity of up to 6.0 degrees per 100 feet.

(b)    Lower Valve

(i)     Maximum OD shall be 7.5" to allow sufficient flow by area to upper zone.

(ii)    For choking systems, the valve shall have a fully open position, a fully closed position and at least six intermediate positions.  COMPANY will customize trim at time of WORK ORDER.

(iii)   Valve shall be suitable for 45,000 barrels per day of production or injection in the fully open position.

(iv)    Control line fluid shall be water-based.

(v)     Valve shall be able to function with 1,500 psi differential pressure.  This includes repeated opening from a closed position with 1,500 psi differential in either direction without seal degradation.

(vi)    The valve shall have a fully closed position against which the upper completion can be pressure tested to 5,000 psi during the initial installation operations.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022484

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**E. Completions**

(vii)   For injection the design shall ensure that the water flow does not risk compromising the integrity of the shroud by a hydro jetting effect.

(viii)   The valve minimum ID shall be suitable for specified production and injection rates.

(ix)   The valve minimum ID shall allow for normal retrieval of plug.

(x)   Collapse, burst, tensile, and compressive ratings shall be equal to or greater than those of the adjacent tubing.

(xi)   Maximum valve closure time from any position 10 minutes to minimize cross flow.

(xii)   Valve shall be suitable for dog leg severity of up to 6.0 degrees per 100 feet

3.4   Flow Control Systems and Other Subsidiary Items

3.4.1   General

Flow Control systems and subsidiary items shall include, but not be limited to:

- Landing nipples.

- Wireline entry guides (WEGs).

- Crossovers.

3.4.2   Technical Requirements

(a)   Landing Nipples

(i)   Landing nipples shall conform to ISO 16070.  ISO 16070 Quality Grade Q1 and Validation Grade V2 shall apply.

(ii)   Material shall comply with API and NACE MR-01-75.

(iii)   A no go shoulder shall be required only for locating and setting flow control devices and shall not be a load bearing point; therefore, no go sizing shall be minimized.

(iv)   The landing nipple shall have a standard pressure rating as determined by the pressure rating of the tubing connection.  Further details can be found in Appendix 3 and/or Appendix 4.

(v)   Ideally the nipple profile shall be designed in such a way as to allow for Original Equipment Manufacturer (OEM) locks to be utilized where necessary.

(vi)   Landing nipples shall have premium tubing connections as detailed in Clause 2.0 of this Part 4, unless otherwise specified by COMPANY.

(b)   Locks

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022485

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**E. Completions**

(i)    The lock shall be retrievable at all times during the life of the well.

(ii)    The lock shall be designed so that it may only be located and set in a proper nipple profile.

(iii)    The lock shall have a standard pressure rating as determined by the pressure rating of the tubing connection.  Further details can be found in Appendix 3 and/or Appendix 4.

(iv)    Locks shall conform to ISO 16070, Quality Grade Q1 and Validation Grade V2 shall apply.

(v)    The lock shall have a simple and rugged construction minimizing moving parts e.g., expander mandrel and lock dogs.

(vi)    The lock shall have no springs behind lock dogs.

(vii)    The lock shall be designed to withstand sand and small debris.

(viii)    The locks shall have large area, pressure-bearing locking dogs for greater pressure capabilities from above and below.  Lock dogs shall be the pressure / load bearing point and not the no go.

(ix)    Lock dogs shall be designed to lift the no go off the locating point when in the set position.  This will eliminate no go swaging.

(x)    The lock shall have a positive locking mechanism that prevents vibration affects from un-seating the locks.

(xi)    The lock shall have an external fishing neck for easy retrieval.

(xii)    The lock shall have a smooth bore inside that inhibits corrosion or sticking by foreign elements.

(xiii)    The lock shall have a positive locking indicator in the running tool to confirm that the lock is set as designed.

(xiv)    The lock shall be compatible with standard wireline equipment, coiled tubing equipment, and electric line tractors.

(xv)    A junk basket shall be required that has an ID that will fit inside the tubing so that debris will not fall down outside of basket.

(c)    Crossovers

(i)    The length shall allow for at least two re-cuts of each thread.

(ii)    The length will allow a minimum of 5-7/8" space after re-cuts, plus 2" clearance plus marking area.

(iii)    The maximum total length shall be 24".

(iv)    Crossovers shall be manufactured in accordance with ISO 11960 (API 5CT) and BP GIS-02-203.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022486

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**E. Completions**

(v)   Crossovers shall have premium tubing connections as detailed in Clause 2.0 of this Part 4, unless otherwise specified by COMPANY.

## 3.5   Quick Connect Sub

### 3.5.1   General

The quick connect sub is to negate the need for rotation of the DHFC assembly during the make up to the dip tube.

### 3.5.2   Technical Requirements

(a)   The tensile / compressive rating shall be greater than tubing thread.

(b)   The quick connect sub shall have an anti rotational lock capable of having limited (greater than 5,000 ft-lbs) torque put through it.

(c)   The quick connect sub shall be equipped with a premium seal stack good for production or injection loads (no o-rings).

(d)   The quick connect sub shall be externally testable.

## 3.6   Downhole Gauges for DHFC Wells

### 3.6.1   General

Downhole gauges and associated equipment shall include, but not be limited to:

- Downhole Pressure / Temperature gauge(s).
- Cable head.
- Gauge mandrel.
- Cable.
- Control line.
- Card for the Subsea Control Module.

Continuous data read-outs shall be required on the rig throughout the installation process.   Continuous data collection shall be required after the well has been completed.

The gauge connectors at the hanger, tree, tubing hanger running tool, emergency disconnect package, etc., will be supplied by others.   The gauge mandrel shall not form a choke to flow, i.e., its internal bore shall be at least as large as that of the tubing.

### 3.6.2   Technical Requirements

(a)   Gauge Mandrels

(i)   Gauge mandrel shall be designed to the same tension, compression, burst and collapse ratings equal to or greater than those of the adjacent tubing.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022487

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**E. Completions**

(ii)   Metallurgy shall be equivalent or better than tubing.

(iii)  ID shall be at least as large as full bore tubing.

(iv)   Gauge mandrel shall have a one-piece body.

(v)    Gauge mandrel shall have premium tubing connections as detailed in Clause 2.0 of this Part 4, unless otherwise specified by COMPANY.

(vi)   Three gauges shall be provided to give pressure and temperature readings in the following locations:

-   Inside tubing above upper valve (ported inwards – capable of reading tubing pressure and temperature above DHFC valves).

-   In the tubing-by-casing annulus at upper valve (Ported outwards – capable of reading pressure and temperature from upper zone when valve is closed).

-   Inside tubing below lower valve (Fitted with snorkel tube and ported to below the lower DHFC valve – capable of reading pressure and temperature from lower zone when valve is closed).

(vii)  Gauge mandrel shall be below drift in casing including allowance for passage of the hydraulic lines for DHFC valves.

(b)   Pressure and Temperature Gauges

(i)    These requirements shall be met:

**Pressure and Temperature Gauge Specifications**

| Type | Range | Max Drift | Accuracy | Resolution |
|------|-------|-----------|----------|------------|
| Pressure | 1,000 – 15,000 psi | 3 psi per yr | +/- 43 psi | 0.01 psi |
| Temperature | 40 – 275 degrees Fahrenheit | +/- 0.09 degrees Fahrenheit per year | +/- 1.8 degrees Fahrenheit | 0.002 degrees Fahrenheit |

(ii)   Sampling rate shall be one date point per second.

(iii)  Quartz gauges shall be used.

(iv)   Gauges shall be protected from shocks by design, and the efficiency of protection shall be tested and documented.  A shock tolerance of 11 g shall be required.

(v)    Gauges shall be tested to confirm resistance to vibration.  Vibration resistance test procedures and results shall be fully documented.

(vi)   Gauges shall be isolated from well-bore fluids and shall be unaffected by pressure breathing.

(vii)  Isolation seals shall be metal-to-metal and back-up elastomeric seals shall be of a material specified in Clause 2.0 of this Part 4.  Final seal choice shall be made by COMPANY on WORK ORDER.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022488

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**E. Completions**

(viii)  Cable head shall be externally testable.

(ix)  Cable head shall be of thread and ferrule type.  Welded cable head connections shall not be accepted.

(x)  One gauge shall be ported into tubing, one gauge shall be ported outward to the annulus, and one gauge shall be fitted with a snorkel tube and ported to the lower DHFC valve shroud.

(c)  SCM Card

The card shall interface successfully with the subsea production system.

(d)  Cable and Accessories

(i)  Cable shall have an Incoloy 825 sheath.

(ii)  Cable shall be encapsulated with Santoprene or Halor equivalent Polymide thermoplastic, unless otherwise specified by COMPANY. Further details can be found in Part 6 – Well Bore Information for representative well types.

(iii)  Size and flat pack configuration shall be indicated on specified in Appendix 3 and/or Appendix 4.  Lengths shall be specified by COMPANY on WORK ORDER.

3.7  Control Lines and Accessories

3.7.1  General

The gauge lines and other control lines within the completion may be flat packed together if this is deemed to be the most efficient for installation by COMPANY.

3.7.2  Technical Requirements

(a)  General

(i)  All lines shall be seamless or welded and floating plug drawn bright-annealed or welded lines in Incoloy 825.  COMPANY shall specify requirement on WORK ORDER.

(ii)  CONTRACTOR shall supply Incoloy 825 twin ferrule compression fittings suitable for use at working pressure.  Further details can be found in Appendix – Well Bore Information for representative well types.

(iii)  Fittings shall either be Autoclave brand or be another brand approved by COMPANY.

(iv)  The lines shall be encapsulated with thermoplastic material, which has a minimum thickness of 2 mm (Santoprene or Halor equivalent Polymide thermoplastic).  Further details can be found in Appendix 3 and/or Appendix 4 for representative well types.

(v)  Fluid cleanliness shall be to NAS-1638v Class 6 or cleaner.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022489

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**E. Completions**

  (vi) Temperature rating shall be 40 to 275 degrees Fahrenheit.

 (b) Electrical Line

  (i) Working pressure as specified in Appendix – Well Bore Information with adequate factors of safety to be provided.

  (ii) Hardness of line shall meet or exceed NACE MR-01-75 specification for sour service, as appropriate.

  (iii) Cable shall be copper mono-conductor (compatible with gauges).

  (iv) Cable shall be suitably armored for deployment conditions.

 (c) DHFC Control Lines

  (i) Working pressure as specified in Part 6 – Well Bore Information with adequate factors of safety to be provided.

  (ii) Hardness of line shall meet or exceed NACE MR-01-75 specification for sour service, as appropriate.

 (d) Splice Subs

  (i) Splice sub shall be quoted with and without an engineered communication between the three lines to allow for intervention valve movement.  This communication pathway shall not hinder normal operation of the DHFC valves.

  (ii) Splice sub shall provide ease of module make up and installation allowing for assemblies to be pre-made-up and tested onshore to minimize critical path rig time during installation.

  (iii) Collapse, burst, tensile, and compressive ratings shall be equal to or greater than those of the adjacent tubing.

  (iv) Metallurgy shall be equivalent or better than tubing.

  (v) ID shall be at least as large as adjacent tubing.

  (vi) Splice sub shall be below drift of casing.

  (vii) Splice sub shall meet the requirements of NACE MR-01-75 specification for sour service, as appropriate.

3.8 Line Protectors

 3.8.1 General

  Protectors shall include cross coupling protectors and specialty protectors (e.g., TR-SCSSV and other BHAs).

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022490

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**E. Completions**

Details on the number of control lines and flat pack configurations shall be specified by COMPANY on WORK ORDER.  Appendix 3 and/or Appendix 4 contains recommended configurations.

The protectors shall protect and support the various lines along the tubing at their most vulnerable positions.  At the tubing couplings, it is necessary to clamp one cross coupling protector.  At the completion components, it is recommended to use one protector at each end, which do not cover the lines but give a good curve and alignment to the lines.

Protectors shall protect the lines from potential damage caused by any part of the well completion process, especially caused by the dynamic motion of the tubing in the well bore.  They shall support the lines with no slippage.

The protectors shall align the tubing in such a way that the protectors do not impede the completion, running smoothly into the production casing.  In addition, they shall be retrievable and reusable if the completion is pulled.

3.8.2   Technical Requirements

(a)   Lines shall be supported with no slippage.

(b)   Line protectors shall have a flat pack grip capacity equivalent to at least 90 feet of flat pack weight.

(c)   Line protectors shall have chamfered edges to prevent hang up while running in or out of the well.

## 4.0   REFERENCES

ISO 11960 (API Spec 5CT):   Petroleum and natural gas industries – Steel pipes for use as casing or tubing for wells.

ISO 14310 (API Spec 11D1):   Petroleum and natural gas industries – Downhole equipment – packers and bridge plugs.

NACE MR-01-75:   Sulfide stress cracking resistant materials for oilfield equipment.

API Specification 6A718:   Specification of Nickel Base Alloy 718 (UNS N07718) for Oil and Gas Drilling and Production Equipment.  1st Edition March 2004*

* - Note In addition to the requirements of API Spec 6A718, COMPANY has a further requirement that the minimum total hot work reduction ratio shall be 4:1 and not 3.75:1 as per Section 4.1.3.1 of API6A718.

BP References:

GIS 02-201:   Specification for OCTG Seamless Casing & Tubing (Standard Grades).

GIS-02-203:   Specification for OCTG Crossover Connectors.

GIS-02-204:   Specification for OCTG Sour Resistant Grade C110 Low Alloy Steel OCTG Seamless Casing.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022491

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**E. Completions**

GIS-02-205:      Specification for Duplex and Super Duplex 25% Chrome Stainless Steel Seamless Pipe.

GIS-02-206:      Specification for Duplex and Super Duplex 25% Chrome Stainless Steel Seamless Pipe.

BP-EPT-IAS-01:   Integrity Assurance Specification – For the Procurement of Critical equipment for Drilling and Completions.

For undated references, the latest edition of the normative document referred to applies.

## 5.0   DEFINITIONS AND ABBREVIATIONS

For the purposes of this Part 4 – Intelligent Wells, the following definitions and abbreviations will apply:

| | |
|---|---|
| AISI: | American Iron and Steel Institute |
| API: | American Petroleum Institute |
| BHA: | Bottom Hole Assembly |
| bpm: | Barrels per minute |
| CHFP: | Cased Hole Frac Pack |
| CRA: | Corrosion-Resistant Alloy |
| DHFC: | Downhole Flow Control |
| EDTA: | Ethylenediamine Tetraacetic Acid |
| FLCV: | Fluid Loss Control Valve |
| FMECA: | Failure Mode Effect and Criticality |
| GoM: | Gulf of Mexico |
| GP: | Gravel Pack |
| HT: | High Temperature |
| IAS: | Integrity Assurance Specification |
| ID: | Internal Diameter |
| ISO: | International Organization for Standardization |
| NACE: | National Association of Corrosion Engineers |
| NAS: | National Aerospace Standard |
| OD: | Outside Diameter |
| OEM: | Original Equipment Manufacturer |
| OHGP: | Open Hole Gravel Pack |
| psi: | Pounds Per Square Inch |
| QA: | Quality Assurance |
| QC: | Quality Control |
| QCP: | Quality Control Plan |
| RIH: | Run in Hole |
| SOBM: | Synthetic Oil-Based Mud |
| SOR: | Statement of Requirements |
| TEC: | Twisted Encapsulated Conductor |
| TR-SCSSV: | Tubing Retrieved Surface Controlled Subsurface Safety Valve |
| WBM: | Water-Based Mud |
| WEG: | Wireline Entry Guide |

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022492

## Part 5 – Upper Completions

**1.0   INTRODUCTION**

These are the functional and technical specifications for Upper Completions.

**2.0   GENERAL REQUIREMENTS**

   2.1   Production Casing and Tubing Summary

   Casing sizes for the typical wells can be found in Part 6 – Well Bore Information for representative well types.  Tubing sizes for the individual projects can be found in Appendix 3 and/or Appendix 4.

   2.2   Connections

   Unless specified otherwise herein, connections shall be a VAM-type premium connection.

   2.3   Metallurgy

   All completion component metallurgy shall be an equivalent or superior grade to the tubing unless otherwise specified by COMPANY.  All selection of materials shall be subject to COMPANY approval.

   The producers shall have a minimum grade of ISO 11960 (API 5CT) L80 13Cr, AISI 410 or AISI 420 modified.  COMPANY may specify Super 13Cr or 25Cr.  If a high strength alternative is required, it shall be Alloy 718 or equivalent.  Injectors shall have a minimum grade of 25Cr, with nickel alloy 718 or equivalent as approved by COMPANY.  COMPANY may require high strength alternatives to meet project requirements.

   All components made from L80 13Cr, AISI 410 or AISI 420 modified shall conform to ISO 11960 (API 5CT), BP GIS-02-201 and BP GIS-02-203.  All Super Duplex stainless steel shall conform to ISO 11960, BP GIS-02-206, and BP GIS-02-204.

   All components made from Alloy 718 shall conform to API Specification API 6A718.  COMPANY has a further requirement that the minimum total hot work reduction ratio shall be 4:1 and not 3.75:1, as per Section 4.1.3.1 of API 6A718.  All equipment material selection shall be subject to a metallurgy review to ensure acceptability regarding corrosion / erosion performance, material specifications and supplier qualification.

   All components shall meet the requirements of NACE MR-01-75 unless otherwise stated by COMPANY on WORK ORDER.

   2.4   Elastomers

   Examples of production, completion, and intervention fluids that will be seen by the wells throughout field-life are Sodium Chloride / Bromide, Calcium Chloride / Bromide brines, natural gas, condensates, and gravel / frac packing fluids.  Recommendations shall be made

CONFIDENTIAL
Business Confidential

for elastomers that are suitable for project conditions.  Elastomer recommendations shall be subject to COMPANY approval but suggested elastomers are as follows:

**Typical Elastomer Seals**

| Seal Type | Elastomer |
|---|---|
| Packer elements | HNBR, Nitrile, CHEMRAZ, AFLAS, Viton |
| Chevron sets | HNBR, FKM, Viton, plus PTFE, plus PEEK |
| O-rings, T-seals etc | HNBR, FKM, Viton, plus PEEK back-ups |
| Safety valve | Non-elastomer |

Final elastomer specification shall be made by COMPANY on WORK ORDER.  Compatibility testing shall be required for all production and completion fluids.

## 2.5   Pressure Ratings / Tests

The bodies of the completion equipment shall be rated to at least the maximum anticipated well pressures, although a higher rating may be required for individual components, (e.g., TR-SCSSV control system, hydraulic actuation, absolute pressure components, etc.).  The completions will be tested to the maximum anticipated pressures.

Pressure ratings and differential pressure requirements for the typical projects can be found in Appendix – Well Bore Information.  In general maximum anticipated pressures are 10,000 psi – 20,000 psi.

## 2.6   Temperature Rating

Equipment shall be rated for the temperature range 40 degrees Fahrenheit to 275 degrees Fahrenheit with HT range to include 300 degrees Fahrenheit.

Material strengths shall be de-rated as appropriate for the temperatures.

## 2.7   Well Profile

Wells will range from non-deviated (straight hole) to highly deviated (70-90 degrees).  The completion intervals will range from non-deviated sections to highly deviated sections including horizontal for some OHGPs.  Average build rate for planned well paths typically will not exceed an average of 4.5 degrees per 100 ft on any well.  Dog leg severity at discrete points may be up to 10.0 degrees per 100 ft.  For more details about typical well profiles, see Part 6 – Well Bore Information.

## 2.8   Mud / Fluid System

The reservoir section will be drilled with synthetic oil-based mud.  The mud will be conditioned to a level between 175 and 325 US mesh using shaker screens prior to running casing.  The sand control screens will be run in clear completion brines consisting of Calcium Bromide ($CaBr_2$), Calcium Chloride ($CaCl_2$), and / or Zinc Bromide (ZnBr).

## 2.9   Intervention Fluids and Treatment Chemicals

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022494

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**E. Completions**

It is anticipated that the following fluids may be used for well intervention purposes and for treatment of produced and injected fluids over the life of the well. The list is not exhaustive but covers the majority of fluids that are likely to be used. Detailed fluid selection will be specified in Part 6 – Well Bore Information.

2.9.1 Hydrochloric Acid (HCl): May be used for mud cake removal during well clean-up and for $CaCO_3$ scale removal. It is anticipated that HCl acid concentrations up to 15% may be used.

2.9.2 Scale Dissolvers / EDTA: May be used for mud cake removal during well clean-up and for removal of both $BaSO_4$ and $CaCO_3$ scales.

2.9.3 Mutual Solvents: May be pumped as part of chemical stimulation or scale inhibition treatments.

2.9.4 Surfactants: May be pumped as part of chemical stimulation or scale inhibition treatments.

2.9.5 Organic Solvents: May be used for stimulation treatments.

2.9.6 Scale Inhibitors: May be used to prevent both $BaSO_4$ and $CaCO_3$ scales. Scale inhibitors will be pumped in the tubing via the chemical injection mandrel above the production packer in producers. Scale inhibitors may also be required to be pumped into the formation in squeeze treatments.

