# EXHIBIT A-5

**Section 3 – Scope of Work**
**Appendix 7– Technical Integrity**
**E. Completions**

CONTRACTOR shall supply a copy of its planned audit schedule for SUBCONTRACTORS during the life of the CONTRACT. COMPANY shall have the option of placing a representative with the audit team to monitor audits.

### 2.11.17 Internal audit system

CONTRACTOR shall establish and maintain an internal assessment system and perform periodic internal assessments of its QMS and management control systems to ensure the system is effectively implemented and detect any areas that need attention and enhancement.

CONTRACTOR shall schedule and conduct internal assessments at least annually (i.e., within a twelve month period). These assessments shall be conducted by personnel independent of those who performed or directly supervised the activity being assessed.

Audit reports and corrective actions arising from these internal audits shall be made available to COMPANY upon request, and CONTRACTOR shall advise progress against recommended actions.

CONTRACTOR shall supply a copy of its planned internal audit schedule during the life of the CONTRACT. COMPANY shall have the option of placing a representative with the audit team to monitor audits.

### 2.11.18 Audit by COMPANY

COMPANY reserves the right and will from time to time perform audits on CONTRACTOR against the WORK and CONTRACTOR's management systems and controls, as part of COMPANY's assurance system.

CONTRACTOR shall allow COMPANY's representatives full access to the WORK in progress, personnel, records, and documentation for the purpose of conducting quality audits. This requirement also applies to SUBCONTRACTORS.

"Ad hoc" quality audits may be undertaken by COMPANY on CONTRACTOR's quality systems, as and when deemed necessary by COMPANY, and may be carried out without any prior notice to CONTRACTOR.

### 2.11.19 Management System for inventory including spares, storage, and handling of equipment.

CONTRACTOR shall establish and maintain an inventory stock and spares control system. The level of stock and spares shall reflect the operational needs and work activities of COMPANY. CONTRACTOR shall be responsible for ensuring that adequate stock and spares and including rental type equipment is available for COMPANY's use.

CONTRACTOR shall be responsible for the storage and protection of all goods and materials supplied. Goods and materials shall be adequately protected against damage and deterioration. Protection methods shall include:

(a)   Correct thread protectors for all threaded connections (composite plastic breathable type for premium connections, steel type for API type connections).

CONFIDENTIAL
Business Confidential

**Section 3 – Scope of Work**
**Appendix 7– Technical Integrity**
**E. Completions**

    (b)    All seal faces and areas shall be adequately protected commensurate with their service criticality; these materials shall be stored inside and away from corrosive environments and handled using non metallic lifting appliances.

    (c)    Elastomers shall be stored inside in an environmentally controlled atmosphere in closed packets (complete with cure date and expiration date details).

    (d)    Packer, seal elements, and other elastomeric materials shall be stored in an environmentally controlled facility, suitably protected against impact and corrosion damage.

    (e)    Shear pins shall be closely controlled to avoid the risk of improper use. Procedures shall be in place to ensure segregation of new and used shear stock and other consumable items.

## 3.0  TECHNICAL INTEGRITY FOR SERVICE AND INSTALLATION ACTIVITIES

3.1    CONTRACTOR's Kick Off / Start Up Activities shall occur prior to each job and shall, as a minimum, include:

    3.1.1    Review of requirements

    CONTRACTOR shall review CONTRACT associated with service and installation activities for stated Technical, Functional, Quality, and Integrity Assurance requirements and develop a job specific Quality Control Plan (QCP) for compliance. The QCP is to be a stand alone document (not inherent to the QMS).

    3.1.2    Kick off meeting

    CONTRACTOR shall review the CONTRACT with COMPANY CAM and / or the Discipline Engineer responsible for the WORK and indentify all requirements specified in the CONTRACT. A documented Kick off Meeting, held prior to any work on a new CONTRACT will be the venue for the CONTRACT review. The CAM may request the presence of or designate this task to the appropriate COMPANY 'Specialist'.

    3.1.3    Finalized list of equipment and personnel

    CONTRACTOR shall:

    (a)    Finalize a list of required equipment and personnel based on the stated requirements as stipulated in the CONTRACT.

    (b)    Ensure that equipment and personnel meet the minimum requirements of the CONTRACT.

    (c)    Submit CVs of proposed alternate key personnel and obtain documented acceptance no less than 2 weeks prior to the KOM or performing any of the WORK, shall any of the finalized key personnel list differ from what was first accepted during the bidding exercise as per the Technical Specification submitted.

    (d)    Ensure that the handover process related to key personnel is documented, especially where in-country personnel take holiday and training leave.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022556

**Section 3 – Scope of Work**
**Appendix 7– Technical Integrity**
**E. Completions**

3.1.4   Pre-Job Preparation and Service Installation Procedures and Checklists

CONTRACTOR shall maintain and implement Pre-Job Preparation and Service Installation Procedures and Checklists that address all aspects of CONTRACTOR's operations and activities in conjunction with:

(a)   Receiving.

(b)   Storing.

(c)   Preparing.

(d)   Shipping to the WORKSITE.

(e)   Installing the required products.

CONTRACTOR shall submit the Pre-Job Procedures and Checklists for COMPANY acceptance.

3.2   CONTRACTOR's pre-installation / service activities shall, as a minimum, include:

3.2.1   Receiving Inspection

CONTRACTOR shall perform receiving inspection on all equipment, materials, and tools (service etc.) as they are received either at CONTRACTOR's "local" facility and / or at any other facility relative to receiving product from CONTRACTOR's affiliate facility / outside location.

3.2.2   Storage of equipment

CONTRACTOR shall ensure that the equipment is suitably protected for storage until required for use.  CONTRACTOR shall document the equipment as being stored and ready for use.  COMPANY will approve the storage documentation and will determine if a Third Party (TH Hill or other inspection service) is on hand to verify that the equipment (assembled or not) is stored appropriately.

3.2.3   Equipment readiness check

CONTRACTOR shall perform equipment readiness checks to ensure / verify that equipment is in a working state and fit for purpose.

3.2.4   CONTRACTOR focal point

CONTRACTOR shall nominate a focal person for COMPANY Discipline Engineer(s). The focal point shall be responsible for scheduling pre-job meetings and attending pre-job meetings as required by the Discipline Engineer(s).

CONTRACTOR shall document these meetings and provide minutes as required.

3.3   CONTRACTOR's equipment preparation, inspection and mobilization activities shall, as a minimum, include:

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022557

**Section 3 – Scope of Work**
**Appendix 7– Technical Integrity**
**E. Completions**

3.3.1   Equipment preparation and inspection

CONTRACTOR shall conduct an equipment preparation and inspection exercise to ensure the equipment and / or service tools meet all requirements and are fit for purpose.

Equipment / service tool preparation (make-up) and inspections shall be conducted utilizing COMPANY accepted Pre-Job Preparation and Service Installation Procedures and Checklists, and shall be witnessed and endorsed (if required) by COMPANY Discipline Engineer(s) (or their delegated specialists).

3.3.2   Lifting equipment

CONTRACTOR shall ensure that all lifting equipment (i.e., equipment basket pad eyes, wire rope slings, and shackles, etc.) has 'valid certifications' in accordance with COMPANY Quality Specification requirements.  All the certification documentation shall be included in the Pre-Job Equipment Data Book provided with the equipment and service tools going to COMPANY's supply base or WORKSITE.

3.3.3   Identification of non conforming equipment

CONTRACTOR shall ensure that any equipment found to be non conforming during the exercise shall be handled in accordance with CONTRACTOR's non conformance system (i.e., identified as non conforming, documented on an NCR, and segregated if practical, etc.).  Depending on the nature of the non conformance, COMPANY may also document an NCR.

3.3.4   Preparation of Pre-Job Procedures and Checklists Data Book

CONTRACTOR shall complete all checklists / procedures and prepare Pre-Job Procedures and Checklists Data Book for delivery to COMPANY to provide objective evidence that all pre-job maintenance and inspection activities have been completed.

Copies of the Pre-Job Procedures and Checklists Data Book shall be available and / or provided to COMPANY personnel designated in the KOM.

3.3.5   Preservation of product conformity

CONTRACTOR shall preserve the conformity of the product when:

(a)   Preparing equipment to go to WORKSITE.

(b)   Returning equipment as excess stock.

(c)   During all phases of equipment handling, storage, repair, maintenance, mobilization, and shipment.

This preservation shall include identification, handling, packaging, storage, and protection.  Preservation shall also apply to the constituent parts of a product such as elastomers and other parts that may require special storage.

3.4   CONTRACTOR's Pre-job Activities – WORKSITEs – activities shall, as a minimum, include:

3.4.1   Receiving of equipment

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022558

**Section 3 – Scope of Work**
**Appendix 7– Technical Integrity**
**E. Completions**

CONTRACTOR shall establish detailed and rigorous procedures and / or checklists to be used for the on-site delivery of the WORK in order to verify that the specified requirements have been met.

CONTRACTOR Field Service Engineer (FSE) shall receive the equipment at the WORKSITE and ensure that all required equipment is available, fit for purpose, and free of any shipping and / or handling damage.

### 3.4.2 Preservation of product conformity

CONTRACTOR FSE shall preserve and protect the conformity of the equipment on location. The FSE shall prepare equipment received at the WORKSITE for temporary storage to preserve the conformity of the equipment until utilized or shipped back to CONTRACTOR.

### 3.4.3 Review of procedure at worksite

CONTRACTOR FSE shall review (with COMPANY representative) COMPANY approved procedures relative to the equipment and service. Where the procedures impact other Third Parties (i.e.; Casing Crew) they shall be included in the review. During this review, the FSE and COMPANY representative will confirm that they are in possession of the most current approved service procedures.

### 3.4.4 Job quality assurance analysis (JQAA)

CONTRACTOR FSE shall perform a JQAA, prior to the actual execution of the work activities, to ensure that all required QA / QC steps have been completed. This shall consist of a final review of all Quality documentation (primarily the documentation / checklists included in the "Pre-Job P&C Data Book"), to ensure that all equipment preparation and inspection checklists have been completed and signed off and all calibration records are available for each piece of measuring and test equipment (if applicable).

3.5 CONTRACTOR's service implementation and installation of equipment activities shall, as a minimum, include:

### 3.5.1 Service job or installation

CONTRACTOR FSE shall perform the service job or installation in accordance with the appropriate CONTRACTOR service and / or installation procedure(s) that were pre-approved by COMPANY Discipline Engineer(s).

### 3.5.2 Non conforming product or service

CONTRACTOR shall utilize their in-house non conformance reporting system to address any non conforming product or service.

Any incident arising from non conforming product or service shall require notification of COMPANY representative.

3.6 CONTRACTOR's post job activities shall, as a minimum, include:

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022559

**Section 3 – Scope of Work**
**Appendix 7– Technical Integrity**
**E. Completions**

3.6.1   Assess service performance

CONTRACTOR FSE shall present the appropriate documents to COMPANY representative in order to assess service performance. The FSE shall complete the job ticket and obtain COMPANY representative's acceptance signature.

3.6.2   Dispatch equipment and support personnel

CONTRACTOR FSE shall dispatch equipment and support personnel back to CONTRACTOR's base. Shipping and handling (including packaging for shipment) shall be performed in accordance with CONTRACTOR's documented procedures.

3.6.3   Inspection, repair, and maintenance

CONTRACTOR shall perform Inspection, Repair, and Maintenance (R&M) on returned equipment.

CONTRACTOR shall develop, apply, and maintain comprehensive repair, maintenance, and calibration procedures on all rental and service equipment.

3.6.4   Repair and Maintenance Program

CONTRACTOR's R&M program shall include the following minimum elements:

(a)   The R&M and calibration procedures shall include R&M schedules for each of the tools / components and shall require a detailed R&M operation.

(b)   The calibration procedures shall include calibration frequency / schedules for the re-calibration of all monitoring and measuring devices.

(c)   All repair, maintenance, and calibration operations shall be documented to provide objective evidence of the R&M activities.

(d)   Records of R&M activities shall be traceable to the equipment via unique equipment serial numbers.

(e)   All CONTRACTOR's shop personnel performing R&M shall be trained, qualified, and competent in accordance with CONTRACTOR's training and competency system.

Halliburton Energy Services, Inc.          Page 352 of 352
BPM-09-00255

CONFIDENTIAL
Business Confidential                                           BP-HZN-MBI00022560

# Section 4 – Remuneration

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022561

**Section 4 – Remuneration**

## Table of Contents

General Terms and Conditions ....................................................................................... 3
    A. Cementing Services ........................................................................................... 3
    B. Fluids Services ................................................................................................. 10
    C. Well Placement ................................................................................................ 17
    D. Wireline Services ............................................................................................. 23
    E. Completions .................................................................................................... 29

Appendix 1 – Special Local Invoicing Procedures ......................................................... 36

Appendix 2 – Lost-in-Hole Charges ............................................................................... 38

Appendix 3 – Sub-Sector Terms and Conditions ........................................................... 43
    A. Cementing Services ......................................................................................... 43
    B. Fluids Services ................................................................................................. 48
    C. Well Placement ................................................................................................ 54
    D. Wireline Services ............................................................................................. 65
    E. Completions .................................................................................................... 77

Appendix 4 – Schedule of Rates and Charges ............................................................... 83

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022562

# General Terms and Conditions

## A. Cementing Services

**1.0   GENERAL**

1.1   Remuneration detailed herein shall be all inclusive rates including, but not limited to, all consumables, spares, and other extras such as any inspection or overhaul charges, all maintenance and repair, hot shot, inspection, certification, and transportation for all categories of equipment required, unless specifically noted otherwise, at the WORKSITE during the various well sections, and is deemed to allow for all costs incurred by CONTRACTOR in complying with all the terms and conditions of the CONTRACT, and shall represent the total remuneration due to CONTRACTOR in full consideration of the satisfactory performance of the WORK.

1.2   CONTRACTOR shall not be entitled to remuneration in respect of personnel or equipment time incurred non-productively:

1.2.1   through shortages or delays in the supply by CONTRACTOR of personnel, equipment, information, or materials, provided that COMPANY shall have given to CONTRACTOR adequate notice of the need for such supply; and/or

1.2.2   due to a lack of planning on the part of CONTRACTOR provided adequate planning time and TECHNICAL INFORMATION were provided by COMPANY

1.3   No remuneration shall be made for WORK not performed in accordance with the CONTRACT.

1.4   All equipment, materials, and/or services must be as specified in the CONTRACT, as amended from time to time, prior to CONTRACTOR providing or using same.  Failure to include equipment, materials, or services will result in COMPANY not paying CONTRACTOR for these items.

1.5   All rates and prices stated herein are in United States Dollars.

1.6   The rates and prices are exclusive of any incidence for Value Added Tax (VAT), Goods and Services Tax or any other similar tax or duty applicable to the goods and services provided by CONTRACTOR under the CONTRACT, and to the extent that similar taxes such as sales, use or excise or business tax are implicit or specifically defined in Appendix 2 to Section 2 – General Conditions of the Contract.  The amount of Value Added Tax (VAT), Goods and Services Tax or any other similar tax or duty and such other agreed taxes chargeable less any reduction in taxes CONTRACTOR may benefit from shall be paid to CONTRACTOR by COMPANY in addition to any other payments becoming due under the CONTRACT upon production of a valid tax invoice.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022563

**Section 4 – Remuneration**
**A. Cementing Services**

1.7    CONTRACTOR shall advise COMPANY of availability of equipment and personnel upon receipt of requirements from COMPANY.

    1.7.1    In the event that CONTRACTOR has a concurrent alternative customer requirement for the equipment and / or personnel, CONTRACTOR shall advise COMPANY of said alternative requirements and COMPANY's options to ensure equipment and / or personnel availability.  In the event one of those options is for COMPANY to secure the equipment and / or personnel in advance, then COMPANY shall compensate CONTRACTOR at fifty percent (50%) of the applicable Standby Rate to secure the availability of the equipment and / or personnel.  All such agreements shall be documented in the WORK ORDER or CHANGE ORDER.

    1.7.2    Where the alternative customer is another COMPANY asset, then CONTRACTOR shall be responsible for keeping each of the assets informed of such requirements. COMPANY shall be informed by CONTRACTOR at all times of such exceptional circumstances.  As regards any standby payments made in conjunction with Clause 1.7.1 herein above, COMPANY shall only make one standby payment regardless of the number of COMPANY assets waiting to use the equipment.  Unless so directed by COMPANY, said standby payment shall be charged to the first COMPANY asset ensuring equipment availability.

**2.0    MOBILIZATION AND DEMOBILIZATION**

2.1    Unless otherwise provided for herein, CONTRACTOR shall be responsible for the mobilization and demobilization of its personnel, equipment, and material to and from the WORKSITE, COMPANY designated heliport, or supply base.

Where changes to the Scope of Work or agreed delivery schedule by COMPANY are sufficient to require CONTRACTOR to execute additional mobilizations for a job, the cost for these additional mobilizations will be to COMPANY account.

2.2    CONTRACTOR shall be responsible for obtaining all necessary visas, customs clearances, or other government authorizations required for moving its personnel and equipment into and out of the country having jurisdiction over the operating area.  In the event COMPANY is specifically required herein to reimburse CONTRACTOR for customs duties or fees levied on CONTRACTOR in relation to the import or export of CONTRACTOR's equipment and material, CONTRACTOR shall follow COMPANY's instructions in respect thereof so as to qualify for any available exemptions or reductions of such duties or fees.

2.3    If equipment or personnel are demobilized to a location closer than the originally intended Point of Demobilization, in order to perform work for another company or for reasons of CONTRACTOR's own convenience, any demobilization fee shall be reduced in an amount commensurate with the resulting documented reduction in CONTRACTOR's demobilization costs.

2.4    Applicable expenses for travel approved by COMPANY in advance of the travel will be reimbursed – with no mark-up – according to the following:

    2.4.1    For expenses incurred outside of the United States see current version (revised periodically) of US Department of State web-site at:
http://aoprals.state.gov/content.asp?content_id=184&menu_id=81

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022564

**Section 4 – Remuneration**
**A. Cementing Services**

2.4.2    For expenses incurred within the United States see current version (revised periodically) of US General Services Administration web-site at: http://www.gsa.gov/Portal/gsa/ep/contentView.do?contentId=17943&contentType=GSA_BASIC

2.4.3    Charges for the use of personal automobiles and light trucks shall be at the IRS mileage rate applicable at the time of service.  CONTRACTOR shall employ best efforts to reduce aggregate transportation charges to COMPANY through the use of carpools, crew vans, and other related methods of transportation.

2.4.4    Airfare will be lowest discounted coach fare at the time of purchase with most direct routing.

2.4.5    Where agreed to in advance by COMPANY, COMPANY shall reimburse reasonable travel expenses for attendance of CONTRACTOR personnel at sundry meetings (e.g., Crew Engagement Meetings, etc.) requested by COMPANY.  Day rates for all personnel attending sundry meetings shall be for no more than eight (8) hours at the applicable onshore rate.

2.5    COMPANY shall provide air transportation for medical evacuation of CONTRACTOR's personnel from COMPANY's WORKSITES.  The cost of air transportation shall be borne by the parties in accordance with Section 2 – General Conditions of Contract, Clause 31.9.

**3.0    CHARGE RATE**

3.1    Unless otherwise specified in Section 4, Appendix 3 – Sub-Sector Terms and Conditions, prices included in this CONTRACT together with any relevant discounts shall remain firm and fixed for the first twelve (12) months from the EFFECTIVE DATE of the CONTRACT.

3.1.1    Price Adjustments – General Principles

(a)    Unless elsewhere specified, the methodology agreed between PARTIES shall apply to all line items contained within the applicable Schedule of Rates and Charges.  These price adjustments shall be based on objective criteria (e.g., published indices or other available market information) and not subject to a form of negotiation process, except for unique circumstances when it is not possible to utilize an appropriate indexation tool or indexation methodology.

(b)    Unless otherwise specified in Appendix 3 or otherwise agreed between the PARTIES, price adjustments will be calculated on an annual basis inclusive of any extension periods.

(c)    Occasionally an index may be unavailable for a particular time period or sometimes an index is permanently discontinued.  If this occurs, the next higher level data series or another index may be substituted, subject to mutual agreement by COMPANY and CONTRACTOR.  If the title of an index changes or is recoded without changing the inputs, it is considered to be the same index.

(d)    Indices are sometimes re-based.  Price Adjustments will be calculated using indices expressed on the reference base period in effect when the Price

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022565

**Section 4 – Remuneration**
**A. Cementing Services**

Adjustment is applied, i.e., the calculation of adjustments shall always use the latest version of the index.

3.1.2   Price Adjustment Process

(a)   No later than three (3) months from the EFFECTIVE DATE of the CONTRACT, the PARTIES shall agree on an appropriate methodology for adjusting pricing for each subsequent twelve (12) month period of the CONTRACT.

(b)   In order to develop this methodology, CONTRACTOR shall provide for COMPANY's approval a percentage breakdown of the cost drivers for each category of items so that appropriate indices may be selected and accurate composite calculations may be made.

(c)   Unless agreed otherwise between the PARTIES, the Rates and Charges to be adjusted shall be subject to annual review and adjusted up or down commencing from the first Anniversary Date of the CONTRACT ("CONTRACT Anniversary Date") and annually thereafter on the CONTRACT Anniversary Date.

(d)   No later than 45 days prior to the CONTRACT Anniversary Date, CONTRACTOR shall present a written recommendation to COMPANY detailing the Rates and Charges to be adjusted and full back-up documentation in support of any adjustments.  Any approved adjustments shall be the subject of a CONTRACT amendment between the PARTIES.

3.1.3   The baseline month and year for indexation and pricing purposes shall be the EFFECTIVE DATE of the CONTRACT.

3.2   The descriptions attached to the respective items detailed in Section 4, Appendix 3 and/or Appendix 4, are intended as brief descriptions sufficient for identification purposes only and do not exhaustively detail every operation involved in carrying out the WORK.

3.3   Unless otherwise specified in Section 4, Appendix 3 and/or Appendix 4, charges for equipment to be employed offshore shall begin the day equipment arrives at COMPANY supply base or WORKSITE, whichever occurs first, and terminates upon arrival at COMPANY supply base or CONTRACTOR base, whichever occurs first.

3.4   Unless otherwise specified in Section 4, Appendix 3 and/or Appendix 4, charges for equipment to be employed onshore shall begin the day equipment arrives at WORKSITE and terminates upon leaving WORKSITE.

3.5   CONTRACTOR shall prepare tools and equipment for back loading and complete a detailed manifest.  Where COMPANY provided transportation is used, should CONTRACTOR fail to properly prepare equipment for shipment and cause delay, equipment shall be charged at zero rates until such time as equipment has been back loaded on COMPANY provided transportation.

3.6   For air or marine personnel transportation, unless otherwise specified in Section 4, Appendix 3 and/or Appendix 4, crew charges begin when crew reaches COMPANY's embarkation point

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022566

**Section 4 – Remuneration**
**A. Cementing Services**

for transport to WORKSITE and ends when crew arrives back at COMPANY's disembarkation point. There shall be no duplicate crew charges on crew change days.

3.7     Unless otherwise specified, equipment operating charges shall apply when equipment is on the WORKSITE, fully functional and operational in accordance with Section 3, Scope of Work, and being used in performance of the WORK.

3.8     All equipment rates per day refer to a day of twenty-four hours.  For parts of a day, all such day rates shall be prorated to the nearest hour.  Monthly rates refer to a calendar month. Parts of a month shall be prorated to the nearest day.

3.9     Unless otherwise specified herein, in the event of equipment failure, when equipment was used within CONTRACTOR's specifications and control, the charges will cease immediately. Charges will recommence when equipment is replaced or is deemed to have started working to the satisfaction of COMPANY.  This non-payment shall also apply to other equipment CONTRACTOR may have in the same tool string and / or other related equipment and personnel at the WORKSITE unless COMPANY continues to drill or circulate and the other equipment continues to function.  COMPANY shall not pay land transportation charges and fees for replacement equipment due to CONTRACTOR failures deemed as operated within CONTRACTOR specifications.    If CONTRACTOR utilizes COMPANY provided land transportation, then CONTRACTOR shall reimburse COMPANY for all charges.  No payment will be made for any item of equipment which fails within twenty-four (24) hours of commencement of operational use.

3.10   In the event CONTRACTOR upgrades the technical specification or specifications of the equipment EMPLOYED during the CONTRACT period to include additional features, capabilities, or functionalities, CONTRACTOR shall supply such upgraded tools or equipment with originally requested features, capabilities, or functionalities at no additional cost to COMPANY.   Any additional features, capabilities, or functionalities so provided in new equipment can be employed by COMPANY at the rates placed by amendment into the applicable schedule of rates and charges.

3.11   In the event CONTRACTOR is unable to provide any part of the WORK for which CONTRACTOR has agreed to provide and there exists agreed rates and / or charges in the CONTRACT and has to source such WORK from a Third Party, CONTRACTOR shall invoice COMPANY for such part of the WORK at the rates or charges contained herein or the Third Party cost with no mark-up, whichever is the lesser.

3.12   NEW TECHNOLOGY – COMPANY is procuring services and associated equipment and materials, which COMPANY expects to improve incrementally over the duration of the CONTRACT.  However, it is recognized that acquisitions and development of new technology during the term of the CONTRACT may result in the development of products and services not included in the CONTRACT.  In such a situation, CONTRACTOR and COMPANY shall:

3.12.1   Discuss and agree upon any such inclusion which shall be considered on a case-by-case basis.  Prior to acceptance of new technology, COMPANY requires business case justification by CONTRACTOR which shall consist of but is not limited to the following documentation to be provided by CONTRACTOR:

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022567

**Section 4 – Remuneration**
**A. Cementing Services**

(a) description of technological benefits and risks

(b) delineation of commercial benefits accruing to COMPANY (including, where applicable, incremental NPV, savings in drilling unit time, increased production, or other measurable value generation)

(c) new technology delivery plan

3.12.2 not seek adjustments to rates for:

(a) revision of tool specifications

(b) improved processes

All adjustments shall be made in accordance with COMPANY's internal procedure for addition of materials, equipment, or personnel charges to the Schedule of Rates and Charges. These discussions and agreements shall be held in advance of performing such services for COMPANY. When CONTRACTOR does not seek and obtain necessary approvals for inclusion of new or additional services, payments shall not be made by COMPANY to CONTRACTOR, nor shall COMPANY be responsible in any manner should the equipment be lost or damaged.

3.12.3 Agree that CONTRACTOR shall charge COMPANY at the commercial rates of the previous generation of technology in the event of failure to deliver all of the benefits specified in the new technology business case.

