EXHIBIT A-6

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022654

**Section 5 – Integrity Management**
**(Conformance Guidelines for Contractors)**

| Integrity Management Element | What role do CONTRACTORs play in helping COMPANY comply? | Relevant to this Contract? (Y/N) | Conformance? | Gap? |
|---|---|---|---|---|
| | via formal documentation and communication with affected staff. Demonstrate Implementation of risk mitigations based on hazard assessments Performed evaluation to identify SCE based on risk assessment, CONTRACTOR specified, or generic COMPANY SCE lists. Where appropriate, take part in Risk assessment meetings. Where applicable, implement COMPANY-identified risk mitigations and / or participate in the COMPANY risk assessment process and assist in providing solutions for the risks identified. Communicate and implement with the required degree of rigor QA/QC requirements specified in the contract, COMPANY standards and specifications. | | | |
| 4. Facilities and Process Integrity | Demonstrate systems and procedures to assure that design and any construction, installation or maintenance activity confirms materials, equipment, structures, and temporary equipment are fit for purpose, life-cycle service, will avoid loss of containment, and maintain structural integrity. | | | |
| | Confirm that manufacturing processes are documented, and where necessary processes and operators are qualified to provide assurance that design intent and integrity is achieved. | | | |
| | Demonstrate understanding of and adherence to relevant COMPANY specifications, Engineering Technical Practices (ETP), Site Technical Practices (STP), Site Operating Procedures (SOP), and regulatory requirements. | | | |
| | CONTRACTORs participating in maintenance, inspection, and operating procedures that impact integrity management (onsite and offsite) are aware of IM Standard implications relating to their activities. | | | |
| 5. Protective Systems | CONTRACTORs working on protective systems follow relevant STPs and SOPs and other site specific guidelines and practices. | | | |
| | Suppliers will identify, verify, and turn over key data for procured materials, equipment, and/or services for Projects, O&M, Drilling and Wells related to protective systems to comply with COMPANY | | | |

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022655

**Section 5 – Integrity Management**
**(Conformance Guidelines for Contractors)**

| Integrity Management Element | What role do CONTRACTORs play in helping COMPANY comply? | Relevant to this Contract? (Y/N) | Conformance? | Gap? |
|---|---|---|---|---|
| | specifications and regulatory requirements. | | | |
| | Suppliers will also have a key role in ensuring that systems are properly designed, installed, documented, and appropriately tested, certified, inspected and maintained. | | | |
| | Protective systems and/or devices shall not be bypassed, removed from service, or prevented from working as intended, either permanently or temporarily, without special controls putting in place and COMPANY approval obtained. | | | |
| | Deviations to specification will require COMPANY Management of Change (MOC) approval. | | | |
| | *Where appropriate, suppliers will need to work with COMPANY to identify requirements for protective systems.* | | | |
| | | | | |
| 6. Practices and Procedures | CONTRACTORs / suppliers working on COMPANY sites will need to be familiar with relevant ETP, STP, SOP, Regulatory Procedures (RP), and Drilling and Wells Operations Policy (DWOP) as defined by COMPANY. | | | |
| | CONTRACTOR's / supplier's internal shop practices & procedures should be consistent with the intent of this element. Where appropriate the field practices and procedures will be reviewed and commented on by COMPANY. | | | |
| | | | | |
| 7. Management of Change | CONTRACTORs will have an internal MOC system in place. CONTRACTORs / suppliers to interface with COMPANY MOC process as required. | | | |
| | A CONTRACTOR's internal MOC processes will need to confirm IM Standard risks are mitigated and are subject to their in-house specialist approval. | | | |
| | Clear process shall be in place to confirm when COMPANY TA approval is needed for changes and / or rectification work. | | | |
| | MOC shall be approved by COMPANY before work is completed | | | |
| | | | | |
| 8. Emergency Response and Crisis | When working at COMPANY sites, CONTRACTORs will need to be familiar with COMPANY's CM and ER plans. They may also be involved in COMPANY CM and ER training programs and drills as | | | |

CONFIDENTIAL
Business Confidential

**Section 5 – Integrity Management**
**(Conformance Guidelines for Contractors)**

| Integrity Management Element | What role do CONTRACTORs play in helping COMPANY comply? | Relevant to this Contract? (Y/N) | Conformance? | Gap? |
|---|---|---|---|---|
| Management | appropriate. | | | |
| | CONTRACTORs operating their own equipment (drilling rigs, vessels, construction equip) on behalf of COMPANY will have CM and ER plans that are compatible with COMPANY's. | | | |
| | Document a program to alert COMPANY management and technical authorities of material recalls and materials-related safety alerts and to take necessary actions to mitigate risk. | | | |
| | *A documented process to account for the location of materials after an emergency Alert Notice is validated.* | | | |
| 9. Incident Investigation and Learning | CONTRACTORs and suppliers shall advise COMPANY of IM Standard-related incidents during the contract/ PO execution and any that may result in a product recall/ rectification program. | | | |
| | *Suppliers may become involved in investigation of a COMPANY incident or on occasion may be required to conduct their own investigations.* | | | |
| | *After an IM Standard incident related to materials or equipment, assure implementation of mitigations to avoid recurrence.* | | | |
| 10. Performance Management | Maintain external accreditation to quality and environmental standards organizations such as ISO9001/2000 and ISO14001 | | | |
| | Demonstrate systems and procedures for management review, internal audit, non-conformance identification / close out and preventative action. | | | |
| | *Put in place meaningful and measurable KPIs to monitor internal and CONTRACTOR/ sub-suppliers integrity management and quality management performance.* | | | |
| | *Suppliers / CONTRACTORs may be required to participate in gathering and reporting metrics on COMPANY Operations or their own.* | | | |

BP-HZN-MBI00022656

**Section 5 – Integrity Management**
**(Conformance Guidelines for Contractors)**

# Appendix 2 – CONTRACTOR IM REQUIREMENTS

Integrity management is the overall practice of managing the activities associated with the integrity of operations and facilities. The COMPANY IM Standard is a COMPANY global requirements document under the COMPANY Operating Management System (OMS) that enforces rigor around technical accountability, risk management, and adherence to Group Engineering Technical Practices (ETP), Site Technical Practices (STP) and COMPANY Operating procedures. The primary objective of the IM Standard is to ensure that life cycle technical, safety and environmental performance is inherent and maintained in our facilities.

The IM Standard applies to all projects, O&M, drilling, and well activities related to the design, procurement, construction, maintenance, and/or operation of integrity management critical equipment and/or materials.

When COMPANY delegates work activities, accountability still remains with COMPANY, therefore all COMPANY operating units are expected to develop and implement a rigorous assessment process applied throughout design, procurement, construction, maintenance, and operations to assure our facilities are built and managed safely and to comply with the IM Standard. In general, the COMPANY Integrity Management SPA and EA are accountable for assuring the actions specified in this document are carried out. As always with the IM Standard, it is assumed that the Integrity Management SPA and EA may delegate these accountabilities to other staff at the COMPANY Operation.

## CONTRACTORS

CONTRACTORs and suppliers play a crucial role in many areas of our operations. The IM Standard is applied as rigorously to CONTRACTORs and suppliers as it is to COMPANY staff. This document provides guidance on application of the IM Standard to CONTRACTORs and suppliers.

For the purposes of this document, the term "CONTRACTOR" is used to describe any third party with the potential to impact IM Standard at a COMPANY facility or operation. The term "CONTRACTOR" will include those vendors traditionally thought of as CONTRACTORs (e.g., Firms that supply labor or services to the facility) and will also include suppliers of equipment, engineering services, and non-COMPANY staff individuals who COMPANY contracts with to do work on COMPANY owned and/or leased facilities. This document does not intend to duplicate all requirements of the IM Standard. This document highlights those activities specifically related to CONTRACTORs and SUBCONTRACTORs.

## SUBCONTRACTORs

As CONTRACTORs work with COMPANY Operations to implement the IM Standard, they will inevitably use CONTRACTORs of their own (SUBCONTRACTORs from COMPANY's perspective). The following criteria should apply to the application of the IM Standard to SUBCONTRACTORs

- SUBCONTRACTORs who impact IM Standard at a site/project should be held to the same standards and rigor as direct CONTRACTORs and COMPANY Staff.

- In general, the CONTRACTOR should be accountable for ensuring that their SUBCONTRACTORs understand and effectively implement the IM Standard. CONTRACTORs should therefore be given the flexibility to apply the intent of the IM Standard to their SUBCONTRACTORs in the most efficient manner possible.

- There may be instances where COMPANY chooses to take accountability for application of the IM Standard to SUBCONTRACTORs because of the critical nature of the activity.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022657

**Section 5 – Integrity Management**
**(Conformance Guidelines for Contractors)**

Application of the elements of the IM Standard shall be fit for purpose for the specific CONTRACTOR and work scope. The actions listed below will be reviewed for each CONTRACTOR relationship. COMPANY will prioritize engagement with their CONTRACTORs based on the risk associated with the CONTRACTOR's activity, size of the CONTRACTOR, and scope of the activity.

**Element 1 – Accountabilities**

- CONTRACTOR shall appoint an equivalent of the Integrity Management SPA to act as a central point of contact for COMPANY on IM Standard related issues and to ensure the CONTRACTOR is meeting the intent of the IM Standard.
- CONTRACTOR shall appoint an equivalent of the EA to monitor correct application of the CONTRACTOR's and/or COMPANY's technical practices and other relevant aspects of the IM Standard.
- The Integrity Management SPA shall ensure that COMPANY's contract with the CONTRACTOR specifies requirements to meet the IM Standard. (see the contract scope of work)

**Element 2 – Competence**

- CONTRACTOR will have a program in place to ensure competence of their employees. At a minimum the competence program will:
  - Define the competences required to effectively deliver the IM Standard
  - Include assessments against the required competences,
  - Identify and track gaps, and
  - Include training programs and training records to close any gaps.
- COMPANY shall ensure an audit or monitoring process is implemented to ensure CONTRACTORs are executing their competence program. COMPANY's auditing or monitoring of the CONTRACTOR's program shall not contravene local labor laws. COMPANY will comply with auditing standard ISO19011.
- The Integrity Management SPA shall ensure COMPANY staff have the competence to adequately monitor performance of the CONTRACTOR competence program.
- COMPANY operations will maintain an approved CONTRACTOR list that includes integrity management capabilities in the criteria.
- COMPANY operations will maintain a supplier performance management process that includes integrity management in the assessment criteria.

**Element 3 – Hazard Evaluation and Risk Management**

- CONTRACTOR shall have internal processes to identify IM Standard hazards that impact their work for COMPANY.
- CONTRACTOR shall have internal processes to manage, document, and communicate risks that could impact integrity management performance.
- Where appropriate, CONTRACTOR shall understand and be able to participate in COMPANY's internal hazard evaluation and risk management programs.
- The Integrity Management SPA shall ensure that a risk management policy exists for the procurement of materials and services that could impact integrity management at the COMPANY Operation.
- The integrity management SPA shall ensure that hazard identification processes (e.g., HAZOPs) identify CONTRACTOR interfaces and activities that could impact integrity management at the COMPANY Operations.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022658

**Section 5 – Integrity Management**
**(Conformance Guidelines for Contractors)**

- The Integrity Management SPA shall ensure that risk mitigation activities exist to manage identified risks. The application of hazard identification processes may be prioritized based on the perceived risk or criticality of the material or service.

