EXHIBIT G



A Professional Corporation

DONALD E. GODWIN - SHAREHOLDER
BOARD CERTIFIED - CIVIL TRIAL LAW -
TEXAS BOARD OF LEGAL SPECIALIZATION
DIRECT DIAL:    214.939.4412
DIRECT FAX:    214.939.4803
DGodwin@GodwinRonquillo.com

DALLAS  HOUSTON

*Attorneys and Counselors*

Renaissance Tower
1201 Elm Street, Suite 1700
Dallas, Texas 75270-2041
214.939.4400
800.662.8393
214.760.7332 Fax

GodwinRonquillo.com

November 15, 2011

**VIA ELECTRONIC MAIL AND
CMRR# 91 7108 2133 3935 4565 8557**

Mr. Christopher J. Esbrook
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, Illinois 60654

Re:   *Personal Injury Claims file by Halliburton Employees With the Gulf Coast Claims Facility*

Dear Mr. Esbrook:

We are in receipt of your letter dated November 1, 2011. Your letter requests that Halliburton agree to indemnify BP Exploration and Production, Inc. ("BP") against Cathleenia Willis' personal injury claim filed with the Gulf Coast Claims Facility or, in the alternative, that Halliburton undertake to settle Ms. Willis' claim. The basis for BP's request is the April 15, 2009 Contract for Gulf of Mexico Strategic Performance Unit Offshore Well Services (the "Contract").

As I am sure you are aware, the indemnity obligations between Halliburton and BP arising under the Contract are the subject of current litigation between the parties. Immediately following the *Deepwater Horizon* incident, Halliburton stood ready to meet its indemnity obligations under the Contract, and informed BP of its willingness to do so. Since that time, however, BP has constantly and consistently refused to abide by its contractual indemnity obligations to Halliburton. Halliburton views BP's refusal to meet its contractual indemnity obligations as a prior breach of the material terms of the contract, relieving Halliburton of any indemnity obligation it might have had to BP.

Therefore, as a result of BP's failures to meet its contractual indemnity obligations, Halliburton declines BP's request to indemnify it for any settlement related to Ms. Willis' claim.

Mr. Christopher J. Esbrook
November 15, 2011
Page 2

      Please do not hesitate to contact me if you have any questions.

                Sincerely,

                Donald E. Godwin

DEG:fmh

1788607 v1-24010/0002 CORR