# EXHIBIT H

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL No. 2179 SECTION: J JUDGE BARBIER |
| Applies to: | § § | MAG. JUDGE SHUSHAN |
| *All cases* and No. 10-2771, No. 10-4536, No. 11-1054, and No. 11-1986 | § § | |

## AFFIDAVIT OF JAMES W. FERGUSON

THE STATE OF TEXAS    )
                      )
COUNTY OF HARRIS      )

On this day, James W. Ferguson appeared before me, the undersigned notary public. After I administered an oath to him, upon his oath, he said:

    1.    My name is James W. Ferguson. I am the Senior Vice President and Deputy General Counsel of Halliburton Energy Services, Inc. ("HESI"). The facts stated in this affidavit are within my personal knowledge and are true and correct based upon records developed and maintained in the normal course of HESI's business and in the conduct of litigation referenced herein.

    2.    On April 15, 2009, BP contracted with HESI to perform cementing operations and provide certain other related support services in the Gulf of Mexico in the Contract for Gulf of Mexico Strategic Performance Unit Offshore Well Services, BPM—09-00255 (the "Contract"). A true and correct copy of the Contract is attached as Exhibit A to HESI's Motion for Summary Judgment Regarding Indemnity Issues.

    3.    On May 5, 2010, I forwarded a letter to BP on behalf of HESI requesting that BP honor its indemnity and defense obligation under the Contract. A true and correct copy of that letter is attached as Exhibit C to HESI's Motion for Summary Judgment Regarding Indemnity Issues.

    4.    On June 25, 2010, BP sent a letter responding to HESI's request for indemnity and defense. A true and correct copy of that letter is attached as Exhibit D to HESI's Motion for Summary Judgment regarding Indemnity Issues.

1

5.  Further affiant sayeth not.

_____
James W. Ferguson

SWORN AND SUBSCRIBED to before me on this the 30th of November, 2011.

_____
Faleen Hunter
Notary Public
in and for the State of Texas

FALEEN HUNTER
Notary Public, State of Texas
My Commission Exp. 02-21-2014

2