# EXHIBIT I

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL No. 2179 SECTION: J JUDGE BARBIER |
| Applies to: *All cases* and No. 10-2771, No. 10-4536, No. 11-1054, and No. 11-1986 | § § § § | MAG. JUDGE SHUSHAN |

## AFFIDAVIT OF DONALD GODWIN

THE STATE OF TEXAS    )
                      )
COUNTY OF HARRIS      )

BEFORE ME, the undersigned authority, on this day personally appeared Donald E. Godwin who being duly sworn deposed on his oath as follows:

1. My name is Donald E. Godwin. I am more than twenty-one years old, I have never been convicted of a crime involving moral turpitude, and I am competent to provide this affidavit. All facts in this affidavit are true, correct, and within my personal knowledge.

2. I am an attorney at the law firm of Godwin Ronquillo PC, licensed to practice law in the State of Texas and I represent Halliburton Energy Services, Inc. ("HESI") in this matter.

3. Attached to HESI's Motion for Summary Judgment Regarding Indemnity Issues, and incorporated herein by reference, are three letters (Exhibits E, F, and G) all of which are true and correct copies of letters sent by me regarding this litigation.

EXECUTED on this the ____ day of November, 2011.

1

FURTHER, AFFIANT SAYETH NOT.

_____
Donald E. Godwin

SWORN AND SUBSCRIBED TO BEFORE ME on this the 30th of November, 2011.

FALEEN HUNTER
Notary Public, State of Texas
My Commission Exp. 02-21-2014

_____
Notary Public in and for the
STATE OF TEXAS

2