UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL No. 2179 SECTION: J |
| Applies to: | § § | JUDGE BARBIER MAG. JUDGE SHUSHAN |
| *All cases* and No. 10-2771, No. 10-4536, No. 11-1054, and No. 11-1986 | § § | |

**PROPOSED ORDER GRANTING HALLIBURTON ENERGY SERVICES, INC.'S MOTION FOR SUMMARY JUDGMENT REGARDING INDEMNITY ISSUES**

This Court has considered Halliburton Energy Services, Inc.'s ("HESI") Motion for Summary Judgment Regarding Indemnity Issues, as well as any timely filed responses and replies relating to the Motion. The Court is of the opinion that HESI's Motion for Summary Judgment should be GRANTED. It is, therefore,

ORDERED that HESI's Motion for Summary Judgment Regarding Indemnity Issues is GRANTED. The Court determines that there are no genuine issues of material fact, and that HESI is entitled to judgment in its favor that:

1. HESI is entitled to full and complete indemnity, including payment of defense costs, from BP for claims related to the *Deepwater Horizon* Incident; and

2. BP's contribution claims against HESI arising out of the *Deepwater Horizon* Incident and BP's request for declaratory relief seeking absolution from its indemnity obligations to HESI are hereby DENIED.

IT IS SO ORDERED

Dated this _____ day of _____, 2011.

                                                                  Carl J. Barbier