# Ware Jackson Lee Chambers

November 18, 2011

The Honorable Carl J. Barbier                                            **By Electronic Mail**
United States District Court
500 Poydras Street, Room C-268
New Orleans, La 70130

      Re:  <u>Statement of Dril-Quip, Inc. Responding to Motions in Limine to Preclude the Introduction of Other Governmental Reports, including the National Commission Report and Chief Counsel's Report[1]</u>

Dear Judge Barbier,

      Dril-Quip, Inc. ("Dril-Quip") has no objection to the admission of the reports of the National Commission on the BP Deepwater Horizon Oil Spill and Offshore Drilling ("National Commission Report") and its Chief Counsel's report ("Chief Counsel Report") (together, "the Reports") as discussed in the PSC's letter of October 17, 2011. Rec. doc. 4340-2. *See* Trial Exhs. 06300, 00986.

## I.    The Court has Broad Discretion to Admit or Exclude the Reports

      A trial court has wide latitude in determining the admissibility of evidence, and will be overturned only for an abuse of discretion which affects the substantial rights of the parties. *Seatcax, Inc. v. Sonbeck Intern., Inc.,* 200 F.3d 358, 370 (5th Cir. 2000); *Jowers v. Lincoln Elec. Co.,* 617 F.3d 346 (5th Cir. 2010); *Stover v. Hattiesburg Pub. Sch. Dist.,* 549 F.3d 985, 992 (5th Cir. 2008); *EEOC v. Manville Sales Corp.*, 27 F.3d 1089, 1093 (5th Cir. 1994). Moreover, when a judge sits as the trier of fact, as in this case, the court of appeals presumes that the trial court disregards inadmissible evidence and rests its verdict only on the admissible evidence before it. *U.S. v. Cardenas*, 9 F.3d 1139, 1156 (5th Cir. 1993) (citing *U.S. v. Impson*, 562 F.2d 970, 971 (5th Cir. 1977)).

## II.    If the Reports are Public Records, Categorical Exclusion of their Contents is Inappropriate

      Several parties have argued that even if the Reports are public records, they should not be admitted into evidence because they are not final and contain sources of information indicating a lack of trustworthiness. *See* FED. R. EVID. 803(8)(C). Dril-Quip submits that the Court can admit the Reports in context and, if necessary, consider the timing and limited record before the Commission in determining the weight to be afforded to the evidence.

---

[1] *See* Rec. Doc. Nos. 4515, 4521, and 4523.

Thank you for the Court's consideration.

Sincerely,

/s/ C. Dennis Barrow, Jr.
    C. Dennis Barrow, Jr.

cc:   Hon. Sally Shushan (*via* E-Mail)
      Defense Liason Counsel (*via* E-Mail)
      Mike Underhill, Esq. (*via* E-Mail)
      Hon. Luther Strange (*via* E-Mail)
      Ben Allums (*via* E-Mail)
      Mike O'Keefe