# Ware Jackson Lee Chambers

November 18, 2011

The Honorable Carl J. Barbier                                              **By Electronic Mail**
United States District Court
500 Poydras Street, Room C-268
New Orleans, La 70130

      Re:   <u>Statement of Dril-Quip, Inc. with Respect to the Introduction of Evidence of the Joint Investigation Report</u>

Dear Judge Barbier,

     While Dril-Quip, Inc. ("Dril-Quip") has no objection to the content or conclusions of the Joint Investigation Report, it acknowledges the prohibition set forth in 46 U.S.C. § 6308.

                                                Thank you for the Court's consideration.

                                                Sincerely,

                                                /s/ C. Dennis Barrow, Jr.
                                                  C. Dennis Barrow, Jr.

cc:   Hon. Sally Shushan (*via* E-Mail)
       Defense Liason Counsel (*via* E-Mail)
       Mike Underhill, Esq. (*via* E-Mail)
       Hon. Luther Strange (*via* E-Mail)
       Ben Allums (*via* E-Mail)
       Mike O'Keefe