## IN RE: DEEPWATER HORIZON LITIGATION
## MDL NO. 2179

JAMES PARKERSON ROY
Domengeaux Wright Roy & Edwards LLC
556 Jefferson St. Suite 500
Lafayette, LA 70501
Telephone: (337) 233-3033
Direct: (337) 593-4190
Fax: (337) 233-2796

STEPHEN J. HERMAN
Herman, Herman Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113
Telephone: (504) 581-4892
Direct: (504) 680-0554
Fax: (504) 561-6024

November 28, 2011

### By Hand and *via* E-Mail

The Honorable Carl J. Barbier
United States District Judge
500 Poydras Street, Room C-268
New Orleans, Louisiana 70130
E-Mail: Ben_Allums@laed.uscourts.gov

Re: *In Limine* Submissions, including **Interview Notes** and **E-Mail Strings**

Dear Judge Barbier,

In its most recent submissions of November 23, 2011, BP suggests that the PSC and/or the U.S. have made certain "concessions" with respect to the admissibility of Defendants' business records, or portions thereof.

To be clear, Plaintiffs generally take the position that documents produced by Defendants in this litigation, (including both notes of interviews conducted in accordance with the defendants' own established protocols and "mixed recipient" e-mail strings), are the producing party's Business Records, admissible for all purposes, against all Defendants, under Federal Rule of Evidence 803(6).[1]

The *illustrations* referenced by Plaintiffs with respect to Admissions, Adoptive Admissions, and/or relevance to Notice, Knowledge and/or State of Mind, are examples of *additional* and/or *alternative* grounds for admission.

---

[1] In the case of "mixed recipient" e-mail strings, such documents may *additionally* and/or *alternatively* be the Business Records of a co-Defendant and/or other company.

1

Similarly, references to specific portions of Defendants' business records for relevance purposes are likewise intended to be *illustrative,* and not exclusive.

While the PSC is, of course, happy to address further the admissibility of any Trial Exhibit, or portion thereof, as may be requested by the Court, the PSC does not (unless requested by the Court) intend to engage in a line-by-line analysis of each document, and the advancement of an example, argument, or grounds for admission by the PSC with respect to a Trial Exhibit, or portion thereof, should not be construed as any type of "waiver" or "concession" as to other exhibits, statements, portions of exhibits, or grounds for admissibility.

Respectfully submitted,

JAMES PARKERSON ROY
STEPHEN J. HERMAN
*Plaintiffs' Liaison Counsel*

cc: Hon. Sally Shushan (*via* E-Mail)
    J. Andrew Langan, Esq. (*via* E-Mail)
    DEFENSE LIAISON COUNSEL  (*via* E-Mail)
    Mike Underhill, Esq. (*via* E-Mail)
    Hon. Luther Strange (*via* E-Mail)
    Mike O'Keefe (*via* E-Mail)