UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | § § § § § | MDL NO. 2179  SECTION J |
| This Document Relates To: *All cases and No.: 2-10-cv-2771* | § § § § | JUDGE BARBIER  MAGISTRATE JUDGE SHUSHAN |

**PROPOSED ORDER DENYING
CAMERON'S MOTION FOR SUMMARY JUDGMENT**

The Court having considered Cameron's Motion for Summary Judgment and Transocean's response thereto, and good cause appearing for same,

IT IS HEREBY ORDERED that Cameron's Motion for Summary Judgment is hereby denied.

IT IS SO ORDERED.

New Orleans, Louisiana, this ___ day of _____, 2011.

_____
CARL J. BARBIER

15494067.1

1