UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | § | MDL-2179 |
| "DEEPWATER HORIZON" | § | |
| in the GULF OF MEXICO, on | § | |
| APRIL 20, 2010 | § | SECTION "J" |
| | § | |
| THIS DOCUMENT RELATES TO: | § | JUDGE BARBIER |
| | § | MAG. JUDGE SHUSHAN |
| *10-cv-3059 and 11-cv-0516* | § | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**STATE OF LOUISIANA'S MOTION FOR LEAVE TO FILE MOTION TO
STRIKE PSC SUR REPLY FILED IN SUPPORT OF MOTION TO ESTABLISH
ACCOUNT AND RESERVE FOR LITIGATION EXPENSES**

**NOW INTO COURT**, through undersigned counsel, comes the Plaintiff, the State of Louisiana through James D. "Buddy" Caldwell, Louisiana Attorney General ("Louisiana" or "State"), who respectfully requests that this Court grant it leave to file the attached Motion for Leave to File Motion to Strike PSC's Proposed Sur-Reply Brief in Further Support of the PSC's Motion to Establish Account and Reserve for Litigation Expenses as filed on November 28, 2011 ("Sur-Reply") [Rec. Doc. 4739]. On November 28, 2011, the PSC filed what it titled a "Sur Reply" in support of its Motion to Establish Account and Reserve for Litigation Expenses. The proposed Sur-Reply is procedurally defective and improperly seeks to bypass the traditional steps associated with a party's submission of a motion and proposed order. To allow the PSC to simply file an Order that is in such contrast to that which accompanied the initial Motion deprives the parties in this case of the opportunity to adequately respond to the PSC's request.

As described more fully in the attached Motion, the PSC's filing is improper and should be stricken. In the alternative, the State requests the opportunity to file a response to the Sur-

Reply (should the Court grant the PSC leave to so file). Accordingly, the State requests that this Court grant leave to file the attached Motion to Strike or allow the parties to these proceedings seven days within which to file responses to the revised Order and associated issues raised thereby.

Dated this 1st day of December, 2011.

Respectfully submitted,

| | |
|---|---|
| JAMES D. "BUDDY" CALDWELL<br>LOUISIANA ATTORNEY GENERAL<br><br>James Trey Phillips<br>First Assistant Attorney General<br>Megan K. Terrell<br>Assistant Attorney General<br>Section Chief –Environmental<br>State of Louisiana<br>P.O. Box 94005<br>Baton Rouge, LA 70804-9005<br>Telephone: (225) 326-6708 | KANNER & WHITELEY, LLC<br><br>/s/ Allan Kanner<br>Allan Kanner<br>Elizabeth B. Petersen<br>David A. Pote<br>Douglas R. Kraus<br>701 Camp Street<br>New Orleans, LA 70130<br>Telephone: (504) 524-5777<br>**Special Counsel for Plaintiff**<br>**Attorney General, State of Louisiana** |
| HENRY DART,<br>ATTORNEYS AT LAW P.C.<br><br>/s/ Henry T. Dart<br>Henry T. Dart<br>Grady J. Flattmann<br>510 N. Jefferson St.<br>Covington, LA 70433<br>Telephone: (985) 809-8093<br>**Special Counsel for Plaintiff**<br>**Attorney General, State of Louisiana** | USRY, WEEKS, &<br>MATTHEWS, APLC<br><br>/s/ T. Allen Usry<br>T. Allen Usry<br>1615 Poydras St.<br>Suite 12<br>New Orleans, LA 70112<br>Telephone: (504) 592-4641<br>**Special Counsel for Plaintiff**<br>**Attorney General, State of Louisiana** |

