UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER |
| Applies to:<br><br>*All cases*<br>and No. 10-2771, No. 10-4536, No. 11-1054, and No. 11-1986 | § § § § | MAG. JUDGE SHUSHAN |

**HALLIBURTON ENERGY SERVICES, INC.'S**
***EX PARTE* CONSENT MOTION TO CORRECT MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT REGARDING INDEMNITY ISSUES**

**NOW INTO COURT**, comes Halliburton Energy Services, Inc. ("HESI") and respectfully files this *Ex Parte* Consent Motion To Correct Memorandum in Support of Motion for Summary Judgment Regarding Indemnity Issues, and respectfully shows the Court as follows:

**Basis For Motion**

On November 30, 2011, HESI filed its Motion for Summary Judgment Regarding Indemnity Issues along with its Memorandum in Support Thereof. (Dkt. No. 4767 and 4767-1). After filing, HESI noted a typographical error on one page of the memorandum. Specifically, two letters were inadvertently deleted from the word "not," located in the second sentence under Section C on page 11 of the Memorandum, leaving only the letter "t." HESI files this Motion asking the Court to allow replacement of page 11 of the Memorandum to corect this typographical error. A corrected page 11 for the Memorandum is attached hereto as Exhibit A.

HESI asks that this Court grant its *Ex Parte* Consent Motion To Correct Memorandum in Support of Motion for Summary Judgment Regarding Indemnity Issues, and that the Court

request that the clerk's office replace page 11 of the original Memorandum (Dkt. No. 4767-1) with the corrected page 11 attached hereto as Exhibit A. HESI further requests such other and further relief to which it may be enititled.

Dated:  December 1, 2011

        Respectfully Submitted,

        **GODWIN RONQUILLO PC**

        **By:**  /s/ *Donald E. Godwin*
        Donald E. Godwin
        *Attorney-in-charge*
        State Bar No. 08056500
        DGodwin@GodwinRonquillo.com
        Bruce W. Bowman, Jr.
        State Bar No. 02752000
        BBowman@GodwinRonquillo.com
        Jenny L. Martinez
        State Bar No. 24013109
        JMartinez@GodwinRonquillo.com
        Floyd R. Hartley, Jr.
        State Bar No. 00798242
        FHartley@GodwinRonquillo.com
        Gavin E. Hill
        State Bar No.  00796756
        GHill@GodwinRonquillo.com
        Renaissance Tower
        1201 Elm, Suite 1700
        Dallas, Texas 75270-2041
        Telephone: (214) 939-4400
        Facsimile: (214) 760-7332

        and

        R. Alan York
        State Bar No. 22167500
        AYork@GodwinRonquillo.com
        Jerry C. von Sternberg
        State Bar No.  20618150
        JVonSternberg@GodwinRonquillo.com
        Misty Hataway-Coné
        State Bar No.  24032277
        MCone@GodwinRonquillo.com
        1331 Lamar, Suite 1665
        Houston, Texas 77010
        Telephone:  713.595.8300
        Facsimile:  713.425.7594

        **ATTORNEYS FOR DEFENDANT**
        **HALLIBURTON ENERGY SERVICES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Halliburton Energy Services, Inc.'s *Ex Parte* Consent Motion To Correct Memorandum in Support of Motion for Summary Judgment Regarding Indemnity Issues has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedure established in MDL 2179, on this 1st day of December, 2011.

/s/ Donald E. Godwin
Donald E. Godwin