**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL No. 2179 |
| | § | SECTION:  J |
| **Applies to:** | § § | **JUDGE BARBIER** |
| | § | **MAG. JUDGE SHUSHAN** |
| *All cases* | § | |
| and No. 10-2771, No. 10-4536, No. 11-1054, and No. 11-1986 | § | |

**PROPOSED ORDER GRANTING HALLIBURTON ENERGY SERVICES, INC.'S** *EX PARTE* **CONSENT MOTION TO CORRECT MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT REGARDING INDEMNITY ISSUES**

This Court has considered Halliburton Energy Services, Inc.'s ("HESI") *Ex Parte* Consent Motion To Correct Memorandum in Support of Motion for Summary Judgment Regarding Indemnity Issues and is of the opinion that HESI's Motion should be GRANTED.  It is, therefore,

ORDERED that HESI's *Ex Parte* Consent Motion To Correct Memorandum in Support of Motion for Summary Judgment Regarding Indemnity Issues GRANTED, and that page 11 of HESI's Memorandum in Support of Its Motion for Summary Judgment Regarding Indemnity Issues (Dkt. No. 4767-1) shall be replaced with the corrected page 11 attached to HESI's Motion as Exhibit A.  The Court requests that the Clerk's office replace the original page 11 of HESI's Memorandum with the corrected page 11.

IT IS SO ORDERED.

Dated this _____ day of _____, 2011.

_____
Carl J. Barbier

**HALLIBURTON ENERGY SERVICES, INC.'S PROPOSED ORDER**

1805406 v1-24010/0002 PLEADINGS