UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: Oil Spill by the Oil Rig**<br>  **"Deepwater Horizon"**<br>  **in the Gulf of Mexico,**<br>  **on April 20, 2010** | **MDL No. 2179**<br><br>**SECTION: J** |
| **This Document Relates to:**<br>**Pinellas Marine Salvage, Inc., et al.**<br>**v. Feinberg, et al.**<br>**2:11-cv-01987**<br>_____/ | **JUDGE BARBIER**<br>**MAG. JUDGE SHUSHAN** |

**PLAINTIFFS' MOTION IN OPPOSITION TO CLASS CERTIFICATION
OF ANY ACTION IN MDL NO. 2179**

Plaintiffs, Pinellas Marine Salvage, Inc. and John Mavrogiannis, by and through their undersigned counsel, hereby file their Motion in Opposition to Class Certification of Any Action in MDL No. 2179 for the reasons set out in Plaintiffs' Memorandum in Support of Their Motion in Opposition to Class Certification of Any Action in MDL 2179 filed concurrently herewith.

DATED: December 1, 2011                                    Respectfully submitted,

                                                                           **s/ Brian J. Donovan**_____
                                                                           Brian J. Donovan
                                                                           Attorney for Plaintiffs
                                                                           Florida Bar No. 143900
                                                                           3102 Seaway Court, Suite 304
                                                                           Tampa, FL 33629
                                                                           Tel: (352)328-7469
                                                                           BrianJDonovan@verizon.net

## **CERTIFICATE OF NON-SUPPORT**

The undersigned certifies, pursuant to Pretrial Order No. 11, that he has conferred with Plaintiffs' Liaison Counsel, Stephen J. Herman, requesting support for the filing of Plaintiffs' Motion in Opposition to Class Certification of Any Action in MDL 2179 and Memorandum of Law. Plaintiffs' Liaison Counsel stated, "The PSC believes that the proposed motion is inappropriate and premature."

DATED: December 1, 2011                                Respectfully submitted,

**s/ Brian J. Donovan**
Brian J. Donovan
Attorney for Plaintiffs
Florida Bar No. 143900
3102 Seaway Court, Suite 304
Tampa, FL 33629
Tel: (352)328-7469
BrianJDonovan@verizon.net

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Plaintiffs' Motion in Opposition to Class Certification of Any Action in MDL 2179 and Memorandum of Law has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 1st day of December, 2011.

                                                 **s/ Brian J. Donovan**
                                                 Brian J. Donovan
                                                 Attorney for Plaintiffs
                                                 Florida Bar No. 143900
                                                 3102 Seaway Court, Suite 304
                                                 Tampa, FL 33629
                                                 Tel: (352)328-7469
                                                 BrianJDonovan@verizon.net