```
 1                    UNITED STATES DISTRICT COURT

 2                    EASTERN DISTRICT OF LOUISIANA

 3
    ******************************************************************
 4
    IN RE:  OIL SPILL BY THE
 5  OIL RIG DEEPWATER HORIZON
    IN THE GULF OF MEXICO ON
 6  APRIL 20, 2010

 7                               CIVIL ACTION NO. 10-MD-2179 "J"
                                 NEW ORLEANS, LOUISIANA
 8                               FRIDAY, NOVEMBER 18, 2011, 11:45 A.M.

 9
    THIS DOCUMENT RELATES TO
10  ALL CASES

11  ******************************************************************

12
          TRANSCRIPT OF DISCOVERY STATUS CONFERENCE PROCEEDINGS
13            HEARD BEFORE THE HONORABLE SALLY SHUSHAN
                    UNITED STATES MAGISTRATE JUDGE
14

15
    APPEARANCES:
16

17
    FOR THE PLAINTIFFS'
18  LIAISON COUNSEL:        DOMENGEAUX WRIGHT ROY & EDWARDS
                            BY:  JAMES P. ROY, ESQUIRE
19                          P. O. BOX 3668
                            556 JEFFERSON STREET
20                          LAFAYETTE, LA  70502

21
                            HERMAN HERMAN KATZ & COTLAR
22                          BY:  STEPHEN J. HERMAN, ESQUIRE
                                 SOREN GISLESON, ESQUIRE
23                          820 O'KEEFE AVENUE
                            NEW ORLEANS, LA  70113
24

25
```

```
 1  APPEARANCES CONTINUED:

 2

 3  FOR THE PLAINTIFFS:    BREIT DRESCHER IMPREVENTO & WALKER
                           BY:  JEFFREY A. BREIT, ESQUIRE
 4                         1000 DOMINION TOWER
                           999 WATERSIDE DRIVE
 5                         NORFOLK, VA  23510

 6

 7                         LEVIN PAPANTONIO THOMAS MITCHELL
                           RAFFERTY & PROCTOR
 8                         BY:  BRIAN H. BARR, ESQUIRE
                           316 SOUTH BAYLEN STREET, SUITE 600
 9                         PENSACOLA, FL  32502

10

11                         WILLIAMSON & RUSNAK
                           BY:  JIMMY WILLIAMSON, ESQUIRE
12                         4310 YOAKUM BOULEVARD
                           HOUSTON, TX  77006

13

14
                           IRPINO LAW FIRM
15                         BY:  ANTHONY IRPINO, ESQUIRE
                           ONE CANAL PLACE
16                         365 CANAL STREET, SUITE 2990
                           NEW ORLEANS, LA  70130

17

18
    FOR STATE INTERESTS:   ALABAMA ATTORNEY GENERAL'S OFFICE
19                         BY:  COREY L. MAZE, ESQUIRE
                                WINFIELD J. SINCLAIR, ESQUIRE
20                         500 DEXTER AVENUE
                           MONTGOMERY, AL  36130

21

22
    FOR THE STATE OF
23  LOUISIANA:             KANNER & WHITELEY
                           BY:  ALLAN KANNER, ESQUIRE
24                              ELIZABETH B. PETERSEN, ESQUIRE
                           701 CAMP STREET
25                         NEW ORLEANS, LA  70130
```

```
 1  APPEARANCES CONTINUED:

 2

 3                                  HENRY DART, ATTORNEYS AT LAW
                                    BY:  HENRY DART, ESQUIRE
 4                                  510 NORTH JEFFERSON STREET
                                    COVINGTON, LA  70433
 5

 6
                                    STATE OF LOUISIANA
 7                                  GOVERNOR BOBBY JINDAL
                                    BY:  ELIZABETH BAKER MURRILL, ESQUIRE
 8                                  600 NORTH THIRD STREET
                                    BATON ROUGE, LA  70802
 9

10
                                    USRY WEEKS & MATTHEWS
11                                  BY:  T. ALLEN USRY, ESQUIRE
                                    1615 POYDRAS STREET, SUITE 1250
12                                  NEW ORLEANS, LA  70112

13

14  FOR THE FEDERAL
    GOVERNMENT INTERESTS:           U.S. DEPARTMENT OF JUSTICE
15                                  TORTS BRANCH, CIVIL DIVISION
                                    BY:  R. MICHAEL UNDERHILL, ESQUIRE
16                                       SARAH D. HIMMELHOCH, ESQUIRE
                                    450 GOLDEN GATE AVENUE
17                                  7TH FLOOR, ROOM 5395
                                    SAN FRANCISCO, CA  94102
