1        UNITED STATES DISTRICT COURT

2        EASTERN DISTRICT OF LOUISIANA

3

4
  IN RE:  OIL SPILL            MDL NO. 2179
5 BY THE OIL RIG
  "DEEPWATER HORIZON"          SECTION:  J
6 IN THE GULF OF
  MEXICO, ON                   JUDGE BARBIER
7 APRIL 20, 2010               MAG. JUDGE SHUSHAN

8

9

15

16                    **VOLUME I**

17

18     (30)(b)96)Deposition of **Halliburton**,

19  through its designated representative,

20  **RICHARD FRANK VARGO**, and **RICHARD FRANK VARGO**

21  individually, 102 Kent Circle, Lafayette,

22  Louisiana 70508, taken in the Pan American

23  Life Center, Mardi Gras Room, 11th Floor, 601

24  Poydras Street, New Orleans, Louisiana 70130,

25  reported on Wednesday, March 30th, 2011.

```
 1   investigation, other than the lawyers'
 2   letters or reports, have you seen any of
 3   those results of the investigation?
 4        MR. GODWIN:
 5             Object to form.
 6        THE WITNESS:
 7             Can you ask the question again,
 8   sir?  I'm sorry.
 9   EXAMINATION BY MR. THORNHILL:
10        Q.   Have you seen any of the results
11   of the investigation after the blowout --
12        A.   Are you talking about --
13        Q.   Conducted by Halliburton?
14        A.   -- the Bly report?  Oh, by
15   Halliburton, I don't know of any reports that
16   have been generated to show the results of
17   what was -- what happened.
18        Q.   Have there been any memoranda,
19   other than the letters of the lawyers, or
20   e-mails from the lawyers, have there been any
21   memoranda internally at Halliburton on what
22   happened?
23        MR. GODWIN:
24             Object to form.  Counsel, with
25   regard to any investigation, I would ask that
```

```
 1  you ask or clarify if it was initiated by
 2  attorneys within Halliburton.
 3       MR. THORNHILL:
 4            I just did.
 5       MR. GODWIN:
 6            Just a moment.  To the extent
 7  that the investigation was initiated by
 8  attorneys within Halliburton, we're going to
 9  instruct the witness not to answer those
10  questions, but if there were investigations
11  that were conducted prior to the lawyers
12  getting involved, then he would be able to
13  answer that, but not after.
14       THE WITNESS:
15            Anything that was done after my
16  commission hearing was done at the direction
17  of counsel.  Anything I did before then, I
18  generated a -- we looked at the OptiCems.
19  We looked at the data that we had.  We
20  reviewed the Sperry data, I think I told you
21  that.  But I didn't -- we didn't generate any
22  kind of reports.  We had just gathered the
23  information, reviewed it, and that's what I
24  had done, sir.
25  EXAMINATION BY MR. THORNHILL:
```

```
 1   in the litigation or anything.
 2   EXAMINATION BY MR. THORNHILL:
 3        Q.    And your explanation is just
 4   your explanation based upon the information
 5   that you looked at considering the bits and
 6   pieces of information that you offered;
 7   right?
 8        A.    Based on the information that I
 9   had, my experience, the time that I've spent
10   doing the things that I do, working with BP
11   in the days after that, that's how I formed
12   the explanation.  We were trying to best
13   understand what was going on so we could help
14   fix the problem.  So that was what drove me
15   to try and best identify what occurred so we
16   could get the best chance to kill and cement
17   the well up.  That's what I did.
18        Q.    Okay. All right.  Let's talk
19   about your investigation after the fact in
20   September of 2010 and -- were you made
21   familiar during that investigation with the
22   work done by Schlumberger?
23        MR. GODWIN:
24              I'm going to instruct the witness
25   that any investigation that was done at the
```

```
 1   request or instruction of counsel, he's not
 2   to answer any questions about that.  If there
 3   was an investigation done prior to the
 4   involvement of counsel and his awareness of
 5   that, then he can so testify, but not
 6   otherwise.
 7         MR. THORNHILL:
 8              I will rephrase the question.
 9         THE WITNESS:
10              Thank you.
11   EXAMINATION BY MR. THORNHILL:
12         Q.    Do you, Mr. Vargo, recall having
13   seen the Schlumberger acoustic log, September
14   22, 2010?
15         A.    No, sir, I have not seen any
16   Schlumberger logs.
17         Q.    All right.  And were you working
18   with BP and others in investigating what
19   could be done to figure out what happened and
20   also what could -- what steps could be taken
21   to kill the well during the September 2010
22   period?
23         A.    I left BP's office the end of
24   May, beginning of June time frame after the
25   top kill attempts were complete and I was not
```

```
 1   privileged setting begin?
 2        MR. GODWIN:
 3             Object to form.
 4        THE WITNESS:
 5             I don't remember exactly the
 6   first time I met with counsel, but it was --
 7        MR. GODWIN:
 8             You don't need to go into that.
 9        MS. HARDING:
10             No, I just --
11        MR. GODWIN:
12             She's asking you to go into
13   attorney-client privilege.
14        MS. HARDING:
15             I'm -- I'm really just trying
16   to --
17        MR. GODWIN:
18             Let me finish, please.
19        MS. HARDING:
20             I'm sorry.
21        MR. GODWIN:
22             She's asking you to divulge
23   attorney-client privileged communications,
24   which is inappropriate.  I'm going to
25   instruct you not to answer anything about any
```

```
 1  conversation that either you said to an
 2  attorney or an attorney said to you, if you
 3  will, please.
 4          THE WITNESS:
 5                Yes, sir.
 6          MR. GODWIN:
 7                And, Barbara, I'll ask you if
 8  you will not ask another question today of
 9  this witness that would elicit any
10  information pertaining to a conversation with
11  a lawyer.  I would appreciate that.  I've
12  accommodated your witnesses in that regard,
13  and I'll -- I'll ask that you do the same to
14  mine.
15          MS. HARDING:
16                I think it's -- Don, I think
17  it's quicker.  I'm trying to actually make
18  sure that I don't do that in finding out when
19  it is, at what point in time, his
20  conversations are privileged.  So --
21          MR. GODWIN:
22                Well, if it were clear, I
23  wouldn't have made that objection.  But we
24  have an understanding --
25          MS. HARDING:
```

```
 1        MR. GODWIN:
 2             I'm going to object to that,
 3   Danny.  Object to form.
 4        THE WITNESS:
 5             I believe I've answered the
 6   question, sir.
 7   EXAMINATION BY MR. GOFORTH:
 8        Q.   Anybody -- any of your bosses
 9   tell you that you can't talk to Jesse
10   Gagliano?
11        A.   No.
12        Q.   Has the CEO of Halliburton said,
13   I don't want you talking to Jesse Gagliano?
14        MR. GODWIN:
15             Object to form.
16        THE WITNESS:
17             No, sir.
18   EXAMINATION BY MR. GOFORTH:
19        Q.   Has anybody within Halliburton
20   said to you, don't talk to Jesse Gagliano?
21        MR. GODWIN:
22             Object to the form.
23             And I'll again instruct the
24   witness that in regard to attorneys inside of
25   Halliburton, you're not to reveal any
```

