<pre>
 1                      UNITED STATES DISTRICT COURT
                       EASTERN DISTRICT OF LOUISIANA
 2

 3     **********************************************************

 4     IN RE: OIL SPILL BY THE OIL
       RIG DEEPWATER HORIZON IN
 5     THE GULF OF MEXICO ON APRIL
       20, 2010
 6
                                  CIVIL ACTION NO. 10-MD-2179 "J"
 7                                NEW ORLEANS, LOUISIANA
                                  FRIDAY, NOVEMBER 4, 2011, 8:30 A.M.
 8

 9     THIS DOCUMENT RELATES TO:

10     10-CV-3059 AND
       11-CV-0516
11
       **********************************************************
12

13              TRANSCRIPT OF MOTION HEARING PROCEEDINGS
            HEARD BEFORE THE HONORABLE CARL J. BARBIER
14               UNITED STATES DISTRICT JUDGE

15

16     APPEARANCES:

17

18     FOR THE PLAINTIFFS'
       LIAISON COUNSEL:          DOMENGEAUX WRIGHT ROY & EDWARDS
19                               BY:  JAMES P. ROY, ESQUIRE
                                 P. O. BOX 3668
20                               556 JEFFERSON STREET
                                 LAFAYETTE, LA  70502
21

22
       FOR THE STATE OF
23     LOUISIANA:                KANNER & WHITELEY
                                 BY:  ALLAN KANNER, ESQUIRE
24                                    ELIZABETH B. PETERSEN, ESQUIRE
                                 701 CAMP STREET
25                               NEW ORLEANS, LA  70130
</pre>

08:28AM

1  APPEARANCES CONTINUED:

2

3                          STATE OF LOUISIANA
                           BY:   JAMES D. CALDWELL, ATTORNEY GENERAL
4                                JAMES TREY PHILLIPS, ESQUIRE
                                 MEGAN TERRELL, ESQUIRE
5                          POST OFFICE BOX 94005
                           BATON ROUGE, LA   70804
6

7
                           STATE OF LOUISIANA
8                          GOVERNOR BOBBY JINDAL
                           BY:  ELIZABETH BAKER MURRILL, ESQUIRE
9                          600 NORTH THIRD STREET
                           BATON ROUGE, LA   70802
10

11
                           USRY WEEKS & MATTHEWS
12                         BY:   T. ALLEN USRY, ESQUIRE
                           1615 POYDRAS STREET, SUITE 1250
13                         NEW ORLEANS, LA   70112

14

15  FOR BP AMERICA INC.,
    BP AMERICA PRODUCTION
16  COMPANY, BP COMPANY
    NORTH AMERICA INC.,
17  BP CORPORATION NORTH
    AMERICA INC.,
18  BP EXPLORATION &
    PRODUCTION INC.,
19  BP HOLDINGS NORTH
    AMERICA LIMITED,
20  BP PRODUCTS NORTH
    AMERICA INC.:            LISKOW & LEWIS
21                          BY:   DON K. HAYCRAFT, ESQUIRE
                           ONE SHELL SQUARE
22                         701 POYDRAS STREET
                           SUITE 5000
23                         NEW ORLEANS, LA   70139

24

25

```
 1  APPEARANCES CONTINUED:

 2

 3                          KIRKLAND & ELLIS
                            BY:  J. ANDREW LANGAN, ESQUIRE
 4                               ANDREW B. BLOOMER, ESQUIRE
                                 RYAN S. BABIUCH, ESQUIRE
 5                          300 N. LASALLE
                            CHICAGO, IL  60654
 6

 7

                            KIRKLAND & ELLIS
 8                          BY:  ROBERT R. GASAWAY, ESQUIRE
                            655 FIFTEENTH STREET, N.W.
 9                          WASHINGTON, DC  20005

10

11
    FOR TRANSOCEAN HOLDINGS
12  LLC, TRANSOCEAN
    OFFSHORE DEEPWATER
13  DRILLING INC., AND
    TRANSOCEAN DEEPWATER
14  INC.:                   FRILOT
                            BY:  KERRY J. MILLER, ESQUIRE
15                          ENERGY CENTRE, 36TH FLOOR
                            1100 POYDRAS STREET
16                          NEW ORLEANS, LA  70163

17

18  ALSO PRESENT:           MAGISTRATE JUDGE SALLY SHUSHAN

19

20  OFFICIAL COURT REPORTER:     CATHY PEPPER, CRR, RMR, CCR
                                 CERTIFIED REALTIME REPORTER
21                               500 POYDRAS STREET, ROOM HB406
                                 NEW ORLEANS, LA  70130
22                               (504) 589-7779
                                 Cathy_Pepper@laed.uscourts.gov
23
    PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
24  PRODUCED BY COMPUTER.

25
```

**I N D E X**

SPEAKERS                                                          PAGE

MR. KANNER........................................... 7

MR. LANGAN...........................................  8

THE COURT........................................... 10

MR. LANGAN........................................... 10

MR. KANNER........................................... 15

THE COURT........................................... 18

MS. MURRILL........................................... 19

**P-R-O-C-E-E-D-I-N-G-S**

FRIDAY, NOVEMBER 4, 2011

M O R N I N G   S E S S I O N

(COURT CALLED TO ORDER)

THE DEPUTY CLERK:  All rise.  Court is now in session.

THE COURT:  Everyone please be seated.  Stephanie, call this case, please.

THE DEPUTY CLERK:  MDL 2179, *In re: Oil Spill By the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20th, 2010.*

THE COURT:  Counsel, make your appearances, please.

MR. KANNER:  Allan Kanner, for the State of Louisiana.  With me is my partner Lillie Petersen.

MS. TERRELL:  As well as Megan Terrell with the Louisiana Attorney General's office.

MR. CALDWELL:  Buddy Caldwell.

THE COURT:  Good morning, Mr. Caldwell.

MR. USRY:  Alan Usry for the State.

MR. PHILLIPS:  Trey Phillips for the State, Judge.

MR. ROY:  Your Honor, Jim Roy for the PSC.

MR. LANGAN:  Your Honor, Andy Langan for BP.  I also have my colleagues, Mr. Gasaway and Mr. Babiuch, here and Mr. Haycraft is here as well.

08:36AM 1        THE COURT:  All right.  Was someone calling in for BP?

08:36AM 2        MR. LANGAN:  Mr. Bloomer, my partner, is on the line, I

08:36AM 3   believe.

08:36AM 4        THE COURT:  Mr. Bloomer, can you hear us?

08:36AM 5        MR. BLOOMER:  I can, Your Honor.  Thank you.

08:36AM 6        THE COURT:  Is he the only one on the line?

08:36AM 7        THE DEPUTY CLERK:  We have Ms. Murrill for the State of

08:36AM 8   Louisiana.

08:36AM 9        THE COURT:  I understand Liz Murrill is on the phone,

08:36AM 10  too, someone told me.  Is that her name?  Ms. Murrill, are you on

08:36AM 11  the phone?

08:36AM 12       MS. MURRILL:  Yes, sir.

08:36AM 13       THE COURT:  Can you turn that sound up a little bit.

08:36AM 14       You folks on the phone are going to have to speak

08:36AM 15  up loudly if and when you speak, okay, because I could barely

08:36AM 16  hear you just now, Ms. Murrill.

08:37AM 17       This matter is before the Court this morning on the

08:37AM 18  State of Louisiana's objections to an appeal from

08:37AM 19  Magistrate Shushan's order regarding discovery, which was issued

08:37AM 20  last week on October 27, 2011.  Record Document Number 4415 is

08:37AM 21  the objected-to order.

08:37AM 22       All right.  Mr. Kanner, I guess my first question

08:37AM 23  to you is I received something this morning, some sort of a

08:37AM 24  certification from the State.  I'm trying to figure out what this

08:37AM 25  means.

08:37AM 1          MR. KANNER:  Yes.  Let me explain.  As of yesterday, we

08:38AM 2    had made our fifth wave of production of documents.  In addition,

08:38AM 3    we have a certification from all of our agencies that they've

08:38AM 4    done their searches.  They believe there are no other documents.

08:38AM 5          I believe the Magistrate Judge, in her last call,

08:38AM 6    invited us to do a certification.  BP asked why isn't there a

08:38AM 7    certification in the record?  We have a certification.  I'm not

08:38AM 8    sure any other party has had to certify, but I believe -- I can

08:38AM 9    tell the Court with a hundred percent certainty that we've now

08:38AM 10   got all of the documents.

