09:27AM  1                    UNITED STATES DISTRICT COURT

2                    EASTERN DISTRICT OF LOUISIANA

3
         ********************************************************

4
         IN RE: OIL SPILL BY THE OIL
5        RIG *DEEPWATER HORIZON* IN
         THE GULF OF MEXICO ON
6        APRIL 20, 2010

7                                     CIVIL ACTION NO. 10-MD-2179 "J"
                                      NEW ORLEANS, LOUISIANA
09:27AM  8                            FRIDAY, NOVEMBER 4, 2011, 9:30 A.M.

9
         THIS DOCUMENT RELATES TO
10       ALL ACTIONS

11       ********************************************************

12
                    TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS
13             HEARD BEFORE THE HONORABLE SALLY SHUSHAN
                    UNITED STATES MAGISTRATE JUDGE
14

15
         APPEARANCES:
16

17       FOR THE PLAINTIFFS'
         LIAISON COUNSEL:           DOMENGEAUX WRIGHT ROY & EDWARDS
18                                   BY:  JAMES P. ROY, ESQUIRE
                                     P. O. BOX 3668
19                                   556 JEFFERSON STREET
                                     LAFAYETTE, LA  70502
20

21
         FOR THE PLAINTIFFS:        LEVIN PAPANTONIO THOMAS MITCHELL
22                                   RAFFERTY & PROCTOR
                                     BY:  BRIAN H. BARR, ESQUIRE
23                                   316 SOUTH BAYLEN STREET, SUITE 600
                                     PENSACOLA, FL  32502
24

25

```
 1  APPEARANCES CONTINUED:

 2

 3                              LEWIS, KULLMAN, STERBCOW & ABRAMSON
                                BY:  PAUL M. STERBCOW, ESQUIRE
 4                              PAN AMERICAN LIFE BUILDING
                                601 POYDRAS STREET, SUITE 2615
 5                              NEW ORLEANS, LA  70130

 6

 7                              BREIT DRESCHER IMPREVENTO & WALKER
                                BY:  JEFFREY A. BREIT, ESQUIRE
 8                              1000 DOMINION TOWER
                                999 WATERSIDE DRIVE
 9                              NORFOLK, VA  23510

10

11  FOR THE FEDERAL
    GOVERNMENT INTERESTS:       U.S. DEPARTMENT OF JUSTICE
12                              TORTS BRANCH, CIVIL DIVISION
                                BY:  R. MICHAEL UNDERHILL, ESQUIRE
13                                   SARAH D. HIMMELHOCH, ESQUIRE
                                     PETER F. FROST, ESQUIRE
14                              450 GOLDEN GATE AVENUE
                                7TH FLOOR, ROOM 5395
15                              SAN FRANCISCO, CA  94102

16

17  FOR BP AMERICA INC.,
    BP AMERICA PRODUCTION
18  COMPANY, BP COMPANY
    NORTH AMERICA INC.,
19  BP CORPORATION NORTH
    AMERICA INC.,
20  BP EXPLORATION &
    PRODUCTION INC.,
21  BP HOLDINGS NORTH
    AMERICA LIMITED,
22  BP PRODUCTS NORTH
    AMERICA INC.:               LISKOW & LEWIS
23                              BY:  DON K. HAYCRAFT, ESQUIRE
                                ONE SHELL SQUARE
24                              701 POYDRAS STREET
                                SUITE 5000
25                              NEW ORLEANS, LA  70139
```

```
 1  APPEARANCES CONTINUED:

 2

 3                          KIRKLAND & ELLIS
                            BY:  J. ANDREW LANGAN, ESQUIRE
 4                               MARK J. NOMELLINI, ESQUIRE
                                 RYAN S. BABIUCH, ESQUIRE
 5                          300 N. LASALLE
                            CHICAGO, IL  60654
 6

 7                          KIRKLAND & ELLIS
 8                          BY:  ROBERT R. GASAWAY, ESQUIRE
                            655 FIFTEENTH STREET, N.W.
 9                          WASHINGTON, DC  20005

10

11  FOR TRANSOCEAN HOLDINGS
    LLC, TRANSOCEAN
12  OFFSHORE DEEPWATER
    DRILLING INC., AND
13  TRANSOCEAN DEEPWATER
    INC.:                   FRILOT
14                          BY:  KERRY J. MILLER, ESQUIRE
                            ENERGY CENTRE, 36TH FLOOR
15                          1100 POYDRAS STREET
                            NEW ORLEANS, LA  70163
16

17                          GOFORTH LEWIS
18                          BY:  DANIEL O. GOFORTH, ESQUIRE
                            4900 WOODWAY, SUITE 750
19                          HOUSTON, TX  77056

20

21  FOR CAMERON INTERNATIONAL
    CORPORATION:            STONE PIGMAN WALTHER WITTMANN
22                          BY:  PHILLIP A. WITTMANN, ESQUIRE
                                 CARMELITE M. BERTAUT, ESQUIRE
23                               ABIGAYLE C. FARRIS, ESQUIRE
                            546 CARONDELET STREET
24                          NEW ORLEANS, LA  70130

25
```

```
 1  APPEARANCES CONTINUED:

 2

 3  FOR HALLIBURTON
    ENERGY SERVICES, INC.:   GODWIN RONQUILLO
 4                           BY:  JENNY L. MARTINEZ, ESQUIRE
                             RENAISSANCE TOWER
 5                           1201 ELM STREET, SUITE 1700
                             DALLAS, TX  75270
 6

 7
                             GODWIN RONQUILLO
 8                           BY:  R. ALAN YORK, ESQUIRE
                             1331 LAMAR, SUITE 1665
 9                           HOUSTON, TX  77010

10

11  FOR ANADARKO
    PETROLEUM CORPORATION,
12  ANADARKO E&P COMPANY LP:
                             KUCHLER POLK SCHELL
13                           WEINER & RICHESON
                             BY:  DEBORAH D. KUCHLER, ESQUIRE
14                                MARK BEST, ESQUIRE
                             1615 POYDRAS STREET, SUITE 1300
15                           NEW ORLEANS, LA  70112

16

17                           BINGHAM MCCUTCHEN
                             BY:  WARREN A. FITCH, ESQUIRE
18                           2020 K STREET, NW
                             WASHINGTON, DC  20006
19

20
    FOR MOEX OFFSHORE
21  2007 LLC:               PILLSBURY WINTHROP SHAW PITTMAN
                             BY:  EDWARD FLANDERS, ESQUIRE
22                           1540 BROADWAY
                             NEW YORK, NY  10036
23

24

25
```

```
 1   APPEARANCES CONTINUED:

 2


 3   FOR DRIL-QUIP,
     INC.:                     WARE, JACKSON, LEE & CHAMBERS
 4                             BY:  C. DENNIS BARROW, JR., ESQUIRE
                               2929 ALLEN PARKWAY, 42ND FLOOR
 5                             HOUSTON, TEXAS   77019

 6


 7   FOR WEATHERFORD U.S.,
     L.P.:                     JONES WALKER
 8                             BY:  WILLIAM C. BALDWIN, ESQUIRE
                               PLACE ST. CHARLES
 9                             201 ST. CHARLES AVENUE
                               NEW ORLEANS, LA 70170
10


11


12   OFFICIAL COURT REPORTER:     CATHY PEPPER, CRR, RMR, CCR
                                  CERTIFIED REALTIME REPORTER
13                                500 POYDRAS STREET, ROOM HB406
                                  NEW ORLEANS, LA   70130
14                                (504) 589-7779
                                  Cathy_Pepper@laed.uscourts.gov
15
     PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.   TRANSCRIPT
16   PRODUCED BY COMPUTER.

17

18

19

20

21

22

23

24

25
```

1              **I N D E X**

2

3                                                          <u>PAGE</u>

4

5    BRIEFING............................................   11

6    BOP AND CAPPING STACK...............................   11

7    COMMUNICATION ABOUT THE LASER SCAN OF THE RISER.......   12

8    CAPTAIN ENGLEBERT HAS REPORTED THAT THERE IS A        14

9    SCHEDULED EVIDENCE REVIEW THIS COMING TUESDAY BY

10   CAMERON.............................................

11   THE RISER WORK, THE PREP WORK WILL START MONDAY.......   14

12   RELATIVE TO THE CAPPING STACK, I UNDERSTAND THAT THERE   14

13   ARE DISCUSSIONS ONGOING ABOUT THE PROTOCOL............

14   PHASE TWO DISCOVERY.................................   15

15   30(B)(6)............................................   15

16   THE ISSUES REMAINING AFTER YOU'VE HAD YOUR MEET AND    17

17   CONFER SHOULD BE BROUGHT TO ME BY NOVEMBER THE 15TH SO

18   THAT I CAN REVIEW THEM AND BE READY FOR THE 18TH.......

19   NONPARTIES WITH RESPECT TO WHOM THERE MAY BE A        17

20   SUBPOENA ISSUED.....................................

21   ISSUE ON THE WELL ADVISOR PROGRAM....................   17

22   THE U. S. DOCUMENT PRODUCTION.......................   18

23   B3 STIPULATION PROCESS..............................   20

24   PROPOSED AN ORIGINAL SET OF STIPULATIONS.............   21

25   PHASE ONE DEPOSITIONS...............................   22

1  GARY LEACH............................................. 22

2  MR. CORONADO........................................... 22

3  MR. VIDRINE............................................ 25

4  TWO DRAFT DEPOSITION TRACK PROPOSED SCHEDULES.......... 25

5  DEPOSITION CUT TEAMS................................... 26

6  REVISED PRIORITY LIST.................................. 26

7  COMMENTS............................................... 27

8  SUBMITTING DEPOSITIONS TO JUDGE BARBIER WHEN HE HAS    27

9  NOT YET DECIDED SOME OF THE GLOBAL *IN LIMINE* MOTIONS...

10 FIFTH AMENDMENT DEPOSITION ISSUE....................... 31

11 MR. MOREL.............................................. 39

12 MR. HAFLE.............................................. 39

13 MR. KALUZA............................................. 39

14 I WOULD LIKE A LIST OF WHO THE FIFTH AMENDMENT        45

15 WITNESSES ARE SO THAT I CAN COMMUNICATE WITH JORDAN AT

16 INDATA THAT THE PACKAGES NOT INCLUDE THE

17 FIFTH AMENDMENT WITNESSES UNTIL INSTRUCTED, THE

18 PACKAGES GOING TO THE JUDGE...........................

19 WE CAN ASK THE PSC TO GIVE US THE LIST OF THE         46

20 FIFTH AMENDMENT.......................................

21 WHETHER THE DEFENDANTS WILL HAVE A RIGHT TO MAKE      49

22 ADDITIONAL DESIGNATIONS AFTER THE CLOSE OF PLAINTIFF'S

23 CASE IN CHIEF.........................................

24 PRELIMINARY EXPERT DEPOSITION SCHEDULE................. 53

25 DEPOSITION CUTS........................................ 53

1   BARBARA YILMAZ DEPOSITION..............................   54

2   CARTER ERWIN DEPOSITION................................   54

3   TOMMY ROTH DEPOSITION..................................   54

4   FRIDAY, NOVEMBER 18TH DEADLINE.........................   54

5   DEPOSITION OF MATT LUCAS..............................   55

6   EXPERT DEPOSITION SCHEDULE............................   56

7   DEPOSITION DATE FOR MR. O'DONNELL.....................   57

8   MR. STEVICK...........................................   57

9   MR. DIAS..............................................   57

10  MR. SHANKS............................................   58

11  MR. VERNON............................................   58

12  HOW TO APPROPRIATELY STAFF THESE EXPERT DEPOSITIONS....   59

13  IN-HOUSE EXPERTS......................................   60

14  ANADARKO SETTLEMENT AGREEMENT.........................   62

15  THE IN LIMINE SCHEDULE AND THE SUBMISSION OF THE       62

16  IN LIMINE ISSUES ON A STAGGERED SCHEDULE...............

17  TODAY IS THE DEADLINE TO RESPOND TO THE PSC'S LETTER   63

18  BRIEF ON WHAT THEY TITLED DAUBERT 702 ISSUES..........

19  DEADLINE OF NOVEMBER 28TH TO DEAL WITH THE MARK BLY    63

20  REPORT AND OTHER NONGOVERNMENTAL REPORTS...............

21  WE ISSUED A LIMITED SCHEDULE FOR THE B3 DISCOVERY THIS  63

22  WEEK..................................................

23  EXPERT SCHEDULE.......................................   64

24  PEOPLE WHO THE PARTIES BELIEVE ARE SUBJECT TO THE      64

25  SUBPOENA POWER OF THE COURT...........................

1  SHOULD WE DO DEPOSITION DESIGNATIONS FOR THOSE PEOPLE     65

2  AT ALL IF, INDEED, THE PARTY SAYS THEY HAVE CONTROL OF

3  AND THAT WITNESS WILL BE CALLED........................

4  BILL AMBROSE..........................................     66

5  LIST OF WITNESSES THAT THE PARTIES AGREE CAN BE          67

6  BROUGHT TO TRIAL......................................

7  STIPULATIONS..........................................     68

8  TEAM COMMENTS.........................................     68

9  FOLD ALL OF THE STIPULATIONS WE HAVE NOW INTO ONE       70

10  DOCUMENT..............................................

11  TRIAL PLANNING........................................     71

12  COMMON EXHIBIT LIST FORMAT............................     71

13  TONY FITCH............................................     72

14  SCHEDULING............................................     72

15  UNITED STATES AND BP HAVE ALSO BEEN WORKING             72

16  SIMULTANEOUSLY ON PHASE TWO STIPULATIONS...............

17

18

19

20

21

22

23

24

25

**P-R-O-C-E-E-D-I-N-G-S**

FRIDAY, NOVEMBER 4, 2011

M O R N I N G   S E S S I O N

(COURT CALLED TO ORDER)

THE DEPUTY CLERK:  All rise.

THE COURT:  Can the phone participants hear us?  It's a shame that we don't have remote video because Jeff Breit is here looking as tacky as he could possibly look.  He's as *bright* as he could be.

MR. UNDERHILL:  Your Honor, permission to wear sunglasses.

THE COURT:  Permission granted.

MS. KUCHLER:  But look how sophisticated Mr. Roy looks in his LSU colors.

THE COURT:  He looks sophisticated.  Mr. Breit, on the other hand, just looks tacky.

Telephone participants, I hope you can hear us okay.  If, at any point, you have difficulty in hearing what's going on here in the courtroom, please let us know, because we do want to encourage phone participation, and we want to make sure that you've got full access and feel like you are fully participating in the conferences that we have on Friday, so please feel free.

09:32AM  1          Corey Maze let me know last week when he

09:32AM  2  participated by phone that he didn't feel like he could hear

09:32AM  3  people who approached the mike, and so I'm going to ask all of

09:32AM  4  our in-court participants to please make sure that the phone

09:32AM  5  participants can hear us.

09:32AM  6          I note that Mr. Godwin is not here today.

09:32AM  7          MR. YORK:  Your Honor, he had a date with Mr. McKay.

09:32AM  8          THE COURT:  Well, I move to suspend the status

09:32AM  9  conference until Mr. Godwin can get here.

09:32AM 10          MR. UNDERHILL:  Second.  Second.

09:33AM 11          THE COURT:  Mr. Underhill, I hear a second.  All right.

09:33AM 12  Well, thank you.  Y'all have a good weekend.

09:33AM 13          MR. YORK:  Thank you, Your Honor.

09:33AM 14          THE COURT:  Okay.  Let's see what we get here.  First up

09:33AM 15  on the hit parade is that we want to talk about briefing.  We had

09:33AM 16  a little flare-up this week.  I understand that we gave a couple

09:33AM 17  of people heart attacks because of the Transocean briefing.

09:33AM 18          Judge Barbier did ask for me to make sure everybody

09:33AM 19  knows that the local rules will control briefing in the future,

09:33AM 20  and the local rules say that a memorandum in support is 25 pages,

09:33AM 21  opposition is 25 pages, reply is 10.  So let's kind of count on

09:33AM 22  that unless there is an extreme reason to exceed that.

09:34AM 23          BOP and capping stack.  We have BP's request to

09:34AM 24  conclude the relationship with KPMG, and I assume everybody has

09:34AM 25  seen that.  Does anybody have any objection to the request?  No

09:34AM 1   objection being noted, Mr. Gasaway.

09:34AM 2              MR. GASAWAY:  Thank you, Your Honor.

09:34AM 3              THE COURT:  Next up we got a communication about the

09:34AM 4   laser scan of the riser.  The protocol is still in draft, but it

09:34AM 5   looks like but for the United States' review, it looks to be in

09:34AM 6   pretty final format.

09:34AM 7              MR. GASAWAY:  Yes, could I speak to that, Your Honor?

09:35AM 8              THE COURT:  Please.

09:35AM 9              MR. GASAWAY:  Rob Gasaway for BP.  I've had a couple of

09:35AM 10  communications with Mr. Cernich by telephone and then by e-mail.

09:35AM 11  Here is where I think we are:  In principle the United States

09:35AM 12  certainly does not object to the scanning of the riser.  This

09:35AM 13  obviously is part of the same scanning work that we have done on

09:35AM 14  all the various components in the flow path from the BOP to the

09:35AM 15  capping stack to the transitions pool and now the riser; so, in

09:35AM 16  principle they have no objection.

09:35AM 17              They did note that the timing of the circulation

09:35AM 18  has been very short for BP, and I want to make that clear to the

09:35AM 19  Court.  I don't think Mr. Cernich even knew that this was on the

09:35AM 20  radar screen until Wednesday, certainly didn't see our proposed

09:35AM 21  protocol until yesterday morning; so, the request from him and

09:35AM 22  his team to have some more time to review it is eminently

09:35AM 23  reasonable, as I put in my letter.

09:35AM 24              THE COURT:  Right.

09:35AM 25              MR. GASAWAY:  Here is what I think the way forward is,

09:35AM 1   however:  We had planned to do what I call sort of *staging and*

09:36AM 2   *preparatory work* early next week, Monday and Tuesday.

09:36AM 3   Mr. Cernich has no objection to going forward with that

09:36AM 4   concurrently with his review of the scanning protocol.

09:36AM 5          Then we're hoping that either he can agree to the

09:36AM 6   protocol or we can agree to modifications during that time, and

09:36AM 7   then we can go forward as planned with the actual scanning on

09:36AM 8   Wednesday and Thursday.

09:36AM 9          So if that's agreeable to the Court, let's hold off

09:36AM 10  on the formal approval of the protocol until we can hear from

09:36AM 11  Mr. Cernich, until he has more time to talk to his colleagues,

09:36AM 12  but we can go forward on that basis.

09:36AM 13          THE COURT:  Yes, I have absolutely no problem with that,

09:36AM 14  Rob.  Nobody is pointing fingers.  Nobody is at fault.  We just

09:36AM 15  want to make sure that from the captain's point of view, she

09:36AM 16  knows that everything is lined up.  I will communicate with her

09:36AM 17  today to proceed for the preparation and that we expect that we

09:36AM 18  will have a protocol by Wednesday.  So it's not a problem.

09:37AM 19          MR. GASAWAY:  Thank you very much, Your Honor.

09:37AM 20          THE COURT:  You're very welcome.

09:37AM 21          MR. GASAWAY:  Mr Underhill, do you want to --

09:37AM 22          MR. UNDERHILL:  Mike Mr. Underhill for the U.S.  I just

09:37AM 23  thank Rob for letting Scott off the hook.  We had a discussion

09:37AM 24  and Rob was very kind to bring out the fact that Scott hadn't

09:37AM 25  received it until late; so, thank you, Rob.

09:37AM  1          THE COURT:  No problem.

09:37AM  2          Okay.  Captain Englebert has reported to us that

09:37AM  3   there is a scheduled evidence review this coming Tuesday by

09:37AM  4   Cameron.  The riser work, the prep work will start Monday.  We've

09:37AM  5   covered the protocol.  Relative to the capping stack, I

09:37AM  6   understand that there are discussions ongoing about the protocol.

09:37AM  7          Rob, do you have anything you want to add to that

09:37AM  8   or just ongoing discussions?

09:38AM  9          MR. GASAWAY:  You know, there are, Your Honor, but I

09:38AM 10   would alert the parties that immediately after the riser scan

09:38AM 11   we're talking to the United States about doing some additional

09:38AM 12   measurements on the capping stack that could start as early as

09:38AM 13   about a week from today.

09:38AM 14          Those discussions are going to go on today and

09:38AM 15   tomorrow, and after we get our arms around what we're going to

09:38AM 16   propose, then we'll publish that to the other parties, as we have

09:38AM 17   in these other instances.

09:38AM 18          THE COURT:  Those are just measurements?

09:38AM 19          MR. GASAWAY:  Those are measurements.  We -- I will say

09:38AM 20   from BP's perspective we're still interested, if we can find a

09:38AM 21   cost effective way to get some scan of some particular

09:38AM 22   components, we may put that on the table as well, but right now

09:38AM 23   the United States has some measurements that they want to take.

09:38AM 24   We support that and are working with them to finalize that

09:38AM 25   protocol.

09:38AM  1          THE COURT:  Good.  I think that takes care of BOP and

09:38AM  2  capping stack issues.

09:38AM  3          All right.  Phase Two discovery.  How are we coming

09:39AM  4  on the 30(b)(6) flipping?

09:39AM  5          MR. LANGAN:  Your Honor, Andy Langan for BP.  I know

09:39AM  6  Mr. Barr knows about this, too.  We did circulate comments on the

09:39AM  7  notices we got, I think, on the first of November on schedule,

09:39AM  8  and I think we're on track to make more comments on November 8th.

09:39AM  9          Some parties have indicated, I think Halliburton is

09:39AM 10  an example, they are not going to really have comments on others

09:39AM 11  except the ones directed at them, and so as far as I know, the

09:39AM 12  process is going reasonably well.

09:39AM 13          THE COURT:  Let's see if Mr. Barr agrees with you.

09:39AM 14          MR. BARR:  Brian Barr for the PSC.  Yes, Your Honor, I

09:39AM 15  think Andy is exactly right.  All comments were received by the

09:39AM 16  drafters last week and everything is on track for the comments to

09:39AM 17  be received on Tuesday, and then we'll go forward with the meet

09:39AM 18  and confers.

09:39AM 19          THE COURT:  Terrific.  Thank you.

09:39AM 20          MS. HIMMELHOCH:  Your Honor, this is Sarah Himmelhoch.

09:39AM 21  If I could just make sure that we're all on the same page.

09:40AM 22          What's going on right now is the meet and confer

09:40AM 23  among those who are serving the 30(b)(6) notices, and then once

09:40AM 24  they've all agreed on what they want to ask for, there will be an

09:40AM 25  opportunity for the recipients of the notice to have a meet and

09:40AM 1   confer with the parties about what objections or clarifications

09:40AM 2   they seek in the depo topics.

09:40AM 3          That's my understanding of where everyone is going,

09:40AM 4   but it's not entirely clear from the written record; so, I just

09:40AM 5   want to confirm that.

09:40AM 6      THE COURT:  Yes, unfortunately, not everything is clear

09:40AM 7   on the written record; so, I'll second that emotion.

09:40AM 8          Does anybody disagree with Sarah's comment, that

09:40AM 9   is, that there will be an opportunity for further comment?  I

09:40AM 10  think Mr. Barr might have a comment.

09:40AM 11     MR. BARR:  I don't disagree.  I just think it might be

09:40AM 12  simpler maybe if I stated in my head what's going on, is that the

09:40AM 13  drafters are sending out to the working group the drafts we've

09:40AM 14  put together, and then everybody that is receiving those drafts

09:41AM 15  are providing their comments on the topics they would like

09:41AM 16  discussed.

09:41AM 17         The drafter is then incorporating those comments,

09:41AM 18  whether they agree or disagree with them, into the draft.  Then

09:41AM 19  we will have a complete draft of all of the world of topics

09:41AM 20  everybody wants to ask about, and then we will get together on

09:41AM 21  objections that the responsive party and everybody else wants to

09:41AM 22  state, and try and come up with an agreed upon 30(b)(6) notice.

09:41AM 23     THE COURT:  Okay.  How is that, Sarah?

09:41AM 24     MS. HIMMELHOCH:  That works for me.  I don't want to

09:41AM 25  miss my opportunity for objection to notices.

09:41AM 1     THE COURT:  Well, if anybody misses it, you will be the
09:41AM 2  only one held responsible.
09:41AM 3     MS. HIMMELHOCH:  That sounds like a plan.
09:41AM 4     THE COURT:  Okay.  Thank you.  Don't forget, guys, that
09:41AM 5  the issues remaining after you've had your meet and confer should
09:41AM 6  be brought to me by November the 15th so that I can review them
09:42AM 7  and be ready for the 18th, if y'all need till the 16th, but we do
09:42AM 8  want to get those up and running so that we can have final
09:42AM 9  30(b)(6) notices by November 18th, because then each of the
09:42AM 10  parties has to go back and figure out who the designees will be
09:42AM 11  and all the other things that flow from there.
09:42AM 12     Okay.  Kerry, you were going to --
09:42AM 13     MR. FITCH:  Judge.
09:42AM 14     THE COURT:  Yes, sir.
09:42AM 15     MR. FITCH:  Tony Fitch.  Judge, Tony Fitch.  Your Honor,
09:42AM 16  I'm not terribly involved in this, but with respect to nonparties
09:42AM 17  with respect to whom there may be a subpoena issued, do you want
09:42AM 18  nonparties to be contacted before the 15th, or do you want to
09:42AM 19  hold off on that until later?
09:42AM 20     THE COURT:  Oh, I think we want to reach agreement
09:42AM 21  amongst ourselves, and then we can deal with the nonparty.
09:43AM 22     MR. FITCH:  First.  Good.  Thank you.
09:43AM 23     THE COURT:  That I can be clear about.
09:43AM 24     Okay.  Kerry?  We wanted to talk about the issue on
09:43AM 25  the well advisor program.

09:43AM 1     MR. MILLER:  Yes, Kerry Miller for Transocean.  I spoke

09:43AM 2 with Don Haycraft before the conference, and I suggested to Don

09:43AM 3 and I think he's going to work on a stipulation as a more

09:43AM 4 efficient means of getting the information that he needs to close

09:43AM 5 out this issue.

09:43AM 6     Logistically, taking a deposition of Paul Johnson

09:43AM 7 in light of the fact that he's represented by individual counsel

09:43AM 8 could be more time consuming at this point; so, Don is going to

09:43AM 9 work on a stipulation and see if we could be more efficient that

09:43AM 10 way.

09:43AM 11     THE COURT:  Good.  I think that's a good approach.

09:43AM 12     Don, you can take that on?

09:43AM 13     MR. HAYCRAFT:  Yes.  We'll try to work on that over the

09:44AM 14 next week so that two weeks from now hopefully we'll have that

09:44AM 15 issue resolved.

09:44AM 16     THE COURT:  Look at that, everybody is looking forward

09:44AM 17 to that week off already; is that right?  I've decided to have a

09:44AM 18 conference next Friday.

09:44AM 19     MS. KUCHLER:  But not with us, right, Judge?

09:44AM 20     MR. MILLER:  We are all celebrating Veterans Day,

09:44AM 21 Your Honor.

09:44AM 22     THE COURT:  Okay.  It got sort of a laugh.  Let's see

09:44AM 23 what else we've got.

09:44AM 24     Sarah, anything you need to report to us about the

09:44AM 25 U. S. document production, or may I take you off my agenda?

09:44AM 1    MS. HIMMELHOCH:  I do actually have a couple of things

09:44AM 2    to report.  One is just we greatly appreciated the understanding

09:44AM 3    on the extension for Lawrence Livermore, but we actually made the

09:44AM 4    deadline.

09:44AM 5        The thing I really need to report is yesterday I

09:44AM 6    had to reach out to BP, I haven't heard back yet, but BOEMRE has

09:44AM 7    what I consider to be a disaster in its collection two of its

09:45AM 8    multi-terabyte hard drives on which it had collected data and

09:45AM 9    from which it was processing.  The data have become corrupted.

09:45AM 10       We can't figure out how it happened, but they have

09:45AM 11   to go back and do a recollection, which has put them behind to

09:45AM 12   meet the November 30th deadline.  I've asked BP if they would

09:45AM 13   object to extending, just for BOEMRE, to December 31st so that we

09:45AM 14   can go back and re-collect and do that production and then have

09:45AM 15   until the end of January to complete privileged logs for those

09:45AM 16   documents.

09:45AM 17       So I just wanted you to be aware that we're in meet

09:45AM 18   and confer with BP over that deadline; otherwise, I think we're

09:45AM 19   still on track for the deadlines set forth in your order.

09:45AM 20       MR. GASAWAY:  Your Honor, I did see that e-mail

09:45AM 21   yesterday.  Sarah, this is Rob Gasaway for BP.  I think

09:45AM 22   reluctantly we have to agree.  It sounds like there has been a

09:45AM 23   technical disaster.  I don't know what we can do other than to

09:45AM 24   say that obviously we would like to see the documents as soon as

09:46AM 25   possible, but in light of the disaster we have to agree.

09:46AM  1                    MS. HIMMELHOCH:  Thank you, sir.

09:46AM  2                    THE COURT:  Not much we can do about it but do avoid any

09:46AM  3        more earthquakes, hurricanes -- what else have we encountered?

09:46AM  4                    MS. HIMMELHOCH:  -- fire, cyber attacks, and now a

09:46AM  5        corrupt hard drive.

09:46AM  6                    MR. UNDERHILL:  Locusts.

09:46AM  7                    THE COURT:  And don't forget the locusts.

09:46AM  8                    MR. LANGAN:  And frogs.

09:46AM  9                    MS. HIMMELHOCH:  Then, Your Honor, there is one other

09:46AM 10        issue.  I don't know if you want to hit it now or if it was a

09:46AM 11        separate agenda item for you.  That's the B3 stipulation process.

09:46AM 12                    THE COURT:  Yes, it is a separate agenda item, but is

09:46AM 13        there something that you particularly are concerned about, Sarah?

