1                    UNITED STATES DISTRICT COURT

2                    EASTERN DISTRICT OF LOUISIANA

3

   ********************************************************************
4

   IN RE:  OIL SPILL BY THE
5  OIL RIG *DEEPWATER HORIZON*
   IN THE GULF OF MEXICO ON
6  APRIL 20, 2010

7                              CIVIL ACTION NO. 10-MD-2179 "J"
                               NEW ORLEANS, LOUISIANA
8                              FRIDAY, NOVEMBER 18, 2011, 9:00 A.M.

9

   THIS DOCUMENT RELATES TO
10 ALL CASES

11 ********************************************************************

12

13           TRANSCRIPT OF MONTHLY STATUS CONFERENCE PROCEEDINGS
             HEARD BEFORE THE HONORABLE CARL J. BARBIER
14                    UNITED STATES DISTRICT JUDGE

15

   APPEARANCES:
16

17

   FOR THE PLAINTIFFS'
18 LIAISON COUNSEL:           DOMENGEAUX WRIGHT ROY & EDWARDS
                              BY:  JAMES P. ROY, ESQUIRE
19                            P. O. BOX 3668
                              556 JEFFERSON STREET
20                            LAFAYETTE, LA   70502

21
                              HERMAN HERMAN KATZ & COTLAR
22                            BY:  STEPHEN J. HERMAN, ESQUIRE
                                  SOREN GISLESON, ESQUIRE
23                            820 O'KEEFE AVENUE
                              NEW ORLEANS, LA   70113
24

25

```
 1   APPEARANCES CONTINUED:

 2

 3   FOR THE PLAINTIFFS:      BREIT DRESCHER IMPREVENTO & WALKER
                              BY:  JEFFREY A. BREIT, ESQUIRE
 4                            1000 DOMINION TOWER
                              999 WATERSIDE DRIVE
 5                            NORFOLK, VA  23510

 6

 7                            LEVIN PAPANTONIO THOMAS MITCHELL
                              RAFFERTY & PROCTOR
 8                            BY:  BRIAN H. BARR, ESQUIRE
                              316 SOUTH BAYLEN STREET, SUITE 600
 9                            PENSACOLA, FL  32502

10

11                            CUNNINGHAM BOUNDS
                              BY:  ROBERT T. CUNNINGHAM, ESQUIRE
12                            1601 DAUPHIN STREET
                              MOBILE, AL  36604
13

14
                              LIEFF CABRASER HEIMANN & BERNSTEIN
15                            BY:  ELIZABETH J. CABRASER, ESQUIRE
                              275 BATTERY STREET, 29TH FLOOR
16                            SAN FRANCISCO, CA  94111

17

18                            WILLIAMSON & RUSNAK
                              BY:  JIMMY WILLIAMSON, ESQUIRE
19                            4310 YOAKUM BOULEVARD
                              HOUSTON, TX  77006
20

21
                              WATTS GUERRA CRAFT
22                            BY:  MIKAL C. WATTS, ESQUIRE
                              4 DOMINION DRIVE
23                            BUILDING 3, SUITE 100
                              SAN ANTONIO, TX  78257
24

25
```

1    APPEARANCES CONTINUED:

2

3                              WEITZ & LUXENBERG
                              BY:  ROBIN L. GREENWALD, ESQUIRE
4                              700 BROADWAY
                              NEW YORK CITY, NY  10003

5

6                              MORGAN & MORGAN
                              BY:  ALPHONSO M. ESPY, ESQUIRE
7                                   FRANK M. PETOSA, ESQUIRE
                              188 EAST CAPITOL STREET, SUITE 777
8                              JACKSON, MS  39201

9

10                             THE LAW FIRM OF COLSON HICKS EIDSON
                              BY:  PATRICK S. MONTOYA, ESQUIRE
11                             255 ALHAMBRA CIRCLE, PENTHOUSE
                              CORAL GABLES, FLORIDA 33134

12

13                             COSSICH SUMICH PARSIOLA & TAYLOR
14                             BY:  PHILIP F. COSSICH, JR., ESQUIRE
                              8397 HIGHWAY 23, SUITE 100
15                             BELLE CHASSE, LA  70037

16

17                             BEASLEY ALLEN CROW METHVIN
                              PORTIS & MILES
18                             BY:  RHON E. JONES, ESQUIRE
                              POST OFFICE BOX 4160
19                             MONTGOMERY, AL  36013

20

21                             FAYARD & HONEYCUTT
                              BY:  CALVIN C. FAYARD, JR., ESQUIRE
22                             519 FLORIDA AVENUE SW
                              DENHAM SPRINGS, LA 70726

23

24                             BARRIOS KINGSDORF & CASTEIX
                              BY:  DAWN M. BARRIOS, ESQUIRE
25                             701 POYDRAS STREET, SUITE 3650
                              NEW ORLEANS LA 70139

```
 1  APPEARANCES CONTINUED:

 2

 3                          LUNDY, LUNDY, SOILEAU & SOUTH
                            BY:  MATTHEW E. LUNDY, ESQUIRE
 4                          501 BROAD STREET
                            LAKE CHARLES, LA  70601
 5

 6
                            BARON & BUDD
 7                          BY:  SCOTT SUMMY, ESQUIRE
                            3102 OAK LAWN AVENUE, SUITE 1100
 8                          DALLAS, TX  75219

 9

10                          IRPINO LAW FIRM
                            BY:  ANTHONY IRPINO, ESQUIRE
11                          ONE CANAL PLACE
                            365 CANAL STREET, SUITE 2990
12                          NEW ORLEANS, LA  70130

13

14                          MARTZELL & BICKFORD
                            BY:  SCOTT R. BICKFORD, ESQUIRE
15                          338 LAFAYETTE STREET
                            NEW ORLEANS, LA  70130
16

17
    FOR THE SIERRA CLUB
18  AND GULF RESTORATION
    NETWORK:                WALTZER & WIYGUL
19                          BY:  CLAY J. GARSIDE, ESQUIRE
                            3715 WESTBANK EXPRESSWAY, SUITE 13
20                          HARVEY, LA  70058

21

22  FOR STATE INTERESTS:    ALABAMA ATTORNEY GENERAL'S OFFICE
                            BY:  LUTHER STRANGE, ESQUIRE
23                               COREY L. MAZE, ESQUIRE
                            500 DEXTER AVENUE
24                          MONTGOMERY, AL  36130

25
```

```
 1   APPEARANCES CONTINUED:

 2

 3   FOR THE STATE OF
     LOUISIANA:                KANNER & WHITELEY
 4                             BY:  ALLAN KANNER, ESQUIRE
                                    ELIZABETH B. PETERSEN, ESQUIRE
 5                             701 CAMP STREET
                               NEW ORLEANS, LA  70130
 6

 7
                               HENRY DART, ATTORNEYS AT LAW
 8                             BY:  HENRY DART, ESQUIRE
                               510 NORTH JEFFERSON STREET
 9                             COVINGTON, LA  70433

10

11                            STATE OF LOUISIANA
                               GOVERNOR BOBBY JINDAL
12                             BY:  ELIZABETH BAKER MURRILL, ESQUIRE
                               600 NORTH THIRD STREET
13                             BATON ROUGE, LA  70802

14

15

16   FOR THE FEDERAL
     GOVERNMENT INTERESTS:     U.S. DEPARTMENT OF JUSTICE
17                             TORTS BRANCH, CIVIL DIVISION
                               BY:  R. MICHAEL UNDERHILL, ESQUIRE
18                                  SARAH D. HIMMELHOCH, ESQUIRE
                               450 GOLDEN GATE AVENUE
19                             7TH FLOOR, ROOM 5395
                               SAN FRANCISCO, CA  94102
20

21
     FOR THE UNITED STATES
22   OF AMERICA:               ENVIRONMENTAL ENFORCEMENT SECTION
                               U.S. DEPARTMENT OF JUSTICE
23                             BY:  STEVEN O'ROURKE, ESQUIRE
                               P.O. BOX 7611
24                             WASHINGTON, DC  20044

25
```

```
 1   APPEARANCES CONTINUED:

 2

 3   FOR TRANSOCEAN HOLDINGS
     LLC, TRANSOCEAN
 4   OFFSHORE DEEPWATER
     DRILLING INC., AND
 5   TRANSOCEAN DEEPWATER
     INC.:                     FRILOT
 6                             BY:  KERRY J. MILLER, ESQUIRE
                               ENERGY CENTRE, 36TH FLOOR
 7                             1100 POYDRAS STREET
                               NEW ORLEANS, LA  70163
 8

 9                             ROYSTON RAYZOR VICKERY & WILLIAMS
10                             BY:  JOHN M. ELSLEY, ESQUIRE
                               PENNZOIL PLACE
11                             711 LOUISIANA STREET, SUITE 500
                               HOUSTON, TX  77002
12

13                             SUTHERLAND ASBILL & BRENNAN
14                             BY:  RACHEL G. CLINGMAN, ESQUIRE
                               1001 FANNIN STREET, SUITE 3700
15                             HOUSTON, TX  77002

16

17   FOR BP AMERICA INC.,
     BP AMERICA PRODUCTION
18   COMPANY, BP COMPANY
     NORTH AMERICA INC.,
19   BP CORPORATION NORTH
     AMERICA INC.,
20   BP EXPLORATION &
     PRODUCTION INC.,
21   BP HOLDINGS NORTH
     AMERICA LIMITED,
22   BP PRODUCTS NORTH
     AMERICA INC.:             KIRKLAND & ELLIS
23                             BY:  J. ANDREW LANGAN, ESQUIRE
                                    MARK J. NOMELLINI, ESQUIRE
24                                  CHRISTOPHER J. ESBROOK, ESQUIRE
                                    RYAN S. BABIUCH, ESQUIRE
25                             300 N. LASALLE
                               CHICAGO, IL  60654
```

```
 1   APPEARANCES CONTINUED:

 2

 3                              KIRKLAND & ELLIS
                               BY:  ROBERT R. GASAWAY, ESQUIRE
 4                             655 FIFTEENTH STREET, N.W.
                               WASHINGTON, DC  20005
 5

 6                              COVINGTON & BURLING
 7                             BY:  ROBERT C. "MIKE" BROCK, ESQUIRE
                                    ALLAN B. MOORE, ESQUIRE
 8                             1201 PENNSYLVANIA AVENUE, NW
                               WASHINGTON, DC  20004
 9

10
     FOR CAMERON INTERNATIONAL
11   CORPORATION:                STONE PIGMAN WALTHER WITTMANN
                               BY:  PHILLIP A. WITTMANN, ESQUIRE
12                                  CARMELITE M. BERTAUT, ESQUIRE
                               546 CARONDELET STREET
13                             NEW ORLEANS, LA 70130

14

15                             BECK REDDEN & SECREST
                               BY:  DAVID J. BECK, ESQUIRE
16                             ONE HOUSTON CENTER
                               1221 MCKINNEY STREET, SUITE 4500
17                             HOUSTON, TX  77010

18

19   FOR HALLIBURTON
     ENERGY SERVICES, INC.:    GODWIN RONQUILLO
20                             BY:  DONALD E. GODWIN, ESQUIRE
                                    JENNY L. MARTINEZ, ESQUIRE
21                                  STEFANIE K. MAJOR, ESQUIRE
                               1201 ELM STREET, SUITE 1700
22                             DALLAS, TX  75270

23

24                             GODWIN RONQUILLO
                               BY:  R. ALAN YORK, ESQUIRE
25                             1331 LAMAR, SUITE 1665
                               HOUSTON, TX  77010
```

```
 1   APPEARANCES CONTINUED:

 2


 3   FOR ANADARKO
     PETROLEUM CORPORATION,
 4   ANADARKO E&P COMPANY
     LP:                      KUCHLER POLK SCHELL
 5                            WEINER & RICHESON
                              BY:  DEBORAH D. KUCHLER, ESQUIRE
 6                            1615 POYDRAS STREET, SUITE 1300
                              NEW ORLEANS, LA  70112
 7

 8
                              BINGHAM MCCUTCHEN
 9                            BY:  JAMES J. DRAGNA, ESQUIRE
                              355 SOUTH GRAND AVENUE, SUITE 4400
10                            LOS ANGELES, CA  90071

11

12                            BINGHAM MCCUTCHEN
                              BY:  KY E. KIRBY, ESQUIRE
13                                 WARREN A. FITCH, ESQUIRE
                                   DAVID B. SALMONS, ESQUIRE
14                                 RANDALL M. LEVINE, ESQUIRE
                              2020 K STREET, NW
15                            WASHINGTON, DC  20006

16

17   FOR MOEX OFFSHORE
     2007 LLC:                PILLSBURY WINTHROP SHAW PITTMAN
18                            BY:  JOHN F. PRITCHARD, ESQUIRE
                              1540 BROADWAY
19                            NEW YORK, NY  10036

20
                              CARVER DARDEN KORETZKY TESSIER
21                            FINN BLOSSMAN & AREAUX
                              BY:  PHILLIP D. NIZIALEK, ESQUIRE
22                            1100 POYDRAS STREET, SUITE 3100
                              NEW ORLEANS, LA  70163
23

24

25
```

```
 1   APPEARANCES CONTINUED:

 2

 3   FOR M-I L.L.C.:          MORGAN, LEWIS & BOCKIUS
                              BY:  HUGH E. TANNER, ESQUIRE
 4                                 DENISE SCOFIELD, ESQUIRE
                                   JAMES B. TARTER, ESQUIRE
 5                            1000 LOUISIANA STREET, SUITE 4000
                              HOUSTON, TX  77002
 6

 7
     FOR TRANSOCEAN
 8   EXCESS UNDERWRITERS:     PHELPS DUNBAR
                              BY:  GEORGE M. GILLY, ESQUIRE
 9                            CANAL PLACE
                              365 CANAL STREET, SUITE 2000
10                            NEW ORLEANS, LA  70130

11

12   FOR O'BRIEN'S RESPONSE
     MANAGEMENT, INC.,
13   SEACOR HOLDINGS, INC.,
     SEACOR OFFSHORE LLC,
14   SEACOR MARINE, LLC,
     SEACOR WORLDWIDE, INC.,
15   SEACOR MARINE, INC.,
     SEACOR MARINE
16   INTERNATIONAL, INC.,
     AND SIEMENS FINANCIAL,
17   INC.:                    WEIL GOTSHAL & MANGES
                              BY:  THEODORE E. TSEKERIDES, ESQUIRE
18                            767 FIFTH AVENUE
                              NEW YORK, NY  10153
19

20
     FOR WEATHERFORD U.S.,
21   L.P.:                    JONES WALKER
                              BY:  GLENN G. GOODIER, ESQUIRE
22                            600 JEFFERSON STREET, SUITE 1600
                              LAFAYETTE, LA 70501
23

24

25
```

09:53AM

1    APPEARANCES CONTINUED:

2

3    FOR DRIL-QUIP,
     INC.:                    WARE, JACKSON, LEE & CHAMBERS
4                             BY:  C. DENNIS BARROW, JR., ESQUIRE
                              2929 ALLEN PARKWAY, 42ND FLOOR
5                             HOUSTON, TEXAS 77019

6

7    FOR MDL 2185:            MITHOFF LAW FIRM
                              BY:  WILLIAM STRADLEY, ESQUIRE
8                             3450 ONE ALLEN CENTER
                              500 DALLAS STREET
9                             HOUSTON, TX  77002

10

11   SPECIAL MASTER:          PROFESSOR FRANCIS E. MCGOVERN
                              DUKE UNIVERSITY SCHOOL OF LAW
12                            CORNER OF SCIENCE & DRIVES
                              BOX 90362
13                            DURHAM, NC 27708

14

15   ALSO PRESENT:            [PLEASE SEE SIGN-IN SHEETS FILED IN THE
                              RECORD]
16

17

18   OFFICIAL COURT REPORTER:    CATHY PEPPER, CRR, RMR, CCR
                                 CERTIFIED REALTIME REPORTER
19                               500 POYDRAS STREET, ROOM HB406
                                 NEW ORLEANS, LA  70130
20                               (504) 589-7779
                                 Cathy_Pepper@laed.uscourts.gov
21

22   PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
     PRODUCED BY COMPUTER.
23

24

25

1                          **I N D E X**

2

3    AGENDA ITEMS                                        PAGE

4

5    TWO SUBSTANTIVE RULINGS................................  18

6    CONDITIONAL TRANSFER ORDER REPORT AND STATUS...........  18

7    STATUS OF THE PENDING STATE CASES.....................  20

8    MDL 2185, JUDGE ELLISON'S MDL.........................  21

9    REPORT ON WRITTEN AND DEPOSITION DISCOVERY............  22

10   VESSELS OF OPPORTUNITY CASES..........................  23

11   INSURANCE COVERAGES CASES.............................  24

12   BOP AND CAPPING STACK TESTING.........................  28

13   CEMENT TESTING........................................  29

14   STATUS OF MOTIONS IN LIMINE...........................  31

15   STATUS OF THE AUDIT THAT IS GOING TO BE PERFORMED     33

16   INVOLVING THE GCCF....................................

17   PENDING INDEMNITY ISSUES..............................  35

18   PSC'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF ALLEGED  37

19   FAULT OF NONPARTIES AND IMMUNE PARTIES, INCLUDING THE

20   UNITED STATES.........................................

21   RECORD DOCUMENT 4158..................................  37

22   UNITED STATES' MOTION TO DISMISS 14(C) THIRD-PARTY    37

23   COMPLAINT AND CROSSCLAIM OF TRANSOCEAN................

24   RECORD DOCUMENT 2410..................................  37

25   GRANT THE MOTION OF THE UNITED STATES, MOTION TO ......  56

```
 1   DISMISS THE RULE 14(C) THIRD-PARTY COMPLAINT AND

 2   CROSSCLAIM OF TRANSOCEAN, WHICH IS

 3   RECORD DOCUMENT 2410...................................

 4   PLAINTIFF STEERING COMMITTEE'S MOTION IN LIMINE TO       57

 5   EXCLUDE EVIDENCE OF THE ALLEGED FAULT OF NONPARTIES

 6   AND IMMUNE PARTIES, INCLUDING THE UNITED STATES........

 7   DENY THAT MOTION......................................   57

 8   ANADARKO AND MOEX'S MOTIONS TO DISMISS CERTAIN          57

 9   CROSSCLAIMS AND COUNTERCLAIMS.........................

10   MOTIONS IN LIMINE TO EXCLUDE EVIDENCE REGARDING THE     57

11   ANADARKO AND MOEX ENTITIES' KNOWLEDGE OF OR ACCESS TO

12   INFORMATION ABOUT WELL DESIGN AND OPERATIONS ON THE

13   MACONDO WELL..........................................

14   GRANT ANADARKO AND MOEX'S MOTIONS TO DISMISS THE        77

15   CROSSCLAIMS AND COUNTERCLAIMS WHICH ARE LISTED ON THE

16   AGENDA................................................

17   DEFER RULING AT THIS TIME ON THE MOTIONS IN LIMINE.....  78

18   VOO PLAINTIFFS' MOTIONS FOR PARTIAL SUMMARY JUDGMENT    78

19   ON THE ISSUE OF LIABILITY.............................

20   64 DAYS TO TRIAL...................................... 107

21   NEXT STATUS CONFERENCE IS FRIDAY, DECEMBER 16, 2011,   107

22   AT 9:30 A.M. CST......................................

23

24

25
```

1                    **P-R-O-C-E-E-D-I-N-G-S**

2                   FRIDAY, NOVEMBER 18, 2011

3                M O R N I N G   S E S S I O N

4                   (COURT CALLED TO ORDER)

5

09:04AM  6

09:04AM  7          THE DEPUTY CLERK:  All rise.

09:04AM  8          THE COURT:  All right.  Good morning, everyone.

09:04AM  9          VOICES:  Good morning, Your Honor.

09:05AM 10          THE COURT:  Please be seated.

09:05AM 11              All right.  Stephanie, please call this case.

09:05AM 12          THE DEPUTY CLERK:  MDL Number 10-2179, *In re: Oil spill*

09:05AM 13  *by the oil rig "Deepwater Horizon" in the Gulf of Mexico on*

09:05AM 14  *April 20, 2010.*

09:05AM 15          THE COURT:  Counsel, if you could make your appearances,

09:05AM 16  please, liaison and lead counsel.

09:05AM 17          MR. HERMAN:  Good morning, Your Honor.  Steve Herman for

09:05AM 18  the plaintiffs.

09:05AM 19          MR. ROY:  Good morning, Your Honor.  Jim Roy for the

09:05AM 20  plaintiffs.

09:05AM 21          THE COURT:  Good morning.

09:05AM 22          MR. SUMMY:  Good morning, Your Honor.  Scott Summy for

09:05AM 23  the PSC.

09:05AM 24          MR. BARR:  Good morning, Your Honor.  Brian Barr for the

09:06AM 25  PSC.

09:06AM  1          MR. UNDERHILL:  Good morning, Your Honor.

09:06AM  2  Mike Underhill for the United States.

09:06AM  3          MR. BREIT:  Jeffrey Breit, Your Honor, for the PSC.

09:06AM  4          MR. STRANGE:  Good morning, Your Honor.  Luther Strange,

09:06AM  5  coordinating counsel for the states and Alabama.

09:06AM  6          THE COURT:  Wait a minute.  Mr. Strange, before you sit

09:06AM  7  down --

09:06AM  8          MR. STRANGE:  Yes, sir, Your Honor.

09:06AM  9          THE COURT:  -- you need to turn around and show everyone

09:06AM 10  your colors, your purple and gold colors.

09:06AM 11          MR. STRANGE:  One time only LSU tiger.

09:06AM 12          THE COURT:  Where is Corey Maze?

09:06AM 13          MR. MAZE:  Hiding, Your Honor.

09:06AM 14          THE COURT:  Hiding in the back.  Corey, you have on your

09:06AM 15  purple and gold, also.

09:06AM 16          MR. MAZE:  I think that Mr. Miller should be sanctioned

09:06AM 17  for how gaudy this is.

09:06AM 18          THE COURT:  Okay.

09:06AM 19          MR. STRANGE:  Your Honor, we are launching an

09:06AM 20  investigation into our kicking program at Alabama, and I'll get

09:06AM 21  back to you on that.

09:06AM 22          THE COURT:  Did anyone see the photo that people

09:06AM 23  PhotoShopped, obviously, around, and it shows the new Alabama end

09:06AM 24  zone, and it has goal posts all across the end zone?  Maybe your

09:06AM 25  kicker can kick one through there.

09:07AM  1          Okay.  Let's continue.

09:07AM  2          MR. FAYARD:  Good morning, Your Honor.  Calvin Fayard

09:07AM  3  from the great university of LSU.

09:07AM  4          I would like to bring to your attention, this was a

09:07AM  5  negotiated deal to get them to wear those ties.  I had to wear a

09:07AM  6  red tie, which is not Alabama, but representative of Arkansas,

09:07AM  7  because I'm married to an Arkansas girl, and I'm going through a

09:07AM  8  real upheaval in my life right now.

09:07AM  9          But Mr. Cunningham also falls into this category.

09:07AM 10  I think he is going to wear an entire LSU uniform to Court after

09:07AM 11  we win the national championship.

09:07AM 12          THE COURT:  Okay.

09:07AM 13          MR. CUNNINGHAM:  Good morning, Your Honor.

09:07AM 14  Robert Cunningham, PSC.  And I will not be wearing an LSU

09:07AM 15  uniform.

09:07AM 16          MR. JONES:  Rhon Jones, PSC.  Judge, you'll note

09:08AM 17  Mr. Shattuck is also an honorable man who's paying his debts.

09:08AM 18          MR. SHATTUCK:  There a stain on the front of my tie,

09:08AM 19  Your Honor.  I understand it's roux.

09:08AM 20          MS. MURRILL:  Liz Murrill with the Governor's office in

09:08AM 21  Louisiana.

09:08AM 22          THE COURT:  Good morning.

09:08AM 23          MR. RICE:  Joe Rice for the PSC.

09:08AM 24          MR. WATTS:  Good morning, Judge.  Mikal Watts for the

09:08AM 25  PSC.

09:08AM 1          MR. COSSICH:  Good morning, Judge.  Phil Cossich, PSC.

09:08AM 2          MR. MONTOYA:  Good morning, Your Honor.

09:08AM 3   Patrick Montoya.  I'm standing in on behalf of PSC member

09:08AM 4   Ervin Gonzalez, who is in trial in Miami.

09:08AM 5          THE COURT:  All right.

09:08AM 6          MR. O'ROURKE:  Good morning, Your Honor.  Steve O'Rourke

09:08AM 7   for the United States.

09:08AM 8          MS. GREENWALD:  Good morning, Your Honor,

09:08AM 9   Robin Greenwald, PSC.

09:08AM 10          MR. ESPY:  Your Honor, good morning.  Mike Espy for the

09:08AM 11   PSC.

09:08AM 12              If Alabama has no kicker, then Ole Miss has no

09:08AM 13   coach.

09:08AM 14          MS. CABRASER:  Good morning, Your Honor.

09:08AM 15   Elizabeth Cabraser for the PSC.

09:09AM 16              We are awaiting with interest the introduction of

09:09AM 17   football into California.

09:09AM 18          MR. LUNDY:  Good morning, Your Honor.  Matt Lundy, PSC.

09:09AM 19          MR. GOODIER:  Glenn Goodier, Weatherford.

09:09AM 20          MR. GASAWAY:  Good morning, Your Honor.  Rob Gasaway,

09:09AM 21   BP.

09:09AM 22          MS. SCOFIELD:  Good morning, Your Honor.

09:09AM 23   Denise Scofield, M-I.

09:09AM 24          MR. TANNER:  Good morning, Your Honor.  Hugh Tanner.

09:09AM 25              As an Ole Miss graduate, I might as well go ahead

09:09AM 1   and put on a purple and gold tie right now.  We play tomorrow.

09:09AM 2           MR. BARROW:  Good morning, Your Honor.  Dennis Barrow

09:09AM 3   for Dril-Quip.

09:09AM 4           MR. JACKSON:  Don Jackson for Dril-Quip.

09:09AM 5           MR. TSEKERIDES:  Good morning, Your Honor.

09:09AM 6   Ted Tsekerides, liaison counsel for responder defendants.

09:09AM 7           MR. LEVINE:  Randall Levine for Anadarko.

09:09AM 8           MS. KUCHLER:  Deb Kuchler for Anadarko.

09:09AM 9           MR. BROCK:  Good morning, Your Honor.  Mike Brock for

09:09AM 10  BP.

09:09AM 11          I had the privilege of playing football at Alabama

09:09AM 12  from 1976 to 1979, 4 and 0 against LSU.

09:10AM 13          MS. CLINGMAN:  Do you think I can take him?

09:10AM 14          Rachel Clingman, Your Honor, Transocean.

09:10AM 15          MR. MILLER:  Kerry Miller, Your Honor, Transocean.

09:10AM 16          MS. MARTINEZ:  Good morning, Your Honor.  Jenny Martinez

09:10AM 17  for Halliburton.

09:10AM 18          MR. GODWIN:  Good morning, Your Honor.  Don Godwin for

09:10AM 19  Halliburton.

09:10AM 20          MR. YORK:  Good morning, Judge.  Alan York for

09:10AM 21  Halliburton.

09:10AM 22          MR. DRAGNA:  Good morning, Your Honor.  Jim Dragna for

09:10AM 23  Anadarko.  Pining away for the start of the basketball season.

09:10AM 24          MR. SALMONS:  Good morning, Your Honor.  Dave Salmons

09:10AM 25  for Anadarko.

09:10AM 1          MR. WITTMANN:  Good morning, Judge.  Phil Wittmann for

09:10AM 2    Cameron.

09:10AM 3          MR. BECK:  Good morning, Your Honor.  David Beck for

09:10AM 4    Cameron.

09:10AM 5          MR. LANGAN:  Andy Langan for BP.

09:10AM 6              Mr. Haycraft is in deposition, or he would be here.

09:10AM 7          THE COURT:  Right.  I had that message.  Thank you.

09:10AM 8              Well, interestingly, watching the LSU/Alabama game

09:10AM 9    that night, they always put out these little interesting

09:10AM 10   statistics.  I don't know where they drag them up.

09:11AM 11             This one was pretty interesting because the trivia

09:11AM 12   question was there were only two coaches in LSU history that had

09:11AM 13   beaten Alabama four times.  I first thought of Charlie McClendon,

09:11AM 14   who had been at LSU for 25 or 30 years, but he didn't beat

09:11AM 15   Alabama four times in all those years; and, I think that's why he

09:11AM 16   got fired, ultimately.

09:11AM 17             But the two coaches were Les Miles and Nick Saban.

09:11AM 18   Pretty interesting, you know.

09:11AM 19             Anyway, since we were here last time, the Court, of

09:11AM 20   course, issued two substantive rulings, the order dealing with

09:11AM 21   the states' claims and the order dealing with BP's motion for

09:11AM 22   judgment on the pleadings in the insurance actions.

09:11AM 23             So let's talk about the Conditional Transfer Order

09:11AM 24   Report and Status.  Mr. Langan.

09:12AM 25             MR. LANGAN:  Good morning, Your Honor.

09:12AM 1        Since our report on October 18th, there have been

09:12AM 2   three new conditional transfer orders covering nine additional

09:12AM 3   cases.  The Panel has now issued 39 conditional transfer orders

09:12AM 4   in total.

09:12AM 5        We believe there are about 535 cases that are here

09:12AM 6   before Your Honor, either through transfer or original filing.

09:12AM 7   And, of course, on top of that, there is over 109,000 short form

09:12AM 8   joinders that have been filed.

09:12AM 9        The Panel does have several transfer disputes that

09:12AM 10  remain to be decided.  The Panel meets on December 1st in

09:12AM 11  Savannah, and I believe there are four disputes about 2179 that

09:12AM 12  are going to be decided on the briefs at that time.

09:12AM 13       Then, there are some additional disputes about

09:12AM 14  other cases that won't be decided on December 1st, that may spill

09:12AM 15  over to what I believe is the next session on January 26th of the

09:12AM 16  Panel in Miami.

09:12AM 17       So there is a handful of transfer disputes still to

09:13AM 18  be resolved.

09:13AM 19       THE COURT:  Do your numbers reflect -- I just got this

09:13AM 20  one this morning -- Conditional Transfer Order 39 transferred --

09:13AM 21       MR. LANGAN:  I think it does.

09:13AM 22       THE COURT:  -- looks like, about seven or eight

09:13AM 23  additional cases, mostly from Mississippi.  One from Texas, it

09:13AM 24  looks like.

09:13AM 25       MR. LANGAN:  I believe so, because the number we

09:13AM 1    reported on said there were 39 conditional transfer orders.

09:13AM 2         THE COURT:  Apparently, it does.  All right.  Thank you.

09:13AM 3              Status of the pending state cases.

09:13AM 4         MR. LANGAN:  Your Honor, as we reported, we believe

09:13AM 5    there are approximately 40 cases pending in various state courts,

09:13AM 6    mostly around the Gulf Coast.  Of those 40, about 23 are personal

09:13AM 7    injury cases.  Of those 23, two are sort of day of incident,

09:13AM 8    April 20, 2010, cases, and the rest are response effort personal

09:13AM 9    injury cases.

09:13AM 10             There are about ten economic loss claims, two

09:14AM 11   Vessel of Opportunity cases, three breach of contract or breach

09:14AM 12   of lease cases, and various other cases, as well.

09:14AM 13             With respect to trial dates, Your Honor, as we've

09:14AM 14   talked about previously, some state courts in Texas have

09:14AM 15   established trial dates in 2012.  Several of those cases are set

09:14AM 16   to be mediated, including a couple by Magistrate Judge Shushan,

09:14AM 17   who has agreed to mediate cases that are pending in the Texas

09:14AM 18   state courts.

09:14AM 19             We, from time to time, reach out to

09:14AM 20   Special Master McGovern to help assist us in case management and

09:14AM 21   making sure those cases don't get ahead of this MDL.

09:14AM 22        THE COURT:  According to the report, the earliest trial

09:14AM 23   date that I see in one of the state court cases at this time is

09:14AM 24   Young versus Ranger --

09:14AM 25        MR. LANGAN:  Right.

09:14AM  1          THE COURT:  -- in Galveston --

09:14AM  2          MR. LANGAN:  Yes.

09:14AM  3          THE COURT:  -- January 9th.  Is that still the trial

09:14AM  4   date, January 9th?

09:14AM  5          MR. LANGAN:  It is.  Yes.  That case is also, I believe,

09:15AM  6   going to be mediated, as well, but there is still a trial date;

09:15AM  7   and, it's not a day of incident case.

09:15AM  8          THE COURT:  All right.  Thank you.

09:15AM  9          Does anyone else need to speak or have anything to

09:15AM 10   say on those matters?

09:15AM 11          All right.  2185, Judge Ellison's MDL.  Anything

09:15AM 12   new to report there?

09:15AM 13          MR. LANGAN:  Your Honor, the headline for 2185 is that

09:15AM 14   motion practice continues in the four cases.

09:15AM 15          In the securities case, a fully briefed motion to

09:15AM 16   dismiss argument was held on November 4th, so that matter is

09:15AM 17   under submission.

09:15AM 18          As I think Your Honor knows, in the derivative

09:15AM 19   strand of cases, back in September the case was dismissed on

09:15AM 20   forum non conveniens grounds.  The parties are still discussing

09:15AM 21   and disputing the conditions of that dismissal, and that is not

09:15AM 22   resolved yet.  In other words, if the case is going to be

09:15AM 23   dismissed, what are the conditions.

09:15AM 24          The motion to dismiss under the ERISA strand of

09:16AM 25   cases is now fully briefed.  I believe, in the dividends

09:16AM 1  suspension case, the motion to dismiss will be fully briefed as

09:16AM 2  of today.

09:16AM 3            The only thing I want to mention is that we

09:16AM 4  continue to provide access to the discovery, at least as to BP,

09:16AM 5  to the parties in MDL 2185.

09:16AM 6            THE COURT:  Thank you.

09:16AM 7            Does anyone else need to speak about 2185?

09:16AM 8            Report on Written and Deposition Discovery.  I know

09:16AM 9  Mr. Haycraft usually does this report.  Mr. Langan, are you up to

09:16AM 10  the task?

09:16AM 11            MR. LANGAN:  I think I'm up to the task, Your Honor.

09:16AM 12            So, just some numbers.  246 fact depositions have

09:16AM 13  been completed.

09:16AM 14            We are now commencing -- for Phase One of the

09:16AM 15  expert discovery, depositions started this week.  I am told that

09:16AM 16  there will be 68 expert depositions set covering 132 days, and

09:17AM 17  that's squeezed into about 35 calendar days between now and early

09:17AM 18  January.  So there is a lot going on, and there has been, and

09:17AM 19  there continues to be.

09:17AM 20            At the same time, with Magistrate Judge Shushan's

09:17AM 21  assistance, we are planning for Phase Two discovery.  The parties

09:17AM 22  have been talking about forms of 30(b)(6) notices.

09:17AM 23            Phase Two fact depositions are going to commence,

09:17AM 24  per Her Honor, I believe on January 16th.  We continue to meet

09:17AM 25  with Judge Shushan most every Friday to talk about the nuts and

09:17AM 1    bolts.

09:17AM 2              THE COURT:  Thank you very much.

09:17AM 3              Does anyone else want to talk about any of the

09:17AM 4    issues relating to depositions or discovery?

09:17AM 5              It was pointed out to me yesterday that we were

09:17AM 6    65 working days prior to trial, so that means we're now 64 days

09:17AM 7    prior to trial.  So there is a lot that has been accomplished,

09:18AM 8    but a lot to be accomplished.  I commend counsel on their efforts

09:18AM 9    and urge you to continue cooperating to get all of this done.

09:18AM 10             Vessels of Opportunity cases.  I know we have a

09:18AM 11   motion to argue later this morning.  Is there anything else to

09:18AM 12   report on that at this time?

09:18AM 13             MR. HERMAN:  Good morning, Your Honor.  Steve Herman for

09:18AM 14   the plaintiffs.

09:18AM 15             In addition to that, I can note that approximately

09:18AM 16   sixteen to seventeen hundred VoO contract plaintiff profile forms

09:18AM 17   have been severed via LexisNexis in the MDL.  Five of the six

09:18AM 18   focus plaintiffs have been deposed already.  One of the three BP

09:18AM 19   reps have been deposed, and the other two depositions, I believe,

09:18AM 20   are scheduled.  We've also scheduled a preliminary meeting with

09:18AM 21   the mediator, just to kind of go over the basic issues.  So

09:18AM 22   that's where we are.

09:18AM 23             THE COURT:  Right.  I don't know if anybody here is

09:19AM 24   involved in that Alabama case, but there's a case pending in

09:19AM 25   federal court in Mobile that Judge DuBose there is handling, and

09:19AM 1    she had a hearing set for this afternoon.

09:19AM 2            I contacted her and apprised her of what we were

09:19AM 3    doing here in the VoO cases, and that we had a case management

09:19AM 4    order process in place.  Obviously, it was her decision, but she

09:19AM 5    decided to cancel her hearing and defer to what we're doing here.

09:19AM 6            MR. HERMAN:  Well, thank you, Your Honor.  We'll try to

09:19AM 7    identify and reach out to those attorneys and make sure to

09:19AM 8    coordinate.

09:19AM 9            THE COURT:  I don't know who are attorneys are in the

09:19AM 10   case.

09:19AM 11           MR. HERMAN:  Thank you.

09:19AM 12           THE COURT:  Thank you.

09:19AM 13           Does anyone else want to speak about the VoO cases

09:19AM 14   at this time?

09:19AM 15           Insurance Coverages Cases.

09:19AM 16           MR. LANGAN:  Your Honor, just a brief report.

09:19AM 17           Andy Langan for BP.

09:20AM 18           First of all, I want to start with the interpleader

09:20AM 19   actions.  With the assistance of Magistrate Judge Shushan, I

09:20AM 20   believe there is now in place an agreement among the parties to

09:20AM 21   the interpleader action to reach an agreement to basically

09:20AM 22   resolve the cases, at least, or at least to put a mechanism in

09:20AM 23   place to have access to those funds.

09:20AM 24           MR. GILLY:  Good morning, George Gilly for Transocean's

09:20AM 25   excess underwriters.

09:20AM 1          As of this morning, the final party has e-mailed

09:20AM 2    saying that they've approved, so we have an agreement with

09:20AM 3    respect to a protocol for settling and reimbursing settlements of

09:20AM 4    the Transocean employee injury claims.

09:20AM 5          The parties have also agreed to a CMO that the

09:20AM 6    Judge, the Magistrate, has worked with us on both of those

09:20AM 7    documents.  So everybody has agreed.  It's just a question now of

09:20AM 8    getting them signed, which should happen almost immediately.

09:20AM 9          THE COURT:  What's the essence of that, Mr. Gilly?  How

09:20AM 10   is this going to work?

09:20AM 11         MR. GILLY:  How are the reimbursements going to work?

09:21AM 12         THE COURT:  Yes.  You're not putting the money in the

09:21AM 13   registry of the court in any way or in any other --

09:21AM 14         MR. GILLY:  No, sir.  There is a procedure whereby, with

09:21AM 15   respect to claims that Transocean has already settled or those

09:21AM 16   that Transocean may settle in the future or those that BP or the

09:21AM 17   GCCF has already settled or may settle in the future will be

09:21AM 18   submitted to the parties, along with supporting documentation.

09:21AM 19         If all the parties agree that the reimbursement is

09:21AM 20   reasonable and the request is reasonable, then it happens within,

09:21AM 21   I believe, 13 days, something like that.

09:21AM 22         Then -- which is pretty quick for insurers to come

09:21AM 23   across with money.

09:21AM 24         Then, if any of the parties disagree that

09:21AM 25   reimbursement or payment is appropriate, then it goes to the

09:21AM 1     Magistrate.  This is the good news for you, she decides it, and
09:21AM 2     there is no appeal from what she decides.
09:21AM 3             THE COURT:  Good.  Thank you.
09:22AM 4             So you all are going to submit a proposed order to
09:22AM 5     Judge Shushan soon on that?
09:22AM 6             MR. GILLY:  With respect to -- there is a case
09:22AM 7     management order that she participated in, and it was approved.
09:22AM 8     All the parties have approved it, and we will be submitting
09:22AM 9     that -- be signing that and submitting the case management order
09:22AM 10    for her approval very soon.
09:22AM 11            THE COURT:  Very well.  Thank you.
09:22AM 12            MR. GILLY:  There are other issues with respect to
09:22AM 13    the --
09:22AM 14            THE COURT:  Go ahead.  Do you want to raise some
09:22AM 15    other -- I guess the issue is where do we stand on the two dec
09:22AM 16    actions, right?
09:22AM 17            MR. GILLY:  Yes, sir.  Yes, sir.
09:22AM 18            We received and read and appreciate your order and
09:22AM 19    reasons and very detailed analysis.  We believe it essentially
09:22AM 20    resolved all of the declaratory judgment matters, both the claim
09:22AM 21    that the insurers filed and the counterclaim that BP filed.
09:22AM 22            We think the best way to achieve finality going
09:22AM 23    forward now is for you to give us leave, Transocean and the
09:23AM 24    insurers, to file a motion for summary judgment asking that you
09:23AM 25    enter a judgment consistent with your order and reasons.

09:23AM 1          Then, at that point, we would also ask that you

09:23AM 2   certify it under 54(b), and then an appeal can be taken.

09:23AM 3   Obviously, we hope they don't appeal, but we anticipate they

09:23AM 4   probably will.

09:23AM 5          We've looked at it hard since your ruling, and

09:23AM 6   that's the way we see as appropriate going forward.  We spoke

09:23AM 7   with your clerk, who said to please present our thoughts this

09:23AM 8   morning.  That's what I've done.

09:23AM 9          MR. ELSLEY:  Your Honor, John Elsley for Transocean.

09:23AM 10         We concur with what Mr. Gilly just said.  So we

09:23AM 11  would also like to join in and file such a motion.

09:23AM 12         THE COURT:  Let me hear from Mr. Langan.

09:23AM 13         MR. LANGAN:  Your Honor, Andy Langan for BP.

09:23AM 14         I think my client would like to consider what

09:23AM 15  Mr. Gilly has said.  As far as I know, we haven't heard this

09:23AM 16  before.  We would like to study your opinion some more and circle

09:23AM 17  back to Mr. Gilly and counsel for Transocean promptly.  We may

09:23AM 18  have a slightly different take --

09:23AM 19         THE COURT:  Sure.

09:23AM 20         MR. LANGAN:  -- but we'll consider what they have to

09:24AM 21  say.

09:24AM 22         THE COURT:  How much time do you think you need?

09:24AM 23         MR. LANGAN:  Seven days.

09:24AM 24         THE COURT:  Seven days.  That's fair enough.

09:24AM 25         Within seven days, you'll get back to the Court and

09:24AM 1  Mr. Gilly and at least let us know if you concur in what he's

09:24AM 2  suggesting or if you have another idea, and then we'll go from

09:24AM 3  there.

09:24AM 4          MR. LANGAN:  Well, maybe 10 days, since it's -- instead

09:24AM 5  of the Friday after Thanksgiving.

09:24AM 6          THE COURT:  That's fine.  Monday week.

09:24AM 7          MR. LANGAN:  The 28th of November.

09:24AM 8          MR. GILLY:  Good, thank you.

09:24AM 9          MR. ELSLEY:  Thank you, Your Honor.

09:24AM 10         THE COURT:  Very good.

09:24AM 11             Does anyone else want to speak at all on anything

09:24AM 12  relating to the insurance coverage cases?

09:24AM 13             All right.  Status of the Cement Testing.

09:24AM 14             Wait a minute, I'm sorry, let's talk about the BOP

09:24AM 15  and Capping Stack Testing.

09:24AM 16         MR. UNDERHILL:  Then we can move to cement testing, and

09:24AM 17  I can use Mr. Gasaway for a shield, Your Honor.

09:25AM 18         THE COURT:  Right.

09:25AM 19         MR. GASAWAY:  Good morning, Your Honor.  Rob Gasaway for

09:25AM 20  BP.

09:25AM 21             Captain Englebert continues to perform admirably as

09:25AM 22  this Court's special master for physical evidence, not just the

09:25AM 23  BOP, but the capping stack and the so-called kinked riser, as

09:25AM 24  well.  She submitted a report on November 7th detailing a number

09:25AM 25  of activities.

09:25AM 1          First of all, preservation of the BOP has been

09:25AM 2   completed, secured against wind and elements.

09:25AM 3          Second of all, there was a major inspection of the

09:25AM 4   capping stack on October 19th.

09:25AM 5          Then, third of all, there has been some physical

09:25AM 6   evidence investigation and measurements being taken, both by the

09:25AM 7   DOJ of the capping stack and then a scan of the kinked riser by

09:25AM 8   BP.

09:25AM 9          All of that has gone smoothly.  All parties have

09:25AM 10  had access to that evidence and are sharing the results of those

09:25AM 11  investigations.  So the process is working, Your Honor.

09:25AM 12          THE COURT:  Very well.

09:25AM 13          MR. UNDERHILL:  Thank you, Your Honor.  Mike Underhill

09:25AM 14  on behalf of the United States.

09:25AM 15          Your Honor, on the cement testing, it's still being

09:26AM 16  undertaken, to what I presume is going to be the Court's

09:26AM 17  displeasure that it's still being conducted and not done.

09:26AM 18          The Court has asked me, and I will certainly carry

09:26AM 19  out next week, I think we're going to get together with

09:26AM 20  Judge Shushan to try to talk to the agency that's responsible for

09:26AM 21  the testing and see if they can take all available steps, whether

09:26AM 22  reasonable or not, to get the process done.  I look forward to

09:26AM 23  working with Judge Shushan to convince those doing the testing

09:26AM 24  to --

09:26AM 25          THE COURT:  How many rocks are we talking about?

09:26AM  1            MR. UNDERHILL:  I don't know, Your Honor.  I honestly

09:26AM  2      don't know.

09:26AM  3            THE COURT:  It's a handful, relatively, right?

09:26AM  4            MR. UNDERHILL:  If somebody knows, please pitch in.

09:26AM  5      We're not talking thousands.

09:26AM  6            THE COURT:  I'm not trying to make light of the

09:26AM  7      situation --

09:26AM  8            MR. UNDERHILL:  I understand.

09:26AM  9            THE COURT:  -- but I had the distinct impression when we

09:26AM 10      talked about this once or twice before that this was going to be

09:26AM 11      a relatively noncomplex, straightforward testing that would be

09:26AM 12      done in a matter of a few weeks.

09:27AM 13            MR. UNDERHILL:  That was my understanding, too.

09:27AM 14            THE COURT:  Yes.  But it's not worked out that way,

09:27AM 15      right?

09:27AM 16            MR. UNDERHILL:  No.

09:27AM 17            THE COURT:  So, earlier today, in our liaison meeting, I

09:27AM 18      asked you to bring that to Judge Shushan -- well, Judge Shushan

09:27AM 19      was in the meeting, so she's going to set up some sort of

09:27AM 20      conference call with those folks on Monday and see if we can move

09:27AM 21      it along.

09:27AM 22            MR. UNDERHILL:  We look forward to working with

09:27AM 23      Judge Shushan to that effect, Your Honor.

09:27AM 24            THE COURT:  Because the end of the year is just not

09:27AM 25      acceptable at this point.

09:27AM 1    MR. UNDERHILL:  Understood and agreed.

09:27AM 2    THE COURT:  Thank you, Mr. Underhill.

09:27AM 3    MR. UNDERHILL:  Thank you.

09:27AM 4    THE COURT:  Does anyone else want to speak on those

09:27AM 5 issues?

09:27AM 6    I have a note, a request to ask the attorneys to

09:27AM 7 speak closer to the podium microphone, because the folks who are

09:27AM 8 in the overflow courtroom across the hall are having a hard time

09:27AM 9 hearing you.  So, if you would, make sure when you speak you're

09:27AM 10 close enough to the podium microphone, so you can be heard.

09:28AM 11    On the agenda as number 10, Status of Motions in

09:28AM 12 Limine, I'm not sure what we have to talk about there.

09:28AM 13    Mr. Langan.

09:28AM 14    MR. LANGAN:  Your Honor, we just listed this with the

09:28AM 15 PSC because there is a lot of active motion practice going on

09:28AM 16 about the Motions in Limine.

09:28AM 17    Judge Shushan entered an order on November 2nd that

09:28AM 18 lays out a schedule for these, and we just wanted to make sure

09:28AM 19 the Court was aware that these motions are getting briefed and, I

09:28AM 20 guess, will eventually be decided by Your Honor.

09:28AM 21    THE COURT:  Right.  We'll be looking at those as they

09:28AM 22 come in and ruling on them as we are able to.

09:28AM 23    Before we get to the pending -- I'm sorry, did you

09:28AM 24 have anything else to say?

09:28AM 25    MR. LANGAN:  No -- only this, Your Honor.  I think that

09:28AM 1   the November 2nd order captures most every motion in limine.

09:28AM 2   There may have been a couple that are not reflected here, and, I

09:28AM 3   guess, perhaps we'll take that up with Judge Shushan.  That was

09:29AM 4   it.

09:29AM 5          THE COURT:  Thank you.

09:29AM 6              Before we take up the -- I'm sorry, Mr. Herman.

09:29AM 7   Did you want to say something?

09:29AM 8          MR. HERMAN:  Good morning, Your Honor.  Steve Herman for

09:29AM 9   the plaintiffs, again.

09:29AM 10             If I could just ask the Court's permission, we have

09:29AM 11  a number of *in limine* filings that are due today, and I think

09:29AM 12  several of them -- or at least the full versions of them will be

09:29AM 13  submitted under seal, as well as the exhibits, because there is

09:29AM 14  still some confidentiality issues under PTO 13.

09:29AM 15             What we would request, for, I think, the Court's

09:29AM 16  benefit, as well as our own, is if we could file everything

09:29AM 17  today, and then have the weekend to get all of the exhibits

09:29AM 18  together on a CD and deliver that to the Court Monday, if that's

09:29AM 19  okay with the Court.

09:29AM 20         THE COURT:  All right.  I don't suspect anyone would

09:29AM 21  have a problem with that.  Does anyone have any objection to

09:29AM 22  that?

09:29AM 23             All right.  Hearing none, that's fine.

09:29AM 24         MR. HERMAN:  Thank you, Your Honor.

09:29AM 25         THE COURT:  Before we get to the oral arguments, I want

09:30AM 1   to raise two other issues that are not technically on the agenda,

09:30AM 2   but we talked earlier today briefly about the status of the audit

09:30AM 3   that is going to be performed involving the GCCF.  Can somebody

09:30AM 4   give a brief report here in court on that?

09:30AM 5           Mr. Langan, is that you?  Or Mr. Strange?  One of

09:30AM 6   you.

09:30AM 7       MR. LANGAN:  I'll tell you what I know.  I think the

09:30AM 8   facts are that the Department of Justice has said that -- they

09:30AM 9   endorse the idea of an audit of the GCCF, and I believe they are

09:30AM 10  putting a protocol in place to make that happen.

09:30AM 11          I think there is a process in place.  I think they

09:30AM 12  are trying to evaluate who the auditors will be, make a

09:30AM 13  selection, and then proceed with an audit to enhance transparency

09:30AM 14  of the GCCF.

09:30AM 15      THE COURT:  I think Special Master McGovern actually has

09:30AM 16  maybe some current information, if you don't mind giving us,

09:31AM 17  Professor.

09:31AM 18      SPECIAL MASTER MCGOVERN:  Francis McGovern,

09:31AM 19  Special Master.

09:31AM 20          Your Honor, I spoke yesterday with the

09:31AM 21  Justice Department.  The current intention is to submit to

09:31AM 22  potential auditors a proposal, either today or the beginning of

09:31AM 23  next week, give them a period of several weeks to respond, both

09:31AM 24  as to their availability and their ability to perform an audit

09:31AM 25  given a relatively rapid time frame.

09:31AM 1          The Justice Department anticipates that there would

09:31AM 2     be responses several weeks thereafter.  Then there would be an

09:31AM 3     opportunity for the states and other interested parties to review

09:31AM 4     those responses.

09:31AM 5          The hope on the part of the Justice Department is

09:31AM 6     to commence the audit before the end of this calendar year.

09:31AM 7          THE COURT:  All right.  Very well.

09:31AM 8          Let me see, Mr. Strange, do you have anything to

09:31AM 9     say on this?  I know you've been very involved in this.

09:32AM 10          MR. STRANGE:  Yes, Your Honor.  Luther Strange for

09:32AM 11    Alabama.

09:32AM 12          We did go to Washington and met with the top

09:32AM 13    officials at the Justice Department and impressed on them the

09:32AM 14    need to move quickly, so that we had a transparent report that

09:32AM 15    holds Mr. Feinberg accountable.

09:32AM 16          So this is good information to learn this morning,

09:32AM 17    that they're really -- time is of the essence, and we've tried to

09:32AM 18    impress that on them, as well, Your Honor.

09:32AM 19          THE COURT:  Apparently, from what Professor McGovern

09:32AM 20    said, you and presumably whatever other interested parties there

09:32AM 21    may be, for example, the PSC, would have an opportunity to weigh

09:32AM 22    in on that once they get a response from the auditors.

09:32AM 23          MR. STRANGE:  We've received great cooperation from the

09:32AM 24    Justice Department, Your Honor.  My only issue is the timing.  I

09:32AM 25    think we share your concern that it be moving sooner rather than

09:32AM 1   later.

09:32AM 2           THE COURT:  Sure, sure.  That's why I'm trying to do

09:32AM 3   whatever I can to lend assistance to move it along.

09:32AM 4           MR. STRANGE:  That's great, Your Honor.  Thank you very

09:33AM 5   much.

09:33AM 6           THE COURT:  Thank you.

09:33AM 7           One more thing, again, before we get to the oral

09:33AM 8   arguments, I'll just state, now that we're in open court, that I

09:33AM 9   discussed with liaison counsel this morning the need to tee up

09:33AM 10  and hopefully try to decide some of the pending indemnity issues

09:33AM 11  in this case.  There are a number of them.

09:33AM 12          Transocean's indemnity claim versus BP is filed.

09:33AM 13  There is a motion pending, and the briefing is in progress and

09:33AM 14  should be fully briefed within the next couple of weeks.

09:33AM 15          I understand from -- Mr. Beck, did you want to

09:33AM 16  mention about your motion and the status of that --

09:33AM 17          MR. BECK:  David Beck for Cameron.

09:33AM 18          THE COURT:  -- your request?

09:33AM 19          MR. BECK:  Yes, Your Honor.  We have filed a motion for

09:34AM 20  summary judgment, also, on our indemnity with respect to

09:34AM 21  Transocean.  My understanding is that the Court is going to set a

09:34AM 22  schedule for responses to that motion.

09:34AM 23          THE COURT:  Yes.  I believe the current deadline for the

09:34AM 24  oppositions is December 7th?

09:34AM 25          MR. BECK:  That is correct.

36

09:34AM 1          THE COURT:  I suggested this morning that we would put

09:34AM 2     the same briefing schedule in place on your motion.

09:34AM 3               Then the replies would be due, I think, a week

09:34AM 4     after that.  Then I'll decide whether to entertain any oral

09:34AM 5     argument or not; but, at least we'll have your motion and

09:34AM 6     Transocean's motion teed up.

09:34AM 7          MR. BECK:  Thank you.

09:34AM 8          THE COURT:  Thank you, Mr. Beck.

09:34AM 9               I understand, Mr. Godwin, Halliburton has a claim

09:34AM 10    for indemnity.  Suit has been filed, but no motion has been

09:34AM 11    filed; am I right?  Is that the status?

09:34AM 12         MR. GODWIN:  That is correct, Your Honor.

09:34AM 13              Don Godwin for Halliburton.

09:34AM 14              As informed, Judge, we do have a claim.  We have

09:34AM 15    put BP on notice of that claim for indemnity under an agreement.

09:35AM 16    We are contemplating whether to file a motion for summary

09:35AM 17    judgment, and, if so, when.  I informed the Court that we would

09:35AM 18    be making that decision fairly soon and get back to you.

09:35AM 19         THE COURT:  All right.  Very well.

09:35AM 20         MR. GODWIN:  Thank you, Judge.

09:35AM 21         THE COURT:  Thank you.

09:35AM 22         MR. LANGAN:  Your Honor, just to complete the picture,

09:35AM 23    as I mentioned previously, BP, my client, is looking at the issue

09:35AM 24    about, on the pleadings, whether or not appropriate cross-motions

09:35AM 25    may be filed relating to limiting the scope of the indemnity

09:35AM 1    under certain legal circumstances.  We're studying that, and

09:35AM 2    we'll be able to meet the same schedule.

09:35AM 3              THE COURT:  Okay.  Very well.  Sounds good.

09:35AM 4              MR. LANGAN:  Thank you.

09:35AM 5              THE COURT:  Thank you.

09:35AM 6              Does anyone have anything else before we move on to

09:35AM 7    oral arguments on the pending motions?

09:35AM 8              All right.  Why don't we do this.  Let's take about

09:35AM 9    a five-minute recess, and we'll let everybody regroup.  I don't

09:36AM 10   know who is going to make the arguments.  We'll come back in

09:36AM 11   about five minutes and entertain the arguments.

09:36AM 12             THE DEPUTY CLERK:  All rise.

09:36AM 13             (WHEREUPON, at this point in the proceedings, a recess

09:44AM 14   was taken.)

09:44AM 15             THE DEPUTY CLERK:  All rise.

09:44AM 16             THE COURT:  Please be seated, everyone.

09:45AM 17             We're going to take up first the PSC's Motion in

09:45AM 18   Limine to Exclude Evidence of Alleged Fault of Nonparties and

09:45AM 19   Immune Parties, including the United States, which is

09:45AM 20   Record Document 4158.

09:45AM 21             I added to the agenda what I consider is a related

09:45AM 22   motion, which is the United States' Motion to Dismiss 14(c)

09:45AM 23   Third-Party Complaint and Crossclaim of Transocean, which is

09:45AM 24   Record Document 2410, which is a motion that, although it wasn't

09:45AM 25   set for oral argument this morning, I think is related to the

09:45AM 1  PSC's motion.

09:45AM 2       When I started reading the briefing, I realized the

09:45AM 3  extent to which they were related.  Also, it was pointed out, in

09:45AM 4  fact, by the United States that its motion, Document 2410, was

09:45AM 5  fully briefed some months ago.  So, anyway, we'll proceed.

09:46AM 6       Go ahead, Mr. Roy.

09:46AM 7     MR. ROY:  Yes, sir, Jim Roy for the PSC.

09:46AM 8       Your Honor, this matter has been extensively

09:46AM 9  briefed and a reply brief ultimately filed by the PSC.  The

09:46AM 10  United States has weighed in on the issue, as well.

09:46AM 11       I'll be brief.  BP, at page 7 of its 19-page brief,

09:46AM 12  concedes that when awarding compensatory damages under maritime

09:46AM 13  law, the Court does not allocate the fault of a nonparty or

09:46AM 14  immune party for purposes of awarding monetary damages.

09:46AM 15       If that's where it ended, I wouldn't be standing

09:46AM 16  here, but I don't think that's where it ends.

09:46AM 17       In fact, they go on to talk about OPA being capable

09:46AM 18  of being a divisible claim, etcetera.  The way we come down --

09:46AM 19  the way this motion has truly evolved, while it started as a

09:47AM 20  motion to exclude evidence of an immune party or a nonparty, in

09:47AM 21  the case of the United States --

09:47AM 22     THE COURT:  Are we talking about any party other than

09:47AM 23  the United States right now?

09:47AM 24     MR. ROY:  I don't think realistically we are, but I'll

09:47AM 25  leave that to other parties.  Our intent was to address the

09:47AM 1    United States, primarily.

09:47AM 2            THE COURT:  All right.

09:47AM 3            MR. ROY:  I think that where we are on that, after

09:47AM 4    seeing all the briefing, reading the cases, is willing to concede

09:47AM 5    that there are circumstances under which the Court would be

09:47AM 6    entitled to receive evidence of the actions, in this case, of the

09:47AM 7    United States of America, whether they are a nonparty or whether

09:47AM 8    they are immune.

09:47AM 9            The case that comes -- not the case, but the

09:47AM 10   circumstance that comes to mind most, while BP names four, the

09:47AM 11   situation that arises most is the determination of the

09:47AM 12   culpability in, ultimately, whether they are responsible for

09:48AM 13   X fines, or three times X fines, or whatever it may be.  Under

09:48AM 14   those certain circumstances, fault of the immune party or the

09:48AM 15   nonparty may very well be entitled to come in.

09:48AM 16           The real issue here, if we had a jury trial, is

09:48AM 17   whether or not there is a line on the verdict form for the

09:48AM 18   quantification as a percentage of fault of the nonparty or of the

09:48AM 19   immune party, in this case, the United States of America.

09:48AM 20           We would submit that, as BP concedes on page 7 of

09:48AM 21   its brief, and as we believe the law is unequivocally clear in

09:48AM 22   maritime cases, that as to, at the very least, the plaintiffs,

09:48AM 23   there is no quantification of fault of a nonparty or an immune

09:49AM 24   party.

09:49AM 25           As we've briefed it, this goes to the heart of the

09:49AM 1    fact that there is joint and several liability, and the cases

09:49AM 2    have gone on to explain why that is the functional result.

09:49AM 3            Now, BP does try to raise this issue of, well,

09:49AM 4    that's true in a maritime claim, but maybe it's not true as to

09:49AM 5    the OPA claims of plaintiffs.

09:49AM 6            The heart of their argument rests with their

09:49AM 7    allegation that OPA claims -- OPA defense liability, whatnot, is

09:49AM 8    not founded upon joint and several liability.  We would submit

09:49AM 9    that's just absolutely not true, and that Congress made it clear

09:49AM 10   that responsible parties would be held to joint -- being jointly

09:49AM 11   and severally liable, and that that standard of liability has

09:50AM 12   been determined repeatedly to be strict joint and several

09:50AM 13   liability.

09:50AM 14           THE COURT:  Let me interrupt you --

09:50AM 15           MR. ROY:  Sure.

09:50AM 16           THE COURT:  -- if you don't mind, and ask a question.

09:50AM 17           If I'm reading BP's opposition to your motion, they

09:50AM 18   are conceding much of your argument on those issues; but, what

09:50AM 19   they are really arguing is the fact that they do not seek to have

09:50AM 20   fault allocated or imposed on the United States.

09:50AM 21           They, nonetheless, may wish to and should have

09:50AM 22   their right to introduce evidence that may relate to, for

09:50AM 23   example -- they use the example, I think, that they were acting

09:50AM 24   pursuant to permits and being regulated by the United States, by

09:51AM 25   MMS, in terms of their drilling plan and so forth, and that your

09:51AM 1    motion is overly broad, at a minimum.

09:51AM 2         MR. ROY:  I think that's an accurate statement, Judge.

09:51AM 3    I think that, as I thought I indicated at the beginning of this

09:51AM 4    argument, we concede that there are circumstances under which

09:51AM 5    evidence of immune party or nonparty fault, if you will, can and

09:51AM 6    should be admissible in this proceeding.

09:51AM 7         THE COURT:  Or just say conduct; whether it --

09:51AM 8         MR. ROY:  Exactly.

09:51AM 9         THE COURT:  -- equates to fault or not --

09:51AM 10        MR. ROY:  That's correct.

09:51AM 11        THE COURT:  -- may not be relevant, but --

09:51AM 12        MR. ROY:  That being said, the protective mantra we're

09:51AM 13   seeking through this motion is simply a declaration at this point

09:51AM 14   that any of the plaintiffs' claims, that, if, indeed, there is

09:51AM 15   evidence that comes into this record of the conduct of a nonparty

09:52AM 16   or immune party, that plaintiffs' claims will not have a

09:52AM 17   quantification as a percentage of fault of those nonparty or

09:52AM 18   immune parties.

09:52AM 19        THE COURT:  I don't understand their opposition to

09:52AM 20   disagree with that, but I'll let them speak for themselves in a

09:52AM 21   minute.

09:52AM 22        MR. ROY:  Right.  I think they agree, I would submit, as

09:52AM 23   to General Maritime Law; but, it seems they disagree as to OPA

09:52AM 24   claims on the basis of the --

09:52AM 25        THE COURT:  Here is the issue, though.  Your motion

09:52AM  1   isn't directed to any specific evidence.  It's not directed --

09:52AM  2   often, in Motions in Limine, it's to exclude certain testimony or

09:52AM  3   certain documents or evidence or whatever.  If I grant your

09:52AM  4   motion, what are we excluding?  What specific relief or order are

09:53AM  5   you seeking?  How would an order be framed?

09:53AM  6        MR. ROY:  Sure.  This was the subject, Your Honor, of

09:53AM  7   discussion among some of the parties and BP immediately prior to

09:53AM  8   this argument, as to whether or not the motion itself should be

09:53AM  9   pulled down and refiled with a limited scope, which would be to

09:53AM 10   exclude quantification of fault as a percentage on any

09:53AM 11   plaintiff's claim.  That is, in retrospect, as the briefing has

09:53AM 12   evolved, probably how the motions should have been characterized.

09:53AM 13        It is no longer an issue, at least from the

09:53AM 14   plaintiffs' standpoint, because we withdraw that part of the

09:53AM 15   motion.  We're no longer seeking a Motion in Limine ruling to

09:53AM 16   exclude evidence of the conduct of a nonparty or an immune party.

09:54AM 17        THE COURT:  Okay.  I think I follow you.  Anything else?

09:54AM 18        MR. ROY:  No, sir.

09:54AM 19        THE COURT:  All right.  Let me hear from the opposition.

09:54AM 20          Mr. Langan.

09:54AM 21        MR. LANGAN:  Your Honor, Andy Langan for BP.

09:54AM 22        In light of Mr. Roy's comments, I tend to agree

09:54AM 23   that there may not be much in dispute here, nor much in dispute

09:54AM 24   that Your Honor needs to rule on any time soon.

09:54AM 25        But, just to recap our position, Mr. Roy is

09:54AM 1    correct, we agree and have said that insofar as maritime law is

09:54AM 2    concerned, we do not quarrel that the Court is not going to

09:54AM 3    allocate the fault of a nonparty or an immune party for purposes

09:54AM 4    of awarding damages for the maritime law claims that are at issue

09:54AM 5    in the limitation action.

09:54AM 6         THE COURT:  BP has not filed any sort of claim against

09:54AM 7    the United States, correct?

09:54AM 8         MR. LANGAN:  That is correct.  Reserving our rights to

09:54AM 9    do so some day, maybe, but we have not; and, they are certainly

09:54AM 10   not ripe for a trial in February.  So that's the first point.

09:55AM 11        The second point is, is that legally we do believe

09:55AM 12   and have raised as a defense that may be considered some day

09:55AM 13   under OPA, there may be the prospect of allocating fault for a

09:55AM 14   divisible injury.  We're not prepared to give up that, but nor

09:55AM 15   does Your Honor need to reach that now.

09:55AM 16        But we do believe that -- we're very strong in our

09:55AM 17   view that there is joint and several liability for indivisible

09:55AM 18   injuries; but, there might be a divisible injury here, we have to

09:55AM 19   see what the discovery shows, that we might some day assert.  But

09:55AM 20   I don't think you need to reach that.

09:55AM 21        More important for the present purposes, and I

09:55AM 22   think Mr. Roy just conceded this, for the trial that's going to

09:55AM 23   be conducted, we're entitled to defend ourselves.  The plaintiffs

09:55AM 24   have made claims of negligence, they say we have violated

09:55AM 25   regulations, they've made claims of gross negligence, a few

09:55AM 1    plaintiffs seek punitive damages.

09:55AM 2             In defending ourselves, we're entitled to put on

09:55AM 3    evidence that things like the drilling plan was approved by the

09:55AM 4    MMS, like Your Honor alluded to, and that our source control

09:55AM 5    activities were done at the behest of the United States and the

09:56AM 6    Joint Incident Committee.  I mean, those are very, very important

09:56AM 7    to our defense; and, to defend ourselves against claims of

09:56AM 8    negligence, gross negligence, punitive damages, we're entitled to

09:56AM 9    put that evidence in.  It sounds like Mr. Roy agrees, and that

09:56AM 10   the PSC agrees.

09:56AM 11            In our brief, we laid out other reasons why that

09:56AM 12   evidence is relevant, but I'm hesitant to belabor the point since

09:56AM 13   it's been conceded.

09:56AM 14        THE COURT:  Does anyone else want to weigh in on it?

09:56AM 15   Mr. Underhill?

09:56AM 16        MR. UNDERHILL:  Mike Underhill, United States.

09:56AM 17            Limiting myself to the Motion in Limine,

09:56AM 18   Your Honor, hopefully I can make our position clear and, perhaps,

09:56AM 19   see how I see Andy's argument and Mr. Roy's argument.

09:56AM 20            The United States does not argue that evidence of

09:56AM 21   what MMS approved, didn't approve doesn't come in.  It's fair

09:56AM 22   game.  This is a bench trial.  So we have no dispute.  I mean,

09:56AM 23   there may be individual disputes over the Federal Rules of

09:56AM 24   Evidence; but, as a concept, we don't think that the actions of

09:57AM 25   the United States can't come in as evidence at trial.

09:57AM 1                 There are documents, permits approved, witness

09:57AM 2     testimony, etcetera.  So I think we're clear on that, and I hear

09:57AM 3     Mr. Langan and Mr. Roy essentially saying the same thing.

09:57AM 4                 Insofar as how I would frame the issue of what

09:57AM 5     Mr. Langan calls divisibility, I think this is a very important

09:57AM 6     issue.  If the Court wants further briefing, perhaps we should do

09:57AM 7     that.  But what I hear Mr. Langan saying is that they concede, as

09:57AM 8     they must, that liability under the joint -- under General

09:57AM 9     Maritime Law is joint and several.

09:57AM 10                So, if a plaintiff gets a judgment against three

09:57AM 11    defendants, it can choose to collect 100 percent against

09:57AM 12    defendant A, let defendant A worry about collecting on the back

09:57AM 13    end from the other two jointly liable defendants.  He concedes

09:57AM 14    that point.

09:57AM 15                But then I hear him segue into the OPA argument,

09:57AM 16    and argue that OPA has some type of divisibility.  So, under the

09:58AM 17    same defendant A, B, and C analogy, as I hear what Mr. Langan is

09:58AM 18    saying, whether it's an immune party or a nonimmune party --

09:58AM 19    defendant B could be Transocean, it could be Halliburton -- what

09:58AM 20    I hear Mr. Langan saying is, under OPA, that statute would allow

09:58AM 21    defendant A, let's assume it's 60 percent liable, and the other

09:58AM 22    40 percent is split among defendants B and C, that the plaintiff

09:58AM 23    could only collect 60 percent from defendant A.

09:58AM 24                I want to make our position clear that that is

09:58AM 25    definitely, most assuredly not what OPA says.  I think it's cited

09:58AM  1    in both our reply to the Motion in Limine and to the Plaintiffs'

09:58AM  2    Steering Committee, the case is cited, but I think, most

09:58AM  3    importantly, Congress has spoken to the issue clearly.  It's in

09:58AM  4    the conference report cited in our papers as a Westlaw cite the

09:58AM  5    Court can read.

09:58AM  6             I think the words -- because I've memorized it

09:58AM  7    about 20 years ago -- is that liability is strict, joint, and

09:59AM  8    several.  I don't think it could be clearer.

09:59AM  9             So if there is an argument that BP wants to import

09:59AM 10    from CERCLA, a separate statute, that won't fly in the face of

09:59AM 11    OPA.  I would say, in fact, the CERCLA argument works against

09:59AM 12    them because CERCLA, under certain limited circumstances, can

09:59AM 13    have apportionment.

09:59AM 14             The fact that Congress borrowed for CERCLA for

09:59AM 15    parts of OPA, but yet didn't import those same parts of CERCLA

09:59AM 16    that would allow divisibility, speaks to Congress' intent that we

09:59AM 17    purposely did not intend to put that liability scheme into the

09:59AM 18    OPA statute.

09:59AM 19             If the Court wants further briefing, I suspect we'd

09:59AM 20    be happy to provide it, or will as the Court wishes on this

09:59AM 21    motion.  We'll stand by that, too.  But we didn't want that point

09:59AM 22    to be lost on any of the parties about the joint and several

09:59AM 23    nature of OPA.

09:59AM 24             THE COURT:  All right.

09:59AM 25             MR. UNDERHILL:  Thank you, Your Honor.

10:00AM 1          THE COURT:  Did you want to say anything further in

10:00AM 2    support of your motion, Mr. Underhill?  Mr. Underhill --

10:00AM 3              Wait a minute, Mr. Langan.  I'm sorry.

10:00AM 4              -- did you want to say anything further in support

10:00AM 5    of your motion?

10:00AM 6          MR. UNDERHILL:  Sure.  I would love to.

10:00AM 7          THE COURT:  I'll give you a chance.

10:00AM 8          MR. UNDERHILL:  I don't need to belabor this point.  How

10:00AM 9    much would you like, Your Honor?

10:00AM 10         THE COURT:  As little as you need to say.

10:00AM 11         MR. UNDERHILL:  As little as I need to say.

10:00AM 12         THE COURT:  I've read the briefs.

10:00AM 13         MR. UNDERHILL:  I understand.  I think, which is the

10:00AM 14   Court's general hint that you don't want me talking for too long.

10:00AM 15   I don't think we need to.

10:00AM 16             I would break our motion into -- first of all, let

10:00AM 17   me say that it's a pleasure to stand up here and to have so many

10:00AM 18   parties saying that they don't intend to sue us and that we're

10:00AM 19   immune.  Usually, I'm arguing against that, so BP says they are

10:00AM 20   not suing, and I go, hooray for the team.  Plaintiffs' Steering

10:00AM 21   Committee, we're immune; hooray for the team.

10:00AM 22             The only party that has tried to bring us in is

10:01AM 23   Transocean on the 14(c) and the crossclaims.

10:01AM 24             Now, that's interesting because it's the first time

10:01AM 25   that my client has ever been sued, at least in a case that I've

10:01AM 1   represented the client, where the affirmative complaint against

10:01AM 2   us alleges our sovereign immunity.

10:01AM 3          So now we have Transocean who has sued us, who is

10:01AM 4   saying, we understand that the United States is not subject to

10:01AM 5   suit because of its sovereign immunity.  So we start from that

10:01AM 6   proposition.  That's their allegation.  So there should be a

10:01AM 7   basis to dismiss simply on the basis of the judicial admission by

10:01AM 8   that party.

10:01AM 9          But the motion itself, I would break it beyond

10:01AM 10  that -- what I would call a fairly fundamental point, an

10:01AM 11  admission, is the motion is broken down into two categories.

10:01AM 12         The first is the *Iqbal*, *Twombly* theory that

10:01AM 13  Transocean has not sufficiently pled its third-party and

10:01AM 14  crossclaim to satisfy the Supreme Court's requirements in those

10:01AM 15  two cases.

10:01AM 16         I'd note that both in this case, as in, certainly,

10:01AM 17  other cases when you read F.Supp's and F.3d's, that it's almost

10:02AM 18  *de rigueur* that a party file an *Iqbal* motion, even when, at least

10:02AM 19  to my reading, it's not appropriate.  Perhaps they are afraid of

10:02AM 20  malpractice or whatever.  But this is a case where *Iqbal* and

10:02AM 21  *Twombly* actually do apply, and they do control.

10:02AM 22         There is not a single factual allegation in the

10:02AM 23  complaint that says what we supposedly did wrong.  It says

10:02AM 24  non sequitur, that is, that the United States is liable for the

10:02AM 25  acts of its employees.  Well, we'll concede that, that's true, if

10:02AM  1    you allege facts to tell us how we were liable for the employees.

10:02AM  2         I'm acknowledging, even within the aspects of

10:02AM  3    notice pleading, which can be very broad -- it's not code

10:02AM  4    pleading in federal court -- even within that standard, they

10:02AM  5    still haven't given us facts.  In fact, the legal conclusions, A,

10:02AM  6    the government is immune from liability, and, B, we're bringing

10:02AM  7    them in on, frankly, what are affirmative defenses, I think that,

10:03AM  8    in itself, doesn't satisfy *Iqbal* as a matter of law.

10:03AM  9         The second part of the motion goes to the part

10:03AM 10    where we now scratch our heads and say, well, here is how we

10:03AM 11    think they may be suing us.  Let's take a guess.

10:03AM 12         So we think they may be suing us on the basis that

10:03AM 13    MMS, now BOEMRE, did or did not do something in the permitting

10:03AM 14    process.  They either allowed BP to do something that it

10:03AM 15    shouldn't have done, or they failed to allow BP something that BP

10:03AM 16    should have been able to do.

10:03AM 17         That being the case, on our scratching-the-head

10:03AM 18    guesswork part of the motion, we are led to the line of cases

10:03AM 19    that are very clear under both land side law -- the waiver of

10:03AM 20    sovereign immunity would be the Federal Tort Claims Act, or the

10:03AM 21    Suits in Admiralty Act, if it's admiralty jurisdiction.  The law

10:03AM 22    is the same, that a party has to allege that a private party --

10:03AM 23    and not a state or a municipality -- a private party would have

10:03AM 24    to have the analogous liability.

10:04AM 25         Well, I don't think I stretch the imagination to

10:04AM 1   say that there are no private parties that have permitting rights

10:04AM 2   to say that you can drill this well this way, but you can't that

10:04AM 3   way.  States do.  States do, clearly, in their territorial

10:04AM 4   waters, but the Supreme Court's *Olson* case makes very clear that

10:04AM 5   that duty cannot be made upon a duty owed by a state or a

10:04AM 6   municipality.  So when we look for a private party analog to

10:04AM 7   MMS's permitting process, it does not exist.

10:04AM 8          The second, and probably final, scratch our head,

10:04AM 9   let's guess what they are trying to allege, would be somehow that

10:04AM 10  the unified command, under Admiral Allen, did something wrong

10:04AM 11  that somehow exacerbated the spill.

10:04AM 12         We think factually that doesn't fly; but, that's

10:04AM 13  largely irrelevant to the motion because, as a matter of law --

10:04AM 14  and this is, again, a strange case, at least in the context of

10:05AM 15  the Clean Water Act statute, where I actually have a statute

10:05AM 16  standing behind my client that says literally, quote, end quote,

10:05AM 17  the United States government not liable.  Those are Congress'

10:05AM 18  words, not mine.

10:05AM 19         So whether we go *Iqbal*, *Twombly* and dismiss on that

10:05AM 20  basis, or the Court, along with my client, scratch our heads and

10:05AM 21  figure, okay, I think this is what they are alleging, how do we

10:05AM 22  proceed on that, either way, the complaint, the third-party

10:05AM 23  complaint, and the crossclaim have to be dismissed as a matter of

10:05AM 24  law.

10:05AM 25         I would further add that if the Court were to deny

10:05AM 1    the motion on any basis, then there are other defenses lined up

10:05AM 2    down the road, including, I think we cited in the case, the

10:05AM 3    *Freeman* case, which is a post-Katrina response case that the

10:05AM 4    Fifth Circuit dismissed the cases for lack of subject matter

10:05AM 5    jurisdiction based upon discretionary function.

10:05AM 6                Finally, to my good friends at Transocean -- and I

10:05AM 7    mean that sincerely, they are good colleagues and I like them,

10:06AM 8    their attorneys, we get along very well -- that I think what

10:06AM 9    they -- I'm presuming, I think what they meant to do or what I

10:06AM 10   would have done if I were crafting a pleading, I would have

10:06AM 11   asserted what they have done as affirmative defenses, such as

10:06AM 12   recoupment, rather than frame them as an affirmative claim.  They

10:06AM 13   are affirmative defenses.

10:06AM 14               If they want to assert their affirmative defenses,

10:06AM 15   they are certainly free to do so.  I'd add that we will file to

10:06AM 16   dismiss those, as well, based upon case law and OPA, but that's

10:06AM 17   not before the Court.  So unless the Court has questions, I can

10:06AM 18   stand down and say no more.

10:06AM 19               THE COURT:  Thank you, Mr. Underhill.

10:06AM 20               Anyone else?

10:06AM 21          MR. ELSLEY:  Yes, Your Honor.  John Elsley for

10:06AM 22   Transocean.

10:06AM 23               I didn't expect to argue this motion this morning,

10:06AM 24   Your Honor, but I'll be very brief, as Mr. -- as the government's

10:06AM 25   attorney has been brief, Mr. Underhill.

10:06AM 1        The background to this is that the government filed

10:07AM 2   suit against Transocean, BP and other parties for -- under OPA

10:07AM 3   for NRDA damages, and also under the CWA for fines and penalties,

10:07AM 4   in a separate action, which has now been consolidated for

10:07AM 5   pretrial purposes with the MDL.

10:07AM 6        In that action, we filed an answer and affirmative

10:07AM 7   defense in which we sought setoff and recoupment against --

10:07AM 8        THE COURT:  That's not the subject of this motion.

10:07AM 9        MR. ELSLEY:  Indirectly, it is.  I'm just giving you the

10:07AM 10  background.  Because what we then did, because that affirmative

10:07AM 11  defense is present in the government's claim, we did then

10:07AM 12  14(c) the government into the MDL, although we made it clear in

10:07AM 13  our 14(c) complaint we were not seeking affirmative monetary

10:07AM 14  recovery against the government.

10:07AM 15       THE COURT:  I'm having trouble understanding the

10:08AM 16  14(c) tender on that basis, because 14(c), you are tendering --

10:08AM 17  you're attempting to tender the United States as a party

10:08AM 18  defendant to the plaintiffs, who have not otherwise sued the

10:08AM 19  United States.

10:08AM 20       MR. ELSLEY:  That's correct.

10:08AM 21       THE COURT:  The plaintiffs haven't alleged anything

10:08AM 22  against the United States.  The fact that you theoretically have

10:08AM 23  a defense, the equitable defense of recoupment, as an offset to

10:08AM 24  the United States' suit against you, I don't know how that can

10:08AM 25  serve as a basis for 14(c) tender.  I have a disconnect there on

10:08AM 1    that.

10:08AM 2            MR. ELSLEY:  Well, 14(c) does say a 14(c) plaintiff may,

10:08AM 3    as a third-party plaintiff, bring in a third-party defendant who

10:08AM 4    may be wholly or partially liable either to the plaintiff or to

10:08AM 5    the third-party plaintiff for remedy over contribution or

10:08AM 6    otherwise.

10:09AM 7            THE COURT:  But your offset defense to the

10:09AM 8    United States' suit against you, I don't see how that creates a

10:09AM 9    right of contribution against somebody else.  You're just trying

10:09AM 10   to use that to reduce what you might owe otherwise to the

10:09AM 11   United States.

10:09AM 12           MR. ELSLEY:  Your Honor, I'll be candid with you, that

10:09AM 13   is what we are trying to do.

10:09AM 14           THE COURT:  Yes.

10:09AM 15           MR. ELSLEY:  We do --

10:09AM 16           THE COURT:  But the motion in front of the Court, all

10:09AM 17   I'm saying is that is a separate issue that Mr. Underhill may tee

10:09AM 18   up at some point, but it doesn't strike me that that's what's

10:09AM 19   before the Court today.

10:09AM 20           MR. ELSLEY:  Well, but, Your Honor, it does go to the

10:09AM 21   heart of the issue of we've got a trial starting soon, and, in

10:09AM 22   order to address these recoupment issues, and to the extent which

10:09AM 23   Transocean is entitled to recoupment in the United States vs. BP,

10:09AM 24   Transocean matter, the Court has this ability to decide fault of

10:10AM 25   the government in one proceeding, as opposed to deciding it in

10:10AM  1    another proceeding.

10:10AM  2          So our thought was we would bring the government in

10:10AM  3    under a 14(c) complaint under the "or otherwise" language, and we

10:10AM  4    could have that all addressed in one proceeding, since the

10:10AM  5    evidence is -- depending upon what the Court does with the PSC's

10:10AM  6    motion in limine, will come in anyway.

10:10AM  7          Again, Your Honor, the *Frederick* case, which

10:10AM  8    Mr. Underhill didn't address, that's 386 F.2d 481, makes it clear

10:10AM  9    that when the sovereign sues, it waives immunity as to claims of

10:10AM 10    the defendant which assert matters in recoupment arising out of

10:10AM 11    the same transaction or occurrence -- which is the subject matter

10:10AM 12    of the government's suit -- and to the extent of defeating the

10:10AM 13    government's claim, but not to the extent of a judgment against

10:10AM 14    the government, which is affirmative.

10:10AM 15          So we are not actually seeking, and we want to make

10:11AM 16    it clear, a contribution finding for the purposes of making a

10:11AM 17    monetary recovery against the government; but, we do -- we are

10:11AM 18    seeking a percentage finding, to the extent they are negligent,

10:11AM 19    to deal with the recoupment issue, which is going to have to be

10:11AM 20    addressed down the road.

10:11AM 21          THE COURT:  Actually, Mr. Underhill did respond to the

10:11AM 22    *Frederick* case in his reply memorandum.  He did respond to that.

10:11AM 23          MR. ELSLEY:  I'm sorry, Your Honor.

10:11AM 24          THE COURT:  Okay.  Thank you very much.

10:11AM 25          MR. ELSLEY:  Thank you.

10:11AM 1          THE COURT:  Does anyone else need to talk about --

10:11AM 2          MR. UNDERHILL:  Just one minute, Your Honor.

10:11AM 3          THE COURT:  Okay.

10:11AM 4          MR. UNDERHILL:  My friend, Mr. Elsley, I think we may

10:11AM 5   have a concession that we can report.

10:11AM 6              I think that he concedes that, as a motion to

10:11AM 7   dismiss the affirmative claim, it's appropriate, because I hear

10:11AM 8   the concession, that what they are actually trying to do is

10:11AM 9   assert recoupment as an affirmative defense.

10:12AM 10             So my suggestion -- and it's a little self-serving,

10:12AM 11  obviously, since it's my motion to dismiss -- that the motion be

10:12AM 12  granted, and if we need to tee up the recoupment motion, we can

10:12AM 13  do that.

10:12AM 14             In terms of how that affects the trial, I don't

10:12AM 15  think it affects the trial.  We'll have a trial, evidence will

10:12AM 16  come in, which was the point of the Motion in Limine.  If the

10:12AM 17  Court hears that evidence and rules at the end of trial that the

10:12AM 18  motion to dismiss the affirmative defenses are granted, then,

10:12AM 19  fine, we do it.  If the Court denies that motion, then the Court

10:12AM 20  has the evidence.

10:12AM 21             So I don't think it affects this motion -- or this

10:12AM 22  motion, how it would affect the trial schedule, Your Honor.

10:12AM 23             Thank you.

10:12AM 24         THE COURT:  Thank you very much.

10:12AM 25             All right.  This is what I'm going to do on these

10:12AM 1    two motions.  I'm going to grant the motion of the United States,

10:12AM 2    Motion to Dismiss the Rule 14(C) Third-Party Complaint and

10:13AM 3    Crossclaim of Transocean, which is Record Document 2410, for the

10:13AM 4    reasons -- I do not plan at this time to issue a written opinion,

10:13AM 5    but the reasons are essentially as argued by the United States.

10:13AM 6            I think the United States has sovereign immunity

10:13AM 7    here.  There is no private party analog to the type of claim

10:13AM 8    asserted against the United States, as I understand what's been

10:13AM 9    asserted, which is essentially that the United States failed to

10:13AM 10   properly regulate the drilling activity of BP or Transocean; so,

10:14AM 11   for that reason alone, sovereign immunity has not been waived.

10:14AM 12           In addition, to the extent that Transocean asserts

10:14AM 13   or attempts to assert a claim against the United States based on

10:14AM 14   the response activities, the United States appears to the Court

10:14AM 15   to have immunity from that type of claim.

10:14AM 16           In 33 United States Code § 1321(j)(8), with respect

10:14AM 17   to the post-blowout capping stack issue, the Clean Water Act, as

10:14AM 18   amended by OPA, prohibits suit on those allegations.  That

10:14AM 19   section states:  "United States Government not liable, The

10:15AM 20   United States Government is not liable for any damages arising

10:15AM 21   from its actions or omissions relating to any response plan

10:15AM 22   required by this section."

10:15AM 23           So, anyway, for those reasons, I'm granting the

10:15AM 24   motion of the United States.

10:15AM 25           Having said that, with respect to the related

10:15AM  1   motion, the Plaintiff Steering Committee's Motion in Limine to

10:15AM  2   Exclude Evidence of the Alleged Fault of Nonparties and Immune

10:15AM  3   Parties, Including the United States, I'm going to deny that

10:15AM  4   motion based upon the argument and concessions or statements made

10:15AM  5   by counsel here today.

10:15AM  6           I think it's clearly understood by all parties that

10:15AM  7   there will be no allocation of fault to the United States in this

10:15AM  8   trial; although, that does not necessarily preclude evidence of

10:15AM  9   the conduct of the United States from coming in if it's otherwise

10:16AM 10   relevant to issues or defenses by parties in the case.

10:16AM 11           I can't be more specific right now in my order

10:16AM 12   because I don't have any specific evidence in front of me; but, I

10:16AM 13   think the parties understand where I'm going with this.  If there

10:16AM 14   are evidentiary issues pertaining to any particular evidence as

10:16AM 15   the trial approaches or during the trial, we'll deal with those

10:16AM 16   as they come.

10:16AM 17           Next set of motions, which are grouped together,

10:16AM 18   Anadarko and MOEX's Motions to Dismiss Certain Crossclaims and

10:16AM 19   Counterclaims, and Motions in Limine to Exclude Evidence

10:16AM 20   Regarding the Anadarko and MOEX Entities' Knowledge of or Access

10:16AM 21   to Information about Well Design and Operations on the Macondo

10:17AM 22   Well, etcetera.

10:17AM 23       MR. SALMONS:  Thank you, Your Honor.  Good morning.  I'm

10:17AM 24   David Salmons on behalf of Anadarko.

10:17AM 25           If it pleases the Court, because of the way the

10:17AM 1   issues overlap, I would like to first address the motions to

10:17AM 2   dismiss the crossclaims, I don't think that will take much time,

10:17AM 3   and then turn to the motion in limine.

10:17AM 4           THE COURT:  Okay.

10:17AM 5           MR. SALMONS:  The crossclaims at issue, Your Honor, fall

10:17AM 6   into two basic categories, those for negligence and those for

10:17AM 7   contribution and indemnity.

10:17AM 8           They all should be dismissed because of this

10:17AM 9   Court's now repeated holding that Anadarko and MOEX had no

10:17AM 10  operational control and owed no duty to third parties in

10:17AM 11  connection with the blowout and the spill.

10:17AM 12          On this, there is actually considerable agreement.

10:17AM 13  First, no party disputes that the negligence crossclaims largely

10:17AM 14  mirror those negligence claims by the plaintiffs and the states,

10:18AM 15  and should be dismissed under the terms of the B1, B3 and

10:18AM 16  C orders.

10:18AM 17          Second, all crossclaimants and the PSC agree that

10:18AM 18  if contribution and indemnity claims are governed by maritime

10:18AM 19  principles of comparative fault, then the logic of the Court's

10:18AM 20  holdings entitles Anadarko and MOEX to a zero percent allocation

10:18AM 21  of fault and dismissal of the crossclaims.

10:18AM 22          It is clear that contribution claims under OPA are,

10:18AM 23  in fact, governed by maritime comparative fault.

10:18AM 24          THE COURT:  Is this sort of analogous to what we just

10:18AM 25  went through with the PSC's motion and the United States' motion,

10:18AM  1   where you have a party that is not going to be allocated fault,

10:18AM  2   but the issue is simply whether evidence relating to that party's

10:18AM  3   conduct comes in for other purposes?

10:18AM  4          MR. SALMONS:  I think that there is similarity there.

10:18AM  5   The first part that was contested, although we'll see how today

10:19AM  6   plays out, was whether, in fact, we are entitled to get to zero

10:19AM  7   on the crossclaims against us based on the Court's holdings.

10:19AM  8          As I say, there does seem to be a broad agreement

10:19AM  9   that if comparative fault governs the analysis, that that's the

10:19AM 10   inevitable logic of the holding, that we owed no duties to third

10:19AM 11   parties and weren't negligent.  So, therefore, as a matter of

10:19AM 12   law, we're entitled to dismissal of those crossclaims.

10:19AM 13          In that instance, then, all that remains is our

10:19AM 14   Motion in Limine.  On that, as we explain in our reply brief, we

10:19AM 15   do take the position that our Motion in Limine doesn't mean that

10:19AM 16   all documents or evidence related to Anadarko has to be excluded

10:19AM 17   for all reasons; but, that the holdings that have related to our

10:19AM 18   lack of negligence and duty to intercede and the like does mean

10:19AM 19   that there is no basis to put in evidence in any of the phases of

10:20AM 20   the limitations trial as to what we knew, what we had access to;

10:20AM 21   that that's just not an issue that's relevant anymore.  Again, I

10:20AM 22   think the PSC agrees with that.

10:20AM 23          The real opposition seems to come from the

10:20AM 24   United States.  It seems that the origins of that is their desire

10:20AM 25   to bring into Phase One of the trial their claims both for

10:20AM 1    liability and for penalties under the Clean Water Act.  We

10:20AM 2    strongly believe that that would be a serious mistake; that,

10:20AM 3    under the terms of the trial structure order, that their claims

10:20AM 4    under the Clean Water Act are not part of the Phase One trial.

10:20AM 5            The bottom line for us, and I would put it this

10:20AM 6    way, Your Honor, is that because of the motions to dismiss that

10:20AM 7    we brought and Your Honor has ruled on, our participation in the

10:20AM 8    Phase One trial has now been curtailed.

10:21AM 9            If, all of a sudden, Phase One becomes central to

10:21AM 10   the issues of liability and penalties under the Clean Water Act,

10:21AM 11   well, that completely changes the calculus.  I don't think that

10:21AM 12   was what this Court intended; but, of course, Your Honor can

10:21AM 13   correct me if I'm wrong.  It certainly doesn't seem consistent

10:21AM 14   with the plain terms of the trial structure order, which, as

10:21AM 15   Your Honor knows, we drafted.

10:21AM 16           At the time, the United States said that they

10:21AM 17   didn't want any of their -- any aspect, really, of their

10:21AM 18   Clean Water Act claims consolidated for trial.  They did

10:21AM 19   acknowledge that there may be some issues related to gross

10:21AM 20   negligence that could overlap and have an impact on a subsequent

10:21AM 21   proceeding under the Clean Water Act; but, we think that it would

10:21AM 22   be both a mistake -- from just a practical standpoint, I don't

10:21AM 23   think the Court wants to hear days of testimony in February about

10:21AM 24   what Anadarko or MOEX knew or had access to.  There are more

10:22AM 25   important issues to be discussing at this point, given

10:22AM 1   Your Honor's rulings.

10:22AM 2        I also think there is a fundamental error that

10:22AM 3   could be inserted into the proceedings we care very much about,

10:22AM 4   and that is, as we have asserted in the Clean Water Act case, we

10:22AM 5   have a right to a jury trial on any factual issues related to

10:22AM 6   liability for civil penalties under the Clean Water Act, under

10:22AM 7   the Seventh Amendment and the Supreme Court's decision in

10:22AM 8   *Tull versus United States*.

10:22AM 9        Despite a little bluster here and there, the

10:22AM 10  United States has never moved to strike that jury demand.  It's

10:22AM 11  still there.  For them to now come in and say the reason evidence

10:22AM 12  of our knowledge or access to information has to come into

10:22AM 13  Phase One of the trial is because it goes to liability under the

10:22AM 14  Clean Water Act, well, that's just a way to get around our jury

10:22AM 15  rights and would, again, insert errors into the trial.

10:22AM 16       More broadly, and this goes beyond just the scope

10:22AM 17  of this Motion in Limine, Anadarko is concerned that there seems

10:22AM 18  to be an effort or a tendency to try to shoehorn more and more

10:23AM 19  facts and issues that are really not designed to be in Phase One

10:23AM 20  into the Phase One proceedings.

10:23AM 21       Our concern is that if that continues, that error

10:23AM 22  will be introduced, that the allotment of times will break down,

10:23AM 23  that Phase One will become even more unwieldy than it might

10:23AM 24  otherwise be, and that judicial and party resources will be

10:23AM 25  wasted.  So we would just ask the Court to please be mindful of

10:23AM 1    that.

10:23AM 2              I think, here, we're talking about claims that

10:23AM 3    aren't even part of the limitation proceedings.  There is no

10:23AM 4    point in bringing them into Phase One.

10:23AM 5              The last point I would make is that on the

10:23AM 6    substance of their assertions under the Clean Water Act as to why

10:23AM 7    that evidence should come in, they are just flat wrong,

10:23AM 8    Your Honor.

10:23AM 9              They refuse to accept the fact that this Court has

10:23AM 10   held that we had no duty to third parties, that we are not at

10:24AM 11   fault, that we had no negligence.  For them to now say, for

10:24AM 12   example, that it's relevant to prove that we were a person in

10:24AM 13   charge just ignores this Court's holdings about operational

10:24AM 14   control.  There is no point in going over that again in the

10:24AM 15   Phase One trial.

10:24AM 16        THE COURT:  You could be held liable as owner, though,

10:24AM 17   right, if you were the owner?

10:24AM 18        MR. SALMONS:  That's correct.  Now, our knowledge and

10:24AM 19   what we had access to is completely irrelevant to that issue.

10:24AM 20             There is an issue that hasn't been addressed to the

10:24AM 21   Court yet, although the Court has language that does touch on it

10:24AM 22   in its B1 order, that has to do with where the oil came from and

10:24AM 23   what's the relevant facility.

10:24AM 24             We certainly have an argument that we will bring at

10:24AM 25   an appropriate time that says that we may be an owner, but we

10:24AM  1  weren't an owner or operator or person in charge of the vessel

10:24AM  2  where the oil was discharged from.  But that's a different issue.

10:24AM  3  But none of that turns on what we knew or what we had access to.

10:25AM  4        Similarly, they want to say that our knowledge and

10:25AM  5  access to information must come into the Phase One trial so that

10:25AM  6  they can prove that we were culpable under the factors for

10:25AM  7  penalties under the Clean Water Act.  But the EPA's own guidance

10:25AM  8  defines culpability in terms of a violation of a legal duty or

10:25AM  9  negligence; and, again, that's just a refusal to understand the

10:25AM 10  impacts of this Court's orders.

10:25AM 11        Thank you, Your Honor.

10:25AM 12      THE COURT:  Thank you.

10:25AM 13        Who is going to respond?

10:25AM 14      MR. O'ROURKE:  Good morning, Your Honor.  Steve O'Rourke

10:25AM 15  for the United States.

10:25AM 16        So all we really need to do is come up with one

10:25AM 17  reason why it's admissible --

10:25AM 18      THE COURT:  Speak up, Mr. O'Rourke.  You're kind of soft

10:25AM 19  spoken, and we'll get another complaint from across the hall.

10:25AM 20      MR. O'ROURKE:  -- so I'm going to talk about three

10:25AM 21  points.

10:25AM 22        First, the Clean Water Act claim of the

10:25AM 23  United States and the Oil Pollution Act claim of the

10:25AM 24  United States are in the trial we're having in February.

10:26AM 25        Second, that's no surprise to Anadarko or anybody.

10:26AM  1              Third, I'll address the jury issue.

10:26AM  2              So as to what we think we're taking to trial in

10:26AM  3  February, you wanted a trial of all evidence that related to the

10:26AM  4  rig, the rig operations, the blowout, ending on April 22nd; and,

10:26AM  5  you said all claims, counterclaims, etcetera, that arise that

10:26AM  6  involve that evidence.

10:26AM  7              What claims are we bringing?  The Clean Water Act,

10:26AM  8  where we have to prove that somebody is an owner, as you just

10:26AM  9  mentioned, or an operator or a person in charge.  A person in

10:26AM 10  charge, the legal test involves having access to information

10:26AM 11  about the discharge, being in a position to know about the

10:26AM 12  discharge.

10:26AM 13         THE COURT:  Does that impose greater penalties as a

10:26AM 14  person in charge, as opposed to just being an owner?

10:26AM 15         MR. O'ROURKE:  No.  Owner, operator or person in charge,

10:26AM 16  any one of those prongs will tag them with liability; owner being

10:26AM 17  the easiest, as you mentioned.

10:26AM 18         THE COURT:  So why do we have to even go there?  Why do

10:27AM 19  you need to bring that in?

10:27AM 20         MR. O'ROURKE:  Well, because we don't have a ruling in

10:27AM 21  our favor yet.  We're probably going to move for summary

10:27AM 22  judgment --

10:27AM 23         THE COURT:  Well, if you can't prove they are an owner,

10:27AM 24  I doubt if you're going to prove they are a person in charge,

10:27AM 25  right?

10:27AM 1         MR. O'ROURKE:  Well, under the Oil Pollution Act, Judge,

10:27AM 2    there are other relevant behaviors that we need to bring in.

10:27AM 3    Under the Oil Pollution Act, they have to be the lessee of the

10:27AM 4    offshore facility, which is easy; but, then they are entitled to

10:27AM 5    their limitation of liability, $75 million for damages, unless we

10:27AM 6    prove another burden.  We have to prove that they violated

10:27AM 7    operating regulations or safety regulations.

10:27AM 8         THE COURT:  You have to prove gross negligence,

10:27AM 9    basically, right?

10:27AM 10        MR. O'ROURKE:  No, Judge.  We can prove either gross

10:27AM 11   negligence --

10:27AM 12        THE COURT:  You can't prove gross negligence because

10:27AM 13   I've already held they weren't negligent.  So, you're going to

10:27AM 14   have a hard time with that one, right?  Yes.

10:27AM 15        MR. O'ROURKE:  -- or we could prove that they violated

10:27AM 16   MMS regulations.  Those are strict liability regulations, Judge,

10:27AM 17   that impose duties on every lessee, jointly and severally -- by

10:28AM 18   the regulations, it's joint and several obligations among the

10:28AM 19   lessees -- to maintain safe operations on the rig, to maintain

10:28AM 20   constant surveillance on the rig, and to do other activities that

10:28AM 21   we're going to try to prove at this trial that they violated

10:28AM 22   those regulations, and that will lift their limitation.

10:28AM 23             As a sort of aside there, they also have a

10:28AM 24   contractual relationship with BP; and, if we would prove that BP

10:28AM 25   violated those regulations, their limitation goes away.

10:28AM 1      THE COURT:  Well, they don't deny that.  But you don't

10:28AM 2  need to introduce evidence of Anadarko's conduct to prove that BP

10:28AM 3  violated the regulations.

10:28AM 4      MR. O'ROURKE:  We need to introduce evidence of their

10:28AM 5  contractual relationship with BP, and they seem to be raising

10:28AM 6  it --

10:28AM 7      THE COURT:  Well, I don't think that's in dispute.

10:28AM 8      MR. O'ROURKE:  -- they seem to be raising the defense

10:28AM 9  that BP's actions have to be pursuant to the contract.  That's

10:28AM 10 the way they phrased it in their reply brief.

10:28AM 11      Then, Judge, back on the Clean Water Act, there are

10:28AM 12 the penalty factors.  You mentioned whether the penalties will go

10:28AM 13 up on a showing of gross negligence or willful misconduct.  Yes,

10:29AM 14 they would.  But, also, there is the penalty factors, where when

10:29AM 15 you have a maximum penalty, you have to decide whether they pay

10:29AM 16 the maximum or pay less than the maximum.  In there, you have to

10:29AM 17 talk about all items that justice may require, including

10:29AM 18 culpability, knowledge and things like that.  It's an equitable

10:29AM 19 analysis, a nonjury analysis.

10:29AM 20      THE COURT:  Do you agree with them that some parts of

10:29AM 21 your Clean Water Act claim are subject to a jury trial?

10:29AM 22      MR. O'ROURKE:  Yes, sir.

10:29AM 23      THE COURT:  What part or parts?

10:29AM 24      MR. O'ROURKE:  Whether they are the owner, operator or

10:29AM 25 person in charge would be subject to a jury claim; they are right

10:29AM 1    about that.  How much penalty they pay is a bench trial.  I think

10:29AM 2    they agree with us on that, too.

10:29AM 3            Now, if we move for summary judgment on owner

10:29AM 4    theory, and if that's granted, the jury goes away.  We're

10:29AM 5    prepared to propose a briefing schedule, but we'll do it offline,

10:29AM 6    for summary judgment on whether they are the owner and whether

10:29AM 7    they are liable, and that would obviate the jury issue.

10:29AM 8            THE COURT:  Obviously, according to the Case Management

10:30AM 9    Order and the Trial Plan, it specifically says, obviously, we're

10:30AM 10   only going to try issues that are properly triable to the Court

10:30AM 11   and not to a jury, so that's going have to be resolved in advance

10:30AM 12   of trial.

10:30AM 13           MR. O'ROURKE:  That's true, Your Honor, if we asked you

10:30AM 14   for a ruling on their liability; but, if we could also bring in

10:30AM 15   evidence about these penalty factors, that's the ones he was

10:30AM 16   mentioning about culpability, knowledge and other equitable --

10:30AM 17           THE COURT:  Which would deal with the ultimate

10:30AM 18   assessment by the Court of penalties, amount of penalties.

10:30AM 19           MR. O'ROURKE:  By the Court, not by a jury.

10:30AM 20           THE COURT:  Well, why would we have to make that part of

10:30AM 21   Phase One?

10:30AM 22           MR. O'ROURKE:  Because, otherwise, you're going to hear

10:30AM 23   the same evidence twice, Judge.  We understood your order to be

10:30AM 24   you want to hear --

10:30AM 25           THE COURT:  Well, wait, wait.  They are trying to

10:30AM  1   exclude the evidence in Phase One.  If we exclude it from

10:30AM  2   Phase One, we wouldn't be hearing it twice.

10:30AM  3          MR. O'ROURKE:  Well, you're going to be hearing evidence

10:30AM  4   about -- to determine their role in the spill or their knowledge

10:30AM  5   about the spill, their culpability with respect to the spill,

10:31AM  6   you're going to have to be reminded in this subsequent phase of

10:31AM  7   all the evidence we've heard about what went wrong on the rig --

10:31AM  8          THE COURT:  Well, I think I can remember that.  I will

10:31AM  9   have sat through it.

10:31AM 10          I'm not trying to make light of it.  I'm just

10:31AM 11   trying to understand why that couldn't -- you know, I'm primarily

10:31AM 12   focused now on Phase One, what is going to come in in Phase One

10:31AM 13   and be relevant to Phase One of this trial.

10:31AM 14          MR. O'ROURKE:  Well, you're going to be hearing

10:31AM 15   witnesses who are employed by BP, for example.  We're going to

10:31AM 16   ask them at Phase One, what was their course of dealings with

10:31AM 17   Anadarko.

10:31AM 18          But we would have to call them again in this other

10:31AM 19   phase, have the same witnesses come back, have you reminded who

10:31AM 20   they were, what their roles were.  While they were on the stand

10:31AM 21   on Phase One, they might as well add the few questions about

10:31AM 22   Anadarko.

10:31AM 23          THE COURT:  I don't know.  You know, what concerns me is

10:31AM 24   how much time -- I think our trial plan states that there

10:31AM 25   certainly may be circumstances where it makes sense to take

10:31AM 1   testimony from certain witnesses beyond the scope of Phase One if

10:32AM 2   it relates to Phase Two.  If the witness is there, they are on

10:32AM 3   the stand, and they've testified about Phase One issues and they

10:32AM 4   have something to say about Phase Two, and if it's not going to

10:32AM 5   add a lot of time to the Phase One trial, maybe we'll just take

10:32AM 6   that testimony then.

10:32AM 7           But, I don't have a sense of, if I go along with

10:32AM 8   what you're suggesting, how much additional time this is going to

10:32AM 9   add to the Phase One trial, as opposed to just putting that off

10:32AM 10  to the later phase or phases of the trial.

10:32AM 11          MR. O'ROURKE:  Well, I can give you a sense of that,

10:32AM 12  Your Honor.  With respect to Anadarko -- I'm sorry, with respect

10:32AM 13  to MOEX, there is one witness.  There is only one witness.

10:32AM 14          With respect to Anadarko, their trial exhibit list

10:32AM 15  is two pages long, something on the order of 30 exhibits.  Half

10:32AM 16  of those exhibits are going to come in no matter what, so.

10:33AM 17          With respect to the witnesses who don't work for

10:33AM 18  Anadarko, witnesses from BP, Transocean and others, they will be

10:33AM 19  on the stand testifying about what happened anyway.  It's just a

10:33AM 20  question of whether we will ask them a few additional questions

10:33AM 21  about their course of dealings with Anadarko.

10:33AM 22          THE COURT:  These people have all been deposed already?

10:33AM 23          MR. O'ROURKE:  Right, and the questions were asked.  The

10:33AM 24  questions were asked.

10:33AM 25          So if you're reading the transcripts, Your Honor,

10:33AM 1   as I think you're doing now, we're designating the parts of the

10:33AM 2   transcripts that are about the course of dealings with Anadarko,

10:33AM 3   so it's already going to be before you, anyway.

10:33AM 4        THE COURT:  All right.  Let me hear from whoever else

10:33AM 5   wants to weigh in on this.  Thank you.

10:33AM 6        MR. HERMAN:  Steve Herman for the plaintiffs.

10:33AM 7            Very briefly, Your Honor, just limiting to the

10:33AM 8   general maritime claims in the limitation, I think Your Honor is

10:33AM 9   correct that this is essentially the mirror image of our, perhaps

10:33AM 10  inartfully drafted, Motion in Limine, and Your Honor, I think,

10:33AM 11  properly distinguished between conduct and fault.

10:33AM 12           I think everybody agrees that conduct of the U. S.

10:33AM 13  will come in, but the disagreement is, in order to prove fault of

10:34AM 14  the U. S., that's where we go.

10:34AM 15           In terms of Anadarko, I think we all agree that the

10:34AM 16  evidence can come in as to Anadarko's knowledge or what they were

10:34AM 17  told or what they knew or what they told BP, etcetera, for other

10:34AM 18  purposes, to prove BP fault or Halliburton fault, etcetera.  All

10:34AM 19  Anadarko is saying is, you can't put that evidence in to prove

10:34AM 20  fault as against Anadarko.

10:34AM 21           I think we're in agreement there.  Anadarko is not

10:34AM 22  going to be at fault; but, we believe the evidence is relevant

10:34AM 23  for other purposes.

10:34AM 24       THE COURT:  Okay.

10:34AM 25       MR. SALMONS:  Your Honor, very briefly --

10:34AM 1          David Salmons for Anadarko.

10:34AM 2              -- just a few points to try to wrap this up.

10:34AM 3          THE COURT:  So would you be happy with a ruling just

10:34AM 4    granting your motions to dismiss the crossclaims and

10:34AM 5    counterclaims, and either denying the Motions in Limine to

10:35AM 6    exclude the evidence or narrowing that motion to say that any

10:35AM 7    such evidence -- obviously, if there is no claim against you,

10:35AM 8    then it can't come in for the purpose of assessing fault against

10:35AM 9    Anadarko.  It would just come in possibly for other purposes.

10:35AM 10         MR. SALMONS:  Well, that last part is right, Your Honor.

10:35AM 11   We certainly would be very happy with an order dismissing the

10:35AM 12   crossclaims against us.

10:35AM 13         THE COURT:  Do you agree with Mr. O'Rourke's position as

10:35AM 14   to what Clean Water Act claims, parts of that claim would be

10:35AM 15   subject to a jury trial?

10:35AM 16         MR. SALMONS:  Yes.  The law is very clear on this, that

10:35AM 17   anything having to do with liability, facts having to do with

10:35AM 18   liability for civil penalties has to be tried to a jury.

10:36AM 19         THE COURT:  So, essentially, that would only be whether

10:36AM 20   you are an owner, operator or person in charge, right?

10:36AM 21         MR. SALMONS:  That's correct.

10:36AM 22             Now, the point I just want to make is that their

10:36AM 23   lead argument about why this evidence should come in about what

10:36AM 24   we knew and what we had access to, they say, is because it's

10:36AM 25   relevant to our liability under the Clean Water Act because it

10:36AM 1    shows that we could be a person in charge, or it shows --

10:36AM 2            THE COURT:  It seems to me it could be -- it wouldn't

10:36AM 3    necessarily be relevant to that, but it could be relevant to the

10:36AM 4    assessment of penalties ultimately.

10:36AM 5            MR. SALMONS:  Theoretically, yes.  The point we would

10:36AM 6    make there, Your Honor -- and that's not subject to a jury claim.

10:36AM 7            THE COURT:  Yes.

10:36AM 8            MR. SALMONS:  The point we would make there, though, is

10:36AM 9    that this Court's holding that we had no duty to monitor, we had

10:36AM 10   no duty to intercede, and we had no negligence necessarily means

10:36AM 11   that we had no culpability, which is a factor they say it comes

10:37AM 12   into, and so there is no point in it.

10:37AM 13           I think there is a little bit of a dead horse

10:37AM 14   beating here.  I think there is a concern that they want to keep

10:37AM 15   leverage, for whatever reason, under the Clean Water Act against

10:37AM 16   us; but, this Court has established that we aren't culpable.  We

10:37AM 17   have no fault.  If we have no fault, we have no culpability.

10:37AM 18   That's what these words mean, Your Honor.  So I don't know why

10:37AM 19   it's so important to bring that evidence in against us.

10:37AM 20           I would make just a couple of points to respond to

10:37AM 21   a few things that he said.

10:37AM 22           First, he pointed to this issue about the

10:37AM 23   application of the OPA cap.  Again, I think it's absolutely clear

10:37AM 24   that what Anadarko and MOEX knew and had access to has no

10:37AM 25   relevance to that issue.  That is the only issue they identified

10:37AM 1    that's actually in the limitations trial.

10:37AM 2                 But under Section 2704, there are only two possible

10:37AM 3    issues in determining whether the cap applies.  The first is

10:38AM 4    whether the gross negligence, willful misconduct, or violation of

10:38AM 5    a safety standard by a responsible party --

10:38AM 6             THE COURT:  Anadarko has not and is not waiving the cap;

10:38AM 7    am I right on that?

10:38AM 8             MR. SALMONS:  So far, that is absolutely correct,

10:38AM 9    Your Honor, that it's been asserted as an affirmative defense.

10:38AM 10            THE COURT:  Only BP has waived the cap, right?

10:38AM 11            MR. SALMONS:  BP has waived the cap.  But the relevance

10:38AM 12   there is whether --

10:38AM 13            THE COURT:  Because you could remove these issues from

10:38AM 14   the trial if you waived the cap, right?

10:38AM 15            MR. SALMONS:  We could, yes, Your Honor.  That is a true

10:38AM 16   statement.

10:38AM 17                 But I would just make this point, that the issue of

10:38AM 18   whether the cap applies in no way turns on whether we were

10:38AM 19   monitoring well information.  The question is whether the gross

10:38AM 20   negligence, willful misconduct or violation of a safety standard

10:38AM 21   of a responsible party proximately caused the incident; and, this

10:38AM 22   Court's holding that we had no legal duty to act precludes any

10:38AM 23   conclusion that our knowledge or actions proximately caused the

10:38AM 24   incident.  So that's not an issue for these purposes.

10:39AM 25                 The only other way the cap gets lost is if we had

10:39AM 1   someone acting pursuant to a contractual relationship, here BP,

10:39AM 2   had their gross negligence, willful misconduct or violation of a

10:39AM 3   safety standard proximately caused the incident.

10:39AM 4           But, as to that question, what Anadarko and MOEX

10:39AM 5   had access to in terms of information is beside the point.  Our

10:39AM 6   contractual relationship with BP is what it is, and none of those

10:39AM 7   contractual obligations turned on whether we were actively

10:39AM 8   monitoring things.  The contract is the contract.  Then, whether

10:39AM 9   BP's gross negligence or willful misconduct caused the incident

10:39AM 10  has nothing to do with what Anadarko and MOEX understood.

10:39AM 11          THE COURT:  If I heard you right, you just said that

10:39AM 12  if -- obviously, BP was acting pursuant to their contract with

10:39AM 13  you.  You were in a contractual relationship.  That's not an

10:39AM 14  issue, right?

10:39AM 15          MR. SALMONS:  Well, I do think there is a potential

10:40AM 16  issue with regard to what the phrase "pursuant to" means,

10:40AM 17  Your Honor.  The contract did make clear that BP was required to

10:40AM 18  act in a good and workmanlike manner.  There is a question as to

10:40AM 19  whether pursuant to --

10:40AM 20          THE COURT:  Well, if they were acting pursuant to the

10:40AM 21  contract, and they are guilty of gross negligence, then that

10:40AM 22  waives the cap for you, too, right?

10:40AM 23          MR. SALMONS:  That would be correct.  Yes, Your Honor.

10:40AM 24          I just want to make this point.  Today, we're not

10:40AM 25  having a dispute about that.  The only dispute is --

10:40AM 1          THE COURT:  I understand.

10:40AM 2          MR. SALMONS:  -- whether what we knew or subjected or

10:40AM 3    had access to has any relevance to that question.

10:40AM 4          THE COURT:  Right.  Right.

10:40AM 5          MR. SALMONS:  Just two quick points, Your Honor.

10:40AM 6                Mr. O'Rourke mentioned the MMS regulations and then

10:40AM 7    says that those are strict; and, if there is a violation of them,

10:40AM 8    then that's relevant.  Even if that's right, then our knowledge

10:40AM 9    and access to information is beside the point.  You know --

10:40AM 10         THE COURT:  Could there be a situation -- I'm trying to

10:40AM 11   think this through -- where you violated some regulation, but

10:41AM 12   under my prior ruling, that wasn't proximate cause of the

10:41AM 13   accident, but it still would make you liable, strictly liable

10:41AM 14   under the Clean Water Act?

10:41AM 15         MR. SALMONS:  Well, I don't -- I mean, it's a

10:41AM 16   theoretical possibility.  I don't think that's the way it would

10:41AM 17   play out, Your Honor, and I don't think there is any basis to

10:41AM 18   conclude that Anadarko violated any regulations.

10:41AM 19               I think what they have in mind is that perhaps BP

10:41AM 20   did, in their theory, and we're on the hook for that because we

10:41AM 21   designated them as the responsible party.

10:41AM 22               But that's a separate fight, and that has nothing

10:41AM 23   to do with fault or what we were monitoring, again, or what we

10:41AM 24   had access to.  None of the things that the government has

10:41AM 25   pointed to actually turns on the relevant fact.

10:41AM 1          The last point I would make, again, about trial

10:41AM 2    structure, Your Honor, is that at the time we were briefing this

10:41AM 3    to the Court, the government filed a response that said that the

10:41AM 4    issues related to the amount of the civil penalty should not be

10:41AM 5    consolidated or even joined for trial purposes with these

10:42AM 6    proceedings, and should be tried separately and subsequently.  So

10:42AM 7    this is a complete change of their point of view.

10:42AM 8          This is the concern we have, again, is that because

10:42AM 9    of the way the case has played out, our participation in

10:42AM 10   Phase One has been curtailed.  If, all of a sudden, it becomes a

10:42AM 11   fight about the Clean Water Act liability and penalties, then

10:42AM 12   that changes the calculus, and we have to get back into this

10:42AM 13   thing.  That's inconsistent with the way everything else has been

10:42AM 14   playing out, Your Honor.

10:42AM 15         As far as the wording of the Motion in Limine, if

10:42AM 16   you look at the proposed order we submitted, it is limited to

10:42AM 17   precisely this point, which is to exclude evidence for the

10:42AM 18   purpose of showing that Anadarko and MOEX knew or had access to

10:42AM 19   information concerning the well.  It is already tailored to

10:42AM 20   strike the balance I think Your Honor has in mind.  Thank you.

10:42AM 21         THE COURT:  Okay.  Thank you.

10:42AM 22         All right.  Does anyone else want to say anything

10:43AM 23   on these motions?

10:43AM 24         MR. O'ROURKE:  May I?

10:43AM 25         THE COURT:  Thirty seconds, Mr. O'Rourke.

10:43AM  1          MR. O'ROURKE:  Thank you, Your Honor.

10:43AM  2          THE COURT:  Okay.

10:43AM  3          MR. O'ROURKE:  So we will move for summary judgment on

10:43AM  4  OPA, asking them to waive the limitation beforehand.  They are

10:43AM  5  already indemnified by BP.  If they don't, we'll move for summary

10:43AM  6  judgment.

10:43AM  7          We will move for summary judgment that they're

10:43AM  8  liable under the Clean Water Act as owner.  We'll ask them to

10:43AM  9  stipulate.  If they don't, we'll make the motion.  If you grant

10:43AM 10  it, liability goes away.

10:43AM 11          At that point, we just need to be clear whether

10:43AM 12  we're supposed to bring no evidence against them in this trial

10:43AM 13  and bring it all later, or if we're supposed to bring in

10:43AM 14  event-related evidence in this trial.

10:43AM 15          BP thinks we're supposed to bring some of the

10:43AM 16  penalty factors in this trial.  That was their opposition on

10:43AM 17  number 11(a) up there.  They said, we need evidence of the

10:43AM 18  government's actions because it's relevant to the penalty factor.

10:43AM 19  So they think what we think.

10:43AM 20          As far as the argument that this is all a big

10:43AM 21  surprise, BP thought it, too.  We think it, too.  So we just need

10:43AM 22  you to tell us.

10:43AM 23          THE COURT:  Okay.  Thank you.

10:44AM 24          Here is what I'm going to do.  I'm going to grant

10:44AM 25  Anadarko and MOEX's motions to dismiss the crossclaims and

10:44AM 1  counterclaims which are listed on the agenda.

10:44AM 2          I'm going to defer ruling at this time on the

10:44AM 3  Motions in Limine.  I think it would make sense, from what I

10:44AM 4  heard here this morning, to defer that until we resolve some of

10:44AM 5  these other issues that the government says they are going to tee

10:44AM 6  up.  I'll have to think about it, and it may or may not moot some

10:44AM 7  of these evidentiary issues at that time, okay?

10:44AM 8          All right.  The VoO motions, VoO Plaintiffs'

10:44AM 9  Motions for Partial Summary Judgment on the Issue of Liability.

10:44AM 10         MR. GARSIDE:  Good morning, Judge.  Clay Garside

10:44AM 11 appearing on behalf of the plaintiffs.

10:44AM 12         THE COURT:  Good morning.

10:44AM 13         MR. GARSIDE:  As a preliminary matter, in light of BP's

10:44AM 14 motion to strike the affidavits of Phillip Levine and

10:44AM 15 Barry Rogers, I would like to move to introduce all of the

10:44AM 16 exhibits that were filed and identified as attachments to the

10:44AM 17 plaintiffs' motion and reply.

10:45AM 18         THE COURT:  Any objection to that request?

10:45AM 19         Hearing none, that's granted.

10:45AM 20         We had some difficulty finding the actual -- the

10:45AM 21 complete charter agreement because the copy that was submitted

10:45AM 22 originally had missing pages, but I think we solved that problem.

10:45AM 23 I issued some kind of order supplementing the record with the

10:45AM 24 full -- I think the parties have stipulated this is the contract,

10:45AM 25 this is the language, okay.

10:45AM 1      MR. GARSIDE:  That's correct, Your Honor.

10:45AM 2      THE COURT:  All right.  Go ahead.

10:45AM 3      MR. GARSIDE:  So the Vessel of Opportunity Master Vessel

10:45AM 4  Charter Agreement is the contract that BP drafted in order to

10:45AM 5  meet its very urgent need to fulfill its response capacity in

10:45AM 6  order to respond to a massive discharge of petroleum from its

10:45AM 7  well in the Gulf of Mexico.

10:45AM 8      The agreement it drafted is a time charter

10:46AM 9  arrangement.  Under that agreement, the vessel owner makes its

10:46AM 10  vessel available for BP's use at a mutually agreed location.  BP

10:46AM 11  then can request that the vessel perform services under the

10:46AM 12  agreement.  If the vessel owner accepts that, then a charter term

10:46AM 13  commences, and the vessel is under hire.

10:46AM 14      At that point --

10:46AM 15      THE COURT:  Just to clarify, I think you just answered

10:46AM 16  my question, but my question was going to be, you're not

10:46AM 17  contending that the daily rate, $3,000 a day in your client's

10:46AM 18  case, I believe, began running the day they signed this

10:46AM 19  agreement?

10:46AM 20      MR. GARSIDE:  No, Your Honor, we are not contending

10:46AM 21  that.  The signing of the agreement is not enough, as far as I

10:46AM 22  understand it to read.

10:46AM 23      What's required is a request for the vessel to

10:46AM 24  perform services, that is, the delivery of the vessel into BP's

10:46AM 25  service, which starts the charter term.  Once that charter term

10:46AM  1    starts, the daily hire of the vessel is owed at a fixed rate

10:46AM  2    every day until that charter term terminates.

10:47AM  3                Now, on those points, we agree, broadly construed.

10:47AM  4    Where we disagree is BP's attempt to restrict what it requested

10:47AM  5    under the charter agreement and to restrict its obligation to pay

10:47AM  6    hire.

10:47AM  7          THE COURT:  So if you had a vessel that signed up for

10:47AM  8    the VoO program but was never sent out, never called out, they

10:47AM  9    would not be owed anything, right?

10:47AM 10                You're not contending everybody that signed this

10:47AM 11    agreement was owed -- I don't know what the facts are.  I

10:47AM 12    understand there were five or six thousand people that signed up

10:47AM 13    for this program, but I believe I read somewhere a smaller number

10:47AM 14    than that were ever actually used or deployed.

10:47AM 15          MR. GARSIDE:  Well, Your Honor, we are contending -- not

10:47AM 16    that everyone who signed it is automatically on hire; but,

10:47AM 17    everyone that BP put on hire, everyone that BP requested to

10:47AM 18    perform services under the agreement, that vessel was hired.

10:47AM 19                BP uses terms throughout the documents that are

10:47AM 20    attached to the motion and throughout the response, terms like

10:48AM 21    "put to work" or "deployed" or "activated."  Those are response

10:48AM 22    terms that it used to manage its fleet, right, to move things

10:48AM 23    around, to put people out on the water and bring them back; but,

10:48AM 24    those are not terms in the Master Vessel Charter Agreement.

10:48AM 25                It's using those terms now to restrict its

10:48AM 1    obligation to pay to the times when the boat was out on the water

10:48AM 2    cleaning up oil, but that's not the agreement it wrote, and

10:48AM 3    that's not what it told the vessel owners, the Coast Guard and

10:48AM 4    the public at large.

10:48AM 5         THE COURT:  So what is your interpretation of the

10:48AM 6    agreement, of the contract, as to what triggers the daily rate?

10:48AM 7    What begins the payment?

10:48AM 8         MR. GARSIDE:  Commencement of a charter term, which is

10:48AM 9    when BP requests services under the charter agreement.

10:48AM 10        THE COURT:  Which would be actual deployment of the

10:48AM 11   vessel?

10:48AM 12        MR. GARSIDE:  Not necessarily.  It could be.  It could

10:48AM 13   be.  In Hoi Nguyen's case, however, the first service they

10:48AM 14   requested was to attend BP's response training class --

10:49AM 15        THE COURT:  Did everybody who signed this have to go

10:49AM 16   through the training?

10:49AM 17        MR. GARSIDE:  All -- absolutely -- well, if they were

10:49AM 18   going to be hired, yes.  That was part of hiring them.

10:49AM 19        THE COURT:  Well, I assume everybody who signed this

10:49AM 20   master vessel -- it's technically called Master Vessel Charter

10:49AM 21   Agreement, correct?

10:49AM 22        MR. GARSIDE:  That's correct, Your Honor.

10:49AM 23        THE COURT:  This may be outside the record on summary

10:49AM 24   judgment, I don't know, but was it the case that everybody who

10:49AM 25   signed this was then sent to or asked to undergo training?

10:49AM 1          MR. GARSIDE:  I don't know the answer to that,

10:49AM 2    Your Honor.  Like you said, there were 10,000 of these things

10:49AM 3    signed.  I don't know that every person, every boat was called to

10:49AM 4    do this duty, right.

10:49AM 5          But BP is arguing that -- as you're indicating,

10:49AM 6    that this is some sort of precondition to enter the program,

10:49AM 7    something like that; but, the charter agreement is very clear

10:49AM 8    that this is a service that BP can request, and it's a service

10:49AM 9    that BP needed.

10:49AM 10          Now, there is a training requirement that is a

10:50AM 11    precondition --

10:50AM 12          THE COURT:  Here is my question.  It strikes me as a

10:50AM 13    rather strained interpretation of this agreement to say that you

10:50AM 14    sign the agreement, and then, let's say, the week later, week or

10:50AM 15    two later -- I think, in your client's case, it was two weeks

10:50AM 16    later -- he underwent training?

10:50AM 17          MR. GARSIDE:  Two days.

10:50AM 18          THE COURT:  Two days later.  Okay.  Two days later, you

10:50AM 19    undergo training -- which I think is a four-hour class?

10:50AM 20          MR. GARSIDE:  Correct.

10:50AM 21          THE COURT:  You get paid for that, two or three hundred

10:50AM 22    dollars, whatever it is?

10:50AM 23          MR. GARSIDE:  Correct.

10:50AM 24          THE COURT:  Then you're never called out or sent out.

10:50AM 25    You're still owed $3,000 dollars a day for every day until -- is

10:50AM  1   that your interpretation?

10:50AM  2          MR. GARSIDE:  Yes, until --

10:50AM  3          THE COURT:  That began the deployment or the charter of

10:50AM  4   the vessel, in fact?

10:50AM  5          MR. GARSIDE:  Correct, Your Honor.  Because when you

10:50AM  6   look at this contract as a whole, what this does is charter

10:50AM  7   vessels.  BP did not hire people.  The only way BP gets to direct

10:50AM  8   a vessel's crew to do something is to charter the vessel, right?

10:51AM  9          BP is very clear.  We want boats.  We want them

10:51AM 10   dedicated to us and ready to go all along the Gulf.  We don't

10:51AM 11   want your crew; the crew is yours, the boat is ours.

10:51AM 12          So if BP is going to tell somebody on the

10:51AM 13   Gulf Coast, go take our class because we need you retrained in

10:51AM 14   oil spill response, the only way it gets to tell somebody to do

10:51AM 15   something like that is if it hires the boat, all right?

10:51AM 16          THE COURT:  Let's talk about your client's vessel.  This

10:51AM 17   was a 65-foot fishing vessel?

10:51AM 18          MR. GARSIDE:  It was greater than 65 feet.

10:51AM 19          THE COURT:  65 was the category, 65 or above.  What is

10:51AM 20   it, a trawler?  What was it?

10:51AM 21          MR. GARSIDE:  A shrimping vessel.

10:51AM 22          THE COURT:  Rigged with these big butterfly rigs, or how

10:51AM 23   was it rigged?

10:51AM 24          MR. GARSIDE:  I don't know the answer to that,

10:51AM 25   Your Honor.

10:51AM  1        THE COURT:  Did Mr. Nguyen have to derig his vessel and
10:51AM  2   then rig up differently somehow to deploy for this operation?
10:51AM  3        MR. GARSIDE:  He would certainly have to have taken his
10:52AM  4   nets off.  I don't believe that he physically modified his boat,
10:52AM  5   but he did have to remove his equipment, his shrimping equipment,
10:52AM  6   because BP required that all the deck space be available to it
10:52AM  7   for its use.
10:52AM  8        THE COURT:  Did he have to add some equipment, special
10:52AM  9   equipment, to do whatever work he was assigned to do?
10:52AM 10        MR. GARSIDE:  At some point, he took on the equipment
10:52AM 11   that was needed to do the work, right.
10:52AM 12        THE COURT:  What was he doing in particular?  Was it
10:52AM 13   putting out boom or something?
10:52AM 14        MR. GARSIDE:  I believe he was deploying boom and
10:52AM 15   helping with the skimming.  Various things is what he testified
10:52AM 16   to.  He was out there doing the dirty work of cleaning up this
10:52AM 17   oil spill.
10:52AM 18        THE COURT:  The defendant says -- well, their argument
10:52AM 19   is that this is a master -- in effect, what we very commonly see
10:52AM 20   in the oil and gas industry, a master service agreement.
10:52AM 21             It's called Master Vessel Charter Agreement, but
10:52AM 22   you have a master service agreement, which sets out the terms and
10:53AM 23   conditions of the relationship between the parties, but that
10:53AM 24   doesn't assign you to any particular job or task.
10:53AM 25             Then, during the duration of that master service

10:53AM 1 agreement, which some of these I've seen go on for years, they

10:53AM 2 are in existence for years, they call you out from time to time.

10:53AM 3 You're some kind of service contractor.  Come out to the rig,

10:53AM 4 come out to the platform, whatever, do welding, whatever,

10:53AM 5 maintenance.

10:53AM 6    You go out, you get paid for the days you're out

10:53AM 7 there, you come back.  You don't get paid the whole time the

10:53AM 8 master agreement is in effect.

10:53AM 9    Isn't that analogous to what we have here?  You

10:53AM 10 have a master charter agreement, and it seems to imply that you

10:53AM 11 have the master service agreement -- or charter agreement, and

10:53AM 12 then, if you look at article one, which talks about the term of

10:53AM 13 the charter, it says, "subject to availability as mutually

10:54AM 14 agreed."

10:54AM 15    So this doesn't obligate the owner to do anything,

10:54AM 16 right, if he doesn't want to?

10:54AM 17    MR. GARSIDE:  That's correct.

10:54AM 18    THE COURT:  They could call him to go out, and he could

10:54AM 19 say, no, my boat is not available now.

10:54AM 20    MR. GARSIDE:  That's true.  We don't agree at all with

10:54AM 21 that point.

10:54AM 22    THE COURT:  Right.

10:54AM 23    MR. GARSIDE:  They could easily have several charter

10:54AM 24 terms under this.

10:54AM 25    THE COURT:  Then it says, the vessel owner -- "subject

10:54AM 1  to availability and as mutually agreed, vessel owner agrees to

10:54AM 2  let, and charterer, which is BP, agrees to hire the vessel from

10:54AM 3  time to time as may be requested by the charterer."

10:54AM 4        That sounds like, as I said, a relationship that's

10:54AM 5  very analogous, if not identical, to what we're familiar with in

10:54AM 6  the oil and gas industry under a master service agreement.

10:54AM 7      MR. GARSIDE:  It is, Your Honor.  I mean, it is a master

10:54AM 8  agreement that clearly sets up the potential for multiple charter

10:55AM 9  terms from time to time.  BP --

10:55AM 10     THE COURT:  So the real issue in this case is when did

10:55AM 11  he go off hire in this case, it sounds like to me.  That's the

10:55AM 12  big issue.

10:55AM 13     MR. GARSIDE:  I was about to say --

10:55AM 14     THE COURT:  Yes.

10:55AM 15     MR. GARSIDE:  -- BP could have terminated the charter

10:55AM 16  term, right.  It could have done that.  We don't dispute that.

10:55AM 17  We don't say, well, once you start one, you're on the hook

10:55AM 18  forever.  They could have terminated it.  At the end of the

10:55AM 19  training session, they could have terminated it, right, and said,

10:55AM 20  this is a one-day deal.  But there is nothing of record that

10:55AM 21  suggests that they terminated the charter term at that point.

10:55AM 22     THE COURT:  Until July, right?  Is July when they said,

10:55AM 23  go in, we don't need you anymore, or something to that effect?

10:55AM 24     MR. GARSIDE:  Something to that effect, Your Honor.

10:55AM 25     THE COURT:  Well, there is an issue of whether you said

10:55AM 1    it needs to be in writing or whatever; but, putting aside the

10:55AM 2    issue of whether it had be to in writing, he was told, we don't

10:55AM 3    need you anymore --

10:55AM 4              MR. GARSIDE:  No, Your Honor.

10:55AM 5              THE COURT:  -- in mid-July, right?

10:55AM 6              MR. GARSIDE:  No, that is not right.  He was told by

10:55AM 7    somebody, get your boat cleaned and go home, right, over the

10:56AM 8    radio.

10:56AM 9              THE COURT:  What does that mean?

10:56AM 10             MR. GARSIDE:  What does that mean is a very good

10:56AM 11   question because that's the sort of instruction --

10:56AM 12             THE COURT:  Well, it sounds like it means you're off

10:56AM 13   hire.

10:56AM 14             MR. GARSIDE:  It's the sort of instruction that might

10:56AM 15   have been given every day to a near shore boat.  I mean, it's not

10:56AM 16   the same thing as off-hire dispatch notification.

10:56AM 17             THE COURT:  Well, there are a lot of things, not only in

10:56AM 18   the oil and gas industry, but in the maritime industry, most of

10:56AM 19   it is done verbally, done over the radio, dispatch vessels, call

10:56AM 20   up vessels.

10:56AM 21             MR. GARSIDE:  That very well may be, Your Honor.

10:56AM 22             THE COURT:  They don't have to send formal written

10:56AM 23   notification every time they want to send a vessel out or send it

10:56AM 24   home.

10:56AM 25             MR. GARSIDE:  That very well may be, Your Honor, but

10:56AM 1 this was not an ordinary time.  This was a response to a disaster

10:56AM 2 governed by the Coast Guard.  The individual relationship is

10:56AM 3 governed by this charter agreement which requires off-hire

10:56AM 4 dispatch notification, a very peculiar term.  It's only used in

10:56AM 5 relation to terminating the charter term; and, in all of the

10:56AM 6 stuff before you, it's only used in one other document, and

10:56AM 7 that's it.

10:56AM 8          It's in quotes, the letter that BP sent, as

10:57AM 9 charterer, to Hoi Nguyen, as owner, that says, quote, this is the

10:57AM 10 off-hire dispatch notification.

10:57AM 11          This is what they did.  If that's not clear enough

10:57AM 12 that this is the off-hire dispatch notification, the

10:57AM 13 Unified Command's official policy directive, which we attached as

10:57AM 14 Exhibit 4 to the reply, specifically requires this.  I mean, it

10:57AM 15 says at page 8, "BP will provide a standard letter to confirm to

10:57AM 16 vessel owners when they are off hire, to assure rigor in

10:57AM 17 information, and to support the final payment process."  I mean,

10:57AM 18 it is as clear as a bell that this is the off-hire dispatch

10:57AM 19 notification.

10:57AM 20          Regardless of whether, for argument's sake, they

10:57AM 21 could have done it verbally, or they could have done it some

10:57AM 22 other way, this is what they actually did.  This is the date

10:57AM 23 that -- well, around August 27th is the date that he received

10:57AM 24 off-hire dispatch notification.

10:57AM 25          As the notification indicates, that's not enough to

10:57AM 1  terminate the charter term.  There is another step required.  The

10:58AM 2  second paragraph -- and this is -- that letter, Your Honor, is

10:58AM 3  Exhibit 6, Attachment D.

10:58AM 4       Paragraph two of the letter indicates the next

10:58AM 5  step, you have to get your vessel decontaminated.  Article 10E,

10:58AM 6  which specifically deals with terminating the charter term,

10:58AM 7  provides unequivocally the following language:  "The termination

10:58AM 8  of the charter term, termination of dispatch, is determined by

10:58AM 9  the time that the vessel is secure at its moorings after final

10:58AM 10 decontamination after an oil spill response."

10:58AM 11      THE COURT:  How is that defined, final decontamination?

10:58AM 12      MR. GARSIDE:  Final decontamination means something,

10:58AM 13 Judge.  They put it in there, without doubt, to mean something.

10:58AM 14 And it's different than being cleaned, right.

10:58AM 15      Final decontamination has a specific meaning, and

10:58AM 16 that means it's the process of removing this vessel from a

10:58AM 17 response fleet back into the ordinary world of commerce.  It's a

10:58AM 18 specific definition set out in the Coast Guard directives that

10:58AM 19 we've attached.

10:59AM 20      It's not the same thing as cleaning.  BP wants to

10:59AM 21 say, well, not every boat needs to be cleaned.  True, not every

10:59AM 22 boat needs to be cleaned.  It points you to article 9 on

10:59AM 23 maintenance of the vessel, which says, if you need to be cleaned,

10:59AM 24 then we will reimburse or provide it.

10:59AM 25      That's not the same thing as final decontamination.

10:59AM 1    Final decontamination requires somebody to look at the boat,

10:59AM 2    determine if it needs to be cleaned --

10:59AM 3            THE COURT:  Whose obligation is that under the charter

10:59AM 4    agreement?

10:59AM 5            MR. GARSIDE:  Under the charter agreement, it's BP's

10:59AM 6    obligation.

10:59AM 7            THE COURT:  Where does it say that?

10:59AM 8            MR. GARSIDE:  Well, a fair point.

10:59AM 9            THE COURT:  It says --

10:59AM 10           MR. GARSIDE:  It's equivocal.

10:59AM 11           THE COURT:  -- that they either have to decontaminate it

10:59AM 12   or reimburse you for it, right?

10:59AM 13           MR. GARSIDE:  It says for cleaning.  In article 9, it

10:59AM 14   says for cleaning, right.  If you need to get your boat cleaned,

10:59AM 15   then we will reimburse or provide it.

10:59AM 16           Under article 10, it does not say that you are

10:59AM 17   terminated following final decontamination, if you need final

10:59AM 18   decontamination.  Every boat needs it.  They need to get checked

11:00AM 19   out to determine if they need cleaning.  They need to be cleaned,

11:00AM 20   if so, and they need the Coast Guard to sign off on it.  They,

11:00AM 21   being BP and the owner, all right.

11:00AM 22           That's an important term.  It benefits the public

11:00AM 23   welfare because you don't have individual boat owners out there

11:00AM 24   determining how clean is clean for their vessel.  The Coast Guard

11:00AM 25   does that, right.

11:00AM 1        THE COURT:  Do you get some kind of certificate from the

11:00AM 2   Coast Guard?

11:00AM 3        MR. GARSIDE:  That's exactly right, Your Honor.  We've

11:00AM 4   included it as attachment E to Exhibit 6.

11:00AM 5            This is the only place in the record, once again,

11:00AM 6   besides the Coast Guard directives and the charter article on

11:00AM 7   termination, where the words "final decontamination" are used.

11:00AM 8            This is the certificate that Hoi Nguyen received

11:00AM 9   from the Coast Guard that said, now you're released from response

11:00AM 10  world, and you're able to go into private commerce.

11:00AM 11       THE COURT:  What are the facts in the record in your

11:00AM 12  case?  My recollection, the timeline was that he signed the

11:00AM 13  agreement on May 12th, he and his crew attended a four-hour

11:01AM 14  training session on May 14, two days later, as you said.

11:01AM 15           On the 30th, roughly two weeks later, his vessel

11:01AM 16  was sent out to go to work.  Then, he worked pretty much

11:01AM 17  continuously until the 15th or the 16th of July, so not quite two

11:01AM 18  months, at which time he was instructed by phone call, radio

11:01AM 19  call, to get your boat cleaned and go home.  That's what he was

11:01AM 20  told.

11:01AM 21       MR. GARSIDE:  Right.

11:01AM 22       THE COURT:  On the way back to Biloxi a day or so later,

11:01AM 23  he received some sort of cleaning, or what you've described as

11:01AM 24  gross decontamination from a barge --

11:01AM 25           I assume that's a barge that BP had arranged for

11:01AM 1    cleaning of vessels?

11:02AM 2         MR. GARSIDE:  We assume so.

11:02AM 3         THE COURT:  -- somewhere nearly Dauphin Island.  There

11:02AM 4    was some sort of off-hire deactivation sheet signed at that time,

11:02AM 5    was there not, on or about July 18?

11:02AM 6         MR. GARSIDE:  Absolutely, there was.  That was an

11:02AM 7    internal document of BP that BP kept, right.  I mean, this is

11:02AM 8    their deactivation checklist, right.  That's not -- that is not

11:02AM 9    the off-hire notice -- notice of off-hire dispatch.

11:02AM 10        THE COURT:  Then, by July 19th or 20th, your client

11:02AM 11   returned to port in Biloxi, and BP paid for that time from -- I

11:02AM 12   know you quibble about on the front end a few days for -- between

11:02AM 13   training and deployment, but the big issue is on the back end, it

11:02AM 14   seems to me, in this case.

11:02AM 15             He was paid through the time he got back to port in

11:02AM 16   Biloxi, after being told, get your boat cleaned and go home, and

11:02AM 17   after having some sort of decontamination done near Dauphin

11:02AM 18   Island, right?

11:03AM 19        MR. GARSIDE:  That's correct.

11:03AM 20        THE COURT:  Then he received the formal letter, quote,

11:03AM 21   Notice of Nonrenewal of Master Charter Agreement, on August 27th.

11:03AM 22             What date did he receive this verification of final

11:03AM 23   decontamination?  That was not until --

11:03AM 24        MR. GARSIDE:  September 16th, Your Honor.

11:03AM 25        THE COURT:  -- September 16th.

11:03AM 1            What was he doing between July 19 or 20, when he

11:03AM 2  returned to Biloxi, and September 16?  Was he doing any work?

11:03AM 3  Was he standing by?  Was he --

11:03AM 4       MR. GARSIDE:  Well, Your Honor, he was not --

11:03AM 5       THE COURT:  Did he try to get his boat cleaned?  What

11:03AM 6  was he doing?  I'm just trying to understand that.

11:03AM 7       MR. GARSIDE:  He was waiting for decontamination, for

11:03AM 8  final decontamination.  He was scheduled to go receive it, and he

11:03AM 9  went when he was told and received it, and he got the

11:03AM 10  certification that he was told to receive.

11:03AM 11       THE COURT:  Is this something possibly he could have

11:03AM 12  done on his own?  I don't know.  What were the facilities to get

11:03AM 13  that done?  Where was there facility?

11:03AM 14       MR. GARSIDE:  That's the thing, Your Honor.  There were

11:03AM 15  none.  BP -- they were way overbooked.  There were no available

11:04AM 16  options to just go get your boat decontaminated yourself, right.

11:04AM 17        I mean, besides, the Coast Guard has to sign off on

11:04AM 18  it.  I mean, this is an official process.  It is final

11:04AM 19  decontamination.

11:04AM 20        So, at that time, what was he doing?  Well, I'll

11:04AM 21  tell you what he was not doing and could not do was using his

11:04AM 22  boat for what he wanted to use it for.

11:04AM 23       THE COURT:  Which was?

11:04AM 24       MR. GARSIDE:  That's -- I don't know, whatever it is he

11:04AM 25  would want to do.

11:04AM 1      THE COURT:  Wasn't doing any fishing, anyway, at that

11:04AM 2  time, was he?

11:04AM 3      MR. GARSIDE:  I don't know that, Your Honor -- well,

11:04AM 4  regardless, he could not, even if he wanted to.

11:04AM 5      What he was doing was waiting to have his boat

11:04AM 6  de-oiled and cleaned and certified that it was cleaned, so

11:04AM 7  that -- I mean, what if he wanted to sell it, right.  Nobody is

11:04AM 8  going to buy it until he gets this document.

11:04AM 9      So it benefits him, it benefits the public, and it

11:04AM 10 benefits BP because if, in December, he goes out shrimping, and

11:04AM 11 he's dragging his lines, and he's leaving a sheen, BP can point

11:04AM 12 to this document and say, not me.

11:04AM 13     So this an important document and an important part

11:05AM 14 of this contract that final termination is the end of the charter

11:05AM 15 term, one, and it's also the end of BP's obligation to pay hire.

11:05AM 16     THE COURT:  Let me ask you this, backing up a bit to the

11:05AM 17 issue about when it started, if you're right on your argument

11:05AM 18 that simply going to training starts the charter term -- I know

11:05AM 19 this is not your case, but if you had a case where someone was

11:05AM 20 never deployed after that, when would it have ended?  When would

11:05AM 21 it end?

11:05AM 22     MR. GARSIDE:  When they received the off-hire dispatch

11:05AM 23 notification, which was sent to everybody --

11:05AM 24     THE COURT:  Why would they have to send you an off-hire

11:05AM 25 notification if you were never deployed in the first place?

11:05AM  1      MR. GARSIDE:  Because you were hired.  Deployment is not

11:05AM  2  the trigger, Your Honor.  Not even BP believes deployment is the

11:05AM  3  trigger.  It's hiring the boat.

11:05AM  4      In their post-hoc explanation of a second charter

11:05AM  5  term for decontamination, there is 11 days, and only two of those

11:05AM  6  days was he out in the water.  It's not deployment.  It's hiring

11:05AM  7  a boat.

11:05AM  8      They needed that capacity dedicated all along the

11:06AM  9  Gulf to them to respond, right.  And that's what they contracted

11:06AM 10  for, and that's what they got.

11:06AM 11      If they had wanted a day-to-day charter or one that

11:06AM 12  said, you only get paid when you're out on the water, they know

11:06AM 13  how to draft that.  As you said, it's pretty standard.  They did

11:06AM 14  draft it after the response ended, right, and that's the

11:06AM 15  Transitional Master Vessel Charter Agreement that we attached as

11:06AM 16  Exhibit 3 to the reply.

11:06AM 17      They drafted the agreement that they now want to

11:06AM 18  argue Hoi Nguyen signed; but, right at the top, it says in bold

11:06AM 19  letters, this is a different agreement, right.

11:06AM 20      It is different.  What they did the first go-round

11:06AM 21  was set up a time charter that requires termination in order to

11:06AM 22  end it.

11:06AM 23      THE COURT:  Well, they clearly made it more -- well,

11:06AM 24  they made it more express, what their intent was, yes.

11:06AM 25      I don't know if that answers the question before

11:06AM 1   the Court now, but I understand.

11:06AM 2                    All right.  Let me hear from the other side,

11:06AM 3   Mr. Garside, okay?

11:06AM 4         MR. LANGAN:  Your Honor, I would like to introduce to

11:07AM 5   you my partner, Christopher Esbrook.

11:07AM 6         THE COURT:  Okay.  Sure.

11:07AM 7         MR. ESBROOK:  Good morning, Your Honor.  Chris Esbrook

11:07AM 8   for BP.

11:07AM 9         THE COURT:  How do you spell your last name?

11:07AM 10        MR. ESBROOK:  E-S-B-R-O-O-K.

11:07AM 11        THE COURT:  Thank you.

11:07AM 12        MR. ESBROOK:  So I would like to talk about just two

11:07AM 13  points, when the charter term begins and when the charter term

11:07AM 14  ends.

11:07AM 15        THE COURT:  From what I heard this morning, the

11:07AM 16  plaintiffs essentially agree that this is a master charter

11:07AM 17  agreement subject to, possibly, a number of different charter

11:07AM 18  terms.

11:07AM 19                   So the real issue is -- the two issues are when

11:07AM 20  does the charter term begin or hire begin, and when does it end.

11:07AM 21        MR. ESBROOK:  That's right, Your Honor.

11:07AM 22                   So the charter term begins, and the contract is

11:07AM 23  clear about this, when three things happen.  So, first, it's when

11:07AM 24  BP requests that the vessel owner begin a charter term; two, it's

11:08AM 25  when the vessel owner accepts this request to begin the charter;

11:08AM  1  and, three, it is when the vessel departs from the mutually

11:08AM  2  agreed location into BP's service.  So I was just going to go

11:08AM  3  through each of those.

11:08AM  4           So, for the first one, there is no obligation for

11:08AM  5  BP to request that a charter term begin.  But, once it did

11:08AM  6  request that, then there is no obligation for the vessel owner to

11:08AM  7  accept this request.

11:08AM  8           THE COURT:  Was everybody sent to training who signed up

11:08AM  9  for this program?

11:08AM 10           MR. ESBROOK:  You know, I don't know if everyone, every

11:08AM 11  vessel owner was sent to training, but I think most of them were.

11:08AM 12           THE COURT:  You certainly couldn't be deployed until you

11:08AM 13  had gone through training, right?

11:08AM 14           MR. ESBROOK:  Precisely, Your Honor.  The training is a

11:08AM 15  prerequisite to actually being on the charter term.

11:08AM 16           THE COURT:  Wasn't the whole idea to have a big fleet of

11:08AM 17  vessels standing by to respond on a moment's notice?  That's what

11:08AM 18  BP's need and intent was here?

11:09AM 19           MR. ESBROOK:  So I don't think that's exactly right.  I

11:09AM 20  think there was no obligation for any of the vessels under

11:09AM 21  contract to stand by because -- and that's true because there was

11:09AM 22  no obligation on the part of the vessel owners to accept a

11:09AM 23  request for a charter term.

11:09AM 24           THE COURT:  No, I understand that.  But, if they signed

11:09AM 25  up for this program, and you asked them to go get trained, part

11:09AM  1    of that would be they would have to derig or rig their boats to

11:09AM  2    do what BP needed them to do, correct?  Take the nets off the

11:09AM  3    boat, for example.

11:09AM  4              MR. ESBROOK:  You know, Your Honor, from what I

11:09AM  5    understand, the boats, for the most part, outside of large

11:09AM  6    shrimping boats, didn't have to derig or rerig the boats because

11:09AM  7    we're talking about, for the most part, you know, generally

11:09AM  8    smaller boats where there wasn't any --

11:09AM  9              THE COURT:  Well, but at least some of the vessels had

11:09AM 10    to derig and/or rig the boats to do the work that BP needed them

11:10AM 11    to be on call to do.

11:10AM 12              MR. ESBROOK:  Presumably, some of them did.  Yes, that's

11:10AM 13    right.

11:10AM 14              THE COURT:  So you couldn't realistically expect them to

11:10AM 15    do that and then be waiting for BP to call them out and not be

11:10AM 16    paid for those days, could you?

11:10AM 17              MR. ESBROOK:  Well, I think the issue was that there was

11:10AM 18    no requirement on behalf -- or for these vessel owners to derig

11:10AM 19    or rerig their boats.  I think what is more likely to happen and

11:10AM 20    what's called for under the contract is if BP were to call a

11:10AM 21    vessel owner and say, are you willing to begin a charter term,

11:10AM 22    then the vessel owner is perfectly able to say, I can't begin a

11:10AM 23    charter term today, but I would be willing to begin a charter

11:10AM 24    term tomorrow or the next day.

11:10AM 25              In fact, that's what happened here with the focus

11:10AM 1   plaintiff.  When BP called Mr. Nguyen and said, would you be

11:11AM 2   willing to start a charter term on May 30th, Mr. Nguyen declined

11:11AM 3   the request and then asked to start the charter term on May 31st.

11:11AM 4          I think during this time is when this derigging and

11:11AM 5   rerigging, to the extent that it even needed to happen, that's

11:11AM 6   when it could have happened, Your Honor.

11:11AM 7        THE COURT:  Talk about two things, whether the

11:11AM 8   implication of the -- well, one thing in particular, how does

11:11AM 9   this end?  How does the term end?  Do you agree it requires

11:11AM 10  so-called final decontamination?  It seems to in article 10,

11:11AM 11  right?

11:11AM 12       MR. ESBROOK:  So, Your Honor, I think the contract is

11:11AM 13  clear about when the charter term ends.  The charter term ends

11:11AM 14  when two, and potentially three, things happen.

11:11AM 15         So, one, it's when they get the off-hire

11:11AM 16  notification, the off-hire dispatch.  Two, it's when the vessel

11:11AM 17  returns to the original place of dispatch or it elects to go

11:11AM 18  somewhere else.  Then, three, potentially, decontamination, if it

11:12AM 19  needs decontamination.

11:12AM 20         I think the contract is clear about this in

11:12AM 21  article 9, and article 9 seems to be ignored in the plaintiff's

11:12AM 22  briefing.  So they just focus on the article that you mentioned,

11:12AM 23  article 10; but, article 9 says that the charterer shall provide

11:12AM 24  or otherwise reimburse the vessel owner's actual cost of hull

11:12AM 25  gear cleaning and decontamination if the vessel requires such

11:12AM 1    cleaning as a result of the services under the charter.

11:12AM 2            So the decontamination is only necessary if it's

11:12AM 3    needed by a vessel --

11:12AM 4        THE COURT:  Well, that would generally be most all of

11:12AM 5    the vessels that were actually deployed, I imagine.

11:12AM 6        MR. ESBROOK:  I don't think that's the case.  From what

11:12AM 7    I understand, Your Honor, a majority of the vessels that were

11:12AM 8    actually put on hire never touched oil or needed decontamination.

11:12AM 9    They were doing preventative services in waters that were

11:12AM 10   untouched by oil.

11:12AM 11       THE COURT:  Well, let's suppose, as apparently in this

11:12AM 12   case, the vessel did touch oil and needed decontamination.  Is

11:13AM 13   your argument that Mr. Nguyen should have decontaminated his own

11:13AM 14   vessel and then sent you the bill; or, what is your argument?

11:13AM 15           Because his argument is that there was a big

11:13AM 16   back-up.  BP had a long line of people waiting to get their

11:13AM 17   vessels decontaminated, and he waited in line, and when you could

11:13AM 18   decontaminate his vessel, he had it done; and, he should at least

11:13AM 19   be paid through that time because it's not reasonably expected he

11:13AM 20   could work that boat or do something else with it if it hadn't

11:13AM 21   been decontaminated.  It sounds like a reasonable position.

11:13AM 22       MR. ESBROOK:  So I have a couple of responses to that.

11:13AM 23           First, as a general matter, I think this is a

11:13AM 24   question of fact that's not ripe for summary judgment.

11:13AM 25           But, second, you know, let's look at the record.

11:13AM 1   What the record says is that Mr. Nguyen received decontamination

11:14AM 2   in late July, July 17 or 18, and he signed this off-hire survey

11:14AM 3   that indicated that his vessel had been decontaminated.

11:14AM 4            Then, the record shows, and Mr. Nguyen

11:14AM 5   affirmatively states in his deposition, that he went home, and

11:14AM 6   then, for the next two months -- or month and a half, had the

11:14AM 7   opportunity to seek decontamination, if he thought his boat was

11:14AM 8   still dirty, but he didn't, one, affirmatively go to seek

11:14AM 9   decontamination from a private decontamination place, as is

11:14AM 10  contemplated under the contract and which BP will reimburse for,

11:14AM 11  one, and, two --

11:14AM 12           THE COURT:  Where was the private decontamination

11:14AM 13  facility?

11:14AM 14           MR. ESBROOK:  You know, Your Honor, in terms of the

11:14AM 15  actual facts about logistics of decontamination, I'm not an

11:14AM 16  expert on that, but I know it was called for under the contract.

11:14AM 17           THE COURT:  Yes, but we're in the real world here.

11:15AM 18  Right, immediately following this massive oil spill, with all of

11:15AM 19  this going on in the Gulf, I'm just wondering if there was a

11:15AM 20  private facility he could have gone to, even if he had thought of

11:15AM 21  that or decided to do that.

11:15AM 22           MR. ESBROOK:  So I believe there was, Your Honor.  I

11:15AM 23  think, more importantly here, though, is what Mr. Nguyen admits

11:15AM 24  on the record, is that in this month-and-a-half or two-month

11:15AM 25  span, he said he had the opportunity to call BP and tell BP if he

11:15AM 1  thought his boat needed further decontamination, but he didn't do

11:15AM 2  so.

11:15AM 3          THE COURT:  How or when did he contact BP to finally get

11:15AM 4  his -- get this so-called certificate and final decontamination?

11:15AM 5          MR. ESBROOK:  So this is -- again, it's a question of

11:15AM 6  fact, and it's a little bit unclear on the record.

11:15AM 7              It seems as though, from the record, that

11:15AM 8  Mr. Nguyen never actually contacted BP about this second

11:16AM 9  decontamination.  What looks like happened is that he mentioned

11:16AM 10 it -- so it was, you know, a less formal process.  He mentioned

11:16AM 11 it to someone who mentioned it to another person, and somehow he

11:16AM 12 got on a second decontamination list.

11:16AM 13             BP affirmatively called him and said, you know, we

11:16AM 14 understand you want a second decontamination; you know, if you

11:16AM 15 want that, come in, and we'll give you that second

11:16AM 16 decontamination, and we'll pay you for those, you know, X number

11:16AM 17 of days that you're traveling to the facility and are getting

11:16AM 18 decontaminated.

11:16AM 19         THE COURT:  That's where the 11 days come in?

11:16AM 20         MR. ESBROOK:  That's right, Your Honor.

11:16AM 21             So, I mean, I think that's the key that, you know,

11:16AM 22 off hire happens when the boat is told it's off hire.

11:16AM 23             As an aside, there is no provision of the contract

11:16AM 24 that requires that be in writing.

11:16AM 25             Two, then the boat, you know, goes back to its home

11:16AM 1    port or decides to go somewhere else.

11:16AM 2            Three, then if the boat needs decontamination, it's

11:17AM 3    after final decontamination, but only if it's needed and if it's

11:17AM 4    sought promptly.

11:17AM 5            I think what I also want to make clear is that

11:17AM 6    under plaintiff's argument and under their interpretation of the

11:17AM 7    contract, what they would have happen is vessel owners be paid

11:17AM 8    full hire, you know, up to $3,000 a day, from the time of

11:17AM 9    training, you know, all the way until a formal written

11:17AM 10   notification, which just actually terminated the contract, as

11:17AM 11   opposed to being put off hire.  This would be true under the

11:17AM 12   plaintiff's theory for all vessels, regardless if they worked or

11:17AM 13   not.

11:17AM 14        THE COURT:  Let me ask you this:  Is there a factual

11:17AM 15   dispute or issue as to how he was told to, I see this in quotes,

11:17AM 16   "Get your boat cleaned up and go home."?  Who gave him that

11:18AM 17   instruction?  How was that done?

11:18AM 18        MR. ESBROOK:  This was done in the typical fashion that

11:18AM 19   it was done in the VoO program, which was by a dispatcher.  It

11:18AM 20   was either through the radio on the boat or to his cell phone.  I

11:18AM 21   don't know which.

11:18AM 22        THE COURT:  Where does that quote come from?  I don't

11:18AM 23   recall now in the record.  "Get your boat cleaned and go home,"

11:18AM 24   is that what he said he was told?

11:18AM 25        MR. ESBROOK:  That comes, I believe, from either his

11:18AM 1   declaration or his interrogatory responses, Your Honor.

11:18AM 2          THE COURT:  Is there a dispute or any issue that that's

11:18AM 3   what he was told, "Get your boat cleaned and go home."?

11:18AM 4          MR. ESBROOK:  No, Your Honor, there is nothing -- there

11:18AM 5   is no dispute that that's what he was told.

11:18AM 6          THE COURT:  Did he testify that during the six weeks or

11:18AM 7   two months while he waited to his get boat decontaminated, he

11:18AM 8   also was thinking that, perhaps, he would be called back out

11:18AM 9   during that time?

11:18AM 10         MR. ESBROOK:  I believe what he said was that -- I don't

11:18AM 11  think the record reflects that he was sitting home, you know,

11:18AM 12  because he thought he had to.  I think the record reflects that

11:19AM 13  he was off hire, you know, he went home, he was free to do

11:19AM 14  whatever he wanted; but, he recognized the Master Vessel Charter

11:19AM 15  Agreement contemplates potentially many different charter terms,

11:19AM 16  and he wanted another charter term and hoped for another charter

11:19AM 17  term.

11:19AM 18         THE COURT:  Okay.  Anything else you need to add?

11:19AM 19         MR. ESBROOK:  That's all, Your Honor.  Thank you.

11:19AM 20         THE COURT:  Thank you very much.

11:19AM 21         MR. GARSIDE:  Let me respond briefly, Your Honor.

11:19AM 22             There was a question as to why he didn't seek

11:19AM 23  decontamination after he returned in July, and it's because he

11:19AM 24  didn't get an off-hire dispatch notification.  You asked, well,

11:19AM 25  when did he go try to get it?  He went after he got an off-hire

11:19AM 1    dispatch notification that said you're off hire now, go get your

11:19AM 2    boat decon'd, and that was the trigger.

11:19AM 3              THE COURT:  When did that notice come out?

11:19AM 4              MR. GARSIDE:  It's dated, retroactively, August 27,

11:20AM 5    2010.  He probably received it a few days later, right.  It was

11:20AM 6    sent certified mail.

11:20AM 7              THE COURT:  End of August?

11:20AM 8              MR. GARSIDE:  End of August.

11:20AM 9              THE COURT:  He had his both cleaned September what?

11:20AM 10             MR. GARSIDE:  September 16th, he got his --

11:20AM 11             THE COURT:  16th?

11:20AM 12             MR. GARSIDE:  -- certificate of final decontamination.

11:20AM 13             So, to say that he didn't go out and get his boat

11:20AM 14   finally decontaminated ignores the fact that he was still under

11:20AM 15   hire, right.  Nobody told him, here's your off-hire dispatch

11:20AM 16   notification.

11:20AM 17             Some unidentified person told him, get your boat

11:20AM 18   cleaned and go home.  That's totally -- BP doesn't even know who

11:20AM 19   it was.  We don't know who it was.  It wasn't the charterer

11:20AM 20   telling the owner.  It was the dispatcher telling the crew, take

11:20AM 21   the boat home.  That's a different thing than terminating a

11:20AM 22   charter --

11:20AM 23             THE COURT:  Well, the owner was the captain --

11:20AM 24             MR. GARSIDE:  In this case --

11:20AM 25             THE COURT:  -- in this instance, yes.

11:20AM  1          MR. GARSIDE:  In this case, that's true.  In this case,

11:20AM  2   that's true.

11:20AM  3          Another thing I wanted to touch on, for sure, is

11:20AM  4   this idea that training was a prerequisite of entering the

11:20AM  5   program, because that's specifically included in the contract as

11:20AM  6   a -- BP defined and approved oil spill training is specifically

11:20AM  7   included as a vessel service.

11:21AM  8          There is a requirement for training as a

11:21AM  9   prerequisite.  It's in article 6, the manning requirements.  It

11:21AM 10   says, you, vessel owner, without us paying you, right, you have

11:21AM 11   to provide us with a crew experienced and trained in operating a

11:21AM 12   vessel in the waters that this vessel is going to operate.

11:21AM 13          That's the prerequisite, right, that they don't

11:21AM 14   have to pay you to train your crew to work a boat.  You need to

11:21AM 15   provide an able-bodied crew, competent, and a seaworthy vessel.

11:21AM 16   That's the prerequisite.

11:21AM 17          But when BP says, we have to get everybody trained,

11:21AM 18   you, one, two, three, go get trained, in order to do that, it's

11:21AM 19   got to hire the vessel, and that's what it did; and, it never

11:21AM 20   terminated that charter until the end of August, it started the

11:21AM 21   process.

11:21AM 22          THE COURT:  Thank you.

11:21AM 23          I'm going to take this under advisement, okay?

11:22AM 24          Do we have any other matters to discuss?  Does

11:22AM 25   anybody need to say anything else?

11:22AM 1              If not, again, 64 days to trial.  Judge Shushan is
11:22AM 2    reminding me of that.  I think she's going to have a countdown
11:22AM 3    clock for all of us.
11:22AM 4              I want to thank everybody, the parties, counsel,
11:22AM 5    again, for your continued cooperation and professionalism, and
11:22AM 6    I'll send you off to Judge Shushan now.  Have a good day.
11:22AM 7              THE DEPUTY CLERK:  All rise.
8              [REPORTER'S NOTE:  The next status conference is Friday,
9    December 16, 2011, at 9:30 a.m. CST.]
10              (WHEREUPON, at 11:22 a.m., the proceedings were
11    concluded.)
12                              *    *    *
13
14                        REPORTER'S CERTIFICATE
15
16       I, Cathy Pepper, Certified Realtime Reporter, Registered
     Merit Reporter, Certified Court Reporter of the State of
     Louisiana, Official Court Reporter for the United States District
17   Court, Eastern District of Louisiana, do hereby certify that the
     foregoing is a true and correct transcript, to the best of my
18   ability and understanding, from the record of the proceedings in
     the above-entitled and numbered matter.
19
20                              *s/Cathy Pepper*
                                Cathy Pepper, CRR, RMR, CCR
21                              Certified Realtime Reporter
                                Official Court Reporter
22                              United States District Court
                                Cathy_Pepper@laed.uscourts.gov
23
24
25

## $

**$3,000** [3] - 79:17, 82:25, 103:8
**$75** [1] - 65:5

## 0

**0** [1] - 17:12

## 1

**10** [5] - 28:4, 31:11, 90:16, 99:10, 99:23
**10,000** [1] - 82:2
**10-2179** [1] - 13:12
**10-MD-2179** [1] - 1:7
**100** [3] - 2:23, 3:14, 45:11
**1000** [2] - 2:4, 9:5
**10003** [1] - 3:4
**1001** [1] - 6:14
**10036** [1] - 8:19
**10153** [1] - 9:18
**107** [2] - 12:20, 12:21
**109,000** [1] - 19:7
**10E** [1] - 89:5
**11** [2] - 95:5, 102:19
**11(a** [1] - 77:17
**1100** [3] - 4:7, 6:7, 8:22
**11:22** [1] - 107:10
**1201** [2] - 7:8, 7:21
**1221** [1] - 7:16
**12th** [1] - 91:13
**13** [3] - 4:19, 25:21, 32:14
**1300** [1] - 8:6
**132** [1] - 22:16
**1321(j)(8** [1] - 56:16
**1331** [1] - 7:25
**14** [1] - 91:14
**14(C** [3] - 11:22, 12:1, 56:2
**14(c** [10] - 37:22, 47:23, 52:12, 52:13, 52:16, 52:25, 53:2, 54:3
**1540** [1] - 8:18
**15th** [1] - 91:17
**16** [3] - 12:21, 93:2, 107:9
**1600** [1] - 9:22
**1601** [1] - 2:12
**1615** [1] - 8:6
**1665** [1] - 7:25
**16th** [6] - 22:24, 91:17,

92:24, 92:25, 105:10, 105:11
**17** [1] - 101:2
**1700** [1] - 7:21
**18** [6] - 1:8, 11:5, 11:6, 13:2, 92:5, 101:2
**188** [1] - 3:7
**18th** [1] - 19:1
**19** [1] - 93:1
**19-page** [1] - 38:11
**1976** [1] - 17:12
**1979** [1] - 17:12
**19th** [1] - 29:4, 92:10
**1st** [2] - 19:10, 19:14

## 2

**20** [6] - 1:6, 11:7, 13:14, 20:8, 46:7, 93:1
**2000** [1] - 9:9
**20004** [1] - 7:8
**20005** [1] - 7:4
**20006** [1] - 8:15
**20044** [1] - 5:24
**2007** [1] - 8:17
**2010** [4] - 1:6, 13:14, 20:8, 105:5
**2011** [4] - 1:8, 12:21, 13:2, 107:9
**2012** [1] - 20:15
**2020** [1] - 8:14
**20th** [1] - 92:10
**21** [1] - 11:8
**2179** [1] - 19:11
**2185** [6] - 10:7, 11:8, 21:11, 21:13, 22:5, 22:7
**22** [1] - 11:9
**22nd** [1] - 64:4
**23** [4] - 3:14, 11:10, 20:6, 20:7
**23510** [1] - 2:5
**24** [1] - 11:11
**2410** [3] - 37:24, 38:4, 56:3
**2410**............................
........ [1] - 11:24, 12:3
**246** [1] - 22:12
**25** [1] - 18:14
**255** [1] - 3:11
**26th** [1] - 19:15
**27** [1] - 105:4
**2704** [1] - 73:2
**275** [1] - 2:15
**27708** [1] - 10:13
**27th** [2] - 88:23, 92:21
**28** [1] - 11:12
**28th** [1] - 28:7

**29** [1] - 11:13
**2929** [1] - 10:4
**2990** [1] - 4:11
**29TH** [1] - 2:15
**2nd** [2] - 31:17, 32:1

## 3

**3** [2] - 2:23, 95:16
**30** [2] - 18:14, 69:15
**30(b)(6** [1] - 22:22
**300** [1] - 6:25
**30th** [2] - 91:15, 99:2
**31** [1] - 11:14
**3100** [1] - 8:22
**3102** [1] - 4:7
**316** [1] - 2:8
**31st** [1] - 99:3
**32502** [1] - 2:9
**33** [2] - 11:15, 56:16
**33134** [1] - 3:11
**338** [1] - 4:15
**3450** [1] - 10:8
**35** [2] - 11:17, 22:17
**355** [1] - 8:9
**36013** [1] - 3:19
**36130** [1] - 4:24
**365** [2] - 4:11, 9:9
**3650** [1] - 3:25
**36604** [1] - 2:12
**3668** [1] - 1:19
**36TH** [1] - 6:6
**37** [4] - 11:18, 11:21, 11:22, 11:24
**3700** [1] - 6:14
**3715** [1] - 4:19
**386** [1] - 54:8
**39** [3] - 19:3, 19:20, 20:1
**39201** [1] - 3:8

## 4

**4** [3] - 2:22, 17:12, 88:14
**40** [3] - 20:5, 20:6, 45:22
**4000** [1] - 9:5
**4158** [1] - 37:20
**4158**............................
........ [1] - 11:21
**4160** [1] - 3:18
**42ND** [1] - 10:4
**4310** [1] - 2:19
**4400** [1] - 8:9
**450** [1] - 5:18
**4500** [1] - 7:16
**481** [1] - 54:8

**4th** [1] - 21:16

## 5

**500** [4] - 4:23, 6:11, 10:8, 10:19
**501** [1] - 4:4
**504** [1] - 10:20
**510** [1] - 5:8
**519** [1] - 3:22
**535** [1] - 19:5
**5395** [1] - 5:19
**54(b** [1] - 27:2
**546** [1] - 7:12
**556** [1] - 1:19
**56** [1] - 11:25
**57** [4] - 12:4, 12:7, 12:8, 12:10
**589-7779** [1] - 10:20

## 6

**6** [3] - 89:3, 91:4, 106:9
**60** [2] - 45:21, 45:23
**600** [3] - 2:8, 5:12, 9:22
**60654** [1] - 6:25
**64** [3] - 12:20, 23:6, 107:1
**65** [4] - 23:6, 83:18, 83:19
**65-foot** [1] - 83:17
**655** [1] - 7:4
**68** [1] - 22:16

## 7

**7** [2] - 38:11, 39:20
**700** [1] - 3:4
**70037** [1] - 3:15
**70058** [1] - 4:20
**701** [2] - 3:25, 5:5
**70112** [1] - 8:6
**70113** [1] - 1:23
**70130** [6] - 4:12, 4:15, 5:5, 7:13, 9:10, 10:19
**70139** [1] - 3:25
**70163** [2] - 6:7, 8:22
**70433** [1] - 5:9
**70501** [1] - 9:22
**70502** [1] - 1:20
**70601** [1] - 4:4
**70726** [1] - 3:22
**70802** [1] - 5:13
**711** [1] - 6:11

**75219** [1] - 4:8
**75270** [1] - 7:22
**7611** [1] - 5:23
**767** [1] - 9:18
**77** [1] - 12:14
**77002** [4] - 6:11, 6:15, 9:5, 10:9
**77006** [1] - 2:19
**77010** [2] - 7:17, 7:25
**77019** [1] - 10:5
**777** [1] - 3:7
**78** [2] - 12:17, 12:18
**78257** [1] - 2:23
**7th** [2] - 28:24, 35:24
**7TH** [1] - 5:19

## 8

**8** [1] - 88:15
**820** [1] - 1:23
**8397** [1] - 3:14

## 9

**9** [5] - 89:22, 90:13, 99:21, 99:23
**90071** [1] - 8:10
**90362** [1] - 10:12
**94102** [1] - 5:19
**94111** [1] - 2:16
**999** [1] - 2:4
**9:00** [1] - 1:8
**9:30** [2] - 12:22, 107:9
**9th** [2] - 21:3, 21:4

## A

**a.m** [2] - 107:9, 107:10
**A.M** [2] - 1:8, 12:22
**ability** [3] - 33:24, 53:24, 107:18
**able** [6] - 31:22, 37:2, 49:16, 91:10, 98:22, 106:15
**able-bodied** [1] - 106:15
**ABOUT** [1] - 12:12
**above-entitled** [1] - 107:18
**Absolutely** [1] - 92:6
**absolutely** [4] - 40:9, 72:23, 73:8, 81:17
**accept** [3] - 62:9, 97:7, 97:22
**acceptable** [1] - 30:25
**accepts** [2] - 79:12, 96:25
**Access** [1] - 57:20

**ACCESS** [1] - 12:11
**access** [17] - 22:4,
  24:23, 29:10, 59:20,
  60:24, 61:12, 62:19,
  63:3, 63:5, 64:10,
  71:24, 72:24, 74:5,
  75:3, 75:9, 75:24,
  76:18
**accident** [1] - 75:13
**accomplished** [2] -
  23:7, 23:8
**according** [2] - 20:22,
  67:8
**accountable** [1] -
  34:15
**accurate** [1] - 41:2
**achieve** [1] - 26:22
**acknowledge** [1] -
  60:19
**acknowledging** [1] -
  49:2
**act** [2] - 73:22, 74:18
**Act** [27] - 49:20, 49:21,
  50:15, 56:17, 60:1,
  60:4, 60:10, 60:18,
  60:21, 61:4, 61:6,
  61:14, 62:6, 63:7,
  63:22, 63:23, 64:7,
  65:1, 65:3, 66:11,
  66:21, 71:14, 71:25,
  72:15, 75:14, 76:11,
  77:8
**acting** [4] - 40:23,
  74:1, 74:12, 74:20
**action** [4] - 24:21,
  43:5, 52:4, 52:6
**ACTION** [1] - 1:7
**actions** [9] - 18:22,
  24:19, 26:16, 39:6,
  44:24, 56:21, 66:9,
  73:23, 77:18
**activated** [1] - 80:21
**active** [1] - 31:15
**actively** [1] - 74:7
**activities** [4] - 28:25,
  44:5, 56:14, 65:20
**activity** [1] - 56:10
**acts** [1] - 48:25
**actual** [4] - 78:20,
  81:10, 99:24, 101:15
**add** [7] - 50:25, 51:15,
  68:21, 69:5, 69:9,
  84:8, 104:18
**added** [1] - 37:21
**addition** [2] - 23:15,
  56:12
**additional** [5] - 19:2,
  19:13, 19:23, 69:8,
  69:20
**address** [5] - 38:25,

53:22, 54:8, 58:1,
  64:1
**addressed** [3] - 54:4,
  54:20, 62:20
**admirably** [1] - 28:21
**Admiral** [1] - 50:10
**Admiralty** [1] - 49:21
**admiralty** [1] - 49:21
**admissible** [2] - 41:6,
  63:17
**admission** [2] - 48:7,
  48:11
**admits** [1] - 101:23
**advance** [1] - 67:11
**advisement** [1] -
  106:23
**affect** [1] - 55:22
**affects** [3] - 55:14,
  55:15, 55:21
**affidavits** [1] - 78:14
**affirmatively** [3] -
  101:5, 101:8, 102:13
**afraid** [1] - 48:19
**afternoon** [1] - 24:1
**agency** [1] - 29:20
**AGENDA** [1] - 11:3
**agenda** [4] - 31:11,
  33:1, 37:21, 78:1
**AGENDA.................**
  **............................** [1]
  **- 12:16**
**ago** [2] - 38:5, 46:7
**agree** [13] - 25:19,
  41:22, 42:22, 43:1,
  58:17, 66:20, 67:2,
  70:15, 71:13, 80:3,
  85:20, 96:16, 99:9
**agreed** [8] - 20:17,
  25:5, 25:7, 31:1,
  79:10, 85:14, 86:1,
  97:2
**Agreement** [7] - 79:4,
  80:24, 81:21, 84:21,
  92:21, 95:15, 104:15
**agreement** [38] -
  24:20, 24:21, 25:2,
  36:15, 58:12, 59:8,
  70:21, 78:21, 79:8,
  79:9, 79:12, 79:19,
  79:21, 80:5, 80:11,
  80:18, 81:2, 81:6,
  81:9, 82:7, 82:13,
  82:14, 84:20, 84:22,
  85:1, 85:8, 85:10,
  85:11, 86:6, 86:8,
  88:3, 90:4, 90:5,
  91:13, 95:17, 95:19,
  96:17
**agrees** [6] - 44:9,
  44:10, 59:22, 70:12,

86:1, 86:2
**ahead** [5] - 16:25,
  20:21, 26:14, 38:6,
  79:2
**AL** [3] - 2:12, 3:19,
  4:20
**Alabama** [10] - 14:5,
  14:20, 14:23, 15:6,
  16:12, 17:11, 18:13,
  18:15, 23:24, 34:11
**ALABAMA** [1] - 4:22
**ALAN** [1] - 7:24
**Alan** [1] - 17:20
**ALHAMBRA** [1] - 3:11
**ALL** [1] - 1:10
**ALLAN** [2] - 5:4, 7:7
**allegation** [4] - 40:7,
  48:6, 48:22
**allegations** [1] - 56:18
**allege** [3] - 49:1,
  49:22, 50:9
**ALLEGED** [2] - 11:18,
  12:5
**alleged** [1] - 52:21
**Alleged** [2] - 37:18,
  57:2
**alleges** [1] - 48:2
**alleging** [1] - 50:21
**ALLEN** [3] - 3:17,
  10:4, 10:8
**Allen** [1] - 50:10
**allocate** [2] - 38:13,
  43:3
**allocated** [2] - 40:20,
  59:1
**allocating** [1] - 43:13
**allocation** [2] - 57:7,
  58:20
**allotment** [1] - 61:22
**allow** [3] - 45:20,
  46:16, 49:15
**allowed** [1] - 49:14
**alluded** [1] - 44:4
**almost** [2] - 25:8,
  48:17
**alone** [1] - 56:11
**ALPHONSO** [1] - 3:6
**ALSO** [1] - 10:15
**amended** [1] - 56:18
**Amendment** [1] - 61:7
**AMERICA** [7] - 5:22,
  6:17, 6:17, 6:18,
  6:19, 6:21, 6:22
**America** [2] - 39:7,
  39:19
**amount** [2] - 67:18,
  76:4
**Anadarko** [33] - 17:7,
  17:8, 17:23, 17:25,
  57:18, 57:20, 57:24,

58:9, 58:20, 59:16,
  60:24, 61:17, 63:25,
  68:17, 68:22, 69:12,
  69:14, 69:18, 69:21,
  70:2, 70:15, 70:19,
  70:20, 70:21, 71:1,
  71:9, 72:24, 73:6,
  74:4, 74:10, 75:18,
  76:18, 77:25
**ANADARKO** [5] - 8:3,
  8:4, 12:8, 12:11,
  12:14
**Anadarko's** [2] - 66:2,
  70:16
**analog** [2] - 50:6, 56:7
**analogous** [4] - 49:24,
  58:24, 85:9, 86:5
**analogy** [1] - 45:17
**analysis** [4] - 26:19,
  59:9, 66:19
**AND** [16] - 4:18, 6:4,
  9:16, 11:6, 11:9,
  11:12, 11:19, 11:23,
  12:1, 12:6, 12:8,
  12:9, 12:11, 12:12,
  12:14, 12:15
**ANDREW** [1] - 6:23
**Andy** [4] - 18:5, 24:17,
  27:13, 42:21
**Andy's** [1] - 44:19
**ANGELES** [1] - 8:10
**answer** [3] - 52:6,
  82:1, 83:24
**answered** [1] - 79:15
**answers** [1] - 95:25
**ANTHONY** [1] - 4:10
**anticipate** [1] - 27:3
**anticipates** [1] - 34:9
**ANTONIO** [1] - 2:23
**anyway** [7] - 18:19,
  38:5, 54:6, 56:23,
  69:19, 70:3, 94:1
**appeal** [3] - 26:2, 27:2,
  27:3
**appearances** [1] -
  13:15
**APPEARANCES** [10] -
  1:15, 2:1, 3:1, 4:1,
  5:1, 6:1, 7:1, 8:1,
  9:1, 10:1
**appearing** [1] - 78:11
**application** [1] - 72:23
**applies** [2] - 73:3,
  73:18
**apply** [1] - 48:21
**apportionment** [1] -
  46:13
**appreciate** [1] - 26:18
**apprised** [1] - 24:2
**approaches** [1] -

57:15
**appropriate** [6] -
  25:25, 27:6, 36:24,
  48:19, 55:7, 62:25
**approval** [1] - 26:10
**approve** [1] - 44:21
**approved** [7] - 25:2,
  26:7, 26:8, 44:3,
  44:21, 45:1, 106:6
**April** [3] - 13:14, 20:8,
  64:4
**APRIL** [1] - 1:6
**ARE** [1] - 12:15
**AREAUX** [1] - 8:21
**argue** [5] - 23:11,
  44:20, 45:16, 51:23,
  95:18
**argued** [1] - 56:5
**arguing** [3] - 40:19,
  47:19, 82:5
**argument** [22] - 21:16,
  36:5, 37:25, 40:6,
  40:18, 41:4, 42:8,
  44:19, 45:15, 46:9,
  46:11, 57:4, 62:24,
  71:23, 77:20, 84:18,
  94:17, 100:13,
  100:14, 100:15,
  103:6
**argument's** [1] - 88:20
**arguments** [5] - 32:25,
  35:8, 37:7, 37:10,
  37:11
**arise** [1] - 64:5
**arises** [1] - 39:11
**arising** [2] - 54:10,
  56:20
**Arkansas** [2] - 15:6,
  15:7
**arranged** [1] - 91:25
**arrangement** [1] -
  79:9
**article** [13] - 85:12,
  89:5, 89:22, 90:13,
  90:16, 91:6, 99:10,
  99:21, 99:22, 99:23,
  106:9
**ASBILL** [1] - 6:13
**aside** [3] - 65:23, 87:1,
  102:23
**aspect** [1] - 60:17
**aspects** [1] - 49:2
**assert** [5] - 43:19,
  51:14, 54:10, 55:9,
  56:13
**asserted** [5] - 51:11,
  56:8, 56:9, 61:4,
  73:9
**assertions** [1] - 62:6
**asserts** [1] - 56:12

**assessing** [1] - 71:8
**assessment** [2] - 67:18, 72:4
**assign** [1] - 84:24
**assigned** [1] - 84:9
**assist** [1] - 20:20
**assistance** [3] - 22:21, 24:19, 35:3
**assume** [4] - 45:21, 81:19, 91:25, 92:2
**assure** [1] - 88:16
**assuredly** [1] - 45:25
**AT** [3] - 5:7, 12:17, 12:22
**attached** [4] - 80:20, 88:13, 89:19, 95:15
**Attachment** [1] - 89:3
**attachment** [1] - 91:4
**attachments** [1] - 78:16
**attempt** [1] - 80:4
**attempting** [1] - 52:17
**attempts** [1] - 56:13
**attend** [1] - 81:14
**attended** [1] - 91:13
**attention** [1] - 15:4
**attorney** [1] - 51:25
**ATTORNEY** [1] - 4:22
**attorneys** [4] - 24:7, 24:9, 31:6, 51:8
**ATTORNEYS** [1] - 5:7
**AUDIT** [1] - 11:15
**audit** [5] - 33:2, 33:9, 33:13, 33:24, 34:6
**auditors** [3] - 33:12, 33:22, 34:22
**August** [6] - 88:23, 92:21, 105:4, 105:7, 105:8, 106:20
**automatically** [1] - 80:16
**availability** [3] - 33:24, 85:13, 86:1
**available** [5] - 29:21, 79:10, 84:6, 85:19, 93:15
**AVENUE** [8] - 1:23, 3:22, 4:7, 4:23, 5:18, 7:8, 8:9, 9:18
**awaiting** [1] - 16:16
**awarding** [3] - 38:12, 38:14, 43:4
**aware** [1] - 31:19

---

## B

**B1** [2] - 58:15, 62:22
**B3** [1] - 58:15
**BABIUCH** [1] - 6:24

**back-up** [1] - 100:16
**background** [2] - 52:1, 52:10
**backing** [1] - 94:16
**BAKER** [1] - 5:12
**balance** [1] - 76:20
**BARBIER** [1] - 1:13
**barge** [2] - 91:24, 91:25
**BARON** [1] - 4:6
**BARR** [2] - 2:8, 13:24
**Barr** [1] - 13:24
**BARRIOS** [2] - 3:24, 3:24
**BARROW** [2] - 10:4, 17:2
**Barrow** [1] - 17:2
**Barry** [1] - 78:15
**based** [5] - 51:5, 51:16, 56:13, 57:4, 59:7
**basic** [2] - 23:21, 58:6
**basis** [10] - 41:24, 48:7, 49:12, 50:20, 51:1, 52:16, 52:25, 59:19, 75:17
**basketball** [1] - 17:23
**BATON** [1] - 5:13
**BATTERY** [1] - 2:15
**BAYLEN** [1] - 2:8
**BE** [1] - 11:15
**BEASLEY** [1] - 3:17
**beat** [1] - 18:14
**beaten** [1] - 18:13
**beating** [1] - 72:14
**BECK** [7] - 7:15, 7:15, 18:3, 35:17, 35:19, 35:25, 36:7
**Beck** [4] - 18:3, 35:15, 35:17, 36:8
**become** [1] - 61:23
**becomes** [2] - 60:9, 76:10
**BEFORE** [1] - 1:13
**beforehand** [1] - 77:4
**began** [2] - 79:18, 83:3
**begin** [8] - 96:20, 96:24, 96:25, 97:5, 98:21, 98:22, 98:23
**beginning** [2] - 33:22, 41:3
**begins** [3] - 81:7, 96:13, 96:22
**behalf** [5] - 16:3, 29:14, 57:24, 78:11, 98:18
**behaviors** [1] - 65:2
**behest** [1] - 44:5
**behind** [1] - 50:16

**belabor** [2] - 44:12, 47:8
**believes** [1] - 95:2
**bell** [1] - 88:18
**BELLE** [1] - 3:15
**bench** [2] - 44:22, 67:1
**benefit** [1] - 32:16
**benefits** [4] - 90:22, 94:9, 94:10
**BERNSTEIN** [1] - 2:14
**BERTAUT** [1] - 7:12
**beside** [2] - 74:5, 75:9
**best** [2] - 26:22, 107:17
**between** [5] - 22:17, 70:11, 84:23, 92:12, 93:1
**beyond** [3] - 48:9, 61:16, 69:1
**BICKFORD** [2] - 4:14, 4:14
**big** [6] - 77:20, 83:22, 86:12, 92:13, 97:16, 100:15
**bill** [1] - 100:14
**Biloxi** [4] - 91:22, 92:11, 92:16, 93:2
**BINGHAM** [2] - 8:8, 8:12
**bit** [3] - 72:13, 94:16, 102:6
**BLOSSMAN** [1] - 8:21
**blowout** [3] - 56:17, 58:11, 64:4
**bluster** [1] - 61:9
**boat** [39] - 81:1, 82:3, 83:11, 83:15, 84:4, 85:19, 87:7, 87:15, 89:21, 89:22, 90:1, 90:14, 90:18, 90:23, 91:19, 92:16, 93:5, 93:16, 93:22, 94:5, 95:3, 95:7, 98:3, 100:20, 101:7, 102:1, 102:22, 102:25, 103:2, 103:16, 103:20, 103:23, 104:3, 104:7, 105:2, 105:13, 105:17, 105:21, 106:14
**boats** [8] - 83:9, 98:1, 98:5, 98:6, 98:8, 98:10, 98:19
**BOBBY** [1] - 5:11
**BOCKIUS** [1] - 9:3
**bodied** [1] - 106:15
**BOEMRE** [1] - 49:13
**bold** [1] - 95:18

**bolts** [1] - 23:1
**boom** [2] - 84:13, 84:14
**BOP** [4] - 11:12, 28:14, 28:23, 29:1
**borrowed** [1] - 46:14
**bottom** [1] - 60:5
**BOULEVARD** [1] - 2:19
**BOUNDS** [1] - 2:11
**BOX** [4] - 1:19, 3:18, 5:23, 10:12
**BP** [101] - 6:17, 6:17, 6:18, 6:19, 6:20, 6:21, 6:22, 16:21, 17:10, 18:5, 22:4, 23:18, 24:17, 25:16, 26:21, 27:13, 28:20, 29:8, 35:12, 36:15, 36:23, 38:11, 39:10, 39:20, 40:3, 42:7, 42:21, 43:6, 46:9, 47:19, 49:14, 49:15, 52:2, 53:23, 56:10, 65:24, 66:2, 66:5, 68:15, 69:18, 70:17, 70:18, 73:10, 73:11, 74:1, 74:6, 74:12, 74:17, 75:19, 77:5, 77:15, 77:21, 79:4, 79:10, 80:17, 80:19, 81:9, 82:5, 82:8, 82:9, 83:7, 83:9, 83:12, 84:6, 86:2, 86:9, 86:15, 88:8, 88:15, 89:20, 90:21, 91:25, 92:7, 92:11, 93:15, 94:10, 94:11, 95:2, 96:8, 96:24, 97:5, 98:2, 98:10, 98:15, 98:20, 99:1, 100:16, 101:10, 101:25, 102:3, 102:8, 102:13, 105:18, 106:6, 106:17
**BP's** [13] - 18:21, 40:17, 66:9, 74:9, 78:13, 79:10, 79:24, 80:4, 81:14, 90:5, 94:15, 97:2, 97:18
**BRANCH** [1] - 5:17
**breach** [2] - 20:11
**break** [3] - 47:16, 48:9, 61:22
**BREIT** [3] - 2:3, 2:3, 14:3
**Breit** [1] - 14:3
**BRENNAN** [1] - 6:13
**BRIAN** [1] - 2:8

**Brian** [1] - 13:24
**brief** [11] - 24:16, 33:4, 38:9, 38:11, 39:21, 44:11, 51:24, 51:25, 59:14, 66:10
**briefed** [8] - 21:15, 21:25, 22:1, 31:19, 35:14, 38:5, 38:9, 39:25
**briefing** [10] - 35:13, 36:2, 38:2, 39:4, 42:11, 45:6, 46:19, 67:5, 76:2, 99:22
**briefly** [4] - 33:2, 70:7, 70:25, 104:21
**briefs** [2] - 19:12, 47:12
**bring** [16] - 15:4, 30:18, 47:22, 53:3, 54:2, 59:25, 62:24, 64:19, 65:2, 67:14, 72:19, 77:12, 77:13, 77:15, 80:23
**bringing** [3] - 49:6, 62:4, 64:7
**BROAD** [1] - 4:4
**broad** [3] - 41:1, 49:3, 59:8
**broadly** [2] - 61:16, 80:3
**BROADWAY** [2] - 3:4, 8:18
**BROCK** [2] - 7:7, 17:9
**Brock** [1] - 17:9
**broken** [1] - 48:11
**brought** [1] - 60:7
**BUDD** [1] - 4:6
**BUILDING** [1] - 2:23
**burden** [1] - 65:6
**BURLING** [1] - 7:6
**butterfly** [1] - 83:22
**buy** [1] - 94:8
**BY** [50] - 1:4, 1:18, 1:22, 2:3, 2:8, 2:11, 2:15, 2:18, 2:22, 3:3, 3:6, 3:10, 3:14, 3:18, 3:21, 3:24, 4:3, 4:7, 4:10, 4:14, 4:19, 4:22, 5:4, 5:8, 5:12, 5:17, 5:23, 6:6, 6:10, 6:14, 6:23, 7:3, 7:7, 7:11, 7:15, 7:20, 7:24, 8:5, 8:9, 8:12, 8:18, 8:21, 9:3, 9:8, 9:17, 9:21, 10:4, 10:7, 10:22, 10:22

# C

CA [3] - 2:16, 5:19, 8:10
CABRASER [3] - 2:14, 2:15, 16:14
Cabraser [1] - 16:15
calculus [2] - 60:11, 76:12
calendar [2] - 22:17, 34:6
California [1] - 16:17
CALLED [1] - 13:4
CALVIN [1] - 3:21
Calvin [1] - 15:2
Cameron - 18:2, 18:4, 35:17
CAMERON [1] - 7:10
CAMP - 5:5
CANAL [4] - 4:11, 4:11, 9:9, 9:9
cancel [1] - 24:5
candid [1] - 53:12
cannot [1] - 50:5
cap [9] - 72:23, 73:3, 73:6, 73:10, 73:11, 73:14, 73:18, 73:25, 74:22
capable [1] - 38:17
capacity [2] - 79:5, 95:8
CAPITOL [1] - 3:7
CAPPING [1] - 11:12
Capping [1] - 28:15
capping [4] - 28:23, 29:4, 29:7, 56:17
captain [1] - 105:23
Captain [1] - 28:21
captures [1] - 32:1
care [1] - 61:3
CARL [1] - 1:13
CARMELITE [1] - 7:12
CARONDELET [1] - 7:12
carry [1] - 29:18
CARVER [1] - 8:20
Case [1] - 67:8
case [51] - 13:11, 20:20, 21:5, 21:7, 21:15, 21:19, 21:22, 22:1, 23:24, 24:3, 24:10, 26:6, 26:9, 35:11, 38:21, 39:6, 39:9, 39:19, 46:2, 47:25, 48:16, 48:20, 49:17, 50:4, 50:14, 51:2, 51:3, 51:16, 54:7, 54:22, 57:10, 61:4, 76:9, 79:18,

81:13, 81:24, 82:15, 86:10, 86:11, 91:12, 92:14, 94:19, 100:6, 100:12, 105:24, 106:1
cases [31] - 19:3, 19:5, 19:14, 19:23, 20:3, 20:5, 20:7, 20:8, 20:9, 20:11, 20:12, 20:15, 20:17, 20:21, 20:23, 21:14, 21:19, 21:25, 23:10, 24:3, 24:13, 24:22, 28:12, 39:4, 39:22, 40:1, 48:15, 48:17, 49:18, 51:4
CASES [1] - 1:10
Cases [1] - 24:15
CASES.................... [1] - 11:7
CASES.................... .... [1] - 11:10
CASES.................... ....... [1] - 11:11
CASTEIX [1] - 3:24
categories [2] - 48:11, 58:6
category [2] - 15:9, 83:19
CATHY [1] - 10:18
Cathy [2] - 107:15, 107:20
cathy_Pepper@laed. uscourts.gov [1] - 10:20
Cathy_Pepper@laed .uscourts.gov [1] - 107:22
caused [4] - 73:21, 73:23, 74:3, 74:9
CCR [2] - 10:18, 107:20
CD [1] - 32:18
cell [1] - 103:20
CEMENT [1] - 11:13
Cement [1] - 28:13
cement [2] - 28:16, 29:15
CENTER [2] - 7:16, 10:8
central [1] - 60:9
CENTRE [1] - 6:6
CERCLA [5] - 46:10, 46:11, 46:12, 46:14, 46:15
CERTAIN [1] - 12:8
Certain [1] - 57:18
certain [6] - 37:1, 39:14, 42:2, 42:3, 46:12, 69:1

certainly [10] - 29:18, 43:9, 48:16, 51:15, 60:13, 62:24, 68:25, 71:11, 84:3, 97:12
certificate [4] - 91:1, 91:8, 102:4, 105:12
CERTIFICATE [1] - 107:14
certification [1] - 93:10
Certified [3] - 107:15, 107:16, 107:21
certified [2] - 94:6, 105:6
CERTIFIED [1] - 10:18
certify [2] - 27:2, 107:17
CHAMBERS [1] - 10:3
championship [1] - 15:11
chance [1] - 47:7
change [1] - 76:7
changes [2] - 60:11, 76:12
characterized [1] - 42:12
charge [10] - 62:13, 63:1, 64:9, 64:10, 64:14, 64:15, 64:24, 66:25, 71:20, 72:1
CHARLES [1] - 4:4
Charlie [1] - 18:13
charter [57] - 78:21, 79:8, 79:12, 79:25, 80:2, 80:5, 81:8, 81:9, 82:7, 83:3, 83:6, 83:8, 85:10, 85:11, 85:13, 85:23, 86:8, 86:15, 86:21, 88:3, 88:5, 89:1, 89:6, 89:8, 90:3, 90:5, 91:6, 94:14, 94:18, 95:4, 95:11, 95:21, 96:13, 96:16, 96:17, 96:20, 96:22, 96:24, 96:25, 97:5, 97:15, 97:23, 98:21, 98:23, 99:2, 99:3, 99:13, 100:1, 104:15, 104:16, 105:22, 106:20
Charter [7] - 79:4, 80:24, 81:20, 84:21, 92:21, 95:15, 104:14
charterer [5] - 86:2, 86:3, 88:9, 99:23, 105:19
CHASSE [1] - 3:15
checked [1] - 90:18
checklist [1] - 92:8

CHICAGO [1] - 6:25
choose [1] - 45:11
Chris [1] - 96:7
CHRISTOPHER [1] - 6:24
Christopher [1] - 96:5
CIRCLE [1] - 3:11
circle [1] - 27:16
Circuit [1] - 51:4
circumstance [1] - 39:10
circumstances [6] - 37:1, 39:5, 39:14, 41:4, 46:12, 68:25
cite [1] - 46:4
cited [4] - 45:25, 46:2, 46:4, 51:2
CITY [1] - 3:4
CIVIL [2] - 1:7, 5:17
civil [3] - 61:6, 71:18, 76:4
claim [23] - 26:20, 35:12, 36:9, 36:14, 36:15, 38:18, 40:4, 42:11, 43:6, 51:12, 52:11, 54:13, 55:7, 56:7, 56:13, 56:15, 63:22, 63:23, 66:21, 66:25, 71:7, 71:14, 72:6
claims [25] - 18:21, 20:10, 25:4, 25:15, 40:5, 40:7, 41:14, 41:16, 41:24, 43:4, 43:24, 43:25, 44:7, 54:9, 58:14, 58:18, 58:22, 59:25, 60:3, 60:18, 62:2, 64:5, 64:7, 70:8, 71:14
Claims [1] - 49:20
clarify [1] - 79:15
class [3] - 81:14, 82:19, 83:13
CLAY [1] - 4:19
clay [1] - 78:10
Clean [22] - 50:15, 56:17, 60:1, 60:4, 60:10, 60:18, 60:21, 61:4, 61:6, 61:14, 62:6, 63:7, 63:22, 64:7, 66:11, 66:21, 71:14, 71:25, 72:15, 75:14, 76:11, 77:8
clean [1] - 90:24
cleaned [18] - 87:7, 89:14, 89:21, 89:22, 89:23, 90:2, 90:14, 90:19, 91:19, 92:16, 93:5, 94:6, 103:16, 103:23, 104:3,

105:9, 105:18
cleaning [10] - 81:2, 84:16, 89:20, 90:13, 90:14, 90:19, 91:23, 92:1, 99:25, 100:1
clear [23] - 39:21, 40:9, 44:18, 45:2, 45:24, 49:19, 50:4, 52:12, 54:8, 54:16, 58:22, 71:16, 72:23, 74:17, 77:11, 82:7, 83:9, 88:11, 88:18, 96:23, 99:13, 99:20, 103:5
clearer [1] - 46:8
clearly [5] - 46:3, 50:3, 57:6, 86:8, 95:23
CLERK [5] - 13:7, 13:12, 37:12, 37:15, 107:7
clerk [1] - 27:7
client [7] - 27:14, 36:23, 47:25, 48:1, 50:16, 50:20, 92:10
client's [3] - 79:17, 82:15, 83:16
Clingman [1] - 17:14
CLINGMAN [2] - 6:14, 17:13
clock [1] - 107:3
close [1] - 31:10
closer [1] - 31:7
CLUB [1] - 4:17
CMO [1] - 25:5
coach [1] - 16:13
coaches [2] - 18:12, 18:17
Coast [11] - 20:6, 81:3, 83:13, 88:2, 89:18, 90:20, 90:24, 91:2, 91:6, 91:9, 93:17
code [1] - 49:3
Code [1] - 56:16
colleagues [1] - 51:7
collect [2] - 45:11, 45:23
collecting [1] - 45:12
colors [2] - 14:10
COLSON [1] - 3:10
coming [1] - 57:9
command [1] - 50:10
Command's [1] - 88:13
commence [2] - 22:23, 34:6
commencement [1] - 81:8
commences [1] - 79:13
commencing [1] -

22:14
**commend** [1] - 23:8
**comments** [1] - 42:22
**commerce** [2] - 89:17, 91:10
**Committee** [3] - 44:6, 46:2, 47:21
**Committee's** [1] - 57:1
**COMMITTEE'S** [1] - 12:4
**commonly** [1] - 84:19
**COMPANY** [3] - 6:18, 8:4
**comparative** [3] - 58:19, 58:23, 59:9
**compensatory** [1] - 38:12
**competent** [1] - 106:15
**Complaint** [2] - 37:23, 56:2
**COMPLAINT** [2] - 11:23, 12:1
**complaint** [7] - 48:1, 48:23, 50:22, 50:23, 52:13, 54:3, 63:19
**complete** [3] - 36:22, 76:7, 78:21
**completed** [2] - 22:13, 29:2
**completely** [2] - 60:11, 62:19
**COMPUTER** [1] - 10:22
**concede** [4] - 39:4, 41:4, 45:7, 48:25
**conceded** [2] - 43:22, 44:13
**concedes** [4] - 38:12, 39:20, 45:13, 55:6
**conceding** [1] - 40:18
**concept** [1] - 44:24
**concern** [4] - 34:25, 61:21, 72:14, 76:8
**concerned** [2] - 43:2, 61:17
**concerning** [1] - 76:19
**concerns** [1] - 68:23
**concession** [2] - 55:5, 55:8
**concessions** [1] - 57:4
**conclude** [1] - 75:18
**concluded** [1] - 107:11
**conclusion** [1] - 73:23
**conclusions** [1] - 49:5
**concur** [2] - 27:10, 28:1
**Conditional** [2] -

18:23, 19:20
**CONDITIONAL** [1] - 11:6
**conditional** [3] - 19:2, 19:3, 20:1
**conditions** [3] - 21:21, 21:23, 84:23
**conduct** [8] - 41:7, 41:15, 42:16, 57:9, 59:3, 66:2, 70:11, 70:12
**conducted** [2] - 29:17, 43:23
**CONFERENCE** [2] - 1:12, 12:21
**conference** [3] - 30:20, 46:4, 107:8
**confidentiality** [1] - 32:14
**confirm** [1] - 88:15
**Congress** [3] - 40:9, 46:3, 46:14
**Congress'** [2] - 46:16, 50:17
**connection** [1] - 58:11
**consider** [3] - 27:14, 27:20, 37:21
**considerable** [1] - 58:12
**considered** [1] - 43:12
**consistent** [2] - 26:25, 60:13
**consolidated** [3] - 52:4, 60:18, 76:5
**constant** [1] - 65:20
**construed** [1] - 80:3
**contact** [1] - 102:3
**contacted** [1] - 24:2, 102:8
**contemplated** [1] - 101:10
**contemplates** [1] - 104:15
**contemplating** [1] - 36:16
**contending** [4] - 79:17, 79:20, 80:10, 80:15
**contested** [1] - 59:5
**context** [1] - 50:14
**continue** [4] - 15:1, 22:4, 22:24, 23:9
**CONTINUED** [9] - 2:1, 3:1, 4:1, 5:1, 6:1, 7:1, 8:1, 9:1, 10:1
**continued** [1] - 107:5
**continues** [4] - 21:14, 22:19, 28:21, 61:21
**continuously** [1] - 91:17

**contract** [24] - 20:11, 23:16, 66:9, 74:8, 74:12, 74:17, 74:21, 78:24, 79:4, 81:6, 83:6, 94:14, 96:22, 97:21, 98:20, 99:12, 99:20, 101:10, 101:16, 102:23, 103:7, 103:10, 106:5
**contracted** [1] - 95:9
**contractor** [1] - 85:3
**contractual** [6] - 65:24, 66:5, 74:1, 74:6, 74:7, 74:13
**contribution** [6] - 53:5, 53:9, 54:16, 58:7, 58:18, 58:22
**control** [4] - 44:4, 48:21, 58:10, 62:14
**conveniens** [1] - 21:20
**convince** [1] - 29:23
**cooperating** [1] - 23:9
**cooperation** [2] - 34:23, 107:5
**coordinate** [1] - 24:8
**coordinating** [1] - 14:5
**copy** [1] - 78:21
**CORAL** [1] - 3:11
**COREY** [1] - 4:23
**Corey** [2] - 14:12, 14:14
**CORNER** [1] - 10:12
**CORPORATION** [3] - 6:19, 7:11, 8:3
**correct** [23] - 35:25, 36:12, 41:10, 43:1, 43:7, 43:8, 52:20, 60:13, 62:18, 70:9, 71:21, 73:8, 74:23, 79:1, 81:21, 81:22, 82:20, 82:23, 83:5, 85:17, 92:19, 98:2, 107:17
**COSSICH** [3] - 3:13, 3:14, 16:1
**Cossich** [1] - 16:1
**cost** [1] - 99:24
**COTLAR** [1] - 1:21
**COUNSEL** [1] - 1:18
**counsel** [9] - 13:15, 13:16, 14:5, 17:6, 23:8, 27:17, 35:9, 57:5, 107:4
**countdown** [1] - 107:2
**counterclaim** [1] - 26:21
**COUNTERCLAIMS** [1] - 12:15

**Counterclaims** [1] - 57:19
**counterclaims** [3] - 64:5, 71:5, 78:1
**COUNTERCLAIMS...**
**......................** [1] - 12:9
**couple** [5] - 20:16, 32:2, 35:14, 72:20, 100:22
**course** [6] - 18:20, 19:7, 60:12, 68:16, 69:21, 70:2
**court** [6] - 20:23, 23:25, 25:13, 33:4, 35:8, 49:4
**Court** [46] - 15:10, 18:19, 27:25, 29:18, 31:19, 32:18, 32:19, 35:21, 36:17, 38:13, 39:5, 43:2, 45:6, 46:5, 46:19, 46:20, 50:20, 50:25, 51:17, 53:16, 53:19, 53:24, 54:5, 55:17, 55:19, 56:14, 57:25, 60:12, 60:23, 61:25, 62:9, 62:21, 67:10, 67:18, 67:19, 72:16, 76:3, 96:1, 107:16, 107:16, 107:17, 107:21, 107:22
**COURT** [222] - 1:1, 10:18, 13:4, 13:8, 13:10, 13:15, 13:21, 14:6, 14:9, 14:12, 14:14, 14:18, 14:22, 15:12, 15:22, 16:5, 18:7, 19:19, 19:22, 20:2, 20:22, 21:1, 21:3, 21:8, 22:6, 24:12, 25:9, 25:12, 26:3, 26:11, 26:14, 27:12, 27:19, 27:22, 27:24, 28:6, 28:10, 28:18, 29:12, 29:25, 30:3, 30:6, 30:9, 30:14, 30:17, 30:24, 31:2, 31:4, 31:21, 32:5, 32:20, 32:25, 33:15, 34:7, 34:19, 35:2, 35:6, 35:18, 35:23, 36:1, 36:8, 36:19, 36:21, 37:3, 37:5, 37:16, 38:22, 39:2, 40:14, 40:16, 41:7, 41:9, 41:11, 41:19, 41:25, 42:17, 42:19, 43:6, 44:14,

46:24, 47:1, 47:7, 47:10, 47:12, 51:19, 52:8, 52:15, 52:21, 53:7, 53:14, 53:16, 54:21, 54:24, 55:1, 55:3, 55:24, 58:4, 58:24, 62:16, 63:12, 63:18, 64:13, 64:18, 64:23, 65:8, 65:12, 66:1, 66:7, 66:20, 66:23, 67:8, 67:17, 67:20, 67:25, 68:8, 68:23, 69:22, 70:4, 70:24, 71:3, 71:13, 71:19, 72:2, 72:7, 73:6, 73:10, 73:13, 74:11, 74:20, 75:1, 75:4, 75:10, 76:21, 76:25, 77:2, 77:23, 78:12, 78:18, 79:2, 79:15, 80:7, 81:5, 81:10, 81:15, 81:19, 81:23, 82:12, 82:18, 82:21, 82:24, 83:3, 83:16, 83:19, 83:22, 84:1, 84:8, 84:12, 84:18, 85:18, 85:22, 85:25, 86:10, 86:14, 86:22, 86:25, 87:5, 87:9, 87:12, 87:17, 87:22, 89:11, 90:3, 90:7, 90:9, 90:11, 91:1, 91:11, 91:22, 92:3, 92:10, 92:20, 92:25, 93:5, 93:11, 93:23, 94:1, 94:16, 94:24, 95:23, 96:6, 96:9, 96:11, 96:15, 97:8, 97:12, 97:16, 97:24, 98:9, 98:14, 99:7, 100:4, 100:11, 101:12, 101:17, 102:3, 102:19, 103:14, 103:22, 104:2, 104:6, 104:18, 104:20, 105:3, 105:7, 105:9, 105:11, 105:23, 105:25, 106:22
**Court's** [15] - 28:22, 29:16, 32:10, 32:15, 47:14, 48:14, 50:4, 58:9, 58:19, 59:7, 61:7, 62:13, 63:10, 72:9, 73:22
**courtroom** [1] - 31:8
**courts** [3] - 20:5, 20:14, 20:18
**coverage** [1] - 28:12
**Coverages** [1] - 24:15

**COVERAGES** [1] - 11:11
**covering** [2] - 19:2, 22:16
**COVINGTON** [2] - 5:9, 7:6
**CRAFT** [1] - 2:21
**crafting** [1] - 51:10
**creates** [1] - 53:8
**crew** [8] - 83:8, 83:11, 91:13, 105:20, 106:11, 106:14, 106:15
**cross** [1] - 36:24
**cross-motions** [1] - 36:24
**crossclaim** [2] - 48:14, 50:23
**CROSSCLAIM** [2] - 11:23, 12:2
**Crossclaim** [2] - 37:23, 56:3
**crossclaimants** [1] - 58:17
**crossclaims** [10] - 47:23, 58:2, 58:5, 58:13, 58:21, 59:7, 59:12, 71:4, 71:12, 77:25
**CROSSCLAIMS** [2] - 12:9, 12:15
**Crossclaims** [1] - 57:18
**CROW** [1] - 3:17
**CRR** [2] - 10:18, 107:20
**CST** [1] - 107:9
**CST**..........................
...........[1] - 12:22
**culpability** [7] - 39:12, 63:8, 66:18, 67:16, 68:5, 72:11, 72:17
**culpable** [2] - 63:6, 72:16
**CUNNINGHAM** [3] - 2:11, 2:11, 15:13
**Cunningham** [2] - 15:9, 15:14
**current** [3] - 33:16, 33:21, 35:23
**curtailed** [2] - 60:8, 76:10
**CWA** [1] - 52:3

### D

**daily** [3] - 79:17, 80:1, 81:6
**DALLAS** [3] - 4:8,

7:22, 10:8
**damages** [8] - 38:12, 38:14, 43:4, 44:1, 44:8, 52:3, 56:20, 65:5
**DARDEN** [1] - 8:20
**DART** [2] - 5:7, 5:8
**date** [6] - 20:23, 21:4, 21:6, 88:22, 88:23, 92:22
**dated** [1] - 105:4
**dates** [2] - 20:13, 20:15
**Dauphin** [2] - 92:3, 92:17
**DAUPHIN** [1] - 2:12
**Dave** [1] - 17:24
**DAVID** [2] - 7:15, 8:13
**David** [4] - 18:3, 35:17, 57:24, 71:1
**DAWN** [1] - 3:24
**day-to-day** [1] - 95:11
**days** [23] - 22:16, 22:17, 23:6, 25:21, 27:23, 27:24, 27:25, 28:4, 60:23, 82:17, 82:18, 85:6, 91:14, 92:12, 95:5, 95:6, 98:16, 102:17, 102:19, 105:5, 107:1
**DAYS** [1] - 12:20
**DC** [4] - 5:24, 7:4, 7:8, 8:15
**de** [2] - 48:18, 94:6
**de-oiled** [1] - 94:6
**deactivation** [2] - 92:4, 92:8
**dead** [1] - 72:13
**deadline** [1] - 35:23
**deal** [5] - 15:5, 54:19, 57:15, 67:17, 86:20
**dealing** [2] - 18:20, 18:21
**dealings** [3] - 68:16, 69:21, 70:2
**deals** [1] - 89:6
**Deb** [1] - 17:8
**DEBORAH** [1] - 8:5
**debts** [1] - 15:17
**dec** [1] - 26:15
**DECEMBER** [1] - 12:21
**December** [5] - 19:10, 19:14, 35:24, 94:10, 107:9
**decide** [4] - 35:10, 36:4, 53:24, 66:15
**decided** [6] - 19:10, 19:12, 19:14, 24:5, 31:20, 101:21

**decides** [3] - 26:1, 26:2, 103:1
**deciding** [1] - 53:25
**decision** [3] - 24:4, 36:18, 61:7
**deck** [1] - 84:6
**declaration** [2] - 41:13, 104:1
**declaratory** [1] - 26:20
**declined** [1] - 99:2
**decon'd** [1] - 105:2
**decontaminate** [2] - 90:11, 100:18
**decontaminated** [9] - 89:5, 93:16, 100:13, 100:17, 100:21, 101:3, 102:18, 104:7, 105:14
**decontamination** [39] - 89:10, 89:11, 89:12, 89:15, 89:25, 90:1, 90:17, 90:18, 91:7, 91:24, 92:17, 92:23, 93:7, 93:8, 93:19, 95:5, 99:10, 99:18, 99:19, 99:25, 100:2, 100:8, 100:12, 101:1, 101:7, 101:9, 101:12, 101:15, 102:1, 102:4, 102:9, 102:12, 102:14, 102:16, 103:2, 103:3, 104:23, 105:12
**dedicated** [2] - 83:10, 95:8
**DEEPWATER** [3] - 1:5, 6:4, 6:5
**Deepwater** [1] - 13:13
**defeating** [1] - 54:12
**defend** [2] - 43:23, 44:7
**defendant** [10] - 45:12, 45:17, 45:19, 45:21, 45:23, 52:18, 53:3, 54:10, 84:18
**defendants** [4] - 17:6, 45:11, 45:13, 45:22
**defending** [1] - 44:2
**defense** [11] - 40:7, 43:12, 44:7, 52:7, 52:11, 52:23, 53:7, 55:9, 66:8, 73:9
**defenses** [7] - 49:7, 51:1, 51:11, 51:13, 51:14, 55:18, 57:10
**DEFER** [1] - 12:17
**defer** [3] - 24:5, 78:2, 78:4

**defined** [2] - 89:11, 106:6
**defines** [1] - 63:8
**definitely** [1] - 45:25
**definition** [1] - 89:18
**deliver** [1] - 32:18
**delivery** [1] - 79:24
**demand** [1] - 61:10
**DENHAM** [1] - 3:22
**denies** [1] - 55:19
**DENISE** [1] - 9:4
**Denise** [1] - 16:23
**DENNIS** [1] - 10:4
**Dennis** [1] - 17:2
**deny** [3] - 50:25, 57:3, 66:1
**DENY** [1] - 12:7
**denying** [1] - 71:5
**Department** [6] - 33:8, 33:21, 34:1, 34:5, 34:13, 34:24
**DEPARTMENT** [2] - 5:16, 5:22
**departs** [1] - 97:1
**deploy** [1] - 84:2
**deployed** [6] - 80:14, 80:21, 94:20, 94:25, 97:12, 100:5
**deploying** [1] - 84:14
**deployment** [6] - 81:10, 83:3, 92:13, 95:1, 95:2, 95:6
**deposed** [3] - 23:18, 23:19, 69:22
**Deposition** [1] - 22:8
**DEPOSITION** [1] - 11:9
**deposition** [2] - 18:6, 101:5
**depositions** [6] - 22:12, 22:15, 22:16, 22:23, 23:4, 23:19
**DEPUTY** [5] - 13:7, 13:12, 37:12, 37:15, 107:7
**derig** [5] - 84:1, 98:1, 98:6, 98:10, 98:18
**derigging** [1] - 99:4
**derivative** [1] - 21:18
**described** [1] - 91:23
**DESIGN** [1] - 12:12
**Design** [1] - 57:21
**designated** [1] - 75:21
**designating** [1] - 70:1
**designed** [1] - 61:19
**desire** [1] - 59:24
**despite** [1] - 61:9
**detailed** [1] - 26:19
**detailing** [1] - 28:24

**determination** [1] - 39:11
**determine** [3] - 68:4, 90:2, 90:19
**determined** [2] - 40:12, 89:8
**determining** [2] - 73:3, 90:24
**DEXTER** [1] - 4:23
**different** [8] - 27:18, 63:2, 89:14, 95:19, 95:20, 96:17, 104:15, 105:21
**differently** [1] - 84:2
**difficulty** [1] - 78:20
**direct** [1] - 83:7
**directed** [2] - 42:1
**directive** [1] - 88:13
**directives** [2] - 89:18, 91:6
**dirty** [2] - 84:16, 101:8
**disagree** [4] - 25:24, 41:20, 41:23, 80:4
**disagreement** [1] - 70:13
**disaster** [1] - 88:1
**discharge** [3] - 64:11, 64:12, 79:6
**discharged** [1] - 63:2
**disconnect** [1] - 52:25
**discovery** [4] - 22:4, 22:15, 22:21, 23:4, 43:19
**Discovery** [1] - 22:8
**DISCOVERY**............
[1] - 11:9
**discretionary** [1] - 51:5
**discuss** [1] - 106:24
**discussed** [1] - 35:9
**discussing** [2] - 21:20, 60:25
**discussion** [1] - 42:7
**Dismiss** [3] - 37:22, 56:2, 57:18
**DISMISS** [4] - 11:22, 12:1, 12:8, 12:14
**dismiss** [12] - 21:16, 21:24, 22:1, 48:7, 50:19, 51:16, 55:7, 55:11, 55:18, 58:2, 60:6, 71:4, 77:25
**dismissal** [3] - 21:21, 58:21, 59:12
**dismissed** [6] - 21:19, 21:23, 50:23, 51:4, 58:8, 58:15
**dismissing** [1] - 71:11
**dispatch** [15] - 87:16, 87:19, 88:4, 88:10,

88:12, 88:18, 88:24, 89:8, 92:9, 94:22, 99:16, 99:17, 104:24, 105:1, 105:15

**dispatcher** [2] - 103:19, 105:20

**displeasure** [1] - 29:17

**dispute** [10] - 42:23, 44:22, 66:7, 74:25, 86:16, 103:15, 104:2, 104:5

**disputes** [6] - 19:9, 19:11, 19:13, 19:17, 44:23, 58:13

**disputing** [1] - 21:21

**distinct** [1] - 30:9

**distinguished** [1] - 70:11

**DISTRICT** [3] - 1:1, 1:2, 1:13

**District** [3] - 107:16, 107:17, 107:22

**dividends** [1] - 21:25

**divisibility** [3] - 45:5, 45:16, 46:16

**divisible** [3] - 38:18, 43:14, 43:18

**DIVISION** [1] - 5:17

**document** [5] - 88:6, 92:7, 94:8, 94:12, 94:13

**Document** [4] - 37:20, 37:24, 38:4, 56:3

**DOCUMENT** [4] - 1:9, 11:21, 11:24, 12:3

**documentation** [1] - 25:18

**documents** [5] - 25:7, 42:3, 45:1, 59:16, 80:19

**DOJ** [1] - 29:7

**dollars** [2] - 82:22, 82:25

**DOMENGEAUX** [1] - 1:18

**DOMINION** [2] - 2:4, 2:22

**Don** [3] - 17:4, 17:18, 36:13

**DONALD** [1] - 7:20

**done** [21] - 23:9, 27:8, 29:17, 29:22, 30:12, 44:5, 49:15, 51:10, 51:11, 86:16, 87:19, 88:21, 92:17, 93:12, 93:13, 100:18, 103:17, 103:18, 103:19

doubt [2] - 64:24, 89:13

**down** [8] - 14:7, 38:18, 42:9, 48:11, 51:2, 51:18, 54:20, 61:22

**draft** [2] - 95:13, 95:14

**drafted** [5] - 60:15, 70:10, 79:4, 79:8, 95:17

**drag** [1] - 18:10

**dragging** [1] - 94:11

**DRAGNA** [2] - 8:9, 17:22

**Dragna** [1] - 17:22

**DRESCHER** [1] - 2:3

**Dril** [2] - 17:3, 17:4

**DRIL** [1] - 10:3

**Dril-Quip** [2] - 17:3, 17:4

**DRIL-QUIP** [1] - 10:3

**drill** [1] - 50:2

**DRILLING** [1] - 6:4

**drilling** [3] - 40:25, 44:3, 56:10

**DRIVE** [2] - 2:4, 2:22

**DRIVES** [1] - 10:12

**DuBose** [1] - 23:25

**due** [2] - 32:11, 36:3

**DUKE** [1] - 10:11

**DUNBAR** [1] - 9:8

**duration** [1] - 84:25

**DURHAM** [1] - 10:13

**during** [5] - 57:15, 84:25, 99:4, 104:6, 104:9

**duties** [2] - 59:10, 65:17

**duty** [10] - 50:5, 58:10, 59:18, 62:10, 63:8, 72:9, 72:10, 73:22, 82:4

# E

**E&P** [1] - 8:4

**e-mailed** [1] - 25:1

**E-S-B-R-O-O-K** [1] - 96:10

**earliest** [1] - 20:22

**early** [1] - 22:17

**easiest** [1] - 64:17

**easily** [1] - 85:23

**EAST** [1] - 3:7

**EASTERN** [1] - 1:2

**Eastern** [1] - 107:17

**easy** [1] - 65:4

**economic** [1] - 20:10

**EDWARDS** [1] - 1:18

**effect** [5] - 30:23,

84:19, 85:8, 86:23, 86:24

**effort** [2] - 20:8, 61:18

**efforts** [1] - 23:8

**EIDSON** [1] - 3:10

**eight** [1] - 19:22

**either** [10] - 19:6, 33:22, 49:14, 50:22, 53:4, 65:10, 71:5, 90:11, 103:20, 103:25

**elects** [1] - 99:17

**elements** [1] - 29:2

**ELIZABETH** [3] - 2:15, 5:4, 5:12

**Elizabeth** [1] - 16:15

**ELLIS** [2] - 6:22, 7:3

**Ellison's** [1] - 21:11

**ELLISON'S** [1] - 11:8

**ELM** [1] - 7:21

**ELSLEY** [12] - 6:10, 27:9, 28:9, 51:21, 52:9, 52:20, 53:2, 53:12, 53:15, 53:20, 54:23, 54:25

**Elsley** [3] - 27:9, 51:21, 55:4

**employed** [1] - 68:15

**employee** [1] - 25:4

**employees** [2] - 48:25, 49:1

**end** [2] - 14:23, 14:24, 30:24, 34:6, 45:13, 50:16, 55:17, 86:18, 92:12, 92:13, 94:14, 94:15, 94:21, 95:22, 96:20, 99:9, 105:7, 105:8, 106:20

**ended** [3] - 38:15, 94:20, 95:14

**ending** [1] - 64:4

**endorse** [1] - 33:9

**ends** [4] - 38:16, 96:14, 99:13

**ENERGY** [2] - 6:6, 7:19

**ENFORCEMENT** [1] - 5:22

**Englebert** [1] - 28:21

**enhance** [1] - 33:13

**enter** [2] - 26:25, 82:6

**entered** [1] - 31:17

**entering** [1] - 10:4

**entertain** [2] - 36:4, 37:11

**entire** [1] - 15:10

**Entities'** [1] - 57:20

**ENTITIES'** [1] - 12:11

**entitled** [10] - 39:6, 39:15, 43:23, 44:2,

44:8, 53:23, 59:6, 59:12, 65:4, 107:18

**entitles** [1] - 58:20

**ENVIRONMENTAL** [1] - 5:22

**EPA's** [1] - 63:7

**equates** [1] - 41:9

**equipment** [5] - 84:5, 84:8, 84:9, 84:10

**equitable** [3] - 52:23, 66:18, 67:16

**equivocal** [1] - 90:10

**ERISA** [1] - 21:24

**error** [2] - 61:2, 61:21

**errors** [1] - 61:15

**Ervin** [1] - 16:4

**Esbrook** [2] - 96:5, 96:7

**ESBROOK** [23] - 6:24, 96:7, 96:10, 96:12, 96:21, 97:10, 97:14, 97:19, 98:4, 98:12, 98:17, 99:12, 100:6, 100:22, 101:14, 101:22, 102:5, 102:20, 103:18, 103:25, 104:4, 104:10, 104:19

**Evidence** [4] - 37:18, 44:24, 57:2, 57:19

**EVIDENCE** [3] - 11:18, 12:5, 12:10

**evidentiary** [2] - 57:14, 78:7

**evolved** [1] - 38:19, 42:12

**exacerbated** [1] - 50:11

**exactly** [3] - 41:8, 91:3, 97:19

**example** [6] - 34:21, 40:23, 62:12, 68:15, 98:3

**EXCESS** [1] - 9:8

**excess** [1] - 24:25

**EXCLUDE** [3] - 11:18, 12:5, 12:10

**exclude** [8] - 38:20, 42:2, 42:10, 42:16, 68:1, 71:6, 76:17

**Exclude** [3] - 37:18, 57:2, 57:19

**excluded** [1] - 59:16

**excluding** [1] - 42:4

**exhibit** [1] - 69:14

**Exhibit** [4] - 88:14, 89:3, 91:4, 95:16

**exhibits** [5] - 32:13, 32:17, 69:15, 69:16, 78:16

**exist** [1] - 50:7

**existence** [1] - 85:2

**expect** [2] - 51:23, 98:14

**expected** [1] - 100:19

**experienced** [1] - 106:11

**event** [1] - 77:14

**event-related** [1] - 77:14

**eventually** [1] - 31:20

**evidence** [48] - 28:22, 29:6, 29:10, 38:20, 39:6, 40:22, 41:5, 41:15, 42:1, 42:3, 42:16, 44:3, 44:9, 44:12, 44:20, 44:25, 54:5, 55:15, 55:17, 55:20, 57:8, 57:12, 57:14, 59:2, 59:16, 59:19, 61:11, 62:7, 64:3, 64:6, 66:2, 66:4, 67:15, 67:23, 68:1, 68:3, 68:7, 70:16, 70:19, 70:22, 71:6, 71:7, 71:23, 72:19, 76:17, 77:12, 77:14, 77:19

**expert** [3] - 22:15, 22:16, 101:16
**explain** [2] - 40:2, 59:14
**explanation** [1] - 95:4
**EXPLORATION** [1] - 6:20
**express** [1] - 95:24
**EXPRESSWAY** [1] - 4:19
**extensively** [1] - 38:8
**extent** [7] - 38:3, 53:22, 54:12, 54:13, 54:18, 56:12, 99:5

**F**

**F.2d** [1] - 54:8
**F.3d's** [1] - 48:17
**F.Supp's** [1] - 48:17
**face** [1] - 46:10
**facilities** [1] - 93:12
**facility** [6] - 62:23, 65:4, 93:13, 101:13, 101:20, 102:17
**fact** [19] - 22:12, 22:23, 38:4, 38:17, 40:1, 40:19, 46:11, 46:14, 49:5, 52:22, 58:23, 59:6, 62:9, 75:25, 83:4, 98:25, 100:24, 102:6, 105:14
**factor** [2] - 72:11, 77:18
**factors** [5] - 63:6, 66:12, 66:14, 67:15, 77:16
**facts** [8] - 33:8, 49:1, 49:5, 61:19, 71:17, 80:11, 91:11, 101:15
**factual** [2] - 48:22, 61:5, 103:14
**factually** [1] - 50:12
**failed** [2] - 49:15, 56:9
**fair** [3] - 27:24, 44:21, 90:8
**fairly** [2] - 36:18, 48:10
**fall** [1] - 58:5
**falls** [1] - 15:9
**familiar** [1] - 86:5
**FANNIN** [1] - 6:14
**far** [5] - 27:15, 73:8, 76:15, 77:20, 79:21
**fashion** [1] - 103:18
**FAULT** [2] - 11:19, 12:5
**fault** [29] - 38:13, 39:14, 39:18, 39:23,

40:20, 41:5, 41:9, 41:17, 42:10, 43:3, 43:13, 53:24, 57:7, 58:19, 58:21, 58:23, 59:1, 59:9, 62:11, 70:11, 70:13, 70:18, 70:20, 70:22, 71:8, 72:17, 75:23
**Fault** [2] - 37:18, 57:2
**favor** [1] - 64:21
**FAYARD** [3] - 3:21, 3:21, 15:2
**Fayard** [1] - 15:2
**February** [4] - 43:10, 60:23, 63:24, 64:3
**federal** [2] - 23:25, 49:4
**FEDERAL** [1] - 5:16
**Federal** [2] - 44:23, 49:20
**feet** [1] - 83:18
**Feinberg** [1] - 34:15
**few** [8] - 30:12, 43:25, 68:21, 69:20, 71:2, 72:21, 92:12, 105:5
**FIFTEENTH** [1] - 7:4
**Fifth** [1] - 51:4
**FIFTH** [1] - 9:18
**fight** [2] - 75:22, 76:11
**figure** [1] - 50:21
**file** [6] - 26:24, 27:11, 32:16, 36:16, 48:18, 51:15
**filed** [14] - 19:8, 26:21, 35:12, 35:19, 36:10, 36:11, 36:25, 38:9, 43:6, 52:1, 52:6, 76:3, 78:16
**FILED** [1] - 10:15
**filing** [1] - 19:6
**filings** [1] - 32:11
**final** [20] - 25:1, 50:8, 88:17, 89:9, 89:11, 89:12, 89:15, 89:25, 90:1, 90:17, 91:7, 92:22, 93:8, 93:18, 94:14, 99:10, 102:4, 103:3, 105:12
**finality** [1] - 26:22
**finally** [3] - 51:6, 102:3, 105:14
**FINANCIAL** [1] - 9:16
**fine** [3] - 28:6, 32:23, 55:19
**fines** [3] - 39:13, 52:3
**FINN** [1] - 4:21
**fired** [1] - 18:16
**FIRM** [3] - 3:10, 4:10, 10:7
**first** [20] - 18:13,

24:18, 29:1, 37:17, 43:10, 47:16, 47:24, 48:12, 58:1, 58:13, 59:5, 63:22, 72:22, 73:3, 81:13, 94:25, 95:20, 96:23, 97:4, 100:23
**fishing** [2] - 83:17, 94:1
**FITCH** [1] - 8:13
**five** [4] - 23:17, 37:9, 37:11, 80:12
**five-minute** [1] - 37:9
**fixed** [1] - 80:1
**FL** [1] - 2:9
**flat** [1] - 62:7
**fleet** [3] - 80:22, 89:17, 97:16
**FLOOR** [4] - 2:15, 5:19, 6:6, 10:4
**FLORIDA** [3] - 3:11, 3:22
**fly** [2] - 46:10, 50:12
**focus** [3] - 23:18, 98:25, 99:22
**focused** [1] - 68:12
**folks** [2] - 30:20, 31:7
**follow** [1] - 42:17
**following** [3] - 89:7, 90:17, 101:18
**football** [2] - 16:17, 17:11
**FOR** [20] - 1:17, 2:3, 4:17, 4:22, 5:3, 5:16, 5:21, 6:3, 6:17, 7:10, 7:19, 8:3, 8:17, 9:3, 9:7, 9:12, 9:20, 10:3, 10:7, 12:18
**foregoing** [1] - 107:17
**forever** [1] - 86:18
**form** [2] - 19:7, 39:17
**formal** [4] - 87:22, 92:20, 102:10, 103:9
**forms** [2] - 22:22, 23:16
**forth** [1] - 40:25
**forum** [1] - 21:20
**forward** [4] - 26:23, 27:6, 29:22, 30:22
**founded** [1] - 40:8
**four** [7] - 18:13, 18:15, 19:11, 21:14, 39:10, 82:19, 91:13
**four-hour** [2] - 82:19, 91:13
**frame** [3] - 33:25, 45:4, 51:12
**framed** [1] - 42:5
**Francis** [1] - 33:18
**FRANCIS** [1] - 10:11

**FRANCISCO** [2] - 2:16, 5:19
**FRANK** [1] - 3:7
**frankly** [1] - 49:7
**Frederick** [2] - 54:7, 54:22
**free** [2] - 51:15, 104:13
**Freeman** [1] - 51:3
**Friday** [3] - 22:25, 28:5, 107:8
**FRIDAY** [3] - 1:8, 12:21, 13:2
**friend** [1] - 55:4
**friends** [1] - 51:6
**FRILOT** [1] - 6:5
**front** [4] - 15:18, 53:16, 57:12, 92:12
**fulfill** [1] - 79:5
**full** [3] - 32:12, 78:24, 103:8
**fully** [5] - 21:15, 21:25, 22:1, 35:14, 38:5
**function** [1] - 51:5
**functional** [1] - 40:2
**fundamental** [2] - 48:10, 61:2
**funds** [1] - 24:23
**future** [2] - 25:16, 25:17

**G**

**GABLES** [1] - 3:11
**Galveston** [1] - 21:1
**game** [2] - 18:8, 44:22
**GARSIDE** [61] - 4:19, 78:10, 78:13, 79:1, 79:3, 79:20, 80:15, 81:8, 81:12, 81:17, 81:22, 82:1, 82:17, 82:20, 82:23, 83:2, 83:5, 83:18, 83:21, 83:24, 84:3, 84:10, 84:14, 85:17, 85:20, 85:23, 86:7, 86:13, 86:15, 86:24, 87:4, 87:6, 87:10, 87:14, 87:21, 87:25, 89:12, 90:5, 90:8, 90:10, 90:13, 91:3, 91:21, 92:2, 92:6, 92:19, 92:24, 93:4, 93:7, 93:14, 93:24, 94:3, 94:22, 95:1, 104:21, 105:4, 105:8, 105:10, 105:12, 105:24, 106:1
**Garside** [2] - 78:10, 96:3

**gas** [3] - 84:20, 86:6, 87:18
**GASAWAY** [3] - 7:3, 16:20, 28:19
**Gasaway** [3] - 16:20, 28:17, 28:19
**GATE** [1] - 5:18
**gaudy** [1] - 14:17
**GCCF** [4] - 25:17, 33:3, 33:9, 33:14
**GCCF........................
............** [1] - 11:16
**gear** [1] - 99:25
**general** [2] - 47:14, 70:8, 100:23
**General** [2] - 41:23, 45:8
**GENERAL'S** [1] - 4:22
**generally** [2] - 98:7, 100:4
**GEORGE** [1] - 9:8
**George** [1] - 24:24
**GILLY** [8] - 9:8, 24:24, 25:11, 25:14, 26:6, 26:12, 26:17, 28:8
**Gilly** [6] - 24:24, 25:9, 27:10, 27:15, 27:17, 28:1
**girl** [1] - 15:7
**GISLESON** [1] - 1:22
**given** [4] - 33:25, 49:5, 60:25, 87:15
**Glenn** [1] - 16:19
**GLENN** [1] - 9:21
**go-round** [1] - 95:20
**goal** [1] - 14:24
**Godwin** [3] - 17:18, 36:9, 36:13
**GODWIN** [6] - 7:19, 7:20, 7:24, 17:18, 36:12, 36:20
**GOING** [1] - 11:15
**gold** [3] - 14:10, 14:15, 17:11
**GOLDEN** [1] - 5:18
**Gonzalez** [1] - 16:4
**GOODIER** [2] - 9:21, 16:19
**Goodier** [1] - 16:19
**GOTSHAL** [1] - 9:17
**governed** [4] - 58:18, 58:23, 88:2, 88:3
**government** [12] - 49:6, 50:17, 52:1, 52:12, 52:14, 53:25, 54:2, 54:14, 54:17, 75:24, 76:3, 78:5
**GOVERNMENT** [1] - 5:16
**Government** [2] -

56:19, 56:20
**government's** [5] -
51:24, 52:11, 54:12,
54:13, 77:18
**GOVERNOR** [1] - 5:11
**Governor's** [1] - 15:20
**governs** [1] - 59:9
**graduate** [1] - 16:25
**GRAND** [1] - 8:9
**grant** [4] - 42:3, 56:1,
77:9, 77:24
**GRANT** [2] - 11:25,
12:14
**granted** [4] - 55:12,
55:18, 67:4, 78:19
**granting** [2] - 56:23,
71:4
**great** [3] - 15:3, 34:23,
35:4
**greater** [2] - 64:13,
83:18
**Greenwald** [1] - 16:9
**GREENWALD** [2] -
3:3, 16:8
**gross** [13] - 43:25,
44:8, 60:19, 65:8,
65:10, 65:12, 66:13,
73:4, 73:19, 74:2,
74:9, 74:21, 91:24
**grounds** [1] - 21:20
**grouped** [1] - 57:17
**Guard** [9] - 81:3, 88:2,
89:18, 90:20, 90:24,
91:2, 91:6, 91:9,
93:17
**GUERRA** [1] - 2:21
**guess** [5] - 26:15,
31:20, 32:3, 49:11,
50:9
**guesswork** [1] - 49:18
**guidance** [1] - 63:7
**guilty** [1] - 74:21
**Gulf** [7] - 13:13, 20:6,
79:7, 83:10, 83:13,
95:9, 101:19
**GULF** [2] - 1:5, 4:18

# H

**half** [3] - 69:15, 101:6,
101:24
**hall** [2] - 31:8, 63:19
**HALLIBURTON** [1] -
7:19
**Halliburton** [7] -
17:17, 17:19, 17:21,
36:9, 36:13, 45:19,
70:18
**handful** [2] - 19:17,

30:3
**handling** [1] - 23:25
**happy** [3] - 46:20,
71:3, 71:11
**hard** [3] - 27:5, 31:8,
65:14
**HARVEY** [1] - 4:20
**Haycraft** [2] - 18:6,
22:9
**HB406** [1] - 10:19
**head** [2] - 49:17, 50:8
**headline** [1] - 21:13
**heads** [2] - 49:10,
50:20
**hear** [13] - 27:12,
42:19, 45:2, 45:7,
45:15, 45:17, 45:20,
55:7, 60:23, 67:22,
67:24, 70:4, 96:2
**HEARD** [1] - 1:13
**heard** [6] - 27:15,
31:10, 68:7, 74:11,
78:4, 96:15
**hearing** [8] - 24:1,
24:5, 31:9, 32:23,
68:2, 68:3, 68:14,
78:19
**hears** [1] - 55:17
**heart** [3] - 39:25, 40:6,
53:21
**HEIMANN** [1] - 2:14
**held** [5] - 21:16, 40:10,
62:10, 62:16, 65:13
**help** [1] - 20:20
**helping** [1] - 84:15
**HENRY** [2] - 5:7, 5:8
**hereby** [1] - 107:17
**HERMAN** [10] - 1:21,
1:22, 13:17, 23:13,
24:6, 24:11, 32:8,
32:24, 70:6
**Herman** [5] - 13:17,
23:13, 32:6, 32:8,
70:6
**hesitant** [1] - 44:12
**HICKS** [1] - 3:10
**hiding** [1] - 14:13
**Hiding** [1] - 14:14
**HIGHWAY** [1] - 3:14
**HIMMELHOCH** [1] -
5:18
**hint** [1] - 47:14
**hire** [38] - 79:13, 80:1,
80:6, 80:16, 80:17,
83:7, 86:2, 86:11,
87:13, 87:16, 88:3,
88:10, 88:12, 88:16,
88:18, 88:24, 92:4,
92:9, 94:15, 94:22,
94:24, 96:20, 99:15,

99:16, 100:8, 101:2,
102:22, 103:8,
103:11, 104:13,
104:24, 104:25,
105:1, 105:15,
106:19
**hired** [3] - 80:18,
81:18, 95:1
**hires** [1] - 83:15
**hiring** [3] - 81:18,
95:3, 95:6
**history** [1] - 18:12
**hoc** [1] - 95:4
**Hoi** [4] - 81:13, 88:9,
91:8, 95:18
**holding** [4] - 58:9,
59:10, 72:9, 73:22
**HOLDINGS** [3] - 6:3,
6:21, 9:13
**holdings** [4] - 58:20,
59:7, 59:17, 62:13
**holds** [1] - 34:15
**home** [13] - 87:7,
87:24, 91:19, 92:16,
101:5, 102:25,
103:16, 103:23,
104:3, 104:11,
104:13, 105:18,
105:21
**honestly** [1] - 30:1
**HONEYCUTT** [1] -
3:21
**Honor** [147] - 13:9,
13:17, 13:19, 13:22,
13:24, 14:1, 14:3,
14:4, 14:8, 14:13,
14:19, 15:2, 15:13,
15:19, 16:2, 16:6,
16:8, 16:10, 16:14,
16:18, 16:20, 16:22,
16:24, 17:2, 17:5,
17:9, 17:14, 17:15,
17:16, 17:18, 17:22,
17:24, 18:3, 18:25,
19:6, 20:4, 20:13,
21:13, 21:18, 22:11,
22:24, 23:13, 24:6,
24:16, 27:9, 27:13,
28:9, 28:17, 28:19,
29:11, 29:13, 29:15,
30:1, 30:23, 31:14,
31:20, 31:25, 32:8,
32:24, 33:20, 34:10,
34:18, 34:24, 35:4,
35:19, 36:12, 36:22,
38:8, 42:6, 42:21,
42:24, 43:15, 44:4,
44:18, 46:25, 47:9,
51:21, 51:24, 53:12,
53:20, 54:7, 54:23,

55:2, 55:22, 57:23,
58:5, 60:6, 60:7,
60:12, 60:15, 62:8,
63:11, 63:14, 67:13,
69:12, 69:25, 70:7,
70:8, 70:10, 70:25,
71:10, 72:6, 72:18,
73:9, 73:15, 74:17,
74:23, 75:5, 75:17,
76:2, 76:14, 76:20,
77:1, 79:1, 79:20,
80:15, 81:22, 82:2,
83:5, 83:25, 86:7,
86:24, 87:4, 87:21,
87:25, 89:2, 91:3,
92:24, 93:4, 93:14,
94:3, 95:2, 96:4,
96:7, 96:21, 97:14,
98:4, 99:6, 99:12,
100:7, 101:14,
101:22, 102:20,
104:1, 104:4,
104:19, 104:21
**Honor's** [1] - 61:1
**HONORABLE** [1] -
1:13
**honorable** [1] - 15:17
**hook** [2] - 75:20,
86:17
**hooray** [2] - 47:20,
47:21
**hope** [2] - 27:3, 34:5
**hoped** [1] - 104:16
**hopefully** [2] - 35:10,
44:18
**Horizon** [1] - 13:13
**HORIZON** [1] - 1:5
**horse** [1] - 72:13
**hour** [2] - 82:19, 91:13
**HOUSTON** [2] - 2:19,
6:11, 6:15, 7:16,
7:17, 7:25, 9:5, 10:5,
10:10
**HUGH** [1] - 9:3
**Hugh** [1] - 16:24
**hull** [1] - 99:24
**hundred** [2] - 23:16,
82:21

# I

**idea** [4] - 28:2, 33:9,
97:16, 106:4
**identical** [1] - 86:5
**identified** [2] - 72:25,
78:16
**identify** [1] - 24:7
**ignored** [1] - 99:21
**ignores** [2] - 62:13,

105:14
**IL** [1] - 6:25
**image** [1] - 70:9
**imagination** [1] -
49:25
**imagine** [1] - 100:5
**immediately** [3] -
25:8, 42:7, 101:18
**IMMUNE** [2] - 11:19,
12:6
**Immune** [2] - 37:19,
57:2
**immune** [15] - 38:14,
38:20, 39:8, 39:14,
39:19, 39:23, 41:5,
41:16, 41:18, 42:16,
43:3, 45:18, 47:19,
47:21, 49:6
**immunity** [7] - 48:2,
48:5, 49:20, 54:9,
56:6, 56:11, 56:15
**impact** [1] - 60:20
**impacts** [1] - 63:10
**implication** [1] - 99:8
**imply** [1] - 85:10
**import** [2] - 46:9,
46:15
**important** [8] - 43:21,
44:6, 45:5, 60:25,
72:19, 90:22, 94:13
**importantly** [2] - 46:3,
101:23
**impose** [2] - 64:13,
65:17
**imposed** [1] - 40:20
**impress** [1] - 34:18
**impressed** [1] - 34:13
**impression** [1] - 30:9
**IMPREVENTO** [1] -
2:3
**IN** [9] - 1:4, 1:5, 10:15,
11:14, 11:18, 12:4,
12:10, 12:17
**inartfully** [1] - 70:10
**INC** [15] - 6:4, 6:5,
6:17, 6:18, 6:19,
6:20, 6:22, 7:19,
9:12, 9:13, 9:14,
9:15, 9:16, 9:17,
10:3
**incident** [6] - 20:7,
21:7, 73:21, 73:24,
74:3, 74:9
**Incident** [1] - 44:6
**included** [3] - 91:4,
106:5, 106:7
**Including** [1] - 57:3
**INCLUDING** [2] -
11:19, 12:6
**including** [4] - 20:16,

37:19, 51:2, 66:17
**inconsistent** [1] - 76:13
**indeed** [1] - 41:14
**indemnified** [1] - 77:5
**INDEMNITY** [1] - 11:17
**indemnity** [8] - 35:10, 35:12, 35:20, 36:10, 36:15, 36:25, 58:7, 58:18
**indicated** [2] - 41:3, 101:3
**indicates** [2] - 88:25, 89:4
**indicating** [1] - 82:5
**indirectly** [1] - 52:9
**individual** [3] - 44:23, 88:2, 90:23
**indivisible** [1] - 43:17
**industry** [4] - 84:20, 86:6, 87:18
**inevitable** [1] - 59:10
**information** [10] - 33:16, 34:16, 61:12, 63:5, 64:10, 73:19, 74:5, 75:9, 76:19, 88:17
**Information** [1] - 57:21
**INFORMATION** [1] - 12:12
**informed** [2] - 36:14, 36:17
**injuries** [1] - 43:18
**injury** [5] - 20:7, 20:9, 25:4, 43:14, 43:18
**insert** [1] - 61:15
**inserted** [1] - 61:3
**insofar** [2] - 43:1, 45:4
**inspection** [1] - 29:3
**instance** [2] - 59:13, 105:25
**instead** [1] - 28:4
**instructed** [1] - 91:18
**instruction** [3] - 87:11, 87:14, 103:17
**insurance** [3] - 18:22, 24:15, 28:12
**INSURANCE** [1] - 11:11
**insurers** [3] - 25:22, 26:21, 26:24
**intend** [2] - 46:17, 47:18
**intended** [1] - 60:12
**intent** [4] - 38:25, 46:16, 95:24, 97:18
**intention** [1] - 33:21
**intercede** [2] - 59:18,

72:10
**interest** [1] - 16:16
**interested** [2] - 34:3, 34:20
**interesting** [4] - 18:9, 18:11, 18:18, 47:24
**interestingly** [1] - 18:8
**INTERESTS** [2] - 4:22, 5:16
**internal** [1] - 92:7
**INTERNATIONAL** [2] - 7:10, 9:16
**interpleader** [2] - 24:18, 24:21
**interpretation** [4] - 81:5, 82:13, 83:1, 103:6
**interrogatory** [1] - 104:1
**interrupt** [1] - 40:14
**introduce** [5] - 40:22, 66:2, 66:4, 78:15, 96:4
**introduced** [1] - 61:22
**introduction** [1] - 16:16
**investigation** [2] - 14:20, 29:6
**investigations** [1] - 29:11
**involve** [1] - 64:6
**involved** [2] - 23:24, 34:9
**involves** [1] - 64:10
**involving** [1] - 33:3
**INVOLVING** [1] - 11:16
**Iqbal** [5] - 48:12, 48:18, 48:20, 49:8, 50:19
**IRPINO** [2] - 4:10, 4:10
**irrelevant** [2] - 50:13, 62:19
**IS** [3] - 11:15, 12:2, 12:21
**Island** [2] - 92:3, 92:18
**Issue** [1] - 78:9
**ISSUE** [1] - 12:19
**issue** [42] - 26:15, 34:24, 36:23, 38:10, 39:16, 40:3, 41:25, 42:13, 43:4, 45:4, 45:6, 46:3, 53:17, 53:21, 54:19, 56:4, 56:17, 58:5, 59:2, 59:21, 62:19, 62:20, 63:2, 64:1, 67:7, 72:22, 72:25, 73:17, 73:24, 74:14, 74:16, 86:10, 86:12, 86:25,

87:2, 92:13, 94:17, 96:19, 98:17, 103:15, 104:2
**issued** [3] - 18:20, 19:3, 78:23
**issues** [25] - 23:4, 23:21, 26:12, 31:5, 32:14, 33:1, 35:10, 40:18, 53:22, 57:10, 57:14, 58:1, 60:10, 60:19, 60:25, 61:5, 61:19, 67:10, 69:3, 73:3, 73:13, 76:4, 78:5, 78:7, 96:19
**ISSUES....................**
**.........** [1] - 11:17
**items** [1] - 66:17
**ITEMS** [1] - 11:3
**itself** [3] - 42:8, 48:9, 49:8

## J

**JACKSON** [3] - 3:8, 10:3, 17:4
**Jackson** [1] - 17:4
**JAMES** [3] - 1:18, 8:9, 9:4
**January** [5] - 19:15, 21:3, 21:4, 22:18, 22:24
**JEFFERSON** [3] - 1:19, 5:8, 9:22
**Jeffrey** [1] - 14:3
**JEFFREY** [1] - 2:3
**JENNY** [1] - 7:20
**Jenny** [1] - 17:16
**Jim** [3] - 13:19, 17:22, 38:7
**JIMMY** [1] - 2:18
**JINDAL** [1] - 5:11
**job** [1] - 84:24
**Joe** [1] - 15:23
**JOHN** [2] - 6:10, 8:18
**John** [2] - 27:9, 51:21
**join** [1] - 27:11
**joinders** [1] - 19:8
**joined** [1] - 76:5
**Joint** [1] - 44:6
**joint** [10] - 40:1, 40:8, 40:10, 40:12, 43:17, 45:8, 45:9, 46:7, 46:22, 65:18
**jointly** [3] - 40:10, 45:13, 65:17
**JONES** [3] - 3:18, 9:21, 15:16
**Jones** [1] - 15:16
**JR** [3] - 3:14, 3:21,

10:4
**JUDGE** [2] - 1:13, 11:8
**Judge** [32] - 1:15, 15:24, 16:1, 17:20, 18:1, 20:16, 21:11, 22:20, 22:25, 23:25, 24:19, 25:6, 26:5, 29:20, 29:23, 30:18, 30:23, 31:17, 32:3, 36:14, 36:20, 41:2, 65:1, 65:10, 65:16, 66:11, 67:23, 78:10, 89:13, 107:1, 107:6
**judgment** [16] - 18:22, 26:20, 26:24, 26:25, 35:20, 36:17, 45:10, 54:13, 64:22, 67:3, 67:6, 77:3, 77:6, 77:7, 81:24, 100:24
**JUDGMENT** [1] - 12:18
**Judgment** [1] - 78:9
**judicial** [2] - 48:7, 61:24
**July** [10] - 86:22, 87:5, 91:17, 92:5, 92:10, 93:1, 101:2, 104:23
**jurisdiction** [2] - 49:21, 51:5
**jury** [14] - 39:16, 61:5, 61:10, 61:14, 64:1, 66:21, 66:25, 67:4, 67:7, 67:11, 67:19, 71:15, 71:18, 72:6
**justice** [1] - 66:17
**Justice** [5] - 33:8, 33:21, 34:1, 34:5, 34:13, 34:24
**JUSTICE** [2] - 5:16, 5:22

## K

**KANNER** [2] - 5:3, 5:4
**Katrina** [1] - 51:3
**KATZ** [1] - 1:21
**keep** [1] - 72:14
**kept** [1] - 92:7
**KERRY** [1] - 6:6
**Kerry** [1] - 17:15
**key** [1] - 102:21
**kick** [1] - 14:25
**kicker** [2] - 14:25, 16:12
**kicking** [1] - 14:20
**kind** [5] - 23:21, 63:18, 78:23, 85:3, 91:1
**KINGSDORF** [1] - 3:24

**kinked** [2] - 28:23, 29:7
**KIRBY** [1] - 8:12
**KIRKLAND** [2] - 6:22, 7:3
**knowledge** [9] - 61:12, 62:18, 63:4, 66:18, 67:16, 68:4, 70:16, 73:23, 75:8
**KNOWLEDGE** [1] - 12:11
**Knowledge** [1] - 57:20
**knows** [3] - 21:18, 30:4, 60:15
**KORETZKY** [1] - 8:20
**Kuchler** [1] - 17:8
**KUCHLER** [3] - 8:4, 8:5, 17:8
**KY** [1] - 8:12

## L

**L.L.C** [1] - 9:3
**L.P** [1] - 9:21
**LA** [19] - 1:20, 1:23, 3:15, 3:22, 3:25, 4:4, 4:12, 4:15, 4:20, 5:5, 5:9, 5:13, 6:7, 7:13, 8:6, 8:22, 9:10, 9:22, 10:19
**lack** [2] - 51:4, 59:18
**LAFAYETTE** [1] - 1:20, 4:15, 9:22
**laid** [1] - 44:11
**LAKE** [1] - 4:4
**LAMAR** [1] - 7:25
**land** [1] - 49:19
**LANGAN** [25] - 6:23, 18:5, 18:25, 19:21, 19:25, 20:4, 20:25, 21:2, 21:5, 21:13, 22:11, 24:16, 27:13, 27:20, 27:23, 28:4, 28:7, 31:14, 31:25, 33:7, 36:22, 37:4, 42:21, 43:8, 96:4
**Langan** [16] - 18:5, 18:24, 22:9, 24:17, 27:12, 27:13, 31:13, 33:5, 42:20, 42:21, 45:3, 45:5, 45:7, 45:17, 45:20, 47:3
**language** [4] - 54:3, 62:21, 78:25, 89:7
**large** [2] - 81:4, 98:5
**largely** [2] - 50:13, 58:13
**LASALLE** [1] - 6:25
**last** [5] - 18:19, 62:5,

71:10, 76:1, 96:9
**late** [1] - 101:2
**launching** [1] - 14:19
**law** [12] - 38:13, 39:21, 43:1, 43:4, 49:8, 49:19, 49:21, 50:13, 50:24, 51:16, 59:12, 71:16
**Law** [2] - 41:23, 45:9
**LAW** [5] - 3:10, 4:10, 5:7, 10:7, 10:11
**LAWN** [1] - 4:7
**lays** [1] - 31:18
**lead** [2] - 13:16, 71:23
**learn** [1] - 34:16
**lease** [1] - 20:12
**least** [13] - 22:4, 24:22, 28:1, 32:12, 36:5, 39:22, 42:13, 47:25, 48:18, 50:14, 98:9, 100:18
**leave** [2] - 26:23, 38:25
**leaving** [1] - 94:11
**led** [1] - 49:18
**LEE** [1] - 10:3
**legal** [5] - 37:1, 49:5, 63:8, 64:10, 73:22
**legally** [1] - 43:11
**lend** [1] - 35:3
**Les** [1] - 18:17
**less** [2] - 66:16, 102:10
**lessee** [2] - 65:3, 65:17
**lessees** [1] - 65:19
**letter** [5] - 88:8, 88:15, 89:2, 89:4, 92:20
**letters** [1] - 95:19
**leverage** [1] - 72:15
**LEVIN** [1] - 2:7
**Levine** [2] - 17:7, 78:14
**LEVINE** [2] - 8:14, 17:7
**LEWIS** [1] - 9:3
**LexisNexis** [1] - 23:17
**liability** [24] - 40:1, 40:7, 40:8, 40:11, 40:13, 43:17, 45:8, 46:7, 46:17, 49:6, 49:24, 60:1, 60:10, 61:6, 61:13, 64:16, 65:5, 65:16, 67:14, 71:17, 71:18, 71:25, 76:11, 77:10
**Liability** [1] - 78:9
**LIABILITY**..................
............ [1] - 12:19
**liable** [14] - 40:11,

45:13, 45:21, 48:24, 49:1, 50:17, 53:4, 56:19, 56:20, 62:16, 67:7, 75:13, 77:8
**liaison** [4] - 13:16, 17:6, 30:17, 35:9
**LIAISON** [1] - 1:18
**LIEFF** [1] - 2:14
**life** [1] - 15:8
**lift** [1] - 65:22
**light** [4] - 30:6, 42:22, 68:10, 78:13
**likely** [1] - 98:19
**LIMINE** [3] - 11:18, 12:4, 12:10
**Limine** [1] - 31:12, 31:16, 37:18, 42:2, 42:15, 44:17, 46:1, 55:16, 57:1, 57:19, 59:14, 59:15, 61:17, 70:10, 71:5, 76:15, 78:3
**limine** [4] - 32:1, 32:11, 54:6, 58:3
**LIMINE....** [1] - 12:17
**LIMINE.**................
...... [1] - 11:14
**limitation** [7] - 43:5, 62:3, 65:5, 65:22, 65:25, 70:8, 77:4
**limitations** [2] - 59:20, 73:1
**LIMITED** [1] - 6:21
**limited** [3] - 42:9, 46:12, 76:16
**limiting** [1] - 36:25, 44:17, 70:7
**line** [5] - 39:17, 49:18, 60:5, 100:16, 100:17
**lined** [1] - 51:1
**lines** [1] - 94:11
**list** [2] - 69:14, 102:12
**LISTED** [1] - 12:15
**listed** [2] - 31:14, 78:1
**literally** [1] - 50:16
**Liz** [1] - 15:20
**LLC** [4] - 6:3, 8:17, 9:13, 9:14
**location** [2] - 79:10, 97:2
**logic** [2] - 58:19, 59:10
**logistics** [1] - 101:15
**look** [8] - 29:22, 30:22, 50:6, 76:16, 83:6, 85:12, 90:1, 100:25
**looked** [1] - 27:5
**looking** [2] - 31:21, 36:23
**looks** [3] - 19:22, 19:24, 102:9

**LOS** [1] - 8:10
**loss** [1] - 20:10
**lost** [2] - 46:22, 73:25
**LOUISIANA** [6] - 1:2, 1:7, 5:3, 5:11, 6:11, 9:5
**Louisiana** [3] - 15:21, 107:16, 107:17
**love** [1] - 47:6
**LP** [1] - 8:4
**LSU** [7] - 14:11, 15:3, 15:10, 15:14, 17:12, 18:12, 18:14
**LSU/Alabama** [1] - 18:8
**Lundy** [1] - 16:18
**LUNDY** [4] - 4:3, 4:3, 16:18
**LUTHER** [1] - 4:22
**Luther** [2] - 14:4, 34:10
**LUXENBERG** [1] - 3:3

# M

**M-I** [1] - 16:23
**MACONDO** [2] - 12:13
**Macondo** [1] - 57:21
**Magistrate** [5] - 20:16, 22:20, 24:19, 25:6, 26:1
**mail** [1] - 105:6
**mailed** [1] - 25:1
**maintain** [2] - 65:19
**maintenance** [2] - 85:5, 89:23
**MAJOR** [1] - 7:21
**major** [1] - 29:3
**majority** [1] - 100:7
**malpractice** [1] - 48:20
**man** [1] - 15:17
**manage** [1] - 80:22
**MANAGEMENT** [1] - 9:12
**Management** [1] - 67:8
**management** [4] - 20:20, 24:3, 26:7, 26:9
**MANGES** [1] - 9:17
**manner** [1] - 74:18
**manning** [1] - 106:9
**mantra** [1] - 41:12
**MARINE** [2] - 9:14, 9:15, 9:15
**Maritime** [2] - 41:23, 45:9
**maritime** [9] - 38:12,

39:22, 40:4, 43:1, 43:4, 58:18, 58:23, 70:8, 87:18
**MARK** [1] - 6:23
**married** [1] - 15:7
**Martinez** [1] - 17:16
**MARTINEZ** [2] - 7:20, 17:16
**MARTZELL** [1] - 4:14
**massive** [2] - 79:6, 101:18
**master** [12] - 28:22, 81:20, 84:19, 84:20, 84:22, 84:25, 85:8, 85:10, 85:11, 86:6, 86:7, 96:16
**Master** [10] - 20:20, 33:15, 33:19, 79:3, 80:24, 81:20, 84:21, 92:21, 95:15, 104:14
**MASTER** [2] - 10:11, 33:18
**Matt** [1] - 16:18
**matter** [14] - 21:16, 30:12, 38:8, 49:8, 50:13, 50:23, 51:4, 53:24, 54:11, 59:11, 69:16, 78:13, 100:23, 107:18
**matters** [4] - 21:10, 26:20, 54:10, 106:24
**MATTHEW** [1] - 4:3
**maximum** [3] - 66:15, 66:16
**Maze** [1] - 14:12
**MAZE** [3] - 4:23, 14:13, 14:16
**McClendon** [1] - 18:13
**MCCUTCHEN** [2] - 8:8, 8:12
**MCGOVERN** [2] - 10:11, 33:18
**McGovern** [4] - 20:20, 33:15, 33:18, 34:19
**MCKINNEY** [1] - 7:16
**MDL** [8] - 10:7, 13:12, 20:21, 21:11, 22:5, 23:17, 52:5, 52:12
**MDL.**.........................
.. [1] - 11:8
**mean** [19] - 44:6, 44:22, 51:7, 59:15, 59:18, 72:18, 75:15, 86:7, 87:9, 87:10, 87:15, 88:14, 88:17, 89:13, 92:7, 93:17, 93:18, 94:7, 102:21
**meaning** [1] - 89:15
**means** [6] - 23:6, 72:10, 74:16, 87:12,

89:12, 89:16
**meant** [1] - 51:9
**measurements** [1] - 29:6
**MECHANICAL** [1] - 10:22
**mechanism** [1] - 24:22
**mediate** [1] - 20:17
**mediated** [2] - 20:16, 21:6
**mediator** [1] - 23:21
**meet** [3] - 22:24, 37:2, 79:5
**meeting** [3] - 23:20, 30:17, 30:19
**meets** [1] - 19:10
**member** [1] - 16:3
**memorandum** [1] - 54:22
**memorized** [1] - 46:6
**mention** [2] - 22:3, 35:16
**mentioned** [9] - 36:23, 64:9, 64:17, 66:12, 75:6, 99:22, 102:9, 102:10, 102:11
**mentioning** [1] - 67:16
**Merit** [1] - 107:16
**message** [1] - 18:7
**met** [1] - 34:12
**METHVIN** [1] - 3:17
**Mexico** [2] - 13:13, 79:7
**MEXICO** [1] - 1:5
**MI** [1] - 9:3
**Miami** [2] - 16:4, 19:16
**MICHAEL** [1] - 5:17
**microphone** [2] - 31:7, 31:10
**mid** [1] - 87:5
**mid-July** [1] - 87:5
**might** [7] - 16:25, 43:18, 43:19, 53:10, 61:23, 68:21, 87:14
**MIKAL** [1] - 3:22
**Mikal** [1] - 15:24
**Mike** [5] - 14:2, 16:10, 17:9, 29:13, 44:16
**MILES** [1] - 3:17
**Miles** [1] - 18:17
**Miller** [2] - 14:16, 17:15
**MILLER** [2] - 6:6, 17:15
**million** [1] - 65:5
**mind** [5] - 33:16, 39:10, 40:16, 75:19, 76:20
**mindful** [1] - 61:25

**mine** [1] - 50:18
**minimum** [1] - 41:1
**minute** [6] - 14:6, 28:14, 37:9, 41:21, 47:3, 55:2
**minutes** [1] - 37:11
**mirror** [2] - 58:14, 70:9
**misconduct** [5] - 66:13, 73:4, 73:20, 74:2, 74:9
**Miss** [2] - 16:12, 16:25
**missing** [1] - 78:22
**Mississippi** [1] - 19:23
**mistake** [2] - 60:2, 60:22
**MITCHELL** [1] - 2:7
**MITHOFF** [1] - 10:7
**MMS** [6] - 40:25, 44:4, 44:21, 49:13, 65:16, 75:6
**MMS's** [1] - 50:7
**Mobile** [1] - 23:25
**MOBILE** [1] - 2:12
**modified** [1] - 84:4
**MOEX** [11] - 8:17, 12:11, 57:20, 58:9, 58:20, 60:24, 69:13, 72:24, 74:4, 74:10, 76:18
**MOEX's** [2] - 57:18, 77:25
**MOEX'S** [2] - 12:8, 12:14
**moment's** [1] - 97:17
**Monday** [3] - 28:6, 30:20, 32:18
**monetary** [3] - 38:14, 52:13, 54:17
**money** [2] - 25:12, 25:23
**monitor** [1] - 72:9
**monitoring** [3] - 73:19, 74:8, 75:23
**MONTGOMERY** [2] - 3:19, 4:24
**month** [3] - 101:6, 101:24
**month-and-a-half** [1] - 101:24
**MONTHLY** [1] - 1:12
**months** [4] - 38:5, 91:18, 101:6, 104:7
**Montoya** [1] - 16:3
**MONTOYA** [2] - 3:10, 16:2
**MOORE** [1] - 7:7
**moorings** [1] - 89:9
**moot** [1] - 78:6
**MORGAN** [3] - 3:6, 9:3
**morning** [54] - 13:8,

13:9, 13:17, 13:19, 13:21, 13:22, 13:24, 14:1, 14:4, 15:2, 15:13, 15:22, 15:24, 16:1, 16:2, 16:6, 16:8, 16:10, 16:14, 16:18, 16:20, 16:22, 16:24, 17:2, 17:5, 17:9, 17:16, 17:18, 17:20, 17:22, 17:24, 18:1, 18:3, 18:25, 19:20, 23:11, 23:13, 24:24, 25:1, 27:8, 28:19, 32:8, 34:16, 35:9, 36:1, 37:25, 51:23, 57:23, 63:14, 78:4, 78:10, 78:12, 96:7, 96:15
**most** [11] - 22:25, 32:1, 39:10, 39:11, 45:25, 46:2, 87:18, 97:11, 98:5, 98:7, 100:4
**mostly** [2] - 19:23, 20:6
**MOTION** [5] - 11:18, 11:22, 11:25, 12:4
**Motion** [3] - 37:17, 37:22, 42:15, 44:17, 46:1, 55:16, 56:2, 57:1, 59:14, 59:15, 61:17, 70:10, 76:15
**motion** [67] - 18:21, 21:14, 21:15, 21:24, 22:1, 23:11, 26:24, 27:11, 31:15, 32:1, 35:13, 35:16, 35:19, 35:22, 36:2, 36:5, 36:6, 36:10, 36:16, 37:22, 37:24, 38:1, 38:4, 38:19, 38:20, 40:17, 41:1, 41:13, 41:25, 42:4, 42:8, 42:15, 46:21, 47:2, 47:5, 47:16, 48:9, 48:11, 48:18, 49:9, 49:18, 50:13, 51:1, 51:23, 52:8, 53:16, 54:6, 55:6, 55:11, 55:12, 55:18, 55:19, 55:21, 55:22, 56:1, 56:24, 57:1, 57:4, 58:3, 58:25, 71:6, 77:9, 78:14, 78:17, 80:20
**MOTION**...................
...................[1] - 12:7
**Motions** [8] - 31:11, 31:16, 42:2, 57:18, 57:19, 71:5, 78:3,

78:9
**MOTIONS** [6] - 11:14, 12:8, 12:10, 12:14, 12:17, 12:18
**motions** [12] - 31:19, 36:24, 37:7, 42:12, 56:1, 57:17, 58:1, 60:6, 71:4, 76:23, 77:25, 78:8
**move** [12] - 28:16, 30:20, 34:14, 35:3, 37:6, 64:21, 67:3, 77:3, 77:5, 77:7, 78:15, 80:22
**moved** [1] - 61:10
**moving** [1] - 34:25
**MR** [246] - 13:17, 13:19, 13:22, 13:24, 14:1, 14:3, 14:4, 14:8, 14:11, 14:13, 14:16, 14:19, 15:2, 15:13, 15:16, 15:18, 15:23, 15:24, 16:1, 16:2, 16:6, 16:10, 16:18, 16:19, 16:20, 16:24, 17:2, 17:4, 17:5, 17:7, 17:9, 17:15, 17:18, 17:20, 17:22, 17:24, 18:1, 18:3, 18:5, 18:25, 19:21, 19:25, 20:4, 20:25, 21:2, 21:5, 21:13, 22:11, 23:13, 24:6, 24:11, 24:16, 24:24, 25:11, 25:14, 26:6, 26:12, 26:17, 27:9, 27:13, 27:20, 27:23, 28:4, 28:7, 28:8, 28:9, 28:16, 28:19, 29:13, 30:1, 30:4, 30:8, 30:13, 30:16, 30:22, 31:1, 31:3, 31:14, 31:25, 32:8, 32:24, 33:7, 34:10, 34:23, 35:4, 35:17, 35:19, 35:25, 36:7, 36:12, 36:20, 36:22, 37:4, 38:7, 38:24, 39:3, 40:15, 41:2, 41:8, 41:10, 41:12, 41:22, 42:6, 42:18, 42:21, 43:8, 44:16, 46:25, 47:6, 47:8, 47:11, 47:13, 51:21, 52:9, 52:20, 53:2, 53:12, 53:15, 53:20, 54:23, 54:25, 55:2, 55:4, 57:23, 58:5, 59:4, 62:18, 63:14, 63:20, 64:15,

64:20, 65:1, 65:10, 65:15, 66:4, 66:8, 66:22, 66:24, 67:13, 67:19, 67:22, 68:3, 68:14, 69:11, 69:23, 70:6, 70:25, 71:10, 71:16, 71:21, 72:5, 72:8, 73:8, 73:11, 73:15, 74:15, 74:23, 75:2, 75:5, 75:15, 76:24, 77:1, 77:3, 78:10, 78:13, 79:1, 79:3, 79:20, 80:15, 81:8, 81:12, 81:17, 81:22, 82:1, 82:17, 82:20, 82:23, 83:2, 83:5, 83:18, 83:21, 83:24, 84:3, 84:10, 84:14, 85:17, 85:20, 85:23, 86:7, 86:13, 86:15, 86:24, 87:4, 87:6, 87:10, 87:14, 87:21, 87:25, 89:12, 90:5, 90:8, 90:10, 90:13, 91:3, 91:21, 92:2, 92:6, 92:19, 92:24, 93:4, 93:7, 93:14, 93:24, 94:3, 94:22, 95:1, 96:4, 96:7, 96:10, 96:12, 96:21, 97:10, 97:14, 97:19, 98:4, 98:12, 98:17, 99:12, 100:6, 100:22, 101:14, 101:22, 102:5, 102:20, 103:18, 103:25, 104:4, 104:10, 104:19, 104:21, 105:4, 105:8, 105:10, 105:12, 105:24, 106:1
**MS** [8] - 3:8, 15:20, 16:8, 16:14, 16:22, 17:8, 17:13, 17:16
**multiple** [1] - 86:8
**municipality** [2] - 49:23, 50:6
**MURRILL** [2] - 5:12, 15:20
**Murrill** [1] - 15:20
**must** [2] - 45:8, 63:5
**mutually** [4] - 79:10, 85:13, 86:1, 97:1

# N

**N.W** [1] - 7:4
**name** [1] - 96:9
**names** [1] - 39:10

**narrowing** [1] - 71:6
**national** [1] - 15:11
**nature** [1] - 46:23
**NC** [1] - 10:13
**near** [2] - 87:15, 92:17
**nearly** [1] - 92:3
**necessarily** [4] - 57:8, 72:3, 72:10, 81:12
**necessary** [1] - 100:2
**need** [37] - 14:9, 21:9, 22:7, 27:22, 34:14, 35:9, 43:15, 43:20, 47:8, 47:10, 47:11, 47:15, 55:1, 55:12, 63:16, 64:19, 65:2, 66:2, 66:4, 77:11, 77:17, 77:21, 79:5, 83:13, 86:23, 87:3, 89:23, 90:14, 90:17, 90:18, 90:19, 90:20, 97:18, 104:18, 106:14, 106:25
**needed** [11] - 82:9, 84:11, 95:8, 98:2, 98:10, 99:5, 100:3, 100:8, 100:12, 102:1, 103:3
**needs** [8] - 42:24, 87:1, 89:21, 89:22, 90:2, 90:18, 99:19, 103:2
**negligence** [21] - 43:24, 43:25, 44:8, 58:6, 58:13, 58:14, 59:18, 60:20, 62:11, 63:9, 65:8, 65:11, 65:12, 66:13, 72:10, 73:4, 73:20, 74:2, 74:9, 74:21
**negligent** [3] - 54:18, 59:11, 65:13
**negotiated** [1] - 15:5
**nets** [2] - 84:4, 98:2
**NETWORK** [1] - 4:18
**never** [9] - 61:10, 80:8, 82:24, 94:20, 94:25, 100:8, 102:8, 106:19
**NEW** [15] - 1:7, 1:23, 3:4, 3:25, 4:12, 4:15, 5:5, 6:7, 7:13, 8:6, 8:19, 8:22, 9:10, 9:18, 10:19
**new** [3] - 14:23, 19:2, 21:12
**news** [1] - 26:1
**next** [9] - 19:15, 29:19, 33:23, 35:14, 57:17, 89:4, 98:24, 101:6, 107:8
**NEXT** [1] - 12:21

**Nguyen** [11] - 84:1, 88:9, 91:8, 95:18, 99:1, 99:2, 100:13, 101:1, 101:4, 101:23, 102:8
**Nguyen's** [1] - 81:13
**Nick** [1] - 18:17
**night** [1] - 18:9
**nine** [1] - 19:2
**NIZIALEK** [1] - 8:21
**NO** [1] - 1:7
**nobody** [2] - 94:7, 105:15
**NOMELLINI** [1] - 6:23
**non** [2] - 21:20, 48:24
**noncomplex** [1] - 30:11
**none** [6] - 32:23, 63:3, 74:6, 75:24, 78:19, 93:15
**nonetheless** [1] - 40:21
**nonimmune** [1] - 45:18
**nonjury** [1] - 66:19
**Nonparties** [2] - 37:18, 57:2
**NONPARTIES** [2] - 11:19, 12:5
**nonparty** [11] - 38:13, 38:20, 39:7, 39:15, 39:18, 39:23, 41:5, 41:15, 41:17, 42:16, 43:3
**Nonrenewal** [1] - 92:21
**NORFOLK** [1] - 2:5
**NORTH** [6] - 5:8, 5:12, 6:18, 6:19, 6:21, 6:22
**note** [4] - 15:16, 23:15, 31:6, 48:16
**NOTE** [1] - 107:8
**nothing** [4] - 74:10, 75:22, 86:20, 104:4
**Notice** [1] - 92:21
**notice** [6] - 36:15, 49:3, 92:9, 97:17, 105:3
**notices** [1] - 22:22
**notification** [15] - 87:16, 87:23, 88:4, 88:10, 88:12, 88:19, 88:24, 88:25, 94:23, 94:25, 99:16, 103:10, 104:24, 105:1, 105:16
**November** [5] - 21:16, 28:7, 28:24, 31:17, 32:1

**NOVEMBER** [2] - 1:8, 13:2
**NRDA** [1] - 52:3
**number** [9] - 19:25, 28:24, 31:11, 32:11, 35:11, 77:17, 80:13, 96:17, 102:16
**Number** [1] - 13:12
**numbered** [1] - 107:18
**numbers** [2] - 19:19, 22:12
**nuts** [1] - 22:25
**NW** [2] - 7:8, 8:14
**NY** [3] - 3:4, 8:19, 9:18

## O

**O'BRIEN'S** [1] - 9:12
**O'KEEFE** [1] - 1:23
**O'ROURKE** [23] - 5:23, 16:6, 63:14, 63:20, 64:15, 64:20, 65:1, 65:10, 65:15, 66:4, 66:8, 66:22, 66:24, 67:13, 67:19, 67:22, 68:3, 68:14, 69:11, 69:23, 76:24, 77:1, 77:3
**O'Rourke** [5] - 16:6, 63:14, 63:18, 75:6, 76:25
**O'Rourke's** [1] - 71:13
**OAK** [1] - 4:7
**objection** [2] - 32:21, 78:18
**obligate** [1] - 85:15
**obligation** [9] - 80:5, 81:1, 90:3, 90:6, 94:15, 97:4, 97:6, 97:20, 97:22
**obligations** [2] - 65:18, 74:7
**obviate** [1] - 67:7
**obviously** [8] - 14:23, 24:4, 27:3, 55:11, 67:8, 67:9, 71:7, 74:12
**occurrence** [1] - 54:11
**October** [2] - 19:1, 29:4
**OF** [24] - 1:2, 1:5, 1:12, 3:10, 5:3, 5:11, 5:16, 5:22, 5:22, 10:11, 10:12, 11:7, 11:10, 11:14, 11:15, 11:18, 11:19, 11:23, 11:25, 12:2, 12:5, 12:11, 12:19
**off-hire** [17] - 87:16,

88:3, 88:10, 88:12, 88:18, 88:24, 92:4, 92:9, 94:22, 94:24, 99:15, 99:16, 101:2, 104:24, 104:25, 105:15
**office** [1] - 15:20
**OFFICE** [2] - 3:18, 4:22
**official** [2] - 88:13, 93:18
**OFFICIAL** [1] - 10:18
**Official** [2] - 107:16, 107:21
**officials** [1] - 34:13
**offline** [1] - 67:5
**offset** [2] - 52:23, 53:7
**OFFSHORE** [3] - 6:4, 8:17, 9:13
**offshore** [1] - 65:4
**often** [1] - 42:2
**OIL** [2] - 1:4, 1:5
**Oil** [3] - 63:23, 65:1, 65:3
**oil** [16] - 13:12, 13:13, 62:22, 63:2, 81:2, 83:14, 84:17, 84:20, 86:6, 87:18, 89:10, 100:8, 100:10, 100:12, 101:18, 106:6
**oiled** [1] - 94:6
**Ole** [2] - 16:12, 16:25
**Olson** [1] - 50:4
**omissions** [1] - 56:21
**ON** [6] - 1:5, 11:9, 12:12, 12:15, 12:17, 12:19
**once** [6] - 30:10, 34:22, 79:25, 86:17, 91:5, 97:5
**ONE** [3] - 4:11, 7:16, 10:8
**One** [25] - 22:14, 59:25, 60:4, 60:8, 60:9, 61:13, 61:19, 61:20, 61:23, 62:4, 62:15, 63:5, 67:21, 68:1, 68:2, 68:12, 68:13, 68:16, 68:21, 69:1, 69:3, 69:5, 69:9, 76:10
**one** [29] - 14:11, 14:25, 18:11, 19:20, 19:23, 20:23, 23:18, 33:5, 35:7, 53:25, 54:4, 55:2, 63:16, 64:16, 65:14, 69:13, 85:12, 86:17, 86:20, 88:6, 94:15, 95:11,

97:4, 99:8, 99:15, 101:8, 101:11, 106:18
**one-day** [1] - 86:20
**ones** [1] - 67:15
**OPA** [20] - 38:17, 40:5, 40:7, 41:23, 43:13, 45:15, 45:16, 45:20, 45:25, 46:11, 46:15, 46:18, 46:23, 51:16, 52:2, 56:18, 58:22, 72:23, 77:4
**open** [1] - 35:8
**operate** [1] - 106:12
**operating** [2] - 65:7, 106:11
**operation** [1] - 84:2
**operational** [2] - 58:10, 62:13
**operations** [2] - 64:4, 65:19
**Operations** [1] - 57:21
**OPERATIONS** [1] - 12:12
**operator** [5] - 63:1, 64:9, 64:15, 66:24, 71:20
**opinion** [2] - 27:16, 56:4
**OPPORTUNITY** [1] - 11:10
**Opportunity** [3] - 20:11, 23:10, 79:3
**opportunity** [4] - 34:3, 34:21, 101:7, 101:25
**opposed** [2] - 55:25, 64:14, 69:9, 103:11
**opposition** [5] - 40:17, 41:19, 42:19, 59:23, 77:16
**oppositions** [1] - 35:24
**options** [1] - 93:16
**OR** [1] - 12:11
**oral** [5] - 32:25, 35:7, 36:4, 37:7, 37:25
**order** [7] - 18:20, 18:21, 24:4, 26:4, 26:7, 26:9, 26:18, 26:25, 31:17, 32:1, 42:4, 42:5, 53:22, 57:11, 60:3, 60:14, 62:22, 67:23, 69:15, 70:13, 71:11, 76:16, 78:23, 79:4, 79:6, 95:21, 106:18
**ORDER** [2] - 11:6, 13:4
**Order** [3] - 18:23, 19:20, 67:9

**orders** [5] - 19:2, 19:3, 20:1, 58:16, 63:10
**ordinary** [2] - 88:1, 89:17
**original** [2] - 19:6, 99:17
**originally** [1] - 78:22
**origins** [1] - 59:24
**ORLEANS** [12] - 1:7, 1:23, 3:25, 4:12, 4:15, 5:5, 6:7, 7:13, 8:6, 8:22, 9:10, 10:19
**otherwise** [8] - 52:18, 53:6, 53:10, 54:3, 57:9, 61:24, 67:22, 99:24
**ourselves** [3] - 43:23, 44:2, 44:7
**outside** [2] - 81:23, 98:5
**overbooked** [1] - 93:15
**overflow** [1] - 31:8
**overlap** [2] - 58:1, 60:20
**overly** [1] - 41:1
**owe** [1] - 53:10
**owed** [7] - 50:5, 58:10, 59:10, 80:1, 80:9, 80:11, 82:25
**own** [4] - 32:16, 63:7, 93:12, 100:13
**owner** [30] - 62:16, 62:17, 62:25, 63:1, 64:8, 64:14, 64:15, 64:16, 64:23, 66:24, 67:3, 67:6, 71:20, 77:8, 79:9, 79:12, 85:15, 85:25, 86:1, 88:9, 90:21, 96:24, 96:25, 97:6, 97:11, 98:21, 98:22, 105:20, 105:23, 106:10
**owner's** [1] - 99:24
**owners** [6] - 81:3, 88:16, 90:23, 97:22, 98:18, 103:7

## P

**P.O** [1] - 5:23
**PAGE** [1] - 11:3
**page** [3] - 38:11, 39:20, 88:15
**pages** [2] - 69:15, 78:22
**paid** [9] - 82:21, 85:6,

85:7, 92:11, 92:15, 95:12, 98:16, 100:19, 103:7
**Panel** [4] - 19:3, 19:9, 19:10, 19:16
**PAPANTONIO** [1] - 2:7
**papers** [1] - 46:4
**paragraph** [2] - 89:2, 89:4
**PARKWAY** [1] - 10:4
**PARSIOLA** [1] - 3:13
**part** [17] - 34:5, 42:14, 49:9, 49:18, 59:5, 60:4, 62:3, 66:23, 67:20, 71:10, 81:18, 94:13, 97:22, 97:25, 98:5, 98:7
**PARTIAL** [1] - 12:18
**Partial** [1] - 78:9
**partially** [1] - 53:4
**participated** [1] - 26:7
**participation** [2] - 60:7, 76:9
**particular** [4] - 57:14, 84:12, 84:24, 99:8
**PARTIES** [2] - 11:19, 12:6
**parties** [29] - 21:20, 22:5, 22:21, 24:20, 25:5, 25:18, 25:19, 25:24, 26:8, 29:9, 34:3, 34:20, 38:25, 40:10, 41:18, 42:7, 46:22, 47:18, 50:1, 52:2, 57:6, 57:10, 57:13, 58:10, 59:11, 62:10, 78:24, 84:23, 107:4
**Parties** [2] - 37:19, 57:3
**partner** [1] - 96:5
**parts** [6] - 46:15, 66:20, 66:23, 70:1, 71:14
**party** [33] - 25:1, 38:14, 38:20, 38:22, 39:14, 39:19, 39:24, 41:5, 41:16, 42:16, 43:3, 45:18, 47:22, 48:8, 48:13, 48:18, 49:22, 49:23, 50:6, 50:22, 52:17, 53:3, 53:5, 56:7, 58:13, 59:1, 61:24, 73:5, 73:21, 75:21
**Party** [2] - 37:23, 56:2
**PARTY** [2] - 11:22, 12:1
**party's** [1] - 59:2

**Patrick** [1] - 16:3
**PATRICK** [1] - 3:10
**pay** [8] - 66:15, 66:16, 67:1, 80:5, 81:1, 94:15, 102:16, 106:14
**paying** [2] - 15:17, 106:10
**payment** [3] - 25:25, 81:7, 88:17
**peculiar** [1] - 88:4
**penalties** [12] - 52:3, 60:1, 60:10, 61:6, 63:7, 64:13, 66:12, 67:18, 71:18, 72:4, 76:11
**penalty** [8] - 66:12, 66:14, 66:15, 67:1, 67:15, 76:4, 77:16, 77:18
**pending** [8] - 20:3, 20:5, 20:17, 23:24, 31:23, 35:10, 35:13, 37:7
**PENDING** [2] - 11:7, 11:17
**PENNSYLVANIA** [1] - 7:8
**PENNZOIL** [1] - 6:10
**PENSACOLA** [1] - 2:9
**PENTHOUSE** [1] - 3:11
**people** [6] - 14:22, 69:22, 80:12, 80:23, 83:7, 100:16
**PEPPER** [1] - 10:18
**Pepper** [3] - 107:15, 107:20, 107:20
**per** [1] - 22:24
**percent** [5] - 45:11, 45:21, 45:22, 45:23, 58:20
**percentage** [4] - 39:18, 41:17, 42:10, 54:18
**perfectly** [1] - 98:22
**perform** [5] - 28:21, 33:24, 79:11, 79:24, 80:18
**performed** [1] - 33:3
**PERFORMED** [1] - 11:15
**perhaps** [7] - 32:3, 44:18, 45:6, 48:19, 70:9, 75:19, 104:8
**period** [1] - 33:23
**permission** [1] - 32:10
**permits** [2] - 40:24, 45:1
**permitting** [3] - 49:13,

50:1, 50:7
**person** [13] - 62:12, 63:1, 64:9, 64:14, 64:15, 64:24, 66:25, 71:20, 72:1, 82:3, 102:11, 105:17
**personal** [2] - 20:6, 20:8
**pertaining** [1] - 57:14
**PETERSEN** [1] - 5:4
**PETOSA** [1] - 3:7
**PETROLEUM** [1] - 8:3
**petroleum** [1] - 79:6
**phase** [3] - 68:6, 68:19, 69:10
**Phase** [29] - 22:14, 22:21, 22:23, 59:25, 60:4, 60:8, 60:9, 61:13, 61:19, 61:20, 61:23, 62:4, 62:15, 63:5, 67:21, 68:1, 68:2, 68:12, 68:13, 68:16, 68:21, 69:1, 69:2, 69:3, 69:4, 69:5, 69:9, 76:10
**phases** [2] - 59:19, 69:10
**PHELPS** [1] - 9:8
**Phil** [2] - 16:1, 18:1
**PHILIP** [1] - 3:14
**PHILLIP** [2] - 7:11, 8:21
**Phillip** [1] - 78:14
**phone** [2] - 91:18, 103:20
**photo** [1] - 14:22
**PhotoShopped** [1] - 14:23
**phrase** [1] - 74:16
**phrased** [1] - 66:10
**physical** [2] - 28:22, 29:5
**physically** [1] - 84:4
**picture** [1] - 36:22
**PIGMAN** [1] - 7:11
**PILLSBURY** [1] - 8:17
**pining** [1] - 17:23
**pitch** [1] - 30:4
**PITTMAN** [1] - 8:17
**place** [10] - 24:4, 24:20, 24:23, 33:10, 33:11, 36:2, 91:5, 94:25, 99:17, 101:9
**PLACE** [3] - 4:11, 6:10, 9:9
**plain** [1] - 60:14
**Plaintiff** [1] - 57:1
**PLAINTIFF** [1] - 12:4
**plaintiff** [8] - 23:16, 45:10, 45:22, 53:2,

53:3, 53:4, 53:5, 99:1
**plaintiff's** [4] - 42:11, 99:21, 103:6, 103:12
**plaintiffs** [15] - 13:18, 13:20, 23:14, 23:18, 32:9, 39:22, 40:5, 43:23, 44:1, 52:18, 52:21, 58:14, 70:6, 78:11, 96:16
**PLAINTIFFS** [1] - 2:3
**PLAINTIFFS'** [2] - 1:17, 12:18
**plaintiffs'** [4] - 41:14, 41:16, 42:14, 78:17
**Plaintiffs'** [3] - 46:1, 47:20, 78:8
**Plan** [1] - 67:9
**plan** [5] - 40:25, 44:3, 56:4, 56:21, 68:24
**planning** [1] - 22:21
**platform** [1] - 85:4
**play** [2] - 17:1, 75:17
**played** [1] - 76:9
**playing** [2] - 17:11, 76:14
**plays** [1] - 59:6
**pleading** [3] - 49:3, 49:4, 51:10
**pleadings** [2] - 18:22, 36:24
**PLEASE** [1] - 10:15
**pleases** [1] - 57:25
**pleasure** [1] - 47:17
**pled** [1] - 48:13
**podium** [2] - 31:7, 31:10
**point** [35] - 27:1, 30:25, 37:13, 41:13, 43:10, 43:11, 44:12, 45:14, 46:21, 47:8, 48:10, 53:18, 55:16, 60:25, 62:4, 62:5, 62:14, 71:22, 72:5, 72:8, 72:12, 73:17, 74:5, 74:24, 75:9, 76:1, 76:7, 76:17, 77:11, 79:14, 84:10, 85:21, 86:21, 90:8, 94:11
**pointed** [4] - 23:5, 38:3, 72:22, 75:25
**points** [5] - 63:21, 71:2, 72:20, 75:5, 80:3, 89:22, 96:13
**policy** [1] - 88:13
**POLK** [1] - 8:4
**Pollution** [2] - 63:23, 65:1, 65:3
**port** [3] - 92:11, 92:15,

103:1
**PORTIS** [1] - 3:17
**position** [7] - 42:25, 44:18, 45:24, 59:15, 64:11, 71:13, 100:21
**possibility** [1] - 75:16
**possible** [1] - 73:2
**possibly** [3] - 71:9, 93:11, 96:17
**post** [3] - 51:3, 56:17, 95:4
**POST** [1] - 3:18
**post-blowout** [1] - 56:17
**post-hoc** [1] - 95:4
**post-Katrina** [1] - 51:3
**posts** [1] - 14:24
**potential** [3] - 33:22, 74:15, 86:8
**potentially** [3] - 99:14, 99:18, 104:15
**POYDRAS** [5] - 3:25, 6:7, 8:6, 8:22, 10:19
**practical** [1] - 60:22
**practice** [2] - 21:14, 31:15
**precisely** [2] - 76:17, 97:14
**preclude** [1] - 57:8
**precludes** [1] - 73:22
**precondition** [2] - 82:6, 82:11
**preliminary** [2] - 23:20, 78:13
**prepared** [2] - 43:14, 67:5
**prerequisite** [5] - 97:15, 106:4, 106:9, 106:13, 106:16
**PRESENT** [1] - 10:15
**present** [3] - 27:7, 43:21, 52:11
**preservation** [1] - 29:1
**presumably** [2] - 34:20, 98:12
**presume** [1] - 29:16
**presuming** [1] - 51:9
**pretrial** [1] - 52:5
**pretty** [5] - 18:11, 18:18, 25:22, 91:16, 95:13
**preventative** [1] - 100:9
**previously** [2] - 20:14, 36:23
**primarily** [2] - 39:1, 68:11
**principles** [1] - 58:19
**PRITCHARD** [1] - 8:18
**private** [9] - 49:22,

49:23, 50:1, 50:6, 56:7, 91:10, 101:9, 101:12, 101:20
**privilege** [1] - 17:11
**problem** [2] - 32:21, 78:22
**procedure** [1] - 25:14
**proceed** [3] - 33:13, 38:5, 50:22
**proceeding** [5] - 41:6, 53:25, 54:1, 54:4, 60:21
**PROCEEDINGS** [3] - 1:12, 10:22, 13:1
**proceedings** [7] - 37:13, 61:3, 61:20, 62:3, 76:6, 107:10, 107:18
**process** [11] - 24:4, 29:11, 29:22, 33:11, 49:14, 50:7, 88:17, 89:16, 93:18, 102:10, 106:21
**PROCTOR** [1] - 2:7
**PRODUCED** [1] - 10:22
**PRODUCTION** [2] - 6:17, 6:20
**PRODUCTS** [1] - 6:22
**professionalism** [1] - 107:5
**PROFESSOR** [1] - 10:11
**Professor** [2] - 33:17, 34:19
**profile** [1] - 23:16
**program** [8] - 14:20, 80:8, 80:13, 82:6, 97:9, 97:25, 103:19, 106:5
**progress** [1] - 35:13
**prohibits** [1] - 56:18
**promptly** [2] - 27:17, 103:4
**prongs** [1] - 64:16
**properly** [3] - 56:10, 67:10, 70:11
**proposal** [1] - 33:22
**propose** [1] - 67:5
**proposed** [2] - 26:4, 76:16
**proposition** [1] - 48:6
**prospect** [1] - 43:13
**protective** [1] - 41:12
**protocol** [2] - 25:3, 33:10
**prove** [17] - 62:12, 63:6, 64:8, 64:23, 64:24, 65:6, 65:8, 65:10, 65:12, 65:15,

65:21, 65:24, 66:2, 70:13, 70:18, 70:19
**quibble** [1] - 92:12
**provide** [8] - 22:4, 46:20, 88:15, 89:24, 90:15, 99:23, 106:11, 106:15
**provides** [1] - 89:7
**provision** [1] - 102:23
**proximate** [1] - 75:12
**proximately** [3] - 73:21, 73:23, 74:3
**PSC** [20] - 13:23, 13:25, 14:3, 15:14, 15:16, 15:23, 15:25, 16:1, 16:3, 16:9, 16:11, 16:15, 16:18, 31:15, 34:21, 38:7, 38:9, 44:10, 58:17, 59:22
**PSC'S** [1] - 11:18
**PSC's** [4] - 37:17, 38:1, 54:5, 58:25
**PTO** [1] - 32:14
**public** [3] - 81:4, 90:22, 94:9
**pulled** [1] - 42:9
**punitive** [2] - 44:1, 44:8
**purple** [3] - 14:10, 14:15, 17:1
**purpose** [2] - 71:8, 76:18
**purposely** [1] - 46:17
**purposes** [1] - 38:14, 43:3, 43:21, 52:5, 54:16, 59:3, 70:18, 70:23, 71:9, 73:24, 76:5
**pursuant** [7] - 40:24, 66:9, 74:1, 74:12, 74:16, 74:19, 74:20
**put** [17] - 17:1, 18:9, 24:22, 36:1, 36:15, 44:2, 44:9, 46:17, 59:19, 60:5, 70:19, 80:17, 80:21, 80:23, 89:13, 100:8, 103:11
**putting** [5] - 25:12, 33:10, 69:9, 84:13, 87:1

### Q

**quantification** [4] - 39:18, 39:23, 41:17, 42:10
**quarrel** [1] - 43:2
**questions** [5] - 51:17, 68:21, 69:20, 69:23,

69:24
**quibble** [1] - 92:12
**quick** [2] - 25:22, 75:5
**quickly** [1] - 34:14
**Quip** [2] - 17:3, 17:4
**QUIP** [1] - 10:3
**quite** [1] - 91:17
**quote** [5] - 50:16, 88:9, 92:20, 103:22
**quotes** [2] - 88:8, 103:15

### R

**RACHEL** [1] - 6:14
**Rachel** [1] - 17:14
**radio** [4] - 87:8, 87:19, 91:18, 103:20
**RAFFERTY** [1] - 2:7
**raise** [3] - 26:14, 33:1, 40:3
**raised** [1] - 43:12
**raising** [2] - 66:5, 66:8
**RANDALL** [1] - 8:14
**Randall** [1] - 17:7
**Ranger** [1] - 20:24
**rapid** [1] - 33:25
**rate** [3] - 79:17, 80:1, 81:6
**rather** [3] - 34:25, 51:12, 82:13
**RAYZOR** [1] - 6:9
**re** [1] - 13:12
**RE** [1] - 1:4
**reach** [5] - 20:19, 24:7, 24:21, 43:15, 43:20
**read** [6] - 26:18, 46:5, 47:12, 48:17, 79:22, 80:13
**reading** [5] - 38:2, 39:4, 40:17, 48:19, 69:25
**ready** [1] - 83:10
**real** [6] - 15:8, 39:16, 59:23, 86:10, 96:19, 101:17
**realistically** [2] - 38:24, 98:14
**realized** [1] - 38:2
**really** [5] - 34:17, 40:19, 60:17, 61:19, 63:16
**Realtime** [2] - 107:15, 107:21
**REALTIME** [1] - 10:18
**reason** [4] - 56:11, 61:11, 63:17, 72:15
**reasonable** [4] -

25:20, 29:22, 100:21
**reasonably** [1] - 100:19
**reasons** [7] - 26:19, 26:25, 44:11, 56:4, 56:5, 56:23, 59:17
**recap** [1] - 42:25
**receive** [4] - 39:6, 92:22, 93:8, 93:10
**received** [10] - 26:18, 34:23, 88:23, 91:8, 91:23, 92:20, 93:9, 94:22, 101:1, 105:5
**recess** [2] - 37:9, 37:13
**recognized** [1] - 104:14
**recollection** [1] - 91:12
**RECORD** [4] - 10:15, 11:21, 11:24, 12:3
**record** [16] - 41:15, 78:23, 81:23, 86:20, 91:5, 91:11, 100:25, 101:1, 101:4, 101:24, 102:6, 102:7, 103:23, 104:11, 104:12, 107:18
**Record** [3] - 37:20, 37:24, 56:3
**RECORDED** [1] - 10:22
**recoupment** [9] - 51:12, 52:7, 52:23, 53:22, 53:23, 54:10, 54:19, 55:9, 55:12
**recovery** [2] - 52:14, 54:17
**red** [1] - 15:6
**REDDEN** [1] - 7:15
**reduce** [1] - 53:10
**refiled** [1] - 42:9
**reflect** [1] - 19:19
**reflected** [1] - 32:2
**reflects** [2] - 104:11, 104:12
**refusal** [1] - 62:9
**refuse** [1] - 62:9
**regard** [1] - 74:16
**REGARDING** [1] - 12:10
**Regarding** [1] - 57:20
**regardless** [3] - 88:20, 94:4, 103:12
**Registered** [1] - 107:15
**registry** [1] - 25:13
**regroup** [1] - 37:9
**regulate** [1] - 56:10

**regulated** [1] - 40:24
**regulation** [1] - 75:11
**regulations** [11] - 43:25, 65:7, 65:16, 65:18, 65:22, 65:25, 66:3, 75:6, 75:18
**reimburse** [5] - 89:24, 90:12, 90:15, 99:24, 101:10
**reimbursement** [2] - 25:19, 25:25
**reimbursements** [1] - 25:11
**reimbursing** [1] - 25:3
**relate** [1] - 40:22
**related** [11] - 37:21, 37:25, 38:3, 56:25, 59:16, 59:17, 60:19, 61:5, 64:3, 76:4, 77:14
**relates** [1] - 69:2
**RELATES** [1] - 1:9
**relating** [5] - 23:4, 28:12, 36:25, 56:21, 59:2
**relation** [1] - 88:5
**relationship** [8] - 65:24, 66:5, 74:1, 74:6, 74:13, 84:23, 86:4, 88:2
**relatively** [1] - 30:3, 30:11, 33:25
**released** [1] - 91:9
**relevance** [3] - 72:25, 73:11, 75:3
**relevant** [11] - 41:11, 44:12, 57:10, 59:21, 62:12, 62:23, 65:2, 68:13, 70:22, 71:25, 72:3, 75:8, 75:25, 77:18
**relief** [1] - 42:4
**remain** [1] - 19:10
**remains** [1] - 59:13
**remedy** [1] - 53:5
**remember** [1] - 68:8
**reminded** [2] - 68:6, 68:19
**reminding** [1] - 107:2
**remove** [2] - 73:13, 84:5
**removing** [1] - 89:16
**repeated** [1] - 58:9
**repeatedly** [1] - 40:12
**replies** [1] - 36:3
**reply** [8] - 38:9, 46:1, 54:22, 59:14, 66:10, 78:17, 88:14, 95:16
**REPORT** [2] - 11:6, 11:9

**Report** [1] - 18:24
**report** [12] - 19:1, 20:22, 21:12, 22:8, 22:9, 23:12, 24:16, 28:24, 33:4, 34:14, 46:4, 55:5
**reported** [2] - 20:1, 20:4
**Reporter** [6] - 107:15, 107:16, 107:16, 107:21, 107:21
**REPORTER** [2] - 10:18, 10:18
**REPORTER'S** [2] - 107:8, 107:14
**representative** [1] - 15:6
**represented** [1] - 48:1
**reps** [1] - 23:19
**request** [14] - 25:20, 31:6, 32:15, 35:18, 78:18, 79:11, 79:23, 82:8, 96:25, 97:5, 97:6, 97:7, 97:23, 99:3
**requested** [4] - 80:4, 80:17, 81:14, 86:3
**requests** [2] - 81:9, 96:24
**require** [1] - 66:17
**required** [5] - 56:22, 74:17, 79:23, 84:6, 89:1
**requirement** [3] - 82:10, 98:18, 106:8
**requirements** [2] - 48:14, 106:9
**requires** [7] - 88:3, 88:14, 90:1, 95:21, 99:9, 99:25, 102:24
**rerig** [2] - 98:6, 98:19
**rerigging** [1] - 99:5
**reserving** [1] - 43:8
**resolve** [2] - 24:22, 78:4
**resolved** [4] - 19:18, 21:22, 26:20, 67:11
**resources** [1] - 61:24
**respect** [13] - 20:13, 25:3, 25:15, 26:6, 26:12, 35:20, 56:16, 56:25, 68:5, 69:12, 69:14, 69:17
**respond** [9] - 33:23, 54:21, 54:22, 63:13, 72:20, 79:6, 95:9, 97:17, 104:21
**responder** [1] - 17:6
**RESPONSE** [1] - 9:12
**response** [16] - 20:8,

34:22, 51:3, 56:14, 56:21, 76:3, 79:5, 80:20, 80:21, 81:14, 83:14, 88:1, 89:10, 89:17, 91:9, 95:14
**responses** [5] - 34:2, 34:4, 35:22, 100:22, 104:1
**responsible** [6] - 29:20, 39:12, 40:10, 73:5, 73:21, 75:21
**rest** [1] - 20:8
**RESTORATION** [1] - 4:18
**restrict** [3] - 80:4, 80:5, 80:25
**rests** [1] - 40:6
**result** [2] - 40:2, 100:1
**results** [1] - 29:10
**retrained** [1] - 83:13
**retroactively** [1] - 105:4
**retrospect** [1] - 42:11
**returned** [3] - 92:11, 93:2, 104:23
**returns** [1] - 99:17
**review** [1] - 34:3
**RHON** [1] - 3:18
**Rhon** [1] - 15:16
**RICE** [1] - 15:23
**Rice** [1] - 15:23
**RICHESON** [1] - 8:5
**rig** [10] - 13:13, 64:4, 65:19, 65:20, 68:7, 84:2, 85:3, 98:1, 98:10
**RIG** [1] - 1:5
**rigged** [2] - 83:22, 83:23
**rights** [3] - 43:8, 50:1, 61:15
**rigor** [1] - 88:16
**rigs** [1] - 83:22
**rigueur** [1] - 48:18
**ripe** [2] - 43:10, 100:24
**rise** [4] - 13:7, 37:12, 37:15, 107:7
**riser** [2] - 28:23, 29:7
**RMR** [2] - 10:18, 107:20
**road** [2] - 51:2, 54:20
**Rob** [2] - 16:20, 28:19
**ROBERT** [3] - 2:11, 7:3, 7:7
**Robert** [1] - 15:14
**ROBIN** [1] - 3:3
**Robin** [1] - 16:9
**rocks** [1] - 29:25
**Rogers** [1] - 78:15

**role** [1] - 68:4
**roles** [1] - 68:20
**RONQUILLO** [2] - 7:19, 7:24
**ROOM** [2] - 5:19, 10:19
**ROUGE** [1] - 5:13
**roughly** [1] - 91:15
**round** [1] - 95:20
**roux** [1] - 15:19
**Roy** [7] - 13:19, 38:6, 38:7, 42:25, 43:22, 44:9, 45:3
**ROY** [14] - 1:18, 1:18, 13:19, 38:7, 38:24, 39:3, 40:15, 41:2, 41:8, 41:10, 41:12, 41:22, 42:6, 42:18
**Roy's** [2] - 42:22, 44:19
**ROYSTON** [1] - 6:9
**Rule** [1] - 56:2
**RULE** [1] - 12:1
**rule** [1] - 42:24
**ruled** [1] - 60:7
**rules** [1] - 55:17
**Rules** [1] - 44:23
**RULING** [1] - 12:17
**ruling** [8] - 27:5, 31:22, 42:15, 64:20, 67:14, 71:3, 75:12, 78:2
**rulings** [2] - 18:20, 61:1
**RULINGS..................
.............** [1] - 11:5
**running** [1] - 79:18
**RUSNAK** [1] - 2:18
**RYAN** [1] - 6:24

## S

**s/Cathy** [1] - 107:20
**Saban** [1] - 18:17
**safe** [1] - 65:19
**safety** [4] - 65:7, 73:5, 73:20, 74:3
**sake** [1] - 88:20
**SALMONS** [20] - 8:13, 17:24, 57:23, 58:5, 59:4, 62:18, 70:25, 71:10, 71:16, 71:21, 72:5, 72:8, 73:8, 73:11, 73:15, 74:15, 74:23, 75:2, 75:5, 75:15
**Salmons** [1] - 17:24, 57:24, 71:1
**SAN** [3] - 2:16, 2:23,

5:19
**sanctioned** [1] - 14:16
**SARAH** [1] - 5:18
**sat** [1] - 68:9
**satisfy** [2] - 48:14, 49:8
**Savannah** [1] - 19:11
**scan** [1] - 29:7
**schedule** [6] - 31:18, 35:22, 36:2, 37:2, 55:22, 67:5
**scheduled** [3] - 23:20, 93:8
**SCHELL** [1] - 8:4
**scheme** [1] - 46:17
**SCHOOL** [1] - 10:11
**SCIENCE** [1] - 10:12
**Scofield** [1] - 16:23
**SCOFIELD** [2] - 9:4, 16:22
**scope** [4] - 36:25, 42:9, 61:16, 69:1
**SCOTT** [2] - 4:7, 4:14
**Scott** [1] - 13:22
**scratch** [3] - 49:10, 50:8, 50:20
**scratching** [1] - 49:17
**scratching-the-head** [1] - 49:17
**SEACOR** [6] - 9:13, 9:13, 9:14, 9:14, 9:15, 9:15
**seal** [1] - 32:13
**season** [1] - 17:23
**seated** [2] - 13:10, 37:16
**seaworthy** [1] - 106:15
**second** [13] - 29:3, 43:11, 49:9, 50:8, 58:17, 63:25, 89:2, 95:4, 100:25, 102:8, 102:12, 102:14, 102:15
**seconds** [1] - 76:25
**SECREST** [1] - 7:15
**section** [2] - 56:19, 56:22
**Section** [1] - 73:2
**SECTION** [1] - 5:22
**secure** [1] - 89:9
**secured** [1] - 29:2
**securities** [1] - 21:15
**SEE** [1] - 10:15
**see** [13] - 14:22, 20:23, 27:6, 29:21, 30:20, 34:8, 43:19, 44:19, 53:8, 59:5, 84:19, 103:15
**seeing** [1] - 39:4

**seek** [5] - 40:19, 44:1, 101:7, 101:8, 104:22
**seeking** [6] - 41:13, 42:5, 42:15, 52:13, 54:15, 54:18
**seem** [4] - 59:8, 60:13, 66:5, 66:8
**segue** [1] - 45:15
**selection** [1] - 33:13
**self** [1] - 55:10
**self-serving** [1] - 55:10
**sell** [1] - 94:7
**send** [5] - 87:22, 87:23, 94:24, 107:6
**sense** [4] - 68:25, 69:7, 69:11, 78:3
**sent** [10] - 80:8, 81:25, 82:24, 88:8, 91:16, 94:23, 97:8, 97:11, 100:14, 105:6
**separate** [4] - 46:10, 52:4, 53:17, 75:22
**separately** [1] - 76:6
**September** [6] - 21:19, 92:24, 92:25, 93:2, 105:9, 105:10
**sequitur** [1] - 48:24
**serious** [1] - 60:2
**serve** [1] - 52:25
**service** [7] - 79:25, 81:13, 82:8, 84:20, 84:22, 84:25, 85:3, 85:11, 86:6, 97:2, 106:7
**SERVICES** [1] - 7:19
**services** [6] - 79:11, 79:24, 80:18, 81:9, 100:1, 100:9
**serving** [1] - 55:10
**session** [3] - 19:15, 86:19, 91:14
**set** [20] - 20:15, 22:16, 24:1, 30:19, 35:21, 37:25, 57:17, 89:18, 95:21
**setoff** [1] - 52:7
**sets** [2] - 84:22, 86:8
**settle** [2] - 25:16, 25:17
**settled** [2] - 25:15, 25:17
**settlements** [1] - 25:3
**settling** [1] - 25:3
**seven** [4] - 19:22, 27:23, 27:24, 27:25
**seventeen** [1] - 23:16
**Seventh** [1] - 61:7
**several** [14] - 19:9, 20:15, 32:12, 33:23,

34:2, 40:1, 40:8, 40:12, 43:17, 45:9, 46:8, 46:22, 65:18, 85:23

**severally** [2] - 40:11, 65:17

**severed** [1] - 23:17

**shall** [1] - 99:23

**share** [1] - 34:25

**sharing** [1] - 29:10

**Shattuck** [1] - 15:17

**SHATTUCK** [1] - 15:18

**SHAW** [1] - 8:17

**sheen** [1] - 94:11

**sheet** [1] - 92:4

**SHEETS** [1] - 10:15

**shield** [1] - 28:17

**shoehorn** [1] - 61:18

**shore** [1] - 87:15

**short** [1] - 19:7

**show** [1] - 14:9

**showing** [2] - 66:13, 76:18

**shows** [5] - 14:23, 43:19, 72:1, 101:4

**shrimping** [4] - 83:21, 84:5, 94:10, 98:6

**Shushan** [13] - 20:16, 22:25, 24:19, 26:5, 29:20, 29:23, 30:18, 30:23, 31:17, 32:3, 107:1, 107:6

**Shushan's** [1] - 22:20

**side** [2] - 49:19, 96:2

**SIEMENS** [1] - 9:16

**SIERRA** [1] - 4:17

**sign** [3] - 82:14, 90:20, 93:17

**SIGN** [1] - 10:15

**SIGN-IN** [1] - 10:15

**signed** [16] - 25:8, 79:18, 80:7, 80:10, 80:12, 80:16, 81:15, 81:19, 81:25, 82:3, 91:12, 92:4, 95:18, 97:8, 97:24, 101:2

**signing** [2] - 26:9, 79:21

**similarity** [1] - 59:4

**similarly** [1] - 63:4

**simply** [4] - 41:13, 48:7, 59:2, 94:18

**sincerely** [1] - 51:7

**single** [1] - 48:22

**sit** [1] - 14:6

**sitting** [1] - 104:11

**situation** [3] - 30:7, 39:11, 75:10

**six** [3] - 23:17, 80:12,

104:6

**sixteen** [1] - 23:16

**skimming** [1] - 84:15

**slightly** [1] - 27:18

**smaller** [2] - 80:13, 98:8

**smoothly** [1] - 29:9

**so-called** [3] - 28:23, 99:10, 102:4

**soft** [1] - 63:18

**SOILEAU** [1] - 4:3

**solved** [1] - 78:22

**someone** [3] - 74:1, 94:19, 102:11

**somewhere** [4] - 80:13, 92:3, 99:18, 103:1

**soon** [5] - 26:5, 26:10, 36:18, 42:24, 53:21

**sooner** [1] - 34:25

**SOREN** [1] - 1:22

**sorry** [6] - 28:14, 31:23, 32:6, 47:3, 54:23, 69:12

**sort** [11] - 20:7, 30:19, 43:6, 58:24, 65:23, 82:6, 87:11, 87:14, 91:23, 92:4, 92:17

**sought** [2] - 52:7, 103:4

**sounds** [6] - 37:3, 34:9, 86:4, 86:11, 87:12, 100:21

**source** [1] - 44:4

**SOUTH** [3] - 2:8, 4:3, 8:9

**sovereign** [6] - 48:2, 48:5, 49:20, 54:9, 56:6, 56:11

**space** [1] - 84:6

**span** [1] - 101:25

**speaks** [1] - 46:16

**Special** [3] - 20:20, 33:15, 33:19

**SPECIAL** [2] - 10:11, 33:18

**special** [2] - 28:22, 84:8

**specific** [6] - 42:1, 42:4, 57:11, 57:12, 89:15, 89:18

**specifically** [5] - 67:9, 88:14, 89:6, 106:5, 106:6

**spell** [1] - 96:9

**spill** [12] - 13:12, 19:14, 50:11, 58:11, 68:4, 68:5, 83:14, 84:17, 89:10, 101:18, 106:6

**SPILL** [1] - 1:4

**split** [1] - 45:22

**spoken** [2] - 46:3, 63:19

**SPRINGS** [1] - 3:22

**squeezed** [1] - 22:17

**Stack** [1] - 28:15

**STACK** [1] - 11:12

**stack** [4] - 28:23, 29:4, 29:7, 56:17

**stain** [1] - 15:18

**stand** [8] - 26:15, 46:21, 47:17, 51:18, 68:20, 69:3, 69:19, 97:21

**standard** [7] - 40:11, 49:4, 73:5, 73:20, 74:3, 88:15, 95:13

**standing** [5] - 16:3, 38:15, 50:16, 93:3, 97:17

**standpoint** [2] - 42:14, 60:22

**start** [6] - 17:23, 24:18, 48:5, 86:17, 99:2, 99:3

**started** [5] - 22:15, 38:2, 38:19, 94:17, 106:20

**starting** [1] - 53:21

**starts** [3] - 79:25, 80:1, 94:18

**State** [1] - 107:16

**STATE** [4] - 4:22, 5:3, 5:11, 11:7

**state** [8] - 20:3, 20:5, 20:14, 20:18, 20:23, 35:8, 49:23, 50:5

**statement** [2] - 41:2, 73:16

**statements** [1] - 57:4

**STATES** [4] - 1:1, 1:13, 5:21, 11:25

**States** [49] - 14:2, 16:7, 29:14, 37:19, 38:4, 38:10, 38:21, 38:23, 39:1, 39:7, 39:19, 40:20, 40:24, 43:7, 44:5, 44:16, 44:20, 44:25, 48:4, 48:24, 50:17, 52:17, 52:19, 52:22, 53:11, 53:23, 56:1, 56:5, 56:6, 56:8, 56:9, 56:13, 56:14, 56:16, 56:19, 56:20, 56:24, 57:3, 57:7, 57:9, 59:24, 60:16, 61:8, 61:10, 63:15, 63:23, 63:24, 107:16,

107:22

**states** [8] - 14:5, 34:3, 50:3, 56:19, 58:14, 68:24, 101:5

**States'** [4] - 37:22, 52:24, 53:8, 58:25

**states'** [1] - 18:21

**STATES'** [1] - 11:22

**STATES.......** [1] - 12:6

**STATES................... ................... ** [1] - 11:20

**statistics** [1] - 18:10

**status** [5] - 20:3, 33:2, 35:16, 36:11, 107:8

**STATUS** [5] - 1:12, 11:7, 11:14, 11:15, 12:21

**Status** [3] - 18:24, 28:13, 31:11

**STATUS..........** [1] - 11:6

**statute** [5] - 45:20, 46:10, 46:18, 50:15

**STEERING** [1] - 12:4

**Steering** [3] - 46:2, 47:20, 57:1

**STEFANIE** [1] - 7:21

**STENOGRAPHY** [1] - 10:22

**step** [2] - 89:1, 89:5

**Stephanie** [1] - 13:11

**STEPHEN** [1] - 1:22

**steps** [1] - 29:21

**Steve** [6] - 13:17, 16:6, 23:13, 32:8, 63:14, 70:6

**STEVEN** [1] - 5:23

**still** [13] - 19:17, 21:3, 21:6, 21:20, 29:15, 29:17, 32:14, 49:5, 61:11, 75:13, 82:25, 101:8, 105:14

**stipulate** [1] - 77:9

**stipulated** [1] - 78:24

**STONE** [1] - 7:11

**STRADLEY** [1] - 10:7

**straightforward** [1] - 30:11

**strained** [1] - 82:13

**strand** [2] - 21:19, 21:24

**STRANGE** [8] - 4:22, 14:4, 14:8, 14:11, 14:19, 34:10, 34:23, 35:4

**strange** [1] - 50:14

**Strange** [5] - 14:4, 14:6, 33:5, 34:8, 34:10

**STREET** [27] - 1:19, 2:8, 2:12, 2:15, 3:7, 3:25, 4:4, 4:11, 4:15, 5:5, 5:8, 5:12, 6:7, 6:11, 6:14, 7:4, 7:12, 7:16, 7:21, 8:6, 8:14, 8:22, 9:5, 9:9, 9:22, 10:8, 10:19

**stretch** [1] - 49:25

**strict** [4] - 40:12, 46:7, 65:16, 75:7

**strictly** [1] - 75:13

**strike** [4] - 53:18, 61:10, 76:20, 78:14

**strikes** [1] - 82:12

**strong** [1] - 43:16

**strongly** [1] - 60:2

**structure** [3] - 60:3, 60:14, 76:2

**study** [1] - 27:16

**studying** [1] - 37:1

**stuff** [1] - 88:6

**subject** [12] - 42:6, 48:4, 51:4, 52:8, 54:11, 66:21, 66:25, 71:15, 72:6, 85:13, 85:25, 96:17

**subjected** [1] - 75:2

**submission** [1] - 21:17

**submit** [5] - 26:4, 33:21, 39:20, 40:8, 41:22

**submitted** [5] - 25:18, 28:24, 32:13, 76:16, 78:21

**submitting** [2] - 26:8, 26:9

**subsequent** [2] - 60:20, 68:6

**subsequently** [1] - 76:6

**substance** [1] - 62:6

**SUBSTANTIVE** [1] - 11:5

**substantive** [1] - 18:20

**sudden** [2] - 60:9, 76:10

**sue** [1] - 47:18

**sued** [3] - 47:25, 48:3, 52:18

**sues** [1] - 54:9

**sufficiently** [1] - 48:13

**suggested** [1] - 36:1

**suggesting** [2] - 28:2, 69:8

**suggestion** [1] - 55:10

**suggests** [1] - 86:21

**suing** [3] - 47:20,

49:11, 49:12
**suit** [7] - 36:10, 48:5,
52:2, 52:24, 53:8,
54:12, 56:18
**SUITE** [19] - 2:8, 2:23,
3:7, 3:14, 3:25, 4:7,
4:11, 4:19, 6:11,
6:14, 7:16, 7:21,
7:25, 8:6, 8:9, 8:22,
9:5, 9:9, 9:22
**Suits** [1] - 49:21
**SUMICH** [1] - 3:13
**summary** [11] - 26:24,
35:20, 36:16, 64:21,
67:3, 67:6, 77:3,
77:5, 77:7, 81:23,
100:24
**SUMMARY** [1] - 12:18
**Summary** [1] - 78:9
**Summy** [1] - 13:22
**SUMMY** [2] - 4:7,
13:22
**supplementing** [1] -
78:23
**support** [3] - 47:2,
47:4, 88:17
**supporting** [1] - 25:18
**suppose** [1] - 100:11
**supposed** [3] - 77:12,
77:13, 77:15
**supposedly** [1] -
48:23
**Supreme** [3] - 48:14,
50:4, 61:7
**surprise** [2] - 63:25,
77:21
**surveillance** [1] -
65:20
**survey** [1] - 101:2
**suspect** [2] - 32:20,
46:19
**suspension** [1] - 22:1
**SUTHERLAND** [1] -
6:13
**SW** [1] - 3:22

## T

**tag** [1] - 64:16
**tailored** [1] - 76:19
**talks** [1] - 85:12
**Tanner** [1] - 16:24
**TANNER** [2] - 9:3,
16:24
**TARTER** [1] - 9:4
**task** [3] - 22:10, 22:11,
84:24
**TAYLOR** [1] - 3:13
**team** [2] - 47:20, 47:21

**technically** [2] - 33:1,
81:20
**Ted** [1] - 17:6
**tee** [4] - 35:9, 53:17,
55:12, 78:5
**teed** [1] - 36:6
**ten** [1] - 20:10
**tend** [1] - 42:22
**tendency** [1] - 61:18
**tender** [3] - 52:16,
52:17, 52:25
**tendering** [1] - 52:16
**term** [35] - 79:12,
79:25, 80:2, 81:8,
85:12, 86:16, 86:21,
88:4, 88:5, 89:1,
89:6, 89:8, 90:22,
94:15, 94:18, 95:5,
96:13, 96:20, 96:22,
96:24, 97:5, 97:15,
97:23, 98:21, 98:23,
98:24, 99:2, 99:3,
99:9, 99:13, 104:16,
104:17
**terminate** [1] - 89:1
**terminated** [7] - 86:15,
86:18, 86:19, 86:21,
90:17, 103:10,
106:20
**terminates** [1] - 80:2
**terminating** [3] - 88:5,
89:6, 105:21
**termination** [5] - 89:7,
89:8, 91:7, 94:14,
95:21
**terms** [19] - 40:25,
55:14, 58:15, 60:3,
60:14, 63:8, 70:15,
74:5, 80:19, 80:20,
80:22, 80:24, 80:25,
84:22, 85:24, 86:9,
96:18, 101:14,
104:15
**territorial** [1] - 50:3
**TESSIER** [1] - 8:20
**test** [1] - 64:10
**testified** [2] - 69:3,
84:15
**testify** [1] - 104:6
**testifying** [1] - 69:19
**testimony** [5] - 42:2,
45:2, 60:23, 69:1,
69:6
**Testing** [2] - 28:13,
28:15
**testing** [5] - 28:16,
29:15, 29:21, 29:23,
30:11
**TESTING** ...................
....... [1] - 11:12

**TESTING** ..................
....................... [1] -
11:13
**TEXAS** [1] - 10:5
**Texas** [3] - 19:23,
20:14, 20:17
**Thanksgiving** [1] -
28:5
**THAT** [2] - 11:15, 12:7
**THE** [250] - 1:4, 1:5,
1:13, 1:17, 2:3, 3:10,
4:17, 5:3, 5:16, 5:21,
10:15, 11:7, 11:15,
11:16, 11:19, 11:25,
12:1, 12:5, 12:6,
12:10, 12:12, 12:14,
12:15, 12:17, 12:19,
13:7, 13:8, 13:10,
13:12, 13:15, 13:21,
14:6, 14:9, 14:12,
14:14, 14:18, 14:22,
15:12, 15:22, 16:5,
18:7, 19:19, 19:22,
20:2, 20:22, 21:1,
21:3, 21:8, 22:6,
23:2, 23:23, 24:9,
24:12, 25:9, 25:12,
26:3, 26:11, 26:14,
27:12, 27:19, 27:22,
27:24, 28:6, 28:10,
28:18, 29:12, 29:25,
30:3, 30:6, 30:9,
30:14, 30:17, 30:24,
31:2, 31:4, 31:21,
32:5, 32:20, 32:25,
33:15, 34:7, 34:19,
35:2, 35:6, 35:18,
35:23, 36:1, 36:8,
36:19, 36:21, 37:3,
37:5, 37:12, 37:15,
37:16, 38:22, 39:2,
40:14, 40:16, 41:7,
41:9, 41:11, 41:19,
41:25, 42:17, 42:19,
43:6, 44:14, 46:24,
47:1, 47:7, 47:10,
47:12, 51:19, 52:8,
52:15, 52:21, 53:7,
53:14, 53:16, 54:21,
54:24, 55:1, 55:3,
55:24, 58:4, 58:24,
62:16, 63:12, 63:18,
64:13, 64:18, 64:23,
65:8, 65:12, 66:1,
66:7, 66:20, 66:23,
67:8, 67:17, 67:20,
67:25, 68:8, 68:23,
69:22, 70:4, 70:24,
71:3, 71:13, 71:19,
72:2, 72:7, 73:6,

73:10, 73:13, 74:11,
74:20, 75:1, 75:4,
75:10, 76:21, 76:25,
77:2, 77:23, 78:12,
78:18, 79:2, 79:15,
80:7, 81:5, 81:10,
81:15, 81:19, 81:23,
82:12, 82:18, 82:21,
82:24, 83:3, 83:16,
83:19, 83:22, 84:1,
84:8, 84:12, 84:18,
85:18, 85:22, 85:25,
86:10, 86:14, 86:22,
86:25, 87:5, 87:9,
87:12, 87:17, 87:22,
89:11, 90:3, 90:7,
90:9, 90:11, 91:1,
91:11, 91:22, 92:3,
92:10, 92:20, 92:25,
93:5, 93:11, 93:23,
94:1, 94:16, 94:24,
95:23, 96:6, 96:9,
96:11, 96:15, 97:8,
97:12, 97:16, 97:24,
98:9, 98:14, 99:7,
100:4, 100:11,
101:12, 101:17,
102:3, 102:19,
103:14, 103:22,
104:2, 104:6,
104:18, 104:20,
105:3, 105:7, 105:9,
105:11, 105:23,
105:25, 106:22,
107:7
**themselves** [1] - 41:20
**THEODORE** [1] - 9:17
**theoretical** [1] - 75:16
**theoretically** [2] -
52:22, 72:5
**theory** [4] - 48:12,
67:4, 75:20, 103:12
**thereafter** [1] - 34:2
**therefore** [1] - 59:11
**they've** [3] - 25:2,
43:25, 69:3
**thinking** [1] - 104:8
**thinks** [1] - 77:15
**THIRD** [3] - 5:12,
11:22, 12:1
**Third** [2] - 37:23, 56:2
**third** [10] - 29:5, 48:13,
50:22, 53:3, 53:5,
58:10, 59:10, 62:10,
64:1
**THIRD-PARTY** [2] -
11:22, 12:1
**third-party** [5] - 48:13,
50:22, 53:3, 53:5
**Third-Party** [2] -

37:23, 56:2
**thirty** [1] - 76:25
**THIS** [2] - 1:9, 12:17
**THOMAS** [1] - 2:7
**thoughts** [1] - 27:7
**thousand** [1] - 80:12
**thousands** [1] - 30:5
**three** [13] - 19:2,
20:11, 23:18, 39:13,
45:10, 63:20, 82:21,
96:23, 97:1, 99:14,
99:18, 103:2, 106:18
**throughout** [2] -
80:19, 80:20
**tie** [3] - 15:6, 15:18,
17:1
**ties** [1] - 15:5
**tiger** [1] - 14:11
**TIME** [1] - 12:17
**timeline** [1] - 91:12
**timing** [1] - 34:24
**TO** [12] - 1:9, 11:15,
11:18, 11:22, 11:25,
12:4, 12:8, 12:10,
12:11, 12:14, 12:20,
13:4
**today** [11] - 22:2,
30:17, 32:11, 32:17,
33:2, 33:22, 53:19,
57:5, 59:5, 74:24,
98:23
**together** [3] - 29:19,
32:18, 57:17
**tomorrow** [2] - 17:1,
98:24
**took** [1] - 84:10
**top** [3] - 19:7, 34:12,
95:18
**Tort** [1] - 49:20
**TORTS** [1] - 5:17
**total** [1] - 19:4
**totally** [1] - 105:18
**touch** [3] - 62:21,
100:12, 106:3
**touched** [1] - 100:8
**TOWER** [1] - 2:4
**train** [1] - 106:14
**trained** [4] - 97:25,
106:11, 106:17,
106:18
**training** [18] - 81:14,
81:16, 81:25, 82:10,
82:16, 82:19, 86:19,
91:14, 92:13, 94:18,
97:8, 97:11, 97:13,
97:14, 103:9, 106:4,
106:6, 106:8
**transaction** [1] - 54:11
**TRANSCRIPT** [2] -
1:12, 10:22

transcript [1] - 107:17
transcripts [2] - 69:25, 70:2
Transfer [2] - 18:23, 19:20
TRANSFER [1] - 11:6
transfer [6] - 19:2, 19:3, 19:6, 19:9, 19:17, 20:1
transferred [1] - 19:20
Transitional [1] - 95:15
TRANSOCEAN [5] - 6:3, 6:3, 6:5, 9:7, 12:2
Transocean [23] - 17:14, 17:15, 25:4, 25:15, 25:16, 26:23, 27:9, 27:17, 35:21, 37:23, 45:19, 47:23, 48:3, 48:13, 51:6, 51:22, 52:2, 53:23, 53:24, 56:3, 56:10, 56:12, 69:18
Transocean's [3] - 24:24, 35:12, 36:6
TRANSOCEAN.......... ...... [1] - 11:23
transparency [1] - 33:13
transparent [1] - 34:14
traveling [1] - 102:17
trawler [1] - 83:20
triable [1] - 67:10
trial [56] - 16:4, 20:13, 20:15, 20:22, 21:3, 21:6, 23:6, 23:7, 39:16, 43:10, 43:22, 44:22, 44:25, 53:21, 55:14, 55:15, 55:17, 55:22, 57:8, 57:15, 59:20, 59:25, 60:3, 60:4, 60:8, 60:14, 60:18, 61:5, 61:13, 61:15, 62:15, 63:5, 63:24, 64:2, 64:3, 65:21, 66:21, 67:1, 67:12, 68:13, 68:24, 69:5, 69:9, 69:10, 69:14, 71:15, 73:1, 73:14, 76:1, 76:5, 77:12, 77:14, 77:16, 107:1
Trial [1] - 67:9
TRIAL....................... ............. [1] - 12:20
tried [4] - 34:17, 47:22, 71:18, 76:6
trigger [3] - 95:2, 95:3,

105:2
triggers [1] - 81:6
trivia [1] - 18:11
trouble [1] - 52:15
true [13] - 40:4, 40:9, 48:25, 67:13, 73:15, 85:20, 89:21, 97:21, 103:11, 106:1, 106:2, 107:17
truly [1] - 38:19
try [7] - 24:6, 29:20, 35:10, 40:3, 61:18, 65:21, 67:10, 71:2, 93:5, 104:25
trying [12] - 30:6, 33:12, 35:2, 50:9, 53:9, 53:13, 55:8, 67:25, 68:10, 68:11, 75:10, 93:6
Tsekerides [1] - 17:6
TSEKERIDES [2] - 9:17, 17:5
Tull [1] - 61:8
turn [2] - 14:9, 58:3
turned [1] - 74:7
turns [3] - 63:3, 73:18, 75:25
twice [3] - 30:10, 67:23, 68:2
Two [4] - 22:21, 22:23, 69:2, 69:4
TWO [1] - 11:5
two [39] - 18:12, 18:17, 18:20, 20:7, 20:10, 23:19, 26:15, 33:1, 45:13, 48:11, 48:15, 56:1, 58:6, 69:15, 73:2, 75:5, 82:15, 82:17, 82:18, 82:21, 89:4, 91:14, 91:15, 91:17, 95:5, 96:12, 96:19, 96:24, 99:7, 99:14, 99:16, 101:6, 101:11, 101:24, 102:25, 104:7, 106:18
two-month [1] - 101:24
Twombly [3] - 48:12, 48:21, 50:19
TX [10] - 2:19, 2:23, 4:8, 6:11, 6:15, 7:17, 7:22, 7:25, 9:5, 10:9
type [3] - 45:16, 56:7, 56:15
typical [1] - 103:18

## U

U.S [3] - 5:16, 5:22, 9:20
ultimate [1] - 67:17
ultimately [4] - 18:16, 38:9, 39:12, 72:4
unclear [1] - 102:6
under [65] - 21:17, 21:24, 27:2, 32:13, 32:14, 36:15, 37:1, 38:12, 39:5, 39:13, 41:4, 43:13, 45:8, 45:16, 45:20, 46:12, 49:19, 50:10, 52:2, 52:3, 54:3, 58:15, 58:22, 60:1, 60:3, 60:4, 60:10, 60:21, 61:6, 61:13, 62:6, 63:6, 63:7, 65:1, 65:3, 71:25, 72:15, 73:2, 75:12, 75:14, 77:8, 79:9, 79:11, 79:13, 80:5, 80:18, 81:9, 85:24, 86:6, 90:3, 90:5, 90:16, 97:20, 98:20, 100:1, 101:10, 101:16, 103:6, 103:11, 105:14, 106:23
undergo [2] - 81:25, 82:19
UNDERHILL [20] - 5:17, 14:1, 28:16, 29:13, 30:1, 30:4, 30:8, 30:13, 30:16, 30:22, 31:1, 31:3, 44:16, 46:25, 47:6, 47:8, 47:11, 47:13, 55:2, 55:4
Underhill [12] - 14:2, 29:13, 31:2, 44:15, 44:16, 47:2, 51:19, 51:25, 53:17, 54:8, 54:21
understood [4] - 31:1, 57:6, 67:23, 74:10
undertaken [1] - 29:16
underwent [1] - 82:16
UNDERWRITERS [1] - 9:8
underwriters [1] - 24:25
unequivocally [2] - 39:21, 89:7
unidentified [1] - 105:17
Unified [1] - 88:13
unified [1] - 50:10

uniform [2] - 15:10, 15:15
UNITED [7] - 1:1, 1:13, 5:21, 11:20, 11:22, 11:25, 12:6
United [53] - 14:2, 16:7, 29:14, 37:19, 37:22, 38:4, 38:10, 38:21, 38:23, 39:1, 39:7, 39:19, 40:20, 40:24, 43:7, 44:5, 44:16, 44:20, 44:25, 48:4, 48:24, 50:17, 52:17, 52:19, 52:22, 52:24, 53:8, 53:11, 53:23, 56:1, 56:5, 56:6, 56:8, 56:9, 56:13, 56:14, 56:16, 56:19, 56:20, 56:24, 57:3, 57:7, 57:9, 58:25, 59:24, 60:16, 61:8, 61:10, 63:15, 63:23, 63:24, 107:16, 107:22
university [1] - 15:3
UNIVERSITY [1] - 10:11
unless [2] - 51:17, 65:5
untouched [1] - 100:10
unwieldy [1] - 61:23
up [34] - 18:10, 22:9, 22:11, 30:19, 32:3, 32:6, 35:9, 36:6, 37:17, 43:14, 47:17, 51:1, 53:18, 55:12, 63:16, 63:18, 66:13, 71:2, 77:17, 78:6, 80:7, 80:12, 81:2, 84:2, 84:16, 86:8, 87:20, 94:16, 95:21, 97:8, 97:25, 100:16, 103:8, 103:16
upheaval [1] - 15:8
urge [1] - 23:9
urgent [1] - 79:5
uses [1] - 80:19

## V

VA [1] - 2:5
various [3] - 20:5, 20:12, 84:15
verbally [2] - 87:19, 88:21
verdict [1] - 39:17
verification [1] - 92:22
versions [1] - 32:12

versus [3] - 20:24, 35:12, 61:8
Vessel [8] - 20:11, 79:3, 80:24, 81:20, 84:21, 95:15, 104:14
vessel [55] - 63:1, 79:9, 79:10, 79:11, 79:12, 79:13, 79:23, 79:24, 80:1, 80:7, 80:18, 81:3, 81:11, 81:20, 83:4, 83:8, 83:16, 83:17, 83:21, 84:1, 85:25, 86:1, 86:2, 87:23, 88:16, 89:5, 89:9, 89:16, 89:23, 90:24, 91:15, 96:24, 96:25, 97:1, 97:6, 97:11, 97:22, 98:18, 98:21, 98:22, 99:16, 99:24, 99:25, 100:3, 100:12, 100:14, 100:18, 101:3, 103:7, 106:7, 106:10, 106:12, 106:15, 106:19
vessel's [1] - 83:8
Vessels [1] - 23:10
vessels [21] - 83:7, 87:19, 87:20, 92:1, 97:17, 97:20, 98:9, 100:5, 100:7, 100:17, 103:12
VESSELS [1] - 11:10
via [1] - 23:17
VICKERY [1] - 6:9
view [2] - 43:17, 76:7
violated [8] - 43:24, 65:6, 65:15, 65:21, 65:25, 66:3, 75:11, 75:18
violation [5] - 63:8, 73:4, 73:20, 74:2, 75:7
VOICES [1] - 13:9
VoO [7] - 23:16, 24:3, 24:13, 78:8, 80:8, 103:19
VOO [1] - 12:18
vs [1] - 53:23

## W

wait [5] - 14:6, 28:14, 47:3, 67:25
waited [2] - 100:17, 104:7
waiting [4] - 93:7, 94:5, 98:15, 100:16
waive [1] - 77:4

**waived** [4] - 56:11, 73:10, 73:11, 73:14
**waiver** [1] - 49:19
**waives** [2] - 54:9, 74:22
**waiving** [1] - 73:6
**WALKER** [2] - 2:3, 9:21
**WALTHER** [1] - 7:11
**WALTZER** [1] - 4:18
**wants** [6] - 45:6, 46:9, 46:19, 60:23, 70:5, 89:20
**WARE** [1] - 10:3
**WARREN** [1] - 8:13
**Washington** [1] - 34:12
**WASHINGTON** [4] - 5:24, 7:4, 7:8, 8:15
**wasted** [1] - 61:25
**watching** [1] - 18:8
**Water** [22] - 50:15, 56:17, 60:1, 60:4, 60:10, 60:18, 60:21, 61:4, 61:6, 61:14, 62:6, 63:7, 63:22, 64:7, 66:11, 66:21, 71:14, 71:25, 72:15, 75:14, 76:11, 77:8
**water** [4] - 80:23, 81:1, 95:6, 95:12
**waters** [3] - 50:4, 100:9, 106:12
**WATERSIDE** [1] - 2:4
**WATTS** [3] - 2:21, 2:22, 15:24
**Watts** [1] - 15:24
**wear** [3] - 15:5, 15:10
**wearing** [1] - 15:14
**WEATHERFORD** [1] - 9:20
**Weatherford** [1] - 16:19
**week** [7] - 22:15, 28:6, 29:19, 33:23, 36:3, 82:14
**weekend** [1] - 32:17
**weeks** [7] - 30:12, 33:23, 34:2, 35:14, 82:15, 91:15, 104:6
**weigh** [3] - 34:21, 44:14, 70:5
**weighed** [1] - 38:10
**WEIL** [1] - 9:17
**WEINER** [1] - 8:5
**WEITZ** [1] - 3:3
**welding** [1] - 85:4
**welfare** [1] - 90:23
**WELL** [1] - 12:12
**WELL.......................**

**.................** [1] - 12:13
**WESTBANK** [1] - 4:19
**Westlaw** [1] - 46:4
**whatnot** [1] - 40:7
**whereby** [1] - 25:14
**WHEREUPON** [2] - 37:13, 107:10
**WHICH** [2] - 12:2, 12:15
**WHITELEY** [1] - 5:3
**whole** [3] - 83:6, 85:7, 97:16
**wholly** [1] - 53:4
**willful** [5] - 66:13, 73:4, 73:20, 74:2, 74:9
**WILLIAM** [1] - 10:7
**WILLIAMS** [1] - 6:9
**WILLIAMSON** [2] - 2:18, 2:18
**willing** [4] - 39:4, 98:21, 98:23, 99:2
**win** [1] - 15:11
**wind** [1] - 29:2
**WINTHROP** [1] - 8:17
**wish** [1] - 40:21
**wishes** [1] - 46:20
**withdraw** [1] - 42:14
**witness** [4] - 45:1, 69:2, 69:13
**witnesses** [5] - 68:15, 68:19, 69:1, 69:17, 69:18
**WITTMANN** [3] - 7:11, 7:11, 18:1
**Wittmann** [1] - 18:1
**WIYGUL** [1] - 4:18
**wondering** [1] - 101:19
**wording** [1] - 76:15
**words** [5] - 21:22, 46:6, 50:18, 72:18, 91:7
**workmanlike** [1] - 74:18
**works** [1] - 46:11
**world** [3] - 89:17, 91:10, 101:17
**WORLDWIDE** [1] - 9:14
**worry** [1] - 45:12
**wrap** [1] - 71:2
**WRIGHT** [1] - 1:18
**writing** [3] - 87:1, 87:2, 102:24
**written** [3] - 56:4, 87:22, 103:9
**WRITTEN** [1] - 11:9
**Written** [1] - 22:8

**wrote** [1] - 81:2

## Y

**year** [2] - 30:24, 34:6
**years** [5] - 18:14, 18:15, 46:7, 85:1, 85:2
**yesterday** [2] - 23:5, 33:20
**YOAKUM** [1] - 2:19
**York** [1] - 17:20
**YORK** [5] - 3:4, 7:24, 8:19, 9:18, 17:20
**Young** [1] - 20:24
**yourself** [1] - 93:16

## Z

**zero** [2] - 58:20, 59:6
**zone** [2] - 14:24

## "

**"MIKE"** [1] - 7:7

## §

**§** [1] - 56:16