1                    UNITED STATES DISTRICT COURT

2                    EASTERN DISTRICT OF LOUISIANA

3
     *******************************************************************
4
     IN RE:  OIL SPILL BY THE
5    OIL RIG *DEEPWATER HORIZON*
     IN THE GULF OF MEXICO ON
6    APRIL 20, 2010

7                              CIVIL ACTION NO. 10-MD-2179 "J"
                               NEW ORLEANS, LOUISIANA
8                              FRIDAY, NOVEMBER 18, 2011, 11:45 A.M.

9
     THIS DOCUMENT RELATES TO
10   ALL CASES

11   *******************************************************************

12
            TRANSCRIPT OF DISCOVERY STATUS CONFERENCE PROCEEDINGS
13              HEARD BEFORE THE HONORABLE SALLY SHUSHAN
                     UNITED STATES MAGISTRATE JUDGE
14

15
     APPEARANCES:
16

17
     FOR THE PLAINTIFFS'
18   LIAISON COUNSEL:           DOMENGEAUX WRIGHT ROY & EDWARDS
                                BY:  JAMES P. ROY, ESQUIRE
19                              P. O. BOX 3668
                                556 JEFFERSON STREET
20                              LAFAYETTE, LA  70502

21
                                HERMAN HERMAN KATZ & COTLAR
22                              BY:  STEPHEN J. HERMAN, ESQUIRE
                                     SOREN GISLESON, ESQUIRE
23                              820 O'KEEFE AVENUE
                                NEW ORLEANS, LA  70113
24

25

```
 1   APPEARANCES CONTINUED:

 2

 3   FOR THE PLAINTIFFS:      BREIT DRESCHER IMPREVENTO & WALKER
                              BY:  JEFFREY A. BREIT, ESQUIRE
 4                           1000 DOMINION TOWER
                              999 WATERSIDE DRIVE
 5                           NORFOLK, VA  23510

 6

 7                           LEVIN PAPANTONIO THOMAS MITCHELL
                              RAFFERTY & PROCTOR
 8                           BY:  BRIAN H. BARR, ESQUIRE
                              316 SOUTH BAYLEN STREET, SUITE 600
 9                           PENSACOLA, FL  32502

10

11                           WILLIAMSON & RUSNAK
                              BY:  JIMMY WILLIAMSON, ESQUIRE
12                           4310 YOAKUM BOULEVARD
                              HOUSTON, TX  77006
13

14

15                           IRPINO LAW FIRM
                              BY:  ANTHONY IRPINO, ESQUIRE
                              ONE CANAL PLACE
16                           365 CANAL STREET, SUITE 2990
                              NEW ORLEANS, LA  70130
17

18
     FOR STATE INTERESTS:    ALABAMA ATTORNEY GENERAL'S OFFICE
19                           BY:  COREY L. MAZE, ESQUIRE
                                   WINFIELD J. SINCLAIR, ESQUIRE
20                           500 DEXTER AVENUE
                              MONTGOMERY, AL  36130
21

22
     FOR THE STATE OF
23   LOUISIANA:              KANNER & WHITELEY
                              BY:  ALLAN KANNER, ESQUIRE
24                                ELIZABETH B. PETERSEN, ESQUIRE
                              701 CAMP STREET
25                           NEW ORLEANS, LA  70130
```

```
 1   APPEARANCES CONTINUED:

 2

 3                              HENRY DART, ATTORNEYS AT LAW
                               BY:  HENRY DART, ESQUIRE
 4                             510 NORTH JEFFERSON STREET
                               COVINGTON, LA  70433
 5

 6
                               STATE OF LOUISIANA
 7                             GOVERNOR BOBBY JINDAL
                               BY:  ELIZABETH BAKER MURRILL, ESQUIRE
 8                             600 NORTH THIRD STREET
                               BATON ROUGE, LA  70802
 9

10
                               USRY WEEKS & MATTHEWS
11                             BY:  T. ALLEN USRY, ESQUIRE
                               1615 POYDRAS STREET, SUITE 1250
12                             NEW ORLEANS, LA  70112

13

14   FOR THE FEDERAL
     GOVERNMENT INTERESTS:     U.S. DEPARTMENT OF JUSTICE
15                             TORTS BRANCH, CIVIL DIVISION
                               BY:  R. MICHAEL UNDERHILL, ESQUIRE
16                                  SARAH D. HIMMELHOCH, ESQUIRE
                               450 GOLDEN GATE AVENUE
17                             7TH FLOOR, ROOM 5395
                               SAN FRANCISCO, CA  94102
18

19
     FOR THE UNITED STATES
20   OF AMERICA:               ENVIRONMENTAL ENFORCEMENT SECTION
                               U.S. DEPARTMENT OF JUSTICE
21                             BY:  STEVEN O'ROURKE, ESQUIRE
                                    NANCY FLICKINGER, ESQUIRE
22                             P.O. BOX 7611
                               WASHINGTON, DC  20044
23

24

25
```

```
 1   APPEARANCES CONTINUED:

 2

 3   FOR BP AMERICA INC.,
     BP AMERICA PRODUCTION
 4   COMPANY, BP COMPANY
     NORTH AMERICA INC.,
 5   BP CORPORATION NORTH
     AMERICA INC.,
 6   BP EXPLORATION &
     PRODUCTION INC.,
 7   BP HOLDINGS NORTH
     AMERICA LIMITED,
 8   BP PRODUCTS NORTH
     AMERICA INC.:            KIRKLAND & ELLIS
 9                            BY:  J. ANDREW LANGAN, ESQUIRE
                                   MARK J. NOMELLINI, ESQUIRE
10                                 BRIAN A. KAVANAUGH, ESQUIRE
                                   RYAN S. BABIUCH, ESQUIRE
11                            300 N. LASALLE
                              CHICAGO, IL   60654
12

13
                              KIRKLAND & ELLIS
14                            BY:  ROBERT R. GASAWAY, ESQUIRE
                              655 FIFTEENTH STREET, N.W.
15                            WASHINGTON, DC   20005

16

17   FOR TRANSOCEAN HOLDINGS
     LLC, TRANSOCEAN
18   OFFSHORE DEEPWATER
     DRILLING INC., AND
19   TRANSOCEAN DEEPWATER
     INC.:                    FRILOT
20                            BY:  KERRY J. MILLER, ESQUIRE
                              ENERGY CENTRE, 36TH FLOOR
21                            1100 POYDRAS STREET
                              NEW ORLEANS, LA   70163
22

23
                              SUTHERLAND ASBILL & BRENNAN
24                            BY:  RACHEL G. CLINGMAN, ESQUIRE
                              1001 FANNIN STREET, SUITE 3700
25                            HOUSTON, TX   77002
```

```
 1   APPEARANCES CONTINUED:

 2

 3   FOR CAMERON INTERNATIONAL
     CORPORATION:               STONE PIGMAN WALTHER WITTMANN
 4                              BY:  PHILLIP A. WITTMANN, ESQUIRE
                                     CARMELITE M. BERTAUT, ESQUIRE
 5                              546 CARONDELET STREET
                                NEW ORLEANS, LA 70130
 6

 7
                                BECK REDDEN & SECREST
 8                              BY:  DAVID J. BECK, ESQUIRE
                                ONE HOUSTON CENTER
 9                              1221 MCKINNEY STREET, SUITE 4500
                                HOUSTON, TX  77010
10

11
     FOR HALLIBURTON
12   ENERGY SERVICES, INC.:  GODWIN RONQUILLO
                             BY:  DONALD E. GODWIN, ESQUIRE
13                                JENNY L. MARTINEZ, ESQUIRE
                                  STEFANIE K. MAJOR, ESQUIRE
14                           1201 ELM STREET, SUITE 1700
                             DALLAS, TX  75270
15

16
                                GODWIN RONQUILLO
17                              BY:  R. ALAN YORK, ESQUIRE
                                1331 LAMAR, SUITE 1665
18                              HOUSTON, TX  77010

19

20   FOR ANADARKO
     PETROLEUM CORPORATION,
21   ANADARKO E&P COMPANY
     LP:                        KUCHLER POLK SCHELL
22                              WEINER & RICHESON
                                BY:  DEBORAH D. KUCHLER, ESQUIRE
23                              1615 POYDRAS STREET, SUITE 1300
                                NEW ORLEANS, LA  70112
24

25
```

```
 1  APPEARANCES CONTINUED:

 2

 3                              BINGHAM MCCUTCHEN
                               BY:  JAMES J. DRAGNA, ESQUIRE
 4                              355 SOUTH GRAND AVENUE, SUITE 4400
                               LOS ANGELES, CA  90071
 5

 6                              BINGHAM MCCUTCHEN
 7                              BY:  KY E. KIRBY, ESQUIRE
                                    WARREN A. FITCH, ESQUIRE
 8                              2020 K STREET, NW
                               WASHINGTON, DC  20006
 9

10
    FOR MOEX OFFSHORE
11  2007 LLC:                  CARVER DARDEN KORETZKY TESSIER
                               FINN BLOSSMAN & AREAUX
12                             BY:  PHILLIP D. NIZIALEK, ESQUIRE
                               1100 POYDRAS STREET, SUITE 3100
13                             NEW ORLEANS, LA  70163

14

15  FOR M-I L.L.C.:            MORGAN, LEWIS & BOCKIUS
                               BY:  DENISE SCOFIELD, ESQUIRE
16                                  JAMES B. TARTER, ESQUIRE
                               1000 LOUISIANA STREET, SUITE 4000
17                             HOUSTON, TX  77002

18

19  FOR WEATHERFORD U.S.,
    L.P.:                      JONES WALKER
20                             BY:  GLENN G. GOODIER, ESQUIRE
                               600 JEFFERSON STREET, SUITE 1600
21                             LAFAYETTE, LA 70501

22

23  FOR DRIL-QUIP,
    INC.:                      WARE, JACKSON, LEE & CHAMBERS
24                             BY:  DON JACKSON, ESQUIRE
                                    C. DENNIS BARROW, JR., ESQUIRE
25                             2929 ALLEN PARKWAY, 42ND FLOOR
                               HOUSTON, TEXAS 77019
```

```
 1  APPEARANCES CONTINUED:

 2

 3  FOR O'BRIEN'S RESPONSE
    MANAGEMENT, INC.,
 4  SEACOR HOLDINGS, INC.,
    SEACOR OFFSHORE LLC,
 5  SEACOR MARINE, LLC,
    SEACOR WORLDWIDE, INC.,
 6  SEACOR MARINE, INC.,
    SEACOR MARINE
 7  INTERNATIONAL, INC.,
    AND SIEMENS FINANCIAL,
 8  INC.:                    WEIL GOTSHAL & MANGES
                             BY:  THEODORE E. TSEKERIDES, ESQUIRE
 9                           767 FIFTH AVENUE
                             NEW YORK, NY  10153
10

11
    FOR AIRBORNE SUPPORT
12  INTERNATIONAL, INC.:     LABORDE & NEUNER
                             BY:  BEN L. MAYEAUX, ESQUIRE
13                                FRANCIS X. NEUNER, JR., ESQUIRE
                                  JED M. MESTAYER, ESQUIRE
14                           ONE PETROLEUM CENTER
                             1001 W. PINHOOK RD., SUITE 200
15                           LAFAYETTE, LA 70505

16

17  FOR MDL 2185:            MITHOFF LAW FIRM
                             BY:  WILLIAM STRADLEY, ESQUIRE
18                           3450 ONE ALLEN CENTER
                             500 DALLAS STREET
19                           HOUSTON, TX  77002

20
    OFFICIAL COURT REPORTER:    CATHY PEPPER, CRR, RMR, CCR
21                              CERTIFIED REALTIME REPORTER
                                500 POYDRAS STREET, ROOM HB406
22                              NEW ORLEANS, LA  70130
                                (504) 589-7779
23                              Cathy_Pepper@laed.uscourts.gov

24
    PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.   TRANSCRIPT
25  PRODUCED BY COMPUTER.
```

1                              **I N D E X**

2

3    <u>AGENDA ITEMS</u>                                          <u>PAGE</u>

4

5    CEDING TIME IN THE EXPERT DEPOSITIONS.................   13

6    BOP AND CAPPING STACK................................   16

7    REPORT..............................................   16

8    REVISED PROTOCOL....................................   16

9    PROCEDURE THAT WE WANTED TO FOLLOW FOR                 16

10   CAPTAIN ENGLEBERT'S REPORTS, EVENT LOG AND BILLS.......

11   CEMENT TESTING......................................   19

12   WELL ADVISOR PROGRAM................................   22

13   NOVEMBER 30TH DEADLINE..............................   22

14   PRIVILEGE LOG.......................................   22

15   PROVISION IN PRETRIAL ORDER 14, PARAGRAPH 2..........   23

16   ALABAMA.............................................   26

17   PHASE TWO DISCOVERY.................................   26

18   MOTION TO COMPEL WITH RESPECT TO THE UNITED STATES.....   28

19   BP, LIKE ALABAMA, OWES PHASE TWO DISCOVERY ON          30

20   NOVEMBER 30TH.......................................

21   LOUISIANA UPDATE....................................   30

22   PHASE ONE DEPOSITION DESIGNATIONS...................   35

23   NOVEMBER 25TH DEADLINE FOR THE PSC TO DESIGNATE ANY    36

24   ADDITIONS TO THE PRIORITIZED LIST...................

25   DECEMBER 2ND, THE OTHER PARTIES GET TO ADD TO THAT ....   36

1 | LIST.............................................
2 | PROPOSAL......................................... 39
3 | LET THE DEPOSITIONS PROCEED AND ADD TO THE GOOD FAITH 39
4 | EXHIBIT LIST CUMULATIVELY AS YOU GO...................
5 | MOTIONS IN LIMINE...................................... 40
6 | TEMPORARY ABANDONMENT AND BOP REGULATORY 30(B)(6)...... 41
7 | FILINGS TODAY......................................... 42
8 | 702 ISSUE............................................. 42
9 | BLY REPORT............................................ 42
10 | BLY INTERVIEW NOTES AND WHAT WE CALL MISCELLANEOUS 42
11 | BUSINESS RECORDS.......................................
12 | ISSUES RELATING TO BLY, INCLUDING INTERVIEW NOTES...... 44
13 | FILE A RESPONSE BY THE 28TH........................... 44
14 | DEADLINE.............................................. 44
15 | TO RESPOND TO THE NONGOVERNMENTAL REPORTS MOTION....... 44
16 | THE 28TH WILL BE THE DEADLINE......................... 44
17 | FIFTH AMENDMENT ISSUE................................. 44
18 | MDL 2185 SECURITIES LITIGATION........................ 45
19 | REQUEST FOR EXPERT DEPOSITION TIME ALLOCATIONS......... 47
20 | CORONADO ISSUE........................................ 47
21 | GRAHAM PINKY VINSON................................... 53
22 | DAN FARR.............................................. 53
23 | HALLIBURTON MOTION TO DISQUALIFY...................... 53
24 | BILL AMBROSE.......................................... 58
25 | WHETHER OR NOT THE PARTIES HAVE IDENTIFIED OTHER ...... 58

1  INDIVIDUALS WHO ARE OFFICERS OF THE CORPORATIONS THAT
2  THEY THINK, IN ADDITION TO THOSE THAT HAVE BEEN
3  IDENTIFIED AS BEING BROUGHT LIVE, SHOULD BE BROUGHT
4  LIVE................................................
5  WHERE DOES THE MEET AND CONFER PROCESS ON ANY OTHER      59
6  DISAGREEMENT STAND, AND SHOULD WE SET A DATE BY WHICH
7  YOU ALL BRING ANY DISAGREEMENTS TO MY ATTENTION........
8  SHOULD WE SET A DATE BY WHICH YOU ALL BRING ANY         59
9  DISAGREEMENTS TO MY ATTENTION.........................
10 IF WE DON'T HEAR FROM ANY PARTY THAT THERE IS AN ISSUE   60
11 BY FRIDAY, DECEMBER 2ND, THEN EVERYBODY IS SATISFIED;
12 WHOEVER HAS BEEN IDENTIFIED AS COMING LIVE, THAT'S IT,
13 WE'LL MOVE ON FROM THERE..............................
14 MEET AND CONFER PROCESS WITH REGARD TO COMBINING THE     60
15 STIPULATIONS AND GETTING ONE LIST OF STIPULATIONS
16 GOING.................................................
17 REAL HARD LOOK FOR OUR NEXT STATUS CONFERENCE, WHICH     60
18 IS ON DECEMBER 2ND....................................
19 TECHNICAL ISSUE STIPULATION...........................   60
20 B3 STIPULATIONS.......................................   61
21 DISCUSSIONS BETWEEN THE UNITED STATES AND THE           61
22 RESPONDER DEFENDANTS..................................
23 NALCO STIPULATIONS....................................   62
24 B3 DISCOVERY..........................................   63
25 COREXIT DISCOVERY.....................................   63

1    ORGANIZATIONAL CHART FOR BP............................  63

2    PHASE TWO 30(B)(6) DEPOSITION NOTICES..................  65

3    ADD-ENERGY.............................................  65

4    30(B)(6)...............................................  74

5    FROM THE PSC PERSPECTIVE, OF THE 23 NOTICES THAT HAVE    74

6    GONE OUT, 12 OF THEM HAVE BEEN RESOLVED; WE'RE STILL

7    WORKING ON 11 OF THEM FROM THE PSC PERSPECTIVE.........

8    PROPOSED 30(B)(6) NOTICE FOR THE UNITED STATES.........  76

9    GUIDANCE FROM US ON HOW THE PROCESS OF PHASE TWO        78

10   STIPULATIONS WILL FIT INTO THE OVERALL SCHEDULE........

11   AUTHENTICITY OBJECTIONS................................  80

12   INTERPLEADER AGREEMENT.................................  81

13   CONFIDENTIALITY ORDER..................................  81

14   DEPOSITION DESIGNATIONS AND WHETHER OR NOT WE WANT TO    82

15   PROHIBIT THE PSC FROM DESIGNATING PHASE TWO WHEN THEY

16   DESIGNATE THEIR PHASE ONE DESIGNATIONS NOW.............

17   JUDGE BARBIER RULED LAST MONDAY OR TUESDAY ON THE       95

18   STATE OF LOUISIANA, STATE OF ALABAMA COMPLAINTS,

19   ISSUED A RULING.......................................

20   DEFENDANTS CAN HAVE UNTIL DECEMBER 14TH TO ANSWER......  95

21   CUMULATIVE CHARGE RELATIVE TO DOCUMENTS AND RELATIVE     96

22   TO DEPOSITION TESTIMONY...............................

23   MOTIONS IN LIMINE WITH RESPECT TO THE NONGOVERNMENTAL    97

24   REPORTS...............................................

25   DECEMBER THE 5TH......................................  97

1  MARK HAY.............................................    98

**P-R-O-C-E-E-D-I-N-G-S**

FRIDAY, NOVEMBER 18, 2011

A F T E R N O O N   S E S S I O N

(COURT CALLED TO ORDER)

11:48AM         THE DEPUTY CLERK:  All rise.

11:52AM         THE COURT:  All right, guys.  Let's get rolling.  We'll
11:52AM  try to get through it as quickly as we can, because I know it's
11:52AM  been a long day already.

11:52AM         We did have an issue that came up this morning
11:52AM  during one of the expert depositions about ceding time in the
11:52AM  expert depositions, and whether or not we want to continue our
11:52AM  usual practice.

11:52AM         My response to Kim Fontana, who e-mailed me, was,
11:52AM  yes, let's continue the usual practice unless we agree to the
11:52AM  contrary.  So I would like you all to think about that; and, if
11:52AM  you all think that's something we should revisit, let's do that.

11:52AM         Andy.

11:52AM         MR. LANGAN:  Your Honor, and by usual practice, you mean
11:53AM  allowing the practice of ceding time?

11:53AM         THE COURT:  Correct.

11:53AM         MR. LANGAN:  I guess, if I could just be heard briefly
11:53AM  on this, I think that if we stick to the time allocations of
11:53AM  either use it or lose it and no ceding, I think there are

11:53AM 1   substantial upsides to that, to changing our practice.

11:53AM 2          The reason I say that is, I think I told

11:53AM 3   Judge Barbier this morning, there are, like, 135 days of

11:53AM 4   deposition in 35 calendar days.  If we go to a regime of use it

11:53AM 5   or lose it, the depositions will be shorter, and I think that is

11:53AM 6   a good thing.

11:53AM 7          If we allowed ceding of time, frankly, the people

11:53AM 8   are going to gang up on my client, I'll be perfectly honest about

11:53AM 9   that, and we don't want that.  But, more importantly, I think it

11:53AM 10  will be a more efficient practice.

11:53AM 11         So I would be an advocate for let's not cede any

11:53AM 12  time, let's get it over and done with, and that's the way it is.

11:53AM 13  We all carefully asked for the time we wanted, you carefully

11:53AM 14  considered, you made rulings, we should just stick with that.

11:53AM 15         THE COURT:  Yes, we carefully considered, that's for

11:53AM 16  sure.

11:54AM 17         Jimmy.

11:54AM 18     MR. WILLIAMSON:  Yes, Your Honor, for the PSC.

11:54AM 19         We'll live with whatever rule the Court wants to

11:54AM 20  impose.  As the Court knows, we have zero minutes in most, if not

11:54AM 21  all, of them.

11:54AM 22         But I want to make sure the Court knows, during

11:54AM 23  Professor Bob Bea, PSC process safety expert, BP requested and

11:54AM 24  obtained ceded time from more than one party.  So BP's comment

11:54AM 25  has to be taken with the proverbial grain of salt.

11:54AM 1      THE COURT:  We won't look at it retrospectively.

11:54AM 2      MR. LANGAN:  We're happy prospectively to live with the

11:54AM 3  time allotted.  Mr. Williamson is correct --

11:54AM 4      THE COURT:  Right.  I understand.

11:54AM 5      MR. LANGAN:  -- but, going forward, let's stop the

11:54AM 6  practice, and we'll obviously live by that, too.

11:54AM 7      THE COURT:  If anybody else wants to chime in on the

11:54AM 8  issue, why don't you send me an e-mail, and we will decide

11:54AM 9  something by Monday on ceding time or not.

11:54AM 10      MR. MILLER:  Do you want an e-mail, or do you want --

11:54AM 11      Your Honor, we're opposed to changing the way it

11:55AM 12  was done.

11:55AM 13      THE COURT:  Well, you know, an e-mail letter.  In other

11:55AM 14  words, like we usually do.

11:55AM 15      MR. MILLER:  We're happy to do it here on the record.

11:55AM 16  We think the practice ought to continue the way it was done, per

11:55AM 17  your e-mail with Kim and your initial comments.

11:55AM 18      It worked, and things are in flux, and I think

11:55AM 19  that's the way to go.

11:55AM 20      It dovetails somewhat into Mr. Beck's comments

11:55AM 21  about the amount of time that BP has sought and gotten in many

11:55AM 22  cases.  When the other parties see the way that these depositions

11:55AM 23  develop, they ought to be allowed to trade time and to figure out

11:55AM 24  what's the best way to proceed with these expert depositions.

11:55AM 25      THE COURT:  Thank you, Kerry.

11:55AM 1          Anybody else want to chime in?  If you want to

11:55AM 2   weigh in, send me something, and we'll get something out on

11:55AM 3   Monday.

11:55AM 4          Tomorrow is a no e-mail day, so we won't get

11:55AM 5   something out before you all, on Monday, have an opportunity to

11:55AM 6   get it to me.

11:55AM 7          BOP and capping stack.

11:55AM 8          Good morning, Rob.  How are you?

11:55AM 9      MR. GASAWAY:  Very good, Your Honor.

11:55AM 10     THE COURT:  You gave a report that I listened to in the

11:56AM 11  larger status conference, so I'm happy with that.  I guess I have

11:56AM 12  a couple of quick questions.

11:56AM 13         The revised protocol we're still looking for, and

11:56AM 14  there is no hurry to it.

11:56AM 15     MR. GASAWAY:  No, we do owe you that, Your Honor.

11:56AM 16     THE COURT:  You did?

11:56AM 17     MR. GASAWAY:  No, we do owe you that.

11:56AM 18     THE COURT:  Okay.

11:56AM 19     MR. GASAWAY:  That is on our list.

11:56AM 20     THE COURT:  Good.

11:56AM 21         Then, we wanted to talk about the procedure that we

11:56AM 22  wanted to follow for Captain Englebert's reports, event log and

11:56AM 23  bills.

11:56AM 24     MR. GASAWAY:  Correct.

11:56AM 25     THE COURT:  Any idea?

11:56AM 1      MR. GASAWAY:  Well, I was going to ask you the same

11:56AM 2  thing, Your Honor.  You've obviously -- I take it, you've seen

11:56AM 3  her first bill?

11:56AM 4      THE COURT:  I have seen her first bill.

11:56AM 5      MR. GASAWAY:  Then, also, have you seen the November 7th

11:56AM 6  report, as well?

11:56AM 7      THE COURT:  Yes.

11:56AM 8      MR. GASAWAY:  Which I think is very helpful.  I would

11:56AM 9  just suggest that she do that, you know, a similar report the

11:56AM 10 first week of every month, so, like, December 7th, January 7th.

11:57AM 11 I think that that shows everybody what's going on.

11:57AM 12          I think the other good thing about what she does is

11:57AM 13 she actually talks about not only the evidence that's been

11:57AM 14 visited, but a little bit about the activities.

11:57AM 15          So, for instance, you can tell if there is a scan.

11:57AM 16 Many of my colleagues here in this room, when they see that we're

11:57AM 17 scanning something, they'll send an e-mail asking for something.

11:57AM 18          So I would definitely say that we should continue

11:57AM 19 the practice, at least for now, while the activity levels are

11:57AM 20 high, of a report first week of every month, around the 7th.

11:57AM 21      THE COURT:  Good.

11:57AM 22          I thought her activity report was excellent.  The

11:57AM 23 question being does it get filed in the record, or is that

11:57AM 24 confidential?  And, two, relative to her billing statement, how

11:57AM 25 do we want to propose paying her within her 30-day timeline?

11:58AM 1      MR. GASAWAY:  On the first, I don't see that as a record

11:58AM 2  document because I do think that that's her report to the Court,

11:58AM 3  as her supervisor.

11:58AM 4      We can imagine, given the sensitivity of some of

11:58AM 5  the activities that are ongoing, that, if it were to be filed in

11:58AM 6  the record, you might engender discussion in forums like this

11:58AM 7  about, well, wait a minute, you know, that really wasn't the

11:58AM 8  activity, let's describe it as this activity.

11:58AM 9      I think, right now, that it's a useful

11:58AM 10 communication device for the Court and the parties, and the fact

11:58AM 11 that it's sort of her reporting to you and letting us listen in

11:58AM 12 on it is a good way to share the information without candidly

11:58AM 13 having disputes about it.

11:58AM 14     THE COURT:  That's fine.  I will just share it every

11:58AM 15 month with liaison and coordinating counsel.  I will tell her

11:58AM 16 that you all are happy with the report, and, if you would, just

11:59AM 17 continue on a monthly basis.

11:59AM 18     So, now, let's move on to the invoice.

11:59AM 19     MR. GASAWAY:  Now, on the invoice, I know there have

11:59AM 20 been larger discussions within the parties about allocation of

11:59AM 21 costs and so forth.  I'm not ready to sort of make a proposal

11:59AM 22 here.  Could we come back to you with a proposal?

11:59AM 23     THE COURT:  Certainly.

11:59AM 24     MR. GASAWAY:  Two weeks is your next status conference.

11:59AM 25     THE COURT:  Sure.  No problem.

11:59AM 1        This particular bill had services that were

11:59AM 2  rendered at the request of individual parties, so you may want to

11:59AM 3  skin this cat that way.

11:59AM 4        MR. GASAWAY:  Right.

11:59AM 5        THE COURT:  But, whatever you want to propose, Rob, I

11:59AM 6  will be happy to consider.

11:59AM 7        MR. GASAWAY:  Thank you.

11:59AM 8        It has not gone unnoticed by BP, that when BP was

11:59AM 9  the one who stepped forward and said, look, let's preserve some

11:59AM 10 evidence, let's keep it around, who knows, you might want to look

11:59AM 11 at it, that many other parties, now that it's out there, have

11:59AM 12 taken advantage of the opportunity that's really there because of

11:59AM 13 BP.

12:00PM 14       THE COURT:  Mr. Underhill might agree with that.

12:00PM 15       MR. GASAWAY:  He might.

12:00PM 16       MR. UNDERHILL:  I'm an agreeable guy.

12:00PM 17       THE COURT:  So I think that takes care of that.

12:00PM 18       Mr. Underhill, you're up next on cement testing.

12:00PM 19       MR. GASAWAY:  Can I mention --

12:00PM 20       THE COURT:  Oh, I'm sorry.  Go ahead, Rob.

12:00PM 21       MR. GASAWAY:  Well, no, go ahead.

12:00PM 22       THE COURT:  No, no.  If you have something else, let's

12:00PM 23 take it up.

12:00PM 24       MR. GASAWAY:  No, this is better -- I'll hold this for

12:00PM 25 later on.  Let's go on to cement testing.

12:00PM 1          MR. UNDERHILL:  If you're going to talk about cement,

12:00PM 2    I'd rather he keep up here.

12:00PM 3          THE COURT:  No, Mike, I just want to talk to you about

12:00PM 4    how the fact that the cement testing is not finished impacts what

12:00PM 5    we're doing from an expert point of view.  I want to get a handle

12:00PM 6    on that.

12:00PM 7          MR. UNDERHILL:  The thought has occurred to me.

12:00PM 8          THE COURT:  Has it?

12:00PM 9          MR. UNDERHILL:  It's occurred to me.  I thought it was

12:00PM 10   occurring to Judge Barbier, too.

12:00PM 11         I honestly don't know the answer, Your Honor.

12:00PM 12   There is a part of me that's tempted to say that this is a nifty

12:00PM 13   science experiment that doesn't have much to do with the case,

12:01PM 14   but I'm not enough of a scientist to say that with a degree of

12:01PM 15   confidence.

12:01PM 16         I mean, I think -- and this is not, you know,

12:01PM 17   looking at liability issues, I mean, in terms of who did what to

12:01PM 18   whom.

12:01PM 19         We know, for some reason, the cement job didn't

12:01PM 20   fail.  We know a lot of things.  Trial is to try to find out who

12:01PM 21   is responsible for that.

12:01PM 22         My suspicion is, is that this is not going to shed

12:01PM 23   a lot of light on those issues, but I don't want to mislead the

12:01PM 24   Court.  Perhaps somebody has a theory that says I'm wrong, but it

12:01PM 25   is what it is.

12:01PM 1        I mean, let's just say that my relationship with

12:01PM 2    one client probably took a bit of a bump today before court and

12:01PM 3    last night, and leave it at that.

12:01PM 4        I've told them that this is just not going to cut

12:01PM 5    it with the Court.  What I'm told is these people are working

12:01PM 6    hard, and it's not just like, you know, Judge, I'm working,

12:01PM 7    working, hardly working type of thing.  Apparently, there is a

12:02PM 8    technical process, that it's not you stick them in the hopper and

12:02PM 9    you turn on the switch and say, bingo, here's a result.  There is

12:02PM 10   a processing process.

12:02PM 11       I think it would help if, in addition to me,

12:02PM 12   perhaps you got involved and said, guys, explain to me the

12:02PM 13   process, why it takes so long; and, if it does, it does.

12:02PM 14       THE COURT:  I'll be glad to.

12:02PM 15       I forgot that Monday I have a jury trial.  So if

12:02PM 16   you could e-mail me your availability maybe Monday afternoon for

12:02PM 17   you and me to get on the phone and talk to them.

12:02PM 18       MR. UNDERHILL:  Sure.  Actually, I forgot that Monday

12:02PM 19   and Tuesday, I'm defending an expert deposition.

12:02PM 20       THE COURT:  That's a problem.

12:02PM 21       MR. UNDERHILL:  I'm trying to think, during breaks or

12:02PM 22   lunch, but --

12:02PM 23       THE COURT:  We could work around it.

12:02PM 24       MR. UNDERHILL:  Okay.  Thanks.

12:02PM 25       THE COURT:  Okay.  Good.  Thank you.  I appreciate it,

12:02PM  1    Mike.

12:02PM  2              Kerry, I saw the e-mails going on during

12:02PM  3    Judge Barbier's conference relative to the proposed stipulation

12:02PM  4    for the well advisor program.  I see that you and Don are working

12:02PM  5    on it.  That's good enough.  So there is your report.

12:03PM  6              Let's see, Sarah, you are on the line, right?

12:03PM  7         MS. HIMMELHOCH:  I am, Your Honor.

12:03PM  8         THE COURT:  Are you speaking to me?

12:03PM  9         MS. HIMMELHOCH:  I'm speaking to you.  Can you hear me?

12:03PM 10         THE COURT:  That's good.  That's good.

12:03PM 11              How are you looking over there?  Are you pretty

12:03PM 12    much back on track?

12:03PM 13         MS. HIMMELHOCH:  I've got to tell you, I'm really scared

12:03PM 14    about the November 30th deadline as it applies to getting a

12:03PM 15    privilege log out there that isn't embarrassingly rough.

12:03PM 16              We are killing ourselves to get those BOP documents

12:03PM 17    that were already in the hopper reviewed and logged.  But I'm

12:03PM 18    going to do my darndest; and, if I think it's going to need to

12:03PM 19    slip, it's not going to need to slip by much.

12:03PM 20              I'm not going to ask for the extension until I've

12:03PM 21    got the privilege log ready and I look at it and I say, I just

12:03PM 22    can't, without a red face, turn this over to the other side.  So

12:03PM 23    it will just be a week or so of cleanup that I'm looking for, for

12:04PM 24    anything on that.

12:04PM 25              Other than that, we're on track to make the

12:04PM   1   November 30th dates that we have.  We've gotten most of the

12:04PM   2   corrected load files out, and I think the rest of the corrected

12:04PM   3   load files will be out today, so we'll be back on track with

12:04PM   4   that.

12:04PM   5            So things are difficult, challenging, but we're

12:04PM   6   still striving to meet those dates as best as we can.

12:04PM   7            THE COURT:  Good.  That's a good report, Sarah.  Thank

12:04PM   8   you.  I like the word "challenging."  I've started using it.

12:04PM   9            MS. HIMMELHOCH:  I do have one question I wanted to ask

12:04PM  10   you.  I had posted to the parties, and I haven't heard back from

12:04PM  11   anyone, and it really will affect our logging obligations, not so

12:04PM  12   much for the EOP, but for many of the other agencies, and that

12:04PM  13   has to do with the provision in Pretrial Order 14, paragraph 2,

12:04PM  14   that says that the parties don't need to log attorney-client

12:04PM  15   communications that occurred post-April 20, 2010, that meet the

12:04PM  16   definition of privileged.

12:05PM  17            My question is really one that comes about as a

12:05PM  18   result of the electronic age, where everybody is e-mailing.

12:05PM  19   Let's say there is an e-mail from an attorney to an employee of

12:05PM  20   the agency that requests information or qualifies as

12:05PM  21   attorney-client information.  That e-mail is then forwarded to

12:05PM  22   someone else in the client agency to provide the information.  Do

12:05PM  23   I have to log that forwarding e-mail, because it's not

12:05PM  24   technically a communication from the attorney; or, because it

12:05PM  25   qualifies for the attorney-client privilege, can I simply put

12:05PM 1   that within the "you do not need to log because of

12:05PM 2   post-April 20th attorney-client communication"?

12:05PM 3           THE COURT:  I'm going to let Corey Maze address that

12:05PM 4   question.

12:05PM 5           MR. MAZE:  Well, if I get to answer the question, I'm

12:05PM 6   going to say no, she doesn't have to log it; but, we're running

12:05PM 7   into the same issue.  I'll let Sarah finish before I sort of

12:05PM 8   update you on Alabama.  But we have similar --

12:05PM 9           THE COURT:  Does anybody disagree with Corey?  I mean,

12:06PM 10  Corey's answer would be my answer, which is they forwarded it on

12:06PM 11  and asked that person to respond to the attorney's inquiry.

12:06PM 12          MR. LANGAN:  Your Honor, Andy Langan.

12:06PM 13              I don't know if Mr. Nomellini is on the line.

12:06PM 14          MR. NOMELLINI:  Yes, I am, Andy.

12:06PM 15          MR. LANGAN:  We have a view on this about what we've

12:06PM 16  done, and I think it's probably worth sharing that, yes.

12:06PM 17          THE COURT:  Mark, do you want to chime in?

12:06PM 18          MR. NOMELLINI:  Sure, Your Honor.

12:06PM 19              What we have been doing in those circumstances

12:06PM 20  where, you know, the attorney e-mail gets forwarded to somebody

12:06PM 21  who is a nonattorney, we have been logging it in those

12:06PM 22  circumstances.

12:06PM 23          MS. HIMMELHOCH:  We can live with that, Your Honor.

12:06PM 24  We're just didn't want to be doing work that other parties

12:06PM 25  weren't doing.

12:06PM 1      THE COURT:  Corey, you had --

12:06PM 2      MR. MAZE:  If that's what everybody is going to do, we

12:06PM 3  can do it.  We just need to know how we're going to log those

12:06PM 4  types of communications.

12:06PM 5          Because what we're running into are e-mails back

12:07PM 6  and forth internally within our office after April 20th.  The

12:07PM 7  question is just about how to log it, because that's where we are

12:07PM 8  now on Phase Two.

12:07PM 9      MS. HIMMELHOCH:  Well, Your Honor, we'll follow BP's

12:07PM 10 lead, and we will log.  The only things we will consider exempt

12:07PM 11 from logs are communications to or from an attorney that qualify

12:07PM 12 for either work product or attorney-client that are

12:07PM 13 post-April 20th, plus the JIT materials that, under your order,

12:07PM 14 we do not need to log.

12:07PM 15     THE COURT:  Sarah, my answer would have been contrary,

12:07PM 16 but I do think that there is something to be said for

12:07PM 17 consistency.  That way, we don't have an argument down the road

12:07PM 18 about, gee, this party didn't do what everybody else was doing.

12:07PM 19         So if it turns out to be a big burden and we need

12:07PM 20 to look back at it, we can; but, I guess consistency should rule.

12:07PM 21         Anthony, why do you have facial hair today?

12:08PM 22     MR. IRPINO:  Well, because I didn't shave two hours ago.

12:08PM 23     MR. DRAGNA:  Move to strike that comment.

12:08PM 24     MR. IRPINO:  Your Honor, I can tell you, I will confirm

12:08PM 25 that BP has, in fact, been logging the forwarding e-mails.  I

12:08PM  1    will also share that what we've talked about, we meet almost

12:08PM  2    weekly to go through privilege challenges, and I've said, and I

12:08PM  3    think BP wouldn't mind for their own internal purposes, to get

12:08PM  4    rid of that.  I don't think it's necessary to log the forwarding

12:08PM  5    e-mails.

