UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | :  MDL NO. 2179 : : : :  SECTION: J : |
| THIS DOCUMENT RELATES TO: | : : |
| ALL ACTIONS | :  JUDGE BARBIER :  MAG. JUDGE SHUSHAN : |

## ORDER

Considering the foregoing Ex-Parte Motion to Substitute Motion to Strike;

**IT IS ORDERED** that the motion is granted and that Record Document Number 4783-1 filed by Defendant BP Exploration and Production Inc. shall be stricken and substituted in its place shall be the attached Motion to Strike.

New Orleans, Louisiana, this _____ day of December 2011.

_____
**HONORABLE SALLY SHUSHAN
UNITED STATES MAGISTRATE COURT JUDGE**