UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | *  MDL NO. 2179<br>*<br>*  SECTION: J<br>*  JUDGE BARBIER<br>*  MAGISTRATE JUDGE SHUSHAN<br>*<br>*<br>*<br>* |

********************************************************************************

**BP'S *EX PARTE* MOTION TO STRIKE THE RICHARD VARGO AFFIDAVIT AND HALLIBURTON'S REPLY IN SUPPORT OF IT MOTION TO DISQUALIFY OR REQUEST FOR RELIEF IN THE ALTERNATIVE**

BP moves the Court for an order striking the Affidavit of Richard Vargo (Rec. Doc. 4779-1) and Halliburton's Reply Brief in Support of Its Motion to Disqualify (Rec. Doc. 4779) on the ground that Halliburton previously instructed Mr. Vargo not to answer questions at his deposition regarding the same matters contained in the Vargo Affidavit on the basis of attorney-client privilege and/or work-product doctrine.  Under well-settled law, the attorney-client privilege and work-product doctrine cannot be used as both a sword and a shield.

Alternatively, BP requests a finding that there is no attorney-client privilege or work product protection for the post-incident work conducted by or for Mr. Vargo, and an order that Halliburton produce all documents withheld on this basis and to produce Mr. Vargo and all other Halliburton witnesses that were instructed not to

answer questions on post-incident work for deposition testimony on this limited topic.

In the last alternative, BP requests leave to file a sur-reply.

Dated: December 2, 2011                     Respectfully submitted,

/s/ Don K. Haycraft
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone:  504 -581-7979
Facsimile:  504 -556-4108

and

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
312- 862-2000 (Tel)
312- 862-2200 (Fax)

Robert C. "Mike" Brock
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
202- 662-5985

*Attorneys for BP Exploration & Production Company and BP America Production Company*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 2d day of December, 2011.

/s/ Don K. Haycraft
Don K. Haycraft