UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL No. 2179 SECTION: J JUDGE BARBIER |
| Applies to: *All cases* and No. 10-2771, No. 10-4536, No. 11-1054, and No. 11-1986 | § § § § | MAG. JUDGE SHUSHAN |

**ORDER GRANTING HALLIBURTON ENERGY SERVICES, INC.'S**
***EX PARTE* CONSENT MOTION TO CORRECT MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT REGARDING INDEMNITY ISSUES**

This Court has considered Halliburton Energy Services, Inc.'s ("HESI") *Ex Parte* Consent Motion To Correct Memorandum in Support of Motion for Summary Judgment Regarding Indemnity Issues and is of the opinion that HESI's Motion should be GRANTED. It is, therefore,

ORDERED that HESI's *Ex Parte* Consent Motion To Correct Memorandum in Support of Motion for Summary Judgment Regarding Indemnity Issues GRANTED, and that page 11 of HESI's Memorandum in Support of Its Motion for Summary Judgment Regarding Indemnity Issues (Dkt. No. 4767-1) shall be replaced with the corrected page 11 attached to HESI's Motion as Exhibit A. The Court requests that the Clerk's office replace the original page 11 of HESI's Memorandum with the corrected page 11.

IT IS SO ORDERED.

Dated this ___1st___ day of ___December___, 2011.

_____
United States District Judge