UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Regarding BP's motion for leave to file under seal its opposition (Rec. doc. 4724)]**

IT IS ORDERED that BP's motion for leave to file under seal its opposition to Halliburton's motion to disqualify (Rec. doc. 4724) is GRANTED.

New Orleans, Louisiana, this 30th day of November, 2011.

SALLY SHUSHAN
United States Magistrate Judge