UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LESTER ANSARDI, INDIVIDUALLY, AND ON BEHALF OF OTHERS SIMILARLY SITUATED | * * * * | CIVIL ACTION NO: 11-02908 |
| VERSUS | * * | SECTION: "J" |
| UNITED STATES MARITIME SERVICE, INC UNITED STATES MARITIME SERVICE, LLC, AND UNITED STATES ENVIRONMENTAL SERVICES, LLC | * * * * * * | DIVISION: "1" |

## JOINT MOTION TO SUBSTITUTE COUNSEL

NOW INTO COURT, through undersigned counsel comes Defendants United States Maritime Services, Inc. and United States Environmental Services, L.L.C. who move this Honorable Court for an order substituting Allen J. Krouse, Andrew S. de Klerk and Brandon K. Thibodeaux of the law firm of Frilot, LLC, 1100 Poydras Street, Suite 3700, New Orleans, LA 70130, in place of Lance J. Arnold and Jean W. Smith of the law firm of Baldwin Haspel, Burke & Mayer, LLC, in the above captioned matter as counsel of record.

Respectfully Submitted:

**BALDWIN HASPEL**

/s/ Lance J. Arnold
Lance J. Arnold (#18768)
Jena W. Smith (#25255)
Energy Centre-36th Floor
1100 Poydras Street
New Orleans, LA 70163
Telephone: (504) 569-2900
Facsimile: (504) 569-2099
arnold@bhbmlaw.com
smith@bhbmlaw.com

**FRILOT, LLC**

/s/ Allen J. Krouse, III
Allen J. Krouse, III (#24436)
Andrew S. de Klerk (#1045)
Brandon K. Thibodeaux (#32725)
1100 Poydras Street, Suite 3700
New Orleans, LA 70163
Telephone: (504) 599-8000
Facsimile: (504) 599-8145
akrouse@frilot.com
adeklerk@frilot.com
bthibodeaux@frilot.com

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 1st day of December, 2011, electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel for all known parties to this proceeding.

**FRILOT, LLC**

/s/ Allen J. Krouse, III
Allen J. Krouse, III  (#24436)
Andrew S. de Klerk (#1045)
Brandon K. Thibodeaux (#32725)
1100 Poydras Street, Suite 3700
New Orleans, LA 70163
Telephone: (504) 599-8000
Facsimile: (504) 599-8145
akrouse@frilot.com
adeklerk@frilot.com
bthibodeaux@frilot.com