# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LESTER ANSARDI, INDIVIDUALLY, AND ON BEHALF OF OTHERS SIMILARLY SITUATED | * * * * | CIVIL ACTION NO: 11-02908 |
| VERSUS | * * | SECTION: "J" |
| UNITED STATES MARITIME SERVICE, INC UNITED STATES MARITIME SERVICE, LLC, AND UNITED STATES ENVIRONMENTAL SERVICES, LLC | * * * * * * | DIVISION: "1" |

## ORDER

Considering the Joint Motion to Substitute Counsel,

IT IS ORDERED that the motion is GRANTED, and Allen J. Krouse, Andrew S. de Klerk and Brandon K. Thibodeaux of the law firm of Frilot, LLC, 1100 Poydras Street, Suite 3700, New Orleans, LA 70130, are substituted in place of Lance J. Arnold and Jean W. Smith of the law firm of Baldwin Haspel, Burke & Mayer, LLC, in the above captioned matter as counsel of record for United States Maritime Services, Inc. and United States Environmental Services, L.L.C.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE