## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | * | MASTER DOCKET |
| | * | NO. 10-MD-2179 |
| "DEEPWATER HORIZON" in the | * | |
| GULF OF MEXICO, on | * | |
| APRIL 20, 2010 | * | |

**THIS DOCUMENT RELATES TO NO. 11-02908**

| | | |
|---|---|---|
| LESTER ANSARDI, | * | CIVIL ACTION NO: 11-02908 |
| INDIVIDUALLY, AND ON BEHALF | * | |
| OF OTHERS SIMILARLY SITUATED | * | |
| | * | |
| VERSUS | * | SECTION: "J" |
| | * | |
| UNITED STATES MARITIME | * | |
| SERVICE, INC | * | |
| UNITED STATES MARITIME | * | DIVISION: "1" |
| SERVICE, LLC, AND | * | |
| UNITED STATES ENVIRONMENTAL | * | |
| SERVICES, LLC | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### JOINT MOTION TO SUBSTITUTE COUNSEL

**NOW INTO COURT**, through undersigned counsel comes Defendants United States Maritime Services, Inc. and United States Environmental Services, L.L.C. who move this Honorable Court for an order substituting Allen J. Krouse, Andrew S. de Klerk and Brandon K. Thibodeaux of the law firm of Frilot, LLC, 1100 Poydras Street, Suite 3700, New Orleans, LA 70130, in place of Lance J. Arnold and Jean W. Smith of the law firm of Baldwin, Haspel, Burke & Mayer, LLC, in the above captioned matter as counsel of record.

| Respectfully submitted: | Respectfully Submitted: |
|---|---|
| **BALDWIN HASPEL BURKE & MAYER, L.L.C.** | **FRILOT, LLC** |
| /s/ Lance J. Arnold | /s/ Allen J. Krouse, III |
| LANCE J. ARNOLD (Bar #18768) | Allen J. Krouse, III (#24436) |
| JENA W. SMITH (Bar #25255) | Andrew S. de Klerk (#1045) |
| Energy Centre – 36th Floor | Brandon K. Thibodeaux (#32725) |
| 1100 Poydras Street | 1100 Poydras Street, Suite 3700 |
| New Orleans, LA 70163 | New Orleans, LA 70163 |
| Telephone: (504) 569-2900 | Telephone: (504) 599-8000 |
| Fax: (504) 569-2099 | Facsimile: (504) 599-8145 |
| | akrouse@frilot.com |
| | adeklerk@frilot.com |
| | bthibodeaux@frilot.com |

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 2nd day of December, 2011, electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel for all known parties to this proceeding.

**FRILOT, LLC**

/s/ Allen J. Krouse, III
Allen J. Krouse, III (#24436)
Andrew S. de Klerk (#1045)
Brandon K. Thibodeaux (#32725)
1100 Poydras Street, Suite 3700
New Orleans, LA 70163
Telephone: (504) 599-8000
Facsimile: (504) 599-8145
akrouse@frilot.com
adeklerk@frilot.com
bthibodeaux@frilot.com