UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | * | MASTER DOCKET |
| | * | NO. 10-MD-2179 |
| "DEEPWATER HORIZON" in the | * | |
| GULF OF MEXICO, on | * | |
| APRIL 20, 2010 | * | |

THIS DOCUMENT RELATES TO NO. 11-02908

| | | |
|---|---|---|
| FRANK BIGUNAC, | * | CIVIL ACTION NO: 11-02909 |
| ANTHONY BIGUNAC, | * | |
| MIHO DABO, PAVO RILOVICH | * | |
| DONNIE L. CAMPO, RONNIE CAMPO, | * | |
| TYLER CAMPO, | * | |
| JAMMIE A. DENLEY | * | |
| WAYNE GRAY, SR. AND | * | |
| GREG PEREZ, JR. | * | |
| | * | SECTION: "J" |
| VERSUS | * | |
| | * | |
| UNITED STATES MARITIME | * | |
| SERVICES, INC. | * | DIVISION: "1" |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the Joint Motion to Substitute Counsel,

IT IS ORDERED that the motion is GRANTED, and Allen J. Krouse, Andrew S. de Klerk and Brandon K. Thibodeaux of the law firm of Frilot, LLC, 1100 Poydras Street, Suite 3700, New Orleans, LA 70130, are substituted in place of Lance J. Arnold and Jena W. Smith of the law firm of Baldwin Haspel Burke & Mayer, LLC, in the above captioned matter as counsel of record for United States Maritime Services, Inc.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE