MINUTE ENTRY
SHUSHAN, M.J.
DECEMBER 2, 2011

**MJSTAR: 1:05**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY THE                             CIVIL ACTION
OIL RIG "DEEPWATER HORIZON"
IN THE GULF OF MEXICO, ON APRIL 20, 2010     NUMBER: 10-MDL-2179

SECTION: "J" (1)

MAGISTRATE JUDGE SALLY SHUSHAN PRESIDING

FRIDAY, DECEMBER 2, 2011 AT 09:40 A.M.

CASE MANAGER: Charles A. Armond

COURT REPORTER: Karen Ibos

A discovery status conference was held this date before Magistrate Judge Sally Shushan.

PRESENT:     See attached sign-in sheets for attorneys who participated in person and via telephone.