# CONFERENCE ATTENDANCE RECORD

DATE: 12-2-11                TIME: 9:30

CASE NAME: IN RE: DEEPWATER HORIZON, ET AL.

DOCKET NUMBER & SECTION: MDL 2179

(DISCOVERY STATUS    CONFERENCE)

☞ PRINT LEGIBLY

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Don Godwin | Halliburton |
| Alan York | " |
| Jenny Martinez | " |
| Stefanie Major | " |
| J.B. Tarter | M-I |
| Jimmy Williamson | PSC |
| Tony Fitch | Anadarko |
| Rachel Clingman | Transocean |
| Steve Roberts | " |

| NAME OF ATTORNEY | PARTY(S) REPRESENTED |
|---|---|
| Deb Kuchler | Anadarko |
| ANTHONY IRPINO | PSC |
| Corey Maze | Alabama |
| Brian Barr | PSC |
| Phil Nizialek | MOEX |
| Phil Wittmann | Cameron |
| Cornelia Butane | Cameron |
| DENNIS BARROW | Drill-Quip |
| ANDY LANGAN | BP |
| ROB GASAWAY | BP |
| RYAN BABWELL | BP |
| Steve Herman | PSC |
| Lance Sannino | Weatherford |
| J. Roy | PSC |
| MARTY MCLEOD | To Excess Uwrs |
| DAVID POTE | LOUISIANA |
|  |  |

Sarah Hemmelhoch

Tim Duffy

Mark Cohen, Ruth and Richard

Denise Scofield

Jeremy Rush

Mark Nomillini

Bill Stradley

Ed Flanders

Heather Kineely

Greg Lacour

Jeremy Grables

Andy Dupre

Jeff Lamb