UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION: J |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

## ORDER

Considering the foregoing Ex-Parte Motion to Substitute Motion to Strike;

**IT IS ORDERED** that the motion is granted and that Record Document Number 4783 - Motion Document ONLY filed by Defendant BP Exploration and Production Inc. shall be stricken and substituted in its place shall be the attached Motion to Strike.

New Orleans, Louisiana, this __2nd__ day of December 2011.

_____
**HONORABLE SALLY SHUSHAN**
**UNITED STATES MAGISTRATE COURT JUDGE**