IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179<br><br>SECTION J |
| This document relates to:<br><br>*All cases* | * * * | Honorable CARL J. BARBIER<br><br>Magistrate Judge SHUSHAN |

### BP DEFENDANTS' EX PARTE MOTION FOR LEAVE TO FILE UNDER SEAL CERTAIN EXHIBITS TO BP'S MOTION FOR LEAVE TO FILE A SUR-REPLY TO HALLIBURTON ENERGY SERVICES, INC.'S REPLY BRIEF RE MOTION TO DISQUALIFY MICHAEL VIATOR, FRED SABINS, AND CSI TECHNOLOGIES, INC. AND TO STRIKE EXPERT OPINIONS

**PLEASE TAKE NOTICE** that the undersigned parties will and hereby do respectfully request leave to file under seal certain exhibits to BP's Motion for Leave to File a Sur-Reply to Halliburton Energy Services, Inc.'s Reply Brief in Support of its Motion to Disqualify Michael Viator, Fred Sabins, and CSI Technologies, Inc. and to Strike Expert Opinions.

This motion is based upon this Motion, the Notice of Submission, the supporting Memorandum of Points and Authorities, all pleadings and papers filed in this action, and such other arguments and evidence as may properly come before the Court.

K&E 20630222.1

Date:  December 2, 2011                    Respectfully submitted,


                                           /s/ Don K. Haycraft
                                           Don K. Haycraft (Bar #14361)
                                           R. Keith Jarrett (Bar #16984)
                                           LISKOW & LEWIS
                                           701 Poydras Street, Suite 5000
                                           New Orleans, Louisiana 70139-5099
                                           Telephone: (504) 581-7979
                                           Facsimile: (504) 556-4108

                                           and

                                           Richard C. Godfrey, P.C.
                                           J. Andrew Langan, P.C.
                                           Kirkland & Ellis LLP
                                           300 North LaSalle Street
                                           Chicago, IL 60654
                                           Telephone: (312) 862-2000
                                           Facsimile: (312) 862-2200

                                           Robert C. "Mike" Brock
                                           Covington & Burling LLP
                                           1201 Pennsylvania Avenue, NW
                                           Washington, DC 20004-2401
                                           Telephone: (202) 662-5985

                                           ***Attorneys for BP Exploration & Production Inc. and BP America Production Company***

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 2nd day of December, 2011.

                                          /s/ Don K. Haycraft
                                          Don K. Haycraft