# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179<br><br>SECTION J |
| This document relates to: | * * | Honorable CARL J. BARBIER |
| *All cases* | * * | Magistrate Judge SHUSHAN |

**BP DEFENDANTS' MEMORANDUM IN SUPPORT OF EX PARTE MOTION FOR LEAVE TO FILE UNDER SEAL CERTAIN EXHIBITS TO BP'S MOTION FOR LEAVE TO FILE A SUR-REPLY TO HALLIBURTON ENERGY SERVICES, INC.'S REPLY BRIEF RE MOTION TO DISQUALIFY MICHAEL VIATOR, FRED SABINS, AND CSI TECHNOLOGIES, INC. AND TO STRIKE EXPERT OPINIONS AND CERTAIN EXHIBITS ATTACHED THERETO**

   **NOW INTO COURT,** through undersigned counsel, come Defendants, BP Exploration & Production Inc., and BP America Production Company (collectively, "BP"), respectfully requesting, for the following reasons, leave to file under seal certain exhibits to BP's Motion for Leave to File a Sur-reply to Halliburton Energy Services, Inc.'s ("Halliburton") Reply Brief in Support of its Motion to Disqualify Michael Viator, Fred Sabins, and CSI Technologies, Inc., and to Strike Expert Opinions:

1. Federal Rule of Civil Procedure 26(c)(1)(G) grants the Court authority to seal documents to prevent the disclosure of confidential "commercial information."

2. Pursuant to Pre-Trial Order No. 13, parts of the deposition testimony of Michael E. Viator have been designated as highly confidential; portions of Mr. Viator's deposition testimony are cited in Exhibit A to BP's Motion for Leave to File a Sur-Reply to Halliburton's Reply Brief in Support of its Motion to Disqualify Michael Viator, Fred Sabins, and CSI Technologies, Inc. and to Strike Expert Opinions.

3. Portions of the following exhibit are highly confidential:

   (i)   BP's Sur-Reply to Halliburton Energy Services, Inc.'s Reply Brief Re Motion to Disqualify Michael Viator, Fred Sabins, and CSI Technologies, Inc. and to Strike Expert Opinions; Exhibit A.

**WHEREFORE,** it is necessary to seal the above documents to prevent the disclosure of confidential commercial information and preserve the parties' right to privacy, BP respectfully requests the Court file under seal Exhibit A to BP Defendants' Motion for Leave to File a Sur-Reply to Halliburton Energy Services, Inc.'s Reply Brief in Support of its Motion to Disqualify Michael Viator, Fred Sabins, and CSI Technologies, Inc. and to Strike Expert Opinions.

Date:  December 2, 2011                                    Respectfully submitted,

/s/ Don K. Haycraft
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

and

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Robert C. "Mike" Brock
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone: (202) 662-5985

***Attorneys for BP Exploration & Production Inc. and BP America Production Company***

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 2nd day of December, 2011.

                                              /s/ Don K. Haycraft
                                              Don K. Haycraft