UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: Oil Spill by the Oil Rig             MDL No. 2179
       "Deepwater Horizon"
       in the Gulf of Mexico,
       on April 20, 2010                    SECTION: J

This Document Relates to:
Salvesen
v. Feinberg, et al.                         JUDGE BARBIER
2:11-cv-02533                               MAG. JUDGE SHUSHAN
_____/

**PLAINTIFF'S MOTION IN OPPOSITION TO CLASS CERTIFICATION
OF ANY ACTION IN MDL NO. 2179**

Plaintiff, Selmer M. Salvesen, by and through his undersigned counsel, hereby files his Motion in Opposition to Class Certification of Any Action in MDL No. 2179 for the reasons set out in Plaintiff's Memorandum in Support of His Motion in Opposition to Class Certification of Any Action in MDL 2179 filed concurrently herewith.

DATED: December 4, 2011                     Respectfully submitted,

                                            **s/ Brian J. Donovan**
                                            Brian J. Donovan
                                            Attorney for Plaintiff
                                            Florida Bar No. 143900
                                            3102 Seaway Court, Suite 304
                                            Tampa, FL 33629
                                            Tel: (352)328-7469
                                            BrianJDonovan@verizon.net

**CERTIFICATE OF NON-SUPPORT**

The undersigned certifies, pursuant to Pretrial Order No. 11, that he has conferred with Plaintiffs' Liaison Counsel, Stephen J. Herman, requesting support for the filing of Plaintiff's Motion in Opposition to Class Certification of Any Action in MDL 2179 and Memorandum of Law. Plaintiffs' Liaison Counsel stated, "The PSC believes that the proposed motion is inappropriate and premature."

DATED: December 4, 2011                              Respectfully submitted,

                                                    **s/ Brian J. Donovan**
                                                    Brian J. Donovan
                                                    Attorney for Plaintiff
                                                    Florida Bar No. 143900
                                                    3102 Seaway Court, Suite 304
                                                    Tampa, FL 33629
                                                    Tel: (352)328-7469
                                                    BrianJDonovan@verizon.net

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Plaintiff's Motion in Opposition to Class Certification of Any Action in MDL 2179 and Memorandum of Law has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 4th day of December, 2011.

                                            **s/ Brian J. Donovan**
                                            Brian J. Donovan
                                            Attorney for Plaintiff
                                            Florida Bar No. 143900
                                            3102 Seaway Court, Suite 304
                                            Tampa, FL 33629
                                            Tel: (352)328-7469
                                            BrianJDonovan@verizon.net