UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010<br><br>This Pleading Applies To:<br><br>*All cases* | MDL No. 2179<br><br>SECTION: J<br><br>Honorable CARL J. BARBIER<br>Magistrate Judge SHUSHAN |

## BP'S MOTION FOR SPOLIATION SANCTIONS

BP Exploration & Production Inc. ("BP") respectfully moves this Court for sanctions against Halliburton Energy Services, Inc. ("Halliburton") pursuant to Federal Rule of Civil Procedure 37 and this Court's inherent authority.

For the reasons set forth in BP's accompanying Memorandum in Support of Motion for Spoliation Sanctions, BP respectfully submits that Halliburton has intentionally destroyed evidence and has violated this Court's orders regarding the production of documents. As explained in the accompanying Memorandum, these actions warrant corrective civil sanctions from this Court as a matter of law, specifically: (1) an adverse finding of fact and award of attorneys' fees for Halliburton employees' destruction of uniquely relevant cement testing; and (2) an order compelling Halliburton to deliver to a third-party forensic electronic firm reasonably acceptable to BP the computer that Halliburton used to produce proprietary 3D modeling results that it now inexplicably claims are "gone."

Dated: December 5, 2011  Respectfully submitted,

/s/ Don K. Haycraft

Robert C. "Mike" Brock  Don K. Haycraft (Bar #14361)
Covington & Burling LLP  R. Keith Jarrett (Bar #16984)
1201 Pennsylvania Avenue, NW  Liskow & Lewis
Washington, DC 20004-2401  701 Poydras Street, Suite 5000
Telephone: 202-662-5985  New Orleans, Louisiana 70139-5099
Facsimile: 202-662-6291  Telephone: 504-581-7979
 Facsimile: 504-556-4108


Robert R. Gasaway  Richard C. Godfrey, P.C.
Jeffrey Bossert Clark  J. Andrew Langan, P.C.
Aditya Bamzai  Kirkland & Ellis LLP
Kirkland & Ellis LLP  300 North LaSalle Street
655 Fifteenth Street, NW  Chicago, IL 60654
Washington, DC 20005  Telephone: 312-862-2000
Telephone: 202-879-5000  Facsimile: 312-862-2200
Facsimile: 202-879-5200

*Attorneys for BP Exploration & Production Company*

## **CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 5th day of December, 2011.

                                                                             /s/ Don K. Haycraft
                                                                             Don K. Haycraft