# Exhibit 1

1               UNITED STATES DISTRICT COURT

                EASTERN DISTRICT OF LOUISIANA

2

3   IN RE:  OIL SPILL        )   MDL NO. 2179

    BY THE OIL RIG           )

4   "DEEPWATER HORIZON" IN   )   SECTION "J"

    THE GULF OF MEXICO, ON   )

5   APRIL 20, 2010           )   JUDGE BARBIER

                             )   MAG. JUDGE SHUSHAN

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20             Deposition of RICKEY LYNN

21   MORGAN, taken at Pan-American Building,

22   601 Poydras Street, 11th Floor, New Orleans,

23   Louisiana, 70130, on the 17th day of October,

24   2011.

25

**PURSUANT TO CONFIDENTIALITY ORDER**

1       A.      It's a university, actually.

2       Q.      Oh, I'm sorry, Cameron

3   University.  What did you do after -- first

4   of all, when did you grad- -- when did you

08:35  5   stop taking courses at Cameron University?

6       A.      1978, I think.

7       Q.      And I'm smiling, 1978, because

8   that's an important year of my life.  That's

9   my high school graduation year.  So I

08:35  10   remember it very fondly.  What did you do

11   after 1978?

12       A.      I worked in the oil field on a

13   rig for two years.

14       Q.      What did you do at the rig?

08:35  15       A.      I was a motorman and a mud man.

16       Q.      How many years were you there?

17       A.      A year and a half, two years.

18       Q.      For what company did you work?

19       A.      McCaslin Drilling.

08:35  20       Q.      Where were they located?

21       A.      Duncan, Oklahoma.

22       Q.      And the drilling was also there?

23       A.      They were drilling all over

24   southern Oklahoma.

08:36  25       Q.      In Oklahoma.  And so that takes

**PURSUANT TO CONFIDENTIALITY ORDER**

1    us roughly to 19 --

2          A.      '80.

3          Q.      -- 80.  Where did you go after

4    that?

08:36  5          A.      I started at Halliburton in

6    January of 1980 as a lab technician.

7          Q.      What did you do as a lab

8    technician in the early years?

9          A.      We ran large-scale tests.

08:36 10          Q.      What type of tests?

11          A.      We would make our own formations

12    and pump mud into them and then cement, see

13    how good a cement job we got.

14          Q.      Can you tell me from 1980 to the

08:36 15    present the types of positions that you've

16    held at Halliburton, including the title and

17    description of the work?

18          A.      I was a lab technician, Sr. lab

19    technician, principal technologist, and now

08:37 20    I'm a global adviser in the Gulf cementing.

21          Q.      Okay.  What years were you a lab

22    technician?

23          A.      I'd say '83, to '83.

24          Q.      1980 to '83?

08:37 25          A.      That's an approximation.  I

**PURSUANT TO CONFIDENTIALITY ORDER**

1  don't know the --

2      Q.    Yeah, of course.  I don't think

3  anyone knows -- except maybe your lawyer he

4  remembers everything.

08:37  5      MR. BOWMAN:  Not really.

6      Q.    (BY MR. GONZALEZ)  Then roughly

7  when you became a senior lab technician

8  roughly in 1983 how did your duties and

9  obligations at Halliburton change?

08:37 10      A.    They didn't change.

11      Q.    You just had to supervise

12  others?

13      A.    No.  I did essentially the same

14  job.

08:37 15      Q.    Okay.  And how long were you a

16  senior lab technician?

17      A.    Until approximately '92 or so.

18      Q.    So about nine years or so?

19      A.    Yeah.

08:37 20      Q.    Then roughly in 1992, more or

21  less, you became a -- a principal

22  technologist?

23      A.    Yes, sir.

24      Q.    Tell us what that means.

08:38 25      A.    You can run projects on -- on

**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1   mean any capacity.

 2          A.     I didn't know there was a

 3   Macondo.

 4          Q.     Okay.  So not even a casual

 5   connection?

 6          A.     No, sir.

 7          Q.     Nothing?

 8          A.     None at all.

 9          Q.     Okay.  The reason I said it so

10   many times because I have to be very

11   specific.  That's the way lawyers talk.  If

12   we don't ask the question the right way, then

13   later someone could interpret that it wasn't

14   clear, ambiguous, and that you actually did

15   know; and it was my fault because I didn't

16   ask it the right way.  So I do apologize if I

17   sound like I'm repeating myself.

