# Exhibit 4
# (Provided Under Seal)