# Exhibit 5

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3    IN RE: OIL SPILL          )   MDL NO. 2179
      by the OIL RIG            )
 4    "DEEPWATER HORIZON" in    )   SECTION "J"
      the GULF OF MEXICO, ON    )
 5    APRIL 20, 2010            )   JUDGE BARBIER
                                )
 6                              )   MAG. JUDGE
                                )   SHUSHAN
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20              VOLUME 2 OF 2
21
22       Deposition of THOMAS ROTH, taken at
23    Hilton St. Charles Hotel, 333 St. Charles
24    Avenue, Le Moyne Room, New Orleans,
25    Louisiana, on the 26th of July, 2011.
```

**PURSUANT TO CONFIDENTIALITY ORDER**

1       alternative.
2              Q.  (BY MS. HARDING)  Okay.  And you
3       would agree with me that the BP wells team
4       should have been informed of that if that
5       were the case?
6                   MR. HILL:  Object to form.
7                   MR. MADIGAN:  The same
8       objection.
9              A.  Again, I answered that previously
10      by saying that in support of operations
11      that information would be valuable.
12                  (Exhibit Number 4352 marked.)
13             Q.  (BY MS. HARDING)  I'm going to
14      show you Exhibit -- it's been marked 4352,
15      HAL_1071448.  We don't have it in the tab.
16      I think we just found it.
17                  It says Mr. -- I'm going to
18      read.  It's from Simon Turton to you.
19                  FYI, Fred Sabins is consulting
20      to BP, performing an investigation into
21      our foam slurry.  Rumor is that he's
22      determined to prove slurry instability --
23                  MR. HILL:  What tab are you
24      on, please?
25                  MS. HARDING:  It's not a tab,

**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1      sorry.
 2           Q.  (BY MS. HARDING)  -- as a
 3      stand-alone system and when contaminated
 4      with spacer mud.
 5               Did you have any conversations
 6      with anyone about this e-mail?
 7           A.  Could I see the e-mail?
 8           Q.  Yes, I'm sorry.  I'm sorry I don't
 9      have another copy.
10           A.  Yeah.  This is dated July the
11      23rd.  I don't recall if I had any
12      conversation with -- with Simon.  I see
13      the reply that is indicated here.
14           Q.  Okay.  The point I wanted to ask
15      you about is, you sent an e-mail at the
16      top to Anthony Badalamenti --
17           A.  Badalamenti.
18           Q.  -- and Simon Turton and you said
19      spacer volume was sufficient to sweep
20      entire annulus volume.  As such, spacer
21      was sufficient to sweep channel.
22      Subsequent testing with 3-D confirms
23      statement that spacer was sufficient.
24           A.  Can I see that, please?
25           Q.  Do you see that?
```

```
 1            A.  Yes, I see that.
 2            Q.  Okay.  Was that a correct
 3     statement when you made it?
 4            A.  I would think that that -- that
 5     statement is correct.
 6            Q.  Okay.  And what 3-D modeling are
 7     you referring to there?
 8            A.  3-D modeling is a software program
 9     that's -- that's available to track
10     placement of fluids in a well.
11            Q.  Okay.  And are you referring to
12     the 3-D modeling that was done after --
13     done after the cement -- after the
14     incident or before the incident?
15            A.  This work is after.
16            Q.  Okay.  And who did the work that
17     you're referring to there?
18            A.  I believe Mark Savery.
19            Q.  Okay.  And do you know whether or
20     not -- because it looks like it was in
21     your possession -- do you know that that
22     was part of the materials that you've
23     turned over to legal counsel?
24            A.  I don't know.
25            Q.  Okay.  Agree with me -- would you
```

**PURSUANT TO CONFIDENTIALITY ORDER**

1   agree with me that the OptiCem predicts a
2   GFP number, correct?
3       A.  It does.
4       Q.  Okay.  And then Halliburton,
5   according to its literature, designs a
6   cement slurry to meet the challenge posed
7   by the GFP, correct?
8               MR. HILL:  Object to form.
9       A.  It makes recommendations back to
10  the customer with an understanding of the
11  implications of a gas flow potential.
12      Q.  (BY MS. HARDING)  Right.  And
13  that's what it's -- all of your literature
14  talks about how you meet the GFP
15  challenge, correct?
16              MR. HILL:  Object to form.
17      A.  The literature describes the
18  phenomenon of gas flow potential and
19  provides solutions based upon the relative
20  value of that -- that indicator.
21      Q.  (BY MS. HARDING)  Right.  And one
22  of the ways -- one of the recommendations
23  that Halliburton makes for a GFP of 10 or
24  11 is to use a foam cement slurry,
25  correct?

**PURSUANT TO CONFIDENTIALITY ORDER**