# Exhibit 6
# (Provided Under Seal)