# Exhibit 7

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

Barbara M. Harding
To Call Writer Directly:
(202) 879-5081
barbara.harding@kirkland.com

(202) 879-5000

www.kirkland.com

Facsimile:
(202) 879-5200

November 22, 2011

**Via Electronic Mail**

Jenny Martinez
Godwin Ronquillo PC
1201 Elm Street, Suite 1700
Dallas, Texas 75270-2041

Re:   In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, MDL No. 2179

Dear Jenny:

Thank you for returning my call from yesterday. This letter memorializes our discussion earlier today concerning the circumstances surrounding the disappearance of the Displace 3D modeling referenced in Tommy Roth's July 25, 2010 e-mail. You explained that Halliburton preserved the computer on which the 3D modeling had been performed, but when Halliburton searched the computer for this modeling, the modeling could not longer be found. Accordingly, the modeling work is now gone from the computer, and Halliburton is unable to produce the modeling pursuant to the Court's September 27, 2011 Order. If I have not accurately described the circumstances surrounding the loss of the modeling evidence, as you have relayed them to me, please let me know immediately.

Sincerely,

/s/ Barbara M. Harding
Barbara M. Harding

BMH/djs