# Exhibit 8
# (Provided Under Seal)