# Exhibit 9
# (Provided Under Seal)