# Exhibit 11

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C.  20005

| | | |
|---|---|---|
| Barbara M. Harding | | |
| To Call Writer Directly: | (202) 879-5000 | Facsimile: |
| (202) 879-5081 | | (202) 879-5200 |
| barbara.harding@kirkland.com | www.kirkland.com | |

November 11, 2011

**Via Electronic Mail**

Jenny Martinez
Godwin Ronquillo PC
1201 Elm Street, Suite 1700
Dallas, Texas 75270-2041

       Re:     In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, MDL No. 2179

Dear Jenny:

Per our meet and confer earlier this week, we will file a motion concerning the loss or destruction of the post-incident cement slurry testing and Displace 3D modeling evidence.  We do not have a written response explaining how or why the 3D modeling evidence is no longer available.  I believe you stated that the computer is gone but it was somewhat unclear what happened.  Would you please describe why the evidence is no longer available so that we can accurately represent the issue to the Court?  We plan to file our motion on this issue next week and would appreciate a response by the end of the day on Monday.

       Sincerely,

       /s/ Barbara M. Harding
       Barbara M. Harding

BMH/djs

Chicago      Hong Kong      London      Los Angeles      Munich      New York      Palo Alto      San Francisco      Shanghai