# Exhibit 13

CAUSE NO. 2010-25245

**FILED**
Stone  Loren Jackson
District Clerk

APR 3 0 2010

v. Time: _____ Harris County, Texas
By _____ Deputy

Transocean Offshore Deepwater
Drilling, Inc., et al.

§
§
§ IN THE DISTRICT COURT OF
§
§ HARRIS COUNTY, TEXAS
§
§
§ 157th JUDICIAL DISTRICT

## TEMPORARY RESTRAINING ORDER

The application of Plaintiffs for a temporary restraining order has been presented to me on this 30th day of April, 2010.

Defendants TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., DEEPWATER HORIZON, BP PRODUCTS NORTH AMERICA, INC., HALLIBURTON ENERGY SERVICES, CAMERON INTERNATIONAL CORPORATION D/B/A CAMERON SYSTEMS CORPORATION and MI SWACO are ORDERED:

(1) to reasonably refrain and resist from any changing, alteration and/or destruction of any documents pertaining to the April 20, 2010, explosion, including all information stored, held or maintained in electronic format or via the internet.

(2) to reasonably refrain and resist from any changing, alteration and/or destruction of any and all tools, instrumentalities, and/or devices which may have been used by workers, in any capacity, as well any work authorizations or other documents indicating status of work at the time of the event in question as well as any and all physical evidence of any kind in any way connected with the accident and/or accident scene in question.

This Order applies to TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., DEEPWATER HORIZON, BP PRODUCTS NORTH AMERICA, INC., HALLIBURTON ENERGY SERVICES, CAMERON INTERNATIONAL CORPORATION D/B/A CAMERON SYSTEMS CORPORATION and MI SWACO and their attorneys, agents, servants, and employees.

THE COURT RECOGNIZES THE ONGOING RESCUE, RECOVERY, WELL CONTROL, REMEDIAL AND INVESTIGATION EFFORTS. THIS ORDER DOES NOT RESTRICT THE DIRECTION OR ACTIVITIES OF ANY OF THE DEFENDANTS OR ANY LOCAL, STATE OR FEDERAL GOVERNMENTAL ENTITY OR AGENCY IN THEIR INVESTIGATION, RECOVERY, WELL CONTROL, REMEDIAL OR RESCUE EFFORTS.

EXHIBIT "B"

It is ORDERED ADJUDGED, and DECREED that a hearing on the temporary injunction and application be, and it is hereby set for the 11th day of May, 2010, at 4:00 o'clock, P.m..

This Temporary Restraining Order shall become effective immediately upon the posting of a bond in the amount of $100.00 DOLLARS or deposit of $100.00 DOLLARS with the Clerk of the Court.

It is ORDERED, ADJUDGED and DECREED that notice issue to the Defendants, TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC., DEEPWATER HORIZON, BP PRODUCTS NORTH AMERICA, INC., HALLIBURTON ENERGY SERVICES, CAMERON INTERNATIONAL CORPORATION D/B/A CAMERON SYSTEMS CORPORATION and MI SWACO, commanding them to appear and show cause, if any, why the Temporary Injunction to preserve and maintain all documents and tangible evidence pertaining to the April 20, 2010 explosion at the Deepwater Horizon, including all information stored, held or maintained in electronic format or via the internet as prayed for in Plaintiff's Application should not be granted.

SIGNED on this 30th day of April, 2010.

_____
Judge Presiding

Unofficial Copy Office of Loren Jackson Clerk