# Exhibit 16

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| | : MDL NO. 2179 |
| IN RE: OIL SPILL by the OIL RIG | : |
| "DEEPWATER HORIZON" in the | : |
| GULF OF MEXICO, on | : |
| APRIL 20, 2010 | : SECTION: J |
| | : |
| | : |
| | : JUDGE BARBIER |
| | : MAG. JUDGE SHUSHAN |

.. .. .. .. .. .. .. .. .. .. .. .. .. : .. .. .. .. .. .. .. ..

**THIS DOCUMENT RELATES TO ALL CASES**

<u>PRETRIAL ORDER #1</u>
**Setting Initial Conference**

It appearing that civil actions listed on Schedule A,
attached hereto, which were transferred to this Court by order of
the Judicial Panel on Multi District Litigation pursuant to its
order of August 10, 2010, merit special attention as complex
litigation, it is, therefore, **ORDERED** that:

1. **INTRODUCTION** — It is not yet known how many attorneys
will eventually join this litigation, but we can assume it will
be a large number. As attorneys involved in a multi-district
case, you will probably be laboring together for some time in the
future with work progressively becoming more complicated and
exacting. Some of you know each other and some are complete

strangers.  Undoubtedly each has a different style and
personality.  It is likely that during the course of this
litigation your working relationship will occasionally be
strained, communication derailed, and mutual trust questioned.
The just and efficient resolution of this litigation will depend
in large measure on the way you as attorneys comport yourselves
and overcome the temptations and trepidations inherent in a case
of this magnitude.  The Manual for Complex Litigation recognizes
that judicial involvement in managing complex litigation does not
lessen the duties and responsibilities of the attorneys.  To the
contrary, the added demands and burdens of this type of
litigation place a premium on professionalism and require counsel
to fulfill their obligations as advocates in a manner that will
foster and sustain good working relations among fellow counsel
and the Court.  The Court expects, indeed insists, that
professionalism and courteous cooperation permeate this
proceeding from now until this litigation is concluded.  The
court record should never be the repository of ill-chosen words
arising out of a sense of frustration over real or imagined
issues.  Because of the high level of competence and experience
of attorneys who are generally involved in multi-district
litigation, this Court is confident that this objective will be
achieved without judicial intervention.

2.   **APPLICABILITY OF ORDER** — Prior to the initial pretrial
conference and entry of a comprehensive order governing all
further proceedings in this case, the provisions of this Order
shall govern the practice and procedure in those actions that
were transferred to this Court by the Judicial Panel on Multi
District Litigation pursuant to its order of August 10, 2010
listed on Schedule A.  This Order also applies to all related
cases filed in all sections of the Eastern District of Louisiana
and will also apply to any "tag-along actions" later filed in,
removed to, or transferred to this Court.


3.   **CONSOLIDATION** — The civil actions listed on Schedule A
are consolidated for pretrial purposes.  Any "tag-along actions"
later filed in, removed to or transferred to this Court, or
directly filed in the Eastern District of Louisiana,  will
automatically be consolidated with this action without the
necessity of future motions or orders.   This consolidation,
however, does not constitute a determination that the actions
should be consolidated for trial, nor does it have the effect of
making any entity a party to any action in which he, she or it
has not been named, served or added in accordance with the
Federal Rules of Civil Procedure.

-3-

4. **DATE OF INITIAL CONFERENCE AND AGENDA FOR CONFERENCE** —
Matters relating to pretrial and discovery proceedings in these
cases will be addressed at an initial pretrial conference to be
held on **Friday, September 17, 2010 at 9:30 a.m.** in Judge Carl J.
Barbier's courtroom, Room C-268, United States Courthouse, 500
Poydras Street, New Orleans, Louisiana.  Counsel are expected to
familiarize themselves with the *Manual for Complex Litigation,*
*Fourth* ("MCL 4th") and be prepared at the conference to suggest
procedures that will facilitate the expeditious, economical, and
just resolution of this litigation.  The items listed in MCL 4th
Sections 22.6,  22.61, 22.62, and 22.63 shall, to the extent
applicable, constitute a tentative agenda for the conference.
Counsel shall confer and seek consensus to the extent possible
with respect to the items on the agenda, including a proposed
discovery plan, amendment of pleadings, and consideration of any
class action allegations and motions, and be prepared to select
trial dates.  Parties shall also submit an initial proposed case
management order and, if necessary, shall submit suggestions for
any other agenda items.  As part of this proposed case management
order, the parties shall suggest whether and how the consolidated
cases should be grouped into separate tracks for purposes of
pretrial discovery, motion practice, etc.

These documents shall be delivered to the Court **three full**
**work days prior to the initial conference** by fax to (504) 589-

-4-

4536, or in person to Judge Carl J. Barbier's Chambers, Room C-256, United States Courthouse, 500 Poydras Street, New Orleans, Louisiana.

5. **POSITION STATEMENT** — **Three full work days prior to the initial conference**, plaintiffs and defendants shall submit a brief written statement indicating their preliminary understanding of the facts involved in the litigation and the critical factual and legal issues. These statements will not be filed with the Clerk, will not be binding, will not waive claims or defenses, and may not be offered in evidence against a party in later proceedings. The parties' statements shall list all pending motions, as well as all related cases pending in state or federal court, together with their current status, including any discovery taken to date, to the extent known. The parties shall be limited to one such submission for all plaintiffs and one such submission for all defendants.

6. **APPEARANCE AT INITIAL CONFERENCE** — Each party represented by counsel shall appear at the initial pretrial conference through their attorney who will have primary responsibility for the party's interest in this litigation. Parties not represented by counsel may appear in person or through an authorized and responsible agent. To minimize costs

and facilitate a manageable conference, parties with similar
interests may agree, to the extent practicable, to have an
attending attorney represent their interest at the conference. A
party, by designating an attorney to represent the party's
interest at this initial conference, will not be precluded from
personally participating or selecting other representation during
the future course of this litigation, nor will attendance at the
conference waive objections to jurisdiction, venue, or service.

     7. **SERVICE** — Prior to the initial pretrial conference,
service of all papers shall be made on each of the attorneys on
the Panel Attorney Service List attached hereto and designated as
Schedule B. Any attorney who wishes to have his/her name added
to or deleted from such Panel Attorney Service List may do so
upon request to the Clerk of this Court and notice to all other
persons on such service list. The parties shall present to the
Court at the initial conference a list of attorneys, their office
addresses, phone and fax numbers, and e-mail addresses.

     8. **EXTENSION AND STAY** — Each defendant is granted an
extension of time for responding by motion or answer to the
complaint(s) until a date to be set by this Court. Pending the
initial conference and further orders of this Court, all
outstanding discovery proceedings are stayed, and no further

-6-

discovery shall be initiated.  Moreover, all pending motions must be renoticed for resolution on a motion day or days after the Court's initial conference herein.


