# Exhibit 17
# (Provided Under Seal)