# Exhibit 18
# (Provided Under Seal)