# Exhibit 19

1

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2
 3  IN RE:  OIL SPILL      )   MDL NO. 2179
    BY THE OIL RIG         )
 4  "DEEPWATER HORIZON" IN )   SECTION "J"
    THE GULF OF MEXICO, ON )
 5  APRIL 20, 2010         )   JUDGE BARBIER
                           )   MAG. JUDGE SHUSHAN
 6
 7
 8
 9
10
11
12
13
14
15
16
17             *****************
                   VOLUME 1
18             *****************
19
20
         Deposition of Benjamin James Richard,
21  taken at the Pan-American Building, 601 Poydras
    Street, 11th Floor, New Orleans, Louisiana,
22  70130, on the 14th day of October, 2011.
23
24
25
```

**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1       Q.   9.3.1.
 2       A.   (Reviewing document.)
 3       Q.   Nowhere does it say it's either/or.
 4  Either do an unset or a set.  It says evaluate it
 5  this way and then check this other way.
 6            MR. BOWMAN:  Objection, form.
 7            MR. GUIDRY:  The same objection.
 8            MR. PETOSA:  Objection, form.
 9       A.   It says it can be evaluated that way, it
10  doesn't mean it's the only way it could be done.
11       Q.   (By Mr. Chen) Where does it say it can be
12  evaluated that way?
13       A.   Evaluate the foam slurry.
14       Q.   Where is the word "can"?
15       A.   There's no word "can."
16       Q.   Okay.  Now, earlier you said Halliburton
17  Laboratory does track laboratory stock -- the lot
18  numbers for laboratory stock of retarders,
19  correct?
20       A.   Yes, sir.
21       Q.   And that's so that you know what -- what
22  lot of the retarder you're supposed to use when
23  you do your -- your -- your -- your -- your rig
24  test, the test with the rig samples?
25       A.   (Nodding.)  Well, the rig samples have
```

**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1  their own lot number.
 2      Q.  Yeah.  I'm sorry.  That's a poorly
 3  phrased question.
 4          So if you look at -- if you go back to
 5  Tab 4 in the other binder -- in the other binder.
 6      A.  Oh.
 7      Q.  And -- and that sheet is fine.  That,
 8  that you're looking at, is fine.
 9      A.  Okay.
10      Q.  And, again, this is Exhibit 984.  Now,
11  this indicates that the test that you performed
12  on April 17th, 2 -- or I guess it would be April
13  18th, but the test, the Weigh-Up Sheet is April
14  17th.  It indicates that the lot number of the
15  SCR-100L that you're using is 6264, correct?
16      A.  Yes, sir.
17      Q.  And why -- why do you want to use the
18  correct lot number when you're doing this test?
19      A.  Because that -- we have samples of
20  different lot numbers in the lab, and when the
21  Engineer submits it, it's supposed to be the lot
22  number of 100L that they're using on the rig, so
23  we match the lot number the rig has to the lot
24  number the lab has, and that's how we run that
25  test.
```

**PURSUANT TO CONFIDENTIALITY ORDER**

1  Q.  What volume of cement retarder did you
2  keep in the lab for each lot that's sent out
3  to -- to the rigs?
4  A.  Like if we get a new sample of a lot
5  number we don't have?
6  Q.  Right.
7  A.  We keep two big gallons, and -- or two
8  bigger container gallons, and multiple smaller
9  samples.
10  Q.  And would you expect that retarder from
11  the same lot number, that liquid retarder from
12  the same lot number, to be the same as what's on
13  the rig, because it's from the same lot?
14  A.  That's supposed to be the purpose behind
15  using the lot numbers, so --
16  Q.  Okay.  Now, if you could take a look at
17  this document that I'm going to mark as Exhibit
18  5593.
19      (Exhibit No. 5593 marked.)
20  Q.  (By Mr. Chen) (Tendering.)
21      (Discussion off the record.)
22  Q.  (By Mr. Chen) Let's just take them one by
23  one.  Do you recognize the first one as a Cement
24  Lab Weigh-Up Sheet dated May 20th, 2010?
25  A.  Yes, sir.

**PURSUANT TO CONFIDENTIALITY ORDER**