# Exhibit 20
# (Provided Under Seal)