# Exhibit 22
# (Provided Under Seal)