# Exhibit 23
# (Provided Under Seal)