# Exhibit 25
# (Provided Under Seal)