# Exhibit 26

**CEMENTING**

# Displace 3D™ Simulator

Halliburton's Displace 3D™ advanced computational fluid dynamics (CFD) simulator models multiple aspects of mud displacement during cementing. Displace 3D simulator was designed to simulate a fully 3D wellbore environment. The 3D simulator helps operators and engineers make better decisions to avoid cement job failure, improve well integrity, and control rig time costs associated with remedial work-overs.

## The Challenge – Successful Cementing and Adequate Drilling Fluid Removal

During the completion of oil and gas wells, cementing operations are employed to provide zonal isolation—a means to prevent wellbore fluids from communicating between zones or contaminating sensitive zones such as freshwater aquifers. An effective cement sheath should be able to withstand a variety of external factors, including high-pressure/high-temperature (HPHT) environments and the continuous impact of subsequent drilling or completion operations. If the cement sheath is compromised, it can limit downhole communications, impair production, or even cause the complete loss of a well or platform. Directional wells, in particular, depend on a durable primary cement system.

To avoid costly setbacks, operators and engineers should attempt to achieve adequate drilling fluid removal, or "mud displacement." If the cementing team does not remove drilling fluid properly from the wellbore before pumping cement slurry, it may result in the intermixing of wellbore fluids and may compromise the integrity and placement of the cement sheath. According to the July 2001 issue of the Oil & Gas Journal, many causes of cement failure are directly related to the quality of cement slurry placement.

## The Solution – Displace 3D Simulator

Displace 3D simulator can enable operators and engineers to effectively overcome these cementing challenges by allowing them to monitor the mud, spacer, and cement interfaces over a period of time. Its 3D Visualizer dynamically models the displacement of wellbore fluids in three dimensional space, which allows operators to predict causes of cement slurry contamination and mud channeling. The real value is that the user can practice with the simulator before ever going to the rig site.



*The Displace 3D simulator's interactive 3D Visualizer with dynamic color contours allows the user to screen various scenarios and create the best job design the first time. With Displace 3D simulator's proprietary 'Curvilinear' technique, the user can accurately estimate fluid volumes and can also predict locations where the annulus may lack good cement.*

The Displace 3D simulator's curvilinear coordinate system can conform its boundaries to irregular boreholes, eccentric annuli, and localized washout sections. Its "best fit" rheological optimizer is able to characterize complex fluids and interfacial mixtures within a wellbore environment, and the fully 3D "Visualization Tool-Kit" has interactive movie playback controls including zoom, pan, rotate, and slice.

Displace 3D simulator has a number of additional features, including:

- Non-Newtonian fluid yield stress modeling using the proprietary Generalized Herschel Bulkley (GHB) model, which can safely and accurately reduce to all other rheological models standard to the industry
- Casing rotation
- Casing reciprocation (up and down movement)
- Calculation of miscible intermixing zone thicknesses and viscosities between fluids and their impact on ECD
- Calculation of mud channel length and position (if one exists)
- The ability to run on both a remote local computer or via a client/server network when connected to the Internet



- Online job storage and sharing across Halliburton's Intranet

In short, there are multiple ways an operator can make use of Displace 3D simulator. An engineer can easily screen a variety of factors, and then proceed to the drill site with only the best design.

## Displace 3D Simulator Service Value

Life does not occur in two-dimensions, which is why Displace 3D simulator is a timely addition to the oil and gas industry. Its ability to predict the amount of required material volume and equipment alone is enough to potentially reduce the cost of an operation. Add that to the long-term benefits of better mud removal and overall cement placement, and Displace 3D simulator may help improve well life longevity.

Displace 3D simulator has a number of potential applications, including offshore rigs, long horizontals, tight annuli, large volume jobs, high excess holes, and sustained casing pressure avoidance. In addition, operators can utilize Displace 3D simulator as a demonstrational or educational tool for products and practices. The potential is endless, as this level of visualization technology is new to the industry.

Halliburton is known for raising the standard for oil and gas well completion practices. Displace 3D simulator is the only simulator on the market that measures cement locations in a fully three dimensional wellbore environment. Along with the already impressive repertoire of Halliburton cementing products and technologies, Displace 3D simulator can synergistically offer dramatic benefits in an evolving industry.



*Operators and engineers often monitor how the mud, spacer, and cement interfaces evolve over time during a cement job. Fluid intermingling may inhibit the ability of a fluid to perform its intended purpose. Displace 3D simulator's fluid interface modeling allows operators to predict causes of cement contamination and mud channeling before they happen on a real well. Displace 3D simulator also allows the user to calculate the mud channel length, mixing interface lengths, and the true top of cement location.*

**For more information on Halliburton's Displace 3D simulator, contact your local Cementing representative.**

www.halliburton.com

H06210   04/08
© 2008 Halliburton
All Rights Reserved
Printed in U.S.A.

Sales of Halliburton products and services will be in accord solely with the terms and conditions contained in the contract between Halliburton and the customer that is applicable to the sale.

