# Exhibit 27

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2

 3   IN RE:  OIL SPILL      )  MDL NO. 2179
     BY THE OIL RIG         )
 4   "DEEPWATER HORIZON" IN )  SECTION "J"
     THE GULF OF MEXICO, ON )
 5   APRIL 20, 2010         )  JUDGE BARBIER
                            )  MAG. JUDGE SHUSHAN
 6
 7
 8
 9
10
11
12
13
14
15
16
17              ****************
                    VOLUME 1
18              ****************
19
20
           Deposition of Quang Dang Nguyen, taken at
21   the Pan-American Building, 601 Poydras Street,
     11th Floor, New Orleans, Louisiana, 70130, on the
22   10th day of October, 2011.
23
24
25
```

**PURSUANT TO CONFIDENTIALITY ORDER**

```
1      A.   Put it on top?
2      Q.   No, right at the bottom, not over the top
3 of the -- yeah, not over top of the number.
4 Thank you.
5
```



**PURSUANT TO CONFIDENTIALITY ORDER**



**PURSUANT TO CONFIDENTIALITY ORDER**



1 ▮▮▮
2 ▮▮▮
3 ▮▮▮
4 ▮▮▮
5 ▮▮▮
6 ▮▮▮
7     Q.   Okay.  So the spacer is designed to go
8 ahead of the cement, correct?
9     A.   Yes.
10    Q.   And the spacer is what is the primary
11 component of the cement job that cleans the mud
12 from the hole before the cement enters it; is
13 that right?
14         MR. GUIDRY:  Objection, form.
15    A.   Yes.
16         THE COURT REPORTER:  Who was that?
17         MR. GUIDRY:  (Indicating.)
18 ▮▮▮
19 ▮▮▮
20 ▮▮▮
21 ▮▮▮
22 ▮▮▮
23    Q.   Okay.  And did you -- did you do that for
24 the spacer?
25         MS. ANDRE:  (Sneezing.)

1    MR. THORNHILL: Bless you.
2    A. If the E-mail -- if I get this E-mail, I
3 don't -- which I don't recall at this time doing
4 this, but if I get this E-mail with specific
5 instruction from Mr. Gagliano --
6    Q. (By Ms. Harding) M-h'm.
7    A. -- I would do that.
8    Q. Okay. And if you did it, would there be
9 documents to reflect each of those test results?
10   A. Yes.
11   Q. Okay. And are those the kind of test
12 results that Halliburton would typically provide
13 to BP or not? Would they be test results that
14 you would just look at internally to make sure
15 everything was okay?
16            MR. BOWMAN: Objection, form.
17   A. We get the result, we make sure it's
18 okay, and then also I would send it to BP, but I
19 don't know what Jesse and BP did, you know. I
20 was not like a -- I mean, not the same level as
21 Jesse, so --
22   Q. (By Ms. Harding) Okay. So did you
23 provide these compatibility tests that you ran to
24 Jesse?
25   A. I believe if I -- this -- and then set up

1        MS. HARDING:  Object to the form.
2     A.  Yes.  We talk about it.
3     Q.  (By Mr. Guidry) Do you believe BP was
4  aware that the Pre-Job Reports for the foam
5  cement slurry that was going to be pumped into
6  Macondo Well on April 19th, showed significant
7  stability problems?
8        MS. HARDING:  Object to the form.
9     A.  At that time, I -- I don't recall.  I
10 don't remember.
11    Q.  (By Mr. Guidry) Do you now believe that
12 BP was aware that the Pre-Job Reports of the foam
13 cement slurry that was going to be pumped in the
14 Macondo Well on April 19th, showed significant
15 stability problems?
16       MR. BOWMAN:  Objection, form.
17       MS. HARDING:  Object to form.
18    A.  Can you repeat that?
19    Q.  (By Mr. Guidry) Do you believe BP was
20 aware that the foam cement slurry that was going
21 to be pumped in Macondo Well, based on the
22 Reports that BP had in hand at that time, showed
23 significant stability problems?
24       MR. BOWMAN:  Objection, form.
25       MS. HARDING:  Object to the form.

**PURSUANT TO CONFIDENTIALITY ORDER**

1   A.  I don't know.
2   Q.  (By Mr. Guidry) Earlier, you stated that
3   you believed the temperature we would get --
4   Jesse would get from BP, and you said 262.  Were
5   you -- were you talking about the bottomhole
6   static temperature?
7   A.  Yes.
8   Q.  What made you think that Jesse was
9   getting that temperature from BP?
10  A.  He worked directly with BP Engineer on
11  the daily basic.
12  Q.  And is that typically something that you
13  would get from the Operator?
14          MS. HARDING:  Object to the form.
15  A.  I would do the same.
16  Q.  (By Mr. Guidry) Earlier, you testified
17  that the spacer is used to help clean the mud
18  from the hole.  If the spacer is too small, does
19  it still have that ability to clean the mud from
20  the hole?
21  A.  What do you mean by "small," a small
22  amount of volume?
23  Q.  Yes, sir.
24  A.  Yes.  It too small it might affect the
25  cleaning ability.

**PURSUANT TO CONFIDENTIALITY ORDER**

1  Q. Is a spacer also supposed to help prevent
2  the mud from contaminating the cement?
3  A. Yes.
4  Q. Okay. And as you stated earlier, if oil
5  mixes with foam cement, it will cause
6  contamination because the foam cement is
7  water-based, correct?
8           MS. HARDING: Object to the form.
9  A. I would believe it -- yes, if --
10 oil-based mud is intact -- in contact with
11 cement, it would give it a contamination issue.
12 Q. (By Mr. Guidry) And if the volume of
13 spacer is too small, then the probability of that
14 contamination happening with the oil-based mud
15 rises, correct?
16          MS. HARDING: Object to the form.
17 A. I would believe so.
18 Q. (By Mr. Guidry) Do you agree that if you
19 use base oil as a spacer, there's a very good
20 probability it will contaminate the cement,
21 leading to instability?
22          MS. HARDING: Object to the form.
23          MR. BOWMAN: Objection, form.
24 A. I don't think base oil is there for
25 spacer purpose. I don't think base oil was there

**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1  for --
 2      Q.  (By Mr. Guidry) What do you think the
 3  base oil was there for?
 4      A.  To reduce hydrostatic pressure.
 5      Q.  So you don't believe the base oil was
 6  used as a spacer?  Is that what you're --
 7      A.  I don't --
 8      Q.  -- saying?
 9      A.  -- believe so.
10      Q.  Were you a -- are you aware that Erick
11  Cunningham recommended using base oil instead of
12  a lightened water-base spacer?
13      A.  I don't remember that.
14      Q.  I'm going to show you an exhibit.  This
15  is an E-mail between Mark Hafle and Brian Morel.
16          MR. GUIDRY:  It's BP-HZN-
17  2179MDL00011184 through 85, which we will mark as
18  Exhibit 5825.
19          (Exhibit No. 5825 marked.)
20          (Discussion off the record.)
21      Q.  (By Mr. Guidry) Have you seen this E-mail
22  before?
23      A.  (Reviewing document.)
24      Q.  It's the first E-mail, I'm -- I'm
25  point -- getting your -- pointing your attention
```

**PURSUANT TO CONFIDENTIALITY ORDER**