# Exhibit 28

1

1            UNITED STATES DISTRICT COURT

             EASTERN DISTRICT OF LOUISIANA

2

3   IN RE:   OIL SPILL      )   MDL NO. 2179

    BY THE OIL RIG          )

4   "DEEPWATER HORIZON" IN )   SECTION "J"

    THE GULF OF MEXICO, ON )

5   APRIL 20, 2010          )   JUDGE BARBIER

                            )   MAG. JUDGE SHUSHAN

6

7

8

9

10

11

12

13

14

15

16

17              * * * * * * * * * * * * * * * *

                       VOLUME 1

18              * * * * * * * * * * * * * * * *

19

20

          Deposition of Ronald Earl Sweatman, taken

21  at the Pan-American Building, 601 Poydras Street,

    11th Floor, New Orleans, Louisiana, 70130, on the

22  10th day of November, 2011.

23

24

25

**PURSUANT TO CONFIDENTIALITY ORDER**

1  That's why I'm struggling with it, an answer to

2  that.  And there's not a simple answer for -- for

3  something like that.

4      Q.  (By Ms. Harding) What are the properties

5  of foam cement that would make you question

6  whether or not Halliburton should continue to

7  recommend foam cement, if channeling is

8  predicted?

9              MR. HILL:  Object to form.

10     A.  If channeling is predicted?  Well, h'm.

11 I'm thinking.

12         I -- I don't -- I cannot -- at this

13 moment, for some reason, I'm either having a

14 mental block or whatever to -- to give you a good

15 answer for that.

16     Q.  (By Ms. Harding) Okay.  Does Halliburton

17 have any Recommended Practices or guidance on

18 whether or not to continue to recommend foam

19 cement if channeling is predicted?

20             MR. HILL:  Object to form.

21     A.  I don't recall anything like that, no.

22     Q.  (By Ms. Harding) Okay.  Did you ever have

23 any conversations with anyone at Halliburton

24 about whether or not Mr. Gagliano should have

25 continued to recommend foam cement when OptiCem

**PURSUANT TO CONFIDENTIALITY ORDER**

210

1   predicted channeling?

2           MR. HILL:  Object to form.

3       A.  No, ma'am.

4       Q.  (By Ms. Harding) You did not?

5       A.  No.

6       Q.  Okay.  Did you have any conversations

7   with anyone at Halliburton at any time about

8   whether Halliburton conducted 3D modeling using

9   the post-inci -- using the data from the cement

10  job to determine whether or not there was

11  actually channeling in the Macondo cement job?

12          MR. HILL:  Object to form.

13      A.  In other words, data input into that

14  software from Macondo --

15      Q.  (By Ms. Harding) M-h'm.

16      A.  -- as to whether or not you would have

17  channeling?

18      Q.  Whether channeling actually resulted from

19  the cement job.

20      A.  Oh, no, ma'am.

21      Q.  Okay.  Have you -- has Halliburton made

22  you aware of any 3D modeling that anyone at

23  Halliburton did that demonstrated that the spacer

24  that Halliburton used on the Macondo job was

25  sufficient to sweep the hole of the channel?

**PURSUANT TO CONFIDENTIALITY ORDER**

1          MR. HILL:  She's talking about other

2   than lawyers.

3          MS. HARDING:  Object to the form.

4      A.  Okay.  I'm -- I'm -- okay.  Let me say

5   that, in answer to that, I've never seen any

6   displace 3D software modeling before or after

7   Macondo --

8      Q.  (By Ms. Harding) Okay.  Did --

9      A.  -- with that Macondo data.

10      Q.  Okay.  Did you ever recommend that that

11   kind of modeling take place?

12      A.  No, ma'am.

13      Q.  Okay.  Have you ever had any

14   conversations with anyone but a lawyer about

15   the -- about that type of modeling, whether it

16   would be practical, whether it would be feasible?

17      A.  Not in the case of Macondo, no.

18      Q.  Okay.  Have you done that type of

19   modeling in other situations?

20      A.  Yes, ma'am.

21      Q.  Okay.  On -- where -- where?

22      A.  I attended a Train the Trainer course

23   where I was introduced to a -- a new software

24   that had that built into it.

25      Q.  Okay.  And when did that take place,

1  approximately?

2      A.  Ah, h'm, h'm, yeah.  I'd have to check.

3  I -- I just can't give you -- I think it was last

4  year, January or February, but --

5      Q.  Of 2010?

6      A.  I think.

7      Q.  Okay.

8      A.  I -- I -- you know, that's so fuzzy right

9  up -- right here, I just --

10      Q.  I understand.

11      A.  Yeah, I'd have to check.

12      Q.  What is the -- what are the advantages of

13  the 3D modeling?

14              MR. HILL:  Object to form.

15      A.  Well, the way I was taught to -- to -- to

16  understand it was that for the first time, we

17  could look at an image, a holographic-type image,

18  that would show us what we had only had 2D

19  before.

20      Q.  (By Ms. Harding) (Nodding.)

21      A.  And that gave a lot of visual support to

22  the recommendation, you know, to use a -- a

23  certain amount of materials.

24      Q.  Okay.  And would that be, that type of

25  3D -- did you learn how to do that type of

**PURSUANT TO CONFIDENTIALITY ORDER**