# Exhibit 31
# (Provided Under Seal)