# Exhibit 32
# (Provided Under Seal)