# Exhibit 33
# (Provided Under Seal)