# Exhibit 34
# (Provided Under Seal)