# Exhibit 35
# (Provided Under Seal)