# Exhibit 36
# (Provided Under Seal)