**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater | * | **MDL NO. 2179** |
| Horizon" in the Gulf of Mexico, on April | * | |
| 20, 2010 | * | **SECTION J** |
| | * | |
| | * | |
| **This document relates to:** | * | **Honorable CARL J. BARBIER** |
| | * | |
| *All cases* | * | **Magistrate Judge SHUSHAN** |
| | * | |

**BP'S EX PARTE MOTION FOR LEAVE TO**
**FILE UNDER SEAL BP'S MOTION FOR SPOLIATION SANCTIONS**
**AND CERTAIN EXHIBITS ATTACHED THERETO**

**PLEASE TAKE NOTICE** that the undersigned parties will and hereby do respectfully request leave to file under seal BP's Motion For Spoliation Sanctions and certain exhibits attached thereto.

This motion is based upon this Motion, the Notice of Submission, the supporting Memorandum of Points and Authorities, all pleadings and papers filed in this action, and such other arguments and evidence as may properly come before the Court.

Dated: December 5, 2011

Respectfully submitted,

/s/ Don K. Haycraft

| | |
|---|---|
| Robert C. "Mike" Brock | Don K. Haycraft (Bar #14361) |
| Covington & Burling LLP | R. Keith Jarrett (Bar #16984) |
| 1201 Pennsylvania Avenue, NW | Liskow & Lewis |
| Washington, DC 20004-2401 | 701 Poydras Street, Suite 5000 |
| Telephone: 202-662-5985 | New Orleans, Louisiana 70139-5099 |
| Facsimile: 202-662-6291 | Telephone: 504-581-7979 |
| | Facsimile: 504-556-4108 |

| | |
|---|---|
| Robert R. Gasaway | Richard C. Godfrey, P.C. |
| Jeffrey Bossert Clark | J. Andrew Langan, P.C. |
| Aditya Bamzai | Kirkland & Ellis LLP |
| Kirkland & Ellis LLP | 300 North LaSalle Street |
| 655 Fifteenth Street, NW | Chicago, IL 60654 |
| Washington, DC 20005 | Telephone: 312-862-2000 |
| Telephone: 202-879-5000 | Facsimile: 312-862-2200 |
| Facsimile: 202-879-5200 | |

**_Attorneys for BP Exploration & Production Company_**

2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 5th day of December, 2011.

/s/ Don K. Haycraft
Don K. Haycraft