UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179<br><br>SECTION J |
| This document relates to: | * * | Honorable CARL J. BARBIER |
| *All cases* | * * | Magistrate Judge SHUSHAN |

BP'S MEMORANDUM IN SUPPORT OF EX PARTE MOTION FOR LEAVE
TO FILE UNDER SEAL BP'S MOTION FOR SPOLIATION SANCTIONS
AND CERTAIN EXHIBITS ATTACHED THERETO

**NOW INTO COURT,** through undersigned counsel, comes Defendant, BP Exploration & Production Inc. ("BP"), respectfully requesting, for the following reasons, leave to file under seal BP's Motion For Spoliation Sanctions, and certain exhibits attached thereto:

1. Federal Rule of Civil Procedure 26(c)(1)(G) grants the Court authority to seal documents to prevent the disclosure of confidential "commercial information."

2. Pursuant to Pre-Trial Order No. 13, parts of the deposition testimony of Quang Dang Nguyen and Timothy L. Quirk have been designated as confidential and highly confidential.

3. Parts of the following exhibits are confidential and highly confidential:

    (i)   Handwritten "Conductivity Test" Notes, Exhibit 4;

    (ii)  E-mail among Thomas Roth, Anthony Badalamenti and Simon Turton, Exhibit 6;

    (iii) Letter from Barbara M. Harding to Jenny Martinez, Exhibit 8;

    (iv)  E-mail from Xanath McKeever to Jenny Martinez, Exhibit 9;

    (v)   Halliburton Cement Lab Weigh-Up Sheet, Exhibit 17;

    (vi)  Halliburton Cement Lab Weigh-Up Sheet, Exhibit 18;

 (vii)  Halliburton Cement Lab Weigh-Up Sheet, Exhibit 20;

 (viii) Halliburton OptiCem Drilling Report, Exhibit 22;

 (ix)  Halliburton Production Casing Design Report, Exhibit 23;

 (x)  Email from Nathaniel Chaisson to Jesse Gagliano and Attachment, Exhibit 25;

 (xi)  BP Motion to Compel, Exhibit 31;

 (xii)  Letter from Barbara M. Harding to Jenny Martinez, Exhibit 32;

 (xiii) E-mail from Barbara M. Harding to Jenny Martinez, Exhibit 33;

 (xiv) Letter from Carolyn R. Raines to Barbara M. Harding, Exhibit 34;

 (xv)  Letter from Barbara M. Harding to Carolyn R. Raines, Exhibit 35; and

 (xvi) Halliburton Response to BP Parties' Second Request for Admissions, Exhibit 36.

**WHEREFORE,** it is necessary to seal the above documents to prevent the disclosure of confidential commercial information and preserve the parties' right to privacy, BP respectfully requests the Court file under seal BP's Motion For Spoliation Sanctions, and the aforementioned exhibits attached thereto.

Dated: December 5, 2011                                   Respectfully submitted,

                                                /s/ Don K. Haycraft

| | |
|---|---|
| Robert C. "Mike" Brock | Don K. Haycraft (Bar #14361) |
| Covington & Burling LLP | R. Keith Jarrett (Bar #16984) |
| 1201 Pennsylvania Avenue, NW | Liskow & Lewis |
| Washington, DC 20004-2401 | 701 Poydras Street, Suite 5000 |
| Telephone:  202-662-5985 | New Orleans, Louisiana 70139-5099 |
| Facsimile:  202-662-6291 | Telephone:  504-581-7979 |
| | Facsimile:  504-556-4108 |
| | |
| Robert R. Gasaway | Richard C. Godfrey, P.C. |
| Jeffrey Bossert Clark | J. Andrew Langan, P.C. |
| Aditya Bamzai | Kirkland & Ellis LLP |
| Kirkland & Ellis LLP | 300 North LaSalle Street |
| 655 Fifteenth Street, NW | Chicago, IL 60654 |
| Washington, DC 20005 | Telephone:  312-862-2000 |
| Telephone:  202-879-5000 | Facsimile:  312-862-2200 |
| Facsimile:  202-879-5200 | |

***Attorneys for BP Exploration & Production Company***

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 5th day of December, 2011.

      /s/ Don K. Haycraft
      Don K. Haycraft