# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179<br><br>SECTION J |
| This document relates to:<br><br>*All cases* | * * * * | Honorable CARL J. BARBIER<br><br>Magistrate Judge SHUSHAN |

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that the undersigned parties shall bring for hearing their Ex Parte Motion for Leave to File Under Seal BP's Motion For Spoliation Sanctions and Certain Exhibits Attached Thereto before the Honorable Carl J. Barbier, United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, 70130 as soon as counsel may be heard.

Dated: December 5, 2011　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Don K. Haycraft

Robert C. "Mike" Brock　　　　　　　　Don K. Haycraft (Bar #14361)
Covington & Burling LLP　　　　　　　　R. Keith Jarrett (Bar #16984)
1201 Pennsylvania Avenue, NW　　　　　Liskow & Lewis
Washington, DC 20004-2401　　　　　　701 Poydras Street, Suite 5000
Telephone:  202-662-5985　　　　　　　New Orleans, Louisiana 70139-5099
Facsimile:  202-662-6291　　　　　　　Telephone:  504-581-7979
　　　　　　　　　　　　　　　　　　　　Facsimile:  504-556-4108


Robert R. Gasaway　　　　　　　　　　Richard C. Godfrey, P.C.
Jeffrey Bossert Clark　　　　　　　　　J. Andrew Langan, P.C.
Aditya Bamzai　　　　　　　　　　　　Kirkland & Ellis LLP
Kirkland & Ellis LLP　　　　　　　　　300 North LaSalle Street
655 Fifteenth Street, NW　　　　　　　Chicago, IL 60654
Washington, DC 20005　　　　　　　　Telephone:  312-862-2000
Telephone:  202-879-5000　　　　　　Facsimile:  312-862-2200
Facsimile:  202-879-5200

*Attorneys for BP Exploration & Production Company*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 5th day of December, 2011.

/s/ Don K. Haycraft
Don K. Haycraft