UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

ORDER

**[Schedule and Allocation of Examination Time for Phase One Experts for Week Six]**[1]

1. **Calvert, David**  (Weatherford)

David Calvert will be deposed on Monday, December 19 (225 minutes), and Tuesday, December 20 (450 minutes). He submitted a report on October 7 which concludes that the float collar was not the cause of the incident. He did not submit a rebuttal report.

| | Request | Allocation |
|---|---|---|
| BP | 180 minutes | 165 minutes |
| HESI | 100 minutes | 90 minutes |
| TO | 90 minutes | 80 minutes |
| Cameron | 70 minutes | 60 minutes |
| U.S. | 240 minutes | 210 minutes |
| M-I | 20 minutes | 20 minutes |
| Anadarko | 45 minutes | 15 minutes |
| Dril-Quip | 10 minutes | 10 minutes |

---

[1] The deposition of Gregory McCormack is set for Friday, December 16, and Monday, December 19. Rec. doc. 4616. The allocation of the examination time for McCormack is in the order for Week Five (Rec. doc. 4749 at 13-14).

| | | |
|---|---|---|
| MOEX | No request | 0 minutes |
| BP | It may reserve up to 40 minutes of its time for further cross-examination at this point in the sequence. | |
| Weatherford | 70 minutes (rebuttal) | 30 minutes |
| **Total** | **835 minutes** | **675 minutes** |

2. **Knight, Cliff**  (Cameron)

Cliff Knight will be deposed on Monday, December 19 (480 minutes), and Tuesday, December 20 (225 minutes). He submitted reports on October 17 and November 7. The reports analyzed opinions concerning the BOP offered by experts for Transocean, the U.S., the PSC, BP and Halliburton.

| | **Request** | **Allocation** |
|---|---|---|
| BP | 300 minutes | 215 minutes |
| TO | 90 minutes | 90 minutes |
| HESI | 90 minutes | 90 minutes |
| U.S. | 360 minutes | 240 minutes |
| Anadarko | 45 minutes | 10 minutes |
| M-I | 15 minutes | 15 minutes |
| Weatherford | 15 minutes | 15 minutes |
| Dril-Quip | No request | 0 minutes |
| MOEX | No request | 0 minutes |
| BP | It may reserve up to 60 minutes of its time for further cross-examination at this point in the sequence. | |

| | | |
|---|---|---|
| Cameron | 70 minutes (rebuttal) | 30 minutes |
| **Total** | **985 minutes** | **705 minutes** |

3. **Cain, Gordon** (MOEX)

Gordon Cain will be deposed on Monday, December 19 (450 minutes), and Tuesday, December 20 (225 minutes). He submitted a report on October 17 concerning the responsibilities for operators and non-operating parties. He did not submit a rebuttal report.

| | **Request** | **Allocation** |
|---|---|---|
| HESI | 210 minutes | 160 minutes |
| BP | 180 minutes | 130 minutes |
| TO | 90 minutes | 75 minutes |
| Cameron | 70 minutes | 30 minutes |
| U.S. | 300 minutes | 210 minutes |
| Anadarko | 45 minutes | 15 minutes |
| M-I | 10 minutes | 10 minutes |
| Weatherford | 15 minutes | 15 minutes |
| Dril-Quip | No request | 0 minutes |
| BP | It may reserve up to 40 minutes of its time for further cross-examination at this point in the sequence. | |
| HESI | It may reserve up to 40 minutes of its time for further cross-examination at this point in the sequence. | |

3

|  | | |
|---|---|---|
| MOEX | 30 minutes (rebuttal) | 30 minutes |
| | **Total 920 minutes** | **675 minutes** |

4. **Trahan, Kevin** (Cameron)

Kevin Trahan will be deposed on Monday, December 19 (450 minutes), and Tuesday, December 20 (450 minutes). He submitted a report on October 17 concerned with cementing. He did not submit a rebuttal report.

|  | **Request** | **Allocation** |
|---|---|---|
| BP | 420 minutes | 295 minutes |
| HESI | 300 minutes | 225 minutes |
| TO | 120 minutes | 100 minutes |
| Weatherford | 60 minutes | 40 minutes |
| U.S. | 240 minutes | 180 minutes |
| Anadarko | 45 minutes | 10 minutes |
| M-I | 30 minutes | 20 minutes |
| Dril-Quip | No request | 0 minutes |
| MOEX | No request | 0 minutes |
| BP | It may reserve up to 60 minutes of its time for further cross-examination at this point in the sequence. | |
| HESI | It may reserve up to 60 minutes of its time for further cross-examination at this point in the sequence. | |
| Cameron | 70 minutes (rebuttal) | 30 minutes |
| **Total** | **1,285 minutes** | **900 minutes** |

