UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Regarding Protocol for Capping Stack Examination]**

Considering the attached Protocol for Capping Stack Examination Protocol, which has been reviewed and approved by the parties,

IT IS ORDERED that the attached Proposed Capping Stack Examination Protocol dated December 1, 2011, is approved and is adopted as the protocol for the capping stack examination.

New Orleans, Louisiana, this 5th day of December, 2011.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　SALLY SHUSHAN
　　　　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**