## PROPOSED BP MDL 2179 CAPPING STACK EXAMINATION PROTOCOL

**Cleaning**—Clean all Capping Stack components (including choke assembly and gate valve assemblies) focusing on interior surfaces. Remove all hazardous or potentially hazardous materials and properly dispose of all such material. Cleaning will be monitored to avoid smoothing or altering the flow path surfaces. Cleaning fluids and methods will be identified in advance of performing any work and that information will be shared with DOJ and other interested parties. Cleaning will be adapted for each component based on technical advice provided by the vendors.

**Photography**—Make photographic and video record of the interior surface of the Capping Stack, choke assembly, and gate valve assemblies once those sections have been cleaned.

**Laser Scan of Capping Stack Well Bore**—Capping Stack consists of three sections. Scan will consist of two components: (1) laser scan the well bore in all three component sections; (2) function the middle ram closed and laser scan the well bore in the two-ram Capping Stack section with the well bore closed. Vendor may advise as an alternative that we remove the middle ram, scan the ram "removed," and then "model" the well-bore flow path by combining the well-bore scan with the ram scan.

**Measurement of the surface texture of all Capping Stack, choke assembly, and gate valve assembly flow path surfaces**—Surface texture on all flow path surfaces will be measured using a stylus method in which a measurement tool (profilometer) is passed over the surface and texture or surface roughness measurements recorded.

**Disassembly, visual examination, and measurement of valves in choke assembly and choke and kill line gate valves**—The purpose of this step is to provide more detailed information about the condition of the valve assemblies. Each valve assembly will be disassembled. Parts will be (a) photographed; (b) measured (if they are in the flow path); and (c) tagged for storage.

**Additional Considerations**— (a) all activities involving potential evidence will be filmed and records of that activity maintained; (b) all video and photography will be available for purchase to all MDL 2179 Parties; (c) all measurements will be produced to all MDL 2179 Parties; (d) all laser scans will be produced to all MDL 2179 Parties; (e) all physical evidence will be controlled by the Court's Special Master using procedures similar to those in place during JIT testing of the BOP; (f) access will be limited to parties, clients, and experts as required for testing; (g) all project work will be performed in compliance with applicable Health, Safety, and Environmental regulations. Project managers on specific project will develop HSE plans for each individual project and obtain clearance for those plans from the Court's Special Master and NASA Michoud as may be required; (h) all "lifts" will be performed by Jacobs Engineering in accord with NASA site requirements and pursuant to the demand services provision in BP's lease agreement for the facility; (i) other vendors for specific projects are yet to be determined.

December 1, 2011