UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### ORDER

**[Regarding BP's Motion to Seal Document (Rec. doc. 4800)]**

IT IS ORDERED that BP's *ex parte* motion for leave to file under seal its motion for spoliation sanctions and certain exhibits attached to its motion for sanctions (Rec. doc. 4800) is GRANTED.

New Orleans, Louisiana, this 5th day of December, 2011.

**SALLY SHUSHAN**
**United States Magistrate Judge**