UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : : : | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER |
| **THIS DOCUMENT RELATES TO ALL CASES** | : : : | MAG. JUDGE SHUSHAN |

. . .  . . .  . . .  . . .  . . .  . . .  . . .  . . .  . . .  . . .  . . .  . . .  . . .  . . .  . . .  . . .  . . .  . . .  . . .  . . .  . . .  . . .  . . .

## MOTION TO EXCLUDE NON-GOVERNMENTAL REPORTS

Pursuant to the Court's Order Amending Schedule for BP Motions *in Limine* and Responses to PSC Issues, Dkt. No. 4572, Cameron International Corporation ("Cameron") respectfully moves for an order excluding the introduction at trial of non-governmental reports, except as set out in the accompanying memorandum.

1.

Non-governmental entities, such as BP, Transocean, and the *Deepwater Horizon* Study Group, have issued investigatory reports analyzing the causes of the Macondo disaster.

2.

Cameron objects to the admission of such non-governmental reports, including BP's internal *Deepwater Horizon* Accident Investigation Report, dated September 8, 2010 (the "Bly Report")[1], Transocean's Macondo Well Incident Investigation Report, dated June 2011 (the "TO Report")[2], the *Deepwater Horizon* Study Group's Final Report on the Investigation of the

---

[1] *Available at* http://www.bp.com/liveassets/bp_internet/globalbp/globalbp_uk_english/gom_response/STAGING/local_assets/downloads_pdfs/Deepwater_Horizon_Accident_Investigation_Report.pdf.

[2] *Available at* http://www.deepwater.com/fw/main/Public-Report-1076.html.

1

Macondo Well Blowout, dated March 1, 2011 (the "Berkeley Report")[3], and any other non-governmental reports regarding the Macondo disaster (collectively "non-governmental reports"), except to the extent the reports are admissible as admissions of party opponents, for impeachment purposes, or to the extent admissible pursuant to the state of the evidence at the time admission is sought.

3.

The non-governmental reports prepared by BP, TO, and others are hearsay and should be excluded from evidence. The non-governmental reports do not meet any of the hearsay exceptions.

WHEREFORE, Cameron International Corporation moves for an order excluding the blanket introduction into evidence any non-governmental reports, except to the extent such reports are admissible as an admission of a party under Rule 801(d)(2), as impeachment testimony, or to the extent admissible pursuant to the state of the evidence at the time admission is sought.

---

[3] *Available at* http://ccrm.berkeley.edu/pdfs_papers/bea_pdfs/DHSGFinalReport-March2011-tag.pdf.

Respectfully submitted,

| | |
|---|---|
| David J. Beck, T.A. | /s/ *Phillip A. Wittmann* |
| dbeck@brsfirm.com | Phillip A. Wittmann, 13625 |
| Joe W. Redden, Jr. | pwittman@stonepigman.com |
| jredden@brsfirm.com | Carmelite M. Bertaut, 3054 |
| David W. Jones | cbertaut@stonepigman.com |
| djones@brsfirm.com | Keith B. Hall, 24444 |
| Geoffrey Gannaway | khall@stonepigman.com |
| ggannaway@brsfirm.com | Jared A. Davidson, 32419 |
| | jdavidson@stonepigman.com |
| BECK, REDDEN & SECREST, L.L.P. | STONE PIGMAN WALTHER WITTMANN L.L.C. |
| One Houston Center | 546 Carondelet Street |
| 1221 McKinney, Suite 4500 | New Orleans, Louisiana 70130 |
| Houston, TX 77010-2010 | 504-581-3200 |
| 713-951-3700 | 504-581-3361 (fax) |
| 713-951-3720 (fax) | |

**ATTORNEYS FOR CAMERON INTERNATIONAL CORPORATION**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that the above and foregoing Motion to Exclude Non-Governmental Reports has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 5th day of December, 2011.

/s/ *Phillip A. Wittmann*

3

1077711v.1