UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig *Deepwater Horizon* in the Gulf Of Mexico, on April 20, 2010<br><br>This document applies to:<br>*All Cases* | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

**TRANSOCEAN'S MOTION IN LIMINE TO EXCLUDE BP'S INTERNAL INVESTIGATION REPORT (BLY REPORT) AND OTHER NON-GOVERNMENTAL REPORTS**

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Transocean Offshore Deepwater Drilling Inc.; Transocean Holdings LLC; Transocean Deepwater Inc. and Triton Asset Leasing GmbH (collectively "Transocean"), by and through their undersigned counsel, and respectfully submit this Motion in Limine to exclude from the February 27, 2012 trial of liability, limitation, exoneration and fault allocation any and all parts of BP's Internal Investigation Report ("Bly Report") and any other non-governmental reports (including the "Berkeley Report") concerning the events of April 20-22.

Transocean objects to the admission of any part of the Bly Report, as well as testimony reflecting the contents of the Report, except to the extent such evidence is admissible as an admission of a party under Fed. R. Evid. 801(d)(2).

The Bly Report is hearsay, containing in many instances multiple layers of hearsay. The Bly Report was compiled outside of court, is comprised purely of out-of-court statements, and does not fit any of the hearsay exceptions contained in the Federal Rules of Evidence.  Both the Bly Report and testimony based on the Report should be excluded.

15652059.2

The PSC in its letter to the Court dated October 17, 2011 and BP in its responsive letter dated November 9, 2011 both contend that the Bly Report should be admitted under Fed. R. Evid. 803(6) as a business record.  The Bly Report, however, is not a record kept in the course of a regularly conducted activity and the circumstances of its preparation indicate a lack of trustworthiness.

Additionally, the Bly Report contains opinion testimony that does not meet the standards of Fed. R. Evid. 701 and 702.  Aside from being hearsay, numerous sections of the Bly Report are based on or contain testimony that goes beyond the ken of lay witnesses.  The same analysis confirms that other non-governmental reports on the Macondo incident should also be excluded.

Accordingly, and for the reasons set forth in Transocean's memorandum in support of the motion, Transocean respectfully requests that all portions of the Bly Report, and all testimony regarding the content of the Bly Report, be excluded as inadmissible hearsay from the trial of liability, limitation, exoneration and fault allocation currently scheduled to begin on February 27, 2012 and that any other non-governmental reports be excluded on the same basis.

WHEREFORE, Transocean Offshore Deepwater Drilling, Inc.; Transocean Holdings LLC; Transocean Deepwater, Inc. and Triton Asset Leasing GmbH move for an order: (1) excluding the contents of the Bly Report, as well as any testimony regarding the contents of the Bly Report, except to the extent that portions of the Bly Report or testimony based on it may be admitted as a party admission against BP, and (2) excluding the contents of any other non-governmental report.

Respectfully submitted, this 5th day of December, 2011,

By: /s/ Steven L. Roberts
Steven L. Roberts (Texas, No. 17019300)
Rachel Giesber Clingman (Texas, No. 00784125)
Kent C. Sullivan (Texas, No. 19487300)
Sutherland Asbill & Brennan LLP
1001 Fannin Street, Suite 3700
Houston, Texas 77002
Telephone:  (713) 470-6100
Facsimile:  (713) 654-1301
Email:  steven.roberts@sutherland.com
rachel.clingman@sutherland.com
kent.sullivan@sutherland.com

By: /s/ Kerry J. Miller
Kerry J. Miller (Louisiana, No. 24562)
Frilot, L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163
Telephone: (504) 599-8169
Facsimile: (504) 599-8154
Email: kmiller@frilot.com

-and-

By: /s/ Edwin G. Preis, Jr.
Edwin G. Preis, Jr. (Louisiana, No. 10703)
Richard J. Hymel (Louisiana, No. 20230)
Preis & Roy PLC
102 Versailles Boulevard, Suite 400
Lafayette, Louisiana 70501
Telephone: (337) 237-6062
Facsimile: (337) 237-9129

-and-

601 Poydras Street, Suite 1700
New Orleans, Louisiana 70130
Telephone: (504) 581-6062
Facsimile: (504) 522-9129
Email: egp@preisroy.com, rjh@preisroy.com

-and-

By: /s/ Brad D. Brian
Brad D. Brian (California, No. 79001)
Allen M. Katz (California, No. 54933)
Munger Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071
Telephone: (213) 683-9100
Facsimile: (213) 683-5180, (213) 683-4018
Email: brad.brian@mto.com, allen.katz@mto.com

Of Counsel:

John M. Elsley (Texas, No. 0591950)
Royston, Rayzor, Vickery & Williams LLP
711 Louisiana Street, Suite 500
Houston, Texas 77002
Telephone: (713) 224-8380
Facsimile: (713) 225-9945
Email: john.elsley@roystonlaw.com

Daniel O. Goforth (Texas, No. 08064000)
Goforth Geren Easterling LLP
4900 Woodway, Suite 750
Houston, Texas 77056
Telephone: (713) 650-0022
Facsimile: (713) 650-1669
Email: dangoforth@goforthlaw.com

*Counsel for Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling Inc. and Transocean Deepwater Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2011, I electronically filed the foregoing with the Court's CM/ECF system and service on all counsel by using the LexisNexis File & Serve, in accordance with Pretrial Order No. 12 which will send a notice of filing to all counsel accepting electronic notice.

/s/  Kerry J. Miller