IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179<br><br>SECTION J |
| This document relates to:<br><br>*All cases* | * * * * | Honorable CARL J. BARBIER<br><br>Magistrate Judge SHUSHAN |

BP DEFENDANTS' EX PARTE MOTION FOR LEAVE TO FILE A SUR-REPLY TO HALLIBURTON'S REPLY TO BP'S OPPOSITION TO MOTION TO DISQUALIFY MICHAEL VIATOR, FRED SABINS, AND CSI TECHNOLOGIES, INC. AND TO STRIKE EXPERT OPINIONS

NOW INTO COURT, through undersigned counsel, come BP Exploration & Production Inc. and BP America Production Company (collectively, "BP"), who respectfully move this Honorable Court for leave to file the attached Sur-reply in response to new arguments raised by Halliburton Energy Services, Inc. ("Halliburton") in its Reply to BP's Opposition to Motion to Disqualify Michael Viator, Fred Sabins, and CSI Technologies, Inc. and to Strike Expert Opinions. (Rec. Doc. 4779). Specifically, the Sur-reply addresses those arguments raised by Halliburton's concurrent filing of the Affidavit of Richard Vargo (Rec. Doc. 4779-1) in support of its Reply.

In support of its motion, BP submits that its Sur-reply will help focus the legal and factual issues relevant to the pending Motion to Disqualify, that the memorandum is limited to 11 pages, and that the memorandum does not unnecessarily repeat arguments from BP's earlier Opposition.

WHEREFORE, BP prays that this Court grant this Motion for Leave to File a Sur-reply. BP's Sur-reply and a proposed order are attached hereto as Exhibits A and B, respectively.

Respectfully submitted,

/s/ Don K. Haycraft
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

and

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Robert C. "Mike" Brock
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone: (202) 662-5985

***Attorneys for BP Exploration & Production Inc. and BP America Production Company***

2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 2nd day of December 2011.

    /s/ Don K. Haycraft
    Don K. Haycraft