# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig         MDL No. 2179
      "Deepwater Horizon" in the Gulf
      of Mexico, on April 20, 2010      SECTION J

Applies to:                         JUDGE BARBIER
*All cases*

                                     MAGISTRATE SHUSHAN

## ORDER

IT IS ORDERED that any oppositions to Halliburton Energy Services, Inc.'s Motion for Summary Judgment Regarding Indemnity Issues (Rec. Doc. 4767) shall be filed no later than December 21, 2011, and shall not exceed twenty-five pages.  Any reply briefs shall be filed no later than December 28, 2011, and shall not exceed ten pages.  The matter will be taken under advisement without oral argument.

New Orleans, Louisiana, this 6th day of December, 2011.

_____
United States District Judge