UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | : : : : : | MDL No. 2179<br><br>SECTION: J |
| This Document Relates to:<br>2:10-cv-04536 | : : : | JUDGE BARBIER<br>MAGISTRATE SHUSHAN |

## *EX PARTE* MOTION TO FILE UNDER SEAL EXHIBITS TO PLAINTIFF UNITED STATES' MEMORANDUM OF LAW IN SUPPORT OF UNITED STATES' SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO THE LIABLITY OF BP EXPLORATION & PRODUCTION INC., THE TRANSOCEAN DEFENDANTS, AND THE ANADARKO DEFENDANTS

The United States hereby submits this *ex parte* motion to file under seal Exhibits 1-2, 6-15, 17, 19, 21, 23-24, and 40 to Plaintiff United States' Memorandum of Law In Support of United States' Second Motion for Partial Summary Judgment as to the Liability of BP Exploration & Production Inc., the Transocean Defendants, and the Anadarko Defendants ("United States' Second MSJ").

Pursuant to Paragraph 8.B of MDL No. 2179 Pre-Trial Order #13 (Order Protecting Confidentiality), documents designated by the parties as "Confidential" or "Highly Confidential" must be filed under seal as appendices to the instrument that refers to them.  Because Exhibits 1-2, 6-15, 17, 19, 21, 23-24, and 40 to the United States' Second MSJ have been so designated, the United States' respectfully requests that the Court grant its Motion to file the Exhibits under seal.

A proposed order accompanies this request.

Respectfully submitted,

| | |
|---|---|
| */s/ Steven O'Rourke* | */s/ R. Michael Underhill* |
| STEVEN O'ROURKE | R. MICHAEL UNDERHILL, T.A. |
| Senior Attorney | Attorney in Charge, West Coast Office |
| Environmental Enforcement Section | Torts Branch, Civil Division |
| U.S. Department of Justice | U.S. Department of Justice |
| P.O. Box 7611 | 7-5395 Federal Bldg., Box 36028 |
| Washington, D.C. 20044 | 450 Golden Gate Avenue |
| Telephone: 202-514-2779 | San Francisco, CA 94102-3463 |
| Facsimile: 202-514-2583 | Telephone: 415-436-6648 |
| E-mail: steve.o'rourke@usdoj.gov | Facsimile: 415-436-6632 |
| | E-mail: mike.underhill@usdoj.gov |

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that the above and foregoing has been served on all counsel by electronically uploading the same to Lexis-Nexis File & Serve in accordance with Pretrial Order #12, and the foregoing was also electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2719, on this 6th day of December, 2011.

                                              */s/ Steven O'Rourke*
                                              Steven O'Rourke