UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | : : : : : | MDL No. 2179 SECTION: J |
| This Document Relates to: No. 2:10-cv-04536 | : : : | JUDGE BARBIER MAGISTRATE SHUSHAN |

## ORDER

CONSIDERING THE *EX PARTE* MOTION of the United States to File Under Seal Exhibits to Plaintiff United States' Memorandum of Law In Support of United States' Second Motion for Partial Summary Judgment as to the Liability of BP Exploration & Production Inc., the Transocean Defendants, and the Anadarko Defendants ("United States' Second MSJ"),

IT IS HEREBY ORDERED that the motion be and hereby is GRANTED, and that Exhibits 1-2, 6-15, 17, 19, 21, and 40 to the United States' Second MSJ shall be filed under seal.

New Orleans, Louisiana, this ___ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE