UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| In Re: | Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | : : : : : | MDL NO. 2179 SECTION: J JUDGE BARBIER |
| This Document Relates to: Case No. 2:10-cv-04536 | | : : | MAG. JUDGE SHUSHAN |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**UNITED STATES' EX PARTE MOTION FOR LEAVE TO FILE MEMORANDUM IN SUPPORT OF UNITED STATES' SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT IN EXCESS OF PAGE LIMIT**

The United States respectfully requests that the Court enlarge the page limit to allow the United States to file its Memorandum in Support of the United States' Second Motion for Summary Judgment against BP Exploration & Production, Inc., the Transocean Defendants, and the Anadarko Defendants.

Local Rule 7.7 of the Eastern District of Louisiana imposes a 25-page limit for memorandum supporting a motion. The United States' Memorandum, excluding tables and the signature block, is approximately 32-pages in length. The United States requests this slight page limit extension as this combined Memorandum addresses claims against multiple defendants under several different provisions of two statutes, the Oil Pollution Act and the Clean Water Act.

A proposed order accompanies this request.

Respectfully submitted,

/s/ Steven O'Rourke
STEVEN O'ROURKE
Senior Attorney
U.S. Dep't of Justice, Env'tl Enforcement Section
P.O. Box 7611
Washington, DC 20044
Telephone: 202-514-2583
Email: steve.o'rourke@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been electronically filed through the Court's CM/ECF system and served on all counsel of record though LexisNexis File & Serve, in accordance with Pretrial Order No. 12, which will send a notice of electronic filing to all counsel of record on this 6th day of December, 2011.

/s/ Steven O'Rourke
STEVEN O'ROURKE