## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" | * | |
| in the Gulf of Mexico, | * | SECTION: J |
| on April 20, 2010 | * | |
| | * | JUDGE BARBIER |
| This Document Relates to: | * | |
| Case No.  2:10-cv-04536 | * | MAGISTRATE SHUSHAN |
| | * | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### PLAINTIFF UNITED STATES' SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO THE LIABILITY OF BP EXPLORATION AND PRODUCTION, INC., THE TRANSOCEAN DEFENDANTS, AND THE ANADARKO DEFENDANTS

Plaintiff United States hereby moves pursuant to Fed. R. Civ. P. 56 for partial summary judgment as to the liability of the Defendants as to the Liability of BP Exploration and Production, Inc. ("BP"); Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Transocean Holdings LLC, and Triton Asset Leasing GmbH (collectively, "the Transocean Defendants"); and Anadarko Petroleum Corporation ("APC") and Anadarko E&P Company LP ("A E&P) (collectively, "the Anadarko Defendants").

As demonstrated in the attached Memorandum in support of this Motion and Statement of Undisputed Material Facts ("SMF"), there is no genuine dispute as to the material facts that render the Transocean and Anadarko Defendants liable under the Oil Pollution Act ("OPA"), Section 1002(a), 33 U.S.C. § 2702(a), and further, that the Anadarko Defendants are not entitled to limited liability under OPA Section 1004, 33 U.S.C. § 2704.  There is also no genuine dispute as to the material facts that render BP, the Transocean Defendants, and the Anadarko Defendants liable under the Clean Water Act, 33 U.S.C. § 1321(b)(7).  Therefore, for the reasons stated herein and in the accompanying statement of undisputed material facts and memorandum in support, the United States' motion for partial summary judgment should be granted.

A proposed order and entry of judgment accompanies this request.


Respectfully Submitted:


IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division

JAMES NICOLL
Senior Counsel
NANCY FLICKINGER
Senior Attorney
SARAH HIMMELHOCH
Senior Litigation Counsel
DEANNA CHANG
SCOTT CERNICH
A. NATHANIEL CHAKERES
JUDY HARVEY
MATT LEOPOLD
ABIGAIL ANDRE
Trial Attorneys


/s/ Steven O'Rourke
STEVEN O'ROURKE
Senior Attorney
Environmental Enforcement Section
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
Telephone: 202-514-2779
Facsimile: 202-514-2583
E-mail: steve.o'rourke@usdoj.gov

JIM LETTEN
United States Attorney
SHARON SMITH
Assistant United States Attorney
Eastern District of Louisiana
Hale Boggs Federal Building
500 Poydras Street, Ste. B-210
New Orleans, LA 70130

Attorneys for the UNITED STATES OF AMERICA

TONY WEST
Assistant Attorney General
Civil Division

PETER F. FROST
Director, Torts Branch, Civil Division
   Admiralty and Aviation
STEPHEN G. FLYNN
Assistant Director
MICHELLE DELEMARRE
SHARON SHUTLER
JESSICA SULLIVAN
JESSICA MCCLELLAN
DAVID PFEFFER
MALINDA LAWRENCE
Trial Attorneys


/s/ R. Michael Underhill
R. MICHAEL UNDERHILL, T.A.
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
U.S. Department of Justice
7-5395 Federal Bldg, Box 36028
450 Golden Gate Avenue
San Francisco, CA 94102-3463
Telephone: 415-436-6648
Facsimile: 415-436-6632
E-mail: mike.underhill@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Plaintiff United States' Second

Motion for Partial Summary Judgment, Statement of Undisputed Material Facts, Memorandum

of Law in Support of the United States' Motion, and Exhibits thereto has been served on all

counsel by electronically uploading the same to Lexis-Nexis File & Serve in accordance with

Pretrial Order #12, and the foregoing was also electronically filed with the Clerk of the Court of

the United States District Court for the Eastern District of Louisiana by using the CM/ECF

System, which will send a notice of electronic filing in accordance with the procedures

established in MDL 2719, on this 6th day of December, 2011.


*/s/ Steven O'Rourke*
Steven O'Rourke