UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | : | MDL NO. 2179 |
| "Deepwater Horizon" in the Gulf | : | |
| of Mexico, on April 20, 2010 | : | SECTION:  J |
| | : | |
| This Document Relates to: | : | JUDGE BARBIER |
| *Civil Action* 10-4536 | : | MAG. JUDGE SHUSHAN |

. .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . . . .

**ORDER RE:   MOTION OF UNITED STATES FOR
PARTIAL SUMMARY JUDGMENT AS TO LIABILITY**

UPON CONSIDERATION of the Motion of  Plaintiff United States for  Partial Summary Judgment as to the Liability of BP Exploration and Production, Inc. ("BP"); Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., Transocean Holdings LLC, and Triton Asset Leasing GmbH (collectively, "the Transocean Defendants"); and Anadarko Petroleum Corporation ("APC") and Anadarko E&P Company LP ("A E&P) (collectively, "the Anadarko Defendants") and the Memorandum and Supporting Exhibits thereto; the Opposition of the Defendants to such Motion; and oral argument on the Motion and Opposition,

IT IS ORDERED that the Motion of the United States is GRANTED as follows:

1) BP, the Transocean Defendants, and the Anadarko Defendants are strictly liable under the First Claim for relief for a civil penalty under Section 311(b) (7)(A) of the Clean Water Act, 33 U.S.C. § 1321(b)(7)(A).   Whether the discharge was the result of gross negligence or willful misconduct under Section 311(b)(7)(D),  33 U.S.C. § 1321(b)(7)(D), the number of barrels of oil discharged, and **t**he final penalty amounts to be paid, remain to be decided later.

2) The Anadarko Defendants are jointly and severally liable under the Second Claim for Relief as Responsible Parties under Section 1002 of the Oil Pollution Act, 33 U.S.C. § 2702, for all removal costs and damages that result from the Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010.  Such liability is not subject to the limitation on liability set forth in Section 1004 of OPA, 33 U.S.C. § 2704.   The Court separately enters a

1

declaratory judgment under 33 U.S.C. § 2716(f) and 28 U.S.C. § 2201, enforceable in this or any subsequent administrative or judicial proceeding to recover any specific amounts of removal costs and damages. There being no just reason for delay, the judgment is a final judgment under Fed. R. Civ. P. 54(b).

3) The Transocean Defendants are jointly and severally liable under the Second Claim for Relief as Responsible Parties under Section 1002 of the Oil Pollution Act, 33 U.S.C. § 2702, for the removal costs and damages that result from the Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010. The applicability of any limitation of liability set forth in Section 1004 of OPA, 33 U.S.C. § 2704, remains to be determined.

    So Ordered and Adjudged, this \_\_\_\_\_ day of _____, 20\_\_, in New Orleans, Louisiana.

    _____
    CARL J. BARBIER
    UNITED STATES DISTRICT JUDGE