# UNITED STATE DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| In Re: | Oil Spill by the Oil Rig | : | MDL NO.  2179 |
| | "Deepwater Horizon" in the Gulf | : | |
| | of Mexico, on April 20, 2010 | : | SECTION:   J |
| | | : | |
| This Document Relates to: | | : | JUDGE BARBIER |
| | *Civil Action* 10-4536 | : | MAG. JUDGE SHUSHAN |

. .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . .   . . . . .

## FINAL JUDGMENT ON SECOND CLAIM FOR RELIEF
## AS TO ANADARKO DEFENDANTS

After granting the Motion of Plaintiff United States for Partial Summary Judgment as to the Liability of Anadarko Petroleum Corporation and Anadarko E&P Company LP (collectively, "the Anadarko Defendants"), IT IS ORDERED that JUDGMENT is entered as follows:

1) The Anadarko Defendants are jointly and severally liable under the Second Claim for Relief as Responsible Parties under Section 1002 of the Oil Pollution Act ("OPA"), 33 U.S.C. § 2702, for all removal costs and damages, as defined under OPA, that result from the Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010.  Such liability is not subject to any limitation on liability set forth in Section 1004 of OPA, 33 U.S.C. § 2704.

2) This judgment is a declaratory judgment under 33 U.S.C. § 2716(f) and 28 U.S.C. § 2201, enforceable in this or any subsequent administrative or judicial proceeding to recover any specific amounts of removal costs and damages.

3) There being no just reason for delay, this is a final judgment under Fed. R. Civ. P. 54(b).

So Ordered and Adjudged, this _____ day of _____, 201_, in New Orleans, Louisiana.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE