# EXHIBIT 15

In Support of

Plaintiff United States' Memorandum of Law in Support of the
United States' Second Motion for Partial Summary Judgment; and
Statement of Undisputed Material Facts in Support Thereof

# [PENDING MOTION TO FILE EXHIBIT 15 UNDER SEAL]

The United States has moved to attach Exhibit 15 as a sealed appendix per Paragraph 8.B of MDL No. 2179 Pre-Trial Order # 13 (Order Protecting Confidentiality), which mandates that documents which have been designated as "Confidential" or "Highly Confidential" must be filed under seal as an appendix to the instrument that refers to them.