# EXHIBIT 16

In Support of

Plaintiff United States' Memorandum of Law in Support of the
United States' Second Motion for Partial Summary Judgment; and
Statement of Undisputed Material Facts in Support Thereof

Anadarko Petroleum Corp.              Page 1 of     1

                                      PAYMENT DATE: 02/26/2010
                                      TRACE/ADVICE NUMBER: 0110434005
                                      AMOUNT PAID:      21,084,117.60
                                      CURRENCY: USD


BP AMERICA PRODUCTION COMPANY
PO Box 21868
TULSA OK   74121
USA


VENDOR NO: JV12237501

### REMITTANCE ADVICE OF ELECTRONIC FUNDS TRANSFER

| REF.DOC | INVOICE REFERENCE NUMBER | REF.DATE | DOCUMENT AMOUNT | DISCOUNT/ADJ AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| 400000722 | 00700036700110 | 02/08/2010 | 21084117.60 | 0.00 | 21084117.60 |
|  | 0120100070003670 |  |  |  |  |
| TOTALS: |  |  | 21084117.60 | 0.00 | 21084117.60 |



4205

Exhibit No. _____
Worldwide Court
Reporters, Inc.

ANA-MDL-000230694

Payables Web Services                                                                  Page 1 of 1

**Print**

Check/Serial#:110434005          Account#:662630110    Amount:21,084,117.60

ANADARKO PETROLEUM CORPORATION
PO BOX 1330
HOUSTON, TX 77251-1330

CHECK NUMBER  0110434005
74-1288/724

February 25, 2010

PAY TO THE ORDER OF:
BP AMERICA PRODUCTION COMPANY
PO BOX 21068
TULSA, OK 74101

CHECK AMOUNT
$**21,084,117.60**

PAY EXACTLY  21,084,117 DOLLARS AND 60 CENTS

JP Morgan Chase Bank, Dearborn
Dearborn, Michigan

AUTHORIZED REPRESENTATIVE OF THE COMPANY

⑈0110434005⑈ ⑆072412927⑆    662630110⑈

>111000025<
CR PAYEE ACCT
LACK END GTD
BANK OF AMERICA

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

ENDORSE HERE—73512
20100304
PAY TO THE ORDER OF
BP AMERICA PRODUCTION CO
LOCKBOX 848103
FOR DEPOSIT ONLY

https://disburse-pws.jpmorgan.com/pws/custapp/ExternalInquire.do              2/25/2011

ANA-MDL-000230693