# EXHIBIT 18

In Support of

Plaintiff United States' Memorandum of Law in Support of the
United States' Second Motion for Partial Summary Judgment; and
Statement of Undisputed Material Facts in Support Thereof

Anadarko Petroleum Corp.                    Page 1 of    1

                                            PAYMENT DATE: 03/25/2010
                                            TRACE/ADVICE NUMBER: 0110439022
                                            AMOUNT PAID:       14,458,349.04
                                            CURRENCY: USD


BP AMERICA PRODUCTION COMPANY
PO Box 21868
TULSA OK   74121
USA


VENDOR NO: JV12237501

### REMITTANCE ADVICE OF ELECTRONIC FUNDS TRANSFER

| REF.DOC | INVOICE REFERENCE NUMBER | REF.DATE | DOCUMENT AMOUNT | DISCOUNT/ADJ AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| 400000617 | 00700036700210 | 03/10/2010 | 14458349.04 | 0.00 | 14458349.04 |
|  | 0220100070003670 |  |  |  |  |
| TOTALS: |  |  | 14458349.04 | 0.00 | 14458349.04 |

4207
Exhibit No. _____
Worldwide Court
Reporters, Inc.

Payables Web Services                                                                 Page 1 of 1

**Print**

Check/Serial#:110439022        Account#:662630110    Amount:14,458,349.04

```
ANADARKO PETROLEUM CORPORATION              CHECK                      74-1282
PO BOX 1330                                  NUMBER    0110439022        724
HOUSTON, TX 77251-1330
                                             March 26, 2010

PAY         BP AMERICA PRODUCTION COMPANY
TO THE      PO BOX 21868
ORDER OF:   TULSA, OK 74121
                                                                  CHECK AMOUNT
                                                       $**14,458,349.04**

  PAY
EXACTLY    14,458,349 DOLLARS AND 04 CENTS

JP Morgan Chase Bank, Dearborn
Dearborn, Michigan                          AUTHORIZED REPRESENTATIVE OF THE COMPANY

          ⑆0110439022⑆ ⑈072412927⑈        662630110⑆
```

https://disburse-pws.jpmorgan.com/pws/custapp/ExternalInquire.do                    2/25/2011

ANA-MDL-000230695