# EXHIBIT 20

In Support of

Plaintiff United States' Memorandum of Law in Support of the
United States' Second Motion for Partial Summary Judgment; and
Statement of Undisputed Material Facts in Support Thereof

Anadarko Petroleum Corp.

Page 1 of      1

PAYMENT DATE: 04/23/2010
TRACE/ADVICE NUMBER: 0110445099
AMOUNT PAID:      16,412,588.01
CURRENCY: USD

BP AMERICA PRODUCTION COMPANY
PO Box 21868
TULSA OK  74121
USA

VENDOR NO: JV12237501

## REMITTANCE ADVICE OF ELECTRONIC FUNDS TRANSFER

| REF.DOC | INVOICE REFERENCE NUMBER | REF.DATE | DOCUMENT AMOUNT | DISCOUNT/ADJ AMOUNT | NET AMOUNT |
|---------|--------------------------|----------|-----------------|---------------------|------------|
| 400000753 | 00700036700310 | 04/08/2010 | 16412588.01 | 0.00 | 16412588.01 |
| | 0320100070003670 | | | | |
| TOTALS : | | | 16412588.01 | 0.00 | 16412588.01 |

4209

Exhibit No. _____

Worldwide Court
Reporters, Inc.

ANA-MDL-000230698

Payables Web Services                                                           Page 1 of 1

**Print**

Check/Serial#:110445099        Account#:662630110    Amount:16,412,588.01



ANA-MDL-000230697