# EXHIBIT 22

In Support of

Plaintiff United States' Memorandum of Law in Support of the
United States' Second Motion for Partial Summary Judgment; and
Statement of Undisputed Material Facts in Support Thereof

Anadarko Petroleum Corp.

Page 1 of 1

PAYMENT DATE: 06/01/2010
TRACE/ADVICE NUMBER: 0110453088
AMOUNT PAID: 1,154,732.56
CURRENCY: USD

BP AMERICA PRODUCTION COMPANY
PO Box 21868
TULSA OK 74121
USA

VENDOR NO: JV12237501

### REMITTANCE ADVICE OF ELECTRONIC FUNDS TRANSFER

| REF.DOC | INVOICE REFERENCE NUMBER | REF.DATE | DOCUMENT AMOUNT | DISCOUNT/ADJ AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| 400001947 | 00700036700410 | 05/11/2010 | 1154732.56 | 0.00 | 1154732.56 |
|  | 0420100070003670 |  |  |  |  |
| TOTALS: |  |  | 1154732.56 | 0.00 | 1154732.56 |

42 11

Exhibit No. _____
Worldwide Court
Reporters, Inc.

ANA-MDL-000230700

Payables Web Services                                                              Page 1 of 1

**Print**

Check/Serial #: 110453088        Account #: 662630110        Amount: 1,154,732.56

