# EXHIBIT 27

In Support of

Plaintiff United States' Memorandum of Law in Support of the
United States' Second Motion for Partial Summary Judgment; and
Statement of Undisputed Material Facts in Support Thereof

01-37439
EAF/dlr

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG           )         MDL NO. 2179
"DEEPWATER HORIZON" in the                )
GULF OF MEXICO, on                        )         SECTION: J
APRIL 20, 2010                            )
                                          )         JUDGE BARBIER
                                          )
                                          )         MAG. JUDGE SHUSHAN

## CONFIDENTIAL

### WorldwideVIEW™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



## Billy Dean Ambrose

**VOLUME 1**

JULY 18, 2011

## COPY



Systems Technology for the Litigation World

Litigation Group ♦ Court Reporting ♦ Video Production ♦ Videoconferencing
For U.S. & International Services
800 - 745 - 1101

```
 1  to those specific topics, you're also here
 2  fully prepared to talk as an individual
 3  witness about that Investigation, true?
 4       A.   I am.
 5       Q.   And we'll try to make it clear
 6  as we go through which hat you're wearing as
 7  I ask these questions.
 8       A.   Okay.
 9       Q.   Let me ask you to look at the
10  binder that I've got there, that's the
11  Macondo Well Incident Report, and I'll ask
12  you to verify that that is the written
13  Transocean Investigation Report of June 2011
14  that resulted from the Investigation that you
15  lead?
16       A.   Yes, it is.
17       Q.   Now, Volume 1 is the Report
18  itself, Volume 2 are 17 Appendices, A through
19  Q, true?
20       A.   Yes, I believe that's true.
21       Q.   What -- let's be more specific
22  of what role you played in the preparation of
23  this Report.  Did you write certain sections
24  of this Report?
25       A.   I did write certain sections of
```

1  the Report, yes.
2       Q.    Which -- can you just generally
3  tell us what sections you were responsible
4  for writing?
5       A.    Not one particular section in
6  total.  But I -- I did write portions of the
7  Executive Summary, the Findings of Fact,
8  Section 2, and Sections 3.1 to 3.3.
9       Q.    When you say "Section 2," do you
10 mean "Chapter 2, Incident Chronology and" --
11 "and Overview"?
12      A.    Yes, Chapter 2.
13      Q.    Okay.
14      A.    And then Chapter 3, 3.1, 3.2,
15 3.3.
16      Q.    And for the record, Chapter 3
17 deals with "Incident Analysis."  3.1 is "Well
18 Design and Production Casing Cement."  3.2 is
19 "Temporary Abandonment."  3.3 is "Drill Floor
20 Activities."  Those three subsections of
21 Chapter 3 you wrote or participated in
22 writing?
23      A.    I participated.  I did not write
24 them in total.
25      Q.    And the same with respect to all

```
 1  of Chapter 2 and the Executive Summary.
 2              Did you also participate in
 3  writing Chapter 4, the "Key Findings" of the
 4  Investigation?
 5       A.    I did have input, yes.
 6       Q.    I will mark, then, as the next
 7  exhibit the Transocean Investigation Report
 8  of the Macondo Well incident dated June 20 --
 9  I'm sorry, June 2011 with all Appendices.
10       MR. MEUNIER:  And I'll mark that as the
11  next exhibit, which is --
12       THE COURT REPORTER:  4248.
13          (Exhibit No. 4248 marked.)
14       MR. MEUNIER:  -- Exhibit 4248.
15       MS. CLINGMAN:  (Indicating.)
16       Q.    (By Mr. Meunier) The date given
17  for the Report is June 2011.  Can you be more
18  specific about when this written Report was
19  finalized in the month of June?
20       A.    It was in the first --
21  finalized, it was in the first week or so of
22  June.
23       Q.    When was it published?
24       A.    Officially published, it was the
25  week of the 20th, but I don't know the
```



## WORLDWIDE

*Systems Technology for the Litigation World*

Litigation Group ◆ Court Reporting ◆ Video Production ◆ Videoconferencing

September 20, 2011

J. Robert Warren
HERMAN HERMAN KATZ & COTLAR
820 O'Keefe Avenue
New Orleans, LA 70113

    Re:    Deposition of **Billy D. Ambrose, Vol. 1**
             07/18/2011
             In Re: Oil Spill by the Oil Rig "Deepwater Horizon"

Dear Mr. Warren:

Enclosed herewith please find the original deposition transcript of the witness named above which has been signed. We would appreciate you filing it with your records. By copy of this letter, we are informing all interested counsel of the **amendments** made to the deposition transcript by the witness.

