**EXHIBIT 28**

In Support of

Plaintiff United States' Memorandum of Law in Support of the
United States' Second Motion for Partial Summary Judgment; and
Statement of Undisputed Material Facts in Support Thereof

01-37247
TC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG          )          MDL NO.  2179
"DEEPWATER HORIZON" in the               )
GULF OF MEXICO,  on                      )          SECTION: J
APRIL 20, 2010                           )
                                         )          JUDGE BARBIER
                                         )
                                         )          MAG. JUDGE SHUSHAN

## CONFIDENTIAL

### WorldwideVIEW™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# Michael Beirne

**VOLUME 1**

JUNE 27, 2011

## COPY



*Systems Technology for the Litigation World*

Litigation Group♦Court Reporting♦Video Production♦Videoconferencing
**For U.S. & International Services**
**800 - 745 - 1101**

| | | |
|---|---|---|
| 10:26:48 | 1 | potential co-owner as of September 17th, |
| 10:26:52 | 2 | 2009? |
| 10:26:52 | 3 | A.    No, sir. |
| 10:26:53 | 4 | Q.    All right.  But the well had |
| 10:26:58 | 5 | already -- the drilling of the well had begun |
| 10:27:01 | 6 | by that time.  Isn't that true? |
| 10:27:07 | 7 | A.    No, sir.  I don't believe the |
| 10:27:08 | 8 | well began drilling until October. |
| 10:27:10 | 9 | Q.    Okay.  Let's go to the next |
| 10:27:28 | 10 | document, which is 1951703, in seriatim, |
| 10:27:36 | 11 | to -- no.  I apologize.  These are not in |
| 10:27:39 | 12 | seriatim.  This is just a single document. |
| 10:27:47 | 13 | We'll skip that. |
| 10:27:48 | 14 | All right.  Let's go to Tab 3. |
| 10:28:46 | 15 | This is BP-HZN-2179MDL2319086, in seriatim, |
| 10:28:54 | 16 | to 16 -- 116.  2319116.  I'm going to mark |
| 10:29:10 | 17 | this as Exhibit 2824. |
| 10:29:10 | 18 | (Exhibit 2824 was marked.) |
| 10:29:18 | 19 | Q.    (BY MR. BRUNO)  Do you know what |
| 10:29:19 | 20 | this is, sir? |
| 10:29:20 | 21 | A.    Sir, this appears to be a lease |
| 10:29:22 | 22 | exchange agreement between BP and two |
| 10:29:27 | 23 | Anadarko entities. |
| 10:29:38 | 24 | Q.    This is a draft, I think, right? |
| 10:29:53 | 25 | Look at the next document.  I just want to |

| | | |
|---|---|---|
| 10:29:54 | 1 | see if we can -- |
| 10:29:54 | 2 | A.     Sir, this one appears to be |
| 10:29:57 | 3 | executed on Page 13 of 13. |
| 10:30:20 | 4 | Q.     Okay.  All right.  Thank you. |
| 10:30:22 | 5 | There is an attachment, Exhibit A-1, the |
| 10:30:25 | 6 | assigned leases. |
| 10:30:26 | 7 | A.     Okay.  I see it. |
| 10:30:27 | 8 | Q.     All right.  Tell us what this |
| 10:30:34 | 9 | is. |
| 10:30:34 | 10 | A.     This is a lease exchange |
| 10:30:36 | 11 | agreement that sets out the exchange between |
| 10:30:42 | 12 | BP and two Anadarko entities for their |
| 10:30:45 | 13 | assignment of a portion of BP's interests in |
| 10:30:48 | 14 | Macondo for an assignment of some other |
| 10:30:51 | 15 | leases from the two Anadarko entities. |
| 10:30:54 | 16 | Q.     All right.  What -- what |
| 10:30:55 | 17 | ownership interest did Anadarko get as a |
| 10:30:59 | 18 | result of the signing of this agreement? |
| 10:31:09 | 19 | A.     I believe -- I need to look at |
| 10:31:12 | 20 | the exhibit to be certain. |
| 10:31:20 | 21 | Q.     Look at 2319101.  Maybe I got it |
| 10:31:24 | 22 | wrong. |
| 10:31:24 | 23 | A.     Yeah, it's that exhibit. |
| 10:31:27 | 24 | Yes, sir.  This agreement would |
| 10:31:30 | 25 | have BP, after BP had owned it at a -- I'm |

