# EXHIBIT 30

In Support of

Plaintiff United States' Memorandum of Law in Support of the
United States' Second Motion for Partial Summary Judgment; and
Statement of Undisputed Material Facts in Support Thereof

01-57575
MM/comp

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG    )      MDL NO.  2179
"DEEPWATER HORIZON" in the         )
GULF OF MEXICO,  on                )      SECTION: J
APRIL 20, 2010                     )
                                   )      JUDGE BARBIER
                                   )
                                   )      MAG. JUDGE SHUSHAN

*CONFIDENTIAL*

*WorldwideVIEW* ™

Interactive Deposition Digital Display

ORAL AND VIDEOTAPED DEPOSITION OF:



# Jerry Byrd

**VOLUME 1**

JULY 13, 2011

*ORIGINAL*



*Systems Technology for the Litigation World*

Litigation Group•Court Reporting•Video Production•Videoconferencing

For U.S. & International Services
800 - 745 - 1101

1    that they can check now that says "Confidential

2    Attachment," and then that limits those folks

3    within Anadarko that can see that AFE.

4        Q    Okay.  Was it typical in your role in

5    early 2010 to perform this gatekeeper function

6    for AFE documents that came in?

7             MR. NEGER:  Objection to form.

8             THE WITNESS:  Yes.

9    BY MS. MARTIN:

10       Q    So you had done so on AFEs for

11   non-Macondo-related. . .

12       A    Correct.

13       Q    Okay.  So when you saw this AFE for the

14   first time, for this gatekeeper purpose, what did

15   you do with it?

16       A    Basically nothing.

17       Q    You didn't have to read it or send it

18   on to anyone or anything like that?  I'm just

19   confused about how -- what you would do to

20   perform a gatekeeper function when you get this

21   document laying on your desk.

22       A    Right.  Basically it was controlled by

23   AFE numbers.  So the AFE number associated with

24   this particular AFE on the Macondo, it was my

25   role to go into our system and identify who in

1      Q    Okay.  So then I guess my question

2   is -- and I'm sorry if they seem -- you know, I'm

3   not an accountant, and I -- I'm not at the time.

4   So my questions may seem confusing.  But I'm just

5   trying to understand it --

6      A    Okay.

7      Q    -- properly.  So this is an estimate of

8   cost to be spent.  So how does that, then, relate

9   to the joint interest billings that are sent by

10  BP?

11     A    This is a reference point for us when

12  we get our joint interest billings from BP

13  that -- if you'll will notice, there's an AFE

14  number on here from BP.  When we get the joint

15  interest billings from BP, it will reference that

16  AFE number, which will again link over to this

17  AFE.

18     Q    Okay.  We can look at one of those to

19  have an example.  Let's look at Tab 5.  And I

20  believe we can mark this as -- Exhibit 4201?  Is

21  that correct?

22          MR. NEGER:  Correct.

23    (EXHIBIT NO. 4201 WAS MARKED FOR THE RECORD.)

24  BY MS. MARTIN:

25     Q    Do you recognize this document?

67

1    those again.  But just to make sure, you don't

2    have any questions about the protocol that she

3    had?

4        A    No.

5        Q    Okay.  If we could turn to Tab 2, which

6    is the joint operating agreement, Exhibit 1243.

7    I wanted to spend some time on Exhibit C, the

8    joint -- the accounting provision.  It's the

9    Bates ending 000001761.  Mr. Byrd, have you read

10   this provision?

11       A    Yes, I have reviewed Exhibit C.

12       Q    And let's start with the definitional

13   terms.  Do you have an understanding of what the

14   term "joint property" means?

15       A    Yes.

16       Q    What is that understanding?

17       A    The joint property, in my own words, is

18   a well that is shared -- the ownership is shared

19   by various entities.

20       Q    Would that include components that are

21   installed in the well?

