# EXHIBIT 32

In Support of

Plaintiff United States' Memorandum of Law in Support of the
United States' Second Motion for Partial Summary Judgment; and
Statement of Undisputed Material Facts in Support Thereof

```
 1

 2              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 3
      IN RE:   OIL SPILL      MDL NO. 2179
 4    BY THE OIL RIG
      "DEEPWATER HORIZON"     SECTION:  J
 5    IN THE GULF OF
      MEXICO, ON APRIL        JUDGE BARBIER
 6    20, 2010                MAG. JUDGE SHUSHAN

 7

 8
```



```
14

15

16

17          Videotaped Deposition of ALAN
     O'DONNELL, taken in the Pan American Life
18   Center, 11th Floor, 601 Poydras Street, New
     Orleans, Louisiana 70130, on May 5, 2011.
19
     APPEARANCES:
20

21   LIEFF, CABRASER HEIMANN & BERNSTEIN
     By:  Steven E. Fineman, Esquire and
22   Annika K. Martin, Esquire
     250 Hudson Street, 8th Floor
23   New York, NY 10013-1413
           (Attorneys for Plaintiffs
24          Steering Committee)

25
```

1          Q.     This is Exhibit 1919, APCSHS 2A
2    00001082 through 1084.  Tab 18.
3                 (Exhibit 1918 was marked
4    for identification.)
5                 Mr. O'Donnell, can you tell me
6    what this is?
7          A.     This looks like the BP AFE for
8    the initial drilling of the well, the
9    initial AFE.
10         Q.     Okay.  AFE is authorization for
11   expenditure, correct?
12         A.     Correct.
13         Q.     Okay.  And it says it was
14   prepared on August 28, 2009 in the left
15   corner, correct?
16         MS. WILMS:
17                Object to form.
18         THE WITNESS:
19                Yes.
20   BY MR. FINEMAN:
21         Q.     Okay.  And if you look at the
22   bottom right it looks like it's dated for
23   signature purposes December 17, 2009?
24         A.     Correct.
25         Q.     Is that your understanding?

1                    And it looks like it was signed
2     by Anadarko by Stuart Strife; is that
3     correct?
4          A.     Correct.
5          Q.     And Mr. Strife was the
6     vice-president for exploration for the Gulf
7     of Mexico?
8          A.     That's right.
9          Q.     Okay.  I think earlier you
10    testified that the budget was
11    coming from -- the dollars were coming from
12    exploration, correct?
13         A.     Right.
14         Q.     So that's why he was the one who
15    was signing this, correct?
16         A.     Yes.
17         Q.     Okay.  Did you play any role in
18    reviewing this AFE?
19         A.     No.  We pulled the well costs
20    from it.
21         Q.     Say that again, please?
22         A.     We utilized the well costs from
23    it.
24         Q.     What does that mean?
25         A.     The cost of the well, the AFE

```
 1   department would have looked at it and seen
 2   if the cost was reasonable.
 3   BY MR. FINEMAN:
 4        Q.   Okay.  And would that
 5   person -- would that person -- does the
 6   drilling department report to you?
 7        A.   No.
 8        Q.   Who do they report to?
 9        A.   Darrell Hollek.
10        Q.   Okay.  I'm going to give you a
11   document we're marking as 1920.  It's
12   ANA-MDL-000030713, 30714.
13                  (Exhibit 1920 was marked
14   for identification.)
15             The first page of this exhibit
16   is a February 18, 2010, letter from
17   Mr. Huch to Mr. Beirne at BP, correct?
18        A.   Correct.
19        Q.   Do you know who Mr. Beirne is?
20        A.   I do not.
21        Q.   Okay.  And the letter suggests
22   that AFE -- supplemental AFE is being
23   attached, correct?
24        MS. WILMS:
25                  Object to form.
```

```
 1          THE WITNESS:
 2                    It appears that's what it
 3     says, yes.
 4     BY MR. FINEMAN:
 5          Q.    Okay.  And can you tell me as
 6     the next -- the next document is a
 7     supplemental authorization for expenditure?
 8          A.    Yes.
 9          Q.    Okay.  And in the left corner it
10     says date prepared, January 27, 2010.  Do
11     you see that?
12          A.    Yes.
13          Q.    And then again, it was signed by
14     Stuart Strife on behalf of Anadarko,
15     correct?
16          MS. WILMS:
17                    Object to form.
18          THE WITNESS:
19                    It looks like Stuart's
20     signature, but I can't be certain who would
21     have signed this.
22     BY MR. FINEMAN:
23          Q.    Okay.  Okay.  He's the VP of
24     exploration?
25          A.    Correct.
```

