UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN THE GULF | : | |
| OF MEXICO, ON APRIL 20, 2010 | : | SECTION J |
| | : | |
| THIS DOCUMENT RELATES TO: | : | JUDGE BARBIER |
| | : | |
| ALL ACTIONS | : | MAGISTRATE JUDGE SHUSHAN |
| | : | |

..............................................................................................................................

**EX PARTE CONSENT MOTION FOR EXTENSION OF TIME
FOR THE UNITED STATES TO RESPOND TO
TRANSOCEAN'S MOTION FOR PARTIAL SUMMARY JUDGMENT
REGARDING INDEMNITY [DOCKET 4477]**

On November 16, 2011, the Court entered an "Amended Scheduling Order re Transocean's Motion for Partial Summary Judgment" [Docket No. 4618], setting a deadline of December 7, 2011, for responses to Transocean's Motion. The United States hereby requests a one-day extension of time to file its memorandum. Counsel for Transocean consents to the Motion.

//

//

//

//

Dated: December 7, 2011.

Respectfully submitted,

| | |
|---|---|
| IGNACIA S. MORENO | TONY WEST |
| Assistant Attorney General | Assistant Attorney General |
| Environment & Natural Resources Division | Civil Division |
| | |
| JAMES NICOLL | PETER F. FROST |
| Senior Counsel | Director, Torts Branch, Civil Division |
| NANCY FLICKINGER | Aviation & Admiralty Litigation |
| Senior Attorney | STEPHEN G. FLYNN |
| SARAH HIMMELHOCH | Assistant Director |
| Senior Attorney | MICHELLE T. DELEMARRE |
| DEANNA CHANG | SHARON K. SHUTLER |
| SCOTT CERNICH | JILL DAHLMANN ROSA |
| A. NATHANIEL CHAKERES | JESSICA SULLIVAN |
| JUDY HARVEY | JESSICA L. McCLELLAN |
| MATT LEOPOLD | MALINDA LAWRENCE |
| JEFFREY PRIETO | DAVID J. PFEFFER |
| GORDON YOUNG | Trial Attorneys |
| ABIGAIL ANDRE | U.S. Department of Justice |
| Trial Attorneys | Torts Branch, Civil Division |
| | PO Box 14271 |
| /s/ Steven O'Rourke | Washington, DC 20044 |
| STEVEN O'ROURKE | (202) 616-4100 |
| Senior Attorney | (202) 616-4002 fax |
| U.S. Department of Justice | |
| Environmental Enforcement Section | /s/ R. Michael Underhill |
| PO Box 7611 | R. MICHAEL UNDERHILL, T.A. |
| Washington, DC 20044 | Attorney in Charge, West Coast Office |
| (202) 514-2779 | Torts Branch, Civil Division |
| steve.o'rourke@usdoj.gov | 7-5395 Federal Bldg., Box 36028 |
| | 450 Golden Gate Ave. |
| | San Francisco, CA 94102-3463 |
| | (415) 436-6648 |
| | (415) 436-6632 fax |
| | mike.underhill@usdoj.gov |

JAMES LETTEN
United States Attorney
SHARON D. SMITH
Assistant United States Attorney
Eastern District of Louisiana
Hale Boggs Federal Building
500 Poydras St., Suite B-210
New Orleans, LA 70130

Attorneys for the UNITED STATES OF AMERICA

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing "EX PARTE CONSENT MOTION FOR EXTENSION OF TIME FOR THE UNITED STATES TO RESPOND TO TRANSOCEAN'S MOTION FOR PARTIAL SUMMARY JUDGEMENT REGARDING INDEMNITY [DOCKET 4477]" has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 7th day of December, 2011.

/s/ R. Michael Underhill
R. Michael Underhill