UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
|     "Deepwater Horizon" | * | |
|     in the Gulf of Mexico, | * | SECTION: J |
|     on April 20, 2010 | * | |
| | * | JUDGE BARBIER |
| This Document Relates to: | * | |
| *All cases, 10-2771, and 10-4536* | * | MAGISTRATE SHUSHAN |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### ORDER GRANTING MOTION FOR EXTENSION OF TIME FOR THE UNITED STATES TO RESPOND TO TRANSOCEAN'S MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING INDEMNITY [DOCKET4477]

IT IS HEREBY ORDERED that the motion of the United States for an extension of time to respond to Transocean's "Motion for Partial Summary Judgment (Rec. Docket 4477)" is hereby granted; it is further

ORDERED that the United States' response shall be filed no later than 5:00 p.m. CST on Thursday, December 8, 2011.

IT IS SO ORDERED.

Dated: December __, 2011.

_____
THE HONORABLE CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

1