UNITED STATES DISTRICT PANEL ON MULTIDISTRICT LITIGATION

IN RE OIL SPILL BY THE RIG "DEEPWATER HORIZON"
IN THE GULF OF MEXICO ON APRIL 20, 2010                MDL No. 2179

JOINT MOTION FOR PRO TANTO DISMISSAL WITH PREJUDICE OF DEFENDANTS CROWDERGULF JOINT VENTURE, L.L.P, WASTE MANAGEMENT NATIONAL SERVICES, INC., AND BALDWIN PORTABLE TOILETS AND SEPTIC TANKS, INC.

COME NOW Plaintiffs, Joe and Vicki Matranga, and three of the Defendants, CrowderGulf Joint Venture, LLP, Waste Management National Services, Inc., and Baldwin Portable Toilets and Septic Tanks, Inc., by and through undersigned counsel, and file this their Joint Motion for Pro Tanto Dismissal with Prejudice. As grounds for said motion, these parties would state:

1. This case was originally filed in the Circuit Court of Mobile County, Alabama CV-2010-1332, and then removed to The United States District Court for the Southern District of Alabama, Southern Division, C.A. No. 1:10-607. By order of February 3, 2011, the United States Judicial Panel on Multidistrict Litigation transferred the case from the Southern District of Alabama to the MDL for inclusion in MDL No. 2179. All Defendants except for Boyett Portable Restrooms, Inc., were subject to the transfer order.

2. Subsequent to the transfer of this case to MDL No. 2179, Plaintiffs and Defendants CrowderGulf Joint Venture, LLP, Waste Management National Services, Inc., and Baldwin Portable Toilets and Septic Tanks, Inc., entered into a pro tanto settlement agreement. As a result of this pro tanto settlement agreement, all of Plaintiffs' claims against Defendants CrowderGulf Joint Venture, LLP, Waste Management National Services, Inc., and Baldwin Portable Toilets and Septic Tanks, Inc., have been fully and finally settled and Plaintiffs have agreed to dismiss these parties only with prejudice from the litigation.

3.      The pro tanto dismissal with prejudice sought for Defendants CrowderGulf Joint Venture, LLP, Waste Management National Services, Inc., and Baldwin Portable Toilets and Septic Tanks, Inc., applies to only those three Defendants. Plaintiffs expressly preserve all claims against all remaining Defendants in this litigation.

WHEREFORE, the premises considered, the moving parties hereby jointly request that Defendants CrowderGulf Joint Venture, LLP, Waste Management National Services, Inc., and Baldwin Portable Toilets and Septic Tanks, Inc., be dismissed with prejudice from this action, and that Plaintiffs' claims against the remaining Defendants remain intact.

Respectfully submitted,

CUNNINGHAM BOUNDS
*Attorneys for Plaintiffs*

*/s/ Steven L. Nicholas*
Steven L. Nicholas, Esquire
1601 Dauphin Street
Mobile, Alabama 36604
251-471-6191
sln@cunninghambounds.com


BRADY, RADCLIFF & BROWN, LLP
*Attorneys for CrowderGulf Joint Venture LLP*

*/s/ Craig D. Marti*
Craig D. Martin, Esquire (ASB-5282-R39C)
P. O. Box 1668
Mobile, AL 36633
(p) 251-405-0077
(f) 251-405-0076
cmartin@brblawyers.com

TAYLOR RITTER
*Attorneys for Baldwin Portable Toilets and Septic Tanks, Inc.*

*/s/ Peter A. deSarro*
Peter A. deSarro, III., Esquire
TAYLOR RITTER
Post Office Box 489
Orange Beach, AL 36561
bert@taylorritter.com


CARR ALLISON
*Attorneys for Waste Management National Services, Inc.*

*/s/ Justin W. Parsons*
Judson W. Wells, Sr., Esquire (ASB-5522-S57J)
Justin W. Parsons, Esquire (ASB-4378-N76P)
6251 Monroe Street, Suite 200
Daphne, AL 36526-1126
(251) 626-9340
(251) 626-8928 *Facsimile*
jwells@carrallison.com
jparsons@carrallison.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the above pleading on all counsel and/or parties listed below by placing a copy in the United States Mail and placing proper postage upon same, or by e-mail as appropriate:

*Counsel for BP Products North America, Inc. And BP America, Inc.*
John M. Johnson, Esq.
Adam K. Peck, Esq.
William H. Brooks, Esq.
Marchello D. Gray, Esq.
Lightfoot, Franklin & White, LLC
400 North 20th Street
Birmingham, AL 35203
(p) 205-581-0700
(f) 205-581-0758
jjohnson@lightfootlaw.com
apeck@lightfootlaw.com
wbrooks@lighhtfootlaw.com
Mgray@lightfootlaw.com

3

Richard C. Godfrewy, Esq.
John T. Hickey, Jr., Esq.
James Andrew Langan, Esq.
Wendy Bloom, Esq.
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
(p) 312-862-2000
(f) 312-862-2200

*Counsel for Transocean Deepwater, Inc. And Transocean Offshore Deepwater Drilling, Inc.*
Blane H. Crutchfield, Esq.
Douglas L. McCoy, Esq.
Hand Arendall, LLC
P. O. Box 123
Mobile, AL 36601
(p) 251-432-5511
(f) 251-964-6375
bcrutchfield@handarendall.com
dmccoy@handarendall.com

Donald E. Godwin, Esq.
Bruce W. Bowman, Jr., Esq.
Jenny L. Martinez, Esq.
Floyd R. Hartley, Esq.
Gavin E. Hill, Esq.
Godwin Ronquillo PC
1201 Elm Street, Ste. 1700
Dallas, TX 752700
(p) 214-939-4400
(f) 214-760-7332

*Counsel for Haliburton Energy Services, Inc.*
Robert Alan York, Esquire
Godwin Ronquillo PC
1331 Lamar, Ste. 1665
4 Houston Center
Houston, TX 77010
(P) 713-595-8300
(f) 713-425-7594

*Counsel for Cameron International Corporation*
David J. Beck, Esq.
Beck, Redden & Secrest, LLP
One Houston Center
1221 McKinney Street, Ste. 4500
Houston, TX 77010-2010
(p) 713-951-3700
(f) 713-951-3720
dbeck@brsfirm.com

A. Danner Frazer, Jr., Esq.
Ross A. Frazer, Esq.
Robert J. Mullican, Esq.
Frazer, Greene, Upchurch & Baker, LLC
104 Saint Francis Street, Ste. 800
Mobile, AL 36602
(p) 251-431-6020
(f) 251-431-6030
adf@frazergreene.com
raf@frazergreene.com
rjm@frazergreene.com

I hereby certify service on this the 7th day of December, 2011.

*/s/ Steven L. Nicholas*