UNITED STATES DISTRICT PANEL ON MULTIDISTRICT LITIGATION

IN RE OIL SPILL BY THE RIG "DEEPWATER HORIZON"
IN THE GULF OF MEXICO ON APRIL 20, 2010                    MDL No. 2179

---

ORDER ON
JOINT MOTION FOR PRO TANTO DISMISSAL WITH PREJUDICE OF DEFENDANTS CROWDERGULF JOINT VENTURE, L.L.P, WASTE MANAGEMENT NATIONAL SERVICES, INC., AND BALDWIN PORTABLE TOILETS AND SEPTIC TANKS, INC.

---

This matter having come before the Court on the Joint Motion for Pro Tanto Dismissal With Prejudice of Defendants CrowderGulf Joint Venture, L.L.P, Waste Management National Services, Inc., and Baldwin Portable Toilets and Septic Tanks, Inc., it is hereby:

ORDERED that said Motion is GRANTED.

Dated: _____.

_____
UNITED STATES DISTRICT COURT JUDGE