# Exhibit B

# CONFIDENTIAL AND TO BE FILED UNDER SEAL/MOTION PENDING