# Exhibit E



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010<br><br>Applies to: *All Cases* | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

## HALLIBURTON ENERGY SERVICES, INC.'S NINETEENTH PRIVILEGE LOG

Defendant Halliburton Energy Services, Inc. ("HESI") hereby submits its Nineteenth Privilege Log. Per Pre-Trial Order No. 14 [Docket 655], HESI is not required to identify post-April 20, 2010, communications exchanged between HESI and its counsel, or communications exchanged between or among counsel for Defendants. It is HESI's understanding that, subsequent to the issuance of Pre-Trial Order No. 14, the parties agreed that HESI is not required to identify expert communications. HESI does not believe that post April 20, 2010, consulting expert communications (those with no knowledge of the case either firsthand or in some way other than in consultation about the case) are discoverable. Rather, these communications are exempted from discovery altogether. Accordingly, HESI is not required to list such communications in its privilege log. Any information regarding consulting expert(s) provided herein is done so out of an abundance of caution and without waiving the foregoing position.

1756503 v1-24010/0002 DISCOVERY

Respectfully Submitted,

**GODWIN RONQUILLO PC**

**By:** /s/ *Donald E. Godwin*
Donald E. Godwin
*Attorney-in-charge*
State Bar No. 08056500
dgodwin@GodwinRonquillo.com
Bruce W. Bowman, Jr.
State Bar No. 02752000
bbowman@GodwinRonquillo.com
Jenny L. Martinez
State Bar No. 24013109
jmartinez@GodwinRonquillo.com
Floyd R. Hartley, Jr.
State Bar No. 00798242
fhartley@GodwinRonquillo.com
Gavin E. Hill
State Bar No.  00796756
ghill@GodwinRonquillo.com
Renaissance Tower
1201 Elm, Suite 1700
Dallas, Texas 75270-2041
Telephone: (214) 939-4400
Facsimile: (214) 760-7332
and

R. Alan York
State Bar No. 22167500
AYork@GodwinRonquillo.com
Jerry C. von Sternberg
State Bar No. 20618150
JVonSternberg@GodwinRonquillo.com
Misty Hataway-Coné
State Bar No. 24032277
MCone@GodwinRonquillo.com
1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone:  713.595.8300
Facsimile:  713.425.7594

**ATTORNEYS FOR DEFENDANT
HALLIBURTON ENERGY SERVICES, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing document, Halliburton Energy Services, Inc.'s Nineteenth Privilege Log, has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, on this 30th day of September, 2011.

                                    /s/    Donald E. Godwin            
                                   Donald E. Godwin

## HESI's NINETEENTH PRIVILEGE LOG

| No. | Date and Time | Description | Author | Recipient(s) | Privilege | Entire/ Redacted | HAL Bates Range for Redacted Documents & Attachments | Privileged Attachments |
|---|---|---|---|---|---|---|---|---|
| 1 | 5/6/2010 16:24 | Email communication with counsel, Bert Cornelison*, regarding the Joint Industry Task Force. | Ronald Sweatman | Thomas Roth; Mark Richard; Marc Edwards; Galen Cobb; Robert Moran; Bert Cornelison*; Anthony Badalamenti; Jacob Thomas; Mike Navarette; Hampton Fowler; Steve Broadaway | Attorney-Client | Redacted | HAL_1222198 to HAL_1222203 | No |
| 2 | 5/14/2010 12:02 | Email communication with counsel, Bert Cornelison*, Jeff Turner*, James Ferguson* and Stephanie Bragg*, regarding the Joint Industry Task Force. | Ronald Sweatman | Thomas Roth; Anthony Badalamenti; Christian Garcia; Robert Moran; James Bement; Bert Cornelison*; Cathy Mann; Marc Edwards; Jonathan Lewis; Jeff Turner*; Jeff Miller; Simon Turton; Galen Cobb; Mark Richard; James Ferguson*; Stephanie Bragg*; Teresa Wong; Jacob Thomas; Mike Navarette; Hampton Fowler | Attorney-Client | Redacted | HAL_1222334 to HAL_1222336 | No |
| 3 | 5/20/2010 11:01 | Email communication with counsel, Kelley Green*, regarding the Joint Industry Task Force. | Ronald Sweatman | Kelley Green* | Attorney-Client | Redacted | HAL_1222286 to HAL_1222290 | No |
| 4 | 5/20/2010 17:01 | Email communication with counsel, Bert Cornelison*, Jeff Turner*, James Ferguson*, Stephanie Bragg*, Christina Ibrahim* and Kelley Green* regarding draft industry recommendations. | Ronald Sweatman | Thomas Roth; Anthony Badalamenti; Christian Garcia; Robert Moran; James Bement; Bert Cornelison*; Cathy Mann; Marc Edwards; Jonathan Lewis; Jeff Turner*; Jeff Miller; Simon Turton; Galen Cobb; Mark Richard; James Ferguson*; Stephanie Bragg*; Teresa Wong; Christina Ibrahim*; Kelley Green*; Mike Navarette; Hampton Fowler; Jacob Thomas | Attorney-Client | Redacted | HAL_1222297 to HAL_1222313 | No |
| 5 | 5/21/10 10:01 | Email with counsel, Bert Cornelison* Jeff Turner*, James Ferguson*, Stephanie Bragg*, Christina Ibrahim*, and Kelley Green* regarding draft industry recommendations. | Ronald Sweatman | Thomas Roth; Anthony Badalamenti; Christian Garcia; Robert Moran; James Bement; Bert Cornelison*; Cathy Mann; Marc Edwards; Jonathan Lewis; Jeff Turner*; Jeff Miller; Simon Turton; Galen Cobb; Mark Richard; James Ferguson*; Stephanie Bragg*; Teresa Wong; Christina Ibrahim*; Kelley Green*; Mike Navarette; Hampton Fowler; Jacob Thomas | Attorney-Client | Redacted | HAL_1222823 | No |
| 6 | 5/27/2010 15:59 | Email communication with counsel, Bert Cornelison*, James Ferguson*, Jeff Turner*, and Stephanie Bragg* regarding information relating to the Deepwater Horizon matter. | Robert Moran | Anthony Badalamenti; Bert Cornelison*; Bill Brelih; Cathy Mann; Fred Ratliff; Galen Cobb; Gary Godwin; James Bement; James Ferguson*; Jeff Miller; Jeff Turner*; Jessica Williams; John Gisclair; Jonathan Lewis; Liz Schimmel*; Marc Edwards; Mark Richard; Merv Swan; Richard Vargo; Robert Moran; Ronald Sweatman; Stacia Dickson; Stephanie Bragg*; Teresa Wong; Thomas Roth; Tony Angelle | Attorney-Client | Redacted | HAL_1222282 to HAL_1222285 | No |

