# Exhibit G

# CONFIDENTIAL AND TO BE FILED UNDER SEAL/MOTION PENDING