# Exhibit H

**From**: Martinez, Jenny [mailto:JMartinez@GodwinRonquillo.com]
**Sent**: Tuesday, October 04, 2011 05:02 PM
**To**: Sally_Shushan@laed.uscourts.gov <Sally_Shushan@laed.uscourts.gov>; Mike_OKeefe@laed.uscourts.gov <Mike_OKeefe@laed.uscourts.gov>
**Cc**: dgodwin@godwinronquillo.com; York, R. Alan <AYork@GodwinRonquillo.com>; DefenseLiaison2179@liskow.com <DefenseLiaison2179@liskow.com>; James Roy <JIMR@wrightroy.com>; sherman@hhkc.com; Mike.Underhill@usdoj.gov; lstrange@ago.state.al.us; CMaze@ago.state.al.us
**Subject**: Affidavit of James Ferguson - Submitted Under Seal

Your Honor:

Pursuant to your 9/27/11 Order Regarding BP's Motion to Compel Halliburton Investigation Materials, attached please find the affidavit of James Ferguson.  Upon further investigation, it does not appear that Mr. Chemali conducted any post-Incident activities at the direction of counsel.  Please let me know if I can provide any additional information.

Sincerely,

Jenny Martinez
1201 Elm Street, Suite 1700
Dallas, Texas 75270-2041
214.939.4620 Direct   (800.662.8393 Toll Free)
214.527.3119 Fax
JMartinez@GodwinRonquillo.com
GodwinRonquillo.com

This electronic transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender that is protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510 and 2521 and may be legally privileged. This message (and any associated files) is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this communication in error, please notify Godwin Ronquillo PC immediately by telephone (800.662.8393) and destroy the original message. Messages sent to and from us may be monitored.

IRS Circular 230 Required Notice--IRS regulations require that we inform you as follows: Any U.S. federal tax advice contained in this communication (including any attachments) is not intended to be used and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or tax-related matter[s].


Affidavit.pdf