# Exhibit I

# CONFIDENTIAL AND TO BE FILED UNDER SEAL/MOTION PENDING

Document1