# Exhibit J

**From:** McKeever, Xanath
**Sent:** Tuesday, November 22, 2011 6:59 PM
**To:** jmartinez@GodwinRonquillo.com
**Cc:** Harding, Barbara M.; Chen, Philip T.; Raines, Carolyn; York, R. Alan
**Subject:** Inaccuracies in Halliburton's Privilege Logs and Insufficiency of Ferguson Affidavit to Establish Work Product Privilege

Dear Jenny:

We have not received a response from you to our November 9, 2011 letter concerning privilege issues and expect that you will not be providing a response. If you have a response, please send it immediately. We are available to meet and confer with you on the issues raised in our letter today, tomorrow, or over the holiday weekend. Absent a suitable resolution, however, we will move the Court on Monday (November 28) to compel Halliburton to produce the documents we identified in the attachment to our November 9, 2011 letter and for appropriate relief for Halliburton's failure to fairly describe documents on its privilege logs.

Best regards,

**Xanath McKeever | Kirkland & Ellis LLP**
333 South Hope Street • 28th Floor | Los Angeles, CA 90071
213.680.8537 **direct** | 213.680.8500 **fax** | xmckeever@kirkland.com **email**
http://www.kirkland.com/xmckeever