# Exhibit K

**From**: McKeever, Xanath
**Sent**: Wednesday, November 30, 2011 09:23 PM
**To**: 'CRaines@GodwinRonquillo.com' <CRaines@GodwinRonquillo.com>; jmartinez@GodwinRonquillo.com
**Cc**: Harding, Barbara M.; Chen, Philip T.; 'AYork@GodwinRonquillo.com' <AYork@GodwinRonquillo.com>
**Subject**: Re: Inaccuracies in Halliburton's Privilege Logs and Insufficiency of Ferguson Affidavit to Establish Work Product Privilege

Dear Carolyn:

During our meet and confer conference last Wednesday, you promised to let us know by Monday (November 28, 2011) whether or not Halliburton would agree to provide a supplemental affidavit to substantiate its assertions of work product immunity over the documents we identified in our November 9, 2011 letter. We have not heard back from you. Nor have you responded to our request for an agreement to continue to work through the issues in our November 9, 2011 letter. Accordingly, we assume that Halliburton is not willing to provide any further evidentiary support for its assertions of work product privilege pursuant to the Court's order, and, therefore, we will proceed to file our motion. If we are mistaken regarding Halliburton's intentions in any way, please let us know immediately.

Best regards,

Xanath


**From**: Raines, Carolyn [mailto:CRaines@GodwinRonquillo.com]
**Sent**: Tuesday, November 22, 2011 07:25 PM
**To**: McKeever, Xanath; jmartinez@GodwinRonquillo.com
**Cc**: Harding, Barbara M.; Chen, Philip T.; York, R. Alan <AYork@GodwinRonquillo.com>
**Subject**: RE: Inaccuracies in Halliburton's Privilege Logs and Insufficiency of Ferguson Affidavit to Establish Work Product Privilege

We are available for a meet and confer tomorrow at 2:00 p.m. Please let us know if that time works for you.

Thanks

Carolyn


GODWIN RONQUILLO PC

**Carolyn R. Raines**
1201 Elm Street, Suite 1700
Dallas, Texas 75270-2041
214.939.4452 Direct   (800.662.8393 Toll Free)
214.527.3137 Fax
CRaines@GodwinRonquillo.com
GodwinRonquillo.com
This electronic transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender that is protected by the Electronic Communications Privacy

Act, 18 U.S.C. Sections 2510 and 2521 and may be legally privileged. This message (and any associated files) is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this communication in error, please notify Godwin Ronquillo PC immediately by telephone (800.662.8393) and destroy the original message. Messages sent to and from us may be monitored.

IRS Circular 230 Required Notice--IRS regulations require that we inform you as follows: Any U.S. federal tax advice contained in this communication (including any attachments) is not intended to be used and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or tax-related matter[s].

---

**From:** McKeever, Xanath [mailto:xmckeever@kirkland.com]
**Sent:** Tuesday, November 22, 2011 6:59 PM
**To:** Martinez, Jenny
**Cc:** Harding, Barbara M.; Chen, Philip T.; Raines, Carolyn; York, R. Alan
**Subject:** Inaccuracies in Halliburton's Privilege Logs and Insufficiency of Ferguson Affidavit to Establish Work Product Privilege

Dear Jenny:

We have not received a response from you to our November 9, 2011 letter concerning privilege issues and expect that you will not be providing a response.  If you have a response, please send it immediately.  We are available to meet and confer with you on the issues raised in our letter today, tomorrow, or over the holiday weekend. Absent a suitable resolution, however, we will move the Court on Monday (November 28) to compel Halliburton to produce the documents we identified in the attachment to our November 9, 2011 letter and for appropriate relief for Halliburton's failure to fairly describe documents on its privilege logs.

Best regards,

**Xanath McKeever | Kirkland & Ellis LLP**
333 South Hope Street • 28th Floor | Los Angeles, CA 90071
213.680.8537 **direct** | 213.680.8500 **fax** | xmckeever@kirkland.com**email**
http://www.kirkland.com/xmckeever
```
***********************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
***********************************************************
```