# Exhibit M

# CONFIDENTIAL AND TO BE FILED UNDER SEAL/MOTION PENDING