# Exhibit O


40768639
Nov 7 2011
8:40PM

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

IN RE:  OIL SPILL by the OIL RIG § MDL NO. 2179
       "DEEPWATER HORIZON" in the §
       GULF OF MEXICO, on APRIL 20, § SECTION: J
       2010 §
                    § JUDGE BARBIER
       Applies to: *All Cases* § MAGISTRATE SHUSHAN
.. .. .. .. .. .. .. .. .. .. .. .. .. .. §

## HALLIBURTON ENERGY SERVICES, INC.'S TWENTY-FOURTH PRIVILEGE LOG

Defendant Halliburton Energy Services, Inc. ("HESI") hereby submits its Twenty-Fourth Privilege Log.  Per Pre-Trial Order No. 14 [Docket 655], HESI is not required to identify post-April 20, 2010, communications exchanged between HESI and its counsel, or communications exchanged between or among counsel for Defendants.  It is HESI's understanding that, subsequent to the issuance of Pre-Trial Order No. 14, the parties agreed that HESI is not required to identify expert communications.  HESI does not believe that post April 20, 2010, consulting expert communications (those with no knowledge of the case either firsthand or in some way other than in consultation about the case) are discoverable.  Rather, these communications are exempted from discovery altogether.  Accordingly, HESI is not required to list such communications in its privilege log.  Any information regarding consulting expert(s) provided herein is done so out of an abundance of caution and without waiving the foregoing position.

1787188 v1-24010/0002 DISCOVERY

Respectfully Submitted,

**GODWIN RONQUILLO PC**

**By:**  /s/  *Donald E. Godwin*
Donald E. Godwin
*Attorney-in-charge*
State Bar No. 08056500
DGodwin@GodwinRonquillo.com
Bruce W. Bowman, Jr.
State Bar No. 02752000
BBowman@GodwinRonquillo.com
Jenny L. Martinez
State Bar No. 24013109
JMartinez@GodwinRonquillo.com
Floyd R. Hartley, Jr.
State Bar No. 00798242
FHartley@GodwinRonquillo.com
Gavin E. Hill
State Bar No.  00796756
GHill@GodwinRonquillo.com
Renaissance Tower
1201 Elm, Suite 1700
Dallas, Texas 75270-2041
Telephone: (214) 939-4400
Facsimile: (214) 760-7332
and

R. Alan York
State Bar No. 22167500
AYork@GodwinRonquillo.com
Jerry C. von Sternberg
State Bar No. 20618150
JVonSternberg@GodwinRonquillo.com
Misty Hataway-Coné
State Bar No. 24032277
MCone@GodwinRonquillo.com
1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone:  713.595.8300
Facsimile:  713.425.7594

**ATTORNEYS FOR DEFENDANT
HALLIBURTON ENERGY SERVICES, INC.**

-2-

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing document, Halliburton Energy Services, Inc.'s Twenty-Fourth Privilege Log, has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, on this 7th day of November, 2011.

