# Exhibit P



CAROLYN R. RAINES - SHAREHOLDER
DIRECT DIAL:      214.939.4452
DIRECT FAX:       214.527.3137
CRaines@GodwinRonquillo.com

*Attorneys and Counselors*

Renaissance Tower
1201 Elm Street, Suite 1700
Dallas, Texas 75270-2041

214.939.4400
800.662.8393
214.760.7332  Fax

GodwinRonquillo.com

September 3, 2011

**BY EMAIL**

| | |
|---|---|
| Stephen J. Herman<br>MDL 2179 Plaintiffs Liaison Counsel<br>Herman Herman Katz & Cotlar<br>820 O'Keefe Avenue<br>New Orleans, LA  70113-1116 | General Luther Strange<br>Office of the Attorney General<br>501 Washington Avenue<br>Montgomery, AL  36130 |
| James P. Roy<br>MDL 2179 Plaintiffs Liaison Counsel<br>Domengeaux Wright Roy & Edwards<br>556 Jefferson Street<br>P. O. Box 3668<br>Lafayette, LA  70502 | R. Michael Underhill<br>U.S. Department of Justice<br>P. O. Box 36028<br>450 Golden Gate Avenue<br>San Francisco, CA  94102-3463 |
| Don K. Haycraft<br>MDL 2179 Defense Liaison Counsel<br>701 Poydras Street, Suite 5000<br>New Orleans, LA 70139-5099 | J. Andrew Langan<br>Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, Illinois 60654 |

Re:   In Re: the Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010, MDL No. 2179

Dear Counsel:

Pursuant to Pre-Trial Order No. 14 in MDL NO. 2179, Halliburton Energy Services, Inc. ("HESI") notifies all parties that the documents described below are protected from disclosure by the attorney client and work product privileges.  The emails, and the accompanying attachments, were prepared by or for HESI's consulting experts at the request and direction of HESI's counsel in anticipation of litigation and reflect communications with HESI's counsel.

HESI hereby requests that all parties who have received or have access to the following documents:

- HAL_0120110 - HAL_0120243,

**GODWIN RONQUILLO PC**

September 3, 2011
Page 2

- HAL_0534805,
- HAL_0710201 - HAL_0710212,
- HAL_0709187,
- HAL_0579568 - HAL_0579569,
- HAL_0579531 - HAL_0579532,
- HAL_0579763 - HAL_0579764,
- HAL_0608108 - HAL_0608109,
- HAL_0579766 - HAL_0579768, and
- HAL_0579769 - HAL_0579771

promptly refrain from further copying or distribution, and return or destroy all copies of the documents. Pre-Trial Order No. 914 ¶ 8.

HESI's inadvertent production of these documents shall not result in a waiver of any privilege or work product protection in this action for the produced documents or for any other privileged or immune materials containing the same or similar subject matter. Nor shall the fact of HESI's inadvertent production in this action be used as a basis for arguing that a claim of privilege or work product has been waived in any other proceeding. *Id*. ¶ 9.

HESI appreciates your cooperation in this matter.

Very truly yours,

Carolyn R. Raines

cc: Don Godwin
Bruce Bowman
R. Alan York
Jenny Martinez

1739589 v1-24010/0002 MEMO