# Exhibit Q



**DALLAS** HOUSTON

*Attorneys and Counselors*

Renaissance Tower
1201 Elm Street, Suite 1700
Dallas, Texas 75270-2041

CAROLYN R. RAINES
DIRECT DIAL:     214.939.4452
DIRECT FAX:      214.527.3137
CRaines@GodwinRonquillo.com

214.939.4400
800.662.8393
214.760.7332  Fax

GodwinRonquillo.com

September 13, 2011

**BY EMAIL**

Stephen J. Herman
MDL 2179 Plaintiffs Liaison Counsel
Herman Herman Katz & Cotlar
820 O'Keefe Avenue
New Orleans, LA  70113-1116

General Luther Strange
Office of the Attorney General
501 Washington Avenue
Montgomery, AL  36130

James P. Roy
MDL 2179 Plaintiffs Liaison Counsel
Domengeaux Wright Roy & Edwards
556 Jefferson Street
P. O. Box 3668
Lafayette, LA  70502

R. Michael Underhill
U.S. Department of Justice
P. O. Box 36028
450 Golden Gate Avenue
San Francisco, CA  94102-3463

Don K. Haycraft
MDL 2179 Defense Liaison Counsel
701 Poydras Street, Suite 5000
New Orleans, LA 70139-5099

J. Andrew Langan
Kirkland & Ellis LLP
300 North LaSalle
Chicago, Illinois 60654

Re:   *In Re: the Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010, MDL No. 2179*

Dear Counsel:

HESI withdraws its clawback of the following documents:

1. HAL_0710201 - HAL_0710212

2. HAL_0709187

3. HAL_0579568 - HAL_0579569

4. HAL_0579763 - HAL_0579764

5. HAL_0579531 - HAL_0579532

6. HAL_0608108 - HAL_0608109

7. HAL_0570000 - HAL_0570002

**GODWIN RONQUILLO PC**

September 13, 2011
Page 2

      Corrective media clawing back the documents described in Nos. 1-6 was provided to all parties on September 6, 2011. HESI will re-produce these documents to all parties. No corrective media has been provided yet to the parties for the documents described in No. 7.

      Other than the documents described above, HESI confirms that the other emails and accompanying attachments sent to or from Dr. Ravi, that HESI previously clawed back, were prepared at the request and direction of HESI's counsel in anticipation of litigation.

      Very truly yours,

      Carolyn R. Raines

cc:   Don Godwin
      Bruce Bowman
      R. Alan York
      Jenny Martinez

1744054 v1-24144/0002 CORR