2.9.7 Methanol: May be used for hydrate removal in the upper completion and the christmas tree.

2.9.8 Glycol: May be used for hydrate inhibition.

2.9.9 Relative Permeability Modifiers: May be used for water shut-off treatments.

2.9.10 Water Shut-off Gels: May be pumped into the formation as water shut-off treatments.

2.9.11 Oxygen Scavengers: May be used in injected seawater during steady state water injection and during initial injectivity tests.

2.9.12 Corrosion Inhibitor: May be used in the injected produced water.

2.9.13 Biocide: May be used in the injected water.

2.9.14 Xylene: May be used for asphaltene remediation.

2.10 Testing and Qualification

Testing and qualification of equipment shall be performed in accordance with the standards (API, ISO etc.) that have been identified herein. Regardless as to whether or not a standard has been identified for the equipment, CONTRACTOR shall test and qualify all equipment in accordance with documented plans and procedures (see Clause 2.11 – Technical Integrity Assurance). These tests shall include analysis for all installation, tie-back, production load cases, contingency tools, and interventions. Welding, mechanical testing, and non-destructive testing shall be performed in accordance with recognized COMPANY and international standards.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022495

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**E. Completions**

Additional testing and qualification may be required for non-standard (new or modified) equipment. Testing programs and procedures are subject to review and approval by COMPANY. CONTRACTOR shall perform Failure Mode Effect and Criticality Assessment (FMECA) for any downhole equipment that is of a new or modified design. COMPANY shall be given the option of taking part in FMECA programs.

All design assumptions and calculations shall be made available for audit or verification. All proposed equipment may be subjected to a COMPANY specified design review process (e.g., Detailed Design Review).

Gravel pack packers, when used as production packers, shall be qualified in accordance with API Specification 11D1 / ISO 14310 and to a design validation grade V3 for oil service and V0 for gas service. (CONTRACTOR equipment meets ISO 14310 quality grade Q2.) The API monogram shall be required.

2.11  Technical Integrity Assurance

Technical integrity assurance requirements inclusive of quality assurance, quality control, and design verification requirements are given in the following documents:

- BP-EPT-IAS-01:          Integrity Assurance Specification (IAS) for the Procurement of Critical equipment for Drilling & Completions (excluding Tubular Products).
- BP-EPT-IAS-02:          Integrity Assurance Specification (IAS) for the Procurement of Critical equipment for Drilling & Completions (excluding Tubular Products).
- BP-DC-EIA-DRP-01:    Design Review Process for Drilling, Completion and Subsea Equipment.

In cases where a BP Global QCP exists, this shall be used for critical equipment.

2.12  Marking and Traceability

Where traceability is a requirement for compliance with the respective API or other standard, CONTRACTOR shall control and record the unique identification of equipment. The components shall be marked as follows:

2.12.1  Supplier's name.

2.12.2  COMPANY Purchase Order number.

2.12.3  Supplier part number.

2.12.4  Assembly number.

2.12.5  Serial number.

2.12.6  Size and rated working pressure.

2.12.7  Date of manufacture.

2.12.8  API Monogram (as appropriate).

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022496

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**E. Completions**

2.13  Storage Requirements

CONTRACTOR is responsible for the storage and protection of all goods and materials being supplied.  Goods and materials shall be adequately protected against corrosion, handling, and transportation damage through the use of suitable protection and measures which shall include, but not be limited to, the following:

2.13.1  All non-metallic completion items with the exception of fully assembled modules shall be stored in a temperature-controlled atmosphere to prevent deterioration.

2.13.2  Elastomers, including packers and seal elements, shall be stored inside an environmentally controlled atmosphere in closed lightproof packets (complete with cure date and expiration date details) and protected against mechanical damage.

2.13.3  All metallic completion equipment shall be handled, transported, and stored in accordance with BP GIS-02-207, Guidance Document for the Handling, Transportation and Storage of Casing & Tubing (OCTG) or CONTRACTOR's procedures whichever is the more stringent.  Although BP GIS-02-207 is for OCTG, the same requirements shall be applied to completion equipment as appropriate.

2.13.4  All CRA materials (see BP GIS-02-207, Section 3 for definition of CRA) shall be stored away from harmful environments such as chloride-laden atmosphere (salt air).

2.13.5  All completion items including all fully assembled modules shall be properly stored (vertical and / or horizontal) under cover to prevent corrosion, contamination, and damage.  Ports and bores shall be protected to prevent ingress of debris, insects (and their remains) and / or animals (and their remains).

2.13.6  All completion items including fully assembled modules shall have the appropriate preservation / protection applied as advised by the original equipment manufacturer.

2.13.7  All temporary corrosion protection fluids and greases shall be of a low sulfur type, compatible with the intended hydrocarbon service and non-damaging to the completion.

2.13.8  Thread protectors shall be used for all threaded connections (composite plastic, breathable type for premium connections, steel style for API type connections).

2.13.9  CONTRACTOR shall ensure that all sealing surfaces shall be adequately protected against corrosion, impact, and abrasion damage.

2.13.10 Shear pins shall be closely controlled to avoid the risk of improper use in assembly and preparation.  Procedures shall be in place to ensure segregation of new and used shear stock and other consumable items.

2.13.11 All equipment exposed to salt / brine atmosphere / fluids and returned to CONTRACTOR for storage shall be rinsed in potable water to ensure that no salt deposit remains and that the residual chloride ion concentration of the waste water is negligible (<100 milligrams per liter or the level of atmospheric chloride concentration, whichever is greater) after the equipment has been allowed to soak for 30 minutes.

**3.0   UPPER COMPLETION EQUIPMENT**

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022497

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**E. Completions**

3.1   General

The Upper Completion Equipment shall include the equipment that starts after the installation of the lower completion.

3.2   Production Packers and Associated Equipment

3.2.1   General

Production packers and associated equipment shall include, but not be limited to:

(a)   Permanent packers.

(b)   Packer recovery tools

(c)   Spares Inventory for equipment and tools.

(d)   Intervention-less packer setting devices.

(e)   Retrievable or removable packers.

COMPANY aims to install its completions in a single trip, i.e., with no wireline or coiled tubing (CT) operations.  The completion shall include a device to set the packer remotely from surface without the requirement for any wireline work.  A secondary setting mechanism shall be provided in the event that the primary mechanism fails.

The upper completion shall isolate any potential weak points in the lower completion (i.e., gravel pack closure sleeve).

3.2.2   Technical Requirements

(a)   Permanent Production Packer for Non-DHFC Wells

(i)   OD shall be suitable to run through and set in specified casing.

(ii)   ID shall be at least as large as full bore tubing.

(iii)   Packer shall have a one piece body.

(iv)   Packer shall have an anti-pre-set mechanism.

(v)   The slips shall be bi-directional slips with as maximum circumferential contact as practically possible.

(vi)   It shall be possible to circulate through the packer while running the completion.

(vii)   The packer shall be capable of being set in a hole angle of up to 85 degrees.

(viii)   The packer shall have premium tubing connections as detailed in Clause 2.0 of this Part 5, unless otherwise specified by COMPANY.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022498

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**E. Completions**

(ix)    Metallurgy shall be equivalent or better than tubing.

(x)    Elastomers shall be as detailed in Clause 2.0 of this Part 5, unless otherwise specified by COMPANY.

(xi)    Temperature range shall be as detailed in Clause 2.0 of this Part 5, unless otherwise specified by COMPANY.

(xii)    Differential pressure rating shall be range from 10,000 psi to 15,000 psi, as specified in Appendix 3 and/or Appendix 4.

(xiii)    Packer shall allow for a minimum of two thread re-cuts.

(xiv)    Packer shall be suitable for production fluids and completion / intervention fluids. Further details can be found in Appendix – Well Bore Information for representative well types.

(xv)    Packer shall be removable (i.e., primary removal shall be cut-to-release).

(xvi)    Qualified packer envelopes shall be in accordance with ISO 14310 Validation Grade with V0 for gas producers or V3 for oil producers, unless otherwise specified by COMPANY.  (CONTRACTOR equipment meets ISO 14310 quality grade Q2.)

(xvii)    The equipment shall conform to ISO 14310 with Quality Grade of Q1. (CONTRACTOR equipment meets ISO 14310 quality grade Q2.)

(xviii)    The equipment shall conform to NACE MR-01-75.

(xix)    Hydrostatic is preferred method of packer setting, if available.

(b)    Pressure Cycled Disappearing Plug

This shall be the setting module for internal testing of tubing while running in hole and setting production packer.

(i)    The plug shall be a one trip system.

(ii)    The plug shall have full bore access when the valve is open.

(iii)    The plug shall be a closed disc or ball valve.

(iv)    The plug shall hold pressure from above not below.

(v)    The valve shall be cycled open after a pre-determined number of pressure cycles to allow full bore access to the tail pipe.

(vi)    The plug shall allow for the tubing to fill up while running the completion string through a companion tool.

(vii)    The plug shall allow for pressure testing of the completion string while running.

(viii)    The plug OD shall suit maximum casing weight ID, but below the casing drift diameter.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022499

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**E. Completions**

(ix)    The plug shall have an ultra slim OD design.  Particular attention to slim line designs shall be within the scope of supply.

(x)    The plug shall have premium tubing connections as detailed in Clause 2.0 of this Part 5, unless otherwise specified by COMPANY.

### 3.3   Polished Bore Receptacle (PBR) and Dynamic Seals

#### 3.3.1   General

The PBR and associated equipment shall include, but not be limited to:

(a)    PBR

(b)    Dynamic seal stack

(c)    Shearable release mechanism

(d)    Mule Shoe

The upper completion may be run with a lower most seal assembly and latch to engage the gravel pack / production packer.  The seals will be spaced out so that they straddle the port closure sleeve.

#### 3.3.2   Technical Requirements

(a)    OD shall be suitable to run through and set in specified casing.

(b)    The seal stack shall be of minimal cross section area to reduce piston forces, but not compromise performance.

(c)    ID shall be able to accommodate the seals.

(d)    Compressive strength when fully landed out shall be equivalent to tubing.

(e)    PBR shall be able to run through dog leg severity of up to 10 degrees per 100 ft (instantaneous) and extended dog leg severity of 4.5 degrees per 100 ft.

(f)    Bonded type seals shall be preferred, for reliability and easy stabbing in high deviations.

(g)    The PBR shall have premium tubing connections as detailed in Clause 2.0 of this Part 5, unless otherwise specified by COMPANY.

(h)    The number of internal body connections shall be minimized.  Internal body connections shall have metal-to-metal seals with backup resilient seal.

(i)    Metallurgy shall be equivalent or better than tubing.

(j)    Elastomers shall be as detailed in Clause 2.0 of this Part 5, unless otherwise specified by COMPANY.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022500

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**E. Completions**

(k)     Temperature range shall be as detailed in Clause 2.0 of this Part 5, unless otherwise specified by COMPANY.

(l)     Dynamic sealing capacity shall have 20 year design life.  Demonstrated performance testing shall be required to confirm required performance with expected downhole pressure and temperature conditions.  Seal testing shall be approved by COMPANY.

(m)    PBR shall allow for a minimum of two thread re-cuts.

(n)     PBR shall be suitable for production fluids and completion / intervention fluids. Further details can be found in Appendix – Well Bore Information for representative well types.

(o)     Seal assembly shall allow for 20 – 110 ft of movement plus length required to cover port closure sleeve.  Further details can be found in Appendix 3 and/or Appendix 4 for representative well types.

(p)     A prepared bottom sub to provide easy entry into the polished bore receptacle shall be provided and shall be designed in such a way as to not impede access or retrieval of slick line, electric line or coiled tubing tools.

(q)     The equipment shall conform to ISO 14310 with Quality Grade of Q1. (CONTRACTOR equipment meets ISO 14310 quality grade Q2.)

(r)     The equipment shall conform to NACE MR-01-75.

3.4    Contraction (Space Out) Joint

3.4.1    General

A contraction joint (space out assembly) shall be included in the upper completion for space out.  It will be used to accommodate potential tally error and to allow for picking up the upper completion to orient the tubing hanger.  When a production packer is run, the pressure sealing capabilities of the space out device must take into account the packer setting mechanisms and accommodate as necessary.  This includes taking account of any trapped annulus that may hinder setting of the packer or reduce packer load envelope.

3.4.2    Technical Requirements

(a)     Sealing (DHFC Wells)

(i)     OD shall be suitable to run through and set in specified casing.

(ii)    ID shall be at least as large as full bore tubing.

(iii)   The space out joint shall have premium tubing connections as detailed in Clause 2.0 of this Part 5, unless otherwise specified by COMPANY.

(iv)    Metallurgy shall be equivalent or better than tubing.

(v)     Elastomers shall be as detailed in Clause 2.0 of this Part 5, unless otherwise specified by COMPANY.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022501

     (vi)    Temperature range shall be as detailed in Clause 2.0 of this Part 5, unless otherwise specified by COMPANY.

     (vii)   The system shall not allow excessive pressure (greater than 3,000 psi) to develop in the annulus between the production packer and gravel pack packer.

     (viii)  The space out joint shall have a shear value of approx 80,000 lbs. The space out joint shall be capable re-setting without pulling the upper completion.

     (ix)    The space out joint shall have a stroke length of 110 feet, unless otherwise specified by COMPANY.

  (b)    Non-Sealing

     (i)    OD shall be suitable to run through and set in specified casing.

     (ii)   ID shall be at least as large as full bore tubing.

     (iii)  The space out joint shall have premium tubing connections as detailed in Clause 2.0 of this Part 5, unless otherwise specified by COMPANY.

     (iv)  Metallurgy shall be equivalent or better than tubing.

     (v)   Elastomers shall be as detailed in Clause 2.0 of this Part 5, unless otherwise specified by COMPANY.

     (vi)   Temperature range shall be as detailed in Clause 2.0 of this Part 5, unless otherwise specified by COMPANY.

     (vii)  The system shall not allow excessive pressure (greater than 3,000 psi) to develop in the annulus between the production packer and gravel pack packer.

     (viii) The space out joint shall have a shear value of approx 30,000 – 50,000 lbs. The space out joint shall be capable re-setting without pulling the upper completion.

     (ix)   The space out joint shall have a stroke length of 110 feet, unless otherwise specified by COMPANY.

**3.5**   Downhole Chemical Injection System

**3.5.1**  General

Downhole chemical injection systems shall include, but not be limited to:

(a)    Chemical injection mandrel.

(b)    Chemical injection check valve.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022502

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**E. Completions**

The system shall be equipped with a redundant dual check valve. The check valve shall require an initiation pressure to open, designed to avoid free flow by gravity. The system shall be equipped with a burst disk in addition to the check valves in order to allow the chemical injection line to be pressure tested. During installation it shall be possible to test the check valve integrity and to test the tubing without shearing the burst disk.

3.5.2   Technical Requirements

(a)   Collapse, burst, tensile, and compressive ratings shall be equal to or greater than those of the adjacent tubing.

(b)   Metallurgy shall be equivalent or better than tubing.

(c)   Elastomers shall be as detailed in Clause 2.0 of this Part 5, unless otherwise specified by COMPANY.

(d)   Temperature range shall be as detailed in Clause 2.0 of this Part 5, unless otherwise specified by COMPANY.

(e)   ID shall be at least as large as full bore tubing.

(f)   Mandrel shall have a one piece body.

(g)   The mandrel shall have premium tubing connections as detailed in Clause 2.0 of this Part 5, unless otherwise specified by COMPANY.

(h)   The mandrel shall fit in specified production casing and allow for the passage of applicable control lines (downhole pressure and temperature, chemical injection, and / or DHFC).

(i)   The system shall have metal to metal seals for the valves and injection line connections.

(j)   The system shall have a chemical passage consistent with the injection line ID (1/4", 3/8", and 5/8", as specified by COMPANY), including the check valve.

(k)   The system shall interface successfully with tubing hanger and tree. Any potential interface issues shall be identified by CONTRACTOR and further work will be done post contract award.

(l)   CONTRACTOR shall demonstrate flow performance system testing (lines, valves, life-cycle, etc.).

(m)   The system shall have injection valve springs to prevent loss of chemical.

(n)   The equipment shall conform to the following standards:

(i)   NACE MR-01-75.

(ii)   ISO 11960 (API Spec 5CT).

3.6   Flow Control Systems and Other Subsidiary Items

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022503

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**E. Completions**

3.6.1   General

Flow control systems and subsidiary items shall include, but not be limited to:

(a)   Landing nipples.

(b)   Wireline Entry Guides (WEGs).

(c)   Crossovers

3.6.2   Technical Requirements

(a)   Flow Control System

(i)   There shall be one profile in the TR-SCSSV.

(ii)   Contingency designs for open hole sand face completions shall include two further profiles, above and below the packer.

(iii)   Collapse, burst, tensile, and compressive ratings shall be equal to or greater than those of the adjacent tubing.

(iv)   Metallurgy shall be equivalent or better than tubing.

(v)   The flow control system shall have premium tubing connections as detailed in Clause 2.0 of this Part 5, unless otherwise specified by COMPANY.

(vi)   Temperature range shall be as detailed in Clause 2.0 of this Part 5, unless otherwise specified by COMPANY.

(vii)   The flow control system shall allow for a minimum of two thread re-cuts.

(viii)   The flow control system shall conform to ISO 16070. ISO 16070 Quality Grade Q1 and Validation Grade V2 shall apply.

(b)   Landing Nipples

(i)   Landing nipples shall conform to ISO 16070. ISO 16070 Quality Grade Q1 and Validation Grade V2 shall apply.

(ii)   Material shall comply with API and NACE MR-01-75.

(iii)   A no go shoulder shall be required only for locating and setting flow control devices and shall not be a load bearing point; therefore, no go sizing shall be minimized.

(iv)   The landing nipple shall have a standard pressure rating as determined by the pressure rating of the tubing connection. Further details can be found in Appendix 3 and/or Appendix 4.

(v)   Ideally the nipple profile shall be designed in such a way as to allow for Original Equipment Manufacturer (OEM) locks to be utilized where necessary.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022504

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**E. Completions**

(vi) Landing nipples shall have premium tubing connections as detailed in Clause 2.0 of this Part 5, unless otherwise specified by COMPANY.

(c) Locks

(i) The lock shall be retrievable at all times during the life of the well.

(ii) The lock shall be designed so that it may only be located and set in a proper nipple profile.

(iii) The lock shall have a standard pressure rating as determined by the pressure rating of the tubing connection. Further details can be found in Appendix 3 and/or Appendix 4.

(iv) Locks shall conform to ISO 16070, Quality Grade Q1 and Validation Grade V2 shall apply.

(v) The lock shall have a simple and rugged construction minimizing moving parts e.g., expander mandrel and lock dogs.

(vi) The lock shall have no springs behind lock dogs.

(vii) The lock shall be designed to withstand sand and small debris.

(viii) The locks shall have large area, pressure-bearing locking dogs for greater pressure capabilities from above and below. Lock dogs shall be the pressure / load bearing point and not the no go.

(ix) Lock dogs shall be designed to lift the no go off the locating point when in the set position. This will eliminate no go swaging.

(x) The lock shall have a positive locking mechanism that prevents vibration affects from un-seating the locks.

(xi) The lock shall have an external fishing neck for easy retrieval.

(xii) The lock shall have a smooth bore inside that inhibits corrosion or sticking by foreign elements.

(xiii) The lock shall have a positive locking indicator in the running tool to confirm that the lock is set as designed.

(xiv) The lock shall be compatible with standard wireline equipment, coiled tubing equipment, and electric line tractors.

(d) Crossovers

(i) The length shall allow for at least two re-cuts of each thread.

(ii) The length will allow a minimum of 5-7/8" space after re-cuts, plus 2" clearance plus marking area.

(iii) The maximum total length shall be 24".

(iv) Crossovers shall be manufactured in accordance with ISO 11960 (API

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022505

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**E. Completions**

5CT) and BP GIS-02-203.

(v)     Crossovers shall have premium tubing connections as detailed in Clause 2.0 of this Part 5, unless otherwise specified by COMPANY.

3.7     TR-SCSSV

3.7.1     General

Tubing retrievable surface controlled subsurface safety valve (TR-SCSSV) and associated equipment shall include, but not be limited to:

(a)     TR-SCSSV.

(b)     Control line and fittings.

(c)     Lock open tools.

(d)     Communication tools.

(e)     Wireline retrievable surface controlled subsurface safety valves (WR-SCSSV) as a contingency (where applicable).

(f)     Running tools for WR-SCSSV (where applicable).

The TR-SCSSV shall be a fail-safe close design and, when closed, have a leakage rate below that specified in ISO 10432 (API 14A) for a newly manufactured valve and API RP 14B for 'in-situ'.  It shall be possible to temporarily lock open the valve using a sleeve or other device.  Where a heavy sprung SCSSV valve is applicable, it shall be possible to permanently lock it open and run a WR-SCSSV to be operated by the existing control line.

3.7.2     Technical Requirements

(a)     TR-SCSSV

(i)      Collapse, burst, tensile, and compressive ratings shall be equal to or greater than those of the adjacent tubing.