3.13 Unless otherwise specified in Section 4, Appendix 3 and/or Appendix 4, should CONTRACTOR's tool(s) and equipment become stuck in the hole, the operating rates shall automatically terminate and standby rates commence unless the incident is caused by CONTRACTOR negligence or if due to COMPANY failure or other CONTRACTORS failure(s) to follow COMPANY established procedures and practices. If due to CONTRACTOR negligence, the operating rate will terminate and a zero rate will be applicable. The appropriate rates shall remain in effect until the tools are retrieved and released to CONTRACTOR or when officially declared lost. Aggregate standby payment shall not exceed the Lost-in-Hole value for said tool(s) and equipment. The tools are officially declared lost when the decision is made to no longer attempt to recover the tools.

3.14 CONTRACTOR unit prices shall be all inclusive of consumption of that material. No additional charges for packing (i.e., pallets, plastic wrap, drums, buckets, etc.) will be accepted above the unit cost of the product.

3.15 Unless otherwise stated herein in Section 4, Appendix 3 and/or Appendix 4, there shall be no additional charges for backup tools or equipment necessary to perform the WORK without interruption.

## 4.0   THIRD PARTY SERVICES / MATERIALS

4.1 Where Third Party services or materials are required by COMPANY under this CONTRACT and CONTRACTOR provides these services or materials, CONTRACTOR shall be reimbursed at net documented cost. These services or materials may be direct-billed by

CONFIDENTIAL
Business Confidential

**Section 4 – Remuneration**
**A. Cementing Services**

Third Party to COMPANY. No invoice processing or similar charge shall be payable by COMPANY to CONTRACTOR.

4.2    COMPANY reserves the right to take advantage of commercial pricing from COMPANY contracts with Third Party material providers in lieu of CONTRACTOR providing said materials.

4.3    Unless otherwise provided in this CONTRACT, in the event that COMPANY's provision of third party materials results in a major scope of work change for CONTRACTOR then the Parties will mutually agree on any commercial revisions necessary.

**5.0    PAYMENT AND INVOICING PROVISIONS**

Payment and Invoicing procedures are as per Appendix 1, hereto.

**6.0    LOST-IN-HOLE CHARGES**

Lost-in-Hole Charges are as per Appendix 2, hereto.

**7.0    SUB-SECTOR TERMS AND CONDITIONS / SCHEDULE OF RATES AND CHARGES**

7.1    Sub-Sector Terms and Conditions are found as Appendix 3 attached hereto.

7.2    Schedule of Rates and Charges are found as Appendix 4 attached hereto.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022569

Section 4 – Remuneration
B. Fluids Services

# B. Fluids Services

**1.0   GENERAL**

1.1   Remuneration detailed herein shall be all inclusive rates including, but not limited to, all consumables, spares, and other extras such as any inspection or overhaul charges, all maintenance and repair, hot shot, inspection, certification, and transportation for all categories of equipment required, unless specifically noted otherwise, at the WORKSITE during the various well sections, and is deemed to allow for all costs incurred by CONTRACTOR in complying with all the terms and conditions of the CONTRACT, and shall represent the total remuneration due to CONTRACTOR in full consideration of the satisfactory performance of the WORK.

1.2   CONTRACTOR shall not be entitled to remuneration in respect of personnel or equipment time incurred non-productively:

    1.2.1   through shortages or delays in the supply by CONTRACTOR of personnel, equipment, information, or materials, provided that COMPANY shall have given to CONTRACTOR adequate notice of the need for such supply; and / or

    1.2.2   due to a lack of planning on the part of CONTRACTOR provided adequate planning time and TECHNICAL INFORMATION were provided by COMPANY

1.3   No remuneration shall be made for WORK not performed in accordance with the CONTRACT.

1.4   All equipment, materials, and / or services must be as specified in the CONTRACT, as amended from time to time, prior to CONTRACTOR providing or using same.  Failure to include equipment, materials, or services will result in COMPANY not paying CONTRACTOR for these items.

1.5   All rates and prices stated herein are in United States Dollars.

1.6   The rates and prices are exclusive of any incidence for Value Added Tax (VAT), Goods and Services Tax or any other similar tax or duty applicable to the goods and services provided by CONTRACTOR under the CONTRACT, and to the extent that similar taxes such as sales, use or excise or business tax are implicit or specifically defined in Appendix 2 to Section 2 – General Conditions of the Contract.  The amount of Value Added Tax (VAT), Goods and Services Tax or any other similar tax or duty and such other agreed taxes chargeable less any reduction in taxes CONTRACTOR may benefit from shall be paid to CONTRACTOR by COMPANY in addition to any other payments becoming due under the CONTRACT upon production of a valid tax invoice.

1.7   CONTRACTOR shall advise COMPANY of availability of equipment and personnel upon receipt of requirements from COMPANY.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022570

**Section 4 – Remuneration**
**B. Fluids Services**

1.7.1   In the event that CONTRACTOR has a concurrent alternative customer requirement for the equipment and / or personnel, CONTRACTOR shall advise COMPANY of said alternative requirements and COMPANY's options to ensure equipment and / or personnel availability.  In the event one of those options is for COMPANY to secure the equipment and / or personnel in advance, then COMPANY shall compensate CONTRACTOR at fifty percent (50%) of the applicable Standby Rate to secure the availability of the equipment and / or personnel.  All such agreements shall be documented in the WORK ORDER or CHANGE ORDER.

1.7.2   Where the alternative customer is another COMPANY asset, then CONTRACTOR shall be responsible for keeping each of the assets informed of such requirements. COMPANY shall be informed by CONTRACTOR at all times of such exceptional circumstances.  As regards any standby payments made in conjunction with Clause 1.7.1 herein above, COMPANY shall only make one standby payment regardless of the number of COMPANY assets waiting to use the equipment.  Unless so directed by COMPANY, said standby payment shall be charged to the first COMPANY asset ensuring equipment availability.

## 2.0   MOBILIZATION AND DEMOBILIZATION

2.1   Unless otherwise provided for herein, CONTRACTOR shall be responsible for the mobilization and demobilization of its personnel, equipment, and material to and from the WORKSITE, COMPANY designated heliport, or supply base.

Where changes to the Scope of Work or agreed delivery schedule by COMPANY are sufficient to require CONTRACTOR to execute additional mobilizations for a job, the cost for these additional mobilizations will be to COMPANY account.

2.2   CONTRACTOR shall be responsible for obtaining all necessary visas, customs clearances, or other government authorizations required for moving its personnel and equipment into and out of the country having jurisdiction over the operating area.  In the event COMPANY is specifically required herein to reimburse CONTRACTOR for customs duties or fees levied on CONTRACTOR in relation to the import or export of CONTRACTOR's equipment and material, CONTRACTOR shall follow COMPANY's instructions in respect thereof so as to qualify for any available exemptions or reductions of such duties or fees.

2.3   If equipment or personnel are demobilized to a location closer than the originally intended Point of Demobilization, in order to perform work for another company or for reasons of CONTRACTOR's own convenience, any demobilization fee shall be reduced in an amount commensurate with the resulting documented reduction in CONTRACTOR's demobilization costs.

2.4   Applicable expenses for travel approved by COMPANY in advance of the travel will be reimbursed, with no mark-up, according to the following:

2.4.1   For expenses incurred outside of the United States see current version (revised periodically) of US Department of State web-site at:

http://aoprals.state.gov/content.asp?content_id=184&menu_id=81

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022571

**Section 4 – Remuneration**
**B. Fluids Services**

2.4.2   For expenses incurred within the United States see current version (revised periodically) of US General Services Administration web-site at:

http://www.gsa.gov/Portal/gsa/ep/contentView.do?contentId=17943&contentType=GSA_BASIC

2.4.3   Charges for the use of personal automobiles and light trucks shall be at the IRS mileage rate applicable at the time of service. CONTRACTOR shall employ best efforts to reduce aggregate transportation charges to COMPANY through the use of carpools, crew vans, and other related methods of transportation.

2.4.4   Airfare will be lowest discounted coach fare at the time of purchase with most direct routing.

2.4.5   Where agreed to in advance by COMPANY, COMPANY shall reimburse reasonable travel expenses for attendance of CONTRACTOR personnel at sundry meetings (e.g., Crew Engagement Meetings, etc.) requested by COMPANY. Day rates for all personnel attending sundry meetings shall be for no more than eight (8) hours at the applicable onshore rate.

2.5   COMPANY shall provide air transportation for medical evacuation of CONTRACTOR's personnel from COMPANY's WORKSITES. The cost of air transportation shall be borne by the parties in accordance with Section 2 – General Conditions of Contract, Clause 31.9.

2.6   If CONTRACTOR uses third-parties for transportation, CONTRACTOR shall make reasonable efforts to use COMPANY's preferred trucking companies. COMPANY shall not assume any liability due to delay, lost or damaged cargo, or any other loss as a result of CONTRACTOR's use of COMPANY's preferred trucking companies.

## 3.0   CHARGE RATE

3.1   Unless otherwise specified in Section 4, Appendix 3 – Sub-Sector Terms and Conditions, prices included in this CONTRACT together with any relevant discounts shall remain firm and fixed for the first twelve (12) months from the EFFECTIVE DATE of the CONTRACT.

3.1.1   Price Adjustments – General Principles

(a)   Unless elsewhere specified, the methodology agreed between PARTIES shall apply to all line items contained within the applicable Schedule of Rates and Charges. These price adjustments shall be based on objective criteria (e.g., published indices or other available market information) and not subject to a form of negotiation process, except for unique circumstances when it is not possible to utilize an appropriate indexation tool or indexation methodology.

(b)   Unless otherwise specified in Appendix 3 or otherwise agreed between the PARTIES, price adjustments will be calculated on an annual basis inclusive of any extension periods.

(c)   Occasionally an index may be unavailable for a particular time period or sometimes an index is permanently discontinued. If this occurs, the next higher level data series or another index may be substituted, subject to mutual agreement by COMPANY and CONTRACTOR. If the title of an index changes

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022572

**Section 4 – Remuneration**
**B. Fluids Services**

or is recoded without changing the inputs, it is considered to be the same index.

(d) Indices are sometimes re-based. Price Adjustments will be calculated using indices expressed on the reference base period in effect when the Price Adjustment is applied, i.e., the calculation of adjustments shall always use the latest version of the index.

3.1.2 Price Adjustment Process

(a) No later than three (3) months from the EFFECTIVE DATE of the CONTRACT, the PARTIES shall agree on an appropriate methodology for adjusting pricing for each subsequent twelve (12) month period of the CONTRACT.

(b) In order to develop this methodology, CONTRACTOR shall provide for COMPANY's approval a percentage breakdown of the cost drivers for each category of items so that appropriate indices may be selected and accurate composite calculations may be made.

(c) Unless agreed otherwise between the PARTIES, the Rates and Charges to be adjusted shall be subject to annual review and adjusted up or down commencing from the first Anniversary Date of the CONTRACT ("CONTRACT Anniversary Date") and annually thereafter on the CONTRACT Anniversary Date.

(d) No later than 45 days prior to the CONTRACT Anniversary Date, CONTRACTOR shall present a written recommendation to COMPANY detailing the Rates and Charges to be adjusted and full back-up documentation in support of any adjustments. Any approved adjustments shall be the subject of a CONTRACT amendment between the PARTIES.

3.1.3 The baseline month and year for indexation and pricing purposes shall be the EFFECTIVE DATE of the CONTRACT.

3.2 The descriptions attached to the respective items detailed in Section 4, Appendix 3 and/or Appendix 4, are intended as brief descriptions sufficient for identification purposes only and do not exhaustively detail every operation involved in carrying out the WORK.

3.3 Unless otherwise specified in Section 4, Appendix 3 and/or Appendix 4, charges for equipment to be employed onshore shall begin the day equipment arrives at WORKSITE and terminates upon leaving WORKSITE.

3.4 CONTRACTOR shall prepare tools and equipment for back loading and complete a detailed manifest. Where COMPANY provided transportation is used, should CONTRACTOR fail to properly prepare equipment for shipment and cause delay, equipment shall be charged at zero rates until such time as equipment has been back loaded on COMPANY provided transportation.

3.5 For air or marine personnel transportation, unless otherwise specified in Section 4, Appendix 3 and/or Appendix 4, crew charges begin when crew reaches COMPANY's embarkation point

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022573

**Section 4 – Remuneration**
**B. Fluids Services**

for transport to WORKSITE and ends when crew arrives back at COMPANY's disembarkation point. There shall be no duplicate crew charges on crew change days.

3.6   Unless otherwise specified, equipment operating charges shall apply when equipment is on the WORKSITE, fully functional and operational in accordance with Section 3, Scope of Work, and being used in performance of the WORK.

3.7   All equipment rates per day refer to a day of twenty-four hours. For parts of a day, all such day rates shall be prorated to the nearest hour. Monthly rates refer to a calendar month. Parts of a month shall be prorated to the nearest day.

3.8   Unless otherwise specified herein, in the event of equipment failure, when equipment was used within CONTRACTOR's specifications and control, the charges will cease immediately. Charges will recommence when equipment is replaced or is deemed to have started working to the satisfaction of COMPANY. This non-payment shall also apply to other equipment CONTRACTOR may have in the same tool string and / or other related equipment and personnel at the WORKSITE unless COMPANY continues to drill or circulate and the other equipment continues to function. COMPANY shall not pay land transportation charges and fees for replacement equipment due to CONTRACTOR failures deemed as operated within CONTRACTOR specifications. If CONTRACTOR utilizes COMPANY provided land transportation, then CONTRACTOR shall reimburse COMPANY for all charges. No payment will be made for any item of equipment which fails within twenty-four (24) hours of commencement of operational use.

3.9   In the event CONTRACTOR upgrades the technical specification or specifications of the equipment EMPLOYED during the CONTRACT period to include additional features, capabilities, or functionalities, CONTRACTOR shall supply such upgraded tools or equipment with originally requested features, capabilities, or functionalities at no additional cost to COMPANY. Any additional features, capabilities, or functionalities so provided in new equipment can be employed by COMPANY at the rates placed by amendment into the applicable schedule of rates and charges.

3.10  In the event CONTRACTOR is unable to provide any part of the WORK for which CONTRACTOR has agreed to provide and there exists agreed rates and / or charges in the CONTRACT and has to source such WORK from a Third Party, CONTRACTOR shall invoice COMPANY for such part of the WORK at the rates or charges contained herein or the Third Party cost with no mark-up, whichever is the lesser.

3.11  NEW TECHNOLOGY – COMPANY is procuring services and associated equipment and materials, which COMPANY expects to improve incrementally over the duration of the CONTRACT. However, it is recognized that acquisitions and development of new technology during the term of the CONTRACT may result in the development of products and services not included in the CONTRACT. In such a situation, CONTRACTOR and COMPANY shall:

    3.11.1  Discuss and agree upon any such inclusion which shall be considered on a case-by-case basis. Prior to acceptance of new technology, COMPANY requires business case justification by CONTRACTOR which shall consist of but is not limited to the following documentation to be provided by CONTRACTOR:

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022574

**Section 4 – Remuneration**
**B. Fluids Services**

(a) description of technological benefits and risks

(b) delineation of commercial benefits accruing to COMPANY (including, where applicable, incremental NPV, savings in drilling unit time, increased production, or other measurable value generation)

(c) new technology delivery plan

3.11.2  not seek adjustments to rates for:

(a) revision of tool specifications

(b) improved processes

All adjustments shall be made in accordance with COMPANY's internal procedure for addition of materials, equipment, or personnel charges to the Schedule of Rates and Charges. These discussions and agreements shall be held in advance of performing such services for COMPANY. When CONTRACTOR does not seek and obtain necessary approvals for inclusion of new or additional services, payments shall not be made by COMPANY to CONTRACTOR, nor shall COMPANY be responsible in any manner should the equipment be lost or damaged.

3.11.3  Agree that CONTRACTOR shall charge COMPANY at the commercial rates of the previous generation of technology in the event of failure to deliver all of the benefits specified in the new technology business case.

3.12  Unless otherwise specified in Section 4, Appendix 3 and/or Appendix 4, should CONTRACTOR's tool(s) and equipment become stuck in the hole, the operating rates shall automatically terminate and standby rates commence unless the incident is caused by CONTRACTOR negligence or if due to COMPANY failure or other CONTRACTORS failure(s) to follow COMPANY established procedures and practices. If due to CONTRACTOR negligence, the operating rate will terminate and a zero rate will be applicable. The appropriate rates shall remain in effect until the tools are retrieved and released to CONTRACTOR or when officially declared lost. Aggregate standby payment shall not exceed the Lost-in-Hole value for said tool(s) and equipment. The tools are officially declared lost when the decision is made to no longer attempt to recover the tools.

3.13  CONTRACTOR unit prices shall be all inclusive of consumption of that material. No additional charges for packing (i.e., pallets, plastic wrap, drums, buckets, etc.) will be accepted above the unit cost of the product.

3.14  Unless otherwise stated herein in Section 4, Appendix 3 and/or Appendix 4, there shall be no additional charges for backup tools or equipment necessary to perform the WORK without interruption.

## 4.0   THIRD PARTY SERVICES / MATERIALS

4.1  Where Third Party services or materials are required by COMPANY under this CONTRACT and CONTRACTOR provides these services or materials, CONTRACTOR shall be reimbursed at net documented cost. These services or materials may be direct-billed by

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022575

Third Party to COMPANY.  No invoice processing or similar charge shall be payable by COMPANY to CONTRACTOR.

4.2   COMPANY reserves the right to take advantage of commercial pricing from COMPANY contracts with Third Party material providers in lieu of CONTRACTOR providing said materials.

4.3   Unless otherwise provided in this CONTRACT, in the event that COMPANY's provision of third party materials results in a major scope of work change for CONTRACTOR then the Parties will mutually agree on any commercial revisions necessary.

**5.0   PAYMENT AND INVOICING PROVISIONS**

Payment and Invoicing procedures are as per Appendix 1, hereto.

**6.0   LOST-IN-HOLE CHARGES**

Lost-in-Hole Charges are as per Appendix 2, hereto.

**7.0   SUB-SECTOR TERMS AND CONDITIONS / SCHEDULE OF RATES AND CHARGES**

7.1   Sub-Sector Terms and Conditions are found as Appendix 3 attached hereto.

7.2   Schedule of Rates and Charges are found as Appendix 4 attached hereto.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022576

## C. Well Placement

**1.0   GENERAL**

1.1   Remuneration detailed herein shall be all inclusive rates including, but not limited to, all consumables, spares, and other extras such as any inspection or overhaul charges, all maintenance and repair, hot shot, inspection, certification, and transportation for all categories of equipment required, unless specifically noted otherwise, at the WORKSITE during the various well sections, and is deemed to allow for all costs incurred by CONTRACTOR in complying with all the terms and conditions of the CONTRACT, and shall represent the total remuneration due to CONTRACTOR in full consideration of the satisfactory performance of the WORK.

1.2   CONTRACTOR shall not be entitled to remuneration in respect of personnel or equipment time incurred non-productively:

1.2.1   Through shortages or delays in the supply by CONTRACTOR of personnel, equipment, information, or materials, provided that COMPANY shall have given to CONTRACTOR adequate notice of the need for such supply; and/or

1.2.2   Due to a lack of planning on the part of CONTRACTOR provided adequate planning time and TECHNICAL INFORMATION were provided by COMPANY

1.3   No remuneration shall be made for WORK not performed in accordance with the CONTRACT.

1.4   All equipment, materials, and/or services must be as specified in the CONTRACT, as amended from time to time, prior to CONTRACTOR providing or using same.   Failure to include equipment, materials, or services will result in COMPANY not paying CONTRACTOR for these items.

1.5   All rates and prices stated herein are in United States Dollars.

1.6   The rates and prices are exclusive of any incidence for Value Added Tax (VAT), Goods and Services Tax or any other similar tax or duty applicable to the goods and services provided by CONTRACTOR under the CONTRACT, and to the extent that similar taxes such as sales, use or excise or business tax are implicit or specifically defined in Appendix 2 to Section 2 – General Conditions of the Contract.   The amount of Value Added Tax (VAT), Goods and Services Tax or any other similar tax or duty and such other agreed taxes chargeable less any reduction in taxes CONTRACTOR may benefit from shall be paid to CONTRACTOR by COMPANY in addition to any other payments becoming due under the CONTRACT upon production of a valid tax invoice.

1.7   CONTRACTOR shall advise COMPANY of availability of equipment and personnel upon receipt of requirements from COMPANY.

CONFIDENTIAL
Business Confidential

**Section 4 – Remuneration**
**C. Well Placement**

1.7.1   In the event that CONTRACTOR has a concurrent alternative customer requirement for the equipment and / or personnel, CONTRACTOR shall advise COMPANY of said alternative requirements and COMPANY's options to ensure equipment and / or personnel availability.  In the event one of those options is for COMPANY to secure the equipment and / or personnel in advance, then COMPANY shall compensate CONTRACTOR at fifty percent (50%) of the applicable Standby Rate to secure the availability of the equipment and / or personnel.  All such agreements shall be documented in the WORK ORDER or CHANGE ORDER.

1.7.2   Where the alternative customer is another COMPANY asset, then CONTRACTOR shall be responsible for keeping each of the assets informed of such requirements. COMPANY shall be informed by CONTRACTOR at all times of such exceptional circumstances.  As regards any standby payments made in conjunction with Clause 1.7.1 herein above, COMPANY shall only make one standby payment regardless of the number of COMPANY assets waiting to use the equipment.  Unless so directed by COMPANY, said standby payment shall be charged to the first COMPANY asset ensuring equipment availability.

**2.0   MOBILIZATION AND DEMOBILIZATION**

Terms and Conditions applicable to Mobilization and Demobilization are found in Section 4, Appendix 3, Part C, Clause 2.

**3.0   CHARGE RATE**

3.1   Unless otherwise specified in Section 4, Appendix 3 – Sub-Sector Terms and Conditions, prices included in this CONTRACT together with any relevant discounts shall remain firm and fixed for the first twelve (12) months from the EFFECTIVE DATE of the CONTRACT.

3.1.1   Price Adjustments – General Principles

(a)   Unless elsewhere specified, the methodology agreed between PARTIES shall apply to all line items contained within the applicable Schedule of Rates and Charges.  These price adjustments shall be based on objective criteria (e.g., published indices or other available market information) and not subject to a form of negotiation process, except for unique circumstances when it is not possible to utilize an appropriate indexation tool or indexation methodology.

(b)   Unless otherwise specified in Appendix 3 or otherwise agreed between the PARTIES, price adjustments will be calculated on an annual basis inclusive of any extension periods.

(c)   Occasionally an index may be unavailable for a particular time period or sometimes an index is permanently discontinued.  If this occurs, the next higher level data series or another index may be substituted, subject to mutual agreement by COMPANY and CONTRACTOR.  If the title of an index changes or is recoded without changing the inputs, it is considered to be the same index.

(d)   Indices are sometimes re-based.  Price Adjustments will be calculated using indices expressed on the reference base period in effect when the Price Adjustment is applied, i.e., the calculation of adjustments shall always use the latest version of the index.

CONFIDENTIAL
Business Confidential

**Section 4 – Remuneration**
**C. Well Placement**

3.1.2 Price Adjustment Process

(a) No later than three (3) months from the EFFECTIVE DATE of the CONTRACT, the PARTIES shall agree on an appropriate methodology for adjusting pricing for each subsequent twelve (12) month period of the CONTRACT.

(b) In order to develop this methodology, CONTRACTOR shall provide for COMPANY's approval a percentage breakdown of the cost drivers for each category of items so that appropriate indices may be selected and accurate composite calculations may be made.

(c) Unless agreed otherwise between the PARTIES, the Rates and Charges to be adjusted shall be subject to annual review and adjusted up or down commencing from the first Anniversary Date of the CONTRACT ("CONTRACT Anniversary Date") and annually thereafter on the CONTRACT Anniversary Date.

(d) No later than 45 days prior to the CONTRACT Anniversary Date, CONTRACTOR shall present a written recommendation to COMPANY detailing the Rates and Charges to be adjusted and full back-up documentation in support of any adjustments. Any approved adjustments shall be the subject of a CONTRACT amendment between the PARTIES.

3.1.3 The baseline month and year for indexation and pricing purposes shall be the EFFECTIVE DATE of the CONTRACT.

3.2 The descriptions attached to the respective items detailed in Section 4, Appendix 3 and/or Appendix 4, are intended as brief descriptions sufficient for identification purposes only and do not exhaustively detail every operation involved in carrying out the WORK.

3.3 Unless otherwise specified in Section 4, Appendix 3 and/or Appendix 4, charges for equipment to be employed offshore shall begin the day equipment arrives at COMPANY supply base or WORKSITE, whichever occurs first, and terminates upon arrival at COMPANY supply base or CONTRACTOR base, whichever occurs first.

3.4 Unless otherwise specified in Section 4, Appendix 3 and/or Appendix 4, charges for equipment to be employed onshore shall begin the day equipment arrives at WORKSITE and terminates upon leaving WORKSITE.

3.5 CONTRACTOR shall prepare tools and equipment for back loading and complete a detailed manifest. Where COMPANY provided transportation is used, should CONTRACTOR fail to properly prepare equipment for shipment and cause delay, equipment shall be charged at Zero Rates until such time as equipment has been back loaded on COMPANY provided transportation.

3.6 For air or marine personnel transportation, unless otherwise specified in Section 4, Appendix 3 and/or Appendix 4, crew charges begin when crew reaches COMPANY's embarkation point for transport to WORKSITE and ends when crew arrives back at COMPANY's disembarkation point. There shall be no duplicate crew charges on crew change days.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022579

**Section 4 – Remuneration**
**C. Well Placement**

3.7    For the avoidance of doubt, this Clause is superseded by Section 4, Appendix 3, Part C, Clause 3.2.3.

Unless otherwise specified in Section 4, Appendix 3 and/or Appendix 4, equipment operating charges shall apply when equipment is on the WORKSITE, fully functional and operational in accordance with Section 3, Scope of Work, and being used in performance of the WORK.

3.8    All equipment rates day refer to a day of twenty-four hours.  For parts of a day, all such day rates shall be prorated to the nearest hour for each well.  Monthly rates refer to a calendar month.  Parts of a month shall be prorated to the nearest day.

3.9    For the avoidance of doubt, this Clause is superseded by Section 4, Appendix 3, Part C, Clause 3.3.

Unless otherwise specified in Section 4, Appendix 3 and/or Appendix 4, in the event of equipment failure, when equipment was used within CONTRACTOR's specifications and control, the charges will cease immediately.  Charges will recommence when equipment is replaced or is deemed to have started working to the satisfaction of COMPANY.  This non-payment shall also apply to other equipment CONTRACTOR may have in the same tool string and / or other related equipment and personnel at the WORK SITE unless COMPANY continues to drill or circulate and the other equipment continues to function.  COMPANY shall not pay land transportation charges and fees for replacement equipment due to CONTRACTOR failures deemed as operated within CONTRACTOR specifications.  If CONTRACTOR utilizes COMPANY provided land transportation, then CONTRACTOR shall reimburse COMPANY for all charges.  No payment will be made for any item of equipment which fails within twenty-four (24) hours of commencement of operational use.