## Element 4 – Facilities and Process Integrity

- CONTRACTOR shall have in place and be able to demonstrate that systems and procedures exist and are being followed to ensure that design, construction, installation, maintenance, and other activities that could impact IM are fit for purpose and will avoid loss of containment and maintain structural integrity for the life cycle of the equipment, material, or structure.
- CONTRACTORs shall ensure that manufacturing processes are documented, and where necessary, processes and operators are qualified to ensure that design intent and integrity is achieved.
- CONTRACTORs shall demonstrate understanding of and adherence to relevant COMPANY Specifications (e.g., ETP, STP, SOP, and regulatory requirements).
- CONTRACTORs participating in maintenance, inspection, testing, operating, and other procedures that impact IM (onsite and offsite) shall demonstrate they are aware of IM implications relating to their activities.
- The COMPANY Operation EA shall ensure that any CONTRACTOR deviations to ETP or STP are properly vetted and approved.
- The IM Standard SPA shall ensure that any CONTRACTOR deviations to SOP are properly vetted and approved.

## Element 5 – Protective Systems

- CONTRACTORs working on protective systems shall follow relevant STP and SOP and other site specific guidelines and practices.
- CONTRACTORs shall follow relevant ETP, STP, and SOP to identify requirements for the design, installation, documentation, testing, certification, inspection, and maintenance of protective systems.
- CONTRACTORs shall ensure that protective systems and/or devices are not bypassed, removed from service, or prevented from working as intended, either permanently or temporarily, without following procedures approved by the COMPANY Operation.
- CONTRACTORs shall ensure that any changes or deviations to protective systems are subject to the COMPANY Operations MOC process.
- CONTRACTORs will identify, verify, and turn over key data for procured materials, equipment, and/or services related to protective systems to comply with COMPANY specifications and regulatory requirements.
- The COMPANY operation EA and Integrity Management SPA shall ensure that all relevant technical practices and procedures related to protective systems are communicated to the CONTRACTOR.

## Element 6 – Practices and Procedures

- CONTRACTORs must comply with ETP, STP, SOP, and Statement of Requirements (SOR) relevant to the service, equipment, or material they are providing or provide a deviation request if conflicting or capability issues arise.
- CONTRACTOR internal procedures associated with technical practices and operating procedures shall be consistent with the intent of Element 6 of the IM Standard.
- CONTRACTORs shall demonstrate that an appropriate management of change process exists for their internal practices and procedures.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022659

**Section 5 – Integrity Management**
**(Conformance Guidelines for Contractors)**

- The COMPANY operation Engineering Authority and Integrity Management SPA Standard shall establish which ETP, STP, and SOP apply to the CONTRACTOR.
- The COMPANY operation EA shall ensure appropriate technical review of requisitions and bid documents (PO or contract) occurs to ensure correct interpretation of requirements against identified risks and to ensure award is made to competent CONTRACTORs
- The COMPANY operation shall ensure that appropriate QA/QC programs exist and are documented to verify compliance of materials and equipment to design requirements.
- The COMPANY operation EA and SPA IM shall ensure that a MOC to include risk assessment is conducted for deviations to ETP, STP, and SOP requested by CONTRACTORs.

## Element 7 – Management of Change (MOC)

- CONTRACTORs shall utilize and participate as required in the COMPANY operation MOC process.
- CONTRACTORs shall maintain and utilize an internal MOC to mitigate risks that impact IM Standard.
- All COMPANY operation MOC requirements shall be approved by COMPANY before work commences.
- The COMPANY operation shall maintain an MOC process for contract and PO processes to include qualification of new CONTRACTORs.
- The COMPANY operation shall have a process to ensure all COMPANY operations MOC requirements are complete before work commences.

## Element 8 – Crisis Management and Emergency Response (CM&ER)

- CONTRACTORs shall be familiar with the COMPANY operation CM&ER plans and shall understand their role in execution of the plan.
- CONTRACTORs operating their own equipment on behalf of COMPANY will have CM&ER plans that are compatible with COMPANY's.
- CONTRACTORs shall maintain a documented program to alert the COMPANY operation of material recalls and materials related safety alerts and will take necessary actions to mitigate risk.
- CONTRACTORs shall maintain a documented process to account for the location of materials after an emergency is validated.
- The COMPANY operation shall ensure the CONTRACTOR's roles in executing the CM&ER plan are understood and clearly communicated.
- The COMPANY operation shall ensure that the CONTRACTOR's people, materials, and processes required to execute the CM&ER plan are ready and tested.

## Element 9 – Incident Investigation and Learning

- CONTRACTORs may become involved in investigation of a COMPANY incident or on occasion may be required to conduct their own investigations.
- After an integrity management incident related to materials or equipment, CONTRACTOR shall assure implementation of mitigations to avoid recurrence.
- CONTRACTORs shall advise COMPANY of any integrity management related incidents during the contract/ PO execution and any that may result in a product recall / rectification program.
- COMPANY incident investigation shall include incidents that are related to CONTRACTOR activities or supply.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022660

**Section 5 – Integrity Management**
**(Conformance Guidelines for Contractors)**

- CONTRACTORs shall maintain and execute performance management processes to capture and record integrity management incidents.
- The SPA IM shall ensure that, when appropriate, CONTRACTORs are included in formalized procedures to share results of investigations and to transfer "lessons learned."

**Element 10 – Performance Management and Learning**

- CONTRACTORs shall demonstrate systems and procedures for management review, internal audit, non-conformance identification / close out and preventative action.
- CONTRACTORs shall put in place meaningful and measurable KPIs to monitor internal and SUBCONTRACTOR / sub-suppliers IM performance
- CONTRACTORs may be required to participate in gathering and reporting metrics on COMPANY operations or their own.
- The COMPANY operation shall put in place meaningful and measurable KPIs to monitor IM performance for CONTRACTORs considered to have an impact on IM performance.
- The COMPANY operations shall implement verification and audit programs to ensure IM requirements are being delivered and that any learning's are fed into the continuous improvement cycle
- The COMPANY operation shall implement suitable corrective / preventative action for CONTRACTORs not performing to the required standard.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022661

## Appendix 3 – ISO 9001 verses COMPANY Integrity Management System

| Activity | Quality (ISO9001) | IM Standard |
|---|---|---|
| Responsibility | Section 5 | Element 1 |
| Organization | Section 6 | Element 2 |
| Resource, Competence & Awareness | Section 6 | Element 2 |
| Policy & Management system | Sections 5.3 & 5.4 | Element 6 |
| Planning | Sections 5.4 & 7.3 | |
| Communication | Sections 5.5 & 7.2 | |
| Documents & Records | Section 4 | Elements 3,4 & 5 |
| Requirements for the Product | Section 7.2 | Element 3 |
| Review | Sections 5.6 & 7.2 | |
| Process, Sequence & Interaction | Section 4 | |
| Process Effectiveness & Measurement | Section 4 | Element 10 |
| Design Input, Output, Review, Verification & Validation | Section 7.3 | Element 4 |
| Control of Change | Section 7.3.7 | Element 7 |
| Purchasing | Section 7.4 | Element 4 |
| Production | Section 7.5 | Element 4 |
| Criticality Assessment (Risk) | Sections 7.1 & 7.3 | Elements 3 & 4 |
| Verification, Validation, Inspection & Test Activities | Sections 7.1 & 7.3 | Element 4 |
| Identification & Traceability | Section 7.5.3 | |
| Preservation | Section 7.5.5 | |
| Measurement, Analysis & Improvement | Section 8 | Elements 9 & 10 |

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022662

**Section 5 – Integrity Management**
**(Conformance Guidelines for Contractors)**

# Appendix 4 – EXAMPLE: Generic list of Safety Critical Equipment (Land Rigs)

Generic SCE Register
System and Equipment Number and Description

| Ref | System or Equipment** | Land Operation | System Tag Number | Equipment Tag Number | System Description | Equipment Description |
|---|---|---|---|---|---|---|
| 1.00 | Power Generation & Electrical | | | | | |
| 1.01 | Emergency Generator | N/A | | | | |
| 1.02 | UPS | N/A | | | | |
| 1.03 | Batteries | ER | | | | |
| 1.04 | Cables for Back Up Systems | ER | | | | |
| 1.05 | Egress Lighting | N/A | | | | |
| 1.06 | Emergency Shut Down Systems | M, ER | | | | |
| 1.07 | Hazardous Area Equipment | P, M | | | | |
| 1.08 | Rig Call – PAGA | ER | | | | |
| 1.09 | Safety Devices on Engines | P, M | | | | |
| 1.1 | Safety Devices on Generator Controls | P, M | | | | |
| 1.11 | Safety Devices on Electrical Switchboards | P, M | | | | |
| 1.12 | Safety Devices on SCR and VFD Systems | P, M | | | | |
| 2.00 | Fire & Gas Detection | | | | | |
| 2.01 | Smoke Detectors | N/A | | | | |
| 2.02 | Flame Detectors | N/A | | | | |
| 2.03 | Heat Detectors | N/A | | | | |
| 2.04 | CH4 Detectors | D | | | | |
| 2.05 | H2S Detectors | D | | | | |
| 2.06 | Manual Call Point | D | | | | |
| 2.07 | Control Panel | D | | | | |
| 3.00 | Fire Fighting/Control | | | | | |
| 3.01 | Fire Pump | N/A | | | | |
| 3.02 | Hydrants & Hoses | N/A | | | | |
| 3.03 | Fire Extinguishers | M | | | | |
| 3.04 | Deluge and sprinkler systems | N/A | | | | |
| 3.05 | Passive fire protection | N/A | | | | |
| 4.00 | Well Control | | | | | |
| 4.01 | BOP Annular | P, C, M | | | | |
| 4.02 | BOP Rams | P, C, M | | | | |
| 4.03 | BOP Hoses | P, C, M | | | | |
| 4.04 | HCR Gate Valves | P, C, M | | | | |
| 4.05 | IBOPs, other string safety valves | P, C, M | | | | |
| 4.06 | Choke & Kill Manifold | P, C, M | | | | |
| 4.07 | Mud Gas Separator | P, C, M | | | | |

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022663

**Section 5 – Integrity Management**
**(Conformance Guidelines for Contractors)**

| Ref | System or Equipment** | Land Operation | System Tag Number | Equipment Tag Number | System Description | Equipment Description |
|---|---|---|---|---|---|---|
| 4.08 | Diverter System | P, C, ER | | | | |
| 4.09 | HP Piping (Mud, cement, flare if used for Well Control) | P, C, M, ER | | | | |
| 4.1 | BOP Control System | P, C, M | | | | |
| 5.00 | Pressure Systems | | | | | |
| 5.01 | Pressure Vessels (Bulk tanks, air recv.) | P, C | | | | |
| 5.02 | Pressure Relief Device (PSVs, rupture disks) | C | | | | |
| 5.03 | Pressure Switches | D | | | | |
| 6.00 | Hoisting System | | | | | |
| 6.01 | Zone Management System | N/A | | | | |
| 6.02 | Crown Saver | P | | | | |
| 6.03 | Drawworks Brake | P | | | | |
| 6.04 | Elmagco Brake | P | | | | |
| 12 | Critical Load Path Equipment | | | | | |
| 12 | Pipe Handling (elevators, etc.) | P, C | | | | |
| 12 | Traveling Equipment | P, C | | | | |
| 12 | Derrick | P, C | | | | |
| 12 | Substructure | P, C | | | | |
| 12.1 | Draw-works & Controls | P, C | | | | |
| 13 | Environmental Impact | | | | | |
| 13 | Oil Based Mud Containment Systems | C | | | | |
| 13 | Oily Water Separator | N/A | | | | |
| 13 | Waste Oil Tanks | C | | | | |
| 13 | Drains | N/A | | | | |
| 13.1 | Flare Lines | C | | | | |
| 14 | Emergency Response & Evacuation | | | | | |
| 14.1 | SCBAs | ER | | | | |
| 14.1 | Fire Suits, other PPE | ER | | | | |
| 14.1 | Emergency Communication Devices (Radios, PAGA) | ER | | | | |
| 20 | Miscellaneous | | | | | |
| 20 | Cold Start Compressor | M | | | | |
| 20.1 | HVAC Pressurization Systems | P | | | | |
| 20.xx | Other items Identified in Risk Assessments | P, C, D, M, ER | | | | |
| Code | Descriptor | | | | | |
| P | Prevents Major Accident Risk | | | | | |
| C | Controls Major Accident Risk | | | | | |
| D | Detects onset of Major Accident Risk | | | | | |
| M | Mitigates Major Accident Risk | | | | | |
| ER | Provides response measure | | | | | |