| | |
|---|---|
| SHOWS, CALI, BERTHELOT & WALSH, LLP | MARTEN LAW, PLLC |
| /s/ E. Wade Shows<br>E. Wade Shows<br>628 St. Louis Street<br>Baton Rouge, LA 70802<br>Telephone: (225) 346-1461<br>**Special Counsel for Plaintiff**<br>**Attorney General, State of Louisiana** | /s/ Bradley M. Marten<br>Bradley M. Marten<br>Linda R. Larson<br>1191 Second Avenue<br>Suite 2200<br>Seattle, WA 98101<br>(206) 292-2600<br>**Special Counsel for Plaintiff**<br>**Attorney General, State of Louisiana** |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | § | MDL-2179 |
| "DEEPWATER HORIZON" | § | |
| in the GULF OF MEXICO, on | § | |
| APRIL 20, 2010 | § | SECTION "J" |
| | § | |
| THIS DOCUMENT RELATES TO: | § | JUDGE BARBIER |
| | § | MAG. JUDGE SHUSHAN |
| *10-cv-3059 and 11-cv-0516* | § | |

**********************************************************************************

**STATE OF LOUISIANA'S MOTION TO STRIKE PSC'S FILING OF
SUR-REPLY IN SUPPORT OF ITS MOTION TO ESTABLISH
ACCOUNT AND RESERVE FOR LITIGATION EXPENSES**

**NOW INTO COURT**, through undersigned counsel, comes the Plaintiff, the State of Louisiana through James D. "Buddy" Caldwell, Louisiana Attorney General ("Louisiana" or "State"), who respectfully requests that this Court strike the Sur-Reply filed by the PSC, in connection with its Motion to Establish Account and Reserve for Litigation Expenses, as procedurally defective. Because the Sur-Reply and the associated proposed new Order depart substantially from the prior Order submitted to the Court in connection with the initial Motion to Establish Account and Reserve, the PSC should properly file its Motion and alternate Order as a new motion, thereby providing the parties in this matter the opportunity to respond to the revised Order and the issues it raises. In the alternative, the State requests that the Court permit the parties in this matter seven days within which to respond to the Sur-Reply and the revised Order filed therewith.

On November 21, 2011, consistent with this Court's Order of November 10, 2011, the State of Louisiana filed its Response to the PSC's Motion to Establish Account and Reserve for Litigation Expenses and its attached Order. [Rec. Doc. 4507] Louisiana's Response asserted no objection to the proposed Order Establishing Court-Supervised Account and Reserve for

1

Common Benefit Litigation Expenses [Rec. Doc. 4507-2], as submitted in connection with the Motion to Establish Account and Reserve for Litigation Expenses, because the Order did not contemplate a deduction from the recoveries of the State of Louisiana in order to fund the reserve account, but instead proposed to order the Defendants to pay into the reserve account an amount over and above, and in addition to, amounts paid to the State. *See* State of Louisiana's Response to the Motion to Establish Account and Reserve for Litigation Expenses. [Rec. Doc. 4687] Louisiana's interpretation of the proposed Order was consistent with that of Defendants that opposed the PSC's Motion.[1]

Thereafter, the PSC requested and was granted leave to file a Reply Brief in Further Support of the PSC's Motion to Establish Account and Reserve for Litigation Expenses filed on November 23, 2011 ("PSC's Reply Brief"). [Rec. Doc. Nos. 4716, 4717]  On November 23, 2011, the State of Louisiana filed a Motion for Leave to file Response to the PSC's Reply Brief. [Rec. Doc. 4722]  The Court has not yet granted the State's Motion for Leave.  In the State's proposed Response, it noted that instead of seeking to submit changes to the written language of the proposed Order associated with its initial Motion to Establish Account and Reserve, the PSC's Reply Brief set forth an expansive interpretation of that proposed Order that was inconsistent with its terms.  The State identified its concern that the PSC's Reply Brief raised, new and significant, issues not presented within the time frame allowed by the Court for comment on the proposed Order.

---

[1] *See* Halliburton Energy Services, Inc.'s *Ex Parte* Motion To Join In And Adopt The Arguments Made In The Weatherford Entities' Memorandum In Opposition To The PSC's Motion To Establish Account And Reserve For Litigation Expenses [Rec. Doc. 4668]; Weatherford U.S., L.P. And Weatherford International, Inc.'s Memorandum In Opposition To The PSC's Motion To Establish Account And Reserve For Litigation Expenses [Rec. Doc. 4660]; State Of Louisiana's Response To The Motion To Establish Account And Reserve For Litigation Expenses [Rec. Doc. 4687]; BP's Objections To The PSC's Hold Back Motion To Establish Account And Reserve For Litigation Expenses [Rec. Doc. 4696].