18

19
    FOR THE UNITED STATES
20  OF AMERICA:                     ENVIRONMENTAL ENFORCEMENT SECTION
                                    U.S. DEPARTMENT OF JUSTICE
21                                  BY:  STEVEN O'ROURKE, ESQUIRE
                                         NANCY FLICKINGER, ESQUIRE
22                                  P.O. BOX 7611
                                    WASHINGTON, DC  20044
23

24

25
```

```
 1  APPEARANCES CONTINUED:

 2

 3  FOR BP AMERICA INC.,
    BP AMERICA PRODUCTION
 4  COMPANY, BP COMPANY
    NORTH AMERICA INC.,
 5  BP CORPORATION NORTH
    AMERICA INC.,
 6  BP EXPLORATION &
    PRODUCTION INC.,
 7  BP HOLDINGS NORTH
    AMERICA LIMITED,
 8  BP PRODUCTS NORTH
    AMERICA INC.:            KIRKLAND & ELLIS
 9                           BY:  J. ANDREW LANGAN, ESQUIRE
                                  MARK J. NOMELLINI, ESQUIRE
10                                BRIAN A. KAVANAUGH, ESQUIRE
                                  RYAN S. BABIUCH, ESQUIRE
11                           300 N. LASALLE
                             CHICAGO, IL  60654
12

13
                             KIRKLAND & ELLIS
14                           BY:  ROBERT R. GASAWAY, ESQUIRE
                             655 FIFTEENTH STREET, N.W.
15                           WASHINGTON, DC  20005

16

17  FOR TRANSOCEAN HOLDINGS
    LLC, TRANSOCEAN
18  OFFSHORE DEEPWATER
    DRILLING INC., AND
19  TRANSOCEAN DEEPWATER
    INC.:                    FRILOT
20                           BY:  KERRY J. MILLER, ESQUIRE
                             ENERGY CENTRE, 36TH FLOOR
21                           1100 POYDRAS STREET
                             NEW ORLEANS, LA  70163
22

23
                             SUTHERLAND ASBILL & BRENNAN
24                           BY:  RACHEL G. CLINGMAN, ESQUIRE
                             1001 FANNIN STREET, SUITE 3700
25                           HOUSTON, TX  77002
```

```
 1  APPEARANCES CONTINUED:

 2


 3  FOR CAMERON INTERNATIONAL
    CORPORATION:             STONE PIGMAN WALTHER WITTMANN
 4                           BY:  PHILLIP A. WITTMANN, ESQUIRE
                                  CARMELITE M. BERTAUT, ESQUIRE
 5                           546 CARONDELET STREET
                             NEW ORLEANS, LA 70130
 6

 7
                             BECK REDDEN & SECREST
 8                           BY:  DAVID J. BECK, ESQUIRE
                             ONE HOUSTON CENTER
 9                           1221 MCKINNEY STREET, SUITE 4500
                             HOUSTON, TX  77010
10

11
    FOR HALLIBURTON
12  ENERGY SERVICES, INC.:   GODWIN RONQUILLO
                             BY:  DONALD E. GODWIN, ESQUIRE
13                                JENNY L. MARTINEZ, ESQUIRE
                                  STEFANIE K. MAJOR, ESQUIRE
14                           1201 ELM STREET, SUITE 1700
                             DALLAS, TX  75270
15

16
                             GODWIN RONQUILLO
17                           BY:  R. ALAN YORK, ESQUIRE
                             1331 LAMAR, SUITE 1665
18                           HOUSTON, TX  77010

19

20  FOR ANADARKO
    PETROLEUM CORPORATION,
21  ANADARKO E&P COMPANY
    LP:                      KUCHLER POLK SCHELL
22                           WEINER & RICHESON
                             BY:  DEBORAH D. KUCHLER, ESQUIRE
23                           1615 POYDRAS STREET, SUITE 1300
                             NEW ORLEANS, LA  70112
24

25
```

```
 1  APPEARANCES CONTINUED:

 2

 3                              BINGHAM MCCUTCHEN
                                BY:  JAMES J. DRAGNA, ESQUIRE
 4                              355 SOUTH GRAND AVENUE, SUITE 4400
                                LOS ANGELES, CA  90071
 5

 6
                                BINGHAM MCCUTCHEN
 7                              BY:  KY E. KIRBY, ESQUIRE
                                     WARREN A. FITCH, ESQUIRE
 8                              2020 K STREET, NW
                                WASHINGTON, DC  20006
 9

10
    FOR MOEX OFFSHORE
11  2007 LLC:                   CARVER DARDEN KORETZKY TESSIER
                                FINN BLOSSMAN & AREAUX
12                              BY:  PHILLIP D. NIZIALEK, ESQUIRE