1  information you received from those attorneys
2  at any time during the matter involving the
3  DEEPWATER HORIZON.
4  EXAMINATION BY MR. GOFORTH:
5      Q.   Has -- has any nonlawyer within
6  Halliburton told you that you can't talk to
7  Jesse Gagliano?
8      A.   No, sir.
9      Q.   Has any BP personnel told you
10 that?
11     A.   No, sir.
12     Q.   Have you talked to any BP
13 personnel about the incident?
14     A.   When?
15     Q.   From April the 21st or April
16 the 20th until now.
17     A.   Yes.
18     Q.   Who have you talked to within
19 BP?
20     A.   Sir, I was working in-house at
21 BP for four-plus weeks.  I talked to a lot of
22 people about what we were doing over at BP.
23     Q.   Okay.  Have you been interviewed
24 by anyone from BP?
25     A.   No, sir.

```
 1         Q.    So you're under the instruction
 2   not to tell me that?
 3         A.    I'm -- I'm not allowed --
 4         MR. GODWIN:
 5               I'm instructing him not to
 6   reveal any information that you learned after
 7   counsel started working with you in terms of
 8   the investigation.
 9         MR. JACKSON:
10               Thank you, Don.
11         MR. GODWIN:
12               How much time do we have left,
13   Don?
14         MR. JACKSON:
15               I'm under five minutes.
16         MR. GODWIN:
17               How much time you got left?
18         THE VIDEOGRAPHER:
19               Three and a half.
20         MR. JACKSON:
21               Three and a half.
22   EXAMINATION BY MR. JACKSON:
23         Q.    Okay.  Sir --
24         MR. GODWIN:
25               That's fine.
```