08:38AM 11         I can tell the Court that there was nothing in

08:38AM 12   those documents, having looked at them -- and BP has had access

08:38AM 13   to them, and as you know, they didn't comment about the content

08:38AM 14   of any of those documents.  The PSC has also had access to the

08:38AM 15   documents.  These are not the kind of documents that could in any

08:38AM 16   way jeopardize your February 27th trial date, Your Honor.

08:39AM 17         The last thing the State wanted to do would be

08:39AM 18   anything like that.  So I don't think there is any evidence in

08:39AM 19   the record that there is even the possibility that whatever

08:39AM 20   shortcomings there were in the past could have in any way

08:39AM 21   jeopardized the trial date.  That's point one.

08:39AM 22         Point two, I don't believe that there is any

08:39AM 23   evidence of bad faith by the State that would warrant an

08:39AM 24   imposition of sanctions.  Our status in the case was uncertain.

08:39AM 25   I think we said that in our filings to the Magistrate on

08:39AM  1    August 29th.  I think that's Record Document 3915.

08:39AM  2              I think sanctions are a drastic remedy, especially

08:39AM  3    one of dismissing claims.  The State of Louisiana has suffered 60

08:39AM  4    to 90 percent of all the ecological injuries associated with this

08:39AM  5    disaster.

08:39AM  6         THE COURT:  Let me just stop you, first of all.  There

08:40AM  7    is no order to dismiss any of your claims.  What Judge Shushan's

08:40AM  8    order says is that you were ordered to comply with her previous

08:40AM  9    discovery orders, and failing which there would be escalating

08:40AM 10    sanctions imposed.  The ultimate sanction being possible

08:40AM 11    dismissal of one or more claims.  So there has been no dismissal

08:40AM 12    of any claims.

08:40AM 13              So let's talk about whether you've complied with

08:40AM 14    the order.  That's what I would like you to talk about now.

08:40AM 15         MR. KANNER:  The answer is yes, and we've given you a

08:40AM 16    certification on that.  There is no other --

08:40AM 17         THE COURT:  Let me hear from the other side on that

08:40AM 18    point.

08:40AM 19         MR. KANNER:  Okay.  Ms. Terrell signed the affidavit, or

08:40AM 20    certification.  There are a couple of footnotes and she can

08:40AM 21    explain those, if you want.

08:40AM 22         THE COURT:  Let me hear from Mr. Langan or whoever wants

08:40AM 23    to speak on behalf of BP.

08:40AM 24         MR. LANGAN:  Yes, Your Honor.  Andy Langan for BP.  The

08:40AM 25    way I would like to do this, I have some comments to make.  I

08:41AM  1  would like to answer your questions, and Mr. Bloomer is also

08:41AM  2  available, if necessary.

08:41AM  3          We got the certification last night.  We haven't

08:41AM  4  had a chance to look at the documents.  I guess they produced

08:41AM  5  13,000 pages or something last night.

08:41AM  6          THE COURT:  Additional documents?

08:41AM  7          MR. LANGAN:  Yes, additional documents.

08:41AM  8          THE COURT:  What had been produced before yesterday?

08:41AM  9  Give me some sense of that.

08:41AM 10          MR. LANGAN:  Going back in time and what led to the

08:41AM 11  October 27th order, among other things was, you know, something

08:41AM 12  like 800 pages or something, but a very paltry number going back

08:41AM 13  in time, Your Honor.

08:41AM 14          I think that's covered in our brief, but in this

08:41AM 15  last round for Phase One, it looks like 13,000 pages or so have

08:41AM 16  been produced in the last night or so.

08:41AM 17          So the first point on my pad here is, as to

08:41AM 18  Phase One, maybe the appeal is moot.  In other words, I have a

08:41AM 19  couple thoughts here.  If they say they have complied as to

08:41AM 20  Phase One, then maybe I'm not sure why this appeal is being

08:42AM 21  pressed any more.  That's not to say that the order itself should

08:42AM 22  be vacated because the order was completely within Her Honor's

08:42AM 23  discretion, and there is no basis to show that she was clearly

08:42AM 24  erroneous in entering it.  But if they've complied, they've

08:42AM 25  complied.

08:42AM 1         Now, Phase Two remains to be seen as to whether or

08:42AM 2  not they will comply.

08:42AM 3         THE COURT:  The deadline set by Judge Shushan by her

08:42AM 4  October 27th order has not expired yet for Phase Two, correct?

08:42AM 5         MR. LANGAN:  Correct.

08:42AM 6         THE COURT:  I'm just trying to understand where we are

08:42AM 7  today because the deadline for Phase One was last night.

08:42AM 8         MR. LANGAN:  They say they've complied, and we are in no

08:42AM 9  position to say they haven't.

08:42AM 10         THE COURT:  Okay.  So we'll consider that part of the

08:42AM 11  appeal moot.

08:42AM 12         You said you've complied.  No one is contesting

08:42AM 13  that at this point.

08:42AM 14         MR. KANNER:  Yes, Your Honor.

08:42AM 15         THE COURT:  So the appeal is moot as to Phase One.

08:42AM 16         MR. LANGAN:  So do you want to hear from me on

08:42AM 17  Phase Two?

08:42AM 18         THE COURT:  Go ahead.

08:43AM 19         MR. LANGAN:  Then I think where we have to start is the

08:43AM 20  scope of review.  Okay.  So the Magistrate Judge, we all know,

08:43AM 21  gets broad discretion in this sort of thing.  The case law says

08:43AM 22  they have a heavy burden to overturn her order.  The cases

08:43AM 23  suggest she gets great deference in discovery matters like this.

08:43AM 24  Your Honor, everyone in this courtroom knows -- and I see

08:43AM 25  Magistrate Judge Shushan here.

08:43AM 1        THE COURT:  I should have put that on the record

08:43AM 2   earlier.  It's a little bit unconventional, but out of necessity,

08:43AM 3   in a case like this, you can't handle a case of this magnitude as

08:43AM 4   you handle a garden variety case, as we all know, so we have to

08:43AM 5   move things along.

08:43AM 6        Judge Shushan, as we know, as everyone knows, has

08:43AM 7   done a fantastic job of helping the Court and helping the parties

08:43AM 8   move this case along in terms of managing, hands-on managing of

08:44AM 9   the discovery in this case to the extent that she meets with you

08:44AM 10  all every Friday.  In fact, I think she's going to meet with you

08:44AM 11  all in a little while this morning again.

08:44AM 12       So I'll just put this all on the record because

08:44AM 13  it's not heretofore on the record.  In that last phone conference

08:44AM 14  with the parties regarding this issue, I was present in her

08:44AM 15  chambers, and I did that because I wanted to be able to expedite

08:44AM 16  this along.  I wanted to understand what the issues were and what

08:44AM 17  was going on.

08:44AM 18       She gave you all a short timeframe to file your

08:44AM 19  appeal.  You filed your appeal.  I was out of town until

08:44AM 20  Wednesday afternoon, so I set it this morning, which was as early

08:44AM 21  as I could hear it.  I asked her to be present because she has

08:44AM 22  more of the historical background in all of this than I do,

08:44AM 23  frankly, and in case any questions came up about what has

08:44AM 24  happened in the past or what she's done or not done in the past,

08:44AM 25  that's why she's here, okay?

08:44AM 1       MR. LANGAN:  Yes, Your Honor.  So the point I was going

08:45AM 2   to make, consistent with that is, the Magistrate Judge has been a

08:45AM 3   very active manager of discovery for all the parties here.  It

08:45AM 4   goes for BP, it goes for Transocean, it goes for the PSC, it goes

08:45AM 5   for the State.

08:45AM 6       Win some, lose some.  We have been disappointed at

08:45AM 7   times, but the fact of the matter is she gets broad discretion in

08:45AM 8   managing this, and there is no basis to overturn her order unless

08:45AM 9   it can be shown to be clearly erroneous.  There is no way the

08:45AM 10  State can or has made that showing.

08:45AM 11      I want to focus for a second on one of the issues

08:45AM 12  Your Honor asked us about, which is the argument that the State

08:45AM 13  was, quote, unquote, recently added to the limitation action and

08:45AM 14  should that make any difference.  With all due respect to the

08:45AM 15  State, I respectfully suggest that just doesn't wash for a couple

08:45AM 16  of reasons here.