09:46AM 14                    MS. HIMMELHOCH:  We received from some of the B3

09:46AM 15        defendants, I think, yesterday or the day before an extensive

09:46AM 16        list of new proposed stipulations that we're simply not going to

09:47AM 17        be able to get through on the current time frame.

09:47AM 18                    We think they are productive.  We think it's worth

09:47AM 19        trying to work them out, but we're going to have to do sort of a

09:47AM 20        rolling turnover to the plaintiff steering committee of these

09:47AM 21        proposed stipulations.

09:47AM 22                    So we're not going to quite stick within the time

09:47AM 23        frames set forth in your order, but we're going to stay committed

09:47AM 24        to the process and keep working our way through them.

09:47AM 25                    THE COURT:  Sarah, that's specifically for the B3?

09:47AM  1          MS. HIMMELHOCH:  Yes.

09:47AM  2          THE COURT:  Got you.  Okay.  I assume that's not a

09:47AM  3  problem.

09:47AM  4          MS. ALEXANDER:  Your Honor, this is Mary Rose Alexander

09:47AM  5  on behalf of Nalco.  We have also proposed an original set of

09:47AM  6  stipulations that are quit a bit further along, and I believe

09:47AM  7  that we should be able to make the deadline with respect to that

09:47AM  8  set.

09:47AM  9          MS. HIMMELHOCH:  I agree with that, yes.  The ones that

09:47AM 10  we got from Nalco, I believe, were going to be done within the

09:47AM 11  time frame set forth in the order.

09:47AM 12              It's the new stipulations that were proposed this

09:47AM 13  week that are more extensive and, therefore, from our

09:47AM 14  perspective, more challenging that we're just going to need to

09:48AM 15  take a little more time to work through, but we will do that, and

09:48AM 16  we will do it as quickly as we can.

09:48AM 17          THE COURT:  Okay.  Good.

09:48AM 18              Our court reporter did not hear who spoke in for

09:48AM 19  Nalco.

09:48AM 20          MS. ALEXANDER:  That was Mary Rose Alexander.

09:48AM 21          THE COURT:  Thank you, Mary Rose.

09:48AM 22          MS. ALEXANDER:  Thank you.

09:48AM 23          THE COURT:  Thanks for bringing that up because that

09:48AM 24  really was a different stipulation track than the one that I have

09:48AM 25  on the agenda, so thanks, Sarah.

09:48AM 1          MS. HIMMELHOCH:  Okay.

09:48AM 2          THE COURT:  Okay.  Now we're getting into our final,

09:48AM 3     final, final, final Phase One depositions, and we wanted to talk

09:48AM 4     to the PSC about whether they believed Gary Leach can be dropped

09:48AM 5     from the schedule or not.

09:48AM 6          MR. BARR:  The PSC believes that Mr. Leach can be

09:48AM 7     dropped from the schedule.

09:48AM 8          THE COURT:  Home run.  Thank you.

09:48AM 9          Okay.  Next up we have Mr. Coronado, and we were

09:49AM 10    trying to figure out what we were going to do relative to

09:49AM 11    scheduling.  We had suggested the 14th and 15th of November.  Any

09:49AM 12    update on that, Phil?

09:49AM 13         MR. WITTMANN:  Yes, Your Honor.  We have a conflict that

09:49AM 14    we -- Mr. Coronado -- Phil Wittmann for Cameron -- and we're

09:49AM 15    prepared to produce him on the 5th or the 6th when we have no

09:49AM 16    other BOP experts testifying at that time.  He has a business

09:49AM 17    commitment with Seadrill to finish some technology they are

09:49AM 18    working on for that customer.  And --

09:49AM 19         THE COURT:  When you say the 5th -- Phil, when you say

09:49AM 20    the 5th and the 6th you mean December?

09:49AM 21         MR. WITTMANN:  Yes, the 5th and the 6th of December,

09:49AM 22    right.  He's got -- his rebuttal expert report is due Monday, and

09:49AM 23    he's tied up that week of the 14th, and he is available the 5th

09:49AM 24    and the 6th, which would be available dates when no other BOP

09:50AM 25    experts are listed.

09:50AM 1    THE COURT:  How does the PSC and the United States feel

09:50AM 2    about that?

09:50AM 3    MR. UNDERHILL:  Could I ask a question to Phil?

09:50AM 4    THE COURT:  Sure.

09:50AM 5    MR. UNDERHILL:  Phil -- Mike Underhill for the U. S.  Is

09:50AM 6    Mr. Coronado submitting a rebuttal report this coming Monday?

09:50AM 7    MR. WITTMANN:  Yes.  Yes, he is.

09:50AM 8    MR. UNDERHILL:  That might help out because I got an

09:50AM 9    e-mail string from our BOP team, and the 14th and 15th dates

09:50AM 10   caused them a lot of grief because they are prepping witnesses

09:50AM 11   and getting ready and people are on travel.

09:50AM 12   The one -- the rebuttal report might help because

09:50AM 13   one of their complaints, if you want to call it that, was that

09:50AM 14   Cameron's Rule 26 designation for this in-house employee expert,

09:50AM 15   let's just call it *broad*, and it didn't really tell them what he

09:50AM 16   would be talking about.

09:50AM 17   So this might, in fact -- Phil, what you folks

09:50AM 18   listed in your designation for him, it was about a paragraph, he

09:51AM 19   was going to speak on broad topics, is that what his rebuttal

09:51AM 20   report going to be on?

09:51AM 21   MR. WITTMANN:  I have not seen his rebuttal report.  I

09:51AM 22   would think it's going to be a little more fulsome than that.

09:51AM 23   THE COURT:  Fulsome.

09:51AM 24   MR. UNDERHILL:  Actually, somebody, in fact, I think

09:51AM 25   Mr. Frost, in fact -- Your Honor, Pete Frost is the guy that

09:51AM  1    signs my paychecks.  He came to make sure I was able to do Corey

09:51AM  2    Maze's job.  He pointed out to me that actually fulsome, it

09:51AM  3    means, I think it's abominable or something like that.

09:51AM  4            MR. FROST:  Obnoxious.

09:51AM  5            THE COURT:  You don't want me to comment.

09:51AM  6            MR. UNDERHILL:  So I've been called *fulsome* many times,

09:51AM  7    and I thought it was a compliment.  Pete Frost called me *fulsome,*

09:51AM  8    and I didn't know until later he was insulting me.

09:51AM  9            THE COURT:  We may have to Google it.

09:51AM 10            MR. UNDERHILL:  Phil, could we talk because that would

09:51AM 11    clarify it because we didn't -- I don't want to use the word

09:51AM 12    *sandbag*, but they felt they were being sandbagged, and, in fact,

09:51AM 13    they may have been wrong.  You may intend to do exactly what we

09:51AM 14    need.

09:51AM 15            MR. WITTMANN:  We didn't intend to sandbag him.

09:52AM 16            MR. UNDERHILL:  I know.  Good answer, Phil.  Maybe we've

09:52AM 17    solved that.

09:52AM 18            So the date for his deposition, since I can assume

09:52AM 19    my Mr. Maze's role?

09:52AM 20            THE COURT:  Yes.  You may.  Is going to be December --

09:52AM 21            MR. WITTMANN:  December 5th and 6th, Your Honor.

09:52AM 22            THE COURT:  -- 5 and 6.

09:52AM 23            MR. UNDERHILL:  If my BOP team screams at me --

09:52AM 24            THE COURT:  You will let us know.

09:52AM 25            MR. UNDERHILL:  I'll let you know.

09:52AM 1          THE COURT:  You will let us know.  Okay.

09:52AM 2          Kerry, have we heard anything more recently on

09:52AM 3  Mr. Vidrine?

09:52AM 4          MR. MILLER:  I did.  I spoke with his attorney middle of

09:53AM 5  the week.  The attorney says or gave me an oral report from

09:53AM 6  Mr. Vidrine's physician that in Mr. Physician's opinion

09:53AM 7  Mr. Vidrine is not able to answer the written questions.  I'm

09:53AM 8  still pushing to get a written report, and we'll figure out where

09:53AM 9  we go from there.

09:53AM 10         I do note, though -- so I think you can take it off

09:53AM 11 the agenda for this discovery purpose -- I noted that the PSC has

09:53AM 12 served a trial subpoena on him; so, this issue may pop back up at

09:53AM 13 some point down the road, but I think for this purpose you can

09:53AM 14 take it off.  Of course, if I get the written report, I'll share

09:53AM 15 it with the Court.

09:53AM 16         THE COURT:  Thank you.

09:53AM 17         We have now circulated two draft deposition track

09:53AM 18 proposed schedules, and we've gotten comments to both.

09:54AM 19         Most recently, this morning we heard from

09:54AM 20 Andy Langan.  He, for some unknown reason, wants time off around

09:54AM 21 December 23rd and December 30th, and I'm just perplexed by it,

09:54AM 22 but we'll try to accommodate the request.

09:54AM 23         MR. LANGAN:  Thank you, Your Honor.

09:54AM 24         MR. YORK:  Judge.

09:54AM 25         THE COURT:  Yes, Mr. York.  Come on up, Alan.

09:54AM  1      MR. YORK:  Good morning, Your Honor, Alan York for

09:54AM  2  Halliburton.  Let me start with first a reassurance to the Court

09:54AM  3  that the rumors that the deposition cut teams of all the

09:54AM  4  different parties to the case having gotten together and started

09:54AM  5  a move to occupy the courthouse are not completely true.

09:55AM  6      THE COURT:  It would be fun.

09:55AM  7      MR. YORK:  It would be fun.  Sort of a sleepover.

09:55AM  8          I appreciate that the PSC actually, and a day in

09:55AM  9  advance, which is a hard standard to meet in this case,

09:55AM  10 circulated yesterday their revised priority list.  Subject to,

09:55AM  11 I'm sure, a lot of other comments that will come about the

09:55AM  12 scheduling, an idea did strike me that I wanted to share with the

09:55AM  13 Court.

09:55AM  14     THE COURT:  Please.

09:55AM  15     MR. YORK:  You know that there has been concern about

09:55AM  16 when we bump up to 30, when we bump up to 32 how we're going to

09:55AM  17 get all of that done.  The way that the priority list works now

09:55AM  18 with the deletions and the Phase Two's, if we kept the same

09:55AM  19 groupings for the full list but took out of those groupings the

09:55AM  20 ones that are either marked in red or in green in those

09:55AM  21 groupings, it would bring those groupings back down to, I think,

09:56AM  22 a manageable size, which, recognizing on the back end, other

09:56AM  23 parties are likely to come back in and pick up some of those that

09:56AM  24 are marked in red or green, it may be a way to address getting

09:56AM  25 all of the PSC priority depositions through the process and then

09:56AM 1  allowing other parties to pick up the ones that have been marked
09:56AM 2  red or green on the back end when we might have a little more
09:56AM 3  time, since those are going to be, obviously, in the defendant's
09:56AM 4  case in chief.
09:56AM 5          THE COURT:  Correct.
09:56AM 6          MR. YORK:  So just a thought.
09:56AM 7          THE COURT:  Okay.  Let's come back to that because I do
09:56AM 8  want to have a more general discussion of where we are.
09:56AM 9          To update everybody, if you haven't seen it,
09:56AM 10 Jim Roy circulated that revised list.  He advised that the PSC
09:57AM 11 will not designate 59 of the total depositions.  Others he has
09:57AM 12 shown will not be designated for Phase One.  They will be
09:57AM 13 Phase Two witnesses; so, unless somebody wants to designate them
09:57AM 14 for Phase One, they also are off the list, which leaves us with
09:57AM 15 the slim 198 --
09:57AM 16         MR. YORK:  168.
09:57AM 17         THE COURT:  168?
09:57AM 18         MR. HAYCRAFT:  A mere 168.
09:57AM 19         THE COURT:  A mere 168.  Jim further advises that after
09:57AM 20 the PSC's Number 80, there will be very few designations by the
09:57AM 21 PSC.
09:57AM 22         So then we've gotten comments.  Don Haycraft first
09:57AM 23 talked about, in his submission to the Court of November 3rd --
09:58AM 24 and, Don I'm not going to speak for you, but you had two points:
09:58AM 25 First point was should we start submitting depositions to

09:58AM 1   Judge Barbier when he has not yet decided some of these global

09:58AM 2   *in limine* motions?

09:58AM 3              I've thought about it and I'm happy to hear from

09:58AM 4   everybody, but my gut reaction is that if we hold up, he won't be

09:58AM 5   able to do the reading that he needs to do prior to the start of

09:58AM 6   the trial.  We all agree that he needs to get those under his

09:58AM 7   belt or the trial will last much longer than we anticipate.

09:58AM 8              If it were a jury trial, it would be a problem, but

09:58AM 9   I think that the judge can instruct himself to disregard matters

09:58AM 10  that he believes should be excluded because one of the defense's

09:59AM 11  motion *in limine* or more than one have been granted.

09:59AM 12        MR. HAYCRAFT:  Right.  Your Honor, on that point of the

09:59AM 13  judge having the judicial ability to sweep aside matters that he

09:59AM 14  rules are immaterial or prejudicial or whatever, I think what

09:59AM 15  this case presents, though, in that regard is the ultimate

09:59AM 16  challenge to that proposition, that the sheer volume of

09:59AM 17  evidence -- and my letter talked about 10,000 pages of

09:59AM 18  depositions and 1500 exhibits -- that the sheer volume of that

09:59AM 19  creates a situation where any trier of fact is just going to have

09:59AM 20  a hard time reading material in November and December and then in

09:59AM 21  January deciding, well, a lot of what I read I now need to

10:00AM 22  disregard.

10:00AM 23              So I think the timing and the volume make this a

10:00AM 24  difference, a qualitative difference, and so we urge the Court

10:00AM 25  and particularly Judge Barbier to consider this, that he should

10:00AM 1    not begin reading those 30 depositions or the next 138 after that

10:00AM 2    before he considers and rules in this calendar year on these

10:00AM 3    important Motions in Limine.

10:00AM 4            So I think it's an important point to state for the

10:00AM 5    record that this case is unique and that I think the desire of

10:00AM 6    the Court to read a lot depositions before February 27th may

10:00AM 7    interfere with our due process rights as defendants.

10:00AM 8         THE COURT:  Okay.  I appreciate that.  It looks to me

10:00AM 9    like Mr. Herman has something to say about this.  I'm sorry.

10:00AM 10   Mr. Roy.

10:00AM 11        MR. ROY:  I'm his 260-pound doppelganger.

10:01AM 12           Your Honor, I would submit to the Court that the

10:01AM 13   Judge needs to read the proposed testimony in order to decide the

10:01AM 14   context of whether or not it should or shouldn't be admissible

10:01AM 15   and, as such, needs to be submitted.

10:01AM 16           Secondly, as to whether the Judge is competent to

10:01AM 17   receive testimony and to make the judgment during deliberation,

10:01AM 18   if you will, as to whether or not something is admissible or not,

10:01AM 19   the principle is no different than well-established jurisprudence

10:01AM 20   in the Fifth Circuit, I think, certainly with this Court, in the

10:01AM 21   case of a *Daubert* motion where *Daubert* motions are routinely not

10:01AM 22   heard in a bench trial and the Court decides, after hearing the

10:01AM 23   testimony, whether it is or is not competent and meets the test

10:02AM 24   of *Daubert* and so forth.  The analogy is the same.

10:02AM 25           So for those two reasons we respectfully suggest

10:02AM 1    that my esteemed colleague, Mr. Haycraft, is in error on this

10:02AM 2    point.  It would be the first time this year, I think, but we

10:02AM 3    would submit that it is in error, and we believe the schedule

10:02AM 4    should proceed accordingly.

10:02AM 5          THE COURT:  Don't sit down yet because we're going to

10:02AM 6    next move to Don's second -- I'm sorry, very sorry.  I didn't see

10:02AM 7    you.

10:02AM 8          MR. WITTMANN:  That's okay, Your Honor.  I'm kind of

10:02AM 9    small.

10:02AM 10          I just wanted to note -- this is Wittmann for

10:02AM 11    Cameron, and we join in Mr. Haycraft's error.  We support his

10:02AM 12    position completely.

10:02AM 13          We would also like to add we would like to know who

10:02AM 14    is submitting depositions as part of their case.  It's a moving

10:02AM 15    target to me as to who these depositions are going to be

10:02AM 16    submitted on behalf of.  We started out with 50 that the

10:02AM 17    plaintiffs were going to submit.  We're now at 168.  Is there

10:03AM 18    going to be any limit on the number of depositions that the Court

10:03AM 19    will allow to be introduced?

10:03AM 20          THE COURT:  There is not so far but I do think that when

10:03AM 21    we get to the trial planning phase of our meeting this morning we

10:03AM 22    do need to have a discussion about that.

10:03AM 23          So next up, first of all, when you stood before I

10:03AM 24    thought you had a navy blue blazer on.  I did not realize that

10:03AM 25    you had a purple blazer on, so I take back my kind comment.

10:03AM  1          MR. ROY:  Can you see, the buttons are especially

10:03AM  2    interesting (indicating).

10:03AM  3          THE COURT:  I had no idea.

10:03AM  4          MR. ROY:  The Great Seal of LSU Agricultural and

10:03AM  5    Mechanical College.

10:03AM  6          THE COURT:  You paid money for that?

10:03AM  7          MR. ROY:  No, actually --  well, I guess indirectly.

10:03AM  8          MR. MILLER:  I know he paid a lot of money for that.

10:03AM  9          MR. BREIT:  Indirectly.

10:03AM 10          MR. MILLER:  I might even have an idea of how much.

10:04AM 11          THE COURT:  Okay.  So then the second issue that Don

10:04AM 12    raised with us in his letter of November 3rd was the

10:04AM 13    Fifth Amendment deposition issue where Don asked that we put all

10:04AM 14    the Fifth Amendment people at the tail end, including the three

10:04AM 15    that you all had in your top 30.  Do you want to comment on that?

10:04AM 16          MR. ROY:  Absolutely, Your Honor.  First of all, during

10:04AM 17    the cut process, we don't see any reason to upset that apple

10:04AM 18    cart.  We've got a process.  It's moving.  It's working.  We

10:04AM 19    don't think that ought to be changed.

10:04AM 20          THE COURT:  No, I'm not suggesting that.  This is just

10:04AM 21    for submission to the Judge.

10:04AM 22          MR. ROY:  This is an issue of in what order should they

10:04AM 23    be called by the plaintiffs, the PSC, and submitted to the Court.

10:04AM 24              We submit that that should be, like any other

10:04AM 25    witness, a question of the timing and discretion of the party

10:05AM 1  with the burden of proof in this case, which, in the first

10:05AM 2  instance, is the PSC.

10:05AM 3          We believe that to submit these in the order that

10:05AM 4  we have at this point suggested they would be, it's subject to

10:05AM 5  change, that, in our minds, it is of strategic importance to

10:05AM 6  sequence in the order that we have them.  We may very well,

10:05AM 7  before the actual date comes for submission, request that that be

10:05AM 8  changed, but as of this moment, that's the order.

10:05AM 9          I realize that the issue of BP's concern about the

10:05AM 10 questions being asked are a potential for embarrassment of BP,

10:06AM 11 but he misquotes us.  Actually, the quote of Mr. Sterbcow was an

10:06AM 12 accurate quote, but the context is not correct or not fully

10:06AM 13 explained.

10:06AM 14         When Mr. Sterbcow was before this Court in the

10:06AM 15 transcript that Mr. Haycraft referred to, what Mr. Sterbcow was

10:06AM 16 attempting to say was that in order to gain the adverse

10:06AM 17 inferences under the law, that we could not simply say, okay, we

10:06AM 18 agree, you're going to take the Fifth to everything.  That

10:06AM 19 doesn't cut it.

10:06AM 20         Mr. Sterbcow was intending, in his shorthand matter

10:06AM 21 of addressing the subject matter, to say that's why we've got to

10:06AM 22 ask individual questions in order to gain inferences off of

10:06AM 23 individual questions that are asked.

10:06AM 24         These individuals, to the extent they are

10:06AM 25 associated with BP, chose to take the Fifth Amendment.  That's

10:07AM 1   their constitutional right.  We don't quarrel with that, but

10:07AM 2   under the law, we have the right to tender that testimony and to

10:07AM 3   ask that adverse inferences be established.

10:07AM 4          There is absolutely no reason why that should be

10:07AM 5   deferred to the very end.  The testimony is the testimony.  It

10:07AM 6   should go in.  The Court either will or will not make adverse

10:07AM 7   inferences at the end of the day, and that's entirely in the

10:07AM 8   discretion of this court.  All we can do is submit the testimony

10:07AM 9   and make the request, but there are so few of them it's really

10:07AM 10  the tail wagging the dog to say let's delay or change the whole

10:07AM 11  process to put them in.

10:07AM 12         The Court's perfectly competent to deal with

10:07AM 13  Mr. Haycraft's objections on an ongoing basis, just like it's

10:07AM 14  perfectly capable of dealing with *Daubert* motions after hearing

10:07AM 15  the testimony or during hearing the testimony of experts and so

10:07AM 16  forth and so on.  Thank you.

10:08AM 17         THE COURT:  Okay.  Thank you.

10:08AM 18         MR. HAYCRAFT:  Well, in response -- this is Don Haycraft

10:08AM 19  for BP -- on the Fifth Amendment issue, there are three

10:08AM 20  designations due today and more in the coming weeks.  It makes no

10:08AM 21  sense to me that the PSC gets to submit their Fifth Amendment

10:08AM 22  designated depositions in November with a February 27th trial

10:08AM 23  date, that the preference of the PSC to put forward

10:08AM 24  Fifth Amendment depositions in the first group shouldn't

10:08AM 25  overwhelm the practicality of the 10 or 15 Fifth Amendment

10:08AM 1    takers' depositions from being delayed and the adverse inference

10:08AM 2    issue being separately addressed rather than in this rush to

10:08AM 3    comply with this initial wave of deposition designations.

10:09AM 4            I think it's fair to say, Your Honor, that part of

10:09AM 5    the genesis of the letter yesterday is that the sheer magnitude

10:09AM 6    of this effort is astounding, and that throwing the

10:09AM 7    Fifth Amendment into the mix overly complicates an already

10:09AM 8    daunting task.

10:09AM 9            We think that it is within the Judge's discretion,

10:09AM 10   since trial is not for three and a half more months, that the

10:09AM 11   Fifth Amendment depositions be delayed and not be concluded in

10:09AM 12   this first wave or second wave of deposition submissions during

10:09AM 13   the month of November.

10:09AM 14       THE COURT:  I am going to agree with Don on that one.

10:09AM 15   It makes sense to me that we've got this discrete group of

10:09AM 16   deponents who have either fully or partially invoked the

10:09AM 17   Fifth Amendment.  It's a very sensitive matter that, I think, can

10:09AM 18   be taken up and ruled on discretely.  Once that ruling is done,

10:10AM 19   we can go ahead and submit the depositions to the Judge with the

10:10AM 20   ruling already made.

10:10AM 21           So I would like to take those first three out and

10:10AM 22   put all of the Fifth Amendment deponents at the tail end of the

10:10AM 23   submission process.  If the ruling comes out, Jim, in a month's

10:10AM 24   time and you want to put it in the next group being submitted to

10:10AM 25   the Judge, you may do so.  Okay?

10:10AM 1        MR. ROY:  You're saying that the next cycle of 15 --

10:10AM 2        THE COURT:  Should not include the three Fifth Amendment

10:10AM 3 witnesses that are on that list.  In other words, you won't

10:10AM 4 submit them to Judge Barbier until we get a ruling on the

10:10AM 5 Fifth Amendment.

10:10AM 6        MR. ROY:  Right, but we still proceed with the cuts; is

10:10AM 7 that right?  We're not submitting anything to Judge Barbier.  You

10:10AM 8 have the authority to tell Indata when they go to court.

10:11AM 9 Certainly --

10:11AM 10       THE COURT:  So you're going to give me that job.

10:11AM 11       MR. ROY:  No, no.  We have done the cuts.  We have

10:11AM 12 submitted them.

10:11AM 13       THE COURT:  It is my understanding -- Don, please tell

10:11AM 14 me if I'm wrong -- that you all are willing to make the cuts.

10:11AM 15 You just don't want them to go to the Judge until we have a

10:11AM 16 ruling on the motion involving adverse inferences; is that

10:11AM 17 correct?

10:11AM 18       MR. HAYCRAFT:  I turn to my colleagues for support on

10:11AM 19 this.  I know from my perspective, we've done the -- you know,

10:11AM 20 we've marked up, we were ready to go with today's deadline.

10:11AM 21 However, I think it would be of no moment to delay the ultimate

10:11AM 22 submission with the two-page summaries until some future date.

10:12AM 23       Nobody needs to undo what they may have already

10:12AM 24 done to meet today's deadline, but I see no reason to actually go

10:12AM 25 any further with Indata and color coding and writing objections,

10:12AM  1    which that will be a good thing to not have to submit those

10:12AM  2    objections today.

10:12AM  3         MR. MILLER:  Your Honor, Kerry Miller for Transocean.

10:12AM  4    We agree with Don exactly that there is no reason -- we've

10:12AM  5    probably done more Fifth Amendment highlighting too.  I don't

10:12AM  6    know, but I suspect we have because I think they have some of

10:12AM  7    those, and waves three and waves four are coming up too, so not

10:12AM  8    only is it a wave two issue for today, it's going to be a wave

10:12AM  9    three and wave four issue.

10:12AM 10         My understanding is the Fifth Amendment elements in

10:12AM 11    all of those waves are put off in terms of submitting

10:12AM 12    designations to the Court in summaries until further notice.

10:12AM 13         THE COURT:  Okay.

10:12AM 14         MR. WITTMANN:  Cameron agrees as well, Your Honor.

10:12AM 15         THE COURT:  Thank you.

10:12AM 16         MR. ROY:  Your Honor, we hear you and we'll do whatever

10:12AM 17    you tell us to do, but with all due respect, Mr. Haycraft's

10:13AM 18    primary argument, as we understood it, to the Court was the Judge

10:13AM 19    just isn't going to be able to overcome reading all of this

10:13AM 20    horrible stuff, to the extent it's horrible, and decide what's

10:13AM 21    really in and what's really out when he sits at the end of the

10:13AM 22    trial to write his opinion.  I apologize for giving it the

10:13AM 23    dumbed-down version, but I think that's the essence of it.

10:13AM 24         That is a separate and distinct thing.  When it

10:13AM 25    goes to the Judge is separate and distinct from sticking a wrench

10:13AM 1    in the bicycle spokes of a process that we have all worked hard

10:13AM 2    to get up and going, and now to say, wait a minute, with the

10:13AM 3    three that have already been submitted and people have already

10:13AM 4    done cuts and everything is just going to come to a stop and

10:13AM 5    Indata has got to somehow hold these aside, we would respectfully

10:13AM 6    submit, Your Honor, there is no reason to do that.  It can still

10:13AM 7    be done.

10:13AM 8              Objections on a global nature or whatever they are

10:13AM 9    going to do, it's a separate issue as to when those things go

10:14AM 10   from Indata to the Judge, and we understand and respect your

10:14AM 11   opinion.  As to the extent it may delay that, if you choose to

10:14AM 12   delay that, so be it.  Obviously we live with it, but we would

10:14AM 13   ask that you also consider setting, on a fairly expedited basis,

10:14AM 14   deadlines for whatever these objections are so that we can get it

10:14AM 15   out there.

10:14AM 16             We have the burden of proof, Your Honor, and we

10:14AM 17   respectfully submit that if we want to call ten straight

10:14AM 18   Fifth Amendment witnesses, not that we would, but if we feel

10:14AM 19   that's the way -- is the best way strategically to present our

10:14AM 20   case, we want to have the ability to present it.

10:14AM 21        THE COURT:  When do we have that motion set?  Does

10:14AM 22   anybody have the *in limine* schedule?  I'll bet Andy has it

10:14AM 23   memorized.

10:14AM 24        MR. ROY:  We can find it.

10:14AM 25        MR. LANGAN:  I do not.  Is it on the list?

10:14AM 1      MR. MILLER:  Yes, it is.

10:14AM 2      THE COURT:  It's on the list.

10:15AM 3      MR. DUFFY:  Your Honor, it's Tim Duffy.  That motion is

10:15AM 4  set to be filed on December 5th, concluded briefing by

10:15AM 5  December 19th.

10:15AM 6      THE COURT:  Okay.  We can ask Judge Barbier to take that

10:15AM 7  up on a expedited basis post December 19th.

10:15AM 8      MR. ROY:  Whenever it is it is but we would suggest that

10:15AM 9  if there is a compromise on this issue that the compromise is we

10:15AM 10 proceed, we've got a system that, while it took some hits early

10:15AM 11 on, it's moving.  We respectfully submit not to interfere with

10:15AM 12 that at this point in time but, to the contrary, direct whatever

10:15AM 13 these specific depositions are, the process doesn't stop, just

10:15AM 14 Indata does not release them to the Court until after the ruling

10:15AM 15 has been made.

10:15AM 16     MR. KAVANAUGH:  Your Honor, this is Brian Kavanaugh for

10:16AM 17 BP.  If I can jump in for one second.

10:16AM 18     THE COURT:  Sure, Brian.  Could you speak up just a

10:16AM 19 little bit.  We are having trouble hearing you.  You're the most

10:16AM 20 soft-spoken person in the room.

10:16AM 21     MR. KAVANAUGH:  Is that better?

10:16AM 22     THE COURT:  Yes.

10:16AM 23     MR. KAVANAUGH:  Just to respond very briefly to

10:16AM 24 Mr. Roy's comments, I think the issue here is that there is a

10:16AM 25 qualitative difference between the Fifth Amendment depositions

10:16AM 1    and the other depositions in the process.  We are by no means

10:16AM 2    suggesting that everyone should throw away the designation work

10:16AM 3    that was done on the depositions of Mr. Morel, Mr. Hafle, and

10:16AM 4    Mr. Kaluza.