12:08PM  6              So if BP wants --

12:08PM  7              MR. LANGAN:  Can we roll the clock back six months?

12:08PM  8              MR. IRPINO:  Well, no.  Look, in fairness, we've talked

12:08PM  9    about that.  It just never got followed up on.

12:08PM 10              But those forwarding e-mails, we have been through

12:08PM 11    them, we go through them on each call.  It actually makes our

12:08PM 12    meet and confer shorter if they are not logged.

12:08PM 13              I'm just suggesting it.  If it comes to be a burden

12:09PM 14    and people want it out, we are fine with that.

12:09PM 15              THE COURT:  Mark, I'm going to task you with thinking

12:09PM 16    about that and whether you want to change the procedure.

12:09PM 17    Whatever you decide is what the group will do.  I just want to be

12:09PM 18    consistent.

12:09PM 19              MR. NOMELLINI:  Will do, Your Honor.

12:09PM 20              THE COURT:  Corey.

12:09PM 21              MR. MAZE:  We'll accept that, too.

12:09PM 22              Now that I think we're done with that issue, I

12:09PM 23    think it dovetails into ours.  I want to update you on where

12:09PM 24    Alabama is with its Phase Two discovery.

12:09PM 25              We have all the documents from all of our agencies.

12:09PM 1    We were on target to produce them by next Monday, the 21st, and

12:09PM 2    we've run into an issue with a numbering system, trying to get it

12:09PM 3    consistent, because we're getting them from other agencies, and

12:09PM 4    some had done it on the front end.

12:09PM 5              We can turn all of our documents over in one

12:09PM 6    production by November 28th, if that's okay with the parties and

12:09PM 7    the Court; but, we may want an extra week or so just for the

12:09PM 8    privilege log, you know, to look over these sorts of issues and

12:09PM 9    to make sure we get it right.

12:10PM 10             I just wanted to bring that up and see if that

12:10PM 11   timing was okay with the Court and with everyone else?

12:10PM 12        THE COURT:  Any problem, guys?

12:10PM 13        MR. MAZE:  I can see us getting all of ours turned over

12:10PM 14   by the 28th, which I think is a week from Monday.  It's the

12:10PM 15   Monday after Thanksgiving.

12:10PM 16        THE COURT:  Correct.  No, that will be fine, Corey.

12:10PM 17   Thank you for the update.

12:10PM 18             Mark, why don't you think about the issue on

12:10PM 19   privilege log, and shoot an e-mail out to everybody about your

12:10PM 20   thoughts.

12:10PM 21             If you decide to continue, that's what we'll do.

12:10PM 22   If you decide that Anthony is right, and it's something you don't

12:10PM 23   need to be worrying about, let us know that, as well.

12:10PM 24        MR. NOMELLINI:  Okay.  Will do, Your Honor.

12:10PM 25             In response to Corey's question, I do think it

| | |
|---|---|
| 12:10PM 1 | makes sense to, you know, get everything right.  I think the one |
| 12:10PM 2 | thing that will save everybody time in the long run, and that I |
| 12:10PM 3 | just ask Corey to do, is just take a look at PTO 16 in terms of |
| 12:11PM 4 | the conventions that people have been following with the |
| 12:11PM 5 | productions, because, if it's in harmony with that, it will make |
| 12:11PM 6 | everything easier. |
| 12:11PM 7 | MR. MAZE:  That's right.  That's why we're taking the |
| 12:11PM 8 | extra week is because we get things in different formats from |
| 12:11PM 9 | different agencies, etcetera, and we are trying to make sure that |
| 12:11PM 10 | everything is in the right PTO 16 format with a sequential |
| 12:11PM 11 | numbering, Bates numbering system. |
| 12:11PM 12 | So that's where our extra week is coming in, just |
| 12:11PM 13 | making sure it's done the right way. |
| 12:11PM 14 | THE COURT:  Thanks.  That's very helpful. |
| 12:11PM 15 | Thanks, Mark, I appreciate it. |
| 12:11PM 16 | Rob, have you got something? |
| 12:11PM 17 | MR. GASAWAY:  Yes.  This is the follow-up, but I waited. |
| 12:11PM 18 | I saw the e-mail traffic back and forth on our |
| 12:11PM 19 | Motion to Compel with respect to the United States, and I |
| 12:11PM 20 | understand that Sarah is going to file that on the 23rd. |
| 12:11PM 21 | To move that along, we were thinking, just for this |
| 12:11PM 22 | one time -- I know we've had letter battles back and forth on |
| 12:11PM 23 | other issues with BP, but just for this one time, this is such a |
| 12:12PM 24 | circumscribed issue in terms of the interrogatories, I can't |
| 12:12PM 25 | imagine we're going to need a written reply on that. |

12:12PM 1          We were going to just suggest that maybe the Court

12:12PM 2    and Sarah and BP have a conference shortly thereafter, with the

12:12PM 3    idea that we wouldn't need to have a further written.  We could

12:12PM 4    talk about whether -- you know, where we were in light of

12:12PM 5    whatever we read from Sarah.

12:12PM 6          THE COURT:  I think that's a really good idea.

12:12PM 7              Sarah, how do you like that suggestion?

12:12PM 8          MS. HIMMELHOCH:  That's fine.  I do, actually, because I

12:12PM 9    don't want to be the one responsible for you reading paper while

12:12PM 10   you're eating turkey, I'm going to try to file on Tuesday.

12:12PM 11         THE COURT:  I don't mind reading paper while I'm eating

12:12PM 12   my turkey.  That's okay.

12:12PM 13         MS. HIMMELHOCH:  I mean, we've actually got a draft

12:12PM 14   ready and circulating, so I think we're going to be able to file

12:12PM 15   Tuesday, which means, if you wanted, we could do the call on

12:12PM 16   Wednesday.

12:12PM 17         THE COURT:  That would be fine.  Why don't I send an

12:12PM 18   e-mail out to you two and see what's good.

12:12PM 19              I've got a settlement conference at 9:30 on -- no,

12:13PM 20   that's a week later.  Hold on.

12:13PM 21         MS. HIMMELHOCH:  I'm completely flexible that day,

12:13PM 22   Your Honor, so, whatever works for you works for me.

12:13PM 23         THE COURT:  I'm open.  Rob, is there a time that's good

12:13PM 24   for you?

12:13PM 25         MR. GASAWAY:  No, just whatever works best for the

12:13PM  1    Court, Your Honor.

12:13PM  2          THE COURT:  Do you want to do it at 9:30 my time,

12:13PM  3    10:30 your time?

12:13PM  4          MR. GASAWAY:  9:30 your time sounds great.

12:13PM  5          THE COURT:  We'll place the call.

12:13PM  6          MR. GASAWAY:  Excellent.  Thank you.

12:13PM  7          One other note.  BP, like Alabama, owes Phase Two

12:13PM  8    discovery on November 30th.  Just like what Corey is saying,

12:13PM  9    we're planning on responding on the 30th, with privilege logs to

12:13PM 10    follow, which has, as I understand it, been the convention for

12:13PM 11    Phase One, but we're preannouncing our Phase Two plans.  We're

12:13PM 12    going to be following that model, as well, Your Honor.

12:13PM 13          THE COURT:  Great.

12:13PM 14          MR. GASAWAY:  Thank you very much.

12:13PM 15          Thank you, Sarah.

12:13PM 16          THE COURT:  Thank you.  I appreciate it, Rob.

12:13PM 17          MS. HIMMELHOCH:  Uh-huh (affirmative response).

12:13PM 18          THE COURT:  Let's see.  Next up was the Louisiana

12:13PM 19    update.  Anything for that?

12:14PM 20          MS. MURRILL:  Your Honor, I'm Liz Murrill with the

12:14PM 21    Governor's Office.

12:14PM 22          THE COURT:  Ms. Murrill, it's a pleasure to meet you.

12:14PM 23          MS. MURRILL:  It's nice to meet you, too.

12:14PM 24          THE COURT:  Thank you.

12:14PM 25          MS. MURRILL:  Lillie is here, too.

| | |
|---|---|
| 12:14PM 1 | THE COURT:  Hi, how are you doing? |
| 12:14PM 2 | MS. MURRILL:  We have both been very actively involved |
| 12:14PM 3 | with pushing the discovery out as fast as we can. |
| 12:14PM 4 | I do have an update.  I'm not sure if you want it. |
| 12:14PM 5 | But, I mean, I do have volume updates on the amount of data that |
| 12:14PM 6 | is being produced pursuant to the vendor searches.  I know we've |
| 12:14PM 7 | had this discussion, to some extent, before.  It is an |
| 12:14PM 8 | extraordinary amount of data. |
| 12:14PM 9 | I've had some conversations with Mr. Langan and |
| 12:14PM 10 | with Mr. Lamb, as has Lillie, and we have been trying to work |
| 12:14PM 11 | with them to find better methods that would refine the data in a |
| 12:15PM 12 | way that is more productive for everybody. |
| 12:15PM 13 | THE COURT:  Good. |
| 12:15PM 14 | MS. MURRILL:  I've committed to working with the |
| 12:15PM 15 | Attorney General's office and working with every agency, through |
| 12:15PM 16 | the Governor's office, to make sure that this is both an |
| 12:15PM 17 | efficient and a productive process that is designed to produce |
| 12:15PM 18 | the information or provide an adequate answer, if it's not |
| 12:15PM 19 | available, that we have both done a search and that we are |
| 12:15PM 20 | satisfied that it is thorough and complete. |
| 12:15PM 21 | THE COURT:  Good. |
| 12:15PM 22 | MS. MURRILL:  And to work with them to answer any |
| 12:15PM 23 | questions that they have that may be remaining about data that's |
| 12:15PM 24 | not thorough -- that they believe not to be potentially thorough |
| 12:15PM 25 | or complete. |

12:15PM 1         I've asked them to please participate as a partner

12:15PM 2  with me to do that.  I've committed to doing daily phone calls,

12:15PM 3  if necessary, with them when we run searches to tell them how

12:15PM 4  many hits we're getting.  I mean, we have some searches that

12:15PM 5  we've run, and on a single agency we'll get a hundred thousand

12:15PM 6  hits, or we'll get eleven thousand hits.

12:15PM 7         There is just -- we need to talk about it and say,

12:16PM 8  look, this is the hits we're getting, what do you really want, do

12:16PM 9  you want to narrow it.

12:16PM 10        So I think I have an agreement with Mr. Lamb that

12:16PM 11  they are going to work with us to identify custodians and

12:16PM 12  identify limited date ranges when we get large hits like that,

12:16PM 13  that would narrow and target responsive data, to ensure that we

12:16PM 14  have adequately produced everything that we have that is

12:16PM 15  producible and logged everything else as privileged or

12:16PM 16  confidential.

12:16PM 17        THE COURT:  As a for instance, as Lillie pointed out to

12:16PM 18  me, that one of the search terms is Cameron.  So, unknown to BP,

12:16PM 19  Cameron happens to be a parish in Louisiana.  So I assume that

12:16PM 20  when you run your search and the search term is Cameron, you're

12:16PM 21  getting a large amount of data.

12:16PM 22        MS. MURRILL:  Yes, ma'am.  Oil would be another good

12:16PM 23  example of that.

12:16PM 24        THE COURT:  In Louisiana, that's right.

12:17PM 25        MS. MURRILL:  In certain departments, this is obviously

12:17PM  1  a bigger problem than others.  DNR, for example, that's what they

12:17PM  2  do.  They regulate oil.  So, I mean, that's going to hit.

12:17PM  3          The dates that they asked us to search go all the

12:17PM  4  way back to 2005, so this is producing, I think, 3.5 terabytes of

12:17PM  5  data just on the first crawl on that one department.  That's

12:17PM  6  collecting data, and then we have got to search it, and it still

12:17PM  7  produces multiple terabytes that are responsive.

12:17PM  8          We just have to find -- like, a lot of that, I've

12:17PM  9  seen myself, are not relevant.  They are not even related to the

12:17PM 10  *Deepwater Horizon*, and may be legislative issues or legislative

12:17PM 11  documents or something like that.

12:17PM 12          We just kind of have to work very closely together,

12:17PM 13  I think, to identify the people that they really want us to

12:17PM 14  search and the date ranges they really want us to search,

12:17PM 15  because, at any given time, we might have had 200 chemists,

12:17PM 16  200 biologists in one department or two departments, in addition

12:18PM 17  to the thousands of other people who would all be custodians, but

12:18PM 18  not necessarily the custodians that they really want to be

12:18PM 19  targeting.

12:18PM 20          THE COURT:  Got you.

12:18PM 21          MS. MURRILL:  So I'm just hoping they are going to work

12:18PM 22  very closely with us --

12:18PM 23          THE COURT:  So far, they have been good.

12:18PM 24          Andy, who is working on this portion of the ESI?

12:18PM 25          MR. LANGAN:  My colleague, Jeffrey Lamb, and my partner,

12:18PM  1    Andrew Bloomer, are both involved in this.

12:18PM  2              Ms. Murrill is correct.  She's reached out to us.

12:18PM  3    We can have an offline conversation, if you would like, with

12:18PM  4    Mr. Lamb, Your Honor.

12:18PM  5              THE COURT:  That would be good.

12:18PM  6              MR. LANGAN:  The only other thing I would add is --

12:18PM  7    well, first of all, we do want to work with the State.  I mean,

12:18PM  8    this is not a game of got you.

12:18PM  9              THE COURT:  No, of course not.

12:18PM 10              MR. LANGAN:  It never has been.

12:18PM 11              THE COURT:  No.

12:18PM 12              MR. LANGAN:  I will say that the State, a few weeks

12:18PM 13    ago -- I guess it was two Fridays ago -- certified -- or

12:18PM 14    15 days -- certified about their Phase One discovery.

12:18PM 15              We do have a few questions about that, that we

12:18PM 16    would like to engage the State on, but that's for another day.

12:18PM 17    We're not here throwing stones, but we do have questions that we

12:19PM 18    would like to talk about.

12:19PM 19              THE COURT:  Yes.  Look, I'm delighted that you're now

12:19PM 20    overseeing it.  I mean, it's very helpful to have somebody that

12:19PM 21    is really looking at what the problem is.

12:19PM 22              BP has worked with everybody else in the room to

12:19PM 23    narrow the search terms when they need to, to identify the

12:19PM 24    custodians that are really the custodians, and to work through

12:19PM 25    the kind of issue like the Cameron issue.

12:19PM 1          So I think it's terrific that you're on board.  I

12:19PM 2  would urge you to work with them, because I think they are

12:19PM 3  willing to.  They are not trying to play got you.  I'm not trying

12:19PM 4  to play got you.  We just want to get ourselves ready for the

12:19PM 5  next phase of the trial, and that's really the only intent.

12:19PM 6          So I appreciate very much your coming in today,

12:19PM 7  giving us the report, and moving forward on this cooperatively.

12:19PM 8  Very helpful.

12:19PM 9          MS. MURRILL:  So, Your Honor, the only request that I

12:19PM 10  would have is that we be subject to the same deadline on

12:20PM 11  Phase Two that everybody else is at this point, and that's

12:20PM 12  November 28th, I think, or November 30th.

12:20PM 13          MR. LANGAN:  We don't have any problem with that.

12:20PM 14          THE COURT:  That would be fine.

12:20PM 15          MS. MURRILL:  Thank you.  I appreciate that.

12:20PM 16          THE COURT:  You're welcome.  Thank you.  I appreciate

12:20PM 17  it.

12:20PM 18          All we need to do on Phase One calendering is

12:20PM 19  Lieutenant Houck, and we're done.  Any dates?

12:20PM 20          Oh, he's on?  Oh, that's all we have left.  I

12:20PM 21  thought we had to calendar him.  Oh, my.  We're done.  That's

12:20PM 22  great.

12:20PM 23          Now, Phase One deposition designations.  We all got

12:20PM 24  blasted with hundreds of e-mails from Jordan Ray, Indata.  As

12:20PM 25  they uploaded files, we got slammed.  Then -- well, that's not

12:21PM 1   true.  First, as the parties uploaded data, we got slammed.

12:21PM 2   Then, we got slammed as Jordan uploaded data.  Then, we got one

12:21PM 3   wonderful last one that said, I've uploaded these files.

12:21PM 4           I called Jordan yesterday, and he says he can turn

12:21PM 5   the notification feature off.  Does anybody want to be notified

12:21PM 6   when any party is uploading data or when Indata is uploading

12:21PM 7   data, except for that final e-mail saying, I have finished

12:21PM 8   uploading these depositions?  Because unless anybody wants it,

12:21PM 9   I'm going to ask them to turn it off.

12:21PM 10          Thank you very much.

12:21PM 11          So, now we're coming up on the November 25th

12:22PM 12  deadline for the PSC to designate any additions to the

12:22PM 13  prioritized list.  December 2nd, the other parties get to add to

12:22PM 14  that list.  I'm hoping there won't be any additions, but I've

12:22PM 15  always been wrong on that kind of thing.

12:22PM 16          Following that --

12:22PM 17      MR. UNDERHILL:  Wrong.

12:22PM 18      THE COURT:  Wrong.

12:22PM 19      MR. UNDERHILL:  I think this is a simple one,

12:22PM 20  Your Honor.  In order to try to simplify the process, the PSC and

12:22PM 21  the states and the U. S. all tried to work together on the joint

12:22PM 22  list.

12:22PM 23      THE COURT:  Right.

12:22PM 24      MR. UNDERHILL:  When in doubt, blame the computer; so,

12:22PM 25  when in doubt, we're blaming the computer.  But, in fact, this is

12:22PM 1   actually what happened.

12:22PM 2            A number of the government's reliance exhibit lists

12:22PM 3   that were on our original reliance and our rebuttal exhibit

12:23PM 4   lists, so they were on there, when the computer did a merge of

12:23PM 5   our databases, some of those got dropped.

12:23PM 6            Of those, almost -- well, I think all but, maybe,

12:23PM 7   four, five or six are actually on Group Seven and Eight's.  So,

12:23PM 8   pursuant to Transocean's letter to you and Mike's response, those

12:23PM 9   are still good.  There are about five that would be left off.

12:23PM 10           My suggestion, since I think we have all of the

12:23PM 11  documents, is that we do it once, and we do it right.  I think

12:23PM 12  there may be even some documents on there that may be clawback

12:23PM 13  documents that we found.  They might be pulled.

12:23PM 14           There is one other set that these are -- these were

12:23PM 15  listed as exhibits, but they are in Japanese.  I don't know about

12:23PM 16  you, Your Honor, but I don't speak Japanese, and probably not

12:23PM 17  Judge Barbier.

12:23PM 18           What we'd intended -- we're actually have English

12:23PM 19  translations.  So, if an exhibit was 39000, the translation was

12:24PM 20  39000A.  So they didn't make it on.

12:24PM 21           So what we would like to do, with the Court's

12:24PM 22  permission, with the PSC's gracious assistance -- and I'd say,

12:24PM 23  Jeff Breit and his crew and Rob, their technical guys, it's a

12:24PM 24  super human effort that I think all of the parties have

12:24PM 25  experienced.  I'm surprised it's been this clean.

12:24PM 1          So, with your indulgence, we would like to do that.

12:24PM 2    Is that fair enough, Jeff?

12:24PM 3          MR. BREIT:  Absolutely.

12:24PM 4          THE COURT:  When are we going to do this?

12:24PM 5          MR. UNDERHILL:  My tech person has already contacted

12:24PM 6    their tech person, so it's a matter of pushing the right buttons.

12:24PM 7          THE COURT:  Okay.  Sounds good.  All right.

12:24PM 8          THE CLERK:  Your Honor, the record is going to be a

12:24PM 9    little confused.

12:24PM 10         THE COURT:  Well, the current date is November 25th.

12:24PM 11   So, what Mike is saying -- my Mike -- Mike O'Keefe is saying is,

12:24PM 12   do you all want to propose a date beyond the 25th to get it done?

12:25PM 13         MR. BREIT:  I think, Your Honor, we can get it done

12:25PM 14   before we leave for Thanksgiving break.

12:25PM 15         THE COURT:  But if you can't, let us know.  So the 25th,

12:25PM 16   unless you all tell me to the contrary.  Okay.

12:25PM 17         MR. YORK:  Just to be clear, would someone say on the

12:25PM 18   record exactly what that date, the 25th, is the deadline for.

12:25PM 19         THE COURT:  For them to provide the clean and updated

12:25PM 20   prioritized list.

12:25PM 21         MR. YORK:  That's where my confusion is.  Mike moved

12:25PM 22   over to the exhibit list.

12:25PM 23         THE COURT:  No, prioritized witness depositions.

12:25PM 24         MR. HERMAN:  What date do you want that?

12:25PM 25         THE COURT:  Well, the date was November 25th.

12:25PM 1          MR. BREIT:  We could do that.

12:25PM 2              There were two different items.  The first item

12:25PM 3  started with the prioritized witness list -- and we had started

12:25PM 4  to change it -- it was due November 25th.

12:25PM 5          THE COURT:  Correct.

12:25PM 6          MR. BREIT:  Then, Mike moved into the computer glitch

12:26PM 7  issue with regard to exhibits.  We would like to have that done

12:26PM 8  before we leave on November 23rd.

12:26PM 9          THE COURT:  Before you leave November 23rd.  Can you

12:26PM 10 live with that?

12:26PM 11         MR. BREIT:  Which is Wednesday before Thanksgiving.

12:26PM 12         MR. YORK:  So, to provide cleanup lists of exhibits, if

12:26PM 13 anyone needs to, by the 23rd?  I think that's fine.

12:26PM 14         THE COURT:  I think it's no problem.

12:26PM 15         MS. BERTAUT:  That's just trial exhibits.

12:26PM 16         MR. YORK:  That's trial exhibits, correct?  The good

12:26PM 17 faith exhibit list.

12:26PM 18         MR. BREIT:  November 14th, good faith list.

12:26PM 19         MR. YORK:  The November 14th good faith exhibit list

12:26PM 20 cleaned up by the 23rd.  Got you.

12:26PM 21         THE COURT:  Now, Kerry Miller, joined by Carmelite, came

12:26PM 22 up with a proposal last week that Mike O'Keefe and I thought was

12:26PM 23 a good proposal.  Those are the only two people who are following

12:26PM 24 that proposal with regard to exhibits, and that is to let the

12:26PM 25 depositions proceed and add to the good faith exhibit list

12:27PM 1    cumulatively as you go.

12:27PM 2              You all have chosen to do that.  Does anybody have

12:27PM 3    a problem with their doing that?

12:27PM 4         MR. YORK:  No problem, Your Honor.  I think that we will

12:27PM 5    probably track that, but maybe in a different way.

12:27PM 6              I think, by the time that statement came out, we

12:27PM 7    already had put together a more cumulative list; but, as we go

12:27PM 8    through the deposition process, it may actually winnow some of

12:27PM 9    those exhibits away, and so we may amend to delete.

12:27PM 10        THE COURT:  To delete, exactly.

12:27PM 11        MR. YORK:  Our understanding is that's perfectly fine.

12:27PM 12        THE COURT:  If you want to take them out, you can amend

12:27PM 13   as many times as you want.  Yes.  The answer is yes, Alan.

12:27PM 14             Kerry, did you want to add to that?

12:27PM 15        MR. MILLER:  No.  That was a main point of the letter is

12:27PM 16   that I think if you're not just extracting them from the

12:28PM 17   designation testimony, the tendency may be to be overinclusive on

12:28PM 18   the exhibit side, so.

12:28PM 19        THE COURT:  I guess the issue that occurred to us was

12:28PM 20   when we saw the size of the exhibit lists, some of them are

12:28PM 21   extraordinarily long.  I know that you all are trying to cover

12:28PM 22   yourself; but, again, if you can winnow it down as you go, that

12:28PM 23   will be very helpful.

12:28PM 24             Is there anything on Motions in Limine that we need

12:28PM 25   to cover, or are you all on schedule and you're okay with that?

12:28PM 1      MR. LANGAN:  Your Honor, I think that we are on

12:28PM 2  schedule.

12:28PM 3          As I mentioned to Judge Barbier, a couple of

12:28PM 4  motions have been filed that I'm not sure there is a briefing

12:28PM 5  schedule on.

12:28PM 6      THE COURT:  What are they?

12:28PM 7      MR. LANGAN:  Well, the one that I have in mind is the

12:28PM 8  PSC moved relating to our temporary abandonment and BOP

12:29PM 9  regulatory 30(b)(6), saying that we should be precluded and all

12:29PM 10  that.  I don't think there a briefing schedule on that.

12:29PM 11          Maybe I should have said nothing and just let it

12:29PM 12  sit there, but I feel like you asked the question.

12:29PM 13      THE COURT:  Why don't we identify those, Andy, and you

12:29PM 14  propose when you would like to file your opposition, and we'll go

12:29PM 15  ahead and put them on the schedule.

12:29PM 16      MR. LANGAN:  There may be others.  I know that one is on

12:29PM 17  my mind.  I don't know if there are any others or not.

12:29PM 18      THE COURT:  Are there any others that have been filed,

12:29PM 19  besides that one, that aren't on our schedule?  If so, let's

12:29PM 20  identify them and put them on a schedule.

12:29PM 21      MR. HERMAN:  Steve Herman for the plaintiffs.

12:29PM 22          I don't think so, Your Honor.  I was kind of

12:29PM 23  thinking about that differently because it wasn't addressing the

12:29PM 24  list of three hundred or a broad category.  It was kind of an

12:29PM 25  ad hoc type situation.

12:29PM 1     The only thing that I wanted to mention, we have a
12:29PM 2 number of filings today.  I mentioned in open court, I don't know
12:29PM 3 if you were there, but what we had planned to do -- well, what we
12:30PM 4 planned to do, similar to what we did last time and I think what
12:30PM 5 some of the defendants did, get all of our filings in today, and
12:30PM 6 then Monday provide the Court with all of the exhibits, depo
12:30PM 7 parts and stuff like that on CD or something, so it's all
12:30PM 8 manageable.
12:30PM 9     We'll do our best to do the redacted versions and
12:30PM 10 unredacted versions, but I'm just being overly cautious and just
12:30PM 11 basically treating everything as confidential for now and saying
12:30PM 12 *in camera* submission.
12:30PM 13     The only one thing I wanted to mention -- and
12:30PM 14 what's done is done, I can't imagine anyone really objecting to
12:30PM 15 it, except some of the other defendants may want more time to
12:30PM 16 respond to the issue -- we had put together an original letter,
12:30PM 17 it was a 702 issue, which, I think, we'd decided in this room we
12:30PM 18 would use the Bly report as kind of the exemplar to brief the
12:30PM 19 702 issue.
12:30PM 20     THE COURT:  Right.
12:30PM 21     MR. HERMAN:  In briefing the Bly report, we also
12:30PM 22 briefed, in the same letter, Bly interview notes and what we call
12:31PM 23 miscellaneous business records, which are really, I think,
12:31PM 24 e-mails that relate to the Bly interview.
12:31PM 25     The only party that really responded to that was BP

12:31PM 1    on the Bly interview notes.  Kerry, I think, asked for some more

12:31PM 2    time on the 702 issues, and that's been put off until December.

12:31PM 3    But, out of an abundance of caution, we treated today as the

12:31PM 4    deadline for the other hearsay -- really, hearsay issues on the

12:31PM 5    interview notes.

12:31PM 6            So, I think we submitted last night by e-mail, and

12:31PM 7    I gave Ben the hard copy in chambers today, a letter brief on the

12:31PM 8    actual interview notes.  I don't know if that closes out the

12:31PM 9    issue or if other defendants need to have their say on that, but

12:31PM 10   that's one dangling participle.

12:31PM 11        THE COURT:  Okay.  Good.  We'll put that on our list.

12:31PM 12            What else have we got?  Anything else?  If anybody

12:31PM 13   has any dangling participles that they want to identify and have

12:31PM 14   us put back on track, let us know.  We're trying to keep track of

12:32PM 15   it.

12:32PM 16        MR. DRAGNA:  I have a dangling participle, Your Honor.

12:32PM 17   Jim Dragna for Anadarko.

12:32PM 18            We have not closed the loop on the beating the dead

12:32PM 19   horse e-mail that Mr. Fitch sent Your Honor yesterday --

12:32PM 20        THE COURT:  We'll get to that.

12:32PM 21        MR. DRAGNA:  So let me undangle my dangling participate.

12:32PM 22        THE COURT:  We're going to get to that.

12:32PM 23            Alan.

12:32PM 24        MR. YORK:  Just for the record, Your Honor, I'm

12:32PM 25   listening to Kerry and Jenny.  They are talking -- I think, on

12:32PM 1   that issue that Mr. Herman just raised, on any issues relating to

12:32PM 2   Bly, including interview notes --

12:32PM 3              THE COURT:  All right.

12:32PM 4              MR. YORK:  -- I think our understanding and TO's

12:32PM 5   understanding is that we're going to file a response by the 28th

12:32PM 6   on that.

12:32PM 7              THE COURT:  Any problem with that, Steve?

12:32PM 8              MR. HERMAN:  No problem.

12:32PM 9              THE COURT:  28th on the Bly issue.

12:32PM 10             MR. MILLER:  I think the way it relates to the schedule

12:32PM 11  is --

12:32PM 12                  Kerry Miller for Transocean.

12:32PM 13                  -- it's a nongovernmental report.  The confluence

12:32PM 14  was the separate POC letter on 702, which was really Bly, and

12:32PM 15  then nongovernmental reports seemed to be duplicative, somewhat.

12:33PM 16             THE COURT:  Okay.

12:33PM 17             MS. BERTAUT:  So we do not have a deadline today to

12:33PM 18  respond to the nongovernmental reports motion?

12:33PM 19             MR. MILLER:  No, the 28th.

12:33PM 20             THE COURT:  The PSC just agreed that the 28th will be

12:33PM 21  the deadline.  Okay.

12:33PM 22             MR. MILLER:  It's not a Motion in Limine.  It's another

12:33PM 23  issue that was in your last working group conference report,

12:33PM 24  before you get into experts.  It's on the same page as Motions in

12:33PM 25  Limine.  It's a brief point of clarification, the Fifth Amendment

12:33PM  1   issue.

12:33PM  2          You said at page 4 of the last working group

12:33PM  3   conference order entered on November 7th that the parties will

12:33PM  4   have the right to revisit their designations after Judge Barbier

12:33PM  5   rules on the negative inference Motion in Limine, so it really is

12:33PM  6   a Motion in Limine issue.

12:33PM  7          Am I correct to interpret the word "designation"

12:33PM  8   that you used to include objections?  That is, not only the

12:33PM  9   designations to Fifth Amendment testimony, but the objections to

12:34PM 10   other people's designations of Fifth Amendment testimony?

12:34PM 11          THE COURT:  Yes, I think so.  Yes.

12:34PM 12          MR. MILLER:  Thanks.

12:34PM 13          THE COURT:  We've pulled those first Fifth Amendment

12:34PM 14   transcripts from Judge Barbier's packaging.

12:34PM 15          MR. MILLER:  Yes.  The issue is should parties who have

12:34PM 16   Fifth Amendment witnesses and are objecting to other parties'

12:34PM 17   designations do very detailed, specific objections to all the

12:34PM 18   questions that are in the designations, or should we wait until

12:34PM 19   the Motion in Limine can be revisited?

12:34PM 20          THE COURT:  Let's see what his ruling is, and then we'll

12:34PM 21   figure out what to do with all of the Fifth Amendment witnesses.

12:34PM 22          Now, on the MDL 2185 securities litigation, as I

12:34PM 23   understand it, we have everybody's agreement that the PSC may

12:35PM 24   share its expert reports with the plaintiffs in the securities

12:35PM 25   litigation, but we had one person who objected to sharing other

12:35PM 1   than the PSC's reports.  Two persons, Alan?  Halliburton and --

12:35PM 2       MR. YORK:  Cameron actually put forward that position

12:35PM 3   first, and we joined in that position.

12:35PM 4       THE COURT:  So let's go ahead and share the PSC's expert

12:35PM 5   reports with the plaintiffs in that case, subject to their

12:35PM 6   compliance with Pretrial Order Number 13.  If they want more than

12:35PM 7   that, we'll have to tackle that issue; but, they can go ahead and

12:35PM 8   have plaintiffs' reports.

12:35PM 9       MR. WILLIAMSON:  Yes, Your Honor.

12:35PM 10      MR. GODWIN:  But not providing as to any defendants,

12:35PM 11  Your Honor?  Not providing reports to MDL 2185?

12:35PM 12      THE COURT:  Oh, I think they will share them with

12:35PM 13  everybody.  No?

12:36PM 14      MR. GODWIN:  I thought, just the PSC reports.

12:36PM 15      MR. WILLIAMS:  I assume the Court means PSC and U. S.,

12:36PM 16  assuming the U. S. doesn't have any objections.

12:36PM 17      THE COURT:  Right.

12:36PM 18      MR. GODWIN:  But not the defendants?

12:36PM 19      MR. WILLIAMSON:  Right.  No, I got that part.  But I'm

12:36PM 20  assuming the Court includes the U. S. experts, as well as PSC?

12:36PM 21      THE COURT:  Yes.  And as far as sharing with it with the

12:36PM 22  defendants.

12:36PM 23      MR. GODWIN:  No.  I'm sorry, Judge.  Don Godwin.

12:36PM 24          What I was referring to was just to make it clear

12:36PM 25  that it was just not Halliburton's and Cameron's reports that

12:36PM  1    would not be shared, but it would be no defendants' reports would

12:36PM  2    be shared.

12:36PM  3              THE COURT:  Only the PSC's expert reports.

12:36PM  4              MR. GODWIN:  Thank you, Judge.

12:36PM  5              MR. WILLIAMSON:  And the U. S.

12:36PM  6              THE COURT:  And the U. S.

12:36PM  7              MR. GODWIN:  Thank you, Your Honor.

12:36PM  8              THE COURT:  Okay, Don.  No problem.

12:36PM  9              We've gotten the request for expert deposition time

12:36PM 10    allocations.  Is David here?  No, David is not here.  David said

12:37PM 11    he wanted to discuss that briefly.  We're going to just issue

12:37PM 12    allocations week by week.

12:37PM 13              THE CLERK:  He sent us an e-mail.

12:37PM 14              THE COURT:  Oh, he did?

12:37PM 15              MR. LANGAN:  Mr. Beck and I agreed that on the Coronado

12:37PM 16    issue, we've all had our say.  Whatever Your Honor decides, I'm

12:37PM 17    sure Cameron and we will live with.

12:37PM 18              MR. WITTMANN:  That is correct, Your Honor.

12:37PM 19              THE COURT:  We plan on just issuing a week at a time,

12:37PM 20    and we're going to start cranking it out.

12:37PM 21              MR. WILLIAMSON:  As you know, we don't have a say on

12:37PM 22    most of these people.  Coronado is its own little special case.

12:37PM 23              Coronado, if the Court remembers, was a Cameron

12:37PM 24    employee involved in this BOP when it was commissioned, involved

12:37PM 25    in this BOP at various points during its lifetime, so he is

12:37PM 1   absolutely, without question, a fact witness.

12:37PM 2              His name came up before November 7th, because

12:37PM 3   Cameron did not -- anyway, if the Court remembers, Cameron had a

12:38PM 4   30(b)(6) witness deferred to Gaudet; we deposed Gaudet, Gaudet

12:38PM 5   deferred to Coronado.  So Cameron has never produced a

12:38PM 6   30(b)(6) witness with respect to certain subjects.  They deferred

12:38PM 7   to Coronado on certain particular aspects of the BOP issues.

12:38PM 8              The reason I raise all this, Coronado is now set

12:38PM 9   for a two-day deposition on the 5th and the 6th, but, because

12:38PM 10  he's a fact witness, the PSC believes strongly that he should

12:38PM 11  fall under the normal allocation.

12:38PM 12             This is going to come up when you discuss -- I

12:38PM 13  believe we also have to discuss what are called the expert

12:38PM 14  employee witnesses, you know, because I think Mr. Sterbcow sent

12:38PM 15  the Court a letter this week, want to make sure that those

12:38PM 16  witnesses, to the extent they have already been deposed, that

12:38PM 17  they are limited to the deposition testimony they gave, as

12:38PM 18  opposed to just far range, and/or limited by Rule 26 disclosures.

12:38PM 19             But with respect to -- and I assume we're going to

12:38PM 20  take that up at the appropriate time.

12:38PM 21             Mr. Coronado, because he was not deposed as a fact

12:39PM 22  witness, even though he was one, is in his own little category.

12:39PM 23  The PSC therefore, cannot -- number one, we will be asking

12:39PM 24  questions of him because we've never had an opportunity to do so;

12:39PM 25  and, number two, we will, of course, therefore request the normal

12:39PM 1    rules in terms of allocation and the normal rules regarding

12:39PM 2    ceding, in case the Court comes up with different rule for ceding

12:39PM 3    with respect to other depositions.  We think Coronado should be

12:39PM 4    treated as a Phase One witness, in other words.

12:39PM 5              I wanted to make sure I got that out to you while

12:39PM 6    you were deciding that issue.

12:39PM 7              THE COURT:  Good.  Thank you.

12:39PM 8              MR. WITTMANN:  Your Honor, Phil Wittmann for Cameron.

12:39PM 9              THE COURT:  Phil, would you come over to either this or

12:39PM 10   up to the podium, so that the other phone participants can hear

12:39PM 11   you.

12:40PM 12             MR. WITTMANN:  I'm not sure what Mr. Williamson is

12:40PM 13   asking for in terms of Mr. Coronado.  Is he asking for additional

12:40PM 14   time as a fact witness in addition to the time that he's going to

12:40PM 15   be deposed as an in-house expert?

12:40PM 16             THE COURT:  As I understand Mr. Williamson, he believes

12:40PM 17   Mr. Coronado is a fact witness, first and foremost, and he wants

12:40PM 18   his normal fact witness allocation for Mr. Coronado.

12:40PM 19             So if you go back to the old days when we took fact

12:40PM 20   witness depositions, we had a default allocation.  He's asking

12:40PM 21   that the PSC be given its normal default allocation.

12:40PM 22             MR. WITTMANN:  In addition to the time set up for the

12:40PM 23   expert deposition?

12:40PM 24             THE COURT:  No.  I don't think Mr. Williamson is

12:40PM 25   interested in more time.  I think he just wants his default time.

12:40PM  1    Is that correct?

12:40PM  2            MR. WILLIAMSON:  That's right.

12:40PM  3            MR. WITTMANN:  What is that default time?

12:40PM  4            THE COURT:  I don't have the schedule.

12:40PM  5            MR. HERMAN:  I think it's four hours --

12:41PM  6            MR. WILLIAMSON:  It's four hours and 50 minutes, Judge.

12:41PM  7            MS. BERTAUT:  Judge, if I may, that would be if it were

12:41PM  8    a two-day deposition.

12:41PM  9            THE COURT:  Podium, podium.

12:41PM 10            MR. WITTMANN:  If it were a two-day deposition is what

12:41PM 11    Carmelite is saying.