18          A.     That's all right.

19          Q.     So you first found out about the

20   Macondo well 252 project involving the

21   Deepwater Horizon rig when?

22          A.     I saw on the news that there was

23   a problem, and I didn't know Halliburton was

24   on it or not.

25          Q.     At what point did you become
```

08:40 (line 5)
08:40 (line 10)
08:40 (line 15)
08:41 (line 20)
08:41 (line 25)

```
 1    aware that Halliburton was on that project?
 2         A.     I think there was an e-mail came
 3    out several days later that said Halliburton
 4    was on the rig and no one was hurt.
 5         Q.     No one from Halliburton?
 6         A.     Yeah.
 7         Q.     So when did you become involved
 8    with the project in any capacity?
 9         A.     When Ronnie Faul called me.
10         Q.     Tell us who Ronnie Faul is.
11         A.     He -- as far as I know, he's
12    the -- kind of the supervisor down on the
13    Gulf Coast over the technology engineers?
14         Q.     Is he an engineer?
15         A.     I have no idea what his
16    education is.
17         Q.     In the -- this is now 2010 when
18    he's contacting you, right?
19         A.     Yes, sir.
20         Q.     How much after the April 20th
21    explosion did he call you?
22         A.     He called me twice, I think.
23         Q.     And roughly how many weeks after
24    or days after?
25         A.     Roughly two weeks, two to four
```

08:41  5
08:41 10
08:42 15
08:42 20
08:42 25

**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1   weeks.
 2        Q.      So towards the end of April, or
 3   beginning of May?
 4        A.      Yes, sir.
 5        Q.      And that would be 2010?
 6        A.      Yes, sir.
 7        Q.      Where were you working at that
 8   time?
 9        A.      I was principal technologist in
10   the cementing, materials, and maintenance
11   group.
12        Q.      And the location?
13        A.      Duncan.
14        Q.      Oklahoma?
15        A.      Yes, sir.
16        Q.      What did Ronnie Faul want you to
17   do?
18        A.      He asked me to take a look at
19   the Macondo slurry.
20        Q.      What aspect of it?
21        A.      He didn't say.  He said, just
22   take a look at it.
23        Q.      Tell us what slurry means.
24        A.      Slurry is the wetted cement
25   mixed together.  Cemented mixed with the
```

1    water.

2         Q.      Now, I'm going to ask you to go

3    back in time roughly to the time that

4    Mr. Faul -- did he call you, or did he send

08:43  5    you a text message?

6         A.      Called.  Called.

7         Q.      Or an e-mail?

8         A.      Called.

9         Q.      Okay.  In the old days we could

08:43 10    just say that he called you.  Now we have

11    five different ways he could contact you.

12         A.      Exactly.

13         Q.      And what -- to the best of your

14    knowledge, tell me everything you can

08:43 15    remember about that first conversation.

16         A.      He just asked me to take a look

17    at the slurry and give him my opinion of it.

18         Q.      Did you ask him any questions as

19    to what he meant or what the scope was?

08:44 20         A.      No.

21         Q.      So he -- he said, Mr. Morgan, I

22    want you to look at the slurry used on the

23    Macondo well 252?

24         A.      (Nodding head.)

08:44 25         Q.      "Yes"?

**PURSUANT TO CONFIDENTIALITY ORDER**

|       |    |                                               |
|-------|----|-----------------------------------------------|
|       | 1  | A.      Yes.                                   |
|       | 2  | Q.      And then you said?                     |
|       | 3  | A.      Okay.                                  |
|       | 4  | Q.      And what did -- what did you do?       |
| 08:44 | 5  | A.      I got the slurry sheet, and I          |
|       | 6  | went and mixed the slurry up.                  |
|       | 7  | Q.      Where did you find the slurry          |
|       | 8  | sheet?                                         |
|       | 9  | A.      I got it from Brian Wall.              |
| 08:44 | 10 | Q.      Who is he?                             |
|       | 11 | A.      He is a princ- -- I don't know         |
|       | 12 | what his exact title is.  He's a technician    |
|       | 13 | that works there at Halliburton in Duncan.     |
|       | 14 | Q.      And what's on the slurry sheet?        |
| 08:44 | 15 | A.      The recipe for the slurry.             |
|       | 16 | Q.      So the exact -- is it the exact        |
|       | 17 | slurry recipe that was used for the Macondo    |
|       | 18 | well 252?                                      |
|       | 19 | A.      I have no idea if it was.              |
| 08:44 | 20 | Q.      Why did you pick that slurry           |
|       | 21 | sheet?                                         |
|       | 22 | A.      That's what was on Viking, where       |
|       | 23 | they keep track of what the slurry designs     |
|       | 24 | are.                                           |
| 08:45 | 25 | Q.      Viking is a system where you           |