9.  **MASTER DOCKET FILE** — Any pleading or document which is to be filed in any of these actions shall be filed with the Clerk of this Court and not in the transferor court.  The Clerk of this Court will maintain a master docket file under the style "In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010" and the identification "MDL No. 2179." When a pleading is intended to be applicable to all actions, this shall be indicated by the words: "This Document Relates to All Cases."  When a pleading is intended to apply to less than all cases, this Court's docket number for each individual case to which the document number relates shall appear immediately after the words "This Document Relates to."  The following is a sample of the pleading style:

        In Re: Oil Spill by the Oil Rig          MDL No. 2179
              "Deepwater Horizon" in the
              Gulf of Mexico, on
              April 20, 2010                       SECTION: J

        This Document Relates to:  _____          Judge Barbier
                                                   Mag. Judge Shushan

10.  **FILING** — All documents filed in this Court must be filed electronically pursuant to Local Rule 5.7E and this Court's Administrative Procedures for Electronic Filing.  Attorneys may

register at www.laed.uscourts.gov/cmecf/ecf.htm.  An attorney
who, due to exceptional circumstances, is unable to comply with
the requirements of electronic filing, may apply to the Court for
an order granting an exemption.  The application shall be in
writing, filed with the Clerk of Court, and shall state the
reason for the attorney's inability to comply.  Pro se litigants
who have not been authorized to file electronically shall
continue to file their pleadings with the Clerk of Court in the
traditional manner, on paper.  The Clerk of Court is directed to
make all entries on the master docket sheet with a notation
listing the cases to which the document applies, except that a
document closing a case will also be entered on the individual
docket sheet.  All documents shall be filed in the master file.


    11.  **DOCKETING** — When an action that properly belongs as a
part of In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in
the Gulf of Mexico, on April 20, 2010 is hereinafter filed in the
Eastern District of Louisiana or transferred here from another
court, the Clerk of this Court shall:

        a.  File a copy of this Order in the separate file for
            such action;

        b.  Make an appropriate entry on the master docket
            sheet;

        c.  Forward to the attorneys for the plaintiff in the

newly filed or transferred case a copy of this
Order;

d.    Upon the first appearance of any new defendant,
forward to the attorneys for the defendant in such
newly filed or transferred cases a copy of this
Order.


12.    **APPEARANCES IN LITIGATION** — Counsel who appeared in a
transferor court prior to transfer need not enter an additional
appearance before this Court.  Moreover, attorneys admitted to
practice and in good standing in any United States District Court
are admitted *pro hac vice* in this litigation, and the
requirements of Local Rules 83.2.6E  and 83.2.7 are waived.
Association of local counsel is not required.


13.    **REMAND STIPULATIONS** — In the event that a case is
remanded, the parties shall furnish to the Clerk of Court a
stipulation or designation of the contents of the record and
furnish all necessary copies of any pleadings filed so as to
enable the transferee clerk to comply with the order of remand.


14.    **PRESERVATION OF EVIDENCE** — All parties and their
counsel are reminded of their duty to preserve evidence that may
be relevant to this action.  The duty extends to documents, data,

and tangible things in possession, custody and control of the
parties to this action, and any employees, agents, contractors,
carriers, bailees, or other nonparties who possess materials
reasonably anticipated to be subject to discovery in this action.
"Documents, data, and tangible things" is to be interpreted
broadly to include writings, records, files, correspondence,
reports, memoranda, calendars, diaries, minutes, electronic
messages, voice mail, e-mail, telephone message records or logs,
computer and network activity logs, hard drives, backup data,
removable computer storage media such as tapes, discs and cards,
printouts, document image files, Web pages, databases,
spreadsheets, software, books, ledgers, journals, orders,
invoices, bills, vouchers, check statements, worksheets,
summaries, compilations, computations, charts, diagrams, graphic
presentations, drawings, films, charts,  digital or chemical
process photographs, video, phonographic, tape or digital
recordings or transcripts thereof, drafts, jottings and notes,
studies or drafts of studies or other similar such material.
Information that serves to identify, locate, or link such
material, such as file inventories, file folders, indices, and
metadata, is also included in this definition.  Preservation
includes the obligation not to alter any such  thing as to its
form, content or manner of filing.  Until the parties reach an
agreement on a preservation plan or the Court orders otherwise,

each party shall take reasonable steps to preserve all documents,
data and tangible things containing information potentially
relevant to the subject matter of this litigation.  Each counsel
is under an obligation to the Court to exercise all reasonable
efforts to identify and notify parties and nonparties, including
employees of corporate or institutional parties of the contents
of this paragraph.  Failure to comply may lead to dismissal of
claims, striking of defenses, imposition of adverse inferences or
other dire consequences.

Before any devices, tangible things, documents, and other
records which are reasonably calculated to lead to admissible
evidence are destroyed, altered, or erased, counsel shall confer
to resolve questions as to whether the information should be
preserved.  If counsel are unable to agree, any party may apply
to this Court for clarification or relief from this Order upon
reasonable notice.

15.  **FILING OF DISCOVERY REQUESTS** — In accordance with Rule
5(d) of the Federal Rules of Civil Procedure, discovery requests
and responses are not to be filed with the Clerk nor sent to the
Judge's Chambers, except when specifically ordered by the Court
to the extent needed in connection with a motion.

16. **LIAISON COUNSEL** — **Prior** to the initial conference, counsel for the plaintiffs and counsel for the defendants shall, to the extent they have not already done so, confer and seek consensus on the selection of a candidate for the position of liaison counsel for each group who will be charged with essentially administrative matters.  For example, liaison counsel shall be authorized to receive orders and notices from the Court on behalf of all parties within their liaison group and shall be responsible for the preparation and transmittal of copies of such orders and notices to the parties in their liaison group and perform other tasks determined by the Court.  Liaison counsel shall be required to maintain complete files with copies of all documents served upon them and shall make such files available to parties within their liaison group upon request.  Liaison counsel are also authorized to receive orders and notices from the Judicial Panel on Multi District Litigation pursuant to Rule 5.2(e) of the Panel's *Rules of Procedure* or from the transferee court on behalf of all parties within their liaison group and shall be responsible for the preparation and transmittal of copies of such orders and notices to the parties in their liaison group.  The expenses incurred in performing the services of liaison counsel shall be shared equally by all members of the liaison group in a manner agreeable to the parties or set by the Court failing such agreement.  Proposals for the designation of

liaison counsel shall be submitted to the Court no later than **three full work days prior to the initial conference**. Appointment of liaison counsel shall be made by the Court after full consideration of the proposals. At the first conference, liaison counsel and/or the parties should be prepared to discuss any additional needs for an organizational structure or any additional matters consistent with the efficient handling of this matter.

Until this Court names liaison counsel for MDL 2179, those individuals who served as liaison counsel in the consolidated action, In Re: Deepwater Horizon, No. 10-CV-1156 (E.D. La. 2010), (James Roy and Stephen Herman for Plaintiffs, and Don K. Haycraft for Defendants) will continue to serve in that capacity.


17. **PLAINTIFFS' STEERING COMMITTEES** — It is the Court's intent to appoint a Plaintiffs' Steering Committee ("PSC") to conduct and coordinate the discovery stage of this litigation with the defendant's representatives or committee. Applications/nominations for the PSC positions must be filed with the Eastern District of Louisiana's Clerk's Office electronically on or before **Monday, September 27, 2010**. A copy must also be served upon counsel named in the attached list on the day of filing. The main criteria for membership in the PSC will be: (a) willingness and availability to commit to a time-consuming

-13-

project; (b) ability to work cooperatively with others; and (c) professional experience in this type of litigation. Applications/nominations should succinctly address each of the above criteria as well as any other relevant matters. No submissions longer than four (4) pages will be considered. The Court will only consider attorneys who have filed a civil action in this litigation.