4

5. **Hudson, Patrick** (Halliburton)

Patrick Hudson will be deposed on Monday, December 19 (480 minutes), and Tuesday, December 20 (480 minutes). He submitted reports on October 17 and November 7. They are concerned with deficiencies in BP's policies and procedures and the opinions of BP's experts on these issues.

|  | **Request** | **Allocation** |
|---|---|---|
| BP | 720 minutes | 590 minutes |
| TO | 90 minutes | 60 minutes |
| Cameron | 90 minutes | 40 minutes |
| Weatherford | 60 minutes | 30 minutes |
| U.S. | 300 minutes | 180 minutes |
| Anadarko | 45 minutes | 10 minutes |
| M-I | 10 minutes | 10 minutes |
| Dril-Quip | 10 minutes | 10 minutes |
| MOEX | No request | 0 minutes |
| BP | It may reserve up to 60 minutes of its time for further cross-examination at this point in the sequence. | |
| HESI | 90 minutes (rebuttal) | 30 minutes |
| **Total 1,415 minutes** | | **960 minutes** |

5

6. **Wecker, William** (BP)

William Wecker will be deposed on Monday, December 19 (450 minutes), and Tuesday, December 20 (120 minutes). He submitted a report on October 17 concerning BP's safety record. He did not submit a rebuttal report.

|  | **Request** | **Allocation** |
|---|---|---|
| HESI | 200 minutes | 200 minutes |
| TO | 90 minutes | 90 minutes |
| Cameron | 90 minutes | 60 minutes |
| U.S. | 180 minutes | 155 minutes |
| Anadarko | 45 minutes | 10 minutes |
| Weatherford | 15 minutes | 15 minutes |
| M-I | 10 minutes | 10 minutes |
| Dril-Quip | No request | 0 minutes |
| MOEX | No request | 0 minutes |
| HESI | It may reserve up to 60 minutes of its time for further cross-examination at this point in the sequence. | |
| BP | 90 minutes (rebuttal) | 30 minutes |
| **Total** | **720 minutes** | **570 minutes** |

7. **Strickland, Richard** (Halliburton)

Richard Strickland will be deposed on Tuesday, December 20 (450 minutes), and Wednesday, December 21 (450 minutes). He submitted reports on October 17 and November 7

concerning the highest hydrocarbon bearing zone and on the opinion of Fred Sabins.

|  | **Request** | **Allocation** |
|---|---|---|
| BP | 600 minutes | 520 minutes |
| TO | 90 minutes | 80 minutes |
| Cameron | 90 minutes | 40 minutes |
| U.S. | 240 minutes | 180 minutes |
| Weatherford | 30 minutes | 25 minutes |
| Anadarko | 45 minutes | 10 minutes |
| M-I | 15 minutes | 15 minutes |
| Dril-Quip | No request | 0 minutes |
| MOEX | No request | 0 minutes |
| BP | It may reserve up to 60 minutes of its time for further cross-examination at this point in the sequence. | |
| HESI | 90 minutes (rebuttal) | 30 minutes |
| **Total** | **1,200 minutes** | **900 minutes** |

8. **Friedheim, James**  (M-I)

James Friedheim will be deposed on Tuesday, December 20 (450 minutes), and Wednesday, December 21 (120 minutes). Disclosures were submitted on October 17 and November 7. His report concerns the lost circulation material used on the Deepwater Horizon before the blowout. The rebuttal disclosure indicates that he will refute the opinions expressed by Halliburton's expert on fluids.

|  | **Request** | **Allocation** |
|---|---|---|
| HESI | 210 minutes | 180 minutes |
| BP | 240 minutes | 155 minutes |
| Cameron | 70 minutes | 50 minutes |
| U.S. | 180 minutes | 130 minutes |
| Anadarko | 45 minutes | 10 minutes |
| Weatherford | 15 minutes | 15 minutes |
| TO | No request | 0 minutes |
| Dril-Quip | No request | 0 minutes |
| MOEX | No request | 0 minutes |
| HESI | It may reserve up to 60 minutes of its time for further cross-examination at this point in the sequence. | |
| M-I | 30 minutes (rebuttal) | 30 minutes |
| **Total** | **790 minutes** | **570 minutes** |

9. **Woolie, Marion** (Weatherford)

Marion Woolie will be deposed on Wednesday, December 21 (450 minutes), and Thursday, December 22 (175 minutes). He submitted a report on October 17 concerning drilling operations during the temporary abandonment process. He described the float collar as a temporary tool used to hold cement in place while it setting. He did not submit a rebuttal report.