We sincerely appreciate your choosing Worldwide Court Reporters, Inc. and look forward to working with you in the future. If you have any questions regarding this matter, please feel free to contact our office.

Sincerely,

*Mary Perez*
Mary Perez
Worldwide Court Reporters, Inc.

No. 1-37439

    cc:    Sandi Anderson
            Dane Ball
            Don K. Haycraft
            Allan Kanner
            Richard W. Mithoff
            Linda Price
            Lauren Woodard

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

# CONFIDENTIAL

## *WorldwideVIEW*™
### Interactive Deposition Digital Display

ORAL AND VIDEOTAPED DEPOSITION OF:



## Billy Dean Ambrose

VOLUME 1

JULY 18, 2011

## *ORIGINAL*



Systems Technology for the Litigation World

Litigation Group • Court Reporting • Video Production • Videoconferencing

**For U.S. & International Services**
800 - 745 - 1101

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2

 3   IN RE:  OIL SPILL          )   MDL NO. 2179
     BY THE OIL RIG             )
 4   "DEEPWATER HORIZON" IN     )   SECTION "J"
     THE GULF OF MEXICO, ON     )
 5   APRIL 20, 2010             )   JUDGE BARBIER
                                )   MAG. JUDGE SHUSHAN
 6

 7

 8              REPORTER'S CERTIFICATION
        TO THE ORAL AND VIDEOTAPED DEPOSITION OF
 9                  BILLY DEAN AMBROSE,
                  INDIVIDUALLY AND AS A
10               CORPORATE REPRESENTATIVE
                     JULY 18, 2011
11                      VOLUME 1

12
         I, Emanuel A. Fontana, Jr., Certified
13   Shorthand Reporter in and for the State of
     Texas, hereby certify to the following:
14
         That the witness, BILLY DEAN AMBROSE, was
15   duly sworn by the officer and that the
     transcript of the oral deposition is a true
16   record of the testimony given by the witness;

17       That the deposition transcript was
     submitted on  July 18      , 2011, to the
18   witness or to Attorney  J. Robert Warren
     for the witness to examine, sign, and return
19   to Worldwide Court Reporters, Inc., by
      September 1       , 2011.
20
         That the amount of time used by each
21   party at the deposition is as follows:

22       Mr. Meunier    -  2 Hours, 32 Minutes
         Mr. Dills      -  29 Minutes
23       Ms. Chang      -  46 Minutes
         Mr. Hassinger  -  21 Minutes
24       Mr. Lancaster  -  2 Hours, 27 Minutes

25                        .
```

PURSUANT TO CONFIDENTIALITY ORDER

```
 1        I further certify that I am neither
     counsel for, related to, nor employed by any
 2   of the parties in the action in which this
     proceeding was taken, and further that I am
 3   not financially or otherwise interested in
     the outcome of the action.
 4
          SUBSCRIBED AND SWORN to by me on this
 5   18th day of July, 2011.

 6


 7                    _____
                      Emanuel A. Fontana, Jr., RPR
 8                    Texas CSR No. 1232
                      Expiration Date: 12/31/12
 9                    Worldwide Court Reporters
                      Firm Registration No. 223
10                    3000 Weslayan, Suite 235
                      Houston, Texas    77027
11                    (713) 572-2000

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**PURSUANT TO CONFIDENTIALITY ORDER**

1
2          I, BILLY DEAN AMBROSE, have read
3   the foregoing deposition and hereby affix my
4   signature that same is true and correct,
5   except as noted on the attached Amendment
6   Sheet.
7
8                    [signature]  22/8/11
                    BILLY DEAN AMBROSE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**PURSUANT TO CONFIDENTIALITY ORDER**

```
 1                    CHANGES AND SIGNATURE
 2    WITNESS NAME:  BILLY DEAN AMBROSE
 3    DATE OF DEPOSITION:  JULY 18, 2011
 4    PAGE LINE         CHANGE              REASON
 5     30   16      "EdI" to "Eni"    Incorrect company name
 6    123   13     "the east" to "test"    typo
 7
 8
 9
10
...
25
```

**PURSUANT TO CONFIDENTIALITY ORDER**