| | | |
|---|---|---|
| 10:31:35 | 1 | not sure if it was 90 percent at this point. |
| 10:31:38 | 2 | I believe it was 90 percent.  It reflects |
| 10:31:41 | 3 | BP's after -- after-exchange interests of |
| 10:31:47 | 4 | 65 percent, and then one of the Anadarko |
| 10:31:48 | 5 | entities with 22 and a half percent and the |
| 10:31:51 | 6 | other with 2.5 percent. |
| 10:31:53 | 7 | Q.    Okay.  So the -- so essentially |
| 10:31:56 | 8 | the Anadarko interests owned 25 percent after |
| 10:31:59 | 9 | this document was signed? |
| 10:32:01 | 10 | MS. KUCHLER:  Objection; form. |
| 10:32:04 | 11 | A.    Being the two -- the two |
| 10:32:05 | 12 | Anadarko entities combined -- |
| 10:32:05 | 13 | Q.    (BY MR. BRUNO)  Yes. |
| 10:32:08 | 14 | A.    -- owned 25 percent, yes, sir. |
| 10:32:09 | 15 | Q.    All right.  And do I gather, |
| 10:32:11 | 16 | then, that BP had previously sold 10 percent |
| 10:32:13 | 17 | to someone else? |
| 10:32:14 | 18 | A.    Yes, sir.  I believe at that |
| 10:32:16 | 19 | point we had assigned 10 percent to MOEX. |
| 10:32:20 | 20 | Q.    All right.  And this document |
| 10:32:23 | 21 | was signed on December the 17th of '09? |
| 10:32:28 | 22 | A.    It appears.  The date is |
| 10:32:32 | 23 | December 17th on Page 13, yes, sir. |
| 10:32:35 | 24 | Q.    All right.  And do you know if |
| 10:32:38 | 25 | Anadarko still had an obligation to fund the |

| | |
|---|---|
| 10:37:23 | 1 |
| 10:37:25 | 2 |
| 10:37:30 | 3 |
| 10:37:31 | 4 |
| 10:37:34 | 5 |
| 10:37:37 | 6 |
| 10:37:42 | 7 |
| 10:37:42 | 8 |
| 10:37:46 | 9 |
| 10:37:52 | 10 |
| 10:37:53 | 11 |
| 10:37:55 | 12 |
| 10:38:03 | 13 |
| 10:38:06 | 14 |
| 10:38:08 | 15 |
| 10:38:11 | 16 |
| 10:38:13 | 17 |
| 10:38:15 | 18 |
| 10:38:18 | 19 |
| 10:38:19 | 20 |
| 10:38:23 | 21 |
| 10:38:25 | 22 |
| 10:38:28 | 23 |
| 10:38:33 | 24 |
| 10:38:35 | 25 |

Q.     All right.  Explain to us:  What is an authorization for expenditure?

A.     It's my understanding it is a document that's generated under the joint operating agreement that provides for the funding of an operation or drilling of a well.

Q.     All right.  Who is the person giving the authorization?

A.     In the Macondo well?

Q.     Yes.  This one right here.

A.     The authorization was sent out or provided for in these agreements where BP would send it, and then it would go as an election to the nonoperating parties.

Q.     All right.  But that's why I asked the question.  I know that it was sent out to the nonoperating parties to approve or disapprove.

What I'm trying to find out is: Who authorizes the expenditure?  Who signs this document, Authorization for Expenditure?