22       A    Yes.

23       Q    Is such as a casing, for example?

24       A    Yes.

25       Q    If that property is paid for by the

```
 1    joint account, would it then be joint property?
 2            MR. NEGER:  Objection to form of the
 3         question.
 4            THE WITNESS:  Clarify your question for
 5         me, please.
 6    BY MS. HARVEY:
 7         Q    Earlier today, we looked at some
 8    invoices which had cost breakdowns for various
 9    equipment.
10         A    Right.
11         Q    So that equipment, if Anadarko paid for
12    that invoice, wouldn't that represent joint
13    property, in your understanding?
14         A    Yes, it would represent our share of
15    that joint property.
16         Q    And your share would be the proportion
17    set forth pursuant to the agreements that you
18    reached with BP; is that correct?
19         A    Yes.
20         Q    And in the case of Macondo, Anadarko's
21    share was 25 percent; is that correct?
22         A    Originally, there was a promote for
23    33 percent up to a certain dollar amount.  After
24    that promote paid out, it was 25 percent, yes,
25    ma'am.
```

1          MS. HARVEY:  We'll mark this as the

2      next exhibit.  Just the --

3          MS. STEIN:  Is it 4204?

4          MS. HARVEY:  Yeah.  It's 4204.  And on

5      the CD, this is Tab 8A.  The first exhibit

6      -- first document.

7  (EXHIBIT NO. 4204 WAS MARKED FOR THE RECORD.)

8  BY MS. HARVEY:

9      Q    Mr. Byrd, who is this invoice addressed

10 to?

11     A    Anadarko Petroleum Corporation.

12     Q    And for what month of operation does it

13 cover?

14     A    It's for the month of January 2010.

15     Q    Do you know if a copy of this was also

16 sent to Anadarko Exploration & Production?

17     A    Not to my knowledge.

18     Q    And this invoice indicates that

19 Anadarko's share is 33 percent of the well cost;

20 is that correct?

21     A    Yes.

22     Q    And that's pursuant to the agreement

23 with BP that Anadarko would pay 33 percent up to

24 a certain point for a 25 percent share?

25     A    That's correct.

1    Q    Okay.  And this invoice includes cost

2  for two different wells; is that correct?

3    A    Yes.

4    Q    Including Macondo?

5    A    Yes.  It has billings for Cortez Bank

6  and also Macondo.

7    Q    Okay.  And indicates the total net

8  payment of $21,084,117.60; is that correct?

9    A    Yes, ma'am.

10   Q    And this is to cover expenditures and

11 cash call for the month of January 2010?

12   A    Yes.

13   Q    If you turn to the Bates ending

14 2752581.

15   A    Okay.

16   Q    And this lists an AFE number?

17   A    Yes, ma'am.

18   Q    Is that the AFE covering the drilling

19 for Macondo Well?

20   A    That is the AFE from -- BP's AFE number

21 for the Macondo Well, yes, ma'am, that's correct.

22   Q    Okay.  And this includes the cost

23 associated with that AFE; is that correct?  At

24 least for the month of -- for this billing cycle?

25   A    Yes.

1      Q    And you will see that it includes a

2   category of Tangible Controllable Equipment?

3      A    Yes, ma'am.

4      Q    And do you have an understanding of

5   what that term means?

6      A    Yes, ma'am.

7      Q    And what is that understanding?

8      A    Controllable equipment is going to be

9   any equipment that the operator's billing the

10  non-operators.  And by "controllable," you

11  generally are talking about the higher ticket

12  items.  There's also tangible controllable --

13  tangible equipment that's considered

14  noncontrollable, smaller valves and stuff like

15  that, that are -- the dollars are

16  inconsequential.  So we're talking about the

17  bigger ticket items when you talk about control.

18     Q    And to your knowledge, did Anadarko

19  ever question any of the items listed here and

20  contact BP about them?

21     A    Not to my knowledge, no.

22     Q    And turning back to the first page.  We

23  discussed that the costs for Macondo are

24  33.333 percent for the well cost.  Does that

25  represent both Anadarko Petroleum Corporation and

1    Anadarko Petroleum Corporation?

2        A    I'm not aware of any such agreement,

3    no.

4        Q    If there was such an agreement, do you

5    know who in the company would be familiar with

6    that arrangement?

7        A    I'm guessing it would probably be

8    someone in our -- probably our financial

9    accounting group.

10       Q    Um-hum.  And do you know that person in

11   charge of that group?

12       A    I would hate to speculate.  They've

13   changed -- there's been quite a bit of

14   reorganization going on in the last few months,

15   so I'd had -- I'd hate to specify that.

16       Q    All right.  And for the January

17   operations, do you know if that includes costs

18   that were incurred starting with the initial

19   spudding of the well?