1     Q.    I'm going to give you 1921.
2  It's ANA MDL 000030687 through 30690.  It's
3  tab 22.
4              (Exhibit 1921 was marked
5  for identification.)
6              This exhibit, again, is
7  a -- this is a March 30, 2010 letter from
8  Mr. Huch to Mr. Beirne attaching a second
9  supplemental AFE concerning Macondo; is
10 that correct?
11      MS. WILMS:
12              Object to form.
13      THE WITNESS:
14              Yes.
15 BY MR. FINEMAN:
16     Q.    Attached to that is a letter
17 from Mr. Beirne to Anadarko.  I recognize
18 you were not a recipient.  Doesn't show you
19 as a recipient of that letter.  But have
20 you seen this letter before?
21     A.    I don't think I have seen this.
22     Q.    Okay.  If you look at the final
23 page of this exhibit, this is a second
24 supplemental authorization for expenditure,
25 correct?

1        A.    Correct.
2        Q.    And it was prepared, according
3   to the document, on March 22nd, 2010,
4   correct?
5        A.    Correct.
6        Q.    And this one is -- is this again
7   signed by Mr. Strife?
8        A.    Yes, it appears to be.
9        Q.    Okay.  And did you -- do you
10  recall whether you played any role in
11  approving or authorizing this AFE?
12       A.    Again, my -- my group would have
13  updated the economics, if we did any.  I
14  don't recall specifically that we updated
15  economics for this AFE, though.
16       Q.    Okay.  Do you -- do you know
17  what this -- what expenses this second
18  supplemental authorization for expenditure
19  concerned?
20       MS. WILMS:
21                 Object to form.
22       THE WITNESS:
23                 I really don't.  I know
24  that they had drilling -- drilling delays
25  and things and rig repairs, but I don't

```
1                     Object to form.
2    BY MR. FINEMAN:
3         Q.    -- at this time?
4         A.    I do not recall.
5         Q.    Do you recall any conversations
6    about whether -- in connection with this
7    AFE, this March 2010 AFE, the second
8    supplemental authorization, do you recall
9    any conversations about
10   where -- conversations where you were asked
11   to look into these increased costs?
12        MS. WILMS:
13                    Object to form.
14        THE WITNESS:
15                    I don't recall if we were
16   ever asked.
17   BY MR. FINEMAN:
18        Q.    All right.  I will show you one
19   more of these.  This is 1922, ANA MDL
20   000030726, 30728.
21                    (Exhibit 1922 was marked
22   for identification.)
23        MS. WILMS:
24                    Is this an exhibit?
25        MR. FINEMAN:
```

1                     Yeah.  I'm sorry.  Is there
2    a problem?
3         MS. WILMS:
4                     No.  I was just wondering
5    what's the exhibit number?
6         MR. FINEMAN:
7                     It's 36.
8         MS. MARTIN:
9                     1920.
10        MR. FINEMAN:
11                    1920.
12        MS. MARTIN:
13                    Is that what you want?
14        MR. FINEMAN:
15                    What -- that says 1920.
16        MS. MARTIN:
17                    Oh, 22.  I'm sorry.
18        MR. FINEMAN:
19                    1922.  Here you go.
20        MS. WILMS:
21                    Thank you.
22   BY MR. FINEMAN:
23        Q.    This document again is an
24   April 15, 2010 letter from Mr. Huch.  This
25   time to Aimee Patel at BP.  And it -- it