| No. | Date and Time | Description | Author | Recipient(s) | Privilege | Entire/ Redacted | HAL Bates Range for Redacted Documents & Attachments | Privileged Attachments |
|---|---|---|---|---|---|---|---|---|
| 7 | 5/28/2010 12:50 | Email communication with counsel, Bert Cornelison*, James Ferguson*, Jeffrey Turner*, and Stephanie Bragg* regarding draft DOI recommendations relating to the Deepwater Horizon matter. | Robert Moran | Anthony Badalamenti; Bert Cornelison*; Bill Brelih; Cathy Mann; Fred Ratliff*; Galen Cobb; Gary Godwin; James Bement; James Ferguson*; Jeff Miller; Jeff Turner*; Jessica Williams; John Gisclair; Jonathan Lewis; Liz Schimmel; Marc Edwards; Mark Richard; Merv Swan; Richard Vargo; Robert Moran; Ronald Sweatman; Stacia Dickson; Stephanie Bragg*; Teresa Wong; Thomas Roth; Tony Angelle | Attorney-Client | Redacted | HAL_1221891 to HAL_1221940 | No |
| 8 | 5/28/2010 16:15 | Email communication with counsel, Bert Cornelison*, Jeff Turner*, James Ferguson*, Stephanie Bragg*, Christina Ibrahim*; and Kelley Green* regarding industry task force recommendations. | Ronald Sweatman | Thomas Roth; Anthony Badalamenti; Christian Garcia; Robert Moran; James Bement; Bert Cornelison*; Cathy Mann; Marc Edwards; Jonathan Lewis; Jeff Turner*; Jeff Miller; Simon Turton; Galen Cobb; Mark Richard; James Ferguson*; Stephanie Bragg*; Teresa Wong; Christina Ibrahim*; Kelley Green*; Mike Navarette; Jacob Thomas; Hampton Fowler | Attorney-Client | Redacted | HAL_1222496 to HAL_1222544 | No |
| 9 | 6/2/2010 9:46 | Email communication with counsel, Bert Cornelison*, James Ferguson*, Jeff Turner* and Stephanie Bragg* regarding information relating to the Deepwater Horizon matter. | Robert Moran | Heather Granzin; Anthony Badalamenti; Bert Cornelison*; Bill Brelih; Cathy Mann; Fred Ratliff*; Galen Cobb; Gary Godwin; James Bement; James Ferguson*; Jeff Miller; Jeff Turner*; Jessica Williams; John Gisclair; Jonathan Lewis; Liz Schimmel; Marc Edwards; Mark Richard; Merv Swan; Richard Vargo; Robert Moran; Ronald Sweatman; Stacia Dickson; Stephanie Bragg*; Teresa Wong; Thomas Roth; Tony Angelle | Attorney-Client | Redacted | HAL_1221873 to HAL_1221890 | No |