                                   /s/    Donald E. Godwin
                                   Donald E. Godwin

## HESI's TWENTY-FOURTH PRIVILEGE LOG

| No. | Date | Description | Author | Recipient(s) | Privilege | Status: Entire Withheld / Redacted / Produced / To Be Produced | HAL Bates Range for Produced or Redacted Documents & Attachments | Privileged Attachments |
|---|---|---|---|---|---|---|---|---|
| 1 | 5/23/2010 | Email prepared at the direction of counsel and relaying communication with counsel, Stephanie Bragg*, regarding collection of information relating to the Deepwater Horizon matter in preparation of litigation. | Richard Vargo | Thomas Roth, Ronnie Faul, Anthony Badalamenti | Attorney Client, Work Product | Entire Withheld | N/A | No |
| 2 | 6/10/2010 | Email communication prepared in anticipation of litigation relating to the Deepwater Horizon matter. | Ronald Sweatman | Gary Keene | Work Product | Entire Withheld | N/A | No |
| 3 | 6/18/2010 | Handwritten notes relating to the Deepwater Horizon matter made in preparation of litigation. | Ronald Sweatman | Gary Keene; Ronnie Faul | Work Product | Entire Withheld | N/A | No |
| 4 | 8/3/2010 | Handwritten notes prepared at the direction of counsel and relaying communication with counsel, Kelley Green* and Don Godwin*, relating to the Deepwater Horizon matter in preparation of litigation. | Ron Morgan | N/A | Attorney Client, Work Product | Entire Withheld | N/A | No |
| 5 | 8/13/2010 | Handwritten notes prepared at the direction of counsel relating to the Deepwater Horizon matter in preparation of litigation. | Ron Morgan | N/A | Work Product | Entire Withheld | N/A | No |
| 6 | 9/10/2010 | Email regarding collection of information and documents relating to the Deepwater Horizon matter made in preparation of litigation at the request of HESI Legal Department. | Partha Srinivasa | Sarah Sanders | Work Product | Entire Withheld | N/A | Yes |
| 7 | 9/13/2010 | Email regarding collection of information and documents relating to the Deepwater Horizon matter made in preparation of litigation at the request of HESI Legal Department. | Sarah Sanders | David Frazier | Work Product | Entire Withheld | N/A | Yes |
| 8 | 9/13/2010 | Email with HESI Legal Department regarding collection of information and documents relating to the Deepwater Horizon matter made in preparation of litigation. | David Frazier | Liz Schimmel; Sarah Sanders; Rich Barclay; Jacqueline Knight; Sheila Rodermund | Work Product | Entire Withheld | N/A | Yes |
| 9 | 9/13/2010 | Email relaying communication with HESI Legal Department regarding collection of information and documents relating to the Deepwater Horizon matter made in preparation of litigation. | David Frazier | Harald Gellein; Anders Rindal; Georg Mjølhus; Jens Jessen; Partha Srinivasa; David Bedford; Sarah Sanders | Work Product | Entire Withheld | N/A | Yes |
| 10 | 9/13/2010 | Email regarding collection of information and documents relating to the Deepwater Horizon matter made in preparation of litigation at the request of HESI Legal Department. | Liz Schimmel | Sarah Sanders; Larry Eagle; David Frazier | Work Product | Entire Withheld | N/A | Yes |
| 11 | 9/14/2010 | Email relaying communication with HESI Legal Department regarding collection of information and documents relating to the Deepwater Horizon matter made in preparation of litigation. | Jens Jessen | Thomas Tracy; David Frazier; Todd Fink; Kim Cate; Dinesh Sharma; Partha Srinivasa; Harald Gellein; Rosaline Richey; John McLeod; Sheila Rodermund; Sarah Sanders; Rich Barclay; Jacqueline Knight; Alex Soria | Work Product | Entire Withheld | N/A | No |

Pages 1 of 3

| No. | Date | Description | Author | Recipient(s) | Privilege | Status Entire Withheld Redacted Produced To Be Produced | HAL Bates Range for Produced or Redacted Documents & Attachments | Privileged Attachments |
|---|---|---|---|---|---|---|---|---|
| 12 | 9/14/2010 | Email relaying communication with HESI Legal Department regarding collection of information and documents relating to the Deepwater Horizon matter made in preparation of litigation. | David Frazier | Partha Srinivasa; Steve Alexander; Sarah Sanders; Harald Gellein | Work Product | Entire Withheld | N/A | Yes |
| 13 | 9/14/2010 | Email regarding collection of information and documents relating to the Deepwater Horizon matter made in preparation of litigation at the request of HESI Legal Department. | Steve Alexander | John McLeod; Sarah Sanders; Partha Srinivasa; David Frazier; Derek Rude | Work Product | Entire Withheld | N/A | Yes |
| 14 | 9/14/2010 | Email regarding collection of information and documents relating to the Deepwater Horizon matter made in preparation of litigation at the request of HESI Legal Department. | John McLeod | Steve Alexander; Sarah Sanders; Partha Srinivasa; David Frazier; Derek Rude | Work Product | Entire Withheld | N/A | No |
| 15 | 9/14/2010 | Email regarding collection of information and documents relating to the Deepwater Horizon matter made in preparation of litigation at the request of HESI Legal Department. | John McLeod | Derek Rude; Steve Alexander; Sarah Sanders | Work Product | Entire Withheld | N/A | No |
| 16 | 9/14/2010 | Email regarding collection of information and documents relating to the Deepwater Horizon matter made in preparation of litigation at the request of HESI Legal Department. | John McLeod | John McLeod; Derek Rude; Steve Alexander; Sarah Sanders | Work Product | Entire Withheld | N/A | No |
| 17 | 9/29/2010 | Email regarding collection of information and documents relating to the Deepwater Horizon matter made in preparation of litigation at the request of HESI Legal Department. | Jens Jessen | Sarah Sanders; Partha Srinivasa; David Frazier | Work Product | Entire Withheld | N/A | No |
| 18 | 10/1/2010 | Handwritten notes relating to the Deepwater Horizon matter prepared at the direction of counsel in preparation of litigation. | Thomas Roth | N/A | Work Product | Entire Withheld | N/A | No |
| 19 | 10/12/2010 | Email regarding collection of information and documents relating to the Deepwater Horizon matter made in preparation of litigation at the request of HESI Legal Department. | Partha Srinivasa | Sarah Sanders; Steve Alexander | Work Product | Entire Withheld | N/A | Yes |
| 20 | 10/28/2010 | Email relaying communication with HESI Legal Department regarding collection of information and documents relating to the Deepwater Horizon matter made in preparation of litigation. | Steve Alexander | David Frazier; Sarah Sanders | Work Product | Entire Withheld | N/A | Yes |
| 21 | 10/29/2010 | Email relaying communication with HESI Legal Department regarding collection of information and documents relating to the Deepwater Horizon matter made in preparation of litigation. | David Frazier | Anders Rindal; Georg Mjølhus; Harald Gellein; Jens Jessen; Partha Srinivasa; Sarah Sanders | Work Product | Entire Withheld | N/A | No |
| 22 | 5/22/2011 | Draft presentation prepared at the direction of counsel regarding the Deepwater Horizon matter in preparation of governmental hearings. | Thomas Roth | Simon Turton | Work Product | Entire Withheld | N/A | No |
| 23 | 5/22/2011 | Draft document prepared at the direction of counsel regarding the Deepwater Horizon matter in preparation of governmental hearings. | Simon Turton | N/A | Work Product | Entire Withheld | N/A | No |
| 24 | 8/13/2011 | Handwritten notes relating to the Deepwater Horizon matter prepared at the direction of counsel in preparation of litigation. | Thomas Roth | N/A | Work Product | Entire Withheld | N/A | No |