(ii)     Metallurgy shall be equivalent or better than tubing.

(iii)    Temperature range shall be as detailed in Clause 2.0 of this Part 5, unless otherwise specified by COMPANY.

(iv)    The TR-SCSSV shall have an eccentric external system to guide and protect electrical lines.

(v)     The TR-SCSSV shall have metal to metal seals on rod piston and on body valve threads.  There shall be a back-up seal on end of stroke.

(vi)    The TR-SCSSV shall have a metal to metal flapper seal with plastic resilient back-up.

(vii)   Crossovers shall have premium tubing connections as detailed in Clause

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022506

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**E. Completions**

2.0 of this Part 5, unless otherwise specified by COMPANY.

(viii)   The TR-SCSSV shall have a nipple profile to receive a temporary plug or WR-SCSSV (where applicable).

(ix)   The equipment shall conform to the following standards:

- API RP 14B.
- API RP 14C.
- ISO 10432 (API Spec 14A).
- ISO 16070.
- NACE MR-01-75.

(x)   The TR-SCSSV shall be qualified for ISO 10432 (API Spec 14A) Class 2 service.

(xi)   The TR-SCSSV shall be qualified for COMPANY specified, high-rate, gas slam closure testing.

(xii)   The TR-SCSSV shall be qualified for COMPANY specified endurance testing.

(xiii)   For landing nipples, ISO 16070 Quality Grade Q1 and Validation Grade V2 shall apply.

(xiv)   TR-SCSSVs shall be API Specification 14A monogrammed.

(xv)   The maximum outside diameter shall allow for all of the control lines that might be seen in a given well to bypass the TR-SCSSV in specified production casing (casing drift).

(xvi)   Both equalizing and non-equalizing valves will be considered.

(b)   WR-SCSSV (where applicable)

(i)   Metallurgy shall be equivalent or better than tubing.

(ii)   Elastomers shall be as detailed in Clause 2.0 of this Part 5, unless otherwise specified by COMPANY.

(iii)   Temperature range shall be as detailed in Clause 2.0 of this Part 5, unless otherwise specified by COMPANY.

(iv)   The equipment shall conform to the following standards:

- API RP 14B.
- API RP 14C.
- ISO 10432 (API Spec 14A), Class 2 service.
- ISO 16070.
- NACE MR-01-75.

(v)   For locking mandrels, ISO 16070 Quality Grade Q1 and Validation Grade V1 shall apply.

(vi)   WR-SCSSVs shall be API Spec 14A monogrammed.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022507

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**E. Completions**

3.7.3   Operating Pressure Design

The general parameters to determine the actual operating pressures of both the TR-SCSSV and WR-SCSSV shall be finalized by COMPANY on WORK ORDER.  The valve might see transient pressures higher, but it is not a requirement that the valve be held open by control line pressure during transient conditions.  However, the valve shall be pump-through at these times.  Ideally the same valve would be used in all fields to allow for total standardization, but due to the variations across fields and the additional engineering and cost issues of designing such a valve, this may not be readily achievable.  In fields where it makes economic and technical sense, the same valve shall be proposed.

3.8   Downhole Gauges

3.8.1   General

Downhole gauges and associated equipment shall include, but not be limited to:

(a)   Downhole Pressure / Temperature gauge(s).

(b)   Cable head.

(c)   Gauge mandrel.

(d)   Cable.

(e)   Control Line.

(f)   Card for the Subsea Control Module.

Continuous data read-outs shall be required on the rig throughout the installation process.  Continuous data collection shall be required after the well has been completed.

The gauge connectors at the hanger, tree, tubing hanger running tool, emergency disconnect package, etc., will be supplied by others.  The gauge mandrel shall not form a choke to flow, i.e., its internal bore shall be at least as large as that of the tubing.

3.8.2   Technical Requirements

(a)   Gauge Mandrels

(i)   Gauge mandrel shall be designed to the same tension, compression, burst and collapse ratings equal to or greater than those of the adjacent tubing.

(ii)   Metallurgy shall be equivalent or better than tubing.

(iii)   ID shall be at least as large as full bore tubing.

(iv)   Gauge mandrel shall have a one-piece body.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022508

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**E. Completions**

      (v)    Gauge mandrel shall have premium tubing connections as detailed in Clause 2.0 of this Part 5, unless otherwise specified by COMPANY.

  (b)    Pressure and Temperature Gauges

      (i)    These requirements shall be met:

**Pressure and Temperature Gauge Specifications**

| Type | Range | Max Drift | Accuracy | Resolution |
|------|-------|-----------|----------|------------|
| Pressure | 1,000 – 15,000 psi | 3 psi per yr | +/- 43 psi | 0.01 psi |
| Temperature | 40 – 275 degrees Fahrenheit | +/- 0.09 degrees Fahrenheit per year | +/- 1.8 degrees Fahrenheit | 0.002 degrees Fahrenheit |

      (ii)    Sampling rate shall be one date point per second.

      (iii)    Quartz gauges shall be used.

      (iv)    Gauges shall be protected from shocks by design, and the efficiency of protection shall be tested and documented. A shock tolerance of 11 g shall be required.

      (v)    Gauges shall be tested to confirm resistance to vibration. Vibration resistance test procedures and results shall be fully documented.

      (vi)    Gauges shall be isolated from well-bore fluids and shall be unaffected by pressure breathing.

      (vii)    Isolation seals shall be metal-to-metal and back-up elastomeric seals shall be of a material specified in Clause 2.0 of this Part 5. Final seal choice shall be made by COMPANY on WORK ORDER.

      (viii)    Cable head shall be externally testable.

      (ix)    Cable head shall be of thread and ferrule type. Welded cable head connections shall not be accepted.

  (c)    SCM Card

      The card shall interface successfully with the subsea production system.

  (d)    Cable and Accessories

      (iv)    Cable shall have an Incoloy 825 sheath.

      (v)    Cable shall be encapsulated with Santoprene or Halor equivalent Polymide thermoplastic, unless otherwise specified by COMPANY. Further details can be found in Appendix – Well Bore Information for representative well types.

      (vi)    Size and flat pack configuration shall be indicated on specified in Appendix 3 and/or Appendix 4. Lengths shall be specified by COMPANY on WORK ORDER.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022509

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**E. Completions**

3.9     Control Lines and Accessories

    3.9.1     General

        The gauge lines and other control lines within the completion may be flat packed together if this is deemed to be the most efficient for installation by COMPANY.

    3.9.2     Technical Requirements

        (a)     General

            (i)     All lines shall be seamless or welded and floating plug drawn bright-annealed lines in Incoloy 825.  COMPANY shall specify preference on WORK ORDER.

            (ii)     CONTRACTOR shall supply Incoloy 825 twin ferrule compression fittings suitable for use at working pressure.  Further details can be found in Appendix – Well Bore Information for representative well types.

            (iii)     Fittings shall either be Autoclave brand or be another brand approved by COMPANY.

            (iv)     The lines shall be encapsulated with thermoplastic material, which has a minimum thickness of 2 mm (Santoprene or Halor equivalent Polymide thermoplastic).  Further details can be found in Appendix 3 and/or Appendix 4 for representative well types.

            (v)     Fluid cleanliness shall be to NAS 1638v Class 6 or cleaner.

            (vi)     Temperature rating shall be 40 to 275 degrees Fahrenheit.

        (b)     Electrical Line

            (i)     Working pressure as specified in Appendix – Well Bore Information with adequate factors of safety to be provided.

            (ii)     Hardness of line shall meet or exceed NACE MR-01-75 specification for sour service, as appropriate.

            (iii)     Cable shall be copper mono-conductor (compatible with gauges).

            (iv)     Cable shall be suitably armored for deployment conditions.

3.10    Line Protectors

    3.10.1    General

        (a)     Protectors shall include cross coupling protectors and specialty protectors (e.g., TR-SCSSV and other BHAs).

        (b)     Details on the number of control lines and flat pack configurations shall be specified by COMPANY on WORK ORDER.  Appendix 3 and/or Appendix 4 contains recommended configurations.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022510

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**E. Completions**

(c)     The protectors shall protect and support the various lines along the tubing at their most vulnerable positions.  At the tubing couplings, it is necessary to clamp one cross coupling protector.  At the completion components, it is recommended to use one protector at each end, which do not cover the lines but give a good curve and alignment to the lines.

(d)     Protectors shall protect the lines from potential damage caused by any part of the well completion process, especially caused by the dynamic motion of the tubing in the well bore.  They shall support the lines with no slippage.

(e)     The protectors shall align the tubing in such a way that the protectors do not impede the completion, running smoothly into the production casing.  In addition, they shall be retrievable and reusable if the completion is pulled.

3.10.2  Technical Requirements

(a)     Lines shall be supported with no slippage.

(b)     Line protectors shall have a flat pack grip capacity equivalent to at least 90 feet of flat pack weight.

(c)     Line protectors shall have chamfered edges to prevent hang up while running in or out of the well.

3.11    Annular (Circulation) Vent Sub

3.11.1  General

Annular Vent Sub system shall include, but not be limited to:

(a)     Parting Piston.
(b)     Filter Screen.
(c)     End Subs
(d)     Control line and fittings
(e)     Control line clamps.

The system shall be equipped with a redundant dual check valve.  The check valve shall require an initiation pressure to open, designed to avoid free flow by gravity. The system shall be equipped with a burst disk in addition to the check valves in order to allow the chemical line to be pressure tested.  During installation it must be possible both to test the check valve integrity and to test the tubing to 5,000 psi without shearing the burst disk.

3.11.2  Technical Requirements

(a)     Annular Vent Sub System

(i)     Design to COMPANY specified tension, compression, burst and collapse ratings.

(ii)    Metallurgy to be equivalent or better than tubing, unless otherwise specified by COMPANY.

(iii)   Elastomers shall be as detailed in Clause 2.0 of this Part 5, unless

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022511

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**E. Completions**

otherwise specified by COMPANY.

(iv)     Temperature range shall be as detailed in Clause 2.0 of this Part 5, unless otherwise specified by COMPANY.

(v)      The system shall have 5/8" MP Autoclave female top connections.

(vi)     The system shall have a 6,000 psi parting piston rupture (+/- 5%).

(vii)    The system shall be 316L SS or higher alloy for screen, 0.030" spacing, 20 gauge, screen mechanically attached to COMPANY supplied pipe.

(viii)   The system shall have premium tubing connections as detailed in Clause 2.0 of this Part 5, unless otherwise specified by COMPANY.

(ix)     The system shall fit in specified production casing and to allow the passage of appropriate cables (pressure and temperature, chemical injection, Real Time Temperature Profiling, and DHFC).

(x)      The system shall have metal to metal seals.

(xi)     CONTRACTOR shall demonstrate flow performance system testing (lines, valves, life-cycle, etc.), as applicable.

(xii)    The system shall interface successfully with the SPS equipment.  The equipment shall conform to the following standards:

-    NACE MR-01-75.
-    ISO 11960 (API Spec 5CT).

(xiii)   The system shall have COMPANY 25Cr Super Duplex or higher CRS Specification.

**4.0    REFERENCES**

| | |
|---|---|
| ISO 11960 (API Spec 5CT): | Petroleum and natural gas industries – Steel pipes for use as casing or tubing for wells. |
| ISO 14310 (API Spec 11D1): | Petroleum and natural gas industries – Downhole equipment – packers and bridge plugs. |
| NACE MR-01-75: | Sulfide stress cracking resistant materials for oilfield equipment. |
| API Specification 6A718: | Specification of Nickel Base Alloy 718 (UNS N07718) for Oil and Gas Drilling and Production Equipment.  1st Edition March 2004* |

* - Note In addition to the requirements of API Spec 6A718, COMPANY has a further requirement that the minimum total hot work reduction ratio shall be 4:1 and not 3.75:1 as per Section 4.1.3.1 of API6A718.

BP References:

| | |
|---|---|
| GIS 02-201: | Specification for OCTG Seamless Casing & Tubing (Standard Grades). |

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022512

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**E. Completions**

GIS-02-203:     Specification for OCTG Crossover Connectors.

GIS-02-204:     Specification for OCTG Sour Resistant Grade C110 Low Alloy Steel OCTG Seamless Casing.

GIS-02-205:     Specification for Duplex and Super Duplex 25% Chrome Stainless Steel Seamless Pipe.

GIS-02-206:     Specification for Duplex and Super Duplex 25% Chrome Stainless Steel Seamless Pipe.

BP-EPT-IAS-01:   Integrity Assurance Specification – For the Procurement of Critical equipment for Drilling and Completions.

For undated references, the latest edition of the normative document referred to applies.

**5.0   DEFINITIONS AND ABBREVIATIONS**

For the purposes of this Part 5 – Upper Completions, the following definitions and abbreviations will apply:

AISI:      American Iron and Steel Institute
API:       American Petroleum Institute
BHA:       Bottom Hole Assembly
bpm:       Barrels per minute
CHFP:      Cased Hole Frac Pack
CI:        Chemical Injection
CRA:       Corrosion-Resistant Alloy
DHFC:      Downhole Flow Control
DHPT:      Downhole Pressure and Temperature
EDTA:      Ethylenediamine Tetraacetic Acid
FLCV:      Fluid Loss Control Valve
FMECA:     Failure Mode Effect and Criticality
GoM:       Gulf of Mexico
GP:        Gravel Pack
HT:        High Temperature
IAS:       Integrity Assurance Specification
ID:        Internal Diameter
ISO:       International Organization for Standardization
NACE:      National Association of Corrosion Engineers
NAS:       National Aerospace Standard
OD:        Outside Diameter
OEM:       Original Equipment Manufacturer
OHGP:      Open Hole Gravel Pack
PBR:       Polished Bore Receptacle
psi:       Pounds Per Square Inch
QA:        Quality Assurance
QC:        Quality Control
QCP:       Quality Control Plan
RIH:       Run in Hole
SOBM:      Synthetic Oil-Based Mud
SOR:       Statement of Requirements
TEC:       Twisted Encapsulated Conductor
TR-SCSSV:  Tubing Retrieved Surface Controlled Subsurface Safety Valve

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022513

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**E. Completions**

WBM:        Water-Based Mud
WEG:        Wireline Entry Guide
WR-SCSSV: Wireline Retrieved Surface Controlled Subsurface Safety Valve

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022514

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**E. Completions**

**Part 6 – Well Bore Information**

CONFIDENTIAL
Business Confidential

Section 3 – Scope of WORK
Appendix 6 – Functional and Technical Specifications
E. Completions

# STATEMENT OF REQUIREMENTS - Atlantis Type Producer

| Equipment Criteria | | | | |
|---|---|---|---|---|
| Equipment Type | 6.00" Frac Pac Tool System (including Service tools, MCS, Indicator Coupling, Extensions) f/ 9-7/8" 62.8# Casing | | | |
| Description | | Preliminary Frac Treatment Design Info | | Critical Well Factors |
| Casing Size 9-7/8" 62.8# | | | | |
| Max ID 8.625" | | | | |
| Min ID 8.500" | | | | |
| Drift ID 8.460" | | Design Spec: | NACE MR-0175, BP Approval of Material Specifications Required | Well Type: Producer and Injector Wells |
| Workstring Size 5-7/8" 0.500" wall | | | | |
| Grade S-135T ksi | | | | |
| Connection XT-M57 | | | Initially Sweet - may sour after water injection is started (see max H2S) | |
| Tool Joint OD 7.600" | | | | |
| Tool Joint ID 4.250" | | Service Conditions: | | BHP\BHT 7,030-9,800 psi / 150-165 F |
| Service Tool Connections: | | | | |
| 5-7/8" XT-M57 | | Temp Range: | 40-160 F, 40 F Min BHT | Absolute Pressure Range 4,000 psi (min flowing) - 13,000 psi (increased) |
| Frac Extension Connection Down 7-5/8" 47.1M# SLFJ Pin down | | Service Tool Positions: | Squeeze, Circulate, and Reverse positions required | Water Depth / Reservoir Depth 6,600'/ 15,000-18,000' TVD-20,000' MD (M57 to M-54) |
| Frac Assembly Metallurgy 13% Chrome (or equivalent) metallurgy for flow wet permanent equipment, P-110/125 or 4130 Alloy acceptable for Service tools | | Closing Sleeve Opening Force: | Maximum 5,000 lbs | Max H2S 0 initial H2S. Max Potential H2S 250 ppm after water injection is started |
| Elastomers / Seal Materials Viton Packer element. Nitrile for Service tools and bonded seal in Closing Sleeve. Chemraz O-rings with Peek BU rings, Chemraz/Teflon/Peek Seal units and Viton | | Frac Job | | |
| | | Pump Rate 45 BPM | | |
| | | Prop Size 20/40 & 16/20 | | |
| | | Prop Type Carbo-lite | | |
| | | Max Loading 12 ppa | | |
| | | Max Proppant 300,000 lbs | | Max CO2 0.40 - 1.2 Mol Percent |
| Frac Assembly 8.45" OD packer | | | 10,000 psi frac | |
| Max OD 8.40" on XO tool | | | 13,000 psi production | |
| Min ID n/a | | Min Frac Assembly Burst / Collapse | 13,000 psi pressure-balanced sections | |
| Min Tensile 400,000 lbs | | | | Max N2 0.4 - 0.7 Mol Percent |
| Production Seal | | | | |
| Min ID 4.875" | | | | |
| Differential Rating 7,500 psi burst | | | | |
| 5,000 psi collapse | | Min. Tension / Compression Rating: | 125,000 lbs Prod Ten / Comp | Fluid Density (°API / ppg) 34-35 API Oil GOR (scf/bbl) 400-800 |
| 300,000 lbs tensile | | | | |
| Fluid Loss Control Ball     Annular | | | | Production Rates 2 ppm/10 micron zone max |
| Device Valve     Sleeve | | | | Max Production Solids (single/gpm zone) |
| Max OD 6.100"     7.600" | | | | Rate 15,000 - 40,000 BWPD |
| Min ID 4.680"     2.090" | | | | Injection Rates 1 pptb / 50 micron inj max available |
| Body Burst/Collapse 10k/10k     10k/10k | | Min Service Tool Tension Rating: | 200,000 lbs | Max Injection Solids Rates |
| EntrSleeve Differential 5,000 psi     10,000 psi | | | | |
| Shear Safety Joint | | | | |
| Max OD 7.60" | | | | Completion / Packer Fluid 9-11 ppg Completion Fluid/ Packer Fluid 9-11 ppg Calcium Chloride Comp Fluid |
| Min ID 4.68" | | | | |
| Differential Rating 10,000 psi | | Min Weight Down Rating: | 160,000 lbs (Live Annulus and Squeeze Positions) | |
| Shear Rating 90,000 lbs | | | | |
| Frac Assembly Maximum Length: not to exceed 70-ft | | Packer Qualification Test ISO 14310-V3 | | Max Angle / Dogleg 50 Degrees 3 deg / 100-ft |

Engineering Notes, Lessons Learned and Comments

1. All tools with outside diameters larger than 5.96" must have a 15 degree taper on top to help deter sand bridging and erosion during frac pac operations.
QUALIFICATION TEST REQUIREMENTS: Full Scale Erosion Test, Functional Testing, Seal Material Compatibility, and Tapered ball seat testing

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022516

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**E. Completions**

## STATEMENT OF REQUIREMENTS - Atlantis Type Contingency

| Equipment Criteria | | | |
|---|---|---|---|
| Equipment Type | 3.25" Frac Pac Tool System (including Service tools, MCS, indicator Coupling, Extensions) f/ 7" 36.0# Casing | | |
| Description | Preliminary Frac Treatment Design Info | Critical Well Factors | |
| Casing Size 7" 35.0# | | | |
| Max ID 5.900" | | | |
| Min ID 5.796" | | NACE MR-0175, BP Approval of | |
| Drift ID 5.796" | Design Spec: | Material Specifications Required | Well Type: Producer and Injector Wells |
| Workstring Size 4.000" | | | |
| Grade 8-1/8 T ksi | | | |
| Connection XT-M38 | | Initially Sweet - may sour after | |
| Tool Joint OD 4.750" | | water injection is started (see max | |
| Tool Joint ID 3-11/16" | Service Conditions: | H2S) | BHP / BHT: 7,500-9,400 psi / 150-165 F |
| Service Tool Connection | | | 4,000 psi (min Flowing) - 13,000 |
| 4.000" XT-M38 | Temp Range: | 40 - 190 F, 40 F Min BHT | Absolute Pressure Range psi (screenout) |
| Frac Extension Connection Down 5-1/2" 23.0#/ft SLFJ Pin Down | Service Test Positions: | Squeeze, Circulate, and Reverse positions required | Water Depth / Reservoir Depth: 6,529 / 15,000-18,000 TVD-20,000 MD (M52 to M54) |
| Frac Assembly Metallurgy 13% Chrome (or equivalent) metallurgy for low-well permanent equipment. P-110/125 or 4130 Alloy acceptable for Service tools | Closing Sleeve Opening Force: | Minimum 5,000 lbs | Max H2S: 0 initial=25. Max Possible H2S 250 ppm after water injection is started |
| Elastomers / Seal Materials Viton packer element / Nitrile on Service tools and bonded seal in Closing Sleeve, Chemraz O-rings with Peek BU rings, Chemraz/Teflon Peek Seal with and Viton | Frac Job Pump Rate 30 BPM Prop Size 30/40 & 16/20 Prop Type Carbo-lite Max Loading 12ppa Max Proppant 250,000 lbs | Max CO2: | 0.40 - 1.3 Mol Percent |
| Frac Assembly Packer Max OD 6.25" on packer Min ID n/a Min Tensile 350,000 lbs | Min Frac Assembly Burst / Collapse | 10,000 psi frac 10,000 psi production 10,000 psi pressure-balanced below/ob | Max N2: 0.4 - 0.7 Mol Percent |
| Production Seal Min ID 4.625" Differential Rating 7,500 psi burst, 5,000 psi collapse 250,000 lbs tensile | Min. Tension / Compression Rating | 125,000 lbs Pipe/Tool 4 Comp | Fluid Density (°API / ppg) SOR mud/BM 34-36 API Oil 400 - #00 |
| Fluid Loss Control Ball Annulus Device Valve Sleeve Max OD 5.500" 5.000" Min ID 4.580" 2.441 Body Burst/Collapse 10x/10x Ball/Swab Differential 5,000 psi - 25,000 psi | Min Service Tool Tension Rating | 200,000 lbs | Production Rates Kingfisher Zone Max Production Solids 2 ppb/100 micron solid max Rate anytime Injection Rates 15,000 - 30,000 BWPD Max Injection Solids Rate 1 ppb / 50 micron inj max anytime |
| Metal Safety Joint Max OD 4.180" Min ID 2.902" Differential Rating 16,000 psi Shear Range 90,000 lbs | Min Weight Down Rating | 125,000 lbs (Like Annulus and Squeeze Positions) | Completion / Packer Fluid 9-11 ppg Completion Fluid / Packer Fluid 9-11 ppg Calcium Chloride Comp Fluid |
| Frac Assembly Maximum Length not to exceed 75 ft | Packer Qualification Test | ISO 14310 V3 | Max Angle / Dogleg 50 Degrees 3.5kg /100 ft |

Engineering Notes, Lessons Learned and Comments

1. All tools with outside diameters larger than 5.960" must have a 15 degree taper on top to help deter sand bridging and erosion during Frac pac operations.