3.10   In the event CONTRACTOR upgrades the technical specification or specifications of the equipment EMPLOYED during the CONTRACT period to include additional features, capabilities, or functionalities, CONTRACTOR shall supply such upgraded tools or equipment with originally requested features, capabilities, or functionalities at no additional cost to COMPANY.  Any additional features, capabilities, or functionalities so provided in new equipment can be employed by COMPANY at the rates placed by amendment into the applicable schedule of rates and charges.

3.11   For the avoidance of doubt, this Clause is superseded by Section 4, Appendix 3, Part C, Clause 3.1.24.

In the event CONTRACTOR is unable to provide any part of the WORK for which CONTRACTOR has agreed to provide and there exists agreed rates and / or charges in the CONTRACT and has to source such WORK from a Third Party, CONTRACTOR shall invoice COMPANY for such part of the WORK at the rates or charges contained herein or the Third Party cost with no mark-up, whichever is the lesser.

3.12   NEW TECHNOLOGY – COMPANY is procuring services and associated equipment and materials, which COMPANY expects to improve incrementally over the duration of the CONTRACT.  However, it is recognized that acquisitions and development of new technology during the term of the CONTRACT may result in the development of products and services not included in the CONTRACT.  In such a situation, CONTRACTOR and COMPANY shall:

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022580

Section 4 – Remuneration
C. Well Placement

3.12.1   Discuss and agree upon any such inclusion which shall be considered on a case-by-case basis.   Prior to acceptance of new technology, COMPANY requires business case justification by CONTRACTOR which shall consist of but is not limited to the following documentation to be provided by CONTRACTOR:

(a)  Description of technological benefits and risks.

(b)  Delineation of commercial benefits accruing to COMPANY (including, where applicable, incremental NPV, savings in drilling unit time, increased production, or other measurable value generation).

(c)  New technology delivery plan.

3.12.2   Not seek adjustments to rates for:

(a)  Revision of tool specifications.

(b)  Improved processes.

All adjustments shall be made in accordance with COMPANY's internal procedure for addition of materials, equipment, or personnel charges to the Schedule of Rates and Charges.  These discussions and agreements shall be held in advance of performing such services for COMPANY.   When CONTRACTOR does not seek and obtain necessary approvals for inclusion of new or additional services, payments shall not be made by COMPANY to CONTRACTOR, nor shall COMPANY be responsible in any manner should the equipment be lost or damaged.

3.12.3   Agree that CONTRACTOR shall charge COMPANY at the commercial rates of the previous generation of technology in the event of failure to deliver all of the benefits specified in the new technology business case.

3.13   For the avoidance of doubt, this Clause is superseded by Section 4, Appendix 3, Part C, Clause 3.4.

Unless otherwise specified in Section 4, Appendix 3 and/or Appendix 4, should CONTRACTOR's tool(s) and equipment become stuck in the hole, the Operating Rates shall automatically terminate and Standby Rates commence unless the incident is caused by CONTRACTOR negligence.  If due to CONTRACTOR negligence, the Operating Rate will terminate and a Zero Rate will be applicable.  The appropriate rates shall remain in effect until the tools are retrieved and released to CONTRACTOR or when officially declared lost. Aggregate standby payment shall not exceed the Lost-in-Hole value for said tool(s) and equipment.  The tools are officially declared lost when the decision is made to no longer attempt to recover the tools.

3.14   CONTRACTOR unit prices shall be all inclusive of consumption of that material.   No additional charges for packing (i.e., pallets, plastic wrap, drums, buckets, etc.) will be accepted above the unit cost of the product.

3.15   For the avoidance of doubt, this Clause is superseded by Section 4, Appendix 3, Part C, Clause 3.2.4.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022581

**Section 4 – Remuneration**
**C. Well Placement**

Unless otherwise stated herein in Section 4, Appendix 3 and/or Appendix 4, there shall be no additional charges for backup tools or equipment necessary to perform the WORK without interruption.

**4.0   THIRD PARTY SERVICES / MATERIALS**

4.1   Where Third Party services or materials are required by COMPANY under this CONTRACT and CONTRACTOR provides these services or materials, CONTRACTOR shall be reimbursed at net documented cost.  These services or materials may be direct-billed by Third Party to COMPANY.  No invoice processing or similar charge shall be payable by COMPANY to CONTRACTOR.

4.2   COMPANY reserves the right to take advantage of commercial pricing from COMPANY contracts with Third Party material providers in lieu of CONTRACTOR providing said materials.

4.3   Unless otherwise provided in this CONTRACT, in the event that COMPANY's provision of third party materials results in a major scope of work change for CONTRACTOR then the Parties will mutually agree on any commercial revisions necessary.

**5.0   PAYMENT AND INVOICING PROVISIONS**

Payment and Invoicing procedures are as per Appendix 1, hereto.

**6.0   LOST-IN-HOLE CHARGES**

Lost-in-Hole Charges are as per Appendix 2, hereto.

**7.0   SUB-SECTOR TERMS AND CONDITIONS / SCHEDULE OF RATES AND CHARGES**

7.1   Sub-Sector Terms and Conditions are found as Appendix 3 attached hereto.

7.2   Schedule of Rates and Charges are found as Appendix 4 attached hereto.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022582

## D. Wireline Services

### 1.0   GENERAL

1.1   Remuneration detailed herein shall be all inclusive rates including, but not limited to, all consumables, spares, and other extras such as any inspection or overhaul charges, all maintenance and repair, hot shot, inspection, certification, and transportation for all categories of equipment required, unless specifically noted otherwise, at the WORKSITE during the various well sections, and is deemed to allow for all costs incurred by CONTRACTOR in complying with all the terms and conditions of the CONTRACT, and shall represent the total remuneration due to CONTRACTOR in full consideration of the satisfactory performance of the WORK.

1.2   CONTRACTOR shall not be entitled to remuneration in respect of personnel or equipment time incurred non-productively:

1.2.1   through shortages or delays in the supply by CONTRACTOR of personnel, equipment, information, or materials, provided that COMPANY shall have given to CONTRACTOR adequate notice of the need for such supply; and / or

1.2.2   due to a lack of planning on the part of CONTRACTOR provided adequate planning time and technical information were provided by COMPANY

1.3   No remuneration shall be made for WORK not performed in accordance with the CONTRACT.  There shall be no surcharges of any manner.

1.4   COMPANY shall place CONTRACTOR on Zero Rate at any time during the CONTRACT period if CONTRACTOR fails to meet the full obligations and requirements of the CONTRACT in whole or in part.  CONTRACTOR shall remain on Zero Rate until corrective action is taken and accepted by COMPANY.  Zero rate applies to all CONTRACTOR charges without exception, and includes but is not limited to the base service charge unit rate and the individual tool/equipment unit rates in the CONTRACT schedule of rates and charges.

1.5   All equipment, materials, and/or services must be as specified in the CONTRACT, as amended from time to time, prior to CONTRACTOR providing or using same.  Failure to include equipment, materials, or services will result in COMPANY not paying CONTRACTOR for these items.

1.6   All rates and prices stated herein are in United States Dollars.

1.7   The rates and prices are exclusive of any incidence for Value Added Tax (VAT), Goods and Services Tax or any other similar tax or duty applicable to the goods and services provided by CONTRACTOR under the CONTRACT, and to the extent that similar taxes such as sales, use or excise or business tax are implicit or specifically defined in Appendix 2 to Section 2 – General Conditions of the Contract.  The amount of Value Added Tax (VAT), Goods and Services Tax or any other similar tax or duty and such other agreed taxes chargeable less any reduction in taxes CONTRACTOR may benefit from shall be paid to CONTRACTOR by

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022583

**Section 4 – Remuneration**
**D. Wireline Services**

COMPANY in addition to any other payments becoming due under the CONTRACT upon production of a valid tax invoice.

1.8 CONTRACTOR shall advise COMPANY of availability of equipment and personnel upon receipt of requirements from COMPANY.

    1.8.1 In the event that CONTRACTOR has a concurrent alternative customer requirement for the equipment and / or personnel, CONTRACTOR shall advise COMPANY of said alternative requirements and COMPANY's options to ensure equipment and / or personnel availability. In the event one of those options is for COMPANY to secure the equipment and / or personnel in advance, then COMPANY shall compensate CONTRACTOR at fifty percent (50%) of the applicable Standby Rate to secure the availability of the equipment and / or personnel. All such agreements shall be documented in the WORK ORDER or CHANGE ORDER.

    1.8.2 Where the alternative customer is another COMPANY asset, then CONTRACTOR shall be responsible for keeping each of the assets informed of such requirements. COMPANY shall be informed by CONTRACTOR at all times of such exceptional circumstances. As regards any standby payments made in conjunction with Clause 1.8.1 herein above, COMPANY shall only make one standby payment regardless of the number of COMPANY assets waiting to use the equipment. Unless so directed by COMPANY, said standby payment shall be charged to the first COMPANY asset ensuring equipment availability.

## 2.0 MOBILIZATION AND DEMOBILIZATION

2.1 Unless otherwise provided for herein, CONTRACTOR shall be responsible for the mobilization and demobilization of its personnel, equipment, and material to and from the WORKSITE, COMPANY designated heliport, or supply base.

Where changes to the Scope of Work or agreed delivery schedule by COMPANY are sufficient to require CONTRACTOR to execute additional mobilizations for a job, the cost for these additional mobilizations will be to COMPANY account.

2.2 CONTRACTOR shall be responsible for obtaining all necessary visas, customs clearances, or other government authorizations required for moving its personnel and equipment into and out of the country having jurisdiction over the operating area.

2.3 COMPANY shall provide air transportation for medical evacuation of CONTRACTOR's personnel from COMPANY's WORKSITES. The cost of air transportation shall be borne by the parties in accordance with Section 2 - General Conditions of Contract, Clause 31.9.

2.4 The point of mobilization for onshore operations will be COMPANY's WORKSITE unless specifically stated prior to the operation.

2.5 All costs and charges relating to the mobilization of crew and equipment to the WORKSITE shall be included in the Base Service Charge Unit Rates.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022584

Section 4 – Remuneration
D. Wireline Services

2.6    For offshore operations the mobilization point will be COMPANY's shore base, or place of Crew embarkation.

2.7    CONTRACTOR is responsible for ensuring that all equipment and services required for the WORK are delivered by land or sea freight, as specified by the WORK, to meet the schedule detailed in the CONTRACT.  In the event that CONTRACTOR is required to air freight any equipment in order to meet the agreed CONTRACT schedule, such additional air freight costs shall be to CONTRACTOR's account.

## 3.0    CHARGE RATE

3.1    Unless otherwise specified in Section 4, Appendix 3 – Sub-Sector Terms and Conditions, prices included in this CONTRACT together with any relevant discounts shall remain firm and fixed for the first twelve (12) months from the EFFECTIVE DATE of the CONTRACT.

3.1.1    Price Adjustments – General Principles

(a)    Unless elsewhere specified, the methodology agreed between PARTIES shall apply to all line items contained within the applicable Schedule of Rates and Charges.  These price adjustments shall be based on objective criteria (e.g., published indices or other available market information) and not subject to a form of negotiation process, except for unique circumstances when it is not possible to utilize an appropriate indexation tool or indexation methodology.

(b)    Unless otherwise specified in Appendix 3 or otherwise agreed between the PARTIES, price adjustments will be calculated on an annual basis inclusive of any extension periods.

(c)    Occasionally an index may be unavailable for a particular time period or sometimes an index is permanently discontinued.  If this occurs, the next higher level data series or another index may be substituted, subject to mutual agreement by COMPANY and CONTRACTOR.  If the title of an index changes or is recoded without changing the inputs, it is considered to be the same index.

(d)    Indices are sometimes re-based.  Price Adjustments will be calculated using indices expressed on the reference base period in effect when the Price Adjustment is applied, i.e., the calculation of adjustments shall always use the latest version of the index.

3.1.2    Price Adjustment Process

(a)    No later than three (3) months from the EFFECTIVE DATE of the CONTRACT, the PARTIES shall agree on an appropriate methodology for adjusting pricing for each subsequent twelve (12) month period of the CONTRACT.

(b)    In order to develop this methodology, CONTRACTOR shall provide for COMPANY's approval a percentage breakdown of the cost drivers for each category of items so that appropriate indices may be selected and accurate composite calculations may be made.

(c)    Unless agreed otherwise between the PARTIES, the Rates and Charges to be adjusted shall be subject to annual review and adjusted up or down

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022585

**Section 4 – Remuneration**
**D. Wireline Services**

commencing from the first Anniversary Date of the CONTRACT ("CONTRACT Anniversary Date") and annually thereafter on the CONTRACT Anniversary Date.

(d) No later than 45 days prior to the CONTRACT Anniversary Date, CONTRACTOR shall present a written recommendation to COMPANY detailing the Rates and Charges to be adjusted and full back-up documentation in support of any adjustments. Any approved adjustments shall be the subject of a CONTRACT amendment between the PARTIES.

3.1.3    The baseline month and year for indexation and pricing purposes shall be the EFFECTIVE DATE of the CONTRACT.

3.2    The descriptions attached to the respective items detailed in Section 4, Appendix 3 and/or Appendix 4, are intended as brief descriptions sufficient for identification purposes only and do not exhaustively detail every operation involved in carrying out the WORK.

3.3    Unless otherwise specified in Section 4, Appendix 3 and/or Appendix 4, charges for equipment to be employed offshore shall begin the day equipment arrives at COMPANY supply base, WORKSITE or COMPANY specified time whichever occurs later, and terminates upon arrival at COMPANY supply base or CONTRACTOR base, whichever occurs first.

3.4    Unless otherwise specified in Section 4, Appendix 3 and/or Appendix 4, charges for equipment to be employed onshore shall begin the day equipment arrives at COMPANY supply base, WORKSITE or COMPANY specified time whichever occurs later, and terminates upon release from the WORKSITE.

3.5    CONTRACTOR shall prepare tools and equipment for back loading and complete a detailed manifest. Where COMPANY provided transportation is used, should CONTRACTOR fail to properly prepare equipment for shipment and cause delay, equipment shall be charged at Zero Unit Rates, if applicable, until such time as equipment has been back loaded on COMPANY provided transportation.

3.6    For air or marine personnel transportation, unless otherwise specified in Section 4, Appendix 3 and/or Appendix 4, crew charges begin when crew reaches COMPANY's embarkation point for transport to WORKSITE, or COMPANY specified time whichever occurs later, and ends when crew arrives back at COMPANY's disembarkation point. There shall be no duplicate crew charges on crew change days.

3.7    Where appropriate all equipment Standby Rates per day refer to a day of twenty-four hours. For parts of a day, all such day rates shall be prorated to the nearest hour. Monthly rates refer to a calendar month. Parts of a month shall be prorated to the nearest day.

3.8    COMPANY shall not pay land transportation charges and fees for replacement equipment due to CONTRACTOR failures deemed as operated within CONTRACTOR specifications. If CONTRACTOR utilizes COMPANY provided land transportation, then CONTRACTOR shall reimburse COMPANY for all charges.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022586

Section 4 – Remuneration
D. Wireline Services

3.9 In the event CONTRACTOR upgrades the technical specification OR SPECIFICATIONS of the equipment EMPLOYED during the CONTRACT period to include additional features, capabilities, or functionalities, CONTRACTOR shall supply such upgraded tools or equipment with originally requested features, capabilities, or functionalities at no additional cost to COMPANY. Any additional features, capabilities, or functionalities so provided in new equipment can be EMPLOYED by COMPANY at the rates placed by amendment into the applicable schedule of rates and charges.

3.10 In the event CONTRACTOR is unable to provide any part of the WORK for which CONTRACTOR has agreed to provide and there exists agreed rates and / or charges in the CONTRACT and has to source such WORK from a Third Party, CONTRACTOR shall invoice COMPANY for such part of the WORK at the rates or charges contained herein or the Third Party cost with no mark-up, whichever is the lesser.

3.11 NEW TECHNOLOGY – COMPANY is procuring data, services and associated equipment and materials, which COMPANY expects to improve incrementally over the duration of the CONTRACT. However, it is recognized that acquisitions and development of new technology during the term of the CONTRACT may result in the development of products and services not included in the CONTRACT. In such a situation, CONTRACTOR and COMPANY shall:

    3.11.1 discuss and agree upon any such inclusion which shall be considered on a case-by-case basis. Prior to acceptance of new technology, COMPANY requires business case justification by CONTRACTOR which shall consist of but is not limited to the following documentation to be provided by CONTRACTOR:

        (a) description of technological benefits and risks

        (b) delineation of commercial benefits accruing to COMPANY, including, where applicable, incremental NPV, savings in drilling unit time, increased production, or other measurable value generation.

        (c) new technology delivery plan

    3.11.2 not seek adjustments to rates for:

        (a) revision of tool specifications

        (b) improved processes

    All adjustments shall be made in accordance with COMPANY's internal procedure for addition of materials, equipment, or personnel charges to the Schedule of Rates and Charges. These discussions and agreements shall be held in advance of performing such services for COMPANY. When CONTRACTOR does not seek and obtain necessary approvals for inclusion of new or additional services, payments shall not be made by COMPANY to CONTRACTOR, nor shall COMPANY be responsible in any manner should the equipment be lost or damaged.

    3.11.3 agree that CONTRACTOR shall charge COMPANY at the Unit Rates of the previous generation of technology in the event of failure to deliver all of the benefits specified in the new technology business case.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022587

**Section 4 – Remuneration**
**D. Wireline Services**

3.12 CONTRACTOR Unit Rates shall be all inclusive of consumption of material. No additional charges for packing (i.e., pallets, plastic wrap, drums, buckets, etc.) will be accepted above the Unit Rate of the product.

3.13 Unless otherwise stated herein in Section 4, Appendix 3 and/or Appendix 4, there shall be no additional charges for back-up tools or equipment necessary to perform the WORK without interruption.

**4.0   THIRD PARTY SERVICES / MATERIALS**

4.1 Where Third Party services or materials are required by COMPANY under this CONTRACT and CONTRACTOR provides these services or materials, CONTRACTOR shall be reimbursed at net documented cost. These services or materials may be direct-billed by Third Party to COMPANY. No invoice processing or similar charge shall be payable by COMPANY to CONTRACTOR.

4.2 COMPANY reserves the right to take advantage of commercial pricing from COMPANY contracts with Third Party material providers in lieu of CONTRACTOR providing said materials.

4.3 Unless otherwise provided in this CONTRACT, in the event that COMPANY's provision of third party materials results in a major scope of work change for CONTRACTOR then the Parties will mutually agree on any commercial revisions necessary.

**5.0   PAYMENT AND INVOICING PROVISIONS**

Payment and Invoicing procedures are as per Appendix 1, hereto.

**6.0   LOST-IN-HOLE CHARGES**

Lost-in-Hole Charges are as per Appendix 2, hereto.

**7.0   SUB-SECTOR TERMS AND CONDITIONS / SCHEDULE OF RATES AND CHARGES**

7.1 Sub-Sector Terms and Conditions are found as Appendix 3 attached hereto.

7.2 Schedule of Rates and Charges are found as Appendix 4 attached hereto.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022588

**Section 4 – Remuneration**
**E. Completions**

# E. Completions

## 1.0 GENERAL

1.1 Remuneration detailed herein shall be all inclusive rates including, but not limited to, all consumables, spares, and other extras such as any inspection or overhaul charges, all maintenance and repair, hot shot, inspection, certification, and transportation for all categories of equipment required, unless specifically noted otherwise, at the WORKSITE during the various well sections, and is deemed to allow for all costs incurred by CONTRACTOR in complying with all the terms and conditions of the CONTRACT, and shall represent the total remuneration due to CONTRACTOR in full consideration of the satisfactory performance of the WORK.

1.2 CONTRACTOR shall not be entitled to remuneration in respect of personnel or equipment time incurred non-productively:

1.2.1 through shortages or delays in the supply by CONTRACTOR of personnel, equipment, information, or materials, provided that COMPANY shall have given to CONTRACTOR adequate notice of the need for such supply; and / or

1.2.2 due to a lack of planning on the part of CONTRACTOR provided adequate planning time and TECHNICAL INFORMATION were provided by COMPANY

1.3 No remuneration shall be made for WORK not performed in accordance with the CONTRACT.

1.4 All equipment, materials, and / or services must be as specified in the CONTRACT, as amended from time to time, prior to CONTRACTOR providing or using same.  Failure to include equipment, materials, or services will result in COMPANY not paying CONTRACTOR for these items.

1.5 All rates and prices stated herein are in United States Dollars.

1.6 The rates and prices are exclusive of any incidence for Value Added Tax (VAT), Goods and Services Tax or any other similar tax or duty applicable to the goods and services provided by CONTRACTOR under the CONTRACT, and to the extent that similar taxes such as sales, use or excise or business tax are implicit or specifically defined in Appendix 2 to Section 2 – General Conditions of the Contract.  The amount of Value Added Tax (VAT), Goods and Services Tax or any other similar tax or duty and such other agreed taxes chargeable less any reduction in taxes CONTRACTOR may benefit from shall be paid to CONTRACTOR by COMPANY in addition to any other payments becoming due under the CONTRACT upon production of a valid tax invoice.

1.7 CONTRACTOR shall advise COMPANY of availability of equipment and personnel upon receipt of requirements from COMPANY.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022589

**Section 4 – Remuneration**
**E. Completions**

1.7.1   In the event that CONTRACTOR has a concurrent alternative customer requirement for the equipment and / or personnel, CONTRACTOR shall advise COMPANY of said alternative requirements and COMPANY's options to ensure equipment and / or personnel availability.  In the event one of those options is for COMPANY to secure the equipment and / or personnel in advance, then COMPANY shall compensate CONTRACTOR at fifty percent (50%) of the applicable Standby Rate to secure the availability of the equipment and / or personnel.   All such agreements shall be documented in the WORK ORDER or CHANGE ORDER.

1.7.2   Where the alternative customer is another COMPANY asset, then CONTRACTOR shall be responsible for keeping each of the assets informed of such requirements. COMPANY shall be informed by CONTRACTOR at all times of such exceptional circumstances.  As regards any standby payments made in conjunction with Clause 1.7.1 herein above, COMPANY shall only make one standby payment regardless of the number of COMPANY assets waiting to use the equipment.  Unless so directed by COMPANY, said standby payment shall be charged to the first COMPANY asset ensuring equipment availability.

## 2.0   MOBILIZATION AND DEMOBILIZATION

2.1   Unless otherwise provided for herein, CONTRACTOR shall be responsible for the mobilization and demobilization of its personnel, equipment, and material to and from the WORKSITE, COMPANY designated heliport, or supply base.

Where changes to the Scope of Work or agreed delivery schedule by COMPANY are sufficient to require CONTRACTOR to execute additional mobilizations for a job, the cost for these additional mobilizations will be to COMPANY account.

2.2   CONTRACTOR shall be responsible for obtaining all necessary visas, customs clearances, or other government authorizations required for moving its personnel and equipment into and out of the country having jurisdiction over the operating area.  In the event COMPANY is specifically required herein to reimburse CONTRACTOR for customs duties or fees levied on CONTRACTOR in relation to the import or export of CONTRACTOR's equipment and material, CONTRACTOR shall follow COMPANY's instructions in respect thereof so as to qualify for any available exemptions or reductions of such duties or fees.

2.3   If equipment or personnel are demobilized to a location closer than the originally intended Point of Demobilization, in order to perform work for another company or for reasons of CONTRACTOR's own convenience, any demobilization fee shall be reduced in an amount commensurate with the resulting documented reduction in CONTRACTOR's demobilization costs.

2.4   Applicable expenses for travel approved by COMPANY in advance of the travel will be reimbursed, with no mark-up, according to the following:

2.4.1   For expenses incurred outside of the United States see current version (revised periodically) of US Department of State web-site at:

http://aoprals.state.gov/content.asp?content_id=184&menu_id=81

CONFIDENTIAL
Business Confidential

**Section 4 – Remuneration**
**E. Completions**

2.4.2   For expenses incurred within the United States see current version (revised periodically) of US General Services Administration web-site at:

http://www.gsa.gov/Portal/gsa/ep/contentView.do?contentId=17943&contentType=GSA_BASIC

2.4.3   Charges for the use of personal automobiles and light trucks shall be at the IRS mileage rate applicable at the time of service.   CONTRACTOR shall employ best efforts to reduce aggregate transportation charges to COMPANY through the use of carpools, crew vans, and other related methods of transportation.

2.4.4   Airfare will be lowest discounted coach fare at the time of purchase with most direct routing.

2.4.5   Where agreed to in advance by COMPANY, COMPANY shall reimburse reasonable travel expenses for attendance of CONTRACTOR personnel at sundry meetings (e.g., Crew Engagement Meetings, etc.) requested by COMPANY.   Day rates for all personnel attending sundry meetings shall be for no more than eight (8) hours at the applicable onshore rate.

2.5   COMPANY shall provide air transportation for medical evacuation of CONTRACTOR's personnel from COMPANY's WORKSITES.  The cost of air transportation shall be borne by the parties in accordance with Section 2 - General Conditions of Contract, Clause 31.9.

2.6   If CONTRACTOR uses Third-Parties for transportation, CONTRACTOR shall make reasonable efforts to use COMPANY's preferred trucking companies.  COMPANY shall not assume any liability due to delay, lost or damaged cargo, or any other loss as a result of CONTRACTOR's use of COMPANY's preferred trucking companies.

## 3.0   CHARGE RATE

3.1   Unless otherwise specified in Section 4, Appendix 3 – Sub-Sector Terms and Conditions, prices included in this CONTRACT together with any relevant discounts shall remain firm and fixed for the first twelve (12) months from the EFFECTIVE DATE of the CONTRACT.

3.1.1   Price Adjustments – General Principles

(a)   Unless elsewhere specified, the methodology agreed between PARTIES shall apply to all line items contained within the applicable Schedule of Rates and Charges.  These price adjustments shall be based on objective criteria (e.g., published indices or other available market information) and not subject to a form of negotiation process, except for unique circumstances when it is not possible to utilize an appropriate indexation tool or indexation methodology.

(b)   Unless otherwise specified in Appendix 3 or otherwise agreed between the PARTIES, price adjustments will be calculated on an annual basis inclusive of any extension periods.

(c)   Occasionally an index may be unavailable for a particular time period or sometimes an index is permanently discontinued.  If this occurs, the next higher level data series or another index may be substituted, subject to mutual agreement by COMPANY and CONTRACTOR.  If the title of an index changes

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022591

**Section 4 – Remuneration**
**E. Completions**

or is recoded without changing the inputs, it is considered to be the same index.

(d) Indices are sometimes re-based. Price Adjustments will be calculated using indices expressed on the reference base period in effect when the Price Adjustment is applied, i.e., the calculation of adjustments shall always use the latest version of the index.