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022664

Section 5 – Integrity Management
(Conformance Guidelines for Contractors)

## Appendix 5 – EXAMPLE: Safety Critical Equipment Decision Tree



CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022665

**Section 5 – Integrity Management**
**(Conformance Guidelines for Contractors)**

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022666

**Section 6 – Quality Assurance and Quality Control**

# Section 6 – Quality Assurance and Quality Control
# Halliburton for GOM

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022667

**Section 6 – Quality Assurance and Quality Control**

## Table of Contents

| | | |
|---|---|---|
| 1.0 | SCOPE | 3 |
| 2.0 | NORMATIVE REFERENCES | 3 |
| 3.0 | TERMS AND DEFINITIONS | 3 |
| 4.0 | SYMBOLS AND ABBREVIATIONS | 4 |
| 5.0 | TIMELINE OF PROCESS | 5 |
| 6.0 | REQUIREMENTS | 5 |

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022668

**Section 6 – Quality Assurance and Quality Control**

**1.0   SCOPE**

This document is a guide to the application of Quality Assurance (QA) and Quality Control (QC) for products and services.

**2.0   REFERENCES**

**International Organization for Standardization (ISO):**

| | |
|---|---|
| ISO 9000 | Quality Management Systems – Fundamentals and vocabulary. |
| ISO 9001 | Quality Management Systems – Requirements. |
| ISO 9004 | Quality Management Systems – Guidelines for performance improvement. |
| ISO 29001 | API Q1. |
| ISO 10005 | Quality Management Systems – Guidelines for Quality Plans. |
| ISO 10006 | Quality Management Systems – Guidelines for quality management in projects. |
| ISO 19011 | Guidelines for quality and/or environmental management systems auditing. |
| ISO 13879 | Petroleum and natural gas industries – Content and drafting of functional specifications. |
| ISO 13880 | Petroleum and natural gas industries – Content and drafting of a technical specification. |
| ISO 10012 | Quality Assurance for measuring equipment – Control of measurement processes. |

**3.0   TERMS AND DEFINITIONS**

The following terms and definitions apply:

3.1   CERTIFICATION

The action of determining, verifying, and attesting in writing to the qualification of personnel, processes, procedures or items in accordance with applicable requirements and standards.

3.2   CRITICALITY RATING

A formalized technique for assessing and measuring the importance of a piece of equipment or material, in regard to the effect that its failure would have on the system or scheme as a whole, and consequently the level of assurance and/or verification to be applied.

3.3   INTEGRITY MANAGEMENT (IM)

The controlled application of major risk, process safety, and engineering management combined with internationally recognized industry standards and COMPANY developed practices.

3.4   PROVISION OF RESOURCES

CONFIDENTIAL
Business Confidential

---

**Section 6 – Quality Assurance and Quality Control**

---

Type and amount of resources needed for the successful execution of the Quality Plan (QP).

These resources may include materials, human resources, infrastructure and work environment.

3.5    QUALITY ASSURANCE (QA)

Part of quality management focused on providing confidence that quality requirements will be fulfilled.   The Quality Assurance process uses Integrity Management, provided by a document-based system of procedures in the attainment of technical integrity in design, procurement, and construction. The procedures are used to set the base technical integrity requirements to be followed by CONTRACTORs.  They set the risk based assurance and verifications to be performed by COMPANY during design, procurement and well construction activities.

3.6    QUALITY CONTROL (QC)

Part of quality management focused on verifying quality requirements.  CONTRACTOR's certified Quality Assurance and Quality Control systems supplemented by COMPANY's Integrity Management requirements are part of the Technical Integrity Assurance process. These are used as the primary process to assure and verify that the project integrity assurance system and integrity plan requirements have been met, the facility is safe, and meets the required performance standards at an acceptable cost.  Quality Control for products and services is part of the verification system used to provide confidence that the required technical integrity has been adhered to.  It involves checking that specified requirements have been met, often by using inspection and testing techniques, ensuring that the required technical integrity is achieved.

3.7    QUALITY PLAN (QP)

Document specifying which processes (set of interrelated or interacting activities which transforms inputs into outputs), procedures (specified way to carry out an activity or a process), and associated resources which will be applied by whom and when, to meet the requirement of a specific project, product, process or contract.

Note: Definitions for Quality Assurance, Quality Plan, Provision Resources, and Quality Control are similar to those found in the ISO 9000 series.

3.8    TECHNICAL INTEGRITY

Ensuring equipment and services used in well construction and intervention meet safety/specified requirements, are fit for the intended service, and maintain structural integrity and operational reliability throughout the full lifecycle.

4.0    **SYMBOLS AND ABBREVIATIONS**

|  |  |
|---|---|
| BU | Business Unit |
| DE | Discipline Engineer |
| E&P | Exploration & Production |
| EA | Engineering Authority |
| FSE | Field Service Engineer |
| HAZOP | Hazardous Operation |
| NC | Non-Conformance |
| NCR | Non-Conformance Report |
| MOC | Management of Change |

---

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022670

**Section 6 – Quality Assurance and Quality Control**

| | |
|---|---|
| PEP | Project Execution Plan |
| PPM | Pre-Production Meeting |
| QMS | Quality Management System |
| RCA | Root Cause Analysis |
| SOP | Safe Operating Procedure |
| SOR | Statement of Requirements |
| SPU | Strategic Performance Unit |
| TA | Technical Authority |
| TI | Technical Integrity |
| TIA | Technical Integrity Assurance |

## 5.0 TIMELINE OF PROCESS

Delivery is assured through the implementation of a comprehensive Quality Management System (QMS) focused on Quality Management (QM) processes including Quality Assurance (QA) and Quality Control (QC) for all activities from design through to operation. The COMPANY QMS is aligned with the Group Integrity Management (IM) standard.

The COMPANY QMS timeline ensures:

5.1 PLAN:

    5.1.1 Quality objectives are set and delivered (Statement of Requirements (SOR) is issued by COMPANY);

    5.1.2 Quality management resources are identified and put in place (Quality Plan (QP) is issued by the CONTRACTOR and accepted by COMPANY prior to the commencement of WORK); and

    5.1.3 Focus on prevention of non-conformity and/or quality/process improvement.

5.2 EXECUTE:

    5.2.1 A Pre-production meeting is held prior to the commencement of WORK; and

    5.2.2 Execution by the CONTRACTOR adheres to the accepted QP.

5.3 CHECK:

    5.3.1 Verification and validation complies with the QP; and

    5.3.2 Non-conformities are documented through NCR's.

5.4 ACT:

    5.4.1 NCR's generate RCA's and preventive actions.

## 6.0 REQUIREMENTS

6.1 CONTRACTOR shall have established, implemented and maintained a Quality Management System in compliance with the requirements of ISO 9001 (latest revision) or another recognized or established standard/format as mutually agreed with COMPANY, providing that all aspects of the CONTRACT and WORK which affect the quality of the services supplied are defined, documented, proceduralized (where required) and controlled under the system (including subcontracted services).

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022671

**Section 6 – Quality Assurance and Quality Control**

6.2 CONTRACTOR shall implement and maintain product or service specific Quality Plans that will apply for the duration of the CONTRACT. The Quality Plans shall include:

6.2.1 Compliance to the CONTRACTOR's Documentation Systems of the applicable QMS;

6.2.2 A statement of the principle stages of the operation of the WORK, in a trace forward fashion, and that shall include a description of each stage;

6.2.3 A list, for each stage of the WORK, of the applicable documents that defines the Requirements submitted for review and approval by the COMPANY;

6.2.4 A list, for each stage of the WORK, of the verifying document that the completed stage complies with the Requirement;

6.2.5 Provision for the COMPANY to populate Surveillance points for each stage of the WORK, and corresponding to one of the following: Review; Monitor; Witness; or Hold; and

6.2.6 A list of sub-suppliers or SUBCONTRACTORs and the basis for the qualification and competence assessment.

6.2.7 Provision for the COMPANY to review and approve:

    (a) The SUBCONTRACTORs and/or sub-suppliers;
    (b) The material and/or construction;
    (c) The CONTRACTOR's QA systems; and
    (d) The completed QP prior to the commencement of WORK.

6.3 CONTRACTOR shall ensure that all calibrated equipment used in the course of the WORK shall be calibrated and maintained in compliance with ISO 10012.

6.4 CONTRACTOR shall allow COMPANY QA auditors full access to the WORK in progress, facilities, personnel, records, and documentation for the purpose of conducting quality audits in compliance with ISO19011.

6.5 CONTRACTOR's Quality Plan shall be submitted to COMPANY for approval prior to commencement of the WORK. See 6.2.7(d).

6.6 All corrective actions shall comply with ISO 9001 (Chapter 8.5.2) and the report of prevention of reoccurrence shall be submitted to the COMPANY within 30 days of issuance of the CAR.

6.7 Corrective actions undertaken by CONTRACTOR as a result of non-conformances being identified during a quality audit or inspection shall be undertaken at no cost to COMPANY.

6.8 CONTRACTOR shall compile all necessary documentation in accordance with specified requirements, and such relevant documentation shall be made available to COMPANY and/or the Certifying Authority for validation purposes.

6.9 CONTRACTOR shall maintain a document register in compliance with the CONTRACTOR's Document system of the QMS. The document register shall be reviewed by the COMPANY Integrity Assurance Engineer at agreed intervals. Further clarification can be obtained during the PPM.

6.10 CONTRACTOR shall comply with the ISO10005 and ISO9001 relating to the Provision of Resources. If the Provision of Resources is not available at the time of the PPM, the gap

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022672

**Section 6 – Quality Assurance and Quality Control**

shall be treated as a deviation and submitted to the COMPANY Integrity Assurance Engineer for review and approval.

6.11   CONTRACTOR shall provide a Point of Contact to the COMPANY Integrity Assurance Engineer for all issues relating to the WORK.

6.12   Lifting equipment (i.e., equipment baskets, pad eyes, wire rope slings and shackles, etc.) shall have "valid certifications" in accordance with BP Quality Specification requirements. Rigging shall comply with ASME B30.26, slings with B30.9 and hooks with B30.10.