Then, on November, 28, 2011, the PSC requested leave to file what it termed a "Sur-Reply" in connection with its Motion to Establish Account and Reserve for Litigation Expenses. Proposed Sur-Reply Brief in Further Support of the PSC's Motion to Establish Account and Reserve for Litigation Expenses [Rec. Doc. 4739]. The Court has not yet granted the PSC's Motion for Leave. The Sur-Reply is procedurally defective and should not be permitted as it contains a new form of Order that is substantially different from that which accompanied the initial Motion. Given the potentially substantial impact of the PSC's request (as reflected in its new form of order), the parties who will be affected by the PSC's proposal should be permitted the opportunity to fully respond. Additionally, the submittal of a new Order that departs substantially from that associated with the initial Motion by way of a purported "Sur-Reply" is supported neither by the Federal nor Local Rules. Striking the Sur-Reply will require that the PSC file a new motion identifying the specific relief the PSC seeks and would accordingly allow interested parties an opportunity to respond in an orderly fashion as contemplated by the Federal and Local Rules. In the alternative, the State requests that this Court grant the parties an additional seven days within which to respond to the Sur-Reply and new form of Order.

Dated this 1st day of December, 2011.

Respectfully submitted,

| | |
|---|---|
| JAMES D. "BUDDY" CALDWELL<br>LOUISIANA ATTORNEY GENERAL | KANNER & WHITELEY, LLC<br><br> /s/ Allan Kanner |
| James Trey Phillips<br>First Assistant Attorney General<br>Megan K. Terrell<br>Assistant Attorney General<br>Section Chief –Environmental<br>State of Louisiana<br>P.O. Box 94005<br>Baton Rouge, LA 70804-9005<br>Telephone: (225) 326-6708 | Allan Kanner<br>Elizabeth B. Petersen<br>David A. Pote<br>Douglas R. Kraus<br>701 Camp Street<br>New Orleans, LA 70130<br>Telephone: (504) 524-5777<br>**Special Counsel for Plaintiff**<br>**Attorney General, State of Louisiana** |

3

| | |
|---|---|
| HENRY DART,<br>ATTORNEYS AT LAW P.C.<br><br>/s/ Henry T. Dart<br>Henry T. Dart<br>Grady J. Flattmann<br>510 N. Jefferson St.<br>Covington, LA 70433<br>Telephone: (985) 809-8093<br>**Special Counsel for Plaintiff**<br>**Attorney General, State of Louisiana**<br><br>SHOWS, CALI, BERTHELOT & WALSH, LLP<br><br>/s/ E. Wade Shows<br>E. Wade Shows<br>628 St. Louis Street<br>Baton Rouge, LA 70802<br>Telephone: (225) 346-1461<br>**Special Counsel for Plaintiff**<br>**Attorney General, State of Louisiana** | USRY, WEEKS, & MATTHEWS, APLC<br><br>/s/ T. Allen Usry<br>T. Allen Usry<br>1615 Poydras St.<br>Suite 12<br>New Orleans, LA 70112<br>Telephone: (504) 592-4641<br>**Special Counsel for Plaintiff**<br>**Attorney General, State of Louisiana**<br><br>MARTEN LAW, PLLC<br><br>/s/ Bradley M. Marten<br>Bradley M. Marten<br>Linda R. Larson<br>1191 Second Avenue<br>Suite 2200<br>Seattle, WA 98101<br>(206) 292-2600<br>**Special Counsel for Plaintiff**<br>**Attorney General, State of Louisiana** |

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion For Leave And Proposed Motion To Strike PSC's Filing Of Sur-Reply In Support Of Its Motion To Establish Account And Reserve For Litigation Expenses has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 1st day of December, 2011.

            Kanner & Whiteley, L.L.C.

            /s/ Allan Kanner
            Allan Kanner
            a.kanner@kanner-law.com