                                1100 POYDRAS STREET, SUITE 3100
13                              NEW ORLEANS, LA  70163

14

15  FOR M-I L.L.C.:             MORGAN, LEWIS & BOCKIUS
                                BY:  DENISE SCOFIELD, ESQUIRE
16                                   JAMES B. TARTER, ESQUIRE
                                1000 LOUISIANA STREET, SUITE 4000
17                              HOUSTON, TX  77002

18

19  FOR WEATHERFORD U.S.,
    L.P.:                       JONES WALKER
20                              BY:  GLENN G. GOODIER, ESQUIRE
                                600 JEFFERSON STREET, SUITE 1600
21                              LAFAYETTE, LA 70501

22

23  FOR DRIL-QUIP,
    INC.:                       WARE, JACKSON, LEE & CHAMBERS
24                              BY:  DON JACKSON, ESQUIRE
                                     C. DENNIS BARROW, JR., ESQUIRE
25                              2929 ALLEN PARKWAY, 42ND FLOOR
                                HOUSTON, TEXAS 77019
```

```
 1  APPEARANCES CONTINUED:

 2

 3  FOR O'BRIEN'S RESPONSE
    MANAGEMENT, INC.,
 4  SEACOR HOLDINGS, INC.,
    SEACOR OFFSHORE LLC,
 5  SEACOR MARINE, LLC,
    SEACOR WORLDWIDE, INC.,
 6  SEACOR MARINE, INC.,
    SEACOR MARINE
 7  INTERNATIONAL, INC.,
    AND SIEMENS FINANCIAL,
 8  INC.:                     WEIL GOTSHAL & MANGES
                              BY:  THEODORE E. TSEKERIDES, ESQUIRE
 9                            767 FIFTH AVENUE
                              NEW YORK, NY  10153
10

11
    FOR AIRBORNE SUPPORT
12  INTERNATIONAL, INC.:      LABORDE & NEUNER
                              BY:  BEN L. MAYEAUX, ESQUIRE
13                                 FRANCIS X. NEUNER, JR., ESQUIRE
                                   JED M. MESTAYER, ESQUIRE
14                            ONE PETROLEUM CENTER
                              1001 W. PINHOOK RD., SUITE 200
15                            LAFAYETTE, LA 70505

16

17  FOR MDL 2185:             MITHOFF LAW FIRM
                              BY:  WILLIAM STRADLEY, ESQUIRE
18                            3450 ONE ALLEN CENTER
                              500 DALLAS STREET
19                            HOUSTON, TX  77002

20
    OFFICIAL COURT REPORTER:     CATHY PEPPER, CRR, RMR, CCR
21                               CERTIFIED REALTIME REPORTER
                                 500 POYDRAS STREET, ROOM HB406
22                               NEW ORLEANS, LA  70130
                                 (504) 589-7779
23                               Cathy_Pepper@laed.uscourts.gov

24
    PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
25  PRODUCED BY COMPUTER.
```

```
12:45PM   1              THE COURT:  Right.  Exactly.  No problem.
12:45PM   2              MR. LANGAN:  We know that.  I mean, we would like more
12:45PM   3   time, but we get it.
12:45PM   4              THE COURT:  Yes.  As far as Halliburton's reply, I don't
12:45PM   5   see any need.  You all have put your case out there, don't you
12:45PM   6   think?
12:45PM   7              MR. GODWIN:  I think we're fine, Judge.
12:45PM   8              We would ask that you let us at least see what they
12:45PM   9   have.  Unless there is something very surprising, we'll inform
12:45PM  10   you that we won't need to file a reply; but, if there is
12:45PM  11   something surprising, we're willing to do that with a very few
12:45PM  12   pages to reply, if necessary.  But that would be done within,
12:45PM  13   maybe, two days at the outside.  Hopefully, we won't have to do
12:45PM  14   anything.
12:45PM  15              THE COURT:  Okay.  Great.
12:45PM  16              MR. GODWIN:  We actually think the motion is ready, if
12:45PM  17   you would rule now, Your Honor.
12:45PM  18              THE COURT:  Well, I know that.  I know that, Don, but
12:45PM  19   we're not going to do that.
12:45PM  20              MR. GODWIN:  We're not going to do that today.
12:45PM  21              THE COURT:  No --
12:45PM  22              MR. GODWIN:  Thank you, Your Honor.
12:45PM  23              THE COURT:  -- we're not going to do that day.
12:46PM  24              MR. LANGAN:  Your Honor, not on *Viator* and *CSI*, but I
12:46PM  25   mentioned to you a few weeks ago that we had a few of our own
```