08:45AM 17      First of all, as a process point, it was never an

08:45AM 18  argument that was raised before the order was issued.  Also, as

08:46AM 19  we showed in the brief we filed last night, Louisiana was an

08:46AM 20  active participant in all of the trial panel discussions that

08:46AM 21  filed briefs going all the way back to May.  It wasn't a news

08:46AM 22  flash to them in September that the trial plan was going forward.

08:46AM 23  Everybody knew that it was going forward.

08:46AM 24      Furthermore, and this is -- I want to supplement a

08:46AM 25  point we made in our brief, they separately sued BP back on

08:46AM 1   March 3rd of 2011.  They filed an action against BP on March 3rd

08:46AM 2   and 2011, and other parties, and they amended that complaint on

08:46AM 3   April 19th.  So they were a litigant against us back in April.

08:46AM 4         With the Magistrate Judge's permission, we served

08:46AM 5   discovery on the State way back in April and have been pursuing

08:46AM 6   it ever since.  So the fact that they didn't technically become a

08:46AM 7   party to the limitation action until September is not really

08:46AM 8   relevant.  They were in MDL 2179 suing us, and we sought

08:46AM 9   discovery against them.

08:46AM 10      THE COURT:  Well, in fact, they had been a party in

08:47AM 11   MDL 2179 long before that because they had filed a dec action

08:47AM 12   back in 2010.  September 14, 2010.

08:47AM 13      MR. LANGAN:  Yes.

08:47AM 14      THE COURT:  They filed a complaint for declaratory

08:47AM 15   judgment against Transocean, which became part of this MDL, so

08:47AM 16   obviously they have been a party to the MDL for over a year.

08:47AM 17      MR. LANGAN:  Exactly.  We served discovery on them back

08:47AM 18   in April.  They were a Bundle C plaintiff.  We sought discovery

08:47AM 19   from them.  So I would suggest that I think the whole purpose of

08:47AM 20   having an MDL is to have coordinated discovery.  So we served

08:47AM 21   discovery on them, seek documents from them.

08:47AM 22        The fact that they didn't get into the limitation

08:47AM 23   action -- they applied to get into the limitation action in May,

08:47AM 24   it didn't happen until September, but that's really of no moment

08:47AM 25   and shouldn't change the result at all.  We were trying to defend

08:47AM 1  ourselves, and we were seeking discovery from them.

08:47AM 2         Again, I think the record evidence is clear and it

08:48AM 3  certainly wasn't clearly erroneous for Her Honor to find that

08:48AM 4  they were, frankly, dilatory and took their time; didn't hire a

08:48AM 5  vendor until August; objected to 66 out of the 70 requests that

08:48AM 6  we made to them, with blanket objections; didn't engage with us

08:48AM 7  during the process.  For whatever tactical reason they chose to

08:48AM 8  make, the facts are that they waited until our Motion to Compel

08:48AM 9  was brought before they did anything, before they hired a vendor.

08:48AM 10 So there is all kinds of basis in the record, Your Honor, for

08:48AM 11 this order, and there is no basis to set it aside.

08:48AM 12        Finally, as to -- I just want to say this one more

08:48AM 13 thing:  The other issue you were interested in was the issue of

08:48AM 14 whether or not their objections to the burdensomeness and the

08:48AM 15 overbreadth of our request is a proper basis to set this aside.

08:48AM 16        All I want to say about that is, those exact issues

08:48AM 17 were litigated before Magistrate Judge Shushan.  They made the

08:48AM 18 same precise arguments.  It was argued.  They said what they

08:49AM 19 wanted to say, we said what we wanted to say on it, and she

08:49AM 20 decided it.  That's no basis for an appeal.

08:49AM 21        So it sounds like Phase One is moot, but as to

08:49AM 22 Phase Two, I think the order stands, and there is no basis to set

08:49AM 23 it aside.

08:49AM 24        THE COURT:  All right.  Thank you.  Let me hear from

08:49AM 25 Mr. Kanner.

08:49AM 1          MR. KANNER:  Just briefly, Your Honor.  First, I believe

08:49AM 2    that I can represent to the Court that Phase Two discovery, we'll

08:49AM 3    be able to certify Phase Two discovery as complete consistent

08:49AM 4    with the Magistrate Judge's order.

08:49AM 5          THE COURT:  Why are we here arguing about this then if

08:49AM 6    you're going to comply?

08:49AM 7          MR. KANNER:  We believe we're going to comply, but --

08:49AM 8          THE COURT:  There will be no sanctions if you comply per

08:49AM 9    her order, right?

08:49AM 10          MR. KANNER:  Correct.  But I think that, you know, we're

08:49AM 11    here because you asked us to be here, but --

08:49AM 12          THE COURT:  No, we're here because you filed an

08:50AM 13    objection to her order, and I'm hearing your objection and your

08:50AM 14    appeal.

08:50AM 15          MR. KANNER:  If Your Honor wants to take it under

08:50AM 16    advisement and we'll come back on -- you know, if we don't get a

08:50AM 17    certification, we'll come back and we can dismiss it in due

08:50AM 18    course.

08:50AM 19          THE COURT:  Let me just ask you this:  This is the

08:50AM 20    problem I've had all along, and frankly, I'm glad Mr. Caldwell is

08:50AM 21    here, because I think he should hear this, if he hadn't heard it

08:50AM 22    before.  It seems like throughout -- and I'm not being personally

08:50AM 23    critical of anybody here in this courtroom or anywhere else, but

08:50AM 24    for whatever reason, Judge Shushan and I have had problems with

08:50AM 25    getting Louisiana to comply and follow the same rules that

08:50AM 1    everybody else has had to follow in this litigation.

08:50AM 2            It's been a series of things, some larger, some

08:50AM 3    more important than others, but there is a little history here,

08:50AM 4    Mr. Kanner, and it's distracting.  I think we all waste time.

08:51AM 5    I'm sure you're being paid and everybody else at that table is

08:51AM 6    being paid by the hour.  These folks are being paid by the hour.

08:51AM 7    Judge Shushan and I are not being paid by the hour, so I could be

08:51AM 8    back in my office doing something else.  But it's distracting.  I

08:51AM 9    think it's wasting time.  It's not productive.  It's not moving

08:51AM 10   the ball forward in this litigation for anybody.  That's what has

08:51AM 11   been frustrating to the Court.

08:51AM 12           I thought things were moving in a better direction.

08:51AM 13   The last time we were in open court, you stood up, as I recall,

08:51AM 14   and you turned around, you looked at me and then you looked at

08:51AM 15   the other folks and you said, Louisiana wants to be a positive

08:51AM 16   force and work with everybody and move this case forward.  I was

08:51AM 17   very pleased to hear that, but then I see this.

08:51AM 18           I understand the State has -- you have

08:51AM 19   technological issues, you have budgetary issues, but everybody

08:52AM 20   has.  The State of Alabama was able to comply.  All these other

08:52AM 21   private parties are able to comply.  They have the same issues

08:52AM 22   that the State has.

08:52AM 23           So I'm pleased to hear now that you're telling me

08:52AM 24   that you'll be able to comply with Judge Shushan's order.  But I

08:52AM 25   haven't, frankly, heard any basis to overturn her order.

08:52AM 1          Here is the point I was leading up to, the question

08:52AM 2  for you:  If the State cannot, does not, or will not comply with

08:52AM 3  an order like this, what are we supposed to do?  I can't go over

08:52AM 4  there and physically produce the documents myself.  I can't send

08:52AM 5  the marshals over there to produce the documents.  I have to have

08:52AM 6  some kind of sanctions or penalties that I can impose.

08:52AM 7          You make the argument that the least severe

08:53AM 8  sanction necessary should be imposed and that's a general

08:53AM 9  principle.  I agree with you.  But in a case like this, if the

08:53AM 10 State were to continue to not comply, I don't know what other

08:53AM 11 sanctions we could impose but some sort of financial penalties

08:53AM 12 and then ultimately something beyond that, and we don't want to

08:53AM 13 go there.  So that's how I'm viewing this.

08:53AM 14      MR. KANNER:  I appreciate the comments, and I'm glad the

08:53AM 15 Attorney General is here today.  We meant what we said last time

08:53AM 16 we were in open court.  I mean, Mr. Langan got up a few moments

08:53AM 17 ago and he said 892 pages, that's pretty paltry.  The mistake he

08:53AM 18 made was that it's Alabama that has produced 108 documents, 892

08:53AM 19 pages.  That's all they've produced.  BP has never asked them to

08:53AM 20 do anything.