10:16AM 5         The issue is that unlike the other depositions in

10:16AM 6    the first 50 or so selected by the PSC, there is actually nothing

10:16AM 7    probative in these depositions; that is, they are not testimony,

10:16AM 8    they are not evidence in the same way that the other depositions

10:16AM 9    are.

10:16AM 10        The issue is you have a witness who largely invokes

10:16AM 11   the Fifth Amendment, so there is no testimony being given.  What

10:16AM 12   the PSC, I think, represented -- Mr. Sterbcow represented

10:17AM 13   previously is you need to take the depositions and ask the

10:17AM 14   questions to have a foundation to seek an adverse inference.  So

10:17AM 15   what we're really suggesting here is that this process, that it

10:17AM 16   be separate and apart from the designation track, perhaps through

10:17AM 17   the motions *in limine*.

10:17AM 18        We think it's important and necessary for the PSC

10:17AM 19   to put the other parties on notice what is it they are asking the

10:17AM 20   Court to infer in an adverse way, from what testimony.  The

10:17AM 21   designations, all the work that has been done, is the foundation

10:17AM 22   for what will ultimately get briefed, and the Court will

10:17AM 23   determine whether adverse inferences are permissible at all and

10:17AM 24   what types of adverse inferences; so, I don't think any of that

10:17AM 25   work is going to go to waste.

10:17AM 1          Having lived through this process now, objections

10:17AM 2    are just very, very different here.  It's not like you have a

10:17AM 3    witness who is actually giving substantive answers, and you might

10:17AM 4    have objections you would typically see with other depositions.

10:17AM 5    It really is a unique process.  We think those threshold

10:17AM 6    questions have to be decided first.

10:17AM 7          THE COURT:  So that you anticipate that your Motion in

10:18AM 8    Limine will raise most of the objections that you would otherwise

10:18AM 9    file with the individual deposition?

10:18AM 10          MR. KAVANAUGH:  I think our Motions in Limine would

10:18AM 11   raise, exactly, crosscutting threshold issues that go to how the

10:18AM 12   Fifth Amendment depositions, at least for our witnesses, would be

10:18AM 13   used.

10:18AM 14          I do think the PSC is not without burden in the

10:18AM 15   context of this motions; that is, they have designated and other

10:18AM 16   parties have designated numerous sections of the deposition,

10:18AM 17   questions that are posed, the witness invokes the Fifth, but

10:18AM 18   there is an open issue:  What is the adverse inference that's

10:18AM 19   being sought because even if Judge Barbier is to determine that

10:18AM 20   an adverse inference is permissible to some degree in one or all

10:18AM 21   of these depositions, it may not be permissible on certain types

10:18AM 22   of questions.

10:18AM 23          For example, just asking a question, you know, to

10:18AM 24   the witness, "Do you know who is going to invoke the Fifth?", I

10:19AM 25   believe this issue was raised last week in a conclusory fashion

10:19AM 1   with respect to the ultimate issue, you know you're going to get

10:19AM 2   the witness who is going to take the Fifth; so, I mean, does that

10:19AM 3   entitle the PSC or another party to an adverse inference?  We

10:19AM 4   would suggest it doesn't necessarily; so, I think all of those

10:19AM 5   issues will come out through the briefing process.

10:19AM 6          THE COURT:  Alan.

10:19AM 7          MR. YORK:  Alan York, for Halliburton.  Your Honor, we

10:19AM 8   were the ones that last week raised the concern about objections

10:19AM 9   to the Fifth Amendment questions, "Isn't it true, sir, that you

10:19AM 10  kick puppies?"  So we do have some concerns about the objections.

10:19AM 11         Having said that, we're in the process; so, we've

10:19AM 12  done the work.  We're happy to do it.  We'll go whichever way the

10:19AM 13  Court wants.  If you want to go on and put the packages together,

10:19AM 14  we can do that.  The one thing we would say is if that's the way

10:19AM 15  that we go, we would want to reserve our right to revisit those

10:19AM 16  objections and those packages once we get a ruling from the Court

10:20AM 17  on the *limine* issues, because that may change the whole tenor of

10:20AM 18  the designations.  We're fine either way.  We just want clearer

10:20AM 19  lines.

10:20AM 20         THE COURT:  Jim looks like he likes that last

10:20AM 21  suggestion.

10:20AM 22         MR. ROY:  Well, Your Honor, if the Court rules adverse

10:20AM 23  to the PSC on one or more issues relative to this and the cuts

10:20AM 24  are already in the bag and somebody says, "Well, wait, that

10:20AM 25  affects how we addressed or didn't address so and so," I mean, of

10:20AM 1   course, in our opinion they should have the right to readdress it

10:20AM 2   and reason to the Court.

10:20AM 3          I want to make two observations in response to BP's

10:20AM 4   attorney's comments:  If this were a -- if we were calling these

10:20AM 5   witnesses live, what would we have going on right now?  Would we

10:20AM 6   have BP saying, "You can't call them, Mr. Roy."?  Is that really

10:20AM 7   what the discussion would be?  You can't call them.  You say,

10:21AM 8   "Wait, they are within subpoena power of the Court.  We've

10:21AM 9   subpoenaed them.  We want them here."

10:21AM 10         I don't think, I may be wrong but I don't think the

10:21AM 11  simple assertion by BP's counsel that BP's witness will likely

10:21AM 12  take the Fifth is going to be grounds for the Court to tell me I

10:21AM 13  can't call the witness and put him in that chair of the witness

10:21AM 14  stand.  So --

10:21AM 15         THE COURT:  We're not telling you you can't call him.

10:21AM 16         MR. ROY:  No, no, but I'm just saying for thought

10:21AM 17  process purposes going through this logically.

10:21AM 18         So if he's in the chair, he's been called, he's

10:21AM 19  under oath, and we ask him a question after his name, and he

10:21AM 20  starts taking the Fifth, then the next question is, "Where is the

10:21AM 21  case law, gentlemen, that says the witness doesn't have to answer

10:21AM 22  any more questions?"  It seems that case law is not there.

10:21AM 23         It does seem that if I'm asking him questions that

10:22AM 24  continue to draw the Fifth Amendment, at some point in time I'm

10:22AM 25  going to try the patience of the Bench as to when does the horse

10:22AM 1  get beat deader or not?  I am entitled, I would respectfully

10:22AM 2  submit, to ask the questions and to draw the Fifth Amendment

10:22AM 3  response every single time to the extent I think these questions

10:22AM 4  are designed to create inferences that are adverse, that the

10:22AM 5  Court may or may not agree with me.  That's point Number 1.

10:22AM 6          Point Number 2, I don't think I have to say in

10:22AM 7  advance what I intend a negative inference to be.  To the

10:22AM 8  contrary, it would seem that's part and parcel of our briefing

10:22AM 9  that we would be doing.  To the extent in two-page summaries

10:22AM 10 there are key issues that we believe adverse inferences are

10:23AM 11 created, that, too, is probably a good place that they ought to

10:23AM 12 be placed.  So there is some forewarning but ultimate briefing,

10:23AM 13 it would seem, is the ultimate place where the argument is made.

10:23AM 14          Thank you for your time, Your Honor.

10:23AM 15          THE COURT:  You are very welcome.  Mr. Underhill.

10:23AM 16          MR. UNDERHILL:  Very briefly.

10:23AM 17          THE COURT:  By the way, I've looked up *fulsome*.  We'll

10:23AM 18 discuss that with you as well.

10:23AM 19          MR. UNDERHILL:  Have I been fulsome?

10:23AM 20          THE COURT:  In more ways than one.

10:23AM 21          MR. UNDERHILL:  I'm never going to give you a straight

10:23AM 22 line, "Gracie".

10:23AM 23          THE COURT:  So go ahead on Fifth Amendment.

10:23AM 24          MR. UNDERHILL:  Mercifully brief.  One is an

10:23AM 25 observation, and I think actually I agree with Don on something,

10:23AM 1    that Don hit the key, and he said it's within the Judge's

10:23AM 2    discretion.  There is nothing more fundamental than a trial

10:23AM 3    judge's right, in a bench trial especially, to decide how to

10:23AM 4    conduct the trial.

10:23AM 5            So I think he's actually keyed on the standard.  If

10:23AM 6    they are trying to set up an argument for the Fifth Circuit, Don

10:24AM 7    has set it for us.  It's an abuse of discretion standard.  That's

10:24AM 8    the observation that I think answers part of the question.

10:24AM 9            The second is that I think that Alan -- first of

10:24AM 10   all, I know that we will not submit any questions and hopefully

10:24AM 11   we didn't ask any about kicking our dog because I love my dog.

10:24AM 12           MR. YORK:  As do I.

10:24AM 13           THE COURT:  Now you're being fulsome.

10:24AM 14           MR. UNDERHILL:  There we go.

10:24AM 15           I think what I suggest is that the three that we

10:24AM 16   have due today, which, I think, are Hafle, Morel, and Kaluza,

10:24AM 17   that we go ahead with those with the idea that I think to the

10:24AM 18   question of Brian Kavanaugh's question about, well, what are the

10:24AM 19   inferences going to be drawn, the way I've tried to craft the

10:24AM 20   ones that I've done, the Court will see the basic inferences

10:24AM 21   we're going to see.  They don't have anything to do with dogs,

10:24AM 22   and they try to really get it down to what we think the meat of

10:24AM 23   that witness' testimony is.  If the Court wants to revisit

10:25AM 24   afterwards, the Court can.

10:25AM 25           Within the abuse of discretion standard, I think

10:25AM 1   that Jim's point, we don't upset the bicycle at this point by

10:25AM 2   sticking a stick in the spokes.  We go forward, and if the Judge

10:25AM 3   choose to read them, he can.  If he chooses I've got better

10:25AM 4   things to do because perhaps BP is right, well, then he doesn't

10:25AM 5   have to read them, but let's submit them so they are done.  I'm

10:25AM 6   trying to tick off things that we won't have to do on

10:25AM 7   February 26th.

10:25AM 8          THE COURT:  Here is what I would like to do, Mike:  I

10:25AM 9   would like to go ahead and complete the designations as

10:25AM 10  scheduled.  So the first three, which is Kaluza, Hafle, and

10:25AM 11  Morel, let's go ahead and do the designations, but I would like

10:25AM 12  to put those people at the end of the submission process to the

10:25AM 13  Judge so that he can rule on the Motion in Limine, and then we

10:25AM 14  will give him the Fifth Amendment witnesses.

10:25AM 15         What I would like is a list of who the

10:26AM 16  Fifth Amendment witnesses are so that I can communicate with

10:26AM 17  Jordan at Indata that the packages not include the

10:26AM 18  Fifth Amendment witnesses until instructed, the packages going to

10:26AM 19  the Judge.

10:26AM 20         MR. UNDERHILL:  My good friend in the purple blouse --

10:26AM 21  jersey just wanted me to clarify that -- you know, you've got to

10:26AM 22  give it to the guy.  He's a Tulane guy wearing an LSU jersey, so

10:26AM 23  you have to hit him where it counts.

10:26AM 24         To clarify, for today's three on Kaluza, Hafle, and

10:25AM 25  Morel, we will submit the final cuts and the two-page summaries;

10:26AM 1 is that correct?

10:26AM 2    THE COURT:  Correct.  But Jordan will not send those

10:26AM 3 packages to Judge Barbier for review until he's instructed to do

10:26AM 4 so.  We'll take care of instructing Jordan not to include those

10:26AM 5 in the packages going to the Court.  Okay.  So we'll try to skin

10:27AM 6 the cat that way.

10:27AM 7    I guess we can ask the PSC to give us the list of

10:27AM 8 the Fifth Amendment, right?  Thank you.

10:27AM 9    MR. MILLER:  I'm sorry, just to make sure I understand

10:27AM 10 the Court's ruling, the three for today, we're going to do the

10:27AM 11 designations, and the summaries are going to go in, but it's not

10:27AM 12 going to be delivered to the Court.

10:27AM 13    THE COURT:  Correct.

10:27AM 14    MR. MILLER:  For any Fifth Amendment witnesses that come

10:27AM 15 forward in waves to come, waves 3, 4, 5, what have you, we're not

10:27AM 16 going to do those designations or summaries in connection with

10:27AM 17 those waves.  We going to do them all together at the end, at a

10:27AM 18 later date.

10:27AM 19    THE COURT:  I was going to let the process go forward,

10:27AM 20 but just hold off submitting those depositions to Judge Barbier

10:27AM 21 until he took up and ruled on the Motion in Limine thereby

10:28AM 22 completing the process as scheduled, but he's going to have

10:28AM 23 plenty of other reading to keep him busy.  Okay?

10:28AM 24    MS. BERTAUT:  Judge.

10:28AM 25    THE COURT:  Yes, Carmelite.

10:28AM  1        MS. BERTAUT:  I just had a question, and I think I don't

10:28AM  2   understand the purpose of the summary with -- I'm thinking of

10:28AM  3   Brian Morel because I'm actually preparing that one, which is due

10:28AM  4   today, and that summary -- I mean, Mr. Morel took the Fifth from

10:28AM  5   the start to the finish; so, the summary is basically going to

10:28AM  6   be, I would think, an argumentative piece on adverse inference.

10:28AM  7   Because -- right?

10:28AM  8        THE COURT:  That's what I'm expecting from the PSC.

10:28AM  9        MS. BERTAUT:  So I'm not sure the utility of that

10:28AM 10   summary at this point, but --

10:28AM 11        THE COURT:  The Judge isn't even going to see it, and it

10:28AM 12   would be the same no matter what presumably.

10:28AM 13        MS. BERTAUT:  Well, it would be redone after his ruling,

10:28AM 14   I guess.

10:28AM 15        THE COURT:  They can choose to redo it, if they want.

10:28AM 16        MR. ROY:  It may be redone if the ruling is adverse,

10:29AM 17   Carmelite.  I don't know if he's ruled in advance that he's going

10:29AM 18   to rule against us.

10:29AM 19        MS. BERTAUT:  No, no.  No, no.  I'm just saying whatever

10:29AM 20   adverse inference the Court allows or doesn't allow --

10:29AM 21        MR. ROY:  Right.  Absolutely.

10:29AM 22        MS. BERTAUT:  -- the summary should reflect that.

10:29AM 23        THE COURT:  Yes.  Your submission is going to be

10:29AM 24   Mr. Morel's deposition is of no moment because he invoked the

10:29AM 25   Fifth Amendment throughout.

10:29AM 1        MR. MILLER:  No, that's what Don is going to say.

10:29AM 2        MS. BERTAUT:  That's what Don is going to say.  He's a

10:29AM 3 BP witness.

10:29AM 4        THE COURT:  I'm sorry, that's what Don's submission is

10:29AM 5 going to be.

10:29AM 6        MR. ROY:  Your Honor --

10:29AM 7        MR. MILLER: -- everybody else's are argumentative

10:29AM 8 advocacy pieces on adverse inferences and exhibits that may not

10:29AM 9 have a whole lot of evidentiary value at this point in time.

10:29AM 10       MR. ROY:  I want to make sure the record is correct.

10:29AM 11 What Carmelite just said or implied unintentionally, I'm sure, I

10:29AM 12 don't think is correct.  We don't wait on our two-page summaries

10:29AM 13 for a ruling of the Judge to tell us in advance what presumptions

10:30AM 14 he has made or not.  To the contrary, he's going to rule on

10:30AM 15 objections, and those will ultimately go to him, and we may or

10:30AM 16 may not have to restyle our two-page summaries in accord.

10:30AM 17       Let me add one other thing, too.  There is a second

10:30AM 18 purpose, and I believe it's teed up on the Motion in Limine

10:30AM 19 briefing schedule, and we would urge that it be also

10:30AM 20 expeditiously dealt with as well as these Fifth Amendment

10:30AM 21 objections, global objections; that is, Mr. Hafle, Mr. Morel,

10:30AM 22 these are not witnesses who never took an oath and didn't

10:30AM 23 testify.  To the contrary, at the MBI hearing they did testify.

10:30AM 24 They testified of their own free will.  They testified under

10:30AM 25 oath.  They were cross-examined by many lawyers in the room or by

10:31AM 1    parties or lawyers in the room.

10:31AM 2         THE COURT:  When is that set on the Motion in Limine

10:31AM 3    schedule?

10:31AM 4         MR. ROY:  I don't have it in front of me, Your Honor.

10:31AM 5         THE COURT:  I think that comes up soon.

10:31AM 6         MR. STERBCOW:  I think that may be next week.

10:31AM 7         THE COURT:  I think that's soon.

10:31AM 8         MR. MILLER:  That's due Monday.

10:31AM 9         MR. ROY:  The issue is if you testified freely once

10:31AM 10   under oath subject to cross, and then you come back at a later

10:31AM 11   date and you take the Fifth, is there now a basis to get in your

10:31AM 12   MBI testimony as an impeachment vehicle effectively?

10:31AM 13        THE COURT:  Right.

10:31AM 14        MR. ROY:  I just call it to your attention that is one

10:31AM 15   of the issues.

10:31AM 16        THE COURT:  Coming up sooner rather than later.

10:31AM 17             Okay.  All right.  Guys, now, next up was the point

10:31AM 18   that Andy raised in his letter this morning, and that is whether

10:31AM 19   the defendants will have a right to make additional designations

10:31AM 20   after the close of plaintiff's case in chief.  Brian, you wanted

10:31AM 21   to talk about that; is that correct?

10:32AM 22        MR. KAVANAUGH:  Yes, Your Honor.  Brian Kavanaugh for

10:32AM 23   BP.  I believe at least in one of the working group conferences

10:32AM 24   that I participated in, I know we raised this issue once before,

10:32AM 25   and now having gotten through from start to finish the first 30

10:32AM 1   depositions, we wanted to raise it again; that is, we're

10:32AM 2   obviously going along in good faith designating what we can now

10:32AM 3   certainly by way of counter designation but just wanted to

10:32AM 4   confirm that our understanding that at some point in time in the

10:32AM 5   future, should we, as part of our case in chief, feel the need to

10:32AM 6   designate additional deposition testimony after the PSC concludes

10:32AM 7   its presentation, that we would have the opportunity to do that,

10:32AM 8   obviously, for witnesses who weren't available and aren't

10:32AM 9   testifying live, for whom we would otherwise be able to make

10:32AM 10  disposition designations for.

10:32AM 11         THE COURT:  Jim, is coming up and wants to comment on

10:32AM 12  that.

10:32AM 13         MR. ROY:  Your Honor, if I understand what he is asking

10:33AM 14  the Court, it would strike me in the first instance to be

10:33AM 15  contrary to what the historical practice of this Court has been

10:33AM 16  in terms of all cuts of depositions being due in advance of the

10:33AM 17  trial.  Not staged, not -- I mean, if there are going to be cuts,

10:33AM 18  everybody does their cuts up front and they are ready, and

10:33AM 19  typically there is a deadline.

10:33AM 20         Granted, in this case there are more depositions

10:33AM 21  and whatnot, but we don't see any reason why -- to have these

10:33AM 22  things -- these things should not be -- in the can and out of the

10:33AM 23  way prior to the commencement of trial and that it's no different

10:33AM 24  than any other in that sense.

10:33AM 25         THE COURT:  Okay.  Does anybody else want to comment on

10:33AM  1    that issue?  Alan?

10:33AM  2         MR. YORK:  Alan York for Halliburton.  I'll go back to

10:34AM  3    what my original suggestion was, Judge, which it seems like if

10:34AM  4    what we're trying to do is first handle the deposition cuts that

10:34AM  5    the PSC has designated as *priority deposition cuts*, it makes some

10:34AM  6    sense to keep the groupings as they are, take the deletions out

10:34AM  7    of those, stay on schedule, and get those done, which

10:34AM  8    accomplishes two things:  It gets the PSC cuts done, but it also

10:34AM  9    makes the numbers per grouping a lot more manageable than being

10:34AM 10    32.

10:34AM 11         Perhaps at the end of that process, and we'll look

10:34AM 12    at it in the order, maybe the Court sets a time in January

10:34AM 13    sometime for the other parties to look at the ones that the PSC

10:34AM 14    has not designated and to make a designation of those depositions

10:34AM 15    that they want to have submitted, and we start a second wave to

10:34AM 16    try to get those done.

10:34AM 17         I know that that's going to be a lot going on at

10:35AM 18    the same time as we're getting ready for trial, but seriously, I

10:35AM 19    don't think that's going to be any more of an imposition than

10:35AM 20    trying to do 32 depositions a week while expert depositions are

10:35AM 21    going on.  There is not a good time.

10:35AM 22         THE COURT:  All right.  Well, let me think about that

10:35AM 23    and consider what we want to do on that.  Brian, I appreciate

10:35AM 24    your raising the issue.

10:35AM 25         MR. KAVANAUGH:  Your Honor, if I could just make one

10:35AM 1    final point in response to Mr. Roy; and that is, we've heard the

10:35AM 2    comparison to how things would work at trial normally, and I

10:35AM 3    guess that's precisely our point; and that is, we would not be

10:35AM 4    required to put our case on until we see the case put on against

10:35AM 5    BP.

10:35AM 6              While we're more than willing and we have been

10:35AM 7    working very hard to do as much as we can up front, there may be

10:35AM 8    issues that arise in later designated depositions for which we

10:35AM 9    then realize there is testimony in earlier designated depositions

10:36AM 10   that are in the can and maybe already gone to Judge Barbier that

10:36AM 11   we would have designated.  Likewise, there may be testimony that

10:36AM 12   comes out at trial to which there is responsive or relevant

10:36AM 13   information in depositions that we didn't see the need to

10:36AM 14   designate before.

10:36AM 15             All we're asking is, as we would at trial, that we

10:36AM 16   have the opportunity to put on the case that we would want to put

10:36AM 17   on after we see the case put on against BP; so, we're not

10:36AM 18   attempting to sandbag here, but we think we need the opportunity

10:36AM 19   to do that, to respond to the evidence that comes in as it comes

10:36AM 20   in and once we see the complete case put on against our client.

10:36AM 21             THE COURT:  Okay.  Thank you.  Paul.

10:36AM 22             MR. STERBCOW:  Just a point of information, Your Honor.

10:36AM 23   Paul Sterbcow.  I just went through this with this very judge

10:36AM 24   two weeks ago, and the procedure has always been and was as of

10:36AM 25   two weeks ago was that witnesses who will testify by deposition,

10:36AM 1    the party putting the witness on provides deposition cuts by a

10:36AM 2    date certain to the deponent, who provides counter designations,

10:37AM 3    and the party putting the witness on, if you want to counter

10:37AM 4    those, you can.

10:37AM 5                All of those have to be submitted to the Court with

10:37AM 6    any objections.  All the testimony is reviewed, objections are

10:37AM 7    ruled upon, and the Court, once the trial starts, it's done.  If

10:37AM 8    there is any issue about designation of experts, it has to be

10:37AM 9    handled through live witness testimony.

10:37AM 10               If is there a party that feels like something has

10:37AM 11   come up during the trial, then you handle it by virtue of

10:37AM 12   bringing somebody in to deal with it, but you can't then go back

10:37AM 13   and say, well, oops, we need to now we recut it, revideo it, and

10:37AM 14   try it again.

10:37AM 15               This was done in a jury trial; so, I can't imagine

10:37AM 16   why this case is so different that the rules have to change.

10:37AM 17   That's the only point we're making.  Just abide by the same

10:37AM 18   rules.

10:37AM 19          THE COURT:  All right.  Thank you.

10:37AM 20               We've got the preliminary expert deposition

10:38AM 21   schedule back out there again.

10:38AM 22               Yes, sir, Mr. York.  I thought this was going to be

10:38AM 23   a very quick conference.

10:38AM 24          MR. YORK:  Just before we leave the deposition cut

10:38AM 25   issue, can I just get a couple of clarifications?

10:38AM 1          THE COURT:  Yes, you may.

10:38AM 2          MR. YORK:  This is just to get on the record something

10:38AM 3    we've e-mailed about during the week.  The Barbara Yilmaz

10:38AM 4    deposition, we have now provided the corrected load file to

10:38AM 5    Indata, but that deposition is being delayed by one week.

10:38AM 6          THE COURT:  One week.

10:38AM 7          MR. YORK:  The Carter Erwin deposition Indata has now

10:38AM 8    flipped back to Cameron the corrected transcript.  That

10:38AM 9    deposition is being delayed by one week.

10:38AM 10          The Tommy Roth deposition, we worked with

10:38AM 11    Transocean, got the corrected designations.  We will have our

10:38AM 12    presenting party designations this week, but that one will be

10:38AM 13    also pushed back by one week.

10:38AM 14          The last, I'm really not trying to advocate

10:39AM 15    necessarily for my idea too much, but we are trying to work

10:39AM 16    ahead, and so my only question is, looking forward to the Friday,

10:39AM 17    November 18th deadline, which would be the week that we would go

10:39AM 18    from depositions 101 to 133, is it possible for us to agree today

10:39AM 19    that that group will still be 101 through 133, taking out the

10:39AM 20    deletions that are included in the PSC's updated priority list,

10:39AM 21    just so that we can get some guidance to our teams as to what

10:39AM 22    depositions they need to be focusing on?

10:39AM 23          THE COURT:  Yes.  Okay.

10:39AM 24          MR. YORK:  Thank you, Judge.

10:39AM 25          MR. UNDERHILL:  I've asked, Alan has agreed that he will

10:39AM 1   write down in an e-mail and send it to all of us what he just

10:39AM 2   said and you agreed to so that we will have a good record.

10:39AM 3            MR. YORK:  I'm happy to do that, Judge.

10:40AM 4            MR. KAVANAUGH:  Your Honor, Brian Kavanaugh.  One last

10:40AM 5   thing on depositions, if I might.

10:40AM 6            THE COURT:  Go ahead, Brian.

10:40AM 7            MR. KAVANAUGH:  I think I raised this issue a couple

10:40AM 8   weeks ago and wanted to report back to the Court with respect to

10:40AM 9   the deposition of Matt Lucas.  If you will recall that was at

10:40AM 10  that deposition in which there was an exhibit that BP had clawed

10:40AM 11  back as privileged.  Your Honor had agreed and we sought to raise

10:40AM 12  that issue with parties that had made designations relating to

10:40AM 13  that exhibit.

10:40AM 14            I think everyone has agreed that Exhibit 513 was

10:40AM 15  clawed back, so it should not be included in the designations.  I

10:40AM 16  don't think that's an issue.  I've had a number of e-mail

10:40AM 17  exchanges with the PSC and with attorneys for Halliburton, and I

10:40AM 18  think we have some agreement on what testimony should be stricken

10:40AM 19  as privileged, but there is some disagreement remaining.

10:40AM 20            We would like to get a brief to Your Honor by

10:41AM 21  letter laying out the remaining areas of disagreement and the

10:41AM 22  areas where we have agreed certain testimony should be stricken

10:41AM 23  from the designations.  We could have that to you by Monday and

10:41AM 24  hopefully get a ruling and, after that, have Indata make whatever

10:41AM 25  corrections are necessary consistent with Your Honor's ruling.

10:41AM  1              The long and the short of it is Mr. Lucas' packet

10:41AM  2  was being finalized today.  He's part of the first 30, so we

10:41AM  3  would ask that that additional deposition, while all the work

10:41AM  4  will be completed, be held from Judge Barbier until, obviously,

10:41AM  5  Your Honor has a chance to rule on the privilege issues.

10:41AM  6         THE COURT:  Okay.  I think that sounds reasonable, and

10:41AM  7  anybody who has opposition to the letter brief that will be

10:41AM  8  coming in, can you get that to me before your November 11th

10:41AM  9  holiday.

10:41AM 10         THE CLERK:  Point of information, based on what Mr. York

10:42AM 11  asked and what he agreed to and the deletions, the PSC, it looks

10:42AM 12  like about 15 of the depositions will come out of that 101 to 133

10:42AM 13  group, so there would only be about 17 or 18 that would be left.

10:42AM 14  Is that your understanding right now?

10:42AM 15         MR. YORK:  Yes, sir.

10:42AM 16         THE COURT:  Mike makes the point that after you look at

10:42AM 17  the PSC's revised list, that next round will be 17 or 18 people,

10:42AM 18  approximately.  Okay?

10:42AM 19         Let me try to get there one more time.  The expert

10:42AM 20  deposition schedule.  We've gotten comments on that.  This is a

10:42AM 21  really big undertaking on scheduling.  It's an even bigger

10:42AM 22  undertaking for those attorneys who are participating in the

10:42AM 23  schedule.  Mike, where do we stand on trying to accommodate the

10:43AM 24  comments that we've gotten so far?

10:43AM 25         THE CLERK:  Well, we haven't responded to it, but we've

10:43AM 1    gotten comments from Don about two maritime people, and Alan just

10:43AM 2    said his group are clear for dates, and I don't think we've heard

10:43AM 3    from others, but there may have been e-mails that I missed so I

10:43AM 4    apologize.

10:43AM 5         MR. YORK:  We had the one witness that was listed on

10:43AM 6    three days instead of two.

10:43AM 7         THE COURT:  Correct.  We noted that.

10:43AM 8         MR. WITTMANN:  Phil Wittmann for Cameron, Your Honor.  I

10:43AM 9    spoke this morning with Alan and also Don about swapping the

10:43AM 10   dates on your list for Mr. O'Donnell -- the dates --

10:43AM 11        THE COURT:  Speak up a little for the people on the

10:43AM 12   phone.

10:43AM 13        MR. WITTMANN:  The deposition date for Mr. O'Donnell, I

10:43AM 14   wanted to move that back.  We originally suggested the 15th and

10:43AM 15   16th of December.  Now on the list that you've put out, I think

10:43AM 16   it's the 15th and 16th are partially Mr. Stevick and Mr. Dias.

10:44AM 17   One is a Halliburton witness and one is a BP witness.

10:44AM 18             Alan says he doesn't know that he can change.  He

10:44AM 19   has to check with his person to see.  I think Don is in the same

10:44AM 20   position.  We're trying to move O'Donnell back to that 15th, 16th

10:44AM 21   date, if we could swap off with either Halliburton or BP.