12:41PM 12            MR. WILLIAMSON:  That's correct.  It's presently

12:41PM 13    scheduled for two days, Your Honor, December 4th and 5th.

12:41PM 14            MR. WITTMANN:  We would like to take a look at that

12:41PM 15    before we sign off on it.  I understand his request now.

12:41PM 16            THE COURT:  I'm with you.  We're going to look at it, as

12:41PM 17    well.

12:41PM 18            Carmelite, have you got something to say?

12:41PM 19            MS. BERTAUT:  Well, the only thing I was going to say is

12:41PM 20    all of this came about, as Mr. Williamson says, relative to the

12:41PM 21    30(b)(6).  If I'm understanding this correctly, we're dealing

12:41PM 22    with one issue on the 30(b)(6).

12:41PM 23            This was all coming about at a time when the

12:41PM 24    request, which was made only by BP originally, was we were

12:41PM 25    limited -- if you recall, we were taking one-day depositions of

12:41PM  1    fact witnesses.

12:41PM  2                So, in the event the Court considers this a hybrid

12:41PM  3    of a fact and an expert, we think, in the context of this

12:41PM  4    witness, it would be more appropriate to be looking at what the

12:41PM  5    limitations and allocations were relative to one day.

12:41PM  6                I guess -- you know, it's our witness, so we would

12:42PM  7    be defending him.  I don't guess we really care, as long as it's

12:42PM  8    not more than two days; but, we know there are some requests on

12:42PM  9    the table that already are getting us beyond that period.

12:42PM 10          THE COURT:  Don't worry, we're not going beyond two

12:42PM 11    days.

12:42PM 12          MR. WILLIAMSON:  That's what I thought.

12:42PM 13          MR. LANGAN:  So, Your Honor, from, I guess, BP's

12:42PM 14    perspective, it's sort of like this.  It does go back to our

12:42PM 15    original request for a 30(b)(6) witness, and then the one that

12:42PM 16    didn't turn out, he deferred to Coronado, and then we were told

12:42PM 17    we have to wait to see if he's an expert or not.  So now, he's

12:42PM 18    been designated as an expert.

12:42PM 19          THE COURT:  Now he's an expert.

12:42PM 20          MR. LANGAN:  I guess our major headline is we need

12:42PM 21    substantial time with the man, okay?

12:42PM 22          THE COURT:  Really?

12:42PM 23          MR. LANGAN:  Yes.  He issued an in-house report under

12:42PM 24    Rule 26, it's highly critical of my client, and we need

12:42PM 25    substantial time with him.

12:42PM  1            I hear Mr. Williamson.  Maybe we don't get
12:42PM  2   600 minutes, but we need a lot.  Okay.  That's all --
12:42PM  3            THE COURT:  We'll sit down and take a very careful look
12:42PM  4   at how we're going to allocate the two days.
12:43PM  5            MR. LANGAN:  Thank you.
12:43PM  6            MR. WILLIAMSON:  To make sure the Court understands,
12:43PM  7   we're in good faith, we'll continue our practice.  I have no
12:43PM  8   problem with BP getting time.  I just don't want -- I'll cede
12:43PM  9   30 minutes of my time, if I get my normal allocation --
12:43PM 10            THE COURT:  And only if.
12:43PM 11            MR. WILLIAMSON:  -- and only if I get four fifty.  I'll
12:43PM 12   be happy to cede 30 minutes of it to BP.  I have no doubt that
12:43PM 13   BP -- BP is justified in asking for additional time on this
12:43PM 14   particular witness.
12:43PM 15            THE COURT:  We're now back to our horse trading days.
12:43PM 16            MR. WILLIAMSON:  But I'm justified, too, and I want to
12:43PM 17   make sure the Court knows that.
12:43PM 18            THE COURT:  Okay.  Thank you.  I appreciate it.
12:43PM 19            MR. WITTMANN:  As long as they are not trading us up
12:43PM 20   over two days.
12:43PM 21            THE COURT:  We're not going over two days.
12:43PM 22            MR. LANGAN:  Can we check his availability for a couple
12:43PM 23   more days?
12:43PM 24            MR. WITTMANN:  I knew that was coming.
12:43PM 25            THE COURT:  Steve.

12:43PM 1        MR. HERMAN:  Steve Herman for the plaintiffs.

12:43PM 2            I just wanted to add, in case it got lost in all of

12:43PM 3   the e-mail shuffling, letter shuffling, etcetera, there was also

12:44PM 4   another witness -- it was either Graham Vinson or Vinson Graham,

12:44PM 5   I can't even remember at this point -- BP suggested --

12:44PM 6        THE COURT:  I think that was Pinky, wasn't it?

12:44PM 7        MR. HERMAN:  Yes, Pinky.  That's right.

12:44PM 8        MR. LANGAN:  Graham Pinky Vinson.

12:44PM 9        THE COURT:  Exactly.

12:44PM 10       MR. LANGAN:  One day.

12:44PM 11       THE COURT:  That's what caught my attention.

12:44PM 12       MR. HERMAN:  We agree with the one day, but we would

12:44PM 13  request our one-day Phase One default allocation for Pinky.

12:44PM 14           Then I think, Your Honor, also, the other witness

12:44PM 15  that was addressed within the same letter was Dan Farr.  He's a

12:44PM 16  Transocean witness.  I think he's already been deposed, so I

12:44PM 17  would assume it's only going to be one day.  I think that's going

12:44PM 18  to be in January, to be determined.  So we'll probably want our

12:44PM 19  one-day Phase One default allocation for Mr. Farr.

12:44PM 20       THE COURT:  Anybody else on that issue?

12:44PM 21           We've got coming up the Halliburton Motion to

12:45PM 22  Disqualify.  It seems to me, guys, that that's something we're

12:45PM 23  going to want to take up on an expedited basis.

12:45PM 24       MR. LANGAN:  We'll file our response on the 23rd, per

12:45PM 25  Mr. O'Keefe.

12:45PM  1          THE COURT:  Right.  Exactly.  No problem.

12:45PM  2          MR. LANGAN:  We know that.  I mean, we would like more

12:45PM  3   time, but we get it.

12:45PM  4          THE COURT:  Yes.  As far as Halliburton's reply, I don't

12:45PM  5   see any need.  You all have put your case out there, don't you

12:45PM  6   think?

12:45PM  7          MR. GODWIN:  I think we're fine, Judge.

12:45PM  8              We would ask that you let us at least see what they

12:45PM  9   have.  Unless there is something very surprising, we'll inform

12:45PM 10   you that we won't need to file a reply; but, if there is

12:45PM 11   something surprising, we're willing to do that with a very few

12:45PM 12   pages to reply, if necessary.  But that would be done within,

12:45PM 13   maybe, two days at the outside.  Hopefully, we won't have to do

12:45PM 14   anything.

12:45PM 15          THE COURT:  Okay.  Great.

12:45PM 16          MR. GODWIN:  We actually think the motion is ready, if

12:45PM 17   you would rule now, Your Honor.

12:45PM 18          THE COURT:  Well, I know that.  I know that, Don, but

12:45PM 19   we're not going to do that.

12:45PM 20          MR. GODWIN:  We're not going to do that today.

12:45PM 21          THE COURT:  No --

12:45PM 22          MR. GODWIN:  Thank you, Your Honor.

12:45PM 23          THE COURT:  -- we're not going to do that day.

12:46PM 24          MR. LANGAN:  Your Honor, not on *Viator* and *CSI*, but I

12:46PM 25   mentioned to you a few weeks ago that we had a few of our own

12:46PM 1    issues with Halliburton, and they haven't gone away.  We're going

12:46PM 2    to be filing -- it has nothing to do with experts, but we have a

12:46PM 3    motion or two of our own, just fair warning.

12:46PM 4         THE COURT:  If they are things that we need to bring up

12:46PM 5    on an expedited basis, call it to our attention.  We need to

12:46PM 6    start cracking through.

12:46PM 7         MR. LANGAN:  Thank you.

12:46PM 8         THE COURT:  You're welcome.

12:46PM 9         Mike makes the point that everything is expedited

12:46PM 10   at this point.

12:46PM 11        MR. WILLIAMSON:  Jimmy Williamson for the PSC.

12:46PM 12        I rise on another point.  I don't know if this is

12:46PM 13   the right time to take it up, so, if I'm out of order, just tell

12:46PM 14   me.

12:46PM 15        Not counting Mr. Coronado or Mr. Pinky Vinson, on

12:46PM 16   the other experts, people who have been deposed but are employee

12:46PM 17   experts, we clearly think those people should be limited by their

12:47PM 18   Rule 26 disclosures and their previous deposition testimony.

12:47PM 19        We want to make sure we're on solid ground there

12:47PM 20   with the Court, since we're not -- in that event, we don't think

12:47PM 21   those people will be redeposed, but we want to make sure that's

12:47PM 22   not a point of ambiguity as we make a decision what we need to

12:47PM 23   ask of the Court.

12:47PM 24        THE COURT:  Yes.  Jimmy, what puts me in an awkward

12:47PM 25   position is that you're asking me to rule in a vacuum.  I think,

12:47PM 1   generally speaking, the four corners is the rule; but, I haven't

12:47PM 2   read the reports, and I haven't heard the question, so.

12:47PM 3          MR. WILLIAMSON:  For witness X, you haven't seen the

12:47PM 4   Rule 26 disclosure for that particular witness.

12:47PM 5          THE COURT:  I think I've glanced at most of them.  Now,

12:47PM 6   whether I've studied them, that's another subject; but, I've

12:47PM 7   looked at them.

12:47PM 8              Is there one that you want me to look at and pay

12:47PM 9   attention to as an example?

12:47PM 10         MR. WILLIAMSON:  Well, not so much that.  We can do that

12:48PM 11  if the Court requests, but not so much that as we want to be on

12:48PM 12  record now, early and often, that the Court's comment that the

12:48PM 13  four corners rule controls, that we are relying upon the fact

12:48PM 14  that we agree with that assessment and that we think the four

12:48PM 15  corners rule does control in terms of Rule 26 disclosures and

12:48PM 16  previous deposition testimony.

12:48PM 17         THE COURT:  Well, that's my thought, yes.  So I'll say

12:48PM 18  it early and often --

12:48PM 19             By the way, you've never voted in St. Bernard

12:48PM 20  Parish, have you?  That's how they vote.

12:48PM 21         MR. LANGAN:  Your Honor, Andy Langan for BP.

12:48PM 22             I'm not even sure if Mr. Williamson's statements

12:48PM 23  are even directed at BP.  I don't know.

12:48PM 24         THE COURT:  I keep getting the vacuum.

12:48PM 25         MR. LANGAN:  But I -- the only thing I want to

12:48PM 1   supplement, so there is no ambiguity on our side, is that I think

12:48PM 2   Your Honor has already dealt with the issue of which of these

12:49PM 3   Rule 26 company experts are going to be deposed, and you sort of

12:49PM 4   said.  That's number one.

12:49PM 5          Number two, I think I read a letter from Mr. Herman

12:49PM 6   in which he kind of laid out the PSC's position on this.  For

12:49PM 7   instance, for the three BP in-house witnesses besides Mr. Vinson,

12:49PM 8   where we made disclosure that said, they're really going to cover

12:49PM 9   these parts of the Bly report, the PSC seem to be saying, fine,

12:49PM 10  we don't need their depositions.

12:49PM 11         I just -- maybe -- but if they didn't testify in

12:49PM 12  their prior deposition, if they weren't asked about the parts of

12:49PM 13  the Bly report, then -- so Mr. Williamson and Mr. Herman's

12:49PM 14  letters, they are at cross purposes, I think, so I don't want

12:49PM 15  there to be any confusion about that.

12:49PM 16         We have disclosed that our three guys are going to

12:49PM 17  talk about what we said they are going to talk about with

12:49PM 18  reference back to the Bly report.  That's all.

12:49PM 19         MR. HERMAN:  Just to be clear, assuming that those

12:49PM 20  witnesses are limited to the four corners of those sections of

12:49PM 21  the Bly report, we're happy not to take their depositions, and

12:49PM 22  that's what the disclosure is.

12:50PM 23         MR. LANGAN:  That's what I'm saying.  We understand

12:50PM 24  that.

12:50PM 25         THE COURT:  I'm not sure I do, but okay.

12:50PM  1          If there is a problem that you all believe I need

12:50PM  2     to look at, let me look at it; but, my general rule, and I think

12:50PM  3     we've done this three status conferences in a row, is Rule 26 for

12:50PM  4     nonretained expert says what it says, and if it's not in their

12:50PM  5     report, they should not be allowed to express an opinion.

12:50PM  6          If anybody disagrees or thinks someone has violated

12:50PM  7     that provision, let me know.  How about that?

12:50PM  8          Let's see.  We were supposed to have Transocean and

12:50PM  9     M-I to confer on the request for Bill Ambrose.  Do you all

12:51PM 10     remember that?

12:51PM 11          MR. MILLER:  I do, and we'll talk to them.  That's the

12:51PM 12     report.

12:51PM 13          THE COURT:  We were supposed to talk about whether or

12:51PM 14     not the parties have identified other individuals who are

12:51PM 15     officers of the corporations that they think, in addition to

12:51PM 16     those that have been identified as being brought live, should be

12:51PM 17     brought live.

12:51PM 18          We know that we've got a dispute over two of those

12:51PM 19     people.  That's -- well, let's ask that question.  We've got two

12:51PM 20     people.  It's McWhorter -- and who, Mike?

12:52PM 21          THE DEPUTY CLERK:  Mel Whitby.

12:52PM 22          THE COURT:  -- and Mel Whitby.

12:52PM 23          BP, do you agree that Mel Whitby is not an officer

12:52PM 24     of the company?

12:52PM 25          MR. LANGAN:  Your Honor, we've looked at what Cameron

12:52PM 1    submitted --

12:52PM 2          THE COURT:  Right.

12:52PM 3          MR. LANGAN:  -- and we're satisfied that -- you know, we

12:52PM 4    appreciate the inquiry and the follow-up information.  If they

12:52PM 5    are not officers of Cameron, Inc., then they are not.

12:52PM 6          THE COURT:  All right.  Great.  So that's mooted out.

12:52PM 7    That's good.  Thank you.

12:52PM 8                Where does the meet and confer process on any other

12:52PM 9    disagreement stand, and should we set a date by which you all

12:52PM 10   bring any disagreements to my attention?  Nobody cares.

12:52PM 11               Have we identified everybody?  Is everybody

12:52PM 12   satisfied?  We've taken care of Cameron.

12:52PM 13         MR. YORK:  Your Honor, as to Halliburton, I think we

12:52PM 14   responded -- there were five witnesses who were on the list, and

12:52PM 15   we responded our position on all five of them, so.

12:53PM 16         THE COURT:  Okay.  So Halliburton has responded.

12:53PM 17               What I'm asking is, does anybody disagree with

12:53PM 18   Halliburton; and, if so, would you let us know, and any other

12:53PM 19   corporate party.  I'm looking directly at the PSC because -- or

12:53PM 20   the United States because I think you're the parties who are

12:53PM 21   going to disagree.

12:53PM 22         MR. HERMAN:  Given the current alignment of interests,

12:53PM 23   and assuming that that doesn't change dramatically between now

12:53PM 24   and February, my recollection is we'd asked for 3(b) (sic)

12:53PM 25   witnesses, they said that they were going to bring two, and I

12:53PM  1    think we're satisfied with that.

12:53PM  2         THE COURT:  Look at that.  Okay.  Let's just say that if

12:53PM  3    we don't hear from any party that there is an issue by Friday,

12:54PM  4    December 2nd, then everybody is satisfied; whoever has been

12:54PM  5    identified as coming live, that's it, we'll move on from there.

12:54PM  6    Okay.  Great.

12:54PM  7         Any update on the meet and confer process with

12:54PM  8    regard to combining the stipulations and getting one list of

12:54PM  9    stipulations going?

12:54PM 10         MR. LANGAN:  Your Honor, Mr. Duffy this morning

12:54PM 11    circulated a consolidated list.

12:54PM 12         THE COURT:  I saw that come across.  That's great.

12:54PM 13         MR. LANGAN:  Yes.  So we've had a lot going on, but we

12:54PM 14    did advance that ball.  I guess we now need to hear from other

12:54PM 15    people, but we're moving forward on that.

12:54PM 16         THE COURT:  Okay, other people, why don't we have a real

12:54PM 17    hard look for our next status conference, which is on

12:54PM 18    December 2nd, and see where we are at that point.  But that's

12:55PM 19    good progress.

12:55PM 20         Andy, anything on the technical issue stipulation?

12:55PM 21    Who is working on that?

12:55PM 22         MR. LANGAN:  I think that was a TO initiative.

12:55PM 23         THE COURT:  Oh, that was TO.

12:55PM 24         MR. LANGAN:  I think Kerry said 14 days ago that they

12:55PM 25    would send us that eventually and circulate it for the parties to

12:55PM 1    see, but that was to come later.

12:55PM 2         MR. MILLER:  I was actually waiting for Tim's

12:55PM 3    comprehensive document to come out, which I think it did today or

12:55PM 4    something like that.

12:55PM 5         The technical one was something else.  That was

12:55PM 6    whether or not, after all these expert depositions go forward and

12:55PM 7    these guys are agreeing on certain technical terms, measurements,

12:55PM 8    data, things of that nature, whether there would be sort of a

12:55PM 9    second round, if you will, of technical stipulations.  But that's

12:55PM 10   not -- obviously not mature at this point.

12:55PM 11        THE COURT:  B3 stipulations, how are the discussions

12:55PM 12   between the United States and the responder defendants coming?

12:56PM 13        Ted, how are you doing?

12:56PM 14        MR. TSEKERIDES:  I don't know if Sarah is still on the

12:56PM 15   phone.

12:56PM 16        MS. HIMMELHOCH:  I am.

12:56PM 17        MR. TSEKERIDES:  One came out today.  I think -- we have

12:56PM 18   been working with the United States.  I think Sarah mentioned

12:56PM 19   last week there will be a rolling production of stipulations.

12:56PM 20        So we sent our proposed stips over to them.  They

12:56PM 21   have them right now.  I guess I have to defer to Sarah on how

12:56PM 22   they are coming on some of the other ones.

12:56PM 23        MS. HIMMELHOCH:  We are working hard to get them, both

12:56PM 24   ground truthed and make sure that the various client agencies are

12:56PM 25   comfortable with their accuracy.  I spoke with Mr. Tankerus

12:56PM 1  (spelled phonetically), who is our lead on this, earlier today,

12:56PM 2  and we hope to get a response out very quickly.

12:56PM 3          One of the things that we're really struggling with

12:56PM 4  is how far do we really need to go on these stipulations in order

12:57PM 5  to give the responder defendants the information they really need

12:57PM 6  to respond to the B3 order that Judge Barbier entered.

12:57PM 7          So I think there is going to be some more difficult

12:57PM 8  discussion about the latest round; but, the U. S. is committed to

12:57PM 9  trying to avoid, as much as possible, discovery on these discrete

12:57PM 10 issues.  We will keep working on it and get back to them as soon

12:57PM 11 as we can.

12:57PM 12         THE COURT:  Okay.

12:57PM 13         MR. TSEKERIDES:  I guess we'll have to work that out

12:57PM 14 with them.

12:57PM 15         We sat down hard with the other responder

12:57PM 16 defendants to come up with what we thought we needed to deal with

12:57PM 17 community issues from the order that would go to a potential

12:57PM 18 summary judgement motion.  So we'll see what particular issues

12:57PM 19 the government has, and we'll deal with it and bring it back to

12:57PM 20 Your Honor if we have any issues.

12:57PM 21         THE COURT:  Okay.  Good.  Then, let me ask you while

12:57PM 22 you're up here, with regard to Nalco stipulations, anything

12:57PM 23 separate from that?

12:57PM 24         MR. TSEKERIDES:  I'll have to defer to Sarah on that.

12:57PM 25         THE COURT:  Sarah, anything separate?

12:57PM 1          MS. HIMMELHOCH:  I believe that what came out today were

12:57PM 2 all the stipulations that Nalco requested.

12:58PM 3          THE COURT:  Okay.  Good.  Well, I haven't seen that, so

12:58PM 4 that's great.

12:58PM 5          MS. HIMMELHOCH:  Yes, I don't believe we sent it to you.

12:58PM 6 We're happy to if you want.

12:58PM 7          THE COURT:  No, no, no.  Keep going.  Keep going.  I'm

12:58PM 8 going to take it off my list of things to ask you about.  That's

12:58PM 9 good.

12:58PM 10          Then, with regard to B3 discovery, Ted, Lee Ann

12:58PM 11 Stevenson, for BP, circulated the draft for the COREXIT

12:58PM 12 discovery.  Have you heard any discussions of objections?

12:58PM 13          MR. TSEKERIDES:  I have not.  You're talking about those

12:58PM 14 two little lines she --

12:58PM 15          THE COURT:  That's right.

12:58PM 16          MR. TSEKERIDES:  I haven't heard anything.

12:58PM 17          THE COURT:  Then we're going to go ahead and enter that

12:58PM 18 order.

12:58PM 19          MR. TSEKERIDES:  I think, today, we're going to serve

12:58PM 20 some discovery later today on some parties.

12:58PM 21          THE COURT:  Sounds good.  Thank you.

12:58PM 22          Now, there has been a big dust-up over the

12:59PM 23 organizational chart for BP.  Why don't you all have a meet and

12:59PM 24 confer process that -- or, if you want, Andy, why don't you give

12:59PM 25 the PSC what you believe is the correct organizational chart, if

12:59PM  1    you want, and see if we can't get this resolved.  If you object

12:59PM  2    to use of it at all, Andy, say so, and we'll take it up.

12:59PM  3               MR. LANGAN:  I guess, Your Honor, if we're going to go

12:59PM  4    down the org chart road, we just ought to use the ones produced

12:59PM  5    in the ordinary course of business.

12:59PM  6               THE COURT:  Why don't you all talk to Andy about that.

12:59PM  7               MR. LANGAN:  Is that for TO and Halliburton, too?

12:59PM  8               THE COURT:  I think it is.  Are you all going to do the

12:59PM  9    same kind of thing for Transocean, Halliburton, etcetera?

01:00PM 10                    Mr. Roy is indicating yes.

01:00PM 11               MR. LANGAN:  I would just suggest we all pull

01:00PM 12    representative ordinary course org charts that existed about the

01:00PM 13    time of the incident, and let's --

01:00PM 14               MR. ROY:  That doesn't work, Your Honor --

01:00PM 15                    This is Jim Roy.

01:00PM 16                    -- which is why we created the demonstrative that

01:00PM 17    we did.  But I think --

01:00PM 18               THE COURT:  Well, Andy says it's inaccurate.

01:00PM 19               MR. ROY:  We welcome his comments about how it is

01:00PM 20    inaccurate, and we love the idea of putting forth a correct org

01:00PM 21    chart to correct us in the error of our ways.

01:00PM 22               MR. LANGAN:  We don't want to engage the plaintiffs on

01:00PM 23    the accuracy of their demonstratives when trial is three months

01:00PM 24    away.  It's not fair.

01:00PM 25                    If we want to use ordinary course org charts, let's

01:00PM 1  do it for everybody.  We should not go down the road of having

01:00PM 2  parties start throwing demonstratives at Judge Barbier.  It's not

01:00PM 3  the way cases are tried.  It's not fair.

01:00PM 4          THE COURT:  I'll take it up.

01:00PM 5          MR. LANGAN:  Thank you.

01:00PM 6          MR. WITTMANN:  Cameron agrees with BP on that issue,

01:00PM 7  Your Honor.

01:00PM 8          THE COURT:  Really, Phil?

01:00PM 9          MR. WITTMANN:  Yes.

01:00PM 10         SPEAKER:  Let me guess, what does Anadarko say?

01:01PM 11         MS. KUCHLER:  Mum's the word.

01:01PM 12         MR. LANGAN:  We'll wait to hear from you then,

01:01PM 13  Your Honor.

01:01PM 14         THE COURT:  The ball is in my court.  The ball is in my

01:01PM 15  court.

01:01PM 16             Okay, guys.  We're talking about now Phase Two

01:01PM 17  30(b)(6) deposition notices.  We face the issue of, by way of

01:01PM 18  example, the Add-Energy issue.

01:01PM 19             I want to make sure I understand the issue.

01:01PM 20  Add-Energy is going to be a nonparty 30(b)(6) deponent, and the

01:01PM 21  parties are going to want documents from Add-Energy as a

01:01PM 22  deponent.

01:01PM 23             As I understand it, the disagreement is whether or

01:02PM 24  not the actual designee has to produce documents in conjunction

01:02PM 25  with the 30(b)(6) deposition.  Is that the heart of the

01:02PM  1    disagreement?

01:02PM  2              MR. BARR:  Yes, Your Honor.

01:02PM  3              THE COURT:  Brian, come on up.

01:02PM  4              MR. BARR:  It revolves around parties and nonparties.

01:02PM  5              The nonparty issue is, is I think BP agrees with us

01:02PM  6    they would have to produce documents in response to 30(b)(6)

01:02PM  7    topics; but, we also believe they should have to produce the

01:02PM  8    documents they reviewed getting ready for the deposition, their

01:02PM  9    custodial files, because those -- I mean, there is a reason why

01:02PM 10    they are identifying these people.

01:02PM 11              When you're getting the one shot at the person who

01:02PM 12    is speaking on behalf of the nonparty, we should be able to see

01:03PM 13    what they've seen to get ready.  There could be issues as far as,

01:03PM 14    you know, why they picked this particular person.  So the

01:03PM 15    contents of their custodial file could be relevant to those

01:03PM 16    inquiries, as well.

01:03PM 17              That's a lot of the reason why we want to see all

01:03PM 18    sides of it on the nonparties.  Now, the parties is a different

01:03PM 19    issue.

01:03PM 20              THE COURT:  Well, the issue came to me as the Add-Energy

01:03PM 21    case, which is a nonparty.  I guess my question to you is this.

01:03PM 22    You've prepared the 30(b)(6) deposition notice, and presumably

01:03PM 23    you've also prepared a document request to Add-Energy.  The

01:03PM 24    document request asks for the documents that you're looking for

01:03PM 25    that are relevant to this litigation.  In addition, you're asking

01:03PM 1    for the custodial file of the designee.

01:04PM 2              MR. BARR:  I can pull up --

01:04PM 3              THE COURT:  Maybe that's what I need to do is see what

01:04PM 4    you've got.

01:04PM 5              MR. BARR:  Just so the record -- I mean, the PSC didn't

01:04PM 6    actually draft the Add-Energy 30(b)(6) notice.  Tim's e-mail

01:04PM 7    addressed it specifically to Add-Energy, but I think it was

01:04PM 8    addressed in a way that was generic as to all document requests.

01:04PM 9              Those are the document requests, Your Honor.

01:04PM 10             THE COURT:  So why don't I take a look at this.  If

01:04PM 11   anybody wants to chime in.

01:04PM 12             Now, as to parties, the searches of the parties'

01:05PM 13   records should encompass everybody's file, shouldn't it?

01:05PM 14             MR. BARR:  It should.

01:05PM 15             THE COURT:  We shouldn't have this issue with regard to

01:05PM 16   parties?

01:05PM 17             MR. BARR:  Well, here was our thinking on -- for

01:05PM 18   Phase Two -- because we've structured it a little differently

01:05PM 19   with Phase Two, and I think it makes sense the way we've done

01:05PM 20   it -- we're going to do the 30(b)(6)'s up front; and, then, to

01:05PM 21   the extent we need individual fact witnesses, we're going to do

01:05PM 22   that on the back end.

01:05PM 23             With Phase One, the 30(b)(6)'s, the defendants were

01:05PM 24   not obligated to produce the custodial file.  We believe in this

01:05PM 25   instance, because we've flipped the way things are happening,

01:05PM 1  that they should produce the custodial file, primarily because

01:05PM 2  now we're doing the 30(b)(6) first.

01:05PM 3          When you're in the scenario, the way we're doing

01:05PM 4  these depositions is when you depose this person, even though

01:05PM 5  it's a 30(b)(6) deposition, we're not going to get another shot

01:05PM 6  at them on an individual basis.  If we're going to go forward on

01:06PM 7  that basis, let's go ahead and do it all at once, rather than

01:06PM 8  trying to do it piecemeal.

01:06PM 9          THE COURT:  All right.  I understand.

01:06PM 10         Rob, do you want to address that?

01:06PM 11     MR. GASAWAY:  Yes, Your Honor.

01:06PM 12         Just to remind the Court of the previous

01:06PM 13 conversation we had about this, we were talking about mega

01:06PM 14 structural issues of Phase Two.  Written discovery, put off the

01:06PM 15 30(b)(6) till mid January, then fact depositions.

01:06PM 16         We had this exact discussion with the Court, and we

01:06PM 17 said the custodial file production for 30(b)(6) witnesses would

01:06PM 18 occur only if they were so-called hybrid witnesses.  One of the

01:06PM 19 reasons for that was to take away the element of strategic choice

01:06PM 20 of your 30(b)(6) witness with regard to what the custodial file

01:06PM 21 production would be.

01:06PM 22         So, as I understand it, in Phase One there was no

01:06PM 23 custodial file production with respect to a corporate

01:06PM 24 representative witness who was speaking on behalf of the

01:06PM 25 corporation with respect to certain topics.  To the extent that

01:07PM  1   documents are needed on those same topics, those are being

01:07PM  2   produced in discovery, and we tried to phase, in Phase Two, the

01:07PM  3   written discovery first and then the 30(b)(6) for that reason.

01:07PM  4        THE COURT:  That's my question.  If the designated

01:07PM  5   deponent has factual information because of his involvement

01:07PM  6   during whatever phase it was, your search in response to document

01:07PM  7   requests should have included production from his custodial file?

01:07PM  8        MR. GASAWAY:  That's exactly correct.  Because,

01:07PM  9   remember, we have extensively negotiated lists of custodians and

01:07PM 10   of search terms, so that it would hit on those custodians or

01:07PM 11   those search terms.

01:07PM 12        THE COURT:  So if you designate witness one as your

01:07PM 13   deponent for topic one, if he has responsive documents in his

01:08PM 14   custodial file to the phase, those documents should have been

01:08PM 15   previously produced.

01:08PM 16        MR. GASAWAY:  Correct.

01:08PM 17        MS. HIMMELHOCH:  Your Honor, this is Sarah Himmelhoch.

01:08PM 18   I have something to say on this point, but I'll let Rob finish.

01:08PM 19        THE COURT:  Okay.  We'll come back to you, Sarah.  Thank

01:08PM 20   you for letting me know that.

01:08PM 21             So the PSC should be able to identify those

01:08PM 22   documents that came from witness one's file by doing a search?

01:08PM 23        MR. GASAWAY:  I don't know if the productions are

01:08PM 24   segregated so that you can tie search term and custodian.  I

01:08PM 25   would defer to Mark on that.

01:08PM 1          But, certainly, you can do a search of the

01:08PM 2    production for the named 30(b)(6) witness, and I know they will,

01:08PM 3    and they will produce all the documents that hit on that named

01:08PM 4    witness.

01:08PM 5          THE COURT:  Let's ask Mark.

01:08PM 6          Mark, if I did a search by custodian, is that going

01:09PM 7    to tell me whose file a document came from?

01:09PM 8          MR. NOMELLINI:  Yes, it will, Your Honor.  Then, you

01:09PM 9    could also search for any documents that are to or from or cc

01:09PM 10   that person.

01:09PM 11         All this is going to depend, in part, on, you know,

01:09PM 12   what the -- what the parties negotiated when they were

01:09PM 13   negotiating search terms.

01:09PM 14         For example, let's say John, John Smith is a

01:09PM 15   30(b)(6) witness.  Back when Anthony and Sarah and I were

01:09PM 16   negotiating search terms, we said, you know, we want you to

01:09PM 17   search John Smith for these particular requests.  Well, then that

01:09PM 18   will -- that will determine what documents will have been

01:09PM 19   produced for John Smith.

01:09PM 20         THE COURT:  Okay.  I'm with you.  Thank you, Mark.

01:10PM 21         Sarah, do you want to chime in?

01:10PM 22         MS. HIMMELHOCH:  I just wanted to say that there was one

01:10PM 23   nuance that we have gone back and forth with BP over with respect

01:10PM 24   to what will have been produced.

01:10PM 25         Both BP and the U.S. put time limits on their

01:10PM 1    responsive document searches.  In other words, we typically

01:10PM 2    searched only through January 31, 2011, or even some of our

01:10PM 3    requests were cut off even earlier than that.  So there could

01:10PM 4    conceivably be responsive information in the custodial files that

01:10PM 5    postdates those agreed upon searches.

01:10PM 6            I'm not advocating we change that.  I just want

01:10PM 7    everyone to be aware and everyone to be on the same playing field

01:10PM 8    about whether or not there is any need to supplement the

01:10PM 9    custodial productions for the 30(b)(6) designees for the time

01:10PM 10   period between January 31st and the deposition.

01:11PM 11           I am, as I said, not advocating one way or the

01:11PM 12   other.  I'm just saying there has been discussion about that in

01:11PM 13   the rapid fire exchanges over document productions, and I think

01:11PM 14   all the parties should be on the same page as to whether or not

01:11PM 15   they have to do that.  I wanted that to be in the consideration

01:11PM 16   as we talk about this question of custodial file productions for

01:11PM 17   30(b)(6) witnesses.

01:11PM 18           THE COURT:  Okay.  All right.

01:11PM 19           So, Brian, as I see it, relative to parties, you

01:11PM 20   don't really need custodial file production for whoever the

01:11PM 21   designated deponents are because, if the parties have complied

01:11PM 22   with the search terms and the custodians that have been

01:11PM 23   negotiated, you should have everything that's responsive.

01:11PM 24           MR. BARR:  With one caveat.  If that custodian that they

01:11PM 25   put up for the 30(b)(6) witness was not part of the negotiated

01:11PM  1    custodians to search through, his custodial file would not have
01:11PM  2    gotten in the search.
01:12PM  3            THE COURT:  Okay.  Well, that's a fair caveat.
01:12PM  4            I guess what I would like to do is go ahead with
01:12PM  5    our process of negotiating the 30(b)(6) notices.  Let's see who
01:12PM  6    is going to be designated.  If there are some people who were not
01:12PM  7    on the custodial list, we'll take it up on a case-by-case basis.
01:12PM  8            MR. BARR:  That works for us, Your Honor.
01:12PM  9            THE COURT:  Now, with the nonparties, that's a little
01:12PM 10    hairier.  It seemed to me that there was form over substance.
01:12PM 11    Everybody agrees that, relative to a nonparty, you can do a
01:12PM 12    30(b)(6) records deposition, and the nonparty can be compelled to
01:12PM 13    produce documents.  We've managed to do that ahead of time, and I
01:13PM 14    hope that we'll be able to work that out with nonparties going
01:13PM 15    into Phase Two.
01:13PM 16            I guess, the point being that I don't know about
01:13PM 17    who these third parties are going to designate and whether or not
01:13PM 18    they will object to production of custodial files or otherwise.
01:13PM 19            Does anybody disagree that document production
01:13PM 20    cannot be requested from a third-party?  Okay.
01:13PM 21            MR. GASAWAY:  Let me say that I know there has been some
01:13PM 22    question as whether the appropriate mechanism is a Rule 45
01:13PM 23    third-party subpoena vis-a-vis this.
01:13PM 24            THE COURT:  Versus a 30(b)(6) records deposition notice.
01:13PM 25            MR. GASAWAY:  Right.  So I will flag that.

01:13PM 1          I do think it's different -- again, the idea is

01:13PM 2    that a custodial production is tied to a particular individual

01:14PM 3    that happens to be a 30(b)(6) representative.  I do think, when

01:14PM 4    you're talking about third parties, you can ask a third-party,

01:14PM 5    please give me your documents relative to X, but I think it's a

01:14PM 6    little bit different depending on who it is.

01:14PM 7          THE COURT:  I totally agree.  I mean, I think it's a

01:14PM 8    completely different analysis, and we don't know what the

01:14PM 9    third-party is going to say.

01:14PM 10          But, form over substance.  A Rule 45 subpoena

01:14PM 11   returnable prior to the date of the deposition, obviously, is the

01:14PM 12   way to go.  If we have objections, we're going to have to take

01:14PM 13   them up, it seems to me.

01:14PM 14          But we obviously want to take third-party

01:14PM 15   depositions and have their documents in advance, so everybody has

01:14PM 16   what they want.  If there are objections, we'll just have to take

01:14PM 17   them up as we go.

01:14PM 18          MR. GASAWAY:  We agree on the need for documents from

01:14PM 19   third parties through the appropriate procedure, whatever we

01:14PM 20   decide that is.

01:15PM 21          Just a related point, going back to the previous

01:15PM 22   point with respect to parties, we think that the issue of a

01:15PM 23   custodial production for a 30(b)(6) representative would be

01:15PM 24   similar in the sense that if John Smith, to use Mark's analogy,

01:15PM 25   is a 30(b)(6) representative, he gets deposed on those 30(b)(6)

01:15PM 1    topics, he gets -- the parties deposing him have access to the

01:15PM 2    documents beforehand.  He can obviously be asked questions and

01:15PM 3    will respond to them at that point.

01:15PM 4              But, to the extent that a custodial production is

01:15PM 5    needed for him, he would become, again, as we talked about the

01:15PM 6    last time, a fact witness, so that would go into the good cause

01:15PM 7    shown factual inquiry after the 30(b)(6).

01:15PM 8              We fully expect that some of our friends at this

01:15PM 9    side of the room will be asking questions at 30(b)(6), people

01:15PM 10   will be answering questions, and they will use that as a

01:15PM 11   predicate for later factual depositions, in showing the need for

01:16PM 12   that.  We'll probably do that, as well.

01:16PM 13             But, again, we would submit that the custodial

01:16PM 14   production would be in advance of that next phase, after the good

01:16PM 15   cause is shown, just to relay the point.

01:16PM 16             THE COURT:  Okay.  Brian, what else have you got?

01:16PM 17             MR. BARR:  If you would like, I can give you just an

01:16PM 18   update as to where we are on the 30(b)(6).

01:16PM 19             THE COURT:  May I keep this and take a look at it?

01:16PM 20             MR. BARR:  You can keep that.  Ignore my "no objection"

01:16PM 21   written on the top, because the U. S. wrote it.  I don't object

01:16PM 22   to it.

01:16PM 23             Where we're at from the PSC perspective, of the

01:16PM 24   23 notices that have gone out, 12 of them have been resolved;

01:16PM 25   we're still working on 11 of them from the PSC perspective.

01:16PM 1          There was a big issue -- and I want to make sure

01:16PM 2    this is clarified, and I don't know if Andy or Mark or somebody

01:16PM 3    else is the right person to answer this -- but when these first

01:17PM 4    got started last week, there was an issue as to the service on

01:17PM 5    third parties of a group like Add-Energy or the BP Institute.