**PURSUANT TO CONFIDENTIALITY ORDER**

19

```
 1    keep a log of the type of slurry designs that

 2    are used in different projects --

 3         A.    Yes, sir.

 4         Q.    -- is that right?  And for the

08:45  5    Macondo well 252 you picked the slurry sheet

 6    that you felt in the Viking system would be

 7    the one that was used in the Macondo well

 8    252; is that right?

 9         A.    No.  I got the slurry sheet from

08:45 10    Brian.

11         Q.    Okay.  And Brian was -- here's

12    my question:  You're trying to figure out the

13    slurry -- look at the slurry that was used in

14    the Macondo well 252, right?

08:45 15         A.    Yes, sir.

16         Q.    So it's important that you pick

17    the right recipe?

18         A.    Yes, sir.

19         Q.    So how -- what assurances did

08:45 20    you have that made you feel comfortable,

21    okay, I'm checking the right slurry?

22         A.    That was the slurry Brian was

23    using, as far as mixing his test -- he was in

24    the field service.

08:45 25         Q.    Okay.  And Brian was also
```

**PURSUANT TO CONFIDENTIALITY ORDER**

```
  1  testing the slurry for the Macondo 252?

  2       A.     Yes, sir.

  3       Q.     So you felt fairly comfortable

  4  that it was the right slurry recipe?

08:46  5       A.     Yes, sir.

  6       Q.     Was it a foam slurry?

  7       A.     Yes, sir.

  8       Q.     How would you describe that

  9  slurry?

08:46 10       MR. BOWMAN:  Object to the form.

 11       THE WITNESS:  What did you say?

 12       Q.     (BY MR. GONZALEZ)  Oh, he

 13  objected to protect the legal record.

 14       MR. BOWMAN:  I objected to form, but

08:46 15  you can go ahead and answer the question,

 16  unless I instruct you not to.  I have to make

 17  objections for the legal record.

 18       THE WITNESS:  Okay.

 19       MR. GONZALEZ:  Otherwise, he doesn't

08:46 20  get paid.

 21       MR. BOWMAN:  Right.  That's very

 22  important.

 23       A.     When I mixed it up it looked

 24  thin to me.

08:46 25       Q.     (BY MR. GONZALEZ)  And what does
```

         1    that mean?

         2         A.     It was not as viscous as I was

         3    expecting it to be.

         4         Q.     And why is viscosity important?

08:47    5         A.     Viscosity determines how easy a

         6    slurry is to pump.  It -- it determines how

         7    stable a slurry is once it's pumped and

         8    mixed.

         9         Q.     So the thinner the slurry, the

08:47   10    less likely that it will be stable?

        11         MR. BOWMAN:  Objection; form.

        12         A.     Not -- not necessarily.

        13         Q.     (BY MR. GONZALEZ)  But

        14    generally, right?

08:47   15         A.     I was mixing it on surface.

        16         Q.     Right.

        17         A.     Not necessarily.  It depends on

        18    what's in the slurry, how stable it is

        19    downhole.

08:47   20         Q.     Right.  But when you're looking

        21    at it, you expected it to be thicker, not

        22    th- -- not as thin?

        23         A.     I expected it to be thicker, yes

        24    sir.

08:47   25         Q.     Right.  And if it were thicker,

          1     that would tell you greater chances of

          2     stability?

          3              A.     Generally, but not necessary, we

          4     have additives in there that don't react

08:47     5     until it gets downhole so...

          6              Q.     I understand.  But as an

          7     experienced person, it was something that you

          8     felt was noteworthy?

          9              A.     Yes, sir.

08:48    10              Q.     And you reported it?

         11              A.     No, sir.

         12              Q.     You didn't tell it to anyone?

         13              A.     I didn't record it.  I told it

         14     to Ronnie Faul.

08:48    15              Q.     Right, you told it to Ronnie.

         16     On the phone?

         17              A.     Yes, sir.

         18              Q.     Now, did Ronnie tell you not to

         19     write it down?