Objections may be made to the appointment of a proposed applicant/nominee. Nevertheless, the Court will entertain only written objections to any application/nomination. These must be filed electronically with the Clerk on or before **Monday, October 4, 2010**. The objections, if there be any, must be short, yet thorough, and must be supported by necessary documentation. As with the application/nomination, any objection must be served on all counsel appearing on the attached list on the day of filing.

The PSC will have the following responsibilities:

**Discovery**

1. Initiate, coordinate, and conduct all pretrial discovery on behalf of plaintiffs in all actions which are consolidated with the instant multi-district litigation.

2. Develop and propose to the Court schedules for the commencement, execution, and completion of all discovery on behalf of all plaintiffs.

-14-

3.    Cause to be issued in the name of all plaintiffs the necessary discovery requests, motions, and subpoenas pertaining to any witnesses and documents needed to properly prepare for the pretrial discovery of relevant issues found in the pleadings of this litigation. Similar requests, notices, and subpoenas may be caused to be issued by the PSC upon written request by the individual attorney in order to assist him/her in the preparation of the pretrial stages of his/her client's particular claims.

4.    Conduct all discovery in a coordinated and consolidated manner on behalf and for the benefit of all plaintiffs.

**Hearings and Meetings**

1.    Call meetings of counsel for plaintiffs for any appropriate purpose, including coordinating responses to questions of other parties or of the Court. Initiate proposals, suggestions, schedules, or joint briefs, and any other appropriate matters pertaining to pretrial proceedings.

2.    Examine witnesses and introduce evidence at hearings on behalf of plaintiffs.

3.    Act as spokesperson for all plaintiffs at pretrial proceedings and in response to any inquiries by the Court, subject of course to the right of any

-15-

plaintiff's counsel to present non-repetitive individual or different positions.

**Miscellaneous**

1.  Submit and argue any verbal or written motions presented to the Court or Magistrate on behalf of the PSC as well as oppose when necessary any motions submitted by the defendants or other parties which involve matters within the sphere of the responsibilities of the PSC.

2.  Negotiate and enter into stipulations with Defendants regarding this litigation.  All stipulations entered into by the PSC, except for strictly administrative details such as scheduling, must be submitted for Court approval and will not be binding until the Court has ratified the stipulation.  Any attorney not in agreement with a non-administrative stipulation shall file with the Court a written objection thereto within ten (10) days after he/she knows or should have reasonably become aware of the stipulation.  Failure to object within the term allowed shall be deemed a waiver and the stipulation will automatically be binding on that party.

3.  Explore, develop, and pursue all settlement options pertaining to any claim or portion thereof of any case

filed in this litigation.

4.  Maintain adequate files of all pretrial matters, including establishing and maintaining a document or exhibit depository, in either real or virtual format, and having those documents available, under reasonable terms and conditions for examinations by all MDL Plaintiffs or their attorneys.

5.  Prepare periodic status reports summarizing the PSC's work and progress. These reports shall be submitted to the Plaintiff's Liaison Counsel who will promptly distribute copies to the other plaintiffs' attorneys.

6.  Perform any task necessary and proper for the PSC to accomplish its responsibilities as defined by the Court's orders, including organizing subcommittees compromised of plaintiffs' attorneys not on the PSC and assigning them tasks consistent with the duties of the PSC. Membership on these subcommittees shall be subject to the approval of the Court. Compensation for work performed by these subcommittees and the approved cost will be paid by common benefit funds.

7.  Perform such other functions as may be expressly authorized by further orders of the Court.

8.  Reimbursement for costs and/or fees for services will be set at a time and in a manner established by the

Court after due notice to all counsel and after a
hearing.

18.  **DEFENDANTS' STEERING COMMITTEES** — This Court will
consider the recommendations of the defendants for membership on
the defendants steering committee.  Defendants Steering Committee
will have the duties and responsibilities described in Paragraph
17 of this order as it pertains to this respective group.

19.  **MDL 2179 WEBSITE** — A website particular to MDL 2179
will be created and will be accessible by going to this Court's
website located at [www.laed.uscourts.gov](www.laed.uscourts.gov) and clicking on the link
for MDL Cases.  The website will contain forms, court orders,
minute entries, a calendar of upcoming events, and other relevant
information.  Once the website is created, the court will issue
an order containing the direct link to the website.

20.  **COMMUNICATION WITH THE COURT** — Unless otherwise ordered
by this Court, all substantive communications with the Court
shall be in writing, with copies to opposing counsel.
Nevertheless, the Court recognizes that cooperation by and among
plaintiffs' counsel and by and among defendants' counsel is
essential for the orderly and expeditious resolution of this
litigation.  The communication of information among and between

-18-

plaintiffs' counsel and among and between defendants' counsel shall not be deemed a waiver of the attorney-client privilege or the protection afforded attorney's work product, and cooperative efforts contemplated above shall in no way be used against any plaintiff by any defendant or against any defendant by any plaintiff.  Nothing contained in this provision shall be construed to limit the rights of any party or counsel to assert the attorney-client privilege or attorney work product doctrine.

    New Orleans, Louisiana, this ___10th___ day of ___August___, 2010.

                              _____
                              CARL J. BARBIER
                              UNITED STATES DISTRICT JUDGE

**IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON"**
**IN THE GULF OF MEXICO, ON APRIL 20, 2010**          MDL No. 2179

## SCHEDULE A

Northern District of Alabama

Ben Chenault, etc. v. Transocean, Ltd., et al., C.A. No. 2:10-1139

Southern District of Alabama

James F. Mason, Jr., etc. v. Transocean, Ltd., et al., C.A. No. 1:10-191
Peter Burke v. BP Corporation of North of America, Inc., et al., C.A. No. 1:10-195
Shannon Trahan v. BP, PLC, et al., C.A. No. 1:10-198
Jud Smith, et al. v. BP, PLC, et al., C.A. No. 1:10-200
Billy Wilkerson, et al. v. Transocean Holdings, Inc., et al., C.A. No. 1:10-201
Fishtrap Charters, LLC, et al. v. Transocean Holdings, Inc., et al., C.A. No. 1:10-202
Fort Morgan Sales, Rentals & Development, Inc., et al. v. Transocean
        Holdings, Inc., et al., C.A. No. 1:10-203
Bon Secour Fisheries, Inc., et al. v. BP, PLC, et al., C.A. No. 1:10-206
George C. Simpson v. Transocean, Ltd., et al., C.A. No. 1:10-210
Gulf Shores West Beach Investments, LLC v. Transocean Holdings, Inc., et al.,
        C.A. No. 1:10-213
Billy's Seafood, Inc. v. Transocean Holdings, Inc., et al., C.A. No. 1:10-215
David Meyer, et al. v. BP America, et al., C.A. No. 1:10-216
Orange Beach Marina, Inc., et al. v. Transocean Holdings, Inc., et al., C.A. No. 1:10-217
Robert V. Pendarvis, et al. v. BP, PLC, et al., C.A. No. 1:10-218
Fran Hopkins, et al. v. Transocean, Ltd., et al., C.A. No. 1:10-221
Steven Lavigne, et al. v. British Petroleum, PLC, et al., C.A. No. 1:10-222
Original Oyster House, Inc., et al. v. Transocean Holdings, Inc., et al., C.A. No. 1:10-223
Blue Water Yacht Sales & Services, Inc., et al. v. Transocean Holdings, Inc., et al.,
        C.A. No. 1:10-224
Marine Horizons, Inc., et al. v. BP, PLC, et al., C.A. No. 1:10-227
George Jett v. BP, PLC, et al., C.A. No. 1:10-228
Captain Edward Lockridge v. BP, PLC, et al., C.A. No. 1:10-233
Terry Drawdy, et al. v. Transocean, Ltd., et al., C.A. No. 1:10-235
Sea Eagle Fisheries, Inc., et al. v. BP, PLC, et al., C.A. No. 1:10-238