|  | **Request** | **Allocation** |
|---|---|---|
| BP | 180 minutes | 170 minutes |

8

| | | |
|---|---|---|
| HESI | 100 minutes | 90 minutes |
| TO | 90 minutes | 70 minutes |
| Cameron | 90 minutes | 60 minutes |
| U.S. | 180 minutes | 165 minutes |
| Anadarko | 45 minutes | 10 minutes |
| Dril-Quip | 20 minutes | 20 minutes |
| M-I | 10 minutes | 10 minutes |
| MOEX | No request | 0 minutes |
| BP | It may reserve up to 40 minutes of its time for further cross-examination at this point in the sequence. | |
| Weatherford | 70 minutes (rebuttal) | 30 minutes |
| **Total** | **785 minutes** | **625 minutes** |

10. **Bourgoyne, Adam** (BP)

Adam Bourgoyne will be deposed on Wednesday, December 21 (480 minutes), and Thursday, December 22 (480 minutes). He submitted reports on October 17 and November 7. His report defended BP's practices and questioned others. For example, he concluded that the Transocean crew failed to properly monitor the well on April 20. The rebuttal report was concerned with the opinions of Halliburton's experts on fluids and drilling.

| | **Request** | **Allocation** |
|---|---|---|
| TO | 240 minutes | 210 minutes |
| HESI | 210 minutes | 185 minutes |

9

| | | |
|---|---|---|
| Cameron | 90 minutes | 60 minutes |
| U.S. | 480 minutes | 390 minutes |
| M-I | 60 minutes | 40 minutes |
| Dril-Quip | 30 minutes | 15 minutes |
| Weatherford | 30 minutes | 20 minutes |
| Anadarko | 45 minutes | 10 minutes |
| MOEX | No request | 0 minutes |
| TO | It may reserve up to 60 minutes of its time for further cross-examination at this point in the sequence. | |
| HESI | It may reserve up to 60 minutes of its time for further cross-examination at this point in the sequence. | |
| BP | 90 minutes (rebuttal) | 30 minutes |
| **Total 1,275 minutes** | | **960 minutes** |

11. **Zatarain, Arthur** (BP)

Arthur Zatarain will be deposed on Wednesday, December 21 (450 minutes), and Thursday, December 22 (450 minutes). He submitted a report on October 17 concerning the BOP control system and the failure of the deadman function, the blue pod battery, and the yellow pod solenoid. He did not submit a rebuttal report.

| | **Request** | **Allocation** |
|---|---|---|
| Cameron | 480 minutes | 375 minutes |
| TO | 120 minutes | 120 minutes |

10

|  | | |
|---|---|---|
| HESI | 90 minutes | 40 minutes |
| U.S. | 360 minutes | 300 minutes |
| Anadarko | 45 minutes | 10 minutes |
| Weatherford | 15 minutes | 15 minutes |
| M-I | 10 minutes | 10 minutes |
| Dril-Quip | No request | 0 minutes |
| MOEX | No request | 0 minutes |
| Cameron | It may reserve up to 60 minutes of its time for further cross-examination at this point in the sequence. | |
| BP | 90 minutes (rebuttal) | 30 minutes |
| **Total** | **1,210 minutes** | **900 minutes** |

12. **Lirette, Brent**  (Weatherford)

Brent Lirette will be deposed on Thursday, December 22 (210 minutes), and Friday, December 23 (450 minutes).  He submitted a report on October 17 concerning the float collar.  He did not submit a rebuttal report.

|  | **Request** | **Allocation** |
|---|---|---|
| HESI | 210 minutes | 160 minutes |
| BP | 180 minutes | 160 minutes |
| TO | 75 minutes | 70 minutes |
| Cameron | 70 minutes | 40 minutes |
| U.S. | 240 minutes | 180 minutes |

11

|  |  |  |
|---|---|---|
| Anadarko | 45 minutes | 10 minutes |
| M-I | 10 minutes | 10 minutes |
| Dril-Quip | No request | 0 minutes |
| MOEX | No request | 0 minutes |
| HESI | It may reserve up to 40 minutes of its time for further cross-examination at this point in the sequence. | |
| BP | It may reserve up to 40 minutes of its time for further cross-examination at this point in the sequence. | |
| Weatherford | 100 minutes (rebuttal) | 30 minutes |
| **Total** | **930 hours** | **660 minutes** |

13. **Barker, John** (Dril-Quip)

John Barker will be deposed on Thursday, December 22 (450 minutes), and Friday, December 23 (180 minutes). He submitted a report on October 17 concerning Dril-Quip's wellhead system and the hydrocarbon flow path to the surface. He did not submit a rebuttal report.