A.     Without seeing the actual one that was signed, there were several people who signed it, several individuals.

| | | |
|---|---|---|
| 14:19:54 | 1 | when the AFE is prepared, it's broken down -- |
| 14:20:01 | 2 | each participating party contributes its -- |
| 14:20:04 | 3 | its share of -- for the proposed operation; |
| 14:20:08 | 4 | is that correct? |
| 14:20:08 | 5 | A.    Yes, ma'am.  The shares can vary |
| 14:20:13 | 6 | depending on the operation. |
| 14:20:14 | 7 | Q.    Right.  And in this case, at |
| 14:20:16 | 8 | least with respect to the initial AFE, |
| 14:20:21 | 9 | Anadarko was paying for 33 percent of those |
| 14:20:24 | 10 | costs; is that correct? |
| 14:20:26 | 11 | A.    Yes, ma'am.  With certain |
| 14:20:30 | 12 | limitations in their -- in the well |
| 14:20:34 | 13 | participation agreement, it provides that |
| 14:20:36 | 14 | they'll pay, I believe -- I'm summarizing |
| 14:20:40 | 15 | from what I remember -- 33.33 percent, up to |
| 14:20:43 | 16 | a limit of 110 percent of the AFE or |
| 14:20:49 | 17 | objective depth -- reaching objective depth, |
| 14:20:51 | 18 | the earlier of the two. |
| 14:20:52 | 19 | Q.    That's for operations with |
| 14:20:55 | 20 | respect to that initial exploratory well, |
| 14:21:00 | 21 | correct? |
| 14:21:00 | 22 | A.    Operate at the initial |
| 14:21:01 | 23 | exploratory AFE. |
| 14:21:03 | 24 | Q.    Yeah. |
| 14:21:03 | 25 | A.    Yes, ma'am. |

230

14:47:24  1          Q.      Right.

14:47:24  2          A.      -- to the e-mail.

14:47:25  3          Q.      It's an e-mail forwarding an

14:47:27  4     attachment, and the attachment is the

14:47:29  5     approval?

14:47:30  6          A.      Yes, ma'am.

14:47:30  7          Q.      All right.  Let's talk about the

14:47:43  8     lease exchange agreement.  Switch gears.  And

14:47:47  9     in -- at Tab -- we'll start with Tab No. 3,

14:47:51  10    which is the MOEX -- previously introduced

14:47:57  11    Exhibit 1244.

14:48:08  12             Can you tell me what this is.

14:48:10  13         A.      This is a copy of the lease

14:48:12  14    exchange agreement between BP and MOEX.

14:48:16  15         Q.      To your knowledge, is it a final

14:48:20  16    copy of the agreement?

14:48:21  17         A.      Yes, ma'am, it appears it is.

14:48:25  18    It does not appear it has the exhibits on

14:48:27  19    here, but --

14:48:29  20         Q.      Okay.  So this is a copy without

14:48:30  21    the exhibits?

14:48:32  22         A.      It -- yes, ma'am, that appears

14:48:34  23    to be the case.

14:48:35  24         Q.      Okay.  If you could generally

14:48:43  25    describe what is being exchanged in this

| | | |
|---|---|---|
| 14:52:34 | 1 | you first sent over the initial draft to when |
| 14:52:39 | 2 | the MOEX and BP signed this agreement, do you |
| 14:52:46 | 3 | recall that timeframe? |
| 14:52:52 | 4 | A.    I don't recall the exact |
| 14:52:53 | 5 | timeframe, but it was two, three months |
| 14:52:57 | 6 | maybe, from my memory. |
| 14:52:58 | 7 | Q.    Okay.  And I'll turn your |
| 14:53:10 | 8 | attention to Article 1.4 of this agreement. |
| 14:53:18 | 9 | A.    Yes, ma'am. |
| 14:53:18 | 10 | Q.    And that's titled BP Property. |
| 14:53:20 | 11 | Is that correct? |
| 14:53:21 | 12 | A.    Yes, ma'am. |
| 14:53:22 | 13 | Q.    And it's your understanding that |
| 14:53:25 | 14 | is a description of the property BP was |
| 14:53:29 | 15 | conveying to MOEX by this agreement? |
| 14:53:34 | 16 | A.    Yes, that's my understanding in |
| 14:53:37 | 17 | reading that provision. |
| 14:53:38 | 18 | Q.    And do you understand what that |
| 14:53:49 | 19 | final clause means that it -- that says: |
| 14:53:53 | 20 | Excluding all tangible personal property such |
| 14:53:55 | 21 | as the tubulars and wellheads set forth in |
| 14:54:02 | 22 | Exhibit C, Macondo well plan and AFE? |
| 14:54:06 | 23 | A.    I don't recall the exact reason |
| 14:54:07 | 24 | for that, but I believe that was a comment |
| 14:54:09 | 25 | from our tax legal group. |

14:56:34  1          A.      Yes, ma'am.  I'm not sure what

14:56:36  2     the procedure is, but in my understanding

14:56:38  3     we -- as costs are incurred in drilling,

14:56:43  4     joint interest bills are issued.