20       A    Let's go back to that.

21       Q    It's Tab 8.

22       A    Tab 8 again.  Yes, if you'll look at

23   the very last line of the bill, you will see it

24   says inception to date cost through 12/31 of '09,

25   and it's represented by the $14 million entry on

1    that last line.

2        Q    Okay.  And the cash call request for

3    $5.2 million, that's a cash call request for the

4    month of March, operations occurring during the

5    month of March?

6        A    Yes.  Generally they're going to cash

7    call you for up to 60 days, what their costs are

8    inspected to incur.

9        Q    And then if we look to the March

10   invoice, we can see how that was accounted for,

11   the cash call?

12       A    What you will probably see on the March

13   bill is, generally they will reverse -- so you

14   got billed for $5.2 million in January.  And

15   generally what an operator will do is reverse

16   that cash call within 60 days.

17       Q    Okay.  And those funds would -- those

18   are funds that were used by BP for the well, for

19   that particular AFE?

20       A    That's the intent of the cash advance,

21   yes, ma'am.

22       Q    Let's go to the next invoice, which

23   we'll mark 4206.

24    (EXHIBIT NO. 4206 WAS MARKED FOR THE RECORD.)

25   BY MS. HARVEY:

1   for, no, ma'am.

2      Q    Okay.  And, again, there's a total net.

3   Is that what Anadarko is being asked to pay for

4   costs associated with the Macondo Well and

5   another well?

6      A    Yes, ma'am.

7      Q    And if you'll look at the total net

8   number, $14,458,349.04.  I want to see if that

9   was also paid in full.  So can we turn to Tab 10,

10  10B, the next remittance, which we'll mark as

11  4207, Bates ending 230696 to 97.

12   (EXHIBIT NO. 4207 WAS MARKED FOR THE RECORD.)

13  BY MS. HARVEY:

14     Q    Is this a remittance for the February

15  invoice covering operations including costs

16  associated with Macondo Well?

17     A    Yes, based upon the invoice numbers on

18  the remittance advice, they are the same.

19     Q    And does it appear, then, that Anadarko

20  paid this February invoice in full?

21     A    Let me see.  I apologize.  The amounts

22  are very, very small.

23     Q    The amount -- oh, the check is on the

24  other side.

25     A    Yes, ma'am, that is.

1    or Stuart Strife.

2        Q    Okay.  Let's go to the next invoice for

3    March.

4            MS. HARVEY:  And we'll mark this

5        Exhibit 4208.

6    (EXHIBIT NO. 4208 WAS MARKED FOR THE RECORD.).

7            THE WITNESS:  I'm sorry, same tab.

8    BY MS. HARVEY:

9        Q    Are you at March?

10       A    Yes, ma'am, I have it.

11           MR. NEGER:  This is the document

12       beginning with Bates No. -- or ending Bates

13       No. 79484?

14           MS. HARVEY:  Yes.  That is correct.

15   BY MS. HARVEY:

16       Q    And on the Bates ending 9485, is this a

17   summary of the invoice for the -- that was billed

18   by BP to Anadarko?

19       A    Yes, it's for March operations billed

20   to Anadarko Petroleum Corporation.

21       Q    And, again, this includes costs

22   associated with two different wells?

23       A    Yes.  The Cortez Bank and the Macondo

24   Well.

25       Q    Okay.  And here it says that there's a

1   March JIB, you'll notice that they're reversing

2   the $5.2 million.  So they're giving us credit

3   for paying that.

4       Q    And the total net that you're being

5   charged under this invoice is $16,412,508.01; is

6   that correct?

7       A    That is the total bill for both wells,

8   yes.

9       Q    Okay.  And we can just verify that this

10  payment was made by flipping back to Tab 10.

11  10C.

12          MS. HARVEY:  And we'll mark this as

13      Exhibit 4209.

14   (EXHIBIT NO. 4209 WAS MARKED FOR THE RECORD.)

15          THE WITNESS:  It's the same amount,

16      yes.  The total was paid.