1    purports to attach an AFE in the gross
2    amount of $3.5 million.  Attached is an
3    authorization for expenditure, correct?
4          A.    Correct.
5          Q.    And it appears the date prepared
6    is April 14, 2010.  Do you see that?
7          A.    Yes.
8          Q.    And it appears that you signed
9    this particular AFE, correct?
10         A.    Correct.
11         Q.    And it's dated April 15, 2010?
12         A.    Correct.
13         Q.    Why -- why did you sign this
14   particular AFE?
15         A.    Well, once we agreed to
16   participate in the well, we logged it and
17   we -- we saw that we had hydrocarbons that
18   we wanted to set pipe on.  We had internal
19   approval to set pipe.  So it was really a
20   formality, me signing this, and it implied
21   that the casing cost would come from the
22   development group instead of from the
23   exploration group since it is -- it is
24   going to be a development.
25               So that -- that's why I'm -- my

1  name is on the AFE and it's within my
2  signatory authority.  If that would have
3  been out of my signatory authority, then my
4  boss would have had to sign it.
5       Q.    Okay.  What was your signatory
6  authority?
7       A.    $5 million.
8       Q.    Okay.  And what was this AFE
9  specifically for?
10      A.    This was for setting production
11 casing.
12      Q.    Okay.  And do you recall
13 conversations where you or people in your
14 group assessed the reasonableness of the
15 expense?
16      A.    We did not assess the
17 reasonable -- reasonableness of the
18 expense.  The drilling department did and
19 then advised us that, yes, it looks
20 reasonable.
21      Q.    Okay. 23.  Wait.  Hold on.  Oh,
22 no.  I need -- let's do 21 first.  Well,
23 it's -- should be more than that.  Oh,
24 yeah.  All right.  Thanks.
25            This is 1923, ANA-MDL-000058506

```
 1   document -- not the cover e-mail, but the
 2   actual document itself.
 3           MS. HARVEY:
 4                And for the record, this is
 5   Bates number DWHMX-00058228 through 58231.
 6   We'll mark this as exhibit 1931.
 7                     (Exhibit 1931 was marked
 8   for identification.)
 9   BY MS. HARVEY:
10       Q.    It has the "Subject:  Temporary
11   abandonment, OCS-G 32308 number one well,
12   Macondo, Mississippi Canyon block 252 OCS,
13   Gulf of Mexico."  And could you explain
14   what this document is?
15       A.    The BP document?
16       Q.    Yes.
17       A.    It is an agreement to
18   temporarily abandon the well.
19       Q.    And if you read the second
20   paragraph into the record, the first
21   sentence of the second paragraph.
22       A.    "This letter shall evidence the
23   parties decision to temporarily abandon
24   OCS-G 32306, number 1 well, Macondo well,
25   in accordance with the previously approved
```

```
 1    original AFE and terms and provisions of
 2    the Macondo OA.
 3         Q.    And this document has your
 4    signature --
 5         A.    Yes.
 6         Q.    -- on it?  Thanks.  And you --
 7    you had signed on behalf of Anadarko E&P
 8    Company?
 9         A.    Yes.
10         Q.    And you also signed on behalf of
11    Anadarko Petroleum Corporation?
12         A.    Correct.
13         Q.    And you testified earlier that
14    you were not aware of Anadarko E&P Company?
15         MS. WILMS:
16              Objection to form.
17         THE WITNESS:
18              I was not aware early on that
19    they were a part of the well.
20    BY MS. HARVEY:
21         Q.    Did --
22         A.    I had heard of the company
23    before, but I don't -- I didn't know they
24    were part of the well.
25         Q.    Before signing this document had
```