| No. | Date and Time | Description | Author | Recipient(s) | Privilege | Entire/ Redacted | HAL Bates Range for Redacted Documents & Attachments | Privileged Attachments |
|---|---|---|---|---|---|---|---|---|
| 10 | 6/2/10 12:56 | Email communication with counsel, Bert Cornelison*, James Ferguson*, Jeff Turner* and Stephanie Bragg*, regarding information related to the Deepwater Horizon matter. | Robert Moran | Heather Granzin; Anthony Badalamenti; Bert Cornelison*; Bill Breilh; Cathy Mann; Fred Ratliff*; Galen Cobb; Gary Godwin; James Bement; James Ferguson*; Jeff Miller; Jeff Turner*; Jessica Williams; John Gisclair; Jonathan Lewis; Liz Schimmel; Marc Edwards; Mark Richard; Merv Swan; Richard Vargo; Robert Moran; Ronald Sweatman; Stacia Dickson; Stephanie Bragg*; Teresa Wong; Thomas Roth; Tony Angelle | Attorney-Client | Redacted | HAL_1222780 to HAL_1222797 | No |
| 11 | 6/5/2010 13:19 | Email communication with counsel, Bert Cornelison*, Jeff Turner*, James Ferguson*, Stephanie Bragg*, Christina Ibrahim*, and Kelley Green* regarding DOI recommendations. | Ronald Sweatman | Thomas Roth; Anthony Badalamenti; Christian Garcia; Robert Moran; James Bement; Bert Cornelison*; Cathy Mann; Marc Edwards; Jonathan Lewis; Jeff Turner*; Jeff Miller; Simon Turton; Galen Cobb; Mark Richard; James Ferguson*; Stephanie Bragg*; Teresa Wong; Christina Ibrahim*; Kelley Green* | Attorney-Client | Redacted | HAL_1222208 to HAL_1222256 | No |
| 12 | 6/5/10 13:54 | Email communication with counsel, Bert Cornelison*, Jeff Turner*, James Ferguson*, Stephanie Bragg*, Christina Ibrahim*, and Kelley Green*, regarding DOI industry recommendations. | Ronald Sweatman | Thomas Roth; Anthony Badalamenti; Christian Garcia; Robert Moran; James Bement; Bert Cornelison*; Cathy Mann; Marc Edwards; Jonathan Lewis; Jeff Turner*; Jeff Miller; Simon Turton; Galen Cobb; Mark Richard; James Ferguson*; Stephanie Bragg*; Teresa Wong; Christina Ibrahim*; Kelley Green* | Attorney-Client | Redacted | HAL_1222842 to HAL_1222890 | No |
| 13 | 6/9/2010 12:12 | Email communication with counsel, Bert Cornelison*, James Ferguson*, Jeff Turner*, and Stephanie Bragg* regarding information relating to the Deepwater Horizon matter. | Robert Moran | Anthony Badalamenti; Bert Cornelison*; Bill Breilh; Bill Henn; Cathy Mann; David Adams; Fred Ratliff; Galen Cobb; Gary Godwin; James Bement; James Ferguson*; Jeff Miller; Jeff Turner*; Jessica Williams; John Gisclair; Jonathan Lewis; Liz Schimmel; Marc Edwards; Mark Richard; Merv Swan; Richard Vaclavik; Richard Vargo; Rick Grisinger; Robert Moran; Ron Shuman; Ronald Sweatman; Stacia Dickson; Stephanie Bragg*; Steve London; Steve Young; Susan Ponce; Teresa Wong; Thomas Roth; Tony Angelle | Attorney-Client; Work Product | Redacted | HAL_1221866 to HAL_1221868 | No |
| 14 | 6/10/2010 18:47 | Email communication prepared in anticipation of litigation relating to the Deepwater Horizon matter. | Gary Keene | Ronald Sweatman | Work Product | Entire | N/A | No |
| 15 | 6/14/2010 14:39 | Email communication with counsel, Bert Cornelison*, James Ferguson*, Jeff Turner*, Stephanie Bragg*, Christina Ibrahim* and Kelley Green*, regarding draft industry recommendations. | Ronald Sweatman | Thomas Roth; Anthony Badalamenti; Christian Garcia; Robert Moran; James Bement; Bert Cornelison*; Cathy Mann; Marc Edwards; Jonathan Lewis; Jeff Turner*; Jeff Miller; Simon Turton; Galen Cobb; Mark Richard; James Ferguson*; Stephanie Bragg*; Teresa Wong; Christina Ibrahim*; Kelley Green*; Gene Minnich; Merv Swan; Gary Godwin; Michael Mellen; Robert Mitchell | Attorney-Client | Redacted | HAL_1221869 to HAL_1221872 | No |