| No. | Date | Description | Author | Recipient(s) | Privilege | Status Entire Withheld Redacted Produced To Be Produced | HAL Bates Range for Produced or Redacted Documents & Attachments | Privileged Attachments |
|---|---|---|---|---|---|---|---|---|
| 25 | 8/13/2011 | Draft response to Congressional requests for information relating to the Deepwater Horizon matter prepared at the direction of counsel. | Thomas Roth | N/A | Work Product | Entire Withheld | N/A | No |
| 26 | 8/13/2011 | Draft presentation prepared at the direction of counsel in response to Congressional requests for information relating to the Deepwater Horizon matter. | Thomas Roth | N/A | Work Product | Entire Withheld | N/A | No |
| 27 | 8/13/2011 | Handwritten notes relating to the Deepwater Horizon matter prepared at the direction of counsel in preparation of litigation. | Thomas Roth | N/A | Work Product | Entire Withheld | N/A | No |
| 28 | 8/13/2011 | Handwritten notes relating to the Deepwater Horizon matter prepared at the direction of counsel in preparation of litigation. | Thomas Roth | N/A | Work Product | Entire Withheld | N/A | No |
| 29 | 8/13/2011 | Draft document prepared at the direction of counsel relating to the Deepwater Horizon matter in preparation of litigation. | Thomas Roth | N/A | Work Product | Entire Withheld | N/A | No |
| 30 | 8/13/2011 | Draft document prepared at the direction of counsel relating to the Deepwater Horizon matter in preparation of SEC filing. | Thomas Roth | N/A | Work Product | Entire Withheld | N/A | No |
| 31 | 8/13/2011 | Handwritten notes relating to the Deepwater Horizon matter prepared at the direction of counsel in preparation of litigation. | Thomas Roth | N/A | Work Product | Entire Withheld | N/A | No |
| 32 | 8/13/2011 | Handwritten notes relating to the Deepwater Horizon matter prepared at the direction of counsel in preparation of litigation. | Thomas Roth | N/A | Work Product | Entire Withheld | N/A | No |
| 33 | 8/13/2011 | Handwritten notes relating to the Deepwater Horizon matter prepared at the direction of counsel in preparation of litigation. | Thomas Roth | N/A | Work Product | Entire Withheld | N/A | No |
| 34 | 8/13/2011 | Handwritten notes relating to the Deepwater Horizon matter prepared at the direction of counsel in preparation of litigation. | Thomas Roth | N/A | Work Product | Entire Withheld | N/A | No |
| 35 | 8/13/2011 | Handwritten notes relating to the Deepwater Horizon matter prepared at the direction of counsel in preparation of litigation. | Thomas Roth | N/A | Work Product | Entire Withheld | N/A | No |
| 36 | 8/13/2011 | Handwritten notes relating to the Deepwater Horizon matter prepared at the direction of counsel in preparation of litigation. | Thomas Roth | N/A | Work Product | Entire Withheld | N/A | No |
| 37 | 8/13/2011 | Handwritten notes relating to the Deepwater Horizon matter prepared at the direction of counsel in preparation of litigation. | Thomas Roth | N/A | Work Product | Entire Withheld | N/A | No |
| 38 | 8/13/2011 | Handwritten notes relating to the Deepwater Horizon matter prepared at the direction of counsel in preparation of litigation. | Thomas Roth | N/A | Work Product | Entire Withheld | N/A | No |