QUALIFICATION TEST REQUIREMENTS: Full Scale Erosion Test, Functional Testing, Seal Material Compatibility, and Tapered ball seat testing

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022517

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**E. Completions**

## STATEMENT OF REQUIREMENTS - Atlantis Type Injector

| Equipment Criteria | | | |
|---|---|---|---|
| Equipment Type | 6.00" Frac Pac Tool System (including Service tools, MCS, Indicator Coupling, Extensions) fr 9-7/8" 62.8# Casing | | |
| Description | Preliminary Frac Treatment Design Info | | Critical Well Factors |
| Casing Size 9 7/8" 62.8# | | | |
| Max ID 8.925" | | ISO 9001-2000, iBOP-14310 VSO1 | |
| Min ID 8.500" | | BP Approval of Material | |
| Drift ID 8.680" | Design Spec | Specifications Required | Well Type |
| Workstring Size 5-7/8" 8.500" mall | | | Producer and Injector Wells |
| Grade S-135T ksi | | | |
| Connection XT-M57 | | Initially Sweet - may sour after | |
| Tool Joint OD 7.060" | | water injection is started (see max | |
| Tool Joint ID 4.250" | Service Conditions: | H2S) | BHP / BHT | 7,500-9,400 psi / 150-185 F |
| Service Tool Connections | | | |
| 6-7/8" XT-M57 | Temp Range: | 40- 160 F, 40 F Min BHT | Absolute Pressure Range | 4,000 psi (min flowing) - 18,000 psi (screenout) |
| Frac Extension Connection Down 7-5/8" 47.1#R SLF J Pin down | Service Tool Positions: | Squeeze, Circulate, and Reverse positions required | Water Depth / Reservoir Depth | 6,920 / 15,000-18,000 TVD-20,000 MD (M57 to N-54) |
| Frac Assembly Metallurgy 25% Chrome (or equivalent) metallurgy for firewell permanent equipment. P-110/125 or 4130 Alloy acceptable for Service tools. 718 superduplex in process for strength purposes | Closing Sleeve Opening Force: | Minimum 5,000 lbs | Max H2S: | 0 initial H2S  Max Potential H2S 250 ppm after water injection is started |
| Elastomers / Seal Materials Viton perfish element noble on Service tools and bonded seal in Closing Sleeve, Chemraz O-rings with Pack Bu rings, Chemraz/Teflon/Pack Seal units and Viton | Frac Job Pump Rate 45 BPM Prop Size 20/40 & 16/20 Prop Type Carbo-lite Max Loading 12 ppa Max Proppant 500,000 lbs | | Max CO2: | 0.48 - 1.2 Mol Percent |
| Frac Assembly 8.48" OD on packer | | 15,000 psi live | | |
| Max OD 6.00" on XO tool | | 10,000 psi production | | |
| Min ID n/a | Min Frac Assembly Burst / Collapse | 10,000 psi pressure-balanced sections | Max N2 | 0.4 - 0.7 Mol Percent |
| 400,000 lbs | | | | |
| Production Seal Min ID 4.875" | | | | |
| Differential Rating 7,500 psi burst, 5,000 psi collapse 500,000 lbs tensile | Min Tension / Compression Rating | 125,000 lbs Prod Ten / Comp | Fluid Density ("API / ppg) GOR (scf/bbl) | 34-38 API Oil 450-600 |
| Fluid Loss Control Ball Annular Device Valve Sleeve Max OD 6.109" 2.660" Min ID 4.580" 2.910" Body Burst/Collapse 10x10k 10x10k Ball/Sleeve Differential 5,000 psi 10,000 psi | Min Service Tool Tension Rating | 200,000 lbs | Injection Rates Max Injection Solids Rates | 40,000 BWPD (single/per zone) 1 ppb / 50 micron inj max rate/size |
| Shear Safety Joint Max OD 7.00" Min ID 4.58" Differential Rating 10,000 psi Shear Rating 80,000 lbs | Min Weight Down Rating | 180,000 lbs (Live Annulus and Squeeze Position) | Completion / Packer Fluid | 9-11 ppg Completion Fluid/ Packer Fluid 9-11 ppg Calcium Chloride Comp Fluid |
| Frac Assembly Maximum Length: not to exceed 70 ft | Packer Qualification Test | ISO 14310 V3 | Max Angle / Dogleg | 60 Degrees 3 deg / 100 ft |

Engineering Notes, Lessons Learned and Comments:

1. All tools with outside diameters larger than 5.58" must have a 15 degree taper on top to help deter sand bridging and erosion during frac pac operations.
QUALIFICATION TEST REQUIREMENTS: Full Scale Erosion Test, Functional Testing, Seal Material Compatibility, and Tapered ball seat testing

---

Halliburton Energy Services, Inc.          Page 310 of 352
BPM-09-00255

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022518

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**E. Completions**

## STATEMENT OF REQUIREMENTS - Eastern GoM Producer

| Equipment Criteria | | | |
|---|---|---|---|
| Equipment Type | 8.00" Frac Pac Tool System (including Service tools, MCS, Indicator Coupling, Extensions) f/ 9-7/8" 62.8# Casing | | |
| Description | Preliminary Frac Treatment Design Info | Critical Well Factors | |
| Casing Size 9-7/8" 62.8# | | | |
| Max ID 8.625" | | | |
| Min ID 8.500" | NACE MR-0175; BP Approval of | | |
| D-ID 8.469" | Design Spec: | Material Specifications Required | Well Type: | Producers (Oil & Gas) |
| Workstring Size 4 1/2" 6.500" wall | | | |
| Grade S-1353 ksi | | | |
| Connection XTM or CTM | | | |
| Tool Joint OD 6.250" | | | |
| Tool Joint ID 3.50" | Service Conditions: | Sweet | BHP / BHT | 7,500-9,400 psi / 150-200 F |
| Service Tool Connections | | | | 4,000 psi (min flowing) - 13,000 |
| 4 1/2" IF | Temp Range: | 60-220 F, 40 F Min BHT | Absolute Pressure Range | psi (squeeze) |
| Frac Extension Connection Down 3-5/8" Stub & Acme, NU-HDX, Pin down | Service Tool Positions: | Squeeze, Set Down, Live Annulus, Circulate, and Reverse positions required | Water Depth / Reservoir Depth | 6,600 / 15,000-18,000' TVD-20,000' MD (MT to M-54) |
| Frac Assembly Metallurgy 13% Chrome (or equivalent) metallurgy for flow-wet permanent equipment. P-110/125 or 4130 Alloy acceptable for Service tools. | Closing Sleeve Opening Force: | Minimum 5,000 lbs. | Max H2S: | 0 mhol H2S. Max Potential H2S 250 ppm after water injection is started |
| Elastomers / Seal Materials Nitrile on Service tools and bonded seal in Casing Sleeve. Chemraz O-rings with Peek BU rings. Chemraz/Teflon/Peek Seal units and Viton. | Frac Job Pump Rate 50 BPM Prop Size 20/40, 16/20, 40/70 20/40 Prop Type Carbo-prop Carbo Max Loading 15PP 12 ppa Max Proppant 500,000 lbs | Max CO2: | 0.40 - 1.2 Mol Percent |
| Frac Assembly 3-45" OD on packer Max OD 5.00" on XO tool Min ID Max 0ks Tensile 500,000 lbs | Min Frac Assembly Burst / Collapse | 12,000 psi anything exposed to Screen out Frac 10,000 psi production 10,000 psi pressure-corrected sections | Max N2: | 0.4 - 0.7 Mol Percent |
| Production Seal Min ID 4.875" Differential Rating 10,000 psi burst, 7,250 psi collapse 300,000 lbs tensile | Min. Tension / Compression Rating | 126,000 lbs Prod Tensile / Compression | Fluid Density (16Pf / ppg) GOR (scf/bbl) | 34-36 API Oil 400-800 |
| Fluid Loss Control Ball B3#2 Annular Device Valve Valve Sleeve Max OD 4.050" 8.068" 7.70" Min ID 4.500" 2.913" 2.915" Body Burst/Collapse 11k/12k 11k/12k 11k/11k Ball/Sleeve Differential ---5,000psi---- 10,000psi | Min Service Tool Tension Rating | 275,000 lbs after packer is set and tool is released | Production Rates Max Production Solids Rate Injection Rates Max Injection Solids Rate | 20,000 - 50,000 BOPD (single/per zone) 2 pptb/100 micron good max retainable |
| Shear Safety Joint Max OD 7.00" Min ID 4.50" Differential Rating 12,000 psi Shear Rating 90k-105K lbs | Min Weight Down Rating | 80,000 lbs (Live Annulus and Squeeze Features) | Completion / Packer Fluid: | 9-11.5 ppg Calcium Chloride Completion Fluid / Packer Fluid |
| Frac Assembly Maximum Length Not to exceed 70 ft | QP Packer Qualification Test ISO 14310 V3 Prod Pkr Qualification Test ISO 14310 V0 | Max Angle / Degree | 80 Degrees 3 deg / 100 ft |

Engineering Notes, Lessons Learned and Comments:

1. All tools with outside diameters larger than 5.59" must have a 15 degree taper on top to help detention and bridging and erosion during frac pac operations
2. Need two different Ball Valve Fluid Loss Device designs.
3. Service Tool Desired with Blow Out Ball Seat (rather than reversing out)
QUALIFICATION TEST REQUIREMENTS: Full Scale Erosion Test, Functional Testing, Seal Material Compatibility, and Tapered bell seat testing, Element Flow By testing

---

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022519

# STATEMENT OF REQUIREMENTS - Eastern GoM Injector

**Equipment Criteria**

| Equipment Type | 6.00" Frac Pac Tool System (including Service tools, MCS, Indicator Coupling, Extensions) f/ 9-7/8"-62.8# Casing | | | |
|---|---|---|---|---|
| Description | | Preliminary Frac Treatment Design Info | Critical Well Factors | |
| Casing Size | 9-7/8" 62.8# | | | |
| Max ID | 8.625" | | ISO 9001-2000, ISO/P-14310 V3Q1, | |
| Min ID | 8.500" | | BP Approval of Material | |
| Drift ID | 8.469" | Design Spec: | Specifications Required | Well Type: | Producer and Injector Wells |
| Workstring Size | 5-7/8" 19.500" weld | | | | |
| Grade | S-135? ksi | | Initially Sweet - may sour after | | |
| Connection | XT-M52 | | water injection is started (see max | | |
| Tool Joint OD | 7.000" | | H2S) | BHP / BHT | 2,500-3,490 psi / 150-220 F. |
| Tool Joint ID | 4.250" | Service Conditions: | | | |
| Service Tool Connections | | | | | |
| | 5-7/8" XT-M57 | Temp Range | 40-220 F., 40 F Min BHT | Absolute Pressure Range | 4,000 psi (min flowing) - 15,000 psi (screenout) |
| Frac Extrusion Connection Down | 7-5/8" 42.8#th St.Fu.Pin down | Service Tool Positions: | Squeeze, Circulate and Reverse positions required | Water Depth / Reservoir Depth | 6,820? / 15,000-18,000 TVD-20,000 MD (M57 to M-54) |
| Frac Assembly Metallurgy | 25% Chrome (or equivalent) metallurgy for flow-wet permanent equipment, P-110/125 or 4130 Alloy acceptable for Service tools. 718 substituted in places for strength purposes | Closing Sleeve Opening Force: | Minimum 5,000 lbs | Max H2S | 0 initial H2S. Max Potential H2S 250 ppm after water injection is started |
| Elastomers / Seal Materials | Nitrile on Service tools and bonded seal in Closing Sleeve, Chithraz O-rings with Fresh BU rings, Chemraz/Teflon/Peek Seal units and Viton | Frac Job: Pump Rate: 45 BPM / Prop Size: 20/40 & 16/20 / Prop Type: Carbo-lite / lbs Loading: 12 ppa / Max Proppant: 900,000 lbs | | Max CO2 | 0.40 - 1.2 Mol Percent |
| Frac Assembly | 5.45" ID on packer / Max OD 6.90" on XD tool | | 12,000 psi frac / 10,000 psi injection / 10,000 psi pressure-balanced sections | | |
| Min ID | min 400,000 lbs | Min Frac Assembly Burst / Collapse | | Max N2 | 0.4 - 0.7 Mol Percent |
| Production Seal | | | | | |
| Min ID | 4.675" | | | | |
| Differential Rating | 7,500 psi burst; 5,900 psi collapse; 500,000 lbs tensile | Min. Tension / Compression Rating: | 125,000 lbs Fool Ten / Comp | Fluid Density (°API / ppg) 90Rt (surface) | 34-36 API O / 490-500 |
| Fluid Loss Control | Ball Annular / Device Valve Sleeve / Max OD 6.100" 7.635" / Min ID 4.560" 2.919" / Body-Burst/Collapse 12x12x 10x10k, Ball-Sleeve Differential 5,900 psi 10,000 psi | Min Service Tool Tension Rating | 500,000 lbs | Injection Rates Max Injection Solids Rates | 40,000 BWPD (single/per zone) 1 ppta / 50 mo/tn inj max |
| Shear Safety Joint | Max OD 7.90" / Min ID 4.56" / Differential Rating 12,000 psi / Shear Rating 80,000 lbs | Min Weight Down Rating | 160,000 lbs (Lbs Annulus and Squeeze Positions) | Completion / Packer Fluid | 9-11 ppg Completion Fluid / Packer Fluid 9-11 ppg Calcium Chloride Comp Fluid. |
| Frac Assembly Maximum Length | | | | Max Angle / Dogleg | 50 Degrees. 3 deg / 100 ft |
| | not to exceed 70 ft | Packer Qualification Test | ISO 14310 V3 | | |

Engineering Notes, Lessons Learned and Comments:

1. All tools with outside diameters larger than 5 5/8" must have a "15 degree taper on top to help deter sand bridging and erosion during frac pac operations.
QUALIFICATION TEST REQUIREMENTS: Full Scale Erosion Test, Functional Testing, Seal Material Compatibly, and Tapered ball seat testing

CONFIDENTIAL
Business Confidential
BP-HZN-MBI00022521

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**E. Completions**

# STATEMENT OF REQUIREMENTS - Holstein Type Producer

| Equipment Criteria | | | | |
|---|---|---|---|---|
| Equipment Type | 3.96" Frac Pac Tool System (including Service tools, MCS, Indicator Coupling, Extensions) f/ 7-5/8" # Casing | | | |
| Description | Preliminary Frac Treatment Design Info | | Critical Well Factors | |
| Casing Sizes: 7-5/8" lbs | | | | |
| Max ID: 6.625" | | | | |
| Min ID: 6.500" | | | | |
| Drift ID: 6.500" | | NACE MR-01-75, BP Approval of Material Specifications Required | | |
| | | Design Spec: | Well Type: | Producer |
| Workstring Size: 5-1/2 & 4-1/2" | | | | |
| Grade: S-135 ksi | | | | |
| Connection: XT-48 & XTM-48 | | Initially Sweet - may sour after water injection is started (see max H2S) | | Producers - 4,000-16,000 psi / 120-150 F |
| Test Joint OD: 7.000" & 5.250" | | | | |
| Test Joint ID: 4.250" & 3.250" | | Service Conditions: | BHP / BHT: | |
| Service Tool Connections | | | | 4,000 psi (min flowing) - 13,000 |
| | S-1/2 # | Temp Range: | -10 F to 150 F | Absolute Pressure Range: psi (shut-in) |
| Frac Extension Connection Depth: 5-13/32" 8- Stub Acme (box): | | Service Tool Positions: | Circulate and Reverse positions required | Water Depth / Reservoir Depth: 4,844 ? 14,569 (10,258 ft 2 sets) Test |
| Frac Assembly Metallurgy | | | | |
| | Incoloy 925, 825 and 718 | Closing Sleeve Opening Force: | Minimum 1,500 lbs | Max H2S: Initial H2S - Max Potential H2S 560 ppm after water injection is started |
| Elastomers / Seal Materials | | Frac: 300 | | |
| | | Pump Rate: 30 BPM | | |
| | | Prop Size: 20/40 & 30/50 | | |
| | Nitrile element bonded inside. Nitrile O-rings in Closing Sleeve | Prop Type: Carbo-lite & Econoprop | | |
| | | Max Loading: 10 ppa | | |
| | | Max Proppant: 200,000 lbs | Max CO2: 0.8 Mol Percent |
| Frac Assembly: 6.375" OD or packer | | | 11,487 psi frac | |
| Max OD: 3.80" on X-O tool | | | 10,000 psi production | |
| Min ID: n/a | | Min Frac Assembly Burst / Collapse: | 10,000 psi pressure-balanced sections | Max N2: 0.4 Mol Percent |
| Min Tensile: | | | | |
| Production Seal | | | | |
| Min ID: 2.976" | | | | |
| Differential Rating: 7,000 psi burst | | | | Fluid Density (*API+ ppg): 35 API Oil |
| | 7,000 psi collapse | Min. Tension / Compression Rating: | 73,000 lbs Prod Ten / Comp. | BOPE (scf/bbl): 500 > 1,200 |
| | 90,000 lbs tensile | | | |
| Fluid Loss Control: Ball   Annular | | | | |
| Device: Valve   Sleeve | | | | Production Rates / Max Production Solids Rate: 16,000 BOPD (single/com zone) |
| Max OD: 6.800"   3.100" | | | | 2 ppb/100 micron prod max rate/size |
| Min ID: 104/105   5.000 | | Min Service Tool Tension Rating: | 1,56,800 lbs | |
| Body Burst/Collapse psi: | | | | |
| Ball/Sleeve Differential: | | | | |
| Shear Safety Joint | | | | |
| Max OD: 4.590" | | | | |
| Min ID: 3.917" | | | | Completion Fluid: 9.0 - 13.0 ppg Completion Fluid/ Packer Fluid 9.6 ppg Glycol CaCl2 |
| Differential Rating: 12,154 psi | | | | |
| Shear Rating: 90,000 lbs | | Min Weight Down Rating: | | |
| Frac Assembly | | | | |
| Maximum Length: not to exceed 70 ft | | Packer Qualification Test: | ISO 14310 V3 | Max Angle / Dogleg: 72 Degrees 5 deg / 100 ft |

Engineering Notes, Lessons Learned and Comments:

1. All tools with outside diameters larger than 5.06" must have a 15 degree taper on top to help deter sand bridging and erosion during frac pac operations.
QUALIFICATION TEST REQUIREMENTS: Full Scale Erosion Test, Functional Testing, Seal Material Compatibility, and Tapered tool seat testing