3.1.2 Price Adjustment Process

(a) No later than three (3) months from the EFFECTIVE DATE of the CONTRACT, the PARTIES shall agree on an appropriate methodology for adjusting pricing for each subsequent twelve (12) month period of the CONTRACT.

(b) In order to develop this methodology, CONTRACTOR shall provide for COMPANY's approval a percentage breakdown of the cost drivers for each category of items so that appropriate indices may be selected and accurate composite calculations may be made.

(c) Unless agreed otherwise between the PARTIES, the Rates and Charges to be adjusted shall be subject to annual review and adjusted up or down commencing from the first Anniversary Date of the CONTRACT ("CONTRACT Anniversary Date") and annually thereafter on the CONTRACT Anniversary Date.

(d) No later than 45 days prior to the CONTRACT Anniversary Date, CONTRACTOR shall present a written recommendation to COMPANY detailing the Rates and Charges to be adjusted and full back-up documentation in support of any adjustments. Any approved adjustments shall be the subject of a CONTRACT amendment between the PARTIES.

3.1.3 The baseline month and year for indexation and pricing purposes shall be the EFFECTIVE DATE of the CONTRACT.

3.2 The descriptions attached to the respective items detailed in Section 4, Appendix 3 and/or Appendix 4, are intended as brief descriptions sufficient for identification purposes only and do not exhaustively detail every operation involved in carrying out the WORK.

3.3 Unless otherwise specified in Section 4, Appendix 3 and/or Appendix 4, charges for equipment to be employed offshore shall begin the day equipment arrives at COMPANY supply base or WORKSITE, whichever occurs first, and terminates upon arrival at COMPANY supply base or CONTRACTOR base, whichever occurs first.

3.4 Unless otherwise specified in Section 4, Appendix 3 and/or Appendix 4, charges for equipment to be employed onshore shall begin the day equipment arrives at WORKSITE and terminates upon leaving WORKSITE.

3.5 CONTRACTOR shall prepare tools and equipment for back loading and complete a detailed manifest. Where COMPANY provided transportation is used, should CONTRACTOR fail to properly prepare equipment for shipment and cause delay, equipment shall be charged at

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022592

**Section 4 – Remuneration**
**E. Completions**

zero rates until such time as equipment has been back loaded on COMPANY provided transportation.

3.6   For air or marine personnel transportation, unless otherwise specified in Section 4, Appendix 3 and/or Appendix 4, crew charges begin when crew reaches COMPANY's embarkation point for transport to WORKSITE and ends when crew arrives back at COMPANY's disembarkation point.  There shall be no duplicate crew charges on crew change days.

3.7   Unless otherwise specified, equipment operating charges shall apply when equipment is on the WORKSITE, fully functional and operational in accordance with Section 3, Scope of Work, and being used in performance of the WORK.  The Standby Rate will apply if the equipment is not mobilized to the WORKSITE from COMPANY embarkation point within 23 hours.   The Standby Rate will apply if the WORK does not begin within 12 hours of equipment arriving at the WORKSITE.  Where backup equipment is required per COMPANY WORK ORDER, charges will begin for this equipment on arrival at COMPANY's WORKSITE. Equipment charges will cease when COMPANY notifies CONTRACTOR that equipment has been returned to COMPANY's initial embarkation point.

3.8   All equipment rates per day refer to a day of twenty-four hours.  For parts of a day, all such day rates shall be prorated to the nearest hour.  Monthly rates refer to a calendar month. Parts of a month shall be prorated to the nearest day.

3.9   Unless otherwise specified herein, in the event of equipment failure, when equipment was used within CONTRACTOR's specifications and control, the charges will cease immediately. Charges will recommence when equipment is replaced or is deemed to have started working to the satisfaction of COMPANY.  This non-payment shall also apply to other equipment CONTRACTOR may have in the same tool string and / or other related equipment and personnel at the WORKSITE unless COMPANY continues to drill or circulate and the other equipment continues to function.  COMPANY shall not pay land transportation charges and fees for replacement equipment due to CONTRACTOR failures deemed as operated within CONTRACTOR specifications.   If CONTRACTOR utilizes COMPANY provided land transportation, then CONTRACTOR shall reimburse COMPANY for all charges.  No payment will be made for any item of equipment which fails within twenty-four (24) hours of commencement of operational use.

3.10  In the event CONTRACTOR upgrades the technical specification or specifications of the equipment EMPLOYED during the CONTRACT period to include additional features, capabilities, or functionalities, CONTRACTOR shall supply such upgraded tools or equipment with originally requested features, capabilities, or functionalities at no additional cost to COMPANY.  Any additional features, capabilities, or functionalities so provided in new equipment can be employed by COMPANY at the rates placed by amendment into the applicable schedule of rates and charges.

3.11  In the event CONTRACTOR is unable to provide any part of the WORK for which CONTRACTOR has agreed to provide and there exists agreed rates and / or charges in the CONTRACT and has to source such WORK from a Third Party, CONTRACTOR shall invoice COMPANY for such part of the WORK at the rates or charges contained herein or the Third Party cost with no mark-up, whichever is the lesser.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022593

**Section 4 – Remuneration**
**E. Completions**

3.12 NEW TECHNOLOGY – COMPANY is procuring services and associated equipment and materials, which COMPANY expects to improve incrementally over the duration of the CONTRACT. However, it is recognized that acquisitions and development of new technology during the term of the CONTRACT may result in the development of products and services not included in the CONTRACT. In such a situation, CONTRACTOR and COMPANY shall:

    3.12.1 Discuss and agree upon any such inclusion which shall be considered on a case-by-case basis. Prior to acceptance of new technology, COMPANY requires business case justification by CONTRACTOR which shall consist of but is not limited to the following documentation to be provided by CONTRACTOR:

        (a) description of technological benefits and risks

        (b) delineation of commercial benefits accruing to COMPANY (including, where applicable, incremental NPV, savings in drilling unit time, increased production, or other measurable value generation)

        (c) new technology delivery plan

    3.12.2 not seek adjustments to rates for:

        (a) revision of tool specifications

        (b) improved processes

        All adjustments shall be made in accordance with COMPANY's internal procedure for addition of materials, equipment, or personnel charges to the Schedule of Rates and Charges. These discussions and agreements shall be held in advance of performing such services for COMPANY. When CONTRACTOR does not seek and obtain necessary approvals for inclusion of new or additional services, payments shall not be made by COMPANY to CONTRACTOR, nor shall COMPANY be responsible in any manner should the equipment be lost or damaged.

    3.12.3 Agree that CONTRACTOR shall charge COMPANY at the commercial rates of the previous generation of technology in the event of failure to deliver all of the benefits specified in the new technology business case.

3.13 Unless otherwise specified in Section 4, Appendix 3 and/or Appendix 4, should CONTRACTOR's tool(s) and equipment become stuck in the hole, the operating rates shall automatically terminate and standby rates commence unless the incident is caused by CONTRACTOR negligence or if due to COMPANY failure or other CONTRACTORS failure(s) to follow COMPANY established procedures and practices. If due to CONTRACTOR negligence, the operating rate will terminate and a zero rate will be applicable. The appropriate rates shall remain in effect until the tools are retrieved and released to CONTRACTOR or when officially declared lost. Aggregate standby payment shall not exceed the Lost-in-Hole value for said tool(s) and equipment. The tools are officially declared lost when the decision is made to no longer attempt to recover the tools.

3.14 CONTRACTOR unit prices shall be all inclusive of consumption of that material. No additional charges for packing (i.e., pallets, plastic wrap, drums, buckets, etc.) will be accepted above the unit cost of the product so long as the packaging requirements remain consistent with current COMPANY requirements.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022594

**Section 4 – Remuneration**
**E. Completions**

3.15  Unless otherwise stated herein in Section 4, Appendix 3 and/or Appendix 4, there shall be no additional charges for backup tools or equipment necessary to perform the WORK without interruption.

**4.0   THIRD PARTY SERVICES / MATERIALS**

4.1  Where Third Party services or materials are required by COMPANY under this CONTRACT and CONTRACTOR provides these services or materials, CONTRACTOR shall be reimbursed at net documented cost.  These services or materials may be direct-billed by Third Party to COMPANY.  No invoice processing or similar charge shall be payable by COMPANY to CONTRACTOR.

4.2  COMPANY reserves the right to take advantage of commercial pricing from COMPANY contracts with Third Party material providers in lieu of CONTRACTOR providing said materials.

4.3  Unless otherwise provided in this CONTRACT, in the event that COMPANY's provision of third party materials results in a major scope of work change for CONTRACTOR then the Parties will mutually agree on any commercial revisions necessary.

**5.0   PAYMENT AND INVOICING PROVISIONS**

Payment and Invoicing procedures are as per Appendix 1, hereto.

**6.0   LOST-IN-HOLE CHARGES**

Lost-in-Hole Charges are as per Appendix 2, hereto.

**7.0   SUB-SECTOR TERMS AND CONDITIONS / SCHEDULE OF RATES AND CHARGES**

7.1  Sub-Sector Terms and Conditions are found as Appendix 3 attached hereto.

7.2  Schedule of Rates and Charges are found as Appendix 4 attached hereto.

CONFIDENTIAL
Business Confidential

Section 4 – Remuneration
Appendix 1 – Special Local Invoicing Procedures

# Appendix 1 – Special Local Invoicing Procedures

**1.0  SCHEDULE OF RATES AND CHARGES**

1.1  In the first ten (10) calendar days of each month or upon completion of job, CONTRACTOR shall submit to COMPANY an invoice for WORK performed in respect of services given and/or materials supplied (if any) for which payment is due.

1.2  CONTRACTOR shall not be entitled to payment where it submits an invoice beyond ninety (90) calendar days from the completion of a WORK ORDER, or submits incomplete documentation with an invoice and does not rectify and resubmit the required documentation within ninety (90) calendar days from being instructed to do so.

1.3  CONTRACTOR's invoices shall be sequentially numbered and shall be substantiated by the following:

   1.3.1  Reference to the approved WORK ORDER and CONTRACT

   1.3.2  Approved daily job tickets detailing the status of each piece of equipment (employed, standby, not available / under repair); materials consumed by type; and number of personnel by position

   1.3.3  Approved monthly summary / reconciliation of consumable materials – the Materials Inventory Balance (applicable solely to equipment and materials owned by COMPANY and held at CONTRACTOR's premises)

   1.3.4  Reference to COMPANY Schedule(s) of Rates and Charges item number for each invoice line item, if mutually agreed by COMPANY and CONTRACTOR.  That is, CONTRACTOR will continue to work with COMPANY to define, develop, and implement a mutually beneficial automated procurement process.

   1.3.5  Pay Key Number, if applicable

   In event of disagreement, IADC drilling records and other applicable documents shall be reviewed to reach mutual agreement.

1.4  Invoices shall be submitted as stated below:

   BP Exploration and Production, Inc.
   ATTN: Scanning Department S-646
   PO Box 22024
   Tulsa, Oklahoma 74121-2024
   Pay Key Number or PO Number Per WORK ORDER

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022596

**Section 4 – Remuneration**
**Appendix 1 – Special Local Invoicing Procedures**

**2.0   Payments by COMPANY**

2.1   If approved by COMPANY, COMPANY shall pay correct invoices within thirty (30) days after receipt at address specified in Clause 1.4 above.

2.2   Invoice disputes shall be handled in accordance with Section 2 – General Conditions of Contract, Clause 14.7.

2.3   The bank account to which COMPANY shall make payment under the CONTRACT shall be as follows

Beneficiary Name = Halliburton Energy Services, Inc.
Account Number = 00032969
SWIFT Code = CITIUS33
Bank Routing Number = 021000089

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022597

# Appendix 2 – Lost-in-Hole Charges

1.   INITIAL REPLACEMENT COST BASIS

Equipment and tool replacement costs (LIHC) for equipment which may be lost or damaged beyond economical repair shall be submitted by CONTRACTOR for reimbursement as described in the following categories:

1.1   Actual replacement costs for equipment and, if required major subcomponents, at source, i.e. Specific manufacturing / assembly point. For the avoidance of doubt, replacement cost is defined as provable cash replacement cost with no profit. Provable cash replacement cost shall be substantiated by original invoices or detailed cost accounting records,

1.2   Replacement cost for each source (if they differ) only if equipment is manufactured at multiple sites,

1.3   Actual documented CONTRACTOR's shipping charges from source to CONTRACTOR's base,

1.4   Actual documented duties and associated taxes payable from the source to CONTRACTOR's base from the closest equipment source to CONTRACTOR's base,

1.5   Actual documented costs anticipated for the re-use of salvaged equipment such as splicing a wireline cable or coiled tubing.

1.6   For the avoidance of doubt, item 1.1 and 1.2 above are directly applicable to equipment associated with Open and Cased hole logging services. The CONTRACT and, where appropriate, Section 4 – Remuneration, Appendix 4, Schedule of Rates and Charges will govern the LHC for other services.

2.   NOTIFICATION OF LOST OR DAMAGED EQUIPMENT

If a tool is damaged beyond repair, lost, or lost in the hole, it will be documented on CONTRACTOR job history and or field ticket approved by COMPANY representative. Such documentation shall accompany any claim by CONTRACTOR. In the event that CONTRACTOR is providing equipment only and there is not a CONTRACTOR representative at the WORKSITE when incident occurred, CONTRACTOR documentation requirements will be mutually agreed between COMPANY and CONTRACTOR.

CONTRACTOR shall document to COMPANY in writing within thirty (30) days or longer if mutually agreed a detailed incident report which includes well name, tools and/ or component part involved, reference dates, when and where the loss and/or damaged occurred and any other information as may be reasonably required by COMPANY

CONFIDENTIAL
Business Confidential

3.      INSPECTION REQUIREMENTS FOR DAMAGED TOOLS

In the event that a tool or component part thereof is damaged or damaged beyond economical repair, CONTRACTOR upon request shall provide COMPANY with a damage inspection report conducted by a mutually agreed third party or with CONTRACTOR's detailed report in the case of CONTRACTOR proprietary tools.   COMPANY reserves the right to carry out an independent verification by a mutually agreed third party.  The foregoing third party report shall be prepared at COMPANY expense except in those cases where the report concludes that the damage in question is attributable to defects in the tool or normal wear and tear.  The scope of the work to be charged to CONTRACTOR shall be limited to those activities directly associated with determination of root cause or root causes of failure of CONTRACTOR equipment.  COMPANY representative shall signify on the said report, or otherwise in writing his agreement that the equipment is damaged or damaged beyond economical repair.   Such report or COMPANY written agreement shall accompany any claim by CONTRACTOR.   COMPANY shall not unreasonably refuse or delay CONTRACTOR'S request.

COMPANY may elect to waive third party inspection report requirement if:

3.1     third party inspection report charges will be excessive in comparison to loss or damage or,

3.2     COMPANY may advise CONTRACTOR that when damage or loss is known to be attributable to conditions outside of CONTRACTOR's control and COMPANY does not require further investigation or documentation.

4.      RE-IMBURSEMENT FOR LOST OR DAMAGED BEYOND REPAIR EQUIPMENT

For tools lost or damaged beyond repair, COMPANY shall be liable to reimburse CONTRACTOR:

4.1     Actual replacement costs for equipment and major subcomponents at source, i.e.  Specific manufacturing / assembly point from closest manufacturing / assembly point.   For the avoidance of doubt, replacement cost is defined as provable cash replacement cost with no profit.  Provable cash replacement cost shall be substantiated by original invoices or detailed cost accounting records

4.2     Actual documented CONTRACTOR's shipping charges from source to CONTRACTOR's base, not to exceed charges detailed in LIHC tables.

4.3     Actual duties and associated taxes payable from the source to CONTRACTOR's base from the closest equipment source to CONTRACTOR's base, not to exceed charges detailed in LIHC tables.

4.4     Actual costs for the re-use of salvaged equipment such as splicing a wireline cable or coiled tubing.

4.5     For the avoidance of doubt, item 4.1 above is directly applicable to equipment associated with Open and Cased hole logging services.   The CONTRACT and, where appropriate, Section 4 – Remuneration, Appendix 4, Schedule of Rates and Charges, will govern the LHC for other services.

CONFIDENTIAL
Business Confidential

**Section 4 – Remuneration**
**Appendix 2 – Lost-in-Hole Charges**

In the event that a reference date cannot be documented, the replacement cost will be at the value calculated from the minimum residual value percentage times the replacement cost.

5.   RESIDUAL / SALVAGE VALUE

When any equipment is damaged beyond economical repair, replacement cost will also be reduced by any salvage value realized.  In the event of loss in hole or damage beyond repair for electric logging cable, slickline wire, and coiled tubing, the replacement footage shall be calculated from the unit's available footage at commencement of WORK minus any footage removed for maintenance during the WORK minus any footage available on the unit after loss.  Replacement cost will then be calculated as replacement footage divided by new spool footage times new spool cost plus the cost of splicing the salvaged footage to enable its re-use.  If remaining footage on the unit cannot be utilized in other work, COMPANY and CONTRACTOR will mutually agree that the remaining footage will be calculated as zero in replacement footage calculation.

6.   WELL TEST EQUIPMENT

Notwithstanding the provisions of Section 2, Clause 19.1(a), in the event that the WORK involves well test services and CONTRACTOR can demonstrate that CONTRACTOR GROUP's surface well test equipment has incurred abnormal damage (meaning damage which could not be reasonably expected) which has resulted directly from corrosion, erosion or abrasion caused by the nature of the well effluent, CONTRACTOR shall be reimbursed for the costs of repair of such damage except to the extent that such damage is caused by the negligence or breach of duty (statutory or otherwise) of CONTRACTOR GROUP and except to the extent of fair wear and tear.

7.   EQUIPMENT REPAIRS

When repair is possible, COMPANY shall reimburse CONTRACTOR either the foregoing documented repair or replacement costs, whichever is less.  If requested by COMPANY, CONTRACTOR will provide supporting detailed QA/QC documentation confirming re-build or if applicable, third party refurbishment company documentation.  If requested by COMPANY, CONTRACTOR will provide refurbishment / repair cost documentation segregated into labor (rate and hours) and parts and said documentation will be treated confidential by COMPANY, in accordance with Section 2, Clause 22.

8.   DEPRECIATION CALCUALTIONS

The following "straight line" depreciation schedule and associated definitions shall apply to CONTRACTOR's equipment which has been damaged beyond economical repair or lost in hole as per the following categories:

| Category | Description | Reference Clause | Reference Date | Depreciation Rate / month | Maximum Reduction | Minimum Residual Value |
|----------|-------------|------------------|----------------|---------------------------|-------------------|------------------------|
| 1 | Dumb Iron | 10 a) | Initial Purchase Date | 1.50% | 40.0% | 60.0% |
| 2 | Tubulars | 10 b) | Initial Purchase Date | 1.50% | 30.0% | 70.0% |

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022600

**Section 4 – Remuneration**
**Appendix 2 – Lost-in-Hole Charges**

| Category | Description | Reference Clause | Reference Date | Depreciation Rate / month | Maximum Reduction | Minimum Residual Value |
|---|---|---|---|---|---|---|
| 3 | Mechanical / Hydraulic Tools | 10 c) | Initial Purchase Date | 1.25% | 40.0% | 60.0% |
| 4 | BOP Equipment | 10 d) | Initial Purchase Date (100%) or last refurbished with 3rd Party Certification (80%) | 1.25% | 40.0% | 60.0% |
| 5 | Surface Test Equipment | 10 e) | Initial Purchase Date | 1.50% | 40.0% | 60.0% |
| 6 | Wireline logging tools | 10 f) | Initial Purchase Date | 0% | 0.0% | 100.0% |
| 7 | Directional Drilling Tools | 10 (f) | Initial Purchase Date or last Level 3 repair | 1.50% | 30% | 70% |
| 8 | Hi tech / intelligent tools | 10 g) | Initial Purchase Date or last Level 3 repair | 1.50% | 30% | 70% |

9.    EQUIPMENT RELATED DEFINITIONS

Downhole equipment used in the well shall be classified in categories for the purpose of depreciation calculations.  Where:

9.1    "Dumb iron" is defined as equipment with no or very few moving parts excluding parts which are historically replaced for wear and tear.  Dumb iron shall include, but shall not necessarily be limited to equipment baskets, shipping containers, hand tools, power tools, tanks, retrievable bridge plugs, coring equipment, stabbing guides, junk baskets, chiksans, co-flexip hoses, slickline tools excluding flow control equipment, fishing tools, magnets, bails, elevators, slips, spiders, false rotaries, manual tongs, lift nubbins, clamps, casing scrapers, casing rollers, casing thread protectors, subs, nipples, crossovers, drifts, stabilizers, spools, single and double studded adapters, side door entry subs, hole openers, underreamer bodies, etc.

9.2    "Tubulars" is defined as drill pipe, spiral / heavy-weight drillpipe (HWDP), drill collars, spiral drill collars, pony collars, monel drill collars, kellys, washpipe, and tubing.

9.3    "Mechanical tools" are defined as equipment with some moving parts, mechanical, hydraulic, etc, which are typically refurbished after runs in the hole.  Mechanical / hydraulic tools shall include, but shall not be necessarily limited to, hydraulic tongs, hydraulic units, engines, running tools, test packers, perforation wash tools, filtration units, slip joints, drilling jars, fishing jars, test jars, bumper subs, shock subs, slickline flow control equipment including associated running / pulling tools, pumps, shakers, centrifuges, surface high pressure gauges / sensors, etc.  Refurbishment for "mechanical tools" puts them in operational condition, but does not under any circumstance re-set reference date.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022601

Section 4 – Remuneration
Appendix 2 – Lost-in-Hole Charges

9.4   "BOP Equipment" (BOPE) is defined as ram preventers, annular preventers, rotating BOPE, high pressure (10,000 psi or greater) adjustable drilling chokes, drilling choke manifolds and associated valves.

9.5   "Surface test equipment" is defined as separators, testing manifolds and associated valves, surface test trees, flare booms, H2S scrubbers and other well test specific equipment.

9.6   "Standard logging / directional and other tools" are defined as equipment which are used in base logging packages and standard directional programs and mutually agreed with COMPANY. Standard logging / directional packages shall include, but shall not be necessarily limited to, computer systems, sonic, resistivity, and conductivity sondes, percussion core guns, cement bond log tools, cased hole logging tools, downhole electronic pressure gauges, mills, PDM motors, turbines, thrusters, and subsea test trees. Any other equipment classified as "Standard logging / directional and other tools" shall be mutually agreed during LIHC negotiations.

9.7   "Hi tech / intelligent tools" are defined as instrumented downhole equipment which typically undergoes thorough shop analysis and refurbishment after each run and shall be mutually agreed with COMPANY. Hi Tech / Intelligent tools shall include MWD, LWD, wireline rotary core tools, formation testing tools, specialty logging tools, 3D seismic tools, advanced imaging tools, rotary steerable systems, and intelligent downhole testing tools. Any other equipment classified as "Hi tech / intelligent tool" shall be mutually agreed during LIHC negotiations.

9.8   "Reference Date" shall mean the date depreciation commences. Where applicable, for a reference date to be rolled forward from original purchase to a refurbishment, CONTRACTOR if requested will provide detailed specific tool refurbishment and QA/QC documentation and will ensure documentation is retained for audit in event of lost equipment. If documentation is not available as stated or is deemed inadequate by COMPANY, original purchase date or date of manufacture will be deemed the effective Reference Date. Specifically for BOP equipment, the BOP Reference Date will be the initial new equipment purchase date from original equipment manufacturer (OEM) where 100% of original purchase price will be used for calculations. In the event that BOP is refurbished and re-certified by a reputable third party, the Reference Date will be moved forward to re-certification date, but value calculations will start at 80% of replacement cost.

9.9   "Initial Service / Purchase" is defined as the date of manufacture by CONTRACTOR or the date of initial purchase of equipment. It is recognized that some equipment may have been previously owned, so Reference Date goes back to origin.

9.10   "Refurbishment" shall be defined as the activity where CONTRACTOR tools have undergone a complete overhaul at the component level. This refurbishment will have materially extended the available service life of the tool. Normal maintenance on dumb iron or mechanical tools which is required to put the equipment in operating condition does not constitute refurbishment.

9.11   "Rental bits LIH price" will be the replacement price subject to initial condition and specific wear and tear reductions as specifically set forth in the WORK ORDER.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022602

# Appendix 3 – Sub-Sector Terms and Conditions

## A. Cementing Services

**1.0   GENERAL**

1.1   Unless specifically stated otherwise, the rates included herein are fully inclusive and shall constitute full and complete compensation to CONTRACTOR in executing any WORK ORDER or CHANGE ORDER.

1.2   CONTRACTOR agrees to suspend rental and operating charges for all rental equipment and personnel following a CONTRACTOR tool failure that disrupts operation for more than thirty minutes.

1.3   In the event that through the fault of CONTRACTOR, CONTRACTOR has insufficient personnel and/or equipment to commence, or complete any operation, a zero rate shall apply for equipment and personnel for the period of delay.

**2.0   FIXED RATE**

2.1   Subject to Clause 3.0 below and Clause 3.0, Section 4 – General Terms and Conditions, the rates and charges specified in Appendix 4 to Section 4 shall remain firm and fixed for twelve (12) months from the EFFECTIVE DATE of the CONTRACT.

2.2   Subject to Clause 3.0 below and Clause 3.0, Section 4 – General Terms and Conditions, should COMPANY exercise its option to extend the CONTRACT beyond the initial three (3) year term, the PARTIES shall mutually agree rates and charges for the duration of the Extension Period.

**3.0   VARIABLE RATE**

3.1   The initial Bulk Cement prices shall be fixed for a period of one (1) year from the EFFECTIVE DATE, and shall be reviewed sixty (60) days prior to the end of the one year period (Review Date). Prices will be determined by the incremental increase or decrease in relation to the ratio of the Cementing PPI Index given by the United States Bureau of Labor Statistics for the average of the three (3) months preceding the Review Date. This average of the three (3) preceding months is referred to as the "PPI Index New." The NEW PRICE to be paid for Bulk Cement for the next year is the INITIAL PRICE multiplied by the ratio of the PPI Index New to the PPI Index in effect as of the date of CONTRACT execution, referred to as "PPI Index Initial." The new pricing shall become effective on the anniversary of the EFFECTIVE DATE. Bulk Cement prices will be reviewed and adjusted according to the following formula:

NEW PRICE = INITIAL PRICE x (PPI Index New / PPI Index Initial)

3.2   With each subsequent year, the same review and recalculation of the Bulk Cement prices shall be performed sixty (60) days prior to the EFFECTIVE DATE anniversary.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022603

**4.0   CONSUMABLES**

4.1  Terms and Conditions related to Consumables

    4.1.1   COMPANY reserves the right to purchase all consumable items under a Call-Off Purchase Order.

    4.1.2   Unit Prices – COMPANY shall reimburse CONTRACTOR for the unit prices listed in Schedule of Rates and Charges– Consumables." The prices contained herein are inclusive of packaging, installation, and required back-up costs. Prices shall include transportation to the nearest service base for the particular region for which the price is being provided.