6.13   CONTRACTOR shall adhere to the Management of Change procedures as outlined in Appendix 2 of Section 7.

6.14   CONTRACTOR shall agree to assist the COMPANY in achieving the maximum effectiveness of the product/ service delivered, in improving the reliability of the equipment/service delivered, and in avoiding unplanned equipment downtime.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022673

**Section 6 – Quality Assurance and Quality Control**

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022674

# Section 7 – Health, Safety, Security, and Environment
## Halliburton for GOM

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022675

**Section 7 – Health, Safety, Security, and Environment**

## Table of Contents

| | | |
|---|---|---|
| 1.0 | INTRODUCTION | 3 |
| 2.0 | HSSE MANAGEMENT SYSTEM | 3 |
| 3.0 | COMPATIBILITY TO HSSE MANAGEMENT SYSTEMS | 3 |
| 4.0 | COMPLIANCE | 3 |
| 5.0 | COMPETENCE ASSURANCE | 4 |
| 6.0 | REPORTING | 4 |
| 7.0 | MEDICALS, TRAINING, AND PROTECTIVE CLOTHING | 5 |
| 8.0 | WORKING CONDITIONS | 5 |
| 9.0 | PORTABLE AND TRANSPORTABLE EQUIPMENT | 5 |
| 10.0 | HSSE PLAN | 5 |
| 11.0 | HSSE PERFORMANCE STANDARDS | 6 |
| 12.0 | WASTE DISPOSAL AND ENVIRONMENTAL SAFEGUARDS | 6 |
| 13.0 | REFERENCE DOCUMENTS | 6 |
| APPENDIX 1 – BP's HSSE EXPECTATIONS – GETTING HSSE RIGHT | | 7 |
| APPENDIX 2 – THE GOLDEN RULES FOR SAFETY | | 11 |
| APPENDIX 3A – SUBSTANCE ABUSE POLICY (USA) | | 15 |
| APPENDIX 4 – SCOPE SPECIFIC HSSE ISSUES | | 21 |
| APPENDIX 5 – LOCAL HSSE POLICIES AND REQUIREMENTS | | 22 |

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022676

**Section 7 – Health, Safety, Security, and Environment**

## 1.0   INTRODUCTION

COMPANY places prime importance on health, safety, security, and environmental ("HSSE") issues and requires that CONTRACTOR and its SUBCONTRACTORs subscribe to and actively pursue the highest standards of HSSE performance.  COMPANY's expectations in terms of HSSE are stated in Appendices and references contained herein.

## 2.0   HSSE MANAGEMENT SYSTEM

2.1   CONTRACTOR shall provide COMPANY with a statement on its HSSE policy.  The policy shall pay due regard to the responsibilities of individuals, incident reporting, safety meetings and safety training.  CONTRACTOR shall also have established arrangements for monitoring this policy.

2.2   CONTRACTOR must have in place a formal HSSE management system which demonstrates commitment to continuous improvement and excellence in HSSE issues.

2.3   CONTRACTOR's HSSE management system shall be adequately documented, shall be shown to be effective in implementing the aims and objectives of CONTRACTOR's HSSE policy, and shall include provisions for auditing the effectiveness of CONTRACTOR's HSSE management system as applied to the WORK.

2.4   CONTRACTOR shall review its HSSE management system at least annually and update it as necessary.

2.5   Certain activities pose a higher risk to the safety of personnel, property, and the environment.  Higher risk activities will accordingly demand a higher level of HSSE management from CONTRACTOR.  The use of a SUBCONTRACTOR involves the importation of higher risk activity; therefore CONTRACTOR shall ensure and demonstrate the appropriate higher level of HSSE management.  Each CONTRACTOR will ensure that any SUBCONTRACTOR it employs meets these HSSE requirements.

2.6   Risk can vary from location to location and, where the WORK is performed at more than one location, CONTRACTOR may be required to provide different levels of HSSE management for each location.

## 3.0   COMPATIBILITY TO HSSE MANAGEMENT SYSTEMS

CONTRACTOR shall co-operate with COMPANY to ensure that the roles and responsibilities in CONTRACTOR and COMPANY systems are clearly defined and allocated and are clearly understood by all parties.  Where appropriate, an interface document shall incorporate any specific requirements relevant to the WORKSITE or platform on which CONTRACTOR will perform the WORK.

## 4.0   COMPLIANCE

4.1   CONTRACTOR shall observe and comply with all relevant and current applicable statutory requirements, approved codes of practice, and industry guidance on HSSE matters.

4.2   CONTRACTOR shall observe and comply with all relevant and current COMPANY standards and expectations on HSSE matters and which are described in Clause 31 of Section 2- General Conditions of Contract.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022677

**Section 7 – Health, Safety, Security, and Environment**

**5.0   COMPETENCE ASSURANCE**

5.1   CONTRACTOR shall have in place a competence assurance system for its personnel, the scope of which will cover as a minimum:

5.1.1   All trade/discipline skills employed in the performance of the WORK;

5.1.2   Understanding of safe working practices including, without limitation, communications permit-to-work systems, and risk assessment (including risk to the environment); and

5.1.3   A means of confirmation that the system is effective and verification that all personnel are covered and have been assessed for competence.

5.2   COMPANY has the right to object to and require CONTRACTOR to remove from the performance of the WORK any personnel who, in the opinion of COMPANY, misconduct themselves or are incompetent or negligent in the proper performance of their duties and such personnel shall not be employed again in the WORK or any other WORK of COMPANY without COMPANY's approval.

**6.0   REPORTING**

6.1   CONTRACTOR shall submit a formal report quarterly which summarizes CONTRACTOR's and SUBCONTRACTOR's HSSE performance in the preceding reporting period with regard to WORK performed on behalf of COMPANY.  This report shall detail the following unless otherwise mutually agreed:

6.1.1   Performance against agreed/planned HSSE targets;

6.1.2   All Occupational Safety and Health Administration (OSHA) recordable injuries;

6.1.3   All other accidents, spills or other unplanned discharges which either result in, or have potential for, significant injury/damage/loss or are reportable to a statutory authority;

6.1.4   All near miss incidents which have potential for injury/damage/loss;

6.1.5   The issue or proposed issue of an Improvement or Prohibition Notice, notice of intended prosecution or other legal process;

6.1.6   Any other event reportable to a statutory authority;

6.1.7   A summary of monitoring activity, reviews, inspections and audits;

6.1.8   A summary of the status of any remedial actions; and

6.1.9   Estimated total working hours for CONTRACTOR GROUP personnel on the WORKSITE.

6.2   Notwithstanding the provision of a report, CONTRACTOR shall follow the requirements of COMPANY's accident and incident reporting and investigation procedures as mutually agreed.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022678

---

**Section 7 – Health, Safety, Security, and Environment**

---

**7.0   MEDICALS, TRAINING, AND PROTECTIVE CLOTHING**

7.1   All personnel proposed by CONTRACTOR GROUP for the WORK shall be as medically fit for duty in accordance with the applicable statutory requirements.

7.2   All personnel proposed by CONTRACTOR GROUP shall have successfully attended fire fighting and refresher courses as necessary in accordance with applicable statutory requirements at a recognized and approved training centre.

7.3   CONTRACTOR shall, at its own expense, provide its personnel with all necessary protective clothing and equipment suitable for the working conditions.  Such clothing/equipment shall be in accordance with applicable statutory requirements.


**8.0   WORKING CONDITIONS**

8.1   CONTRACTOR shall ensure that all personnel provided by CONTRACTOR GROUP on the WORK shall keep all places of work as clean and tidy as is reasonably practicable under the circumstances, to minimize the risk of causing injury to persons, damage to property or delays in providing the WORK.

8.2   On completion of the WORK, CONTRACTOR shall, without delay, clear away and remove from the WORKSITE all surplus materials and equipment and leave all areas in a clean and tidy condition to the satisfaction of COMPANY REPRESENTATIVE.


**9.0   PORTABLE AND TRANSPORTABLE EQUIPMENT**

9.1   CONTRACTOR shall observe and comply with COMPANY's procedures with regard to the selection, deployment, operation, and maintenance of equipment except where CONTRACTOR procedures are fully documented and applicable.

9.2   CONTRACTOR is responsible for ensuring that all equipment is operated in accordance with safe working practices.

9.3   Location of equipment at the WORKSITE shall be agreed in advance with COMPANY REPRESENTATIVE.


**10.0   HSSE PLAN**

10.1   CONTRACTOR shall prepare a plan for the management of all aspects of the WORK, known as the "HSSE Plan".  The HSSE Plan shall address the requirements of these HSSE provisions, including the requirements of the HSSE management system and the SMS (Safety Management System) and EMS (Environmental Management System) interface document where appropriate.   The HSSE Plan shall be submitted to COMPANY REPRESENTATIVE for review and endorsement in a time frame as agreed with COMPANY.

10.2   CONTRACTOR shall develop and agree with COMPANY REPRESENTATIVE, performance measures that indicate that the HSSE Plan is being implemented.

10.3   The HSSE Plan shall form part of the CONTRACT.  It shall be reviewed at least annually and updated as necessary to incorporate any changes to the WORK and/or CONTRACT.

---

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022679

**Section 7 – Health, Safety, Security, and Environment**

10.4   The HSSE Plan shall address identification of HSSE risks associated with the WORK and definition of methods of controlling those risks to an acceptable level.

10.5   The HSSE Plan shall include details of the proposed method of auditing the effectiveness of CONTRACTOR's HSSE management system as applied to the WORK.

## 11.0   HSSE PERFORMANCE STANDARDS

11.1   When working at a WORKSITE owned or controlled by COMPANY, all personnel provided by CONTRACTOR GROUP shall comply with all current and relevant COMPANY HSSE practices as they relate to the WORK.   At other WORKSITEs, CONTRACTOR and COMPANY shall agree which of COMPANY's HSSE practices are appropriate to the WORK and will be addressed in the SMS and EMS interface document.   Where necessary and appropriate, CONTRACTOR shall seek advice from COMPANY on the interpretation of COMPANY's HSSE practices.

11.2   CONTRACTOR shall, where appropriate, refer to COMPANY's "Getting HSSE Right" and associated HSSE standards as a guide in the management of technical integrity as relevant to the WORK.

## 12.0   WASTE DISPOSAL AND ENVIRONMENTAL SAFEGUARDS

In the performance of the WORK, CONTRACTOR shall at all times:

12.1   Observe and comply with all laws and regulations concerning the production, carrying, keeping, treating and/or disposal of waste;

12.2   Act to minimize the quantity of wastes;

12.3   Be responsible for and ensure the environmentally acceptable handling, storage, treatment, transportation, and disposal of its own wastes, in accordance with above guidelines, except when otherwise agreed to be handled and disposed of by COMPANY; and

12.4   If required by law, CONTRACTOR shall register as a Registered Waste Broker or a Licensed Waste Manager.

## 13.0   REFERENCE DOCUMENTS

In the performance of the WORK, CONTRACTOR shall refer to and observe the following HSSE reference documents attached hereto:

- BP HSSE Expectations – Getting HSSE "Right"

- BP's Golden Rules for Safety

- Scope specific HSSE Reference Documents

- Location specific HSSE Policies and requirements

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022680

Section 7 – Health, Safety, Security and Environment
Appendix 1 – BP's HSSE Expectations "Getting HSSE Right"

## APPENDIX 1 – BP's HSSE EXPECTATIONS – GETTING HSSE RIGHT

**BP's HSSE Expectations comprises 13 primary Units as highlighted below**

### Leadership and Accountability

People at all levels in the BP organization are responsible for leading and engaging the workforce in meeting our health, safety, technical integrity and environmental goals and objectives. Leaders will be held accountable for accomplishing this by demonstrating correct HSSE behaviors, by clearly defining HSSE roles and responsibilities, by providing needed resources, and by measuring, reviewing, and continuously improving our HSSE performance.