08:53AM 21      THE COURT:  Maybe that's all they have.  I don't know.

08:54AM 22 The point is not really how many documents you produce.  It's

08:54AM 23 whether you have produced all the responsive documents that you

08:54AM 24 have.

08:54AM 25      MR. KANNER:  And we have.  I apologize for whatever

08:54AM 1    inconvenience we imposed upon the Court.  That wasn't our intent.

08:54AM 2    We have continually indicated that we're trying in good faith to

08:54AM 3    comply in difficult budgetary times.  We raised objections along

08:54AM 4    the way.  For example, the first Motion to Compel had 70 requests

08:54AM 5    for production, many of which we thought were grossly over broad.

08:54AM 6    You're entitled as a party to file a motion.  Those were resolved

08:54AM 7    in June, and we made a production, and then --

08:54AM 8        THE COURT:  Well, your objections, frankly, were not

08:54AM 9    proper, because I've looked at it.  You made a very generalized

08:54AM 10   objection that it was over broad and burdensome and all of that.

08:54AM 11   I'm sure you're a very good lawyer, Mr. Kanner, so I'm sure you

08:54AM 12   know the law is that you can't just make a generalized objection

08:55AM 13   like that.  You have to make specific objections to each request.

08:55AM 14   That's not the way you did it, so that was not a proper

08:55AM 15   objection.  So as far as I'm concerned, that's a basis for me to

08:55AM 16   deny your appeal right there, overrule your objections at this

08:55AM 17   point.

08:55AM 18        I can't believe you're serious about the argument

08:55AM 19   that you were not a party to this, Louisiana was not a party to

08:55AM 20   this action for the reasons that have been said already here in

08:55AM 21   court this morning.

08:55AM 22        I just don't see any basis to overrule her order.

08:55AM 23   So what I'm going to do, it sounds like Louisiana intends to

08:55AM 24   comply, and you're telling me this morning you'll be able to

08:55AM 25   comply, so that's good to hear.  I'm going to affirm or uphold

08:55AM 1    her order.  I'm going to deny your appeal.

08:55AM 2            MR. KANNER:  Thank you, Your Honor.

08:55AM 3            THE COURT:  Okay.  Are there any other issues we need to

08:56AM 4    talk about this morning?

08:56AM 5            MS. MURRILL:  Judge, this is Liz Murrill from the

08:56AM 6    Governor's Office.  I just wanted to comment before we closed

08:56AM 7    that we are doing everything within our means, not even related

08:56AM 8    to budget issues, just everything possible to produce every

08:56AM 9    document that is subject to Phase Two discovery.

08:56AM 10          The PSC has reached out to us, and we've accepted

08:56AM 11    their help to make sure that we comply with that order.  So I

08:56AM 12    just wanted you to know that we really are working hard on this

08:56AM 13    matter.  It's not a matter of not complying or refusing to

08:56AM 14    comply.  We are doing everything possible to produce every

08:56AM 15    document subject to Phase Two.

08:56AM 16            THE COURT:  All right.  Thank you, Ms. Murrill.  I'm

08:56AM 17    very happy to hear that.  I'm also glad to hear that it sounds

08:56AM 18    like maybe you all are moving on to the same, I don't want to say

08:57AM 19    the same team maybe, but working cooperatively with the PSC and

08:57AM 20    other parties on whose side you should be in this litigation.  So

08:57AM 21    that's good to hear.

08:57AM 22          Does anybody have anything else?

08:57AM 23            MR. LANGAN:  Not from us, Your Honor.

08:57AM 24            THE COURT:  All right.  Have a good day.

08:57AM 25            THE DEPUTY CLERK:  All rise.

1      (WHEREUPON, the proceedings at 8:57 a.m. were

2   concluded.)

3                        *    *    *

4

5

6                   REPORTER'S CERTIFICATE

7

8      I, Cathy Pepper, Certified Realtime Reporter, Registered

9   Merit Reporter, Certified Court Reporter of the State of

10  Louisiana, Official Court Reporter for the United States District

11  Court, Eastern District of Louisiana, do hereby certify that the

12  foregoing is a true and correct transcript, to the best of my

13  ability and understanding, from the record of the proceedings in

14  the above-entitled and numbered matter.

15

16

17                        _s/Cathy Pepper_____

18                        Cathy Pepper, CRR, RMR, CCR
                          Certified Realtime Reporter
19                        Official Court Reporter
                          United States District Court
20                        Cathy_Pepper@laed.uscourts.gov

08:57AM

21

22

23

24

25

## 1

**10** [2] - 4:7, 4:8
**10-CV-3059** [1] - 1:10
**10-MD-2179** [1] - 1:6
**108** [1] - 17:18
**11-CV-0516** [1] - 1:10
**1100** [1] - 3:15
**1250** [1] - 2:12
**13,000** [2] - 9:5, 9:15
**14** [1] - 13:12
**15** [1] - 4:9
**1615** [1] - 2:12
**18** [1] - 4:10
**19** [1] - 4:11
**19th** [1] - 13:3

## 2

**20** [1] - 1:5
**20005** [1] - 3:9
**2010** [4] - 1:5, 5:12, 13:12
**2011** [5] - 1:7, 5:2, 6:20, 13:1, 13:2
**20th** [1] - 5:11
**2179** [3] - 5:10, 13:8, 13:11
**27** [1] - 6:20
**27th** [3] - 7:16, 9:11, 10:4
**29th** [1] - 8:1

## 3

**300** [1] - 3:5
**3668** [1] - 1:19
**36TH** [1] - 3:15
**3915** [1] - 8:1
**3rd** [2] - 13:1

## 4

**4** [2] - 1:7, 5:2
**4415** [1] - 6:20

## 5

**500** [1] - 3:21
**5000** [1] - 2:22
**504** [1] - 3:22
**556** [1] - 1:20
**589-7779** [1] - 3:22

## 6

**60** [1] - 8:3
**600** [1] - 2:9
**60654** [1] - 3:5
**655** [1] - 3:8
**66** [1] - 14:5

## 7

**7** [1] - 4:5
**70** [2] - 14:5, 18:4
**701** [2] - 1:24, 2:22
**70112** [1] - 2:13
**70130** [2] - 1:25, 3:21
**70139** [1] - 2:23
**70163** [1] - 3:16
**70502** [1] - 1:20
**70802** [1] - 2:9
**70804** [1] - 2:5

## 8

**8** [1] - 4:6
**800** [1] - 9:12
**892** [2] - 17:17, 17:18
**8:30** [1] - 1:7
**8:57** [1] - 20:1

## 9

**90** [1] - 8:4
**94005** [1] - 2:5

## A

**A.M** [1] - 1:7
**a.m** [1] - 20:1
**ability** [1] - 20:13
**able** [6] - 11:15, 15:3, 16:20, 16:21, 16:24, 18:24
**above-entitled** [1] - 20:14
**accepted** [1] - 19:10
**access** [2] - 7:12, 7:14
**action** [7] - 12:13, 13:1, 13:7, 13:11, 13:23, 18:20
**ACTION** [1] - 1:6
**active** [2] - 12:3, 12:20
**added** [1] - 12:13
**addition** [1] - 7:2
**additional** [2] - 9:6, 9:7
**advisement** [1] -

15:16
**affidavit** [1] - 8:19
**affirm** [1] - 18:25
**afternoon** [1] - 11:20
**agencies** [1] - 7:3
**ago** [1] - 17:17
**agree** [1] - 17:9
**ahead** [1] - 10:18
**Alabama** [2] - 16:20, 17:18
**Alan** [1] - 5:20
**ALLAN** [1] - 1:23
**Allan** [1] - 5:14
**ALLEN** [1] - 2:12
**ALSO** [1] - 3:18
**amended** [1] - 13:2
**AMERICA** [6] - 2:15, 2:15, 2:16, 2:17, 2:19, 2:20
**AND** [2] - 1:10, 3:13
**ANDREW** [2] - 3:3, 3:4
**Andy** [2] - 5:23, 8:24
**answer** [2] - 8:15, 9:1
**apologize** [1] - 17:25
**appeal** [11] - 6:18, 9:18, 9:20, 10:11, 10:15, 11:19, 14:20, 15:14, 18:16, 19:1
**appearances** [1] - 5:13
**APPEARANCES** [3] - 1:16, 2:1, 3:1
**applied** [1] - 13:23
**appreciate** [1] - 17:14
**April** [5] - 5:11, 13:3, 13:5, 13:18
**APRIL** [1] - 1:5
**argued** [1] - 14:18
**arguing** [1] - 15:5
**argument** [4] - 12:12, 12:18, 17:7, 18:18
**arguments** [1] - 14:18
**aside** [3] - 14:11, 14:15, 14:23
**associated** [1] - 8:4
**Attorney** [2] - 5:17, 17:15
**ATTORNEY** [1] - 2:3
**August** [2] - 8:1, 14:5
**available** [1] - 9:2