10:44AM 22        THE COURT:  Yes.  If they tell you, though, however,

10:44AM 23   that can't happen, where does that leave us?

10:44AM 24        MR. WITTMANN:  Well, it leaves us -- we're still trying

10:44AM 25   to avoid having an overlap.  We have an overlap based on

10:44AM 1 Mr. York's proposal this morning.  We have an overlap on the 13th

10:44AM 2 between Mr. Stevick and Mr. Shanks, both Halliburton -- Stevick

10:44AM 3 is a Halliburton BOP expert; Shanks is a BP expert.  I personally

10:44AM 4 have to be there for those depositions.

10:44AM 5     THE COURT:  I understand, Phil, and to the extent that

10:44AM 6 we have been able to, we've tried to avoid those kinds of

10:44AM 7 conflicts.  If they can accommodate you, I'm fine, but if they

10:45AM 8 can't accommodate you, I know that Don asked for an accommodation

10:45AM 9 that we just told them we can't help you.  If they can

10:45AM 10 accommodate you, I have no problem with it.

10:45AM 11     MR. WITTMANN:  We'll work on it, Your Honor.

10:45AM 12     THE COURT:  Good.  I appreciate that.

10:45AM 13     MR. FITCH:  Again, Judge, I find myself surprised to be

10:45AM 14 involved in this.

10:45AM 15     THE COURT:  For Goodness' sakes.

10:45AM 16     MR. FITCH:  I agree.  I would be happy to be at the

10:45AM 17 beach right now, believe me.

10:45AM 18         To our surprise, you've allocated not just a day

10:45AM 19 but a day and a half for Mr. Vernon.  I'm not sure what these

10:45AM 20 parties want from this witness, but leaving that aside, I don't

10:45AM 21 know about that next day availability.  I just need to check.  I

10:45AM 22 might try dickering with one or two people to cut that back a

10:45AM 23 little bit.

10:45AM 24     THE COURT:  That's fine, if you can cut it back.

10:45AM 25     MR. FITCH:  I'm not holding my breath.

10:45AM  1        THE COURT:  Don't take a deep breath, but the schedule

10:46AM  2   is horrendous, and I don't know what to say besides that.

10:46AM  3              Jim, have you got something?

10:46AM  4        MR. ROY:  Yes, ma'am.  I do.  I just wanted to state for

10:46AM  5   the record that the defendants are not the only people that have

10:46AM  6   serious conflicts of personnel for these depositions.  Actually,

10:46AM  7   miraculously, the first order that you issued, we actually had no

10:46AM  8   conflicts.  It truly was a miracle.  The revised one, we had six.

10:46AM  9   Now, I just point that out.  We're dealing with it, and we're

10:46AM 10   going to show up ready to play ball.

10:46AM 11        THE COURT:  Are you ready?

10:46AM 12        MR. ROY:  We're ready.

10:46AM 13        THE COURT:  Okay.  Deb?

10:46AM 14        MS. KUCHLER:  One brief question of clarification.  As

10:46AM 15   our client is trying to decide how to appropriately staff these

10:46AM 16   expert depositions given our new role in the litigation, we just

10:47AM 17   wanted to confirm that the experts' opinions will be restricted

10:47AM 18   to the four corners of their reports, including their rebuttal

10:47AM 19   report, such that we should be able to rely on those reports to

10:47AM 20   decide whether we send anybody to cover it or who we send to

10:47AM 21   cover it.  So I just wanted to clarify that that is, in fact, the

10:47AM 22   case.

10:47AM 23        THE COURT:  I believe that is the case.  Now, we need to

10:47AM 24   talk about in-house experts because Steve Herman keeps raising

10:47AM 25   that issue, and I noticed that he's not here today, but my

10:47AM 1   impression has always been the four corners rule.  I'm not

10:47AM 2   talking about in-house experts, so nobody on this side get

10:47AM 3   unhappy, but if an expert has not expressed an opinion in either

10:47AM 4   his main report or any rebuttal report, you may rely on that.

10:48AM 5        MS. KUCHLER:  So we if we don't cover a deposition

10:48AM 6   because there is nothing that implicates Anadarko in the report,

10:48AM 7   that witness cannot at the deposition raise issues pertaining to

10:48AM 8   us?

10:48AM 9        THE COURT:  That is my thought.  Does anybody disagree

10:48AM 10  with my thought?  Of course, Mr. Roy.

10:48AM 11       MR. ROY:  I am not disagreeing, Your Honor.  I just want

10:48AM 12  to clarify, since we have so many clarifications.  I just want to

10:48AM 13  clarify that as you have said, I think, repeatedly, that the

10:48AM 14  Rule 26 disclosures that have been made in writing by the

10:48AM 15  deadline that was set, stating the opinions that those in-house

10:48AM 16  experts had to state -- had, and the underlying foundation for,

10:48AM 17  that we may rely upon those disclosures as well.  If it's not

10:48AM 18  there, we don't.

10:48AM 19       THE COURT:  I keep getting communications from Steve

10:49AM 20  regarding in-house experts.  I don't want to make a statement in

10:49AM 21  a vacuum.  It seems to me that what I would like to do is see

10:49AM 22  those disclosures and see their prior depositions because, as I

10:49AM 23  understand it, they've all, except for one, been deposed; is that

10:49AM 24  right?

10:49AM 25       MR. ROY:  I would have to check, but I think there is

10:49AM 1    a --

10:49AM 2            THE COURT:  We have one Cameron in-house person that has

10:49AM 3    not been deposed.

10:49AM 4            MR. ROY:  I think that to the extent there has been a

10:49AM 5    previous deposition, there certainly is an argument that we know

10:49AM 6    what they are going to say.  You can't argue with that.

10:49AM 7            THE COURT:  Correct.

10:49AM 8            MR. ROY:  But I do want to say that at the time they

10:49AM 9    were not submitted as an expert testifying, be it in-house or

10:49AM 10   otherwise.

10:49AM 11           Now, that's just a subtle distinction.  But

10:50AM 12   regardless, even assuming for the sake of argument that to the

10:50AM 13   extent they testified with an opinion and a factual foundation

10:50AM 14   for it, what they relied upon in the prior fact deposition, at

10:50AM 15   worst, combining that deposition with the Rule 26 disclosure of

10:50AM 16   the opinion and the underlying foundation, we should be able to

10:50AM 17   rely on that.  If it's not there, pursuant to Rule 26, why should

10:50AM 18   we waste time taking further testimony and worrying about it?

10:50AM 19   Just rely upon that.  We just want to confirm that's still the

10:50AM 20   order of the Court.

10:50AM 21           THE COURT:  That's my understanding but I haven't seen

10:50AM 22   these disclosures, and I think we might be cross speaking.  All

10:50AM 23   of the defendants tell me that they believe their disclosures

10:50AM 24   expressed opinions.  I hear from the PSC that the disclosures do

10:51AM 25   not express opinions and I've not looked at it, so why don't you

10:51AM 1   send them to me.

10:51AM 2        MR. ROY:  Remember, we talked about this two weeks ago.

10:51AM 3        THE COURT:  I do remember.

10:51AM 4        MR. ROY:  We asked if we have a choice of either teeing

10:51AM 5   it up in motion practice or doing it the old fashioned way,

10:51AM 6   simply at trial, objecting to these because it's an inadequate

10:51AM 7   foundation.

10:51AM 8        THE COURT:  That's right.  You and Steve keep raising

10:51AM 9   the issue with me, and I keep saying, "I can't give you a ruling

10:51AM 10  in a vacuum."  So you either tee it up for decision at trial or

10:51AM 11  you tee it up pretrial for a decision, but don't keep raising it

10:51AM 12  with me when I haven't read the report.  That's my only point.

10:51AM 13       MR. ROY:  That's fair, Your Honor.

10:51AM 14       THE COURT:  I thought so.

10:51AM 15       Okay.  I have looked at the Anadarko settlement

10:51AM 16  agreement.  The one redaction may remain redacted.  I promise you

10:52AM 17  guys you're not interested in it.

10:52AM 18       MR. MILLER:  So it's not a *Mary Carter* agreement?

10:52AM 19       THE COURT:  It is not a *Mary Carter* agreement.

10:52AM 20       MR. LANGAN:  Your Honor, very suspicious today.

10:52AM 21       THE COURT:  It is not a *Mary Carter* agreement.  You

10:52AM 22  would be totally uninterested.

10:52AM 23       Judge Barbier commented how pleased he was about

10:52AM 24  the *in limine* schedule and the submission of the *in limine* issues

10:52AM 25  on a staggered schedule.  He really liked that lot.

10:52AM 1      MR. MILLER:  One question on that issue, Your Honor.

10:52AM 2  Today is the deadline to respond to the PSC's letter brief on

10:52AM 3  what they titled *Daubert 702 issues*.  When you actually read the

10:52AM 4  letter brief, it seems to focus, if not exclusively, certainly

10:52AM 5  predominantly on the Mark Bly report.

10:53AM 6      We have a separate deadline of November 28th to

10:53AM 7  deal with the Mark Bly report and other nongovernmental reports.

10:53AM 8  So the issue is we were going to file, you know, a brief

10:53AM 9  something or another today, but we think the issue also comes up

10:53AM 10 on the schedule on November 28th in connection with that.  I

10:53AM 11 don't know if other people see it differently:  You may get a

10:53AM 12 whole two sets of responses on the Mark Bly report.

10:53AM 13     THE COURT:  Anybody with the PSC want to comment?

10:53AM 14 Mr. Sterbcow doesn't want to comment.

10:53AM 15     MR. STERBCOW:  No, well, my comment is I have to go back

10:53AM 16 and check and let you know.

10:53AM 17     MR. MILLER:  The question was -- and I don't care; it's

10:53AM 18 done -- do you want a filing today on Mark Bly and a filing on

10:53AM 19 November 28th on Mark Bly because currently that's what you're

10:53AM 20 going to get, at least from us, and I think Jenny is saying the

10:53AM 21 same from Halliburton, or can we wait until November 28th and do

10:53AM 22 it at one time?

10:54AM 23     THE COURT:  Paul doesn't care so you can wait until

10:54AM 24 November 28th.

10:54AM 25     All right.  We issued a limited schedule for the B3

10:54AM 1  discovery this week.  Then have you got something, Don?

10:54AM 2      MR. HAYCRAFT:  Yes, Your Honor.  Back to the expert

10:54AM 3  schedule.  I e-mailed Mike.

10:54AM 4      THE COURT:  I'm sorry.  Let me interrupt.  It seems to

10:54AM 5  me, guys, we've got to get this finalized.  Y'all are rolling

10:54AM 6  into this pretty quickly.  Could you all do your brokering, your

10:54AM 7  meet and conferring, try to swap places, Tony, try to convince

10:54AM 8  people that they don't need a day and a half, and get all that

10:54AM 9  done, I hope, by close of business Wednesday.  Is that a doable

10:54AM 10  thing?  So that Mike can get a final out.

10:55AM 11      MR. HAYCRAFT:  That sounds good.  We'll just flag the

10:55AM 12  record for Mike, because we just learned that one of our experts,

10:55AM 13  Mr. Wecker, is in trial the week that's now scheduled for his

10:55AM 14  deposition; in other words, his previous availability changed,

10:55AM 15  but he's just been spoken to, and he would be available during

10:55AM 16  the week of December 19th.

10:55AM 17      So we'll clarify this in an e-mail, and we'll do

10:55AM 18  the horse trading and possible trading of a couple of anomalies

10:55AM 19  that the defendants have sought with the PSC's input, but do that

10:55AM 20  by Wednesday as you've just suggested we agreed to --

10:55AM 21      THE COURT:  Good.  Okay.  Because we do have to get that

10:55AM 22  rolling so you all can plan for whatever is coming.

10:55AM 23      Okay.  We covered the people who the parties

10:55AM 24  believe are subject to the subpoena power of the court, and so

10:56AM 25  everybody has that listed.

10:56AM  1          Now, here is the first question:  Should we do

10:56AM  2     deposition designations for those people at all if, indeed, the

10:56AM  3     party says they have control of and that witness will be called?

10:56AM  4          I understand that some of these witnesses have

10:56AM  5     personal counsel or other problems that may not give the

10:56AM  6     defendant complete control of the witness, and those, it seems to

10:56AM  7     me, we go ahead and, in an abundance of caution, designate but

10:56AM  8     perhaps hold off on submission to the Judge; so, I would like you

10:56AM  9     to think about that.

10:56AM 10          Andy, you've got something to say on that?

10:56AM 11          MR. LANGAN:  Not precisely that but it sort of goes back

10:57AM 12     to the issue of the statements the parties made on Wednesday, the

10:57AM 13     2nd.  Not to pick on Cameron, but as I recall, Cameron said that

10:57AM 14     the two witnesses were, I guess, outside his subpoena power.  I

10:57AM 15     don't think they addressed the issue of whether or not they were

10:57AM 16     officers.  I don't think they ever said.  I thought at least one

10:57AM 17     of them, maybe Mr. McWhorter, wasn't an officer of Cameron, and I

10:57AM 18     don't think Cameron said one way or the other.  If I'm wrong on

10:57AM 19     that, I --

10:57AM 20          MR. WITTMANN:  Phil Wittmann for Cameron.  Your Honor, I

10:57AM 21     think neither of those people are officers of Cameron.

10:57AM 22          MR. LANGAN:  I'm not sure that's correct based on the

10:57AM 23     deposition testimony, unless there has been a change in status.

10:57AM 24          THE COURT:  Phil, would you look at that and give the

10:57AM 25     parties an update on those two people; if they left Cameron's

10:57AM 1     employ, whatever the status is, why don't you look into it and

10:57AM 2     give everybody an update.

10:57AM 3             MR. WITTMANN:  Sure.  I'll tell Andy on Monday.

10:57AM 4             THE COURT:  Cameron therefore doesn't have anybody that

10:58AM 5     it believes is an officer that will be called?

10:58AM 6             MR. WITTMANN:  Within the subpoena power.

10:58AM 7             MR. LANGAN:  Your Honor, I thought at least one of them

10:58AM 8     was.

10:58AM 9             THE COURT:  Okay.  Would you look at that, please.

10:58AM 10            MR. WITTMANN:  I will, Judge.

10:58AM 11            THE COURT:  Great.  Thank you, Phil.

10:58AM 12            MR. MILLER:  Your Honor, on that issue, one of our

10:58AM 13    officers who popped up in the search, Bill Ambrose, was requested

10:58AM 14    by M-I.  Ambrose is, to some degree, to our extent, our version

10:58AM 15    of Mark Bly with an internal report.  I'm not sure that's

10:58AM 16    relevant evidence at this point in time.  There may be some.

10:58AM 17            Maybe I'll talk to the folks at M-I, but we may

10:58AM 18    want to look to do the designation process with Ambrose.  I've

10:58AM 19    had a hard time understanding why he would be, of the pool of

10:58AM 20    live witnesses, someone who makes the cut as an important live

10:58AM 21    witness at trial.

10:59AM 22            THE COURT:  Okay.  We'll come back to that.  I would

10:59AM 23    like you all to think about whether or not you want to do the

10:59AM 24    deposition cuts for those witnesses where the corporate entity

10:59AM 25    says they are officers, we have control of them, and they will be

10:59AM 1  brought live at trial.

10:59AM 2       MR. ROY:  Your Honor, Jim Roy.  We believe that the

10:59AM 3  cuts, even of those people, we still intend to do them for two

10:59AM 4  reasons:  One, if they don't show, all right, we don't want to

10:59AM 5  have to delay the Court because we delayed doing the cuts.  We're

10:59AM 6  going to do the cuts and have them ready.  We propose that the

10:59AM 7  court shouldn't delay that as part of the process.

10:59AM 8            However, we do agree that if by a date certain that

10:59AM 9  the Court sets, the defendants have said we will produce so and

10:59AM 10 so and so and so live as corporate officers, then, in that event,

11:00AM 11 we should not submit to the Court those cuts unless and until

11:00AM 12 they don't show up.  Even if they show up, we've still got the

11:00AM 13 cuts to use for impeachment, for refreshing of memory purposes

11:00AM 14 and whatnot.

11:00AM 15      THE COURT:  All right.  Now, we've got the list of

11:00AM 16 witnesses that the parties agree can be brought to trial.  I

11:00AM 17 would like to hear from everyone as to who is not on that list

11:00AM 18 who you believe should be on the list because we're going to have

11:00AM 19 to bring that dispute to a head.

11:00AM 20           Paul is looking at me like he doesn't know what I'm

11:00AM 21 talking about.  BP has named however many witnesses.  If you all

11:00AM 22 think BP should be able to bring in two more people because they

11:01AM 23 are officers of the corporation and they can be compelled to

11:01AM 24 bring them in, I would like to know who those people are.  We

11:01AM 25 will then ask you all to meet and confer and if you can reach

11:01AM 1   agreement, and if you can't, we'll have to bring it up for

11:01AM 2   resolution on motions.

11:01AM 3            Do you all just want us to set dates for that?

11:01AM 4   Okay.  Everybody just wants us to set dates for that.  We will do

11:01AM 5   that.

11:01AM 6            It looks like we're making progress on

11:01AM 7   stipulations.  We've seen those first rounds come around.  I was

11:01AM 8   unclear about the proposed stipulations where we've got team

11:01AM 9   comments.  Andy, could you fill us in on who the team is.

11:02AM 10           MR. LANGAN:  Tim may still be on.

11:02AM 11           THE COURT:  Oh, Tim.  You see where I'm looking at?  It

11:02AM 12  says, "Team Comments".

11:02AM 13           MR. LANGAN:  It's probably our Kirkland team.

11:02AM 14           THE COURT:  It's just BP.  It doesn't include any other

11:02AM 15  defendant.

11:02AM 16           MR. LANGAN:  No.  We've circulated this.

11:02AM 17           THE COURT:  Absolutely.  It looks good.  It looks like

11:02AM 18  you all are making some seriously good progress.

11:02AM 19           MR. MILLER:  Your Honor, I have a question as to how we

11:02AM 20  proceed on that.  We got a document from Andy's team and are

11:02AM 21  working on that document, adding another column noting what we

11:02AM 22  agreed to and what we don't agree to, but we also have floating

11:02AM 23  out there separate documents authored by Cameron and Anadarko

11:02AM 24  that, I haven't compared them directly, but I don't think compare

11:02AM 25  directly to what's on this chart.

11:02AM 1          I thought the better way to proceed was for the

11:02AM 2   rest of the parties -- PSC has set forth some stipulations, BP

11:03AM 3   has made some comments, I was going to make comments on the PSC

11:03AM 4   and BP's comments.  I'm not sure, though, what I ought to be

11:03AM 5   doing with Anadarko and the Cameron versions.

11:03AM 6          MR. LANGAN:  I have a suggestion.  We got that out

11:03AM 7   because that's what we had to work with, and I thought the Court

11:03AM 8   wanted to see progress.  We agree with Kerry that we need to take

11:03AM 9   Anadarko's and Cameron's and fold them into the master and

11:03AM 10  probably recirculate it after we've had a chance to digest

11:03AM 11  Anadarko's and Cameron's.  I don't know any other way to do it.

11:03AM 12         THE COURT:  I think that makes perfectly good sense.

11:03AM 13         MR. MILLER:  Will you do that, Andy?

11:03AM 14         MR. LANGAN:  Yes.

11:03AM 15         MR. MILLER:  I hate responding to three different

11:03AM 16  documents if they are going to morph into one document.

11:03AM 17         MR. LANGAN:  That's fair.  We just need some time to

11:03AM 18  digest it and make comments on the ones that showed up last

11:03AM 19  Friday or this Monday or whatever it was.

11:03AM 20         MR. YORK:  We are still working on a set, Andy, and

11:03AM 21  we'll get those to you as well.  That's actually in process on

11:03AM 22  our end.

11:03AM 23         MR. MILLER:  One more thought on this issue in terms of

11:03AM 24  generating new sets as opposed to just responding to what's out

11:04AM 25  there.  I think what we would like to do on behalf of Transocean

11:04AM 1     is respond to whatever the set is that's been generated so far.

11:04AM 2               The subject matter that may be subject to

11:04AM 3     stipulation, I think, is coming up in some of the expert

11:04AM 4     depositions, particularly technical issues, calculations, things

11:04AM 5     of that nature.  It may be more prudent, at least from our

11:04AM 6     standpoint, to wait until after these expert depositions to make

11:04AM 7     a pass at stipulations on more technical issues such as

11:04AM 8     calculations that experts agreed to and other things that the

11:04AM 9     experts, I think, are on the same page about.

11:04AM 10          MR. LANGAN:  But not hold up this process in the

11:04AM 11    meantime.

11:04AM 12          MR. MILLER:  No, not hold up the process of which you're

11:04AM 13    talking about, but I'm not sure that we're going to come forward

11:04AM 14    with our separate set right now because we think it may be what I

11:04AM 15    thought *fulsome* meant, but maybe I was wrong, a more fulsome

11:04AM 16    exercise to do it after the expert's deposed.  I think we'll

11:05AM 17    agree to certain core calculations and other technical data.

11:05AM 18          THE COURT:  No, I think we should go ahead and fold all

11:05AM 19    of the stipulations we have now into one document.  If anybody

11:05AM 20    else has affirmative stipulations that they want to circulate and

11:05AM 21    include in the master, please go ahead and get those out so that

11:05AM 22    everybody can look at them.  If we have another round of

11:05AM 23    technical proposals post experts, that's fine.  We can certainly

11:05AM 24    work on that as well.

11:05AM 25               Has anybody got anything else that they want to

11:05AM 1    cover on our general meeting?  I was going to finish that up,

11:05AM 2    take a quick break, and see if we had anything for trial planning

11:05AM 3    to discuss.

11:05AM 4         MR. MILLER:  A quick, this is a trial planning issue.

11:06AM 5    Our question is this:  Is the format that the Court or the

11:06AM 6    parties are going to agree to to follow for the generation of the

11:06AM 7    exhibit list, which I think are due in November, it seems to me

11:06AM 8    we ought to come up with a common format in terms of, look, we

11:06AM 9    all do this for trials, Bates number, author recipient, but if

11:06AM 10   someone wants to promulgate a common format, since we're going to

11:06AM 11   be searching and doing all kind of things within each other's

11:06AM 12   exhibits, it may be a good idea to agree on a common exhibit list

11:06AM 13   format on the front end.

11:06AM 14        THE COURT:  I think that's a good idea.  We all think

11:06AM 15   it's going to be Excel, etcetera.  Has BP got such a thing?

11:06AM 16        MR. NOMELLINI:  Yes, Your Honor.  This is

11:06AM 17   Mark Nomellini.  We could send something around.

11:06AM 18        THE COURT:  That would be really helpful, Mark, and

11:06AM 19   everybody can adopt whatever your format is.

11:06AM 20        MR. NOMELLINI:  Sounds good.

11:06AM 21        MR. ROY:  Well -- Jim Roy speaking -- the PSC and the

11:06AM 22   USA have worked hard on a similar format.  I don't know whether

11:07AM 23   it's similar to theirs or not, but we have one that, it's quite

11:07AM 24   possible, would be shareable as well; so, we'll look at that and

11:07AM 25   see.

11:07AM 1        MR. UNDERHILL:  I think it is in Excel.

11:07AM 2        THE COURT:  Good.  Why don't you also circulate and

11:07AM 3   we'll adopt one of the two competing.

11:07AM 4        MR. MILLER:  That would be helpful.

11:07AM 5        MR. UNDERHILL:  Finally, Your Honor, we took a vote on

11:07AM 6   our team.  We're going to move that when Tony Fitch writes an

11:07AM 7   e-mail to the Court that his briefing in the e-mail of a motion

11:07AM 8   submitted should come off his page limit.

11:07AM 9        THE COURT:  I think that seems reasonable.

11:07AM 10       Come on up, Rob.

11:07AM 11       MR. FITCH:  No good deed goes unpunished.

11:07AM 12       MR. GASAWAY:  Just a final scheduling heads up,

11:07AM 13  Your Honor.  Rob Gasaway for BP.  With all this activity coming

11:07AM 14  in in December, I wanted to mention that the United States and BP

11:07AM 15  have also been working simultaneously on Phase Two stipulations.

11:07AM 16       The basic chronology, the idea for that originally,

11:07AM 17  Your Honor will recall, was to get those out before the start of

11:08AM 18  the 30(b)(6) depositions, and so that's a separate track.  We

11:08AM 19  haven't sent it to anybody.

11:08AM 20       That is going to conclude late November, and you

11:08AM 21  should give us guidance on how to fit that particular work stream

11:08AM 22  in with everything else that we have been talking about.  So, not

11:08AM 23  for today but I just wanted to let you know --

11:08AM 24       THE COURT:  We'll put that on the agenda for our next

11:08AM 25  meeting and cover it.

11:08AM 1          Anything else?  I guess, if not, we can tell our

11:08AM 2   court staff, "Have a good morning," and if you would like, let me

11:08AM 3   poll the troops, does anybody have trial plan issues that they

4   want to talk about?  Then it looks to me like we might be done

5   for the day.

6          (WHEREUPON, at 11:08 a.m. the proceedings were

7   concluded.)

8                    *    *    *

9

10

11                REPORTER'S CERTIFICATE

12

13    I, Cathy Pepper, Certified Realtime Reporter, Registered

14   Merit Reporter, Certified Court Reporter of the State of

15   Louisiana, Official Court Reporter for the United States District

16   Court, Eastern District of Louisiana, do hereby certify that the

17   foregoing is a true and correct transcript, to the best of my

18   ability and understanding, from the record of the proceedings in

19   the above-entitled and numbered matter.

20

21

22                        *s/Cathy Pepper*                    

23                        Cathy Pepper, CRR, RMR, CCR
                         Certified Realtime Reporter
24                        Official Court Reporter
                         United States District Court
25                        Cathy_Pepper@laed.uscourts.gov

**1**

**1** [1] - 43:5
**10** [2] - 11:21, 33:25
**10,000** [1] - 28:17
**10-MD-2179** [1] - 1:7
**1000** [1] - 2:8
**10036** [1] - 4:22
**101** [3] - 54:18, 54:19, 56:12
**11** [2] - 6:5, 6:6
**1100** [1] - 3:15
**11:08** [1] - 73:6
**11th** [1] - 56:8
**12** [1] - 6:7
**1201** [1] - 4:5
**1300** [1] - 4:14
**133** [3] - 54:18, 54:19, 56:12
**1331** [1] - 4:8
**138** [1] - 29:1
**13th** [1] - 58:1
**14** [3] - 6:8, 6:11, 6:12
**14th** [3] - 22:11, 22:23, 23:9
**15** [5] - 6:14, 6:15, 33:25, 35:1, 56:12
**1500** [1] - 28:18
**1540** [1] - 4:22
**15th** [7] - 17:6, 17:18, 22:11, 23:9, 57:14, 57:16, 57:20
**15TH** [1] - 6:17
**1615** [1] - 4:14
**1665** [1] - 4:8
**168** [5] - 27:16, 27:17, 27:18, 27:19, 30:17
**16th** [4] - 17:7, 57:15, 57:16, 57:20
**17** [5] - 6:16, 6:19, 6:21, 56:13, 56:17
**1700** [1] - 4:5
**18** [3] - 6:22, 56:13, 56:17
**18TH** [1] - 8:4
**18th** [3] - 17:7, 17:9, 54:17
**18TH......** [1] - 6:18
**198** [1] - 27:15
**19th** [3] - 38:5, 38:7, 64:16

**2**

**2** [1] - 43:6
**20** [2] - 1:6, 6:23
**20005** [1] - 3:9
**20006** [1] - 4:18

**2007** [1] - 4:21
**201** [1] - 5:9
**2010** [1] - 1:6
**2011** [2] - 1:8, 10:2
**2020** [1] - 4:18
**21** [1] - 6:24
**22** [3] - 6:25, 7:1, 7:2
**23510** [1] - 2:9
**23rd** [1] - 25:21
**25** [4] - 7:3, 7:4, 11:20, 11:21
**26** [6] - 7:5, 7:6, 23:14, 60:14, 61:15, 61:17
**260-pound** [1] - 29:11
**2615** [1] - 2:4
**26th** [1] - 45:7
**27** [2] - 7:7, 7:8
**27th** [2] - 29:6, 33:22
**28TH** [1] - 8:19
**28th** [5] - 63:6, 63:10, 63:19, 63:21, 63:24
**2929** [1] - 5:4
**2nd** [1] - 65:13

**3**

**3** [1] - 46:15
**30** [5] - 26:16, 29:1, 31:15, 49:25, 56:2
**30(b)(6** [5] - 15:4, 15:23, 16:22, 17:9, 72:18
**30(B)(6).....................
.......................** [1] -
6:15
**300** [1] - 3:5
**30th** [2] - 19:12, 25:21
**31** [1] - 7:10
**316** [1] - 1:23
**31st** [1] - 19:13
**32** [3] - 26:16, 51:10, 51:20
**32502** [1] - 1:23
**3668** [1] - 1:18
**36TH** [1] - 3:14
**39** [3] - 7:11, 7:12, 7:13
**3rd** [2] - 27:23, 31:12

**4**

**4** [3] - 1:8, 10:2, 46:15
**42ND** [1] - 5:4
**45** [1] - 7:14
**450** [1] - 2:14
**46** [1] - 7:19
**49** [1] - 7:21
**4900** [1] - 3:18

**5**

**5** [2] - 24:22, 46:15
**50** [2] - 30:16, 39:6
**500** [1] - 5:13
**5000** [1] - 2:24
**504** [1] - 5:14
**513** [1] - 55:14
**53** [2] - 7:24, 7:25
**5395** [1] - 2:14
**54** [4] - 8:1, 8:2, 8:3, 8:4
**546** [1] - 3:23
**55** [1] - 8:5
**556** [1] - 1:19
**56** [1] - 8:6
**57** [3] - 8:7, 8:8, 8:9
**58** [2] - 8:10, 8:11
**589-7779** [1] - 5:14
**59** [2] - 8:12, 8:13
**5th** [7] - 22:15, 22:19, 22:20, 22:21, 22:23, 24:21, 38:4