01:17PM 6          We're hoping that -- Tim didn't raise this in his

01:17PM 7    e-mail to the Court this week, so we think this issue has been

01:17PM 8    resolved, and that BP is not going to say that these aren't

01:17PM 9    people we can serve; or, we can figure out a way to do it through

01:17PM 10   BP, given that it's the BP Institute.

01:17PM 11         MR. LANGAN:  Rob, I'm not aware of the issue.

01:17PM 12         MR. BARR:  Maybe we just have to readdress it, but I was

01:17PM 13   hopeful that --

01:17PM 14         THE COURT:  I was hopeful, too, but I guess, you know,

01:17PM 15   my hopes and dreams are immaterial at this point.

01:17PM 16         MR. UNDERHILL:  For one of them, I think it's simple.

01:17PM 17   Add-Energy is actually a BP expert witness and undergoing

01:17PM 18   deposition within a couple of weeks.  So I'm hoping that there is

01:17PM 19   not a dispute on that.

01:18PM 20         As far as the BP Institute, I focused on those

01:18PM 21   letters to BP in the Institute part, so I'm hoping our friends

01:18PM 22   will use whatever persuasive powers, probably their grant powers,

01:18PM 23   that get the name of BP in the Institute, maybe to assist us in

01:18PM 24   that endeavor to cut through some of the Hague Convention stuff.

01:18PM 25   We just don't want to have to go through that.

01:18PM 1          We'll do what we have to do, but we're hoping we

01:18PM 2   don't.

01:18PM 3          THE COURT:  Andy is listening.

01:18PM 4          MR. LANGAN:  We'll follow up.

01:18PM 5          THE COURT:  I've seen the dust-up over the proposed

01:18PM 6   30(b)(6) notice for the United States.  I haven't, Sarah, studied

01:18PM 7   the 30(b)(6) notice.  I will.

01:18PM 8          But I do think that Andy's point that he raises in

01:18PM 9   his most recent letter about this being a little fundamentally

01:18PM 10  different, because we're approaching Phase Two starting with

01:19PM 11  30(b)(6)'s in order to try to keep the number of fact witnesses

01:19PM 12  down, is a correct argument.

01:19PM 13         So I'm not sure that I can just categorically say,

01:19PM 14  okay, it's going to be 30, and that's it.  But I will look at the

01:19PM 15  30(b)(6) and be prepared to discuss it in more detail.

01:19PM 16         MR. UNDERHILL:  Sarah, this is Mike speaking.

01:19PM 17         I hear your point, Your Honor.  It's a valid one.

01:19PM 18         I'd say that there is a countervailing

01:19PM 19  consideration, too, that Phase One, with all the depositions,

01:19PM 20  30(b)(6) and fact witnesses, we had, had a panoply of issues that

01:19PM 21  were bigger than this courtroom, stretching back years, in some

01:19PM 22  cases, with the process safety issues.

01:19PM 23         We're really talking about two very discrete

01:19PM 24  issues.  We're talking about how much oil came out of the bottom

01:19PM 25  of the hole, up to the top of the hole, over a period of time

01:19PM 1  through a designated track, casing, BOP, etcetera.  That's all

01:20PM 2  that's about.  I'm not minimizing the complex, but it's a fairly

01:20PM 3  discrete issue.

01:20PM 4          Source control, BP was sitting in there holding

01:20PM 5  hands with Thad Allen and all of the other folks in Houston, in a

01:20PM 6  collective way, doing Kumbaya.  Sometimes not Kumbaya.

01:20PM 7          THE COURT:  I knew that was going to come out of your

01:20PM 8  mouth.

01:20PM 9          MR. UNDERHILL:  I'm just a Kumbaya guy.

01:20PM 10          But the point is, is that they are very discrete

01:20PM 11  issues.  So I hear their point, but I say this swings the

01:20PM 12  pendulum back.  If anything less than 30 -- and we're not going

01:20PM 13  to hold the Court to -- we're not going to hold the Court to

01:20PM 14  anything -- Andy to 30 -- I got to watch my lanes here -- but I

01:20PM 15  think that where I see the pendulum swinging is it's still back

01:20PM 16  to about 30, 35.

01:20PM 17          We don't have a problem with topics.  What we see

01:20PM 18  is this is an effort to basically build in the witnesses the

01:20PM 19  Court took out.

01:20PM 20          THE COURT:  Well, and one of the problems is, of course,

01:20PM 21  that you've got so many agencies involved, and so that's an

01:20PM 22  issue.

01:21PM 23          MS. HIMMELHOCH:  Your Honor, if I could respond to that

01:21PM 24  a little bit, though.  We -- for some of these efforts, though,

01:21PM 25  it was a team.  It was certainly a cross-agency team, but it is

01:21PM  1   possible that for some of these topics, though, it will touch on
01:21PM  2   things handled by four agencies.  There might be a designee who
01:21PM  3   could cover that topic for all four agencies because they were
01:21PM  4   working as a team.
01:21PM  5           THE COURT:  Okay.  All right.
01:21PM  6               Well, I'm going to look at it.  I haven't studied
01:21PM  7   it, guys, but I do think Andy raised a good point with regard to
01:21PM  8   how we're approaching Phase Two.  So we'll take a look at it and
01:21PM  9   see if we can't hack away at it.
01:21PM 10           MS. HIMMELHOCH:  Okay.
01:21PM 11           THE COURT:  All right.  Let's see.
01:21PM 12               Sarah, of course, if you want to continue your meet
01:21PM 13   and confer, feel free.
01:21PM 14           MS. HIMMELHOCH:  We will find a way to continue the
01:21PM 15   conversation with BP.
01:21PM 16           THE COURT:  Okay, thank you.
01:21PM 17               Guys, you asked for guidance from us on how the
01:22PM 18   process of Phase Two stipulations will fit into the overall
01:22PM 19   schedule.  Why don't we defer that to --
01:22PM 20               Oh, Rob, come on up.  I was going to say let's
01:22PM 21   defer that to December 2nd; but, Rob, if you've got some bright
01:22PM 22   idea.
01:22PM 23               I think we should stipulate to the amount of oil, as you
01:22PM 24   all well know, and then half or three-quarters of Phase Two goes
01:22PM 25   away; but, again, my hopes and dreams.

01:22PM 1          MR. GASAWAY:  You've made that abundantly clear,

01:22PM 2 Your Honor.

01:22PM 3          BP and the DOJ are continuing to discuss.  As I

01:22PM 4 understand it, that December 2nd timing should work well.

01:22PM 5          They had a call yesterday.  I think they have a

01:22PM 6 group of stipulations that they will be ready to share with the

01:22PM 7 parties right around that December 2nd date.

01:22PM 8          Again, this will be -- I don't want to get the

01:22PM 9 Court's hopes up -- much less cosmic than the total barrels of

01:22PM 10 oil, much more chronological, just the facts, ma'am; but, I think

01:23PM 11 we'll have a list of a hundred or more that are ready to go.

01:23PM 12          THE COURT:  The last stipulation will be --

01:23PM 13          MR. GASAWAY:  The number of oil.

01:23PM 14          THE COURT:  -- the number of barrels of oil, okay?  So

01:23PM 15 work towards that.

01:23PM 16          MR. GASAWAY:  I'll report back on December 2nd.

01:23PM 17          MR. UNDERHILL:  We're also thinking multiple choice,

01:23PM 18 that you can fill in the blank, Your Honor.

01:23PM 19          THE COURT:  That's fine.  I'll happily undertake to do

01:23PM 20 that.

01:23PM 21          MR. UNDERHILL:  We're moving for the higher one.  Rob's

01:23PM 22 team is moving for the lower one.  Just keep that as an

01:23PM 23 alternative.

01:23PM 24          THE COURT:  Thanks, Rob.  I appreciate the update.

01:23PM 25          Guys, do we have anything that we need to take up

01:23PM  1    on authenticity objections?  We kind of let that drop off the

01:23PM  2    map.  I hope that's because there are no real authenticity

01:23PM  3    objections.  Is that right?

01:23PM  4          MR. NOMELLINI:  Your Honor, it's Mark Nomellini.

01:23PM  5          I think we have a good process going with

01:23PM  6    Steve Herman and his team.  We're trying to work through the

01:23PM  7    issues.

01:23PM  8          We haven't worked through all of them, in part,

01:23PM  9    because the process is ongoing.  We just submitted our

01:24PM 10    authenticity objections for the most recent depositions per the

01:24PM 11    schedule last week.  Hopefully, we'll be able to resolve a lot of

01:24PM 12    those.

01:24PM 13          One issue that's coming up, as Your Honor will

01:24PM 14    recall, there was a -- there was a date for filing motions

01:24PM 15    regarding authenticity issues in October.  Your Honor deferred

01:24PM 16    that deadline pending the parties' discussions.

01:24PM 17          For the most recent set of depositions, I think

01:24PM 18    that there is a new deadline coming up.  I think it's

01:24PM 19    December 2nd.  We assume that -- you know, that was -- that would

01:24PM 20    be subject to the same -- the same order, that it would be

01:24PM 21    deferred pursuant to the parties' ongoing discussions, but wanted

01:25PM 22    to raise that to confirm it.  This is just relating to

01:25PM 23    authenticity issues.

01:25PM 24          THE COURT:  No, I appreciate the update.  That's fine.

01:25PM 25          Anybody else have anything on that issue?

01:25PM  1           MR. YORK:  Your Honor, Alan York for Halliburton.

01:25PM  2               We also, in compliance with the Court's deadline,

01:25PM  3   did file an authenticity objection document on the 14th.  The

01:25PM  4   vast majority of documents there were the same kind of things

01:25PM  5   with handwriting, highlighting.  We'll continue to work those

01:25PM  6   out.

01:25PM  7               I think there were only ten that we included, and

01:25PM  8   most of those went -- I believe, if I remember correctly, eight

01:25PM  9   of the ten went to the Craig Gardner deposition exhibits that

01:25PM 10   were, again, basically handwriting issues.

01:25PM 11               So we'll continue to work with the parties to try

01:25PM 12   to work those things out.

01:25PM 13           THE COURT:  Let's agree to this.  If there are serious

01:25PM 14   issues with any document, why don't you bring it to our

01:25PM 15   attention.  Something besides handwriting or notations or

01:25PM 16   whatever, but, I mean, serious authenticity issues, bring it to

01:25PM 17   my attention, and we'll try to tee it up so that we can get it

01:26PM 18   taken care of.

01:26PM 19               All right.  Interpleader agreement, thank you all

01:26PM 20   for working that out.  I figure I'll spend the rest of my years

01:26PM 21   looking at the reasonableness of the settlements, so that's

01:26PM 22   something for me to look forward to.

01:26PM 23               Anthony, thank you for the confidentiality order.

01:26PM 24   All good.

01:26PM 25               Next up is the discussion that we wanted to have

82

01:26PM 1   relative to deposition designations and whether or not we want to

01:26PM 2   prohibit the PSC from designating Phase Two when they designate

01:26PM 3   their Phase One designations now.

01:26PM 4           I have said that I didn't want to do that, that I

01:27PM 5   don't want them to have to look at it twice, but here is the

01:27PM 6   question:  Can you go ahead and make those designations and set

01:27PM 7   them aside?

01:27PM 8           MS. KUCHLER:  That's what we were going to propose.

01:27PM 9   That would be the efficient way to do it.  Just don't give them

01:27PM 10  to the Judge until we get to Phase Two.

01:27PM 11          MR. HERMAN:  I really don't understand the purpose of

01:27PM 12  it.  It's extremely inefficient.

01:27PM 13          The real problem that we have is -- and I think --

01:27PM 14  I don't think I sent our Group Four summaries to Your Honor.  I

01:27PM 15  think I just sent cc's to the parties.  But, based on your answer

01:27PM 16  to my question, you know, we have been trying from the beginning

01:27PM 17  to make it clear that it wasn't supposed to be purely a

01:27PM 18  chronological point in time.

01:27PM 19          THE COURT:  Well, and Dennis asked a question that makes

01:27PM 20  that very clear.  I mean, Dennis asked the question, that I think

01:27PM 21  was very helpful, about, well, you know, we did our forensic

01:28PM 22  look-see post event, is that Phase Two?  Well, no, that's not.

01:28PM 23  That's Phase One.

01:28PM 24          MR. HERMAN:  Right.  Well, I mean, that's a good

01:28PM 25  example; but, there are other examples where -- just using BP as

01:28PM 1  an example, but you have, you know, depositions taken. Let's say
01:28PM 2  80 percent of it or 75 percent of it relates to why things went
01:28PM 3  wrong on April 20th. Okay. Mixed in with all of that are a
01:28PM 4  bunch of failures to prepare.
01:28PM 5       Now, the reality is, if you were -- if you wanted
01:28PM 6  to parse through it, and you were being very scientific about it,
01:28PM 7  somebody might say, well, you know, a lot of these failures to
01:28PM 8  prepare, they may not have really manifested themselves on
01:28PM 9  April 20th, but they became much more significant when they were
01:28PM 10 trying to cap the well two weeks later.
01:28PM 11      But, to try to parse all of that out and try to
01:29PM 12 say, well, this is Phase One versus Phase Two, I mean, a lot of
01:29PM 13 it is ambiguous, it overlaps; and, we're also attempting to give
01:29PM 14 the Court kind of a fair picture of what happens and what the
01:29PM 15 deposition testimony is.
01:29PM 16      I understand, if you're talking about top kill or
01:29PM 17 top hat and all those things, and capping stack, except for the
01:29PM 18 fact that they didn't have one before April 20th, you know, that
01:29PM 19 stuff is fairly easy to say, okay, well, that's really Phase Two,
01:29PM 20 we'll take it out and deal with it later.
01:29PM 21      But when you have the two issues mixed together,
01:29PM 22 and particularly when the chronology is prior to April 20th, A,
01:29PM 23 it doesn't seem efficient; and, B, I don't see how it's efficient
01:29PM 24 for the Court, and we would rather give the Court an appropriate
01:29PM 25 picture.

01:29PM 1            I frankly don't understand what Anadarko's issue is

01:29PM 2    because -- well, there is a lot of things I don't understand

01:29PM 3    about it -- I don't understand why Anadarko cares whether

01:29PM 4    Phase Two stuff comes in as opposed to Phase One stuff.  What do

01:29PM 5    they care?

01:30PM 6            THE COURT:  If they get their jury trial, then none of

01:30PM 7    this will impact the jury.

01:30PM 8            MS. KUCHLER:  Right.

01:30PM 9            MR. FITCH:  Judge, this is Tony Fitch.

01:30PM 10           The reason we care is exactly that, because it's

01:30PM 11   not just Phase Two or even Phase Three evidence, it's also CW --

01:30PM 12   Clean Water Act evidence, especially coming in through the

01:30PM 13   United States.

01:30PM 14           Having that come in in Phase One deprives us of the

01:30PM 15   right to a jury trial, which, not an hour and a half ago, the

01:30PM 16   United States conceded that we do, in fact, have that CWA

01:30PM 17   liability issue.

01:30PM 18           THE COURT:  Let's see if Deb --

01:30PM 19           MR. FITCH:  As Judge Barbier pointed out, the way to

01:30PM 20   avoid repetition is just not to let it come in in Phase One.

01:30PM 21   There's your efficiency.

01:30PM 22           MS. KUCHLER:  Right.

01:30PM 23           This is Deb Kuchler for Anadarko.

01:30PM 24           Judge Barbier said very plainly this morning that

01:30PM 25   he really wants to try to live by that trial plan where Phase One

01:30PM 1    is done in Phase One, with the exception of very brief testimony

01:30PM 2    that might be appropriate to take because somebody is on the

01:30PM 3    stand.  He's going to be inundated with thousands of pages of

01:31PM 4    deposition designations.

01:31PM 5              Frankly, we'll let BP argue about capping stack

01:31PM 6    issues; but, from Anadarko's perspective, the fact that the

01:31PM 7    United States is trying to get into Phase One all the

01:31PM 8    Clean Water Act issues not only overwhelms the Judge with issues

01:31PM 9    he doesn't want to hear in Phase One, but it does have

01:31PM 10   implications to us on the jury trial issue.

01:31PM 11             THE COURT:  Deb, give me an example of a Clean Water

01:31PM 12   issue designation that you think has been made that should come

01:31PM 13   out?  Give me an example.

01:31PM 14             MS. KUCHLER:  Almost all of the U. S.'s designations as

01:31PM 15   to Anadarko and MOEX, as to what we knew, what our status was,

01:31PM 16   all of that goes to the U. S. trying to prove Clean Water Act

01:31PM 17   liability for the purposes of fines and penalties.

01:31PM 18             MR. UNDERHILL:  No.  No.

01:31PM 19             MR. FITCH:  Judge, we have done a list internally on

01:31PM 20   that, and I'm happy to share that with you Sunday afternoon,

01:31PM 21   after the e-mail rest period.

01:32PM 22             THE COURT:  Good, Tony.  I'll look forward to that.

01:32PM 23             MR. FITCH:  Or Monday morning, if you prefer Monday

01:32PM 24   morning instead of Sunday afternoon.

01:32PM 25             THE COURT:  I would like that, Tony.  I would like to

01:32PM 1    sink my teeth into concrete examples, because, otherwise, again,

01:32PM 2    I'm operating in a vacuum.

01:32PM 3            MR. FITCH:  Judge, that is obviously a fair point.

01:32PM 4    Several parties heard that from Judge Barbier this morning, and

01:32PM 5    we understand it.

01:32PM 6            MR. UNDERHILL:  Your Honor, this is a red herring issue.

01:32PM 7    Not the Communist variety, not even the Norwegian variety.

01:32PM 8            THE COURT:  That was my Bar exam name.

01:32PM 9            MR. UNDERHILL:  Red Herring?

01:32PM 10           THE COURT:  Red Herring.

01:32PM 11           MR. UNDERHILL:  Gefilte Fish is mine.

01:32PM 12              But, two points.  These are not difficult concepts

01:32PM 13   for my Anadarko friends to grasp.  As to Tony's or Deb's,

01:32PM 14   whomever made it, they are flat wrong that these issues are

01:32PM 15   solely relevant to the Clean Water Act.

01:33PM 16              The allegations in the OPA side of the case, the

01:33PM 17   OPA side of the case, is whether they have responsibility as

01:33PM 18   owner/operator.  These are relevant issues.  They say that we're

01:33PM 19   a passive investor, and maybe they are, but those are all going

01:33PM 20   to come in.

01:33PM 21              The gross negligence issues, frankly, candidly, I

01:33PM 22   don't think Anadarko is going to lose a lot of sleep over gross

01:33PM 23   negligence because, as Judge Barbier pointed out, he's already

01:33PM 24   dismissed even the negligence case against them.  So these are

01:33PM 25   going to come in on the OPA side and various other sides.

01:33PM 1          As to the jury trial issue, the cart is before the

01:33PM 2    horse.  This is going to be a bench trial.  If, at the end of the

01:33PM 3    bench trial, there is a body of evidence, let's assume some

01:33PM 4    includes purely Phase Two issues, let's assume that's the case,

01:33PM 5    and if Anadarko establishes the right to a jury trial for various

01:33PM 6    issues, then they are going to be able to do a do-over with those

01:33PM 7    very same issues.

01:33PM 8          Now, if the jury was tried first, and they were

01:33PM 9    deprived of evidence, I got the prejudice; but, there is no

01:34PM 10   prejudice.  If their jury trial exists, they are going to have

01:34PM 11   it, if they're still around, if we haven't dismissed, settled or

01:34PM 12   whatever we do.  So this is a total red herring.

01:34PM 13         MR. FITCH:  Well, Judge, it's not a red herring when

01:34PM 14   Judge Barbier is concerned about the efficiency of the trial.

01:34PM 15         The OPA point that Mike makes, I respectfully

01:34PM 16   suggest, was basically taken out of the case this morning, given

01:34PM 17   Judge Barbier's ruling and reasoning therefor on the motions to

01:34PM 18   dismiss the counterclaims.  The same rational has to apply to the

01:34PM 19   government's argument about what's relevant to OPA liability.

01:34PM 20         We walked out of Judge Barbier's courtroom -- a

01:34PM 21   courtroom in which the right to jury trial was conceded and

01:34PM 22   acknowledged, and therefore it does not have to be established,

01:34PM 23   as Mike just said -- we walked out of that courtroom also,

01:34PM 24   respectfully, with a zero OPA allocation.

01:34PM 25         THE COURT:  Okay.

01:34PM  1          MS. BERTAUT:  Judge, Carmelite Bertaut for Cameron.

01:34PM  2              I don't really want to discuss Clean Water Act and

01:35PM  3   those issues, but I think there is a larger issue with the

01:35PM  4   doubling up or the Phase Two creeping into Phase One, which is a

01:35PM  5   fundamental due process concern that I think parties have in

01:35PM  6   trying to figure out what it is we are actually trying on

01:35PM  7   Phase One.

01:35PM  8              I don't have any specifics, Judge, but I do think

01:35PM  9   we need to continually remember that we're -- we need to be on

01:35PM 10   notice of what it is that's coming up; although, deposition

01:35PM 11   designations is a little bit looser, but this does impact other

01:35PM 12   issues.  And so that's a broader issue, to me, than just

01:35PM 13   Clean Water Act and Anadarko.

01:35PM 14          THE COURT:  My e-mail this week gave you the Phase One

01:35PM 15   language.

01:35PM 16          MS. BERTAUT:  Exactly.

01:35PM 17          THE COURT:  I mean, it's crystal clear.  The only issue

01:35PM 18   is whether we can draw a fine line or not.

01:35PM 19              Steve says we can't, and Tony says we can.  So,

01:35PM 20   Tony, send me your illustrative information, and we'll go ahead

01:35PM 21   and take it from there.

01:35PM 22          MR. FITCH:  Yes, I will.  Of course, Judge.

01:36PM 23              The final point to keep in mind is this remains a

01:36PM 24   pretty important issue because there are an awful lot of

01:36PM 25   designations still -- still to come.

01:36PM 1          THE COURT:  Right.

01:36PM 2          MR. FITCH:  We do think that your preclusion ruling, to

01:36PM 3     the extent that it is in force, needs to apply to designations,

01:36PM 4     obviously, as well as the two-page summaries.

01:36PM 5               Finally, if you review, for example, the Group Four

01:36PM 6     two-page summaries that the PSC submitted, I think, last night,

01:36PM 7     when you read those summaries, they are precise.  They don't

01:36PM 8     bring in Phase Two evidence or CWA evidence.  It can be done.

01:36PM 9     It's a perfectly good, thorough document.

01:36PM 10          THE COURT:  They appreciate the compliment.

01:36PM 11          MR. HERMAN:  We do.

01:36PM 12               I think they actually do involve some arguable

01:36PM 13    Phase Two stuff, but that was my point.

01:36PM 14               Very quickly -- or as quickly as I can be.  First

01:36PM 15    of all, I think everybody on this side of the room heard

01:36PM 16    Judge Barbier's comments almost exactly the opposite.  The

01:37PM 17    efficiency that he was talking about is we're not going to call

01:37PM 18    people back during Phase Two if we can deal with them in

01:37PM 19    Phase One.

01:37PM 20               Secondly, a lot of this situation was created by

01:37PM 21    the insistence from the very beginning that deposition witnesses

01:37PM 22    only be called one time for all purposes, which is an

01:37PM 23    accomodation that everybody has made.

01:37PM 24               Finally, as Jim just pointed out, we have in good

01:37PM 25    faith taken a whole series of witnesses and said, yes, we agree,

01:37PM 1    these are primarily Phase Two, we're going to save them for

01:37PM 2    later.

01:37PM 3            We're doing that in good faith, and, to go back and

01:37PM 4    recut a whole bunch of things that are admittedly primarily

01:37PM 5    Phase One, and a lot of -- had a lot of Phase One and Phase Two

01:37PM 6    crossover, with maybe just little slices of Phase Two, we believe

01:37PM 7    is a waste of our time and a waste of the Court's time, and I

01:37PM 8    think is exactly what Judge Barbier said he didn't want to do

01:37PM 9    with live witnesses in court today.

01:37PM 10           THE COURT:  I am not going backwards.  The issue is

01:37PM 11   going forward what we're going to do.

01:37PM 12           MR. ROY:  Judge, Jim Roy, if I could just comment on

01:38PM 13   that one part.

01:38PM 14           The point is exactly as Steve has indicated.  We

01:38PM 15   think we have demonstrated by cutting dozens of depositions out

01:38PM 16   of the list of cuts, putting them in the back of the line,

01:38PM 17   calling them Phase Two.  All right.

01:38PM 18           But, going forward, as we go through depositions

01:38PM 19   that we consider to be primarily Phase One, you know, we may

01:38PM 20   consider it to be primarily Phase One, Carmelite may think it's

01:38PM 21   primarily Phase Two or even Phase Three.  We've got a problem

01:38PM 22   here.

01:38PM 23           We're using our best judgment as to what we think

01:38PM 24   it is.  We should be able to cut that deposition.  It, with all

01:38PM 25   due respect, creates tremendous management problems, when we're

01:38PM 1    dealing with this volume, to start trying to manage, you can't
01:38PM 2    put these ten lines of cuts in, but you can put the other
01:39PM 3    900 lines of cuts in.
01:39PM 4            It's a subjective thing.  We're trying to manage it
01:39PM 5    as best we can.  I believe we have demonstrated that we have not
01:39PM 6    abused it.  To the contrary, we have bent over backwards to pull
01:39PM 7    depositions out that are predominantly Phase Two and not
01:39PM 8    Phase One.  We would like to have that ability to continue.
01:39PM 9            If, in fact, there is a little Phase Two in a
01:39PM 10   particular deposition when we cut it, and in the overall context,
01:39PM 11   in our subjective opinion, it ought to be there, we think we have
01:39PM 12   got the right to put it there.
01:39PM 13           To the extent, in the Phase One two-page cuts,
01:39PM 14   two-page summaries, I would certainly agree that the emphasis in
01:39PM 15   those two pages ought to be Phase One issues; and, that when we
01:39PM 16   get to Phase Two, maybe the two-page cuts need to be supplemented
01:40PM 17   or redone to show what the emphasis is for Phase Two.
01:40PM 18           But we just, for the life of us, do not see, as
01:40PM 19   much as the defense would like to impose a bright line litmus
01:40PM 20   test rule to exclude, that's a big powerful word to plaintiffs
01:40PM 21   who carry the burden of proof.  We don't get to go in twice.  We
01:40PM 22   get to go in once for each phase.
01:40PM 23           We think that this is a subjective thing.  If we
01:40PM 24   get out of line, if we start slamming the Court with a lot of
01:40PM 25   stuff that's irrelevant, I strongly suspect the Court is going to

01:40PM 1   express itself to us.

01:40PM 2        THE COURT:  Yes.  I mean, that's the big fear that I

01:40PM 3   have, is that we don't want to make the burden harder than it

01:40PM 4   already is.

01:40PM 5        But let me take a look at the examples Tony is

01:40PM 6   going to send us, and I'll get something out early next week on

01:40PM 7   what we do going forward.  We're definitely not going backwards.

01:40PM 8        MR. FITCH:  Judge, I understand that; but, in each

01:41PM 9   instance of the trial, each phase of the trial, BP, in fact, gets

01:41PM 10   two swipes because it does have the right to put on its rebuttal

01:41PM 11   case.

01:41PM 12        I'm going to put the whip away now and leave this

01:41PM 13   horse alone.

01:41PM 14        THE COURT:  Okay.  Thank you.

01:41PM 15        MS. BERTAUT:  Judge, the only thing I was going to add,

01:41PM 16   and, actually, Jim has just confirmed it, which is the Court, I

01:41PM 17   think, had earlier indicated that the plaintiffs were saying it

01:41PM 18   was easy to demark it.  I think that there are going to be

01:41PM 19   occasions when it's not.

01:41PM 20        The different phases are meaningful, not just for

01:41PM 21   judicial economy purposes, but also for due process.  So I just

01:41PM 22   want to make certain that we're sensitive to the idea that the

01:41PM 23   details can swamp you.  That's all I'm saying.

01:41PM 24        THE COURT:  Thanks, Carmelite.

01:41PM 25        MS. KIRBY:  Judge, it's Ky Kirby.  Can I just make one

01:41PM  1   brief statement?

01:41PM  2            THE COURT:  Hello, Ky.

01:41PM  3            MS. KIRBY:  Mr. Roy actually just made what I think is a

01:41PM  4   point that I disagree with pretty strongly, and that is that we

01:42PM  5   all agree that if there was someone called by deposition, and

01:42PM  6   that person had Phase Two testimony in his deposition, then his

01:42PM  7   testimony should be designated at the same time in Phase One.

01:42PM  8            What Judge Barbier said this morning and what I

01:42PM  9   recall, having been the primary author of the trial structure

01:42PM 10   order that the judge ultimately modified and used, was if the

01:42PM 11   witness is actually there, present in the courtroom, then, sure,

01:42PM 12   we'll let him or her provide his or her Phase Two testimony then,

01:42PM 13   in lieu of making them come back at some point in the future.

01:42PM 14            That kind of efficiency issue does not exist with

01:42PM 15   respect to depositions.  We are highly technological now.  When

01:42PM 16   somebody is reviewing a deposition, they have very easy

01:42PM 17   capability of identifying something as Phase One and Phase Two at

01:42PM 18   the same time they are reading it.  They don't have to read it

01:43PM 19   twice.  They don't have to read it one time per phase.  They can

01:43PM 20   do it right then and there and just keep track of it.

01:43PM 21            But what we have been hearing in the past from

01:43PM 22   folks is, oh, well, we agreed that we should designate Phase Two

01:43PM 23   if we're putting on a witness who also has Phase Two testimony.

01:43PM 24   That kind of rational goes way beyond what I heard Mr. Herman say

01:43PM 25   and what I just heard Mr. Roy argue a bit, and that is that it

01:43PM 1   allegedly is relevant to Phase One, as well.

01:43PM 2           I grant you, and I think we all would agree, there

01:43PM 3   are going to be times when something is relevant to Phase One;

01:43PM 4   but, using the mere presence of a deposition as the basis for

01:43PM 5   designating Phase Two or designating CWA-type testimony is where

01:43PM 6   we have really run afoul of the trial structure order, and we

01:43PM 7   have some serious due process issues.

01:43PM 8           THE COURT:  Okay.  Thank you, Ky.

01:43PM 9           MR. ROY:  Judge, may I make one other comment?

01:43PM 10          THE COURT:  Sure.

01:43PM 11          MR. ROY:  Thank you.  Jim Roy.

01:43PM 12          Look, this started out in this courtroom with

01:44PM 13  advice from Your Honor.  We followed that.  Anybody in this

01:44PM 14  courtroom think we haven't followed it?  Of course, we followed

01:44PM 15  it.

01:44PM 16          We've already cut virtually all the depositions

01:44PM 17  now.  We've done our work.  We have been saying for months that

01:44PM 18  we tried to stay ahead of the curve, and we tried to do it.

01:44PM 19          So, to the extent the work has been done, and Ky or

01:44PM 20  anybody else wants us to go back and redo it, we think is

01:44PM 21  something that we should not have to do, other than to the extent

01:44PM 22  we've already tried to do, which is to totally pull depositions

01:44PM 23  and slide them to Phase Two.

01:44PM 24          We all want to get to the trial as quick as we can

01:44PM 25  and in the best way possible, and the last thing we want to do is

01:44PM  1    slam the judge unnecessarily.

01:44PM  2            But, to the extent we have the burden of proof, we

01:45PM  3    have certain obligations and certain rights in what we put

01:45PM  4    forward, Your Honor.

01:45PM  5            Thank you.

01:45PM  6        THE COURT:  Thanks, Jim.

01:45PM  7            All right.  Guys, moving on to any other things we

01:45PM  8    need to discuss today?

01:45PM  9        MR. LANGAN:  Your Honor, housekeeping.  Easy one.

01:45PM 10            Judge Barbier ruled last Monday or Tuesday on the

01:45PM 11    State of Louisiana, State of Alabama complaints, issued a ruling.

01:45PM 12    That triggers an answer obligation by BP and some other clients.

01:45PM 13            The State of Alabama, as coordinating counsel and

01:45PM 14    on its own behalf, has agreed, along with Louisiana, that the

01:45PM 15    defendants can have until December 14th to answer.  That's an

01:45PM 16    extension, which we appreciate.

01:45PM 17            I have a proposed order I can e-mail to you.

01:45PM 18        THE COURT:  Lovely.

01:45PM 19        MR. LANGAN:  So I will do that, if not today, then

01:45PM 20    Sunday or Monday.  Not Saturday, though.

01:45PM 21        THE COURT:  And not Thursday.

01:45PM 22        MR. LANGAN:  So, anyway, but I wanted to put that on the

01:45PM 23    record.  Thank you to Corey and the states.

01:45PM 24        THE COURT:  Anthony, what have you got?

01:46PM 25        MR. IRPINO:  Anthony Irpino for the PSC.

01:46PM 1          I don't know if I'd call it housekeeping, but we

01:46PM 2    now have our pretrial orders in place that outline the

01:46PM 3    obligations for a cumulative charge relative to documents and

01:46PM 4    relative to deposition testimony.  I think that's going to make

01:46PM 5    life easier on all the parties.

01:46PM 6          There is one portion of Pretrial Order 47, it's

01:46PM 7    paragraph 4, which deals with the physical removal of the

01:46PM 8    confidentiality stamps on documents.

01:46PM 9          It specifically states -- we have been in touch

01:46PM 10   with Worldwide, that Worldwide will do it.  We've actually

01:46PM 11   physically sent Worldwide the documents that we believe and

01:46PM 12   understand are consistent with the charts that have been

01:46PM 13   submitted as to what is no longer confidential.

01:46PM 14         Pretrial Order 47 itself says -- and Worldwide can

01:46PM 15   do it, Worldwide can remove it.

01:47PM 16         Pretrial Order 47, paragraph 4, says that it will

01:47PM 17   be done by Worldwide, but it does outline that there is a

01:47PM 18   specific process for the Court to come up with.  I don't know

01:47PM 19   that it was meant to say anything in particular.  We can just

01:47PM 20   have Worldwide do it.  But I didn't know if it would be helpful

01:47PM 21   to get Worldwide on the phone with Your Honor or the parties, or

01:47PM 22   should we just say, hey, Worldwide, take these off, and making

01:47PM 23   sure that Worldwide gets --

01:47PM 24         THE COURT:  That's my process.

01:47PM 25         MR. IRPINO:  That's the process.  Thank you, Your Honor.

01:47PM  1              THE COURT:  What else?

01:47PM  2              MR. MILLER:  Quickly, Carmelite points out I made a

01:47PM  3    mistake earlier today when we talked about Motions in Limine with

01:47PM  4    respect to the nongovernmental reports.

01:47PM  5                   In your order of November 14, 2011, you set forth

01:47PM  6    the date to file a Motion in Limine with respect to

01:47PM  7    nongovernmental reports, including the Bly report and the Burke

01:48PM  8    report, on December 5, not November 28th.  December the 5th.

01:48PM  9    November 28th was the old date.

01:48PM 10              THE COURT:  That's even better.  There you go.  We'll

01:48PM 11    take it.

01:48PM 12                   Anything else, guys, because Andy has got a plane

01:48PM 13    to catch?

01:48PM 14              MR. LANGAN:  I'm good, Your Honor.

01:48PM 15              THE COURT:  You lost it?

01:48PM 16              MR. LANGAN:  It's gone.

01:48PM 17              THE COURT:  It's gone.

01:48PM 18              MR. LANGAN:  There is a later one.  Once in a while,

01:48PM 19    it's okay, Your Honor.  It's all right.  This is what I do.

01:48PM 20              MR. UNDERHILL:  Miss planes?  Not much of a life.

01:48PM 21              THE COURT:  We do need to get you a life.

01:48PM 22                   Andy, I'm sorry.  I really am sorry.

01:48PM 23              MR. LANGAN:  I have a wife and a life.  I'm okay.

01:48PM 24              THE COURT:  I would really like to see you make your

01:48PM 25    plane.

01:48PM 1              MR. LANGAN:  What else would I do?

01:48PM 2              THE COURT:  Did you miss your plane?  You all have a lot

01:48PM 3   more options.

01:48PM 4              MR. YORK:  One very quick clean-up issue, and I think

01:48PM 5   this is clear by the Court's e-mail this morning.

01:48PM 6                   Mark Hay, on this week's designation, everything is

01:48PM 7   pushed back one week.

01:48PM 8              THE COURT:  One week, Mr. Hay.

01:48PM 9                   Anything else?  Well, you've dumped a lot in our

01:49PM 10  laps.  I appreciate that.

01:49PM 11                   Everybody have a great weekend and an air-free

01:49PM 12  Saturday.

01:49PM 13             MS. HIMMELHOCH:  Thank you, Your Honor.

01:49PM 14             THE COURT:  Thank you, Sarah.  See you later.

15                   (WHEREUPON, at 1:49 p.m.  the proceedings were

16  concluded.)

17                                *   *   *

18

19

20

21

22

23

24

25

1                           REPORTER'S CERTIFICATE

2

3        I, Cathy Pepper, Certified Realtime Reporter, Registered

4   Merit Reporter, Certified Court Reporter of the State of

5   Louisiana, Official Court Reporter for the United States District

6   Court, Eastern District of Louisiana, do hereby certify that the

7   foregoing is a true and correct transcript, to the best of my

8   ability and understanding, from the record of the proceedings in

9   the above-entitled and numbered matter.