08:48    20              A.     No, sir.

         21              Q.     You just chose not to?

         22              A.     Yes, sir.

         23              Q.     And was that because you were

         24     concerned that it might be considered

08:48    25     something that could be used in litigation

**PURSUANT TO CONFIDENTIALITY ORDER**

1    against the company down the road?

2          A.     No, sir.  He was asking for my

3    opinion, and I gave him my opinion.  I didn't

4    want to put anything on an e-mail that could

08:48   5    be twisted, and turned, just like we were

6    talking about earlier.

7          Q.     Okay.  So tell me exactly what

8    you remember telling Ronnie about the

9    third -- slurry being thinner than you

08:48   10   thought it would be.

11         A.     That's exactly what I told him.

12         Q.     Well, give me your words.

13         A.     Oh.

14         Q.     Those are mine.

08:48   15         A.     I told him that I thought the

16   slurry was thin.

17         Q.     What did he say?

18         A.     He said okay put it in an

19   e-mail.

08:48   20         Q.     Did you?

21         A.     No.

22         Q.     Why?

23         A.     Same reason we just discussed.

24         Q.     You didn't want your words

08:49   25   turned around -- down the road?

**PURSUANT TO CONFIDENTIALITY ORDER**

            1          A.      Twisted, exactly, taken out of

            2    context.

            3          Q.      What did you mean when you said

            4    the -- what were you intending to explain to

08:49       5    Ronnie when you said the slurry was thin?

            6          A.      The slurry was thinner than

            7    I'm -- than I normally see for a foam slurry

            8    is what I -- what I was expressing to him.

            9    What I would normally expect, put it that

08:49      10    way.

           11          Q.      Now, we don't have the benefit

           12    of your experience and work in the lab.  So

           13    can you take us there and show us with --

           14    through your words on how you would get the

08:49      15    slurry sheet, prepare the mixture, do what

           16    you do in order to reach whatever opinions or

           17    conclusions you reached.

           18          MR. BOWMAN:  Just answer every

           19    question, unless I tell you not to.

08:50      20          A.      Okay.  Get the slurry sheet.

           21    You weigh up all the dry materials and blend

           22    it together, shake it up in a blender -- I

           23    mean, in a dry container.  You take the

           24    water, weigh it up in a, in this case a

08:50      25    2-quart blender, because you have to have a

1    job?

2           A.      No, ma'am.

3           Q.      Okay.  I'd like to go back to

4    one thing that you mentioned in your training

10:22 5    earlier this morning.  I think you mentioned

6    at some point that you went to a mud school;

7    is that right?

8           A.      Yes, ma'am.

9           Q.      And can you tell me

10:22 10    approximately when you went to that mud

11    school?

12           A.      I would say late '80s.  It was

13    the Baroid mud school in Houston, Texas.

14           Q.      And about how long was that

10:22 15    course?

16           A.      One week.

17           Q.      And what were the topics covered

18    in that course?

19           A.      General basics of mud design and

10:22 20    testing.

21           Q.      Okay.  So it went to sort of the

22    properties of the muds that you'd be working

23    with?

24           A.      Yes, ma'am.

10:22 25           Q.      Was there anything involved with

PURSUANT TO CONFIDENTIALITY ORDER

```
 1    mud logging or anything --
 2          A.      No ma'am.
 3          Q.      Do you have any experience with
 4    mud logging or monitoring a well during a
10:22  5    cement job?
 6          A.      No, ma'am.
 7          Q.      Okay.  I'll turn now to the --
 8    the testing that you did that Mr. Faul asked
 9    you to perform.  Did you call that a cement
10:23 10    mixing test?  I can't remember the exact word
11    you used.
12          A.      Yes, ma'am.
13          Q.      Now, you mentioned that you
14    got -- to do this cement mixing test, you got
10:23 15    the slurry recipe from Mr. Brian Wall?
16          A.      Yes, ma'am.
17          Q.      And he was a lab tech in the
18    Duncan facility?
19          A.      Yes, ma'am.
10:23 20          Q.      And you got it off one of the --
21    and he provided you with a cement weigh-up
22    sheet from Viking?
23          A.      Yes, ma'am.
24          Q.      And that was how you figured out
10:23 25    the slurry recipe?
```

**PURSUANT TO CONFIDENTIALITY ORDER**

93

1          A.      Yes, ma'am.

2          Q.      When you first saw the recipe

3    for the slurry, did you understand it was the

4    one pumped for the Macondo well production

10:23  5    casing?