- A2 -

**MDL No. 2179 Schedule A (Continued)**

### Northern District of Florida

John T. Harris v. Transocean, Ltd., et al., C.A. No. 3:10-129
Ocean Reef Realty, Inc. v. Transocean Holdings, Inc., et al., C.A. No. 3:10-132
Michael Salley v. Transocean Holdings, Inc., et al., C.A. No. 3:10-133
Nicholas Harris, et al. v. Transocean, Ltd., et al., C.A. No. 3:10-134
Charles Douglass, et al. v. Transocean Holdings, Inc., et al., C.A. No. 3:10-136
Joe Patti Seafood Co., et al. v. Transocean, Ltd., et al., C.A. No. 3:10-137
Dewey Destin, et al. v. BP, PLC, et al., C.A. No. 3:10-141
Stacey P. Walsh v. British Petroleum, PLC, et al., C.A. No. 3:10-143
George Weems Ward, et al. v. BP, PLC, et al., C.A. No. 4:10-157
Water Street Seafood, Inc., et al. v. BP Products North America Inc., et al.,
      C.A. No. 4:10-162

### Eastern District of Louisiana

Shane Roshto, et al. v. Transocean, Ltd., et al., C.A. No. 2:10-1156
Michelle Jones, etc. v. Transocean, Ltd., et al., C.A. No. 2:10-1196
Troy Wetzel, et al. v. Transocean, Ltd., et al., C.A. No. 2:10-1222
Acy J. Cooper, Jr., et al. v. BP, PLC, et al., C.A. No. 2:10-1229
Michael Williams v. Transocean, Ltd, et al., C.A. No. 2:10-1243
Darleen Jacobs Levy v. Transocean, Ltd., et al., C.A. No. 2:10-1245
James J. Friloux, et al. v. BP, PLC, et al., C.A. No. 2:10-1246
Ben Robin, et al. v. BP, PLC, et al., C.A. No. 2:10-1248
Michael Ivic, et al. v. BP, PLC, et al., C.A. No. 2:10-1249
Felix Alexie, Jr. v. BP, PLC, et al., C.A. No. 2:10-1250
Ray Vath, et al. v. BP, PLC, et al., C.A. No. 2:10-1273
Charles Robin, III, et al. v. BP, PLC, et al., C.A. No. 2:10-1295
Bill's Oyster House, LLC, et al. v. BP, PLC, et al., C.A. No. 2:10-1308
Nova Affiliated, S.A. v. BP, PLC, et al., C.A. No. 2:10-1313
Robin Seafood Co., Inc., et al. v. BP, PLC, et al., C.A. No. 2:10-1314
Bryan C. Carrone, et al. v. BP Products North America, Inc., et al., C.A. No. 2:10-1315
George Barisich, et al. v. BP, PLC, et al., C.A. No. 2:10-1316
Eugene B. Dugas, et al. v. BP, PLC, et al., C.A. No. 2:10-1322
George Barisich, et al. v. BP, PLC, et al., C.A. No. 2:10-1324
Brent J. Rodrigue, Sr., et al. v. BP, PLC, et al., C.A. No. 2:10-1325
T&D Fishery, LLC, et al. v. BP, PLC, et al., C.A. No. 2:10-1332
Fish Commander, LLC v. BP, PLC, et al., C.A. No. 2:10-1339
Cajun Offshore Charters, LLC v. BP, PLC, et al., C.A. No. 2:10-1341
Gulf Crown Seafood, Inc. v. BP, PLC, et al., C.A. No. 2:10-1344
Joseph Kunstler, et al. v. Transocean, Ltd., et al., C.A. No. 2:10-1345

- A3 -

**MDL No. 2179 Schedule A (Continued)**

<u>Eastern District of Louisiana</u> (Continued)

Isadore Crepple v. BP, PLC, et al., C.A. No. 2:10-1346
Eric Dumas, etc. v. BP, PLC, et al., C.A. No. 2:10-1348
William D. Gregoire, et al. v. Transocean, Ltd., et al., C.A. No. 2:10-1351
Robroy J. Terrebonne v. BP, PLC, et al., C.A. No. 2:10-1352
Curtis Silver, et al. v. BP, PLC, et al., C.A. No. 2:10-1387
Tom Garner v. BP, PLC, et al., C.A. No. 2:10-1482

<u>Western District of Louisiana</u>

Matthews Gaskins, Jr. v. BP, PLC, et al., C.A. No. 2:10-738
Ellis Schouest, III, et al. v. BP Products North America, Inc., et al., C.A. No. 6:10-727

<u>Southern District of Mississippi</u>

Paul Hopper, et al. v. Cameron International Corp., et al., C.A. No. 1:10-173
Cajun Maid, LLC, et al. v. BP, PLC, et al., C.A. No. 1:10-176
Hiep Trieu, et al. v. BP Exploration & Production, Inc., et al., C.A. No. 1:10-177
Michael D. Sevel, et al. v. BP, PLC, et al., C.A. No. 1:10-179
Jessica Staley v. Cameron International Corp., et al., C.A. No. 1:10-181
Ronnie Daniels v. Cameron International Corp., et al., C.A. No. 1:10-182
Stacey Van Duyn, et al. v. Cameron International Corp., et al., C.A. No. 1:10-183
Aleen Grieshaber, et al., v. BP Products North America, Inc., et al., C.A. No. 1:10-185

<u>Southern District of Texas</u>

Ben Nelson, et al. v. Transocean, Ltd., et al., C.A. No. 3:10-172
National Vietnamese American Fisherman Emergency Association, et al. v.
     BP, PLC, et al., C.A. No. 4:10-1607

Case 2:10-md-02179-CJB-DPC Document 4799-17 Filed 12/05/11 Page 24 of 32
Case 2:10-md-02179-CJB-SS Document 2-17 Filed 08/10/10 Page 1 of 9
Printed on 08/10/2010

SCHEDULE B

# Judicial Panel on Multidistrict Litigation - Panel Service List
## for
# MDL 2179 - IN RE: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico,

**\*\*\* Report Key and Title Page \*\*\***

Please Note: This report is in alphabetical order by the last name of the attorney. A party may not be represented by more then one attorney. See Panel rule 5.2(c).

**Party Representation Key**
   \* Signifies that an appearance was made on behalf of the party by the representing attorney.
   # Specified party was dismissed in some, but not all, of the actions in which it was named as a party.
    All counsel and parties no longer active in this litigation have been suppressed.