|  | **Request** | **Allocation** |
|---|---|---|
| HESI | 210 minutes | 170 minutes |
| BP | 180 minutes | 140 minutes |
| TO | 90 minutes | 75 minutes |
| Cameron | 70 minutes | 50 minutes |
| U.S. | 180 minutes | 140 minutes |
| Anadarko | 45 minutes | 10 minutes |

|  |  |  |
|---|---|---|
| Weatherford | 15 minutes | 15 minutes |
| MOEX | No request | 0 minutes |
| M-I | No request | 0 minutes |
| HESI | It may reserve up to 40 minutes of its time for further cross-examination at this point in the sequence. | |
| BP | It may reserve up to 40 minutes of its time for further cross-examination at this point in the sequence. | |
| Dril-Quip | 30 minutes (rebuttal) | 30 minutes |
| **Total** | **820 minutes** | **630 minutes** |

14. **Bolado, David** (Halliburton)

David Bolado will be deposed on Thursday, December 22 (480 minutes), and Friday, December 23 (480 minutes). He submitted reports on October 17 and November 7. He opined that BP failed to provide correct inputs to Halliburton for the OptiCem simulation. The rebuttal report is concerned with the report of Fred Sabins.

|  | **Request** | **Allocation** |
|---|---|---|
| BP | 600 minutes | 450 minutes |
| TO | 150 minutes | 120 minutes |
| Cameron | 120 minutes | 60 minutes |
| Weatherford | 90 minutes | 50 minutes |
| U.S. | 300 minutes | 220 minutes |
| Anadarko | 45 minutes | 10 minutes |

13

| | | |
|---|---|---|
| M-I | 10 minutes | 10 minutes |
| Dril-Quip | 10 minutes | 10 minutes |
| MOEX | No request | 0 minutes |
| BP | It may reserve up to 60 minutes of its time for further cross-examination at this point in the sequence. | |
| HESI | 90 minutes (rebuttal) | 30 minutes |
| **Total** | **1,415 minutes** | **960 minutes** |

15. **Schoennagel, Chuck**  (BP)

Chuck Schoennagel will be deposed on Thursday, December 22 (450 minutes), and Friday, December 23 (120 minutes). He submitted a report on October 17 concerning BP's compliance with MMS regulations. He did not submit a rebuttal report.

| | **Request** | **Allocation** |
|---|---|---|
| HESI | 210 minutes | 180 minutes |
| TO | 90 minutes | 80 minutes |
| Cameron | 90 minutes | 50 minutes |
| U.S. | 180 minutes | 170 minutes |
| Anadarko | 45 minutes | 10 minutes |
| M-I | 15 minutes | 15 minutes |
| Dril-Quip | 20 minutes | 20 minutes |
| Weatherford | 15 minutes | 15 minutes |
| MOEX | No request | 0 minutes |

14

| | | |
|---|---|---|
| HESI | It may reserve up to 50 minutes of its time for further cross-examination at this point in the sequence. | |
| BP | 90 minutes (rebuttal) | 30 minutes |
| **Total** | **755 minutes** | **570 minutes** |

16. **Lewis, David** (BP)

David Lewis will be deposed on Thursday, December 22 (450 minutes), and Friday, December 23 (120 minutes). On October 17, he submitted a report with an engineering review of the basis of the design of the long string production casing on October 17 . He did not submit a rebuttal report.

| | **Request** | **Allocation** |
|---|---|---|
| HESI | 210 minutes | 180 minutes |
| TO | 90 minutes | 90 minutes |
| Cameron | 90 minutes | 60 minutes |
| U.S. | 180 minutes | 150 minutes |
| Anadarko | 45 minutes | 10 minutes |
| M-I | 15 minutes | 15 minutes |
| Dril-Quip | 20 minutes | 20 minutes |
| Weatherford | 15 minutes | 15 minutes |
| MOEX | No request | 0 minutes |
| HESI | It may reserve up to 50 minutes of its time for further cross-examination at this point in the sequence. | |

15

| | | |
|---|---|---|
| BP | 90 minutes (rebuttal) | 30 minutes |
| | **Total 755 minutes** | **570 minutes** |

Pursuant to the November 21, 2011 order regarding ceding time (Rec. doc. 4661), the parties may not cede time in these depositions. By agreement, they may alter the sequence of the examination of any witness.

Any appeal of this order, must be taken by **Friday, December 9, 2011.**

New Orleans, Louisiana, this 5th day of December, 2011.

                                                **SALLY SHUSHAN**
                                                **United States Magistrate Judge**