14:56:47  5          Q.      Okay.  If you could actually

14:56:49  6     turn to one of those bills at Tab 13.  And I

14:57:12  7     just want to make sure I get the -- starting

14:57:16  8     with Bates No. ANA-MDL 000031079.

14:57:25  9                  Is this an example of an invoice

14:57:32 10     that was sent to Anadarko providing billing

14:57:44 11     that party for costs associated with the

14:57:46 12     Macondo well?

14:57:51 13          A.      I don't receive these.  It

14:57:55 14     appears that, but I'm not familiar with these

14:57:58 15     documents.

14:57:59 16          Q.      And if --

14:58:00 17          A.      It does appear be an invoice.

14:58:02 18          Q.      That was sent to Anadarko?

14:58:03 19          A.      Yes, ma'am.

14:58:05 20          Q.      And if you'd turn to the Bates

14:58:11 21     number ending 31084.

14:58:18 22          A.      31 -- okay.  Yes, ma'am.

14:58:23 23          Q.      Does that appear to itemize

14:58:27 24     certain tangible equipment for the Macondo

14:58:34 25     well?

238

| | |
|---|---|
| 14:58:34 | 1 |
| 14:58:35 | 2 |
| 14:58:36 | 3 |
| 14:58:38 | 4 |
| 14:58:43 | 5 |
| 14:58:49 | 6 |
| 14:58:53 | 7 |
| 14:58:55 | 8 |
| 14:58:58 | 9 |
| 14:59:01 | 10 |
| 14:59:04 | 11 |
| 14:59:06 | 12 |
| 14:59:11 | 13 |
| 14:59:13 | 14 |
| 14:59:22 | 15 |
| 14:59:25 | 16 |
| 14:59:32 | 17 |
| 14:59:43 | 18 |
| 14:59:46 | 19 |
| 14:59:49 | 20 |
| 14:59:51 | 21 |
| 14:59:53 | 22 |
| 15:00:10 | 23 |
| 15:00:10 | 24 |
| 15:00:12 | 25 |

          MR. FLANDERS:  Objection; form.

          MS. KUCHLER:  Objection; form.

     A.     In my understanding of tangible,
a casing line pipe conductor, that would be
considered tangible.  It does itemize that.
Quite a few casing -- or CSG, which is -- my
understanding is casing.

     Q.     (BY MS. HARVEY)  And it also
appears that in addition to the casings,
there is an item labeled Wellhead on the next
page; is that correct?

          MR. FLANDERS:  Objection; form.

     Q.     (BY MS. HARVEY)  Housing subsea
wellhead:  36 inch, DQ, 2-401472?

     A.     Yes, ma'am, I see it, and it
appears that was billed, yes, ma'am.

     Q.     Can we mark that -- the invoice
as Exhibit 2857.

          MS. KUCHLER:  Which invoice, please?

          MS. HARVEY:  This is the invoice from
January 2010, and it begins Bates
No. ANA-MDL 00031079, and it goes to 31085.

          (Exhibit 2857 was marked.)

              And we'll have to take a break
to change the tapes.

**Worldwide Court Reporters, Inc.**
**(800) 745-1101**

15:28:02  1      regarding a possible tieback to the Pompano

15:28:07  2      platform in which Kerr-McGee is the record --

15:28:10  3      the record title of -- owner of.

15:28:12  4             Q.     And so this --

15:28:17  5             MS. KUCHLER:  Object to the

15:28:19  6      responsiveness of the answer.

15:28:21  7             Q.     (BY MS. HARVEY)  -- this

15:28:21  8      agreement is between BP Exploration &

15:28:23  9      Production, Anadarko Petroleum Corporation,

15:28:28 10      and Kerr-McGee Oil & Gas Corporation; is that

15:28:29 11      correct?

15:28:29 12             A.     Yes, ma'am.

15:28:30 13             Q.     Do you recall why Anadarko

15:28:32 14      Exploration & Production was not a party to

15:28:33 15      this agreement?