17  BY MS. HARVEY:

18      Q    And just to confirm, this is covering

19  Anadarko Petroleum Corporation and Anadarko

20  Exploration & Production Corporation's share --

21  or company share for expenses associated with the

22  AFE for Macondo Well drilling?

23          MR. NEGER:  Objection to form.

24          THE WITNESS.  No.  It's actually a

25      billing to Anadarko Petroleum Corporation

```
 1       and not Anadarko E&P.
 2  BY MS. HARVEY:
 3       Q    Right.  But the share that is being
 4  asked for, the proportion of the gross
 5  expenditures -- if you turn to the last page,
 6  ending 9489.  The share is listed at
 7  33.33 percent; is that correct?
 8       A    That's correct.
 9       Q    And that share represents the share of
10  both Anadarko Petroleum Corporation and Anadarko
11  Exploration & Production?
12            MR. NEGER:  Objection to form.
13            THE WITNESS:  To me, it represents
14       Anadarko Petroleum Corporation.  That's the
15       only party that's being billed on this
16       invoice for 33 percent.
17            MS. HARVEY:  Okay.  We'll have to take
18       a break to change the tapes.
19            VIDEO SPECIALIST:  The time now is
20       10:55 a.m.  We're now off the record.  This
21       is the end of Tape 2.
22                  (OFF THE RECORD.)
23            VIDEO SPECIALIST:  The time now is
24       11:04 a.m.  We're now back on the record.
25       This is the beginning of Tape 3.
```

1  BY MS. HARVEY:

2      Q    Okay.  To keep going through the

3  invoices, let's start with the next one, for

4  April.

5      A    Okay.

6      Q    And this is the invoice that BP sent to

7  Anadarko Petroleum Corporation for the month of

8  operation April 2010?

9      A    Yes, ma'am.

10      Q    And, again --

11          MR. NEGER:  Are you going to mark this

12      one?

13          MS. HARVEY:  Yes.  Thank you.  We will

14      mark this as Exhibit 4210.

15  (EXHIBIT NO. 4210 WAS MARKED FOR THE RECORD.)

16  BY MS. HARVEY:

17      Q    And, again, this invoice appears to

18  cover costs for two different wells; is that

19  correct?

20      A    Yes.  The Cortez Bank and the Macondo

21  Well.

22      Q    And with respect to the expenditures

23  and cash call for Macondo, there is an AFE number

24  that's listed X2-008 -- I'm sorry, X2-000X8.  And

25  that's the AFE for the Macondo -- the drilling of

1   amount for $80,000; is that correct?

2       A    Yes, there's a fourth amount.

3       Q    And I believe you discussed with

4   Ms. Martin earlier today costs that were

5   associated with the Macondo incident.  Is that

6   correct?

7       A    Yes.  The Macondo incident is that

8   $80,000.

9       Q    And like the earlier invoices -- if you

10  flip to the second-to-last page, ending 9502,

11  there is a page listing items associated with AFE

12  No. X2-000X8.  And that's for the Macondo Well?

13      A    Yes, ma'am.

14      Q    So those were items that BP was billing

15  Anadarko for, for the month of April?

16      A    For the Macondo Well, yes, ma'am.

17      Q    Yes.  And if you look at the total

18  net -- on the first page -- amount.  Just to

19  verify how that relates to a payment that was

20  made.  So go to Tab 10D, last -- ending with

21  Bates 230700.

22          MS. HARVEY:  And we will introduce as

23      Exhibit 4211.

24   (EXHIBIT NO. 4211 WAS MARKED FOR THE RECORD.)

25  BY MS. HARVEY:

1     Q    And if you look at the amount of the

2  check -- I'm sorry, this is a -- this is a

3  payment for the invoice -- the April invoice?

4     A    It is a payment for the April invoice

5  less the $80,000 incident cost on the last line

6  item.

7     Q    So the difference between the total net

8  that you were billed and the amount that you paid

9  was for the response cost?

10    A    Yeah.

11    Q    But you paid, in full, cost associated

12 with the drilling of the Macondo Well?

13    A    Yes, cost for the Macondo Well.

14    Q    Okay.  Let's go to Tab 9.

15         MS. HARVEY:  And we'll introduce this

16    as Exhibit 4212.

17  (EXHIBIT NO. 4212 WAS MARKED FOR THE RECORD.)

18 BY MS. HARVEY:

19    Q    And can you tell me what this is?  9A.

20    A    The first page is a -- it looks like a

21 billing from BP for the operational month of May

22 of 2010.