| No. | Date and Time | Description | Author | Recipient(s) | Privilege | Entire/ Redacted | HAL Bates Range for Redacted Documents & Attachments | Privileged Attachments |
|---|---|---|---|---|---|---|---|---|
| 16 | 6/14/2010 20:32 | Email communication with counsel, Stephanie Bragg* and Jeff Turner* regarding information relating to the Deepwater Horizon matter in preparation of Congressional hearings and litigation. | Thomas Roth | Jeff Tuner*; Stephanie Bragg*; Ronald Sweatman | Attorney-Client, Work Product | Redacted | HAL_1222337 to HAL_1222339 | No |
| 17 | 6/17/2010 13:22 | Email communication relating to the Deepwater Horizon matter prepared in anticipation of litigation. | Ronald Sweatman | Ronnie Faul; Connie Glover | Work Product | Entire | N/A | No |
| 18 | 6/18/2010 18:56 | Email communication relating to the Deepwater Horizon matter prepared in anticipation of litigation. | Ronald Sweatman | Ronnie Faul; Gary Keene | Work Product | Entire | N/A | No |
| 19 | 6/21/2010 17:14 | Email communication with counsel Bert Cornelison*, Jeff Turner*, James Ferguson*, Stephanie Bragg*, Christina Ibrahim*, and Kelley Green* regarding Joint Industry Task Force. | Ronald Sweatman | Thomas Roth; Anthony Badalamenti; Christian Garcia; Robert Moran; James Bement; Bert Cornelison*; Cathy Mann; Marc Edwards; Jonathan Lewis; Jeff Turner*; Jeff Miller; Simon Turton; Galen Cobb; Mark Richard; James Ferguson*; Stephanie Bragg*; Teresa Wong; Christina Ibrahim*; Kelley Green*; Gene Minnich; Merv Swan; Gary Godwin; Michael Mellen; Robert Mitchell | Attorney-Client | Redacted | HAL_1221945 to HAL_1221946 | No |
| 20 | 6/21/2010 17:14 | Email communication with counsel Bert Cornelison*, Jeff Turner*, James Ferguson*, Stephanie Bragg*, Christina Ibrahim*, and Kelley Green* regarding Joint Industry Task Force. | Ronald Sweatman | Thomas Roth; Anthony Badalamenti; Christian Garcia; Robert Moran; James Bement; Bert Cornelison*; Cathy Mann; Marc Edwards; Jonathan Lewis; Jeff Turner*; Jeff Miller; Simon Turton; Galen Cobb; Mark Richard; James Ferguson*; Stephanie Bragg*; Teresa Wong; Christina Ibrahim*; Kelley Green*; Gene Minnich; Merv Swan; Gary Godwin; Michael Mellen; Robert Mitchell | Attorney-Client | Redacted | HAL_1221947 to HAL_1221949 | No |
| 21 | 6/21/10 17:14 | Email communication with counsel, Bert Cornelison*, Jeff Turner*, James Ferguson*, Stephanie Bragg*, Christina Ibrahim*, and Kelley Green*, regarding Joint Industry Task Force update. | Ronald Sweatman | Thomas Roth; Anthony Badalamenti; Christian Garcia; Robert Moran; James Bement; Bert Cornelison*; Cathy Mann; Marc Edwards; Jonathan Lewis; Jeff Turner*; Jeff Miller; Simon Turton; Galen Cobb; Mark Richard; James Ferguson*; Stephanie Bragg*; Teresa Wong; Christina Ibrahim*; Kelley Green*; Gene Minnich; Merv Swan; Gary Godwin; Michael Mellen; Robert Mitchell | Attorney-Client | Redacted | HAL_1222827 to HAL_1222829 | No |
| 22 | 6/24/2010 20:18 | Email communication with counsel, Bert Cornelison*, Jeff Turner*, James Ferguson*, Stephanie Bragg*, Christina Ibrahim* and Kelley Green* regarding industry task force issues. | Ronald Sweatman | Thomas Roth; Anthony Badalamenti; Christian Garcia; Robert Moran; James Bement; Bert Cornelison*; Cathy Mann; Marc Edwards; Jonathan Lewis; Jeff Turner*; Jeff Miller; Simon Turton; Galen Cobb; Mark Richard; James Ferguson*; Stephanie Bragg*; Teresa Wong; Christina Ibrahim*; Kelley Green*; Gene Minnich; Merv Swan; Gary Godwin; Michael Mellen; Robert Mitchell | Attorney-Client | Redacted | HAL_1222480 to HAL_1222482 | No |

| No. | Date and Time | Description | Author | Recipient(s) | Privilege | Entire/ Redacted | HAL Bates Range for Redacted Documents & Attachments | Privileged Attachments |
|---|---|---|---|---|---|---|---|---|
| 23 | 6/27/2010 20:07 | Email communication with counsel, Bert Cornelison*, Jeff Turner*, James Ferguson*, Stephanie Bragg*, Christina Ibrahim*, Kelley Green* and John Deering*, regarding industry regulations. | Ronald Sweatman | Thomas Roth; Anthony Badalamenti; Christian Garcia; Robert Moran; James Bement; Bert Cornelison*; Cathy Mann; Marc Edwards; Jonathan Lewis; Jeff Turner*; Jeff Miller; Simon Turton; Galen Cobb; Mark Richard; James Ferguson*; Stephanie Bragg*; Teresa Wong; Christina Ibrahim*; Kelley Green*; Gene Minnich; Merv Swan; Gary Godwin; Michael Mellen; Robert Mitchell; Mark Brocklehurst; John Deering* | Attorney-Client | Redacted | HAL_1222658 to HAL_1222671 | No |
| 24 | 7/1/2010 10:50 | Email communication reflecting advice of counsel. | Glenn McColpin | Ronald Sweatman | Attorney-Client | Entire | N/A | Yes |
| 25 | 7/1/2010 15:04 | Email communication with counsel, Bert Cornelison*, Jeff Turner*, James Ferguson*, Stephanie Bragg*, Christina Ibrahim*, Kelley Green* and John Deering* regarding Joint industry Task Force. | Ronald Sweatman | Thomas Roth; Anthony Badalamenti; Christian Garcia; Robert Moran; James Bement; Bert Cornelison*; Cathy Mann; Marc Edwards; Jonathan Lewis; Jeff Turner*; Jeff Miller; Simon Turton; Galen Cobb; Mark Richard; James Ferguson*; Stephanie Bragg*; Teresa Wong; Christina Ibrahim*; Kelley Green*; Gene Minnich; Merv Swan; Gary Godwin; Michael Mellen; Robert Mitchell; Mark Brocklehurst; John Deering*; Duncan Junor; William Standifird | Attorney-Client | Redacted | HAL_1222204 to HAL_1222207 | No |
| 26 | 7/1/2010 15:04 | Email communication with counsel, Bert Cornelison*, Jeff Turner*, James Ferguson*, Stephanie Bragg*, Christina Ibrahim*, Kelley Green* and John Deering* regarding Joint Industry Task Force update. | Ronald Sweatman | Thomas Roth; Anthony Badalamenti; Christian Garcia; Robert Moran; James Bement; Bert Cornelison*; Cathy Mann; Marc Edwards; Jonathan Lewis; Jeff Turner*; Jeff Miller; Simon Turton; Galen Cobb; Mark Richard; James Ferguson*; Stephanie Bragg*; Teresa Wong; Christina Ibrahim*; Kelley Green*; Gene Minnich; Merv Swan; Gary Godwin; Michael Mellen; Robert Mitchell; Mark Brocklehurst; John Deering*; Duncan Junor; William Standifird | Attorney-Client | Redacted | HAL_1222744 to HAL_1222747 | No |
| 27 | 7/1/2010 16:32 | Email communication with counsel, Bert Cornelison*, James Ferguson*, Jeff Turner*, Stephanie Bragg* and Susan Ponce* regarding draft regulation relating to the Deepwater Horizon matter. | Robert Moran | Tim Probert; Anthony Badalamenti; Bert Cornelison*; Bill Brelih; Bill Henn; Cathy Mann; David Adams; Fred Ratliff; Galen Cobb; Gary Godwin; James Bement; James Ferguson*; Jeff Miller; Jeff Turner*; Jessica Williams; John Gisclair; Jonathan Lewis; Liz Schimmel; Marc Edwards; Mark Richard; Merv Swan; Richard Vaclavik; Richard Vargo; Rick Grisinger; Robert Moran; Ron Shuman; Ronald Sweatman; Stacia Dickson; Stephanie Bragg*; Steve London; Steve Young; Susan Ponce*; Teresa Wong; Thomas Roth; Tony Angelle | Attorney-Client | Redacted | HAL_1222296 | No |