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**E. Completions**

## STATEMENT OF REQUIREMENTS - Mad Dog Type 7.75"

| Equipment Criteria | | | | |
|---|---|---|---|---|
| Equipment Type Description | 4.00" Frac Pac Tool System (including Service tools, MCS, Indicator Coupling, Extensions) £ 7 3/4" 46.1# Casing | | | |
| | | Preliminary Frac Treatment Design Info | Critical Wear Factors | |
| Casing Size Max ID Min ID Drift | 2 3/4" 46.1# 6.650" 6.500" 6.375" | Design Spec. | NACE MR-0175, BP Approval of Material Specification Required | Well Type | Producer/Kill |
| Working Size Conc. Conductor Test Joint OD Test Joint ID | Tapered 4 1/2" x 5-7/8" 6-1/8" m. x V-150 ATMAS x ATMSF 5.25" x 7.00" 5.125" x 4.25" | Testing | ISO 14310 V3 | | |
| | | | | NGU max: 17,500 psi, 210 deg F M5A/NR0 max: 10,000 psi, 7/0 deg F |
| Service Tool Connections | 3 1/2" IF | Services Conditions | Sweet 40-220 F must address passing through 40 Deg F MudGas | BHP / SIHT | deg F |
| | | Temp Range. | | Adequate Pressure Range | 7,500 psi (min flowing) 12 500 psi (increased) |
| Frac Extension Connection Down | 4 1/2" 18.90pf VAm-Ace Pin down | Service Tool Positions: | Squeeze, Set Down Live Annulus Circulate, and Reverse positions required | Water Depth / Reservoir Depth | 4,450' Water Depth 15,900+25,200' MD 15,900+21,500 TVD |
| | | Closing Sleeve Opening Forces: | Minimum 5,000 lbs | | |
| Frac Assembly Metallurgy | 410-13cr (MAXCE) 95Ksi Min | | Closing Sleeve must not shut, while pumping at rates up to 40 BPM | Max H₂S | <230 ppmv |
| | | Frac Job Pump Rate Prep Size Prop Type Max Loading Max Proppant | 40 BPM 18-20 X 16-20 Carbolite & Carbolprop 12 psa 300,000 lbs | Max CO₂ | <0.35 Mol Percent in M20 <0.17 Mol Percent in M5A/NR0 |
| Elastomer & Seal Materials | n/NBR Element, Viton Bonded Seals and Viton bonded seal in Closing Sleeve | | | Invite pH | pH M20=6.9, pH M0=4.7 |
| | Frac Assembly Max OD Min ID Min Tensile | 6.45" OD on packer 4.02" Bore Packer 210,000 lbs | Min Frac Assembly Burst / Collapse | 12,500 psi Burst/Collapse | Max N₂ | |
| | Production Seal Min ID Differential Rating psi burst psi collapse Iso tensile | 3" 7,000 7,000 300,000 | | 105,000 lbs (Live Annulus and Squeeze Positions) | Fluid Density (API / psig) GOR certifiable GOR certifiable | 25-32 API Oil M20 = 260 GOR, Pb=1500 psi M5A/NR0 = 600 GOR, Pb=4500 psi |
| Fluid Loss Control Device Type Min OD Max ID Body Burst Collapse Ball/Sleeve Differential | Set rate #1 Ball Ball Flapper 6.80" 5.5" 5.53" exc. 2.94" 2.19" 3.39" —12.5K—— 13.7K —7.00psi— 3,300psi | Min Service Tool Rating attached to Packer Min Service Tool Tension (being released from Packer | 210,000 lbs still attached to Packer 150,000 lbs after packer is set and tool is released | Production Rates Max Production Rate Rate Injection Rates Max Injection Rate Range | 12,000 - 20,000 BOPD 10k per 10000bbl, 440 microns None None |
| Shear Safety Joint Max OD Min ID Differential Rating Shear Rating Frac Assembly Maximum Length | Rotationally locked 6.50" 3" sqr 12,500 psi Max lbs +/- 4K not to exceed 56 ft | Shearable Anchor/Scoop Head | See note #1 100,000 lb anchor shear out rating 75,000 lbs shear release from flowing tool 7,500 psi burst/collapse 6.3" max w/6 3.34" w/v id stooped for VAI reentry | Completion / Packer Flag Max Angle Dogleg Severity | M20: 11.7-12.6 ppg CaCl/CaBr2 M5A/NR0: 10.5-10.7 ppg CaCl/CaBr2 65 Degrees with drop to 30 deg leg through pipe 8 deg / 100 ft |

Engineering Notes, Lessons Learned and Comments:

1) Ball Valve Fluid loss device must be capable of stopping a 50GPM Loss rate, opened when a 1000 psi differential, opened with pressure cycles or mechanically. Slither must fit through 2.75" PBR. Must accept up to 9° of tilt and still be pressure opened.

2) All equipment must all function at desired rating when cooled to 40 Deg F

3) Design does not have Production tubing landed into OP Packer. Instead a Scoop Head with shearable anchor is run with weep fool sting through packer, bronize closing/frac sleeve, and after uniform to through circulating lowering.

QUALIFICATION TEST REQUIREMENTS: Full Scale Friction Test, Functional Testing, Seal Material Compatibility, and Tapered ball seat testing, Element Flow By testing

---

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022522

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**E. Completions**

## STATEMENT OF REQUIREMENTS - Mad Dog Type 5.5"

| Equipment Criteria | | | |
|---|---|---|---|
| Equipment Type | 3.25" Frac Pac Tool System (including Service tools, MCS, Indicator Coupling, Extensions) f/ 5-1/2" 23# Casing | | |
| Description | Preliminary Frac Treatment Design Info | | Critical Well Factors |
| Casing Size: 5-1/2" 23.0# Max ID: 4.670" Min ID: 4.545" Drift ID: | Design Spec: | NACE MR-0175, BP Approval of Material Specifications Required | |
| | Testing | ISO 14310 V3 | Well Type: | Producers (Oil) |
| Workstring Size: Tapered 4-1/2" x 5-7/8" Grade: S-135 (tar. x-Y-150) Connection: XTM43 x XTM57 Tool Joint OD: 6.25" x 7.50" Test Joint ID: 3.125" x 4.25" | Service Conditions: | Sweet | BHP / BHT | WZN max: 13,200 psi; 210 deg F MSI/MBD max: 14,400 psi, 176 deg F |
| Service Tool Connections | 3-1/2" IF | Temp Range: | 40+230 F must address passing through 40 degF Mudline | Absolute Pressure Range | 7,000 psi min flowing 12,500 psi (cemented) |
| Frac Extension Connection Down | 3-1/2" 12.7#/ Vam Ace Pin down | Service Tool Positions: | Squeeze, Set Down Use Annulus, Circulate, and Reverse positions required | Water Depth / Reservoir Depth: | 4,400' Water Depth 18,000-26,200' MD 15,000-23,500' TVD |
| Frac Assembly Metallurgy | 410-13Cr (NACE) Super Nic | Closing Sleeve Opening Force: | Minimum 5,000 lbs Closing Sleeve must not shut while pumping at rates up to 40 BPM | Max H₂S | >230 ppms |
| | | Frac Job Pump Rate: 25 BPM Prop Size: 16-20 & 16-30 Prop Type: Carbolite & Carboprop Max Loading: 12 ppa Max Proppant 300,000 lbs | | |
| Elastomers / Seal Materials | HNBR Element, Viton Bonded Seals and Viton bonded seal in Closing Sleeve | | | Max CO₂ | >0.35 Mol Percent in MD >0.12 Mol Percent in MSI/MBD |
| | | | | Insitu pH | pH WZN>5.8, pH MBD>4.2 |
| Frac Assembly Max OD: 4.60" OD on packer Min ID: 3.25" Bore Packer Min Tensile: 100,000 lbs | Min Frac Assembly Burst / Collapse | 12,500 psi Burst/Collapse | Max N₂ | |
| Production Seal Min ID: 2.441" Differential Rating: 7,000 psi burst 7,000 psi collapse 250,000 lbs tension | Min Weight Down Rating | 100,000 lbs (Live Annulus and Squeeze Positions) | Fluid Density (°API / ppg) GOR (scf/bbl) GOR (scf/bbl) | 25-32 API Oil WZN = 280 GOR, P0=1500 psi MSI/MBD = 800 GOR, P0=4500 psi |
| Fluid Loss Control Device: Ball Ball Popper Type: 4.25" 4.25" 4.25" max Max OD: 2.441" 2.441" 2.441" Min ID: 1.250" — 1.174 Setdown Stress/Collapse: 8,000 psi — 3,300psi Setdown Stress Differential: | Min Service Tool Rating attached to Packer | 190,000 lbs still attached to Packer | Production Rates Max Production Solids Rate Injection Rates Max Injection Solids Rates | 12,000 - 30,000 BOPD 1lb per 1000lb, <40 micron None None |
| | Min Service Tool Tension Rating released from Packer | 200,000 lbs after packer in let and tool is released | | |
| Shear Safety Joint Max OD: 4.25" Min ID: 2.441" Differential Rating: 12,500 psi Shear Rating: 400 ksi +/- etc. | Shearable Anchor/Scoop Head | See note #3 100,000 lb anchor shear out rating 25,000 lbs shear release from Running tool | Completion / Packer Fluids | WZN: 11.2-12.8 ppg CaCl/CaBr2 MSI/MBD: 10.5-10.7 ppg CaCl/CaBr2 |
| Frac Assembly Maximum Length: | not to exceed 50 ft | | 7,000 psi burst/collapse 4.25 max id/ 3.25" min id accepted for WL re-entry | Max Angle: Dogleg Severity: | 65 Degrees with dogleg 65-90 deg leg through pay 6 deg / 100 ft |

**Engineering Notes, Lessons Learned and Comments**

1) Ball Valve Fluid loss device must be capable of stopping a 30BBPH circ rate, opened under a 2000 psi differential, opened with pressure cycles or much stifled. Stifled must fit through 2.441" NSR. Must accept up to 5" of fill and will be pressure opened.
2) All equipment must still function at desired rating when cooled to 40 Deg F
3) Design does not have Production tubing landed into GP Packer. Instead a Scoop Head with shearable anchor is run with seals that sting through packer, isolate closing/frac sleeve, and offer uniform id through circulating bearing.
QUALIFICATION TEST REQUIREMENTS: Full Scale Erosion Test, Functional Testing, Seal Material Compatibility, and Tapered ball seat testing, Element Flow By testing

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022523

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**E. Completions**

## STATEMENT OF REQUIREMENTS - Thunder Horse Type 9.875"

| Equipment Criteria | | | |
|---|---|---|---|
| Equipment Type | 8.00" Frac Pac Tool System (including Service tools, MCS, Indicator Coupling, Extensions) f/ 9-7/8" 62.8# Casing | | |
| Description | Preliminary Frac Treatment Design Info | Critical Well Factors | |
| Casing Sizes | 9-5/8" 40-54 & 53.5# other 7/8" 62.8# & 68.3# | 9 | |
| Max ID n/a | n/a | | |
| Min ID | 8.500" to 8.500" | | |
| Conn ID | | AnCE MR-0175 BP Approval of Material Specifications Required | Well Type | Producer and Injector Wells |
| Workstring Size | 5-1/2" 23.2C" wall | | | |
| Grade | S-135/T loc | | Producers - 13,000-16,400 psi / 315-350 F | |
| Connection | XT-M57 | Initially Sweet - may sour after water injection is started (see max H2S) | | |
| Tool Joint OD | 7.000" | | | |
| Tool Joint ID | 4.250" | Service Conditions | BHP / BHT | Injectors - 13,000-16,400psi / 60-100 F |
| Service Tool Connections | | | | |
| | 6-7/8" XT-M57 | Temp Range | -40 F to 325 F | Absolute Pressure Range | 4,900 psi min (flowing) - 13,000 psi (shut-in) |
| Frac Extension Connection Down | | | Squeeze, Circulate, and Reverse positions required | Water Depth / Reservoir Depth | 6,920'; 15,000-16,300' TVD/20,000 MD (MD to M-54) |
| | 2-3/4", 5-home deep | Service Tool Positions | | | |
| Frac Assembly Metallurgy | | | | | |
| | Incoloy 925, 825 and 718 | Closing Sleeve Opening Force | Minimum 15,000 lbs | Max H2S | 0 initial H2S - Max Potential H2S 600 ppm after water injection is started |
| Elastomers / Seals Materials | | Frac Job | | | |
| | | Pump Rate | 45 BPM | | |
| | | Prop Size | 20/40 & 16/20 & 16/30 | | |
| | HNBR element, bonded seal in Closing Sleeve | Prop Type | Carbo-Lite | | |
| | V-form/Teflon/Flexir Seal units | Max Loading | 12 ppa | | |
| | | Max Proppant | 300,000 lbs | Max CO2 | 0.8 Mol Percent |
| Frac Assembly | 8.465" OD on packer | | 12,500 psi frac | | |
| Max OD | 6.00" on XO tool | | 10,000 psi production | | |
| Min ID | n/a | | 10,000 psi pressure-balanced sections | | |
| Tensile | 400,000 lbs | Min Frac Assembly Burst / Collapse | | Max N2 | 0.4 Mol Percent |
| Production Seal | | | | | |
| Min ID | 4.860" | | | | |
| Differential Rating | 15,000 psi burst 15,000 psi collapse 600,000 lbs tensile | Min. Tension / Compression Rating | 125,000 lbs Prod Tbg / Comp | Fluid Density ("API / ppg) 9GR HGFBME | 35 API Oil 500-1,200 |
| Fluid Loss Control | Ball / Annular Device/Valve / Sleeve | | | Production Rates | 45,000 BOPD (single/per zone) |
| Max OD | 8.0"5" / 8.000" | | | Max Production Solids | 2 ppts/50 max/min prod max |
| Min ID | 4.250" / 2.750" | | | Rate | 15,000 - 40,000 BWPD |
| Body Burst/Collapse | 10x/10x / 10x/10x | Min Service Tool Tension Rating | | Injection Rates | 1 ppts / 50 max/min inj max |
| Ball/Sleeve Differential | 5,000 psi / 10,000 psi | | 200,000 lbs | Max Injection Solids Rate | n/a/n/a |
| Sleeve Safety Joint | | | | | |
| Max OD | 8.500" | | | | |
| Min ID | 4.85" | | | | Completion Fluid | 14.2 ppg Completion Fluid/ |
| Differential Rating | 12,500 psi | | 180,000 lbs (Lora Annulus and Squeeze Positions) | | Packer Fluid 8.97 ppg Clean/ |
| Sleeve Burst | 30,000 lbs | Min Weight Down Rating | | Completion / Packer Fluid | Calcium Bromide Comp Fluid/ |
| Frac Assembly Maximum Length | | | | Max Angle / Degleg | 45 Degrees |
| | not to exceed 70 ft | Packer Qualification Test | ISO 14310 V3 | | 3 deg / 100 ft |

Engineering Notes, Lessons Learned and Comments

T. All tools with outside diameters larger than 5.5/8" must have a 15-degree taper on top to help defer sand bridging and erosion during frac pac operations.
QUALIFICATION TEST REQUIREMENTS: Full Scale Erosion Test, Functional Testing, Seal Material Compatibility, and Tapered ball and testing

---

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022524

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**E. Completions**

## STATEMENT OF REQUIREMENTS - Thunder Horse Type 7.625"

| Equipment Criteria | | | | |
|---|---|---|---|---|
| Equipment Type | 3.85" Frac Pac Tool System (including Service tools, MCS, Indicator Coupling, Extensions) f/ 7-5/8" # Casing | | | |
| Description | | Preliminary Frac Treatment Design Info | Critical Well Factors | |
| Casing Size: 7-5/8"/39# & 42.8# | | | | |
| Max ID: 6.625" & 6.501" | | | | |
| Min ID: n/a | | | | |
| Drift ID: 6.505" to 6.575" | | NACE MR-0175: BP Approval of Material Specifications Required | Well Type | Producer and Injector Wells |
| | | Design Spec: | | |
| Workstring Size: 5-1/2" & 500" mW | | | | |
| Grade: S-135" Inc | | | | |
| Connection: XT-M57 | | Initially Sweet - may sour after water injection is started (see max H2S) | | Producers - 13,000-16,400 psi / 215-250 F |
| Tool Joint OD: 7.000" | | | | Injectors - 13,000-16,400psi / 40-100 F |
| Tool Joint ID: 4.205" | | Service Conditions: | BHP / BHT | |
| Service Tool Connections | | | | |
| Connection Down: 6-7/8"-XT-M57 | | Temp Range: -10 F to 325 F. | Absolute Pressure Range | 4,000 psi (min flowing) - 13,000 psi (shut-in) |
| Frac Extension | | | | 6,625" |
| Connection Down: 6-11/16" 6-Stub Acme | | Squeeze, Circulate, and Reverse positions requires | Water Depth / Reservoir Depth | 15,000-18,900 TVD 20,000 MD |
| Seal | | Service Tool Positions: | | (M57 to M-56) |
| Frac Assembly Metallurgy | | | | |
| | | Closing Sleeve Opening Force: | Minimum 15,000 lbs | Max H2S | 0 initial H2S  Max Potential H2S 600 ppm after water injection is started |
| Incoloy 925, 825 and 718 | | Frac Job | | |
| Elastomers / Seal Materials | | Pump Rate: 50 BPM | | |
| | | Prop Size: 20/40 & 16/20 & 16/30 | | |
| HNBR element, bonded seal | | Prop Type: Carbo-lite | | |
| & Casing Sleeve | | Max Loading: 12 ppa | | |
| Viton/Teflon/Peek Seal units | | Max Proppant: 200,000 lbs | Max CO2 | 0.6 Mol Percent |
| Frac Assembly: 6.375" OD on packer | | 12,500 psi frac | | |
| Max OD: 5.88" on XO tool | | 10,000 psi production | | |
| Min ID: n/a | | Min Frac Assembly Burst / Collapse | Max N2 | 0.4 Mol Percent |
| Min Tensile | | | | |
| Production Seal | | | | |
| Min ID: 2.972" | | | | |
| Differential Rating: 15,000 psi burst, 15,000 psi collapse 600,000 lbs tensile | | Min. Tension / Compression Rating: | 125,000 lbs Prod Tens / Comp | Fluid Density ("API / ppg) | 35 API Oil |
| | | | | GOR (scf/bbl) | 500-1,200 |
| Fluid Loss Control Device: Ball  Annular Valve  Sleeve | | | | Production Rates | 45,000 BOPD (single/per zone) |
| Max OD: 5.565" | | | | Max Production Solids Rate | 2 ppb/100 maxi/n prod max release |
| Min ID: 2.765" | | Min Service Tool Tension Rating: | 200,000 lbs | Injection Rates | 15,000 - 40,000 BWPD |
| Body Burst/Collapse: 10u10u | | | | Max Injection Solids Rated | 1 ppb / 50 maxi/n inj max release |
| Ball/Sleeve Differential: 5,000 psi | | | | | |
| Shear Safety Valve | | | | | |
| Max OD: 4.833" | | | | | |
| Min ID: 3.364" | | | | | 14.2 ppg Completion Fluid |
| Differential Rating: 12,000 psi | | | | Packer Fluid 8.67 pcg City cal | |
| Shear Rating: 90,000 lbs | | Min Weight Down Rating: | 125,000 lbs (Live Annulus and Squeeze Positions) | Completion / Packer Fluid | Calcium Bromide Comp Fluid |
| Frac Assembly Maximum Length: | | | | | 45 Degrees |
| not to exceed 70 ft | | Packer Qualification Test | ISO 14310 V3 | Max Angle / Dogleg | 5 deg / 100 ft |

Engineering Notes, Lessons Learned and Comments

1. All tools with outside diameters larger than 5.98" must have a 15 degree taper on top to help deter sand bridging and erosion during frac pac operations.
QUALIFICATION TEST REQUIREMENTS: Full Scale Erosion Test, Functional Testing, Seal Material Compatibility and Tapered ball seat testing