        (a)  Offshore – All unit prices should be FOB COMPANY's designated supply base.

    4.1.3   Third Party Consumables – CONTRACTORs that desire to use a Third Party to provide consumables should advise COMPANY and identify their consumables supplier.

    4.1.4   Consignment Basis – All consumable items, including but not limited to cement retainers, bridge plugs, and associated equipment, shall be provided on a consignment basis. No equipment shall be consigned to COMPANY for longer than 45 days from date of arrival at WORKSITE. For equipment that is invoiced due to exceeding the 45 days and is subsequently returned to CONTRACTOR, no re-stocking or similar charges shall apply if goods are received in a condition that COMPANY is prepared to use on a future well. COMPANY shall be invoiced for items consumed within the operation.

**5.0   CEMENT ADDITIVES**

5.1  Terms and Conditions related to "Sub-Sector Terms and Conditions– Cement Additives"

    5.1.1   COMPANY reserves the right to purchase all Cement Additives under a Call-Off Purchase Order.

    5.1.2   Unit Prices – COMPANY shall reimburse CONTRACTOR for the unit prices listed in the "Sub-Sector Terms and Conditions– Cement Additives". The prices contained herein are inclusive of packaging. Unit price should include the following transportation:

        (a)  Offshore – All unit prices should be FOB COMPANY's designated supply base.

    5.1.3   Disposal of Waste – Where a product has been dry blended into a bulk product and the excess blend deemed to be unusable, disposal will be charged at documented costs and chemicals invoiced as if they had been used on the well.

    5.1.4   Pricing for Non-Standard Blends – Materials may be duplicated in the bulk schedules; however, this is to enable preparation of special blends not covered within the bulk schedules. Non-standard blends will be agreed and approved by COMPANY.

    5.1.5   Restocking – Where products are supplied to the rig, in liquid or solid form, and the sacks or drums are unopened, the product will be restocked with no associated

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022604

restocking charge. Opened and partially used sacks / drums will be invoiced as if material used during execution of the job.

5.1.6   Bulk Liquid Additives – Where the product has been supplied in bulk via tote tank and more than 10% of the tote tank volume remains it shall be QA/QC tested and restocked or held for supply for another COMPANY operation.

5.1.7   Consignment Basis – All additives shall be provided on a consignment basis. No additives shall be consigned to COMPANY for longer than 45 days from date of arrival at WORKSITE. For additives that are invoiced due to exceeding the 45 days and are subsequently returned to CONTRACTOR, no re-stocking or similar charges shall apply if goods are received in a condition that COMPANY is prepared to use on a future well. COMPANY shall be invoiced for items consumed within the operation.

## 6.0   BULKS

6.1   Terms and Conditions related to Bulks

6.1.1   Unit Prices – COMPANY shall reimburse CONTRACTOR for the unit prices listed in "Schedule of Rates and Charges – Bulks". The prices contained herein are inclusive of packaging. Pricing is to be based on the unit prescribed, sacks (94 lb sacks) or short tons (2000 lb) as detailed in each line item. For bulks provided in sacks the prices are to be inclusive of palletization, shrink wrapping, and banding. Unit price should include the following transportation:

(a)   Offshore – All unit prices should be FOB COMPANY's designated supply base.

6.1.2   Cement Specifications – Cement types are not required to carry the API Monogram; however, evidence of compliance with the relevant technical specifications must be available to COMPANY on request. Where cement has been supplied as complying with an ASTM specification, evidence of compliance will be made available to COMPANY on request.

6.1.3   Bulk Supplier – For each bulk item, CONTRACTOR will only change source with prior approval of COMPANY.

6.1.4   Restocking – All unused sacked material in reusable condition shall be returned to CONTRACTOR. No associated restocking charge shall be applied. Opened and partially used sacks / drums will be invoiced as if material was completely used during execution of the job.

## 7.0   RENTALS

7.1   Terms and Conditions related to "Schedule of Rates and Charges– Rentals"

7.1.1   Pricing Requirements – COMPANY shall reimburse CONTRACTOR for the unit rates listed in the "Schedule of Rates and Charges – Rentals," as per Scope for Work including all necessary pipe work / hoses / gauges / safety equipment for primary and remedial cementing.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022605

Section 4 – Remuneration
Appendix 3 – Sub-Sector Terms and Conditions
A. Cementing Services

7.1.2   Cement Heads – Surface cement heads will include any manifolds and pipe work required to operate the system.

7.1.3   Sub-Sea Cement Plugs – There will be no charge for rental of plug containers for preloading of sub-sea cementing plugs.

7.1.4   Squeeze Packers – Where a squeeze packer is supplied, the rate (daily, for 6 hour minimum rental, or hourly) will include packer with circulating subs, storm valves, safety joints and surface control valves and recommended spare parts.  Proposed rate shall be all inclusive and no additional charges are to be made.

7.1.5   Offshore Cementing – CONTRACTOR shall propose a single operating day rate for a complete system that includes one cementing supervisor and all necessary treating iron and valves, plug containers, etc.  This rate shall apply regardless of whether the unit is pumping CONTRACTOR cement products or Third Party cement products.  Day rate will include all pumping services, including but not limited to, cementing, BOP testing, miscellaneous pumping, circulation of well, any pressure, any rate, any depth, and any temperature.

(a)   New Installations – For new installations CONTRACTOR will review the technical requirements in Section 3 – Scope of Work and the relevant WORK ORDER, prepare a proposal, and obtain approval from COMPANY.

(b)   Pride PS-2 Cementing Unit – CONTRACTOR, at no cost or liability to COMPANY will ensure that the cementing unit for the new build Pride PS-2 ("Unit") will be delivered to Geoje Island, Korea - Samsung Heavy Industries Shipyard ("Shipyard"), on or before August 12, 2009 ("Delivery Date").  COMPANY shall provide CONTRACTOR with all reasonable assistance with respect to the initial mobilization and installation of the Unit onboard the rig including provision of reasonable assistance at the Shipyard. Such assistance shall include access to craneage, labor, power, water, air, certified lifting facilities, etc. to aid in the installation of the unit. The operating day rate as specified in Section 4, Appendix 4, Schedule of Rates and Charges, is for a complete system including the cementing supervisor.

This operating day rate shall commence once the rig has been mobilized to the Gulf of Mexico and accepted by COMPANY, the Cementing Supervisor is aboard, and the unit is in all respects ready to commence operations.  This unit must be manned with a qualified cement operator available on a 24-hour basis. This unit must include all necessary treating iron and valves, plug containers, etc. This per day basis must be all inclusive of all pumping services of any kind (cementing, BOP testing, miscellaneous pumping, circulation of well, any pressure, any rate, any depth, and any temperature).  The cementing unit and iron must have a minimum, but not limited to 15K psi rating.  Once operations commence, CONTRACTOR per day price will be acceptable only during times when CONTRACTOR personnel man the cement unit on the rig.  Paid time for unit will commence when cement operator reaches COMPANY's dock and will cease when cement operator returns to COMPANY's dock.

(c)   Mobile Equipment – Mobile equipment rates shall be based on daily rental from point of receipt at COMPANY nominated supply base until it is returned to the same point.

(d)   Day Rate – For purposes of rental rates a day rate shall comprise a consecutive 24 hour period unless specified otherwise in the CONTRACT.

---

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022606

**Section 4 – Remuneration**
**Appendix 3 – Sub-Sector Terms and Conditions**
**A. Cementing Services**

**8.0   PERSONNEL**

8.1  Terms and Conditions related to "Schedule of Rates and Charges – Personnel"

   8.1.1   Personnel charges are as specified in "Schedule of Rates and Charges – Personnel"

   8.1.2   Onshore Personnel

   (a)  Personnel onshore hourly rates start when the person departs from the nominated service center/overnight accommodation until they return to the same point or arrive at the overnight accommodation.

   (b)  Onshore day rates will consist of any twelve hours within a 24 hour day.

   8.1.3   Offshore Personnel – Offshore personnel day rate applies to personnel on location for a consecutive 24 hour period.

**9.0   LOCATION INFORMATION**

9.1  All unit prices and rates shall be FOB Fouchon, LA.   CONTRACTOR must include transportation to Fouchon for all prices and rates.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022607

# B. Fluids Services

**1.0   GENERAL**

1.1   CONTRACTOR's job tickets approved by COMPANY shall be used to define all events and timing for the definition and application of the appropriate rates associated with this CONTRACT. In event of disagreement, IADC drilling records, where available, and other applicable documents will be reviewed to reach mutual agreement.

1.2   COMPANY will reimburse CONTRACTOR for:

- Chemicals, fluids and equipment used in the performance of the WORK
- The following personnel: lead mud engineer, mud engineer, PFM compliance engineer, completion engineer, solids control equipment supervisor and operator if required by COMPANY
- Project Engineers at COMPANY office, if required.

1.3   In addition to Section 4, Clause 1.1 (not Clause 1.1 of this Appendix) and for the purpose of clarification, CONTRACTOR's rates for reimbursement of the above chemicals, equipment and personnel are deemed to be inclusive of the provision of the following:

- Project Coordinator
- Maintenance and repair personnel for CONTRACTOR's equipment
- Costs incurred with respect to testing of equipment, warehousing and transportation of chemicals.
- Electronic and hard copies of reports as detailed in Section 3
- Regulatory approval for importation of chemicals and equipment as required.
- Personnel training as required in Section 3

1.4   As regards charges associated with Section 3 (Scope of Work) Appendix 5, Clause 8.6, all cost and charges of any kind shall be for CONTRACTOR's account.

**2.0   CHARGE RATES**

2.1   Further to Section 4, Clause 3.12.1, any introduction of new technology shall include a specific definition of the "success criteria" to be agreed by COMPANY and CONTRACTOR before the implementation of new technology.

2.2   The standby charge for equipment called out shall commence and apply from when the equipment is delivered to COMPANY's supply base or WORKSITE, until the time of its arrival back at COMPANY's supply base or WORKSITE (or other mutually agreed location) except when the equipment operating charge shall apply.

2.3   Equipment operating charges shall apply when equipment is on the WORKSITE, is fully functional, and is being used in performance of the WORK.

CONFIDENTIAL
Business Confidential

Section 4 – Remuneration
Appendix 3 – Sub-Sector Terms and Conditions
B. Fluids Services

Equipment and personnel standby charges shall be 50% of the operating rate as specified in the Schedule of Rates and Charges.

2.4　The prices are to be inclusive of palletization, shrink wrapping, and banding.  Any unused chemicals may be returned to CONTRACTOR without any handling, re-stocking, or similar charges if the chemicals are returned in a saleable condition.

## 3.0　ADDITIONAL REQUIREMENTS

3.1　Bulk Barite and bulk Bentonite transferred to COMPANY's provided transportation is to be through certified calibrated tanks.  The transfer tank should be set on weight scales with a print out.  The print out signed by COMPANY Representative will form the basis of invoicing.

3.2　CONTRACTOR shall have all tanks to / from which volumes are pumped from / to COMPANY's supply vessels, calibrated, and certified as such with charts available at CONTRACTOR's WORKSITE.

3.3　Where CONTRACTOR supplies synthetic, diesel, or mineral low toxicity base oil to COMPANY, CONTRACTOR will be expected to take back for credit any synthetic, diesel, or low toxicity mineral base oil back-loaded from the rig or supply vessel provided that it was supplied by CONTRACTOR.

3.4　Reconditioning of the mud at the WORKSITE is recommended where all products and materials are available and COMPANY will be billed for such quantities to acquire the mud specification.

3.5　The initial Diesel Base Oil and Diesel Base Mud prices shall be fixed for the first quarter from the EFFECTIVE DATE, and shall be reviewed every quarter thereafter.  Said review shall commence thirty (30) days prior to the end of the then current quarter period (Review Date).  Prices will be determined by the incremental increase or decrease in relation to the ranges of the West Texas Intermediate Crude Price Index (WTICPI) for the average of three (3) months preceding the Review Date.  This average of three (3) preceding months of the WTICPI rate is then applied to the Table for Diesel Base Oil and Diesel Based Mud found in the Schedule of Rates and Charges.  The price of Diesel Base Oil and Diesel Base Mud on the EFFECTIVE DATE of the CONTRACT shall be established based upon the closing WTICPI on the EFFECTIVE DATE of the CONTRACT.

3.6　The initial Low Toxicity Mineral Oil and Low Toxicity Mineral Base Mud prices shall be fixed for the first quarter from the EFFECTIVE DATE, and shall be reviewed every quarter thereafter.  Said review shall commence thirty (30) days prior to the end of the then current quarter period (Review Date).  Prices will be determined by the incremental increase or decrease in relation to the ranges of the West Texas Intermediate Crude Price Index (WTICPI) for the average of three (3) months preceding the Review Date.  This average of three (3) preceding months of the WTICPI rate is then applied to the Table for Diesel Base Oil and Diesel Based Mud found in the Schedule of Rates and Charges.  The price of Low Toxicity Mineral Oil and Low Toxicity Mineral Base Mud on the EFFECTIVE DATE of the CONTRACT shall be established based upon the closing WTICPI on the EFFECTIVE DATE of the CONTRACT.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022609

Section 4 – Remuneration
Appendix 3 – Sub-Sector Terms and Conditions
B. Fluids Services

3.7     The initial <u>Synthetic Base Oil and Synthetic Base Mud</u> prices shall be fixed for the first six (6) months from the EFFECTIVE DATE, and shall be reviewed every six (6) months thereafter. Said review shall commence thirty (30) days prior to the end of the then current period (Review Date). Prices will be determined by the incremental increase or decrease in relation to the ranges of the West Texas Intermediate Crude Price Index (WTICPI) for the average of six (6) months preceding the Review Date. This average of six (6) preceding months of the WTICPI rate is then applied to the Table for Diesel Base Oil and Diesel Based Mud found in the Schedule of Rates and Charges. The price of Synthetic Base Oil and Synthetic Base Mud on the EFFECTIVE DATE of the CONTRACT shall be established based upon the closing WTICPI on the EFFECTIVE DATE of the CONTRACT.

3.8     The initial <u>Bulk Barite</u> 4.2 specific gravity prices, in cost per sack, and cost per ton, shall be fixed for a period of one (1) year from the EFFECTIVE DATE, and shall be reviewed thirty (30) days prior to the end of the one (1) year period (Review Date). Prices will be determined by the incremental increase or decrease in relation to the ranges of the West Texas Intermediate Crude Price Index (WTICPI) for the average of twelve (12) months preceding the Review Date. This average of twelve (12) preceding months of the WTICPI rate is then applied to the Table for Diesel Base Oil and Diesel Based Mud found in the Schedule of Rates and Charges. The price of Bulk Barite on the EFFECTIVE DATE of the CONTRACT shall be established based upon the closing WTICPI on the EFFECTIVE DATE of the CONTRACT.

3.9     <u>Bromides</u> shall be provided on a unit rate basis that shall be all inclusive, including, but not limited to, all management, administrative, direct and indirect manufacturing services, quality control and assurance services, transportation, labor costs, taxes, government regulations, and all consumables.

        Bromide prices shall be fixed for a period of six months from the EFFECTIVE DATE, and shall be reviewed 30 days prior to the end of the six (6) month period. Prices will be determined by the incremental increase or decrease of the elements found in the Schedule of Rates and Charges. The price of Bromides on the EFFECTIVE DATE of the CONTRACT shall be those prices provided in the Schedule of Rates and Charges for said Bromides. CONTRACTOR shall provide the percentage relationship of all elements contributing to the cost structure of bromides.

**4.0     REGIONAL SPECIFIC REQUIREMENTS**

    4.1     Gulf of Mexico Specific Remuneration Requirements

        4.1.1     Drilling Fluids

            (a)     Reconditioning of returned synthetic invert emulsion mud may be required at CONTRACTOR's shore base. Where such reconditioning is carried out, it will only be completed after agreement by COMPANY. There will be no charge made for the reconditioning process including centrifugation and personnel requirements. The chemical cost shall be in accordance with the Schedule of Rates and Charges. Waste produced from the reconditioning will be disposed of by CONTRACTOR in accordance with all applicable regulations and good practice at no cost to COMPANY.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022610

Section 4 – Remuneration
Appendix 3 – Sub-Sector Terms and Conditions
B. Fluids Services

(b)   Where synthetic oil based mud is contaminated by well-bore hydrocarbons the maximum percentage contamination level will be one percent (1.0%) for Gulf of Mexico by volume.

(c)   Contaminated fluid shall be credited as low toxicity mineral oil based mud. Contaminated fluid is determined by both COMPANY and CONTRACTOR as being fluid which cannot be reconditioned.

(d)   Synthetic Based Mud ("SBM") supplied to COMPANY shall be invoiced as follows:

(i)   SBM supplied to COMPANY at one price for all mud weights ranging from 8.0 to 17.0 ppg, with ranges of the Synthetic Water Ratios (SWR) from 70:30 to 90:10.

(ii)   Invoices shall be prepared by interval, unless otherwise agreed in writing by the PARTIES.

(e)   Mud Loss Calculations – End of Well

CONTRACTOR shall charge for total end of well down hole mud losses as a result of lost circulation. End of well down-hole mud loss calculations are performance based which include potential for bonus payments being made to CONTRACTOR for superior performance in minimizing down-hole mud losses.

There is to be no bonus nor reduction in invoice should CONTRACTOR execute operations within the normal or expected range of mud losses.

In the event there are losses which exceed normal or expected levels, there shall be a discount applied to the charges for the fluids lost in excess of the normal range.

The following tables set forth the mechanism for the calculation of the charges to be paid CONTRACTOR in relation to mud losses for the first year of the CONTRACT and which shall be subject to reevaluation of the loss ranges and bonus / reduction on the anniversary of the CONTRACT.

SIDE TRACK WELL

| Losses | ≤ 500 bbl | 501 – 1,000 bbl | 1,001 – 3,000 bbl | ≥ 3,001 BBL |
|---|---|---|---|---|
| Bonus or Reduction | $20,000 Bonus | No bonus no reduction | 10% reduction | 15% reduction |

DEVELOPMENT WELL

| Losses | ≤ 1,000 BBL | 1,001 - 2,000 BBL | 2,001- 4,000 BBL | ≥ 4,001 BBL |
|---|---|---|---|---|
| Bonus or Reduction | $30,000 Bonus | No bonus no reduction | 10% reduction | 15% reduction |

EXPLORATION WELL

| Losses | ≤ 3,000 | 3,001 - 5,000 BBL | 5,001 - 7,000 BBL | ≥ 7,001 BBL |
|---|---|---|---|---|

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022611

**Section 4 – Remuneration**
**Appendix 3 – Sub-Sector Terms and Conditions**
**B. Fluids Services**

| | BBL | | | |
|---|---|---|---|---|
| Bonus or Reduction | $50,000 Bonus | No bonus no reduction | 10% reduction | 15% reduction |

Using a <u>Development Well</u> as an example, the following cases would apply with the following assumptions:

Assume:   Cost of SBM = $100/bbl        Cost of base oil = $1/gal

Case 1:   800 bbls lost down hole to the formation.  A bonus of $30,000 will be paid at the end of the well.

Case 2:   1,500 bbls lost down hole to the formation, no bonus, no reduction at the end of the well.

Case 3:   4,000 bbls lost down hole to the formation, a reduction in the invoice will be applied at the end of the well for $20,000.

(2,000 bbls x -0.10 x 100) = -$20,000

Case 4:   6,000 bbls lost down hole to the formation, a reduction in the invoice will be applied at the end of the well for $50,000.

(2,000 bbls x -0.10 x 100) + (2,000 bbls x -0.15 x 100) = -$50,000

(f)   All handling, mixing, rental, and consignment fees are included in the price.

(g)   Drilling fluid returned to CONTRACTOR's base will be reconditioned back to the equivalent synthetic water ratio (SWR) specification.  The only charge for this reconditioning will be the cost of the synthetic base fluid required to achieve the original volume.  If drilling fluid returned contains more base oil than the original composition an equivalent credit will be issued by CONTRACTOR.

Example:

Assume      Cost of SBM = $100/bbl         Cost of base oil = $1.00/gal

1000 bbl of SBM @ 10.6 ppg and 70/30 SWR was sent to rig.  At the end of a given interval, 500 bbl @ 15.6 ppg and 75/25 SWR was returned to CONTRACTOR'S base

Cost of Mud Consumed:      500 bbl x $100/bbl = $50,000

Cost to Recondition Mud:

500 bbls of original mud @ 10.6 ppg with 70/30 SWR contains 293 bbls base oil.  500 bbls of returned mud @ 15.6 ppg and 75/25 SWR contains 246 bbls base oil, therefore,

293 - 246 = 47 bbl base oil is required to recondition back to the original formulation, therefore,

Reconditioning Charge:

---

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022612

**Section 4 – Remuneration**
**Appendix 3 – Sub-Sector Terms and Conditions**
**B. Fluids Services**

47 bbl base oil x 42 gal/bbl x $1.00/gal = $ 1,974

TOTAL COST for interval = $50,000 + $1974 = $51,974

(h)   Liquid Water Based Mud ("WBM") mixed in CONTRACTOR's plant shall be priced as the cost of the products used in the mix to meet COMPANY specifications plus a mixing charge of $5.00/bbl.

(i)   COMPANY reserves the right to audit the laboratory analysis and retort measurements. After COMPANY approves audit results, COMPANY will sign off on the supporting documentation. If drilling fluid is returned as per Clause 4.2.1(g) herein above, any associated charge for reconditioning shall be attached to a job ticket for payment.

4.1.2   Completion Fluids

(a)   Unused base fluids that are transported in approved above deck tanks can be returned and no restocking charge will be assessed. Fluids included in this provision are: un-weighted hydrate inhibited systems, Calcium Chloride, Calcium Chloride/Calcium Bromide, and Zinc Bromide.

(b)   CONTRACTOR will credit back from COMPANY, the net volume of fluid returned after any applicable reclamation procedures at the density of reclaimed fluid. There is a flat $5.00 per barrel reclamation charge for heavy brines and un-weighted hydrate inhibitor systems which includes products, cartridges, D.E. material, etc.

4.1.3   Waste Management

CONTRACTOR will provide the daily operation cost as well as monthly operational cost for all the equipment required to comply with the oil on cuttings requirements for the area.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022613

Section 4 – Remuneration
Appendix 3 – Sub-Sector Terms and Conditions
C. Well Placement

# C. Well Placement

**1.0   GENERAL**

1.1   Rates and charges contained herein shall be deemed to include but not be limited to the following:

    1.1.1   All of CONTRACTOR's overhead costs including corporate, departmental and yard overheads, finance charges on capital employed, office rents, rates, taxes, all royalties, licenses, fees, insurances, all travel, all power and lighting, telephone, facsimile, telex, office equipment and supplies, postage, courier services, reprographics, computer usage and associated consumables, maintenance and cleaning and all other overhead costs not specifically identified elsewhere;

    1.1.2   The provision of all equipment required for the WORK;

    1.1.3   The provision of all direct, indirect, productive and non-productive labor, supervision and management;

    1.1.4   The procurement, expediting, purchase and documentation of all material necessary for the WORK other than COMPANY provided items;

    1.1.5   All costs associated with taking delivery of COMPANY provided items;

    1.1.6   Provision of all necessary support services and facilities for COMPANY representative and CONTRACTOR representatives;

    1.1.7   The requirements of any Regulatory Body relevant to the WORK;

    1.1.8   CONTRACTOR's profit.

1.2   CONTRACTOR's post-job tickets approved by COMPANY shall be used to establish all events and timings for the definition and application of the appropriate rates associated with this CONTRACT.  In event of disagreement, IADC drilling records, where available, and other applicable documents will be reviewed to reach mutual agreement.

1.3   The total amount payable for the WORK against the Schedule of Rates and Charges constitutes the CONTRACT PRICE.  No claim or submission for additional monies will be accepted by COMPANY for failure to price an item identifiable from the Scope of Work or other CONTRACT documents but not specifically identified herein, or for any item which proves to be required for the safe and proper performance of the WORK.

1.4   Where any item is not included in the Schedule of Rates and Charges, then the cost of providing or complying with such item shall be deemed to have been included within the rates and charges entered elsewhere herein.

1.5   During the term of the CONTRACT new rates may be required for unforeseen items.  Rates for these unforeseen items, and even for rate amendments, shall be determined and agreed on the same basis as existing rates, i.e., on a fully transparent basis.  Any and all amendments to the prices, terms or conditions contained in the CONTRACT or for any additional services requested shall only made with the prior formal approval of COMPANY REPRESENTATIVE as set out in Section 2. Any amendments or additions to prices shall not be valid unless such approval has been obtained and duly executed.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022614

Section 4 – Remuneration
Appendix 3 – Sub-Sector Terms and Conditions
C. Well Placement

1.6    COMPANY may, at its sole discretion, elect to separately source Data Transmission Services, Mud Logging and Surveying Services, at any time. Irrespective of COMPANY's decision in this matter, none of the rights and obligations, rates and charges of the agreement arising under the terms of the CONTRACT shall be affected.

**2.0    MOBILIZATION AND DEMOBILIZATION**

2.1    For the avoidance of doubt, this Clause 2 of Appendix 3 to Section 4 Remuneration replaces Clause 2 of Section 4 in its entirety.

2.2    CONTRACTOR shall be responsible for the mobilization and demobilization of its personnel, equipment, and material to, from, and within the WORKSITE or COMPANY designated heliport or supply base and will be to CONTRACTOR's account. The points of mobilization and demobilization for the Gulf of Mexico Strategic Performance Unit, hereinafter referred to as SPU, is Fourchon, LA or Galveston, TX.

2.3    The following are exceptions to Clause 2.2:

(a)    CONTRACTOR shall be responsible for obtaining all the necessary visas, customs clearances, or other government authorizations required for moving its personnel and equipment into and out of the country having jurisdiction over the operating area. COMPANY will nonetheless give assistance to CONTRACTOR, if so requested, to the extent reasonably necessary with regard to the obtaining of visas, travel permits, import assistance, or other governmental authorizations required for moving its personnel and equipment into and out of the country having jurisdiction over the operating area.

(b)    If applicable, in the event the equipment or personnel are demobilized to a location closer than the originally intended Point of Demobilization in order to perform work for another company or for reasons of CONTRACTOR's own convenience, any demobilization fee will be reduced in an amount commensurate with the resulting reduction in CONTRACTOR's demobilization costs.