Expectations:

- Leaders model positive HSSE behaviors by personal example both on and off the job, and reinforce and reward positive behaviors.
- Leaders engage in clear, two-way communication with employees, contractors and others on HSSE issues.
- Leaders integrate the HSSE Expectations into business planning and decision making processes, ensuring that documented systems are in place to deliver these Expectations.
- Leaders establish clear HSSE goals and objectives, roles and responsibilities, performance measures and allocate competent resources and, where necessary, specialist expertise.
- HSSE Management systems are developed, documented, implemented, and supported throughout the organization. These address health, safety, technical integrity, environmental, security, product, and operational risks in accordance with the appropriate Expectations.
- Leaders' HSSE performance is assessed against their annual objectives, based on feedback from line management, peers, and others in the Business Unit.
- Leaders integrate Group HSSE targets into their business activities. (These include, for example, external verifications, climate change, sustainable development, biodiversity, and emissions reductions.)
- Leaders promote the sharing of HSSE lessons learned inside and outside their Business Unit.

### Risk Assessment and Management

Management of risk is a continuous process and the cornerstone of all the HSSE Elements. We will regularly identify the hazards and assess the risks associated with our activities. We will take appropriate action to manage the risks and hence prevent or reduce the impact of potential accidents or incidents.

Expectations:

- Leaders put into place and promote the use of processes to identify hazards associated with BP's activities, assess risks, control the hazards, and manage the risks to acceptable levels.
- Potential hazards and risks to personnel, facilities, the public, customers and the environment are assessed for existing operations, product, business developments, acquisitions, modifications, new projects, closures, divestments and decommissionings.
- Assessed risks are addressed by levels of management appropriate to the nature and magnitude of the risk. Decisions are clearly documented and resulting actions implemented through local procedures.
- Risk assessments and risk management/control measures are referenced in project approval documentation.
- Risk assessments are updated at specified intervals and as changes are planned.

### People, Training and Behaviors

People's behavior is critical to BP's success; therefore, our workforce will be carefully selected and trained, and their skills and competencies regularly assessed.

Expectations:

- Employees and contractors practice, encourage, and reinforce safe, healthy, and environmentally sound behaviors.
- HSSE roles, responsibilities, and accountabilities are developed and used to define individual performance targets. These are documented, and feedback on personal performance is provided.
- Recruitment, selection, and placement processes ensure that personnel are qualified, competent, and physically and mentally fit for their assigned tasks.
- BP's workforce has the required skills and training to competently perform their tasks in a healthy, safe, and environmentally sound manner. Training is evaluated to determine its effectiveness.
- With employees' involvement, physical, chemical, biological, ergonomic, and psychological health hazards are identified and the risks managed in the workplace.
- Each worksite has access to an appropriate level of medical support and to resources/facilities that promote health and wellness.
- A program is in place to ensure that the performance of our workforce and others on our premises is not impaired by drugs or alcohol.
- New or transferred employees, contractors and other visiting personnel undergo appropriate site orientation/induction training which covers HSSE rules and emergency procedures.

### Working with Contractors and Others

Contractors, suppliers and others are key to our Group business performance and we will assess their capabilities and competencies to perform work on our behalf. We will work together with them to ensure our HSSE Expectations are aligned. We will monitor contractors' and partners' performance and ensure our procurement processes contain the rigor to deliver our Expectations.

Expectations:

- Pre-qualification, selection and retention criteria are established for work performed by contractors, suppliers, and others, including a system for assuring their compliance.
- Hazards and risks associated with contractor and procurement activities in our businesses are identified, managed, and communicated.
- Interfaces between BP and suppliers of services and products are identified and effectively managed.
- Clear deliverables and performance standards are agreed to and systems are put in place to assure HSSE and technical compliance.
- Purchased products and services are, where possible, verified as meeting national/international health, safety, and environmental standards.
- Joint venture and alliance partners have HSSE management systems that are aligned with those of BP, meet legal

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022681

## Section 7 – Health, Safety, Security and Environment
## Appendix 1 – BP's HSSE Expectations "Getting HSSE Right"

compliance requirements and satisfy the Group's Expectations and targets.

### Facilities Design and Construction

New facilities and modifications to existing facilities will be designed, procured, constructed, and commissioned to enable safe, secure, healthy, and environmentally sound performance throughout their operational life, by using recognized standards, procedures, and management systems.

Expectations

- Baseline technical, environmental and health data are collected before the development of any new operation, facility, or major modification.
- Facilities are designed and constructed using technology which balances commercial risks and financial benefits to manage technical risk and minimize or eliminate emissions, discharges, impacts on biodiversity, and other environmental impacts.
- Project management systems and procedures addressing technical integrity and HSSE accountabilities are documented and well understood. Design, procurement, and construction standards are formally approved by the designated technical/engineering authority. Formal design review, verification, and validation studies are carried out based on risk assessment.
- Operational, maintenance and HSSE expertise are integrated early in the project/design stage. Experience from previous projects and current operations are applied.
- Potential hazards are identified and HSSE risks assessed using appropriate risk assessment tools (e.g. quantified risk assessments, HAZOPS, and HSSE reviews) at specific stages of a project from concept through to start-up, and risks are mitigated through risk management techniques.
- Deviations from design standards are identified and managed at an appropriate level, with the reasons documented and retained.
- Local regulatory requirements are met or exceeded. Where these are absent or inadequate, standards are set that protect people and the environment.
- Quality assurance and inspection systems are in place to ensure that facilities meet design and procurement specifications and that construction is in accordance with approved standards.
- Documented pre-startup reviews are carried out for all newly installed or modified equipment to confirm that construction is in accordance with design, all required verification testing is complete and acceptable, and all recommendations/deviations are closed and approved by the designated technical authority.

### Operations and Maintenance

Facilities will be operated and maintained within the current design envelope to ensure safe, secure, healthy, and environmentally sound performance.

Expectations.

- Post-startup reviews are carried out for all newly installed or modified equipment to confirm that construction is in accordance with design, all required verification testing is complete and acceptable, and all recommendations/deviations are closed and approved by the designated technical authority.
- Applicable regulatory requirements are met or exceeded and operational/technical/mechanical integrity is maintained by use of clearly defined and documented operational, maintenance, inspection, and corrosion control systems.
- Key operating parameters are established and regularly monitored. The workforce understands their roles and responsibilities to maintain operations within these parameters.
- Clearly defined start-up, operating, maintenance, and shutdown procedures are in place with designated authorities identified (e.g. permit to work, hand-over, equipment and process isolation, etc).
- Equipment that has been out of service for maintenance or modification is subject to documented inspection and testing prior to use.
- Reliability and availability of protective systems are maintained by appropriate testing and maintenance programs, including management of temporary disarming or deactivation.

- Risks introduced by simultaneous operations 13 are assessed and managed.
- HSSE impacts associated with waste, emissions, noise, biodiversity and energy use are monitored and minimized.
- Comprehensive waste management programs are in place to ensure that wastes are minimized, re-used, recycled, or properly disposed of.
- Decommissioning, remediation, and restoration plans are established using risk-based studies for end of life9 equipment/facilities.
- A quality assurance programmed exists to ensure that equipment replacement or modification maintains operations integrity.

### Management of Change

All temporary and permanent changes to organization, personnel, systems, procedures, equipment, products, materials, or substances will be evaluated and managed to ensure that health, safety and environmental risks arising from these changes remain at an acceptable level. We will comply with changes to laws and regulations and take account of new scientific evidence relating to HSSE effects.

Expectations:

- The health, safety, security, environmental, technical, and other impacts of temporary and permanent changes are formally assessed, managed, documented, and approved.
- Changes in legal and regulatory requirements, technical codes, and knowledge of health and environmental effects, are tracked and appropriate changes implemented.
- Effects of change on the workforce/organization, including training requirements, are assessed and managed.
- The impact on product quality of changes in manufacturing processes is assessed, associated hazards are evaluated, and risks are controlled.
- The original scope and duration of temporary changes are not exceeded without review and approval.

### Information and Documentation

We will maintain accurate information on our operations and products. It will be held securely yet readily available.

Expectations:

- A system is in place to securely manage drawings, design data, and other documentation, including definition of responsibilities for maintaining this information.
- Applicable regulations, permits, codes, standards, and practices are identified. The resultant operating requirements are documented and communicated to the workforce.
- Pertinent records are maintained, available and retained as necessary. Obsolete documentation is identified and removed from circulation.
- Scope and format of technical documentation will be agreed for each facility and will form part of the design input for new facilities and modifications.
- Employee health, medical and occupational exposure records are maintained with appropriate confidentiality and retained as necessary.

### Customers and Products

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022682

**Section 7 – Health, Safety, Security and Environment**
**Appendix 1 – BP's HSSE Expectations "Getting HSSE Right"**

We will assess, manage, and communicate the hazards associated with BP's products. We will communicate up-to-date information to help users and others handle our products in a safe and environmentally responsible manner.

Expectations

- Assessments are conducted for new products prior to marketing or distribution, to identify health, safety and environmental hazards and risks associated with normal use and foreseeable misuse.
- Periodic reassessments are conducted for all manufactured and re-branded products and intermediate streams. This includes a review of adverse effects reported or experienced by those handling these products.
- New uses or markets for existing products are evaluated to ensure that health, safety and environmental hazards and risks are identified and addressed.
- Records of assessment, background information, and conclusions are kept up-to-date throughout the product's life and retained as appropriate.
- Up-to-date information on health, safety and environmental hazards and risks relating to the use, storage, handling, transport, and disposal of our products is available to the workforce, customers and others. Material Safety Data Sheets (MSDS), labels and other information are developed and issued to handlers and users in accordance with legislative and customer requirements, and as information changes.
- A system exists to collect and review adverse effects reported or experienced by those handling our products. Causes for concern are identified and actions are taken.
- An effective recall system exists for products where a defect could give rise to health, safety, or environmental hazards.
- A system is in place to respond on a 24-hour basis to emergency requests for product health, safety, and environmental information.

## Community and Stakeholder Awareness

We value the importance of community awareness and will actively engage in dialogue with various stakeholders to maintain public confidence in the integrity of our operations and products and our Commitment to HSSE Performance.

Expectations

- Open and proactive communications are established and maintained with employees, contractors, regulatory agencies, public organizations, and communities regarding the HSSE aspects of our business.
- BP recognizes and responds to government and community HSSE related Expectations and concerns about our operations and our products.
- HSSE impacts of new business development on local communities are openly assessed, communicated, and integrated into the business case.
- HSSE impacts of any divestment or decommissioning on existing operations, neighbors, or local community (originally identified during the new business development stage) are reviewed, communicated, and managed.
- Major business operations periodically issue an externally verified statement relating to HSSE performance and programs.

## Crisis and Emergency Management

Emergency management plans will be maintained to cover all of our facilities, locations, and products. These plans will identify equipment, training, and personnel necessary to protect the workforce, customers, public, environment, and BP's reputation in the event of an incident.

Expectations

- Emergency management plans are based on the risks that potentially impact the business. These plans are documented, accessible, clearly communicated, and align to the BP Group's emergency management system.

- Equipment, facilities, and personnel needed for emergency response are identified, tested and available.
- Personnel are trained and understand emergency plans, their roles and responsibilities, and the use of crisis management tools and resources.
- Drills and exercises are conducted to assess and improve emergency response/crisis management capabilities, including liaison with and involvement of external organizations.
- Periodic updates of plans and training are used to incorporate lessons learned from previous incidents and exercises.