## B

**BABIUCH** [1] - 3:4
**Babiuch** [1] - 5:24
**background** [1] - 11:22
**bad** [1] - 7:23
**BAKER** [1] - 2:8

**ball** [1] - 16:10
**BARBIER** [1] - 1:13
**barely** [1] - 6:15
**basis** [10] - 9:23, 12:8, 14:10, 14:11, 14:15, 14:20, 14:22, 16:25, 18:15, 18:22
**BATON** [2] - 2:5, 2:9
**became** [1] - 13:15
**become** [1] - 13:6
**BEFORE** [1] - 1:13
**behalf** [1] - 8:23
**best** [1] - 20:12
**better** [1] - 16:12
**beyond** [1] - 17:12
**bit** [2] - 6:13, 11:2
**blanket** [1] - 14:6
**Bloomer** [3] - 6:2, 6:4, 9:1
**BLOOMER** [2] - 3:4, 6:5
**BOBBY** [1] - 2:8
**BOX** [2] - 1:19, 2:5
**BP** [17] - 2:15, 2:15, 2:16, 2:17, 2:18, 2:19, 2:20, 5:23, 6:1, 7:6, 7:12, 8:23, 8:24, 12:4, 12:25, 13:1, 17:19
**brief** [3] - 9:14, 12:19, 12:25
**briefly** [1] - 15:1
**briefs** [1] - 12:21
**broad** [4] - 10:21, 12:7, 18:5, 18:10
**brought** [1] - 14:9
**Buddy** [1] - 5:18
**budget** [1] - 19:8
**budgetary** [2] - 16:19, 18:3
**Bundle** [1] - 13:18
**burden** [1] - 10:22
**burdensome** [1] - 18:10
**burdensomeness** [1] - 14:14
**BY** [12] - 1:4, 1:19, 1:23, 2:3, 2:8, 2:12, 2:21, 3:3, 3:8, 3:14, 3:23, 3:24

## C

**Caldwell** [3] - 5:18, 5:19, 15:20
**CALDWELL** [2] - 2:3, 5:18
**CALLED** [1] - 5:4
**CAMP** [1] - 1:24

**cannot** [1] - 17:2
**CARL** [1] - 1:13
**case** [11] - 5:9, 7:24, 10:21, 11:3, 11:4, 11:8, 11:9, 11:23, 16:16, 17:9
**cases** [1] - 10:22
**CATHY** [1] - 3:20
**Cathy** [2] - 20:8, 20:18
**cathy_Pepper@laed. uscourts.gov** [1] - 3:22
**Cathy_Pepper@laed .uscourts.gov** [1] - 20:20
**CCR** [2] - 3:20, 20:18
**CENTRE** [1] - 3:15
**certainly** [1] - 14:3
**certainty** [1] - 7:9
**CERTIFICATE** [1] - 20:6
**certification** [9] - 6:24, 7:3, 7:6, 7:7, 8:16, 8:20, 9:3, 15:17
**CERTIFIED** [1] - 3:20
**Certified** [2] - 20:8, 20:9, 20:18
**certify** [3] - 7:8, 15:3, 20:11
**chambers** [1] - 11:15
**chance** [1] - 9:4
**change** [1] - 13:25
**CHICAGO** [1] - 3:5
**chose** [1] - 14:7
**CIVIL** [1] - 1:6
**claims** [4] - 8:3, 8:7, 8:11, 8:12
**clear** [1] - 14:2
**clearly** [3] - 9:23, 12:9, 14:3
**CLERK** [4] - 5:7, 5:10, 6:7, 19:25
**closed** [1] - 19:6
**colleagues** [1] - 5:24
**comment** [2] - 7:13, 19:6
**comments** [2] - 8:25, 17:14
**COMPANY** [2] - 2:16
**Compel** [2] - 14:8, 18:4
**complaint** [2] - 13:2, 13:14
**complete** [1] - 15:3
**completely** [1] - 9:22
**complied** [6] - 8:13, 9:19, 9:24, 9:25, 10:8, 10:12
**comply** [16] - 8:8, 10:2, 15:6, 15:7,

15:8, 15:25, 16:20, 16:21, 16:24, 17:2, 17:10, 18:3, 18:24, 18:25, 19:11, 19:14
**complying** [1] - 19:13
**COMPUTER** [1] - 3:24
**concerned** [1] - 18:15
**concluded** [1] - 20:2
**conference** [1] - 11:13
**consider** [1] - 10:10
**consistent** [2] - 12:2, 15:3
**content** [1] - 7:13
**contesting** [1] - 10:12
**continually** [1] - 18:2
**continue** [1] - 17:10
**CONTINUED** [2] - 2:1, 3:1
**cooperatively** [1] - 19:19
**coordinated** [1] - 13:20
**CORPORATION** [1] - 2:17
**correct** [4] - 10:4, 10:5, 15:10, 20:12
**COUNSEL** [1] - 1:18
**Counsel** [1] - 5:13
**couple** [3] - 8:20, 9:19, 12:15
**course** [1] - 15:18
**court** [4] - 5:7, 16:13, 17:16, 18:21
**Court** [12] - 6:17, 7:9, 7:11, 11:7, 15:2, 16:11, 18:1, 20:9, 20:10, 20:11, 20:19, 20:19
**COURT** [34] - 1:1, 3:20, 5:4, 5:8, 5:13, 5:19, 6:1, 6:4, 6:6, 6:9, 6:13, 8:6, 8:17, 8:22, 9:6, 9:8, 10:3, 10:6, 10:10, 10:15, 10:18, 11:1, 13:10, 13:14, 14:24, 15:5, 15:8, 15:12, 15:19, 17:21, 18:8, 19:3, 19:16, 19:24
**COURT**......................
......................... [2] - 4:7, 4:10
**courtroom** [2] - 10:24, 15:23
**covered** [1] - 9:14
**critical** [1] - 15:23
**CRR** [2] - 3:20, 20:18

**D**

**date** [2] - 7:16, 7:21
**DC** [1] - 3:9
**deadline** [2] - 10:3, 10:7
**dec** [1] - 3:11
**decided** [1] - 14:20
**declaratory** [1] - 13:14
**Deepwater** [1] - 5:11
**DEEPWATER** [3] - 1:4, 3:12, 3:13
**defend** [1] - 13:25
**deference** [1] - 10:23
**deny** [2] - 18:16, 19:1
**DEPUTY** [4] - 5:7, 5:10, 6:7, 19:25
**difference** [1] - 12:14
**difficult** [1] - 18:3
**dilatory** [1] - 14:4
**direction** [1] - 16:12
**disappointed** [1] - 12:6
**disaster** [1] - 8:5
**discovery** [15] - 6:19, 8:9, 10:23, 11:9, 12:3, 13:5, 13:9, 13:17, 13:18, 13:20, 13:21, 14:1, 15:2, 15:3, 19:9
**discretion** [3] - 9:23, 10:21, 12:7
**discussions** [1] - 12:20
**dismiss** [2] - 8:7, 15:17
**dismissal** [2] - 8:11
**dismissing** [1] - 8:3
**distracting** [2] - 16:4, 16:8
**DISTRICT** [3] - 1:1, 1:1, 1:14
**District** [3] - 20:10, 20:11, 20:19
**Document** [2] - 6:20, 8:1
**document** [2] - 19:9, 19:15
**DOCUMENT** [1] - 1:9
**documents** [16] - 7:2, 7:4, 7:10, 7:12, 7:14, 7:15, 9:4, 9:6, 9:7, 13:21, 17:4, 17:5, 17:18, 17:22, 17:23
**DOMENGEAUX** [1] - 1:18
**DON** [1] - 2:21
**done** [4] - 7:4, 11:7, 11:24