**6**

**6** [1] - 24:22
**60** [1] - 8:13
**600** [1] - 1:23
**601** [1] - 2:4
**60654** [1] - 3:5
**62** [2] - 8:14, 8:15
**63** [3] - 8:17, 8:19, 8:21
**64** [2] - 8:23, 8:24
**65** [1] - 9:1
**655** [1] - 3:8
**66** [1] - 9:4
**67** [1] - 9:5
**68** [2] - 9:7, 9:8
**6th** [5] - 22:15, 22:20, 22:21, 22:24, 24:21

**7**

**70** [1] - 9:9
**701** [1] - 2:24
**70112** [1] - 4:15
**70130** [3] - 2:5, 3:24, 5:13
**70139** [1] - 2:25
**70163** [1] - 3:15
**70170** [1] - 5:9
**702** [2] - 8:18, 63:3
**70502** [1] - 1:19
**71** [2] - 9:11, 9:12
**72** [3] - 9:13, 9:14,

9:15
**750** [1] - 3:18
**75270** [1] - 4:5
**77010** [1] - 4:9
**77019** [1] - 5:5
**77056** [1] - 3:19
**7TH** [1] - 2:14

**8**

**80** [1] - 27:20
**8th** [1] - 15:8

**9**

**94102** [1] - 2:15
**999** [1] - 2:8
**9:30** [1] - 1:8

**A**

**a.m** [1] - 73:6
**A.M** [1] - 1:8
**abide** [1] - 53:17
**ABIGAYLE** [1] - 3:23
**ability** [2] - 28:13, 37:20, 73:18
**able** [11] - 20:17, 21:7, 24:1, 25:7, 28:5, 36:19, 50:9, 58:6, 59:19, 61:16, 67:22
**abominable** [1] - 24:3
**ABOUT** [2] - 6:7, 6:13
**above-entitled** [1] - 73:19
**ABRAMSON** [1] - 2:3
**absolutely** [5] - 13:13, 31:16, 33:4, 47:21, 68:17
**abundance** [1] - 65:7
**abuse** [2] - 44:7, 44:25
**access** [1] - 10:23
**accommodate** [5] - 25:22, 56:23, 58:7, 58:8, 58:10
**accommodation** [1] - 58:8
**accomplishes** [1] - 51:8
**accord** [1] - 48:16
**accordingly** [1] - 30:4
**accurate** [1] - 32:12
**ACTION** [1] - 1:7
**ACTIONS** [1] - 1:10
**activity** [1] - 72:13
**actual** [2] - 13:7, 32:7
**add** [3] - 14:7, 30:13, 48:17

**adding** [1] - 68:21
**ADDITIONAL** [1] - 7:22
**additional** [4] - 14:11, 49:19, 50:6, 56:3
**address** [2] - 26:24, 41:25
**addressed** [3] - 34:2, 41:25, 65:15
**addressing** [1] - 32:21
**admissible** [2] - 29:14, 29:18
**adopt** [2] - 71:19, 72:3
**advance** [5] - 26:9, 43:7, 47:17, 48:13, 50:16
**adverse** [19] - 32:16, 33:3, 33:6, 34:1, 35:16, 39:14, 39:20, 39:23, 39:24, 40:18, 40:20, 41:3, 41:22, 43:4, 43:10, 47:6, 47:16, 47:20, 48:8
**advised** [1] - 27:10
**advises** [1] - 27:19
**advisor** [1] - 17:25
**ADVISOR** [1] - 6:21
**advocacy** [1] - 48:8
**advocate** [1] - 54:14
**affects** [1] - 41:25
**AFTER** [2] - 6:16, 7:22
**afterwards** [1] - 44:24
**agenda** [6] - 18:25, 20:11, 20:12, 21:25, 25:11, 72:24
**ago** [4] - 52:24, 52:25, 55:8, 62:2
**AGREE** [1] - 9:5
**agree** [21] - 13:5, 13:6, 16:18, 19:22, 19:25, 21:9, 28:6, 32:18, 34:14, 36:4, 43:5, 43:25, 54:18, 58:16, 67:8, 67:16, 68:22, 69:8, 70:17, 71:6, 71:12
**agreeable** [1] - 13:9
**agreed** [11] - 15:24, 16:22, 54:25, 55:2, 55:11, 55:14, 55:22, 56:11, 64:20, 68:22, 70:8
**agreement** [7] - 17:20, 55:18, 62:16, 62:18, 62:19, 62:21, 68:1
**AGREEMENT.............
.............** [1] - 8:14
**agrees** [2] - 15:13, 36:14
**Agricultural** [1] - 31:4

ahead [10] - 34:19, 43:23, 44:17, 45:9, 45:11, 54:16, 55:6, 65:7, 70:18, 70:21
Alan [11] - 25:25, 26:1, 41:6, 41:7, 44:9, 51:1, 51:2, 54:25, 57:1, 57:9, 57:18
ALAN [1] - 4:8
alert [1] - 14:10
ALEXANDER [3] - 21:4, 21:20, 21:22
Alexander [2] - 21:4, 21:20
ALL [3] - 1:10, 9:2, 9:9
ALLEN [1] - 5:4
allocated [1] - 58:18
allow [2] - 30:19, 47:20
allowing [1] - 27:1
allows [1] - 47:20
ALSO [1] - 9:15
Ambrose [3] - 66:13, 66:14, 66:18
AMBROSE...............
........................... [1] - 9:4
Amendment [30] - 31:13, 31:14, 32:25, 33:19, 33:21, 33:24, 33:25, 34:7, 34:11, 34:17, 34:22, 35:2, 35:5, 36:5, 36:10, 37:18, 38:25, 39:11, 40:12, 41:9, 42:24, 43:2, 43:23, 45:14, 45:16, 45:18, 46:8, 46:14, 47:25, 48:20
AMENDMENT [3] - 7:10, 7:14, 7:17
AMENDMENT...........
........................... [1] - 7:20
AMERICA [6] - 2:17, 2:17, 2:18, 2:19, 2:21, 2:22
AMERICAN [1] - 2:4
AN [1] - 6:24
Anadarko [4] - 60:6, 62:15, 68:23, 69:5
ANADARKO [3] - 4:11, 4:12, 8:14
Anadarko's [2] - 69:9, 69:11
analogy [1] - 29:24
AND [8] - 3:12, 6:6, 6:16, 6:18, 8:15, 8:20, 9:3, 9:15
ANDREW [1] - 3:3
Andy [10] - 15:5,

15:15, 25:20, 37:22, 49:18, 65:10, 66:3, 68:9, 69:13, 69:20
Andy's [1] - 68:20
anomalies [1] - 64:18
answer [3] - 24:16, 25:7, 42:21
answers [2] - 40:3, 44:8
anticipate [2] - 28:7, 40:7
apart [1] - 39:16
apologize [2] - 36:22, 57:4
APPEARANCES [5] - 1:15, 2:1, 3:1, 4:1, 5:1
apple [1] - 31:17
appreciate [4] - 26:8, 29:8, 51:23, 58:12
appreciated [1] - 19:2
approach [1] - 18:11
approached [1] - 11:3
appropriately [1] - 59:15
APPROPRIATELY [1] - 8:12
approval [1] - 13:10
APRIL [1] - 1:6
ARE [3] - 6:13, 7:15, 8:24
areas [2] - 55:21, 55:22
argue [1] - 61:6
argument [5] - 36:18, 43:13, 44:6, 61:5, 61:12
argumentative [2] - 47:6, 48:7
arise [1] - 52:8
arms [1] - 14:15
aside [3] - 28:13, 37:5, 58:20
ASK [1] - 7:19
assertion [1] - 42:11
associated [1] - 32:25
assume [3] - 11:24, 21:2, 24:18
assuming [1] - 61:12
astounding [1] - 34:6
AT [2] - 7:15, 9:2
attacks [2] - 11:17, 20:4
attempting [2] - 32:16, 52:18
attention [1] - 49:14
attorney [2] - 25:4, 25:5
attorney's [1] - 42:4
attorneys [2] - 55:17,

56:22
author [1] - 71:9
authored [1] - 68:23
authority [1] - 35:8
availability [2] - 58:21, 64:14
available [4] - 22:23, 22:24, 50:8, 64:15
AVENUE [2] - 2:14, 5:9
avoid [3] - 20:2, 57:25, 58:6
aware [1] - 19:17

## B

B3 [6] - 6:23, 8:21, 20:11, 20:14, 20:25, 63:25
BABIUCH [1] - 3:4
bag [1] - 41:24
BALDWIN [1] - 5:8
ball [1] - 59:10
BARBARA [1] - 8:1
Barbara [1] - 54:3
BARBIER [1] - 7:8
Barbier [12] - 11:18, 28:1, 28:25, 35:4, 35:7, 38:6, 40:19, 46:3, 46:20, 52:10, 56:4, 62:23
BARR [4] - 1:22, 15:14, 16:11, 22:6
Barr [4] - 15:6, 15:13, 15:14, 16:10
BARROW [1] - 5:4
based [3] - 56:10, 57:25, 65:22
basic [2] - 44:20, 72:16
basis [5] - 13:12, 33:13, 37:13, 38:7, 49:11
Bates [1] - 71:9
BAYLEN [1] - 1:23
BE [5] - 6:17, 6:18, 6:19, 9:3, 9:5
beach [1] - 58:17
beat [1] - 43:1
become [1] - 19:9
BEEN [1] - 9:15
BEFORE [1] - 1:13
begin [1] - 29:1
behalf [3] - 21:5, 30:16, 69:25
behind [1] - 19:11
BELIEVE [1] - 8:24
believes [3] - 22:6, 28:10, 66:5

belt [1] - 28:7
Bench [1] - 42:25
bench [2] - 29:22, 44:3
BERTAUT [8] - 3:22, 46:24, 47:1, 47:9, 47:13, 47:19, 47:22, 48:2
best [2] - 37:19, 73:17
BEST [1] - 4:14
bet [1] - 37:22
better [3] - 38:21, 45:3, 69:1
between [2] - 38:25, 58:2
bicycle [2] - 37:1, 45:1
big [1] - 56:21
bigger [1] - 56:21
BILL [1] - 9:4
Bill [1] - 66:13
BINGHAM [1] - 4:17
bit [3] - 21:6, 38:19, 58:23
blazer [2] - 30:24, 30:25
blouse [1] - 45:20
blue [1] - 30:24
Bly [6] - 63:5, 63:7, 63:12, 63:18, 63:19, 66:15
BLY [1] - 8:19
BOEMRE [2] - 19:6, 19:13
BOP [9] - 6:6, 11:23, 12:14, 15:1, 22:16, 22:24, 23:9, 24:23, 58:3
BOX [1] - 1:18
BP [36] - 2:17, 2:17, 2:18, 2:19, 2:20, 2:21, 2:22, 9:15, 12:9, 12:18, 15:5, 19:6, 19:12, 19:18, 19:21, 32:10, 32:25, 33:19, 38:17, 42:6, 45:4, 48:3, 49:23, 52:5, 52:17, 55:10, 57:17, 57:21, 58:3, 67:21, 67:22, 68:14, 69:2, 71:15, 72:13, 72:14
BP's [7] - 11:23, 14:20, 32:9, 42:3, 42:11, 69:4
BRANCH [1] - 2:12
break [1] - 17:2
breath [2] - 58:25, 59:1
Breit [2] - 10:9, 10:17
BREIT [3] - 2:7, 2:7,

31:9
Brian [10] - 15:14, 38:16, 38:18, 44:18, 47:3, 49:20, 49:22, 51:23, 55:4, 55:6
BRIAN [1] - 1:22
BRIEF [1] - 8:18
brief [7] - 43:24, 55:20, 56:7, 59:14, 63:2, 63:4, 63:8
briefed [1] - 39:22
briefing [9] - 11:15, 11:17, 11:19, 38:4, 41:5, 43:8, 43:12, 48:19, 72:7
BRIEFING.................
............................ [1] - 6:5
briefly [2] - 38:23, 43:16
bright [1] - 10:10
bring [6] - 13:24, 26:21, 67:19, 67:22, 67:24, 68:1
bringing [2] - 21:23, 53:12
broad [2] - 23:15, 23:19
BROADWAY [1] - 4:22
brokering [1] - 64:6
BROUGHT [2] - 6:17, 9:6
brought [3] - 17:6, 67:1, 67:16
BUILDING [1] - 2:4
bump [2] - 26:16
burden [3] - 32:1, 37:16, 40:14
business [2] - 22:16, 64:9
busy [1] - 46:23
buttons [1] - 31:1
BY [23] - 1:4, 1:18, 1:22, 2:3, 2:7, 2:12, 2:23, 3:3, 3:8, 3:14, 3:18, 3:22, 4:4, 4:8, 4:13, 4:17, 4:21, 5:4, 5:8, 5:15, 5:16, 6:9, 6:17

## C

CA [1] - 2:15
calculations [3] - 70:4, 70:8, 70:17
calendar [1] - 29:2
CALLED [1] - 10:4
CALLED..................
... [1] - 9:3

**CAMERON** [1] - 3:21
**Cameron** [16] - 14:4, 22:14, 30:11, 36:14, 54:8, 57:8, 61:2, 65:13, 65:17, 65:18, 65:20, 65:21, 66:4, 68:23, 69:5
**Cameron's** [4] - 23:14, 65:25, 69:9, 69:11
**CAMERON................ ..............................** [1] - 6:10
**CAN** [4] - 6:18, 7:15, 7:19, 9:5
**cannot** [1] - 60:7
**capable** [1] - 33:14
**capping** [5] - 11:23, 12:15, 14:5, 14:12, 15:2
**CAPPING** [2] - 6:6, 6:12
**Captain** [1] - 14:2
**CAPTAIN** [1] - 6:8
**captain's** [1] - 13:15
**care** [4] - 15:1, 46:4, 63:17, 63:23
**CARMELITE** [1] - 3:22
**Carmelite** [3] - 46:25, 47:17, 48:11
**CARONDELET** [1] - 3:23
**cart** [1] - 31:18
**Carter** [4] - 54:7, 62:18, 62:19, 62:21
**CARTER** [1] - 8:2
**case** [22] - 26:4, 26:9, 27:4, 28:15, 29:5, 29:21, 30:14, 32:1, 37:20, 42:21, 42:22, 49:20, 50:5, 50:20, 52:4, 52:16, 52:17, 52:20, 53:16, 59:22, 59:23
**CASE** [1] - 7:23
**cat** [1] - 46:6
**Cathy** [2] - 73:13, 73:23
**CATHY** [1] - 5:12
**Cathy_Pepper@laed .uscourts.gov** [1] - 73:25
**cathy_Pepper@laed. uscourts.gov** [1] - 5:14
**caused** [1] - 23:10
**caution** [1] - 65:7
**CCR** [2] - 5:12, 73:23
**celebrating** [1] - 18:20
**CENTRE** [1] - 3:14
**Cernich** [4] - 12:10,

12:19, 13:3, 13:11
**certain** [5] - 40:21, 53:2, 55:22, 67:8, 70:17
**certainly** [8] - 12:12, 12:20, 29:20, 35:9, 50:3, 61:5, 63:4, 70:23
**CERTIFICATE** [1] - 73:11
**CERTIFIED** [1] - 5:12
**Certified** [3] - 73:13, 73:14, 73:23
**certify** [1] - 73:16
**chair** [2] - 42:13, 42:18
**challenge** [1] - 28:16
**challenging** [1] - 21:14
**CHAMBERS** [1] - 5:3
**chance** [2] - 56:5, 69:10
**change** [6] - 32:5, 33:10, 41:17, 53:16, 57:18, 65:23
**changed** [3] - 31:19, 32:8, 64:14
**CHARLES** [2] - 5:8, 5:9
**chart** [1] - 68:25
**check** [4] - 57:19, 58:21, 60:25, 63:16
**CHICAGO** [1] - 3:5
**chief** [3] - 27:4, 49:20, 50:5
**CHIEF....................... ..................** [1] - 7:23
**choice** [1] - 62:4
**choose** [1] - 37:11, 45:3, 47:15
**chooses** [1] - 45:3
**chose** [1] - 32:25
**chronology** [1] - 72:16
**Circuit** [2] - 29:20, 44:6
**circulate** [3] - 15:6, 70:20, 72:2
**circulated** [4] - 25:17, 26:10, 27:10, 68:16
**circulation** [1] - 12:17
**CIVIL** [2] - 1:7, 2:12
**clarification** [1] - 59:14
**clarifications** [3] - 16:1, 53:25, 60:12
**clarify** [7] - 24:11, 45:21, 45:24, 59:21, 60:12, 60:13, 64:17
**clawed** [2] - 55:10,

55:15
**clear** [5] - 12:18, 16:4, 16:6, 17:23, 57:2
**clearer** [1] - 41:18
**CLERK** [3] - 10:7, 56:10, 56:25
**client** [2] - 52:20, 59:15
**close** [3] - 18:4, 49:20, 64:9
**CLOSE** [1] - 7:22
**coding** [1] - 35:25
**colleague** [1] - 30:1
**colleagues** [2] - 13:11, 35:18
**collect** [1] - 19:14
**collected** [1] - 19:8
**collection** [1] - 19:7
**College** [1] - 31:5
**color** [1] - 35:25
**colors** [1] - 10:16
**column** [1] - 68:21
**combining** [1] - 61:15
**COMING** [1] - 6:9
**coming** [11] - 14:3, 15:3, 23:6, 33:20, 36:7, 49:16, 50:11, 56:8, 64:22, 70:3, 72:13
**commencement** [1] - 50:23
**comment** [7] - 16:8, 16:9, 16:10, 24:5, 30:25, 31:15, 50:11, 50:25, 63:13, 63:14, 63:15
**commented** [1] - 62:23
**comments** [20] - 15:6, 15:8, 15:10, 15:15, 15:16, 16:15, 16:17, 25:18, 26:11, 27:22, 38:24, 42:4, 56:20, 56:24, 57:1, 68:9, 69:3, 69:4, 69:18
**Comments"** [1] - 68:12
**COMMENTS............... ..........................** [1] - 9:8
**COMMENTS.............. ..............................** [1] - 7:7
**commitment** [1] - 22:17
**committed** [1] - 20:23
**committee** [1] - 20:20
**COMMON** [1] - 7:17
**common** [3] - 71:8, 71:10, 71:12

**communicate** [2] - 13:16, 45:16
**COMMUNICATE** [1] - 7:15
**communication** [1] - 12:3
**COMMUNICATION** [1] - 6:7
**communications** [2] - 12:10, 60:19
**COMPANY** [3] - 2:18, 4:12
**compare** [1] - 68:24
**compared** [1] - 68:24
**comparison** [1] - 52:2
**compelled** [1] - 67:23
**competent** [3] - 29:16, 29:23, 33:12
**competing** [1] - 72:3
**complaints** [1] - 23:13
**complete** [5] - 16:19, 19:15, 45:9, 52:20, 65:6
**completed** [1] - 56:4
**completely** [2] - 26:5, 30:12
**completing** [1] - 46:22
**complicates** [1] - 34:7
**compliment** [1] - 24:7
**comply** [1] - 34:3
**components** [2] - 12:14, 14:22
**compromise** [2] - 38:9
**COMPUTER** [1] - 5:16
**concern** [3] - 26:15, 32:9, 41:8
**concerned** [1] - 20:13
**concerns** [1] - 41:10
**conclude** [2] - 11:24, 72:20
**concluded** [3] - 34:11, 38:4, 73:7
**concludes** [1] - 50:6
**conclusory** [1] - 40:25
**concurrently** [1] - 13:4
**conduct** [1] - 44:4
**confer** [5] - 15:22, 16:1, 17:5, 19:18, 67:25
**CONFER** [1] - 6:17
**conference** [4] - 11:9, 18:2, 18:18, 53:23
**CONFERENCE** [1] - 1:12
**conferences** [2] - 10:24, 49:23
**conferring** [1] - 64:7
**confers** [1] - 15:18
**confirm** [4] - 16:5,

50:4, 59:17, 61:19
**conflict** [1] - 22:13
**conflicts** [3] - 58:7, 59:6, 59:8
**connection** [2] - 46:16, 63:10
**consider** [4] - 19:7, 28:25, 37:13, 51:23
**considers** [1] - 29:2
**consistent** [1] - 55:25
**constitutional** [1] - 33:1
**consuming** [1] - 18:8
**contacted** [1] - 17:18
**context** [3] - 29:14, 32:12, 40:15
**continue** [1] - 42:24
**CONTINUED** [4] - 2:1, 3:1, 4:1, 5:1
**contrary** [5] - 38:12, 43:8, 48:14, 48:23, 50:15
**control** [4] - 11:19, 65:3, 65:6, 66:25
**CONTROL** [1] - 9:2
**convince** [1] - 64:7
**core** [1] - 70:17
**Corey** [2] - 11:1, 24:1
**corners** [2] - 59:18, 60:1
**Coronado** [3] - 22:9, 22:14, 23:6
**CORONADO............. ..............................** [1] - 7:2
**corporate** [2] - 66:24, 67:10
**CORPORATION** [3] - 2:19, 3:21, 4:11
**corporation** [1] - 67:23
**correct** [13] - 27:5, 32:12, 35:17, 46:1, 46:2, 46:13, 48:10, 48:12, 49:21, 57:7, 61:7, 65:22, 73:17
**corrected** [3] - 54:4, 54:8, 54:11
**corrections** [1] - 55:25
**corrupt** [1] - 20:5
**corrupted** [1] - 19:9
**cost** [1] - 14:21
**COUNSEL** [1] - 1:17
**counsel** [3] - 18:7, 42:11, 65:5
**count** [1] - 11:21
**counter** [3] - 50:3, 53:2, 53:3
**counts** [1] - 45:23
**couple** [6] - 11:16,

12:9, 19:1, 53:25, 55:7, 64:18
**course** [3] - 25:14, 42:1, 60:10
**court** [7] - 11:4, 21:18, 33:8, 35:8, 64:24, 67:7, 73:2
**Court** [51] - 12:19, 13:9, 25:15, 26:2, 26:13, 27:23, 28:24, 29:6, 29:12, 29:20, 29:22, 30:18, 31:23, 32:14, 33:6, 36:12, 36:18, 38:14, 39:20, 39:22, 41:13, 41:16, 41:22, 42:2, 42:8, 42:12, 43:5, 44:20, 44:23, 44:24, 46:5, 46:12, 47:20, 50:14, 50:15, 51:12, 53:5, 53:7, 55:8, 61:20, 67:5, 67:9, 67:11, 69:7, 71:5, 72:7, 73:14, 73:15, 73:16, 73:24, 73:24
**COURT** [152] - 1:1, 5:12, 10:4, 10:8, 10:14, 10:17, 11:8, 11:11, 11:14, 12:3, 12:8, 12:24, 13:13, 13:20, 14:1, 14:18, 15:1, 15:13, 15:19, 16:6, 16:23, 17:1, 17:4, 17:14, 17:20, 17:23, 18:11, 18:16, 18:22, 20:2, 20:7, 20:12, 20:25, 21:2, 21:17, 21:21, 21:23, 22:2, 22:8, 22:19, 23:1, 23:4, 23:23, 24:5, 24:9, 24:20, 24:22, 24:24, 25:1, 25:16, 25:25, 26:6, 26:14, 27:5, 27:7, 27:17, 27:19, 29:8, 30:5, 30:20, 31:3, 31:6, 31:11, 31:20, 33:17, 34:14, 35:2, 35:10, 35:13, 36:13, 36:15, 37:21, 38:2, 38:6, 38:18, 38:22, 40:7, 41:6, 41:20, 42:15, 43:15, 43:17, 43:20, 43:23, 44:13, 45:8, 46:2, 46:13, 46:19, 46:25, 47:8, 47:11, 47:15, 47:23, 48:4, 49:2, 49:5, 49:7, 49:13, 49:16, 50:11, 50:25, 51:22, 52:21, 53:19, 54:1,

54:6, 54:23, 55:6, 56:6, 56:16, 57:7, 57:11, 57:22, 58:5, 58:12, 58:15, 58:24, 59:1, 59:11, 59:13, 59:23, 60:9, 60:19, 61:2, 61:7, 61:21, 62:3, 62:8, 62:14, 62:19, 62:21, 63:13, 63:23, 64:4, 64:21, 65:24, 66:4, 66:9, 66:11, 66:22, 67:15, 68:11, 68:14, 68:17, 69:12, 70:18, 71:14, 71:18, 72:2, 72:9, 72:24
**Court's** [2] - 33:12, 50:10
**COURT**.....................
..... [1] - 8:25
**courthouse** [1] - 26:5
**courtroom** [1] - 10:21
**cover** [5] - 59:20, 59:21, 60:5, 71:1, 72:25
**covered** [2] - 14:5, 64:23
**craft** [1] - 44:19
**create** [1] - 43:4
**created** [1] - 43:11
**creates** [1] - 28:19
**cross** [3] - 48:25, 49:10, 61:22
**cross-examined** [1] - 48:25
**crosscutting** [1] - 40:11
**CRR** [2] - 5:12, 73:23
**current** [1] - 20:17
**customer** [1] - 22:18
**cut** [7] - 26:3, 31:17, 32:19, 53:24, 58:22, 58:24, 66:20
**CUT** [1] - 7:5
**cuts** [19] - 35:6, 35:11, 35:14, 37:4, 41:23, 45:25, 50:16, 50:17, 50:18, 51:4, 51:5, 51:8, 53:1, 66:24, 67:3, 67:5, 67:6, 67:11, 67:13
**CUTS**........................
............ [1] - 7:25
**cyber** [1] - 20:4
**cycle** [1] - 35:1

# D

**DALLAS** [1] - 4:5

**DANIEL** [1] - 3:18
**data** [3] - 19:8, 19:9, 70:17
**DATE** [1] - 8:7
**date** [11] - 11:7, 24:18, 32:7, 33:23, 35:22, 46:18, 49:11, 53:2, 57:13, 57:21, 67:8
**dates** [7] - 22:24, 23:9, 57:2, 57:10, 68:3, 68:4
**DAUBERT** [1] - 8:18
**Daubert** [5] - 29:21, 29:24, 33:14, 63:3
**daunting** [1] - 34:8
**days** [1] - 57:6
**DC** [2] - 3:9, 4:18
**deader** [1] - 43:1
**deadline** [11] - 19:4, 19:12, 19:18, 21:7, 35:20, 35:24, 50:19, 54:17, 60:15, 63:2, 63:6
**DEADLINE** [2] - 8:17, 8:19
**DEADLINE**................
........ [1] - 8:4
**deadlines** [2] - 19:19, 37:14
**DEAL** [1] - 8:19
**deal** [4] - 17:21, 33:12, 53:12, 63:7
**dealing** [2] - 33:14, 59:9
**dealt** [1] - 48:20
**Deb** [1] - 59:13
**DEBORAH** [1] - 4:13
**December** [14] - 19:13, 22:20, 22:21, 24:20, 24:21, 25:21, 28:20, 38:4, 38:5, 38:7, 57:15, 64:16, 72:14
**decide** [5] - 29:13, 36:20, 44:3, 59:15, 59:20
**DECIDED** [1] - 7:9
**decided** [3] - 18:17, 28:1, 40:6
**decides** [1] - 29:22
**deciding** [1] - 28:21
**decision** [2] - 62:10, 62:11
**deed** [1] - 72:11
**deep** [1] - 59:1
**DEEPWATER** [3] - 1:5, 3:12, 3:13
**defendant** [2] - 65:6, 68:15
**defendant's** [1] - 27:3

**defendants** [7] - 20:15, 29:7, 49:19, 59:5, 61:23, 64:19, 67:9
**DEFENDANTS** [1] - 7:21
**defense's** [1] - 28:10
**deferred** [1] - 33:5
**degree** [2] - 40:20, 66:14
**delay** [6] - 33:10, 35:21, 37:11, 37:12, 67:5, 67:7
**delayed** [5] - 34:1, 34:11, 54:5, 54:9, 67:5
**deletions** [4] - 26:18, 51:6, 54:20, 56:11
**deliberation** [1] - 29:17
**delivered** [1] - 46:12
**DENNIS** [1] - 5:4
**DEPARTMENT** [1] - 2:11
**depo** [1] - 16:2
**deponent** [1] - 53:2
**deponents** [2] - 34:16, 34:22
**deposed** [3] - 60:23, 61:3, 70:16
**DEPOSITION** [9] - 7:4, 7:5, 7:10, 7:24, 7:25, 8:5, 8:6, 8:7, 9:1
**deposition** [36] - 18:6, 24:18, 25:17, 26:3, 31:13, 34:3, 34:12, 40:9, 40:16, 47:24, 50:6, 51:4, 51:5, 52:25, 53:1, 53:20, 53:24, 54:4, 54:5, 54:7, 54:9, 54:10, 55:9, 55:10, 56:3, 56:20, 57:13, 60:5, 60:7, 61:5, 61:14, 61:15, 64:14, 65:2, 65:23, 66:24
**DEPOSITION**.............
............... [1] - 8:1
**DEPOSITION**..............
............... [1] - 8:2
**DEPOSITION**..............
............... [1] - 8:3
**depositions** [47] -
22:3, 26:25, 27:11, 27:25, 28:18, 29:1, 29:6, 30:14, 30:15, 30:18, 33:22, 33:24, 34:1, 34:11, 34:19, 38:13, 38:25, 39:1, 39:3, 39:5, 39:7,