10

11

12                                    _s/Cathy Pepper_____

13                              Cathy Pepper, CRR, RMR, CCR
                                Certified Realtime Reporter
14                              Official Court Reporter
                                United States District Court
15                              Cathy_Pepper@laed.uscourts.gov

16

17

18

19

20

21

22

23

24

25

## 1

**10-MD-2179** [1] - 1:7
**1000** [2] - 2:4, 6:16
**1001** [2] - 4:24, 7:14
**10153** [1] - 7:9
**10:30** [1] - 30:3
**11** [2] - 11:7, 74:25
**1100** [2] - 4:21, 6:12
**11:45** [1] - 1:9
**12** [2] - 11:6, 74:24
**1201** [1] - 5:14
**1221** [1] - 5:9
**1250** [1] - 3:11
**13** [2] - 8:5, 46:6
**1300** [1] - 5:23
**1331** [1] - 5:17
**135** [1] - 14:3
**14** [4] - 8:15, 23:13, 60:24, 97:5
**14th** [4] - 39:18, 39:19, 81:3, 95:15
**14TH** [1] - 11:20
**15** [1] - 34:14
**16** [6] - 8:6, 8:7, 8:8, 8:9, 28:3, 28:10
**1600** [1] - 6:20
**1615** [2] - 3:11, 5:23
**1665** [1] - 5:17
**1700** [1] - 5:14
**18** [2] - 1:8, 13:2
**19** [1] - 8:11
**1:49** [1] - 98:15

## 2

**2** [1] - 23:13
**2**............ [1] - 8:15
**20** [2] - 1:6, 23:15
**200** [3] - 7:14, 33:15, 33:16
**20005** [1] - 4:15
**20006** [1] - 6:8
**20044** [1] - 3:22
**2005** [1] - 33:4
**2007** [1] - 6:11
**2010** [2] - 1:6, 23:15
**2011** [4] - 1:8, 13:2, 71:2, 97:5
**2020** [1] - 6:8
**20th** [7] - 24:2, 25:6, 25:13, 83:3, 83:9, 83:18, 83:22
**2185** [4] - 7:17, 9:18, 45:22, 46:11
**21st** [1] - 27:1
**22** [3] - 8:12, 8:13, 8:14

## 3

**23** [3] - 8:15, 11:5, 74:24
**23510** [1] - 2:5
**23rd** [6] - 28:20, 39:8, 39:9, 39:13, 39:20, 53:24
**25TH** [1] - 8:23
**25th** [7] - 36:11, 38:10, 38:12, 38:15, 38:18, 38:25, 39:4
**26** [9] - 8:16, 8:17, 48:18, 51:24, 55:18, 56:4, 56:15, 57:3, 58:3
**28** [1] - 8:18
**28TH** [1] - 9:16
**28th** [9] - 27:6, 27:14, 35:12, 44:5, 44:9, 44:19, 44:20, 97:8, 97:9
**28TH**..................
. [1] - 9:13
**2929** [1] - 6:25
**2990** [1] - 2:16
**2ND** [2] - 8:25, 10:11
**2nd** [8] - 36:13, 60:4, 60:18, 78:21, 79:4, 79:7, 79:16, 80:19
**2ND**..........................
......... [1] - 10:18

## 3

**3(b** [1] - 59:24
**3.5** [1] - 33:4
**30** [8] - 8:19, 8:21, 52:9, 52:12, 76:14, 77:12, 77:14, 77:16
**30(b)(6** [33] - 41:9, 48:4, 48:6, 51:15, 65:17, 65:20, 65:25, 66:6, 66:22, 67:6, 68:2, 68:5, 68:15, 68:17, 68:20, 69:3, 70:2, 70:15, 71:9, 71:17, 71:25, 72:5, 72:12, 72:24, 73:3, 73:23, 73:25, 74:9, 76:6, 76:7, 76:15, 76:20
**30(B)(6** [2] - 11:2, 11:8
**30(b)(6)** [4] - 50:21, 50:22, 74:7, 74:18
**30(b)(6)'s** [3] - 67:20, 67:23, 76:11
**30(B)(6)**..... [1] - 9:6
**30(B)(6)**....................
.......................... [1] - 11:4

## 30-day

**30-day** [1] - 17:25
**300** [1] - 4:11
**30th** [5] - 22:14, 23:1, 30:8, 30:9, 35:12
**30TH** [1] - 8:13
**30TH**.......................
................ [1] - 8:20
**31** [1] - 71:2
**3100** [1] - 6:12
**316** [1] - 2:8
**31st** [1] - 71:10
**32502** [1] - 2:9
**3450** [1] - 7:18
**35** [3] - 8:22, 14:4, 77:16
**355** [1] - 6:4
**36** [2] - 8:23, 8:25
**36130** [1] - 2:20
**365** [1] - 2:16
**3668** [1] - 1:19
**36TH** [1] - 4:20
**3700** [1] - 4:24
**39** [2] - 9:2, 9:3
**39000** [1] - 37:19
**39000A** [1] - 37:20

## 4

**4** [3] - 45:2, 96:7, 96:16
**40** [1] - 9:5
**4000** [1] - 6:16
**41** [1] - 9:6
**42** [4] - 9:7, 9:8, 9:9, 9:10
**42ND** [1] - 6:25
**4310** [1] - 2:2
**44** [6] - 9:12, 9:13, 9:14, 9:15, 9:16, 9:17
**4400** [1] - 6:4
**45** [3] - 9:18, 72:22, 73:10
**450** [1] - 3:16
**4500** [1] - 5:9
**47** [5] - 9:19, 9:20, 96:6, 96:14, 96:16
**4th** [1] - 50:13

## 5

**5** [1] - 97:8
**50** [1] - 50:6
**500** [3] - 2:20, 7:18, 7:21
**504** [1] - 7:22
**510** [1] - 3:4
**53** [3] - 9:21, 9:22,

9:23
**5395** [1] - 3:17
**546** [1] - 5:5
**556** [1] - 1:19
**58** [2] - 9:24, 9:25
**589-7779** [1] - 7:22
**59** [2] - 10:5, 10:8
**5th** [3] - 48:9, 50:13, 97:8
**5TH**...........................
......... [1] - 11:25

## 6

**60** [4] - 10:10, 10:14, 10:17, 10:19
**600** [4] - 2:8, 3:8, 6:20, 52:2
**60654** [1] - 4:11
**61** [2] - 10:20, 10:21
**62** [1] - 10:23
**63** [3] - 10:24, 10:25, 11:1
**65** [2] - 11:2, 11:3
**655** [1] - 4:14
**6th** [1] - 48:9

## 7

**701** [1] - 2:24
**70112** [2] - 3:12, 5:23
**70113** [1] - 1:23
**70130** [4] - 2:16, 2:25, 5:5, 7:22
**70163** [2] - 4:21, 6:13
**702** [5] - 9:8, 42:17, 42:19, 43:2, 44:14
**70433** [1] - 3:4
**70501** [1] - 6:21
**70502** [1] - 1:20
**70505** [1] - 7:15
**70802** [1] - 3:8
**74** [2] - 11:4, 11:5
**75** [1] - 83:2
**75270** [1] - 5:14
**76** [1] - 11:8
**7611** [1] - 3:22
**767** [1] - 7:9
**77002** [3] - 4:25, 6:17, 7:19
**77006** [1] - 2:12
**77010** [2] - 5:9, 5:18
**77019** [1] - 6:25
**78** [1] - 11:9
**7TH** [1] - 3:17
**7th** [6] - 17:5, 17:10, 17:20, 45:3, 48:2

## 8

**80** [2] - 11:11, 83:2
**81** [2] - 11:12, 11:13
**82** [1] - 11:14
**820** [1] - 1:23

## 9

**900** [1] - 91:3
**90071** [1] - 6:4
**94102** [1] - 3:17
**95** [2] - 11:17, 11:20
**96** [1] - 11:21
**97** [2] - 11:23, 11:25
**98** [1] - 12:1
**999** [1] - 2:4
**9:30** [3] - 29:19, 30:2, 30:4

## A

**A.M** [1] - 1:8
**abandonment** [1] - 41:8
**ABANDONMENT** [1] - 9:6
**ability** [2] - 91:8, 99:8
**able** [7] - 29:14, 66:12, 69:21, 72:14, 80:11, 87:6, 90:24
**above-entitled** [1] - 99:9
**absolutely** [2] - 38:3, 48:1
**abundance** [1] - 43:3
**abundantly** [1] - 79:1
**abused** [1] - 91:6
**accept** [1] - 26:21
**access** [1] - 74:1
**accomodation** [1] - 89:23
**accuracy** [2] - 61:25, 64:23
**acknowledged** [1] - 87:22
**Act** [6] - 84:12, 85:8, 85:16, 86:15, 88:2, 88:13
**ACTION** [1] - 1:7
**actively** [1] - 31:2
**activities** [2] - 17:14, 18:5
**activity** [4] - 17:19, 17:22, 18:8
**actual** [2] - 43:8, 65:24
**ad** [1] - 41:25

**ADD** [3] - 8:25, 9:3, 11:3
**Add** [9] - 65:18, 65:20, 65:21, 66:20, 66:23, 67:6, 67:7, 75:5, 75:17
**add** [6] - 34:6, 36:13, 39:25, 40:14, 53:2, 92:15
**Add-Energy** [9] - 65:18, 65:20, 65:21, 66:20, 66:23, 67:6, 67:7, 75:5, 75:17
**ADD-ENERGY**............
.............................
. [1] - 11:3
**addition** [6] - 21:11, 33:16, 49:14, 49:22, 58:15, 66:25
**ADDITION** [1] - 10:2
**additional** [2] - 49:13, 52:13
**ADDITIONS** [1] - 8:24
**additions** [2] - 36:12, 36:14
**address** [2] - 24:3, 68:10
**addressed** [3] - 53:15, 67:7, 67:8
**addressing** [1] - 41:23
**adequate** [1] - 31:18
**adequately** [1] - 32:14
**admittedly** [1] - 90:4
**advance** [3] - 60:14, 73:15, 74:14
**advantage** [1] - 19:12
**advice** [1] - 94:13
**advisor** [1] - 22:4
**ADVISOR** [1] - 8:12
**advocate** [1] - 14:11
**advocating** [2] - 71:6, 71:11
**affect** [1] - 23:11
**afoul** [1] - 94:6
**afternoon** [3] - 21:16, 85:20, 85:24
**age** [1] - 23:18
**agencies** [6] - 23:12, 26:25, 27:3, 28:9, 61:24, 77:21, 78:2, 78:3
**agency** [5] - 23:20, 23:22, 31:15, 32:5, 77:25
**AGENDA** [1] - 8:3
**ago** [6] - 25:22, 34:13, 54:25, 60:24, 84:15
**agree** [12] - 13:16, 19:14, 53:12, 56:14, 58:23, 73:7, 73:18,

81:13, 89:25, 91:14, 93:5, 94:2
**agreeable** [1] - 19:16
**agreed** [5] - 44:20, 47:15, 71:5, 93:22, 95:14
**agreeing** [1] - 61:7
**agreement** [2] - 32:10, 45:23, 81:19
**AGREEMENT**............
........................... [1] -
11:12
**agrees** [3] - 65:6, 66:5, 72:11
**ahead** [12] - 19:20, 19:21, 41:15, 46:4, 46:7, 63:17, 68:7, 72:4, 72:13, 82:6, 88:20, 94:18
**air** [1] - 98:11
**air-free** [1] - 98:11
**AIRBORNE** [1] - 7:11
**AL** [1] - 2:20
**Alabama** [5] - 24:8, 26:24, 30:7, 95:11, 95:13
**ALABAMA** [3] - 2:18, 8:19, 11:18
**ALABAMA**................
...............................
[1] - 8:16
**ALAN** [1] - 5:17
**Alan** [4] - 40:13, 43:23, 46:1, 81:1
**alignment** [1] - 59:22
**ALL** [3] - 1:10, 10:7, 10:8
**ALLAN** [1] - 2:23
**allegations** [1] - 86:16
**allegedly** [1] - 94:1
**ALLEN** [3] - 3:11, 6:25, 7:18
**Allen** [1] - 77:5
**allocate** [1] - 52:4
**allocation** [10] - 18:20, 48:11, 49:1, 49:18, 49:20, 49:21, 52:9, 53:13, 53:19, 87:24
**allocations** [4] - 13:24, 47:10, 47:12, 51:5
**ALLOCATIONS**........
[1] - 9:19
**allotted** [1] - 15:3
**allowed** [3] - 14:7, 15:23, 58:5
**allowing** [1] - 13:21
**almost** [4] - 26:1, 37:6, 85:14, 89:16
**alone** [1] - 92:13

**alternative** [1] - 79:23
**ambiguity** [2] - 55:22, 57:1
**ambiguous** [1] - 83:13
**Ambrose** [1] - 58:9
**AMBROSE**................
........................... [1] -
9:24
**amend** [2] - 40:9, 40:12
**Amendment** [6] - 44:25, 45:9, 45:10, 45:13, 45:16, 45:21
**AMENDMENT** [1] - 9:17
**AMERICA** [7] - 3:20, 4:3, 4:3, 4:4, 4:5, 4:7, 4:8
**amount** [5] - 15:21, 31:5, 31:8, 32:21, 78:23
**AN** [1] - 10:10
**Anadarko** [9] - 43:17, 65:10, 84:3, 84:23, 85:15, 86:13, 86:22, 87:5, 88:13
**ANADARKO** [2] - 5:20, 5:21
**Anadarko's** [2] - 84:1, 85:6
**analogy** [1] - 73:24
**analysis** [1] - 73:8
**AND** [14] - 4:18, 7:7, 8:6, 8:10, 9:3, 9:6, 9:10, 10:5, 10:6, 10:14, 10:15, 10:21, 11:14, 11:21
**Andrew** [1] - 34:1
**ANDREW** [1] - 4:9
**Andy** [17] - 13:19, 24:12, 24:14, 33:24, 41:13, 56:21, 60:20, 63:24, 64:2, 64:6, 64:18, 75:2, 76:3, 77:14, 78:7, 97:12, 97:22
**Andy's** [1] - 76:8
**ANGELES** [1] - 6:4
**Ann** [1] - 63:10
**answer** [12] - 20:11, 24:5, 24:10, 25:15, 31:18, 31:22, 40:13, 75:3, 82:15, 95:12, 95:15
**ANSWER**..... [1] -
11:20
**answering** [1] - 74:10
**Anthony** [4] - 25:21, 27:22, 70:15, 81:23, 95:24, 95:25

**ANTHONY** [1] - 2:15
**ANY** [5] - 8:23, 10:5, 10:7, 10:8, 10:10
**anyway** [2] - 48:3, 95:22
**APPEARANCES** [7] - 1:15, 2:1, 3:1, 4:1, 5:1, 6:1, 7:1
**applies** [1] - 22:14
**apply** [2] - 87:18, 89:3
**appreciate** [13] - 21:25, 28:15, 30:16, 35:6, 35:15, 35:16, 52:18, 59:4, 79:24, 80:24, 89:10, 95:16, 98:10
**approaching** [2] - 76:10, 78:8
**appropriate** [6] - 48:20, 51:4, 72:22, 73:19, 83:24, 85:2
**APRIL** [1] - 1:6
**April** [8] - 23:15, 24:2, 25:6, 25:13, 83:3, 83:9, 83:18, 83:22
**ARE** [1] - 10:1
**AREAUX** [1] - 6:11
**arguable** [1] - 89:12
**argue** [2] - 85:5, 93:25
**argument** [2] - 25:17, 76:12, 87:19
**AS** [3] - 9:4, 10:3, 10:12
**ASBILL** [1] - 4:23
**aside** [1] - 82:7
**aspects** [1] - 48:7
**assessment** [1] -
56:14
**assist** [1] - 75:23
**assistance** [1] - 37:22
**assume** [7] - 32:19, 46:15, 48:19, 53:17, 80:19, 87:3, 87:4
**assuming** [4] - 46:16, 46:20, 57:19, 59:23
**AT** [1] - 3:3
**attempting** [1] - 83:13
**attention** [6] - 53:11, 55:5, 56:9, 59:10, 81:15, 81:17
**ATTENTION**....... [1] -
10:7
**ATTENTION**...............
........... [1] - 10:9
**attorney** [9] - 23:14, 23:19, 23:21, 23:24, 23:25, 24:2, 24:20, 25:11, 25:12
**ATTORNEY** [1] - 2:18
**Attorney** [1] - 31:15

**attorney's** [1] - 24:11
**attorney-client** [5] -
23:14, 23:21, 23:25, 24:2, 25:12
**ATTORNEYS** [1] - 3:3
**authenticity** [7] - 80:1, 80:2, 80:10, 80:15, 80:23, 81:3, 81:16
**AUTHENTICITY** [1] -
11:11
**author** [1] - 93:9
**availability** [2] - 21:16, 52:22
**available** [1] - 31:19
**AVENUE** [5] - 1:23, 2:20, 3:16, 6:4, 7:9
**avoid** [2] - 62:9, 84:20
**aware** [2] - 71:7, 75:11
**awful** [1] - 88:24
**awkward** [1] - 55:24

---

# B

**B3** [5] - 10:20, 10:24, 61:11, 62:6, 63:10
**BABIUCH** [1] - 4:10
**backwards** [3] -
90:10, 91:6, 92:7
**BAKER** [1] - 3:7
**ball** [3] - 60:14, 65:14
**Bar** [1] - 86:8
**Barbier** [15] - 14:3, 20:10, 37:17, 41:3, 45:4, 62:6, 65:2, 84:19, 84:24, 86:4, 86:23, 87:14, 90:8, 93:8, 95:10
**BARBIER** [1] - 11:17
**Barbier's** [5] - 22:3, 45:14, 87:17, 87:20, 89:16
**BARR** [12] - 2:8, 66:2, 66:4, 67:2, 67:5, 67:14, 67:17, 71:24, 72:8, 74:17, 74:20, 75:12
**barrels** [2] - 79:9, 79:14
**BARROW** [1] - 6:24
**based** [1] - 82:15
**basis** [7] - 18:17, 53:23, 55:5, 68:6, 68:7, 72:7, 94:4
**Bates** [1] - 28:11
**BATON** [1] - 3:8
**battles** [1] - 28:22
**BAYLEN** [1] - 2:8
**BE** [2] - 9:16, 10:3
**Bea** [1] - 14:23

**beating** [1] - 43:18
**became** [1] - 83:9
**BECK** [2] - 5:7, 5:8
**Beck** [1] - 47:15
**Beck's** [1] - 15:20
**become** [1] - 74:5
**BEEN** [3] - 10:2, 10:12, 11:6
**BEFORE** [1] - 1:13
**beforehand** [1] - 74:2
**beginning** [2] - 82:16, 89:21
**behalf** [3] - 66:12, 68:24, 95:14
**BEING** [1] - 10:3
**believes** [2] - 48:10, 49:16
**Ben** [1] - 43:7
**BEN** [1] - 7:12
**bench** [2] - 87:2, 87:3
**bent** [1] - 91:6
**Bernard** [1] - 56:19
**Bertaut** [1] - 88:1
**BERTAUT** [8] - 5:4, 39:15, 44:17, 50:7, 50:19, 88:1, 88:16, 92:15
**best** [8] - 15:24, 23:6, 29:25, 42:9, 90:23, 91:5, 94:25, 99:7
**better** [3] - 19:24, 31:11, 97:10
**BETWEEN** [1] - 10:21
**between** [3] - 59:23, 61:12, 71:10
**beyond** [4] - 38:12, 51:9, 51:10, 93:24
**big** [5] - 25:19, 63:22, 75:1, 91:20, 92:2
**bigger** [2] - 33:1, 76:21
**bill** [3] - 17:3, 17:4, 19:1
**Bill** [1] - 58:9
**BILL** [1] - 9:24
**billing** [1] - 17:24
**bills** [1] - 16:23
**BILLS......** [1] - 8:10
**BINGHAM** [2] - 6:3, 6:6
**bingo** [1] - 21:9
**biologists** [1] - 33:16
**bit** [6] - 17:14, 21:2, 73:6, 77:24, 88:11, 93:25
**blame** [1] - 36:24
**blaming** [1] - 36:25
**blank** [1] - 79:18
**blasted** [1] - 35:24

**Bloomer** [1] - 34:1
**BLOSSMAN** [1] - 6:11
**BLY** [3] - 9:9, 9:10, 9:12
**Bly** [13] - 42:18, 42:21, 42:22, 42:24, 43:1, 44:2, 44:9, 44:14, 57:9, 57:13, 57:18, 57:21, 97:7
**board** [1] - 35:1
**Bob** [1] - 14:23
**BOBBY** [1] - 3:7
**BOCKIUS** [1] - 6:15
**body** [1] - 87:3
**BOP** [9] - 8:6, 9:6, 16:7, 22:16, 41:8, 47:24, 47:25, 48:7, 77:1
**bottom** [1] - 76:24
**BOULEVARD** [1] - 2:12
**BOX** [2] - 1:19, 3:22
**BP** [53] - 4:3, 4:3, 4:4, 4:5, 4:6, 4:7, 4:8, 8:19, 14:23, 15:21, 19:8, 19:13, 25:25, 26:3, 26:6, 28:23, 29:2, 30:7, 32:18, 34:22, 42:25, 50:24, 52:8, 52:12, 52:13, 53:5, 56:21, 56:23, 57:7, 58:23, 63:11, 63:23, 65:6, 66:5, 70:23, 70:25, 75:5, 75:8, 75:10, 75:17, 75:20, 75:21, 75:23, 77:4, 78:15, 79:3, 82:25, 85:5, 92:9, 95:12
**BP's** [3] - 14:24, 25:9, 51:13
**BP............................** [1] - 11:1
**BRANCH** [1] - 3:15
**break** [1] - 38:14
**breaks** [1] - 21:21
**BREIT** [8] - 2:3, 2:3, 38:3, 38:13, 39:1, 39:6, 39:11, 39:18
**Breit** [1] - 37:23
**BRENNAN** [1] - 4:23
**BRIAN** [2] - 2:8, 4:10
**Brian** [3] - 66:3, 71:19, 74:16
**brief** [5] - 42:18, 43:7, 44:25, 85:1, 93:1
**briefed** [1] - 42:22
**briefing** [3] - 41:4, 41:10, 42:21
**briefly** [2] - 13:23,

47:11
**bright** [2] - 78:21, 91:19
**BRING** [2] - 10:7, 10:8
**bring** [8] - 27:10, 55:4, 59:10, 59:25, 62:19, 81:14, 81:16, 89:8
**broad** [1] - 41:24
**broader** [1] - 88:12
**brought** [2] - 58:16, 58:17
**BROUGHT** [2] - 10:3
**build** [1] - 77:18
**bump** [1] - 21:2
**bunch** [2] - 83:4, 90:4
**burden** [5] - 25:19, 26:13, 91:21, 92:3, 95:2
**Burke** [1] - 97:7
**business** [2] - 42:23, 64:5
**BUSINESS** [1] - 9:11
**buttons** [1] - 38:6
**BY** [38] - 1:4, 1:18, 1:22, 2:3, 2:8, 2:11, 2:15, 2:19, 2:23, 3:3, 3:7, 3:11, 3:15, 3:21, 4:9, 4:14, 4:20, 4:24, 5:4, 5:8, 5:12, 5:17, 5:22, 6:3, 6:7, 6:12, 6:15, 6:20, 6:24, 7:8, 7:12, 7:17, 7:24, 7:25, 9:13, 10:6, 10:8, 10:11

# C

**CA** [2] - 3:17, 6:4
**calendar** [2] - 14:4, 35:21
**calendering** [1] - 35:18
**CALL** [1] - 9:10
**CALLED** [1] - 13:4
**camera** [1] - 42:12
**CAMERON** [1] - 5:3
**Cameron** [16] - 32:18, 32:19, 32:20, 34:25, 46:2, 47:17, 47:23, 48:3, 48:5, 49:8, 58:25, 59:5, 59:12, 65:6, 88:1
**Cameron's** [1] - 46:25
**CAMP** [1] - 2:24
**CAN** [1] - 11:20
**CANAL** [2] - 2:15, 2:16
**candidly** [2] - 18:12, 86:21
**cannot** [2] - 48:23,

72:20
**cap** [1] - 83:10
**capability** [1] - 93:17
**capping** [3] - 16:7, 83:17, 85:5
**CAPPING** [1] - 8:6
**CAPTAIN** [1] - 8:10
**Captain** [1] - 16:22
**care** [6] - 19:17, 51:7, 59:12, 81:18, 84:5, 84:10
**careful** [1] - 52:3
**carefully** [3] - 14:13, 14:15
**cares** [2] - 59:10, 84:3
**Carmelite** [7] - 39:21, 50:11, 50:18, 88:1, 90:20, 92:24, 97:2
**CARMELITE** [1] - 5:4
**CARONDELET** [1] - 5:5
**carry** [1] - 91:21
**cart** [1] - 87:1
**CARVER** [1] - 6:11
**case** [15] - 20:13, 46:5, 47:22, 49:2, 53:2, 54:5, 66:21, 72:7, 86:16, 86:17, 86:24, 87:4, 87:16, 92:11
**case-by-case** [1] - 72:7
**cases** [3] - 15:22, 65:3, 76:22
**CASES** [1] - 1:10
**casing** [1] - 77:1
**cat** [1] - 19:3
**catch** [1] - 97:13
**categorically** [1] - 76:13
**category** [2] - 41:24, 48:22
**Cathy** [2] - 99:3, 99:13
**CATHY** [1] - 7:20
**Cathy_Pepper@laed .uscourts.gov** [1] - 99:15
**cathy_Pepper@laed. uscourts.gov** [1] - 7:23
**caught** [1] - 53:11
**caution** [1] - 43:3
**cautious** [1] - 42:10
**caveat** [2] - 71:24, 72:3
**cc** [1] - 70:9
**cc's** [1] - 82:15
**CCR** [2] - 7:20, 99:13
**CD** [1] - 42:7
**cede** [3] - 14:11, 52:8, 52:12

**ceded** [1] - 14:24
**CEDING** [1] - 8:5
**ceding** [7] - 13:12, 13:21, 13:25, 14:7, 15:9, 49:2
**cement** [5] - 19:18, 19:25, 20:1, 20:4, 20:19
**CEMENT** [1] - 8:11
**CENTER** [3] - 5:8, 7:14, 7:18
**CENTRE** [1] - 4:20
**certain** [8] - 32:25, 48:6, 48:7, 61:7, 68:25, 92:22, 95:3
**certainly** [4] - 18:23, 70:1, 77:25, 91:14
**CERTIFICATE** [1] - 99:1
**certified** [2] - 34:13, 34:14
**Certified** [3] - 99:3, 99:4, 99:13
**CERTIFIED** [1] - 7:21
**certify** [1] - 99:6
**challenges** [1] - 26:2
**challenging** [2] - 23:5, 23:8
**chambers** [1] - 43:7
**CHAMBERS** [1] - 6:23
**change** [4] - 26:16, 39:4, 59:23, 71:6
**changing** [2] - 14:1, 15:11
**CHARGE** [1] - 11:21
**charge** [1] - 96:3
**chart** [4] - 63:23, 63:25, 64:4, 64:21
**CHART** [1] - 11:1
**charts** [3] - 64:12, 64:25, 96:12
**check** [1] - 52:22
**chemists** [1] - 33:15
**CHICAGO** [1] - 4:11
**chime** [5] - 15:7, 16:1, 24:17, 67:11, 70:21
**choice** [2] - 68:19, 79:17
**chosen** [1] - 40:2
**chronological** [2] - 79:10, 82:18
**chronology** [1] - 83:22
**circulate** [1] - 60:25
**circulated** [2] - 60:11, 63:11
**circulating** [1] - 29:14
**circumscribed** [1] - 28:24
**circumstances** [2] -

24:19, 24:22
**CIVIL** [2] - 1:7, 3:15
**clarification** [1] - 44:25
**clarified** [1] - 75:2
**clawback** [1] - 37:12
**Clean** [7] - 84:12, 85:8, 85:11, 85:16, 86:15, 88:2, 88:13
**clean** [3] - 37:25, 38:19, 98:4
**clean-up** [1] - 98:4
**cleaned** [1] - 39:20
**cleanup** [2] - 22:23, 39:12
**clear** [8] - 38:17, 46:24, 57:19, 79:1, 82:17, 82:20, 88:17, 98:5
**clearly** [1] - 55:17
**CLERK** [4] - 13:7, 38:8, 47:13, 58:21
**client** [10] - 14:8, 21:2, 23:14, 23:21, 23:22, 23:25, 24:2, 25:12, 51:24, 61:24
**clients** [1] - 95:12
**CLINGMAN** [1] - 4:24
**clock** [1] - 26:7
**closed** [1] - 43:18
**closely** [2] - 33:12, 33:22
**closes** [1] - 43:8
**colleague** [1] - 33:25
**colleagues** [1] - 17:16
**collecting** [1] - 33:6
**collective** [1] - 77:6
**COMBINING** [1] - 10:14
**combining** [1] - 60:8
**comfortable** [1] - 61:25
**COMING** [1] - 10:12
**coming** [13] - 28:12, 35:6, 36:11, 50:23, 52:24, 53:21, 60:5, 61:12, 61:22, 80:13, 80:18, 84:12, 88:10
**comment** [5] - 14:24, 25:23, 56:12, 90:12, 94:9
**comments** [4] - 15:17, 15:20, 64:19, 89:16
**commissioned** [1] - 47:24
**committed** [3] - 31:14, 32:2, 62:8
**communication** [3] - 18:10, 23:24, 24:2
**communications** [3] -

23:15, 25:4, 25:11
**Communist** [1] - 86:7
**community** [1] - 62:17
**COMPANY** [3] - 4:4, 5:21
**company** [2] - 57:3, 58:24
**Compel** [1] - 28:19
**COMPEL** [1] - 8:18
**compelled** [1] - 72:12
**COMPLAINTS** [1] - 11:18
**complaints** [1] - 95:11
**complete** [2] - 31:20, 31:25
**completely** [2] - 29:21, 73:8
**complex** [1] - 77:2
**compliance** [2] - 46:6, 81:2
**complied** [1] - 71:21
**compliment** [1] - 89:10
**comprehensive** [1] - 61:3
**computer** [4] - 36:24, 36:25, 37:4, 39:6
**COMPUTER** [1] - 7:25
**conceded** [2] - 84:16, 87:21
**conceivably** [1] - 71:4
**concepts** [1] - 86:12
**concern** [1] - 88:5
**concerned** [1] - 87:14
**concluded** [1] - 98:16
**concrete** [1] - 86:1
**confer** [6] - 26:12, 58:9, 59:8, 60:7, 63:24, 78:13
**CONFER** [2] - 10:5, 10:14
**conference** [8] - 16:11, 18:24, 22:3, 29:2, 29:19, 44:23, 45:3, 60:17
**CONFERENCE** [2] - 1:12, 10:17
**conferences** [1] - 58:3
**confidence** [1] - 20:15
**confidential** [4] - 17:24, 32:16, 42:11, 96:13
**CONFIDENTIALITY** [1] - 11:13
**confidentiality** [2] - 81:23, 96:8
**confirm** [2] - 25:24, 80:22
**confirmed** [1] - 92:16
**confluence** [1] - 44:13

**confused** [1] - 38:9
**confusion** [2] - 38:21, 57:15
**conjunction** [1] - 65:24
**consider** [4] - 19:6, 25:10, 90:19, 90:20
**consideration** [2] - 71:15, 76:19
**considered** [2] - 14:14, 14:15
**considers** [1] - 51:2
**consistency** [2] - 25:17, 25:20
**consistent** [3] - 26:18, 27:3, 96:12
**consolidated** [1] - 60:11
**contacted** [1] - 38:5
**contents** [1] - 66:15
**context** [2] - 51:3, 91:10
**continually** [1] - 88:9
**continue** [12] - 13:13, 13:16, 15:16, 17:18, 18:17, 27:21, 52:7, 78:12, 78:14, 81:5, 81:11, 91:8
**CONTINUED** [6] - 2:1, 3:1, 4:1, 5:1, 6:1, 7:1
**continuing** [1] - 79:3
**contrary** [4] - 13:17, 25:15, 38:16, 91:6
**control** [2] - 56:15, 77:4
**controls** [1] - 56:13
**convention** [1] - 30:10
**Convention** [1] - 75:24
**conventions** [1] - 28:4
**conversation** [3] - 34:3, 68:13, 78:15
**conversations** [1] - 31:9
**cooperatively** [1] - 35:7
**coordinating** [2] - 18:15, 95:13
**copy** [1] - 43:7
**COREXIT** [2] - 10:25, 63:11
**COREY** [1] - 2:19
**Corey** [8] - 24:3, 24:9, 25:1, 26:20, 27:16, 28:3, 30:8, 95:23
**Corey's** [2] - 24:10, 27:25
**corners** [4] - 56:1, 56:13, 56:15, 57:20
**Coronado** [13] - 47:15,

47:22, 47:23, 48:5, 48:7, 48:8, 48:21, 49:3, 49:13, 49:17, 49:18, 51:16, 55:15
**CORONADO** [1] - 9:20
**corporate** [2] - 59:19, 68:23
**corporation** [1] - 68:25
**CORPORATION** [3] - 4:5, 5:3, 5:20
**CORPORATIONS** [1] - 10:1
**corporations** [1] - 58:15
**correct** [18] - 13:22, 15:3, 16:24, 27:16, 34:2, 39:5, 39:16, 45:7, 47:18, 50:1, 50:12, 63:25, 64:20, 64:21, 69:8, 69:16, 76:12, 99:7
**corrected** [2] - 23:2
**correctly** [2] - 50:21, 81:8
**cosmic** [1] - 79:9
**costs** [1] - 18:21
**COTLAR** [1] - 1:21
**COUNSEL** [1] - 1:18
**counsel** [2] - 18:15, 95:13
**counterclaims** [1] - 87:18
**countervailing** [1] - 76:18
**counting** [1] - 55:15
**couple** [4] - 16:12, 41:3, 52:22, 75:18
**course** [9] - 34:9, 48:25, 64:5, 64:12, 64:25, 77:20, 78:12, 88:22, 94:14
**court** [5] - 21:2, 42:2, 65:14, 65:15, 90:9
**COURT** [233] - 1:1, 7:20, 13:4, 13:8, 13:22, 14:15, 15:1, 15:4, 15:7, 15:13, 15:25, 16:10, 16:16, 16:18, 16:20, 16:25, 17:4, 17:7, 17:21, 18:14, 18:23, 18:25, 19:5, 19:14, 19:17, 19:20, 19:22, 20:3, 20:8, 21:14, 21:20, 21:23, 21:25, 22:8, 22:10, 23:7, 24:3, 24:9, 24:17, 25:1, 25:15, 26:15, 26:20, 27:12, 27:16, 28:14,

29:6, 29:11, 29:17, 29:23, 30:2, 30:5, 30:13, 30:16, 30:18, 30:22, 30:24, 31:1, 31:13, 31:21, 32:17, 32:24, 33:20, 33:23, 34:5, 34:9, 34:11, 34:19, 35:14, 35:16, 36:18, 36:23, 38:4, 38:7, 38:10, 38:15, 38:19, 38:23, 38:25, 39:5, 39:9, 39:14, 39:21, 40:10, 40:12, 40:19, 41:6, 41:13, 41:18, 42:20, 43:11, 43:20, 43:22, 44:3, 44:7, 44:9, 44:16, 44:20, 45:11, 45:13, 45:20, 46:4, 46:12, 46:17, 46:21, 47:3, 47:6, 47:8, 47:14, 47:19, 49:7, 49:9, 49:16, 49:24, 50:4, 50:9, 50:16, 51:10, 51:19, 51:22, 52:3, 52:10, 52:15, 52:18, 52:21, 52:25, 53:6, 53:9, 53:11, 53:20, 54:1, 54:4, 54:15, 54:18, 54:21, 54:23, 55:4, 55:8, 55:24, 56:5, 56:17, 56:24, 57:25, 58:13, 58:22, 59:2, 59:6, 59:16, 60:2, 60:12, 60:16, 60:23, 61:11, 62:12, 62:21, 62:25, 63:3, 63:7, 63:15, 63:17, 63:21, 64:6, 64:8, 64:18, 65:4, 65:8, 65:14, 66:3, 66:20, 67:3, 67:10, 67:15, 68:9, 69:4, 69:12, 69:19, 70:5, 70:20, 71:18, 72:3, 72:9, 72:24, 73:7, 74:16, 74:19, 75:14, 76:3, 76:5, 77:7, 77:20, 78:5, 78:11, 78:16, 79:12, 79:14, 79:19, 79:24, 80:24, 81:13, 82:19, 84:6, 84:18, 85:11, 85:22, 85:25, 86:8, 86:10, 87:25, 88:14, 88:17, 89:1, 89:10, 90:10, 92:2, 92:14, 92:24, 93:2, 94:8, 94:10, 95:6, 95:18, 95:21, 95:24, 96:24, 97:1, 97:10, 97:15, 97:17, 97:21,

97:24, 98:2, 98:8, 98:14

**Court** [42] - 14:19, 14:20, 14:22, 18:2, 18:10, 20:24, 21:5, 27:7, 27:11, 29:1, 30:1, 42:6, 46:15, 46:20, 47:23, 48:3, 48:15, 49:2, 51:2, 52:6, 52:17, 55:20, 55:23, 56:11, 68:12, 68:16, 75:7, 77:13, 77:19, 83:14, 83:24, 91:24, 91:25, 92:16, 96:18, 99:4, 99:5, 99:6, 99:14, 99:14

**Court's** [6] - 37:21, 56:12, 79:9, 81:2, 90:7, 98:5

**courtroom** [7] - 76:21, 87:20, 87:21, 87:23, 93:11, 94:12, 94:14

**cover** [4] - 40:21, 40:25, 57:8, 78:3

**COVINGTON** [1] - 3:4

**cracking** [1] - 55:6

**Craig** [1] - 81:9

**cranking** [1] - 47:20

**crawl** [1] - 33:5

**created** [2] - 64:16, 89:20

**creates** [1] - 90:25

**creeping** [1] - 88:4

**crew** [1] - 37:23

**critical** [1] - 51:24

**cross** [2] - 57:14, 77:25

**cross-agency** [1] - 77:25

**crossover** [1] - 90:6

**CRR** [2] - 7:20, 99:13

**crystal** [1] - 88:17

**CSI** [1] - 54:24

**CUMULATIVE** [1] - 11:21

**cumulative** [2] - 40:7, 96:3

**CUMULATIVELY** [1] - 9:4

**cumulatively** [1] - 40:1

**current** [2] - 38:10, 59:22

**curve** [1] - 94:18

**custodial** [21] - 66:9, 66:15, 67:1, 67:24, 68:1, 68:17, 68:20, 68:23, 69:7, 69:14, 71:4, 71:9, 71:16, 71:20, 72:1, 72:7,

72:18, 73:2, 73:23, 74:4, 74:13

**custodian** [3] - 69:24, 70:6, 71:24

**custodians** [9] - 32:11, 33:17, 33:18, 34:24, 69:9, 69:10, 71:22, 72:1

**cut** [6] - 21:4, 71:3, 75:24, 90:24, 91:10, 94:16

**cuts** [5] - 90:16, 91:2, 91:3, 91:13, 91:16

**cutting** [1] - 90:15

**CW** [1] - 84:11

**CWA** [3] - 84:16, 89:8, 94:5

**CWA-type** [1] - 94:5

## D

**daily** [1] - 32:2

**DALLAS** [2] - 5:14, 7:18

**DAN** [1] - 9:22

**Dan** [1] - 53:15

**dangling** [4] - 43:10, 43:13, 43:16, 43:21

**DARDEN** [1] - 6:11

**darndest** [1] - 22:18

**DART** [2] - 3:3, 3:3

**data** [13] - 31:5, 31:8, 31:11, 31:23, 32:13, 32:21, 33:5, 33:6, 36:1, 36:2, 36:6, 36:7, 61:8

**databases** [1] - 37:5

**DATE** [2] - 10:6, 10:8

**date** [13] - 32:12, 33:14, 38:10, 38:12, 38:18, 38:24, 38:25, 59:9, 73:11, 79:7, 80:14, 97:6, 97:9

**dates** [4] - 23:1, 23:6, 33:3, 35:19

**DAVID** [1] - 5:8

**David** [3] - 47:10

**days** [14] - 14:3, 14:4, 34:14, 49:19, 50:13, 51:8, 51:11, 52:4, 52:15, 52:20, 52:21, 52:23, 54:13, 60:24

**DC** [3] - 3:22, 4:15, 6:8

**dead** [1] - 43:18

**DEADLINE** [1] - 8:23

**deadline** [10] - 22:14, 35:10, 36:12, 38:18, 43:4, 44:17, 44:21, 80:16, 80:18, 81:2

92:7

**definition** [1] - 23:16

**degree** [1] - 20:14

**delete** [2] - 40:9, 40:10

**delighted** [1] - 34:19

**demark** [1] - 92:18

**demonstrated** [2] - 90:15, 91:5

**demonstrative** [1] - 64:16

**demonstratives** [2] - 64:23, 65:2

**DENISE** [1] - 6:15

**Dennis** [2] - 82:19, 82:20

**DENNIS** [1] - 6:24

**DEPARTMENT** [2] - 3:14, 3:20

**department** [2] - 33:5, 33:16

**departments** [2] - 32:25, 33:16

**depo** [1] - 42:6

**deponent** [4] - 65:20, 65:22, 69:5, 69:13

**deponents** [1] - 77:7

**depose** [1] - 68:4

**deposed** [8] - 48:4, 48:16, 48:21, 49:15, 53:16, 55:16, 57:3, 73:25

**deposing** [1] - 74:1

**deposition** [36] - 14:4, 21:19, 35:23, 40:8, 47:9, 48:9, 48:17, 49:23, 50:8, 50:10, 55:18, 56:16, 57:12, 65:17, 65:25, 66:8, 66:22, 68:5, 71:10, 72:12, 72:24, 73:11, 75:18, 81:9, 82:1, 83:15, 85:4, 88:10, 89:21, 90:24, 91:10, 93:5, 93:6, 93:16, 94:4, 96:4