6          A.      Yes, ma'am.

7          Q.      And did you notice anything odd

8    or concerning about the slurry recipe when

9    you saw the ingredients that went into it?

10:24  10          A.      No, ma'am.

11          Q.      Did you notice that the

12    D-Air 3000 was in the slurry recipe?

13          A.      Not until I started weighing it.

14          Q.      But you do understand the

10:24  15    D-Air 3000 is a defoamer?

16          A.      Yes, ma'am.

17          Q.      Did you notice that SCR-100L was

18    the retarder that was used in that slurry

19    formulation?

10:24  20          A.      When I started weighing it, yes,

21    ma'am.

22          Q.      And you understand the SCR-100L

23    to be a disburser?

24          A.      It can be.

10:24  25          Q.      And what do you mean "it can

PURSUANT TO CONFIDENTIALITY ORDER

1    be"?

2        A.     Certain situations I've seen it

3    actually seen it gel a slurry some when you

4    go static.

10:24  5        Q.     Can you first give me a little

6    bit more detail on that?  What kind of

7    situations would that happen?

8        A.     SCR-100L or SCR-100 helps you

9    build strength quicker than most retarders we

10:25 10    have.

11        Q.     Let me stop you for one second,

12    because you said something that I'd like to

13    know.  SCR-100 and SCR-100L, are those the

14    same chemical formulations?

10:25 15        A.     One's liquid and one's powder

16    form.

17        Q.     Okay.  But other than that

18    they're the same composition?

19        A.     Yes, ma'am.

10:25 20        Q.     Okay.  Sorry to interrupt.

21    Please go on.

22        A.     In certain slurries it can

23    actually help with gelation a little bit, but

24    it does act as a dispersants as well

10:25 25    sometimes.

**PURSUANT TO CONFIDENTIALITY ORDER**

1    right?

2            A.      Exactly, yes, ma'am.

3            Q.      But regardless of the hole

4    conditions, you still need a slurry that has

10:28  5    a rheology that'll enable it to foam properly

6    in order to achieve the job; would you agree

7    with that?

8            A.      Yes, ma'am.

9            Q.      And did you believe, based upon

10:28  10   what you saw, about the slurry that you

11   mixed, that it would be able to foam

12   properly?

13           A.      It did foam properly, yes,

14   ma'am.

10:28  15           Q.      It did foam properly.  I'm

16   sorry, I missed that.  I didn't catch that

17   you foamed it.  So after you mixed the

18   slurry, you made the observation that it was

19   thinner than you were expecting to see, but

10:28  20   then you foamed it?

21           A.      Yes, ma'am.

22           Q.      And you were able to

23   successfully foam it?

24           A.      Yes, ma'am.

10:29  25           Q.      Did you see any signs of gas

1    Mr. Faul and tell him that the slurry looked

2    thin?

3           A.     Yes, ma'am.

4           Q.     And you felt that was something

10:30  5    important to bring to his attention even

6    though the slurry foamed?

7           A.     Yes, ma'am.

8           Q.     Now, on the second run that you

9    did -- oh, let me back up one second.

10:30  10           And you mentioned before that

11    the first time you ran this test you didn't

12    condition the slurry; is that right?

13           A.     Yes, ma'am.

14           Q.     Why didn't you condition it?

10:30  15           A.     Normally, we don't.  And he --

16    it wasn't a formal request of any kind, so I

17    just mixed it up and gave him my opinion.

18           Q.     And when you say "normally" you

19    don't condition it, are there -- is it just

10:30  20    in general the lab testing doesn't --

21           A.     If it's asked for, we do.

22           Q.     But it's typically not asked

23    for?

24           A.     Well, you got to realize, we're

10:30  25    doing research and -- we're not doing field

**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1    work.  I don't know if it is in the field or

 2    not.

 3         Q.     But in your research did you

 4    find that people requested it frequently?

 5         A.     Well, not in the research part

 6    of it.

 7         Q.     Okay.  And, now, the second

 8    slurry that you foamed -- oh, well, first,

 9    let me confirm, you didn't -- did you take

10    down any notes about the slurry?

11         A.     No, ma'am.

12         Q.     You didn't take any pictures?

13         A.     No, ma'am.

14         Q.     And then you said you dumped out

15    the sample?