**This Report is Based on the Following Data Filters**
   Docket: 2179 - Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico - 4/20/10
   For Open Cases

Case 2:10-md-02179-CJB-SS   Document 1922-17   Filed 04/04/11   Page 2 of 9

Docket: 2179 - IN RE: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010

Status: Transferred on 08/10/2010

Transferee District: LAE    Judge: Barbier, Carl J.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|

Arsenault, Richard J.
NEBLETT BEARD & ARSENAULT
2220 Bonaventure Court
Post Office Box 1190
Alexandria, LA 71309-1190

=>**Phone: (318) 487-9874  Fax: (318) 561-2591  Email: r.arsenault@nbalawfirm.com**
Dudenherer's Fishing Charters, Inc.*; Titeline Charter Service, LLC*

Barnett, Ryan M.
WHIBBS & STONE PA
801 West Romana Street
Pensacola, FL 32502

=>**Phone: (850) 434-5395  Fax: (850) 469-0043  Email: ryan@whibbsandstone.com**
Bryant, III, Edward R.; Douglass, Annette; Loupe, John Chandler; Loupe, Mary P.

Barr, Brian H.
LEVIN PAPANTONIO THOMAS ET AL
316 South Baylen Street
Suite 600
Pensacola, FL 32502

=>**Phone: (850) 435-7000  Fax: (850) 436-6187  Email: bbarr@levinlaw.com**
Bay Breeze Aquatics & Dive Center, LLC; Joe Patti Seafood Co.; Mega-Bite Inshore Charters;
Nichols, Benjamin Marvin; Phan Tran; Premier Island Management Group LLC; Reel Eazy
Charters, LLC; Rooks Marina, Inc.; Southern Seafood of Pace, Inc.

Beck, David J.
BECK REDDEN & SECREST LLP
1221 McKinney Street
Suite 4500
Houston, TX 77010

=>**Phone: (713) 951-3700  Fax: (713) 951-3720  Email: dbeck@brsfirm.com**
Cameron International Corp.*

Berman, Steve W.
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue
Suite 3300
Seattle, WA 98101

=>**Phone: (206) 623-7292  Fax: (206) 623-0594  Email: steve@hbsslaw.com**
Brian Howard's Charter Fishing LLC*; Walker, Jr., Laurence Emory*

Bracken, Geoffrey H.
GARDERE WYNNE SEWELL LLP
1000 Louisiana
Suite 3400
Houston, TX 77002

=>**Phone: (713) 276-5739  Fax: (713) 276-6739  Email: gbracken@gardere.com**
M-I, L.L.C.*

Bradford, Bobby J.
AYLSTOCK WITKIN KREIS & OVERHOLTZ PLLC
803 North Palafox Street
Pensacola, FL 35201

=>**Phone: (850) 916-7450  Fax: (850) 916-7449**
Chiodo, Kristi; Harris, John T.; Harris, Nicholas

Braud, S. Jacob
BALLAY BRAUD & COLON PLC
8114 Highway 23
Belle Chasse, LA 70037

=>**Phone: (504) 394-9841  Fax: (504) 394-9945  Email: JacobBraud@bbc-law.net**
Taliancich, Sr., Bartol John*

Brown, Eric B.
P.O. Box 2765
Houston, TX 77252-2765

=>
Transocean, Ltd.; Transocean, Ltd. (Transocean Entity)

---

Note: Please refer to the report title page for complete report scope and key.

*(Panel Attorney Service List 2-10) 11/30/2010 04:37:00*
Case 2:10-md-02175-CJB-DPC Document 4799-17 Filed 12/05/11 Page 26 of 32
Case 2:10-md-02179-CJB-SS   Document 29-17 Filed 03/04/01 Page 3 of 9
Page 2

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Buzbee, Anthony G.<br>BUZBEE LAW FIRM<br>JP Morgan Chase Tower<br>600 Travis<br>Suite 7300<br>Houston, TX 77002 | => Phone: (713) 223-5393  Fax: (713) 223-5909  Email: tbuzbee@txattorneys.com<br>Baron, Ned*; Davis, Matthew*; Davis, Stephen*; Haire, Christopher*; Hearn, Robert*; Martinez, Dennis DeWayne*; Moss, Eugene DeWayne*; Nelson (dba Jeri's Seafood, Inc.), Ben*; Nelson (dba Jeri's Seafood, Inc.), Jeri*; Pigg, Samuel Wade*; Sandell, Micah Joseph*; Tipps, Roy* |
| Cabraser, Elizabeth J.<br>LIEFF CABRASER HEIMANN & BERNSTEIN LLP<br>275 Battery Street<br>29th Floor<br>San Francisco, CA 94111-3339 | => Phone: (415) 956-1000  Fax: (415) 956-1008  Email: ecabraser@lchb.com<br>Barnett, Robert*; Bates, Harley D.*; Burger (dba H2O Outfitters), Eddie*; Cajun Maid, LLC*; Gulf Shores Sea Products, Inc.*; Integrity Fisheries, Inc.*; Kirkland, Morgan*; Ladner, Keath*; Le Discount Seafood, Inc.*; Le, Namthi*; Phasadovong, Souksavanh*; Rodriguez, Sr., Charles V.*; Sea Eagle Fisheries, Inc.*; Tom Wade, Inc. dba Nautical Yacht* |
| Chiepalich, C. S.<br>P.O. Box 6505<br>Mobile, AL 36660 | => Phone: (205) 478-1666  Email: csc@birch.net<br>Jett, George |
| Clark, Lange<br>LAW OFFICE OF LANGE CLARK PC<br>301 19th Street North<br>Suite 550<br>Birmingham, AL 35203 | => Phone: (205) 939-3933  Fax: (205) 939-1414  Email: langeclark@mindspring.com<br>Carbullido, Jesse*; Gams, Robert Stephen*; Marine Horizons, Inc.* |
| Coleman, Alice W.<br>BRENT COON & ASSOCIATES<br>6360 I-55, North<br>Suite 340<br>Jackson, MS 39211 | => Phone: (601) 957-6177  Fax: (601) 957-6507  Email: alice@bcoonlaw.com<br>Grieshaber, Aleen; Grieshaber, James |
| Coumanis, Christ N.<br>COUMANIS & YORK PC<br>2101 Main Street<br>Daphne, AL 36526 | => Phone: (251) 990-3083  Fax: (251) 928-8665  Email: coumanis@c-ylaw.com<br>Drawdy Crab Co., Inc.*; Drawdy, Jessica*; Drawdy, Terry*; Handsome Crab, Inc.*; T&J's Last Minute Seafood Express, Inc.*; United Seafood, Inc. dba D&M Crabs* |
| Crump, Martin D.<br>DAVIS & CRUMP<br>1712 15th Street<br>Suite 300<br>Gulfport, MS 39501 | => Phone: (228) 863-6000  Fax: (228) 864-0907  Email: martincrump@daviscrump.com<br>Barker, Daniel* |
| Cutter, C. Brooks<br>KERSHAW CUTTER & RATINOFF LLP<br>401 Watt Avenue<br>Sacramento, CA 95864 | => Phone: (916) 448-9800  Fax: (916) 669-4499  Email: bcutter@kcrlegal.com<br>Contegni, Jr. (dba Chips Shrimp, Inc.), Charles J.* |
| Dampier, M. Stephen<br>LAW OFFICES OF M STEPHEN DAMPIER PC<br>55 North Section Street<br>Farirhope, AL 36532 | => Phone: (251) 929-0800  Fax: (251) 929-0900  Email: stevedampier@dampierlaw.com<br>Ferguson, Constance*; Ferguson, James* |
| Deshazo, Michael<br>KINNEY & ELLINGHAUSEN | => Phone: (504) 524-0206  Fax: (504) 525-6216  Email: michaeld@kinneylaw.com<br>Bayouside Drive Seafood, LLC*; Blanchard, Eric*; Cajun Crab, LLC* |