15:28:34 16             MS. KUCHLER:  Object to the form.

15:28:34 17             A.     From what I recall, it was

15:28:36 18      because we were -- the lease exchange

15:28:39 19      agreement, that was done to those two

15:28:41 20      entities at the direction of our tax

15:28:45 21      department in that ultimately, everything was

15:28:47 22      going to be in Anadarko Petroleum

15:28:52 23      Corporation, so we did not need Anadarko E&P.

15:28:56 24             Q.     (BY MS. HARVEY)  And if you

15:28:57 25      could look at the recitals portion on the

**Worldwide Court Reporters, Inc.**
**(800) 745-1101**

| | | |
|---|---|---|
| 15:55:52 | 1 | information about the need for the second |
| 15:55:54 | 2 | supplemental? |
| 15:55:55 | 3 | A.     Yes, ma'am. |
| 15:55:56 | 4 | Q.     Okay.  The second supplemental |
| 15:56:04 | 5 | AFE, the final signed version from MOEX is |
| 15:56:10 | 6 | 2861. |
| 15:56:13 | 7 | (Exhibit 2861 was marked.) |
| 15:56:13 | 8 | MS. HARVEY:  Can we take a quick break. |
| 15:56:16 | 9 | THE VIDEOGRAPHER:  Off the record at |
| 15:56:18 | 10 | 3:56 p.m. |
| 15:56:20 | 11 | (Break.) |
| 16:05:51 | 12 | THE VIDEOGRAPHER:  Back on the record |
| 16:06:41 | 13 | at 4:06 p.m. |
| 16:06:46 | 14 | Q.     (BY MS. HARVEY)  Mr. Beirne, |
| 16:06:47 | 15 | let's turn to Tab 8.  This is previously |
| 16:06:53 | 16 | marked Exhibit 1922. |
| 16:06:55 | 17 | A.     Yes, ma'am. |
| 16:06:56 | 18 | Q.     It's a letter from Mr. Huch to |
| 16:07:04 | 19 | the attention of Aimee Patel; is that |
| 16:07:09 | 20 | correct? |
| 16:07:09 | 21 | A.     Yes, ma'am. |
| 16:07:09 | 22 | Q.     Can you describe what Mr. Huch's |
| 16:07:15 | 23 | letter -- would you please summarize |
| 16:07:19 | 24 | Mr. Huch's letter. |
| 16:07:20 | 25 | MS. KUCHLER:  Object to the form. |

16:07:21    1        A.     Yes, ma'am. His letter is a

16:07:23    2   cover letter sending the Anadarko entities

16:07:28    3   their collective 25 percent approval of the

16:07:32    4   production casing AFE.

16:07:34    5        Q.     (BY MS. HARVEY) And this is for

16:07:38    6   the operation that occurs after you've

16:07:42    7   reached total depth; is that correct?

16:07:44    8        A.     Yes, ma'am, after objective

16:07:45    9   depth.

16:07:46   10        Q.     Or after objective depth.

16:07:48   11          And it's dated April 15th, 2010?

16:07:52   12        A.     Yes, ma'am, Mr. Huch's letter is

16:07:55   13   dated April 15, yes, ma'am.

16:07:57   14        Q.     And does that comport with your

16:07:59   15   recollection of the timing of when this

16:08:01   16   letter was sent?

16:08:03   17       MS. KUCHLER: Object to the form.

16:08:04   18        A.     The letter from Mr. Huch?

16:08:09   19        Q.     (BY MS. HARVEY) Yes.

16:08:10   20        A.     Yes, ma'am.

16:08:11   21        Q.     And the next two pages that --

16:08:16   22   are these attachments to the letter?

16:08:22   23       MS. KUCHLER: Object to the form.

16:08:23   24        A.     The -- speaking of the two AFEs

16:08:27   25   that are executed?

16:08:29   1          Q.     (BY MS. HARVEY)  Yes.

16:08:30   2          A.     Yes, ma'am.  They appear to be

16:08:32   3   enclosures or attachments, yes.

16:08:35   4          Q.     And are they documents

16:08:41   5   representing Anadarko -- the two Anadarko

16:08:44   6   entities' approval to set the -- to fund

16:08:48   7   setting the production casing?

16:08:50   8          MS. KUCHLER:  Object to the form.