23    Q    And, again, this is addressed to

24 Anadarko Petroleum Corporation?

25    A    Yes, it is.

1      Q      And to your knowledge, an invoice was
2  not sent to anyone at Anadarko Exploration &
3  Production?
4      A      I have only seen invoices addressed to
5  Anadarko Petroleum Corporation.
6      Q      And this lists a cash call receipt for
7  $8.7 million; is that correct?
8      A      Yes, it does.  Credit of $8.7 million.
9      Q      And you said that this invoice, earlier
10 today, was not paid by Anadarko; is that correct?
11     A      That is correct.
12     Q      And you indicated it was because of an
13 earlier cash call -- scratch that.
14            On this -- on this bill -- on this
15 invoice -- if you'll turn to the last page,
16 ending 73383.  Can you tell me what these costs
17 are?
18     A      Based on the AFE number, these are
19 costs related to the Macondo Well.
20     Q      So these were costs that BP, although
21 -- you said earlier that sometimes you're
22 invoiced later for items that had earlier been
23 purchased by BP; is that correct?
24     A      So this is a billing for May of 2010.
25 It more than likely will represent costs, you

1    know, several months prior to that.

2       Q    And so the reason that this portion of

3    the costs which total 6.7 million is their cost

4    associated with the Macondo Well that you're

5    being billed for in the month of April; is that

6    correct?

7       A    Yes, it is.

8       Q    That's your net share of the cost?

9       A    That's our 25 percent share of those

10   costs, yes.

11      Q    And it's now at 25 percent because the

12   promote is no longer in effect; is that correct?

13      A    Right.  The promote based upon 110

14   percent of the gross well cost.  And the May 2010

15   billing now reflects that 25 percent, which tells

16   me that the promote has passed, and our interest

17   has reverted back to 25 percent.

18      Q    Okay.  And you did not pay this portion

19   of the well cost for Macondo Well.  Is that

20   because you believe they had -- you had already

21   paid BP through a cash call?

22           MR. NEGER:  Objection to form.

23           THE WITNESS:  We did not pay this

24      invoice because we already had an excess

25      that was paid to BP in approximately --  it

1          was $6 million and change that we still had

2          outstanding that BP had not reversed yet.

3    BY MS. HARVEY:

4          Q     Okay.  If you go to the page just

5    preceding that.  It's ending 73382.

6          A     Okay.

7          Q     And the first line here says MC252

8    Incident; is that correct?

9          A     Yes, it does.

10         Q     And then there are several different

11   categories of costs under that heading; is that

12   correct?

13         A     Yes, that's broken out into several

14   categories.

15         Q     And can you tell me what the very last

16   category is in that list?

17         A     Credit balance for Macondo exploration

18   well.

19         Q     And what is that -- the amount that is

20   being credited?

21         A     I believe that that is the credit

22   issued based upon when the promote paid off.  So

23   in other words, we billed you at 33 percent for X

24   dollars.  That portion paid out, your interest

25   reverted back to 25 percent.  So my

1    interpretation of that line item is just trying

2    to shore up those two.

3        Q    Okay.  So that's not associated with,

4    like, a cash call that had been issued and. . .

5        A    Not to my knowledge.  Based on the

6    description, no, ma'am.

7        Q    Okay.  How did you arrive at the

8    understanding that you had an outstanding cash

9    call that related to the Macondo Well cost?

10           MR. NEGER:  Objection to form.

11           THE WITNESS:  We're constantly

12        reviewing our balances with operators on

13        cash calls that we pay.  And by monitoring

14        the amount of money that we already paid BP,

15        and having paid in excess of $6 million on

16        cash calls, we arrived at the determination

17        that, you know, those have not been reversed

18        yet, and so that's -- the May 2010 bill was

19        not paid because of that.

20   BY MS. HARVEY:

21        Q    But Anadarko had then paid for its

22   share of all of the costs at the Macondo Well

23   related to AFE 000X8?

24        A    We paid for all the costs billed

25   through April.  The April 2010 JIB.  Those are

1    paid by check to BP.  That's the last payment

2    that was made to BP on the Macondo Well.