| No. | Date and Time | Description | Author | Recipient(s) | Privilege | Entire/ Redacted | HAL Bates Range for Redacted Documents & Attachments | Privileged Attachments |
|---|---|---|---|---|---|---|---|---|
| 28 | 7/2/2010 12:03 | Email communication with counsel, Bert Cornelison*, Jeff Turner*, James Ferguson*, Stephanie Bragg*, Christina Ibrahim*, Kelley Green* and John Deering*, regarding industry regulations. | Ronald Sweatman | Thomas Roth; Anthony Badalamenti; Christian Garcia; Robert Moran; James Bement; Bert Cornelison*; Cathy Mann; Marc Edwards; Jonathan Lewis; Jeff Turner*; Jeff Miller; Simon Turton; Galen Cobb; Mark Richard; James Ferguson*; Stephanie Bragg*; Teresa Wong; Christina Ibrahim*; Kelley Green*; Gene Minnich; Merv Swan; Gary Godwin; Michael Mellen; Robert Mitchell; Mark Brocklehurst; John Deering*; Duncan Junor; William Standifird; Grant Roscoe; Paul Osborne; Jesse Gagliano; George Fuller; Mike Navarette; Hampton Fowler; Jacob Thomas; Richard Vargo; Ronnie Faul | Attorney-Client | Redacted | HAL_1222492 to HAL_1222495 | No |
| 29 | 7/7/2010 16:43 | Email communication with counsel, Stephanie Bragg*, regarding draft presentation. | Stephanie Bragg* | Ronald Sweatman | Attorney-Client | Redacted | HAL_1222487 to HAL_1222491 | No |
| 30 | 7/7/2010 16:43 | Email communication with counsel, Stephanie Bragg*, regarding draft presentation. | Stephanie Bragg* | Ronald Sweatman | Attorney-Client | Redacted | HAL_1222749 to HAL_1222752 | No |
| 31 | 7/11/10 17:42 | Email communication with counsel, Bert Cornelison*, Jeff Turner*, James Ferguson*, Stephanie Bragg*, Christina Ibrahim*, Kelley Green*, and John Deering* regarding industry recommendations. | Ronald Sweatman | Thomas Roth; Anthony Badalamenti; Christian Garcia; Robert Moran; James Bement; Bert Cornelison*; Cathy Mann; Marc Edwards; Jonathan Lewis; Jeff Turner*; Jeff Miller; Simon Turton; Galen Cobb; Mark Richard; James Ferguson*; Stephanie Bragg*; Teresa Wong; Christina Ibrahim*; Kelley Green*; Gene Minnich; Merv Swan; Gary Godwin; Michael Mellen; Robert Mitchell; Mark Brocklehurst; John Deering*; Duncan Junor; William Standifird | Attorney-Client | Redacted | HAL_1222824 to HAL_1222826 | No |
| 32 | 7/11/2010 19:19 | Email communication with counsel, Bert Cornelison*, Jeff Turner*, James Ferguson*, Stephanie Bragg*, Christina Ibrahim*, Kelley Green*, and John Deering* regarding draft industry recommendations. | Ronald Sweatman | Thomas Roth; Anthony Badalamenti; Christian Garcia; Robert Moran; James Bement; Bert Cornelison*; Cathy Mann; Marc Edwards; Jonathan Lewis; Jeff Turner*; Jeff Miller; Simon Turton; Galen Cobb; Mark Richard; James Ferguson*; Stephanie Bragg*; Teresa Wong; Christina Ibrahim*; Kelley Green*; Gene Minnich; Merv Swan; Gary Godwin; Michael Mellen; Robert Mitchell; Mark Brocklehurst; John Deering*; Duncan Junor; William Standifird | Attorney-Client | Redacted | HAL_1222483 to HAL_1222486 | No |
| 33 | 7/20/2010 15:54 | Email communication reflecting legal advice of counsel. | Ronald Sweatman | Robert Mitchell | Attorney-Client | Entire | N/A | Yes |
| 34 | 7/21/2010 4:11 | Draft document reflecting legal advice of counsel. | Ronald Sweatman | Robert Mitchell | Attorney-Client | Entire | N/A | No |
| 35 | 7/21/2010 10:35 | Email communication relaying draft patent invention disclosure reflecting legal advice of counsel. | Robert Mitchell | Ronald Sweatman | Attorney-Client | Entire | N/A | Yes |