---

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022525

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**E. Completions**

## STATEMENT OF REQUIREMENTS - Tubular Bells Type 9.875"

| | | Equipment Criteria | | |
|---|---|---|---|---|
| Equipment Type | 6.00" Frac Pac Tool System (including Service tools, MCS, Indicator Coupling, Extensions) f/ 10-1/8" x 6-1/2" drift casing | | | |
| Description | | Preliminary Frac Treatment Design Info | Critical Well Factors | |
| Casing Size 10-1/8" | | | | |
| Max ID 8.710" | | | | |
| Min OD 6.625" | | | | |
| Drift ID 6.500" | | Design Specs: | NACE MR-0175, BP Approval of Material Specifications Required | Well Types: | Producer and Injector Wells |
| Workstring Size 5-7/8", 4.63" wall | | | | |
| Grade 125 ksi | | | | |
| Connection XTM-57 | | | | |
| Tool Joint OD 7.000" | | | | |
| Tool Joint ID 4.250" | | Service Conditions: | Sour | BHP / BHT | 17,500-18,000 psi / 220-290 F |
| Service Tool Connections | | | | |
| 3-1/2" IF (NC38) | | Temp Range: | 80-350 F, 80 F Min BHT | Absolute Pressure Range | 6,500 psi min flowing - 30,000 psi (serviceload) |
| Frac Extension Connection Down | | Service Tool Positions: | Squeeze, Circulate, and Reverse positions required | Water Depth / Reservoir Depth | 4600-4700' / 24500-28,000' TVD/25600' MD |
| Frac Assembly Metallurgy Nickel Alloy 925 or 718 for equivalent metallurgy for flow-wet permanent equipment, P-110/L125 or 4130 Alloy acceptable for Service tools | | Closing Sleeve Opening Force: | Minimum 6,000 lbs | Max H2S: | 0 Initial H2S  Max Potential H2S TBD |
| Elastomers / Seal Materials Afias on Service tools and bonded seal in Closing Sleeve, Chemraz O-rings with Peek BU rings, Chemraz/Teflon/Peek Seal units and V-Packing | | Frac Job: Pump Rate 40 BPM; Prop Size 16/30; Prop Type Carbo HSP; Max Loading 12 ppa; Max Proppant 750 K | Max CO2: | 0.40 - 1.2 Mol Percent |
| Frac Assembly Max OD 8.424-8.65" Min ID | | Min Frac Assembly Burst / Collapse | 15,000 psi frac; 12,000 psi production; 10,000 psi pressure-balanced sections | Max N2 | 0.1 - 0.7 Mol Percent |
| Production Seal 4.25" Min Min ID 12,000 psi Differential Rating | | Min. Tension / Compression Rating: | 125,000 lbs Frac Ten / Comp | Fluid Density (°API / ppg) GOR (scf/sbbl) | 34-36 API Oil  5000 - 7500 (single/per zone) |
| Fluid Loss Control Ball Anvalar Device Valve Sleeve Max OD 6.00" 8.09" Min ID | | Production Rates | 2 pptb/100 micron prod max annalize | | |
| Body Burst/Collapse 15K Collapse - 12K Frad Ball/Sleeve Differential 10K | | Min Service Tool Tension Rating | 200,000 lbs | Max Production Solids Rate | 15,000 - 48,000 BWPD | Injection Rates | 1 pptb / 20 micron inj max annalize |
| Shear Safety Joint Max OD Min ID Differential Rating Shear Rating | | | 200,000 lbs (Live Annulus and Squeeze Positions) | Max Injection Solids Rate | | Packer Fluid Type | 14-15.9 ppg Completion Fluid Packer Fluid TBD Zinc Blend or Cesium Formate Comp Fluid |
| Frac Assembly Maximum Length: not to exceed 70 ft | | Packer Qualification Test | ISO 14310 V0 | Completion / Packer Fluid | | Max Angle / Dogleg | 40 Degrees  5 deg / 100 ft |

Engineering Notes, Lessons Learned and Comments
1.  Safety Joint Connection Joint is required which can be used as a quick connect sub and serve at limit frac packer production tensile/compression loads.
2.  All tools with outside diameters larger than 7.5" must have a 15 degree taper on top to help clear sand bridging and erosion during frac pac operations.
QUALIFICATION TEST REQUIREMENTS: Full Scale Erosion Test, Functional Testing, Seal Material Compatibility, and Tapered ball seat testing

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022526

Section 3 – Scope of WORK
Appendix 6 – Functional and Technical Specifications
E. Completions

# STATEMENT OF REQUIREMENTS - Tubular Bells Type 7.625"

## Equipment Criteria

| Equipment Type Description | | Preliminary Frac Treatment Design Info | | Critical Well Factors | |
|---|---|---|---|---|---|
| Equipment Type | 3.88" Frac Pac Tool System (including Service tools, MCS, Indicator Coupling, Extensions) f/ 7-5/8" 39# Casing | | | | |
| Casing Size | 7-5/8" 39# | Design Spec: | NACE MR-0175, BP Approval of Material Specifications Required | Well Type: | Producer and Injector Wells |
| Max ID | 6.730" | | | | |
| Min ID | 6.625" | | | | |
| Drift ID | 6.500" | | | | |
| Workstring Size | 5-7/8" .415" wall | Service Conditions: | Sour | BHP / BHT | 17,500-18,000 psi / 220-250 F. |
| Grade | 125 ksi | | | | |
| Connection | XTM-57 | | | | |
| Tool Joint OD | 7.000" | | | | |
| Tool Joint ID | 4.250" | | | | |
| Service Tool Connections | 3-1/2" IF (NC38) | Temp. Range: | 80- 350 F. 89 F Min BHT | Absolute Pressure Range | 8,500 psi (non flowing)  30,500 psi (submersed) |
| Frac Extension Connection Down | 5-1/16" 8 TPI Stub Acme | Service Tool Positions: | Squeeze, Circulate, and Reverse positions required | Water Depth / Reservoir Depth | 24850-26,000 TVD-25600' MD (MD.) |
| Frac Assembly Metallurity | Nickel Alloy 625 or 718 (or equivalent metallurgy for low-well permanent equipment, P-110/125 or 4130 Alloy acceptable for Service tools | Closing Sleeve Opening Force: | Minimum 5,000 lbs | Max H$_2$S: | Initial H2S  Max Potential H2S TBD |
| Elastomers / Seal Materials | Atlas on Service tools and bonded seal in Closing Sleeve. Chevron O-rings with Peek BU rings. Chevron/Teflon/Peek Seal units and V-Packing | Frac Job Pump Rate: Prop Size: Prop Type: Max Loading: Max Proppant: | 40 BPM 16/30 Carbo HSP 12 ppa 750,000 lbs | Max CO$_2$: | 0.49 - 1.2 Mol Percent |
| Frac Assembly Max OD | 5.35" | Min Frac Assembly Burst / Collapse | 15,000 psi frac 12,000 psi production 10,000 psi pressure-balanced sections | Max N$_2$ | 0.4 - 0.7 Mol Percent |
| Min ID | 3.69" | | | | |
| Production Sleeve Min OD | 3.65" | Min. Tension / Compression Rating: | 125,000 lbs Prod Ten / Comp. | Fluid Density ('API / ppg) GOR (scf/bbl) | 34-36 API Oil 2000 - 2500 |
| Differential Rating | 12,000 psi | | | | |
| Fluid Loss Control Device | Ball Valve | Annular Sleeve | | Production Rates | 1 bingle/per zone) |
| Max OD | | | | Max Production Solids Rate | 2 ppb/100 micron prod max raterSize  15,000 - 40,000 BWPD |
| Min ID | | | | Injection Rates | 1 ppb/50 micron inj max |
| Body Burst/Collapse | | Min Service Tool Tension Rating | 200,000 lbs | Max Injection Solids Rates | raterSize |
| Ball/Sleeve Differential | | | | | |
| Shear Safety Joint Max OD | | | | | |
| Min ID | | | | | 14-15.3 ppg Completion Fluid/ Packer Fluid TBD |
| Differential Rating | | Min Weight Down Rating | 160,000 lbs (Live Annulus and Squeeze Position) | Completion / Packer Fluid | Zinc Bromid or Cesium Formate Comp Fluid |
| Shear Rating | | | | | |
| Frac Assembly Maximum Length | not to exceed 70 ft | Packer Qualification Test | ISO 14310 V0 | Max Angle / Dogleg | 40 Degrees 6 deg / 100 ft |

Engineering Notes, Lessons Learned and Comments
1  Safety Joint Compaction Joint is required which can be used as a quick connect sub and serve to limit frac packer production tension/compression loads.
2  All tools with outside diameters larger than 5.96" must have a 15 degree taper on top to help deter sand bridging and erosion during frac pac operations.
QUALIFICATION TEST REQUIREMENTS: Full Scale Erosion Test, Functional Testing, Seal Material Compatibility, and Tapered ball seat testing.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022527

**Section 3 – Scope of WORK**
**Appendix 6 – Functional and Technical Specifications**
**E. Completions**

# STATEMENT OF REQUIREMENTS - Kaskida Type

| | | Equipment Criteria | | | |
|---|---|---|---|---|---|
| Equipment Type | 15,000 psi differential Multizone Single Trip Frac Pack Equipment | | | | |
| Description | | Preliminary Frac Treatment Design Info | | Critical Well Factors | |
| | Casing Size 5-7/8" 62.8 ppf casing. Max ID 5.625" * Min ID 5.5" Drift ID | | NACE MR-0175, BP Approval of Material Specifications Required | | |
| | | Design Spec: | | Well Type | Producer And Injector Wells |
| | Workstring Size 5-7/8" 416" wall Grade 125 ksi Connector XTM-57 Tool Joint OD 7.000" Tool Joint ID 4.250" "Proballa" Lower Workstring 4-1/2", 16.6 ppf XLT, 2-140, with 5.250 X 3.250 CT-44AS tool joint | | | | |
| | | Service Conditions: | | BHP / BHT | 24,500 psi / 220-250 F |
| Service Tool Connections | | | | | |
| | | Temp Range: | 50 - 250 F | Absolute Pressure Range | 30,000 psi |
| Frac Extension Connection Down | | | Squeeze, Circulate, Live Annulus and Reverse positions required. | Water Depth / Reservoir Depth | 5600-8000 31000-32500 FT TVD |
| Frac Assembly Metallurgy | | Closing Sleeve Opening Force: | Minimum 5,000 lbs | Max H₂S | 0 initial H2S  Max Potential H2S TBD |
| Elastomers / Seal Materials | | Frac Job Pump Rate 30-50 BPM Prop Size 16/30 Prop Type Carbo HSP Max Loading 12ppg Max Proppant 750,000 lbs per zone | | Max CO₂ | 0.295 Mol frac |
| Frac Assembly Max OD Min ID | | Min Frac Assembly Burst / Collapse | 15,000 psi frac 15,000 psi production 15,000 psi pressure-balanced sections | Max N₂ | 0.561 mol frac |
| Production Seal Min ID Differential Rating | | Min. Tension / Compression Rating | 125,000 lbs Rand Ten / Comp | Fluid Density (°API / ppg) GOR (scf/bbl) | 260-280 |
| Fluid Loss Control Device Max OD Min ID Body Burst/Collapse Ball/Sleeve Differential | Ball Valve | Annular Sleeve | | | |
| | | Min Service Tool Tension Rating | 300,000 lbs. | Production Rates | 20,000 - 25,000 BOPD |
| Shear Safety Joint Max OD Min ID Differential Rating Shear Rating | | Min Weight Down Rating | 160,000 lbs (Live Annulus and Squeeze Positions) | Completion / Packer Fluid | 16.2-16.4 ppg Completion Fluid Packer Fluid TBD Enc Based or Cesium Formate Comp Fluid |
| Frac Assembly Minimum Length | not to exceed 60 ft | Packer Qualification Test | ISO 14310 V3 | Max Angle / Dogleg | +30 Degrees 3 deg / 100 ft |

Engineering Notes: Lessons Learned and Comments.
* Safety Joint Compaction Joint is required which can be used as a quick connect sub.
QUALIFICATION TEST REQUIREMENTS: Full Scale Erosion Test, Functional Testing, Steel Material Compatibly, and Tapered ball seat testing

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022528

**Section 3 – Scope of Work**
**Appendix 7 – Technical Integrity**

# Appendix 7 – Technical Integrity

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022529

**Section 3 – Scope of Work**
**Appendix 7 – Technical Integrity**
**A. Cementing Services**

# A. Cementing Services

**1.0   TECHNICAL INTEGRITY FOR PROCURED EQUIPMENT**

CONTRACTOR shall provide to COMPANY the WORK in accordance with the latest revision of COMPANY Integrity Assurance Specification (IAS) for the procurement of critical equipment, document reference BP-EPT-IAS-01.

**2.0   TECHNICAL INTEGRITY FOR RENTAL EQUIPMENT**

2.1   CONTRACTOR shall have established, implemented and maintained a Quality Assurance System in conformance with the requirements of ISO 9001, API Q1 (ISO TS 29001) or any other recognized or established standard / format as mutually agreed with COMPANY, providing that all aspects of the CONTRACT and WORK which affect the quality of the services supplied are defined, documented, proceduralized (where required) and controlled under the system (including subcontracted services).

2.2   CONTRACTOR shall implement and maintain location specific Quality Plans, and applicable working procedures for the duration of the CONTRACT.

2.3   CONTRACTOR's Quality Plan shall be submitted to COMPANY for approval prior to commencement of the WORK.

2.4   CONTRACTOR shall allow COMPANY QA auditors full access to the WORK in progress, personnel, records, and documentation for the purpose of conducting quality audits.

2.5   "Ad hoc" quality inspections may be undertaken by COMPANY on CONTRACTOR's quality systems, as and when deemed necessary by COMPANY, and may be carried out without any prior notice to CONTRACTOR.

2.6   Where non conformances are identified during audits and / or inspections by COMPANY or COMPANY third party inspectors, CONTRACTOR shall undertake the corrective actions as required by COMPANY, within agreed specified time limits.

2.7   Corrective actions undertaken by CONTRACTOR as a result of non conformances being identified during a quality audit or inspection shall be undertaken at no cost to COMPANY.

2.8   CONTRACTOR shall compile all necessary documentation in accordance with specified requirements, and such relevant documentation shall be made available to COMPANY and / or the Certifying Authority for certification purposes when and where appropriate.

2.9   CONTRACTOR's Quality Management System shall, as a minimum, include:

2.9.1  Design and Verification

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022530

**Section 3 – Scope of Work**
**Appendix 7 – Technical Integrity**
**A. Cementing Services**

CONTRACTOR will have an auditable and documented design and verification system for all the goods and materials supplied.

2.9.2   Formal job descriptions / responsibilities / authority

All CONTRACTOR's personnel will have formal job descriptions detailing their responsibilities for work and their authorities to act. These will reflect the actual jobs they perform.

2.9.3   Receiving inspection for all equipment (new, unused and used)

CONTRACTOR will establish and maintain a system for the receipt of all goods and materials being supplied by CONTRACTOR. This will include suitable inspection criteria which allows for identification of conforming and non conforming equipment. A quarantine area for non conforming equipment will be established.

## 3.0   NON-CONFORMING GOODS

3.1   CONTRACTOR will establish and maintain a system that identifies any goods and materials supplied which do not conform to specifications i.e., Non Conformance Reports (NCRs).

3.2   The system will be capable of managing any non conformances identified either through design, goods receipt inspection, assembly and testing, inspection and maintenance regimes, CONTRACTOR internal audits, COMPANY audits or inspections and any failed in service items as identified either by CONTRACTOR's field personnel or COMPANY's field representatives.

3.3   Where non conformances are identified, CONTRACTOR will perform, within a time period acceptable to COMPANY, all corrective actions required to prevent recurrence.

3.4   Corrective actions undertaken by CONTRACTOR as a result of non-conformances identified will be undertaken at no cost to COMPANY.

## 4.0   INSPECTION AND TESTING STANDARDS: including acceptance / reject criteria, using Original Equipment Manufacturer or Supplier (OEM) specifications as a minimum.

4.1   CONTRACTOR will establish and maintain a formal inspection management system for all goods and materials supplied; the system will be as a minimum:

4.1.1   Provide detailed inspection specifications, including acceptance and rejection criteria for proprietary equipment and materials supplied by CONTRACTOR and any SUBCONTRACTOR.

4.1.2   Meet DS-1 Category 4 inspection requirements for components covered by TH Hill Associates, Inc. Standard DS-1 Drill Stem Design Inspection latest revision or alternatively the Drilling Equipment Inspection Procedures (DEIP), as applicable to the goods and services supplied by CONTRACTOR and any SUBCONTRACTOR.

4.1.3   Provide competent inspectors of the equipment, qualified and competent to perform

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022531

**Section 3 – Scope of Work**
**Appendix 7 – Technical Integrity**
**A. Cementing Services**

the inspection required.

4.1.4 Will use and demonstrate compliance with DS-1 / DEIP (where applicable) and specified inspection criteria. The requirements are applicable to all pipe / tubulars used down hole.

4.2 CONTRACTOR will provide the specifications and criteria used for the inspection of goods and materials supplied.

4.3 CONTRACTOR will establish and maintain a system for verifying the integrity of the equipment through testing and inspection. The testing specification and standards for equipment will be made available for review by COMPANY and COMPANY will have the right to implement changes.

4.4 All assemblies will be tested in accordance with procedures approved by COMPANY prior to release and shipment. Verification of testing may be required by COMPANY through its own representatives. COMPANY and CONTRACTOR will develop a quality assurance plan as part of the Statement of Requirements (SOR) which will provide details of the inspection and acceptance criteria, witness and hold points required by COMPANY during manufacture, test, and assembly.

4.5 All load bearing equipment, lifting equipment and lifting points will be inspected and tested in accordance with LOLER requirements and with current certification for the duration of the CONTRACT.

4.6 CONTRACTOR will be responsible for ensuring that its SUBCONTRACTORS comply with the inspection and testing requirements.

## 5.0 MAINTENANCE MANAGEMENT SYSTEM

In accordance with OEM as a minimum, including compliance to US legislative requirements.

5.1 CONTRACTOR will establish and maintain a planned maintenance system for all goods and materials supplied by CONTRACTOR and SUBCONTRACTORS.

5.2 The maintenance regimes will be as per OEM unless otherwise demonstrated that changes to the routines are justified.

## 6.0 REPAIR STANDARDS AND PROCEDURES

In accordance with OEM as a minimum.

6.1 CONTRACTOR will establish and maintain refurbishment and repair procedures to ensure the integrity of goods and materials supplied. These will be OEM standards as a minimum, unless otherwise demonstrated that changes to the approved repair standard are justified.

6.2 CONTRACTOR will establish, qualify, and maintain approved welding procedures for the goods and materials which require welding and will use suitably competent and coded welders (ASME IX) for any weld repair work.

6.3 CONTRACTOR will ensure SUBCONTRACTORS comply with this requirement.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022532

**Section 3 – Scope of Work**
**Appendix 7 – Technical Integrity**
**A. Cementing Services**

**7.0    FINAL INSPECTION PRIOR TO DISPATCH TO WORKSITE**

7.1    CONTRACTOR will establish and maintain a final inspection system prior to dispatch of the equipment to the WORKSITE.  Signed release notes will be provided with the equipment.

7.2    The final inspection and check control system must ensure that the final product complies with the original SOR and that all NCRs and any associated Corrective Action Requests (CAR) have been closed out prior to release and shipping.

**8.0    PURCHASING STANDARDS AND SPECIFICATIONS**

8.1    Where CONTRACTOR purchases materials, spares and other equipment, CONTRACTOR will establish and maintain a system that details and documents clearly the specifications required to supply fit for purpose equipment.  The specifications will include all material and technical requirements, QA and legislative needs and any drawings (latest revisions).

8.2    OEM specifications will be used unless COMPANY agrees to use alternative specifications.

**9.0    MATERIALS / EQUIPMENT TRACEABILITY**

CONTRACTOR will establish and maintain a fully traceable system, including appropriate documentation and certification for all the equipment including spares.  As a minimum this will provide:

9.1    Full traceability to heat numbers or lots (for all forgings and castings etc.)

9.2    Full traceability to cure and expiry dates (for all elastomers).

9.3    Full tool and service history (inspection, testing, maintenance, replacement of spare parts and repairs undertaken).

9.4    Mapping and recording of tests, complete with verification testing undertaken (i.e., NDT including hardness testing etc.), on any weld repair or heat treatment undertaken after manufacture.

9.5    CONTRACTOR will compile all necessary documentation in accordance with specified requirements, and such relevant documentation will be made available to COMPANY and / or COMPANY's representative.

9.6    The minimum documentation to be held by CONTRACTOR relating to equipment supplied will include:

9.6.1 Data books with full traceability.

9.6.2 Material certificate(s) for any equipment.

9.6.3   Load test records for load bearing and / or lifting hoisting equipment.

9.6.4   Rental history movements.

9.6.5   Refurbishment history including any weld repair maps.

9.6.6   Inspection and maintenance reports.

CONFIDENTIAL
Business Confidential

**Section 3 – Scope of Work**
**Appendix 7 – Technical Integrity**
**A. Cementing Services**

9.6.7  Failure histories.

9.6.8 Originals of documents supplied with the tools.

9.7  CONTRACTOR will provide the following documentation with all equipment shipped to the WORKSITE:

9.7.1  Certificate(s) of conformity.

9.7.2  Current inspection certificate.

9.7.3  Current pressure test certificate.

9.7.4  Certificate for slings and baskets.

9.8  Each item of equipment will be marked with a clearly identifiable unique permanent traceable / serial and part number.

## 10.0  CALIBRATION MANAGEMENT OF EQUIPMENT

10.1  CONTRACTOR will identify all equipment that requires calibration.  CONTRACTOR will establish and maintain a Calibration Management System and all equipment will conform to the calibration schedules and technical requirements.

10.2  Calibration will be in accordance with calibration system specifications and include API Spec 7 requirements for API threads.

10.3  All equipment requiring calibration will be marked with last calibration, next due calibration date and display details of the individual responsible for the calibration.

## 11.0  MANAGEMENT OF CHANGE

11.1  CONTRACTOR will establish and maintain a system for identifying and approving changes to approved equipment design, standards, specifications and procedures.  All changes to approved designs etc. whether permanent or temporary will be controlled and managed.  All changes will be technically reviewed and will not compromise the integrity of the equipment and will be suitable for the anticipated operating environment as specified.  COMPANY's representatives will take part in the review process.

11.2  The system for managing change will be auditable and managed by competent personnel with appropriate technical and financial authorities.