(c)    COMPANY shall not pay transportation charges and fees for replacement equipment due to those CONTRACTOR failures deemed as operated within CONTRACTOR specifications as documented in the Schedule of Rates and Charges or CONTRACTOR's published specifications, whichever is superior. If CONTRACTOR utilizes COMPANY provided transportation dedicated to the mobilization of the replacement equipment, then CONTRACTOR shall reimburse COMPANY for all charges and fees.

(d)    COMPANY shall provide air transportation for medical evacuation of CONTRACTOR's personnel from COMPANY's WORKSITES. The cost of air transportation shall be borne by the parties in accordance with Section 2 - General Conditions of Contract, Clause 31.9.

CONFIDENTIAL
Business Confidential

Section 4 – Remuneration
Appendix 3 – Sub-Sector Terms and Conditions
C. Well Placement

> (e) Where changes to Scope of Work or agreed delivery schedule by COMPANY are sufficient to require CONTRACTOR to execute additional mobilizations for a job, the cost for these additional mobilizations will be to COMPANY account.

## 3.0   PROVISION OF EQUIPMENT – APPLICATION OF RATES: GENERAL

### 3.1   General

3.1.1   Rates and charges herein for WORK shall be deemed to be fully inclusive of, but not limited to, End of Well Datasets, all usual pre and post run inspections, tool set-up and preparation, accessories, spare parts, consumables, batteries, service tools, all thread types, thread protectors (even if not returned or damaged), ring gauges, cargo baskets and associated slings, rig up/down, environmental compliance, DOT charges, maintenance and repair charges, redresses, saver subs, crossover to string connectors, rotor catchers, rebuilds, testing, transportation (except as provided for in Clause 2 of this Appendix 3), sleeve breakers, and backup tools and equipment, but shall exclude the provision of personnel where separately identified herein. CONTRACTOR shall also be responsible for costs for Naturally Occurring Radioactive Material (NORM) Testing and testing for Hot Spots on Non-magnetic drill collars.

3.1.2   CONTRACTOR equipment specifications as documented in the Sub-Sector Terms and Conditions take precedence over CONTRACTOR's published specifications unless published specifications are superior.

3.1.3   Appendix 6, Technical and Functional Specification to Section 3, Scope of Work defines the minimum requirements for each level of service identified in the Schedule of Rates and Charges.

3.1.4   The base Rates for Rotary Steerable Services exclude MWD.

3.1.5   The Rates for the transmission of high resolution (memory quality) data through wired pipe is included in the Operating Rate of the associated down-hole equipment. No additional Rates for data transmission shall apply unless the wired pipe communication fails and the backup MWD telemetry provides real time down-hole data transmission.

3.1.6   If CONTRACTOR has only one class of 3-D Rotary Steerable Systems, then the service shall be placed in the 'Standard RSS' category in the Schedule of Rates and Charges.

3.1.7   Add-on charges as specified in the Schedule of Rates and Charges are incremental to the base data or equipment charges for such category.

3.1.8   A "Bottom Hole Assembly" or "BHA" is defined as the string of tools and associated down-hole equipment necessary to perform the specified work scope.

3.1.9   A "Service Package" is defined as a specific collection/bundle of services, tools, equipment, and products/data sets as identified in the Schedule of Rates and Charges. Service Package rates may or may not be the sum of individual line item rates identified in the Schedule of Rates and Charges. It is at COMPANY's discretion to use either the Service Package rate or individual item rates.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022616

Section 4 – Remuneration
Appendix 3 – Sub-Sector Terms and Conditions
C. Well Placement

3.1.10 "Normal Drilling Operations" is defined as when the drill bit is back at the same True Vertical Depth or Measured Depth, whichever is the deepest, and the BHA is making forward progress.

3.1.11 CONTRACTOR shall provide guidance to COMPANY to ensure the most efficient use of BHAs and Service Packages.

3.1.12 If COMPANY chooses to utilize a Service Package and requires incremental services above the base Service Package Rate, the appropriate line item rate for the additional service applies.

3.1.13 CONTRACTOR is responsible for ensuring that all equipment and services required for the WORK is delivered by land or sea freight to meet the agreed schedule. In the event that CONTRACTOR requires to air freight any equipment in order to meet the agreed schedule, such additional air freight costs shall be to CONTRACTOR's account.

3.1.14 No footage, pumping/circulating, shock, special depth, high temperature equipment, high pressure equipment, high flow rate, LCM content or concentration, inclination, water depth, sand content, barite, hematite, ilmenite, batteries, special elastomers, rotors, retrieval devices, stators, re-line, corrosive fluids, memory, telemetry rate, or other service surcharges of any kind shall apply unless specifically quoted in the Schedule of Rates and Charges.

3.1.15 High Pressure equipment Operating Rates apply when COMPANY requests CONTRACTOR to provide its High Pressure equipment service regardless of operating conditions. If Standard Flow equipment is utilized in high pressure operating conditions, outside of specifications, then Clauses 3.3 and 3.4 apply. The High Pressure Operating Rate does not apply to Standard Equipment.

3.1.16 High Temperature equipment Operating Rates apply when COMPANY requests CONTRACTOR to provide its High Temperature equipment service regardless of operating conditions. If Standard Flow equipment is utilized in high temperature operating conditions, outside of specifications, then Clauses 3.3 and 3.4 apply. The High Temperature Operating Rate does not apply to Standard Equipment.

3.1.17 High Pressure-High Temperature hereinafter referred to as HPHT, equipment Operating Rates apply when COMPANY requests CONTRACTOR to provide its HPHT equipment service regardless of operating conditions. If Standard Flow equipment is utilized in HPHT operating conditions, outside of specifications, then Clauses 3.3 and 3.4 apply. The HPHT Operating Rate does not apply to Standard Equipment.

3.1.18 No minimum job or cancellation charges or rates of any kind shall apply for personnel, equipment, or services.

3.1.19 COMPANY reserves the right to provide its own or third party tools and equipment and make them part of CONTRACTOR's BHA. No surcharges whatsoever are applicable.

3.1.20 All the rates contained herein are inclusive of all transmission systems and/or transmission protocols, and pulsing frequency. No additional charges shall apply for these items or services apply unless specifically quoted in the Schedule of Rates and Charges.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022617

Section 4 – Remuneration
Appendix 3 – Sub-Sector Terms and Conditions
C. Well Placement

3.1.21  All real time processing and interpretation services including multi axis directional corrections, all borehole corrected measurements, all caliper corrections, compressional and shear processing are included with the Rates. No additional charges shall apply for correcting or processing directional survey, gamma ray, resistivity, neutron porosity, bulk density, Pe, sonic or any other MWD/LWD data unless specifically quoted in the Schedule of Rates and Charges.

3.1.22  In the event where a CONTRACTOR's Representative is not present on COMPANY's WORKSITE and the equipment is returned in a used condition CONTRACTOR can request a review of COMPANY's drilling reports covering the rental period of the equipment to qualify how the equipment has been run.

3.1.23  COMPANY shall request and pay rates for services that meet the specific functional requirement as defined in the Basis of Design or WORK ORDER, and shall not pay for additional or optional tool functionality provided by CONTRACTOR's equipment, which have not been specifically requested or subsequently used by COMPANY. For example, if CONTRACTOR provides a rotary steerable tool which has directional control, gamma, resistivity, and vibration measurement capabilities, where only the rotary steerable directional control services are requested, the gamma, resistivity and vibration shall not be charged for by CONTRACTOR. In the event of Lost-in-Hole or Damaged Beyond Repair, COMPANY's liability shall only be for the functionality requested for the run. If CONTRACTOR's tools have multi-functional capability it is incumbent upon CONTRACTOR to advise COMPANY of said capabilities and to optimize the use of tools to meet the minimum service requirement.

3.1.24  **For the avoidance of doubt, this Clause replaces Clause 3.11 in Section 4 Remuneration.** In the event that CONTRACTOR is unable to provide any part of the WORK for which CONTRACTOR has agreed to provide and for which there are agreed rates and/or charges contained herein CONTRACTOR is requested to source such part of the WORK from a third party, and have that selection approved in writing by COMPANY prior to use. In this case CONTRACTOR shall source equipment and services preferentially from companies that COMPANY has contracts with, and CONTRACTOR shall invoice COMPANY for such part of the WORK either as per Clause 4.0 of Section 4 or per the Schedule of Rates and Charges, whichever is the lesser. COMPANY shall also have the option to hire such third party equipment or services directly if it so wishes.

3.1.25  If COMPANY requests specific equipment or specialty tools outside the specified Scope of Work, CONTRACTOR shall endeavor to provide said equipment. Such services that are not identified within the Sub-Sector Terms and Conditions but which CONTRACTOR may wish or is requested to supply for performance of the WORK shall be provided under the same terms and conditions as contained within the CONTRACT. A duly executed WORK ORDER or CONTRACT amendment per Clause 1.5 of this Appendix 3 applies in such an instance.

3.1.26  Surveying Services – Application of Rates

(a)  Application of Rates shall be per Clause 3.2, 3.3, and 3.4.

(b)  The rates charged for these services shall include the costs for providing all equipment to run surveying instruments and equipment in any hole size should this service be required unless specifically quoted in the Schedule of Rates and Charges. Provision of labor will be per Clause 4 of this Appendix 3.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022618

**Section 4 – Remuneration**
**Appendix 3 – Sub-Sector Terms and Conditions**
**C. Well Placement**

(c)   IN runs and OUT runs may both be required depending on the service. However, the footage charges, where applicable, shall apply in only one direction for the interval being surveyed.

(d)   The rates specified shall only be payable for the provision of a successful well-bore survey. A well-bore survey shall be considered successful when it complies with the acceptable QA/QC, validation and delivery requirements established in JORPS and COMPANY's Directional Survey Handbook Document Number: BPA-D-004.

(e)   The prices for electronic multi-shot surveys, e.g., EMS/ESS or gyro surveys, are with instruments run in tandem and include all surface equipment needed for the operation and processing excluding the respective monel drill collars in which the survey is to be taken unless specifically quoted in the Schedule of Rates and Charges.

3.2   Treatment of Standby Rates, Operating Rates, and Backup Tools

3.2.1   For marine operations, with prior COMPANY agreement to delivery schedule, the Standby Rates for equipment called out shall commence from when the equipment is delivered and accepted at COMPANY's point of mobilization/demobilization until the time of its arrival back at COMPANY's point of mobilization/demobilization (or other mutually agreed location), except when the equipment Operating Rate or Zero Rate applies. Standby Rates shall only apply when equipment is fully functional and certified in accordance with Section 3, Scope of Work.

3.2.2   For land operations, with prior COMPANY agreement to delivery schedule, the Standby Rates for equipment called out shall commence and apply from when the equipment is delivered and accepted at COMPANY's WORKSITE until the time of its departure except when the equipment Operating Rate or Zero Rate applies. Standby Rates shall only apply when equipment is fully functional and certified in accordance with Section 3 Scope of Work.

3.2.3   **For the avoidance of doubt, this Clause replaces Clause 3.7 in Section 4 Remuneration.** Equipment Operating Rates shall apply when equipment is on the WORKSITE, is fully functional and certified in accordance with Section 3 Scope of Work and is below the rotary table in performance of the WORK, except for when Standby Rate and Zero Rate applies.

3.2.4   **For the avoidance of doubt, this Clause replaces Clause 3.15 in Section 4 Remuneration.** All backup tools and equipment requested by COMPANY shall be compensated for separately from the Operating Rate.

3.2.5   CONTRACTOR shall be responsible for and shall ensure that adequate fully functional equipment to successfully execute the WORK shall be available at the WORKSITE. Generally COMPANY shall not specify the exact quantity or types of equipment to be used by way of equipment lists. In the event that COMPANY directs CONTRACTOR to provide more equipment than CONTRACTOR believes is required to successfully execute the WORK then CONTRACTOR shall advise COMPANY in writing prior to shipment of such equipment to the WORKSITE, specifying the additional equipment requested and requesting payment for such equipment, which, if agreed by COMPANY, shall be in accordance with CONTRACTOR's prices as incorporated within the Schedule of Rates and Charges. In the event that payment for such additional equipment is not requested and agreed in advance by COMPANY, then no additional equipment charge shall be applicable.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022619

3.2.6   All backup equipment provided by CONTRACTOR shall be a fully functional backup. A "fully functional backup" means that the backup tools must be fully operable and capable of performing the same tasks as the primary equipment.   COMPANY reserves the right to select backup equipment with different technical and functional specifications.

3.2.7   If CONTRACTOR is unable to provide backup equipment of identical or superior technical and functional specifications, then only 50% of the Standby Rate of the backup equipment provided shall apply.  If CONTRACTOR is able to provide backup equipment of superior technical and functional specifications, then only the Standby Rate of the primary equipment shall apply.

3.2.8   In the event that requested equipment is not available as scheduled, COMPANY shall be notified in a timely manner and prior to equipment leaving CONTRACTOR's base, so that alternative provisions can be made.

3.2.9   For marine operations, In the event that individual tools from a Service Package remain at the WORKSITE at COMPANY's request, but the other items constituting that Service Package are demobilized, then COMPANY shall compensate CONTRACTOR the full Service Package Standby Rate for the demobilized equipment until the time of its arrival at COMPANY's point of demobilization.  After which, those items from the Service Package remaining at the WORKSITE shall be reimbursed as individual components in accordance with the Schedule of Rates and Charges.

3.2.10   This Clause intentionally left blank.

3.2.11   It is possible that several Service Packages or equipment may be run within the same hole section.  The Operating Rate applicable shall be for the Service Package run in the hole.  If the equipment run has reduced functionality than the Service Package available at the WORKSITE, then the individual equipment Operating and Standby Rates shall apply, unless this equipment cannot be run due to malfunction and/or failure, in which case a Zero Rate shall apply to the unused portion of the Service Package per Clause 3.3 and 3.4 of this Appendix 3.

3.3   Service Non-Compliance

**3.3.1   For the avoidance of doubt, Clause 3.3 of this Appendix 3 to Section 4 Remuneration replaces Clause 3.9 of Section 4 in its entirety.**

3.3.2   CONTRACTOR shall suspend all rates and charges for all items below the rotary table, backup equipment, and surface equipment utilized in the operation following a CONTRACTOR equipment failure as per the conditions and circumstances as described in this Clause 3.3.

3.3.3   In the event of equipment failure, provided the equipment is used within CONTRACTOR's specifications or COMPANY was not given adequate notification that the equipment was being operated outside of specification, the following applies.

(a)   If the failure necessitates a trip, all Operating Rates and Standby Rates for backup equipment will cease immediately and go to Zero Rate.  A Zero Rate will apply until either the equipment is replaced or the equipment is deemed to have started working to the satisfaction of COMPANY while still in the hole and

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022620

Normal Drilling Operations have resumed, less time for rig repairs or other time as decided by COMPANY.

(b)    Should COMPANY wish to conduct rig repairs or other items causing delay in tripping back into the hole, following a trip for failure attributable to CONTRACTOR, COMPANY shall pay the Standby Rate for the remaining fully functional components for the time of the delay.

(c)    If COMPANY decides to drill ahead or circulate, then COMPANY shall pay CONTRACTOR for that part of the BHA or Service Package that is fully functional, i.e., Zero Rate shall be applicable for the components that have failed. The Operating Rate shall be reduced by the amount listed in Sub-Sector Terms and Conditions for the failed component(s).

(d)    In the case of a real time failure of an MWD/LWD sensor, where the memory data is subsequently recovered at surface, payment shall be made for fit for purpose memory data, which is of comparable/superior quality to the real time data.

3.3.4    CONTRACTOR shall thoroughly investigate the service non-compliance and follow up as per Appendix 2, Lost-in-Hole Charges.

3.3.5    CONTRACTOR shall be responsible for charges associated with relogging due to missing or poor quality data from any tool malfunction unless failure was due to causes outside CONTRACTOR control. Charges for re-logging shall be limited to the full acquisition cost specified in CONTRACTOR's applicable Schedule of Rates and Charges for obtaining solely the information from the failed sensor for the interval of data missed or for the interval of poor quality data. Re-logging operations will be on either electric line or LWD and will be to CONTRACTOR's account. Where re-logging operations are conducted by Third Party electric line, tool pusher services shall not be for CONTRACTOR's account. Determination of the concession and all matters with regard to service non-compliance will be at the sole and final judgment of COMPANY

3.3.6    No charge, including Standby, shall be assessed for any item of equipment which fails surface functional tests and/or shallow hole tests or within twenty-four (24) hours of commencement of operations below the rotary table.

3.3.7    In the event of a sidetrack directly caused by the tool failure, the Zero Rate will apply until such time as Normal Drilling Operations has resumed. Inadvertent sidetracks due to poor subsurface conditions and not due to CONTRACTOR's negligence or CONTRACTOR tool failure will be excluded from this clause. Provided any of the aforementioned conditions exist then, charges may resume upon commencement of initiating drilling of the planned sidetrack.

3.3.8    CONTRACTOR is responsible for monitoring down-hole conditions to ensure equipment is not operated outside of CONTRACTOR's specifications. If CONTRACTOR determines that equipment is operating outside of specifications, CONTRACTOR must notify COMPANY and take corrective action immediately, in concert with other Third Party Contractors. If CONTRACTOR equipment is damaged and it is determined that the equipment was operated outside of CONTRACTOR specifications, then COMPANY will reimburse CONTRACTOR for repair and maintenance charges provided that COMPANY:

(a)    Was given adequate notification;

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022621

Section 4 – Remuneration
Appendix 3 – Sub-Sector Terms and Conditions
C. Well Placement

(b)     Was given a minimum of thirty (30) minutes from the time of notification to resolve the situation;

(c)     Chooses to proceed against CONTRACTOR recommendations. Otherwise, CONTRACTOR will assume responsibility for all repair and maintenance charges that occur due to drilling at parameters acceptable to the on-site CONTRACTOR personnel.

3.3.9   In cases where CONTRACTOR claims the failure was caused by operating the equipment out of specification and Clause 3.3.8 of this Appendix 3 was complied with, then CONTRACTOR will comply with Appendix 2 Lost-in-Hole Charges.

3.3.10  Failures which occur at the end of long runs will not be subject to concession by CONTRACTOR unless COMPANY determines failure was preventable. Determination of the non-concession and all matters with regard to service non-compliance will be at the sole and final judgment of COMPANY.

3.3.11  In the event that primary equipment fails or malfunctions for any reason and there is no backup at the WORKSITE, CONTRACTOR shall advise COMPANY when a replacement can be ready for shipment to the WORKSITE. If CONTRACTOR can not provide the replacement equipment within twenty-four (24) hours at the WORKSITE and failed equipment are due to IADC failure then, Clause 2.6 of this Appendix 3 shall apply.

3.3.12  CONTRACTOR shall produce End of Well Datasets per Section 3, Scope of Work and shall be provided to COMPANY within thirty (30) days of completion of WORK. In the event that CONTRACTOR does not provide the required Datasets within thirty (30) days, COMPANY reserves the right to withhold payment on all payables owed to CONTRACTOR until the Datasets are provided.

3.4     Interruption of Service

**3.4.1   For the avoidance of doubt, Clause 3.4 of this Appendix 3 to Section 4 Remuneration replaces Clause 3.13 of Section 4 in its entirety.**

3.4.2   In the event of a stuck BHA or Service Package, the Operating Rates shall terminate after one hour. After this time, the Standby Rate applies unless the incident is caused by CONTRACTOR negligence. If the event is due to CONTRACTOR negligence, the Operating Rate will terminate and a Zero Rate will be applicable until such time as the BHA is freed or is declared abandoned in the hole and cementing or free point occurs, whichever is later. CONTRACTOR Operating Rate will only resume when the new BHA is made up and is below the rotary table and the assembly returns to Normal Drilling Operations.

3.4.3   Maximum Lost-in-Hole/damage beyond repair costs and lost equipment protection fees shall be per Schedules of Rates and Charges. If COMPANY retrieves CONTRACTOR equipment and it is damaged beyond repair and it was determined that the service interruption was not due to CONTRACTOR's fault or negligence, then COMPANY will reimburse CONTRACTOR as per Appendix 2 Clause 3 of Section 4 Remuneration, which shall not exceed the Lost-in-Hole costs in Schedule of Rates and Charges.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022622

Section 4 – Remuneration
Appendix 3 – Sub-Sector Terms and Conditions
C. Well Placement

3.4.4   Lost equipment protection charges are only payable when the Operating Rate applies.  If COMPANY chooses to purchase lost equipment protection, then the documented Lost-in-Hole costs or net tax book value will be reduced by 50%, whichever is the least cost to COMPANY.  Lost equipment protection is applicable in the case of lost equipment down-hole and for equipment damaged beyond repair, unless COMPANY decides to continue drilling operations when outside of equipment specifications.

3.4.5   If it is found that the minimum inspection criteria and technical standards have not been met by CONTRACTOR or that CONTRACTOR's own Procedures and Standards have not been met, then no Lost-in-Hole/damage beyond repair costs shall be paid for any BHA component.

3.4.6   In the event of severe inclement weather or other delays due to nature and Normal Drilling Operations have ceased for longer than twenty-four (24) hours, then all CONTRACTOR Standby Rates will be reduced to fifty per cent (50%) of the Standby Rate until the BHA or Service Package has commenced operations below the rotary table.  Personnel Rates shall be unaffected.

3.4.7   In the event that CONTRACTOR has insufficient personnel and equipment to commence or complete any operation, CONTRACTOR shall be reimbursed at Zero Rate for equipment and personnel for the period of delay whilst the rig is waiting.  The Zero Rate shall apply to each day when any part of that day has been lost due to such delay.  CONTRACTOR shall be solely responsible for ensuring that sufficient equipment including backup is available at the WORKSITE and personnel at CONTRACTOR's onshore base in order to cover for such equipment malfunction or illness.

## 4.0   PROVISION OF PERSONNEL – APPLICATION OF RATES

4.1   The Schedule of Rates and Charges for WORK shall be deemed to be fully inclusive of but not limited to all accommodation, subsistence, transportation, benefits, taxes, personnel protective equipment including fire retardant clothing, employee compensation, unless otherwise provided for herein.  COMPANY will provide accommodations and subsistence for individuals staying at the WORKSITE.

4.2   For marine operations, with prior COMPANY agreement to arrival schedule, the Operating Rate for personnel shall commence from when they arrive at COMPANY's point of mobilization/demobilization until the time of their arrival back at COMPANY's point of mobilization/demobilization (or other mutually agreed location).

4.3   This Clause intentionally left blank.

4.4   In the event of redundant classes of personnel on location simultaneously then, COMPANY shall only pay for primary personnel.

4.5   Personnel Standby Rates shall apply per day or part thereof for each calendar day when CONTRACTOR's personnel are attending COMPANY directed onshore training sessions, which are in addition to normal industry working practice and the general requirements that are covered in the CONTRACT.  For the avoidance of doubt, this excludes attendance at training courses such as, Well Control/Pressure Control and Offshore Survival.  It would include attendance at COMPANY Away-Days and Stuck Pipe Courses, Incident and Injury Free, Technical Limit, Drill the Well on Paper, Improve the Plan and Plan the Well in a Day

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022623

Section 4 – Remuneration
Appendix 3 – Sub-Sector Terms and Conditions
C. Well Placement

workshops.  With prior COMPANY approval in writing, transportation costs and per diem shall only be reimbursed up to the limit of USD 150 at the time of service per overnight stay.

4.6   No additional payment shall be made for personnel held onshore or in between wells unless COMPANY's specific written instructions to place personnel on standby pending utilization at the WORKSITE.  Such payment shall be at the personnel Standby Rates.

4.7   Personnel crew rotation schedule shall be determined by each SPU.

4.8   It is COMPANY's intention to pay Personnel Rates for all time when required crew members are at the WORKSITE regardless of equipment performance or drilling rig activity. COMPANY reserves the right to withhold payment for responsible personnel if it deems CONTRACTOR's performance and or service non-compliance was directly caused by individuals at the WORKSITE.  Determination of the non-concession and all matters with regard to service non-compliance will be at the sole and final judgment of COMPANY.

4.9   Personnel charges shall be supported by CONTRACTOR's timesheets or other recording system agreed with COMPANY detailing the hours worked in providing support to COMPANY.  No dual time writing for any one individual working on multiple projects is acceptable.  Timesheets shall be submitted for approval at the end of each calendar month.

## 5.0   SUPPORT SERVICES – DIRECTIONAL DRILLING ENGINEERING, WELL PLANNING, OPERATIONS SUPPORT, COORDINATION AND SURVEY MANAGEMENT SERVICES

5.1   Charges for these services are deemed to be included in the Personnel Rates for engineers and shall include the complete package of Directional Drilling Engineering, Well Planning and Survey Data Management Services necessary to provide the full scope of directional drilling service as specified in Section 3, Scope of Work.  These charges also include all costs associated with the provision of:

5.1.1   Software required during well operations and critical well support;

5.1.2   Plots and consumables required for the support of COMPANY's Directional Drilling operations.

5.2   CONTRACTOR shall optimize engineering activities and promote the efficient use of personnel performing the services.

5.3   Ad hoc Engineering Studies may be requested by COMPANY during the performance of the WORK.  These studies shall include but not be limited to Drillstring Dynamics and Vibration Studies, Failure Modes and Effects Analysis Studies and Well Design Feasibility Studies. Charges for performing these studies shall be based upon a prescribed Scope of Work and CONTRACTOR's Deliverables and Completion Date.  The Scope Of Work, Deliverables, Rates, and Completion Date shall be defined, agreed and approved by COMPANY in a duly executed WORK ORDER prior to the commencement of any WORK by CONTRACTOR.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022624

# D. Wireline Services

**1.0  GENERAL**

1.1  Unless specifically stated otherwise, the rates included herein are fully inclusive and shall constitute full and complete compensation to CONTRACTOR in executing any WORK ORDER or CHANGE ORDER.

1.2  CONTRACTOR agrees to suspend all charges, and goes on Zero Unit Rates for all equipment and personnel following a CONTRACTOR tool failure that disrupts operation until operations return to pre-failure operations or job cancellation.

1.3  "Operating Time" is the total time between wireline rig-up and rig-down after successfully completing the WORK on a single trip to the WORKSITE, excluding, but not limited to:

- wiper trips
- rig repairs
- non-productive operating time not attributable to CONTRACTOR
- pre and post job tool calibrations and checks, and
- any other normal preparation and cleanup as required.

1.4  No Standby Unit Rates will apply to equipment.  The exception being:

1.4.1  Equipment standby onshore where time exceeds one (1) day greater than Operating time.  This one day shall be referred to as the Onshore Equipment Free Time Allowance.

1.4.2  Equipment standby offshore where time exceeds four (4) days greater than Operating time.  These four days shall be referred to as the Offshore Equipment Free Time Allowance.

1.5  In the event that through the fault of CONTRACTOR, CONTRACTOR has insufficient personnel and/or equipment to commence, or complete any operation, a zero rate shall apply for equipment and personnel for the period of delay.