## Incidents Analysis and Prevention

Incidents will be reported, investigated, and analyzed to prevent recurrence and improve our performance. Our investigations will focus on root causes and/or system failures. Corrective actions and preventive measures will be utilized to reduce future injuries and losses.

Expectations

- All health, safety, technical integrity, security, and environmental incidents, including near misses, are openly reported, investigated, analyzed, and documented.
- Major incidents are investigated by a multi-function/level team with participation and leadership from outside the Business Unit.
- Incident investigations, including identification of root causes and preventive actions, are documented and closed-out.
- Information gathered from incident investigations is analyzed to identify and monitor trends and develop prevention programs.
- Lessons learned from investigations are shared across BP and personnel take appropriate action upon receipt of such information.
- Mutual sharing of lessons learned and good practice is encouraged within the wider energy and chemical industry.

## Assessment, Assurance and Improvement

We will periodically assess the implementation of and compliance with these Expectations to assure ourselves and stakeholders that management processes are in place and working effectively. This will involve both internal self-assessments, and appropriate external assessments. We will use this information to improve our performance and processes.

Expectations

- HSSE performance indicators (both inputs and outcomes) are established, communicated, and understood throughout the organization.
- The workforce is actively involved in periodic self-assessments of the effectiveness of processes and procedures to meet the HSSE Expectations.
- HSSE performance indicators are regularly used to determine when and what management system changes are necessary. When changes occur in one HSSE Element the impact on the entire management system is evaluated.
- A system exists to continually improve HSSE behaviors through observation, recording and coaching.
- A documented, risk-based audit programmed exists to periodically evaluate progress towards HSSE targets, regulatory compliance, and the effectiveness of the Business Unit management system(s).
- The Business Unit, in co-operation with the audit team, plans audits, which are objective and systematic. These are documented and conducted using expertise from inside and outside the unit.
- Findings from learning processes (e.g. audits, incident investigations, near misses, HAZOPS, etc.) are prioritized, tracked and used to systematically improve the HSSE management system.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022683

**Section 7 – Health, Safety, Security and Environment**
**Appendix 1 – BP's HSSE Expectations "Getting HSSE Right"**

- The Business Unit leadership team reviews the management system to ensure it is continually delivering consistent, desired performance. Based on the review, new risk-based targets are considered and established wherever necessary.
- Business Units report HSSE performance data, as part of the Group's HSSE Reporting Requirements.
- A process is in place whereby assurance is regularly provided to the Group Chief Executive demonstrating effective implementation of the BP HSSE Commitment and Expectations. Annual self-assessments against these Expectations are carried out by each Business Unit, along with external audits at least every three years.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022684

**Section 7 – Health, Safety, Security and Environment**
**Appendix 2 – BP Golden Rules**

**APPENDIX 2 – THE GOLDEN RULES FOR SAFETY**

COMPANY's safety policy states no harm to people and no accidents.  Everyone who works for or on behalf of COMPANY is responsible for their safety and the safety of those around them.

The following safety rules will be strictly enforced to ensure the safety of our people and our communities.

COMPANY's senior leadership are accountable for communicating, training, implementing, and auditing these rules to assure compliance and performance.

Although embedded in each of these rules, it is important to emphasize that:

- *Work will not be conducted without a pre-job risk assessment and a safety discussion appropriate for the level of risk.*
- *All persons will be trained and competent in the work they conduct.*
- *Personal protection equipment will be worn as per risk assessment and minimum site requirements.*
- *Emergency response plans, developed from a review of potential emergency scenarios, will be in place before commencement of work.*
- *Everyone has an obligation to stop work that is unsafe*

*Are you trained and competent to perform this work?*
*You have an obligation to stop the work if it's unsafe.*

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022685

**Section 7 – Health, Safety, Security and Environment**
**Appendix 2 – BP Golden Rules**

### 1.0   PERMIT TO WORK

Before conducting work that involves confined space entry, work on energy systems, and ground disturbance in locations where buried hazards may exist, or hot work in potentially explosive environments, a permit must be obtained that:

- defines scope of work
- identifies hazards and assesses risks
- establishes control measures to eliminate or mitigate hazards
- links the work to other associated work permits or simultaneous operations
- is authorized by the responsible person(s)
- communicates above information to all involved in the work
- ensures adequate control over the return to normal operations

### 2.0   ENERGY ISOLATION

Any isolation of energy systems; mechanical, electrical, process, hydraulic and others, cannot proceed unless:

- the method of isolation and discharge of stored energy are agreed and executed by a competent person(s)
- any stored energy is discharged
- a system of locks and tags is utilized at isolation points
- a test is conducted to ensure the isolation is effective
- isolation effectiveness is periodically monitored

### 3.0   GROUND DISTURBANCE

Work that involves a manmade cut, cavity, trench, or depression in the earth's surface formed by earth removal cannot proceed unless:

- a hazard assessment of the work site is completed by the competent person(s)
- all underground hazards, i.e., pipelines, electric cables, etc., have been identified, located and if necessary, isolated

### 4.0   WHERE PERSONS ARE TO ENTER AN EXCAVATION

A confined space entry permit shall be issued if the entry meets the confined space definition ground movement is controlled and collapse is prevented by systematically shoring, sloping, benching, etc., as appropriate ground and environmental conditions are continuously monitored for change.

### 5.0   CONFINED SPACE ENTRY

Entry into any confined space cannot proceed unless:

- all other options have been ruled out
- permit is issued with authorization by a responsible person(s)
- permit is communicated to all affected personnel and posted, as required

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022686

**Section 7 – Health, Safety, Security and Environment**
**Appendix 2 – BP Golden Rules**

- all persons involved are competent to do the work
- all sources of energy affecting the space have been isolated
- testing of atmospheres is conducted, verified and repeated as often as defined by the risk assessment
- stand-by person is stationed
- unauthorized entry is prevented

## 6.0  WORKING AT HEIGHTS

Working at heights of 2 meters (6 feet) or higher above the ground cannot proceed unless:
a fixed platform is used with guard or hand rails, verified by a competent person(s) or
fall arrest equipment is used that is capable of supporting at least a 2275 kg (5000 lbs) static load per person and has:

- a proper anchor mounted, preferably overhead
- full body harness using double latch self locking snap hooks at each connection
- synthetic fiber lanyards
- shock absorber
- fall arrest equipment will limit free fall to 2 meters (6 feet) or less
- A visual inspection of the fall arrest equipment and system is completed and any equipment that is damaged or has been activated is taken out of service.
- person(s) are competent to perform the work

## 7.0  LIFTING OPERATIONS

Lifts utilizing cranes, hoists, or other mechanical lifting devices will not commence unless:

- an assessment of the lift has been completed and the lift method and equipment has been determined by a competent person(s)
- operators of powered, lifting devices are trained and certified for that equipment
- rigging of the load is carried out by a competent person(s)
- lifting devices and equipment has been certified for use within the last 12 months (at a minimum)
- load does not exceed dynamic and/or static capacities of the lifting equipment
- any safety devices installed on lifting equipment are operational
- all lifting devices and equipment have been visually examined before each lift by a competent person(s)

## 8.0  DRIVING SAFETY

All categories of vehicle, including self-propelled mobile plant, must not be operated unless:

- the vehicle is fit for purpose, inspected and confirmed to be in safe working order,
- number of passenger does not exceed manufacturer's design specification for the vehicle,
- loads are secure and do not exceed manufacture's design specifications or legal limits for the vehicle,
- seat belts are installed and worn by all occupants,
- safety helmets are worn by riders and passengers of motorcycles, bicycles, quads, snow-mobiles and similar types of vehicle.
- Drivers must not be authorized to operate the vehicle unless:
- they are trained, certified and medically fit to operate the class of vehicle
- they are not under the influence of alcohol or drugs, and are not suffering from fatigue

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022687

**Section 7 – Health, Safety, Security and Environment**
**Appendix 2 – BP Golden Rules**

- they do not use hand-held cell/mobile phones and radios while driving (best practice is to switch off all phones and two-way radios when driving)

## 9.0   MANAGEMENT OF CHANGE

Work arising from temporary and permanent changes to organization, personnel, systems, process, procedures, equipment, products, materials or substances, and laws and regulations cannot proceed unless a Management of Change process is completed, where applicable, to include:

- a risk assessment conducted by all impacted by the change
- development of a work plan that clearly specifies the timescale for the change and any control measures to be implemented regarding:
- equipment, facilities and process
- operations, maintenance, inspection procedures
- training, personnel and communication
- documentation
- authorization of the work plan by the responsible person(s) through completion

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022688

**Section 7 – Health, Safety, Security and Environment**
**Appendix 3 – Drug, Alcohol Standard and Expectations**

**APPENDIX 3 – SUBSTANCE ABUSE POLICY (USA)**

COMPANY has a strong commitment to provide a safe work place for its employees and other persons working or visiting on its premises and working on its projects. In order to assist in maintaining a safe working environment, and to protect COMPANY property, this Policy concerning substance abuse is established.

**CONTRACTORs, SUBCONTRACTORs, and vendors who perform labor or services on COMPANY WORKSITEs or premises, on COMPANY Projects, or on whose premises COMPANY employees spend substantial time, must have and administer a formal substance abuse interdiction policy. CONTRACTOR's policy, at a minimum, must include substance testing of CONTRACTOR's employees entering COMPANY WORKSITEs or premises or working on COMPANY Projects, consistent with the terms of this Policy.**

For the purpose of this Policy, a "COMPANY Project" refers to any work performed under the Section 3 - "Scope of Work" provision of the applicable contract between COMPANY and CONTRACTOR.

The failure of a CONTRACTOR to comply with the provisions of this policy constitutes cause for termination subject to the provisions of this CONTRACT.

<u>SECTION I – POLICY STATEMENT</u>

The use, possession, concealment, transportation, promotion, or sale of the following substances is <u>strictly prohibited</u> on COMPANY premises, including all property owned, operated, leased by, or under the control of COMPANY, as well as on the location of *any* authorized COMPANY Project, regardless of the physical location where such work is performed.[1]

- Prohibited substances are defined as: (a) any alcoholic beverage, the use of which is not authorized by the COMPANY, (b) any substance that an individual may not sell, possess, use, or distribute under the laws of the state in which the individual is employed or is working, and (c) any otherwise legal but illicitly-used substances.

- "Otherwise legal but illicitly-used substances" include (a) prescription drugs obtained without proper medical authorization, and (b) prescribed drugs, over-the-counter drugs, and other substances not being used for their intended purposes or at intended dosage.

- Drug paraphernalia and similar items used for substance abuse are likewise prohibited on COMPANY premises.

CONTRACTORs shall submit a copy of their policy and program to the COMPANY employee designated to administer contracts, or to such other individual as may hereafter be designated by COMPANY. Such policy must provide for substance testing of employees, and must meet the minimum standards as set forth in Section II below. COMPANY reserves the right to prohibit solicitation of bids from, deny entry to COMPANY premises to, or cancel any project, or portion thereof, with, any CONTRACTOR that fails to present a written policy that meets COMPANY's minimum standards, or that fails to administer an acceptable policy.

---

[1] *In many contracts, COMPANY reserves the right to remove a CONTRACTOR's employees for any reason. In no way does this policy detract from that right.*

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022689

**Section 7 – Health, Safety, Security and Environment**
**Appendix 3 – Drug, Alcohol Standard and Expectations**

Any CONTRACTOR employee found to be in violation of this Policy shall, thereafter, be prohibited from entering COMPANY premises and prohibited from working on any COMPANY Project.  Reinstatement of the access privilege may be made after one year upon request of the employing CONTRACTOR.  Such requests will be evaluated on the merits of each case.  A request will be granted only upon receipt of evidence that the employee successfully passed a substance screen conducted within not more than thirty (30) days prior to the date of the request, successfully completed an assessment by a Substance Abuse Professional ("SAP") and complied with all recommended treatment or rehabilitation prescribed by the SAP.