**drastic** [1] - 8:2
**DRILLING** [1] - 3:13
**due** [2] - 12:14, 15:17
**during** [1] - 14:7

**E**

**early** [1] - 11:20
**EASTERN** [1] - 1:1
**Eastern** [1] - 20:11
**ecological** [1] - 8:4
**EDWARDS** [1] - 1:18
**ELIZABETH** [2] - 1:24, 2:8
**ELLIS** [2] - 3:3, 3:7
**ENERGY** [1] - 3:15
**engage** [1] - 14:6
**entering** [1] - 9:24
**entitled** [2] - 18:6, 20:14
**erroneous** [3] - 9:24, 12:9, 14:3
**escalating** [1] - 8:9
**especially** [1] - 8:2
**ESQUIRE** [13] - 1:19, 1:23, 1:24, 2:4, 2:4, 2:8, 2:12, 2:21, 3:3, 3:4, 3:4, 3:8, 3:14
**evidence** [3] - 7:18, 7:23, 14:2
**exact** [1] - 14:16
**exactly** [1] - 13:17
**example** [1] - 18:4
**expedite** [1] - 11:15
**expired** [1] - 10:4
**explain** [2] - 7:1, 8:21
**EXPLORATION** [1] - 2:18
**extent** [1] - 11:9

**F**

**fact** [5] - 11:10, 12:7, 13:6, 13:10, 13:22
**facts** [1] - 14:8
**failing** [1] - 8:9
**faith** [2] - 7:23, 18:2
**fantastic** [1] - 11:7
**far** [1] - 18:15
**February** [1] - 7:16
**few** [1] - 17:16
**FIFTEENTH** [1] - 3:8
**fifth** [1] - 7:2
**figure** [1] - 6:24
**file** [2] - 11:18, 18:6
**filed** [7] - 11:19, 12:19, 12:21, 13:1, 13:11, 13:14, 15:12

**filings** [1] - 7:25
**finally** [1] - 14:12
**financial** [1] - 17:11
**first** [6] - 6:22, 8:6, 9:17, 12:17, 15:1, 18:4
**flash** [1] - 12:22
**FLOOR** [1] - 3:15
**focus** [1] - 12:11
**folks** [3] - 6:14, 16:6, 16:15
**follow** [1] - 15:25, 16:1
**footnotes** [1] - 8:20
**FOR** [4] - 1:18, 1:22, 2:15, 3:11
**force** [1] - 16:16
**foregoing** [1] - 20:12
**forward** [4] - 12:22, 12:23, 16:10, 16:16
**frankly** [5] - 11:23, 14:4, 15:20, 16:25, 18:8
**FRIDAY** [2] - 1:7, 5:2
**Friday** [1] - 11:10
**FRILOT** [1] - 3:14
**frustrating** [1] - 16:11
**furthermore** [1] - 12:24

**G**

**garden** [1] - 11:4
**Gasaway** [1] - 5:24
**GASAWAY** [1] - 3:8
**general** [1] - 17:8
**GENERAL** [1] - 2:3
**General** [1] - 17:15
**General's** [1] - 5:17
**generalized** [2] - 18:9, 18:12
**given** [1] - 8:15
**glad** [3] - 15:20, 17:14, 19:17
**GOVERNOR** [1] - 2:8
**Governor's** [1] - 19:6
**great** [1] - 10:23
**grossly** [1] - 18:5
**guess** [2] - 6:22, 9:4
**GULF** [1] - 1:5
**Gulf** [1] - 5:11

**H**

**handle** [2] - 11:3, 11:4
**hands** [1] - 11:8
**hands-on** [1] - 11:8
**happy** [1] - 19:17
**hard** [1] - 19:12

**HAYCRAFT** [1] - 2:21
**Haycraft** [1] - 5:25
**HB406** [1] - 3:21
**hear** [14] - 6:4, 6:16, 8:17, 8:22, 10:16, 11:21, 14:24, 15:21, 16:17, 16:23, 18:25, 19:17, 19:21
**heard** [2] - 15:21, 16:25
**HEARD** [1] - 1:13
**hearing** [1] - 15:13
**HEARING** [1] - 1:13
**heavy** [1] - 10:22
**help** [1] - 19:11
**helping** [1] - 11:7
**hereby** [1] - 20:11
**heretofore** [1] - 11:13
**hire** [1] - 14:4
**hired** [1] - 14:9
**historical** [1] - 11:22
**history** [1] - 16:3
**HOLDINGS** [2] - 2:19, 3:11
**Honor** [16] - 5:22, 5:23, 6:5, 7:16, 8:24, 9:13, 10:14, 10:24, 12:1, 12:12, 14:3, 14:10, 15:1, 15:15, 19:2, 19:23
**Honor's** [1] - 9:22
**HONORABLE** [1] - 1:13
**Horizon** [1] - 5:11
**HORIZON** [1] - 1:4
**hour** [3] - 16:6, 16:7
**hundred** [1] - 7:9

**I**

**IL** [1] - 3:5
**important** [1] - 16:3
**impose** [2] - 17:6, 17:11
**imposed** [3] - 8:10, 17:8, 18:1
**imposition** [1] - 7:24
**IN** [2] - 1:4, 1:4
**INC** [7] - 2:15, 2:16, 2:17, 2:18, 2:20, 3:13, 3:14
**inconvenience** [1] - 18:1
**indicated** [1] - 18:2
**injuries** [1] - 8:4
**intends** [1] - 18:23
**intent** [1] - 18:1
**interested** [1] - 14:13
**invited** [1] - 7:6

**issue** [3] - 11:14, 14:13
**issued** [2] - 6:19, 12:18
**issues** [8] - 11:16, 12:11, 14:16, 16:19, 16:21, 19:3, 19:8
**itself** [1] - 9:21

## J

**JAMES** [3] - 1:19, 2:3, 2:4
**JEFFERSON** [1] - 1:20
**jeopardize** [1] - 7:16
**jeopardized** [1] - 7:21
**Jim** [1] - 5:22
**JINDAL** [1] - 2:8
**job** [1] - 11:7
**Judge** [12] - 5:21, 7:5, 8:7, 10:3, 10:20, 10:25, 11:6, 12:2, 14:17, 15:24, 16:7, 16:24
**judge** [1] - 19:5
**JUDGE** [2] - 1:14, 3:18
**Judge's** [2] - 13:4, 15:4
**judgment** [1] - 13:15
**June** [1] - 18:7

## K

**KANNER** [14] - 1:23, 1:23, 5:14, 7:1, 8:15, 8:19, 10:14, 15:1, 15:7, 15:10, 15:15, 17:14, 17:25, 19:2
**Kanner** [5] - 5:14, 6:22, 14:25, 16:4, 18:11
**KANNER**................... ......................... [2] - 4:5, 4:9
**KERRY** [1] - 3:14
**kind** [2] - 7:15, 17:6
**kinds** [1] - 14:10
**KIRKLAND** [2] - 3:3, 3:7
**knows** [2] - 10:24, 11:6

## L

**LA** [8] - 1:20, 1:25, 2:5, 2:9, 2:13, 2:23, 3:16, 3:21

**LAFAYETTE** [1] - 1:20
**LANGAN** [14] - 3:3, 5:23, 6:2, 8:24, 9:7, 9:10, 10:5, 10:8, 10:16, 10:19, 12:1, 13:13, 13:17, 19:23
**Langan** [4] - 5:23, 8:22, 8:24, 17:16
**LANGAN**.................... ......................... [2] - 4:6, 4:8
**larger** [1] - 16:2
**LASALLE** [1] - 3:5
**last** [12] - 6:20, 7:5, 7:17, 9:3, 9:5, 9:15, 9:16, 10:7, 11:13, 12:19, 16:13, 17:15
**law** [2] - 10:21, 18:12
**lawyer** [1] - 18:11
**leading** [1] - 17:1
**least** [1] - 17:7
**led** [1] - 9:10
**LEWIS** [1] - 2:20
**LIAISON** [1] - 1:18
**Lillie** [1] - 5:15
**limitation** [4] - 12:13, 13:7, 13:22, 13:23
**LIMITED** [1] - 2:19
**line** [2] - 6:2, 6:6
**LISKOW** [1] - 2:20
**litigant** [1] - 13:3
**litigated** [1] - 14:17
**litigation** [3] - 16:1, 16:10, 19:20
**Liz** [2] - 6:9, 19:5
**LLC** [1] - 3:12
**look** [1] - 9:4
**looked** [4] - 7:12, 16:14, 18:9
**looks** [1] - 9:15
**loudly** [1] - 6:15
**Louisiana** [11] - 5:14, 5:17, 6:8, 8:3, 12:19, 15:25, 16:15, 18:19, 18:23, 20:10, 20:11
**LOUISIANA** [5] - 1:1, 1:7, 1:23, 2:3, 2:7
**Louisiana's** [1] - 6:18