39:8, 39:13, 40:4, 40:12, 40:21, 46:20, 50:1, 50:16, 50:20, 51:14, 51:20, 52:8, 52:9, 52:13, 54:18, 54:22, 55:5, 56:12, 58:4, 59:6, 59:16, 60:22, 70:4, 70:6, 72:18
**DEPOSITIONS** [1] - 7:8
**DEPOSITIONS...** [1] - 8:12
**DEPOSITIONS**.........
...................... [1] - 6:25
**DEPUTY** [1] - 10:7
**designate** [5] - 27:11, 27:13, 50:6, 52:14, 65:7
**designated** [9] - 27:12, 33:22, 40:15, 40:16, 51:5, 51:14, 52:8, 52:9, 52:11
**designating** [1] - 50:2
**designation** [8] - 23:14, 23:18, 39:2, 39:16, 50:3, 51:14, 53:8, 66:18
**designations** [19] - 27:20, 33:20, 34:3, 36:12, 39:21, 41:18, 45:9, 45:11, 46:11, 46:16, 49:19, 50:10, 53:2, 54:11, 54:12, 55:12, 55:15, 55:23, 65:2
**DESIGNATIONS** [2] - 7:22, 9:1
**designed** [1] - 43:4
**designees** [1] - 17:10
**desire** [1] - 29:5
**determine** [2] - 39:23, 40:19
**Dias** [1] - 57:16
**DIAS**..........................
................... [1] - 8:9
**dickering** [1] - 58:22
**difference** [3] - 28:24, 38:25
**different** [7] - 21:24, 26:4, 29:19, 40:2, 50:23, 53:16, 69:15
**differently** [1] - 63:11
**difficulty** [1] - 10:20
**digest** [2] - 69:10, 69:18
**direct** [1] - 38:12
**directed** [1] - 15:11
**directly** [2] - 68:24,

68:25
**disagree** [4] - 16:8, 16:11, 16:18, 60:9
**disagreeing** [1] - 60:11
**disagreement** [2] - 55:19, 55:21
**disaster** [3] - 19:7, 19:23, 19:25
**disclosure** [1] - 61:15
**disclosures** [6] - 60:14, 60:17, 60:22, 61:22, 61:23, 61:24
**discovery** [3] - 15:3, 25:11, 64:1
**DISCOVERY** [1] - 8:21
**DISCOVERY**..............
......................... [1] -
6:14
**discrete** [1] - 34:15
**discretely** [1] - 34:18
**discretion** [6] - 31:25, 33:8, 34:9, 44:2, 44:7, 44:25
**discuss** [2] - 43:18, 71:3
**discussed** [1] - 16:16
**discussion** [4] - 13:23, 27:8, 30:22, 42:7
**DISCUSSIONS** [1] - 6:13
**discussions** [3] - 14:6, 14:8, 14:14
**disposition** [1] - 50:10
**dispute** [1] - 67:19
**disregard** [2] - 28:9, 28:22
**distinct** [2] - 36:24, 36:25
**distinction** [1] - 61:11
**DISTRICT** [2] - 1:1, 1:2
**District** [3] - 73:15, 73:16, 73:24
**DIVISION** [1] - 2:12
**DO** [1] - 9:1
**doable** [1] - 64:9
**document** [5] - 18:25, 68:20, 68:21, 69:16, 70:19
**DOCUMENT** [2] - 1:9, 6:22
**DOCUMENT**..............
..................................
[1] - 9:10
**documents** [4] - 19:16, 19:24, 68:23, 69:16
**dog** [3] - 33:10, 44:11
**dogs** [1] - 44:21

**DOMENGEAUX** [1] - 1:17
**DOMINION** [1] - 2:8
**DON** [1] - 2:23
**Don** [22] - 18:2, 18:8, 18:12, 27:22, 27:24, 31:11, 31:13, 33:18, 34:14, 35:13, 36:4, 43:25, 44:1, 44:6, 48:1, 48:2, 57:1, 57:9, 57:19, 58:8, 64:1
**Don's** [2] - 30:6, 48:4
**done** [23] - 12:13, 21:10, 26:17, 34:18, 35:11, 35:19, 35:24, 36:5, 37:4, 37:7, 39:3, 39:21, 41:12, 44:20, 45:5, 51:7, 51:8, 51:16, 53:7, 53:15, 63:18, 64:9, 73:4
**doppelganger** [1] - 29:11
**down** [6] - 25:13, 26:21, 30:5, 36:23, 44:22, 55:1
**DRAFT** [1] - 7:4
**draft** [6] - 12:4, 16:18, 16:19, 25:17
**drafter** [1] - 16:17
**drafters** [2] - 15:16, 16:13
**drafts** [2] - 16:13, 16:14
**draw** [2] - 42:24, 43:2
**drawn** [1] - 44:19
**DRESCHER** [1] - 2:7
**DRIL** [1] - 5:3
**DRIL-QUIP** [1] - 5:3
**DRILLING** [1] - 3:12
**DRIVE** [1] - 2:8
**drive** [1] - 20:5
**drives** [1] - 19:8
**dropped** [2] - 22:4, 22:7
**due** [9] - 22:22, 29:7, 33:20, 36:17, 44:16, 47:3, 49:8, 50:16, 71:7
**DUFFY** [1] - 38:3
**Duffy** [1] - 38:3
**dumbed** [1] - 36:23
**dumbed-down** [1] - 36:23
**during** [8] - 13:6, 29:17, 31:16, 33:15, 34:12, 53:11, 54:3, 64:15

# E

**E&P** [1] - 4:12
**e-mail** [8] - 12:10, 19:20, 23:9, 55:1, 55:16, 64:17, 72:7
**e-mailed** [2] - 54:3, 64:3
**e-mails** [1] - 57:3
**early** [3] - 13:2, 14:12, 38:10
**earthquakes** [1] - 20:3
**EASTERN** [1] - 1:2
**Eastern** [1] - 73:16
**EDWARD** [1] - 4:21
**EDWARDS** [1] - 1:17
**effective** [1] - 14:21
**effectively** [1] - 49:12
**efficient** [2] - 18:4, 18:9
**effort** [1] - 34:6
**either** [9] - 13:5, 16:20, 33:6, 34:16, 41:18, 57:21, 60:3, 62:4, 62:10
**elements** [1] - 36:10
**ELLIS** [2] - 3:3, 3:7
**ELM** [1] - 4:5
**embarrassment** [1] - 32:10
**eminently** [1] - 12:22
**emotion** [1] - 16:7
**employ** [1] - 66:1
**employee** [1] - 23:14
**encountered** [1] - 20:3
**encourage** [1] - 10:22
**end** [10] - 19:15, 26:22, 27:2, 31:14, 33:5, 33:7, 34:22, 36:21, 45:12, 46:17, 51:11, 69:22, 71:13
**ENERGY** [2] - 3:14, 4:3
**ENGLEBERT** [1] - 6:8
**Englebert** [1] - 14:2
**entirely** [2] - 16:4, 33:7
**entitle** [1] - 41:3
**entitled** [2] - 43:1, 73:19
**entity** [1] - 66:24
**error** [3] - 30:1, 30:3, 30:11
**Erwin** [1] - 54:7
**ERWIN** [1] - 8:2
**especially** [2] - 31:1, 44:3
**ESQUIRE** [25] - 1:18,

1:22, 2:3, 2:7, 2:12, 2:13, 2:13, 2:23, 3:3, 3:4, 3:4, 3:8, 3:14, 3:18, 3:22, 3:22, 3:23, 4:4, 4:8, 4:13, 4:14, 4:17, 4:21, 5:4, 5:8
**essence** [1] - 36:23
**established** [2] - 29:19, 33:3
**esteemed** [1] - 30:1
**etcetera** [1] - 71:15
**event** [1] - 67:10
**EVIDENCE** [1] - 6:9
**evidence** [5] - 14:3, 28:17, 39:8, 52:19, 66:16
**evidentiary** [1] - 48:9
**exactly** [4] - 15:15, 24:13, 36:4, 40:11
**examined** [1] - 48:25
**example** [2] - 15:10, 40:23
**exceed** [1] - 11:22
**Excel** [2] - 71:15, 72:1
**except** [2] - 15:11, 60:23
**exchanges** [1] - 55:17
**excluded** [1] - 28:10
**exclusively** [1] - 63:4
**exercise** [1] - 70:16
**exhibit** [4] - 55:10, 55:13, 71:7, 71:12
**EXHIBIT** [1] - 9:12
**Exhibit** [1] - 55:14
**exhibits** [3] - 28:18, 48:8, 71:12
**expect** [1] - 13:17
**expecting** [1] - 47:8
**expedited** [2] - 37:13, 38:7
**expeditiously** [1] - 48:20
**expert** [13] - 22:22, 23:14, 51:20, 53:20, 56:19, 58:3, 59:16, 60:3, 61:9, 64:2, 70:3, 70:6
**EXPERT** [4] - 7:24, 8:6, 8:12, 8:23
**expert's** [1] - 70:16
**experts** [12] - 22:16, 22:25, 33:15, 53:8, 59:24, 60:2, 60:16, 60:20, 64:12, 70:8, 70:9, 70:23
**experts'** [1] - 59:17
**EXPERTS**..................
..................... [1] -
8:13

**explained** [1] - 32:13
**EXPLORATION** [1] - 2:20
**express** [1] - 61:25
**expressed** [2] - 60:3, 61:24
**extending** [1] - 19:13
**extension** [1] - 19:3
**extensive** [2] - 20:15, 21:13
**extent** [9] - 32:24, 36:20, 37:11, 43:3, 43:9, 58:5, 61:4, 61:13, 66:14
**extreme** [1] - 11:22

# F

**fact** [9] - 13:24, 18:7, 23:17, 23:24, 23:25, 24:12, 28:19, 59:21, 61:14
**factual** [1] - 61:13
**fair** [3] - 34:4, 62:13, 69:17
**fairly** [1] - 37:13
**faith** [1] - 50:2
**far** [4] - 15:11, 30:20, 56:24, 70:1
**FARRIS** [1] - 3:23
**fashion** [1] - 40:25
**fashioned** [1] - 62:5
**fault** [1] - 13:14
**February** [3] - 29:6, 33:22, 45:7
**FEDERAL** [1] - 2:11
**felt** [1] - 24:12
**few** [2] - 27:20, 33:9
**FIFTEENTH** [1] - 3:8
**FIFTH** [4] - 7:10, 7:14, 7:17, 7:20
**Fifth** [40] - 29:20, 31:13, 31:14, 32:18, 32:25, 33:19, 33:21, 33:24, 33:25, 34:7, 34:11, 34:17, 34:22, 35:2, 35:5, 36:5, 36:10, 37:18, 38:25, 39:11, 40:12, 40:17, 40:24, 41:2, 41:9, 42:12, 42:20, 42:24, 43:2, 43:23, 44:6, 45:14, 45:16, 45:18, 46:8, 46:14, 47:4, 47:25, 48:20, 49:11
**figure** [4] - 17:10, 19:10, 22:10, 25:8
**file** [3] - 40:9, 54:4, 63:8

filed [1] - 38:4
filing [2] - 63:18
fill [1] - 68:9
final [10] - 12:6, 17:8, 22:2, 22:3, 45:25, 52:1, 64:10, 72:12
finalize [1] - 14:24
finalized [2] - 56:2, 64:5
Finally [1] - 72:5
fine [4] - 41:18, 58:7, 58:24, 70:23
fingers [1] - 13:14
finish [4] - 22:17, 47:5, 49:25, 71:1
fire [1] - 20:4
first [24] - 11:14, 15:7, 17:22, 26:2, 27:22, 27:25, 30:2, 30:23, 31:16, 32:1, 33:24, 34:12, 34:21, 39:6, 40:6, 44:9, 45:10, 49:25, 50:14, 51:4, 56:2, 59:7, 65:1, 68:7
fit [1] - 72:21
FITCH [8] - 4:17, 17:13, 17:15, 17:22, 58:13, 58:16, 58:25, 72:11
Fitch [3] - 17:15, 72:6
FITCH.....................
................... [1] - 9:13
FL [1] - 1:23
flag [1] - 64:11
FLANDERS [1] - 4:21
flare [1] - 11:16
flare-up [1] - 11:16
flipped [1] - 54:8
flipping [1] - 15:4
floating [1] - 68:22
FLOOR [3] - 2:14, 3:14, 5:4
flow [2] - 12:14, 17:11
focus [1] - 63:4
focusing [1] - 54:22
FOLD [1] - 9:9
fold [2] - 69:9, 70:18
folks [2] - 23:17, 66:17
follow [1] - 71:6
FOR [15] - 1:17, 1:21, 2:11, 2:17, 3:11, 3:21, 4:3, 4:11, 4:20, 5:3, 5:7, 6:18, 8:7, 8:21, 9:1
foregoing [1] - 73:17
forewarning [1] - 43:12
forget [2] - 17:4, 20:7

formal [1] - 13:10
format [7] - 12:6, 71:5, 71:8, 71:10, 71:13, 71:19, 71:22
FORMAT...................
........... [1] - 9:12
forth [6] - 19:19, 20:23, 21:11, 29:24, 33:16, 69:2
forward [12] - 12:25, 13:7, 13:12, 15:17, 18:16, 33:23, 45:2, 46:15, 46:19, 54:16, 70:13
foundation [6] - 39:14, 39:21, 60:16, 61:13, 61:16, 62:7
four [4] - 36:7, 36:9, 59:18, 60:1
frame [2] - 20:17, 21:11
frames [1] - 20:23
FRANCISCO [1] - 2:15
free [2] - 10:25, 48:24
freely [1] - 49:9
FRIDAY [3] - 1:8, 8:4, 10:2
Friday [4] - 10:24, 18:18, 54:16, 69:19
friend [1] - 45:20
FRILOT [1] - 3:13
frogs [1] - 20:8
front [4] - 49:4, 50:18, 52:7, 71:13
Frost [3] - 23:25, 24:7
FROST [2] - 2:13, 24:4
full [2] - 10:23, 26:19
fully [3] - 10:23, 32:12, 34:16
fulsome [10] - 23:22, 23:23, 24:2, 24:6, 24:7, 43:17, 43:19, 44:13, 70:15
fun [2] - 26:6, 26:7
fundamental [1] - 44:2
future [3] - 11:19, 35:22, 50:5

## G

gain [2] - 32:16, 32:22
Gary [1] - 22:4
GARY [1] - 7:1
GASAWAY [11] - 3:8, 12:2, 12:7, 12:9, 12:25, 13:19, 13:21, 14:9, 14:19, 19:20, 72:12
Gasaway [4] - 12:1,

12:9, 19:21, 72:13
GATE [1] - 2:14
general [2] - 27:8, 71:1
generated [1] - 70:1
generating [1] - 69:24
generation [1] - 71:6
genesis [1] - 34:5
gentlemen [1] - 42:21
GIVE [1] - 7:19
given [2] - 39:11, 59:16
GLOBAL [1] - 7:9
global [3] - 28:1, 37:8, 48:21
Godwin [2] - 11:6, 11:9
GODWIN [2] - 4:3, 4:7
GOFORTH [2] - 3:17, 3:18
GOING [1] - 7:18
GOLDEN [1] - 2:14
Goodness' [1] - 58:15
Google [1] - 24:9
GOVERNMENT [1] - 2:11
Gracie" [1] - 43:22
granted [3] - 10:14, 28:11, 50:20
Great [1] - 31:4
great [1] - 66:11
greatly [1] - 19:2
green [3] - 26:20, 26:24, 27:2
grief [1] - 23:10
grounds [1] - 42:12
group [8] - 16:13, 33:24, 34:15, 34:24, 49:23, 54:19, 56:13, 57:2
grouping [1] - 51:9
groupings [5] - 26:19, 26:21, 51:6
guess [6] - 31:7, 46:7, 47:14, 52:3, 65:14, 73:1
guidance [2] - 54:21, 72:21
GULF [1] - 1:5
gut [1] - 28:4
guy [3] - 23:25, 45:22
guys [4] - 17:4, 49:17, 62:17, 64:5

## H

HAD [1] - 6:16
Hafle [5] - 39:3, 44:16, 45:10, 45:24, 48:21

HAFLE......................
.................... [1] - 7:12
half [3] - 34:10, 58:19, 64:8
HALLIBURTON [1] - 4:3
Halliburton [10] - 15:9, 26:2, 41:7, 51:2, 55:17, 57:17, 57:21, 58:2, 58:3, 63:21
hand [1] - 10:18
handle [2] - 51:4, 53:11
handled [1] - 53:9
happy [4] - 28:3, 41:12, 55:3, 58:16
hard [2] - 19:8, 20:5, 26:9, 28:20, 37:1, 52:7, 66:19, 71:22
HAS [2] - 6:8, 7:8
hate [1] - 59:14
HAVE [4] - 7:21, 9:2, 9:9, 9:15
Haycraft [5] - 18:2, 27:22, 30:1, 32:15, 33:18
HAYCRAFT [8] - 2:23, 18:13, 27:18, 28:12, 33:18, 35:18, 64:2, 64:11
Haycraft's [3] - 30:11, 33:13, 36:17
HB406 [1] - 5:13
HE [1] - 7:8
head [2] - 16:12, 67:19
heads [1] - 72:12
hear [11] - 10:8, 10:19, 11:2, 11:5, 11:11, 13:10, 21:18, 28:3, 36:16, 61:24, 67:17
heard [6] - 19:6, 25:2, 25:19, 29:22, 52:1, 57:2
HEARD [1] - 1:13
hearing [6] - 10:20, 29:22, 33:14, 33:15, 38:19, 48:23
heart [1] - 11:17
held [2] - 17:2, 56:4
help [3] - 23:8, 23:12, 58:9
helpful [2] - 71:18, 72:4
hereby [1] - 73:16
Herman [2] - 29:9, 59:24
highlighting [1] - 36:5
HIMMELHOCH [12] -

2:13, 15:20, 16:24, 17:3, 19:1, 20:1, 20:4, 20:9, 20:14, 21:1, 21:9, 22:1
Himmelhoch [1] - 15:20
himself [1] - 28:9
historical [1] - 50:15
hit [4] - 11:15, 20:10, 44:1, 45:23
hits [1] - 38:10
hold [8] - 13:9, 17:19, 28:4, 37:5, 46:20, 65:8, 70:10, 70:12
holding [1] - 58:25
HOLDINGS [2] - 2:21, 3:11
holiday [1] - 56:9
home [1] - 22:8
Honor [61] - 10:12, 11:7, 11:13, 12:2, 12:7, 13:19, 14:9, 15:5, 15:14, 15:20, 17:15, 18:21, 19:20, 20:9, 21:4, 22:13, 23:25, 24:21, 25:23, 26:1, 28:12, 29:12, 30:8, 31:16, 34:4, 36:3, 36:14, 36:16, 37:6, 37:16, 38:3, 38:16, 41:7, 41:22, 43:14, 48:6, 49:4, 49:22, 50:13, 51:25, 52:22, 55:4, 55:11, 55:20, 56:5, 57:8, 58:11, 60:11, 62:13, 62:20, 63:1, 64:2, 65:20, 66:7, 66:12, 67:2, 68:19, 71:16, 72:5, 72:13, 72:17
Honor's [1] - 55:25
HONORABLE [1] - 1:13
hook [1] - 13:23
hope [2] - 10:19, 64:9
hopefully [3] - 18:14, 44:10, 55:24
hoping [1] - 13:5
HORIZON [1] - 1:5
horrendous [1] - 59:2
horrible [1] - 36:20
horse [2] - 42:25, 64:18
house [7] - 23:14, 59:24, 60:2, 60:15, 60:20, 61:2, 61:9
HOUSE [1] - 8:13
HOUSTON [3] - 3:19, 4:9, 5:5
HOW [1] - 8:12

**hurricanes** [1] - 20:3

# I

**idea** [8] - 26:12, 31:3, 31:10, 44:17, 54:15, 71:12, 71:14, 72:16
**IF** [1] - 9:2
**IL** [1] - 3:5
**imagine** [1] - 53:15
**immaterial** [1] - 28:14
**immediately** [1] - 14:10
**impeachment** [2] - 49:12, 67:13
**implicates** [1] - 60:6
**implied** [1] - 48:11
**importance** [1] - 32:5
**important** [4] - 29:3, 29:4, 39:18, 66:20
**imposition** [1] - 51:19
**impression** [1] - 60:1
**IMPREVENTO** [1] - 2:7
**IN** [7] - 1:4, 1:5, 7:9, 7:23, 8:13, 8:15, 8:16
**in-court** [1] - 11:4
**in-house** [7] - 23:14, 59:24, 60:2, 60:15, 60:20, 61:2, 61:9
**IN-HOUSE** [1] - 8:13
**inadequate** [1] - 62:6
**INC** [9] - 2:17, 2:18, 2:19, 2:20, 2:22, 3:12, 3:13, 4:3, 5:3
**INCLUDE** [1] - 7:16
**include** [5] - 35:2, 45:17, 46:4, 68:14, 70:21
**included** [2] - 54:20, 55:15
**including** [2] - 31:14, 59:18
**incorporating** [1] - 16:17
**Indata** [9] - 35:8, 35:25, 37:5, 37:10, 38:14, 45:17, 54:5, 54:7, 55:24
**INDATA** [1] - 7:16
**INDEED** [1] - 9:2
**indeed** [1] - 65:2
**indicated** [1] - 15:9
**indicating)** [1] - 31:2
**indirectly** [2] - 31:7, 31:9
**individual** [4] - 18:7, 32:22, 32:23, 40:9

**individuals** [1] - 32:24
**infer** [1] - 39:20
**inference** [8] - 34:1, 39:14, 40:18, 40:20, 41:3, 43:7, 47:6, 47:20
**inferences** [12] - 32:17, 32:22, 33:3, 33:7, 35:16, 39:23, 39:24, 43:4, 43:10, 44:19, 44:20, 48:8
**information** [4] - 18:4, 52:13, 52:22, 56:10
**initial** [1] - 34:3
**input** [1] - 64:19
**instance** [2] - 32:2, 50:14
**instances** [1] - 14:17
**instead** [1] - 57:6
**instruct** [1] - 28:9
**INSTRUCTED** [1] - 7:17
**instructed** [2] - 45:18, 46:3
**instructing** [1] - 46:4
**insulting** [1] - 24:8
**intend** [4] - 24:13, 24:15, 43:7, 67:3
**intending** [1] - 32:20
**interested** [2] - 14:20, 62:17
**interesting** [1] - 31:2
**INTERESTS** [1] - 2:11
**interfere** [2] - 29:7, 38:11
**internal** [1] - 66:15
**INTERNATIONAL** [1] - 3:21
**interrupt** [1] - 64:4
**INTO** [1] - 9:9
**introduced** [1] - 30:19
**invoke** [1] - 40:24
**invoked** [2] - 34:16, 47:24
**invokes** [2] - 39:10, 40:17
**involved** [2] - 17:16, 58:14
**involving** [1] - 35:16
**IS** [2] - 6:8, 8:17
**issue** [40] - 17:24, 18:5, 18:15, 20:10, 25:12, 31:11, 31:13, 31:22, 32:9, 33:19, 34:2, 36:8, 36:9, 37:9, 38:9, 38:24, 39:5, 39:10, 40:18, 40:25, 41:1, 49:9, 49:24, 51:1, 51:24, 53:8, 53:25, 55:7,

55:12, 55:16, 59:25, 62:9, 63:1, 63:8, 63:9, 65:12, 65:15, 66:12, 69:23, 71:4
**ISSUE** [1] - 6:21
**ISSUE.....................** [1] - 7:10
**ISSUED** [1] - 8:21
**issued** [3] - 17:17, 59:7, 63:25
**ISSUED.....................**
**.................** [1] - 6:20
**issues** [12] - 15:2, 17:5, 40:11, 41:5, 41:17, 41:23, 43:10, 49:15, 52:8, 56:5, 60:7, 62:24, 63:3, 70:4, 70:7, 73:3
**ISSUES** [2] - 6:16, 8:16
**ISSUES..........** [1] - 8:18
**item** [2] - 20:11, 20:12

# J

**JACKSON** [1] - 5:3
**JAMES** [1] - 1:18
**January** [3] - 19:15, 28:21, 51:12
**Jeff** [1] - 10:9
**JEFFERSON** [1] - 1:19
**JEFFREY** [1] - 2:7
**JENNY** [1] - 4:4
**Jenny** [1] - 63:20
**jersey** [2] - 45:21, 45:22
**Jim** [8] - 27:10, 27:19, 34:23, 41:20, 50:11, 59:3, 67:2, 71:21
**Jim's** [1] - 45:1
**job** [2] - 24:2, 35:10
**Johnson** [1] - 18:6
**join** [1] - 30:11
**JONES** [1] - 5:7
**JORDAN** [1] - 7:15
**Jordan** [3] - 45:17, 46:2, 46:4
**JR** [1] - 5:4
**judge** [7] - 17:13, 17:15, 25:24, 28:9, 28:13, 46:24, 52:23
**Judge** [33] - 11:18, 18:19, 28:1, 28:25, 29:13, 29:16, 31:21, 34:19, 34:25, 35:4, 35:7, 35:15, 36:18, 36:25, 37:10, 38:6,

40:19, 45:2, 45:13, 45:19, 46:3, 46:20, 47:11, 48:13, 51:3, 52:10, 54:24, 55:3, 56:4, 58:13, 62:23, 65:8, 66:10
**JUDGE** [2] - 1:13, 7:8
**judge's** [1] - 44:3
**Judge's** [2] - 34:9, 44:1
**JUDGE.....................**
**.....** [1] - 7:18
**judgment** [1] - 29:17
**judicial** [1] - 28:13
**jump** [1] - 38:17
**jurisprudence** [1] - 29:19
**jury** [2] - 28:8, 53:15
**JUSTICE** [1] - 2:11

# K

**Kaluza** [4] - 39:4, 44:16, 45:10, 45:24
**KALUZA.....................**
**.....................** [1] - 7:13
**KAVANAUGH** [8] - 38:16, 38:21, 38:23, 40:10, 49:22, 51:25, 55:4, 55:7
**Kavanaugh** [3] - 38:16, 49:22, 55:4
**Kavanaugh's** [1] - 44:18
**keep** [7] - 20:24, 46:23, 51:6, 60:19, 62:8, 62:9, 62:11
**keeps** [1] - 59:24
**kept** [1] - 26:18
**KERRY** [1] - 3:14
**Kerry** [6] - 17:12, 17:24, 18:1, 25:2, 36:3, 69:8
**key** [2] - 43:10, 44:1
**keyed** [1] - 44:5
**kick** [1] - 41:10
**kicking** [1] - 44:11
**kind** [5] - 11:21, 13:24, 30:8, 30:25, 71:11
**kinds** [1] - 58:6
**Kirkland** [1] - 68:13
**KIRKLAND** [2] - 3:3, 3:7
**knows** [3] - 11:19, 13:16, 15:6
**KPMG** [1] - 11:24
**KUCHLER** [6] - 4:12, 4:13, 10:15, 18:19,

59:14, 60:5
**KULLMAN** [1] - 2:3

# L

**L.P** [1] - 5:7
**LA** [8] - 1:19, 2:5, 2:25, 3:15, 3:24, 4:15, 5:9, 5:13
**LAFAYETTE** [1] - 1:19
**LAMAR** [1] - 4:8
**Langan** [2] - 15:5, 25:20
**LANGAN** [16] - 3:3, 15:5, 20:8, 25:23, 37:25, 62:20, 65:11, 65:22, 66:7, 68:10, 68:13, 68:16, 69:6, 69:14, 69:17, 70:10
**largely** [1] - 39:10
**LASALLE** [1] - 3:5
**LASER** [1] - 6:7
**laser** [1] - 12:4
**last** [9] - 11:1, 15:16, 28:7, 40:25, 41:8, 41:20, 54:14, 55:4, 69:18
**late** [2] - 13:25, 72:20
**laugh** [1] - 18:22
**law** [4] - 32:17, 33:2, 42:21, 42:22
**Lawrence** [1] - 19:3
**lawyers** [2] - 48:25, 49:1
**laying** [1] - 55:21
**Leach** [1] - 22:4
**leach** [1] - 22:6
**LEACH.....................**
**.....................** [1] - 7:1
**learned** [1] - 64:12
**least** [6] - 40:12, 49:23, 63:20, 65:16, 66:7, 70:5
**leave** [1] - 53:24, 57:23
**leaves** [2] - 27:14, 57:24
**leaving** [1] - 58:20
**LEE** [1] - 5:3
**left** [2] - 56:13, 65:25
**LETTER** [1] - 8:17
**letter** [9] - 12:23, 28:17, 31:12, 34:5, 49:18, 55:21, 56:7, 63:2, 63:4
**letting** [1] - 13:23
**LEVIN** [1] - 1:21
**LEWIS** [3] - 2:3, 2:22,

3:17
**LIAISON** [1] - 1:17
**LIFE** [1] - 2:4
**light** [2] - 18:7, 19:25
**LIKE** [1] - 7:14
**likely** [2] - 26:23, 42:11
**likewise** [1] - 52:11
**LIMINE** [3] - 7:9, 8:15, 8:16
**limine** [7] - 28:2, 28:11, 37:22, 39:17, 41:17, 62:24
**Limine** [7] - 29:3, 40:8, 40:10, 45:13, 46:21, 48:18, 49:2
**limit** [2] - 30:18, 72:8
**LIMITED** [2] - 2:21, 8:21
**limited** [1] - 63:25
**line** [1] - 43:22
**lined** [1] - 13:16
**lines** [1] - 41:19
**LISKOW** [1] - 2:22
**LIST** [4] - 7:14, 7:19, 9:5, 9:12
**list** [20] - 20:16, 26:10, 26:17, 26:19, 27:10, 27:14, 35:3, 37:25, 38:2, 45:15, 46:7, 54:20, 56:17, 57:10, 57:15, 67:15, 67:17, 67:18, 71:7, 71:12
**LIST**..........................
........ [1] - 7:6
**listed** [4] - 22:25, 23:18, 57:5, 64:25
**litigation** [1] - 59:16
**live** [8] - 37:12, 42:5, 50:9, 53:9, 66:20, 67:1, 67:10
**lived** [1] - 40:1
**Livermore** [1] - 19:3
**LLC** [2] - 3:11, 4:21
**load** [1] - 54:4
**local** [2] - 11:19, 11:20
**locusts** [2] - 20:6, 20:7
**logically** [1] - 42:17
**logistically** [1] - 18:6
**logs** [1] - 19:15
**look** [13] - 10:10, 10:15, 18:16, 51:11, 51:13, 56:16, 65:24, 66:1, 66:9, 66:18, 70:22, 71:8, 71:24
**looked** [3] - 43:17, 61:25, 62:15
**looking** [5] - 10:10, 18:16, 54:16, 67:20,