**DEPOSITION** [5] - 8:22, 9:19, 11:2, 11:14, 11:22

**depositions** [28] - 13:12, 13:13, 14:5, 15:22, 15:24, 36:8, 38:23, 39:25, 49:3, 49:20, 50:25, 57:10, 57:21, 61:6, 68:4, 68:15, 73:15, 74:11, 76:19, 80:10, 80:17, 83:1, 90:15, 90:18, 91:7, 93:15, 94:16, 94:22

**DEPOSITIONS** [1] -

9:3

**DEPOSITIONS.......... .......** [1] - 8:5

**deprived** [1] - 87:9

**deprives** [1] - 84:14

**DEPUTY** [2] - 13:7, 58:21

**describe** [1] - 18:8

**DESIGNATE** [2] - 8:23, 11:16

**designate** [5] - 36:12, 69:12, 72:17, 82:2, 93:22

**designated** [6] - 51:18, 69:4, 71:21, 72:6, 77:1, 93:7

**DESIGNATING** [1] - 11:15

**designating** [3] - 82:2, 94:5

**designation** [4] - 40:17, 45:7, 85:12, 98:6

**designations** [14] - 35:23, 45:4, 45:9, 45:10, 45:17, 45:18, 82:1, 82:3, 82:6, 85:4, 85:14, 88:11, 88:25, 89:3

**DESIGNATIONS** [2] - 11:14, 11:16

**DESIGNATIONS........ .............** [1] - 8:22

**designed** [1] - 31:17

**designee** [3] - 65:24, 67:1, 78:2

**designees** [1] - 71:9

**detail** [1] - 76:15

**detailed** [1] - 45:17

**details** [1] - 92:23

**determine** [1] - 70:18

**determined** [1] - 53:18

**develop** [1] - 15:23

**device** [1] - 18:10

**DEXTER** [1] - 2:20

**different** [11] - 28:8, 28:9, 39:2, 40:5, 49:2, 66:18, 73:1, 73:6, 73:8, 76:10, 92:20

**differently** [2] - 41:23, 67:18

**difficult** [2] - 23:5, 62:7, 86:12

**directed** [1] - 56:23

**directly** [1] - 59:19

**disagree** [5] - 24:9, 59:17, 59:21, 72:19, 93:4

**DISAGREEMENT** [1] -

10:6
**disagreement** [3] - 59:9, 65:23, 66:1
**DISAGREEMENTS** [2] - 10:7, 10:9
**disagreements** [1] - 59:10
**disagrees** [1] - 58:6
**disclosed** [1] - 57:16
**disclosure** [3] - 56:4, 57:8, 57:22
**disclosures** [3] - 48:18, 55:18, 56:15
**DISCOVERY** [2] - 1:12, 8:19
**discovery** [11] - 26:24, 30:8, 31:3, 34:14, 62:9, 63:10, 63:12, 63:20, 68:14, 69:2, 69:3
**DISCOVERY.............** ..................... [1] - 8:17
**DISCOVERY.............** ...................... [1] - 10:25
**DISCOVERY.............** ...................... [1] - 10:24
**discrete** [4] - 62:9, 76:23, 77:3, 77:10
**discuss** [7] - 47:11, 48:12, 48:13, 76:15, 79:3, 88:2, 95:8
**discussion** [6] - 18:6, 31:7, 62:8, 68:16, 71:12, 81:25
**DISCUSSIONS** [1] - 10:21
**discussions** [5] - 18:20, 61:11, 63:12, 80:16, 80:21
**dismiss** [1] - 87:18
**dismissed** [2] - 86:24, 87:11
**dispute** [2] - 58:18, 75:19
**disputes** [1] - 18:13
**Disqualify** [1] - 53:22
**DISQUALIFY.............** ......... [1] - 9:23
**District** [3] - 99:5, 99:6, 99:14
**DISTRICT** [2] - 1:1, 1:2
**DIVISION** [1] - 3:15
**DNR** [1] - 33:1
**do-over** [1] - 87:6
**document** [14] - 18:2, 61:3, 66:23, 66:24, 67:8, 67:9, 69:6,

70:7, 71:1, 71:13, 72:19, 81:3, 81:14, 89:9
**DOCUMENT** [1] - 1:9
**documents** [28] - 22:16, 26:25, 27:5, 33:11, 37:11, 37:12, 37:13, 65:21, 65:24, 66:6, 66:8, 66:24, 69:1, 69:13, 69:14, 69:22, 70:3, 70:9, 70:18, 72:13, 73:5, 73:15, 73:18, 74:2, 81:4, 96:3, 96:8, 96:11
**DOCUMENTS** [1] - 11:21
**DOES** [1] - 10:5
**DOJ** [1] - 79:3
**DOMENGEAUX** [1] - 1:18
**DOMINION** [1] - 2:4
**Don** [4] - 22:4, 46:23, 47:8, 54:18
**DON** [1] - 6:24
**DON'T** [1] - 10:10
**DONALD** [1] - 5:12
**done** [24] - 14:12, 15:12, 15:16, 24:16, 26:22, 27:4, 28:13, 31:19, 35:19, 35:21, 38:12, 38:13, 39:7, 42:14, 54:12, 58:3, 67:19, 85:1, 85:19, 89:8, 94:17, 94:19, 96:17
**doubling** [1] - 88:4
**doubt** [3] - 36:24, 36:25, 52:12
**dovetails** [2] - 15:20, 26:23
**down** [7] - 25:17, 40:22, 52:3, 62:15, 64:4, 65:1, 76:12
**dozens** [1] - 90:15
**draft** [3] - 29:13, 63:11, 67:6
**DRAGNA** [4] - 6:3, 25:23, 43:16, 43:21
**Dragna** [1] - 43:17
**dramatically** [1] - 59:23
**draw** [1] - 88:18
**dreams** [2] - 75:15, 78:25
**DRESCHER** [1] - 2:3
**DRIL** [1] - 6:23
**DRIL-QUIP** [1] - 6:23
**DRILLING** [1] - 4:18
**DRIVE** [1] - 2:4

**drop** [1] - 80:1
**dropped** [1] - 37:5
**due** [5] - 39:4, 88:5, 90:25, 92:21, 94:7
**Duffy** [1] - 60:10
**dumped** [1] - 98:9
**duplicative** [1] - 44:15
**during** [7] - 13:12, 14:22, 21:21, 22:2, 47:25, 69:6, 89:18
**dust** [2] - 63:22, 76:5
**dust-up** [2] - 63:22, 76:5

### E

**E&P** [1] - 5:21
**e-mail** [25] - 15:8, 15:10, 15:13, 15:17, 16:4, 17:17, 21:16, 23:19, 23:21, 23:23, 24:20, 27:19, 28:18, 29:18, 36:7, 43:6, 43:19, 47:13, 53:3, 67:6, 75:7, 85:21, 88:14, 95:17, 98:5
**e-mailed** [1] - 13:15
**e-mailing** [1] - 23:18
**e-mails** [7] - 22:2, 25:5, 25:25, 26:5, 26:10, 35:24, 42:24
**early** [3] - 56:12, 56:18, 92:6
**easier** [2] - 28:6, 96:5
**EASTERN** [1] - 1:2
**Eastern** [1] - 99:6
**easy** [4] - 83:19, 92:18, 93:16, 95:9
**eating** [2] - 29:10, 29:11
**economy** [1] - 92:21
**EDWARDS** [1] - 1:18
**efficiency** [1] - 84:21, 87:14, 89:17, 93:14
**efficient** [5] - 14:10, 31:17, 82:9, 83:23
**effort** [2] - 37:24, 77:18
**efforts** [1] - 77:24
**eight** [1] - 81:8
**Eight's** [1] - 37:7
**either** [4] - 13:25, 25:12, 49:9, 53:4
**electronic** [1] - 23:18
**element** [1] - 68:19
**eleven** [1] - 32:6
**ELIZABETH** [2] - 2:24, 3:7
**ELLIS** [2] - 4:8, 4:13

**ELM** [1] - 5:14
**embarrassingly** [1] - 22:15
**emphasis** [2] - 91:14, 91:17
**employee** [4] - 23:19, 47:24, 48:14, 55:16
**encompass** [1] - 67:13
**end** [3] - 27:4, 67:22, 87:2
**endeavor** [1] - 75:24
**ENERGY** [2] - 4:20, 5:12
**Energy** [9] - 65:18, 65:20, 65:21, 66:20, 66:23, 67:6, 67:7, 75:5, 75:17
**ENERGY..................** ........................ [1] - 11:3
**ENFORCEMENT** [1] - 3:20
**engage** [2] - 34:16, 64:22
**engender** [1] - 18:6
**ENGLEBERT'S** [1] - 8:10
**Englebert's** [1] - 16:22
**English** [1] - 37:18
**ensure** [1] - 32:13
**enter** [1] - 63:17
**entered** [2] - 45:3, 62:6
**entitled** [1] - 99:9
**ENVIRONMENTAL** [1] - 3:20
**EOP** [1] - 23:12
**error** [1] - 64:21
**ESI** [1] - 33:24
**especially** [1] - 84:12
**ESQUIRE** [47] - 1:18, 1:22, 1:22, 2:3, 2:8, 2:11, 2:15, 2:19, 2:19, 2:23, 2:24, 3:3, 3:7, 3:11, 3:15, 3:16, 3:21, 3:21, 4:9, 4:9, 4:10, 4:10, 4:14, 4:20, 4:24, 5:4, 5:4, 5:8, 5:12, 5:13, 5:13, 5:17, 5:22, 6:3, 6:7, 6:7, 6:12, 6:15, 6:16, 6:20, 6:24, 6:24, 7:8, 7:12, 7:13, 7:13, 7:17
**established** [1] - 87:22
**establishes** [1] - 87:5
**etcetera** [4] - 28:9, 53:3, 64:9, 77:1

**event** [4] - 16:22, 51:2, 55:20, 82:22
**EVENT** [1] - 8:10
**eventually** [1] - 60:25
**EVERYBODY** [1] - 10:11
**evidence** [8] - 17:13, 19:10, 84:11, 84:12, 87:3, 87:9, 89:8
**exact** [1] - 68:16
**exactly** [6] - 38:18, 40:10, 53:9, 54:1, 69:8, 84:10, 89:16, 90:8, 90:14
**Exactly** [1] - 88:16
**exam** [1] - 86:8
**example** [10] - 32:23, 33:1, 56:9, 65:18, 70:14, 82:25, 83:1, 85:11, 85:13, 89:5
**examples** [3] - 82:25, 86:1, 92:5
**excellent** [2] - 17:22, 30:6
**except** [3] - 36:7, 42:15, 83:17
**exception** [1] - 85:1
**exchanges** [1] - 71:13
**exclude** [1] - 91:20
**exemplar** [1] - 42:18
**exempt** [1] - 25:10
**EXHIBIT** [1] - 9:4
**exhibit** [9] - 37:2, 37:3, 37:19, 38:22, 39:17, 39:19, 39:25, 40:18, 40:20
**exhibits** [9] - 37:15, 39:7, 39:12, 39:15, 39:16, 39:24, 40:9, 42:6, 81:9
**exist** [1] - 93:14
**existed** [1] - 64:12
**exists** [1] - 87:10
**expect** [1] - 74:8
**expedited** [2] - 53:23, 55:5, 55:9
**experienced** [1] - 37:25
**experiment** [1] - 20:13
**EXPERT** [2] - 8:5, 9:19
**expert** [20] - 13:12, 13:13, 14:23, 15:24, 20:5, 21:19, 45:24, 46:4, 47:3, 47:9, 48:13, 49:15, 49:23, 51:3, 51:17, 51:18, 51:19, 58:4, 61:6, 75:17
**experts** [6] - 44:24, 46:20, 55:2, 55:16,

55:17, 57:3
**explain** [1] - 21:12
**EXPLORATION** [1] - 4:6
**express** [2] - 58:5, 92:1
**extension** [2] - 22:20, 95:16
**extensively** [1] - 69:9
**extent** [10] - 31:7, 48:16, 67:21, 68:25, 74:4, 89:3, 91:13, 94:19, 94:21, 95:2
**extra** [3] - 27:7, 28:8, 28:12
**extracting** [1] - 40:16
**extraordinarily** [1] - 40:21
**extraordinary** [1] - 31:8
**extremely** [1] - 82:12

## F

**face** [2] - 22:22, 65:17
**facial** [1] - 25:21
**fact** [24] - 18:10, 20:4, 25:25, 36:25, 48:1, 48:10, 48:21, 49:14, 49:17, 49:18, 49:19, 51:1, 51:3, 56:13, 67:21, 68:15, 74:6, 76:11, 76:20, 83:18, 84:16, 85:6, 91:9, 92:9
**facts** [1] - 79:10
**factual** [3] - 69:5, 74:7, 74:11
**fail** [1] - 20:20
**failures** [2] - 83:4, 83:7
**fair** [7] - 38:2, 55:3, 64:24, 65:3, 72:3, 83:14, 86:3
**fairly** [2] - 77:2, 83:19
**fairness** [1] - 26:8
**FAITH** [1] - 9:3
**faith** [7] - 39:17, 39:18, 39:19, 39:25, 52:7, 89:25, 90:3
**fall** [1] - 48:11
**FANNIN** [1] - 4:24
**far** [7] - 33:23, 46:21, 48:18, 54:4, 62:4, 66:13, 75:20
**Farr** [2] - 53:15, 53:19
**FARR**........................
....................... [1] - 9:22

**fast** [1] - 31:3
**fear** [1] - 92:2
**feature** [1] - 36:5
**February** [1] - 59:24
**FEDERAL** [1] - 3:14
**few** [5] - 34:12, 34:15, 54:11, 54:25
**field** [1] - 71:7
**FIFTEENTH** [1] - 4:14
**Fifth** [6] - 44:25, 45:9, 45:10, 45:13, 45:16, 45:21
**FIFTH** [2] - 7:9, 9:17
**fifty** [1] - 52:11
**figure** [5] - 15:23, 45:21, 75:9, 81:20, 88:6
**file** [24] - 28:20, 29:10, 29:14, 41:14, 44:5, 53:24, 54:10, 66:15, 67:1, 67:13, 67:24, 68:1, 68:17, 68:20, 68:23, 69:7, 69:14, 69:22, 70:7, 71:16, 71:20, 72:1, 81:3, 97:6
**FILE** [1] - 9:13
**filed** [4] - 17:23, 18:5, 41:4, 41:18
**files** [7] - 23:2, 23:3, 35:25, 36:3, 66:9, 71:4, 72:18
**filing** [2] - 55:2, 80:14
**FILINGS** [1] - 9:7
**filings** [2] - 42:2, 42:5
**fill** [1] - 79:18
**final** [2] - 36:7, 88:23
**finally** [2] - 89:5, 89:24
**FINANCIAL** [1] - 7:7
**fine** [13] - 18:14, 26:14, 27:16, 29:8, 29:17, 35:14, 39:13, 40:11, 54:7, 57:9, 79:19, 80:24, 88:18
**fines** [1] - 85:17
**finish** [2] - 24:7, 69:18
**finished** [2] - 20:4, 36:7
**FINN** [1] - 6:11
**fire** [1] - 71:13
**FIRM** [2] - 2:14, 7:17
**first** [17] - 17:3, 17:4, 17:10, 17:20, 18:1, 33:5, 34:7, 36:1, 39:2, 45:13, 46:3, 49:17, 68:2, 69:3, 75:3, 87:8, 89:14
**Fish** [1] - 86:11
**fit** [1] - 78:18
**FIT** [1] - 11:10

**FITCH** [10] - 6:7, 84:9, 84:19, 85:19, 85:23, 86:3, 87:13, 88:22, 89:2, 92:8
**Fitch** [2] - 43:19, 84:9
**five** [5] - 37:7, 37:9, 59:14, 59:15
**FL** [1] - 2:9
**flag** [1] - 72:25
**flat** [1] - 86:14
**flexible** [1] - 29:21
**FLICKINGER** [1] - 3:21
**flipped** [1] - 67:25
**FLOOR** [3] - 3:17, 4:20, 6:25
**flux** [1] - 15:18
**focused** [1] - 75:20
**folks** [2] - 77:5, 93:22
**follow** [6] - 16:22, 25:9, 28:17, 30:10, 59:4, 76:4
**FOLLOW** [1] - 8:9
**follow-up** [2] - 28:17, 59:4
**followed** [4] - 26:9, 94:13, 94:14
**following** [4] - 28:4, 30:12, 36:16, 39:23
**Fontana** [1] - 13:15
**FOR** [24] - 1:17, 2:3, 2:18, 2:22, 3:14, 3:19, 4:3, 4:17, 5:3, 5:11, 5:20, 6:10, 6:15, 6:19, 6:23, 7:3, 7:11, 7:17, 8:9, 8:23, 9:19, 10:17, 11:1, 11:8
**force** [1] - 89:3
**foregoing** [1] - 99:7
**foremost** [1] - 49:17
**forensic** [1] - 82:21
**forgot** [2] - 21:15, 21:18
**form** [2] - 72:10, 73:10
**format** [1] - 28:10
**formats** [1] - 28:8
**forth** [7] - 18:21, 25:6, 28:18, 28:22, 64:20, 70:23, 97:5
**forums** [1] - 18:6
**forward** [13] - 15:5, 19:9, 35:7, 46:2, 60:15, 61:6, 68:6, 81:22, 85:22, 90:11, 90:18, 92:7, 95:4
**forwarded** [3] - 23:21, 24:10, 24:20
**forwarding** [4] - 23:23, 25:25, 26:4,

26:10
**Four** [2] - 82:14, 89:5
**four** [10] - 37:7, 50:5, 50:6, 52:11, 56:1, 56:13, 56:14, 57:20, 78:2, 78:3
**FRANCIS** [1] - 7:13
**FRANCISCO** [1] - 3:17
**frankly** [4] - 14:7, 84:1, 85:5, 86:21
**free** [2] - 78:13, 98:11
**Friday** [1] - 60:3
**FRIDAY** [3] - 1:8, 10:11, 13:2
**Fridays** [1] - 34:13
**friends** [3] - 74:8, 75:21, 86:13
**FRILOT** [1] - 4:19
**FROM** [6] - 10:10, 10:13, 11:5, 11:7, 11:9, 11:15
**front** [2] - 27:4, 67:20
**fully** [1] - 74:8
**fundamental** [1] - 88:5
**fundamentally** [1] - 76:9
**future** [1] - 93:13

## G

**game** [1] - 34:8
**gang** [1] - 14:8
**Gardner** [1] - 81:9
**GASAWAY** [33] - 4:14, 16:9, 16:15, 16:17, 16:19, 16:24, 17:1, 17:5, 17:8, 18:1, 18:19, 18:24, 19:4, 19:7, 19:15, 19:19, 19:21, 19:24, 28:17, 29:25, 30:4, 30:6, 30:14, 68:11, 69:8, 69:16, 69:23, 72:21, 72:25, 73:18, 79:1, 79:13, 79:16
**GATE** [1] - 3:16
**Gaudet** [3] - 48:4
**gee** [1] - 25:18
**Gefilte** [1] - 86:11
**general** [1] - 58:2
**General's** [1] - 31:15
**GENERAL'S** [1] - 2:18
**generally** [1] - 56:1
**generic** [1] - 67:8
**GET** [1] - 8:25
**GETTING** [1] - 10:15
**GISLESON** [1] - 5:12
**given** [6] - 18:4, 33:15, 49:21, 59:22, 75:10,

87:16
**glad** [1] - 21:14
**glanced** [1] - 56:5
**GLENN** [1] - 6:20
**glitch** [1] - 39:6
**GO**.................. [1] - 9:4
**Godwin** [1] - 46:23
**GODWIN** [13] - 5:12, 5:12, 5:16, 46:10, 46:14, 46:18, 46:23, 47:4, 47:7, 54:7, 54:16, 54:20, 54:22
**GOING**.....................
......................... [1] - 10:16
**GOLDEN** [1] - 3:16
**GONE** [1] - 11:6
**GOOD** [1] - 9:3
**GOODIER** [1] - 6:20
**GOTSHAL** [1] - 7:8
**GOVERNMENT** [1] - 3:14
**government** [1] - 62:19
**government's** [2] - 37:2, 87:19
**GOVERNOR** [1] - 3:7
**Governor's** [2] - 30:21, 31:16
**gracious** [1] - 37:22
**GRAHAM** [1] - 9:21
**graham** [1] - 53:8
**Graham** [2] - 53:4
**grain** [1] - 14:25
**GRAND** [1] - 6:4
**grant** [2] - 75:22, 94:2
**grasp** [1] - 86:13
**great** [9] - 30:4, 30:13, 35:22, 54:15, 59:6, 60:6, 60:12, 63:4, 98:11
**gross** [2] - 86:21, 86:22
**ground** [2] - 55:19, 61:24
**group** [5] - 26:17, 44:23, 45:2, 75:5, 79:6
**Group** [3] - 37:7, 82:14, 89:5
**guess** [18] - 13:23, 16:11, 25:20, 34:13, 40:19, 51:6, 51:7, 51:13, 51:20, 60:14, 61:21, 62:13, 64:3, 65:10, 66:21, 72:4, 72:16, 75:14
**GUIDANCE** [1] - 11:9
**guidance** [1] - 78:17

**GULF** [1] - 1:5
**guy** [2] - 19:16, 77:9
**guys** [13] - 13:8,
21:12, 27:12, 37:23,
53:22, 57:16, 61:7,
65:16, 78:7, 78:17,
79:25, 95:7, 97:12

# H

**hack** [1] - 78:9
**Hague** [1] - 75:24
**hair** [1] - 25:21
**hairier** [1] - 72:10
**half** [2] - 78:24, 84:15
**HALLIBURTON** [2] -
5:11, 9:23
**Halliburton** [9] - 46:1,
53:21, 55:1, 59:13,
59:16, 59:18, 64:7,
64:9, 81:1
**Halliburton's** [2] -
46:25, 54:4
**handle** [1] - 20:5
**handled** [1] - 78:2
**hands** [1] - 77:5
**handwriting** [3] - 81:5,
81:10, 81:15
**happily** [1] - 79:19
**happy** [9] - 15:2,
15:15, 16:11, 18:16,
19:6, 52:12, 57:21,
63:6, 85:20
**HARD** [1] - 10:17
**hard** [5] - 21:6, 43:7,
60:17, 61:23, 62:15
**harder** [1] - 92:3
**hardly** [1] - 21:7
**harmony** [1] - 28:5
**HAS** [1] - 10:12
**hat** [1] - 83:17
**HAVE** [9] - 9:25, 10:2,
11:5, 11:6, 11:20
**Hay** [2] - 98:6, 98:8
**HAY** ..........................
.................. [1] -
12:1
**HB406** [1] - 7:21
**headline** [1] - 51:20
**hear** [9] - 22:9, 49:10,
52:1, 60:3, 60:14,
65:12, 76:17, 77:11,
85:9
**HEAR** [1] - 10:10
**heard** [9] - 13:23,
23:10, 56:2, 63:12,
63:16, 86:4, 89:15,
93:24, 93:25
**HEARD** [1] - 1:13

**hearing** [1] - 93:21
**hearsay** [2] - 43:4
**heart** [1] - 65:25
**hello** [1] - 93:2
**help** [1] - 21:11
**helpful** [7] - 17:8,
28:14, 34:20, 35:8,
40:23, 82:21, 96:20
**HENRY** [2] - 3:3, 3:3
**hereby** [1] - 99:6
**HERMAN** [16] - 1:21,
1:22, 38:24, 41:21,
42:21, 44:8, 50:5,
53:1, 53:7, 53:12,
57:19, 59:22, 82:11,
82:24, 89:11
**Herman** [6] - 41:21,
44:1, 53:1, 57:5,
80:6, 93:24
**Herman's** [1] - 57:13
**herring** [3] - 86:6,
87:12, 87:13
**Herring** [2] - 86:9,
86:10
**hi** [1] - 31:1
**high** [1] - 17:20
**higher** [1] - 79:21
**highlighting** [1] - 81:5
**highly** [2] - 51:24,
93:15
**Himmelhoch** [1] -
69:17
**HIMMELHOCH** [21] -
3:16, 22:7, 22:9,
22:13, 23:9, 24:23,
25:9, 29:8, 29:13,
29:21, 30:17, 61:16,
61:23, 63:1, 63:5,
69:17, 70:22, 77:23,
78:10, 78:14, 98:13
**hit** [3] - 33:2, 69:10,
70:3
**hits** [5] - 32:4, 32:6,
32:8, 32:12
**hoc** [1] - 41:25
**hold** [4] - 19:24,
29:20, 77:13
**holding** [1] - 77:4
**HOLDINGS** [3] - 4:7,
4:17, 7:4
**hole** [2] - 76:25
**honest** [1] - 14:8
**honestly** [1] - 20:11
**Honor** [77] - 13:20,
14:18, 15:11, 16:9,
16:15, 17:2, 20:11,
22:7, 24:12, 24:18,
24:23, 25:9, 25:24,
26:19, 27:24, 29:22,
30:1, 30:12, 30:20,

34:4, 35:9, 36:20,
37:16, 38:8, 38:13,
40:4, 41:1, 41:22,
43:16, 43:19, 43:24,
46:9, 46:11, 47:7,
47:16, 47:18, 49:8,
50:13, 51:13, 53:14,
54:17, 54:22, 54:24,
56:21, 57:2, 58:25,
59:13, 60:10, 62:20,
64:3, 64:14, 65:7,
65:13, 66:2, 67:9,
68:11, 69:17, 70:8,
72:8, 76:17, 77:23,
79:2, 79:18, 80:4,
80:13, 80:15, 81:1,
82:14, 86:6, 94:13,
95:4, 95:9, 96:21,
96:25, 97:14, 97:19,
98:13
**HONORABLE** [1] -
1:13
**hope** [3] - 62:2, 72:14,
80:2
**hopeful** [2] - 75:13,
75:14
**hopefully** [2] - 54:13,
80:11
**hopes** [3] - 75:15,
78:25, 79:9
**hoping** [6] - 33:21,
36:14, 75:6, 75:18,
75:21, 76:1
**hopper** [2] - 21:8,
22:17
**Horizon** [1] - 33:10
**HORIZON** [1] - 1:5
**horse** [4] - 43:19,
52:15, 87:2, 92:13
**Houck** [1] - 35:19
**hour** [1] - 84:15
**hours** [3] - 25:22,
50:5, 50:6
**house** [2] - 49:15,
51:23, 57:7
**housekeeping** [2] -
95:9, 96:1
**Houston** [1] - 77:5
**HOUSTON** [8] - 2:12,
4:25, 5:8, 5:9, 5:18,
6:17, 6:25, 7:19
**HOW** [1] - 11:9
**human** [1] - 37:24
**hundred** [3] - 32:5,
41:24, 79:11
**hundreds** [1] - 35:24
**hurry** [1] - 16:14
**hybrid** [2] - 51:2,
68:18

# I

**idea** [7] - 16:25, 29:3,
29:6, 64:20, 73:1,
78:22, 92:22
**IDENTIFIED** [3] - 9:25,
10:3, 10:12
**identified** [4] - 58:14,
58:16, 59:11, 60:5
**identify** [8] - 32:11,
32:12, 33:13, 34:23,
41:13, 41:20, 43:13,
69:21
**identifying** [2] - 66:10,
93:17
**IF** [1] - 10:10
**ignore** [1] - 74:20
**IL** [1] - 4:11
**illustrative** [1] - 88:20
**imagine** [3] - 18:4,
28:25, 42:14
**immaterial** [1] - 75:15
**impact** [2] - 84:7,
88:11
**impacts** [1] - 20:4
**implications** [1] -
85:10
**important** [1] - 88:24
**importantly** [1] - 14:9
**impose** [2] - 14:20,
91:19
**IMPREVENTO** [1] -
2:3
**IN** [7] - 1:4, 1:5, 8:5,
8:15, 9:5, 10:2,
11:23
**in-house** [3] - 49:15,
51:23, 57:7
**inaccurate** [2] - 64:18,
64:17
**Inc** [1] - 59:5
**INC** [16] - 4:3, 4:4, 4:5,
4:6, 4:8, 4:18, 4:19,
5:12, 6:23, 7:3, 7:4,
7:5, 7:6, 7:7, 7:8,
7:12
**incident** [1] - 64:13
**include** [1] - 45:8
**included** [2] - 69:7,
81:7
**includes** [2] - 46:20,
87:4
**INCLUDING** [1] - 9:12
**including** [2] - 44:2,
97:7
**Indata** [2] - 35:24,
36:6
**indicated** [2] - 90:14,
92:17

**indicating** [1] - 64:10
**individual** [4] - 19:2,
67:21, 68:6, 73:2
**individuals** [1] - 58:14
**INDIVIDUALS** [1] -
10:1
**indulgence** [1] - 38:1
**inefficient** [1] - 82:12
**inference** [1] - 45:5
**inform** [1] - 54:9
**information** [7] -
18:12, 23:20, 23:21,
23:22, 31:18, 59:4,
62:5, 69:5, 71:4,
88:20
**initial** [1] - 15:17
**initiative** [1] - 60:22
**inquiries** [1] - 66:16
**inquiry** [3] - 24:11,
59:4, 74:7
**insistence** [1] - 89:21
**instance** [5] - 17:15,
32:17, 57:7, 67:25,
92:9
**instead** [1] - 85:24
**Institute** [5] - 75:5,
75:10, 75:20, 75:21,
75:23
**intended** [1] - 37:18
**intent** [1] - 35:5
**interested** [1] - 49:25
**interests** [1] - 59:22
**INTERESTS** [2] - 2:18,
3:14
**internal** [1] - 26:3
**internally** [2] - 25:6,
85:19
**INTERNATIONAL** [3] -
5:3, 7:7, 7:12
**INTERPLEADER** [1] -
11:12
**interpleader** [1] -
81:19
**interpret** [1] - 45:7
**interrogatories** [1] -
28:24
**interview** [6] - 42:22,
42:24, 43:1, 43:5,
43:8, 44:2
**INTERVIEW** [2] - 9:10,
9:12
**INTO** [1] - 11:10
**inundated** [1] - 85:3
**investor** [1] - 86:19
**invoice** [2] - 18:18,
18:19
**involve** [1] - 89:12
**involved** [6] - 21:12,
31:2, 34:1, 34:1, 47:24,
77:21

**involvement** [1] - 69:5
**IRPINO** [7] - 2:14, 2:15, 25:22, 25:24, 26:8, 95:25, 96:25
**Irpino** [1] - 95:25
**irrelevant** [1] - 91:25
**IS** [3] - 10:10, 10:11, 10:18
**issue** [60] - 13:11, 15:8, 24:7, 26:22, 27:2, 27:18, 28:24, 34:25, 39:7, 40:19, 42:16, 42:17, 42:19, 43:9, 44:1, 44:9, 44:23, 45:1, 45:6, 45:15, 46:7, 47:11, 47:16, 49:6, 50:22, 53:20, 57:2, 60:3, 60:20, 65:6, 65:17, 65:18, 65:19, 66:5, 66:19, 66:20, 67:15, 73:22, 75:1, 75:4, 75:7, 75:11, 77:3, 77:22, 80:13, 80:25, 84:1, 84:17, 85:10, 85:12, 86:6, 87:1, 88:3, 88:12, 88:17, 88:24, 90:10, 93:14, 98:4
**ISSUE** [2] - 10:10, 10:19
**ISSUE......................**
**.........** [1] - 9:17
**ISSUE......................**
**................** [1] - 9:20
**ISSUE......................**
**....................** [1] - 9:8
**ISSUED** [1] - 11:19
**issued** [2] - 51:23, 95:11
**issues** [40] - 20:17, 20:23, 27:8, 28:23, 33:10, 43:2, 43:4, 44:1, 48:7, 55:1, 62:10, 62:17, 62:18, 62:20, 66:13, 68:14, 76:20, 76:22, 76:24, 77:11, 80:7, 80:15, 80:23, 81:10, 81:14, 81:16, 83:21, 85:6, 85:8, 86:14, 86:18, 86:21, 87:4, 87:6, 87:7, 88:3, 88:12, 91:15, 94:7
**ISSUES** [1] - 9:12
**issuing** [1] - 47:19
**IT** [1] - 10:12
**item** [1] - 39:2
**ITEMS** [1] - 8:3

**items** [1] - 39:2
**itself** [2] - 92:1, 96:14

## J

**JACKSON** [2] - 6:23, 6:24
**JAMES** [3] - 1:18, 6:3, 6:16
**January** [5] - 17:10, 53:18, 68:15, 71:2, 71:10
**Japanese** [2] - 37:15, 37:16
**JED** [1] - 7:13
**Jeff** [2] - 37:23, 38:2
**JEFFERSON** [1] - 1:19, 3:4, 6:20
**Jeffrey** [1] - 33:25
**JEFFREY** [1] - 2:3
**JENNY** [1] - 5:13
**Jenny** [1] - 43:25
**Jim** [7] - 43:17, 64:15, 89:24, 90:12, 92:16, 94:11, 95:6
**JIMMY** [1] - 2:11
**Jimmy** [3] - 14:17, 55:11, 55:24
**JINDAL** [1] - 3:7
**JIT** [1] - 25:13
**job** [1] - 20:19
**John** [5] - 70:14, 70:17, 70:19, 73:24
**joined** [2] - 39:21, 46:3
**joint** [1] - 36:21
**JONES** [1] - 6:19
**Jordan** [3] - 35:24, 36:2, 36:4
**JR** [2] - 6:24, 7:13
**judge** [2] - 84:9, 86:3, 88:1, 90:12, 92:8, 92:15, 93:10, 94:9, 95:1
**JUDGE** [2] - 1:13, 11:17
**Judge** [33] - 14:3, 20:10, 21:6, 22:3, 37:17, 41:3, 45:4, 45:14, 46:23, 47:4, 50:6, 50:7, 54:7, 62:6, 65:2, 82:10, 84:19, 84:24, 85:8, 85:19, 86:4, 86:23, 87:13, 87:14, 87:17, 87:20, 88:8, 88:22, 89:16, 90:8, 92:25, 93:8, 95:10
**judgement** [1] - 62:18

**judgment** [1] - 90:23
**judicial** [1] - 92:21
**jury** [10] - 21:15, 84:6, 84:7, 84:15, 85:10, 87:1, 87:5, 87:8, 87:10, 87:21
**JUSTICE** [2] - 3:14, 3:20
**justified** [2] - 52:13, 52:16

## K

**KANNER** [2] - 2:23, 2:23
**KATZ** [1] - 1:21
**KAVANAUGH** [1] - 4:10
**keep** [13] - 19:10, 20:2, 43:14, 56:24, 62:10, 63:7, 74:19, 74:20, 76:11, 79:22, 88:23, 93:20
**Kerry** [8] - 15:25, 22:2, 39:21, 40:14, 43:1, 43:25, 44:12, 60:24
**KERRY** [1] - 4:20
**kill** [1] - 83:16
**killing** [1] - 22:16
**Kim** [2] - 13:15, 15:17
**kind** [13] - 33:12, 34:25, 36:15, 41:22, 41:24, 42:18, 57:6, 64:9, 80:1, 81:4, 83:14, 93:14, 93:24
**KIRBY** [3] - 6:7, 92:25, 93:3
**Kirby** [1] - 92:25
**KIRKLAND** [2] - 4:8, 4:13
**knows** [4] - 14:20, 14:22, 19:10, 52:17
**KORETZKY** [1] - 6:11
**Kuchler** [1] - 84:23
**KUCHLER** [7] - 5:21, 5:22, 65:11, 82:8, 84:8, 84:22, 85:14
**Kumbaya** [3] - 77:6, 77:9
**Ky** [4] - 92:25, 93:2, 94:8, 94:19
**KY** [1] - 6:7

## L

**L.L.C** [1] - 6:15
**L.P** [1] - 6:19
**LA** [14] - 1:20, 1:23, 2:16, 2:25, 3:4, 3:8,

3:12, 4:21, 5:5, 5:23, 6:13, 6:21, 7:15, 7:22
**LABORDE** [1] - 7:12
**LAFAYETTE** [3] - 1:20, 6:21, 7:15
**laid** [1] - 57:6
**LAMAR** [1] - 5:17
**lamb** [1] - 32:10
**Lamb** [3] - 31:10, 33:25, 34:4
**lanes** [1] - 77:14
**Langan** [3] - 24:12, 31:9, 56:21
**LANGAN** [53] - 4:9, 13:20, 13:23, 15:2, 15:5, 24:12, 24:15, 26:7, 33:25, 34:6, 34:10, 34:12, 35:13, 41:1, 41:7, 41:16, 47:15, 51:13, 51:20, 51:23, 52:5, 52:22, 53:8, 53:10, 53:24, 54:2, 54:24, 55:7, 56:21, 56:25, 57:23, 58:25, 59:3, 60:10, 60:13, 60:22, 60:24, 64:3, 64:7, 64:11, 64:22, 65:5, 65:12, 75:11, 76:4, 95:9, 95:19, 95:22, 97:14, 97:16, 97:18, 97:23, 98:1
**language** [1] - 88:15
**laps** [1] - 98:10
**large** [2] - 32:12, 32:21
**larger** [3] - 16:11, 18:20, 88:3
**LASALLE** [1] - 4:11
**last** [15] - 21:3, 36:3, 39:22, 42:4, 43:6, 44:23, 45:2, 61:19, 74:6, 75:4, 79:12, 80:11, 89:6, 94:25, 95:10
**LAST** [1] - 11:17
**latest** [1] - 62:8
**LAW** [3] - 2:14, 3:3, 7:17
**lead** [2] - 25:10, 62:1
**least** [2] - 17:19, 54:8
**leave** [5] - 21:3, 38:14, 39:8, 39:9, 92:12
**LEE** [1] - 6:23
**Lee** [1] - 63:10
**left** [2] - 35:20, 37:9
**legislative** [2] - 33:10
**less** [2] - 77:12, 79:9
**LET** [1] - 9:3