16         A.     Yes, ma'am.

17         Q.     And you mentioned that the

18    reason that you didn't document the test and

19    you threw out the sample was because you were

20    worried about it being misinterpreted in the

21    litigation?

22         A.     Yes, that's part of the reason

23    yes, ma'am.

24         Q.     Now, for the second test you

25    mentioned that the -- before you ran this
```

**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1    test you talked to Mr. Quirk?

 2           A.     Yes, ma'am.

 3           Q.     And he told you that the for the

 4    testing he had done in his facility, in the

 5    Broussard facility, that he had conditioned

 6    the slurry prior to his testing?

 7           A.     Yes, ma'am.

 8           Q.     Did he tell you what testing he

 9    was doing?

10           A.     No, ma'am.

11           Q.     So he didn't tell you any

12    results or anything like that, either?

13           A.     No, ma'am.

14           Q.     And so based on what Mr. Quirk

15    said, you also conditioned the slurry and

16    reran the test; is that right?

17           A.     Yes, ma'am, yes.

18           Q.     How long did you condition the

19    slurry?

20           A.     It's two or three hours.  I

21    don't know exactly.

22           Q.     And do you remember how you

23    determined that?

24           A.     It was on the Viking sheet, I

25    think, on the back page somewhere.
```

**PURSUANT TO CONFIDENTIALITY ORDER**

1    Q.    So just when they were doing the

2  testing for the job, that's how long they

3  conditioned the slurry?

4    A.    I would assume.

10:32  5    Q.    And so you were just trying to

6  match what they did?

7    A.    Yes, ma'am.

8    Q.    And do you remember the

9  temperature that you conditioned at?

10:32  10    A.    134 or 135.  I don't remember

11  exactly.

12    Q.    And why did you condition at

13  that temperature?

14    A.    That was the circulating

10:32  15  temperature of the well.

16    Q.    And why would you condition a

17  slurry at the circulating temperature?

18    A.    Because that is the ultimate

19  temperature that the slurry will see

10:33  20  downhole.

21    Q.    Do you have any understanding of

22  whether the testing performed on the slurry

23  prior to the incident was conditioned at that

24  same temperature?

10:33  25    A.    I don't know.

**PURSUANT TO CONFIDENTIALITY ORDER**

104

1          Q.     But just based on your

2    experience and all your years in the lab, you

3    knew that that was the appropriate

4    temperature to conditioned at?

10:33    5          A.     Yes, it was on the Viking sheet.

6          Q.     Oh, it was on the Viking sheet?

7          A.     Yeah, the bottom hole

8    circulating temperature.

9          Q.     Okay, let me just clarify that

10:33   10    one second, because I think there is a small

11    difference here.  You saw on the Viking sheet

12    that the bottom hole circulating temperature

13    was 135; is that right?

14          A.     Yes, ma'am.

10:33   15          Q.     You didn't see on the Viking

16    sheet that they conditioned at 135?

17          A.     Right.

18          Q.     Okay.  Thank you.  And then even

19    after you conditioned the slurry for two to

10:34   20    three hours at 135, it still looked the same

21    as the first test; is that right?

22          A.     The viscosity was, yes, ma'am.

23          Q.     So it was still thinner than you

24    would expect for a foam slurry?

10:34   25          A.     Yes, ma'am.

**PURSUANT TO CONFIDENTIALITY ORDER**

1      Q.      Now, did you notice any other

2  differences after you conditioned the slurry?

3      A.      No, ma'am.

4      Q.      And do you know -- and same with

10:34  5  this test result, you just called and told

6  Mr. Faul; is that right?

7      A.      Yes, ma'am.

8      Q.      There is no documentation or

9  pictures or anything like that of it?

10:34 10      A.      No, ma'am.

11      Q.      And you also threw away the

12  slurry sample?

13      A.      No.  I actually poured the

14  sample into a -- a cylinder and ran a test

10:34 15  there.

16      Q.      And what test did you run for

17  the second one?

18      A.      I poured it in a 250 milliliter

19  cylinder that is about an inch and a half in

10:35 20  diameter and 1 foot tall.  I set it in a

21  134-degree water bath for an hour and a half

22  to two hours, and then I observed what the

23  slurry looked like.

24      Q.      So pretty much like the API

10:35 25  onset foam slurry test?