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|

1250 Poydras Street
Suite 2450
New Orleans, LA 70113

Dreher, Jr., William W.
DREHER LAW FIRM PA
P.O. Box 968
2224 - 24th Avenue
Gulfport, MN 39502

=>**Phone: (228) 822-2222  Fax: (228) 822-2626  Email: wwdlaw@bellsouth.net**
Baker, Cliff*; Bosarge, Robert*; Hormanski, A.D.*; Jacobs, Lester*; Necaise, J.C.*; Papania, Leonard*; Rowell, Jimmie*; Sevel, Michael D.*; Ship Island Excursions, Inc.*; Townsend, Johnny*; Ware USA, LLC*; Wolcott, Robert*

Dunne, Carey R.
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017

=>**Phone: (212) 450-4000  Fax: (212) 450-3800  Email: carey.dunne@davispolk.com**
Hyundai Heavy Industries Co., Ltd.*

Friedman, Jeffrey E.
FRIEDMAN LEAK DAZZIO ZULANAS & BOWLING PC
3800 Corporate Woods Drive
Birmingham, AL 35242

=>**Phone: (205) 278-7000  Fax: (202) 278-7001  Email: jfriedman@friedmanleak.com**
Barnes III, Harry M.*; Ben-Rip-J, Inc.*; LP Properties, LLC*; McLeod, Ben*; Necessity Sport Fishing, LLC*; Smith, Jud*; Smith, Sherri*

Garrison, Jr, W. Lewis
HENINGER GARRISON DAVIS LLC
2224 1st Avenue North
P.O. Box 11310
Birmingham, AL 35203

=>**Phone: (205) 326-3336  Fax: (205) 326-3332  Email: wlgarrison@hgdlawfirm.com**
B&B Properties, Inc.*; Caldwell, William*; Fran's On Fifty Nine*; Hopkins, Fran*; Imagine Enterprises I, LLC*; Imagine Enterprises, LLC*; Isbell, Melissa*; Overton Joseph*; Overtstreet, Jr., John*; Robertson, Joni*; Salter, Stephen*; Smeraglia, Claude*; Spina, Johnnie*; Spina, Thomas*

Gibbs, Darryl M.
CHHABRA & GIBBS PA
120 North Congress Street
Suite 200
The Plaza Building
Jackson, MS 39201

=>**Phone: (601) 948-8005  Fax: (601) 948-8010  Email: dgibbs@cglawms.com**
Brame, Margaret Ann*; Daniels, Ronnie*; Duyn, Stacey Van*; Knight, Charles*; Staley, Jessica*

Godfrey, Richard C.
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654

=>**Phone: (312) 862-2064  Fax: (312) 861-2200  Email: Richard.Godfrey@kirkland.com**
BP Corp. North America, Inc.; British Petroleum, PLC

Godwin, Donald E.
GODWIN RONQUILLO PC
Renaissance Tower
1201 Elm Street
Suite 1700
Dallas, TX 75270

=>**Phone: (214) 939-4400  Fax: (214) 760-7332  Email: dgodwin@godwinronquillo.com**
Halliburton Co.*; Halliburton Energy Services, Inc.*

Greenwald, Robin L.
WEITZ & LUXENBERG PC
700 Broadway
New York, NY 10003

=>**Phone: (212) 558-5802  Fax: (212) 344-5461  Email: rgreenwald@weitzlux.com**
Abshire, Brad*; Allen, Scotty*; Arratt, Jeffrey*; Arrington, Sr., Kenneth*; Baily, Willis*; Baker, Tyree*; Ball, Clarence*; Ball, Darryl S.*; Ball, Jr., William*; Ball, William H.*; Bell, Danny*; Bell, Jerry*; Bell, Joseph*; Bessard, Sr., Chris*; Besteda, Alex*; Betancourt, Enrique A.*; Blevins, Thomas*; Blue, Leroy*; Bonner, Tyrone*; Bosarge, Michael A.*; Mitchell, James Kirk*; Tony Lynn, LLC

Hawkins, John F.
HAWKINS STRACENER & GIBSON PLLC

=>**Phone: (601) 969-9692  Fax: (601) 914-3580  Email: john@hsglawfirm.net**
Hopper (Ind./dba Hopper Seafood & Grand Bature Seafood), Paul*

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|

P.O. Box 24627
Jackson, MS 39225-4627

Herman, Russ M.
HERMAN HERMAN KATZ & COTLAR LLP
820 O'Keefe Avenue
New Orleans, LA 70113

=> **Phone: (504) 581-4892  Fax: (504) 561-6024  Email: rherman@hhkc.com**
321 Arabella, LLC. dba Franky and Johnny's Restaurant*; 3401 N. Hullen, LLC. dba Tello's Bistro*; A Bar & Grill with a Bite, Inc. dba Crazy Lobster New Orleans LA*; Hambone, Inc. dba Zeke's Restaurant*; Harborwalk II, LLC. dba Poppy's Dancin' Iguana*; LACRIOLLO, Inc. dba Poppy's Time Out Sports Bar & Grill*; New Orleans Fish House, LLC*; Orlando Village Restaurant LLC dba Poppy's Crazy Lobster Destin*; P.A. Menard, Inc.*; Tumolo Enterprises, Inc. dba Poppy's Seafood Factory*; We Too Inc. dba Eleven 79 Restaurant*

Holland, Eric D.
HOLLAND GROVES SCHNELLER & STOLZE LLC
300 North Tucker Boulevard
Suite 801
St. Louis, MO 63101

=> **Phone: (314) 241-8111  Fax: (314) 241-5554  Email: eholland@hgsslaw.com**
Lavigne, Paul*; Lavigne, Steven*

Hornsby, Jr., Ernest C.
MORRIS HAYNES INGRAM & HORNSBY
3500 Colonnade Parkway
Suite 100
Birmingham, AL 35243

=> **Phone: (256) 329-2000  Fax: (256) 329-2015  Email: chornsby@mhhlaw.net**
Simpson, George C.

Howard, Phillip Timothy
HOWARD & ASSOCIATES PA
8511 Bull Headley Road
Suite 405
Tallahassee, FL 32312

=> **Phone: (850) 298-4455  Fax: (850) 216-2537  Email: ptim@aol.com**
Crawford, Constance; Galloway, Jeff; Ward, George Weems

Huey, Michael G.
HUEY LAW FIRM LLC
1059 Dauphin Street
Mobile, AL 36604

=>
Gonzales, Dr. John; Trahan, Shannon

Irvine, III, George R.
STONE GRANADE & CROSBY PC
7133 Stone Drive
Daphne, AL 36526

=> **Phone: (251) 626-6696  Fax: (251) 626-2617  Email: gri@sgclaw.com**
Billy's Seafood, Inc.; Elkins (Ind./Trustee-Terry L. & Janice M.), Janice M.; Elkins (Ind./Trustee-Terry L. & Janice M.), Terry L.; Goldsworthy, Richard; Goldsworthy, Susan Elkins; Gulf Shores West Beach Investments, LLC; Pendarvis, Gracie; Pendarvis, Robert V.

Jackson, III, Sidney W.
JACKSON FOSTER & RICHARDSON LLC
P.O. Box 2225
Mobile, AL 36652

=>
Mason, Jr. (Ind./Behalf-K&J, Inc.), James F.