16:08:51   9          A.     Yes, ma'am.

16:08:53   10         Q.     (BY MS. HARVEY)  And one appears

16:08:57   11  to be signed by Anadarko E&P Company, and the

16:09:01   12  other appears to be signed by Anadarko

16:09:04   13  Petroleum Corporation; is that correct?

16:09:05   14         MS. KUCHLER:  Object to the form.

16:09:06   15         A.     Yes, ma'am.

16:09:08   16         Q.     (BY MS. HARVEY)  And are you

16:09:11   17  aware of why Anadarko Exploration &

16:09:18   18  Petroleum -- Anadarko E&P was signing this

16:09:24   19  AFE?

16:09:26   20         MS. KUCHLER:  Object to the form.

16:09:26   21         A.     I believe at the time we had not

16:09:30   22  received the approved assignments into the

16:09:35   23  Anadarko -- the combined 25 percent into

16:09:38   24  Anadarko Petroleum Corporation, so that was

16:09:40   25  why the AFE was drafted in that manner.

```
 1              UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF LOUISIANA
 2
 3   IN RE:  OIL SPILL        )    MDL NO. 2179
     by the OIL RIG,          )
 4   DEEPWATER HORIZON in      )    SECTION "J"
     the GULF OF MEXICO,      )
 5   April 20, 2010           )    JUDGE BARBIER
                              )
 6                            )    MAG. JUDGE
                              )    SHUSHAN
 7
                 REPORTER'S CERTIFICATION
 8              DEPOSITION OF MICHAEL BEIRNE
                   TAKEN JUNE 27, 2011
 9
          I, Tamara Chapman, Certified Shorthand
10   Reporter in and for the State of Texas,
     hereby certify to the following:
11
          That the witness, MICHAEL BEIRNE, was
12   duly sworn by the officer and that the
     transcript of the oral deposition is a true
13   record of the testimony given by the witness;
          That the deposition transcript was
14   submitted on _____, 2011, to the
     witness or to Attorney _____for
15   examination, signature and return to
     Worldwide Court Reporters, Inc., by
16   _____, 2011.
          That the amount of time used by each
17   party at the deposition is as follows:
18        MR. BRUNO - 3:48
          MS. HARVEY - 1:50
19        MR. POTE - 00:09
          MR. ROTH - 00:18
20        MR. BOWMAN - 00:34
21        I further certify that I am neither
     counsel for, related to, nor employed by any
22   of the parties in the action in which this
     proceeding was taken, and further that I am
23   not financially or otherwise interested in
     the outcome of the action.
24
25
```

**Worldwide Court Reporters, Inc.**
**(800) 745-1101**

SUBSCRIBED AND SWORN to by me this _____ day
of _____, 2011.


_____
TAMARA CHAPMAN, CSR
CSR NO. 7248; Expiration Date: 12-31-12
Worldwide Court Reporters
Firm Registration No. 223
3000 Weslayan, Suite 235
Houston, TX 77027
(713) 572-2000



**WORLDWIDE**

*Systems Technology for the Litigation World*

Litigation Group◆Court Reporting◆Video Production◆Videoconferencing

August 15, 2011

J. Robert Warren
HERMAN HERMAN KATZ & COTLAR
820 O'Keefe Avenue
New Orleans, LA  70113

Re:   Deposition of **Michael Beirne, Vol. 1**
      06/27/2011
      In Re: Oil Spill by the Oil Rig "Deepwater Horizon"

Dear Mr. Warren:

Enclosed herewith please find the original deposition transcript of the witness named above which has been signed and notarized.  We would appreciate you filing it with your records.  By copy of this letter, we are informing all interested counsel of the **amendments** made to the deposition transcript by the witness.

We sincerely appreciate your choosing Worldwide Court Reporters, Inc. and look forward to working with you in the future.  If you have any questions regarding this matter, please feel free to contact our office.

Sincerely,

*Mary Perez*

Mary Perez
Worldwide Court Reporters, Inc.