3        Q    Right.  I'm just trying to determine

4    whether Anadarko believed it has paid BP for its

5    entire share of the cost related to the

6    Macondo -- the drilling of the Macondo Well

7    pursuant to the AFE.

8        A    Yes.

9        Q    So all of the costs listed on the page

10   with the Bates ending 73383, Anadarko's paid

11   through the cash call process, through advance

12   payments?

13       A    Right.  There was not a physical check

14   cut for the May 2010 operations.

15       Q    But it was covered by earlier payments?

16       A    Right.

17            MS. HARVEY:  Can we go off the record

18       for one minute?

19            VIDEO SPECIALIST:  The time now is

20       11:17 a.m.  We're now off the record.

21                 (A BREAK WAS TAKEN.)

22            VIDEO SPECIALIST:  The time now is

23       11:18 a.m.   We are now back on the record.

24            MS. HARVEY:  Mr. Byrd, thank you for

25       your time.  United States has no further

138

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2
 3   IN RE:  OIL SPILL      )MDL NO. 2179
     by the OIL RIG,        )
 4   DEEPWATER HORIZON in   )SECTION "J"
     the GULF OF MEXICO,    )
 5   April 20, 2010         )      JUDGE BARBIER
                            )
 6                          )      MAG. JUDGE
                            )      SHUSHAN
 7
                  REPORTER'S CERTIFICATION
 8              TO THE ORAL AND VIDEOTAPED
                  DEPOSITION OF JERRY BYRD
 9                 TAKEN JULY 13, 2011
10
          I, Melissa L. Magee, Certified Shorthand
11   Reporter in and for the State of Mississippi and
     Registered Merit Reporter, hereby certify to the
12   following:
          That the witness, JERRY BYRD, was duly sworn
13   by the officer and that the transcript of the
     oral deposition is a true record of the testimony
14   given by the witness;
          That the deposition transcript was submitted
15   on August 10   , 2011, to the witness or to
     Attorney J. Robert Warren  r examination,
16   signature and return to Worldwide Court
     Reporters, Inc., by  September 24    , 2011.
17        That the amount of time used by each party
     at the deposition is as follows:
18
19        Annika Martin - 1 hr:20 mins
          Judy Harvey - 43 mins
20        Douglas Kraus -  12 mins
          Gwen Richard - 26 mins
21        Andrew Homer- 3 mins
22
23
24
25
```

**PURSUANT TO CONFIDENTIALITY ORDER**

1      I further certify that I am neither counsel
for, related to, nor employed by any of the
2  parties in the action in which this proceeding
was taken, and further that I am not financially
3  or otherwise interested in the outcome of the
action.

4
      SUBSCRIBED AND SWORN to by me this *10th* day of
5  *August*       , 2011.

6

7

8  _____
MELISSA L. MAGEE, CSR, RPR, RMR
9  CSR NO. 1173; Expiration Date: 04-28-15
Worldwide Court Reporters
10  Firm Registration No. 223
3000 Weslayan, Suite 235
11  Houston, TX 77027
(713) 572-2000

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**PURSUANT TO CONFIDENTIALITY ORDER**

137

```
 1                     SIGNATURE PAGE
 2
          I, JERRY BYRD, have read the foregoing
 3   deposition and hereby affix my signature that
     same is true and correct, except as noted on the
 4   correction page.
 5
 6   _____
                 JERRY BYRD
 7
 8
 9