| No. | Date and Time | Description | Author | Recipient(s) | Privilege | Entire/ Redacted | HAL Bates Range for Redacted Documents & Attachments | Privileged Attachments |
|---|---|---|---|---|---|---|---|---|
| 36 | 7/23/2010 14:15 | Email communication reflecting legal advice of counsel. | Robert Mitchell | Ronald Sweatman | Attorney-Client | Entire | N/A | Yes |
| 37 | 7/26/10 14:33 | Email communication with counsel, Stephanie Bragg*, regarding industry conference. | Ronald Sweatman | Stephanie Bragg*; Sheila Le Blanc | Attorney-Client | Redacted | HAL_1222830 to HAL_1222840 | No |
| 38 | 7/29/2010 17:47 | Email communication with counsel, Stephanie Bragg*, regarding draft presentation. | Stephanie Bragg* | Ronald Sweatman; Sheila Le Blanc | Attorney-Client | Redacted | HAL_1222654 to HAL_1222657 | No |
| 39 | 7/29/2010 18:01 | Email communication with counsel, Stephanie Bragg*, regarding draft presentation. | Stephanie Bragg* | Ronald Sweatman; Sheila Le Blanc | Attorney-Client | Redacted | HAL_1222279 to HAL_1222281 | No |
| 40 | 7/29/2010 18:19 | Email communication with counsel, Bert Cornelison*, Jeff Turner*, James Ferguson*, Stephanie Bragg*, Christina Ibrahim*, Kelley Green*, and John Deering* regarding joint industry conference relating to the Deepwater Horizon matter. | Ronald Sweatman | Thomas Roth; Anthony Badalamenti; Christian Garcia; Robert Moran; James Bement; Bert Cornelison*; Cathy Mann; Marc Edwards; Jonathan Lewis; Jeff Turner*; Jeff Miller; Simon Turton; Galen Cobb; Mark Richard; James Ferguson*; Stephanie Bragg*; Teresa Wong; Christina Ibrahim*; Kelley Green*; Gene Minnich; Merv Swan; Gary Godwin; Michael Mellen; Robert Mitchell; Mark Brocklehurst; John Deering*; Duncan Junor; William Standifird; Grant Roscoe; Paul Osborne; Jesse Gagliano; George Fuller; Mike Navarette; Hampton Fowler; Jacob Thomas; Richard Vargo; Ronnie Faul; Glenn McColpin; Ralph Priester; Roland Chemali; Randy Lovorn; Javier Fadul; Daniel Dorffer; Eric Davis; William Roadarmel; Derrick Lewis; Scot Evans; Paul Koeller; Don Meidinger; Curtis Wendler; Ron Hyden; Joe Sandy; Greg Powers; David Hinz; Billy Hendricks; Bill Sanstrom; John Gisclair; David Braquet; Mark Proett; Dennis May; Marty Paulk; Eric Carre; Nick Braley; Michael Bittar; Chip Miller; Steve Zannoni; Dan Gleitman; Brad Selsor | Attorney-Client | Redacted | HAL_1222314 to HAL_1222333 | No |
| 41 | 7/30/2010 11:32 | Email communication with counsel, Bert Cornelison*, Jeff Turner*, James Ferguson*, Stephanie Bragg*, Christina Ibrahim*, Kelley Green*, and John Deering*, regarding joint industry committees requests for publications. | Dan Gleitman | Paul Rodney; Ken Ma; Rick Covington; Rick Hay; Ralph Priester; Rory Daussin; Gary Weaver; Javier Fadul; Steve Almond; Shayne Phillips; Argie Seals; Ronald Sweatman | Attorney-Client, Work Product | Redacted | HAL_1222798 to HAL_1222817 | No |
| 42 | 7/30/2010 14:45 | Email communication with counsel, Stephanie Bragg*, regarding draft presentation. | Ronald Sweatman | Michele Moren; Sheila Le Blanc; Stephanie Bragg*; Hampton Fowler; Mike Navarette; Jacob Thomas | Attorney-Client | Redacted | HAL_1222266 to HAL_1222278 | No |
| 43 | 7/31/2010 14:01 | Email communication with counsel, Clive Menezes*, regarding intellectual property issues. | Ronald Chemali | Ronald Sweatman; James Bement; George Sutherland; Rick Russell; Michael Bittar; Ron Dirksen; Clive Menezes* | Attorney-Client | Redacted | HAL_1222759 to HAL_1222779 | No |