11.3  The Management of Change System will be communicated to all CONTRACTOR personnel and CONTRACTOR will use its best endeavors to ensure an appropriate level of understanding of the system.

11.4  CONTRACTOR will establish and maintain a quality management process to control equipment modification or repairs carried out by a SUBCONTRACTOR.

## 12.0  DOCUMENT CONTROL SYSTEM

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022534

**Section 3 – Scope of Work**
**Appendix 7 – Technical Integrity**
**A. Cementing Services**

12.1 All critical documents (standards, specifications, procedures, drawings, technical and operating manuals etc.) will be identified and controlled through a formal document control management system.

12.2 The system will identify recipients of the controlled documents and have the facility to gather and destroy old and out of date revisions.

## 13.0 SELECTION AND APPROVAL OF COMPETENT SUBCONTRACTORS

13.1 CONTRACTOR will establish and maintain an auditable process and system for selecting and approving competent SUBCONTRACTORS.

13.2 CONTRACTOR will identify the criticality of the goods and services being provided by its SUBCONTRACTORS and depending upon criticality will implement necessary checks, controls and safeguards to ensure quality and reliable goods and services are provided. Such checks, controls, and safeguards will be detailed in the SUBCONTRACT.

13.3 CONTRACTOR will establish and maintain an approved list of SUBCONTRACTORS indicating which materials, goods, or services are being supplied. The list will be made available to COMPANY.

## 14.0 MANAGING SUBCONTRACTORS

14.1 CONTRACTOR will establish and maintain a performance measuring and monitoring system for SUBCONTRACTORS. The system will include regular auditing and reviewing of a SUBCONTRACTOR commensurate with the criticality of the goods and services being provided. The system will provide both assurance to CONTRACTOR and COMPANY that SUBCONTRACTORS are providing fit for purpose, quality and reliable equipment.

14.2 CONTRACTOR will identify and implement checks and controls as part of its goods receipt inspection system that provide CONTRACTOR and COMPANY with assurance that goods and materials supplied by SUBCONTRACTORS comply with the purchase specification.

14.3 CONTRACTOR shall supply a copy of its planned audit schedule for SUBCONTRACTORS during the life of the CONTRACT. COMPANY shall have the option of placing a representative with the audit team to monitor audits.

## 15.0 INTERNAL AUDIT SYSTEM

15.1 CONTRACTOR will establish and maintain its own internal auditing processes for assessing and assuring compliance of its QMS and management control systems. Audit reports and corrective action arising from these internal audits will be made available to COMPANY upon request and CONTRACTOR will advise progress against recommended actions.

15.2 CONTRACTOR shall supply a copy of its planned internal audit schedule during the life of the CONTRACT. COMPANY shall have the option of placing a representative with the audit team to monitor audits.

## 16.0 AUDIT BY THE COMPANY

16.1 COMPANY reserves the right and will from time to time perform audits on CONTRACTOR

CONFIDENTIAL
Business Confidential

**Section 3 – Scope of Work**
**Appendix 7 – Technical Integrity**
**A. Cementing Services**

against the Scope of Work and CONTRACTOR's management systems and controls, as part of COMPANY's assurance system.

16.2   CONTRACTOR will allow COMPANY's representatives full access to the work in progress, personnel, records, and documentation for the purpose of conducting quality audits; this requirement also applies to SUBCONTRACTORS.

16.3   "Ad hoc" quality audits may be undertaken by COMPANY on CONTRACTOR's quality systems, as and when deemed necessary by COMPANY, and may be carried out without any prior notice to CONTRACTOR.

## 17.0   MANAGEMENT SYSTEM FOR INVENTORY INCLUDING SPARES, STORAGE, AND HANDLING OF EQUIPMENT

17.1   CONTRACTOR will establish and maintain an inventory stock and spares control system. The level of stock and spares will reflect the operational needs and work activities of COMPANY.  CONTRACTOR will be responsible for ensuring that adequate stock and spares and including rental type equipment is available for COMPANY's use.

17.2   CONTRACTOR will be responsible for the storage and protection of all goods and materials supplied.   Goods and materials will be adequately protected against damage and deterioration; protection methods shall include:

17.2.1   Correct thread protectors for all threaded connections (composite plastic breathable type for premium connections, steel type for API type connections).

17.2.2   All seal faces and areas will be adequately protected commensurate with their service criticality; these materials will be stored inside and away from corrosive environments and handled using non metallic lifting appliances.

17.2.3   Elastomers will be stored inside in an environmentally controlled atmosphere in closed packets (complete with cure date and expiry date details).

17.2.4   Packer, seal elements, and other elastomeric materials will be stored in an environmentally controlled facility, suitably protected against impact and corrosion damage.

17.2.5   Shear pins will be closely controlled to avoid the risk of improper use in the hanger assembly and preparation.  Procedures will be in place to ensure segregation of new and used shear stock and other consumable items.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022536

Section 3 – Scope of Work
Appendix 7 – Technical Integrity
B. Fluids Services

# B. Fluids Services

**1.0    GENERAL GUIDELINES AND PRINCIPLES**

1.1     CONTRACTOR will be required to submit a QA / QC plan for the equipment, services, materials, and personnel furnished to COMPANY for review and approval. This QA / QC plan shall be tailored after a recognized quality standard such as API-Q1, ISO 9001, MIL-Q9858A or equivalent. Upon approval by COMPANY, this mutually agreed QA / QC plan shall be made a part of this CONTRACT and shall apply not only to CONTRACTOR's activities, but also to those of any SUBCONTRACTORs. The QA / QC plan shall, at a minimum, include:

1.2     The mutually agreed upon stimulation QA / QC guidelines are to be site specific for a particular area of operations. These guidelines will be based on the recommendations found in, but not limited to, COMPANY Frac QA / QC Manual (see the attached Example QA / QC Plan).

1.3     Detailed description of the stages of performance of a service or manufacture of equipment components and final product.

1.4     Location of service to be provided, sources of materials and equipment, and manufacture, inspection, assembly, testing and storage of any purchased equipment.

1.5     A matrix that shall list the full description of the individual services, products, and equipment utilized in conducting required services, or of individual components and assembly of purchased equipment, along with the documentation, traceability, testing, inspection and process that shall be performed by CONTRACTOR or his agents. This matrix shall be utilized by COMPANY to list any COMPANY required inspections, standards and testing in addition to COMPANY's witness, review, traceability and documentation requirements.

1.6     Provisions for COMPANY to review and approve CONTRACTOR's and SUBCONTRACTOR's QA / QC plans, processes, procedures, documentation, drawings, materials, parts lists and non-conformance deviation reports.

1.7     Location of the handling and disposal of rejected parts after service.

1.8     The QA / QC plan shall contain certain inspections and manufacturing processes which COMPANY may or may not witness, verify or review. This does not absolve CONTRACTOR from performing any and all tests, inspections, equipment calibrations, or dimensional measurements that are required in CONTRACTOR's approved QA / QC plan.

1.9     COMPANY reserves the right to conduct any and all tests and any other inspection deemed necessary by COMPANY at COMPANY's sole expense.

1.10    CONTRACTOR shall afford COMPANY reasonable access to:

- Perform audits.
- Perform relevant inspections.
- Review all QA / QC records and documents.
- Review all Safety and Environmental documents.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022537

## C. Well Placement

**1.0   GENERAL GUIDELINES AND PRINCIPLES**

1.1   CONTRACTOR will be required to submit a QA / QC plan for the equipment, services, materials, and personnel furnished to COMPANY for review and approval. This QA / QC plan shall be tailored after a recognized quality standard such as API-Q1, ISO 9001, MIL-Q9858A or equivalent. Upon approval by COMPANY, this mutually agreed QA / QC plan shall be made a part of this CONTRACT and shall apply not only to CONTRACTOR's activities, but also to those of any SUBCONTRACTORs. The QA / QC plan shall, at a minimum, include:

1.2   The mutually agreed upon QA / QC guidelines are to be site specific for a particular area of operations.

1.3   Detailed description of the stages of performance of a service or manufacture of equipment components and final product.

1.4   Location of service to be provided, sources of materials and equipment, and manufacture, inspection, assembly, testing and storage of any purchased equipment.

1.5   A matrix that shall list the full description of the individual services, products, and equipment utilized in conducting required services, or of individual components and assembly of purchased equipment, along with the documentation, traceability, testing, inspection and process that shall be performed by CONTRACTOR or his agents. This matrix shall be utilized by COMPANY to list any COMPANY required inspections, standards and testing in addition to COMPANY's witness, review, traceability and documentation requirements.

1.6   Provisions for COMPANY to review and approve CONTRACTOR's and SUBCONTRACTOR's QA / QC plans, processes, procedures, documentation, drawings, materials, parts lists and non-conformance deviation reports.

1.7   Location of the handling and disposal of rejected parts after service.

1.8   The QA / QC plan shall contain certain inspections and manufacturing processes which COMPANY may or may not witness, verify or review. This does not absolve CONTRACTOR from performing any and all tests, inspections, equipment calibrations, or dimensional measurements that are required in CONTRACTOR's approved QA / QC plan.

1.9   COMPANY reserves the right to conduct any and all tests and any other inspection deemed necessary by COMPANY at COMPANY's sole expense.

1.10   CONTRACTOR shall afford COMPANY reasonable access to:

- Perform audits.
- Perform relevant inspections.
- Review all QA / QC records and documents.
- Review all Safety and Environmental documents.

CONFIDENTIAL
Business Confidential

**Section 3 – Scope of Work**
**Appendix 7 – Technical Integrity**
**D. Wireline Services**

# D. Wireline Services

## 1.0   TECHNICAL INTEGRITY FOR PROCURED EQUIPMENT

CONTRACTOR shall provide to COMPANY the WORK in accordance with the latest revision of COMPANY Integrity Assurance Specification (IAS) for the procurement of critical equipment, document reference BP-EPT-IAS-01.

## 2.0   TECHNICAL INTEGRITY FOR RENTAL EQUIPMENT

2.1   CONTRACTOR shall have established, implemented and maintained a Quality Assurance System in conformance with the requirements of ISO 9001, API Q1 (ISO TS 29001) or any other recognized or established standard / format as mutually agreed with COMPANY, providing that all aspects of the CONTRACT and WORK which affect the quality of the services supplied are defined, documented, proceduralized (where required) and controlled under the system (including subcontracted services).

2.2   CONTRACTOR shall implement and maintain location specific Quality Plans, and applicable working procedures for the duration of the CONTRACT.

2.3   CONTRACTOR's Quality Plan shall be submitted to COMPANY for approval prior to commencement of the WORK.

2.4   CONTRACTOR shall allow COMPANY QA auditors full access to the WORK in progress, personnel, records, and documentation for the purpose of conducting quality audits.

2.5   "Ad hoc" quality inspections may be undertaken by COMPANY on CONTRACTOR's quality systems, as and when deemed necessary by COMPANY, and may be carried out without any prior notice to CONTRACTOR.

2.6   Where non conformances are identified during audits and / or inspections by COMPANY or COMPANY third party inspectors, CONTRACTOR shall undertake the corrective actions as required by COMPANY, within agreed specified time limits.

2.7   Corrective actions undertaken by CONTRACTOR as a result of non conformances being identified during a quality audit or inspection shall be undertaken at no cost to COMPANY.

2.8   CONTRACTOR shall compile all necessary documentation in accordance with specified requirements, and such relevant documentation shall be made available to COMPANY and / or the Certifying Authority for certification purposes when and where appropriate.

2.9   CONTRACTOR's Quality Management System shall, as a minimum, include:

2.9.1  Design and Verification

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022539

**Section 3 – Scope of Work**
**Appendix 7 – Technical Integrity**
**D. Wireline Services**

CONTRACTOR will have an auditable and documented design and verification system for all the goods and materials supplied.

2.9.2   Formal job descriptions / responsibilities / authority

All CONTRACTOR's personnel will have formal job descriptions detailing their responsibilities for WORK and their authorities to act. These will reflect the actual jobs they perform.

2.9.3   Receiving inspection for all equipment (new, unused and used)

CONTRACTOR will establish and maintain a system for the receipt of all goods and materials being supplied by CONTRACTOR. This will include suitable inspection criteria which allows for identification of conforming and non conforming equipment. A quarantine area for non conforming equipment will be established.

**3.0   NON-CONFORMING GOODS**

3.1   CONTRACTOR will establish and maintain a system that identifies any goods and materials supplied which do not conform to specifications i.e., Non Conformance Reports (NCRs).

3.2   The system will be capable of managing any non conformances identified either through design, goods receipt inspection, assembly and testing, inspection and maintenance regimes, CONTRACTOR internal audits, COMPANY audits or inspections and any failed in service items as identified either by CONTRACTOR's field personnel or COMPANY's field representatives.

3.3   Where non conformances are identified, CONTRACTOR will perform, within a time period acceptable to COMPANY, all corrective actions required to prevent recurrence.

3.4   Corrective actions undertaken by CONTRACTOR as a result of non-conformances identified will be undertaken at no cost to COMPANY.

**4.0   INSPECTION AND TESTING STANDARDS:** including acceptance / reject criteria, using Original Equipment Manufacturer or Supplier (OEM) specifications as a minimum.

4.1   CONTRACTOR will establish and maintain a formal inspection management system for all goods and materials supplied; the system will be as a minimum:

4.1.1   Provide detailed inspection specifications, including acceptance and rejection criteria for proprietary equipment and materials supplied by CONTRACTOR and any SUBCONTRACTOR.

4.1.2   Meet DS-1 Category 4 inspection requirements for components covered by TH Hill Associates, Inc. Standard DS-1 Drill Stem Design Inspection latest revision or alternatively the Drilling Equipment Inspection Procedures (DEIP), as applicable to the goods and services supplied by CONTRACTOR and any SUBCONTRACTOR.

4.1.3   Provide competent inspectors of the equipment, qualified and competent to perform

---

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022540

**Section 3 – Scope of Work**
**Appendix 7 – Technical Integrity**
**D. Wireline Services**

the inspection required.

4.1.4  Will use and demonstrate compliance with DS-1 / DEIP (where applicable) and specified inspection criteria.  The requirements are applicable to all pipe / tubulars used down hole.

4.2  CONTRACTOR will provide the specifications and criteria used for the inspection of goods and materials supplied.

4.3  CONTRACTOR will establish and maintain a system for verifying the integrity of the equipment through testing and inspection.  The testing specification and standards for equipment will be made available for review by COMPANY and COMPANY will have the right to implement changes.

4.4  All assemblies will be tested in accordance with procedures approved by COMPANY prior to release and shipment.  Verification of testing may be required by COMPANY through its own representatives.  COMPANY and CONTRACTOR will develop a quality assurance plan as part of the Statement of Requirements (SOR) which will provide details of the inspection and acceptance criteria, witness and hold points required by COMPANY during manufacture, test, and assembly.

4.5  All load bearing equipment, lifting equipment and lifting points will be inspected and tested in accordance with LOLER requirements and with current certification for the duration of the CONTRACT.

4.6  CONTRACTOR will be responsible for ensuring that its SUBCONTRACTORs comply with the inspection and testing requirements.

## 5.0  MAINTENANCE MANAGEMENT SYSTEM

In accordance with OEM as a minimum, including compliance to US legislative requirements.

5.1  CONTRACTOR will establish and maintain a planned maintenance system for all goods and materials supplied by CONTRACTOR and SUBCONTRACTORs.

5.2  The maintenance regimes will be as per OEM unless otherwise demonstrated that changes to the routines are justified.

## 6.0  REPAIR STANDARDS AND PROCEDURES

In accordance with OEM as a minimum.

6.1  CONTRACTOR will establish and maintain refurbishment and repair procedures to ensure the integrity of goods and materials supplied.  These will be OEM standards as a minimum, unless otherwise demonstrated that changes to the approved repair standard are justified.

6.2  CONTRACTOR will establish, qualify, and maintain approved welding procedures for the goods and materials which require welding and will use suitably competent and coded

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022541

welders (ASME IX) for any weld repair work.

6.3    CONTRACTOR will ensure SUBCONTRACTORs comply with this requirement.

**7.0    FINAL INSPECTION PRIOR TO DISPATCH TO WORKSITE**

7.1    CONTRACTOR will establish and maintain a final inspection system prior to dispatch of the equipment to the WORKSITE.  Signed release notes will be provided with the equipment.

7.2    The final inspection and check control system must ensure that the final product complies with the original SOR and that all NCRs and any associated Corrective Action Requests (CAR) have been closed out prior to release and shipping.

**8.0    PURCHASING STANDARDS AND SPECIFICATIONS**

8.1    Where CONTRACTOR purchases materials, spares and other equipment, CONTRACTOR will establish and maintain a system that details and documents clearly the specifications required to supply fit for purpose equipment.  The specifications will include all material and technical requirements, QA and legislative needs and any drawings (latest revisions).

8.2    OEM specifications will be used unless COMPANY agrees to use alternative specifications.

**9.0    MATERIALS / EQUIPMENT TRACEABILITY**

CONTRACTOR will establish and maintain a fully traceable system, including appropriate documentation and certification for all the equipment including spares.  As a minimum this will provide:

9.1    Full traceability to heat numbers or lots (for all forgings and castings etc.)

9.2    Full traceability to cure and expiry dates (for all elastomers).

9.3    Full tool and service history (inspection, testing, maintenance, replacement of spare parts and repairs undertaken).

9.4    Mapping and recording of tests, complete with verification testing undertaken (i.e.,  NDT including hardness testing etc.), on any weld repair or heat treatment undertaken after manufacture.

9.5    CONTRACTOR will compile all necessary documentation in accordance with specified requirements, and such relevant documentation will be made available to COMPANY and / or COMPANY's representative.

9.6    The minimum documentation to be held by CONTRACTOR relating to equipment supplied

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022542

**Section 3 – Scope of Work**
**Appendix 7 – Technical Integrity**
**D. Wireline Services**

will include:

9.6.1 Data books with full traceability.

9.6.2 Material certificate(s) for any equipment.

9.6.3 Load test records for load bearing and / or lifting hoisting equipment.

9.6.4 Rental history movements.

9.6.5 Refurbishment history including any weld repair maps.

9.6.6 Inspection and maintenance reports.

9.6.7 Failure histories.

9.6.8 Originals of documents supplied with the tools.

9.7 CONTRACTOR will provide the following documentation with all equipment shipped to the WORKSITE:

9.7.1 Certificate(s) of conformity.

9.7.2 Current inspection certificate.

9.7.3 Current pressure test certificate.

9.7.4 Certificate for slings and baskets.

9.8 Each item of equipment will be marked with a clearly identifiable unique permanent traceable / serial and part number.

## 10.0 CALIBRATION MANAGEMENT OF EQUIPMENT

10.1 CONTRACTOR will identify all equipment that requires calibration.  CONTRACTOR will establish and maintain a Calibration Management System and all equipment will conform to the calibration schedules and technical requirements.

10.2 Calibration will be in accordance with calibration system specifications and include API Spec 7 requirements for API threads.

10.3 All equipment requiring calibration will be marked with last calibration, next due calibration date and display details of the individual responsible for the calibration.

## 11.0 MANAGEMENT OF CHANGE

11.1 CONTRACTOR will establish and maintain a system for identifying and approving changes to approved equipment design, standards, specifications and procedures.  All changes to approved designs etc. Whether permanent or temporary will be controlled and managed.  All

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022543

**Section 3 – Scope of Work**
**Appendix 7 – Technical Integrity**
**D. Wireline Services**

changes will be technically reviewed and will not compromise the integrity of the equipment and will be suitable for the anticipated operating environment as specified. COMPANY's representatives will take part in the review process.

11.2 The system for managing change will be auditable and managed by competent personnel with appropriate technical and financial authorities.

11.3 The Management of Change System will be communicated to all CONTRACTOR personnel and CONTRACTOR will use its best endeavors to ensure an appropriate level of understanding of the system.

11.4 CONTRACTOR will establish and maintain a quality management process to control equipment modification or repairs carried out by a SUBCONTRACTOR.

## 12.0 DOCUMENT CONTROL SYSTEM

12.1 All critical documents (standards, specifications, procedures, drawings, technical and operating manuals etc.) will be identified and controlled through a formal document control management system.

12.2 The system will identify recipients of the controlled documents and have the facility to gather and destroy old and out of date revisions.

## 13.0 SELECTION AND APPROVAL OF COMPETENT SUBCONTRACTORS

13.1 CONTRACTOR will establish and maintain an auditable process and system for selecting and approving competent SUBCONTRACTORs.

13.2 CONTRACTOR will identify the criticality of the goods and services being provided by its SUBCONTRACTORs and depending upon criticality will implement necessary checks, controls and safeguards to ensure quality and reliable goods and services are provided. Such checks, controls, and safeguards will be detailed in the SUBCONTRACT.

13.3 CONTRACTOR will establish and maintain an approved list of SUBCONTRACTORs indicating which materials, goods, or services are being supplied. The list will be made available to COMPANY.