1.6  The rates and charges specified in Section 4, Appendix 4 shall remain firm and fixed as specified in Section 4, General Terms and Conditions, Part D.

1.7  Should COMPANY exercise its option to extend the CONTRACT beyond the initial three (3) year term, the PARTIES shall mutually agree rates and charges for the duration of the Extension Period.

1.8  COMPANY may elect to pay a monthly minimum guaranteed rate per spread of surface equipment and associated toolbox services for their exclusive use.  All tools, services, consumables and expendables, standby etc. contribute to the monthly minimum rate with no exclusions.  SPUs will gross up the monthly spend, and use the total against the monthly

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022625

**Section 4 – Remuneration**
**Appendix 3 – Sub-Sector Terms and Conditions**
**D. Wireline Services**

minimum charges for a mixture of callout, ad-hoc and exclusive wireline services from the same CONTRACTOR. All Wireline operations will be charged in accordance with the appropriate COMPANY Schedule of Rates and Charges. CONTRACTOR shall provide and maintain a pool of toolbox equipment and services required to complete the WORK in accordance with the CONTRACT.

1.9 The Base Service Charge Unit Rate may be applied once only for each job or WORK within an agreed Scope of Work and covers any interruptions that include, but which are not limited to:

- Well-bore conditioning trips
- Waiting on weather
- Rig repairs
- Other interruptions to the WORK

The Base Service Charge Unit Rate is applicable in the event of additional rig-up and services following hole deepening.

1.10 Surface equipment spread shall contain all CONTRACTOR's surface equipment required to perform the WORK, including but not limited to the following equipment as required, Logging unit, Cables, Doghouse, Generators, Tool and transport racks, lifting equipment, adaptors, storage racks, containers and magazines for dangerous goods, backup surface equipment etc. All CONTRACTOR rates and charges associated with the surface equipment spread shall be included in the down-hole tool and service Unit Rates for Open Hole, Cased Hole and Perforating services.

1.11 CONTRACTOR shall provide and ensure all basic equipment design, manufacturing, operations, maintenance, inspection and testing is appropriate, conforms to BP DWOP, API, ISO, ASME, NACE and other industry best practices and is documented for the lifecycle of the equipment. In particular CONTRACTOR shall provide the necessary and appropriate cable, cable heads, rope sockets, weak points, release devices and swivels which are used for logging and perforating applications, subjected to high shock, vibration and load variations, environmental attack from including, but not limited to mud systems and well bore fluids, and wide temperature variations.

1.12 CONTRACTOR shall provide and maintain a toolbox of all equipment, tools and services (including but not limited to spares, backups and consumables) necessary to perform the WORK in a safe and efficient manner for the duration of the CONTRACT. The quantity and type of tools, equipment, and services available in the toolbox will vary by SPU WORK program requirements. Toolbox equipment, tools, and services (including but not limited to spares, back-ups and consumables) shall be available to COMPANY for both standard call-out service and exclusive service options, with an appropriate quantity (by tool / service type). A back-up is deemed to be one additional identical tool beyond the primary downhole tool.

1.13 <u>Cancelled Operations</u>: Should COMPANY request CONTRACTOR to provide services covered within the Scope of Work and then cancel said request after CONTRACTOR has prepared for the Job, having already mobilized the crew and required equipment and tools to COMPANY's designated well site, CONTRACTOR shall be compensated, subject to COMPANY's review and approval, at ten percent (10%) of the Operating Unit Rate that would have applied to the Job per the Schedule of Rates and Charges. The Base Service Charge

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022626

Section 4 – Remuneration
Appendix 3 – Sub-Sector Terms and Conditions
D. Wireline Services

Unit Rate is not applicable to Cancelled Operations.  No compensation is applicable if he WORK is cancelled, or delayed prior to the Crew, tools and equipment arriving at COMPANY's WORKSITE.  No compensation is applicable if the cancelled operations are due in whole or in part to CONTRACTOR.

1.14  Incomplete Operations (Multiple Logging Attempts): Should CONTRACTOR, regardless of fault (EXCEPT IN THE EVENT THAT COMPANY FAILS TO FOLLOW EITHER INDUSTRY OR BP STANDARD PRACTICES), fail to meet COMPANY logging or perforating objectives as required by the WORK, then subject to COMPANY's review and approval, CONTRACTOR shall be fully compensated at twenty-five percent (25%) of the Operating Unit Rate for the specific service being run in addition to the Base Service Charge Unit Rate.  Examples include, but are not limited to well-bore logging and perforating WORK which cannot be completed due to environmental factors beyond the control of CONTRACTOR such as borehole conditions, adverse mud properties, bridging and unstable well bores, debris, scale, damaged tubulars, washouts etc.  This charge would apply only if there is a rig-up and rig-down, and a maximum of once per twenty-four (24) hours even if multiple, unsuccessful attempts in the well were made in this period.  No compensation is applicable if the Incomplete Operation is due in whole or in part to CONTRACTOR, and Zero Rate shall apply.

1.15  A "Crew" is defined as the team of trained and competent CONTRACTOR personnel (with experienced supervision) necessary to perform the WORK in a safe and efficient manner.  Crew should always be based on twenty-four (24) hours availability, and twenty-four (24) hour operations, and comply with COMPANY's sixteen (16) hour maximum work day rules.  Crew charges will be defined by unit rate independent of the number of personnel in the Crew.  CONTRACTOR shall ensure the Crew unit rate fully reflects the number of personnel required to perform the WORK in a safe and efficient manner, and in full conformance with the CONTRACT.  The Crew Unit Rates only apply during standby, and only over and above the Free Time Allowance which is twenty-four (24) hours onshore, and three (3) days offshore.

1.16  Standby Unit Rates are applicable for non-exclusive call-out services only.  Standby Unit Rates are applicable only when WORKSITE operations are interrupted or delayed for a period of time, and COMPANY's WORKSITE representative has requested in writing that tools, equipment and crews remain on the WORKSITE (or assigned to COMPANY in CONTRACTOR's operations base).  The Free Time Allowance for equipment used in onshore operations is twenty-four (24) hours, for offshore operations is four (4) days.  The Free Time Allowance for crews used in onshore operations is twenty-four (24) hours, offshore operations is three (3) days.  CONTRACTOR may be compensated for Standby time over and above the free allowance after review and agreement by COMPANY, provided CONTRACTOR is not responsible in whole or in part for the Standby.

1.17  Monthly rental charges for tools, equipment, and crews are not applicable.  A single "all inclusive" unit rate, hereafter called a "Monthly Minimum Unit Rate" shall be proposed by CONTRACTOR in place of multiple individual rental rates for exclusive service.  The Monthly Minimum Unit Rate covers the Wireline surface equipment spread, Crews and toolbox of services required by the SPU to perform the WORK.

1.18  In the event CONTRACTOR upgrades the technical specification or specifications of the equipment EMPLOYED during the CONTRACT period to include additional features, capabilities, or functionalities, CONTRACTOR shall supply such upgraded tools or equipment

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022627

**Section 4 – Remuneration**
**Appendix 3 – Sub-Sector Terms and Conditions**
**D. Wireline Services**

with originally requested features, capabilities, or functionalities at no additional cost to COMPANY. Any additional features, capabilities, or functionalities so provided in new equipment can be EMPLOYED by COMPANY at the rates placed by amendment into the applicable schedule of rates and charges.

1.19   The Appendices hereto allocate in general terms the WORK against individual categories. The total amount payable for the WORK against the rates and prices included in the Appendices constitutes the CONTRACT PRICE. No claim or submission for additional monies will be accepted by COMPANY for failure to price an item identifiable from the Scope of Work or other CONTRACT documents but not specifically identified herein, or for any item which proves to be required for the safe and proper performance of the WORK.

1.20   CONTRACTOR's job tickets approved by COMPANY shall be used to define all events and timings for the definition and application of the appropriate rates associated with this CONTRACT. In event of disagreement, IADC drilling records, where available, and other applicable documents will be reviewed to reach mutual agreement.

1.21   CONTRACTOR will have no minimum charges for equipment, crews or perforators etc other than the unit rates requested. CONTRACTOR will have no minimum standby or rental charges, crew or other charges except where requested by COMPANY.

**2.0   PRICING BASIS AND PRICING TERMS**

2.1   Unit Rate Basis (UR) - The pricing for all equipment, tools, labor, services and materials shall be provided on a Unit Rate Basis that shall be all inclusive. CONTRACTOR's full compensation for complete performance of activities to supply and QA / QC all materials, provide all equipment and services and comply with all terms and conditions of this CONTRACT shall be in accordance with the applicable Unit Rate(s).

2.2   The Unit Rates are deemed to be fully inclusive rates and shall include, without limitation, all management and supervision of whatever nature, corporate administrative, direct and indirect manufacturing services, QA / QC services (including testing), computer services, administration and labor costs, travel costs, traveling time and expenses, fares and transportation, allowances, housing and accommodations, wages, salaries, overheads, profits, bonus and incentive payments, overtime costs, holidays with pay, vacation allowances, sick pay, CONTRACTOR's portion of employee insurance and social security benefits, payroll and income taxes, premium for public liability and property damage insurance, employers' liability insurance, workers' compensation and all insurance premiums measured by payroll costs, pensions and all other compensation and expenses which CONTRACTOR may make under national or local agreements with trade unions, compliance with government regulations, office facilities, safety requirements, protective clothing, all consumables, tools, CONTRACTOR's and its SUBCONTRACTOR's equipment, maintenance and repair of CONTRACTOR's and its SUBCONTRACTORS' equipment, materials, establishment charges, communications, ordinary risks and services together with all expenses and liabilities, obligations and risks which under this CONTRACT shall be borne by CONTRACTOR and all other costs whatsoever incurred by CONTRACTOR in the performance of this CONTRACT.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022628

Section 4 – Remuneration
Appendix 3 – Sub-Sector Terms and Conditions
D. Wireline Services

2.3   Should COMPANY provide room and board for CONTRACTOR's personnel at or near the onshore WORKSITEs, COMPANY may invoice CONTRACTOR at a mutually agreed rate per day, per person.

2.4   As provided within the Schedule of Rates and Charges, CONTRACTOR shall provide data acquisition and other services to meet the statement of requirements as specified by COMPANY.

## 3.0   PRE-JOB PLANNING

CONTRACTOR will be required to provide some or all, but not limited to, the following pre-job planning services, the cost of which will be included in the Base Service Charge Unit Rate outlined in Clause 1.9 above.  CONTRACTOR is expected to fully participate in the development of each data acquisition program, by:

- Assessing the combinability of individual tools in a string
- Assessing the suitability of specific tool strings with respect to maximum working tool length, weight and optimal acquisition speed for each tool
- Performing tension analysis of each run to ensure in hole risks are assessed and a mitigation put in place
- Evaluating the maximum each tool string could be pulled to in the event of a tool string becoming stuck
- Preparing a written document to outline the best practice to fish a stuck tool
- Optimizing the technical set-up of a tool to acquire the data requested by COMPANY as outlined in COMPANY's technical objectives
- Preparing a written document outlining specific risks and their mitigation in acquiring all data
- Producing a written document outlining CONTRACTOR's best practice of operation planning, mobilization, rig up, execution, rig down and demobilization including clear presentation of all calibrations and tool checks performed prior to the operation, specific to that operation and the dates on which these calibrations and tool checks were performed.
- Prior to any operation, should COMPANY require it, accommodating a wireline witness at CONTRACTOR's base to witness calibrations, tool checks and scrutinize tool histories as supplied by CONTRACTOR from their global tool history database
- Making available the designated CONTRACTOR Representative and the senior logging engineer at a pre-determined pre-spud meeting for each well in COMPANY's specified location

## 4.0   DATA ACQUISITION AND SERVICE PROVISION

4.1   The Scope of Work requires delivery of data and samples to COMPANY and this will be reflected in the Schedule of Rates and Charges.

4.2   Unless otherwise specified by COMPANY, all data acquired is expected to be transmitted real time for access by designated COMPANY representatives from any location using the world-wide web.  The cost of providing this service should be included in the Base Service Charge Unit Rate.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022629

**Section 4 – Remuneration**
**Appendix 3 – Sub-Sector Terms and Conditions**
**D. Wireline Services**

4.3   The provision of the required data will also mean delivery of the raw curves that were acquired from which the data required could be processed and re processed if necessary. This should be delivered as a DLIS file to COMPANY by a time specified in COMPANY's data acquisition program following completion of the operation.   Where the tool utilized to deliver the data was of higher specification then there is no obligation to provide the extra data that the higher specification tool provides as long as it does not compromise the integrity of the data required or its possibility of reprocessing or quality controlling.

4.4   Where necessary, all raw data images, well site product images, and the quality control presentations as required by COMPANY are to be provided at no extra cost.

4.5   Hard copy data (5 copies, not counting field prints), electronic data of the hard copy, digital data of the raw and quality control data in DLIS format and LAS data of the presentation curves are to be provided at no extra cost to COMPANY.   The cost of providing this data should be included in the cost of the data required in COMPANY Schedule or Rates and Costs. This applies to both well site data and final processed products.

4.6   CONTRACTOR will ensure best practice depth measurement techniques and calibrations are employed and that subsequent runs are tied in to the preceding logging operations.   The activity of shifting wireline data to a common depth as indicated by COMPANY will be done by CONTRACTOR at no additional cost.

4.7   COMPANY will outline the data interval required for each data type.   High resolution data will not carry a surcharge for this acquisition mode.

4.8   To ensure best data quality possible, CONTRACTOR will utilize the latest vintage equipment that meets the minimum specification outlined in COMPANY's Schedule of Rates and Charges for that respective data requirement.

4.9   For Borehole Seismic Services, COMPANY's Schedule of Rates and Charges is constructed to enable multi level tools to be charged at different rates depending on the arrays used.

4.10  When a logging operation requires acquisition to continue from the Open Hole into the Cased Hole, e.g., sonic behind pipe or gamma ray to surface this will be considered acquiring of the required data and the cost of which will be included in the price for the data as outlined in COMPANY's Schedule of Rates and Charges.

4.11  In the offshore environment, if required, CONTRACTOR will provide all the necessary hardware and adaptors for motion compensation that are essential to offshore operation and the cost of this will be included as an item in COMPANY's Schedule of Rates and Charges.

4.12  All environmental corrections requested by COMPANY shall be applied by CONTRACTOR at no extra cost.

4.13  In the event CONTRACTOR upgrades the technical specification or specifications of the equipment EMPLOYED during the CONTRACT period to include additional features, capabilities, or functionalities, CONTRACTOR shall supply such upgraded tools or equipment

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022630

Section 4 – Remuneration
Appendix 3 – Sub-Sector Terms and Conditions
D. Wireline Services

with originally requested features, capabilities, or functionalities at no additional cost to COMPANY. Any additional features, capabilities, or functionalities so provided in new equipment can be EMPLOYED by COMPANY at the rates placed by amendment into the applicable schedule of rates and charges.

4.14 The charge for data shall also include a designated fully functional like for like same generation and same revision level back-up tool. All tools shall have a back-up for each job present at the WORKSITE at all times as required for the satisfactory performance of the WORK, unless relief is otherwise granted by COMPANY.

CONTRACTOR will mobilize additional back-up equipment to the WORKSITE following any CONTRACTOR non-productive time event or in any event of primary equipment failure. The cost of mobilization of additional back-up equipment to cover COMPANY's minimum operational requirements shall be for CONTRACTOR's account. CONTRACTOR will ensure that tools and equipment are operated within published and accepted specifications, limits and operating criteria at all times. In general, exceptions where tools / equipment are damaged by environmental conditions should be minimal, in this instance COMPANY and CONTRACTOR will agree on mobilization and costs of back-up equipment.

4.15 Fully functional back-up means that the back-up tool must be fully operable and capable of performing the same tasks and provide the same scope and accuracy of measurement as the primary equipment.

4.16 If a primary tool and its back-up are not available CONTRACTOR shall notify COMPANY.

4.17 No additional charge shall be applicable in the event that CONTRACTOR deems it necessary to provide more than one set of functional back-up tools except unless otherwise previously agreed in advance with COMPANY.

4.18 Where auxiliary systems, such as high tension wireline equipment are required, then CONTRACTOR shall ensure the cost for this service is provided in the appropriate section in COMPANY's Schedule of Rates and Charges.

4.19 COMPANY shall request and pay rates for services that meet the specific functional requirement as defined in the CONTRACT, but shall not pay for additional or optional tool functionality provided by CONTRACTOR's equipment or personnel which have not been specifically requested. For example:

4.19.1 if CONTRACTOR uses any form of borehole imaging type logging tool to provide a multi-arm caliper, the rates charged by CONTRACTOR will only be for the multi-arm caliper log, or

4.19.2 if a multi-propagation resistivity tool is used in a well where only single frequency measurements were required then COMPANY shall only pay for what was specified on the call out and well plan.

4.19.3 If CONTRACTOR's tools have multi-functional capability it is incumbent upon CONTRACTOR to advise COMPANY of said capabilities and to optimize the use of tools to meet the minimum service requirement.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022631

**Section 4 – Remuneration**
**Appendix 3 – Sub-Sector Terms and Conditions**
**D. Wireline Services**

**5.0   OPEN HOLE**

5.1   Cable tension conveyance modeling and operations optimization, weak point and release system determination shall be included as part of the pre-planning Scope of Work and the cost for this will be included in the Base Service Charge Unit Rate in COMPANY's Schedule of Rates and Charges.

5.2   The Open Hole Base Service Charge Unit Rate shall apply to all Wireline Open Hole jobs and as specified in COMPANY's Schedule of Rates and Charges.

**6.0   CASED HOLE**

6.1   As provided within the Schedule of Rates and Charges, all pressure control equipment for live well wireline operations shall conform to DWOP and API, NACE, ISO and ASME best practices.  All equipment shall be fully certified by manufacturer with complete QA / QC records, have traceability for all materials, manufacturing, maintenance, testing and certification.

6.2   As provided within the Schedule of Rates and Charges, COMPANY requires appropriate equipment packages for 5,000 psi, 10,000 psi, 15,000 psi, 20,000 psi pressure control operations, $H_2S$ and Arctic Temperature rated where applicable in each SPU or region.

6.3   As provided within the Schedule of Rates and Charges, CONTRACTOR shall ensure operations are conducted in a safe, efficient and environmentally friendly manner with minimal grease / seal loss.  Grease type and viscosity to suit application, cable and temperature range, and dual viscosity grease systems shall be used where appropriate for large temperature ranges.  Methanol / Taner fluid injection ports to be available on all equipment for hydrate mitigation as required.

6.4   As provided within the Schedule of Rates and Charges, cable used with grease injection pressure control equipment shall not be spliced.

6.5   The Cased Hole Base Service Charge Unit Rate shall apply to all Wireline Cased Hole jobs as specified in COMPANY's Schedule of Rates and Charges.

**7.0   PERFORATING**

7.1   All perforating gun system unit rates shall include all normal and customary expendables and other hardware necessary to complete the WORK.  This includes but is not limited to:

- Redress and use of adaptors
- Firing systems
- Cable heads
- Release devices
- Positioning devices
- Ruggedized correlation device (SP, GR, CCL, neutron)

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022632

**Section 4 – Remuneration**
**Appendix 3 – Sub-Sector Terms and Conditions**
**D. Wireline Services**

- Shock absorbers
- Safety systems

7.2   Highly deviated wells and long gun strings may require low friction adaptors and additional hardware.  This should be included in COMPANY's Schedule of Rates and Charges for perforating and used only as required.

7.3   The Perforating Base Service Charge Unit Rate shall apply to all Wireline Perforating jobs and as specified in COMPANY's Schedule of Rates and Charges.

7.4   All prices will be on a shoot and pull basis unless otherwise noted.

7.5   Unless otherwise specified all firing systems will be intrinsically safe systems capable of operating in non-radio silence environments.

## 8.0   POST WELL PROCESSING AND SERVICES

8.1   Data that requires post well processing in CONTRACTOR's Computer Processing Center will be done by CONTRACTOR and the cost of this should be included in the particular tool or service Unit Rate in COMPANY's Schedule of Rates and Charges for the respective data request.  The cost should also include provision of software tools to view and interpret data and access to CONTRACTOR's workstation at CONTRACTOR's facilities to Q/C and integrate CONTRACTOR's processing and interpretation.  This includes, but is not restricted to the following data:

- Array Resistivity Imaging
- Tensor Resistivity
  - Rv
  - Rh
  - Rsand
  - Formation dip and azimuth

- NMR Data including but not restricted to
  - T1 data
  - T2 Data
  - Coates permeability
  - CONTRACTOR permeability
  - Bound water
  - Total NMR porosity
  - Intermediate volumes of various pore sizes
  - Fluid typing (multiple depths of investigation)

- Ultra Sonic Imaging Data
  - Image dynamic normalization
  - Image static normalization

- Resistivity Imaging Data
  - Image dynamic normalization
  - Image static normalization

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022633

**Section 4 – Remuneration**
**Appendix 3 – Sub-Sector Terms and Conditions**
**D. Wireline Services**

- Array Sonic Data
  - ➢ Monopole Dtc
  - ➢ Monopole Dts
  - ➢ Upper Dipole Dts
  - ➢ Lower dipole Dts
  - ➢ Xdipole Dts
  - ➢ VpVs ratio

8.2   Where COMPANY requires specific interpretation services or re-processing of existing data, then this should be charged at rates outlined in the Schedule of Rates and Charges, examples of this are:

- Detailed stratigraphic dip computation
- Bore hole stability and rock mechanics

**9.0   PERSONNEL**

9.1   No personnel charges will apply.  The exceptions being:

9.1.1   Crew standby onshore where time exceeds one (1) day greater than Operating time, and this one day shall be referred to as the Onshore Personnel Free Time Allowance.

9.1.2   Crew standby offshore where time exceeds three (3) days greater than Operating time, and these three days shall be referred to as the Offshore Personnel Free Time Allowance.

9.1.3   Operating time is defined as the time from rig up to rig down.  The one (1) day of onshore time and three (3) days of offshore time are considered Free Time Allowance and should be covered in the cost of the job and will be used for, but not exclusively for:

- Pre and post job checks and calibrations
- Tool verifications
- Fluid and formation sampling transfers and sample tool preparation
- Successful delivery of all well site products

9.2   CONTRACTOR's personnel co-located at COMPANY's offices to provide dedicated engineering support and pre job planning, where required, shall be for CONTRACTOR's account.

9.3   No additional payments shall be made for personnel held onshore unless COMPANY's specific written instructions to place personnel on "Onshore Standby" status pending utilization at the WORKSITE.  Such payment shall be at the Crew Standby Rates if beyond the Free Time Allowance per job.

9.4   Personnel Standby Rates shall apply at times beyond the Free Time Allowance in Clause 9.1 herein above, where COMPANY has requested personnel and such personnel are present at COMPANY's base waiting on orders, waiting on aircraft; waiting on weather.  Standby Rates

CONFIDENTIAL
Business Confidential

**Section 4 – Remuneration**
**Appendix 3 – Sub-Sector Terms and Conditions**
**D. Wireline Services**

shall not apply where personnel are not available for WORK for any reason including unavailability for reasons resulting from CONTRACTOR's negligence.

9.5    Personnel Standby Rates shall not apply when CONTRACTOR's personnel are attending training sessions, which are required for CONTRACTOR's personnel to complete normal industry working practice and the general requirements that are covered in the CONTRACT. Examples of such courses or events which are covered in the CONTRACT and that would not attract Personnel Standby Rates are pre-spud meetings, pre-job meetings, Performance Review Meetings, After Action Review meeting, FOCUS or STOP training and other such events.

9.6    Charges for CONTRACTOR's personnel shall be supported by CONTRACTOR's timesheets or other recording system agreed with COMPANY detailing the hours worked in providing support to COMPANY.  No dual time writing for any one individual working on multiple projects shall be permitted.

9.7    Mobilization time for personnel shall commence from the time personnel arrive at COMPANY's WORKSITE or crew change location, until the time of their departure from the worksite or arrival back at the said or alternative crew change location.  CONTRACTOR will be responsible for their own personnel costs of travel, accommodation and subsistence expenses incurred traveling to and from and within the WORKSITE.  In the case of offshore WORK, CONTRACTOR will be responsible for personnel travel costs, subsistence and accommodation costs in travel to and from the crew change location.

**10.0  SPECIALIST SERVICES**

10.1    As provided within the Schedule of Rates and Charges, CONTRACTOR shall provide all high tension wireline equipment required to support high tension wireline operations safely and efficiently in the Gulf of Mexico and other SPUs.   Typically with surface cable tensions exceeding the safe drum storage and insulation cold flow limits for logging cables, generally used for WORK with expected cable surface tensions ranging from 12,000 – 25,000 lbs using current technology.  The current upper limit will increase as cable armor, core and packaging and torque control technology improves during the CONTRACT period.

10.2    As provided within the Schedule of Rates and Charges, CONTRACTOR shall provide wireline logging while fishing continuation of planned logging / perforating operations after cable or tool is stuck in the well.  This service is similar to pipe conveyed logging, requires minimal additional hardware and is undertaken while performing standard Wireline fishing operations.

10.3    As provided within the Schedule of Rates and Charges, CONTRACTOR shall provide pipe conveyance for high angle wells, large tool string combinations, high differential pressures and sticking risk, or wells with washouts in key sections.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022635

**Section 4 – Remuneration**
**Appendix 3 – Sub-Sector Terms and Conditions**
**D. Wireline Services**

**11.0 THIRD PARTY**

COMPANY may require Third Party services, including but not limited to conveyance equipment such as wireline tractors, wireline jars, seismic down-hole and surface equipment and other devices that would enable operations to continue efficiently.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022636

# E. Completions

**1.0   GENERAL**

1.1   Prices for Permanently Installed Equipment shall be Ex-Factory and shall include all costs associated with standard transportation markings, packaging, shipping paperwork, etc.

1.2   For Permanently Installed Equipment, CONTRACTOR shall be reimbursed for Third Party charges for transportation, shipping, handling, duties, and VAT. These requests shall:

- be made within sixty (60) days of their occurrence
- be supported with a valid invoice or receipt, which may be audited by COMPANY
- not be subject to surcharges and / or markups by CONTRACTOR, and
- clearly identify the product or material for which reimbursement is being requested. Clear identification shall be constituted by reference to WORK ORDER Number (and associated line item), COMPANY Item Code, Well Name and a complete manifest of the relevant shipping container.

1.3   CONTRACTOR shall be reimbursed for transportation charges for equipment and materials from CONTRACTOR's Base of Departure to COMPANY's embarkation point for transfer to WORKSITE. CONTRACTOR shall present valid invoices from the transportation company in order to receive reimbursement, and COMPANY reserves the right to be invoiced directly by transportation companies (i.e., direct billing).

1.4   COMPANY may choose multiple suppliers, and their respective products and services in a single well. Accordingly, COMPANY expects compatibility among all suppliers' tools and equipment resulting in successful completion of the job.