SECTION II – TESTING

A.   DEFINITIONS

For the purpose of this policy:

1.   "Substance testing" means the analysis of urine, saliva, or breath; however, at times circumstances may warrant additional testing methods.

2.   "Chain of custody" means the combination of procedures and documentation that provides a faithful and accurate written record of the custody of a biological specimen, from time of initial collection of a specimen, to final laboratory analysis.

3.   "Negative test result" means a laboratory conclusion that the presence of a substance was not detected in a specimen at or above the screening and confirmation levels utilized.

4.   "Screened positive result" means that an EMIT analysis has revealed one or more substances present at or above screening cut-off level.

5.   "Presumptive positive result" means a laboratory conclusion that a specimen was found to contain the presence of a substance based on one or more analytical procedures, one of which must be gas chromatography/mass spectrometry (GC/MS).

6.   "Confirmed positive result" means a laboratory presumptive positive result that has been confirmed as a positive substance test by a Medical Review Officer (MRO)

B.   LABORATORY AND SAMPLING STANDARDS

1.   Testing for the following substances, at the indicated screening and confirmation cutoffs, are recommended:

| Drug | EMIT Screen | Confirmation Levels |
|---|---|---|
| Amphetamines | 1000 ng | 500 ng |
| Marijuana | 50 ng | 15 ng |
| Cocaine | 300 ng | 150 ng |
| Opiates | 2000 ng | 2000 ng |
| PCP | 25 ng | 25 ng |
| Alcohol | .02 BAC | .02 BAC |

CONTRACTORs subject to DOT testing should abide by appropriate levels.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022690

**Section 7 – Health, Safety, Security and Environment**
**Appendix 3 – Drug, Alcohol Standard and Expectations**

2.   The specimens of applicants and current employees will be tested using an enzyme immunoassay (such as EMIT) and/or a radioimmunoassay. (Approved on-site testing is permissible.) In this testing scheme, a positive finding is called a screened positive. All screened positives will be further tested using GC/MS. In this testing scheme, a positive finding is called a presumptive positive. All presumptive positives will undergo MRO review.

3.   Alcohol screening testing may include utilization of either breath or saliva testing. Tests, which are screened positive, will undergo confirmation via the use of an evidential-quality breathalyzer for confirmation of positive alcohol test results. MRO review is not required for positive alcohol test results, unless otherwise required by applicable local, state, or federal law

C.   CONFIDENTIALITY

When a CONTRACTOR conducts drug testing of its employees in order to establish eligibility to enter COMPANY premises or work on COMPANY Projects, such substance testing results that are positive will not be individually disclosed to COMPANY. COMPANY will require, however, that CONTRACTORs certify that each employee assigned to work on COMPANY premises or on COMPANY Projects has passed a substance test that meets the standards of this Policy. CONTRACTORs must maintain records related to substance tests under this Policy, which are subject to audit by COMPANY as further set forth in Sections IV and VI of this Policy.

The results of reasonable suspicion or accident/incident investigation substance tests performed by a CONTRACTOR on its employees assigned to work on COMPANY premises or projects must be disclosed to local COMPANY management upon request, unless prohibited by federal, state, or local law.

D.   TESTING

1.   CONTRACTORs will conduct substance testing in these situations:

a.   before any CONTRACTOR employee may enter COMPANY premises or perform work in any COMPANY Project for the first time.

b.   annual random drug testing of at least 25% of CONTRACTOR's workforce engaged in work on COMPANY premises and on any COMPANY Project; this requirement will be met if CONTRACTOR covers the applicable employees under a larger drug testing pool that is subject to annual testing of at least 25% of the pool population.

c.   upon reasonable suspicion by CONTRACTOR or COMPANY that a CONTRACTOR employee on COMPANY premises, or working on a COMPANY Project, is under the influence of, or has consumed any substance or item prohibited by this policy.

d.   when designated by COMPANY management, immediately following any incident that results in a recordable bodily injury as defined by OSHA, or damage to COMPANY or CONTRACTOR-owned property. Additionally, any substance testing, following an incident requiring DOT substance testing as regulated and described by DOT (FHA, RSPA, and USCG), must be strictly adhered to. (Note: Substance testing may also be required by CONTRACTOR or COMPANY following a near-miss incident. A near-miss incident is any incident which, if it had proceeded to a reasonably possible and more serious level of development, would have had the potential for personnel injuries, property damage, or serious liability claims).

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022691

**Section 7 – Health, Safety, Security and Environment**
**Appendix 3 – Drug, Alcohol Standard and Expectations**

2.   CONTRACTORs will assume all costs associated with testing.

3.   The refusal of a CONTRACTOR's employee to sign a consent form or submit to any testing required by this Policy will result in revocation of the person's access privileges.  A refusal to test shall include a failure to cooperate with any part of the testing process, including: (1) failing to remain until the process is completed; (2) failing to provide a sufficient or adequate specimen (without medical explanation); (3) failing to appear for testing (including failing to appear within a reasonable time after being notified of testing); (4) failing to submit to a re-collection or retesting when required; or (5) submitting a specimen that the MRO verifies as adulterated or substituted.

E.   EXCEPTIONS

The following exceptions may be granted at the discretion of COMPANY management:

1.   CONTRACTORs and CONTRACTORs' employees who are contracted or hired on short notice may be permitted to begin work on-site or on a COMPANY Project pending receipt of the results of pre-access substance testing.  This permission will not extend beyond seven (7) calendar days from the first date after work starts by CONTRACTOR.

Any person working under this provision must be removed from the work site immediately upon receipt of a positive test result, or at the end of seven (7) calendar days if test results have not been reported.

This provision is to allow work to begin on emergency or short notice situations *only*. Testing must be done as soon as reasonably feasible, and results must be available within the seven (7) calendar days allotted.  This provision covers only employees needed for immediate initial staffing and does not extend to those hired with sufficient time for pre-access testing (2-3 days after job begins).

2.   CONTRACTORs or vendors who have a need for site access, and whose work on a COMPANY Project poses a minimal safety risk, may be exempted by authorized COMPANY management from compliance with this Policy.

F.   VALIDITY PERIOD

A pre-access substance test must have been administered within ninety (90) days immediately preceding access.  This requirement may be waived by local authorized COMPANY management for persons who are regaining access after an absence of not more than ninety (90) days.

COMPANY will recognize a substance test conducted of an employee while that employee worked for a different employer if (1) the test is conducted within the 90-day period required by this policy, and (2) the laboratory and sampling procedures meet the standards set forth in this Policy.  COMPANY prefers that the testing requirements be verified by an independent agency such as CONTRACTOR's Safety Council.

SECTION III – SEARCHES AND INSPECTIONS

COMPANY reserves the right at all times on its premises to conduct unannounced substance screens, searches, and inspections of CONTRACTORs, CONTRACTORs' employees, vendors, and other persons, including their effects, lockers, baggage, desks, tool boxes, clothing, and vehicles. The purpose of such screens, searches, and inspections is to ensure compliance with this Policy.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022692

**Section 7 – Health, Safety, Security and Environment**
**Appendix 3 – Drug, Alcohol Standard and Expectations**

Any controlled substances or items prohibited by this Policy, or any materials that are illegal to possess, will be retained by COMPANY and may be destroyed or turned over to the appropriate law enforcement agency.

The refusal of a CONTRACTOR's employee to submit to a search or inspection will result in the revocation of the person's access privileges.

SECTION IV – COMPLIANCE AUDITS

COMPANY reserves the right to periodically audit a CONTRACTOR's records to verify compliance with this Policy. Such verification will include, but not be limited to:

1.  examination of the CONTRACTOR's substance abuse policy and its implementing directives and procedures;

2.  a determination that substance testing is being conducted in those situations where it is required, and that the testing meets the standards of this policy;

3.  examination of chain of custody procedures which ensure integrity of collected specimens; or

4.  evaluation of laboratory services.

Audit results will be treated as confidential in order to protect the privacy of tested persons.

SECTION V – SUBCONTRACTS

In all cases where a CONTRACTOR is permitted to employ a SUBCONTRACTOR, the CONTRACTOR is responsible for insuring that the SUBCONTRACTOR and SUBCONTRACTOR's employees are in compliance with this Policy. Contracts between CONTRACTORs and Subcontractors must stipulate that COMPANY reserves the right to audit SUBCONTRACTOR's substance programs.

SECTION VI – CONSENT FORMS

The CONTRACTOR must obtain a signed consent demonstrating each employee's agreement to release to CONTRACTOR and COMPANY the results of any substance testing performed, unless prohibited by applicable federal, state, or local law.

COMPANY will look at substance test results only during occasional compliance audits as described in Section IV, or when testing is required by COMPANY as described in Section II.

SECTION VII – NOTICE

The CONTRACTOR must ensure that each of its employees and the employees of its SUBCONTRACTORs are informed of the provisions of this Policy and of the CONTRACTOR's substance abuse policy. Notice will include the consequences of failure to comply, and notice will be made prior to any employees entering COMPANY premises or working on COMPANY Projects.

SECTION VIII – CONCLUSION

Consideration for work on COMPANY WORKSITE, premises or projects will be conditioned upon CONTRACTOR's implementation of a policy that, in COMPANY's sole judgment, conforms to the

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022693

**Section 7 – Health, Safety, Security and Environment**
**Appendix 3 – Drug, Alcohol Standard and Expectations**

minimum standards expressed in this Policy.   Program development and implementation are the responsibility of the CONTRACTOR.

The central goal of this Policy is to provide a safe and efficient working environment for all persons on COMPANY premises, and to ensure that COMPANY Projects are performed in a safe and efficient manner.  Cooperation is vitally important to the achievement of this important goal.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022694

**Section 7 – Health, Safety, Security and Environment**
**Appendix 4 – Scope Specific HSSE Issues**

**APPENDIX 4 – SCOPE SPECIFIC HSSE ISSUES**

Certain specific HSSE Requirements will be specifically selected for certain CONTRACTORs dependent upon scope of work and WORKSITE location.  COMPANY shall advise CONTRACTOR of all that apply prior to execution of CONTRACT.  COMPANY and CONTRACTOR will initial all those that apply.  See web site for details: http://nasupplierhsse.bpglobal.com.

SPECIFIC HSSE REQUIREMENTS

1.  CONTRACTOR will have a written Waste Management plan at the COMPANY Project Site for WORK performed that, at a minimum, requires identification of waste and disposal methods.

2.  COMPANY requires CONTRACTOR to have an acceptable Contractor Environmental Management System (C-EMS).

3.  CONTRACTORs will meet or exceed BP's COMPANY Driving Standard.

4.  CONTRACTOR will have and apply a Fitness-for-Duty program which includes assessment of the physical capability of employees to perform certain specific tasks and a physical agility testing component (Gulf of Mexico only).

5.  CONTRACTOR will supply COMPANY with a valid Certificate of Recognition applicable to Province of Operation certified by Petroleum Industry Training Service (PITS) or CONTRACTOR's Service Line certifying body (Canada only).