## M

**MAGISTRATE** [1] - 3:18
**Magistrate** [9] - 6:19, 7:5, 7:25, 10:20, 10:25, 12:2, 13:4, 14:17, 15:4
**magnitude** [1] - 11:3
**manager** [1] - 12:3

**managing** [3] - 11:8, 12:8
**March** [2] - 13:1
**marshals** [1] - 17:5
**matter** [5] - 6:17, 12:7, 19:13, 20:14
**matters** [1] - 10:23
**MATTHEWS** [1] - 2:11
**MDL** [6] - 5:10, 13:8, 13:11, 13:15, 13:16, 13:20
**mean** [1] - 17:16
**means** [2] - 6:25, 19:7
**meant** [1] - 17:15
**MECHANICAL** [1] - 3:23
**meet** [1] - 11:10
**meets** [1] - 11:9
**MEGAN** [1] - 2:4
**Megan** [1] - 5:16
**Merit** [1] - 20:9
**MEXICO** [1] - 1:5
**Mexico** [1] - 5:11
**MILLER** [1] - 3:14
**mistake** [1] - 17:17
**moment** [1] - 13:24
**moments** [1] - 17:16
**moot** [4] - 9:18, 10:11, 10:15, 14:21
**morning** [8] - 5:19, 6:17, 6:23, 11:11, 11:20, 18:21, 18:24, 19:4
**Motion** [2] - 14:8, 18:4
**motion** [1] - 18:6
**MOTION** [1] - 1:13
**move** [3] - 11:5, 11:8, 16:16
**moving** [3] - 16:9, 16:12, 19:18
**MR** [34] - 4:5, 4:6, 4:8, 4:9, 5:14, 5:18, 5:20, 5:21, 5:22, 5:23, 6:2, 6:5, 7:1, 8:15, 8:19, 8:24, 9:7, 9:10, 10:5, 10:8, 10:14, 10:16, 10:19, 12:1, 13:13, 13:17, 15:1, 15:7, 15:10, 15:15, 17:14, 17:25, 19:2, 19:23
**MS** [4] - 4:11, 5:16, 6:12, 19:5
**Murrill** [6] - 6:7, 6:9, 6:10, 6:16, 19:5, 19:16
**MURRILL** [3] - 2:8, 6:12, 19:5
**MURRILL**.................. ......................... [1] - 4:11

## N

**N.W** [1] - 3:8
**name** [1] - 6:10
**necessary** [2] - 9:2, 17:8
**necessity** [1] - 11:2
**need** [1] - 19:3
**never** [2] - 12:17, 17:19
**NEW** [6] - 1:7, 1:25, 2:13, 2:23, 3:16, 3:21
**news** [1] - 12:21
**night** [5] - 9:3, 9:5, 9:16, 10:7, 12:19
**NO** [1] - 1:6
**NORTH** [5] - 2:9, 2:16, 2:17, 2:19, 2:20
**nothing** [1] - 7:11
**NOVEMBER** [2] - 1:7, 5:2
**number** [1] - 9:12
**Number** [1] - 6:20
**numbered** [1] - 20:14

## O

**objected** [2] - 6:21, 14:5
**objected-to** [1] - 6:21
**objection** [5] - 15:13, 18:10, 18:12, 18:15
**objections** [7] - 6:18, 14:6, 14:14, 18:3, 18:8, 18:13, 18:16
**obviously** [1] - 13:16
**October** [3] - 6:20, 9:11, 10:4
**OF** [6] - 1:1, 1:5, 1:13, 1:22, 2:3, 2:7
**office** [2] - 5:17, 16:8
**Office** [1] - 19:6
**OFFICE** [1] - 2:5
**Official** [2] - 20:10, 20:19
**OFFICIAL** [1] - 3:20
**OFFSHORE** [1] - 3:12
**OIL** [2] - 1:4
**oil** [1] - 5:10
**Oil** [1] - 5:10
**ON** [1] - 1:5
**one** [7] - 6:6, 7:21, 8:3, 8:11, 10:12, 12:11, 14:12
**ONE** [1] - 2:21
**One** [6] - 9:15, 9:18, 9:20, 10:7, 10:15,

14:21
**open** [2] - 16:13, 17:16
**ORDER** [1] - 5:4
**order** [23] - 6:19, 6:21, 8:7, 8:8, 8:14, 9:11, 9:21, 9:22, 10:4, 10:22, 12:8, 12:18, 14:11, 14:22, 15:4, 15:9, 15:13, 16:24, 16:25, 17:3, 18:22, 19:1, 19:11
**ordered** [1] - 8:8
**orders** [1] - 8:9
**ORLEANS** [6] - 1:7, 1:25, 2:13, 2:23, 3:16, 3:21
**ourselves** [1] - 14:1
**overbreadth** [1] - 14:15
**overrule** [2] - 18:16, 18:22
**overturn** [3] - 10:22, 12:8, 16:25

## P

**pad** [1] - 9:17
**PAGE** [1] - 4:3
**pages** [5] - 9:5, 9:12, 9:15, 17:17, 17:19
**paid** [4] - 16:5, 16:6, 16:7
**paltry** [2] - 9:12, 17:17
**panel** [1] - 12:20
**part** [2] - 10:10, 13:15
**participant** [1] - 12:20
**parties** [6] - 11:7, 11:14, 12:3, 13:2, 16:21, 19:20
**partner** [2] - 5:15, 6:2
**party** [7] - 7:8, 13:7, 13:10, 13:16, 18:6, 18:19
**past** [3] - 7:20, 11:24
**penalties** [2] - 17:6, 17:11
**PEPPER** [1] - 3:20
**Pepper** [3] - 20:8, 20:17, 20:18
**per** [1] - 15:8
**percent** [2] - 7:9, 8:4
**permission** [1] - 13:4
**personally** [1] - 15:22
**PETERSEN** [1] - 1:24
**Petersen** [1] - 5:15
**Phase** [14] - 9:15, 9:18, 9:20, 10:1, 10:4, 10:7, 10:15,

10:17, 14:21, 14:22,
15:2, 15:3, 19:9,
19:15
**Phillips** [1] - 5:21
**PHILLIPS** [2] - 2:4,
5:21
**phone** [4] - 6:9, 6:11,
6:14, 11:13
**physically** [1] - 17:4
**plaintiff** [1] - 13:18
**PLAINTIFFS'** [1] -
1:18
**plan** [1] - 12:22
**pleased** [2] - 16:17,
16:23
**point** [11] - 7:21, 7:22,
8:18, 9:17, 10:13,
12:1, 12:17, 12:25,
17:1, 17:22, 18:17
**position** [1] - 10:9
**positive** [1] - 16:15
**possibility** [1] - 7:19
**possible** [3] - 8:10,
19:8, 19:14
**POST** [1] - 2:5
**POYDRAS** [4] - 2:12,
2:22, 3:15, 3:21
**precise** [1] - 14:18
**present** [2] - 11:14,
11:21
**PRESENT** [1] - 3:18
**pressed** [1] - 9:21
**pretty** [1] - 17:17
**previous** [1] - 8:8
**principle** [1] - 17:9
**private** [1] - 16:21
**problem** [1] - 15:20
**problems** [1] - 15:24
**proceedings** [2] -
20:1, 20:13
**PROCEEDINGS** [3] -
1:13, 3:23, 5:1
**process** [2] - 12:17,
14:7
**produce** [5] - 17:4,
17:5, 17:22, 19:8,
19:14
**produced** [6] - 9:4,
9:8, 9:16, 17:18,
17:19, 17:23
**PRODUCED** [1] - 3:24
**production** [3] - 7:2,
18:5, 18:7
**PRODUCTION** [2] -
2:15, 2:18
**productive** [1] - 16:9
**PRODUCTS** [1] - 2:20
**proper** [3] - 14:15,
18:9, 18:14
**PSC** [5] - 5:22, 7:14,

12:4, 19:10, 19:19
**purpose** [1] - 13:19
**pursuing** [1] - 13:5
**put** [2] - 11:1, 11:12