68:11
**looks** [12] - 10:15, 10:17, 10:18, 12:5, 29:8, 41:20, 56:11, 68:6, 68:17, 73:4
**Louisiana** [2] - 73:15, 73:16
**LOUISIANA** [2] - 1:2, 1:7
**love** [1] - 44:11
**LP** [1] - 4:12
**LSU** [3] - 10:16, 31:4, 45:22
**Lucas** [1] - 55:9
**Lucas'** [1] - 56:1
**LUCAS**.....................
........ [1] - 8:5

# M

**M-I** [1] - 66:14
**ma'am** [1] - 59:4
**MAGISTRATE** [1] - 1:13
**magnitude** [1] - 34:5
**mail** [8] - 12:10, 19:20, 23:9, 55:1, 55:16, 64:17, 72:7
**mailed** [2] - 54:3, 64:3
**mails** [1] - 57:3
**main** [1] - 60:4
**MAKE** [1] - 7:21
**manageable** [2] - 26:22, 51:9
**maritime** [1] - 57:1
**MARK** [3] - 3:4, 4:14, 8:19
**Mark** [8] - 63:5, 63:7, 63:12, 63:18, 63:19, 66:15, 71:17, 71:18
**marked** [4] - 26:20, 26:24, 27:1, 35:20
**MARTINEZ** [1] - 4:4
**Mary** [6] - 21:4, 21:20, 21:21, 62:18, 62:19, 62:21
**master** [2] - 69:9, 70:21
**material** [1] - 28:20
**Matt** [1] - 55:9
**MATT** [1] - 8:5
**matter** [6] - 32:20, 32:21, 34:17, 47:12, 70:2, 73:19
**matters** [2] - 28:9, 28:13
**MAY** [1] - 6:19
**Maze** [1] - 11:1
**Maze's** [1] - 24:2

**maze's** [1] - 24:19
**MBI** [2] - 48:23, 49:12
**MCCUTCHEN** [1] - 4:17
**McKay** [1] - 11:7
**McWhorter** [1] - 65:17
**ME** [1] - 6:17
**mean** [5] - 22:20, 41:2, 41:25, 47:4, 50:17
**means** [3] - 18:4, 24:3, 39:1
**meant** [1] - 70:15
**meantime** [1] - 70:11
**measurements** [4] - 14:12, 14:18, 14:19, 14:23
**meat** [1] - 44:22
**MECHANICAL** [1] - 5:15
**Mechanical** [1] - 31:5
**MEET** [1] - 6:16
**meet** [10] - 15:17, 15:22, 15:25, 17:5, 19:12, 19:17, 26:9, 35:24, 64:7, 67:25
**meeting** [3] - 30:21, 71:1, 72:25
**meets** [1] - 29:23
**memorandum** [1] - 11:20
**memorized** [1] - 37:23
**memory** [1] - 67:13
**mention** [1] - 72:14
**mercifully** [1] - 43:24
**mere** [2] - 27:18, 27:19
**Merit** [1] - 73:14
**MEXICO** [1] - 1:5
**MI** [1] - 66:17
**MICHAEL** [1] - 2:12
**middle** [1] - 25:4
**might** [12] - 16:10, 16:11, 23:8, 23:12, 23:17, 27:2, 31:10, 40:3, 55:5, 58:22, 61:22, 73:4
**Mike** [8] - 13:22, 23:5, 45:8, 56:16, 56:23, 64:3, 64:10, 64:12
**mike** [1] - 11:3
**Miller** [2] - 18:1, 36:3
**MILLER** [24] - 3:14, 18:1, 18:20, 25:4, 31:8, 31:10, 36:3, 38:1, 46:9, 46:14, 48:1, 48:7, 49:8, 62:18, 63:1, 63:17, 66:12, 68:19, 69:13, 69:15, 69:23, 70:12, 71:4, 72:4
**minds** [1] - 32:5

**minute** [1] - 37:2
**miracle** [1] - 59:8
**miraculously** [1] - 59:7
**misquotes** [1] - 32:11
**miss** [1] - 16:25
**missed** [1] - 57:3
**misses** [1] - 17:1
**MITCHELL** [1] - 1:21
**mix** [1] - 34:7
**modifications** [1] - 13:6
**MOEX** [1] - 4:20
**moment** [3] - 32:8, 35:21, 47:24
**Monday** [8] - 13:2, 14:4, 22:22, 23:6, 49:8, 55:23, 66:3, 69:19
**MONDAY**....... [1] - 6:11
**money** [2] - 31:6, 31:8
**month** [1] - 34:13
**month's** [1] - 34:23
**months** [1] - 34:10
**Morel** [7] - 39:3, 44:16, 45:11, 45:25, 47:3, 47:4, 48:21
**Morel's** [1] - 47:24
**MOREL**.....................
........................ [1] - 7:11
**morning** [8] - 12:21, 25:19, 26:1, 30:21, 49:18, 57:9, 58:1, 73:2
**morph** [1] - 69:16
**most** [3] - 25:19, 38:19, 40:8
**Motion** [5] - 40:7, 45:13, 46:21, 48:18, 49:2
**motion** [7] - 28:11, 29:21, 35:16, 37:21, 38:3, 62:5, 72:7
**Motions** [2] - 29:3, 40:10
**motions** [6] - 28:2, 29:21, 33:14, 39:17, 40:15, 68:2
**MOTIONS..** [1] - 7:9
**move** [6] - 11:8, 26:5, 30:6, 57:14, 57:20, 72:6
**moving** [3] - 30:14, 31:18, 38:11
**MR** [181] - 7:2, 7:3, 7:11, 7:12, 7:13, 8:7, 8:8, 8:9, 8:10, 8:11, 10:12, 11:7, 11:10,

11:13, 12:2, 12:7, 12:9, 12:25, 13:19, 13:21, 13:22, 14:9, 14:19, 15:5, 15:14, 16:11, 17:13, 17:15, 17:22, 18:1, 18:13, 18:20, 19:20, 20:6, 20:8, 22:6, 22:13, 22:21, 23:3, 23:5, 23:7, 23:8, 23:21, 23:24, 24:4, 24:6, 24:10, 24:15, 24:16, 24:21, 24:23, 24:25, 25:4, 25:23, 25:24, 26:1, 26:7, 26:15, 27:6, 27:16, 27:18, 28:12, 29:11, 30:8, 31:1, 31:4, 31:7, 31:8, 31:9, 31:10, 31:16, 31:22, 33:18, 35:1, 35:6, 35:11, 35:18, 36:3, 36:14, 36:16, 37:24, 37:25, 38:1, 38:3, 38:8, 38:16, 38:21, 38:23, 40:10, 41:7, 41:22, 42:16, 43:16, 43:19, 43:21, 43:24, 44:12, 44:14, 45:20, 46:9, 46:14, 47:16, 47:21, 48:1, 48:6, 48:7, 48:10, 49:4, 49:6, 49:8, 49:9, 49:14, 49:22, 50:13, 51:2, 51:25, 52:22, 53:24, 54:2, 54:7, 54:24, 54:25, 55:3, 55:4, 55:7, 56:15, 57:5, 57:8, 57:13, 57:24, 58:11, 58:13, 58:16, 58:25, 59:4, 59:12, 60:11, 60:25, 61:4, 61:8, 62:2, 62:4, 62:13, 62:18, 62:20, 63:1, 63:15, 63:17, 64:2, 64:11, 65:11, 65:20, 65:22, 66:3, 66:6, 66:7, 66:10, 66:12, 67:2, 68:10, 68:13, 68:16, 68:19, 69:6, 69:13, 69:14, 69:15, 69:17, 69:20, 69:23, 70:10, 70:12, 71:4, 71:16, 71:20, 71:21, 72:1, 72:4, 72:5, 72:11, 72:12
**MS** [25] - 10:15, 15:20, 16:24, 17:3, 18:19, 19:1, 20:1, 20:4, 20:9, 20:14, 21:1, 21:4, 21:9, 21:20,

21:22, 22:1, 46:24, 47:1, 47:9, 47:13, 47:19, 47:22, 48:2, 59:14, 60:5
**multi** [1] - 19:8
**multi-terabyte** [1] - 19:8

**N**

**N.W** [1] - 3:8
**Nalco** [3] - 21:5, 21:10, 21:19
**name** [1] - 42:19
**named** [1] - 67:21
**nature** [2] - 37:8, 70:5
**navy** [1] - 30:24
**necessarily** [2] - 41:4, 54:15
**necessary** [2] - 39:18, 55:25
**need** [18] - 17:7, 18:24, 19:5, 21:14, 24:14, 28:21, 30:22, 39:13, 50:5, 52:13, 52:18, 53:13, 54:22, 58:21, 59:23, 64:8, 69:8, 69:17
**needs** [6] - 18:4, 28:5, 28:6, 29:13, 29:15, 35:23
**negative** [1] - 43:7
**never** [2] - 43:21, 48:22
**NEW** [9] - 1:7, 2:5, 2:25, 3:15, 3:24, 4:15, 4:22, 5:9, 5:13
**new** [4] - 20:16, 21:12, 59:16, 69:24
**next** [15] - 12:3, 13:2, 18:14, 18:18, 29:1, 30:6, 30:23, 34:24, 35:1, 42:20, 49:6, 49:17, 56:17, 58:21, 72:24
**Next** [1] - 22:9
**NO** [1] - 1:7
**nobody** [4] - 13:14, 35:23, 60:2
**NOMELLINI** [3] - 3:4, 71:16, 71:20
**Nomellini** [1] - 71:17
**NONGOVERNMENT AL** [1] - 8:20
**nongovernmental** [1] - 63:7
**NONPARTIES** [1] - 6:19
**nonparties** [2] - 17:16,

17:18
**nonparty** [1] - 17:21
**NORFOLK** [1] - 2:9
**normally** [1] - 52:2
**NORTH** [4] - 2:18, 2:19, 2:21, 2:22
**NOT** [2] - 7:9, 7:16
**note** [4] - 11:6, 12:17, 25:10, 30:10
**noted** [3] - 12:1, 25:11, 57:7
**nothing** [3] - 39:6, 44:2, 60:6
**notice** [4] - 15:25, 16:22, 36:12, 39:19
**noticed** [1] - 59:25
**notices** [4] - 15:7, 15:23, 16:25, 17:9
**noting** [1] - 68:21
**NOVEMBER** [5] - 1:8, 6:17, 8:4, 8:19, 10:2
**November** [20] - 15:7, 15:8, 17:6, 17:9, 19:12, 22:11, 27:23, 28:20, 31:12, 33:22, 34:13, 54:17, 56:8, 63:6, 63:10, 63:19, 63:21, 63:24, 71:7, 72:20
**NOW** [1] - 9:9
**Number** [2] - 27:20, 43:5, 43:6
**number** [3] - 30:18, 55:16, 71:9
**numbered** [1] - 73:19
**numbers** [1] - 51:9
**numerous** [2] - 40:16
**NW** [1] - 4:18
**NY** [1] - 4:22

**O**

**O'Donnell** [3] - 57:10, 57:13, 57:20
**O'DONNELL.............. .......** [1] - 8:7
**oath** [4] - 42:19, 48:22, 48:25, 49:10
**object** [2] - 12:12, 19:13
**objecting** [1] - 62:6
**objection** [5] - 11:25, 12:1, 12:16, 13:3, 16:25
**objections** [18] - 16:1, 16:21, 33:13, 35:25, 36:2, 37:8, 37:14, 40:1, 40:4, 40:8, 41:8, 41:10, 41:16,

48:15, 48:21, 53:6
**obnoxious** [1] - 24:4
**observation** [2] - 43:25, 44:8
**observations** [1] - 42:3
**obviously** [7] - 12:13, 19:24, 27:3, 37:12, 50:2, 50:8, 56:4
**occupy** [1] - 26:5
**OF** [17] - 1:2, 1:5, 1:12, 2:11, 6:7, 6:24, 7:9, 7:14, 7:19, 7:22, 8:5, 8:15, 8:19, 8:25, 9:2, 9:5, 9:9
**officer** [2] - 65:17, 66:5
**officers** [6] - 65:16, 65:21, 66:13, 66:25, 67:10, 67:23
**OFFICIAL** [1] - 5:12
**Official** [2] - 73:15, 73:24
**OFFSHORE** [2] - 3:12, 4:20
**OIL** [2] - 1:4
**old** [1] - 62:5
**ON** [5] - 1:5, 6:21, 8:16, 8:18, 9:16
**once** [7] - 15:23, 34:18, 41:16, 49:9, 49:24, 52:20, 53:7
**one** [48] - 17:2, 19:2, 20:9, 21:24, 23:12, 23:13, 28:10, 28:11, 34:14, 38:17, 40:20, 41:14, 41:23, 43:20, 43:24, 47:3, 48:17, 49:14, 49:23, 51:25, 54:5, 54:6, 54:9, 54:12, 54:13, 55:4, 56:19, 57:5, 57:17, 58:22, 59:8, 59:14, 60:23, 61:2, 62:16, 63:1, 63:22, 64:12, 65:16, 65:18, 66:7, 66:12, 67:4, 69:16, 69:23, 70:19, 71:23, 72:3
**One** [4] - 22:3, 27:12, 27:14, 57:17
**ONE** [3] - 2:23, 6:25, 9:9
**ones** [8] - 15:11, 21:9, 26:20, 27:1, 41:8, 44:20, 51:13, 69:18
**ONGOING** [1] - 6:13
**ongoing** [3] - 14:6, 14:8, 33:13
**oops** [1] - 53:13

**open** [1] - 40:18
**opinion** [7] - 25:6, 36:22, 37:11, 42:1, 60:3, 61:13, 61:16
**opinions** [4] - 59:17, 60:15, 61:24, 61:25
**opportunity** [6] - 15:25, 16:9, 16:25, 50:7, 52:16, 52:18
**opposed** [1] - 69:24
**opposition** [2] - 11:21, 56:7
**oral** [1] - 25:5
**order** [13] - 19:19, 20:23, 21:11, 29:13, 31:22, 32:3, 32:6, 32:8, 32:16, 32:22, 51:12, 59:7, 61:20
**ORDER** [1] - 10:4
**ORIGINAL** [1] - 6:24
**original** [2] - 21:5, 51:3
**originally** [1] - 57:14, 72:16
**ORLEANS** [8] - 1:7, 2:5, 2:25, 3:15, 3:24, 4:15, 5:9, 5:13
**OTHER** [1] - 8:20
**otherwise** [4] - 19:18, 40:8, 50:9, 61:10
**ought** [4] - 31:19, 43:11, 69:4, 71:8
**ourselves** [1] - 17:21
**outside** [1] - 65:14
**overcome** [1] - 36:19
**overlap** [3] - 57:25, 58:1
**overly** [1] - 34:7
**overwhelm** [1] - 33:25
**own** [1] - 48:24

**P**

**packages** [6] - 41:13, 41:16, 45:17, 45:18, 46:3, 46:5
**PACKAGES** [2] - 7:16, 7:18
**packet** [1] - 56:1
**PAGE** [1] - 6:3
**page** [8] - 15:21, 35:22, 43:9, 45:25, 48:12, 48:16, 70:9, 72:8
**pages** [3] - 11:20, 11:21, 28:17
**paid** [2] - 31:6, 31:8
**PAN** [1] - 2:4
**PAPANTONIO** [1] -

1:21
**parade** [1] - 11:15
**paragraph** [1] - 23:18
**parcel** [1] - 43:8
**PARKWAY** [1] - 5:4
**part** [8] - 12:13, 30:14, 34:4, 43:8, 44:8, 50:5, 56:2, 67:7
**partially** [2] - 34:16, 57:16
**participants** [4] - 10:8, 10:19, 11:4, 11:5
**participated** [2] - 11:2, 49:24
**participating** [2] - 10:24, 56:22
**participation** [1] - 10:22
**particular** [2] - 14:21, 72:21
**particularly** [3] - 20:13, 28:25, 70:4
**parties** [20] - 14:10, 14:16, 15:9, 16:1, 17:10, 26:4, 26:23, 27:1, 39:19, 40:16, 49:1, 51:13, 55:12, 58:20, 64:23, 65:12, 65:25, 67:16, 69:2, 71:6
**PARTIES** [2] - 8:24, 9:5
**party** [8] - 16:21, 31:25, 41:3, 53:1, 53:3, 53:10, 54:12, 65:3
**PARTY** [1] - 9:2
**pass** [1] - 70:7
**path** [1] - 12:14
**patience** [1] - 42:25
**Paul** [5] - 18:6, 52:21, 52:23, 63:23, 67:20
**PAUL** [1] - 2:3
**paychecks** [1] - 24:1
**PENSACOLA** [1] - 1:23
**PEOPLE** [2] - 8:24, 9:1
**people** [20] - 11:3, 11:17, 23:11, 31:14, 37:3, 45:12, 56:17, 57:1, 57:11, 58:22, 59:5, 63:11, 64:8, 64:23, 65:2, 65:21, 65:25, 67:3, 67:22, 67:24
**PEPPER** [1] - 5:12
**Pepper** [2] - 73:13, 73:22, 73:23
**per** [1] - 51:9

perfectly [3] - 33:12, 33:14, 69:12
perhaps [4] - 39:16, 45:4, 51:11, 65:8
permissible [3] - 39:23, 40:20, 40:21
permission [2] - 10:12, 10:14
perplexed [1] - 25:21
person [3] - 38:20, 57:19, 61:2
personal [1] - 65:5
personally [1] - 58:3
personnel [1] - 59:6
perspective [3] - 14:20, 21:14, 35:19
pertaining [1] - 60:7
Pete [2] - 23:25, 24:7
PETER [1] - 2:13
PETROLEUM [1] - 4:11
phase [1] - 30:21
Phase [7] - 15:3, 22:3, 26:18, 27:12, 27:13, 27:14, 72:15
PHASE [3] - 6:14, 6:25, 9:16
Phil [13] - 22:12, 22:14, 22:19, 23:3, 23:5, 23:17, 24:10, 24:16, 57:8, 58:5, 65:20, 65:24, 66:11
PHILLIP [1] - 3:22
phone [5] - 10:8, 10:22, 11:2, 11:4, 57:12
physician [1] - 25:6
physician's [1] - 25:6
pick [3] - 26:23, 27:1, 65:13
piece [1] - 47:6
pieces [1] - 48:8
PIGMAN [1] - 3:21
PILLSBURY [1] - 4:21
PITTMAN [1] - 4:21
place [2] - 43:11, 43:13
PLACE [1] - 5:8
placed [1] - 43:12
places [1] - 64:7
plaintiff [1] - 20:20
PLAINTIFF'S [1] - 7:22
plaintiff's [1] - 49:20
PLAINTIFFS [1] - 1:21
plaintiffs [2] - 30:17, 31:23
PLAINTIFFS' [1] - 1:17
plan [3] - 17:3, 64:22,

73:3
planned [2] - 13:1, 13:7
planning [3] - 30:21, 71:2, 71:4
PLANNING............... ....................... [1] - 9:11
play [1] - 59:10
pleased [1] - 62:23
plenty [1] - 46:23
point [28] - 10:20, 13:15, 18:8, 25:13, 27:25, 28:12, 29:4, 30:2, 32:4, 38:12, 42:24, 43:5, 43:6, 45:1, 47:10, 48:9, 49:17, 50:4, 52:1, 52:3, 52:22, 53:17, 56:10, 56:16, 59:9, 62:12, 66:16
pointed [1] - 24:2
pointing [1] - 13:14
points [1] - 27:24
POLK [1] - 4:12
poll [1] - 73:3
pool [2] - 12:15, 66:19
pop [1] - 25:12
popped [1] - 66:13
posed [1] - 40:17
position [2] - 30:12, 57:20
possible [4] - 19:25, 54:18, 64:18, 71:24
possibly [1] - 10:10
post [2] - 38:7, 70:23
potential [1] - 32:10
POWER [1] - 8:25
power [4] - 42:8, 64:24, 65:14, 66:6
POYDRAS [5] - 2:4, 2:24, 3:15, 4:14, 5:13
practicality [1] - 33:25
practice [2] - 50:15, 62:5
precisely [2] - 52:3, 65:11
predominantly [1] - 63:5
preference [1] - 33:23
prejudicial [1] - 28:14
preliminary [1] - 53:20
PRELIMINARY [1] - 7:24
PREP [1] - 6:11
prep [1] - 14:4
preparation [1] - 13:17
preparatory [1] - 13:2

prepared [1] - 22:15
preparing [1] - 47:3
prepping [1] - 23:10
present [2] - 37:19, 37:20
presentation [1] - 50:7
presenting [1] - 54:12
presents [1] - 28:15
presumably [1] - 47:12
presumptions [1] - 48:13
pretrial [1] - 62:11
pretty [2] - 12:6, 64:6
previous [2] - 61:5, 64:14
previously [1] - 39:13
primary [1] - 36:18
principle [3] - 12:11, 12:16, 29:19
priority [5] - 26:10, 26:17, 26:25, 51:5, 54:20
PRIORITY [1] - 7:6
privilege [1] - 56:5
privileged [3] - 19:15, 55:11, 55:19
probative [1] - 39:7
problem [6] - 13:13, 13:18, 14:1, 21:3, 28:8, 58:10
problems [1] - 65:5
procedure [1] - 52:24
proceed [6] - 13:17, 30:4, 35:6, 38:10, 68:20, 69:1
proceedings [2] - 73:6, 73:18
PROCEEDINGS [3] - 1:12, 5:15, 10:1
process [27] - 15:12, 20:11, 20:24, 26:25, 29:7, 31:17, 31:18, 33:11, 34:23, 37:1, 38:13, 39:1, 39:15, 40:1, 40:5, 41:5, 41:11, 42:17, 45:12, 46:19, 46:22, 51:11, 66:18, 67:7, 69:21, 70:10, 70:12
PROCESS................. ................. [1] - 6:23
processing [1] - 19:9
PROCTOR [1] - 1:22
produce [2] - 22:15, 67:9
PRODUCED [1] - 5:16
PRODUCTION [2] - 2:17, 2:20

production [2] - 18:25, 19:14
PRODUCTION........... ............... [1] - 6:22
productive [1] - 20:18
PRODUCTS [1] - 2:22
program [1] - 17:25
PROGRAM................. ..... [1] - 6:21
progress [3] - 68:6, 68:18, 69:8
promise [1] - 62:16
promulgate [1] - 71:10
proof [2] - 32:1, 37:16
proposal [1] - 58:1
proposals [1] - 70:23
propose [2] - 14:16, 67:6
PROPOSED [2] - 6:24, 7:4
proposed [8] - 12:20, 20:16, 20:21, 21:5, 21:12, 25:18, 29:13, 68:8
proposition [1] - 28:16
protocol [9] - 12:4, 12:21, 13:4, 13:6, 13:10, 13:18, 14:5, 14:6, 14:25
PROTOCOL............ [1] - 6:13
provided [1] - 54:4
provides [2] - 53:1, 53:2
providing [1] - 16:15
prudent [1] - 70:5
PSC [33] - 7:19, 15:14, 22:4, 22:6, 23:1, 25:11, 26:8, 26:25, 27:10, 27:21, 31:23, 32:2, 33:21, 33:23, 39:6, 39:12, 39:18, 40:14, 41:3, 41:23, 46:7, 47:8, 50:6, 51:5, 51:8, 51:13, 55:17, 56:11, 61:24, 63:13, 69:2, 69:3, 71:21
PSC'S [1] - 8:17
PSC's [5] - 27:20, 54:20, 56:17, 63:2, 64:19
publish [1] - 14:16
puppies [1] - 41:10
purple [2] - 30:25, 45:20
purpose [4] - 25:11, 25:13, 47:2, 48:18

purposes [2] - 42:17, 67:13
pursuant [1] - 61:17
pushed [1] - 54:13
pushing [1] - 25:8
put [22] - 12:23, 14:22, 16:14, 19:11, 31:13, 33:11, 33:23, 34:22, 34:24, 36:11, 39:19, 41:13, 42:13, 45:12, 52:4, 52:16, 52:17, 52:20, 57:15, 72:24
putting [2] - 53:1, 53:3

**Q**

qualitative [2] - 28:24, 38:25
quarrel [1] - 33:1
questions [14] - 25:7, 32:10, 32:22, 32:23, 39:14, 40:6, 40:17, 40:22, 41:9, 42:22, 42:23, 43:2, 43:3, 44:10
quick [3] - 53:23, 71:2, 71:4
quickly [2] - 21:16, 64:6
QUIP [1] - 5:3
quit [1] - 21:6
quite [2] - 20:22, 71:23
quote [2] - 32:11, 32:12

**R**

radar [1] - 12:20
RAFFERTY [1] - 1:22
raise [5] - 40:8, 40:11, 50:1, 55:11, 60:7
raised [6] - 31:12, 40:25, 41:8, 49:18, 49:24, 55:7
raising [4] - 51:24, 59:24, 62:8, 62:11
rather [2] - 34:2, 49:16
RE [1] - 1:4
re [1] - 19:14
re-collect [1] - 19:14
reach [3] - 17:20, 19:6, 67:25
reaction [1] - 28:4
read [7] - 28:21, 29:6, 29:13, 45:3, 45:5, 62:12, 63:3
readdress [1] - 42:1

**reading** [5] - 28:5, 28:20, 29:1, 36:19, 46:23
**READY** [1] - 6:18
**ready** [9] - 17:7, 23:11, 35:20, 50:18, 51:18, 59:10, 59:11, 59:12, 67:6
**realize** [3] - 30:24, 32:9, 52:9
**really** [15] - 15:10, 19:5, 21:24, 23:15, 33:9, 36:21, 39:15, 40:5, 42:6, 44:22, 54:14, 56:21, 62:25, 71:18
**Realtime** [2] - 73:13, 73:23
**REALTIME** [1] - 5:12
**reason** [9] - 11:22, 25:20, 31:17, 33:4, 35:24, 36:4, 37:6, 42:2, 50:21
**reasonable** [3] - 12:23, 56:6, 72:9
**reasonably** [1] - 15:12
**reasons** [2] - 29:25, 67:4
**reassurance** [1] - 26:2
**rebuttal** [7] - 22:22, 23:6, 23:12, 23:19, 23:21, 59:18, 60:4
**receive** [1] - 29:17
**received** [4] - 13:25, 15:15, 15:17, 20:14
**receiving** [1] - 16:14
**recently** [2] - 25:2, 25:19
**recipient** [1] - 71:9
**recipients** [1] - 15:25
**recirculate** [1] - 69:10
**recognizing** [1] - 26:22
**recollection** [1] - 19:11
**record** [9] - 16:4, 16:7, 29:5, 48:10, 54:2, 55:2, 59:5, 64:12, 73:18
**RECORDED** [1] - 5:15
**recut** [1] - 53:13
**red** [3] - 26:20, 26:24, 27:2
**redacted** [1] - 62:16
**redaction** [1] - 62:16
**redo** [1] - 47:15
**redone** [2] - 47:13, 47:16
**referred** [1] - 32:15
**reflect** [1] - 47:22

**refreshing** [1] - 67:13
**regard** [1] - 28:15
**regarding** [1] - 60:20
**regardless** [1] - 61:12
**Registered** [1] - 73:13
**RELATES** [1] - 1:9
**relating** [1] - 55:12
**relationship** [1] - 11:24
**RELATIVE** [1] - 6:12
**relative** [4] - 14:5, 22:10, 41:23
**release** [1] - 38:14
**relevant** [2] - 52:12, 66:16
**relied** [1] - 61:14
**reluctantly** [1] - 19:22
**rely** [5] - 59:19, 60:4, 60:17, 61:17, 61:19
**remain** [1] - 62:16
**remaining** [3] - 17:5, 55:19, 55:21
**REMAINING** [1] - 6:16
**remember** [2] - 62:2, 62:3
**remote** [1] - 10:9
**RENAISSANCE** [1] - 4:4
**repeatedly** [1] - 60:13
**reply** [1] - 11:21
**report** [21] - 18:24, 19:2, 19:5, 22:22, 23:6, 23:12, 23:20, 23:21, 25:5, 25:8, 25:14, 55:8, 59:19, 60:4, 60:6, 62:12, 63:5, 63:7, 63:12, 66:15
**REPORT** [1] - 8:20
**reported** [1] - 14:2
**REPORTED** [1] - 6:8
**reporter** [1] - 21:18
**REPORTER** [2] - 5:12, 5:12
**Reporter** [6] - 73:13, 73:14, 73:15, 73:23, 73:24
**REPORTER'S** [1] - 73:11
**reports** [3] - 59:18, 59:19, 63:7
**REPORTS..............** [1] - 8:20
**represented** [3] - 18:7, 39:12
**request** [6] - 11:23, 11:25, 12:21, 25:22, 32:7, 33:9
**requested** [1] - 66:13
**required** [1] - 52:4

**reserve** [1] - 41:15
**resolution** [1] - 68:2
**resolved** [1] - 18:15
**RESPECT** [1] - 6:19
**respect** [7] - 17:16, 17:17, 21:7, 36:17, 37:10, 41:1, 55:8
**respectfully** [5] - 29:25, 37:5, 37:17, 38:11, 43:1
**respond** [4] - 38:23, 52:19, 63:2, 70:1
**RESPOND** [1] - 8:17
**responded** [1] - 56:25
**responding** [2] - 69:15, 69:24
**response** [4] - 33:18, 42:3, 43:3, 52:1
**responses** [1] - 63:12
**responsible** [1] - 17:2
**responsive** [2] - 16:21, 52:12
**rest** [1] - 69:2
**restricted** [1] - 59:17
**restyle** [1] - 48:16
**revideo** [1] - 53:13
**REVIEW** [2] - 6:9, 6:18
**review** [6] - 12:5, 12:22, 13:4, 14:3, 17:6, 46:3
**reviewed** [1] - 53:6
**REVISED** [1] - 7:6
**revised** [4] - 26:10, 27:10, 56:17, 59:8
**revisit** [2] - 41:15, 44:23
**RICHESON** [1] - 4:13
**RIG** [1] - 1:5
**RIGHT** [1] - 7:21
**rights** [1] - 29:7
**rise** [1] - 10:7
**riser** [5] - 12:4, 12:12, 12:15, 14:4, 14:10
**RISER** [1] - 6:11
**RISER.......** [1] - 6:7
**RMR** [2] - 5:12, 73:23
**road** [1] - 25:13
**Rob** [9] - 12:9, 13:14, 13:23, 13:24, 13:25, 14:7, 19:21, 72:10, 72:13
**ROBERT** [1] - 3:8
**role** [2] - 24:19, 59:16
**rolling** [1] - 20:20, 64:5, 64:22
**RONQUILLO** [2] - 4:3, 4:7
**ROOM** [2] - 2:14, 5:13
**room** [1] - 38:20,