**letter** [13] - 15:13, 28:22, 37:8, 40:15, 42:16, 42:22, 43:7, 44:14, 48:15, 53:3, 53:15, 57:5, 76:9
**letters** [2] - 57:14, 75:21
**letting** [2] - 18:11, 69:20
**levels** [1] - 17:19
**LEVIN** [1] - 2:7
**LEWIS** [1] - 6:15
**liability** [4] - 20:17, 84:17, 85:17, 87:19
**liaison** [1] - 18:15
**LIAISON** [1] - 1:18
**lieu** [1] - 93:13
**Lieutenant** [1] - 35:19
**life** [5] - 91:18, 96:5, 97:20, 97:21, 97:23
**lifetime** [1] - 47:25
**light** [2] - 20:23, 29:4
**LIKE** [1] - 8:19
**Lillie** [3] - 30:25, 31:10, 32:17
**Limine** [8] - 40:24, 44:22, 44:25, 45:5, 45:6, 45:19, 97:3, 97:6
**LIMINE** [1] - 11:23
**LIMINE......................**
**................** [1] - 9:5
**limitations** [1] - 51:5
**limited** [6] - 32:12, 48:17, 48:18, 50:25, 55:17, 57:20
**LIMITED** [1] - 4:7
**limits** [1] - 70:25
**line** [6] - 22:6, 24:13, 88:18, 90:16, 91:19, 91:24
**lines** [3] - 63:14, 91:2, 91:3
**LIST** [2] - 9:4, 10:15
**list** [22] - 16:19, 36:13, 36:14, 36:22, 38:20, 38:22, 39:3, 39:17, 39:18, 39:19, 39:25, 40:7, 41:24, 43:11, 59:14, 60:8, 60:11, 63:8, 72:7, 79:11, 85:19, 90:16
**LIST......................** [1] - 8:24
**LIST......................**
**....................** [1] - 9:1
**listed** [1] - 37:15
**listen** [1] - 18:11
**listened** [1] - 16:10

**listening** [2] - 43:25, 76:3
**lists** [5] - 37:2, 37:4, 39:12, 40:20, 69:9
**litigation** [3] - 45:22, 45:25, 66:25
**LITIGATION.............. .......... [1] - 9:18**
**litmus** [1] - 91:19
**live** [11] - 14:19, 15:2, 15:6, 24:23, 39:10, 47:17, 58:16, 58:17, 60:5, 84:25, 90:9
**LIVE** [2] - 10:3, 10:12
**LIVE........................ ....................... [1] - 10:4**
**Liz** [1] - 30:20
**LLC** [4] - 4:17, 6:11, 7:4, 7:5
**load** [2] - 23:2, 23:3
**LOG** [1] - 8:10
**log** [14] - 16:22, 22:15, 22:21, 23:14, 23:23, 24:1, 24:6, 25:3, 25:7, 25:10, 25:14, 26:4, 27:8, 27:19
**LOG........................ ............. [1] - 8:14**
**logged** [3] - 22:17, 26:12, 32:15
**logging** [3] - 23:11, 24:21, 25:25
**logs** [2] - 25:11, 30:9
**look** [29] - 15:1, 19:9, 19:10, 22:21, 25:20, 26:8, 27:8, 28:3, 32:8, 34:19, 50:14, 50:16, 52:3, 56:8, 58:2, 60:2, 60:17, 67:10, 74:19, 76:14, 78:6, 78:8, 81:22, 82:5, 82:22, 85:22, 92:5, 94:12
**LOOK** [1] - 10:17
**look-see** [1] - 82:22
**looked** [2] - 56:7, 58:25
**looking** [9] - 16:13, 20:17, 22:11, 22:23, 34:21, 51:4, 59:19, 66:24, 81:21
**loop** [1] - 43:18
**looser** [1] - 88:11
**LOS** [1] - 6:4
**lose** [3] - 13:25, 14:5, 86:22
**lost** [2] - 53:2, 97:15
**LOUISIANA** [7] - 1:2, 1:7, 2:23, 3:6, 6:16,

8:21, 11:18
**Louisiana** [7] - 30:18, 32:19, 32:24, 95:11, 95:14, 99:5, 99:6
**love** [1] - 64:20
**lovely** [1] - 95:18
**lower** [1] - 79:22
**LP** [1] - 5:21
**lunch** [1] - 21:22

**M**

**ma'am** [2] - 32:22, 79:10
**MAGISTRATE** [1] - 1:13
**mail** [25] - 15:8, 15:10, 15:13, 15:17, 16:4, 17:17, 21:16, 23:19, 23:21, 23:23, 24:20, 27:19, 28:18, 29:18, 36:7, 43:6, 43:19, 47:13, 53:3, 67:6, 75:7, 85:21, 88:14, 95:17, 98:5
**mailed** [1] - 13:15
**mailing** [1] - 23:18
**mails** [7] - 22:2, 25:5, 25:25, 26:5, 26:10, 35:24, 42:24
**main** [1] - 40:15
**MAJOR** [1] - 5:13
**major** [1] - 51:20
**majority** [1] - 81:4
**man** [1] - 51:21
**manage** [2] - 91:1, 91:4
**manageable** [1] - 42:8
**managed** [1] - 72:13
**MANAGEMENT** [1] - 7:3
**management** [1] - 90:25
**MANGES** [1] - 7:8
**manifested** [1] - 83:8
**map** [1] - 80:2
**MARINE** [3] - 7:5, 7:6, 7:6
**MARK** [2] - 4:9, 12:1
**Mark** [8] - 28:15, 69:25, 70:5, 70:6, 70:20, 75:2, 80:4, 98:6
**mark** [3] - 24:17, 26:15, 27:18
**Mark's** [1] - 73:24
**MARTINEZ** [1] - 5:13
**materials** [1] - 25:13
**matter** [2] - 38:6, 99:9

**MATTHEWS** [1] - 3:10
**mature** [1] - 61:10
**MAYEAUX** [1] - 7:12
**MAZE** [6] - 2:19, 24:5, 25:2, 26:21, 27:13, 28:7
**Maze** [1] - 24:3
**MCCUTCHEN** [2] - 6:3, 6:6
**MCKINNEY** [1] - 5:9
**McWhorter** [1] - 58:20
**MDL** [4] - 7:17, 9:18, 45:22, 46:11
**mean** [21] - 13:20, 20:16, 20:17, 21:1, 24:9, 29:13, 31:5, 32:4, 33:2, 34:7, 34:20, 54:2, 66:9, 67:5, 73:7, 81:16, 82:20, 82:24, 83:12, 88:17, 92:2
**meaningful** [1] - 92:20
**means** [2] - 29:15, 46:15
**meant** [1] - 96:19
**measurements** [1] - 61:7
**MECHANICAL** [1] - 7:24
**mechanism** [1] - 72:22
**MEET** [2] - 10:5, 10:14
**meet** [9] - 23:6, 23:15, 26:1, 26:12, 30:22, 30:23, 59:8, 60:7, 63:23, 78:12
**mega** [1] - 68:13
**Mel** [3] - 58:21, 58:22, 58:23
**mention** [3] - 19:19, 42:1, 42:13
**mentioned** [4] - 41:3, 42:2, 54:25, 61:18
**mere** [1] - 94:4
**merge** [1] - 37:4
**Merit** [1] - 99:4
**MESTAYER** [1] - 7:13
**methods** [1] - 31:11
**MEXICO** [1] - 1:5
**MI** [2] - 6:15, 58:9
**MICHAEL** [1] - 3:15
**mid** [1] - 68:15
**might** [9] - 18:6, 19:10, 19:14, 19:15, 33:15, 37:13, 78:2, 83:7, 85:2
**Mike** [13] - 20:3, 22:1, 38:11, 38:21, 39:6, 39:22, 55:9, 58:20, 76:16, 87:15, 87:23

**Mike's** [1] - 37:8
**MILLER** [12] - 4:20, 15:10, 15:15, 40:15, 44:10, 44:19, 44:22, 45:12, 45:15, 58:11, 61:2, 97:2
**Miller** [2] - 39:21, 44:12
**mind** [5] - 26:3, 29:11, 41:7, 41:17, 88:23
**mine** [1] - 86:11
**minimizing** [1] - 77:2
**minute** [1] - 18:7
**minutes** [5] - 14:20, 50:6, 52:2, 52:9, 52:12
**MISCELLANEOUS** [1] - 9:10
**miscellaneous** [1] - 42:23
**mislead** [1] - 20:23
**miss** [2] - 97:20, 98:2
**mistake** [1] - 97:3
**MITCHELL** [1] - 2:7
**MITHOFF** [1] - 7:17
**mixed** [2] - 83:3, 83:21
**model** [1] - 30:12
**modified** [1] - 93:10
**MOEX** [2] - 6:10, 85:15
**Monday** [14] - 15:9, 16:3, 16:5, 21:15, 21:16, 21:18, 27:1, 27:14, 27:15, 42:6, 85:23, 95:10, 95:20
**MONDAY** [1] - 11:17
**MONTGOMERY** [1] - 2:20
**month** [3] - 17:10, 17:20, 18:15
**monthly** [1] - 18:17
**months** [3] - 26:7, 64:23, 94:17
**mooted** [1] - 59:6
**MORGAN** [1] - 6:15
**morning** [1] - 13:11, 14:3, 16:8, 60:10, 84:24, 85:23, 85:24, 86:4, 87:16, 93:8, 98:5
**most** [8] - 14:20, 23:1, 47:22, 56:5, 76:9, 80:10, 80:17, 81:8
**motion** [4] - 44:18, 54:16, 55:3, 62:18
**MOTION** [2] - 8:18, 9:23
**Motion** [7] - 28:19, 44:22, 45:5, 45:6, 45:19, 53:21, 97:6

**MOTION......** [1] - 9:15
**Motions** [3] - 40:24, 44:24, 97:3
**MOTIONS** [2] - 9:5, 11:23
**motions** [3] - 41:4, 80:14, 87:17
**mouth** [1] - 77:8
**move** [4] - 18:18, 25:23, 28:21, 60:5
**MOVE** [1] - 10:13
**moved** [3] - 38:21, 39:6, 41:8
**moving** [5] - 35:7, 60:15, 79:21, 79:22, 95:7
**MR** [235] - 13:20, 13:23, 14:18, 15:2, 15:5, 15:10, 15:15, 16:9, 16:15, 16:17, 16:19, 16:24, 17:1, 17:5, 17:8, 18:1, 18:19, 18:24, 19:4, 19:7, 19:15, 19:16, 19:19, 19:21, 19:24, 20:1, 20:7, 20:9, 21:18, 21:21, 24:5, 24:12, 24:14, 24:15, 24:18, 25:2, 25:22, 25:23, 25:24, 26:7, 26:8, 26:19, 26:21, 27:13, 27:24, 28:7, 28:17, 29:25, 30:4, 30:6, 30:14, 33:25, 34:6, 34:10, 34:12, 35:13, 36:17, 36:19, 36:24, 38:3, 38:5, 38:13, 38:17, 38:21, 38:24, 39:1, 39:6, 39:11, 39:12, 39:16, 39:18, 39:19, 40:4, 40:11, 40:15, 41:1, 41:7, 41:16, 41:21, 42:21, 43:16, 43:21, 43:24, 44:4, 44:8, 44:10, 44:19, 44:22, 45:12, 45:15, 46:2, 46:9, 46:10, 46:14, 46:15, 46:18, 46:19, 46:23, 47:4, 47:5, 47:7, 47:15, 47:18, 47:21, 49:8, 49:12, 49:22, 50:2, 50:3, 50:5, 50:6, 50:10, 50:12, 50:14, 51:12, 51:13, 51:20, 51:23, 52:5, 52:6, 52:11, 52:16, 52:19, 52:22, 52:24, 53:1, 53:7, 53:8, 53:10, 53:12,

53:24, 54:2, 54:7,
54:16, 54:20, 54:22,
54:24, 55:7, 55:11,
56:3, 56:10, 56:21,
56:25, 57:19, 57:23,
58:11, 58:25, 59:3,
59:13, 59:22, 60:10,
60:13, 60:22, 60:24,
61:2, 61:14, 61:17,
62:13, 62:24, 63:13,
63:16, 63:19, 64:3,
64:7, 64:11, 64:14,
64:19, 64:22, 65:5,
65:6, 65:9, 65:12,
66:2, 66:4, 67:2,
67:5, 67:14, 67:17,
68:11, 69:8, 69:16,
69:23, 70:8, 71:24,
72:8, 72:21, 72:25,
73:18, 74:17, 74:20,
75:11, 75:12, 75:16,
76:4, 76:16, 77:9,
79:1, 79:13, 79:16,
79:17, 79:21, 80:4,
81:1, 82:11, 82:24,
84:9, 84:19, 85:18,
85:19, 85:23, 86:3,
86:6, 86:9, 86:11,
87:13, 88:22, 89:2,
89:11, 90:12, 92:8,
94:9, 94:11, 95:9,
95:19, 95:22, 95:25,
96:25, 97:2, 97:14,
97:16, 97:18, 97:20,
97:23, 98:1, 98:4
**MS** [45] - 22:7, 22:9,
22:13, 23:9, 24:23,
25:9, 29:8, 29:13,
29:21, 30:17, 30:20,
30:23, 30:25, 31:2,
31:14, 31:22, 32:22,
32:25, 33:21, 35:9,
35:15, 39:15, 44:17,
50:7, 50:19, 61:16,
61:23, 63:1, 63:5,
65:11, 69:17, 70:22,
77:23, 78:10, 78:14,
82:8, 84:8, 84:22,
85:14, 88:1, 88:16,
92:15, 92:25, 93:3,
98:13
**multiple** [2] - 33:7,
79:17
**mum's** [1] - 65:11
**MURRILL** [12] - 3:7,
30:20, 30:23, 30:25,
31:2, 31:14, 31:22,
32:22, 32:25, 33:21,
35:9, 35:15
**Murrill** [3] - 30:20,

30:22, 34:2
**MY** [2] - 10:7, 10:9

# N

**N.W** [1] - 4:14
**Nalco** [2] - 62:22, 63:2
**NALCO** [1] - 10:23
**name** [3] - 48:2, 75:23,
86:8
**named** [2] - 70:2, 70:3
**NANCY** [1] - 3:21
**narrow** [3] - 32:9,
32:13, 34:23
**nature** [1] - 61:8
**necessarily** [1] - 33:18
**necessary** [2] - 26:4,
32:3, 54:12
**need** [40] - 22:18,
22:19, 23:14, 24:1,
25:3, 25:14, 25:19,
27:23, 28:25, 29:3,
32:7, 34:23, 35:18,
40:24, 43:9, 51:20,
51:24, 52:2, 54:5,
54:10, 55:4, 55:5,
55:22, 57:10, 58:1,
60:14, 62:4, 62:5,
67:3, 67:21, 71:8,
71:20, 73:18, 74:11,
79:25, 88:9, 91:16,
95:8, 97:21
**needed** [3] - 62:16,
69:1, 74:5
**needs** [2] - 39:13, 89:3
**negative** [1] - 45:5
**negligence** [3] -
86:21, 86:23, 86:24
**negotiated** [4] - 69:9,
70:12, 71:23, 71:25
**negotiating** [3] -
70:13, 70:16, 72:5
**NEUNER** [2] - 7:12,
7:13
**never** [5] - 26:9, 34:10,
48:5, 48:24, 56:19
**NEW** [11] - 1:7, 1:23,
2:16, 2:25, 3:12,
4:21, 5:5, 5:23, 6:13,
7:9, 7:22
**new** [1] - 80:18
**next** [9] - 18:24, 19:18,
27:1, 30:18, 35:5,
60:17, 74:14, 81:25,
92:6
**NEXT** [1] - 10:17
**nice** [1] - 30:23
**nifty** [1] - 20:12
**night** [3] - 21:3, 43:6,

89:6
**NIZIALEK** [1] - 6:12
**NO** [1] - 1:7
**nobody** [1] - 59:10
**Nomellini** [2] - 24:13,
80:4
**NOMELLINI** [7] - 4:9,
24:14, 24:18, 26:19,
27:24, 70:8, 80:4
**nonattorney** [1] -
24:21
**none** [1] - 84:6
**nongovernmental** [5]
- 44:13, 44:15,
44:18, 97:4, 97:7
**NONGOVERNMENT
AL** [2] - 9:15, 11:23
**nonparties** [4] - 66:4,
66:18, 72:9, 72:14
**nonparty** [6] - 65:20,
66:5, 66:12, 66:21,
72:11, 72:12
**nonretained** [1] - 58:4
**NORFOLK** [1] - 2:5
**normal** [6] - 48:11,
48:25, 49:1, 49:18,
49:21, 52:9
**NORTH** [6] - 3:4, 3:8,
4:4, 4:5, 4:7, 4:8
**Norwegian** [1] - 86:7
**NOT** [2] - 9:25, 11:14
**notations** [1] - 81:15
**note** [1] - 30:7
**notes** [5] - 42:22,
43:1, 43:5, 43:8,
44:2
**NOTES** [1] - 9:10
**NOTES.....** [1] - 9:12
**nothing** [2] - 41:11,
55:2
**NOTICE** [1] - 11:8
**notice** [6] - 66:22,
67:6, 72:24, 76:6,
76:7, 88:10
**notices** [3] - 65:17,
72:5, 74:24
**NOTICES** [1] - 11:5
**NOTICES**................
[1] - 11:2
**notification** [1] - 36:5
**notified** [1] - 36:5
**November** [20] - 17:5,
22:14, 23:1, 27:6,
30:8, 35:12, 36:11,
38:10, 38:25, 39:4,
39:8, 39:9, 39:18,
39:19, 45:3, 48:2,
97:5, 97:8, 97:9
**NOVEMBER** [5] - 1:8,
8:13, 8:20, 8:23,

13:2
**NOW............** [1] -
11:16
**nuance** [1] - 70:23
**Number** [1] - 46:6
**number** [9] - 37:2,
42:2, 48:23, 48:25,
57:4, 57:5, 76:11,
79:13, 79:14
**numbered** [1] - 99:9
**numbering** [3] - 27:2,
28:11
**NW** [1] - 6:8
**NY** [1] - 7:9

# O

**O'BRIEN'S** [1] - 7:3
**O'KEEFE** [1] - 1:23
**O'Keefe** [3] - 38:11,
39:22, 53:25
**O'ROURKE** [1] - 3:21
**object** [3] - 64:1,
72:18, 74:21
**objected** [1] - 45:25
**objecting** [2] - 42:14,
45:16
**objection** [2] - 74:20,
81:3
**objections** [10] - 45:8,
45:9, 45:17, 46:16,
63:12, 73:12, 73:16,
80:1, 80:3, 80:10
**OBJECTIONS**...........
...................... [1] -
11:11
**obligated** [1] - 67:24
**obligation** [1] - 95:12
**obligations** [3] -
23:11, 95:3, 96:3
**obtained** [1] - 14:24
**obviously** [9] - 15:6,
17:2, 32:25, 61:10,
73:11, 73:14, 74:2,
86:3, 89:4
**occasions** [1] - 92:19
**occur** [1] - 68:18
**occurred** [4] - 20:7,
20:9, 23:15, 40:19
**occurring** [1] - 20:10
**October** [1] - 80:15
**OF** [16] - 1:2, 1:5,
1:12, 2:22, 3:6, 3:14,
3:20, 3:20, 10:1,
10:15, 11:5, 11:6,
11:7, 11:9, 11:18
**OFFICE** [1] - 2:18
**office** [3] - 25:6,
31:15, 31:16

**Office** [1] - 30:21
**officer** [1] - 58:23
**OFFICERS** [1] - 10:1
**officers** [2] - 58:15,
59:5
**Official** [2] - 99:5,
99:14
**OFFICIAL** [1] - 7:20
**offline** [1] - 34:3
**OFFSHORE** [3] - 4:18,
6:10, 7:4
**often** [2] - 56:12,
56:18
**oil** [7] - 32:22, 33:2,
76:24, 78:23, 79:10,
79:13, 79:14
**OIL** [2] - 1:4, 1:5
**old** [2] - 49:19, 97:9
**ON** [8] - 1:5, 8:19,
10:5, 10:13, 10:18,
11:7, 11:9, 11:17
**once** [4] - 37:11, 68:7,
91:22, 97:18
**one** [67] - 13:12,
14:24, 19:9, 21:2,
23:9, 23:17, 27:5,
28:1, 28:22, 28:23,
29:9, 30:7, 32:18,
33:5, 33:16, 36:2,
36:3, 36:19, 37:14,
41:7, 41:16, 41:19,
42:13, 43:10, 45:25,
48:22, 48:23, 50:22,
50:25, 51:5, 51:15,
53:10, 53:12, 53:13,
53:17, 53:19, 56:8,
57:4, 60:8, 61:5,
61:17, 62:3, 66:11,
68:18, 69:12, 69:13,
70:22, 71:11, 71:24,
75:16, 76:17, 77:20,
79:21, 79:22, 80:13,
83:18, 89:22, 90:13,
92:25, 93:19, 94:9,
95:9, 96:6, 97:18,
98:4, 98:7, 98:8
**ONE** [7] - 2:15, 5:8,
7:14, 7:18, 8:22,
10:15, 11:16
**One** [35] - 30:11,
34:14, 35:18, 35:23,
49:4, 53:13, 53:19,
67:23, 68:22, 76:19,
82:3, 82:23, 83:12,
84:4, 84:14, 84:20,
84:25, 85:1, 85:7,
85:9, 88:4, 88:7,
88:14, 89:19, 90:5,
90:19, 90:20, 91:8,
91:13, 91:15, 93:7,

93:17, 94:1, 94:3
**one's** [1] - 69:22
**one-day** [3] - 50:25, 53:13, 53:19
**ones** [2] - 61:22, 64:4
**ongoing** [3] - 18:5, 80:9, 80:21
**OPA** [6] - 86:16, 86:17, 86:25, 87:15, 87:19, 87:24
**open** [2] - 29:23, 42:2
**operating** [1] - 86:2
**opinion** [2] - 58:5, 91:11
**opportunity** [3] - 16:5, 19:12, 48:24
**opposed** [3] - 15:11, 48:18, 84:4
**opposite** [1] - 89:16
**opposition** [1] - 41:14
**options** [1] - 98:3
**OR** [3] - 9:25, 11:14, 11:17
**Order** [5] - 23:13, 46:6, 96:6, 96:14, 96:16
**ORDER** [2] - 8:15, 13:4
**order** [15] - 25:13, 36:20, 45:3, 55:13, 62:4, 62:6, 62:17, 63:18, 76:11, 80:20, 81:23, 93:10, 94:6, 95:17, 97:5
**ORDER.....................
...........** [1] - 11:13
**orders** [1] - 96:2
**ordinary** [3] - 64:5, 64:12, 64:25
**org** [4] - 64:4, 64:12, 64:20, 64:25
**ORGANIZATIONAL**
[1] - 11:1
**organizational** [2] - 63:23, 63:25
**original** [3] - 37:3, 42:16, 51:15
**originally** [1] - 50:24
**ORLEANS** [10] - 1:7, 1:23, 2:16, 2:25, 3:12, 4:21, 5:5, 5:23, 6:13, 7:22
**OTHER** [3] - 8:25, 9:25, 10:5
**otherwise** [2] - 72:18, 86:1
**ought** [5] - 15:16, 15:23, 64:4, 91:11, 91:15
**OUR** [1] - 10:17

**ourselves** [2] - 22:16, 35:4
**OUT** [1] - 11:6
**outline** [2] - 96:2, 96:17
**outside** [1] - 54:13
**overall** [2] - 78:18, 91:10
**OVERALL** [1] - 11:10
**overinclusive** [1] - 40:17
**overlaps** [1] - 83:13
**overly** [1] - 42:10
**overseeing** [1] - 34:20
**overwhelms** [1] - 85:8
**owe** [2] - 16:15, 16:17
**owes** [1] - 30:7
**OWES** [1] - 8:19
**own** [6] - 26:3, 47:22, 48:22, 54:25, 55:3, 95:14
**owner/operator** [1] - 86:18

# P

**p.m** [1] - 98:15
**P.O** [1] - 3:22
**packaging** [1] - 45:14
**PAGE** [1] - 8:3
**page** [8] - 44:24, 45:2, 71:14, 89:4, 89:6, 91:13, 91:14, 91:16
**pages** [2] - 54:12, 85:3, 91:15
**panoply** [1] - 76:20
**PAPANTONIO** [1] - 2:7
**paper** [2] - 29:9, 29:11
**PARAGRAPH** [1] - 8:15
**paragraph** [2] - 23:13, 96:7, 96:16
**parish** [1] - 32:19
**Parish** [1] - 56:20
**PARKWAY** [1] - 6:25
**parse** [2] - 83:6, 83:11
**part** [7] - 20:12, 46:19, 70:11, 71:25, 75:21, 80:8, 90:13
**people's** [1] - 45:10
**Pepper** [3] - 99:3, 99:12, 99:13
**PEPPER** [1] - 7:20
**per** [4] - 15:16, 53:24, 80:10, 93:19
**percent** [2] - 83:2
**perfectly** [3] - 14:8, 40:11, 89:9
**perhaps** [2] - 20:24, 21:12

62:18, 66:14, 70:17, 73:2, 91:10, 96:19
**particularly** [1] - 83:22
**parties** [41] - 15:22, 18:10, 18:20, 19:2, 19:11, 23:10, 23:14, 24:24, 27:6, 36:1, 36:13, 37:24, 45:3, 45:15, 58:14, 59:20, 60:25, 63:20, 65:2, 65:21, 66:4, 66:18, 67:12, 67:16, 70:12, 71:14, 71:19, 71:21, 72:17, 73:4, 73:19, 73:22, 74:1, 75:5, 79:7, 81:11, 82:15, 86:4, 88:5, 96:5, 96:21
**PARTIES** [2] - 8:25, 9:25
**parties'** [4] - 45:16, 67:12, 80:16, 80:21
**partner** [2] - 32:1, 33:25
**parts** [3] - 42:7, 57:9, 57:12
**PARTY** [1] - 10:10
**party** [11] - 14:24, 25:18, 36:6, 42:25, 59:19, 60:3, 72:20, 72:23, 73:4, 73:9, 73:14
**passive** [1] - 86:19
**past** [1] - 93:21
**pay** [1] - 56:8
**paying** [1] - 17:25
**penalties** [1] - 85:17
**pending** [1] - 80:16
**pendulum** [2] - 77:12, 77:15
**PENSACOLA** [1] - 2:9
**people** [20] - 14:7, 21:5, 26:14, 28:4, 33:13, 33:17, 39:23, 47:22, 55:16, 55:17, 55:21, 58:19, 58:20, 60:15, 60:16, 66:10, 72:6, 74:9, 75:9, 89:18

**period** [4] - 51:9, 71:10, 76:25, 85:21
**permission** [1] - 37:22
**person** [10] - 24:11, 38:5, 38:6, 45:25, 66:11, 66:14, 68:4, 70:10, 75:3, 93:6
**persons** [1] - 46:1
**PERSPECTIVE** [1] - 11:5
**perspective** [4] - 51:14, 74:23, 74:25, 85:6
**PERSPECTIVE........**
[1] - 11:7
**persuasive** [1] - 75:22
**PETERSEN** [1] - 2:24
**PETROLEUM** [2] - 5:20, 7:14
**phase** [8] - 35:5, 69:2, 69:6, 69:14, 74:14, 91:22, 92:9, 93:19
**PHASE** [7] - 8:17, 8:19, 8:22, 11:2, 11:9, 11:15, 11:16
**Phase** [80] - 25:8, 26:24, 30:7, 30:11, 34:14, 35:11, 35:18, 35:23, 49:4, 53:13, 53:19, 65:16, 67:18, 67:19, 67:23, 68:14, 68:22, 69:2, 72:15, 76:10, 76:19, 78:8, 78:18, 78:24, 82:2, 82:3, 82:10, 82:22, 82:23, 83:12, 83:19, 84:4, 84:11, 84:14, 84:20, 84:25, 85:1, 85:7, 85:9, 87:4, 88:4, 88:7, 88:14, 89:8, 89:13, 89:18, 89:19, 90:1, 90:5, 90:6, 90:17, 90:19, 90:20, 90:21, 91:7, 91:8, 91:9, 91:13, 91:15, 91:16, 91:17, 93:6, 93:7, 93:12, 93:17, 93:22, 93:23, 94:1, 94:3, 94:5, 94:23
**phases** [1] - 92:20
**Phil** [3] - 49:8, 49:9, 65:8
**PHILLIP** [2] - 5:4, 6:12
**phone** [5] - 21:17, 32:2, 49:10, 61:15, 96:21
**phonetically** [1] - 62:1
**physical** [1] - 96:7
**physically** [1] - 96:11

**picked** [1] - 66:14
**picture** [2] - 83:14, 83:25
**piecemeal** [1] - 68:8
**PIGMAN** [1] - 5:3
**PINHOOK** [1] - 7:14
**PINKY** [1] - 9:21
**Pinky** [5] - 53:6, 53:7, 53:8, 53:13, 55:15
**place** [2] - 30:5, 96:2
**PLACE** [1] - 2:15
**plainly** [1] - 84:24
**plaintiffs** [7] - 41:21, 45:24, 46:5, 53:1, 64:22, 91:20, 92:17
**PLAINTIFFS** [1] - 2:3
**plaintiffs'** [1] - 46:8
**PLAINTIFFS'** [1] - 1:17
**plan** [2] - 47:19, 84:25
**plane** [3] - 97:12, 97:25, 98:2
**planes** [1] - 97:20
**planned** [2] - 42:3, 42:4
**planning** [1] - 30:9
**plans** [1] - 30:11
**play** [2] - 35:3, 35:4
**playing** [1] - 71:7
**pleasure** [1] - 30:22
**plus** [1] - 25:13
**POC** [1] - 44:14
**podium** [2] - 49:10, 50:9
**point** [31] - 20:5, 35:11, 40:15, 44:25, 53:5, 55:9, 55:10, 55:12, 55:22, 60:18, 61:10, 69:18, 72:16, 73:21, 73:22, 74:3, 74:15, 75:15, 76:8, 76:17, 77:10, 77:11, 78:7, 82:18, 86:3, 87:15, 88:23, 89:13, 90:14, 93:4, 93:13
**pointed** [4] - 32:17, 84:19, 86:23, 89:24
**points** [4] - 47:25, 86:12, 97:2
**POLK** [1] - 5:21
**portion** [2] - 33:24, 96:6
**position** [5] - 46:2, 46:3, 55:25, 57:6, 59:15
**possible** [3] - 62:9, 78:1, 94:25
**post** [4] - 23:15, 24:2, 25:13, 82:22
**post-April** [3] - 23:15,

13

24:2, 25:13
**postdates** [1] - 71:5
**posted** [1] - 23:10
**potential** [1] - 62:17
**potentially** [1] - 31:24
**powerful** [1] - 91:20
**powers** [2] - 75:22
**POYDRAS** [5] - 3:11, 4:21, 5:23, 6:12, 7:21
**practice** [10] - 13:14, 13:16, 13:20, 13:21, 14:1, 14:10, 15:6, 15:16, 17:19, 52:7
**preannouncing** [1] - 30:11
**precise** [1] - 89:7
**precluded** [1] - 41:9
**preclusion** [1] - 89:2
**predicate** [1] - 74:11
**predominantly** [1] - 91:7
**prefer** [1] - 85:23
**prejudice** [2] - 87:9, 87:10
**prepare** [2] - 83:4, 83:8
**prepared** [3] - 66:22, 66:23, 76:15
**presence** [1] - 94:4
**present** [1] - 93:11
**presently** [1] - 50:12
**preserve** [1] - 19:9
**presumably** [1] - 66:22
**PRETRIAL** [1] - 8:15
**Pretrial** [4] - 23:13, 46:6, 96:6, 96:14
**pretrial** [2] - 96:2, 96:16
**pretty** [3] - 22:11, 88:24, 93:4
**previous** [4] - 55:18, 56:16, 68:12, 73:21
**previously** [1] - 69:15
**primarily** [6] - 68:1, 90:1, 90:4, 90:19, 90:20, 90:21
**primary** [1] - 93:9
**PRIORITIZED** [1] - 8:24
**prioritized** [4] - 36:13, 38:20, 38:23, 39:3
**privilege** [7] - 22:15, 22:21, 23:25, 26:2, 27:8, 27:19, 30:9
**PRIVILEGE** [1] - 8:14
**privileged** [2] - 23:16, 32:15
**problem** [18] - 18:25,

21:20, 27:12, 33:1, 34:21, 35:13, 39:14, 40:3, 40:4, 44:7, 44:8, 47:8, 52:8, 54:1, 58:1, 77:17, 82:13, 90:21
**problems** [2] - 77:20, 90:25
**PROCEDURE** [1] - 8:9
**procedure** [3] - 16:21, 26:16, 73:19
**PROCEED** [1] - 9:3
**proceed** [2] - 15:24, 39:25
**proceedings** [2] - 98:15, 99:8
**PROCEEDINGS** [3] - 1:12, 7:24, 13:1
**process** [21] - 14:23, 21:8, 21:10, 21:13, 31:17, 36:20, 40:8, 59:8, 60:7, 63:24, 72:5, 76:22, 78:18, 80:5, 80:9, 88:5, 92:21, 94:7, 96:18, 96:24, 96:25
**PROCESS** [3] - 10:5, 10:14, 11:9
**processing** [1] - 21:10
**PROCTOR** [1] - 2:7
**produce** [9] - 27:1, 31:17, 65:24, 66:6, 66:7, 67:24, 68:1, 70:3, 72:13
**produced** [8] - 31:6, 32:14, 48:5, 64:4, 69:2, 69:15, 70:19, 70:24
**PRODUCED** [1] - 7:25
**produces** [1] - 33:7
**producible** [1] - 32:15
**producing** [1] - 33:4
**product** [1] - 25:12
**PRODUCTION** [2] - 4:3, 4:6
**production** [14] - 27:6, 61:19, 68:17, 68:21, 68:23, 69:7, 70:2, 71:20, 72:18, 72:19, 73:2, 73:23, 74:4, 74:14
**productions** [5] - 28:5, 69:23, 71:9, 71:13, 71:16
**productive** [2] - 31:12, 31:17
**PRODUCTS** [1] - 4:8
**Professor** [1] - 14:23
**program** [1] - 22:4
**PROGRAM**...............

.................. [1] - 8:12
**progress** [1] - 60:19
**PROHIBIT** [1] - 11:15
**prohibit** [1] - 82:2
**proof** [2] - 91:21, 95:2
**proposal** [5] - 18:21, 18:22, 39:22, 39:23, 39:24
**PROPOSAL**...............
..............................
[1] - 9:2
**propose** [5] - 17:25, 19:5, 38:12, 41:14, 82:8
**PROPOSED** [1] - 11:8
**proposed** [4] - 22:3, 61:20, 76:5, 95:17
**prospectively** [1] - 15:2
**protocol** [1] - 16:13
**PROTOCOL**...............
........................ [1] - 8:8
**prove** [1] - 85:16
**proverbial** [1] - 14:25
**provide** [6] - 23:22, 31:18, 38:19, 39:12, 42:6, 93:12
**providing** [2] - 46:10, 46:11
**PROVISION** [1] - 8:15
**provision** [2] - 23:13, 58:7
**PSC** [28] - 8:23, 11:5, 11:7, 11:15, 14:18, 14:23, 36:12, 36:20, 41:8, 44:20, 45:23, 46:14, 46:15, 46:20, 48:10, 48:23, 49:21, 55:11, 57:9, 59:19, 63:25, 67:5, 69:21, 74:23, 74:25, 82:2, 89:6, 95:25
**PSC's** [5] - 37:22, 46:1, 46:4, 47:3, 83:24
**PTO** [2] - 28:3, 28:10
**pull** [4] - 64:11, 67:2, 91:6, 94:22
**pulled** [2] - 37:13, 45:13
**purely** [2] - 82:17, 87:4
**purpose** [1] - 82:11
**purposes** [5] - 26:3, 57:14, 85:17, 89:22, 92:21
**pursuant** [3] - 31:6, 37:8, 80:21
**pushed** [1] - 98:7

**pushing** [2] - 31:3, 38:6
**put** [20] - 23:25, 40:7, 41:15, 41:20, 42:16, 43:2, 43:11, 43:14, 46:2, 54:5, 68:14, 70:25, 71:25, 91:2, 91:12, 92:10, 92:12, 95:3, 95:22
**puts** [1] - 55:24
**putting** [3] - 64:20, 90:16, 93:23

## Q

**qualifies** [2] - 23:20, 23:25
**qualify** [1] - 25:11
**quarters** [1] - 78:24
**questions** [9] - 16:12, 31:23, 34:15, 34:17, 45:18, 48:24, 74:2, 74:9, 74:10
**quick** [3] - 16:12, 94:24, 98:4
**quickly** [5] - 13:9, 62:2, 89:14, 97:2
**QUIP** [1] - 6:23

## R

**RACHEL** [1] - 4:24
**RAFFERTY** [1] - 2:7
**raise** [3] - 48:8, 75:6, 80:22
**raised** [2] - 44:1, 78:7
**raises** [1] - 76:8
**range** [1] - 48:18
**ranges** [2] - 32:12, 33:14
**rapid** [1] - 71:13
**rather** [3] - 20:2, 68:7, 83:24
**rational** [2] - 87:18, 93:24
**Ray** [1] - 35:24
**RD** [1] - 7:14
**RE** [1] - 1:4
**reached** [1] - 34:2
**read** [6] - 29:5, 56:2, 57:5, 89:7, 93:18, 93:19
**readdress** [1] - 75:12
**reading** [3] - 29:9, 29:11, 93:18
**ready** [9] - 18:21, 22:21, 29:14, 35:4, 54:16, 66:8, 66:13,

79:6, 79:11
**real** [3] - 60:16, 80:2, 82:13
**REAL** [1] - 10:17
**reality** [1] - 83:5
**really** [36] - 18:7, 19:12, 22:13, 23:11, 23:17, 29:6, 32:8, 33:13, 33:14, 33:18, 34:21, 34:24, 35:5, 42:14, 42:23, 42:25, 43:4, 44:14, 45:5, 51:7, 51:22, 57:8, 62:3, 62:4, 62:5, 65:8, 71:20, 76:23, 82:11, 83:8, 83:19, 84:25, 88:2, 94:6, 97:22, 97:24
**REALTIME** [1] - 7:21
**Realtime** [2] - 99:3, 99:13
**reason** [7] - 14:2, 20:19, 48:8, 66:9, 66:17, 69:3, 84:10
**reasonableness** [1] - 81:21
**reasoning** [1] - 87:17
**reasons** [1] - 68:19
**rebuttal** [2] - 37:3, 92:10
**recent** [3] - 76:9, 80:10, 80:17
**recollection** [1] - 59:24
**record** [11] - 15:15, 17:23, 18:1, 18:6, 38:8, 38:18, 43:24, 56:12, 67:5, 95:23, 99:8
**RECORDED** [1] - 7:24
**records** [4] - 42:23, 67:13, 72:12, 72:24
**RECORDS**..................
.............................. [1] - 9:11
**recut** [1] - 90:4
**red** [5] - 22:22, 86:6, 86:9, 87:12, 87:13
**Red** [1] - 86:10
**redacted** [1] - 42:9
**REDDEN** [1] - 5:7
**redeposed** [1] - 55:21
**redo** [1] - 94:20
**redone** [1] - 91:17
**reference** [1] - 57:18
**referring** [1] - 46:24
**refine** [1] - 31:11
**REGARD** [1] - 10:14
**regard** [8] - 39:7, 39:24, 60:8, 62:22,

63:10, 67:15, 68:20, 78:7
**regarding** [2] - 49:1, 80:15
**regime** [1] - 14:4
**Registered** [1] - 99:3
**regulate** [1] - 33:2
**regulatory** [1] - 41:9
**REGULATORY** [1] - 9:6
**relate** [1] - 42:24
**related** [2] - 33:9, 73:21
**RELATES** [1] - 1:9
**relates** [2] - 44:10, 83:2
**RELATING** [1] - 9:12
**relating** [3] - 41:8, 44:1, 80:22
**relationship** [1] - 21:1
**relative** [10] - 17:24, 22:3, 50:20, 51:5, 71:19, 72:11, 73:5, 82:1, 96:3, 96:4
**RELATIVE** [2] - 11:21
**relay** [1] - 74:15
**relevant** [8] - 33:9, 66:15, 66:25, 86:15, 86:18, 87:19, 94:1, 94:3
**reliance** [2] - 37:2, 37:3
**relying** [1] - 56:13
**remaining** [1] - 31:23
**remains** [1] - 88:23
**remember** [5] - 53:5, 58:10, 69:9, 81:8, 88:9
**remembers** [2] - 47:23, 48:3
**remind** [1] - 68:12
**removal** [1] - 96:7
**remove** [1] - 96:15
**rendered** [1] - 19:2
**repetition** [1] - 84:20
**reply** [4] - 28:25, 54:4, 54:10, 54:12
**report** [24] - 16:10, 17:6, 17:9, 17:20, 17:22, 18:2, 18:16, 22:5, 23:7, 35:7, 42:18, 42:21, 44:13, 44:23, 51:23, 57:9, 57:13, 57:18, 57:21, 58:5, 58:12, 79:16, 97:7, 97:8
**REPORT**....................
.................... [1] - 9:9
**REPORT**....................