**PURSUANT TO CONFIDENTIALITY ORDER**

         1          A.      Close to it, yeah.

         2          Q.      Why did you set the slurry up in

         3    a 135-degree water bath?

         4          A.      That is what most of the

10:35    5    customers are asking for now.  Used to we

         6    just set them on the countertop at room

         7    temperature.  But most customers want to have

         8    the slurry at whatever circulating

         9    temperature is now.

10:35   10          Q.      And is that, again, to try to

        11    simulate the downhole conditions?

        12          A.      Yes, ma'am.

        13          Q.      Have you ever seen any

        14    circumstances where somebody would set the

10:36   15    slurry sample in a temperature that was

        16    higher than bottom hole circulating

        17    temperature?

        18          A.      I haven't, but it could -- if

        19    it's requested, it could happen.

10:36   20          Q.      But if it was done that way,

        21    would it simulate the conditions that the

        22    slurry would experience when it's first

        23    placed; is that right?

        24          A.      It would be more like bottom

10:36   25    hole static temperature, yes, ma'am.

**PURSUANT TO CONFIDENTIALITY ORDER**

1    viscosifier, just to highlighted it.

2        Q.    And your handwriting on the

3    other page that you were asked about, that

4    the PV 84 and the YP-0, you told us how you

01:15  5    arrived at that, right?

6        A.    Yes, sir.

7        Q.    And you said the YP -- the yield

8    point of zero is equivalent to water in terms

9    of viscosity?

01:15  10        A.    Yes, sir.

11        Q.    Somebody who's -- doesn't

12    have -- have your background or know about

13    rheology of cements, would they be able to

14    look at this and tell that that's -- without

01:15  15    your handwriting, that that's a problem here?

16        MR. BOWMAN:  Objection; form.

17        A.    If they didn't know how to -- if

18    they didn't know what they was looking for,

19    no.

01:15  20        Q.    (BY MR. FLEMING)  And at

21    least -- and you said this -- this applied --

22    or was done only as to the base slurry?

23        A.    Yes, sir, yes, unfoamed slurry.

24        Q.    Why would the crushed

01:15  25    compressive strength test here, if you know,

**PURSUANT TO CONFIDENTIALITY ORDER**

180

```
  1   be done just as to the unfoamed slurry and

  2   not the foam slurry?

  3        A.    Typically, that's how

  4   Halliburton does it.

  5        Q.    But a yield point of zero, at

  6   least as to the base slurry, indicates a

  7   significant risk of instability, right?

  8        MR. BOWMAN:  Objection; form.

  9        A.    Well, you've got to realize that

 10   the SA-541 doesn't kick in until it gets some

 11   temperature on it, so...

 12        Q.    (BY MR. FLEMING)  You reported

 13   to -- to Mr. Faul that -- after you did the

 14   initial batch that you -- you saw it as thin,

 15   right?

 16        A.    Yes, sir.

 17        Q.    Did you tell him you saw any

 18   settling?

 19        A.    No, sir.

 20        Q.    Did you see any settling?

 21        A.    No, sir.

 22        Q.    And did you regard both the base

 23   slurry and the foam slurry as thin?

 24        A.    Yes, sir.

 25        Q.    The -- the first slurry, you
```

01:16 (lines 5, 10, 15, 20, 25)

**PURSUANT TO CONFIDENTIALITY ORDER**

1  prepared the base slurry, you foamed it, you

2  saw it was thin, and you dumped it out,

3  right?

4        A.     Yes, sir.

01:17  5        Q.     The second slurry you did after

6  you talked to Mr. Quirk --

7        A.     Yes, sir.

8        Q.     -- about the condition?  You

9  conditioned the base slurry this time for

01:17  10  three hours?

11        A.     Yes, sir.

12        Q.     All right.  And then you did the

13  test you described?

14        A.     Yes, sir.

01:17  15        Q.     When -- in a non-slurry job --

16  excuse me, a non-foam job, straight cement is

17  being used, is not foamed, there is, in

18  effect, some conditioning as the cement is

19  pumped down the casing, right?

01:17  20        A.     Yes, sir, viscosity particularly

21  goes -- gets -- it decreases, yes, sir.

22        Q.     Because, in essence, the cement,

23  the slurry is being stirred as it moves down?

24        A.     Yes, sir.

01:18  25        Q.     And so in that situation, in a

**PURSUANT TO CONFIDENTIALITY ORDER**

186

1    doing separate tests?