Jones, III, Gladstone N.
JONES SWANSON HUDDELL & GARRISON LLC
Pan-American Life Center
601 Poydras Street
Suite 2655
New Orleans, LA 70130

=> **Phone: (504) 523-2500  Fax: (504) 523-2508  Email: gjones@jonesswanson.com**
Phillips, John F.*

Jones, Rhon E.
BEASLEY ALLEN CROW METHVIN PORTIS & MILES PC

=> **Phone: (334) 269-2343  Fax: (334) 954-7555  Email: rhon.jones@beasleyallen.com**
Bon Secour Boats, Inc.*; Bon Secour Fisheries, Inc.*; Cotton Bayou Marina, Inc. dba Tacky Jacks Restaurant*; Deupree Outdoor Guide Services, Inc.*; Relax On The Beach, Inc.*; Sandcastle

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|

218 Commerce Street
Montgomery, AL 36104        Escapes, L.L.C.*; Sunrise Rentals Enterprises*


**Kennedy, Richard R.**      => **Phone: (337) 232-1934  Fax: (337) 232-9720  Email: ken309@richardkennedy.com**
309 Polk Street        Rhodes, Karl W.*
P.O. Box 3243
Lafayette, LA 70502-3243


**Laborde, III, Cliffe E.**      => **Phone: (337) 237-7000  Fax: (337) 233-9450  Email: cliffe@ln-law.com**
LABORDE & NEUNER        Tidewater Marine, LLC*
One Petroleum Center
1001 W. Pinhook Road
Suite 200
Lafayette, LA 70503


**Lane, Joseph D.**      => **Phone: (334) 793-1555  Fax: (334) 793-8280  Email: jlane@cochranfirm.com**
COCHRAN CHERRY GIVENS & SMITH        Barber, Peter J.*
163 West Main Street
Dothan, AL 36301


**Langan, J. Andrew**      => **Phone: (312) 862-2064  Fax: (312) 862-2200  Email: andrew.langan@kirkland.com**
KIRKLAND & ELLIS LLP        BP America Inc.*; BP Exploration & Production, Inc.*; BP Products North America Inc.*; BP,
300 North LaSalle Street        PLC; BP, PLC aka BP
Chicago, IL 60654


**Lovelace, DeWitt M.**      => **Phone: (850) 837-6020  Fax: (850) 837-4093  Email: dml@lovelacelaw.com**
LOVELACE LAW FIRM PA        Le (dba Bluewater Seafood), Hao Van*
12870 U.S. Highway 98 West
Suite 200
Miramar Beach, FL 32550


**Lucado, M. Shane**      => **Phone: (205) 278-0025  Fax: (205) 278-0030  Email: slucado@lucadolaw.com**
LUCADO LAW FIRM        Chenault (Ind./For CMCO, LLC), Ben*; Creech, Dacien Thane*; Douglass, Charles*; Kilgore
1 Perimeter Park South        Realty, LLC*
Suite 125 South
Birmingham, AL 35243


**Mason, Angela Joy**      => **Phone: (205) 793-1555**
COCHRAN FIRM        Bratt (Ind./dba Chaise N'Rays), Gary; Bridges (Ind./dba H.R. Bridges Seafood), Randolf; Collier,
163 W. Main Street        Sr. (Ind./dba P.J. Seafood), Richard M.; Hodas (Ind./dba Island Times Mountain Time), Carrie;
Dothan, AL 36302        Hodas (Ind./dba Island Times Mountain Time), Kier; Meyer, David; Miller (Ind./dba The Island
       Rainbow & The Trading Post) Dennis Benjamin; Ponder (Ind./dba Deer River Seafood, LLC), John
       Samuel


**McDole, Keith C.**      => **Phone: (214) 220-3939  Fax: (214) 969-5100**
JONES DAY        Transocean Holdings, Inc.; Transocean, Ltd.; Transocean, Ltd. (Transocean Entity)
2727 North Harwood Street
Dallas, TX 75201-1515


**McKee, Robert J.**      => **Phone: (954) 763-8181  Fax: (954) 763-8292  Email: mckee@krupnicklaw.com**
KRUPNICK CAMPBELL MALONE BUSER SLAMA ET AL        Griffitts Investments LP*

12 Southeast 7th Street

---

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|

Suite 801
Ft. Lauderdale, FL 33301

Meunier, Gerald E.                              => **Phone: (504) 522-2304   Fax: (504) 528-9973   Email: gmeunier@gainsben.com**
GAINSBURGH BENJAMIN DAVID MEUNIER &                 Bass, Frederick*; Eckert, Darryl*; Elmer, Charles C.*; Hayes, Michael*; Neumeyer, Jr., Rodney*;
WARSHAUER LLC                                       Nunez, Lena T.*
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2800

Miller, Kerry J.                               => **Phone: (504) 599-8194   Fax: (504) 599-8145   Email: kmiller@frilot.com**
FRILOT LLC                                          Transocean Deepwater, Inc.*; Transocean Offshore Deepwater Drilling, Inc.*
1100 Poydras Street
Suite 3700
New Orleans, LA 70163

Mitsui & Co., U.S.A., Inc,                     =>
200 Park Avenue                                     Mitsui & Co. U.S.A., Inc.
New York, NY 10166

Morrow, Patrick C.                             => **Phone: (337) 948-4483   Fax: (337) 942-5234   Email: pmorrow@mmrblaw.com**
MORROW MORROW RYAN & BASSETT                        James, Jr., Joseph George*; Schouest, III, Ellis*
Post Office Drawer 1787
Opelousas, LA 70570

Moskowitz, Adam M.                             => **Phone: (305) 372-1800   Fax: (305) 372-3508   Email: AMM@kttlaw.com**
KOZYAK TROPIN & THROCKMORTON PA                     Destin, Dewey*; Edgewater Beach Owner's Association, Inc.*; Key West Tiki Charters, Inc.*
2525 Ponce de Leon Boulevard
9th Floor
Miami, FL 33134

Murray, Stephen B.                             => **Phone: (504) 525-8100   Fax: (504) 584-5249   Email: smurray@murray-lawfirm.com**
MURRAY LAW FIRM                                     Dinet, Nicholas J.*
650 Poydras Sreet
Suite 2150
New Orleans, LA 70130

Neger, Peter C.                                => **Phone: (212) 705-7226   Fax: (212) 702-3616   Email: peter.neger@bingham.com**
BINGHAM MCCUTCHEN LLP                               Anadarko E&P Co., L.P.*; Anadarko Petroleum Corp.*
399 Park Avenue
New York, NY 10075

Nicholas, Steven L.                            => **Phone: (251) 471-6191   Fax: (251) 479-1031   Email: sln@cunninghambounds.com**
CUNNINGHAM BOUNDS LLC                               Action Outdoors, LLC*; Alabama Gulf Coast Investments, LLC*; Blue Water Yacht Sales &
1601 Dauphin Street                                 Services, Inc.*; Country, Inc.*; Deep Sea Foods, Inc.*; Fishtrap Charters, LLC*; Fort Morgan Sales,
Mobile, AL 36604                                    Rentals & Development, Inc.*; Gumbo Properties, LLC*; Happy Harbor, LLC*; Ingram, Jon B.*;
                                                    Jubilee Seafood, Inc.*; Long, John Forrest*; Malay, Inc.*; Margaritaville, LLC*; Ocean Reef
                                                    Realty, Inc.*; Orange Beach Marina, Inc.*; Original Oyster House II, Inc.*; Original Oyster House,
                                                    Inc.*; Oyster Bay Marina, LLC*; Pass Chateau Properties, LLC dba Dauphin Island Marina*;
                                                    Premium Properties, Inc.*; Prickett Properties, LLC*; Romar Marina Club, LLC*; Salley (dba Sure
                                                    Shot Charters), Micheal*; Southern Coastal Restaurants, LLC*; Sportsman Fish House, LLC*;
                                                    Superb Food, Inc.*; T&E Seafood, Inc.*; TNT, LLC*; Wilkerson, Billy*; Wilkerson, Tessa*