No. 1-37247

cc:   Sandi Anderson
      Wayne Boulton
      Don K. Haycraft
      Allan Kanner
      Richard W. Mithoff
      Linda Price

**Corporate Headquarters**
3000 Weslayan • Suite 235 • Houston, Texas  77027
Office  713-572-2000 • Fax  713-572-2009                    **For U.S. & International Services:  800 - 745 - 1101**

01-37247
TC/comp

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | ) | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the | ) | |
| GULF OF MEXICO, on | ) | SECTION: J |
| APRIL 20, 2010 | ) | |
| | ) | JUDGE BARBIER |
| | ) | |
| | ) | MAG. JUDGE SHUSHAN |

## *CONFIDENTIAL*

## *WorldwideVIEW*™

### Interactive Deposition Digital Display

ORAL AND VIDEOTAPED DEPOSITION OF:



# Michael Beirne

## VOLUME 1

JUNE 27, 2011

# *ORIGINAL*



*Systems Technology for the Litigation World*

Litigation Group♦Court Reporting♦Video Production♦Videoconferencing

For U.S. & International Services
800 - 745 - 1101

335

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2
 3    IN RE:  OIL SPILL        )     MDL NO. 2179
      by the OIL RIG,          )
 4    DEEPWATER HORIZON in      )     SECTION "J"
      the GULF OF MEXICO,       )
 5    April 20, 2010            )     JUDGE BARBIER
                                )
 6                              )     MAG. JUDGE
                                )     SHUSHAN
 7
                  REPORTER'S CERTIFICATION
 8              DEPOSITION OF MICHAEL BEIRNE
                   TAKEN JUNE 27, 2011
 9
10        I, Tamara Chapman, Certified Shorthand
      Reporter in and for the State of Texas,
11    hereby certify to the following:

12        That the witness, MICHAEL BEIRNE, was
      duly sworn by the officer and that the
13    transcript of the oral deposition is a true
      record of the testimony given by the witness;
14        That the deposition transcript was
      submitted on July 21, 2011, to the
15    witness or to Attorney J. Robert Warren for
      examination, signature and return to
16    Worldwide Court Reporters, Inc., by
      September 9, 2011.
17        That the amount of time used by each
      party at the deposition is as follows:
18        MR. BRUNO - 3:48
          MS. HARVEY - 1:50
19        MR. POTE - 00:09
          MR. ROTH - 00:18
20        MR. BOWMAN - 00:34
21        I further certify that I am neither
      counsel for, related to, nor employed by any
22    of the parties in the action in which this
      proceeding was taken, and further that I am
23    not financially or otherwise interested in
      the outcome of the action.
24
25
```

**PURSUANT TO CONFIDENTIALITY ORDER**

336

1        SUBSCRIBED AND SWORN to by me this _2/_ day

    of _July_____, 2011.

2

3

4
        _Tamara K Chapman_

5       _____

        TAMARA CHAPMAN, CSR

        CSR NO. 7248; Expiration Date: 12-31-12

6       Worldwide Court Reporters

        Firm Registration No. 223

7       3000 Weslayan, Suite 235

        Houston, TX 77027

8       (713) 572-2000

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

333

```
 1          CORRECTION PAGE
 2   WITNESS NAME: MICHAEL BEIRNE  DATE:
 3   06/27/2011
 4   PAGE  LINE  CHANGE          REASON
 5   _____
 6   _____
 7   _____
 8   _____
 9   _____
10   _____
11   _____
12   _____
13   _____
14   _____
15   _____
16   _____
17   _____
18   _____
19   _____
20   _____
21   _____
22   _____
23   _____
24   _____
25
```

335

```
 1        UNITED STATES DISTRICT COURT
          EASTERN DISTRICT OF LOUISIANA
 2
 3   IN RE: OIL SPILL    )  MDL NO. 2179
     by the  OIL RIG,    )
 4   DEEPWATER HORIZON in )  SECTION "J"
     the GULF OF MEXICO,  )
 5   April 20, 2010       )  JUDGE BARBIER
                          )
 6                        )  MAG. JUDGE
                          )  SHUSHAN
 7
          REPORTER'S CERTIFICATION
 8   DEPOSITION OF MICHAEL BEIRNE
        TAKEN JUNE 27, 2011
 9
10   I, Tamara Chapman, Certified Shorthand
     Reporter in and for the State of Texas,
11   hereby certify to the following:

12   That the witness, MICHAEL BEIRNE, was
     duly sworn by the officer and that the
13   transcript of the oral deposition is a true
     record of the testimony given by the witness;
14   That the deposition transcript was
     submitted on _____, 2011, to the
15   witness or to Attorney _____ for
     examination, signature and return to
16   Worldwide Court Reporters, Inc., by
     _____, 2011.
17   That the amount of time used by each
     party at the deposition is as follows:
18   MR. BRUNO - 3:48
     MS. HARVEY - 1:50
19   MR. POTE - 00:09
     MR. ROTH - 00:18
20   MR. BOWMAN - 02:34
21   I further certify that I am neither
     counsel for, related to, nor employed by any
22   of the parties in the action in which this
     proceeding was taken, and further that I am
23   not financially or otherwise interested in
     the outcome of the action.
24
25
```

334

```
 1
 2          SIGNATURE PAGE
 3
 4   I, MICHAEL BEIRNE, have read the
     foregoing deposition and hereby affix my
 5   signature that same is true and correct,
     except as noted on the correction page.
 6
 7          MICHAEL BEIRNE
 8
 9
10   THE STATE OF      )
     COUNTY OF         )
11
12   Before me Karen Gail Crow on this
13   day personally appeared Michael Beirne,
     known to me [or proved to me on the oath of
14   Drivers License or through
     _____ (description of
15   identity card or other document)] to be the
     person whose name is subscribed to the
16   foregoing instrument and acknowledged to me
     that he/she executed the same for the
17   purposes and consideration therein expressed.
     Given under my hand and seal of office
18   this 9th day of August, 2011.
19
20   _____
     NOTARY PUBLIC IN AND FOR     KAREN GAIL CROW
21   THE STATE OF                 Notary Public, State of Texas
                                  My Commission Expires
22                                December 17, 2013
     My Commission Expires:
23
24
25
```

336

```
 1   SUBSCRIBED AND SWORN to by me this ____ day
 2   of _____, 2011.
 3
 4
 5   _____
     TAMARA CHAPMAN, CSR
 6   CSR NO. 7248; Expiration Date: 12-31-12
     Worldwide Court Reporters
 7   Firm Registration No. 223
     3000 Weslayan, Suite 235
 8   Houston, TX 77027
     (713) 572-2000
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

84  (Pages 333 to 336)

Worldwide Court Reporters, Inc.
(800) 745-1101

WITNESS NAME:        _____Michael Beirne_____

DATE TAKEN:        _____27 June 2011_____

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

### CORRECTIONS:

PAGE: _216_ LINE: _8_ CHANGE: _____"provide" to "provided"_____
PAGE: _216_ LINE: _9_ CHANGE: _____"and in" to "in"_____
PAGE: _216_ LINE: _12_ CHANGE: _____"in wells" to "and wells"_____
PAGE: _232_ LINE: _19_ CHANGE: _____"Hip Notes" to "Hypnos"_____
PAGE: _260_ LINE: _18_ CHANGE: _____"Moiko" to "MOECO"_____
PAGE: _261_ LINE: _25_ CHANGE: _____"Moiko" to "MOECO"_____
PAGE: _279_ LINE: _21_ CHANGE: _____"it would" to "they would"_____
PAGE: _315_ LINE: _18_ CHANGE: _____"Yes" to "No, sir."_____
PAGE: _323_ LINE: _19_ CHANGE: _____"form" to "perform"_____
PAGE: ____ LINE: ____ CHANGE: _____
PAGE: ____ LINE: ____ CHANGE: _____
PAGE: ____ LINE: ____ CHANGE: _____
PAGE: ____ LINE: ____ CHANGE: _____
PAGE: ____ LINE: ____ CHANGE: _____
PAGE: ____ LINE: ____ CHANGE: _____
PAGE: ____ LINE: ____ CHANGE: _____
PAGE: ____ LINE: ____ CHANGE: _____
PAGE: ____ LINE: ____ CHANGE: _____
PAGE: ____ LINE: ____ CHANGE: _____
PAGE: ____ LINE: ____ CHANGE: _____
PAGE: ____ LINE: ____ CHANGE: _____
PAGE: ____ LINE: ____ CHANGE: _____



KAREN GAIL CROW
Notary Public, State of Texas
My Commission Expires
December 17, 2013