     THE STATE OF _____
10   COUNTY OF _____
11
          Before me _____ on this day
12   personally appeared _____ known
     to me (or proved to me on the oath of
13   _____ or through
     _____ (description of identity
14   card or other document)) to be the person whose
     name is subscribed to the foregoing instrument
15   and acknowledged to me that he/she executed the
     same for the purposes and consideration therein
16   expressed.
          Given under my hand and seal of office this
17   _____ day of _____, 2011.
18
19   _____
                 NOTARY PUBLIC IN AND FOR
20               THE STATE OF
21
     My Commission Expires:
22   _____
23
24
25
```

ERRATA SHEET

DEPOSITION OF JERRY BYRD
JULY 13, 2011
*In Re: Oil Spill by the Oil Rig DEEPWATER HORIZON in the Gulf of Mexico, on April 20, 2010*

| Page | Line | Change | Reason for Change |
|------|------|--------|-------------------|
| 8 | 1 | Remove "b" | Transcription Error |
| 9 | 18 | Add "a" after "finish" | Transcription Error |
| 14 | 16 | Change "in" to "and" | Transcription Error |
| 14 | 20 | Change "in" to "and" | Transcription Error |
| 17 | 5 | Change "in" to "and" | Transcription Error |
| 19 | 14 | Change first "in" to "and" | Transcription Error |
| 20 | 15 | Change "closed" to "close" | Transcription Error |
| 20 | 17 | Change "Closed" to "Close" | Transcription Error |
| 20 | 18 | Change "Closed" to "Close" | Transcription Error |
| 20 | 21 | Change "JFE" to "JIB" | Transcription Error |
| 25 | 23 | Change "operating agreement" to "Operating Agreement" | Transcription Error |
| 26 | 1-2 | Change "operating agreement" to "Operating Agreement" | Transcription Error |
| 27 | 4 | Change "in" to "and" | Transcription Error |
| 29 | 3 | Remove "automatically" | Transcription Error |
| 33 | 25 | Change "be" to "are" | Transcription Error |
| 35 | 18-19 | Change "chief operating officer" to "Chief Operating Officer" | Transcription Error |
| 37 | 11 | Change "Albritton" to "Allbritton" | Transcription Error |
| 40 | 3 | Change "not at the time." to "an attorney" | Transcription Error |
| 42 | 18 | Change "categories" to "category" | Transcription Error |
| 45 | 6 | Change "operating agreement" to "Operating Agreement" | Transcription Error |

A/74450390.1

| 45 | 9-10 | Change "operating agreement" to "Operating Agreement" | Transcription Error |
|---|---|---|---|
| 45 | 13 | Change "review" to "reviewed" | Transcription Error |
| 45 | 14 | Change "operating agreement" to "Operating Agreement" | Transcription Error |
| 46 | 8 | Change "shear" to "sheer" | Transcription Error |
| 47 | 21 | Change "billings" to "billing" | Transcription Error |
| 48 | 23 | Change "low" to "lower" | Transcription Error |
| 55 | 11 | Change "general counsel" to "General Counsel" | Transcription Error |
| 55 | 18 | Change "billings" to "billing" | Transcription Error |
| 55 | 19 | Change "billings" to "billing" | Transcription Error |
| 60 | 3 | Change "Volka" to "Valka" | Transcription Error |
| 60 | 9 | Change "in" to "and" | Transcription Error |
| 66 | 4 | Change "is" to "it" | Transcription Error |
| 67 | 6 | Change "joint operating agreement" to "Joint Operating Agreement" | Transcription Error |
| 72 | 2 | Change "Allen" to "Alan" | Transcription Error |
| 72 | 13 | Change "Strive" to "Strife" | Transcription Error |
| 72 | 16 | Change "Allen" to "Alan" | Transcription Error |
| 76 | 17 | Change "control" to "controllable" | Transcription Error |
| 77 | 1 | Change "Company" to "Company's" | Transcription Error |
| 77 | 5 | Add "the" after "for" | Transcription Error |
| 80 | 7-8 | Change "their costs are inspected" to "costs they are expected" | Transcription Error |
| 86 | 25 | Remove "The" and capitalize "So" | Transcription Error |
| 101 | 19 | Change "X2-000" to "X2-000X8" | Transcription Error |
| 107 | 5 | Change "documents" to "document" | Transcription Error |
| 108 | 22 | Add "you" after "if" | Transcription Error |
| 108 | 25 | Change "asap" to "ASAP" | Transcription Error |

2

| 110 | 3 | Change "Dolghvih" to "Dolghih" | Transcription Error |
|-----|---|--------------------------------|---------------------|
| 114 | 7 | Change "or" to "--" and add "line of" after "this" | Transcription Error |
| 122 | 1 | Add "Dry Hole" before "Gross Costs" | Transcription Error |
| 124 | 15 | Add "of" after "delegation" and change "?" to "." | Transcription Error |
| 125 | 5 | Change "the" to "a" and "house" to "high" | Transcription Error |
| 128 | 3 | Change "cost" to "costs" | Transcription Error |
| 131 | 8 | Change "ii" to "is" | Transcription Error |

Signature: _____        Dated: _____
            Jerry Byrd

A/74450390.1