| No. | Date and Time | Description | Author | Recipient(s) | Privilege | Entire/ Redacted | HAL Bates Range for Redacted Documents & Attachments | Privileged Attachments |
|---|---|---|---|---|---|---|---|---|
| 44 | 8/1/2010 19:02 | Email communication with counsel, Clive Menezes*, Bert Cornelison, Jeff Turner*, Stephanie Bragg*, Christina Ibrahim*, Kelley Green* and James Ferguson, regarding joint industry committee requests for publications. | Ronald Sweatman | Roland Chemali; James Bement; George Sutherland; Rick Russell; Michael Bittar; Ron Dirksen; Clive Menezes*; Dan Gleitman | Attorney-Client | Redacted | HAL_1222475 to HAL_1222479 | No |
| 45 | 8/1/2010 19:19 | Email communication relaying communication with counsel, Bert Cornelison*, Jeff Turner*, James Ferguson*, Stephanie Bragg*, Christina Ibrahim*, Kelley Green*, and John Deering* regarding intellectual property issues. | Ronald Sweatman | William Standifird | Attorney-Client | Redacted | HAL_1222291 to HAL_1222295 | No |
| 46 | 8/2/10 20:05 | Email communication relaying communication with counsel, Bert Cornelison*, Jeff Turner*, James Ferguson*, Stephanie Bragg*, Kelley Green*, and John Deering*, regarding joint industry committees requests for publications. | Ronald Sweatman | William Standifird | Attorney-Client | Redacted | HAL_1222753 to HAL_1222758 | No |
| 47 | 8/3/2010 6:35 | Email communication with counsel, Bert Cornelison*, James Ferguson*, Jeff Turner*, Christina Ibrahim*, Kelly Green*, and John Deering* regarding joint industry committees requests for publications. | Ronald Sweatman | Thomas Roth; Anthony Badalamenti; Christian Garcia; Robert Moran; James Bement; Bert Cornelison*; Cathy Mann; Marc Edwards; Jonathan Lewis; Jeff Turner*; Jeff Miller; Simon Turton; Galen Cobb; Mark Richard; James Ferguson*; Stephanie Bragg*; Teresa Wong; Christina Ibrahim*; Kelley Green*; Gene Minnich; Merv Swan; Gary Godwin; Michael Mellen; Robert Mitchell; Mark Brocklehurst; John Deering*; Duncan Junor; William Standifird; Grant Roscoe; Paul Osborne; Jesse Gagliano; George Fuller; Mike Navarette; Hampton Fowler; Jacob Thomas - PO; Richard Vargo; Ronnie Faul; Glenn McColpin; Ralph Priester; Roland Chemali; Randy Lovorn; Javier Fadul; Daniel Dorffer; Eric Davis; William Roadarmel; Derrick Lewis; Scot Evans; Paul Koeller; Don Meidinger; Curtis Wendler; Ron Hyden; Joe Sandy; Greg Powers; David Hinz; Billy Hendricks; Bill Sanstrom; John Gisclair; David Braquet; Mark Proett; Dennis May; Marty Paulk; Eric Carre; Nick Braley; Michael Bittar; Chip Miller; Steve Zannoni; Dan Gleitman; Brad Selsor | Attorney-Client | Redacted | HAL_1221941 to HAL_1221944 | No |

| No. | Date and Time | Description | Author | Recipient(s) | Privilege | Entire/ Redacted | HAL Bates Range for Redacted Documents & Attachments | Privileged Attachments |
|---|---|---|---|---|---|---|---|---|
| 48 | 8/3/2010 10:00 | Email communication relaying communication with counsel, Bert Cornelison*, Jeff Turner*, Stephanie Bragg*, Christina Ibrahim*, James Ferguson*, and Kelley Green*, regarding joint industry committees requests for publications. | Ronald Sweatman | Jonathan Lewis | Attorney-Client | Redacted | HAL_1222451 to HAL_1222474 | Yes |
| 49 | 8/11/2010 14:07 | Email communication with counsel, Bert Cornelison*, Jeff Turner*, James Ferguson*, Stephanie Bragg*, Christina Ibrahim*, Kelley Green* and John Deering* regarding joint industry task force recommendations. | Ronald Sweatman | Thomas Roth; Anthony Badalamenti; Christian Garcia; Robert Moran; James Bement; Bert Cornelison*; Cathy Mann; Marc Edwards; Jonathan Lewis; Jeff Turner*; Jeff Miller; Simon Turton; Galen Cobb; Mark Richard; James Ferguson*; Stephanie Bragg*; Teresa Wong; Christina Ibrahim*; Kelley Green*; Gene Minnich; Merv Swan; Gary Godwin; Michael Mellen; Robert Mitchell; Mark Brocklehurst; John Deering*; Duncan Junor; William Standifird; Grant Roscoe; Paul Osborne; Jesse Gagliano; George Fuller; Mike Navarette; Hampton Fowler; Jacob Thomas; Richard Vargo; Ronnie Faul; Glenn McColpin; Ralph Priester; Roland Chemali; Randy Lovorn; Javier Fadul; Daniel Dorffer; Eric Davis; William Roadarmel; Derrick Lewis; Scot Evans; Paul Koeller; Don Meidinger; Curtis Wendler; Ron Hyden; Joe Sandy; Greg Powers; David Hinz; Billy Hendricks; Bill Sanstrom; John Gisdair; David Braquet; Mark Proett; Dennis May; Marty Paulk; Eric Carre; Nick Braley; Michael Bittar; Chip Miller; Steve Zannoni; Dan Gleitman; Brad Selsor | Attorney-Client | Redacted | HAL_1222257 to HAL_1222265 | No |
| 50 | 8/11/10 23:44 | Email communication with counsel, Stephanie Bragg*, regarding draft presentation. | Ronald Sweatman | Michele Moren; Stephanie Bragg*; Sheila Le Blanc; Hampton Fowler | Attorney-Client, Work Product | Redacted | HAL_1222841 | Yes |
| 51 | 9/22/10 15:04 | Email communication with counsel, John Deering*, regarding publications. | Ronald Sweatman | Jesse Gagliano; Sally Charpiot; John Deering*; John Jennings | Attorney-Client | Redacted | HAL_1222748 | No |
| 52 | 9/23/10 17:34 | Email communication with counsel, John Deering*, regarding draft industry recommendations. | Ronald Sweatman | William Standifird; Jeff Miller; Duncan Junor; Robert Moran; John Deering* | Attorney-Client | Redacted | HAL_1222891 to HAL_1222895 | No |