## 14.0 MANAGING SUBCONTRACTORS

14.1 CONTRACTOR will establish and maintain a performance measuring and monitoring system for SUBCONTRACTORs. The system will include regular auditing and reviewing of a SUBCONTRACTOR commensurate with the criticality of the goods and services being provided. The system will provide both assurance to CONTRACTOR and COMPANY that SUBCONTRACTORs are providing fit for purpose, quality and reliable equipment.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022544

**Section 3 – Scope of Work**
**Appendix 7 – Technical Integrity**
**D. Wireline Services**

14.2 CONTRACTOR will identify and implement checks and controls as part of its goods receipt inspection system that provide CONTRACTOR and COMPANY with assurance that goods and materials supplied by SUBCONTRACTORs comply with the purchase specification.

14.3 CONTRACTOR shall supply a copy of its planned audit schedule for SUBCONTRACTORs during the life of the CONTRACT. COMPANY shall have the option of placing a representative with the audit team to monitor audits.

## 15.0   INTERNAL AUDIT SYSTEM

15.1 CONTRACTOR will establish and maintain its own internal auditing processes for assessing and assuring compliance of its QMS and management control systems. Audit reports and corrective action arising from these internal audits will be made available to COMPANY upon request and CONTRACTOR will advise progress against recommended actions.

15.2 CONTRACTOR shall supply a copy of its planned internal audit schedule during the life of the CONTRACT. COMPANY shall have the option of placing a representative with the audit team to monitor audits.

## 16.0   AUDIT BY COMPANY

16.1 COMPANY reserves the right and will from time to time perform audits on CONTRACTOR against the Scope of Work and CONTRACTOR's management systems and controls, as part of COMPANY's assurance system.

16.2 CONTRACTOR will allow COMPANY's representatives full access to the WORK in progress, personnel, records, and documentation for the purpose of conducting quality audits; this requirement also applies to SUBCONTRACTORs.

16.3 "Ad hoc" quality audits may be undertaken by COMPANY on CONTRACTOR's quality systems, as and when deemed necessary by COMPANY, and may be carried out without any prior notice to CONTRACTOR.

## 17.0   MANAGEMENT SYSTEM FOR INVENTORY INCLUDING SPARES, STORAGE, AND HANDLING OF EQUIPMENT

17.1 CONTRACTOR will establish and maintain an inventory stock and spares control system. The level of stock and spares will reflect the operational needs and WORK activities of COMPANY. CONTRACTOR will be responsible for ensuring that adequate stock and spares and including rental type equipment is available for COMPANY's use.

17.2 CONTRACTOR will be responsible for the storage and protection of all goods and materials supplied. Goods and materials will be adequately protected against damage and deterioration; protection methods shall include:

17.2.1 Correct thread protectors for all threaded connections (composite plastic breathable type for premium connections, steel type for API type connections).

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022545

**Section 3 – Scope of Work**
**Appendix 7 – Technical Integrity**
**D. Wireline Services**

17.2.2   All seal faces and areas will be adequately protected commensurate with their service criticality; these materials will be stored inside and away from corrosive environments and handled using non metallic lifting appliances.

17.2.3   Elastomers will be stored inside in an environmentally controlled atmosphere in closed packets (complete with cure date and expiry date details).

17.2.4   Packer, seal elements, and other elastomeric materials will be stored in an environmentally controlled facility, suitably protected against impact and corrosion damage.

17.2.5   Shear pins will be closely controlled to avoid the risk of improper use in the hanger assembly and preparation.  Procedures will be in place to ensure segregation of new and used shear stock and other consumable items.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022546

**Section 3 – Scope of Work**
**Appendix 7– Technical Integrity**
**E. Completions**

# E. Completions

## 1.0 TECHNICAL INTEGRITY FOR PROCURED EQUIPMENT

1.1 CONTRACTOR shall have established, implemented, and maintained a Quality Management System (QMS) in conformance with the requirements of ISO 9001, API Q1 (ISO TS 29001) or any other recognized or established standard / format as mutually agreed with COMPANY, providing that all aspects of the CONTRACT and WORK which affect the quality of the services supplied are defined, documented, proceduralized (where required), and controlled under the system (including subcontracted services).

1.2 CONTRACTOR shall provide to COMPANY the WORK in accordance with the latest revision of COMPANY Integrity Assurance Specification (IAS) for the procurement of critical equipment, document references:  BP-EPT-IAS-01; BP-EPT-IAS-02.

1.3 CONTRACTOR shall implement and maintain location specific Quality Control Plans (QCPs) and applicable working procedures for the duration of the CONTRACT.

1.4 CONTRACTOR's QCP shall be submitted to COMPANY for acceptance prior to commencement of the WORK.

    1.4.1 Where a BP Global QCP has been established for the location, the BP Global QCP shall be used for the procurement of critical equipment.  COMPANY shall designate which equipment is critical.

    1.4.2 Where a BP Global QCP has not been established for the location, a Quality Control Plan that is compliant with the IAS appropriate to the equipment shall be developed and used for the procurement of critical equipment.   This QCP shall be at Examination Level 2.  COMPANY shall designate which equipment is critical.

1.5 CONTRACTOR shall allow COMPANY QA auditors full access to the WORK in progress, personnel, records, and documentation for the purpose of conducting quality audits.

1.6 CONTRACTOR shall allow COMPANY's Nominated Inspection Bodies (NIBs) full access to the WORK in progress, personnel, records, and documentation for the purpose of conducting surveillance activities.

1.7 "Ad hoc" quality inspections may be undertaken by COMPANY on CONTRACTOR's quality systems, as and when deemed necessary by COMPANY, and may be carried out without any prior notice to CONTRACTOR.

1.8 CONTRACTOR shall provide desk space and internet access for COMPANY personnel engaged in audits, "Ad hoc" quality inspections, and surveillance activities.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022547

Section 3 – Scope of Work
Appendix 7– Technical Integrity
E. Completions

1.9 Where non conformances are identified during audits and / or inspections by COMPANY or COMPANY third party inspectors, CONTRACTOR shall undertake the corrective actions as required by COMPANY, within agreed specified time limits.

1.10 Corrective actions undertaken by CONTRACTOR as a result of non conformances being identified during a quality audit or inspection shall be undertaken at no cost to COMPANY.

1.11 CONTRACTOR shall compile all necessary documentation in accordance with specified requirements, and such relevant documentation shall be made available to COMPANY and / or the Certifying Authority for certification purposes when and where appropriate.

1.11.1 Where an IAS appropriate to the equipment exists, documentation compiled shall be in accordance with the requirements specified in that IAS, the associated QCP, and the CONTRACT.

1.11.2 Where an IAS appropriate to the equipment does not exist, documentation compiled shall be in accordance with the requirements specified in the associated QCP and the CONTRACT.

## 2.0 TECHNICAL INTEGRITY FOR RENTAL EQUIPMENT AND SERVICE FACILITIES

2.1 CONTRACTOR shall have established, implemented, and maintained a QMS in conformance with the requirements of ISO 9001, API Q1 (ISO TS 29001) or any other recognized or established standard / format as mutually agreed with COMPANY, providing that all aspects of the CONTRACT and WORK which affect the quality of the services supplied are defined, documented, proceduralized (where required), and controlled under the system (including subcontracted services).

2.2 CONTRACTOR shall implement and maintain location-, product-, and job-specific QCPs and applicable working procedures for the duration of the CONTRACT. All CONTRACTOR working procedures shall clearly codify acceptance and rejection criteria.

2.3 CONTRACTOR's QCP shall be submitted to COMPANY for acceptance prior to commencement of the WORK.

2.4 COMPANY may require surveillance by a COMPANY Nominated Inspection Bodies (NIBs) during inspection, disassembly, assembly, re-dress, repair and / or testing activities associated with WORK.

2.5 CONTRACTOR shall allow COMPANY QA auditors full access to the WORK in progress, personnel, records, and documentation for the purpose of conducting quality audits.

2.6 CONTRACTOR shall allow COMPANY's NIB full access to the WORK in progress, personnel, records, and documentation for the purpose of conducting surveillance activities.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022548

**Section 3 – Scope of Work**
**Appendix 7– Technical Integrity**
**E. Completions**

2.7   "Ad hoc" quality inspections may be undertaken by COMPANY on CONTRACTOR's quality systems, as and when deemed necessary by COMPANY and may be carried out without any prior notice to CONTRACTOR.

2.8   Where non conformances are identified during audits and / or inspections by COMPANY or COMPANY third party inspectors, CONTRACTOR shall undertake the corrective actions as required by COMPANY, within agreed specified time limits.

2.9   Corrective actions undertaken by CONTRACTOR as a result of non conformances being identified during a quality audit or inspection shall be undertaken at no cost to COMPANY.

2.10  CONTRACTOR shall compile all necessary documentation in accordance with specified requirements and such relevant documentation shall be made available to COMPANY and / or the Certifying Authority for certification purposes when and where appropriate.

2.11  CONTRACTOR's QMS shall, as a minimum, include:

2.11.1  Design and Verification

CONTRACTOR shall have an auditable and documented design and development process for all the equipment, materials, and services supplied. The design and development process shall be in accordance with the requirements specified in ISO 9001 (latest revision) and / or API Q1 (latest revision).

2.11.2  Formal job descriptions / responsibilities / authority

CONTRACTOR's personnel shall have formal job descriptions detailing their responsibilities for work and their authorities to act. These shall reflect the actual jobs that they perform and shall identify the required competencies and training requirements. These job descriptions, as well as the associated competencies and training requirements, shall be made available for review by COMPANY upon request.

CONTRACTOR shall maintain records that provide evidence of personnel having met all required competency and training requirements. These shall be made available for review by COMPANY upon request.

2.11.3  Receiving inspection for all equipment (new, unused and used)

CONTRACTOR shall establish and maintain a system for the receipt of all goods and materials being supplied by CONTRACTOR. This shall include suitable inspection criteria which allows for identification of conforming and non conforming equipment. A quarantine area for non conforming equipment shall be established.

2.11.4  Non Conformance Reporting System

CONTRACTOR shall establish a non conformance reporting (NCR) system at CONTRACTOR's Service facility that will serve to document any equipment failures or any other type of noncompliance to requirements (e.g., process failures, personnel not following procedures, etc.).

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022549

**Section 3 – Scope of Work**
**Appendix 7– Technical Integrity**
**E. Completions**

The system shall provide the means for CONTRACTOR to document and track failures as well as provide the vehicle for "root cause" failure analysis leading to corrective and preventive actions to prevent repeat failures and advance continuous improvement.

The system shall be capable of managing any non conformances identified either through design, goods receipt inspection, assembly and testing, inspection and maintenance regimes, CONTRACTOR internal audits, COMPANY audits or inspections, and any failed in service items as identified either by CONTRACTOR's field personnel or COMPANY's field representatives.

NCRs associated with COMPANY equipment, including but not limited to assembly non conformances, shall be reported to COMPANY in a timely fashion (within 30 days).

CONTRACTOR shall establish and maintain a system that identifies any goods and materials received which do not conform to specifications i.e., non conformance reports (NCRs).

Where non conformances are identified, CONTRACTOR shall perform, within a time period acceptable to COMPANY, all corrective actions required to prevent recurrence.

Corrective actions undertaken by CONTRACTOR as a result of non-conformances identified shall be undertaken at no cost to COMPANY.

2.11.5   Inspection and testing standards (including acceptance / rejection criteria) using Original Equipment Manufacturer or Supplier (OEM) specifications as a minimum.

CONTRACTOR shall establish and maintain a formal inspection management system for all equipment, materials, and services supplied as a component of the WORK. The system shall as a minimum:

(a)   Provide detailed inspection specifications, including acceptance and rejection criteria, for proprietary equipment and materials supplied by CONTRACTOR and any SUBCONTRACTOR.

(b)   Meet DS-1 Category 4 inspection requirements for components covered by T H Hill Associates, Inc.  Standard DS-1 Drill Stem Design Inspection latest revision and which is applicable to the goods and services supplied by CONTRACTOR and any SUBCONTRACTOR.

(c)   Provide competent inspectors of the equipment, i.e., inspectors shall be qualified and competent to perform the inspection required.

(d)   Shall use and demonstrate compliance with DS-1 (where applicable) and specified inspection criteria.  The DS-1 requirements are applicable to all pipe / tubulars used downhole.

Where the specifications and criteria used for the inspection of equipment, materials, and services supplied as a component of the WORK are not specified by COMPANY, CONTRACTOR shall provide the specifications and criteria used for the inspection of equipment, materials, and services supplied.

CONFIDENTIAL
Business Confidential

**Section 3 – Scope of Work**
**Appendix 7– Technical Integrity**
**E. Completions**

CONTRACTOR shall establish and maintain a system for verifying the integrity of the equipment through inspection, disassembly, assembly, re-dress, repair, and / or testing activities associated with WORK. The specifications and / or standards for equipment inspection, disassembly, assembly, re-dress, repair, and / or testing activities associated with WORK shall be made available for review by COMPANY and COMPANY shall have the right to implement changes.

All assemblies shall be inspected, disassembled, assembled, re-dressed, repaired, and / or tested in accordance with procedures approved by COMPANY prior to release and shipment. Verification of testing may be required by COMPANY through its own representatives. COMPANY and CONTRACTOR shall develop a QCP as part of the Statement of Requirements (SOR) which shall provide details of the inspection and acceptance criteria, witness and hold points required by COMPANY during inspection, disassembly, assembly, re-dress, repair, and / or testing activities.

Where COMPANY has identified the well as critical, all service and / or installation tools must be completely disassembled, inspected, re-dressed, re-assembled, and functionally tested in accordance with CONTRACTOR procedures.

All load bearing equipment, lifting equipment, and lifting points shall be inspected and tested in accordance with LOLER requirements and with current certification for the duration of the CONTRACT.

CONTRACTOR shall be responsible for ensuring that its SUBCONTRACTORS comply with the inspection and testing requirements.

2.11.6 Maintenance management system in accordance with OEM as a minimum, including compliance to US legislative requirements.

CONTRACTOR shall establish and maintain a planned maintenance system for all equipment, materials, and services supplied as a component of the WORK by CONTRACTOR and SUBCONTRACTORS.

The maintenance regimes shall be as per OEM unless otherwise demonstrated that changes to the routines are justified.

2.11.7 Repair standards and procedures in accordance with OEM as a minimum.

CONTRACTOR shall establish and maintain refurbishment and repair procedures to ensure the integrity of equipment, materials, and services supplied. These shall be OEM standards as a minimum, unless otherwise demonstrated that changes to the approved repair standard are justified.

CONTRACTOR shall establish, qualify, and maintain approved welding procedures for the goods and materials which require welding and shall use suitably competent and coded welders (ASME IX) for any weld repair work.

CONTRACTOR shall ensure SUBCONTRACTORS comply with this requirement.

2.11.8 Final inspection prior to dispatch to WORKSITE

CONTRACTOR shall establish and maintain a final inspection system prior to dispatch of the equipment to the WORKSITE. A copy of COMPANY's signed release notes shall be provided with the equipment.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022551

**Section 3 – Scope of Work**
**Appendix 7– Technical Integrity**
**E. Completions**

The final inspection and control system shall ensure that the final equipment, materials, and services supplied as a component of the WORK comply with the original SOR and that all NCRs and any associated Corrective Action Requests (CAR) have been closed out to COMPANY's satisfaction prior to release and shipping.

2.11.9   Purchasing standards and specifications

Where CONTRACTOR purchases materials, spares, and other equipment, CONTRACTOR shall establish and maintain a system that details and documents clearly the specifications required to supply fit for purpose equipment. The specifications shall include all material and technical requirements, QA, and legislative needs and any drawings (latest revisions).

OEM specifications shall be used unless COMPANY agrees to use alternative specifications.

2.11.10  Materials / equipment traceability and full tool histories including documentation and certification

CONTRACTOR shall establish and maintain a fully traceable system for all the equipment including spares. As a minimum this shall include:

(a)   Full traceability to heat numbers or lots (for all forgings and castings etc.).

(b)   Full traceability to cure and expiration dates (for all elastomers).

(c)   Full tool and service history (inspection, testing, maintenance, replacement of spare parts, and repairs undertaken).

(d)   Mapping and recording of tests, complete with verification testing undertaken (i.e., NDT including hardness testing, etc.), on any weld repair or heat treatment undertaken after manufacture.

CONTRACTOR shall compile all necessary documentation in accordance with specified requirements, and such relevant documentation shall be made available to COMPANY and / or COMPANY's representative.

The minimum documentation to be held by CONTRACTOR relating to equipment supplied shall include:

(a)   Data books with full traceability.

(b)   Material test report(s) for any equipment.

(c)   Load test records for load bearing and / or lifting hoisting equipment.

(d)   Rental history movements.

(e)   Refurbishment history including any weld repair maps.

(f)   Inspection and maintenance reports.

(g)   Failure histories.

CONFIDENTIAL
Business Confidential

**Section 3 – Scope of Work**
**Appendix 7– Technical Integrity**
**E. Completions**

(h)     Originals of documents supplied with the tools.

CONTRACTOR shall provide the following documentation with all equipment shipped to the WORKSITE:

(a)     Certificate(s) of conformity.

(b)     Current inspection certificate.

(c)     Current pressure test certificate.

(d)     Certificate for slings and baskets.

Each item of equipment shall be marked with a clearly identifiable unique permanent traceable / serial and part number.

2.11.11 Calibration management of equipment

CONTRACTOR shall identify all equipment that requires calibration. CONTRACTOR shall establish and maintain a Calibration Management System and all equipment shall conform to the calibration schedules and technical requirements.

Calibration shall be in accordance with calibration system specifications and include API Spec 7 requirements for API threads.

All equipment requiring calibration shall be marked with last calibration, next due calibration date and display details of the individual responsible for the calibration.

2.11.12 Equipment necessary to perform WORK

At each workshop location that will be utilized to supply the whole or any portion of the WORK, CONTRACTOR shall identify and maintain, in proper working order and calibration status, all equipment, tools, gauges, instruments, devices, etc. that are required to perform the WORK in accordance with OEM, CONTRACTOR, and / or Industry Standards.

2.11.13 Management of Change: design / materials / approved programs and standards changes / deviations (temporary or permanent)

CONTRACTOR shall establish and maintain a system for identifying and approving changes to approved equipment design, standards, specifications, and procedures. All changes to approved designs etc., whether permanent or temporary, shall be controlled and managed. All changes shall be technically reviewed and shall not compromise the integrity of the equipment and shall be suitable for the anticipated operating environment as specified. CONTRACTOR shall notify COMPANY of the intention to make changes in a timely manner in order to allow COMPANY's representatives to take part in the review process.

The system for managing change shall be auditable and managed by competent personnel with appropriate technical and financial authorities.

The Management of Change System shall be communicated to all CONTRACTOR personnel and CONTRACTOR shall use its best endeavors to ensure an appropriate level of understanding of the system.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022553

CONTRACTOR shall establish and maintain a quality management process to control equipment modification or repairs carried out by a SUBCONTRACTOR.

2.11.14 Document Control System

CONTRACTOR shall establish a document control system (DCS), as part of its QMS to control all documents required by the system. All critical documents, including standards, specifications, procedures, drawings, technical and operating manuals, work instructions, forms, checklists, etc. shall be controlled such that their revision level and revision status can be immediately identified. All the relevant documents (i.e., the most current revision of the documents) shall be available at the points of use at the WORKSITE or workshop facility.

The DCS shall include a "master list" or some equivalent control feature to identify the current revision status of documents so that anyone questioning the revision status of a document can determine they do indeed have the most current document.

The DCS shall identify recipients of the controlled documents and have the facility to gather and destroy old and out of date revisions.

2.11.15 Selection and Approval of Competent SUBCONTRACTORS

CONTRACTOR shall establish and maintain an auditable process and system identification, evaluation, measurement, and continued management of suppliers of competent SUBCONTRACTORS of equipment, materials, and services supplied as a component of the WORK.

CONTRACTOR shall identify the criticality of the equipment, materials, and services supplied as a component of the WORK which are being provided by its SUBCONTRACTORS. CONTRACTOR shall identify and implement necessary checks, controls, and safeguards consistent with the criticality of subcontracted WORK in order to ensure that quality and reliable equipment, materials, and services are provided. Such checks, controls, and safeguards shall be detailed in the SUBCONTRACT.

CONTRACTOR shall establish and maintain a controlled list of approved SUBCONTRACTORS. This list, the Approved Supplier List (ASL), shall identify the scope of supply indicating which materials, goods, or services are being supplied by the individual SUBCONTRACTOR. The list shall be made available to COMPANY for review.

2.11.16 Managing SUBCONTRACTORS

CONTRACTOR shall establish and maintain a performance measuring and monitoring system for SUBCONTRACTORS. The system shall include regular auditing and reviewing of a SUBCONTRACTOR commensurate with the criticality of the goods and services being provided. The system shall provide both assurance to CONTRACTOR and COMPANY that SUBCONTRACTORS are providing fit for purpose, quality, and reliable equipment.

CONTRACTOR shall identify and implement checks and controls as part of its goods receipt inspection system that provide CONTRACTOR and COMPANY with assurance that equipment, materials, and services supplied by SUBCONTRACTORS comply with the purchase specification.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022554