1.5   Except for New Technology as addressed in Section 4, Clause 3.12 herein above, the "Reasonable Facsimile" concept shall be the guiding principle for adding items to the CONTRACT that are either a second or successive generation of existing materials and / or equipment, or where there is existing materials and / or equipment of a similar nature already in the CONTRACT. COMPANY and CONTRACTOR shall agree on the item in the Schedule of Rates and Charges that is the closest "Reasonable Facsimile" to the new item. CONTRACTOR shall provide written justification that establishes the basis for new price.

1.6   CONTRACTOR's "sustaining engineering activities" shall be undertaken at no charge to COMPANY. Examples include amending engineering records, and preparation and hosting of COMPANY requested design reviews. Engineering activities associated with design reviews which may be chargeable to COMPANY are delineated in the QCP Memorandum of Understanding (MOU) dated November 8, 2007, as may be amended from time to time. This MOU covers the development of global quality plans.

1.7   In the event COMPANY equipment is damaged while in the possession of CONTRACTOR due to negligence of CONTRACTOR, CONTRACTOR shall be responsible for all costs associated with returning the equipment to a state where it is fit for purpose and meets all the

CONFIDENTIAL
Business Confidential

**Section 4 – Remuneration**
**Appendix 3 – Sub-Sector Terms and Conditions**
**E. Completions**

original technical requirements. This includes, but is not limited to transportation charges associated with all movements of the equipment between the location and an authorized repair and / or test facility, dis-assembly and re-assembly consistent with the original technical specifications, re-testing of the equipment consistent with the original technical specifications, or rework or replacement of parts due to damage.

1.8   In the event CONTRACTOR equipment arrives at the WORKSITE, is not fully functional and operational in accordance with Section 3, Scope of Work through fault of CONTRACTOR, CONTRACTOR shall be responsible for all equipment costs, parts costs, and labor costs associated with returning equipment to a fully functional state.

1.9   In reference to Section 4, Clause 3.9, CONTRACTOR charges shall recommence following conclusion of remedial actions required to return the well to the condition prior to a failure of CONTRACTOR's equipment or service attributable to CONTRACTOR.

1.10   The Delivery Date shall be specifically stated in the WORK ORDER.

1.11   If CONTRACTOR fails to deliver the end of well report (EOWR) within the specified time period and / or the EOWR is factually incorrect, CONTRACTOR's invoice shall be reduced at a rate of $1,000/day until such time that the EOWR is delivered or corrected. The EOWR will normally consist of an 'as-run' well schematic showing base dimensions, complete descriptions (including, inter alia, serial numbers), depths, and associated notes. COMPANY and CONTRACTOR shall agree as to the contents of the EOWR prior to the completion of the well.

## 2.0   CHARGE RATES

2.1   Operating charge rate shall be inclusive of any pre-job analysis, job set-up activities, and any post-job maintenance or refurbishment of any kind.

2.2   The Standby charge for equipment shall begin the day equipment arrives at COMPANY's supply base or WORKSITE, whichever occurs first, and terminates upon return to COMPANY's supply base or CONTRACTOR's base, whichever occurs first. Cumulative standby charges shall not exceed 10 days total per well. Cumulative Standby charges for a well shall not exceed fifty percent (50%) of the purchase price of the item being charged. Once total charges (Standby plus Operating) reach the fair market value of the asset on a per well basis, CONTRACTOR shall suspend charges for the item in question.

2.3   Flow wetted metallurgy listed is the minimum requirement. However, CONTRACTOR may select higher metallurgies at no additional cost to COMPANY except in those cases where COMPANY request an expedited delivery and a higher metallurgy is the only option to met COMPANY's stated delivery time.

2.4   Subject to Clause 3.1 of Section 4 – Remuneration, General Terms and Conditions, should COMPANY desire to exercise its option to extend the CONTRACT beyond the initial three (3) year term, the PARTIES shall mutually agree upon rates and charges for the duration of the extension. An example of an indexation formula is as follows:

CONFIDENTIAL
Business Confidential

**Section 4 – Remuneration**
**Appendix 3 – Sub-Sector Terms and Conditions**
**E. Completions**

$$P = Pi * \left[ \left( 0.8 * \Phi_{ML} \right) + 1 \right]$$

**MATERIALS**                **LABOR**

$$\Phi_{ML} = \left[ 0.xx\left( \frac{Ms}{Ms1} - 1 \right) \right] + \left[ 0.yy\left( \frac{Mc}{Mc1} - 1 \right) \right] + \left[ 0.zz\left( \frac{Mn}{Mn1} - 1 \right) \right] + \left[ 0.60\left( \frac{L}{L1} - 1 \right) \right]$$

Where:

$P$ = New Rate           $Pi$ = Initial Contract Price

$\Phi_{ML}$ = Material and Labor Indexed Adjustments

$0.xx + 0.yy + 0.zz = 40\%$

MATERIALS:

$Ms$ = (Material – Steel) Twelve Month average (Jan-December) of the U.S. Department of Labor Producer Price Index Series, PCU3311113311113, Industry: Iron and Steel mills, Product: Steel Ingots and semi-finished products.

$Ms_1$ = Index equivalent at CONTRACT execution

$Mc$ = (Material – 13 Chrome) Twelve Month average (Jan-December) of the last year of the CONTRACT Primary Term of a Chrome index to be agreed upon by the PARTIES.

$Mc_1$ = Index equivalent at CONTRACT execution

$Mn$ = (Material – Nickel 34.0%) Twelve Month average (Jan-December) of the last year of the CONTRACT Primary Term of a Nickel index to be agreed upon by the PARTIES.

$Mn_1$ = Index equivalent at CONTRACT execution

LABOR:

$L$ = Three month average (Jan-Mar) of the U.S. Department of Labor, Employment, Hours, and Earnings for the Current Employment Statistics survey (National), Series ID: CEU1021100006, Natural resources and mining super sector, Oil and gas extraction Industry, NAICS code 211, Data Type: Average Hourly earnings of Production Workers

CONFIDENTIAL
Business Confidential

**Section 4 – Remuneration**
**Appendix 3 – Sub-Sector Terms and Conditions**
**E. Completions**

$L_1 =$   Index equivalent at CONTRACT execution

**3.0   Delivery**

3.1   Where CONTRACTOR fails to deliver materials and / or equipment by the specified date agreed upon between the PARTIES as set forth in the associated WORK ORDER, CONTRACTOR shall be assessed the following reduction in the Gross Purchase Price for each item delineated on the WORK ORDER that is delivered later than the specified date:

| Delay (Deviation from WORKORDER) | Percentage of Purchase Price Reduction |
|---|---|
| Zero to Fifteen (15) days | No reduction |
| Sixteen (16) to Thirty (30) days | Five percent (5%) reduction |
| Thirty One (31) to Sixty (60) days | Ten percent (10%) reduction |
| Greater than Sixty (60) days | Fifteen percent (15%) reduction |

In the event CONTRACTOR's delivery is late by more than sixty (60) days, CONTRACTOR shall be deemed to be in breach of the CONTRACT, and COMPANY shall be entitled, at their sole discretion, to source the same materials that were delivered later than the specified date from an alternate supplier at CONTRACTOR's cost and the respective WORK ORDER shall be null and void.

The following conditions also apply to this Clause:
- Any changes to materials specifications or delivery dates shall be documented by a CHANGE ORDER, such that any modifications are mutually agreed by COMPANY and CONTRACTOR
- Lead time adjustments may be modified by CONTRACTOR during the course of annual price adjustments to the Schedule of Rates and Charges

3.2   Where COMPANY and CONTRACTOR have agreed to a delivery schedule and due to CONTRACTOR's fault, a late delivery on the part of CONTRACTOR results in additional transportation costs to COMPANY, any additional cost will be deducted from CONTRACTOR's invoice, and shall be clearly noted on the applicable invoice.

3.3   Subject to Clause 3.2 immediately above, CONTRACTOR shall be responsible for all expedited logistics (e.g., chartered air craft, hot shots, chartered boats, etc.) charges for or to prevent a late delivery on the part of CONTRACTOR.

3.4   Where COMPANY requests for late delivery by CHANGE ORDER due to delay in plan, no charges shall be incurred by COMPANY except for expediting charges already incurred by CONTRACTOR at time of CHANGE ORDER.

3.5   Where CONTRACTOR delivers early, not at the request of COMPANY, payment shall not be made until the actual requested delivery date on WORK ORDER or CHANGE ORDER. Any applicable storage, re-dressing, and / or testing charges shall be at CONTRACTOR's account.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022640

**Section 4 – Remuneration**
**Appendix 3 – Sub-Sector Terms and Conditions**
**E. Completions**

3.6   CONTRACTOR shall deliver all equipment to COMPANY's Point of Embarkation by the agreed upon time as set forth in the WORK ORDER. In cases where equipment or personnel arrive late to the Point of Embarkation due to fault of CONTRACTOR and said delay creates Non-Productive Time at the WORKSITE, CONTRACTOR shall be liable to pay for the rental charges of any supply boat and / or Third Party equipment and personnel waiting on said supply boat for the period of the delay.

## 4.0   PERSONNEL

4.1   Unless otherwise agreed to by COMPANY, CONTRACTOR shall provide sufficient number of people (crew) to allow for twenty-four (24) hour operations for the duration of the WORK.

4.2   All personnel rates per day refer to a day of twenty-four hours.  For parts of a day, all such day rates shall be prorated to the nearest 12 hours.

4.3   CONTRACTOR shall not charge for "Trainee" personnel who are not fully qualified to perform the WORK for which they are assigned

4.4   Applicable Standby Rate for personnel shall be thirty-three percent (33%) of the applicable Daily Rate.

4.5   In the event that CONTRACTOR has a concurrent alternative customer requirement for personnel, CONTRACTOR shall advise COMPANY of said alternative requirements and COMPANY's options to ensure personnel availability.  COMPANY may elect to secure the personnel in advance and compensate CONTRACTOR at the applicable Standby Rate to secure the availability of the personnel.  All such agreements shall be documented in the WORK ORDER or CHANGE ORDER.

## 5.0   COMPANY COST RECOVERY

5.1   CONTRACTOR shall reimburse COMPANY for COMPANY engineering or technical support and related costs which are agreed upon in advance in writing and shall cover the following:

5.1.1   Cost of conducting incident investigations when the result of the investigation reveals the incident was due to direct failure of CONTRACTOR supplied products or equipment.

5.1.2   Cost of conducting manufacturing audits when caused by a major QA/QC incident.

5.1.3   Cost of time spent in remediation / re-design of CONTRACTOR's equipment or products when necessitated by equipment or product failure in COMPANY well or significant COMPANY rig NPT.

5.1.4   The following Charges shall apply:

| ITEM DESCRIPTION | RATE |
| --- | --- |
| COMPANY Drilling/Completion Engineer | $200/Hour |

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022641

**Section 4 – Remuneration**
**Appendix 3 – Sub-Sector Terms and Conditions**
**E. Completions**

| COMPANY Integrity Assurance Engineer | $150/Hour |
|---|---|
| Third Party Inspection Personnel | At Cost |
| Other Related Charges (Travel, Lab fees, etc.) | At Cost |

5.2   CONTRACTOR shall reimburse COMPANY for COMPANY Third Party Inspector (TPI) charges (Nominated Inspection Body) associated with QCPs and / or ITPs which are a result, but not limited to the following:

5.2.1   Re-scheduling of surveillance activities due to CONTRACTOR or SUBCONTRACTOR not being prepared for said activities at agreed upon time;

5.2.2   Re-scheduling of surveillance activities in cases where activities have to have be repeated due to rejections associated with activity being surveilled (e.g., re-test, re-inspection, re-review of documentation, etc.); and,

5.2.3   TPI non-productive time (NPT) as a result of CONTRACTOR and / or SUBCONTRACTOR inefficiencies.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022642

**Section 4 – Remuneration**
**Appendix 4 – Schedule of Rates and Charges**

# Appendix 4 – Schedule of Rates and Charges

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022643

**Section 4 – Remuneration**
**Appendix 4 – Schedule of Rates and Charges**

**Schedules of Rates and Charges (SORACs) referenced throughout this CONTRACT are found only as electronic pdf (Portable Document Format) documents (one or more pdf documents for each Sub-Sector). These pdf documents (SORACs) accompany the electronic copy of the CONTRACT entitled "CONTRACT FOR GULF OF MEXICO STRATEGIC PERFORMANCE UNIT OFFSHORE WELL SERVICES between BP EXPLORATION AND PRODUCTION, INC. and HALLIBURTON ENERGY SERVICES, INC" and are an integral part of this CONTRACT. The file names for these SORACs are provided below:**

- Cementing Services – "**SORAC – HES – GOM – CEMENTING SERVICES**"

- Fluids Services – "**SORAC – HES – GOM – FLUIDS SERVICES**"

- Well Placement – "**SORAC – HES – GOM – WELL PLACEMENT**"

- Wireline Services – "**SORAC – HES – GOM – WIRELINE SERVICES**"

- Completions, including separate SORACs for each of the following areas of Completions:
   - "**SORAC – HES – GOM – COMPLETIONS (TCP / DST)**"
   - "**SORAC – HES – GOM – COMPLETIONS (OSFP)**"
   - "**SORAC – HES – GOM – COMPLETIONS (LOWER COMP)**"
   - "**SORAC – HES – GOM – COMPLETIONS (I WELLS)**"
   - "**SORAC – HES – GOM – COMPLETIONS (UPPER COMP)**"

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022644

# Section 5 – Integrity Management
# (Conformance Guidelines for Contractors)
# Halliburton for GOM

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022645

**Section 5 – Integrity Management**
**(Conformance Guidelines for Contractors)**

## Table of Contents

1.0    Introduction to the COMPANY Integrity Management Standard ....................................................... 3

2.0    IM Conformance Plan for CONTRACTORS ............................................................................... 6

Appendix 1 – COMPANY Global CONTRACTOR Integrity Management Conformance Checklist ............ 9

Appendix 2 – CONTRACTOR IM REQUIREMENTS ............................................................... 13

Appendix 3 – ISO 9001 verses COMPANY Integrity Management System ............................................... 18

Appendix 4 – EXAMPLE: Generic list of Safety Critical Equipment (Land Rigs) ..................................... 19

Appendix 5 – EXAMPLE: Safety Critical Equipment Decision Tree ....................................................... 21

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022646

**Section 5 – Integrity Management**
**(Conformance Guidelines for Contractors)**

## 1.0   INTRODUCTION TO THE COMPANY INTEGRITY MANAGEMENT STANDARD

### 1.1   Overview

The COMPANY Integrity Management Standard (IM Standard) was first published in 2006 and is primarily aimed at management system integrity and specifically the mitigation or elimination of major accident risk. The IM Standard comprises ten fundamental elements which are broadly aligned with "Getting HSE Right" (GHSER), ISO 9001 Quality Management and OSHA 1910 process safety management. The COMPANY GROUP has set a global conformance deadline for the new standard, effective Dec 31, 2008, or to have an approved deviation in place. More detail on the IM Standard and copies of the E&P Integrity Management Implementation guide are available on request. It should be noted by all CONTRACTORs that the IM Standard and in particular the 36 minimum requirements contained in the E&P Integrity Management Implementation Guide are internal obligations for COMPANY only. However they can significantly impact the way CONTRACTORs provide products and services (see the obligation for CONTRACTORs on Page 6).

The Ten IM Standard elements include:

- Accountabilities
- Competence
- Hazard Evaluation and Risk Management
- Facilities and Process Integrity
- Protective Systems
- Practices and Procedures
- Management of Change
- Emergency Response
- Incident Investigation and Learning
- Performance Management and Learning

### 1.2   Purpose of the Group Integrity Management Standard

1.2.1   Sets out the IM Standard requirements necessary to comply with the Group values, particularly those relating to Risk, Health and Safety and Environmentally Sound Operations.

1.2.2   Requires the controlled application of hazard evaluation including major accident risk assessment, process safety and engineering management, combined with internationally recognized industry standards and engineering, maintenance and operating practices developed by COMPANY.

1.2.3   Aims to reduce the number and severity of uncontrolled releases of hydrocarbons, chemicals, hazardous materials and other high-energy sources (including catastrophic and chronic releases) to the atmosphere, water, or ground, and to help prevent the failure of equipment and infrastructure in order to avoid serious harm to people, the environment and COMPANY assets.

1.2.4   Will help COMPANY to benefit from greater operational integrity; better Health, Safety, Security, and Environment (HSSE) performance; increased lifecycle value of COMPANY assets; and greater engineering standardization and productivity.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022647

**Section 5 – Integrity Management**
**(Conformance Guidelines for Contractors)**

1.2.5   Will help sustain COMPANY's license to operate, improve its operational reputation, reduce future environmental liabilities, and achieve internal targets as defined in COMPANY's management framework.

1.2.6   The IM Standard and Control of Work Standards are complementary.  Control of Work focuses on the safe execution of workplace activities while integrity management concerns the total lifecycle integrity of COMPANY operations through design, construction, operation, maintenance, and decommissioning.

1.3   Scope and Applicability of the COMPANY IM Standard

The IM Standard applies to all COMPANY operations globally.  The standard contains 10 elements and 36 minimum requirements.  Each element has an intent statement, which can be referenced in the E&P Integrity Management Implementation Guide.  All the elements require both systematic and well documented management system processes to be both in place and effective for the operations lifecycle.  Specifically this ensures that for all COMPANY operations, the equipment used in each operation, the people performing the operation, the practices and procedures being used for the operation are ALL fit for service – the aim being to avoid loss of containment events, to maintain structural integrity throughout the lifecycle of the facility and equipment in question, and most importantly to prevent major incidents.

1.4   Commitment and Implementation timetable

COMPANY's global implementation of the IM Standard by December 31, 2008 is a key priority commitment made by COMPANY's then CEO, Lord John Browne, and latterly CEO Tony Hayward.

1.5   Accountability for delivery of Integrity Management

For every product and/or service that is purchased by COMPANY, the IM Standard requirements involved in the Scope of Work are covered by a "the Single Point of Accountability" (SPA) that is responsible for delivery of integrity management for COMPANY. If the name of the Integrity Management SPA is not provided by COMPANY at the appropriate time, CONTRACTORs should inquire as of her/his contact information.

1.6   The COMPANY Integrity Management Process

The definition of "Integrity Management" is a continuous assessment process applied throughout Design, Construction, Operations, Maintenance, and Decommissioning to assure that wells, facilities, and structures are managed safely.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022648

**Section 5 – Integrity Management**
**(Conformance Guidelines for Contractors)**

| IM Process | Key Activities | Elements |
|---|---|---|
| Hazard Evaluation and Risk Assessment | Assign accountabilities for IM<br>Systematically identify major hazards<br>Conduct risk assessment<br>Assess equipment criticality<br>Define safe operating envelope | 1, 3 |
| Develop Risk Management Plan | Define practices and procedures<br>Identify required IM competencies<br>Build equipment risk-based IM plan<br>Develop corrosion management plan<br>Build emergency response plan | 2, 4, 5, 6, 8 |
| Implement Risk Management Plan | Implement equipment IM plan<br>Test emergency response plan<br>Management of change | 4, 5, 7, 8 |
| Learning and Improvement | Incident investigation<br>Performance management<br>Assessment against KPIs<br>Audit and peer review | 9, 10 |

1.7   Safety Critical Equipment

The Exploration and Production Segment requires the identification of Safety Critical Equipment (SCE) for the purposes of assuring availability and functionality of equipment that provides the greatest relative contribution to risk reduction for major accident hazards. The identification of SCE facilitates the prioritization of inspection, testing and maintenance tasks and the associated performance management.

1.8   Integrity Management Assurance

COMPANY Business Units and Functions are accountable for implementing the IM Standard with CONTRACTORs and suppliers and for providing auditable evidence of conformance.

1.9   Regulatory Requirements

The IM Standard is intended to complement regulations and defines a process to provide assurance that COMPANY's minimum requirements for the IM Standard are being met, including conformance with the Engineering Technical Practices (ETP) and with appropriate industry codes and standards. In the event of a conflict between the IM Standard and a relevant law or regulation, the relevant law or regulation shall be followed. Any such conflict shall be reported to the relevant SPU engineering authority. If the standard creates a higher obligation, it should be followed as long as this also achieves compliance with the law or regulation.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022649

**Section 5 – Integrity Management**
**(Conformance Guidelines for Contractors)**

1.10 The intent of the IM Standard with respect to CONTRACTORs is to promote the adoption of the IM Standard by companies working on behalf of COMPANY. COMPANY shall seek to hire CONTRACTORs with integrity management programs that are just as encompassing as this IM Standard – if not more so – and to encourage those who do not have such a program to adopt one."

1.11 The applicability of the IM Standard with respect to CONTRACTORs:

"Where COMPANY relies on a CONTRACTOR to carry out work that would be subject to this Standard if performed by COMPANY employees, COMPANY shall, after an appropriate risk assessment, endeavor to ensure that the CONTRACTOR adopts this IM Standard. It will also seek to amend relevant contracts, immediately or on renewal, to reflect this IM Standard."

The term CONTRACTOR also covers SUBCONTRACTORs and includes the suppliers of goods and services.

## 2.0 IM CONFORMANCE PLAN FOR CONTRACTORS

This section sets out the IM Standard conformance requirements for key CONTRACTORs. Key CONTRACTORs are considered on the basis of Major Accident Risk (MAR) potential of their respective COMPANY operations. The list of CONTRACTORs selected for IM Standard conformance assessment is reviewed and approved by the Technical Authority (TA), the Integrity Management SPA (Single Point of Accountability), the Integrity Assurance representatives (IA), the PSCM representatives (Procurement & Supply Chain Management), and the EA (Engineering Authority) for the application.

2.1 Each selected CONTRACTOR shall perform the following steps.

| Step | Integrity Management conformance plan for CONTRACTORs |
|---|---|
| 1 | Complete the IM Standard self assessment checklist (Appendix 1) |
| 2 | Report any IM Standard self assessment gaps |
| 3 | Develop and implement a plan to close any gaps before commencement of the WORK |
| 4 | Identify all safety critical equipment and report SCE preventative maintenance programs (total SCE work orders, SCE failures, overdue SCE work orders) |

2.2 Use of the COMPANY Global CONTRACTOR IM Standard conformance checklist

The assessment of the CONTRACTOR's management system will be conducted using the Global COMPANY checklist contained in Appendix 1. The checklist is designed to highlight management system gaps, relative to the ten IM Standard elements of the COMPANY IM Standard. Ideally the CONTRACTOR will have broadly equivalent systems in place that align with the intent for each element in the standard, such as for instance ISO9001 or API equivalent ISO29001.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022650

**Section 5 – Integrity Management**
**(Conformance Guidelines for Contractors)**

Deviations will be managed and reviewed as part of the Supplier Performance Management (SPM) process. The methodology used in this document is consistent with and based on the global COMPANY PSCM team's model. The key objective is a globally consistent IM Standard conformance message to all CONTRACTORs engaged by COMPANY irrespective of geographical location, business segment, and / or SPU.

2.3   CONTRACTOR IM Standard requirements

CONTRACTORs shall conform to the minimum IM Standard requirements as specified in Appendix 2.

2.4   Identification of CONTRACTOR Safety Critical Equipment (SCE)

The objective of SCE is to identify the subset of equipment that is most critical to the management of major accident hazards. These are the equipment items that prevent, control and mitigate major hazards, and therefore are required to have a high reliability and availability before and during an incident. Much of this SCE will require planned inspection, testing, and maintenance to confirm the reliability and calibration to function on demand in accordance with applicable performance standards.

The designation of SCE allows management to optimize inspection, testing, and maintenance resources to mitigate major accident risks. As such, the SCE should typically represent approximately 20% of the equipment items on the Master Equipment List. Although this percentage is not mandated, significantly higher percentages will likely result in a lack of focus on those items that require preferential attention.

In general, SCE equipment should be identified as part of a risk assessment or hazard evaluation study. A generic Land rig SCE table and SCE decision tree have been provided as examples, which may help CONTRACTORs identify SCE in their operations.

2.4.1   Appendix 4 contains - as an example - a generic land rig SCE register which can be modified by the CONTRACTOR to suit their specific operations.

2.4.2   Appendix 5 contains an SCE decision tree which should be used or adapted by the CONTRACTOR to help identify their SCE.

For Wells related operations, SCE is broadly characterized by any lifting/hoisting or pressure containing equipment, fuel systems, and protective systems.

2.4.3   The aim of identifying SCE in CONTRACTOR operations is to ensure equipment integrity through rigorous and appropriate application of equipment selection criteria, operating practices and procedures, and lifecycle management including maintenance, Inspection and testing frequencies.

2.4.4   The SCE register is a communication tool that contains equipment that is absolutely "critical" to the safe Rig or Non-rig operations on COMPANY leases. A higher degree of vigilance and rigor is expected of this equipment and its use by COMPANY and CONTRACTOR staff.

2.4.5   Planned preventative maintenance events and overdue events reporting will be required by COMPANY.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022651

**Section 5 – Integrity Management**
**(Conformance Guidelines for Contractors)**

2.4.6   Likewise any SCE incident or related failures will require rigorous investigation to ensure root causality is identified and appropriate actions are taken to restore the SCEs integrity.  COMPANY will require written notification of any SCE failure event.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022652

CONFIDENTIAL
Business Confidential

## Appendix 1 – COMPANY Global CONTRACTOR Integrity Management Conformance Checklist

**CONTRACTOR:**

**SERVICE/SEGMENT:**

**NORMAL FONT - MANDATORY FOR 2008**

*ITALICISED FONT - CONTINUOUS IMPROVEMENT 2008+*

| Integrity Management Element | What role do CONTRACTORs play in helping COMPANY comply? | Relevant to this Contract? (Y/N) | Conformance? | Gap? |
|---|---|---|---|---|
| 1. Accountability | Identify responsibilities and accountabilities of personnel who make decisions affecting technical integrity and service/product quality. | | | |
| | Identify for each Contract/Service line single point contacts for technical integrity and service/product quality | | | |
| | *Establish how technical/ risk management decisions are controlled and how they are verified.* | | | |
| | | | | |
| 2. Competency | Demonstrate that competency processes exist and are being followed for all staff. | | | |
| | Confirm that staff impacting integrity management has been identified and have suitable job descriptions that identify competency requirements. | | | |
| | Supplier / CONTRACTOR retain documented employee competency assessments and training records. | | | |
| | *Confirm that staff is assessed versus their competency requirements and that training programs exist and are implemented to close competency gaps.* | | | |
| | | | | |
| 3. Hazard Evaluation and Risk Management | Confirm Operations Planning and Procedures address risk management, in particular: Demonstrate that hazards within the CONTRACTOR organization are systematically identified and the risks assessed and managed | | | |

BP-HZN-MBI00022653