6.  CONTRACTOR must have a working knowledge of the Drilling and Well Operations Policy.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022695

**Section 7 – Health, Safety, Security, and Environment**
**Appendix 5 – Local HSSE Policies and Requirements**

**APPENDIX 5 – LOCAL HSSE POLICIES AND REQUIREMENTS**

**1.0   GENERAL**

Each COMPANY Strategic Performance Unit (SPU) will have location specific HSSE documents and provisions that will be included and attached to each CONTRACT detailing minimum HSSE requirements for that SPU.  These documents may include, but not be limited to the following requirements and documents:

- Safety Management System (SMS) Bridging Document;
- Environmental Management System (EMS) Bridging Document; and
- Vehicle and Driving Safety Policy

This section may also include, but is not limited to:

- Radioactive Source Procedures (Mandatory for all applicable work in the US);
- Offshore Working Policy;
- Gulf of Mexico Safe Practices Manual (US offshore only);
- COMPANY Office Policies;
- Camp Rules; and
- Others as required

Additional SPU requirements and related HSSE minimum requirements documents are as follows and are found at the end of this Appendix 5:

Section 7, Appendix 5, Attachment 1 – BP Gulf of Mexico SPU HSSE Document

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022696

## Attachment 1 – Gulf of Mexico SPU

<u>HEALTH, SAFETY, SECURITY, AND ENVIRONMENTAL REQUIREMENTS</u>

The following constitute Health, Safety, Security, and Environmental (HSSE) Requirements for CONTRACTOR and any SUBCONTRACTORs performing work on COMPANY Sites (real estate owned or leased by COMPANY, where COMPANY is the operator) and on COMPANY Project Sites (where work is performed exclusively for COMPANY). HSSE Requirements encompass compliance with all applicable federal, state/provincial, maritime, and local statutes, regulations, enforceable agreements, agency orders, permits, and contract documents. HSSE Requirements also include specific COMPANY requirements as disclosed below and any site-specific requirements not specified below. Each CONTRACTOR will ensure that any SUBCONTRACTOR it employs meets these HSSE Requirements. CONTRACTOR will take any additional precautions necessary to prevent harm to personnel or damage to the environment, property, or COMPANY's reputation.

CONTRACTOR's Program will strive to deliver an incident and injury-free work place and will achieve a total 12-month rolling recordable incident rate (TRIR) equal to, or better than, the TRIR hurdle set by the COMPANY for work conducted on COMPANY Sites and COMPANY Project Sites. COMPANY may revise the hurdle rate downward annually to achieve the incident and injury-free work place objective.

CONTRACTOR will provide, at COMPANY's request, a monthly breakdown of hours worked and miles/kilometers driven (including SUBCONTRACTORS' hours and miles/kilometers) on COMPANY Sites or COMPANY Project Sites.

**COMPANY Specific HSSE Requirements for all CONTRACTORs**

In order to meet COMPANY's specific HSSE Requirements, CONTRACTOR will have a HSSE Program with a focus on continual performance improvement (or utilize COMPANY's program). COMPANY has the right to audit CONTRACTOR's HSSE Program and documents. At a minimum, the following elements will be included in CONTRACTOR's HSSE Program:

1) **Leadership**

   CONTRACTOR Leadership will actively communicate HSSE expectations and COMPANY requirements, routinely monitor HSSE performance, develop action plans for continuous improvement, and actively take ownership of HSSE.

   CONTRACTOR will ensure that CONTRACTOR's employees understand COMPANY's HSSE policy and comply with COMPANY's Golden Rules of Safety for work performed on COMPANY Project Sites.

2) **Behavior Based Safety**

   CONTRACTOR will have a behavior-based safety program which, at a minimum, will include a safety observation program (or utilize COMPANY's program) with performance targets. CONTRACTOR will communicate to CONTRACTOR employees the expectation that everyone has an obligation to stop work that is unsafe.

   In addition, CONTRACTOR will have a hazard identification and risk assessment process for completing a daily pre-job task hazard analysis and/or work permitting system to identify and control the hazards to an acceptable level. At a minimum, a process for completing daily Job Safety Analysis (JSA), or Job Safety Environmental Analysis (JSEA), is required to facilitate the daily task hazard analysis.

CONFIDENTIAL
Business Confidential

**Section 7 – Health, Safety, Security, and Environment**
**Appendix 5 – Local HSSE Policies and Requirements**
**Attachment 1 – Gulf of Mexico SPU**

3) **HSSE Meetings**

CONTRACTOR will conduct or take part in regularly scheduled on-site or off-site HSSE meetings discussing, among other topics, facility and job hazards, incidents, near-misses, site-specific safety and health rules, and site-specific procedures.

4) **Incident Reporting and Investigations**

CONTRACTOR will immediately notify COMPANY of all CONTRACTOR or SUBCONTRACTOR incidents resulting in personal injury, spills or releases, security issues, loss or damage to property, or near-misses. COMPANY may require CONTRACTOR to conduct an investigation for any HSSE incident. COMPANY retains the right to participate or conduct its own incident investigation. For all incident investigations, CONTRACTOR will provide a written investigation report to the COMPANY. The investigation report shall identify possible root causes associated with the incident as well as proposals for corrective action. When requested, CONTRACTOR will furnish COMPANY with a copy of non-privileged reports made by or on behalf of CONTRACTOR concerning an incident, including any non-privileged statements or other investigative material.

5) **Personal Protective Equipment**

CONTRACTOR will ensure CONTRACTOR employees have proper personal protective equipment (PPE) before work begins, and that PPE is worn as required. CONTRACTOR shall obtain and comply with individual site PPE requirements.

6) **CONTRACTOR Employee Conduct**

CONTRACTOR shall comply fully with the Substance Abuse Policy (Section 7, Appendix 3).

COMPANY has the right to require CONTRACTOR to remove and bar from the COMPANY Sites or COMPANY Project Sites any personnel whose conduct (condition or action) jeopardizes the safety of any person. In addition, CONTRACTOR will not permit any barred person to work at any other COMPANY Site or COMPANY Project Site without prior COMPANY written approval.

7) **CONTRACTOR Employee HSSE Competency**

CONTRACTOR will ensure that regulatory required training for CONTRACTOR's employees has been identified and completed. Competency must be demonstrated. COMPANY may require reasonable additional site-specific training and documentation.

8) **Short Service CONTRACTOR Employee Policy**

CONTRACTOR will comply with its own or COMPANY's site-specific short service employee policy, whichever policy is more restrictive.

9) **Preventative Maintenance Program**

CONTRACTOR will have a preventative maintenance program that includes, at a minimum, the identification and prioritization of maintenance for safety and/or environmental critical items.

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022698

Section 7 – Health, Safety, Security, and Environment
Appendix 5 – Local HSSE Policies and Requirements
Attachment 1 – Gulf of Mexico SPU

**10) Chemicals Brought to COMPANY Site**

CONTRACTOR will ensure Material Safety Data Sheets (MSDSs) are available at the COMPANY Sites and/or COMPANY Project Sites for all chemicals CONTRACTOR brings to the site, and that the MSDS is reviewed as part of the JSA/JSEA discussion.

**COMPANY Specific HSSE Requirements Specifically Selected for Certain CONTRACTORs (COMPANY and CONTRACTOR will initial all those that apply). See web site for details: http://nasupplierhsse.bpglobal.com.**

Initialed by:  *(if applicable)*
CONTRACTOR  COMPANY

| | | | |
|---|---|---|---|
| X | X | 1. | CONTRACTOR will have a written Waste Management plan at the COMPANY Project Site for work performed that, at a minimum, requires identification of waste and disposal methods. |
| | X | 2. | COMPANY requires CONTRACTOR to have an acceptable CONTRACTOR Environmental Management System (C-EMS). |
| | X | 3. | CONTRACTORs will meet or exceed BP's Driving Standard. |
| | | 4. | CONTRACTOR will have and apply a Fitness-for-Duty program which includes assessment of the physical capability of employees to perform certain specific tasks and a physical agility testing component. |
| | | 5. | CONTRACTOR will supply COMPANY with a valid Certificate of Recognition applicable to Province of Operation certified by Petroleum Industry Training Service (PITS) or CONTRACTOR's Service Line certifying body. |
| X | X | 6. | CONTRACTOR must have a working knowledge of the Drilling and Well Operations Policy. |

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022699

**Section 7 – Health, Safety, Security, and Environment**
**Appendix 5 – Local HSSE Policies and Requirements**
**Attachment 1 – Gulf of Mexico SPU**

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022700

# Section 8 – Code of Conduct
# Halliburton for GOM

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022701

**Section 8 – Code of Conduct**

The BP Code of Conduct stands for a fundamental BP commitment – to comply with all applicable legal requirements and the high ethical standards set out in this code – wherever we operate. To help us meet this commitment, the Code defines what BP expects of its businesses and people regardless of location or background. It provides both guidance in key areas and references to more detailed standards, instructions and processes for further direction.

All employees must adhere to the principles and requirements contained in this Code and should consult the Code for guidance when acting on behalf of BP.

***Employees must not use a contractor, agent, consultant, or other third party to perform any act which conflicts with this Code. Employees who engage third parties such as contractors, agents, or consultants to work on behalf of BP should include a contractual requirement to act consistently with the Code when working on our behalf.***

BP wishes to make it clear that it intends its business dealings to be characterized by honesty and freedom from deception and fraud and that it finds unethical behavior unacceptable.

Practices that BP considers dishonest, unethical, or unacceptable include the following:

- Fraud, bribery or corruption;
- Deception;
- Clandestine brokering or sharing of tender information;
- Collusion for the purpose of corrupting a competitive tender; and
- Payments, gifts or entertainment from suppliers to BP staff, agents or representatives to influence decision-making.
- Harassment in the Workplace

BP is committed to ensuring that its contractors apply all of the principles contained within the "Code of Conduct" document. BP will endeavor to employ only those contractors that subscribe to these principles, demonstrate their commitment to working towards their fullest application, and agree to the measurement of their performance by BP.

The individual rights are intended to lead to greater mutual respect between both individuals and the companies they work for. They seek to encourage safer and more secure employment, increase efficiency, improve job satisfaction, and provide a better trained workforce for all those engaged in the provision of Services under the Contract.

An electronic copy of BP's Code of Conduct "Commitment to Integrity" can be downloaded from the following internet web site:

http://www.bp.com/sectiongenericarticle.do?categoryId=9003494&contentId=7006600

**Where to go for help**

If you do have a question or concern about legal or ethical standards, what, as a Contractor, should you do?

**A good place to start**

Contacting the **COMPANY REPRESENTATIVE** named in Section 2 – General Conditions of Contract, Appendix 1 of the Contract is usually a good place to start with a legal or business conduct issue. You

---

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022702

**Section 8 – Code of Conduct**

may also get help or advice from your own legal or compliance & ethics advisors within your own company.

**The BP OpenTalk Line**

If you feel unsure about where to go for help, or are uncomfortable contacting the Contract Accountable Manager, BP has an additional resource that can help – OpenTalk.

The purpose of OpenTalk is to answer questions and respond to concerns about compliance, ethics and the requirements described in this code. The OpenTalk telephone line and e-mail facility is operated by an independent company that helps businesses respond to questions and concerns about compliance and ethics.

The line operates 24 hours a day/seven days a week and also has translation services available at all times.

Call OpenTalk on your local number or on 1-800 225-6141 (US), 0800 917 3604 (UK), or the collect call number 1 704 540 2242 or at the following:

A full list of local telephone numbers can be accessed on the OpenTalk website http://opentalk.bpweb.bp.com or you can e-mail the following address opentalk@myalertline.com

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022703

**Section 8 – Code of Conduct**

CONFIDENTIAL
Business Confidential

BP-HZN-MBI00022704