## Q

**questions** [2] - 9:1,
11:23
**quote** [1] - 12:13

## R

**raised** [2] - 12:18,
18:3
**RE** [1] - 1:4
**re** [1] - 5:10
**reached** [1] - 19:10
**really** [4] - 13:7, 13:24,
17:22, 19:12
**REALTIME** [1] - 3:20
**Realtime** [2] - 20:8,
20:18
**reason** [2] - 14:7,
15:24
**reasons** [2] - 12:16,
18:20
**received** [1] - 6:23
**recently** [1] - 12:13
**Record** [2] - 6:20, 8:1
**record** [8] - 7:7, 7:19,
11:1, 11:12, 11:13,
14:2, 14:10, 20:13
**RECORDED** [1] - 3:23
**refusing** [1] - 19:13
**regarding** [2] - 6:19,
11:14
**Registered** [1] - 20:8
**related** [1] - 19:7
**RELATES** [1] - 1:7
**relevant** [1] - 13:8
**remains** [1] - 10:1
**remedy** [1] - 8:2
**Reporter** [6] - 20:8,
20:9, 20:10, 20:18,
20:19
**REPORTER** [2] - 3:20,
3:20
**REPORTER'S** [1] -
20:6
**represent** [1] - 15:2
**request** [2] - 14:15,
18:13
**requests** [2] - 14:5,
18:4
**resolved** [1] - 18:6
**respect** [1] - 12:14
**respectfully** [1] -

12:15
**responsive** [1] - 17:23
**result** [1] - 13:25
**review** [1] - 10:20
**Rig** [1] - 5:11
**RIG** [1] - 1:4
**rise** [2] - 5:7, 19:25
**RMR** [2] - 3:20, 20:18
**ROBERT** [1] - 3:8
**ROOM** [1] - 3:21
**ROUGE** [2] - 2:5, 2:9
**round** [1] - 9:15
**ROY** [3] - 1:18, 1:19,
5:22
**Roy** [1] - 5:22
**rules** [1] - 15:25
**RYAN** [1] - 3:4

## S

**s/Cathy** [1] - 20:17
**SALLY** [1] - 3:18
**sanction** [2] - 8:10,
17:8
**sanctions** [6] - 7:24,
8:2, 8:10, 15:8, 17:6,
17:11
**scope** [1] - 10:20
**searches** [1] - 7:4
**seated** [1] - 5:8
**second** [1] - 12:11
**see** [3] - 10:24, 16:17,
18:22
**seek** [1] - 13:21
**seeking** [1] - 14:1
**send** [1] - 17:4
**sense** [1] - 9:9
**separately** [1] - 12:25
**September** [4] - 12:22,
13:7, 13:12, 13:24
**series** [1] - 16:2
**serious** [1] - 18:18
**served** [3] - 13:4,
13:17, 13:20
**session** [1] - 5:7
**set** [5] - 10:3, 11:20,
14:11, 14:15, 14:22
**severe** [1] - 17:7
**SHELL** [1] - 2:21
**short** [1] - 11:18
**shortcomings** [1] -
7:20
**show** [1] - 9:23
**showed** [1] - 12:19
**showing** [1] - 12:10
**shown** [1] - 12:9
**SHUSHAN** [1] - 3:18
**Shushan** [6] - 10:3,
10:25, 11:6, 14:17,

15:24, 16:7
**Shushan's** [3] - 6:19,
8:7, 16:24
**side** [2] - 8:17, 19:20
**signed** [1] - 8:19
**some, lose** [1] - 12:6
**someone** [2] - 6:1,
6:10
**sort** [3] - 6:23, 10:21,
17:11
**sought** [2] - 13:8,
13:18
**sound** [1] - 6:13
**sounds** [2] - 14:21,
18:23, 19:17
**SPEAKERS** [1] - 4:3
**specific** [1] - 18:13
**SPILL** [1] - 1:4
**Spill** [1] - 5:10
**SQUARE** [1] - 2:21
**stands** [1] - 14:22
**start** [1] - 10:19
**State** [20] - 5:14, 5:20,
5:21, 6:7, 6:18, 6:24,
7:17, 7:23, 8:3, 12:5,
12:10, 12:12, 12:15,
13:5, 16:18, 16:20,
16:22, 17:2, 17:10,
20:9
**STATE** [3] - 1:22, 2:3,
2:7
**States** [2] - 20:10,
20:19
**STATES** [2] - 1:1, 1:14
**status** [1] - 7:24
**STENOGRAPHY** [1] -
3:23
**Stephanie** [1] - 5:8
**stood** [1] - 16:13
**stop** [1] - 8:6
**STREET** [8] - 1:20,
1:24, 2:9, 2:12, 2:22,
3:8, 3:15, 3:21
**subject** [2] - 19:9,
19:15
**sued** [1] - 12:25
**suffered** [1] - 8:3
**suggest** [3] - 10:23,
12:15, 13:19
**suing** [1] - 13:8
**SUITE** [2] - 2:12, 2:22
**supplement** [1] -
12:24
**supposed** [1] - 17:3

## T

**table** [1] - 16:5
**tactical** [1] - 14:7

**team** [1] - 19:19
**technically** [1] - 13:6
**technological** [1] -
16:19
**terms** [1] - 11:8
**Terrell** [2] - 5:16, 8:19
**TERRELL** [2] - 2:4,
5:16
**THE** [42] - 1:4, 1:5,
1:13, 1:18, 1:22, 4:7,
4:10, 5:7, 5:8, 5:10,
5:13, 5:19, 6:1, 6:4,
6:6, 6:7, 6:9, 6:13,
8:6, 8:17, 8:22, 9:6,
9:8, 10:3, 10:6,
10:10, 10:15, 10:18,
11:1, 13:10, 13:14,
14:24, 15:5, 15:8,
15:12, 15:19, 17:21,
18:8, 19:3, 19:16,
19:24, 19:25
**they've** [5] - 7:3, 9:24,
10:8, 17:19
**THIRD** [1] - 2:9
**THIS** [1] - 1:9
**thoughts** [1] - 9:19
**throughout** [1] - 15:22
**timeframe** [1] - 11:18
**TO** [2] - 1:9, 5:4
**today** [2] - 10:7, 17:15
**took** [1] - 14:4
**town** [1] - 11:19
**transcript** [1] - 20:12
**TRANSCRIPT** [2] -
1:13, 3:23
**Transocean** [2] - 12:4,
13:15
**TRANSOCEAN** [3] -
3:11, 3:12, 3:13
**TREY** [1] - 2:4
**Trey** [1] - 5:21
**trial** [4] - 7:16, 7:21,
12:20, 12:22
**true** [1] - 20:12
**trying** [4] - 6:24, 10:6,
13:25, 18:2
**turn** [1] - 6:13
**turned** [1] - 16:14
**Two** [8] - 10:1, 10:4,
10:17, 14:22, 15:2,
15:3, 19:9, 19:15
**two** [1] - 7:22

## U

**ultimate** [1] - 8:10
**ultimately** [1] - 17:12
**uncertain** [1] - 7:24
**unconventional** [1] -

11:2
**under** [1] - 15:15
**UNITED** [2] - 1:1, 1:14
**United** [2] - 20:10,
  20:19
**unless** [1] - 12:8
**unquote** [1] - 12:13
**up** [6] - 6:13, 6:15,
  11:23, 16:13, 17:1,
  17:16
**uphold** [1] - 18:25
**Usry** [1] - 5:20
**USRY** [3] - 2:11, 2:12,
  5:20

## V

**vacated** [1] - 9:22
**variety** [1] - 11:4
**vendor** [2] - 14:5, 14:9
**viewing** [1] - 17:13

## W

**waited** [1] - 14:8
**wants** [3] - 8:22,
  15:15, 16:15
**warrant** [1] - 7:23
**wash** [1] - 12:15
**WASHINGTON** [1] -
  3:9
**waste** [1] - 16:4
**wasting** [1] - 16:9
**wave** [1] - 7:2
**Wednesday** [1] -
  11:20
**week** [1] - 6:20
**WEEKS** [1] - 2:11
**WHEREUPON** [1] -
  20:1
**WHITELEY** [1] - 1:23
**whole** [1] - 13:19
**win** [1] - 12:6
**words** [1] - 9:18
**WRIGHT** [1] - 1:18

## Y

**year** [1] - 13:16
**yesterday** [2] - 7:1,
  9:8