48:25, 49:1
**Rose** [3] - 21:4, 21:20, 21:21
**ROTH** [1] - 8:3
**Roth** [1] - 54:10
**round** [2] - 56:17, 70:22
**rounds** [1] - 68:7
**routinely** [1] - 29:21
**Roy** [8] - 10:15, 27:10, 29:10, 42:6, 52:1, 60:10, 67:2, 71:21
**ROY** [35] - 1:17, 1:18, 29:11, 31:1, 31:4, 31:7, 31:16, 31:22, 35:1, 35:6, 35:11, 36:16, 37:24, 38:8, 41:22, 42:16, 47:16, 47:21, 48:6, 48:10, 49:4, 49:9, 49:14, 50:13, 59:4, 59:12, 60:11, 60:25, 61:4, 61:8, 62:2, 62:4, 62:13, 67:2, 71:21
**Roy's** [1] - 38:24
**Rule** [4] - 23:14, 60:14, 61:15, 61:17
**rule** [5] - 45:13, 47:18, 48:14, 56:5, 60:1
**ruled** [4] - 34:18, 46:21, 47:17, 53:7
**rules** [7] - 11:19, 11:20, 28:14, 29:2, 41:22, 53:16, 53:18
**ruling** [14] - 34:18, 34:20, 34:23, 35:4, 35:16, 38:14, 41:16, 46:10, 47:13, 47:16, 48:13, 55:24, 55:25, 62:9
**rumors** [1] - 26:3
**run** [1] - 22:8
**running** [1] - 17:8
**rush** [1] - 34:2
**RYAN** [1] - 3:4

**S**

**s/Cathy** [1] - 73:22
**sake** [1] - 61:12
**sakes** [1] - 58:15
**SALLY** [1] - 1:13
**SAN** [1] - 2:15
**sandbag** [3] - 24:12, 24:15, 52:18
**sandbagged** [1] - 24:12
**Sarah** [7] - 15:20, 16:23, 18:24, 19:21,

20:13, 20:25, 21:25
**SARAH** [1] - 2:13
**Sarah's** [1] - 16:8
**SAYS** [1] - 9:2
**scan** [3] - 12:4, 14:10, 14:21
**SCAN** [1] - 6:7
**scanning** [4] - 12:12, 12:13, 13:4, 13:7
**schedule** [17] - 15:7, 22:5, 22:7, 30:3, 37:22, 48:19, 49:3, 51:7, 53:21, 56:20, 56:23, 59:1, 62:24, 62:25, 63:10, 63:25, 64:3
**SCHEDULE** [2] - 8:15, 8:21
**SCHEDULE..............** [1] - 8:16
**SCHEDULE..............** . [1] - 7:24
**SCHEDULE.............** ............. [1] - 8:6
**SCHEDULE..............** ...................... [1] - 8:23
**scheduled** [4] - 14:3, 45:10, 46:22, 64:13
**SCHEDULED** [1] - 6:9
**schedules** [1] - 25:18
**SCHEDULES.........** [1] - 7:4
**scheduling** [4] - 22:11, 26:12, 56:21, 72:12
**SCHEDULING...........** . [1] - 9:14
**SCHELL** [1] - 4:12
**Scott** [2] - 13:23, 13:24
**screams** [1] - 24:23
**screen** [1] - 12:20
**Seadrill** [1] - 22:17
**Seal** [1] - 31:4
**search** [1] - 66:13
**searching** [1] - 71:11
**second** [11] - 11:10, 11:11, 16:7, 30:6, 31:11, 34:12, 38:17, 44:9, 48:17, 51:15
**secondly** [1] - 29:16
**sections** [1] - 40:16
**see** [28] - 11:14, 12:20, 15:13, 18:9, 18:22, 19:20, 19:24, 30:6, 31:1, 31:17, 35:24, 40:4, 44:20, 44:21, 47:11, 50:21, 52:4,

52:13, 52:17, 52:20, 57:19, 60:21, 60:22, 63:11, 68:11, 69:8, 71:2, 71:25
**seek** [2] - 16:2, 39:14
**seem** [3] - 42:23, 43:8, 43:13
**selected** [1] - 39:6
**send** [6] - 46:2, 55:1, 59:20, 62:1, 71:17
**sending** [1] - 16:13
**sense** [5] - 33:21, 34:15, 50:24, 51:6, 69:12
**sensitive** [1] - 34:17
**sent** [1] - 72:19
**separate** [10] - 20:11, 20:12, 36:24, 36:25, 37:9, 39:16, 63:6, 68:23, 70:14, 72:18
**separately** [1] - 34:2
**sequence** [1] - 32:6
**serious** [1] - 59:6
**seriously** [2] - 51:18, 68:18
**served** [1] - 25:12
**SERVICES** [1] - 4:3
**serving** [1] - 15:23
**set** [17] - 19:19, 20:23, 21:5, 21:8, 21:11, 37:21, 38:4, 44:6, 44:7, 49:2, 60:15, 68:3, 68:4, 69:2, 69:20, 70:1, 70:14
**SET** [1] - 6:24
**sets** [4] - 51:12, 63:12, 67:9, 69:24
**setting** [1] - 37:13
**settlement** [1] - 62:15
**SETTLEMENT** [1] - 8:14
**shame** [1] - 10:9
**Shanks** [2] - 58:2, 58:3
**SHANKS....................
.......................** [1] - 8:10
**share** [2] - 25:14, 26:12
**shareable** [1] - 71:24
**SHAW** [1] - 4:21
**sheer** [3] - 28:16, 28:18, 34:5
**SHELL** [1] - 2:23
**short** [2] - 12:18, 56:1
**shorthand** [1] - 32:20
**SHOULD** [2] - 6:17, 9:1
**show** [4] - 59:10, 67:4, 67:12

**showed** [1] - 69:18
**shown** [1] - 27:12
**SHUSHAN** [1] - 1:13
**side** [1] - 60:2
**signs** [1] - 24:1
**similar** [2] - 71:22, 71:23
**simple** [1] - 42:11
**simpler** [1] - 16:12
**simply** [3] - 20:16, 32:17, 62:6
**SIMULTANEOUSLY** [1] - 9:16
**simultaneously** [1] - 72:15
**single** [1] - 43:3
**sit** [1] - 30:5
**sits** [1] - 36:21
**situation** [1] - 28:19
**six** [1] - 59:8
**size** [1] - 26:22
**skin** [1] - 46:5
**sleepover** [1] - 26:7
**slim** [1] - 27:15
**small** [1] - 30:9
**SO** [2] - 6:17, 7:15
**soft** [1] - 38:20
**soft-spoken** [1] - 38:20
**solved** [1] - 24:17
**SOME** [1] - 7:9
**someone** [2] - 66:20, 71:10
**sometime** [1] - 51:13
**soon** [3] - 19:24, 49:5, 49:7
**sooner** [1] - 49:16
**sophisticated** [2] - 10:15, 10:17
**sorry** [6] - 29:9, 30:6, 46:9, 48:4, 64:4
**sort** [5] - 13:1, 18:22, 20:19, 26:7, 65:11
**sought** [3] - 40:19, 55:11, 64:19
**sounds** [5] - 17:3, 19:22, 56:6, 64:11, 71:20
**SOUTH** [1] - 1:23
**speaking** [2] - 61:22, 71:21
**specific** [1] - 38:13
**specifically** [1] - 20:25
**SPILL** [1] - 1:4
**spoken** [2] - 38:20, 64:15
**spokes** [2] - 37:1, 45:2
**SQUARE** [1] - 2:23
**ST** [2] - 5:8, 5:9

**stack** [5] - 11:23, 12:15, 14:5, 14:12, 15:2
**STACK** [1] - 6:12
**STACK.....................
...........** [1] - 6:6
**STAFF** [1] - 8:12
**staff** [2] - 59:15, 73:2
**staged** [1] - 50:17
**STAGGERED** [1] - 8:16
**staggered** [1] - 62:25
**staging** [1] - 13:1
**stand** [2] - 42:14, 56:23
**standard** [4] - 26:9, 44:5, 44:7, 44:25
**standpoint** [1] - 70:6
**START** [1] - 6:11
**start** [9] - 14:4, 14:12, 26:2, 27:25, 28:5, 47:5, 49:25, 51:15, 72:17
**started** [2] - 26:4, 30:16
**starts** [2] - 42:20, 53:7
**State** [1] - 73:14
**state** [4] - 16:22, 29:4, 59:4, 60:16
**statement** [1] - 60:20
**statements** [1] - 65:12
**STATES** [3] - 1:1, 1:13, 9:15
**States** [7] - 12:11, 14:11, 14:23, 23:1, 72:14, 73:15, 73:24
**States'** [1] - 12:5
**stating** [1] - 60:15
**status** [3] - 11:8, 65:23, 66:1
**STATUS** [1] - 1:12
**stay** [2] - 20:23, 51:7
**steering** [1] - 20:20
**STENOGRAPHY** [1] - 5:15
**Sterbcow** [7] - 32:11, 32:14, 32:15, 32:20, 39:12, 52:23, 63:14
**STERBCOW** [5] - 2:3, 2:3, 49:6, 52:22, 63:15
**Steve** [3] - 59:24, 60:19, 62:8
**Stevick** [3] - 57:16, 58:2
**STEVICK.................
.......................** [1] - 8:8
**stick** [2] - 20:22, 45:2
**sticking** [2] - 36:25,

45:2
**still** [13] - 12:4, 14:20, 19:19, 25:8, 35:6, 37:6, 54:19, 57:24, 61:19, 67:3, 67:12, 68:10, 69:20
**stipulation** [5] - 18:3, 18:9, 20:11, 21:24, 70:3
**STIPULATION** [1] - 6:23
**stipulations** [11] - 20:16, 20:21, 21:6, 21:12, 68:7, 68:8, 69:2, 70:7, 70:19, 70:20, 72:15
**STIPULATIONS** [1] - 9:9
**STIPULATIONS.........
.....** [2] - 6:24, 9:16
**STIPULATIONS.........
..............................
.** [1] - 9:7
**STONE** [1] - 3:21
**stood** [1] - 30:23
**stop** [2] - 37:4, 38:13
**straight** [2] - 37:17, 43:21
**strategic** [1] - 32:5
**strategically** [1] - 37:19
**stream** [1] - 72:21
**STREET** [11] - 1:19, 1:23, 2:4, 2:24, 3:8, 3:15, 3:23, 4:5, 4:14, 4:18, 5:13
**stricken** [2] - 55:18, 55:22
**strike** [2] - 26:12, 50:14
**string** [1] - 23:9
**stuff** [1] - 36:20
**subject** [7] - 26:10, 32:4, 32:21, 49:10, 64:24, 70:2
**SUBJECT** [1] - 8:24
**submission** [10] - 27:23, 31:21, 32:7, 34:23, 35:22, 45:12, 47:23, 48:4, 62:24, 65:8
**SUBMISSION** [1] - 8:15
**submissions** [1] - 34:12
**submit** [18] - 29:12, 30:3, 30:17, 31:24, 32:3, 33:8, 33:21, 34:19, 35:4, 36:1, 37:6, 37:17, 38:11,

43:2, 44:10, 45:5, 45:25, 67:11
**submitted** [10] - 29:15, 30:16, 31:23, 34:24, 35:12, 37:3, 51:15, 53:5, 61:9, 72:8
**SUBMITTING** [1] - 7:8
**submitting** [6] - 23:6, 27:25, 30:14, 35:7, 36:11, 46:20
**SUBPOENA** [2] - 6:20, 8:25
**subpoena** [6] - 17:17, 25:12, 42:8, 64:24, 65:14, 66:6
**subpoenaed** [1] - 42:9
**substantive** [1] - 40:3
**subtle** [1] - 61:11
**suggest** [4] - 29:25, 38:8, 41:4, 44:15
**suggested** [5] - 18:2, 22:11, 32:4, 57:14, 64:20
**suggesting** [3] - 31:20, 39:2, 39:15
**suggestion** [3] - 41:21, 51:3, 69:6
**SUITE** [7] - 1:23, 2:4, 2:24, 3:18, 4:5, 4:8, 4:14
**summaries** [8] - 35:22, 36:12, 43:9, 45:25, 46:11, 46:16, 48:12, 48:16
**summary** [5] - 47:2, 47:4, 47:5, 47:10, 47:22
**sunglasses** [1] - 10:13
**support** [4] - 11:20, 14:24, 30:11, 35:18
**surprise** [1] - 58:18
**surprised** [1] - 58:13
**suspect** [1] - 36:6
**suspend** [1] - 11:8
**suspicious** [1] - 62:20
**swap** [2] - 57:21, 64:7
**swapping** [1] - 57:9
**sweep** [1] - 28:13
**system** [1] - 38:10

## T

**table** [1] - 14:22
**tacky** [2] - 10:10, 10:18
**tail** [3] - 31:14, 33:10, 34:22

**takers'** [1] - 34:1
**target** [1] - 30:15
**task** [1] - 34:8
**Team** [1] - 68:12
**team** [8] - 12:22, 23:9, 24:23, 68:8, 68:9, 68:13, 68:20, 72:6
**TEAM** [1] - 9:8
**teams** [2] - 26:3, 54:21
**TEAMS**.....................
............. [1] - 7:5
**technical** [5] - 19:23, 70:4, 70:7, 70:17, 70:23
**technology** [1] - 22:17
**tee** [2] - 62:10, 62:11
**teed** [1] - 48:18
**teeing** [1] - 62:4
**telephone** [2] - 10:19, 12:10
**ten** [1] - 37:17
**tender** [1] - 33:2
**tenor** [1] - 41:17
**terabyte** [1] - 19:8
**terms** [4] - 36:11, 50:16, 69:23, 71:18
**terribly** [1] - 17:16
**terrific** [1] - 15:19
**test** [1] - 29:23
**testified** [4] - 48:24, 49:9, 61:13
**testify** [3] - 48:23, 52:25
**testifying** [3] - 22:16, 50:9, 61:9
**testimony** [3] - 29:13, 29:17, 29:23, 33:2, 33:5, 33:8, 33:15, 39:7, 39:11, 39:20, 44:23, 49:12, 50:6, 52:9, 52:11, 53:6, 53:9, 55:18, 55:22, 61:18, 65:23
**TEXAS** [1] - 5:5
**THAT** [7] - 6:8, 6:12, 6:18, 7:15, 7:16, 9:3, 9:5
**THE** [193] - 1:4, 1:5, 1:13, 1:17, 1:21, 2:11, 6:7, 6:11, 6:12, 6:13, 6:16, 6:17, 6:18, 6:21, 6:22, 7:9, 7:14, 7:16, 7:17, 7:18, 7:19, 7:21, 7:22, 8:15, 8:17, 8:19, 8:21, 8:24, 8:25, 9:2, 9:5, 9:9, 10:7, 10:8, 10:14, 10:17, 11:8, 11:11, 11:14, 12:3, 12:8,

12:24, 13:13, 13:20, 14:1, 14:18, 15:1, 15:13, 15:19, 16:6, 16:23, 17:1, 17:4, 17:14, 17:20, 17:23, 18:11, 18:16, 18:22, 20:2, 20:7, 20:12, 20:25, 21:2, 21:17, 21:21, 21:23, 22:2, 22:8, 22:19, 23:1, 23:4, 23:23, 24:5, 24:9, 24:20, 24:22, 24:24, 25:1, 25:16, 25:25, 26:6, 26:14, 27:5, 27:7, 27:17, 27:19, 29:8, 30:5, 30:20, 31:3, 31:6, 31:11, 31:20, 33:17, 34:14, 35:2, 35:10, 35:13, 36:13, 36:15, 37:21, 38:2, 38:6, 38:18, 38:22, 40:7, 41:6, 41:20, 42:15, 43:15, 43:17, 43:20, 43:23, 44:13, 45:8, 46:2, 46:13, 46:19, 46:25, 47:8, 47:11, 47:15, 47:23, 48:4, 49:2, 49:5, 49:7, 49:13, 49:16, 50:11, 50:25, 51:22, 52:21, 53:19, 54:1, 54:6, 54:16, 55:6, 56:6, 56:10, 56:16, 56:25, 57:7, 57:11, 57:22, 58:5, 58:12, 58:15, 58:24, 59:1, 59:11, 59:13, 59:23, 60:9, 60:19, 61:2, 61:7, 61:21, 62:3, 62:8, 62:14, 62:19, 62:21, 63:13, 63:23, 64:4, 64:21, 65:24, 66:4, 66:9, 66:11, 66:22, 67:15, 68:11, 68:14, 68:17, 69:12, 70:18, 71:14, 71:18, 72:2, 72:9, 72:24
**theirs** [1] - 71:23
**THEM** [1] - 6:18
**THERE** [3] - 6:8, 6:12, 6:19
**thereby** [1] - 46:21
**therefore** [2] - 21:13, 66:4
**THESE** [1] - 8:12
**THEY** [2] - 8:18, 9:2
**they've** [2] - 15:24, 60:23
**thinking** [1] - 47:2

**THIS** [3] - 1:9, 6:9, 8:21
**THOMAS** [1] - 1:21
**THOSE** [1] - 9:1
**three** [14] - 31:14, 33:19, 34:10, 34:21, 35:2, 36:7, 36:9, 37:3, 44:15, 45:10, 45:24, 46:10, 57:6, 69:15
**threshold** [2] - 40:5, 40:11
**throughout** [1] - 47:25
**throw** [1] - 39:2
**throwing** [1] - 34:6
**Thursday** [1] - 13:8
**tick** [1] - 45:6
**tied** [1] - 22:23
**Tim** [3] - 38:3, 68:10, 68:11
**timing** [3] - 12:17, 28:23, 31:25
**titled** [1] - 63:3
**TITLED** [1] - 8:18
**TO** [15] - 1:9, 6:12, 6:17, 6:19, 7:8, 7:18, 7:19, 7:21, 8:12, 8:17, 8:19, 8:24, 9:6, 10:4
**today** [18] - 11:6, 13:17, 14:13, 14:14, 33:20, 36:2, 36:8, 44:16, 46:10, 47:4, 54:18, 56:2, 59:25, 62:20, 63:2, 63:9, 63:18, 72:23
**TODAY** [1] - 8:17
**today's** [3] - 35:20, 35:24, 45:24
**together** [5] - 16:14, 16:20, 26:4, 41:13, 46:17
**Tommy** [1] - 54:10
**TOMMY** [1] - 8:3
**tomorrow** [1] - 14:15
**TONY** [1] - 9:13
**Tony** [4] - 17:15, 64:7, 72:6
**took** [6] - 26:19, 38:10, 46:21, 47:4, 48:22, 72:5
**top** [1] - 31:15
**topics** [4] - 16:2, 16:15, 16:19, 23:19
**TORTS** [1] - 2:12
**total** [1] - 27:11
**totally** [1] - 62:22
**TOWER** [2] - 2:8, 4:4
**track** [7] - 15:8, 15:16, 19:19, 21:24, 25:17,

39:16, 72:18
**TRACK** [1] - 7:4
**trading** [2] - 64:18
**transcript** [3] - 32:15, 54:8, 73:17
**TRANSCRIPT** [2] - 1:12, 5:15
**transitions** [1] - 12:15
**TRANSOCEAN** [3] - 3:11, 3:11, 3:13
**Transocean** [5] - 11:17, 18:1, 36:3, 54:11, 69:25
**travel** [1] - 23:11
**TRIAL** [1] - 9:11
**trial** [30] - 25:12, 28:6, 28:7, 28:8, 29:22, 30:21, 33:22, 34:10, 36:22, 44:2, 44:3, 44:4, 50:17, 50:23, 51:18, 52:2, 52:12, 52:15, 53:7, 53:11, 53:15, 62:6, 62:10, 64:13, 66:21, 67:1, 67:16, 71:2, 71:4, 73:3
**TRIAL**.....................
............. [1] - 9:6
**trials** [1] - 71:9
**tried** [2] - 44:19, 58:6
**trier** [1] - 28:19
**troops** [1] - 73:3
**trouble** [1] - 38:19
**true** [3] - 26:5, 41:9, 73:17
**truly** [1] - 59:8
**try** [12] - 16:22, 18:13, 25:22, 42:25, 44:22, 46:5, 51:16, 53:14, 56:19, 58:22, 64:7
**trying** [12] - 20:19, 22:10, 44:6, 45:6, 51:4, 51:20, 54:14, 54:15, 56:23, 57:20, 57:24, 59:15
**Tuesday** [3] - 13:2, 14:3, 15:17
**TUESDAY** [1] - 6:9
**Tulane** [1] - 45:22
**turn** [1] - 35:18
**turnover** [1] - 20:20
**two** [25] - 18:14, 19:7, 25:17, 27:24, 29:25, 35:22, 36:8, 42:3, 43:9, 45:25, 48:12, 48:16, 51:8, 52:24, 52:25, 57:1, 57:6, 58:22, 62:2, 63:12, 65:14, 65:25, 67:3, 67:22, 72:3

**Two** [3] - 15:3, 27:13, 72:15
**TWO** [3] - 6:14, 7:4, 9:16
**Two's** [1] - 26:18
**two-page** [5] - 35:22, 43:9, 45:25, 48:12, 48:16
**TX** [3] - 3:19, 4:5, 4:9
**types** [2] - 39:24, 40:21
**typically** [2] - 40:4, 50:19

## U

**U.S** [3] - 2:11, 5:7, 13:22
**ultimate** [5] - 28:15, 35:21, 41:1, 43:12, 43:13
**ultimately** [2] - 39:22, 48:15
**unclear** [1] - 68:8
**under** [6] - 28:6, 32:17, 33:2, 42:19, 48:24, 49:10
**UNDERHILL** [23] - 2:12, 10:12, 11:10, 13:22, 20:6, 23:3, 23:5, 23:8, 23:24, 24:6, 24:10, 24:16, 24:23, 24:25, 43:16, 43:19, 43:21, 43:24, 44:14, 45:20, 54:25, 72:1, 72:5
**Underhill** [5] - 11:11, 13:21, 13:22, 23:5, 43:15
**underlying** [2] - 60:16, 61:16
**UNDERSTAND** [1] - 6:12
**understood** [1] - 36:18
**undertaking** [2] - 56:21, 56:22
**undo** [1] - 35:23
**unfortunately** [1] - 16:6
**unhappy** [1] - 60:3
**unintentionally** [1] - 48:11
**uninterested** [1] - 62:22
**unique** [2] - 29:5, 40:5
**UNITED** [3] - 1:1, 1:13, 9:15
**United** [8] - 12:5,

12:11, 14:11, 14:23,
23:1, 72:14, 73:15,
73:24
**unknown** [1] - 25:20
**unless** [4] - 11:22,
27:13, 65:23, 67:11
**unlike** [1] - 39:5
**unpunished** [1] -
72:11
**UNTIL** [1] - 7:17
**up** [52] - 11:14, 11:16,
12:3, 13:16, 16:22,
17:8, 21:23, 22:9,
22:23, 25:12, 25:25,
26:16, 26:23, 27:1,
28:4, 30:23, 34:18,
35:20, 36:7, 37:2,
38:7, 38:18, 43:17,
44:6, 46:21, 48:18,
49:5, 49:16, 49:17,
50:11, 50:18, 52:7,
53:11, 57:11, 59:10,
62:5, 62:10, 62:11,
63:9, 66:13, 67:12,
68:1, 69:18, 70:3,
70:10, 70:12, 71:1,
71:8, 72:10, 72:12
**update** [4] - 22:12,
27:9, 65:25, 66:2
**updated** [1] - 54:20
**upset** [2] - 31:17, 45:1
**urge** [2] - 28:24, 48:19
**US** [1] - 7:19
**USA** [1] - 71:22
**utility** [1] - 47:9

## V

**VA** [1] - 2:9
**vacuum** [2] - 60:21,
62:10
**value** [1] - 48:9
**various** [1] - 12:14
**vehicle** [1] - 49:12
**Vernon** [1] - 58:19
**VERNON**.................
.....................[1] -
8:11
**version** [2] - 36:23,
66:14
**versions** [1] - 69:5
**Veterans** [1] - 18:20
**video** [1] - 10:9
**Vidrine** [2] - 25:3, 25:7
**Vidrine's** [1] - 25:6
**VIDRINE**................
.....................[1] -
7:3
**view** [1] - 13:15

**virtue** [1] - 53:11
**volume** [3] - 28:16,
28:18, 28:23
**vote** [1] - 72:5

## W

**wagging** [1] - 33:10
**Wait** [1] - 42:8
**wait** [6] - 37:2, 41:24,
48:12, 63:21, 63:23,
70:6
**WALKER** [2] - 2:7, 5:7
**WALTHER** [1] - 3:21
**wants** [9] - 16:20,
16:21, 25:20, 27:13,
41:13, 44:23, 50:11,
68:4, 71:10
**WARE** [1] - 5:3
**WARREN** [1] - 4:17
**WASHINGTON** [2] -
3:9, 4:18
**waste** [2] - 39:25,
61:18
**WATERSIDE** [1] - 2:8
**wave** [7] - 34:3, 34:12,
36:8, 36:9, 51:15
**waves** [6] - 36:7,
36:11, 46:15, 46:17
**ways** [1] - 43:20
**WE** [4] - 7:19, 8:21,
9:1, 9:9
**wear** [1] - 10:12
**wearing** [1] - 45:22
**WEATHERFORD** [1] -
5:7
**Wecker** [1] - 64:13
**Wednesday** [6] -
12:20, 13:8, 13:18,
64:9, 64:20, 65:12
**week** [24] - 11:1,
11:16, 13:2, 14:13,
15:16, 18:14, 18:17,
21:13, 22:23, 25:5,
40:25, 41:8, 49:6,
51:20, 54:3, 54:5,
54:6, 54:9, 54:12,
54:13, 54:17, 64:1,
64:13, 64:16
**WEEK**........................
.....................[1] -
8:22
**weekend** [1] - 11:12
**weeks** [6] - 18:14,
33:20, 52:24, 52:25,
55:8, 62:2
**WEINER** [1] - 4:13
**welcome** [2] - 13:20,
43:15

**WELL** [1] - 6:21
**well-established** [1] -
29:19
**WHAT** [1] - 8:18
**whatnot** [2] - 50:21,
67:14
**WHEN** [1] - 7:8
**WHEREUPON** [1] -
73:6
**WHETHER** [1] - 7:21
**whichever** [1] - 41:12
**WHO** [2] - 7:14, 8:24
**whole** [4] - 33:10,
41:17, 48:9, 63:12
**WHOM** [1] - 6:19
**WILL** [3] - 6:11, 7:21,
9:3
**WILLIAM** [1] - 5:8
**willing** [2] - 35:14,
52:6
**WINTHROP** [1] - 4:21
**WITH** [3] - 6:19, 7:15,
8:19
**witness** [22] - 31:25,
39:10, 40:3, 40:17,
40:24, 41:2, 42:11,
42:13, 42:21, 48:3,
53:1, 53:3, 53:9,
57:5, 57:17, 58:20,
60:7, 65:3, 65:6,
66:21
**WITNESS** [1] - 9:3
**witness'** [1] - 44:23
**WITNESSES** [3] -
7:15, 7:17, 9:5
**witnesses** [19] -
23:10, 27:13, 35:3,
37:18, 40:12, 42:5,
45:14, 45:16, 45:18,
46:14, 48:22, 50:8,
52:25, 65:4, 65:14,
66:20, 66:24, 67:16,
67:21
**WITTMANN** [18] -
3:21, 3:22, 22:13,
22:21, 23:7, 23:21,
24:15, 24:21, 30:8,
36:14, 57:8, 57:13,
57:24, 58:11, 65:20,
66:3, 66:6, 66:10
**Wittmann** [4] - 22:14,
30:10, 57:8, 65:20
**WOODWAY** [1] - 3:18
**word** [1] - 24:11
**words** [2] - 35:3,
64:14
**WORK** [2] - 6:11
**WORKING** [1] - 9:15
**works** [2] - 16:24,
26:17

**world** [1] - 16:19
**worrying** [1] - 61:18
**worst** [1] - 61:15
**worth** [1] - 20:18
**WOULD** [1] - 7:14
**wrench** [1] - 36:25
**WRIGHT** [1] - 1:17
**write** [2] - 36:22, 55:1
**writes** [1] - 72:6
**writing** [2] - 35:25,
60:14
**written** [5] - 16:4,
16:7, 25:7, 25:8,
25:14

## Y

**y'all** [3] - 11:12, 17:7,
64:5
**year** [2] - 29:2, 30:2
**yesterday** [6] - 12:21,
19:5, 19:21, 20:15,
26:10, 34:5
**YET** [1] - 7:9
**YILMAZ** [1] - 8:1
**Yilmaz** [1] - 54:3
**York** [6] - 25:25, 26:1,
41:7, 51:2, 53:22,
56:10
**YORK** [21] - 4:8, 4:22,
11:7, 11:13, 25:24,
26:1, 26:7, 26:15,
27:6, 27:16, 41:7,
44:12, 51:2, 53:24,
54:2, 54:7, 54:24,
55:3, 56:15, 57:5,
69:20
**York's** [1] - 58:1
**YOU'VE** [1] - 6:16
**YOUR** [1] - 6:16