............................. [1] - 8:7
**Reporter** [6] - 99:3, 99:4, 99:5, 99:13, 99:14
**REPORTER** [2] - 7:20, 7:21
**REPORTER'S** [1] - 99:1
**reporting** [1] - 18:11
**REPORTS** [2] - 8:10, 9:15
**reports** [15] - 16:22, 44:15, 44:18, 45:24, 46:1, 46:5, 46:8, 46:11, 46:14, 46:25, 47:1, 47:3, 56:2, 97:4, 97:7
**REPORTS**...............
............................. [1] - 11:24
**representative** [5] - 64:12, 68:24, 73:3, 73:23, 73:25
**request** [11] - 19:2, 35:9, 47:9, 48:25, 50:15, 50:24, 51:15, 53:13, 58:9, 66:23, 66:24
**REQUEST** [1] - 9:19
**requested** [4] - 14:23, 63:2, 72:20
**requests** [8] - 23:20, 51:8, 56:11, 67:8, 67:9, 69:7, 70:17, 71:3
**resolve** [1] - 80:11
**RESOLVED** [1] - 11:6
**resolved** [3] - 64:1, 74:24, 75:8
**respect** [12] - 28:19, 48:6, 48:19, 49:3, 68:23, 68:25, 70:23, 73:22, 90:25, 93:15, 97:4, 97:6
**RESPECT** [2] - 8:18, 11:23
**respectfully** [2] - 87:15, 87:24
**respond** [6] - 24:11, 42:16, 44:18, 62:6, 74:3, 77:23
**RESPOND** [1] - 9:15
**responded** [4] - 42:25, 59:14, 59:15, 59:16
**RESPONDER** [1] - 10:22
**responder** [3] - 61:12, 62:5, 62:15
**responding** [1] - 30:9

**RESPONSE** [2] - 7:3, 9:13
**response** [8] - 13:15, 27:25, 37:8, 44:5, 53:24, 62:2, 66:6, 69:6
**response)** [1] - 30:17
**responsibility** [1] - 86:17
**responsible** [2] - 20:21, 29:9
**responsive** [6] - 32:13, 33:7, 69:13, 71:1, 71:4, 71:23
**rest** [3] - 23:2, 81:20, 85:21
**result** [2] - 21:9, 23:18
**retrospectively** [1] - 15:1
**returnable** [1] - 73:11
**review** [1] - 89:5
**reviewed** [2] - 22:17, 66:8
**reviewing** [1] - 93:16
**REVISED** [1] - 8:8
**revised** [1] - 16:13
**revisit** [2] - 13:18, 45:4
**revisited** [1] - 45:19
**revolves** [1] - 66:4
**RICHESON** [1] - 5:22
**rid** [1] - 26:4
**RIG** [1] - 1:5
**rights** [1] - 95:3
**rise** [2] - 13:7, 55:12
**RMR** [2] - 7:20, 99:13
**road** [3] - 25:17, 64:4, 65:1
**Rob** [13] - 16:8, 19:5, 19:20, 28:16, 29:23, 30:16, 37:23, 68:10, 69:18, 75:11, 78:20, 78:21, 79:24
**Rob's** [1] - 79:21
**ROBERT** [1] - 4:14
**roll** [1] - 26:7
**rolling** [2] - 13:8, 61:19
**RONQUILLO** [2] - 5:12, 5:16
**ROOM** [2] - 3:17, 7:21
**room** [5] - 17:16, 34:22, 42:17, 74:9, 89:15
**ROUGE** [1] - 3:8
**rough** [1] - 22:15
**round** [2] - 61:9, 62:8
**row** [1] - 58:3
**Roy** [6] - 64:10, 64:15, 90:12, 93:3, 93:25, 94:11

**ROY** [7] - 1:18, 1:18, 64:14, 64:19, 90:12, 94:9, 94:11
**rule** [10] - 14:19, 25:20, 49:2, 54:17, 55:25, 56:1, 56:13, 56:15, 58:2, 91:20
**Rule** [9] - 48:18, 51:24, 55:18, 56:4, 56:15, 57:3, 58:3, 72:22, 73:10
**ruled** [1] - 95:10
**RULED** [1] - 11:17
**rules** [3] - 45:5, 49:1
**ruling** [4] - 45:20, 87:17, 89:2, 95:11
**RULING**....................
.................... [1] - 11:19
**rulings** [1] - 14:14
**run** [6] - 27:2, 28:2, 32:3, 32:5, 32:20, 94:6
**running** [2] - 24:6, 25:5
**RUSNAK** [1] - 2:11
**RYAN** [1] - 4:10

# S

**S.'s** [1] - 85:14
**s/Cathy** [1] - 99:12
**safety** [3] - 14:23, 76:22
**SALLY** [1] - 1:13
**salt** [1] - 14:25
**SAN** [1] - 3:17
**Sarah** [22] - 22:6, 23:7, 24:7, 25:15, 28:20, 29:2, 29:5, 29:7, 30:15, 61:14, 61:18, 61:21, 62:24, 62:25, 69:17, 69:19, 70:15, 70:21, 76:6, 76:16, 78:12, 98:14
**SARAH** [1] - 3:16
**sat** [1] - 62:15
**satisfied** [5] - 31:20, 59:3, 59:12, 60:1, 60:4
**SATISFIED** [1] - 10:11
**Saturday** [2] - 95:20, 98:12
**save** [2] - 28:2, 90:1
**saw** [4] - 22:2, 28:18, 40:20, 60:12
**scan** [1] - 17:15
**scanning** [1] - 17:17
**scared** [1] - 22:13

**scenario** [1] - 68:3
**schedule** [11] - 40:25, 41:2, 41:5, 41:10, 41:15, 41:19, 41:20, 44:10, 50:4, 78:19, 80:11
**SCHEDULE**....... [1] - 11:10
**scheduled** [1] - 50:13
**SCHELL** [1] - 5:21
**science** [1] - 20:13
**scientific** [1] - 83:6
**scientist** [1] - 20:14
**SCOFIELD** [1] - 6:15
**SEACOR** [6] - 7:4, 7:4, 7:5, 7:5, 7:6, 7:6
**search** [23] - 31:19, 32:18, 32:20, 33:3, 33:6, 33:14, 34:23, 69:6, 69:10, 69:11, 69:22, 69:24, 70:1, 70:6, 70:9, 70:13, 70:16, 70:17, 71:22, 72:1, 72:2
**searched** [1] - 71:2
**searches** [6] - 31:6, 32:3, 32:4, 67:12, 71:1, 71:5
**second** [1] - 61:9
**secondly** [1] - 89:20
**SECREST** [1] - 5:7
**SECTION** [1] - 3:20
**sections** [1] - 57:20
**SECURITIES** [1] - 9:18
**securities** [2] - 45:22, 45:24
**see** [33] - 15:22, 17:16, 18:1, 22:4, 22:6, 27:10, 27:13, 29:18, 30:18, 45:20, 51:17, 54:5, 54:8, 58:8, 60:18, 61:1, 62:18, 64:1, 66:12, 66:17, 67:3, 71:19, 72:5, 77:15, 77:17, 78:9, 78:11, 82:22, 83:23, 84:18, 91:18, 97:24, 98:14
**seem** [2] - 57:9, 83:23
**segregated** [1] - 69:24
**send** [7] - 15:8, 16:2, 17:17, 29:17, 60:25, 88:20, 92:6
**sense** [3] - 28:1, 67:19, 73:24
**sensitive** [1] - 92:22
**sensitivity** [1] - 18:4
**sent** [8] - 43:19, 47:13, 48:14, 61:20, 63:5, 82:14, 82:15, 96:11

**separate** [3] - 44:14, 62:23, 62:25
**sequential** [1] - 28:10
**series** [1] - 89:25
**serious** [3] - 81:13, 81:16, 94:7
**serve** [2] - 63:19, 75:9
**service** [1] - 75:4
**SERVICES** [1] - 5:12
**services** [1] - 19:1
**set** [7] - 37:14, 48:8, 49:22, 59:9, 80:17, 82:6, 97:5
**SET** [2] - 10:6, 10:8
**settled** [1] - 87:11
**settlement** [1] - 29:19
**settlements** [1] - 81:21
**Seven** [1] - 37:7
**several** [1] - 86:4
**share** [8] - 18:12, 18:14, 26:1, 45:24, 46:4, 46:12, 79:6, 85:20
**shared** [2] - 47:1, 47:2
**sharing** [3] - 24:16, 45:25, 46:21
**shave** [1] - 25:22
**shed** [1] - 20:22
**shoot** [1] - 27:19
**shorter** [2] - 14:5, 26:12
**shortly** [1] - 29:2
**shot** [2] - 66:11, 68:5
**SHOULD** [3] - 10:3, 10:6, 10:8
**show** [1] - 91:17
**showing** [1] - 74:11
**shown** [2] - 74:7, 74:15
**shows** [1] - 17:11
**shuffling** [1] - 53:3
**SHUSHAN** [1] - 1:13
**sic** [1] - 59:24
**side** [8] - 22:22, 40:18, 57:1, 74:9, 86:16, 86:17, 86:25, 89:15
**sides** [2] - 66:18, 86:25
**SIEMENS** [1] - 7:7
**sign** [1] - 50:15
**significant** [1] - 83:9
**similar** [4] - 17:9, 24:8, 42:4, 73:24
**simple** [2] - 36:19, 75:16
**simplify** [1] - 36:20
**simply** [1] - 23:25
**SINCLAIR** [1] - 2:19

**single** [1] - 32:5
**sink** [1] - 86:1
**sit** [2] - 41:12, 52:3
**sitting** [1] - 77:4
**situation** [2] - 41:25, 89:20
**six** [2] - 26:7, 37:7
**size** [1] - 40:20
**skin** [1] - 19:3
**slam** [1] - 95:1
**slammed** [3] - 35:25, 36:1, 36:2
**slamming** [1] - 91:24
**sleep** [1] - 86:22
**slices** [1] - 90:6
**slide** [1] - 94:23
**slip** [2] - 22:19
**Smith** [4] - 70:14, 70:17, 70:19, 73:24
**so-called** [1] - 68:18
**solely** [1] - 86:15
**solid** [1] - 55:19
**someone** [4] - 23:22, 38:17, 58:6, 93:5
**sometimes** [1] - 77:6
**somewhat** [2] - 15:20, 44:15
**soon** [1] - 62:10
**SOREN** [1] - 1:22
**sorry** [4] - 19:20, 46:23, 97:22
**sort** [6] - 18:11, 18:21, 24:7, 51:14, 57:3, 61:8
**sorts** [1] - 27:8
**sought** [1] - 15:21
**sounds** [3] - 30:4, 38:7, 63:21
**source** [1] - 77:4
**SOUTH** [2] - 2:8, 6:4
**SPEAKER** [1] - 65:10
**speaking** [6] - 22:8, 22:9, 56:1, 66:12, 68:24, 76:16
**special** [1] - 47:22
**specific** [2] - 45:17, 96:18
**specifically** [2] - 67:7, 96:9
**specifics** [1] - 88:8
**spelled** [1] - 62:1
**spend** [1] - 81:20
**SPILL** [1] - 1:4
**St** [1] - 56:19
**stack** [3] - 16:7, 83:17, 85:5
**STACK......................
...........** [1] - 8:6
**stamps** [1] - 96:8

**stand** [2] - 59:9, 85:3
**STAND** [1] - 10:6
**start** [5] - 47:20, 55:6, 65:2, 91:1, 91:24
**started** [3] - 23:8, 39:3, 75:4, 94:12
**starting** [1] - 76:10
**State** [7] - 34:7, 34:12, 34:16, 95:11, 95:13, 99:4
**STATE** [5] - 2:18, 2:22, 3:6, 11:18
**statement** [3] - 17:24, 40:6, 93:1
**statements** [1] - 56:22
**States** [10] - 28:19, 59:20, 61:12, 61:18, 76:6, 84:13, 84:16, 85:7, 99:5, 99:14
**states** [3] - 36:21, 95:23, 96:9
**STATES** [4] - 1:1, 1:13, 3:19, 10:21
**STATES....** [1] - 8:18
**STATES.........** [1] - 11:8
**status** [5] - 16:11, 18:24, 58:3, 60:17, 85:15
**STATUS** [2] - 1:12, 10:17
**stay** [1] - 94:18
**STEFANIE** [1] - 5:13
**STENOGRAPHY** [1] - 7:24
**STEPHEN** [1] - 1:22
**stepped** [1] - 19:9
**Sterbcow** [1] - 48:14
**Steve** [7] - 41:21, 44:7, 52:25, 53:1, 80:6, 88:19, 90:14
**STEVEN** [1] - 3:21
**Stevenson** [1] - 63:11
**stick** [3] - 13:24, 14:14, 21:8
**STILL** [1] - 11:6
**still** [10] - 16:13, 23:6, 33:6, 37:9, 61:14, 74:25, 77:15, 87:11, 88:25
**stips** [1] - 61:20
**stipulate** [1] - 78:23
**stipulation** [3] - 22:3, 60:20, 79:12
**STIPULATION...........
.................** [1] - 10:19
**stipulations** [10] - 60:8, 60:9, 61:9, 61:11, 61:19, 62:4, 62:22, 63:2, 78:18,

79:6
**STIPULATIONS** [3] - 10:15, 11:10
**STIPULATIONS.........
.......................** [1] - 10:23
**STIPULATIONS.........
.......................** [1] - 10:20
**STONE** [1] - 5:3
**stones** [1] - 34:17
**stop** [1] - 15:5
**STRADLEY** [1] - 7:17
**strategic** [1] - 68:19
**STREET** [20] - 1:19, 2:8, 2:16, 2:24, 3:4, 3:8, 3:11, 4:14, 4:21, 4:24, 5:5, 5:9, 5:14, 5:23, 6:8, 6:12, 6:16, 6:20, 7:18, 7:21
**stretching** [1] - 76:21
**strike** [1] - 25:23
**striving** [1] - 23:6
**strongly** [3] - 48:10, 91:25, 93:4
**structural** [1] - 68:14
**structure** [2] - 93:9, 94:6
**structured** [1] - 67:18
**struggling** [1] - 62:3
**studied** [3] - 56:6, 76:6, 78:6
**stuff** [7] - 42:7, 75:24, 83:19, 84:4, 89:13, 91:25
**subject** [4] - 35:10, 46:5, 56:6, 80:20
**subjective** [3] - 91:4, 91:11, 91:23
**subjects** [1] - 48:6
**submission** [1] - 42:12
**submit** [1] - 74:13
**submitted** [5] - 43:6, 59:1, 80:9, 89:6, 96:13
**subpoena** [2] - 72:23, 73:10
**substance** [2] - 72:10, 73:10
**substantial** [3] - 14:1, 51:21, 51:25
**suggest** [4] - 17:9, 29:1, 64:11, 87:16
**suggested** [1] - 53:5
**suggesting** [1] - 26:13
**suggestion** [2] - 29:7, 37:10
**SUITE** [13] - 2:8, 2:16, 3:11, 4:24, 5:9, 5:14,

5:17, 5:23, 6:4, 6:12, 6:16, 6:20, 7:14
**summaries** [1] - 82:14, 89:4, 89:6, 89:7, 91:14
**summary** [1] - 62:18
**Sunday** [3] - 85:20, 85:24, 95:20
**super** [1] - 37:24
**supervisor** [1] - 18:3
**supplement** [2] - 57:1, 71:8
**supplemented** [1] - 91:16
**SUPPORT** [1] - 7:11
**supposed** [3] - 58:8, 58:13, 82:17
**surprised** [1] - 37:25
**surprising** [2] - 54:9, 54:11
**suspect** [1] - 91:25
**suspicion** [1] - 20:22
**SUTHERLAND** [1] - 4:23
**swamp** [1] - 92:23
**swinging** [1] - 77:15
**swings** [1] - 77:11
**swipes** [1] - 92:10
**switch** [1] - 21:9
**system** [2] - 27:2, 28:11

**T**

**table** [1] - 51:9
**tackle** [1] - 46:7
**talks** [1] - 17:13
**Tankerus** [1] - 61:25
**target** [2] - 27:1, 32:13
**targeting** [1] - 33:19
**TARTER** [1] - 6:16
**task** [1] - 26:15
**team** [5] - 77:25, 78:4, 79:22, 80:6
**tech** [2] - 38:5, 38:6
**technical** [6] - 21:8, 37:23, 60:20, 61:5, 61:7, 61:9
**TECHNICAL** [1] - 10:19
**technically** [1] - 23:24
**technological** [1] - 93:15
**Ted** [2] - 61:13, 63:10
**tee** [1] - 81:17
**teeth** [1] - 86:1
**TEMPORARY** [1] - 9:6
**temporary** [1] - 41:8
**tempted** [1] - 20:12

**ten** [3] - 81:7, 81:9, 91:2
**tendency** [1] - 40:17
**terabytes** [2] - 33:4, 33:7
**term** [2] - 32:20, 69:24
**terms** [14] - 20:17, 28:3, 28:24, 32:18, 34:23, 49:1, 49:13, 56:15, 61:7, 69:10, 69:11, 70:13, 70:16, 71:22
**terrific** [1] - 35:1
**TESSIER** [1] - 6:11
**test** [1] - 91:20
**testify** [1] - 57:11
**testimony** [14] - 40:17, 45:9, 45:10, 48:17, 55:18, 56:16, 83:15, 85:1, 93:6, 93:7, 93:12, 93:23, 94:5, 96:4
**TESTIMONY**................
.................... [1] - 11:22
**testing** [3] - 19:18, 19:25, 20:4
**TESTING**...................
...................... [1] - 8:11
**TEXAS** [1] - 6:25
**Thad** [1] - 77:5
**Thanksgiving** [3] - 27:15, 38:14, 39:11
**THAT** [6] - 8:9, 8:25, 10:1, 10:2, 10:10, 11:5
**THAT'S** [1] - 10:12
**THE** [269] - 1:4, 1:5, 1:13, 1:17, 2:3, 2:22, 3:14, 3:19, 8:5, 8:18, 8:23, 8:24, 8:25, 9:3, 9:13, 9:15, 9:16, 9:25, 10:1, 10:5, 10:14, 10:21, 11:5, 11:7, 11:8, 11:9, 11:10, 11:15, 11:17, 11:23, 11:25, 13:7, 13:8, 13:22, 14:15, 15:1, 15:4, 15:7, 15:13, 15:25, 16:10, 16:16, 16:18, 16:20, 16:25, 17:4, 17:7, 17:21, 18:14, 18:23, 18:25, 19:5, 19:14, 19:17, 19:20, 19:22, 20:3, 20:8, 21:14, 21:20, 21:23, 21:25, 22:8, 22:10, 23:7, 24:3, 24:9, 24:17, 25:1, 25:15, 26:15,

26:20, 27:12, 27:16, 28:14, 29:6, 29:11, 29:17, 29:23, 30:2, 30:5, 30:13, 30:16, 30:18, 30:22, 30:24, 31:1, 31:13, 31:21, 32:17, 32:24, 33:20, 33:23, 34:5, 34:9, 34:11, 34:19, 35:14, 35:16, 36:18, 36:23, 38:4, 38:7, 38:8, 38:10, 38:15, 38:19, 38:23, 38:25, 39:5, 39:9, 39:14, 39:21, 40:10, 40:12, 40:19, 41:6, 41:13, 41:18, 42:20, 43:11, 43:20, 43:22, 44:3, 44:7, 44:9, 44:16, 44:20, 45:11, 45:13, 45:20, 46:4, 46:12, 46:17, 46:21, 47:3, 47:6, 47:8, 47:13, 47:14, 47:19, 49:7, 49:9, 49:16, 49:24, 50:4, 50:9, 50:16, 51:10, 51:19, 51:22, 52:3, 52:10, 52:15, 52:18, 52:21, 52:25, 53:6, 53:9, 53:11, 53:20, 54:1, 54:4, 54:15, 54:18, 54:21, 54:23, 55:4, 55:8, 55:24, 56:5, 56:17, 56:24, 57:25, 58:13, 58:21, 58:22, 59:2, 59:6, 59:16, 60:2, 60:12, 60:16, 60:23, 61:11, 62:12, 62:21, 62:25, 63:3, 63:7, 63:15, 63:17, 63:21, 64:6, 64:8, 64:18, 65:4, 65:8, 65:14, 66:3, 66:20, 67:3, 67:10, 67:15, 68:9, 69:4, 69:12, 69:19, 70:5, 70:20, 71:18, 72:3, 72:9, 72:24, 73:7, 74:16, 74:19, 75:14, 76:3, 76:5, 77:7, 77:20, 78:5, 78:11, 78:16, 79:12, 79:14, 79:19, 79:24, 80:24, 81:13, 82:19, 84:6, 84:18, 85:11, 85:22, 85:25, 86:8, 86:10, 87:25, 88:14, 88:17, 89:1, 89:10, 90:10, 92:2, 92:14, 92:24, 93:2, 94:8, 94:10, 95:6, 95:18, 95:21,

95:24, 96:24, 97:1, 97:10, 97:15, 97:17, 97:21, 97:24, 98:2, 98:8, 98:14
**THEIR** [1] - 11:16
**THEM** [2] - 11:6, 11:7
**themselves** [1] - 83:8
**THEN** [1] - 10:11
**THEODORE** [1] - 7:8
**theory** [1] - 20:24
**THERE** [1] - 10:10
**THERE**......................
......... [1] - 10:13
**thereafter** [1] - 29:2
**therefor** [1] - 87:17
**therefore** [3] - 48:23, 48:25, 87:22
**THEY** [2] - 10:2, 11:15
**they've** [1] - 66:13
**THINK** [1] - 10:2
**thinking** [5] - 26:15, 28:21, 41:23, 67:17, 79:17
**thinks** [1] - 58:6
**third** [9] - 72:17, 72:20, 72:23, 73:4, 73:9, 73:14, 73:19, 75:5
**THIRD** [1] - 3:8
**third-party** [5] - 72:20, 72:23, 73:4, 73:9, 73:14
**THIS** [1] - 1:9
**THOMAS** [1] - 2:7
**thorough** [4] - 31:20, 31:24, 89:9
**THOSE** [1] - 10:2
**thoughts** [1] - 27:20
**thousand** [2] - 32:5, 32:6
**thousands** [2] - 33:17, 85:3
**three** [6] - 41:24, 57:7, 57:16, 58:3, 64:23, 78:24
**Three** [2] - 84:11, 90:21
**three-quarters** [1] - 78:24
**throwing** [2] - 34:17, 65:2
**Thursday** [1] - 95:21
**tie** [1] - 69:24
**tied** [1] - 73:2
**Tim** [1] - 75:6
**Tim's** [2] - 61:2, 67:6
**TIME** [2] - 8:5, 9:19
**timeline** [1] - 17:25
**timing** [2] - 27:11, 79:4

**TO** [26] - 1:9, 8:9, 8:18, 8:23, 8:24, 8:25, 9:3, 9:12, 9:15, 9:23, 10:2, 10:7, 10:9, 10:14, 11:14, 11:20, 11:21, 11:22, 11:23, 13:4, 60:22, 60:23, 64:7
**TO's** [1] - 44:4
**today** [20] - 21:2, 23:3, 25:21, 35:6, 42:2, 42:5, 43:3, 43:7, 44:17, 54:20, 61:3, 61:17, 62:1, 63:1, 63:19, 63:20, 90:9, 95:8, 95:19, 97:3
**TODAY**......................
...................... [1] - 9:7
**together** [5] - 33:12, 36:21, 40:7, 42:16, 83:21
**tomorrow** [1] - 16:4
**Tony** [6] - 84:9, 85:22, 85:25, 88:19, 88:20, 92:5
**Tony's** [1] - 86:13
**took** [3] - 21:2, 49:19, 77:19
**top** [4] - 74:21, 76:25, 83:16, 83:17
**topic** [2] - 69:13, 78:3
**topics** [6] - 66:7, 68:25, 69:1, 74:1, 77:17, 78:1
**TORTS** [1] - 3:15
**total** [2] - 79:9, 87:12
**totally** [2] - 73:7, 94:22
**touch** [2] - 78:1, 96:9
**towards** [1] - 79:15
**TOWER** [1] - 2:4
**track** [8] - 22:12, 22:25, 23:3, 40:5, 43:14, 77:1, 93:20
**trade** [1] - 15:23
**trading** [2] - 52:15, 52:19
**traffic** [1] - 28:18
**TRANSCRIPT** [2] - 1:12, 7:24
**transcript** [1] - 99:7
**transcripts** [1] - 45:14
**translation** [1] - 37:19
**translations** [1] - 37:19
**TRANSOCEAN** [3] - 4:17, 4:17, 4:19
**Transocean** [4] - 44:12, 53:16, 58:8, 64:9
**Transocean's** [1] -

37:8
**treated** [2] - 43:3, 49:4
**treating** [1] - 42:11
**tremendous** [1] - 90:25
**trial** [22] - 20:20, 21:15, 35:5, 39:15, 39:16, 64:23, 84:6, 84:15, 84:25, 85:10, 87:1, 87:2, 87:3, 87:5, 87:10, 87:14, 87:21, 92:9, 93:9, 94:6, 94:24
**tried** [7] - 36:21, 65:3, 69:2, 87:8, 94:18, 94:22
**triggers** [1] - 95:12
**true** [2] - 36:1, 99:7
**truthed** [1] - 61:24
**try** [10] - 13:9, 20:20, 29:10, 36:20, 76:11, 81:11, 81:17, 83:11, 84:25
**trying** [19] - 21:21, 27:2, 28:9, 31:10, 35:3, 40:21, 43:14, 62:9, 68:8, 80:6, 82:16, 83:10, 85:7, 85:16, 88:6, 91:1, 91:4
**TSEKERIDES** [8] - 7:8, 61:14, 61:17, 62:13, 62:24, 63:13, 63:16, 63:19
**TUESDAY** [1] - 11:17
**Tuesday** [4] - 21:19, 29:10, 29:15, 95:10
**turkey** [2] - 29:10, 29:12
**turn** [6] - 21:9, 22:22, 27:5, 36:4, 36:9, 51:16
**turned** [1] - 27:13
**turns** [1] - 25:19
**twice** [3] - 82:5, 91:21, 91:23
**TWO** [5] - 8:17, 8:19, 11:2, 11:9, 11:15
**two** [37] - 17:24, 18:24, 25:22, 29:18, 33:16, 34:13, 39:2, 39:23, 46:1, 48:9, 48:25, 50:8, 50:10, 50:13, 51:8, 51:10, 52:4, 52:20, 52:21, 54:13, 55:3, 57:5, 58:18, 58:19, 59:25, 63:14, 76:23, 83:10, 83:21, 86:12, 89:4, 89:6, 91:13, 91:14,

91:15, 91:16, 92:10
**Two** [43] - 25:8, 26:24, 30:7, 30:11, 35:11, 65:16, 67:18, 67:19, 68:14, 69:2, 72:15, 76:10, 78:8, 78:18, 78:24, 82:2, 82:10, 82:22, 83:12, 83:19, 84:4, 84:11, 87:4, 88:4, 89:8, 89:13, 89:18, 90:1, 90:5, 90:6, 90:17, 90:21, 91:7, 91:9, 91:16, 91:17, 93:6, 93:12, 93:17, 93:22, 93:23, 94:5, 94:23
**two-day** [3] - 48:9, 50:8, 50:10
**two-page** [5] - 89:4, 89:6, 91:13, 91:14, 91:16
**TX** [7] - 2:12, 4:25, 5:9, 5:14, 5:18, 6:17, 7:19
**type** [3] - 21:7, 41:25, 94:5
**types** [1] - 25:4
**typically** [1] - 71:1

# U

**U.S** [4] - 3:14, 3:20, 6:19, 70:25
**ultimately** [1] - 93:10
**undangle** [1] - 43:21
**under** [3] - 25:13, 48:11, 51:23
**undergoing** [1] - 75:17
**Underhill** [2] - 19:14, 19:18
**UNDERHILL** [22] - 3:15, 19:16, 20:1, 20:7, 20:9, 21:18, 21:21, 21:24, 36:17, 36:19, 36:24, 38:5, 75:16, 76:16, 77:9, 79:17, 79:21, 85:18, 86:6, 86:9, 86:11, 97:20
**undertake** [1] - 79:19
**United** [10] - 28:19, 59:20, 61:12, 61:18, 76:6, 84:13, 84:16, 85:7, 99:5, 99:14
**UNITED** [6] - 1:1, 1:13, 3:19, 8:18, 10:21, 11:8
**unknown** [1] - 32:18

**unless** [4] - 13:16, 36:8, 38:16, 54:9
**unnecessarily** [1] - 95:1
**unnoticed** [1] - 19:8
**unredacted** [1] - 42:10
**UNTIL** [1] - 11:20
**up** [50] - 13:11, 14:8, 19:18, 19:23, 20:2, 26:9, 27:10, 28:17, 30:18, 36:11, 39:20, 39:22, 48:2, 48:12, 48:20, 49:2, 49:10, 49:22, 52:19, 53:21, 53:23, 55:4, 55:13, 59:4, 62:16, 62:22, 63:22, 64:2, 65:4, 66:3, 67:2, 67:20, 71:25, 72:7, 73:13, 73:17, 76:4, 76:5, 76:25, 78:20, 79:9, 79:25, 80:13, 80:18, 81:17, 81:25, 88:4, 88:10, 96:18, 98:4
**update** [9] - 24:8, 26:23, 27:17, 30:19, 31:4, 60:7, 74:18, 79:24, 80:24
**UPDATE**....................
................... [1] - 8:21
**updated** [1] - 38:19
**updates** [1] - 31:5
**uploaded** [4] - 35:25, 36:1, 36:2, 36:3
**uploading** [3] - 36:6, 36:8
**upsides** [1] - 14:1
**urge** [1] - 35:2
**US** [1] - 11:9
**useful** [1] - 18:9
**USRY** [2] - 3:10, 3:11
**usual** [3] - 13:14, 13:16, 13:20

# V

**VA** [1] - 2:5
**vacuum** [3] - 55:25, 56:24, 86:2
**valid** [1] - 76:17
**variety** [2] - 86:7
**various** [4] - 47:25, 61:24, 86:25, 87:5
**vast** [1] - 81:4
**vendor** [1] - 31:6
**versions** [2] - 42:9, 42:10
**versus** [2] - 72:24, 83:12

**Viator** [1] - 54:24
**view** [2] - 20:5, 24:15
**Vinson** [5] - 53:4, 53:8, 55:15, 57:7
**VINSON**....................
................... [1] - 9:21
**violated** [1] - 58:6
**virtually** [1] - 94:16
**vis** [2] - 72:23
**vis-a-vis** [1] - 72:23
**visited** [1] - 17:14
**volume** [2] - 31:5, 91:1
**vote** [1] - 56:20
**voted** [1] - 56:19

# W

**wait** [4] - 18:7, 45:18, 51:17, 65:12
**waited** [1] - 28:17
**waiting** [1] - 61:2
**walked** [2] - 87:20, 87:23
**WALKER** [2] - 2:3, 6:19
**WALTHER** [1] - 5:3
**WANT** [1] - 11:14
**WANTED** [1] - 8:9
**wants** [9] - 14:19, 15:7, 26:6, 36:8, 49:17, 49:25, 67:11, 84:25, 94:20
**WARE** [1] - 6:23
**warning** [1] - 55:3
**WARREN** [1] - 6:7
**WASHINGTON** [3] - 3:22, 4:15, 6:8
**waste** [2] - 90:7
**watch** [1] - 77:14
**Water** [7] - 84:12, 85:8, 85:11, 85:16, 86:15, 88:2, 88:13
**WATERSIDE** [1] - 2:4
**ways** [1] - 64:21
**WE** [6] - 8:9, 9:10, 10:6, 10:8, 10:10, 11:14
**WE'LL** [1] - 10:13
**WE'RE** [1] - 11:6
**WEATHERFORD** [1] - 6:19
**Wednesday** [2] - 29:16, 39:11
**week** [21] - 17:10, 17:20, 22:23, 27:7, 27:14, 28:8, 28:12, 29:20, 39:22, 47:12, 47:19, 48:15, 61:19,

75:4, 75:7, 80:11, 88:14, 92:6, 98:7, 98:8
**week's** [1] - 98:6
**weekend** [1] - 98:11
**weekly** [1] - 26:2
**WEEKS** [1] - 3:10
**weeks** [5] - 18:24, 34:12, 54:25, 75:18, 83:10
**weigh** [1] - 16:2
**WEIL** [1] - 7:8
**WEINER** [1] - 5:22
**welcome** [3] - 35:16, 55:8, 64:19
**WELL** [1] - 8:12
**WHAT** [1] - 9:10
**WHEN** [1] - 11:15
**WHERE** [1] - 10:5
**WHEREUPON** [1] - 98:15
**WHETHER** [2] - 9:25, 11:14
**WHICH** [3] - 10:6, 10:8, 10:17
**whip** [1] - 92:12
**Whitby** [3] - 58:21, 58:22, 58:23
**WHITELEY** [1] - 2:23
**WHO** [1] - 10:1
**WHOEVER** [1] - 10:12
**whole** [2] - 89:25, 90:4
**wife** [1] - 97:23
**WILL** [2] - 9:16, 11:10
**WILLIAM** [1] - 7:17
**WILLIAMS** [1] - 46:15
**Williamson** [8] - 15:3, 49:12, 49:16, 49:24, 50:20, 52:1, 55:11, 57:13
**WILLIAMSON** [17] - 2:11, 2:11, 14:18, 46:9, 46:19, 47:5, 47:21, 50:2, 50:6, 50:12, 51:12, 52:6, 52:11, 52:16, 55:11, 56:3, 56:10
**Williamson's** [1] - 56:22
**willing** [2] - 35:3, 54:11
**WINFIELD** [1] - 2:19
**winnow** [2] - 40:8, 40:22
**WITH** [3] - 8:18, 10:14, 11:23
**witness** [33] - 38:23, 39:3, 48:1, 48:4, 48:6, 48:10, 48:22, 49:4, 49:14, 49:17,

49:18, 49:20, 51:4, 51:6, 51:15, 52:14, 53:4, 53:14, 53:16, 56:3, 56:4, 68:20, 68:24, 69:12, 69:22, 70:2, 70:4, 70:15, 71:25, 74:6, 75:17, 93:11, 93:23
**witnesses** [19] - 45:16, 45:21, 48:14, 48:16, 51:1, 57:7, 57:20, 59:14, 59:25, 67:21, 68:17, 68:18, 71:17, 76:11, 76:20, 77:18, 89:21, 89:25, 90:9
**Wittmann** [1] - 49:8
**WITTMANN** [13] - 5:3, 5:4, 47:18, 49:8, 49:12, 49:22, 50:3, 50:10, 50:14, 52:19, 52:24, 65:6, 65:9
**wonderful** [1] - 36:3
**word** [4] - 23:8, 45:7, 65:11, 91:20
**words** [3] - 15:14, 49:4, 71:1
**WORKING** [1] - 11:7
**works** [4] - 29:22, 29:25, 72:8
**WORLDWIDE** [1] - 7:5
**Worldwide** [10] - 96:10, 96:11, 96:14, 96:15, 96:17, 96:20, 96:21, 96:22, 96:23
**worry** [1] - 51:10
**worrying** [1] - 27:23
**worth** [1] - 24:16
**WRIGHT** [1] - 1:18
**written** [5] - 28:25, 29:3, 68:14, 69:3, 74:21
**wrote** [1] - 74:21

# Y

**years** [2] - 76:21, 81:20
**yesterday** [3] - 36:4, 43:19, 79:5
**YOAKUM** [1] - 2:12
**York** [1] - 81:1
**YORK** [15] - 5:17, 7:9, 38:17, 38:21, 39:12, 39:16, 39:19, 40:4, 40:11, 43:24, 44:4, 46:2, 59:13, 81:1, 98:4
**YOU** [3] - 9:4, 10:7,

10:8
**yourself** [1] - 40:22

## Z

**zero** [2] - 14:20, 87:24