2         A.    Yes, sir.

3         Q.    Are they at Duncan or -- or

4    Broussard?

01:21  5         A.    Duncan.

6         Q.    At Duncan?

7         A.    Yes, sir.

8         Q.    And was there any further

9    conversation among you about the fact that

01:21 10   this was the mix used at the Macondo well and

11   all three of you found it to be thin?

12        A.    No, sir.  It was just all said

13   it looked thin to us.

14        Q.    And you were never asked to

01:22 15   determine what went wrong with the cement job

16   at Macondo?

17        A.    No, sir.

18        Q.    Will you agree something went

19   wrong with the cement job at Macondo?

01:22 20        MR. BOWMAN:  Objection; form.

21        MS. YANG:  Objection; form.

22        A.    No, sir, I don't -- I don't

23   know.  I wasn't there.

24        Q.    (BY MR. FLEMING)  Based on your

01:22 25   work in replicating the slurry used, would

**PURSUANT TO CONFIDENTIALITY ORDER**

1    you agree at least that it is possible that

2    instability of the foam cement was a

3    contributing cause?

4         MR. BOWMAN:  Objection; form.

01:22  5    A.    I don't know if it was unstable

6    or not once it got placed.

7         Q.    (BY MR. FLEMING)  But you can't

8    rule out instability of cement based on what

9    you saw, right?

01:22  10    MR. BOWMAN:  Objection; form.

11        A.    Yes, sir.

12        Q.    (BY MR. FLEMING)  Any changes in

13   Halliburton testing procedures since Macondo,

14   that you're aware?

01:22  15    A.    No, sir.

16        Q.    When you mixed that a slurry at

17   Mr. Faul's request and knew it was the recipe

18   used at Macondo and you found it to be thin,

19   was that sort of an "oh, my gosh" moment for

01:23  20   you?

21        A.    It was something that I wasn't

22   expecting to see, so I thought I should call

23   him right back and let him know what I

24   thought, you know, I just -- I was expecting

01:23  25   it to be thicker than it was.  But I didn't

**PURSUANT TO CONFIDENTIALITY ORDER**

1    know what well parameters they had, they were

2    designing for.

3          MR. FLEMING:  All right.  That's all we

4    have.  Thank you.

01:23   5          MR. BOWMAN:  Thank you.

6          THE WITNESS:  Thank you.

7          THE VIDEOGRAPHER:  Time is 1:23 p.m.

8    We're off the record.

9          (Recess from 1:23 p.m. to 1:25 p.m.)

01:25  10          THE VIDEOGRAPHER:  Time is 1:25 p.m.

11    We're back on the record.

12                E X A M I N A T I O N

13    BY MR. GUIDRY:

14          Q.    Mr. Morgan, my name is Robert

01:25  15    Guidry, and I along with my colleague here

16    Mark Best represent Anadarko.

17          A.    Okay.

18          Q.    I don't have a whole lot of

19    time, so I'll get right to it.

01:25  20          A.    Okay.

21          Q.    Did you ever communicate with

22    anyone from Anadarko regarding the Macondo

23    well or any issue at all about the Macondo

24    cementing process or testing you performed?

01:25  25          A.    No, sir.

PURSUANT TO CONFIDENTIALITY ORDER

         1          Q.     Are you aware of anyone else

         2   from Halliburton communicating with Anadarko

         3   about any decision regarding the Macondo

         4   cementing process or lab testing?

01:25    5          A.     No, sir.

         6          Q.     Are you aware of any lab test

         7   conducted on any cement slurry for purposes

         8   of the Macondo well being transmitted to

         9   Anadarko at any point in time prior to

01:26   10   April 20, 2010?

        11          A.     No, sir.

        12          Q.     Are you aware of any lab tests

        13   conducted after April 20, 2010 on

        14   representative cement slurries for the

01:26   15   Macondo well being transmitted to Anadarko?

        16          A.     No, sir.

        17          Q.     Do you have any information

        18   leading you to believe that Anadarko had any

        19   involvement in the -- the design, testing, or

01:26   20   development of the cement program used on the

        21   Macondo well?

        22          A.     No, sir.

        23          Q.     I'd like to ask you a couple

        24   questions about the mixing test.

01:26   25          A.     Yes, sir.

**PURSUANT TO CONFIDENTIALITY ORDER**