---

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Norris, John E.<br>DAVIS & NORRIS LLP<br>The Bradshaw House<br>2154 Highland Avenue South<br>Birmingham, AL 35205 | => **Phone: (205) 930-9900  Fax: (205) 930-9989  Email: jnorris@davisnorris.com**<br>Burke, Peter*; Junghann, Brenda S.*; Junghann, Jorg M.*; Lykins, Ryan* |
| Poynter, Scott E.<br>EMERSON POYNTER LLP<br>500 President Clinton Avenue<br>Suite 305<br>Little Rock, AR 72201 | => **Phone: (501) 907-2555  Fax: (501) 907-2556  Email: scott@emersonpoynter.com**<br>Charter Boat Seascape Inc.*; Charter Boat Sunrise Inc.*; Destin Fishing Fleet Inc.*; First Light Enterprises Inc.*; L&H Enterprises, Inc. dba Tackle This Shoot That*; Paul, Gary* |
| Price, Donald W.<br>DUE PRICE GUIDRY PIEDRAHITA & ANDREWS<br>8201 Jefferson Highway<br>Baton Rouge, LA 70809 | => **Phone: (225) 929-7481  Fax: (225) 924-4519  Email: dprice@dueprice.com**<br>Duet, Deanna G.*; Duet, Raymond* |
| Quin, II, William M.<br>MCCRANEY MONTAGNET & QUIN PLLC<br>602 Steed Road<br>Suite 200<br>Ridgeland, MS 39157 | => **Phone: (601) 707-5725  Fax: (601) 510-2939  Email: wquin@mmqlaw.com**<br>Montagnet, Monica C.* |
| Rash, David C.<br>ALTERS LAW FIRM PA<br>4141 Northeast 2nd Avenue<br>Suite 201<br>Miami, FL 33137 | => **Phone: (305) 571-8550  Fax: (305) 571-8558  Email: david@alterslaw.com**<br>Blue Parrott OceanFront Cafe, Inc.*; Captain Salty, Inc.*; G.A. Fish, Inc.*; Grant, John S.*; Greg Abrams Seafood, Inc.*; Lima (aka Captain Shelley Seafood), Steve*; Motor Vessel Captain Carl, Inc.*; Motor Vessel Fishermans Pride, Inc.*; Motor Vessel Lady Evelyn, Inc.*; Motor Vessel Three Brothers, Inc.*; Raffield Fisheries Inc.*; SGI Rentals Inc.*; Tarpon Dock Seafood Market*; Water Street Seafood, Inc.*; WJ2 LLC* |
| Rifkin, Mark C.<br>WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP<br>270 Madison Avenue<br>New York, NY 10016 | => **Phone: (212) 545-4600  Fax: (212) 545-4653  Email: Rifkin@whafh.com**<br>Brondum Jr., Richard C.*; Bundy, Jr., Bill R.*; Johnson, Cynthia*; Richard (dba Richard's Seafood Patio), Calvin J.* |
| Sexton, II, K. Edward<br>GENTLE TURNER & SEXTON<br>2 North 20th Street<br>Suite 1200<br>Birmingham, AL 35203 | => **Phone: (205) 716-3000  Email: esexton@gtandslaw.com**<br>Lockridge, Captain Edward |
| Strange, Brian R.<br>STRANGE & CARPENTER<br>12100 Wilshire Boulevard<br>Suite 1900<br>Los Angeles, CA 90025 | => **Phone: (310) 207-5055  Fax: (310) 826-3210  Email: lacounsel@earthlink.net**<br>Gaskins, Jr., Matthews* |
| Tran, Minh Tam<br>TAMMY TRAN ATTORNEYS AT LAW LP<br>2915 Fannin Street<br>Houston, TX 77002 | => **Phone: (713) 655-0737  Fax: (713) 655-0823  Email: ttran@tt-lawfirm.com**<br>National Vietnamese American Fisherman Emergency Association*; Nguyen, Nam; Tran, Hung |

Note: Please refer to the report title page for complete report scope and key.

*(Panel Attorney Service List 2:10-cv-xxxx POC-JB-DPC)*  Case 2:10-md-02175-CJB-SS  Document 4799-17  Filed 12/05/11  Page 32 of 32   Page 8

Case 2:10-md-02175-CJB-SS  Document 722-17  Filed 03/10/01  Page 9 of 9

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Verras, Spiro J.<br>BILIRAKIS LAW GROUP LLC<br>4538 Bartelt Road<br>Holiday, FL 34690 | =>**Phone: (727) 937-3226  Fax: (727) 934-5069  Email: sverras@bilirakislaw. com**<br>Calhoun, Jeffery*; Coratella, Vincent*; East Shore Land Development, LLC dba Blue Wave Motel Suites Of Clearwater Beach, Florida*; Galaris, James*; Gionis, Athanasios*; Gionis, Evdokia*; Gold Fingers Jewelers & Gift Shop, Inc.*; J.J.S. Properties, Inc. dba Post Corner Pizza Restaurant*; Moreira, Carlos*; Narcosis, Inc.*; Venette, Desire* |
| Wiygul, Robert B.<br>WALTZER & ASSOCIATES<br>1011 Iberville Drive<br>Ocean Springs, MS 39564 | =>**Phone: (228) 872-1125  Fax: (228) 872-1128  Email: robert@waltzerlaw.com**<br>Dinh, Khuyen; Huynh, Tai; Nguyen, Son; Pan Isles, Inc.; Trieu, Hiep |
| Zatzkis, Lanny R.<br>ZATZKIS MCCARTHY & ASSOCIATES LLC<br>650 Poydras Street<br>Suite 2750<br>New Orleans, LA 70130 | =>**Phone: (504) 523-2266  Fax: (504) 593-9921  Email: Lanny@Zatzkis.com**<br>Black, Kevin*; Canty, IV, John B.*; Conzonere, Chad*; Crain, Michael Troy*; Crawford, Brad*; Crawford, William J.*; Efferson, Alvery L.*; Efferson, Charles*; Evans, Jr., Robert*; Ferrier, Michael*; Gagliano, Wayne*; Jackson, Kevin M.*; Knecht, Jr., Dennis*; Knecht, Jr., Frederick H.*; Kreger, Jr., Ronald A.*; Kreger, Robert*; Kreger, Ryan A.*; Kreger, Sr., Ronald A.*; Kreger, Sr., Roy*; Lyncker, Williams H.*; Moragas, Shannon D.*; Pomes, Christopher*; Raimer, Allen J.*; Roberts, John C.*; Sander, Jr., Gerald J.*; Schmalz, Charles*; Segrave, Jr., David A.*; Segrave, Michael A.*; Segrave, Sr., David A.* |

Note: Please refer to the report title page for complete report scope and key.