| No. | Date and Time | Description | Author | Recipient(s) | Privilege | Entire/ Redacted | HAL Bates Range for Redacted Documents & Attachments | Privileged Attachments |
|---|---|---|---|---|---|---|---|---|
| 53 | 9/30/10 19:15 | Email communication with counsel, Bert Cornelison*, James Ferguson*, Jeff Turner*, and Stephanie Bragg*, regarding industry regulations. | Robert Moran | Anthony Badalamenti; Bert Cornelison*; Bill Brelih; Bill Henn; Cathy Mann; Charles Kendrick; David Adams; Dennis May; Fred Ratliff; Galen Cobb; Gary Godwin; James Bement; James Ferguson*; Jeff Miller; Jeffrey L. Turner*; Jim Marque; John Gisclair; Jonathan Lewis; Kerry Steele; Liz Schimmel*; Marc Edwards; Mark Richard; Merv Swan; Rebound; Richard Byrnes; Richard Vaclavik; Richard Vargo; Rick Grisinger; Robert Moran; Robert Siffert; Ron Shuman; Ronald Sweatman; Stacia Dickson*; Stephanie Bragg*; Steve London; Steve Matthews; Steve Young; Susan Ponce*; Teresa Wong; Thomas Roth; Tony Angelle | Attorney-Client | Redacted | HAL_1222818 to HAL_1222822 | No |
| 54 | 10/7/2010 15:45 | Email communication with counsel, Bert Cornelison*, James Ferguson*, Jeff Turner*, and Stephanie Bragg*, regarding industry regulations. | Robert Moran | Anthony Badalamenti; Bert Cornelison*; Bill Brelih; Bill Henn; Cathy Mann; Charles Kendrick; David Adams; Dennis May; Fred Ratliff; Galen Cobb; Gary Godwin; James Bement; James Ferguson*; Jeff Miller; Jeffrey L. Turner*; Jim Marque; John Gisclair; Jonathan Lewis; Kerry Steele; Liz Schimmel*; Marc Edwards; Mark Richard; Merv Swan; Rebound; Richard Byrnes; Richard Vaclavik; Richard Vargo; Rick Grisinger; Robert Moran; Robert Siffert; Ron Shuman; Ronald Sweatman; Stacia Dickson*; Stephanie Bragg*; Steve London; Steve Matthews; Steve Young; Susan Ponce; Teresa Wong; Thomas Roth; Tony Angelle | Attorney-Client | Redacted | HAL_1221950 to HAL_1222197 | No |
| 55 | 10/12/2010 14:01 | Email communication with counsel, Kelley Green* and Stephanie Bragg* regarding draft industry recommendations. | Ronald Sweatman | Robert Moran; William Standfifrd; Anthony Badalamenti; Thomas Roth; Simon Turton; Kelley Green*; Stephanie Bragg*; Jeff Miller; Daniel Dorffer; Chip Miller; Jacob Thomas; Mike Navarette; Hampton Fowler | Attorney-Client | Redacted | HAL_1222672 to HAL_1222743 | No |
| 56 | 9/15/10 5:21 | Draft presentation relating to the Deepwater Horizon matter prepared at the direction of counsel in preparation for Congressional hearings. | N/A | Anthony Badalamenti | Work Product | Entire | N/A | No |
| 57 | 8/25/10 15:42 | Draft responses to Congressional requests for information prepared at the direction of counsel relating to the Deepwater Horizon matter. | N/A | Anthony Badalamenti | Work Product | Entire | N/A | No |
| 58 | 10/3/10 7:48 | Draft notes prepared at the direction of counsel relating to the Deepwater Horizon matter in preparation of National Academies hearing. | N/A | Anthony Badalamenti | Work Product | Entire | N/A | No |

| No. | Date and Time | Description | Author | Recipient(s) | Privilege | Entire/ Redacted | HAL Bates Range for Redacted Documents & Attachments | Privileged Attachments |
|---|---|---|---|---|---|---|---|---|
| 59 | 8/9/2010 14:44 | Draft presentation prepared at the direction of counsel and reflecting communications with counsel relating to the Deepwater Horizon matter. | N/A | Anthony Badalamenti | Attorney-Client; Work Product | Entire | N/A | No |
| 60 | 6/3/2010 7:01 | Draft responses to Congressional requests for information prepared at the direction of counsel relating to the Deepwater Horizon matter. | N/A | Anthony Badalamenti | Work Product | Entire | N/A | No |